# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO.: 3:12-CV-327-RLV
### (3:97-CR-23-RLV)

|  |  |
|---|---|
| **AQUILIA MARCIVICCI BARNETTE**<br><br>**Petitioner,**<br><br>**vs.**<br><br>**UNITED STATES OF AMERICA**<br><br>**Respondent.** | **DEATH PENALTY § 2255** |

## NOTICE OF GOVERNMENT STIPULATION TO EXTEND DEADLINE FOR FILING MOTION UNDER 28 U.S.C. § 2255

NOW COMES the United States, through the U.S. Attorney's Office for the Western District of North Carolina and undersigned counsel, and hereby files this notice of its consent and considered, intentional, affirmative decision to waive, forfeit and/or relinquish any statute of limitations defense regarding the extension of Defendant Aquilia Marcivicci Barnette's § 2255 filing deadline from March 19, 2013 to June 19, 2013. *See Wood v. Milyard*, 132 S. Ct. 1826, 1835 (2012); *see also Day v. McDonough*, 547 U.S. 198, 202 (2006). The government's consent and waiver is strictly limited to a three (3) month extension of the limitations period from March 19, 2013 to June 19, 2013 for Mr. Barnette to file a § 2255 motion.

Respectfully submitted this 15th day of March, 2013

ANNE M. TOMPKINS
UNITED STATES ATTORNEY

/s/William M. Miller
Assistant United States Attorney
NC Bar No. 36946
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
(704) 704-344-6222 (phone)
(704) 344-6629 (fax)
William.Miller@usdoj.gov

2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that opposing counsel have been served with the foregoing notice *via* the CM/ECF system:

Mark E. Olive
N.C. State Bar No. 10615
LAW OFFICES OF MARK OLIVE
320 W. Jefferson Street
Tallahassee, FL 32301
850-224-0004 (tel)
850-224-3331 (fax)
meolive@aol.com

Jacob H. Sussman
N.C. Bar No. 31821
TIN FULTON WALKER & OWEN PLLC
301 East Park Avenue
Charlotte, NC 28203
704-338-1220 (tel)
704-338-1312 (fax)
jsussman@tinfulton.com

Henderson Hill
N.C. Bar No. 18563
Federal Defenders of Western
 North Carolina Inc.
129 West Trade Street, Suite 300
Charlotte, NC 28202
704-374-0720 (tel)
704-374-0722 (fax)
henderson_hill@fd.org

Dated: March 15, 2013

/s/ William M. Miller
Assistant United States Attorney

3