# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:12cv327-V
### (3:97cr23)

| | | |
|---|---|---|
| AQUILIA MARCIVICCI BARNETTE, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**THIS MATTER** is before the Court pursuant to Rules 4 and 5 of the Federal Rules Governing Section 2255 Proceedings for the United States District Courts. Petitioner Aquilia Marcivicci Barnette filed a Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 on June 19, 2013. ECF No. 48.

As required by Rule 4, the Court has conducted an initial review of the Motion, and it does not "plainly appear" that Petitioner is not entitled to relief. See Rules Governing § 2255 Proceedings in the United States District Courts. The Court will provide the Government with forty-five (45) days from entry of this Order to file a response and/or answer to Petitioner's § 2255 Motion.

**IT IS, THEREEFORE, ORDERED** that the Government shall file an answer and/or response to Petitioner's § 2255 Motion (ECF No. 48) within forty-five (45) days from entry of this Order.

Signed: July 29, 2013

Richard L. Voorhees
United States District Judge