IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:12CV327-RLV

AQUILIA MARCIVICCI BARNETTE )
)
Petitioner, )
)
vs. )
)
UNITED STATES OF AMERICA, )
)
Respondent. )
_____ )

## **GOVERNMENT'S MOTION FOR EXTENSION OF TIME**

COMES NOW the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, and moves the Court for a three-week extension of time (until September 9, 2013) to file its response to Petitioner's Motion for Discovery, filed herein on July 19, 2013 (Doc 51). In support of this motion, the Government shows unto the Court the following:

1.      Petitioner filed his Initial Motion for Relief Pursuant to 28 U.S.C. § 2255 on June 19, 2013 (Doc. 48). On July 19, 2013, Petitioner filed the instant Motion for Discovery, seeking authorization from the Court to conduct discovery in support of its claims for relief. This Court entered a Scheduling Order on

August 9, 2013 (Doc. 53), directing the Government to respond to Petitioner's discovery request by, today, August 19, 2013. The Scheduling Order further directs that Petitioner shall have thirty days from the date discovery issues are resolved to file a motion for evidentiary hearing and brief in support; that the Government shall have sixty days to file its response; and that Petitioner shall have forty-five days to file any reply.

2.     Petitioner's first specific request for discovery covers the trial and appellate files of the U.S. Attorney's Office. In support of this request, Petitioner states his belief that the Government has not fully complied with this Court's earlier Order dated October 5, 2012 (Doc. 17), directing the Government to produce a complete copy of all discovery materials previously produced in connection with the criminal case.

3.     While the Government believes that it has fully produced the materials covered by this Court's Order dated October 5, 2012, undersigned counsel will continue to review the Government's files to ensure full compliance with the Court's Order. In order to complete this review, however, undersigned counsel needs additional time.

4.     Since Petitioner filed his Motion for Discovery, undersigned counsel has drafted and filed a response on behalf of the Government in the Fourth Circuit

2

in several cases, including *United States v. Hairston* (12-8096), *United States v. White* (13-4276), and *United States v. Stacks* (13-4063). During this time, undersigned counsel has also drafted and filed a response in this Court in a petition filed under 28 U.S.C. § 2255, *Corbett v. United States* (3:13-cv-298).

5. Additionally, undersigned counsel is currently drafting the Government's response in several pending appeals, including *United States v. Gutierrez* (13-4079), currently due August 28, 2013; *United States v. Lopez-Padilla* (13-4085), currently due August 29, 2013; *United States v. Whitfield* (12-4956), currently due August 30, 2013; *United States v. Crittington* (13-4147), currently due August 30, 2013; and *United States v. Santillan* (12-4809), currently due September 9, 2013.

6. In light of the press of deadlines, undersigned counsel requests additional time to respond to Petitioner's Motion for Discovery.

7. Counsel for Petitioner consents to this request for extension.

NOW THEREFORE, in light of the foregoing, the United States moves the Court for an additional three weeks (or until September 9, 2013) within which to file its response to Petitioner's motion.

RESPECTFULLY SUBMITTED, this the 19th day of August, 2013.

ANNE M. TOMPKINS
UNITED STATES ATTORNEY

3

/s/William M. Miller
Assistant United States Attorney
NC Bar No. 36946
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
(704) 704-344-6222 (phone)
(704) 344-6629 (fax)
William.Miller@usdoj.gov

4

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing *Motion for Extension* was served on counsel for Petitioner via electronic case filing.

This the 19th day of August, 2013.

s/ William M. Miller
Assistant United States Attorney

5