**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12cv327-V
(3:97cr23)**

| | |
|---|---|
| AQUILIA MARCIVICCI BARNETTE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon Respondent's motion for an extension of time to respond to Aquilia Marcivicci Barnette's Motion for Discovery. ECF No. 54. Respondent seeks an additional twenty-one (21) days, up to and including September 9, 2013, to file a response. Counsel for Petitioner has consented to the requested extension of time.

Upon Respondent's Motion and for good cause shown, **IT IS HEREBY ORDERED** that Respondent's motion (ECF No. 54) is **GRANTED**. The time within which Respondent may respond to Petitioner's Motion for Discovery is extended by twenty-one (21) days, up to and including September 9, 2013.

Signed: August 21, 2013

Richard L. Voorhees
United States District Judge