AQUILIA MARCIVICCI BARNETTE

v.

UNITED STATES OF AMERICA

### NOTICE OF UNAVAILABILITY DUE TO SECURE LEAVE

Undersigned counsel respectfully files notice of his unavailability due to Secure Leave for the following weeks:

**June 9-13, 2014**
**July 21-25, 2014**
**August 4-8, 2014**

Counsel has secured leave for these weeks pursuant to Rule 26 of the Superior and District Court rules of North Carolina, and respectfully seeks to provide notice to the Court, Clerk of Court, and opposing counsel in the above-captioned matter. No action or proceeding in the above-captioned matter has been scheduled, peremptorily set or noticed for trial, hearing, disposition, or other proceeding during the above-identified weeks.

WHEREFORE, Counsel respectfully requests that matters not be scheduled for this time period which will require an appearance.

Dated: January 28, 2014

/s/ Jacob H. Sussman
Jacob H. Sussman
N.C. Bar No. 31821

TIN FULTON WALKER & OWEN, PLLC
301 East Park Avenue
Charlotte, NC 28203
704-338-1220 (tel)
704-338-1312 (fax)
jsussman@tinfulton.com

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has served the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send notification of such filing to opposing counsel:

**AUSA William Miller**
William.Miller@usdoj.gov

Dated: January 28, 2014

/s/ Jacob H. Sussman
Counsel for Defendant

2