# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:12cv327-V
### (3:97cr23)

AQUILIA MARCIVICCI BARNETTE,    )
           )
      **Petitioner,**    )
           )
**vs.**    )      **ORDER**
           )
**UNITED STATES OF AMERICA,**    )
           )
      **Respondent.**    )
_____)

**THIS MATTER** is before the Court upon Petitioner Aquilia Barnette's motion for an extension of time to file a motion for evidentiary hearing and supporting brief.  ECF No. 68. Petitioner's motion and supporting brief are due no later than October 2, 2014.  ECF No. 67.[1] Petitioner seeks an additional sixty (60) days, up to and including December 1, 2014, to file his motion and brief.

Counsel cite the size of the record in this case, as well as "outstanding necessary objectives" that need to be completed, attorney scheduling conflicts and heavy caseloads, logistical complications involving expert witnesses, and the departure of co-counsel Henderson Hill from the case to justify an extension of time.  Motion 2, ECF No. 68.  Counsel for Respondent is not opposed to the requested extension.  Motion, supra, at 1.

For good cause shown, **IT IS HEREBY ORDERED** that Petitioner's Motion, ECF No. 68, is **GRANTED**.  The time within which Petitioner may file a motion for evidentiary hearing

---

[1] Per the scheduling Order filed August 9, 2013, Petitioner has thirty (30) days to file a motion for evidentiary hearing and supporting brief after discovery issues are resolved.  ECF No. 53

1

and supporting brief is extended by sixty (60) days, up to and including December 1, 2014.

**SO ORDERED.**

Signed: September 12, 2014

Richard L. Voorhees
United States District Judge

2