# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO.: 3:12-CV-327-RLV

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **vs.** | **DEATH PENALTY § 2255** |
| **AQUILIA MARCIVICCI BARNETTE** | |

## PETITIONER AQUILIA MARCIVICCI BARNETTE'S SECOND UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE MOTION FOR EVIDENTIARY HEARING

NOW COMES Petitioner Aquilia Marcivicci Barnette, through undersigned counsel, and respectfully moves this Court to extend the deadline for him to file a motion for an evidentiary hearing and supporting brief. The current deadline for filing is December 1 2, 2014. Petitioner respectfully requests an extension until **December 22, 2014**. Undersigned counsel have conferred with AUSA William Miller, who does not oppose a final extension of time. In support of this motion, undersigned counsel show the following:

On September 2, 2014, the Court entered an Order finding "that the U.S. Attorney's Office has made reasonable efforts to comply with the Court's October 5, 2012 Order," and "that the U.S. Attorney's has complied with the Court's October 5, 2012 Order." [Doc. 67] The Court directed Petitioner to file a motion for evidentiary hearing and supporting brief within thirty (30) days. [Doc. 53]

On September 18, the Court granted Petitioner's unopposed motion for an extension of time to file a motion for evidentiary hearing and supporting brief and directed that Petitioner's motion and brief be filed by December 1, 2014. [Doc. 69]

1

Petitioner's undersigned counsel have been working diligently to prepare Petitioner's pleadings. As explained in their earlier filing, this process involves, among other things, working with various trial and post-conviction experts and myriad lay witnesses who are located around the state and elsewhere across the country. Due to the many variables involved in that process, as well as undersigned counsel's litigation commitments in other matters, an additional extension of time is needed and respectfully requested.

Jake Sussman is scheduled to be in deposition in Buncombe County on November 17, 24, 24, December 1, December 2, December 3, December 5, December 9, and December 10 in *Kagonyera v. Buncombe County*, No. 1:14cv251 (W.D.N.C.), a § 1983 lawsuit filed on behalf of a plaintiff who was declared innocent by a three-judge panel under North Carolina's Innocence Inquiry Commission statute. That matter has been joined for discovery purposes with *Wilcoxson v. Buncombe County*, No. 1:13cv224 (W.D.N.C.), and involves approximately eight other parties. Given the number of other parties involved and deadlines imposed in that matter, Mr. Sussman is unable to reschedule those litigation commitments. Mark Olive, currently has a filing deadline of November 17, 2014 in a state capital case in Florida, among his various commitments over the next five weeks. In addition, Thanksgiving is on November 27; the current filing deadline of December 1 falls on the first Monday after that holiday.

For the reasons stated above, undersigned counsel respectfully request that the Court grant Petitioner's motion and extend the deadline for his motion for evidentiary hearing and supporting brief to December 22, 2014.

Dated: November 14, 2014

/s/ Mark E. Olive
N.C. State Bar No. 10615
LAW OFFICES OF MARK OLIVE
320 W. Jefferson Street
Tallahassee, FL 32301
850-224-0004 (tel)
850-224-3331 (fax)
meolive@aol.com

/s/ Jacob H. Sussman
N.C. Bar No. 31821
TIN FULTON WALKER & OWEN PLLC
301 East Park Avenue
Charlotte, NC 28203
704-338-1220 (tel)
704-338-1312 (fax)
jsussman@tinfulton.com

/s/ Ross Richardson
Ross Richardson
FEDERAL DEFENDERS OF WESTERN
 NORTH CAROLINA, INC.
129 West Trade Street, Suite 300
Charlotte, NC 28202
704-374-0720 (tel)
704-374-0722 (fax)
ross_richardson@fd.org

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has served the foregoing motion with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

William M. Miller
William.Miller@usdoj.gov

Dated: November 14, 2014

/s/ Jacob H. Sussman
Counsel for Mr. Barnette

4