# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:12cv327-V
### (3:97cr23)

AQUILIA MARCIVICCI BARNETTE, )
                                           )

        **Petitioner,** )

                                             )

**vs.** )                           **ORDER**

                                             )

**UNITED STATES OF AMERICA,** )

                                             )

        **Respondent.** )
_____ )

**THIS MATTER** is before the Court upon Petitioner Aquilia Barnette's second motion for an extension of time to file a motion for evidentiary hearing and supporting brief. ECF No. 70. Petitioner's motion and supporting brief originally were due no later than October 2, 2014. ECF No. 67.[1] Petitioner sought, and was granted, an additional sixty (60) days, up to and including December 1, 2014, to file his motion and brief. ECF Nos. 68, 69. Petitioner seeks an additional extension of time, up to and including December 22, 2014. Motion 1, ECF No. 70.

Counsel cite conflicting litigation schedules and logistical complications involving expert and lay witnesses to justify an extension of time. Motion supra, at 2. Counsel for Respondent is not opposed to the requested extension. Motion, supra, at 1.

For good cause shown, **IT IS HEREBY ORDERED** that Petitioner's Motion, ECF No. 70, is **GRANTED**. The time within which Petitioner may file a motion for evidentiary hearing and supporting brief is extended by twenty-one (21) days, up to and including December 22,

---

[1] Per the scheduling Order filed August 9, 2013, Petitioner had thirty (30) days to file a motion for evidentiary hearing and supporting brief after discovery issues are resolved. ECF No. 53

1

2014.

**SO ORDERED.**

Signed: November 19, 2014

Richard L. Voorhees
United States District Judge

2