UNITED STATES OF AMERICA

vs.

AQUILIA MARCIVICCI BARNETTE

**DEATH PENALTY § 2255**

### PETITIONER AQUILIA MARCIVICCI BARNETTE'S
### MOTION TO SEAL CERTAIN EXHIBITS
### TO HIS BRIEF IN SUPPORT OF AN EVIDENTIARY HEARING

NOW COMES Aquilia Marcivicci "Marc" Barnette, through undersigned counsel, pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure, LCrR 55.1, Rule 5.2 of the Federal Rules of Civil Procedure, and LCvR 6.1, respectfully moves this Court for permission to file under seal certain exhibits to his brief in support of an evidentiary hearing, to be filed later today. In support of this motion, undersigned counsel shows the following:

Mr. Barnette, through counsel, will soon file his brief in support of his motion for an evidentiary hearing in connection with his Initial Motion for Relief Pursuant to 28 U.S.C. § 2255. Attached to the brief will be thousands of pages of exhibits. In accordance with the above-cited rules, undersigned counsel has endeavored to redact any references to social-security numbers, taxpayer identification numbers, birth dates, names of persons known to be minors, and home addresses. Redaction of this type of information is extremely cumbersome and unduly difficult with respect to a handful of exhibits, however, specifically certain medical records, military records, school records, prison records, and documents from investigative files (*e.g.*, social history reports, background

searches, etc.). These documents in question either include social-security numbers or dates of births on every page, include non-public information in such a manner that redaction renders unreadable the rest of the document, or by their very nature (*e.g.*, social history) weave dates of birth, names of children, and the like throughout the document such that redaction is impracticable. Moreover, some of the documents in question were produced to undersigned counsel under seal by way of court order.

Accordingly, undersigned seeks permission to file the following documents under seal:

- Post-Conviction Report by Zachary Rowles
- Materials from Cessie Alfonso
- File of Jan Barefoot
- School Records of Derrick Barnette
- Military Records of Derrick Barnette
- School Records of Petitioner
- Medical Records of Petitioner
- Federal Bureau of Prisons Records of Petitioner
- FMC Butner Records of Petitioner
- School Records of Mario Barnette
- Medical Records of Mario Barnette
- School Records of Sonia Barnette
- Medical Records of Sonia Barnette
- CMPD Criminal Records
- Military Records of Jesse Cooper
- Dept. of VA Records of Jesse Cooper
- Medical Records of Jesse Cooper
- Report of Sindy Maxwell

Undersigned counsel submits that unsealing of some or all of the above-referenced materials might become appropriate at some point during this post-conviction litigation. At the present time, however, undersigned counsel submits that sealing is necessary to comply with Rule 49.1 of the Federal Rules of Criminal Procedure, LCrR

55.1, Rule 5.2 of the Federal Rules of Civil Procedure, and LCvR 6.1, and that there are no present alternatives to filing under seal.

Dated: December 22, 2014

/s/ Mark E. Olive
N.C. State Bar No. 10615
LAW OFFICES OF MARK OLIVE
320 W. Jefferson Street
Tallahassee, FL 32301
850-224-0004 (tel)
850-224-3331 (fax)
meolive@aol.com

/s/ Jacob H. Sussman
N.C. Bar No. 31821
TIN FULTON WALKER & OWEN PLLC
301 East Park Avenue
Charlotte, NC 28203
704-338-1220 (tel)
704-338-1312 (fax)
jsussman@tinfulton.com

/s/ Ross Richardson
Ross Richardson
FEDERAL DEFENDERS OF WESTERN
   NORTH CAROLINA, INC.
129 West Trade Street, Suite 300
Charlotte, NC 28202
704-374-0720 (tel)
704-374-0722 (fax)
ross_richardson@fd.org

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has served the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

William M. Miller
William.Miller@usdoj.gov

Dated: December 22, 2014

/s/ Jacob H. Sussman
Counsel for Mr. Barnette