<u>Affidavit of Cessie Alfonso</u>

I, Cessie Alfonso, appearing before the undersigned and being duly sworn or affirmed, state the following:

1. I am over the age of 18 years old. I am the President and Owner of Alfonso Consultants in Troy, New York.

2. I have owned and operated Alfonso Consultants since 1988. My work primarily focuses on mitigation investigation in the context of capital cases, although I have also been a forensic expert in a number of family law cases. My background is as a nurse, drug counselor, and social worker.

3. I was contacted by Jean Lawson to work on developing mitigation in Aquilia Marcivicci ("Marc") Barnette's resentencing case in 2001. I had never before worked with either Ms. Lawson or her then co-counsel, Claire Rauscher.

4. I later met with Harold Bender but had no substantive conversations with him about my work. Initially, I was in somewhat regular contact with Jean Lawson, but things changed a few months into the case and I started hearing less and less often from her.

5. In handling mitigation at a resentencing, it is important to assess the work previously done and determine what issues or aspects of the client's life were not fully explored, what issues or aspects of the client's life need additional investigation, and what features of the mitigation presentation from the prior trial might have been inaccurate, incomplete, harmful, etc.

6. Sindy Maxwell was the mitigation investigator for Marc's first trial. Jean Lawson had little confidence in Sindy's work because the mitigation investigation had been incomplete and resulted in inaccuracies and superficial conclusions. Neither she nor Harold Bender (nor anyone else on the defense team) discussed with me what particular aspects of Sindy's mitigation investigation they had serious concerns or reservations about.

7. It was never made clear to me whether defense counsel wanted me to do a wholesale re-investigation of Marc's background, or instead just focus on specific aspects. As a result, I started my investigation where I normally do: reviewing documents and then meeting with the client. My first meeting with Marc occurred in January 2002. I subsequently interviewed the following family members: (1) Sonia Barnette (Marc's mother); (2) Mario Barnette (Marc's brother); (3) Derrick "Rick" Barnette (Sonia's ex-husband who disclaimed paternity of Marc and Mario); (4) Sheila Cooper (Marc's maternal aunt); (5) Tessie Nero (Marc's maternal aunt); (6) Armaud Cooper (Marc's cousin); (7) Mable Johnson (Marc's paternal great-great aunt); and (8) Jesse Cooper (Marc's maternal grandfather). I also interviewed Natasha Heard Tolbert, Marc's former girlfriend and mother of Marc's two children. Finally, in an effort to determine

1

Bates No. 1

the identity of Marc's biological father, I interviewed Larry Wright and Dorothy Harper (Larry Wright's sister).

8. Following my initial interviews with Marc and his mother, Sonia, in January 2002, I wrote Jean Lawson a detailed letter. Based on my initial meetings, as well as what case materials I had reviewed to that point, I believed Sonia's personal history of trauma, abuse, and loss would be an important feature of the mitigation case to explain Marc's development. For example, Sonia's family had rarely, if ever, spoken about the murder of her mother, Pearl, which occurred when Sonia was a very, very young mother. During my interviews with Sonia and her sisters, it was clear that they had never discussed their respective experiences and emotions – of loss, pain, grief, and guilt – as a result of their mother's murder, and had never healed from the traumatic loss.

9. Despite my urgings to the defense team that Sonia's own history was critically important, the defense team did not present evidence about it. I was neither consulted about this decision nor told why the defense team did not present this evidence.

10. Jan Barefoot, a private investigator, was assigned to locate people and information that I might need. For example, Barefoot sought records concerning Pearl's murder, which was committed by Loyd Brown. Barefoot received public records from the police department on June 4, 2002 about the murder. Harold Bender's office sent the records to me on July 3, 2002.

11. I met with Jesse Cooper, Marc's maternal grandfather, during the course of my investigation. Jesse had been in the Korean War, been injured in combat, and suffered from trauma-related symptoms ever since. I spoke with Jan Barefoot and suggested locating Jesse's military and medical records, but we never got any of them. Due to Jesse's bad health at the time of Marc's retrial, he could not testify. Neither Jean Lawson nor Harold Bender ever talked with me about ways in which the defense might be able to present information about Jesse and his background, such as through records, video, or other witnesses' testimony. Jesse's background in the service, the affects that combat had on him, his drinking, his relationship with Pearl, his reaction to Pearl's leaving the family and subsequent murder, and his efforts to raise Sonia, Sheila, and Marc in the wake of Pearl's death, were all significant pieces of information that I felt were important to the mitigation case. Moreover, Jesse had gone with Marc to Roanoke, Virginia at one point to help Marc get his belongings from Robin Williams' house, and saw some of their break up in the process. Jesse also lived in the same house as Marc after he returned from Virginia, and witnessed Marc's worsening mental health. I was never told why the defense team did not present this evidence.

2

Bates No. 2

12. The issue of paternity—namely, the identity of Marc's true biological father—was also significant in Marc's case. In addition to the importance that it would make on a biological level, the lies, rumors, and misunderstandings concerning Marc's biological father's identity played an important and debilitating role in the family dynamic. Sonia had always maintained that Rick Barnette was Marc's father, despite a blood test that established otherwise. Sonia would tell others—including Marc—that Rick had "faked" the test. Notwithstanding Sonia's protests to the contrary, it was evident that Rick was not Marc's biological father and Sonia was well-aware of that fact.

13. Family secrets can be corrosive and damaging, especially to someone like Marc, who was in the middle of the paternity controversy. Compounding the harm in Marc's situation was the fact that his mother was very vocal in her claim that Rick was lying about the blood test. Thus, I thought it was important to fully explore the paternity issue.

14. In late March 2002, I spoke with Larry Wright, whom I believed to be Marc's biological father. I regularly updated Jean Lawson about developments in the mitigation investigation, and did so with respect to Wright. Lawson did not suggest any ways in which to develop the evidence concerning Wright. He would not have been the first, or last, witness who was hesitant to get involved as a witness in a capital murder case. There were many ways that the defense could have developed this information. Ultimately, the defense did not present any evidence, or otherwise suggest to the jury, that Sonia was lying to Marc (and others) about the paternity issue. I was neither consulted about this decision nor told why the defense team did not present this evidence.

15. In April 2002, I traveled to Georgia and met with Sheila Cooper, Armaud Cooper, and Tasha Tolbert. I reported my interviews to Jean Lawson and Harold Bender. They never asked me to do any follow up or interview other potential witnesses in Georgia.

16. I have extensive training and experience in the area of domestic violence. The defense team never asked me to explore Marc's relationships with other women. There was no request by defense counsel, or effort by me, to contact and interview prior girlfriends such as Sheila Sullivan, Crystal Dennis, Kowana Dozier, Tameka Hunter, or Alesha Chambers.

17. Defense counsel never asked me to work with Ann Burgess, the "domestic violence" expert they used, in an effort to explore Marc's relationships with other women. Burgess and I spoke one time on the telephone. There was no request by Burgess for me to contact or interview or explore any particular aspect of Marc's background. Although I interviewed Tasha Tolbert, who had two children with Marc, my interviews with Tolbert were necessarily limited because I did not have any direction from defense counsel regarding what was needed for resentencing.

3

Bates No. 3

18. I created a "biopsychosocial" report for the defense team. This type of report, which details the witnesses I interviewed, the documents I received, the psychosocial factors present in the defendant's life, and a chronology of life events re standard in capital mitigation work in 2002.

19. It was never made clear to me by the defense attorneys how, if at all, they intended to use my report. Indeed, it was never made clear to me until the trial itself that defense counsel did not intend to call me as a testifying witness.

20. I submitted my report to defense counsel on July 8, 2002. I did not have further discussions with either Jean Lawson or Harold Bender about the report. x

21. Defense counsel never asked me for my insights or views about the mitigation presentation. I was not involved with or asked to participate in strategy sessions, nor was I told about how to communicate my information or thoughts to others on the team. In the run up to trial, my tasks were largely focused on completing the report and assisting the lawyers in contacting witnesses who were going to testify. I had some discussion with both Jean Lawson and Harold Bender on July 15, 2002 about concerns that some family members had about the trial. Many of the family members did not trust Marc's lawyers, and they were unclear about what was expected of them at trial. The vast majority of my time in July 2008, once trial started, was spent sitting and talking with family members. I was not able to adequately prepare them for their testimony because I did not have a sense of what the defense lawyers' strategy was.

22. I met with Marc Barnette during the course of my mitigation investigation in this case. By the time of my involvement, Marc had already been incarcerated for over five years. He had clearly made a good adjustment to prison, evidenced by the absence of write-ups and disciplinary issues. Defense counsel never asked me to explore Marc's experience in prison, including the status of his relationships with various family members and friends.

23. I was definitely surprised—actually, shocked would be the right word—when Marc testified on his own behalf at trial. I was neither consulted about this decision nor told why the defense team decided to call him as the first defense witness. During my various meetings with Marc, I was never told by Marc—directly or indirectly—that he wanted to testify. I could count on one hand the number of times a defendant testified on his own behalf before the jury in cases I've worked on. Had defense counsel sought my advice or insights about Marc as a potential witness, I would have strongly cautioned them that Marc, despite genuine remorse for what he had done, would likely offend the jury by his testimony. I would have been concerned that Marc's mental health makeup and experiences, and his general lack of insight, would result in explanations and rationales for his behavior that would alienate jurors, rather than communicate remorse and sorrow. I believe his testimony did just that.

4

Bates No. 4

I swear or affirm that the information in the foregoing paragraphs is true to the best of my knowledge.

_____     _____
Cessie Alfonso                                      Date

Affirmed and subscribed before me on this the __ day of _____, 2014 in _____ County, New York.

_____
Notary Public

My commission expires: _____

Dawn C. Crossley
Notary Public, State of New York
Qualified In Rensselaer County
No. 01CR6249910
Commission Expires Oct. 17, 2015

5

# Affidavit of Ann Austin

I, Ann Austin, appearing before the undersigned and being duly sworn or affirmed, state the following:

1.  I am over the age of 18 and competent to testify to the following facts.

2.  I am a resident of Charlotte, North Carolina. I work as a tax preparer.

3.  I have had three sons: Greg, Darrell, and Steve. Steve was my youngest son. He died in 2005 from Sickle Cell Disease.

4.  Steve's best friend ever since he was little was Aquilia Marcivicci Barnette. We call him Vicci. Steve and Vicci remained best friends up until Steve's death.

5.  Vicci and his family used to live across the street from me on Comstock ~~Road~~ Drive in the Clanton Park neighborhood of Charlotte. They moved there when Vicci was three or four years old. Vicci lived there with his mother, Sonia, his father, Rick, and his little brother, Mario. The family lived there until Sonia and Rick separated when Vicci was around middle school age.

6.  Steve and Vicci played together as kids. The room in the back of my house used to be the boys' room and they had a turntable in there. After school they would come and play in our back yard. Vicci and Steve would go down to the creek in the woods and play. They liked going to the fishing hole and climbing trees.

7.  The neighborhood was quiet and friendly. It was a racially mixed neighborhood.

8.  Sonia knew our other neighbors, the Davis'. She and Tina Davis were especially good friends and spent a lot of time together.

9.  Sonia cried a lot about her mother's death. Sonia missed her mom a whole lot.

10. I knew Sonia's sister, Sheila. Sheila once got Sonia to rent a car for her and Sheila never took the car back to the dealership. The car company tried to make Sonia pay for it. Sonia found out that the car was in Florida and she told the agency. Sheila was off following some man to Florida. She left her kids behind to try to follow this man.

11. Sheila used drugs. When Sheila was living with their father, Jesse Cooper, she would walk away from the house and stay away for days at a time. She would also call Jesse and ask him for money. Sheila did not like to work.

Bates No. 6

12. I was Sonia's father's insurance agent for a number of years. Jesse would drink beer, which he called his "tea" and he would talk about things he did in the war. Jesse told me how he used to go to the club half the night and smoke his cigarettes when he was stationed overseas. He also talked about getting injured in the war. Jesse had a prosthetic eye from his injuries in the war.

13. Jesse dressed in military clothes even when it was hot. He would wear a flak jacket - one of those green military style coats. Jesse liked his guns and his land. Jesse and I would go down in the woods and shoot guns. We would aim at tin cans.

14. When Vicci was living in Charlotte after moving back from Georgia, he and Steve would see each other often.

15. After Vicci moved back to Charlotte from Virginia, after his breakup with Robin, he was depressed. Sonia should have done more to try to get him some help and find a way to help him deal with his emotions.

16. When he was back home in Charlotte, Vicci told Steve that he was moping around the house, drinking, and talking on the phone with Robin about getting back together.

17. Vicci believed that Robin had been cheating on him. He had found a condom and a phone number in the pocket of Robin's jeans.

18. I couldn't figure out why the police never picked Vicci up after the firebombing incident. There were reports about it on the television.

19. My reaction to hearing that Vicci was responsible for the killings was one of disbelief.

20. Steve remained in close contact with Vicci after he was locked up. Vicci would call him sometimes from jail and Steve would send him money. Steve also visited him. Steve sent Vicci a TV, sneakers, and a t-shirt while he was in jail. Vicci is a fantastic artist and we still have some of the pieces that Vicci sent to Steve.

21. Vicci is the only real friend that Steve had. The two of them got along well, they didn't argue, and they both liked music. Steve was upset about what had happened and Vicci's charges. Steve was scared to death about testifying and saying the wrong word. He didn't want to hurt Vicci.

22.     I would have willingly testified for Vicci at his resentencing. I have always thought of Vicci like one of my children and I would have wanted to share with the jury my memories of Vicci and his family.  I was not asked to.

I swear or affirm that the information in the foregoing paragraphs is true to the best of my knowledge.

_Ann C. Austin_                                           _8-23-2014_
Ann Austin                                                 Date


Affirmed and subscribed before me on this the _23rd_ day of _August_ , 2014 in _Mecklenburg_ County, North Carolina.

_[signature]_
Notary Public

My commission expires: _____1/20/16_____



Bates No. 8

3

## Affidavit of Darrell Austin

I, Darrell Austin, appearing before the undersigned and being duly sworn or affirmed, state the following:

1.  I am over the age of 18 and competent to testify to the following facts.

2.  I am a resident of Charlotte, North Carolina. I work as a tax preparer.

3.  I am the middle child of three boys. My older brother is Greg Austin. My younger brother was Steve Austin. Steve died in 2005 from Sickle Cell Disease, an illness he had since he was a kid.

4.  Steve was best friends with Aquilia Marcivicci Barnette, who we call Vicci. Vicci and his family lived across the street from me and my family when we were growing up. We lived on Comstock Road in the Clanton Park neighborhood of Charlotte.

5.  Vicci was a good kid who was on the quiet side. Vicci had a funny way of crying as a kid. At times we would make fun of him for it.

6.  Vicci's father was very strict. Vicci had to do what he was told. What his father said was what had to happen. I know Vicci's dad would punish him physically. You knew who was on punishment because you wouldn't see them for a few days.

7.  Vicci and his family later moved to Georgia. After Vicci came back from Atlanta I didn't see him too often, but he and Steve would get together. They would go out together.

8.  My wife is originally from Roanoke and she knew Robin in high school. Robin was two years behind her in school. They weren't close but they knew each other well enough to say hello and talk. My wife also knew someone that Robin used to date. He was her cousin's best friend and his name was Bennie Greene. Robin and Bennie dated for about a year at some point before Robin and Vicci started dating.

9.  Robin and Vicci first met at a night club. Then Robin came over to Greg's for a cookout. Robin seemed nice and Vicci was head over heels in love with her. After they first met, Vicci found ways to get up to Roanoke to see her. All he talked about was Robin.

10. I met Robin a couple of times. After she and Vicci had started dating, he brought her over to Greg's a couple times. They were fine together.

Bates No. 9

1

11. I was very surprised to hear about the crime. From what I knew, Vicci and Robin were deeply in love.

12. Before Vicci's first trial I got a phone call from someone working with Vicci's legal team but we didn't have a real interview. I was just told that somebody might call on me for the trial. However, I never was called to testify.

13. Before Vicci's resentencing I went to an office and talked to someone who was part of Vicci's legal team. We probably spent 30 minutes to an hour talking about Vicci. They mostly asked me what I knew about the actual crime. They told me they would subpoena me if they needed me. I never heard any more from them. Vicci had been brought back to Charlotte from Indiana at that time.

14. I would have willingly testified for Vicci at his resentencing. I have known Vicci since we were both kids and I would have wanted to share with the jury my memories of him.

I swear or affirm that the information in the foregoing paragraphs is true to the best of my knowledge.

_____      06 09/2014
Darrell Austin                                         Date

Affirmed and subscribed before me on this the __9th__ day of __June__, 2014 in __Mecklenburg__ County, North Carolina.

_____
Notary Public

My commission expires: _____1/20/16_____

Zachary Rowles
Notary Public
Durham County, NC

Case 3:12-cv-00327-MOC   Document 74-2   Filed 12/22/14   Page 10 of 50

Bates No. 10

2

## Affidavit of Greg Austin

I, Greg Austin, appearing before the undersigned and being duly sworn or affirmed, state the following:

1. I am over the age of 18 and competent to testify to the following facts.

2. I am a resident of Pittsburgh, Pennsylvania and I work for Big Heart Pet Brands.

3. I am the oldest child of three boys. My younger brothers are Darrell and Steve. Steve died in 2005 from Sickle Cell Disease.

4. I have known Aquilia Marcivicci Barnette for most of my life. I call him Vicci. Vicci's family and my family lived across the street from each other when I was a kid.

5. My younger brother Steve was best friends with Vicci. When they were kids they would play together all the time.

6. Vicci's little brother was Mario and they were together a lot. Vicci often took care of Mario when they were kids.

7. Vicci and his family eventually moved to Georgia and I didn't see Vicci again until after he moved back to North Carolina.

8. I used to live in Roanoke, Virginia where Vicci and Steve came to visit me a few times. When Vicci came to Roanoke he was friendly, articulate, and good looking

9. I was with Vicci and Steve the night Robin and Vicci met. We were at a night club. Vicci and Robin hit it off very quickly. The next day they saw each other again and they were attached at the hip. Vicci later moved to Roanoke to live with Robin.

10. Robin worked at the hospital and Vicci started working at a hotel. Vicci later got a job at Camelot, a music store. Robin and Vicci shared one car between them. Vicci took Robin to work each day and also picked her up when she was done. They often came by my house. Vicci was very into his relationship with Robin. Everything he did centered on Robin. Vicci and Robin would come over to my apartment on almost a weekly basis. I would also drop by the music store where Vicci worked and talk with him when I was in the mall. Vicci never mentioned that he was having any trouble with Robin. Vicci and Robin always came to the parties I hosted. They always had a good time.

11. I was shocked to learn about the firebombing incident and about Robin's death. It was not the Vicci I knew.

12. Before Vicci's first trial I met Sindy Maxwell who was working with Vicci's attorneys. I answered a few questions about my relationship with Vicci.

13. Sindy had me come down to Vicci's trial. My potential testimony was to just be about the fact that I knew Vicci. However, I never testified. I never came out of the back room where I had to wait with Vicci's family. I was not subpoenaed to be there. I was there because Sindy asked me to be there.

14. I was never contacted by anyone named Cessie before Vicci's 2002 resentencing. I would have talked to her or anyone else on Vicci's legal team if I had been contacted.

15. I would have willingly testified for Vicci at his resentencing. I have known Vicci since we were both kids and I would have wanted to share with the jury my memories of him.

I swear or affirm that the information in the foregoing paragraphs is true to the best of my knowledge.

_____
Greg Austin

_August 30, 2014_
Date

Affirmed and subscribed before me on this the 30th day of _August_, 2014 in _Allegheny_ County, Pennsylvania.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Kristy A. Aiello, Notary Public
Upper St. Clair Twp., Allegheny County
My Commission Expires May 29, 2017
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

My commission expires: _May 29, 2017_

Bates No. 12

2

# Affidavit of Kenneth Bailey

I, Kenneth Bailey, appearing before the undersigned and being duly sworn or affirmed, state the following:

1. I am over the age of 18 and competent to testify to the following facts.

2. I am enrolled in a culinary arts school, and I also work at a restaurant and do catering in the greater Atlanta area.

3. When I was in the 10th grade, I transferred in to Lithonia High School in Lithonia, Georgia. One of the first people that befriended me was Aquilia Marcivicci Barnette, who everyone called Marc. Marc was also in the 10th grade. We were both in the class of 1991.

4. Marc and I became good friends. He had moved from North Carolina and hadn't been at Lithonia High School very long when I arrived. We were both new to the area. Marc was a good kid and he was nice to be around. We both had younger brothers and sometimes we brought them with us to do things. Marc cared about his younger brother, Mario, and often did things to look after him and make sure he was all right.

5. Marc and I both ran on the Lithonia High School track team. He ran hurdles and I was a sprinter. Marc was a good runner and qualified for County and State meets a few times. When we were in school I worked at McDonald's and Marc had a job too. Besides skipping school a few times, we didn't really get in trouble. When we skipped school we generally just stayed at my house, watched TV, and ate food.

6. Marc dated Sheila Sullivan for a while. She was a classmate of ours. Sheila was not an easygoing person. She was mean and possessive of Marc. She didn't like it when he spent time with me or with other people. Sheila never liked me very much.

7. There was a time when Marc got beaten up really badly. When I was informed about it I immediately went over to the area where it had happened. Marc was still on the ground when I got there and he was battered and bruised. They were waiting on an ambulance for him. There was a crowd around Marc when I went up to him. Some of the people that had beaten him were still there and they told me to get away, so I left.

8. Melvin Bryant and David Walker were two people that were involved in Marc's beating. They were the drug dealers and bad guy types, and people feared them. They had dropped out of school but were still hanging around.

9. The assault had a big impact on Marc. He was very agitated after the beating. He was more on edge. It seemed like he walked around with a chip on his shoulder after it happened, like he didn't know who to trust.

1

10. Marc also dated Tasha. She was a few years younger than us. Marc and Tasha had a child together and eventually Marc dropped out of school and I didn't see him much after that. Marc was very young to have a kid and he was overwhelmed with school, relationships, and being a father.

11. At some point Marc attempted suicide. Although I clearly remember it happened, I cannot recall the details of how or why it happened.

12. I was diagnosed with Bipolar Disorder in 2004. I'm in therapy and I take medication for it. It has been a long struggle since high school to turn my life around and get to where I am now – a place where I am in school, have a family, and am doing positive things with my life.

13. I was never contacted by anybody associated with Marc's legal case before this year. I was very surprised to hear about his crime. It's not something I would have ever expected based on my experiences with Marc.

14. I would have willingly testified for Marc at the sentencing hearing of his capital trial, including the contents of this affidavit.

I swear or affirm that the information in the foregoing paragraphs is true to the best of my knowledge.

_Kenneth Bailey_ (signature)
Kenneth Bailey

12-5-2014
Date

Affirmed and subscribed before me on this the _____ day of _____, 2014 in

_____County, Georgia.

_____
Notary Public

My commission expires: _____

Bates No. 24

## Affidavit of Jan Barefoot

I, Jan Barefoot appearing before the undersigned and being duly sworn or affirmed, state the following:

1. I am over the age of 18 and competent to testify to the following facts.

2. I am a resident of Charlotte, North Carolina. I am a licensed private investigator, and I am founder and president of Barefoot Private Investigations. I have been in business as a private investigator since 1986.

3. I was hired by Paul Williams and George Laughrun to work on Aquilia Marcivicci "Marc" Barnette's first capital trial. My role was primarily to compile criminal histories for potential defense witnesses, subpoena witnesses, and locate witnesses for Sindy Maxwell, the mitigation specialist. Marc's first trial ended in 1998 with a death verdict.

4. I was hired by Claire Rauscher and Jean Lawson to work on Marc Barnette's retrial in 2001. Claire was taken off the case at some point and replaced by Harold Bender.

5. I had worked on a number of cases with Harold Bender prior to the Barnette retrial. Harold's manner with me in the Barnette case was similar to his manner in other cases we worked on together: he would give me a set of tasks to accomplish—for example, locate a witness or find a record—but not provide context or explanation.

6. My primary role in the Barnette retrial was to assist Cessie Alphonso, the mitigation specialist, with locating witnesses. As the case got closer to trial, there were a handful of additional tasks that I was asked to handle, such as gathering information about the government's expert, Park Dietz.

7. I did not have full-scale involvement in the retrial. Neither Jean Lawson nor Harold Bender sought my input about defense strategy. I do not recall either Jean or Harold describing their trial strategy to me. They would usually just call or fax me with a task or "to do." My biggest responsibility for the Barnette retrial was serving subpoenas. I was not involved with and was unaware of any team meetings or organized means of communicating new information or thoughts about strategy.

8. According to my case file, the first time that Harold or Jean spoke with me about one of Marc Barnette's prior relationships was on or about March 4, 2002, when they discussed Natasha Tolbert and Crystal Dennis. My notes indicate that I was informed by Jean or Harold that these women would not be cooperative.

9. I was not asked to do anything with respect to Crystal Dennis, such as locate her or attempt to speak with her. I was never asked to locate or attempt to speak with Sheila Sullivan. I do not believe her name was ever mentioned to me.

1

10. On March 14, 2002, Jean Lawson asked me to locate Natasha Tolbert. I spoke with her that same day and communicated to Jean that she was willing to cooperate with the defense team. My next task related to Natasha Tolbert was not until June 4, 2002, when I left her a message. After that, I spoke with Cessie Alphonso's assistant on July 15, 2002 about Natasha, which I believe had to do with how the defense team wanted to serve her with a trial subpoena.

11. I was asked to research the murder of Peal Cooper on May 29, 2002.

12. I was asked to locate information about Mark Reagin's murder on June 3, 2002.

13. I met with Marc Barnette at the jail on June 13, 2002, and he provided me with names of former girlfriends.

14. Harold Bender and Jean Lawson asked me to locate potential witnesses shortly prior to, during, and following jury selection. Harold and Jean asked me to actually interview these witnesses (and not just serve them) in anticipation of having them testify on behalf of Marc. These witnesses included Candy Epps (who I interviewed on July 10, 2002), Ann Austin (July 11, 2002), Darrell Austin (July 12, 2002), Shovanda Davis (July 12, 2002), Bob West (July 22, 2002), Janet Brewer (July 23, 2002), Eric Cooper (July 25, 2002), and Greg Austin (July 31, 2002). Any information I received from these witnesses would have been forwarded to Harold and/or Jean.

15. As trial quickly approached—and even after trial began—Jean asked me to locate a handful of other witnesses, including Regena Nero (after I was asked to begin locating her on or about June 18, 2002); Kowana Dozier (on or about July 5, 2002); and Tameka Hunter (on or about July 23, 2002).


I swear or affirm that the information in the foregoing paragraphs is true to the best of my knowledge.

_Jan Barefoot_
Jan Barefoot

Affirmed and subscribed before me on this the _3_ day of _November_, 2014 in Mecklenburg County, North Carolina.

_Stephanie D. Young_
Notary Public

My commission expires: _3-11-2018_

NOTARY
★ ★ ★
PUBLIC

2

# Affidavit of Derrick Barnette

I, Derrick Barnette, appearing before the undersigned and being duly sworn or affirmed, state the following:

1. I am over the age of 18 and competent to testify to the following facts.

2. I am a resident of Charlotte, North Carolina. I am retired after working for many years for the United States Post Office.

3. I was previously married to Sonia Cooper. Sonia and I were married in 1976. We formally separated in 1984 and divorced in 1985. During our marriage we raised Aquilia Marcivicci Barnette, who I called "Vicci," and Vicci's younger brother Mario. Shortly after Sonia's and my divorce was finalized, blood tests established that I was not the biological father for either Vicci or Mario. The blood tests confirmed what I had always suspected – that I wasn't their biological father.

4. I was born in Charlotte and grew up there too. My father's side of my family is from Charlotte and my mother's side is from Ridgway, South Carolina. My mother often took me to our family home in Ridgeway, South Carolina. They had an outhouse and a woodstove.

5. My parents separated when I was five years old and my dad went off to Philadelphia afterwards. I always felt loved by my dad. His name was John Thomas Barnette. I remember my father coming up our steps drunk. He was an alcoholic. He later ended up quitting drinking. I have some good memories and some bad ones of my father.

6. Sonia Cooper and I met and started dating when I was in the ninth grade and she was in the seventh grade. It was good at the beginning. However, I don't think we were together when I found out she was pregnant with Vicci. She had also been dating a guy named Larry Wright, and I had some doubts about whether the baby was my son. I remember that Sonia's mother and my mother talked after it was learned that Sonia was pregnant. Afterwards, my mother told me that the child wasn't mine. However, I wanted him to be mine and I wanted to stay with Sonia so I played the role of his father. After Vicci was born, people said he looked like me so I thought maybe he was, in fact, my son. I was young and still living at home when Vicci was born.

7. When I first met Sonia, her parents were not living together. Sonia was living with her mother, Pearl. Sonia's father, Jesse Cooper, was living on West Boulevard.

8. Jesse had been in the war and you could tell that he'd been traumatized. He probably had PTSD. He had a glass eye because he'd lost one of his eyes in the war. He took the glass eye out sometimes. Jesse drank Pabst Blue Ribbon beers every day. He spent a lot of time walking around his property, and often sat under a tree. He was more of a loner. The way Jesse talked it was like he was still in the military. He would call his property his camp and he would say 'negative' instead of 'no.'

1

Bates No. 17

9. Loyd Brown was Pearl's second husband and he murdered Sonia's mother. He shot her to death in their house. Pearl's death had a huge affect on Sonia, who was in the house with Vicci and her sister Sheila when it happened. Sonia always wondered why she did not hear the gun go off, and felt responsible for adding stress to her mother's life by having Vicci, which was another mouth for her mother to feed.

10. Sonia and I had fights when we were together. We fought all the time after we moved back to Charlotte and lived in Clanton Park. We had bad fights, physical fights. I hit Sonia in the head with a hammer one time. She had her hand on her head at the time and was peeking through her hand. I hit her on the forehead just above her eyebrow. She ended up calling her sister about it. The police came because of that incident.

11. I spoke with a lawyer about separating from Sonia around 1982. Although I held off on seeking a formal separation until June 1984, our marriage was a terrible mess well before then. Once the separation occurred I told Sonia that she, Mario, and Vicci had to move out.

12. Right after we split up, it was my initial hope that Sonia and I could work out an agreement about the kids. My philosophy was that if the boys wanted to see me, they could come see me. I left the door open. Although I did see the boys a bit right after we first split up, that became far less frequent once I moved away to Philadelphia. I moved to Philadelphia around the time the divorce became finalized.

13. After Sonia and I split up, there were times that I was worried about her leaving the boys alone too much. I remember one time when I called over to Sonia's house and the kids answered the phone. They were home alone so I went and got them. Sonia later called me about the kids. I didn't initially tell her they were with me. Then she called me back and I finally told her that the boys were with me. I thought they were too young to be left alone overnight and I wanted her to understand that.

14. I was paying child support to Sonia after we separated. Sonia would call me and demand the money. It would only be two days late but I wouldn't pay it on the right day. When I learned that she went out and bought a red Corvette, I was upset.

15. When the money became an issue between me and Sonia, I decided to seek a blood test to find out if I was really Vicci's and Mario's father. This was in 1987. I was already suspicious that I wasn't the boys' biological father. When I was with the Air Force, I left for Okinawa, Japan on August 26, 1976. I remember the date because I missed my birthday -- August 27 -- by flying over the International Date Line. I was gone for six months before I came back for a visit. Mario was born the following July 1977, which means Sonia got pregnant while I was away in Okinawa. I brought it up a couple of times with Sonia and she always said, "No, he's yours." I came home from Japan and was present for Mario's birth. I took Sonia to the hospital for it. I had to call and get an extension on my leave from the Air Force. As for Vicci, I always thought Larry Wright was his biological father. Sonia was dating him around the time she became pregnant with Vicci. I believe Sonia told her mother that Larry was Vicci's father. Then Sonia's mother told my mother.

2

Bates No. 18

16. Vicci felt bad when he had to get blood drawn for the paternity test. The test results indicated that neither Vicci nor Mario is my child. I took them to a nice restaurant and sat them down and told them the results of the test. I also told them that nothing had changed about how I felt about them. I told them that if they wanted me, I would be there.

17. I left Charlotte in 1987 and moved to Philadelphia. Contrary to what the prosecutor said during my testimony at Vicci's second trial, the boys did not spend the whole summer with me in Philadelphia.

18. Sonia, Vicci, and Mario moved to Georgia a short while later. I was aware that Sonia had been fired from her job at State Farm Insurance, and was having trouble keeping up with her rent.

19. During Vicci's first trial, I was asked about disciplining him as a result of bad grades. Although it was true that I wanted both Vicci and Mario to do well in school, and that I would discipline Vicci for poor school performance, this really only occurred up until the time that I moved away to Philadelphia. In other words, this was when Vicci was in elementary and maybe junior high school. I had no real involvement in Vicci's schooling after that time.

20. I testified in both trials about an incident in which Sonia held a pan over my head, threatening to hit me. In both trials, I testified that this incident "turned into a joke." I was not asked to explain what I meant by that—which was not that, when the incident happened, anyone thought it was funny or a joke. In fact, at the time, it was scary and illustrated how violent our fights could get. Only later did Sonia and I "joke" about this incident.

21. During Vicci's second trial, the prosecutor tried to make it seem like I had remained a central part of Vicci's and Mario's lives. I tried to make clear that although I offered to "keep the door open" for both boys, I had not personally done anything to foster a true relationship with either boy after leaving Charlotte.

3

Bates No. 19

22. There were things going on in Vicci's and Mario's lives I just didn't know about. For example:

    a. I didn't know how anxious Vicci was about moving to Georgia in 1988.

    b. I didn't know that Sonia would often have no food in the fridge for Vicci and Mario, even though they were only kids.

    c. I didn't know how much Sonia and Sheila were partying when they lived together in Georgia, and that they were using cocaine in addition to drinking.

    d. I didn't know about Vicci's relationship with Sheila Sullivan or about how she became pregnant but got an abortion.

    e. Although I was vaguely aware that Vicci was beat up by some guys at one point, I was unaware how badly Vicci was beaten or how it affected him. I was also unaware that the guy who beat up Vicci ended up with Sheila Sullivan.

    f. I didn't know that Vicci was suicidal during his relationship with Sheila Sullivan.

    g. I didn't know that there was drug dealing going on with Michael O'Neal when Vicci and Mario were living there.

    h. I didn't know about Vicci falling in love with Tasha and having two kids. I didn't know how excited Vicci was to become a father, or how disappointed he was when Tasha's mother prevented him from attending prenatal appointments with Tasha.

    i. I was not present for either of Vicci's children's births, and only met them after Vicci was arrested. I never went to Georgia and saw how or where Vicci was living. I didn't know that Vicci was working two jobs when he was with Tasha and later Crystal, and that he was so stressed out about his situation.

    j. I didn't know the circumstances about Vicci shooting Anthony Britt, and how Britt and others were looking to beat up Vicci. I didn't know what was happening in Vicci's relationships with Tasha and Crystal at that time.

    k. I never met Crystal Dennis. Although I spoke with Vicci from the jail after he was arrested for hitting Crystal's children, I did not visit Vicci or offer him assistance.

    l. I never met Alesha Chambers or became aware of the troubles Vicci had in that relationship.

    m. I never saw or heard anything to make me think Vicci was depressed. I didn't know that he would cry in front of his girlfriends, or that he attempted suicide.

    n. I was unaware of Vicci's break-up with Robin when it happened. I didn't know that he moved back in with Sonia and Mario and Jesse on West Boulevard.

    o. I didn't know about Vicci's involvement in firebombing Robin's place in April 1996 until June 1996. I wasn't in touch with Vicci during that period of time.

23. I met Vicci's girlfriend, Robin, one time when I was on a motorcycle trip and went through Roanoke, Virginia where they were living. I was there for a motorcycle rally. Vicci and Robin came to see me at my hotel. We ate a meal together. Robin was nice and Vicci seemed happy. Vicci described Robin as someone that was his soul mate.

24. I have remained in contact with Vicci since he's been locked up. He is allowed to send email type messages and that has made it easier for us to communicate. I usually send Vicci money at Christmas or for his birthday.

25. I visited Vicci in Indiana after his first trial and before his second trial. I was glad to see him.

4

Bates No. 20

26. I have several of Vicci's drawings now. There is one of two cars with a reflection that is of a red and black Model T. I also have ones of an airplane, of me fishing, and of a dog in a chair. I've got them framed.

27. Before Vicci's first trial I talked to Sindy Maxwell enough to remember her name. She was in investigator working with Vicci's attorneys. Before Vicci's resentencing I went and met Cessie a couple of time. She was an investigator for Vicci's second team of lawyers.

28. I did meet with the defense team prior to Vicci's trial but we did not talk about my testimony. They didn't talk to me about what they wanted me to say, how to act, how to look, or anything like that.

29. I talked to Seymour Halleck, one of the mental health people for Vicci's legal team.

30. During the second trial, I was asked a few questions about Jesse Cooper. I testified that he was "unique" and a "little eccentric." I also testified that he had been in the military and "was experiencing some problems." Although I never lived with Jesse Cooper, and had not spent much time around him since I was a young man, I was aware that Jesse was pretty damaged by his time in combat. Because no one on Vicci's defense team prepared me to discuss Jesse's situation, I did not know how in-depth to go when describing Jesse's condition. Had I been prepared to discuss Jesse, I would have described more about how the war really seemed to damage him.

31. I love Vicci dearly and I would have willingly shared the contents of this affidavit with Vicci's defense team and with the jury at his trials if I had been asked to do so.

I swear or affirm that the information in the foregoing paragraphs is true to the best of my knowledge.

_Derrick Barnette_  
Derrick Barnette

_8-23-2014_  
Date

Affirmed and subscribed before me on this the 23rd day of August, 2014 in Mecklenburg County, North Carolina.

_Notary Public_  
Notary Public

My commission expires: 1/20/16

Zachary Rowles  
Notary Public  
Durham County, NC

5

Bates No. 21

# Affidavit of Mario Barnette

I, Mario Barnette, appearing before the undersigned and being duly sworn or affirmed, state the following:

1. I am over the age of 18 and competent to testify to the following facts.

2. I am a resident of Marietta, Georgia. I am employed at Mercedes-Benz of Buckhead in Buckhead, Georgia.

3. Aquilia Marcivicci Barnette is my older brother. He is about four years older than me and I call him Vicci.

4. Vicci's mother and my mother is Sonia. She is the middle child of three sisters. Her older sister is Aunt Tessie. Her younger sister is my Aunt Sheila.

5. My grandfather's name was Jesse Cooper. He is now deceased. He was my mother's father. He lived his adult life on the Cooper property located on West Boulevard in Charlotte, North Carolina. I loved my grandfather. We called him Pop Pop.

6. Jesse was in the Army when he was a young man and he fought in Korea. He was badly injured while he was over there and nearly died. His war time experience stayed with him for the rest of his life.

7. When Jesse got hit by a grenade there was a guy who said he saw body parts flying. Jesse later had a prosthetic eye. My mom once found Jesse's glass eyes in a suitcase when she was little. Jesse's eye would sometimes get wet and he would need a tissue for it.

8. Jesse would go to reunions with his platoon mates. One time it was in South Carolina. Mom took him a couple of times to these reunions for veterans.

9. Jesse had a slim physical build. He and I have always been the same size. We could even share clothes. Jesse often wore a green trench coat. He didn't like the cold. He would wear this trench coat over his church clothes when he went to church.

10. Jesse had nicknames for some people. He called my mother, Sonia, by the nickname of "Sonar" and my Aunt Tessie by the nickname "Scotia." This is because there is supposedly a military term called Scotia and Sonar. That nickname didn't have a deep meaning. It was just a play on words. Jesse also often said "shucks" as a substitute for cursing. When he said it he would raise his shoulders. I remember Jesse saying this about my driving tickets. Another phrase Jesse often used was: "While I'm still in the land of the living." Jesse would say "good morning" even in the afternoon because it was morning in the Pacific. He did it as a joke, to get a rise out of people. Everything was military based. If you asked him the time he'd say 14:00 instead of 2:00 p.m. Jesse also said "etowa" which I think is a term of greeting used in Korea.

Bates No. 22

11.    Sonia sometimes had to put some kind of salve or ointment on Jesse's back because the shrapnel would puss up on his skin. You could see the little rises and scars. Those injuries would start weeping after a while.

12.    Jesse was emotionally affected by the war. He never talked about how he was feeling. Sometimes he'd discuss others, but not himself. Jesse acted like he was on a night shift. He didn't sleep much at night. We all became night owls around him.

13.    Jesse stayed on the front couch in the house at West Boulevard. That house was always still in the works. He complained there were too many windows in the house. Those windows made him vulnerable so he hung sheets over the front windows. Jesse generally stayed in the front area which was the side of the house closest to West Boulevard. That was him being vigilant. He would say, "Somebody has to stay watchful." Jesse would hold down the fort. He felt especially responsible after Vicci got shot in the house by our cousin, LeDon.

14.    Jesse had night terrors. These became less frequent as he got older. When they happened Jesse would yell at the top of his lungs from the living room couch where he slept. When we moved back to Charlotte after living in Atlanta I heard him yell like that several times a year. However, these night terrors might have been more frequent before this time.

15.    Jesse was on medications that knocked him out. However, after the incident when LeDon shot Vicci, he stopped taking his meds for a while so he could be more vigilant.

16.    Jesse drank Pabst Blue Ribbon beer and he called it his "tea."

17.    My mom moved back to Charlotte from Georgia in order to take care of Jesse. He hadn't been going to the VA on a regular basis. Aunt Tessie had been living in Charlotte but she was not taking him to his medical appointments and he wasn't taking any of his medications. After we got back, Sonia started taking Jesse to his doctor's appointments.

18.    People from the neighborhood would often ask Jesse for money. Family members would ask him too. He always had visitors come knock on the door. Jesse's other good friend was a person at the Lakeview Bait and Tackle shop. Jesse knew all the owners and sons that worked there.

19.    Jesse had church members come check on him. Everyone in the neighborhood called him Uncle Jesse. Jesse was pretty involved with the church. He went 2-3 times a day sometimes, and he always went on Sunday.

20.    Jesse almost never drove because of his glass eye.

Bates No. 23

21. Jesse never talked about my grandmother, Pearl. She had been his wife before they divorced. She was later shot and killed by her subsequent husband. Jesse wouldn't even reminisce about her. He was hurt by what happened. You could only get a couple phrases out of him about her. Jesse said that the first person he saw after he was hit by a grenade in the war was Pearl. He asked her, "Are you an angel?"

22. Pearl's murder had a huge effect on our family. My mom and Aunt Sheila were in the house when it happened. They were both school age at the time. Aunt Sheila found her mother's body. Vicci was also there. He was a baby.

23. Pearl's murder is what had Aunt Sheila acting the way she used to. We just called it "Aunt Sheila." She never made decisions that made sense. She would get together with guys who were worthless. She went to college out of the blue for cosmetology. My grandfather was financing this. But then she abruptly switched and wanted to be a nurse. Sheila also maxed out credit cards. There was a time when the feds were looking for her in Florida when she was there with a Hispanic guy and bouncing checks.

24. Aunt Tessie's role has been more of being outside of the immediate family. She is reserved in that way. However, Tessie has taken care of her kids and grandkids. Her younger daughter, Shonda, was troubled. When Shonda was in her early 20s she would disappear for weeks and then come back messed up. Shonda once left with friends, went to the beach, had a car accident, and left the car there. Shonda also got pregnant when she was a young teenager with her daughter, Alex. Tessie had to take care of and raise Alex. Tessie has also been raising Alex's kids.

25. Our younger siblings and cousins have done better than us because they received better parenting than we did. This is true for my half siblings, John Mack and McKenzie. My mom was very young when she was raising Vicci and me but she is older and more stable now.

26. My mom married Derrick Barnette the year before I was born. We moved around a bunch when I was little because my dad was in the Air Force, but then we lived for several years at a house in the Clanton Park neighborhood of Charlotte. Vicci and I had bunk beds when we lived at the house in Clanton Park. Sometimes I would get up for school and Vicci would not be there.

27. My parents once blindfolded me and tricked me into thinking they had cut off my thumb. They did this as a way of trying to get me to stop sucking it. Another extreme measure they took was when my dad once told me not to open the door for anyone. But then I was alone at the house and I opened the door for a family member that I knew. I was disciplined for this. Derrick beat me with a belt. The person that had come to the door was Aunt Pie who is related on my dad's side of the family. I was probably around six years old when this happened.

Bates No. 24

3

28. Vicci's best friend, Steve Austin, lived across the street. We admired his family. Vicci brought me over there to show me what a real family is. They were not like our family, they were like the Huxtables. The brothers got along, the parents did not fight, and they would sit down to Sunday dinner together and pray over their food. Vicci told me that if I ever could not get into our house I should go over to the Austin's house.

29. Vicci saved my life one time when I was choking on ice. He was always a protector for me. He knew his role. His main function was to be a buffer for me from my parents and he did this successfully. He stopped me from seeing my mom and dad fight. They fought all the time. But in order to do that he ended up in the fights with them.

30. Our house in Clanton Park was small. If our parents were fighting you could hear it even if you could not see it. If Vicci heard something he would run out, close the door, and tell me to stay in the room. He would literally dash out of the room. However, I could hear all this fighting going on.

31. Eventually our parents separated and divorced. After that happened, the person we knew as our dad, Derrick Barnette, had a paternity test done. The test indicated that he is neither my father nor Vicci's father. He took us out to a restaurant and told us about it. I was about 9 and Vicci was about 13 years old when this happened. It was a total shock to both of us. It was very upsetting.

32. The identity of our father has been a family secret. However, there have been a number of other family secrets too. Aunt Sheila informed her son Armaud who his father was but she told him that his father had run off and didn't want anything to do with him. But the truth was that Armaud's biological father and Armaud's father's brothers were trying to find him. Sonia and Aunt Sheila have been very secretive. They won't tell you anything. All of these secrets have been harmful.

33. After our parents separated, we moved a lot. We went from Clanton Park to Windsong Drive to Wendover Road to Farm Pond Lane to Atlanta, Georgia. We lived several places in Atlanta before moving back to Charlotte. The worst times were when we lived at Windsong and Wendover. Financially and mentally they were the worst for mom. This was when she had her crazy period and she lost her way. She was depressed.

34. Our house at Windsong was terrible. There was never any food in the kitchen and there was always a lot of trash.

Bates No. 25

35. My mom's friends, Tina and Harlene and Jackie, would go out with her. No babysitters looked after us when mom was out. Vicci was around 13 years old then. He would come home and ask if there was anything to eat. He would make TV dinners for us if we had any and then he would stay around until mom came home. Then he'd be back out that door. He was out drinking with friends. He was trying to find a family with the girls he was with.

36. One of Sonia's boyfriends was a guy who drove a nice car and was sleazy. He was in and out. He would pop up and then disappear again. He once came back from somewhere and showed us his black case of fake gold. When he disappeared, I assumed he was out on his next hustle.

37. These were bad times because Sonia was recently divorced and she was out all the time. We also did not see Derrick very much. When we would see him, which wasn't often, Derrick was usually there to beat Vicci with a belt. Because this was the only time we were seeing Derrick it made our relationship with him even more strained than it had been after we learned he was not our biological father. This was especially true for Vicci.

38. After my mom and dad separated Vicci had to take on responsibilities as the man of the house. He was half brother and half father to me. For instance, I was taught not to use drugs by Vicci, not by my father.

39. My mom, Vicci, and I moved to Georgia before my 6th grade year in school. We moved in with my Aunt Sheila, Uncle Michael, and my cousin, Armaud. At first we lived with them in an apartment, but we soon moved with them into their house in Lithonia, Georgia. Things were chaotic there. The adults would party and use drugs. Uncle Michael drove a canary yellow Corvette with a T-top roof, but he was never home. All of the adults in the family were always going out, leaving us alone at the house. If I overslept in the morning there was very little chance that any adult would wake me up and make sure I made it to school.

40. At some point while we were living there Aunt Sheila gave birth to her daughter, Michaela. Sheila barely took care of Michaela. There were many nights when Armaud and Vicci and I would hear Michaela crying and crying in her crib. The crying would get so bad that we would go check on Michaela. We would find that all of the adults were gone and would have to take care of Michaela and soothe her. Sheila and the others would often come home at 3:00 a.m. or close to dawn and we would hear them come in because we were just getting back to bed ourselves from taking care of Michaela.

41. Armaud once found drugs under the master bathroom cabinet. He is four years younger than me and he was only around seven years old at that time. The drugs were in plastic bags about the size of a magazine and Armaud thought they were pillows. Vicci and I told Armaud to get away from the drugs.

Bates No. 26

5

42. There were lots of signs that the adults were involved in drug dealing. Sometimes rundown, suspicious looking guys would show up at our house and not stay very long. Another time a U-Haul truck came to our house but nobody was moving anywhere. Our household also seemed to go from extreme highs to extreme lows. At times the adults would be in party and celebration mode, and at other times I understood that we were dead broke, despite the fact that Michael still had his job at General Motors.

43. A white woman once showed up at our house and it caused a commotion between her and Aunt Sheila. I believe Aunt Sheila got out a gun while the lady was there. I think it was early on a Saturday or Sunday morning when the lady showed up and I woke up to hear her and Sheila yelling at each other. Armaud and I were told to stay in our room. I later learned in bits and pieces that this was Michael's wife and that he had a whole other life with a house and family.

44. We first moved to Georgia over the summer and in the fall Vicci and I started school. I was in the 6th grade and he was in the 10th. Then Vicci started seeing Sheila Sullivan. Prior to moving to Georgia, he'd had a crush on Ayana. He really liked her. I think the relationship with Ayana ended because of our move to Georgia.

45. Vicci was excited about Sheila Sullivan. I remember him talking to his buddies about it. We rode by her house one time. I saw a photo of her and I thought she was cute. Aunt Sheila thought she was cute too.

46. Vicci got jumped and beaten up bad one time when we were living in Lithonia, Georgia. It had something to do with Sheila Sullivan. The guy who did it was a little older than Vicci. Vicci was hurt and upset about it. After this Vicci said that nobody was going to catch him off guard again.

47. Sheila Sullivan might have gotten pregnant by Vicci and then had an abortion. Aunt Sheila was a part of it. They met with Sheila's parents. Vicci didn't want an abortion for her.

48. Vicci was hurt when he and Sheila Sullivan broke up. He stayed in the house a lot more after that. I recall him being really sick around that time.

49. The Sheila Sullivan breakup affected Vicci real bad. It was a real heartbreak. He took it hard. It was the first of a pattern where he would have a breakup and then spiral downwards. After the relationship with Sheila ended, his buddies tried to pull him out of it and pick him up, but he said no. He wanted to be by himself in the bedroom. Since we shared a bedroom with him, Armaud and I had to go to the living room so he could sit in there with the lights off. Vicci's buddies eventually were able to get him out. But when he came back in he'd fall back into that hole. That pattern lasted for months.

Bates No: 27

6

50. After the relationship with Sheila ended, Vicci stayed out more. He would come home, check on me and Armaud, eat, argue with mom, and then leave again. Sometimes he would disappear. For example, one time Aunt Sheila had to go find Vicci. She was coming home from somewhere and Vicci was walking by himself in the dark. She wanted to know where he was coming from. The adults had been out looking for him a couple times. This occurred around the end of the Sheila Sullivan relationship.

51. Vicci would disappear a lot when he was with either Sheila or his next girlfriend, Tasha. However, he would show back up just in time to wake me up for school or get me food. One time he popped up to pick me up from football practice. He would appear to help me out when I needed something.

52. I ended up going to the same high school in Lithonia as Vicci. Vicci was on the track team and Sonia would go cheer for him at his meets sometimes. She did that several times. This is the reason I played football, so I could experience that too.

53. I think Vicci had recovered from Sheila Sullivan by the time he met Tasha. Also our move to The Crossings apartments helped. I remember Vicci bringing Tasha over to our house.

54. Once Vicci started going out with Tasha he didn't go to school as much. Their relationship was intense. At first they had a honeymoon period that lasted a couple months. Vicci had been pretty deep into his relationship with Sheila Sullivan too, but with Tasha he took it seriously very fast.

55. Tasha became pregnant. Vicci was scared about it at first, but then he was all about supporting family. He would talk about wedding rings and getting multiple jobs. He looked at apartments for them to live in together. He sincerely tried to make it work for them to have a family.

56. Immediately after Tasha got pregnant Vicci started talking about getting married. He wanted to get married but all this other stuff was going on: turmoil; fighting; she pulled a knife on him one time; and they bruised each other up. It was similar to how our mom and dad had been. The idea of getting married was dropped because Vicci and Tasha didn't have the blessings of their families. Tasha's mother was against it and she ended up moving down to Newnan to get Tasha away from Vicci. Tasha's mom made things as difficult as possible for him.

57. Tasha and Vicci had a period of breaking up and getting back together. Vicci seemed less sure about his relationship with Tasha during this time. He was saying he didn't know. They both were with other people. There was an altercation with the other guy she was dating. Vicci was very jealous of the other guy. Vicci and Tasha yelled on the phone, accusing each other and going back and forth about whom the other was sleeping with.

Bates No: 28

58. When Tasha got mad at Vicci she would come over, or follow him home, and they would fight by the door. They fought a lot, but Tasha would give it back to Vicci. She was not passive. With Tasha he would come home with a busted lip.

59. After the birth of their second child, Vicci and Tasha moved to Newnan, Georgia together. They didn't stay together long in Newnan.

60. While living in Newnan, Vicci was harassed by a guy named Anthony Britt. One time Vicci was out walking and Anthony and some of his friends came after him. They were trying to hurt him. It was miraculous that Vicci was able to get out of that situation without being shot or seriously hurt. However, this incident, like the time he was beat up in Lithonia, really affected Vicci. It made him even less trusting of others.

61. After Tasha, Vicci dated Crystal Dennis. Vicci loved Crystal but not as much as Tasha. Crystal had kids but he didn't mind. One time when I visited Newnan I spent time with Crystal's brother who was around my age. The second time I visited Newnan Vicci talked about asking Crystal's grandmother for permission to marry her. When he said that I busted out laughing. I think he was asking sideways permission from me about it. I asked him if he was serious and he told me he was. Mom talked to Vicci and told him to slow down. He did listen a little and he went to talk to Crystal's grandma to get to know the family before going forward with his plans to propose.

62. After he got out of jail for assaulting Crystal's children, Vicci was trying to work something out with Tasha but mom told him to get himself up to Charlotte, so he came back. Once Vicci got back from Newnan he immediately started making bad decisions.

63. Vicci was concerned about his probation. He got a job at Bojangles. He didn't love the job but it was some money in his pocket. He later got a job at a music shop which he liked better. However, he still brooded over the end of the Georgia relationships. Tasha was still in the picture because of their kids.

64. Vicci then started dating Alesha and then things started going badly. Alesha would voluntarily do things with Vicci but when the authorities got involved she would tell a different story. Most of the time the reality of events didn't match up with how she described them. She was always claiming to be a victim but it was not like that. She had a lot of control over him. She asked him to take her here and there, and to come pick her up, and he would do it. She didn't seem to genuinely like him that much.

65. Alesha was too young for Vicci. When Jesse and the rest of the family found out how young she was, nobody liked it. Vicci didn't talk about marrying Alesha like he had with the others. He was just trying to start over and needed a relationship. He should have stopped when he found out her age.

Bates No. 29

8

66. Around this time, Vicci's reactions became a lot more irrational. He was a lot quicker to react. You wouldn't want to cut him off in traffic and then pull into a parking lot. A lot of it was from the stress of the relationship with Alesha. He came up to Charlotte to get rid of the nonsense and then he got into the deepest pile of craziness you could find.

67. After Alesha, Vicci's got into a relationship with Robin. He moved up to Virginia to live with her, but he moved back down to Charlotte with us when their relationship wasn't working.

68. Vicci operated fine outside of his relationships but every one of his relationships was chaotic as far back as I can remember. He would attract nice girls but I could see it wouldn't last as soon as they walked in the door. Vicci would put all his eggs in one basket. He would count on his relationship for his self-worth. Over time it became more extreme. For every relationship it became worse two-fold.

69. Vicci's relationship with Sheila was a turning point. His actions became over the top after that. Vicci had some girlfriends before Sheila but they were not a big deal. It never got to a point of dejection for Vicci.

70. Vicci's relationships followed a similar pattern. At first he was always extremely happy. He would spend money on his girlfriend. He would attend family events, smile, and giggle. That's the point where he wants to propose. He would either ask if he should propose or he would be wondering if he was doing the right thing. This is how it happened with Robin. He brought her home for Christmas. He said he wanted to propose but I didn't even know her last name yet.

71. The good period in each relationship would last six months at the most. Then something would happen in each relationship that Vicci would take as a betrayal. He would give it much bigger meaning than it really had. There was always an outside trigger but you never knew what it was going to be.

72. Vicci never talked about his jealousies before a breakup but I don't remember any relationship where he didn't think she was cheating.

73. Besides Vicci, there have been others in the family with mental health issues. Aunt Sheila's son, Michael O'Neal Jr., was diagnosed with Bipolar Disorder. There are signs that my mom struggled with depression several times in her life. There were times when she would just shut down for a period of time, like she had an off switch. I especially remember this happening when we lived at Windsong in Charlotte, before we moved to Georgia. I can recall laying on the couch or the bed with her and wondering what was going on. She would just shut down, barely saying a word or even moving.

Bates No. 30

74. Vicci has always had a lot of energy. There is a manic quality about him. He moves rapidly from one subject to another. He has always gone from one thing to the next. Vicci's typical rate of speech is fast and he switches ideas quickly. He cuts off ideas. Vicci is always on the go. He's hyperactive. He's always here and there at the same time. He has always been on the move like that. He and I exact opposites of each other. I'm more methodical. I am someone who will check it three times before moving on. The only time Vicci really slows down is when he's doing his art.

75. I don't talk about Vicci's girlfriends with him. Once when we were in the living area at the West Boulevard house, Vicci was obviously thinking about Alesha. He asked me if I liked her. I asked him if she and I are the same age. Vicci got upset. He jumped up, gave me a look, and walked off.

76. Vicci is extremely organized. He could be OCD. When I was about six or seven years old he had a Rubik's Cube and a Star Wars Imperial Fighter. He told me not to mess with those things but I did anyway. I tried to put the toys back just as they were but Vicci came in and noticed and was upset.

77. Vicci used to eat a lot when he was on the track team in school, but at other times he didn't really eat all day.

78. Vicci didn't sleep much. He might get a couple of hours of sleep at night and then maybe catch a nap or two during the day.

79. Vicci would always cry after a relationship ended. The only tear of happiness I have ever seen from Vicci was when he told mom he wanted to marry Robin.

80. Vicci only talked about his emotions on the rare occasion. It was so rare it was unbelievable.

81. After Vicci moved back from Virginia he shut down emotionally. He would sleep on the couch during the day but then be up at night. However, he was still sedentary even when he was awake. He would watch TV or read. He was not active. His weight fluctuated quite a bit at that time.

82. Vicci shaved his head after he didn't get a job at Saturn he'd applied for. He was upset.

Bates No. 31

10

83. The evening before the shootings occurred, a friend and I came in to the house and Vicci was watching TV. We started playing video games and Vicci came into my room and played with us. He was also on the phone with Armaud. He was telling Armaud to stay in school. Vicci was smiling and talking like he used to before his breakup with Robin. He seemed all right. I hadn't seen him smile in so long. He was asking me about my friend. I didn't realize he had all black on.

84. I visited Vicci at the jail with my mom when he was in Charlotte. Since he's been locked up, Vicci and I write and we talk on the phone. My cousin Armaud and I started a Facebook page for the purpose of collecting and promoting Vicci's artwork. He is a talented artist and we want people to have a way to see it.

85. Armaud and Vicci have always been close and they remain that way even though Vicci is locked up. They talk and write each other. Vicci has sent many of his pieces of art to Armaud who has collected them. His house is like a museum with Vicci's artwork all over the walls.

86. Our half siblings, John Mack and McKenzie, have a solid connection to Vicci as well. A big part of their connection is through Vicci's artwork.

87. Vicci's first legal social worker, Sindy, came over to West Boulevard to meet us at some point before his first trial. That was the first time I met her. Her discussions weren't in depth. She asked me about the drawings on the wall of the house. I met with her a couple of times. As far as testimony preparation they told me to tell the jury how I knew Vicci and things like that. It wasn't specific.

88. The first trial was confusing. They didn't go into Vicci's psychology and what made him up. They were trying to limit the amount of his guilt instead of saying why he is the way he is.

89. Before the second trial I talked to the second social worker, Cessie, over the phone. We also met one time. The second team of lawyers didn't want me to talk about the stuff that happened while we lived at Wendover, such as the fact that even after the divorce dad would come over and beat Vicci.

90. Besides me, not many other family members were asked to testify at the second trial, including my mom. I know she was upset that she wasn't called to testify and help him. They were definitely blaming her and Derrick with the testimony.

Bates No. 32

11

91.    I love my brother and I would have willingly shared the contents of this affidavit with Vicci's defense team and with the jury at his trials if I had been asked to do so.

I swear or affirm that the information in the foregoing paragraphs is true to the best of my knowledge.

_____
Mario Barnette

_9/15/2014_
Date

Affirmed and subscribed before me on this the 15th day of September, 2014 in Fulton County, Georgia.

_____
Notary Public

My commission expires: 3/24/17

Bates No: 33

## Affidavit of Sonia Barnette

I, Sonia Barnette, appearing before the undersigned and being duly sworn or affirmed, state the following:

1. I am over the age of 18 and competent to testify to the following facts.

2. I am a resident of Charlotte, North Carolina.

### *Family Overview*

3. I have three sons and a daughter. Aquilia Marcivicci Barnette is my oldest child. I call him Vicci.

4. My dad was Jesse Cooper and my mom was Pearl Cooper. Both are now deceased. They are the parents of me and my two siblings. Tessie is my older sister. She is about seven years older than me. Sheila is my younger sister and she is approximately 4 years younger.

### *Cooper Family Background and Pearl Cooper's Death*

5. I had a good relationship with both my mom and my dad. When my parents were together they lived off of West Boulevard in Charlotte. My dad had lots of family that lived there.

6. My father was the youngest of seven siblings and they all lived together when they were young. One brother, Joe, died young. Another brother, Henry Jr., was killed when a car fell on him.

7. The Cooper family raised pigs and made sausage. They grew strawberries, corn, and grapes. They had cured hams that they sold. Also, my grandmother churned butter and made jams.

8. One of Jesse's sisters was named Edna and she had a daughter named Edith. The family made it appear that Edith was my dad's sister, but really she was his niece. They did this because Edna got pregnant and became a mother when she was really young. My cousin Jean was the one who first found out about this family secret.

9. Pearl was born out of wedlock and she never knew who her father was.

10. My father served in the Army and was deployed to the Korean War in 1951 and 1952. He was badly injured in the war. He always said he had already met Jesus because of it. He had Post Traumatic Stress Disorder afterwards.

Bates No: 34

1

11. What happened was that Jesse and others were walking patrol. Then they saw a figure ahead of them and stepped back. When they did, Jesse stepped on a mine. He was blown up. Korean soldiers came by and they kicked him and poked him with their bayonets. However, he was injured so badly they left him and kept walking. A buddy of his came and got him afterwards. Jesse was put in a body bag because they initially thought he was dead. He had to signal that he was still alive by letting his arm drop. The military sent a telegram to my mother and my grandmother saying Jesse was missing. Jesse spent about a year in a hospital in New Jersey recovering. Before he died in 2002, he was awarded a Purple Heart from the military.

12. He had a lot of shrapnel in his body after the war and we often had to clean his back with alcohol. He also had a prosthetic eye. Jesse never gained any weight after the war. He was probably 90 pounds soaking wet even though he would eat and eat.

13. The war affected him mentally. After he came back from Korea he would have nightmares and call out in the night. Once he had a flashback episode where he thought me and my sisters were nurses. After this he was taken to Broughton Hospital, a state psychiatric hospital in Morganton, NC. After he came home from Broughton we had to be really quiet. We were not supposed to make loud noises around him.

14. He often ate Vienna Sausages and a pack of saltines for a meal. He basically lived on rations. This was like it was when he was in Korea – eating meat out of a can. He really didn't eat fully cooked meals until I came back to Charlotte from Atlanta in 1993 and started cooking for him.

15. He drank Pabst Blue Ribbon beers after the war every day. As an explanation for his drinking he said the doctor had told him he needed to keep his liver flushed. Jesse's sisters said that he drank way too much.

16. My parents had different personalities and different things they wanted. My dad was reserved and very passive whereas my mom would speak her mind and always had the last word. My parents ended up getting separated and then divorced.

17. I was in the fourth grade the first time my parents split up. My sisters and I moved to an apartment with my mom. My mom did give her relationship with Jesse a second chance. They got back together for a little while but it didn't last.

18. Part of the reason they split up is because my dad insisted on taking care of my cousins. He was a father figure to them. However, Pearl wanted more of his attention on our immediate family, not as much on my father's extended family.

Bates No. 35

2

19. My father wore his wedding ring up until the day he died. He loved my mom. Pearl was later shot and killed by the man she married after Jesse. When we were at her funeral my father told us to straighten up because our mom would have wanted to see us acting proper.

20. My father bought Pearl a 1958 Cadillac. He took it back when their relationship ended. That car remained parked on the property until Vicci's cousin, Don, sold it to a drug dealer for $50. Don did that in 1993 when I was in Atlanta and my dad was at the VA hospital in Salisbury.

21. After my parents split up, my mother dated a man named Herman Mazyck. They had started their relationship even before the separation. My mother would see him at her family's place, not when she was around my father. Herman ended up marrying another lady.

22. My mother then began a relationship with Loyd Brown. He came into the picture when I was 15 years old. My mother had previously met Loyd when she had been his nurse. My mother and Loyd later ran into each other and he started calling her and they started spending time together.

23. I didn't like Loyd from the start. He wasn't genuine. He was stalking my mom. He was trying to take out a life insurance policy on my grandmother. Loyd also ran up credit cards. He was crooked. He took advantage and she was a perfect target. We had moved into a house at that time and my mother had two kids that were girls. Loyd didn't have anything to offer my mom. He came with only a gym bag and a console stereo. That was a red flag to me and I was young and didn't know much about these things. Six months after my mother and Loyd reconnected she said she was marrying him. That was the end of any relationship between my mom and me.

24. Loyd treated my mom bad. He wasn't nice to her. I remember seeing him twist my mom's arm behind her back one time during an argument they were having. I had never seen anything like that before.

25. Loyd and I didn't get along and I was unhappy. I said a couple of things about Loyd to my mom. This led us to have arguments which led to us going to live at my father's for a while. However, that arrangement didn't last long. I think we went to live with my father for about a month before going back to live with our mom and Loyd.

Bates No. 36

26. I saw Loyd two times while I was back at the West Boulevard place. I told my father about it and he sat up all night with a shotgun across his lap to protect me and Sheila. Sometimes when I was out by the bus I saw Loyd drive by. He was watching us. It was creepy. Another time I was changing classes at South Mecklenburg High School and Loyd was there. We passed each other on the sidewalk. It was scary. He was a stalker and he was stalking me too.

27. Loyd ended up shooting my mom and killing her. Vicci was a baby, I think Sheila was 11, and I was about 15 years old at the time. The week before this occurred Sheila saw a gun under the bed and had told our mom about it. However, my mother told her that Loyd had that gun for our protection.

28. Vicci, Sheila, and I were all at home when it happened. Vicci was in his crib. I had gone to the prom that night with a friend's brother. When I got back to the house, Loyd was gone. Mom told me she and Loyd had argued and then he had left. I was eating a sandwich when he got back. I later went to bed. Neither Sheila nor I heard any gunshots when it happened. Loyd shot her five times. He must have had a silencer. I was woken up when the police arrived. Loyd had gone out to turn himself in and after he did so they came to the house. Sheila heard the police cars and checked on our mom. She was the first one to find her. I remember seeing blood on the wall. I blacked out after that.

29. At the time my older sister, Tessie, was living in Alaska. She had to come home and make funeral arrangements. I was the one to break the news to Tessie. I had to call her on the phone and tell her that our mom was dead. To hear Tessie break down on the phone when I told her what had happened was awful.

30. After my mom was killed we moved back in with my dad. My daddy kept Vicci while I was at school. Then we moved to Columbia, SC where I went to the 11th and 12th grade. I graduated high school there.

31. For a long time I was frightened that Loyd would get out of jail and harm us. *S/S* We sent letters to not release him. One time I was in the car on ~~Charlotte~~ *South* Boulevard and I saw Loyd out on work release. I was terrified. That stuck with me a long time, up until we found out Loyd had died in prison.

32. I just had to keep going after my mom's death. Ever since I was young I always needed to be the glue because I could see my sisters losing it. I particularly felt I had to be strong for Sheila. She had a lot of difficulty handling what happened. Once when Sheila's supervisor from work called and told me that Sheila was having a breakdown. She told me they were going to get Sheila some help. At that time Sheila would go into uncontrollable crying. I saw her crying often. Sheila did end up getting some counseling and I think it helped. She's the only one of the three of us that got that. We all needed it.

Bates No. 37

33. I have had this inner fear that I would only live to the same age as my mom, and that the same thing would happen to me that happened to her. I always have this emotional wall up. I never allow anyone to hurt me. I have had a fear of letting someone in because I don't know if I can trust them. All of the things that happened in my relationship with Rick (my ex-husband) were triggers for my fears about what happened with my mom.

34. My moods have been affected by my mom's murder. Mother's Day is sad and emotional for me. Things are also very difficult around November 4th, my mom's birthday.

35. I never talked about my mom's death with other family members or with any kind of mental health counselor. I think it would have helped to have been able to talk to a counselor. It could have helped my whole growth pattern and understanding of emotions. It was a long time before I could even talk about it with anyone. When people asked I would just say my mom passed when I was young. I wouldn't tell them how my mother died. About five years ago I told a coworker the story. I had to grow up before I was able do that.

### *Relationship with Derrick Barnette*

36. Vicci was born in Charlotte. At first he and I lived with my mom and with my younger sister, Sheila. Vicci was born the summer before I started the 10th grade at West Mecklenburg High School.

37. I met Derrick Barnette while I was in school at Smith Junior High. People call him Rick or Ricky. We later ended marrying and raising Vicci and his younger brother Mario together. *SB*

38. We moved to Omaha, Nebraska, then to Minot, ~~Minnesota~~ *North Dakota*, and finally back to Charlotte. Rick was Catholic so we went to a Catholic church. When we lived in North Dakota we went to church every week. Then we sometimes went to a church on Tryon Street after we moved back to Charlotte.

39. Vicci started going to school in North Dakota. Then, except for the fifth grade, he went to public schools after we moved back to Charlotte. I went to the Amy James School when I was in the 5th grade and my teacher was Ms. Owens. Then Vicci had Ms. Owens when he was in the 4th grade at Barringer Elementary in Charlotte. However, she didn't make him do his work. She would tell me that he would mostly sleep during class.

Bates No. 38

5

40. In Charlotte we lived in Rick's mother's house. Rick's mother had passed away and left him the house. When we came back to Charlotte, Rick's old girlfriends were around. They knew where he lived because we lived in the house he grew up in. This led to arguments between me and Rick. We were extremely jealous of each other and this led to arguments and physical fights.

41. One time when I questioned Rick about cheating on me he said, "If you look for dirt, you'll find it." I found out that Rick was cheating on me with Marcela, the woman he is now married to. I found this out from Rick's cousin.

42. Most of Vicci's problems involved girls he was in a relationship with. He always saw the arguing, disagreeing, and physical fighting that Rick and I had. It was bad for Vicci to experience that. He took our fighting and emulated it over and over.

43. It got bad with me and Rick. He would throw my things outside. He once hit me with a hammer. There was also a frying pan incident where I was planning to hit him with a frying pan while he was sleeping.

44. Rick also beat Vicci. After one particular beating Vicci called somebody and they came out to our house to check on the situation. Rick admitted he had beaten Vicci. It was probably a social worker that came out, someone from DSS. Rick and I were young then. We didn't know as much about the effect that fighting would have on Vicci.

45. After our separation, Rick still disciplined the kids if they'd done something wrong. He would come over and discipline them when I asked him to. He would usually use his hands or belt. This lasted for about a year while we were separated, but before our divorce.

46. As part of the divorce, Rick had us do a paternity test for Vicci and Mario. At first he just wanted to question whether he was Mario's father, but then the test results came back and indicated that neither Vicci nor Mario were his. However, I still don't believe the test results. At the time of the test Rick was involved with his current wife, Marcela, and I always thought he should question Marcella about the results; I feel she had something to do with rigging the test.

47. After the test came back, Rick took Vicci and Mario out to dinner and told them about not being their father. It was hurtful to them. That's crueler than a whipping. It really hurt Vicci.

Bates No. 39

48.	I dated several guys after Rick and I split up and while I was living in Charlotte. The first one was Al. His real name was Ollie McArthur. I was about 27 years old at the time and he was a year or two older than me. I first met him when I was out with my friend Tina. He was from Norfolk, Virginia but he ended up living with me when he was in Charlotte. Al was a hustler. He hustled everybody including me. I gave him a couple thousand dollars. He sold fake jewelry and I often tried to help him with his jewelry sales. Al had two little girls that lived with their mom in Virginia and he had to pay child support. He asked me to help pay. I paid $600 to help him with his child support payments. He also convinced me to buy a red Corvette. Al and I traveled together a lot but I was always the one paying for everything.

49.	I dated Sam Walton after Al. He was about 15 years older than me. His brother was Bob Walton who was a county commissioner in Mecklenburg County. Bob now has a city building named after him. Sam worked as a maître d' at The Fish Market. I met Sam because my friend Harlene introduced us. Sam and I went out on a date together and the next day he sent a huge bouquet of flowers to my work. He knew how to woo the ladies. He had a number of ladies. However, I was the only one he took to meet his family. Sam didn't need money from me like my other boyfriends. In fact, he would give me money. But he did need someone to look out for him. Sam had a serious drinking problem. He would call me after drinking and gambling and need a ride home. He also needed someone to make sure he had eaten.

50.	My next boyfriend was Tyrone. I can't remember his last name. One of his brothers was married to my friend Pam Davis at one time. Tyrone and I dated for a couple of months. He drove a taxi and I helped him buy into that. I used to ride with Tyrone on some of his taxi drives. He was like the others in that he just wanted money.

51.	Another guy I spent time with was Mark Ragin. Mark and I were friends. We never dated. He was dating another girl he called his girlfriend at the time. Mark used to call me his little black white girl. Mark and I spent time together for about a year. It ended when he was shot and killed. I was devastated when that happened. I think I was secretly in love with Mark. Mark had owned a club called St. Mark's and after his death I learned he was a big drug dealer kingpin.

52.	I have used drugs before. I used them most heavily in the period of time before we moved to Atlanta. The most was probably with my friend Tina when we were living off Wendover Road. Tina was an avid weed smoker. Then when we lived at the place on Soft Wind my friends would come over and we would use drugs together then too. Vicci would bring up my drug use when he and I would argue. It upset him.

Bates No: 40

53. Vicci and I had a number of disagreements after my separation from Rick. Once he came home late. He had me sitting up late waiting for him and I choked him when he came home.

### *Living with Family in Georgia and Marc's Relationships*

54. Vicci was skeptical when we moved to Atlanta but he ended up doing track in Georgia, as he had in school in Charlotte. I had to convince him to do that.

55. Vicci got into a fight at school one time. Mario had bought him a baseball cap and a kid took it from him and taunted him. This led to a fight in the bathroom and Vicci ended up getting suspended.

56. I remember Vicci was doing dances and things like that while we were in Lithonia, Georgia. He was a good dancer. He had joined a teen club where they do choreography and dance. The owner of the club called on him to do that after school.

57. One time Vicci got beat up outside of the dance club he went to. They beat him bad. He went to Doctor's Hospital in Tucker, Georgia. I felt terrible because I had been the one to move Vicci and the family to Georgia. My thought was, "Oh my God! I promised him things would be good in Atlanta." It made me feel bad to have put him in that position.

58. After the beating he had black eyes and was bruised. He'd been kicked in the ribs and the jaw, and the inside of his mouth was torn.

59. Since I had a couple of the kids' names that had beaten Vicci, I went to the police department in Decatur and registered a complaint. We ended up going to court about it. I was so angry and it was the only way to lash out. It was just the principle of the thing and the unfairness of it.

60. This beating changed Vicci. He started cutting school because he was afraid. He then dropped out of school after that. The whole incident was a turning point for Vicci.

61. Vicci and Tasha had a daughter and Marc was so excited to be a father. It was a different side of him. He would do everything he could think of to take care of his daughter, Angelica. He was as good a dad as could be.

62. I still lived in Atlanta when Vicci and Tasha moved down to Newnan, Georgia. I visited them in Newnan a couple times.

63. Newnan was not a good place for Vicci. There was a time when Vicci was surrounded by some boys and he ended up shooting one of them.

Bates No: 41

### Back in Charlotte After Georgia

64. I moved back to Charlotte from Atlanta in 1993 to live with my dad. When I got there the stove and the dishwasher had been stolen from the house. That happened while my dad had been in the hospital in Salisbury. So, at first, I used a kerosene heater for staying warm, and I cooked on the top of it too.

65. I had met John West while I was still in Georgia. We continued to date after I moved back to Charlotte. I became pregnant with our son, John McAllister West, in 1992 and he was born in 1993. Then in 2000 John and I had a daughter, McKenzie Pearl West.

### Robin and Marc

66. Vicci dated a girl named Robin who was from Roanoke, Virginia. I liked Robin. She came down to Charlotte a couple of times to visit. One time she came with Tessie and me to the Down Home Christmas show. Robin was talkative and pleasant. She was also good to my dad and that's important for me. Vicci and Robin never exchanged any unpleasant words in front of me that indicated they weren't happy.

67. When Vicci first moved back from Virginia he drove back in Robin's car. I came home and asked him where Robin was. He explained that they had broken up and he had driven her car back to Charlotte. I told him he needed to bring her car back to her.

68. Vicci went back to get his things in Virginia and return her car to her, I sent my dad and my nephew Armaud with him. Vicci and Robin got into a disagreement while they were getting things out of her apartment. However, they did end up getting Vicci's stuff and bringing it back to Charlotte.

69. Vicci moved into the upstairs loft in the house after he moved back from Virginia. He would generally be quiet and not come down from the loft but I knew he was up there. Up until the fire incident he was on the phone with Robin a lot, usually late at night. I could hear him on the phone crying. He was calling from the land line in our house and the bill got extremely expensive. The phone calls were bad. Sometimes I would just make him get off the phone. He would be on calls for over an hour. He would be crying. I could hear him crying out loud.

70. When Vicci first got back from Virginia he talked about getting a job and said he would be okay. Vicci applied for a job at Saturn. He was excited about it but he didn't end up getting the job. After that he was very down; he was disappointed. Things went downhill for him after he didn't get that job. He stayed upstairs in the loft more after that. He put up a curtain in front of the door. He put up a sign for people to keep out.

Bates No: 42

71. When people came over to the house we would call up to him. We would call for him to come down and say hello. He would say, "I'll come down in a bit." But then he wouldn't come down to visit with people.

72. When I learned about the fire at Robin's apartment, I asked Vicci what he had been thinking. He just retreated upstairs. He also started sitting out at the fork in the driveway on an overturned paint bucket after that. He was waiting for the authorities to come and arrest him. Eventually he gave up on that when nobody came for him. Vicci wanted the authorities to get him and take him away.

73. After some time passed and Vicci was not arrested I started to second guess that he had set the fire at all. I can't recall if the news reports actually said his name. I thought it was strange that nobody contacted me about it or seemed to be looking for him.

74. Vicci was eating a lot during that time period and he gained a lot of weight. I think he gained about 30 pounds. He also shaved his head. This was about three weeks before the shootings. I asked Vicci why he had shaved his head and he told me his hair was bothering him and he couldn't think straight. He also said his hair was hurting him.

75. I offered for him to talk to someone like a counselor. He responded, "You can't afford that." I told him it was true that I didn't have the money but I said we could work something out. The subject was dropped after that. I wish I had pushed it more.

76. A day or two before the shootings, Vicci was still just emotionally flat and non-responsive. Then on the eve of the shootings there was a sports game on the television. Tessie's husband, Jeff, was over at the house and John was there too. They were watching the game and Vicci watched it with them. They were all having some beers together.

Bates No: 43

10

77. I was getting ready for work in my bedroom while they were watching the game. I remember coming out and seeing the three of them. I was wearing a navy blue dress coat. It was double breasted and had lapels. I had a silk scarf around my neck that was tied and I was wearing flats. I remember that Vicci was straddling a chair, sitting on it backwards when I came out. He came over and hugged me. He said, "You make that uniform look good." He kissed me on the cheek and told me he loved me. He said, "Have a good night. I'll see you in the morning." During this time period, Vicci had usually been upstairs in the loft when I left for work, not downstairs socializing. In that short time period before the shootings he was not the Vicci that we raised and know. His feelings were crushed after his breakup with Robin. She broke his heart and he was caught up in that. It was the idea that she cheated on him. He had desperation to show that he was a man.

78. Vicci needed counseling after his relationship with Robin ended. A neutral person with whom he could have opened up and vented. Someone who could have understood his feelings would have been helpful to him.

### Marc and Mario

79. Mario is much quieter than Vicci. He is a lot like my dad. He's so calm. Mario wants to be calm and left alone. Vicci is more like my mom. He's outspoken and verbal.

80. Vicci didn't ever need much sleep.

81. Vicci is handsome and I never understood why this had to happen because he always could have walked away from his relationship with Robin and done other things. If he had gone to counseling he would have realized the other stuff he could have done. But he's my child and I should have known something was seriously wrong. I feel like I let him down. I feel like I should have recognized it or stopped him.

### After the Crimes

82. After the shootings an agent came to my work and wanted to talk to me. I think we went into a back office to talk. They wanted to know where Vicci was.

83. Vicci called the house from the road. At first when he called he wasn't making sense. He told me he thought he would go visit his grandmother. I told him he doesn't even know where she lives. Then he asked me where Nanny lives and I told him that she lives in Tennessee. He responded, "Exactly."

Bates No: 44

84. Vicci cried on the phone. I kept asking him why he'd done what he did. He just told me he loved me. I remember I was so scared because I knew he was going to try to hurt himself. I told the law enforcement agent, "Don't hurt him." I told him that the authorities had come and talked to me and he needed to turn himself in. It was really scary because I couldn't really rest; every time the phone rang I expected the worst.

85. Vicci eventually came back to our house. At first we didn't even realize he was there. I think he came in through the window in Mario's room. The next thing I know I saw him. He slept that night on my couch with his head in my lap. We called the authorities in the morning. Vicci showered and put on a dress shirt and tie before he was arrested.

86. I called the agent and told him that Vicci was at the house. Tessie came over to the house as well. Vicci was in my bedroom when the agents came for him and, fortunately, they made the situation calm. They were dressed in suits. Vicci took a little bible with him when he was arrested. They didn't handcuff him in front of me. They did that out at the car in the driveway. That was the last time I got to hug or touch Vicci.

87. I visited Vicci many times at the jail here in Charlotte where the visiting room is a booth with glass. Probably the hardest thing was to visit him and know that something I might say at trial might save him or might hurt him.

88. I also visited Vicci at the northern Mecklenburg jail location on Spectra Drive. He was up there for a couple of months. I visited him there two or three times.

89. I have been to visit Vicci at the jail with many family members. I believe I have been with my sister Tessie, my great niece Alex, and my son John. I may have also visited him with my niece Regena. I think my cousin Jean has also been to see him on her own.

90. Vicci was on suicide watch for a long time while he was at the jail before his trial. I wasn't able to visit him during that time.

91. There was one time when Vicci was moved and I couldn't figure out where the prison system had taken him. I couldn't find him for two weeks. I knew he'd gone to Georgia, but I couldn't get more information about his whereabouts. It turns out that he'd been taken from Georgia to Terre Haute, Indiana.

92. Vicci and I stay in touch. He's my oldest son and he keeps a check on my health. He asks to make sure I am taking my medication. Vicci usually reminds us about family birthdays and things like that.

Bates No: 45

93. Vicci stays in close touch with the family. He calls often. He calls when there is a family function. He asks when family will be together and calls at that time. Then people pass the phone around to talk to him. He will do this on any major holiday or family event. I remember talking to Vicci on the phone at a cousin's wedding and passing the phone around so everyone could speak with him.

94. Vicci has been staying in touch with his kids. He'll say to me, "Remember to call Angelica. It's her birthday." When his son is acting up Vicci will ask me to call him. He lets me know when to call them and then I do. One time Tasha was feeling down and he asked me to call her, so I did. His kids love him. Vicci and Tasha had their difficulties but she doesn't hate him. She went to visit him at the jail. It is hard with him being locked up and far away, but we try to make his presence felt. Vicci did a painting for Angelica for her to hang up in her house.

95. Vicci writes and sends cards. He'll send Valentine's Day cards, Mother's Day cards, and birthday cards. He drew cards and pictures for John Mack when he was younger. He did this before Vicci's second trial in 2002.

96. Vicci has always been in touch with Armaud while he's been locked up. They have a close bond. Vicci was also in close touch with Steve up until Steve died. He's also been in touch with my sisters, Tessie and Sheila.

97. Vicci will try to take care of me, even from jail. He will ask, "Are you taking your medicine?" One time I had to have a gallstone removed and he was always calling and monitoring how I was doing. He would call to check on me. He also sent me a get well card. It's as much like him being here as he could possibly be, given that he's locked up far away.

98. We had a landline at the house on West Boulevard. Vicci talked to Jesse on the phone and Jesse prayed for Vicci all the time. My dad would tell Vicci to trust in God and keep praying. Vicci was upset when Jesse started getting ill in 2002.

99. Vicci was in touch around the time my daughter McKenzie was born. She was born in September 2000. He checked on me when I was pregnant with her. He was concerned that I was being healthy during my pregnancy.

100. Vicci is into his artwork. He's been doing that since he was first locked up. I have a lot of his pieces. He told me to give some of them up for an art show that his cousin is trying to put together but I want to send copies for the show because I would like to hold on to the originals.

Bates No. 46

101. Vicci has always been into making art. I remember I sent him to his room for something one time when he was five years old and when he came out he had drawn a cool picture of a crab. I asked him if he'd traced it but he hadn't. He used a small picture on the side of a cereal box as his model. I used to buy notebooks and art books for him.

102. McKenzie, Armaud, Angelica, and I have most of Vicci's art pieces. The packaging he mails the pieces in is amazing because it's done with such care. We always put on rubber gloves to unwrap them so as not to damage anything. Vicci once created a picture of a fairy for McKenzie which she put in her locker at school. It came in a tube. There was also a card and an envelope. He had made the envelope too. He is very creative.

103. I have often asked myself where we went wrong. I have also tried to blame myself for what has happened. However, Vicci tells me I cannot blame myself for what has happened to him.

### Vicci's Trials

104. I met Sindy Maxwell before Vicci's first trial. She was an investigator working with his attorneys. I remember that she had red hair and was petite. Sindy came out to the house one time and then the rest of our contact was by phone.

105. I testified at Vicci's first trial. It was very difficult. It was emotional and heartbreaking. After my testimony, and after Vicci got the death sentence, I wondered if I had messed up. I wondered whether I had done it right. I felt hurt after the trial because there was blame put on me and the family.

106. I met Cessie Alfonso before Vicci's resentencing. She was an investigator that worked with Vicci's second set of attorneys. Cessie met with us and was personable.

107. I attended Vicci's resentencing but I did not testify. I don't know why I wasn't asked to testify. I never questioned not testifying. I thought maybe they had gotten what they needed from us already and were now getting stuff from others.

Bates No: 47

108. I would have wanted to testify for Vicci at his resentencing if it could have helped him. I would have gladly testified to the contents of this affidavit. I love my son and I would have wanted to share with the jury my memories of him and our family.

I swear or affirm that the information in the foregoing paragraphs is true to the best of my knowledge.

_____       _6/9/14_____
Sonia Barnette                 Date

Affirmed and subscribed before me on this the __9th__ day of __June__, 2014 in __Mecklenburg__ County, North Carolina.

_____
Notary Public

My commission expires: __1/20/16_____

Zachary Rowles
Notary Public
Durham County, NC

Bates No: 48

15

## Affidavit of Melvin Bryant

I, Melvin Bryant, appearing before the undersigned and being duly sworn or affirmed, state the following:

1. I am over the age of 18 and competent to testify to the following facts.

2. I am a resident of Stone Mountain, Georgia but I grew up in Lithonia, Georgia and attended Lithonia High School. I graduated from Lithonia High School in 1990. This is where I first met Aquilia Marcivicci Barnette. I call him Marc.

3. I never knew Marc very well but I do remember the incident when David Walker and I beat Marc up. This occurred somewhere between Lithonia High School and Hardy's. It was David's idea to ~~beat~~ confront Marc ~~up~~ and it had something to do with Sheila Sullivan. (MB)

4. I was 16 at the time of this incident and I was on the football team. David, Sheila, and I all lived near each other, but Marc lived somewhere else. I only really knew Sheila from riding the bus with her.

5. After school we went up to Marc and punched him. There was no talking before David hit Marc. David threw the first punch and he hit Marc in the face. I probably hit him a couple of times too. Marc went down and then we hit him with some more punches and kicks.

6. I don't remember the extent of the Marc's injuries but his face had quite a few bruises and he had a cut under one of his eyes.

7. This incident occurred around Christmas break. I remember that we weren't in school. It happened on a Friday. I was staying with my aunt over the weekend and my dad called to say that Marc's mom had called him. David and I later had to appear in juvenile court in DeKalb County.

8. David was a boxer. He boxed at a gym. He was very tough. The next year he was assigned to 'open campus' which means he was behind on his credits and was put in a school where they tried to catch him back up. At that time the 'open campus' school was on North ~~Truitt Drive.~~ Druid Hills Road. (MB)

9. After David went to open campus, he and I weren't as good friends. David got in some more trouble with the law. He said he'd rather die than go to jail and then I heard that David hung himself. He committed suicide either about going to jail or about a girl. It was a girlfriend that found David dead in a closet. I understand now that David had some serious problems.

Bates No. 49

10. I was never contacted by any of Marc's trial attorneys or investigators working for them. Had I been contacted, I would readily have shared with them the contents of this affidavit. I did not learn about Marc's crimes, his trial, or that Marc is on death row until I was contacted last year.

11. I would have willingly testified for Marc at the sentencing hearing of his capital trial.

I swear or affirm that the information in the foregoing paragraphs is true to the best of my knowledge.

_____      _____9/17/14_____
Melvin Bryant                                                 Date

Affirmed and subscribed before me on this the 17th day of September , 2014 in

___Fulton_____ County, Georgia.

_____
Notary Public

My commission expires: ___12/12/17___

Bates No. 50