# REPORT OF RICHARD G. DUDLEY, JR., MD
## IN THE MATTER OF AQUILIA MARCIVICCI BARNETTE

### 19 November 2014

1. I, Richard G. Dudley, Jr., M.D., am a physician, with a specialty in psychiatry. I am licensed to practice medicine in the State of New York, and board certified in psychiatry by the American Board of Psychiatry and Neurology. I received my medical degree from Temple University School of Medicine in 1972, after which I completed an internship and a residency in psychiatry in 1975.

2. Since 1984, I have been engaged full-time in the private practice of psychiatry in New York City. Until recently, my private practice has been about equally divided between a clinical practice, focused primarily on the evaluation and treatment of African-American males, and a forensic practice, where I have been retained for both civil and criminal matters. With regard to my forensic practice, I have testified as an expert in psychiatry in both State and Federal courts, throughout the United States, including in North Carolina.

3. In addition to my private practice, I have previously held faculty appointments at The City of New York Medical School at City College, and New York University School of Law. A copy of my curriculum vitae is attached.

4. Towards the end of 2012, I was retained by attorneys for Aquilia Marcivicci Barnette (MB) to perform a psychiatric evaluation in connection with his post-conviction proceedings, with a particular focus on whether or not there were mental health issues that could have been uncovered and considered for presentation as mitigation at the time of his capital trial.

5. More specifically, it is my understanding that in 1996, MB was arrested and charged with the murder of his estranged girlfriend, Robin Williams, and the murder of Donald Allen, who was a man previously unknown to MB, who MB killed will taking the man's car so that he could drive to Robin Williams' home. He was first tried for the killings in 1998, at which time he was found guilty and, following a penalty phase, sentenced to death. MB's sentence was vacated on appeal and he had a new sentencing trial in 2002, following which he again received the death penalty. It is the understanding of this psychiatrist that at present, the case is before the court on appeal; among the questions being raised is the effectiveness of MB's trial counsel; and therefore, as noted above, the referral question to this psychiatrist was whether or not there were mental health issues that could have been uncovered and considered for presentation as mitigation at the time of MB's trial.

6. As part of my psychiatric evaluation of MB I reviewed records and documents pertaining to MB's life and the lives of significant family members; affidavits from lay and expert witnesses; I consulted with MB's legal team and reviewed the detailed social history developed by his legal team based on records, documents and interviews with numerous family members and others who have known MB at various points in his life; I performed my own psychiatric examinations of MB on 4 & 5 February 2013 and 22 April 2013; and I interviewed MB's mother on 8 March 2013. In addition, I reviewed records and documents related to the crimes for which MB was found guilty and sentenced to death;

1

Bates No. 209

information gathered by trial counsel at the time of the trial; portions of the trial transcript; evaluation reports written in connection with the trial; and I spoke with Ann Wolbert Burgess, RN, DNSc, and Sally Johnson, MD.

7. The following is a summary of the findings of my psychiatric evaluation of MB, followed by a discussion of my opinion on the referral question. In an attempt to not be overly repetitive, given that it is my understanding that the above noted detailed social history reviewed by this psychiatrist will also be available to reviewers of this report, all of the information contained therein will not be repeated here.

8. MB was born to Sonia Cooper on 7 July 1973, about a month before her 15th birthday. Although when Sonia discovered she was pregnant she was known to be dating Larry Wright, who was a boy she was going to school with, she was also sexually active with Derrick Barnette, who was about 2 years older than her; the affair with Derrick was uncovered shortly after Sonia discovered she was pregnant; and for reasons that are not entirely clear to this psychiatrist, Sonia's mother, Pearl Anderson Cooper, designated Derrick as the father of the yet unborn MB.

9. MB's mother, Sonia Cooper, has her own trauma history that has had a long-term impact on her and in turn, an impact on her capacity to parent MB and his younger siblings. First of all, her father, Jessie Cooper, was a war veteran who had been traumatized during the war; upon his return home, he exhibited symptoms consistent with Posttraumatic Stress Disorder (PTSD); he then became an alcoholic, apparently at least in part in an attempt to self-medicate those symptoms; and during her interview with this psychiatrist, Sonia cried as she noted that her father 'lived in that war for the rest of his life'. According to Sonia, as a result of her father's mental health issues, her mother's desire for a different type of life and more attention from her husband, and her mother's conflicts with her father's family, her parents argued a lot; although they separated when she was about 10 years old they eventually got back together; but then, when Sonia was about 12 years old, her parents divorced.

10. Sonia Cooper reported that after her parents divorced, her mother continued in a relationship that Sonia was aware of/she knew the man to be her mother's boyfriend for some years prior to her parents' separation. She reported that when she first met that man the man's wife had died and he was raising his 10 children; however eventually, he met and married a white woman; and she noted that when he suddenly left her mother and married that woman it broke her mother's heart.

11. Sonia Cooper reported that then shortly after that, when she was about 15 years old, her mother met and became involved with Loyd Brown. She noted that it seemed to her that Loyd 'just showed up one day'; her mother told her that she had been his nurse and had nursed him back from 'near death' to health; but she noted that it still seemed to her that Loyd was what would now be described as 'stalking her mother' and so he made her nervous right from the start. Within about 6 months her mother announced that she was going to marry Loyd; Sonia noted that nothing about him was impressive, he wasn't even good looking, he certainly didn't bring anything to the table, and when he moved into their home all he had was a cheap stereo and a gym bag; and so it was clear to her that her mother was on the rebound from the above noted prior boyfriend who had left her mother. Sonia reported that once Loyd was in the home, there was always tension between her and her mother, and their once extremely close relationship rapidly deteriorated.

2

Bates No. 210

12. Sonia Cooper reported that MB was born shortly before her mother met and became involved with Loyd Brown. Although her mother was disappointed when they discovered she was pregnant with MB, she and her mother had dealt with that, at least until Loyd came into their home. She noted that there were always arguments between her mother and Loyd, starting from the time that he started living with them; often those arguments were about her/Sonia and Loyd's feeling that her mother wasn't hard enough on her; and some of their arguments escalated into physical fights, which occurred in front of her and her younger sister, Sheila Cooper, who was then 12 years old.

13. Sonia Cooper reported that on the night of 18 May 1974 she attended a prom with her best friend's brother; before she left for the prom her mother and Loyd Brown argued, and she believes that the argument was again about her; but when she returned home from the prom Loyd was not in the house. Then in the early morning hours of 19 May 1974, she and her sister were awaken by the police; they then discovered that Loyd had returned home and shot/murdered her mother; and when she saw her mother's body and her mother's blood all over the bed she blacked out. Sonia cried uncontrollably as she described that night to this psychiatrist; she remembers sitting in her room, holding the infant MB, and saying over and over again 'is she going to be OK, is she going to be OK'; and she noted that it is the most horrible experience of her life, and noted that she has never really gotten over it.

14. Following the murder of Pearl Anderson Cooper/MB's maternal grandmother, MB, his mother, Sonia Cooper, and his maternal aunt, Sheila Cooper lived with MB's maternal grandfather/Jessie Cooper. Eventually, Sonia's older sister Tessie (who was then in her early 20s) and her husband, Jeff Nero, returned home, at which point MB, his mother and his younger aunt moved in with them. Although Sonia Cooper and Derrick Barnette were finally married in February 1976, Derrick was still in the military (after having tried college); so they didn't actually start living together until about 1978, when MB was about 5 years old; but in the meantime/in July 1977, MB's younger brother Mario was born.

15. Although the relationship between Sonia Cooper Barnette and her husband Derrick Barnette seemed to go well during the years that they lived apart, once they started actually living together things changed. Sonia reported that she and Derrick argued all the time, those arguments eventually escalated into physical fights, he was also overly harsh and physically abusive toward MB, their marriage became sexless, and Derrick began having an affair with the woman who he is currently with. Although apparently Derrick suspected that Sonia was also having an affair, Sonia denies having affairs of her own until after they finally separated in 1984, when MB was about to turn 11 years old.

16. By all reports, once Sonia and Derrick Barnette separated, Derrick essentially abandoned MB and his brother Mario, and eventually he moved out of state. Then, a couple years later/in 1987, Derrick presented MB and his brother with blood tests that showed he was not their father.

17. By all reports, once Sonia and Derrick Barnette separated, Sonia became even less emotionally available to MB and his brother than she already was, essentially leaving them to parent themselves; she was primarily focused on her romantic involvements; and it appears that at least one of those involvements was with a man who was involved in questionable/illegal activities. There was also increased instability in Sonia's home and life; she was unable to pay her bills; and then eventually she was fired from her job.

3

Bates No. 211

Then in 1988, when MB was about 15 years old, she precipitously moved with her sons to Georgia.

18. When MB met with this psychiatrist, he reported that his earliest memories are of an unstable home/moving from place-to-place; a lack of any real foundation; and a sense that his mother and his aunts were still distressed about his maternal grandmother's death, especially when they were drinking.

19. MB reported that then after they started to live with Derrick Barnette, Derrick and his mother argued a lot; there was also violence between them; and he remembers that Derrick was also violent with him/MB. Upon further exploration, he reported that Derrick would punch him, choke him, use a belt, etc., and would then do things like lock him in a room; once this physical abuse started his grades started to deteriorate; and he noted that as a result of Derrick's violence towards him and his mother he didn't want to be at home, and others confirmed MB's report that he would regularly run away from home/from the violence. MB also reported that his mother would never intervene when Derrick's physical abuse would escalate; she would instead hide in the bathroom or otherwise retreat.

20. MB noted that in retrospect, he was just a kid trying to be happy, who was possibly a little hyper. However at the time, he constantly felt that he was screwing up; that there was nothing that he could do right; and so that therefore he had to 'pay the price'. He noted, and others have confirmed, that it was clear that his younger brother wasn't being abused by Derrick Barnette as badly as *he* was, and so that only added to his sense that there was something that he was doing that was causing him to be 'punished' so severely. MB also noted that in addition to trying to protect himself, he was always trying to protect his mother and trying to keep his younger brother from being exposed to Derrick's violence, but he doesn't think that he did a very good job with any of that either.

21. School records and investigative efforts fail to indicate that MB was unruly or disruptive during elementary and junior high school, at least to an extent that he required much, if any, special intervention as an adolescent. References made during the earlier trials about MB attending Catholic school for the fifth grade, which previously suggested special care and attention being paid to MB, appear incorrect. Instead, reports confirm that MB attended one year of Catholic school at the insistence of Derrick Barnette, who had attended the same school, and it came during perhaps the worst year of Derrick and Sonia Barnette's marriage, when their fighting was at its height.

22. MB reported that then after his mother and Derrick Barnette separated, Derrick returned to his old girlfriend, 'leaving him/MB trying to deal with the baggage that Derrick left behind'; then came the blood test results out of nowhere, which made him feel like he was 'thrown overboard'; and then Derrick just moved on, at which point he/MB tried to tell himself 'good riddance', but didn't really feel that. MB reported that meanwhile, his mother also moved on with her life; as a result, she was hardly at home; and so although he therefore had a lot more freedom, on the other hand, he felt that he was all alone and left trying to care for his brother Mario. He noted that life with his mother was also much more unstable; in addition to moving around, there were times when there wasn't even any food in the house; and then in about 1985, when his brother Mario was hit by a car, he felt that he was even failing in his efforts to protect Mario.

4

Bates No. 212

23. MB noted that in addition, as a result of his mother's financial difficulties, etc., they ended up living in the projects; prior to that, he had only been in that neighborhood to get a haircut, and he had never been there at night; and he was a small, 'nerd' that found himself quite vulnerable when faced with the guys who had grown up there. He noted that he felt like an 'outcast', felt like a 'nobody' and felt he was 'unwanted'; the other guys referred to him as 'sweet ass Marc'; and although he was told to just fight back, he had no idea how to do that.

24. MB reported that then in the summer of 1986, he visited Derrick Barnette's father in Philadelphia (at the time, although he wasn't having much contact with Derrick, this was before the blood test and so he still believed that Derrick was his father); the senior Barnette took him shopping for new clothing; and so when he returned to school in the fall of 1986, wearing his new clothing, he was suddenly popular with the girls. MB noted that all of that attention really went to his head and made him feel a lot better about himself; he noted that he quickly got to the point where he felt he was 'the star'; and he noted that it actually got to the point for the first time in his life that he thought that things might actually be OK for him. He then described the girlfriends that he had over the next two years and he described those relationships in very positive terms (which has been confirmed by post-conviction investigation); he noted that he also developed some good relationships with some male friends and even his academic performance improved; and he reported that then his mother just picked them up and moved them to Georgia.

25. MB noted that he believes that his mother moved them to Georgia because she was running from some trouble that she had gotten into, and so essentially, he believed that his mother screwed up again and he had to pay for that. MB protested moving to Georgia; in response, his mother told him that he could stay in North Carolina, but that she was going with Mario. Not knowing where or with whom he would stay in North Carolina, MB, still a young teenager, felt he had no choice but to move to Georgia with his mother.

26. MB reported that he was about 15 years old and in the 10th grade when they moved to Georgia; the move was 'a complete culture shock' for him; and he noted that he was trying to deal with that without any real support, not even from his mother.

27. MB reported that then he met Sheila Sullivan, who he described as the most beautiful girl in his school; he became involved with her despite all the negative things that many others were telling him about her; and he noted in retrospect, he was obviously extremely naïve. He reported that then others continued to tell him that Sheila was involved with another guy, but each time he asked her about that she denied it; but it eventually got to the point where he found it hard to trust her; and then one day, the guy she had been involved with and a couple of the guy's friends jumped him and beat him so severely that he had to go to the hospital. He felt that Sheila had set all of this up; his face was a mess, he had been kicked in the head, and his ribs were injured; and as a result of his injuries, he was home for over a week. He then noted that it wasn't just his physical injuries; everyone knew what happened, and so he was embarrassed/totally humiliated; and he felt like he 'lost his manhood' as Sheila then left him and got into a relationship with that guy.

28. Upon further exploration, MB noted that 'he felt stripped of everything after those guys just came and took Sheila Sullivan from him like that'. He noted that he had invested so much in her, but he was 'obviously not strong enough/not man enough to keep her'.

5

Bates No. 213

Then to make matters worse, after that guy was finished with Sheila, he mistreated her by just feeding her to his friends; when she called MB about what happened it really broke his heart; but although he was a total mess with all of this, it seemed to him that she just picked herself up and moved on. Meanwhile, he felt like it was 'the end of the world'; he became severely depressed and he even made a suicide attempt; and he had no idea about how to pull himself/his life back together. When asked if he had ever felt suicidal prior to that, MB reported that he had felt suicidal back when he was living with and so afraid of Derrick Barnette.

29. MB reported that it was after his suicide attempt that Sheila Sullivan was used by those guys; so when they started talking again he was leaning on her and she was leaning on him; but with all that had happened between them they also argued. Sheila was also then sent to an alternative school; but he continued to be in contact with her and they also started having sex again; but then when she told him that she was pregnant and he told her that he didn't know if he could believe her given all the lies that she had told him before, she got angry at him and wouldn't talk to him anymore.

30. MB reported that then in about the Spring of 1989, when he was about 16 years old, he met Natasha Heard, who was about a year younger than him; he still hadn't really pulled himself back together/was still feeling pretty bad about himself; but then Natasha was immediately very interested in him, which did help him feel a lot better. He reported that then he didn't see Natasha during that summer; when he returned to school that fall he heard that Sheila Sullivan was back and then he saw her; and at that point, he went right to Natasha and told everyone that she/Natasha was his girlfriend. After that, he and Natasha immediately became intensely involved with each other; there was lots of sex and they would even skip school together; and he noted that when he was with Natasha, for him it was like there was no one else there. For a while, Sheila harassed Natasha; but he kept telling Sheila that Natasha was his girlfriend; and then eventually Sheila was totally out of the picture. Then at the end of 1989/the beginning of 1990, they discovered that Natasha was pregnant.

31. MB reported that he and Natasha Heard didn't really have any problems until after she was pregnant and dropped out of school. Both Natasha and her sister had previously dated some of the guys who had participated in jumping him back when he was involved with Sheila Sullivan; he was still small and skinny, and those guys still viewed him as a 'wimp who could easily be moved out'; and so although he didn't want to be a jealous tyrant like Derrick Barnette, and he had even told Natasha about his history with Barnette, there were problems between him and Natasha, especially when he would come upon her talking to one of those guys.

32. On 29 September 1990, MB and Natasha Heard's daughter was born; MB was living with his aunt and still attending school, and Natasha was living with her mother and staying home with their daughter; but MB spent time with his daughter each day.

33. Shortly thereafter, MB and Natasha Heard discovered that she was pregnant again, at which point her mother became extremely upset and moved her to another town. Then, at the age of 17, he moved there too and tried to function as a family with the pregnant Natasha and their daughter, and then on 31 December 1991, their second child/their son was born.

34. Upon further exploration, MB acknowledged that he really wasn't prepared to assume all of the responsibility that he was trying to assume while also trying to complete his

6

Bates No. 214

education, and he acknowledged that he was always pretty stressed out. He reported that then, things were further complicated/made more stressful by the fact that Anthony Britt came into the picture; Britt was interested in and started to try to become involved with Natasha Heard; and at the same time, Britt was attempting to get him/MB interested in and involved with Britt's cousin, Crystal Dennis. MB reported that then Britt told Natasha that he/MB was, in fact, involved with Crystal, despite the fact that that wasn't true; and Britt told him that he was involved with Natasha (although much later Natasha told him that that wasn't true either); and as a result, he and Natasha had a big argument, which ended in his sending her back to her mother's.

35. Then in May 1992, during the midst of a confrontation with Anthony Britt, MB shot Britt; he noted that for him, it was the situation with Sheila Sullivan's boyfriend all over again; and he noted that in this second situation he felt that Natasha Heard had set him up just like Sheila had done. As a result of the shooting incident, MB spent time in jail for the first time in his life. He ended up spending close to 30 days on misdemeanor charges. MB recalls that being in jail was extremely stressful, especially with Natasha now moving on (with Britt), two very young children, and his mother very much not in the picture in terms of lending him any help, guidance and/or even emotional support.

36. MB noted that he had become friends with Crystal Dennis but there hadn't even been a sexual attraction between them. However, after Natasha was gone, Crystal's mother pushed for them to get together; they even had sex; but although he wasn't trying to replace Natasha Heard with Crystal and/or replace his kids with Crystal's 2 kids, she and her children moved in with him and he found himself trying to help care for her kids. MB noted however that he had to get social services involved so that he could see his own children, because at least initially, Natasha gave him a hard time about seeing the kids.

37. MB reported that given that he wasn't really attracted to Crystal Dennis, and given that he at least suspected that Crystal was still involved with her old boyfriend, he met and became involved with another woman, Kowana Dozier, who he described as 'a life raft' who helped him feel better again after the problems with Natasha Heard and Anthony Britt. For a while he spent a lot of time with Kowana; they also worked together; and she has reported to post-conviction counsel that MB was highly stressed during this period of time given the situation with Natasha and Crystal. MB reported that then, during a trip back to North Carolina for a funeral, he met and became involved with Tamika Hunter, who was married, and as his relationship with Kowana started to deteriorate, he became increasingly involved with Tamika.

38. On 28 January 1993, MB was charged with cruelty to Crystal Dennis' children, after he reportedly beat them with a hanger. It is interesting to note that in MB's plea colloquy in this matter he stated that "I've been a father figure to the children. And this is one time – I wasn't feeling bad. I wasn't depressed. I didn't lose my temper. It's just that that is how I was raised, we've talked about it before, seems that my ways are a little harsher then hers. And this was one of the times, the only time this ever happened that was harsh."

39. MB reported that once this case was resolved/in about the spring of 1993 he returned to North Carolina with only a bag of clothes. He noted that essentially by then, 'everything had collapsed for him'; he was paying child support to Natasha Heard, and then as a result of his case with Crystal Dennis' children his visits with his own children were

7

Bates No. 215

being monitored; he was on probation and had lost his job; and he didn't even have a place to live. He noted that he knew that he had messed up, just like he had messed up before/ever since he was a child; he was crawling away in defeat and everyone knew it; and all he could do was try to start over again, despite the fact that he wasn't at all sure how he would do that. MB noted that he didn't even try to continue his relationship with Tamika Hunter/didn't have any expectation that she would leave her husband for him; he noted that by that point in his life, he really found it hard to trust any woman; and so he didn't even think that a new relationship, even with the most wonderful woman, would help him pull himself back together again.

40. When MB returned to North Carolina, he was on probation from his Georgia conviction involving Crystal Dennis' children. Reports suggest an initial effort to be compliant with that probation, although that would later not be the case. MB was living with his mother and brother at his grandfather's home on West Boulevard; his mother was pregnant; and a few months after his return, his mother gave birth to a son. Records also indicate that MB's mother was receiving food stamps at the time.

41. Not long after MB returned to North Carolina, he met and became involved with Alesha Chambers, who was about 4 years younger than him (about 15 years old). Reportedly, Alesha had already started to rebel against her mother, who according to MB had problems of her own; Alesha and MB also quickly developed a highly charged sexual relationship; and Alesha would run away from her family home so as to meet MB for sex.

42. MB noted that it was Alesha Chambers who 'bore the brunt of what he had gone through up until that point in his life'; he noted that he was consumed with and confused by his past, and found it extremely difficult to trust; and as soon as he felt that Alesha was violating the trust he had been able to give her, he became more and more controlling and ultimately started to hit her. By November 1993, MB began being charged with various violent acts against Alesha, and one of the incidences occurred at Alesha's job and ended up involving one of the assistant managers there who alleged that MB assaulted him while he was trying to break up the altercation between MB and Alesha.

43. MB reported however that despite all of the difficulties in his relationship with Alesha Chambers, they continued to see each other, even after she was the complainant in charges made against him. Alesha started also seeing another guy; then he met Robin Williams; and so their relationship became all the more tumultuous. He reported that despite all of these difficulties, in the Spring of 1994/when they finally broke up he became extremely depressed and suicidal again.

44. It was in about May 1994 that MB met Robin Williams, who was living in Roanoke, Virginia. MB reported that Robin and his relationship with Robin were very different than what he had experienced in the past. More specifically, although he fell in love with her the night that he met her, which he still believes is quite reasonable, they didn't immediately have sex. He also told her how much he had been hurt in the past, the difficulties he had gotten into in the context of troubled relationships, and how therefore he was reluctant to get involved with anyone; she then shared that she had also been hurt a lot in the past; and it was clearly his sense that they agreed that if they did become involved with each other, they wouldn't hurt each other like each of them had been hurt before. MB noted that therefore, he found solace in his relationship with Robin; she was supportive of him and even attended the trial that resulted from the charges against him

8

Bates No. 216

made by Alesha Chambers; and he was supportive of her. So, as their relationship progressed, it was decided that he would move to Virginia to live with her.

45. Notably, during the course of MB's criminal cases involving Alesha Chambers, his attorney had him evaluated by a forensic mental health expert. While this expert's evaluation appeared to be primarily focused on competency issues, both at the time of the alleged crimes involving Alesha and concerning his pending trial, the psychologist also concluded that MB exhibited "a variety of deficiencies in his psychological functioning that might shed light on his behavior. However, he is relatively unwilling to accept psychological interpretations on his behavior and motives." MB and Robin Williams were already in their relationship at the time the evaluation was conducted. It is not clear whether MB was ever informed of this evaluation's results at the time.

46. In September 1994, almost immediately after MB's legal issues concerning Alesha Chambers were concluded (resulting in a conviction to a less serious felony offense), Natasha Heard unexpectedly brought her and MB's two children to Charlotte and left them with MB and his family. Robin Williams happened to be visiting when the children were dropped off, and MB recalls a mixture of confusion and excitement about having his children with him and his family, and watching Robin's positive interactions with them. Between September and December 1994, MB and Robin continued to make plans for MB to move to Virginia. The prospect of Natasha not returning for the children was discussed, and the notion of whether the children would go to Virginia with MB was considered. After approximately three months however, right around Christmas 1994, Natasha, again unexpectedly, returned and took the children back to Georgia.

47. Then in January 1995, on a day when MB was planning to take a bus to Roanoke to look for work, he was shot in his right thigh and right middle finger by a distant relative who apparently lived on the West Boulevard property owned by MB's grandfather, Jesse Cooper. This distant relative, a notorious 'junkie', had been hassling and bullying Jesse Cooper, which was the genesis of the dispute between MB and that relative.

48. As a result of having been shot, MB required the placement of a rod in his right femur and a splint for his finger; for a while, he had some difficulty with pain and ambulation; and he also experienced various psychological trauma-related symptoms after having been shot. MB was quite depressed and agitated during his recuperation. It was the first time that he and Robin Williams experienced any significant conflict. Robin told him that he was being a terrible patient (she worked in hospitals), and he was upset that she was not spending more time with him in Charlotte. MB's depression and agitation were such that he did not return to the house on West Boulevard. Instead, his mother arranged for him to stay with her 'friend'.

49. However in March 1995, MB moved to Virginia/moved in with Robin Williams; within a couple months he was able to find a job and return to work there; but virtually from the time he moved in, problems arose in their relationship. More specifically, MB reported that shortly after he moved in with Robin, he discovered a hotel receipt from an area where Robin had told him that she used to party with her 'supposedly ex-boyfriend', Benjamin Spencer Greene; when he confronted Robin about this she denied that she was still involved with her ex-boyfriend and denied that the hotel receipt indicated anything at all; but he noted that she wasn't a good liar and so he believed that she wasn't telling him the truth. He became depressed and suicidal again and took an overdose of pills; at some level he felt that he should just get out of the relationship with Robin; but he felt that he

9

Bates No. 217

couldn't just leave and return to North Carolina 'defeated all over again'. Early in May 1995, after Robin attended a funeral with one of her girlfriends, MB, who was checking on her, saw her riding off with that girlfriend instead of attending the after funeral reception like she said she was going to attend; he demanded that Robin get out of the car and come with him; and although she eventually got in the car with him, she then jumped out of the car and rolled away from MB. Later in May 1995, in the midst of an argument between MB and Robin, Robin stabbed him in the hand. A couple months later, while cleaning out her old purse in anticipation of buying her a new one for her birthday, MB discovered a condom in Robin's things and confronted her again.

50. MB noted that what was strange about all of the above noted incidences between him and Robin Williams was that Robin just kept standing up to him; she never filed any charges against him for any of the above noted incidences; and she even took him to the hospital after stabbing him in the hand. He reported that then, for about the next 6 months or so, there were no serious arguments between him and Robin; he noted that although he, like Robin, had a history of running from relationships, this time he tried hard to make their relationship work; but despite all of his efforts and the apparent calm between them, she still refused to marry him, saying that she just wasn't the type to marry.

51. Then in January 1996, on the one-year anniversary of the day he was shot, MB was fired from his job, reportedly for 'inappropriate actions and comments to associates in the store of a sexual nature'. Then, when he went to Robin Williams' job so that he could talk with her about what had happened at his job, he couldn't find her. All of this only added to the tension between them, and although they started to argue again, the arguments really weren't about what was really going on between them. MB explained that although, for example, they would argue about how Robin felt that he had treated her mother on some occasion, the real issue not being discussed was that ultimately, she was just like all of the others in that she was 'treating him like a fool'.

52. On 11 April 1996, MB and Robin Williams broke up, and MB returned to North Carolina. He reported however that he was certain that he had been treated like a fool again, which he found particularly devastating given that he had believed that he and Robin had put all of their cards on the table and that they had pledged not to hurt each other like they had been hurt before. He noted that in essence, the ground rules that they had set had been violated; he wanted Robin to at least admit that she had, in fact, broken their ground rules and that she was, in fact, still involved with Benjamin Spencer Greene, but she had repeatedly refused to do so/repeatedly denied that involvement; and he noted that it was all just so much like what had happened to him in the past.

53. MB reported that he just continued to brood about all of this; he just couldn't let it go and move on; and upon further exploration he explained that if Robin Williams had been with Greene all of that time, he had been played a fool yet again, and he just couldn't get that out of his mind. He spent most of his time in his room crying; he took another over dose of pills; but he just couldn't move on.

54. Then on 30 April 1996, MB drove back to Roanoke, Virginia and 'firebombed' Robin Williams' residence; after the fact he heard on the news that Robin and Benjamin Spencer Greene had been in the house; and MB noted that this proved to him that Robin was, in fact, still involved with Greene. MB noted that going to Virginia to firebomb the house was pretty impulsive; he was actually on his way to the store and suddenly decided to do it; at that point he filled cans that were already in the car with gasoline and took off

10

Bates No. 218

for Virginia. He noted that he felt that he just *had* to know the truth, and noted that he just couldn't let go of that need to know.

55. MB reported that upon his return to North Carolina, he waited to be arrested for the firebombing, but the police never came to arrest him. He continued to obsess about Robin Williams being with Benjamin Spencer Greene, and even pictured Greene visiting her in the hospital; he felt even more like 'his manhood/honor had been challenged', and he was feeling that they knew he was 'soft'; and his feelings were all over the place, including contemplating murder/suicide.

56. MB's family reported that during that next about 6 weeks, MB spent most of the time in his room, withdrawn, and apparently quite depressed. They reported that he also shaved his head, and when he was asked why he told them that 'his hair was hurting him/bothering him and he couldn't think straight'. They reported that then, the night of the carjacking and murder of Donald Allen, he suddenly seemed much better; he was socializing and no longer seemed withdrawn; and at the time, they hoped that this indicated that he was starting to feel better/ was doing OK.

57. MB reported that just before he returned to Virginia the murder/suicide idea had become a clear solution in his mind. He noted that he just couldn't accept the idea of being viewed as 'a punk'; he 'needed to be taken seriously'; but although he had a gun, he really didn't have any real skills in using it, he didn't even have a clear plan about how he was going to do it, and so in a sense, the murder/suicide idea was 'more fantastical than clearly outlined in his mind'.

58. Late in the evening of 21 June 1996, MB shot and killed Donnie Allen and took his car to Virginia. MB noted that all he knew was that he had to get a car to get to Virginia; the shooting of Allen happened so fast, it was in the dark, and he wasn't even sure that he had killed Allen; but he noted that he does realize that he knew he had to have time to get to Virginia before being caught. He noted that he thought he would die in Virginia/wouldn't be coming back to North Carolina; at the time, he thought that after the fact, everyone would see how hurt he had really been; but in retrospect, he feels that the shooting of Allen was a very cowardly act for which he is deeply sorry.

59. Then on 22 June, MB shot and killed Robin Williams. MB noted that he hadn't really come up with a plan during his drive to Virginia; everything was moving so fast that even after he got there he couldn't come up with a clear plan; and so ultimately he ended up just chasing Robin down the street and then finally catching her.

60. MB reported that when he finally caught Robin, she said 'Marc, you are not going to kill me', and that is when he shot her. He noted that when she said that he realized that she thought that he was 'such a fool that he couldn't even be a credible killer'; 'she didn't realize that he had loved her so much that he would do whatever'; and 'he felt that no one, not even Robin, took him seriously'. Upon further exploration, he noted that he was feeling that he has feelings just like everyone else; but no one, not even Robin, considered those feelings; and despite all the talking they did before becoming involved, she still used him/took advantage of him.

61. MB noted that the entire experience/the shooting of Robin Williams was 'so surreal'. Upon further exploration, he explained that it was like he, the person who could never hurt Robin, was watching himself do it, while at the same time, some other part of him was actually doing it. Then, he just felt 'numb' for about the next 24 hours; this was despite the fact that images of the shooting kept playing over and over again in his head;

11

Bates No.: 219

but he, himself, 'didn't feel connected to the shooting despite knowing that he had done it'. The next day, he went into a church, sat down and just started to cry; he kept asking God for forgiveness; and then that night, he tried to kill himself again. MB reported that that time he not only took pills but he sealed the car and tried to rig a hose from the exhaust into the car, but he believes that some man came along and disrupted what he was trying to do.

62. MB reported that it really wasn't until that next morning that what he had done really, really hit him.

63. Mental status examinations of MB, performed during this psychiatrist's various visits with/examinations of MB were quite revealing. More specifically, each time that this psychiatrist met with MB he was oriented to person, place and time, and his memory for both short and long-term events appeared to be good. However, MB's mood was markedly different each time that he met with this psychiatrist for reasons that he/MB was unable to identify/explain. At times his mood was severely depressed; at other times his mood was inappropriately elated, and at other times his mood was more mixed (i.e., depressed and manic), with an associated irritability and extreme suspiciousness that at times reached the level of paranoia (i.e., the feelings that he was being harmed were fixed/he wouldn't let them go despite being confronted about them). His affect (i.e., the external representations or expressions of his mood) also changed consistent with the above noted changes in his mood.

64. MB's family reported observing similar changes in MB's mood over the course of his life, starting at least back when he was an adolescent. Unprompted, MB's mother noted that these changes in MB's mood were often so extreme and would occur so rapidly that she felt that she should take him for some type of mental health evaluation and treatment; she cried as she noted that she just never did that; and she noted that maybe if she had done what she had thought she should do for MB, maybe none of this would have ever happened. More detailed exploration with family members and others about MB's mood during May and June 1996 revealed rapid changes in his mood during that time period as well.

65. MB did evidence at least some developing insight, in that he noted that although in the past he didn't really know anything about depression, he now realizes that the depression and suicidal feelings and attempts that he made were indicative of depression or at least some type of mental health problem. He also noted that some of the things he was feeling back then seem foreign and maybe even crazy now, largely because he has come to understand more about why/how he developed such major issues with trust, starting back with his early childhood experiences. He noted, for example, that his frenzied 'need to know' whether or not Robin was really with Greene now seems strange to him, as does the sense that he could love her so strongly that he would want to take her with him or do a murder/suicide thing.

66. Otherwise, MB's mental status was unremarkable, in that his speech was clear, coherent and goal-directed, his intellectual capacity appeared to be within the average range, and there was no clear evidence of an organic brain syndrome.

67. Given the above noted, it is the opinion of this psychiatrist, to within a reasonable degree of medical certainty, that MB has suffered quite severely as a result of his extremely difficult childhood. More specifically, MB's extremely difficult childhood significantly impaired his development, resulting in broad-based instability in all major areas of

Bates No. 220

functioning. There is difficulty with attachment/instability in interpersonal relationships, characterized by frantic efforts to avoid real or imagined abandonment, and intense relationships with alternating feelings of extreme idealization and extreme devaluation of the other person; there is instability of self-image, characterized by an unstable sense of self and periods feeling empty and valueless; there is instability of mood, with affective instability due to marked reactivity of mood often accompanied by anxiety and irritability and/or suicidal behavior; and there is impulsivity generally associated with self-damaging behavior.

68. Although this psychiatrist believes that identifying MB's symptoms of mental illness and appreciating their impact on his ability to function is more important than labeling him with a specific diagnosis, it is the opinion of this psychiatrist that the above described cluster of symptoms meet the diagnostic criteria for Borderline Personality Disorder. A childhood history of abuse, neglect, hostile conflict, and early parental loss or separation is not at all uncommon in individuals who suffer from this disorder; this is clearly the case with MB; and therefore it is not surprising that there is an exacerbation of the difficulties associated with this disorder when a caregiver or lover is seen as neglectful, withholding, uncaring, or abandoning. It is also important to note that persons who suffer from this disorder are vulnerable to the development of transient, stress-related paranoid ideation or severe dissociative symptoms, and based on the information currently available to this psychiatrist, this also seems to be the case with MB.

69. In addition, it is the opinion of this psychiatrist, to within a reasonable degree of medical certainty, that MB also suffers from a major mood disorder, characterized by rapidly changing, extreme mood states, including mania, depression, and mixed states of mania and depression associated with extreme irritability and paranoid ideation. It at least appears that the onset of this major mood disorder was during MB's adolescent years.

70. Such rapidly changing mood states are quite destabilizing for an individual in and of themselves, and are particularly destabilizing during the period of adolescent development when such emotional turmoil is so difficult to understand and manage. Then in addition, the fact that MB's major mood disorder is superimposed on his above described broad-based instability in major areas of functioning has resulted in even much more severe impairment in his ability to function, in that each of these major psychiatric disorders potentiate the other.

71. A full appreciation of how these two psychiatric disorders interact with and can potentiate each other requires additional understanding of the nature and course of each disorder. More specifically, Borderline Personality Disorder is best understood as an underlying disorder, in that its characteristics are enduring/persistent and therefore always impact on the individual and his/her ability to function. However, as noted above, certain types of stressors can exacerbate the difficulties associated with Borderline Personality Disorder, thereby causing a further deterioration in the person's ability to function. In contrast, the rapid swings in mood that are a part of MB's major mood disorder cycle on their own schedule, virtually unrelated to whatever is going on around him. However, the mood that he is experiencing at any given time will impact on how he responds to any stressors that he might be vulnerable to as a result of his underlying Borderline Personality Disorder.

72. More specifically, for example, when an individual who suffers from Borderline Personality Disorder perceives that he/she is being abandoned by a significant other, the

13

Bates No. 221

symptoms associated with this disorder will be exacerbated. However, if that same person is simultaneously in a manic/hyper-elated state due to a separate major mood disorder, the overall response/mental state will be quite different than it will be if he/she were in a depressed state due to that major mood disorder.

73. Based on this psychiatrist's review of the information noted above in paragraph 6 and my consultation with Ann Wolbert Burgess, RN, DNSc, the information currently available to this psychiatrist is considerably and significantly more than the information that was made available to Dr. Burgess. In addition, because of the wealth of information currently available to this psychiatrist, my psychiatric opinions about MB are not only better supported but also much more complex than the opinions rendered at the time of his trial. More specifically, although there had been various difficulties including violence in some (although not all) of MB's relationships with women, additional important information about those relationships, especially his life-changing relationship with Sheila Sullivan, and additional important information that helped establish that he also suffered from other major psychiatric disorders resulted in that much more complex picture of MB's mental health difficulties. Additional important information also indicates that he was suffering from these major psychiatric difficulties at the time of the killings, and that therefore his mental state was even more severely impaired than had been previously recognized.

74. Based on my experience in capital litigation, if the information made available to this psychiatrist had been available at the time of his trial, MB's extremely difficult childhood, including the effect that his mother's own trauma and family secrets had on her availability/capacity to parent MB; the impact of his extremely difficult childhood on his development, the resultant broad-based instability in major areas of functioning, and the associated impairments in his ability to function; his severe major mood disorder and the impact of this disorder on his ability to function; and the ways in which the two psychiatric disorders potentiate each other would have been mental health findings that could have been recognized and presented to MB's legal team for consideration as mitigation at the time of his trial. Instead, the mental health opinions presented, which apparently lacked many of the critically important factual bases upon which my opinions are based, were either incomplete, not sufficiently supported, and/or inaccurate.

75. Of particular importance, with regard to potential mitigation, is the fact that the information currently available to this psychiatrist makes MB's mental state at the time of the crimes for which he has been convicted and sentenced to death much clearer, and indicates that at the time of the crimes, MB's capacity to conform his conduct to the requirements of the law was significantly impaired.

76. More specifically, the symptoms of MB's Borderline Personality Disorder were clearly exacerbated by his perception of the impending loss of his relationship with Robin Williams, his perception that she had been unworthy of his trust, and his perception that she had viewed him as a fool who could be easily used/taken advantage of. Based on the information currently available to this psychiatrist, MB evidenced frantic efforts to avoid abandonment by Robin, a reversal of his extreme idealization of Robin to extreme devaluation of her, a deterioration of his sense of self to the point of feeling empty and valueless, mood reactivity with irritability and suicidal behavior, impulsivity, and stress-related paranoid ideation. Then, over the next couple months, superimposed on these exacerbated symptoms, were the profound and rapid swings in his mood that were

14

Bates No.: 222

symptomatic of his major mood disorder that determined how he ultimately experienced the underlying crisis and its resultant symptoms. In other words, based on the information currently available to this psychiatrist, when MB was experiencing an elevated mood he was out with friends, despite the underlying crisis; when he was experiencing a depressed mood he was isolative/stayed in his room, he was crying a lot, and he was suicidal; and when he was experiencing a more mixed state of mania and depression he was agitated, irritable, more paranoid and otherwise even more irrational.

77. Subsequent to the initial referral of MB to this psychiatrist, this psychiatrist was also asked to comment on the testimony that MB gave at his trial. Given MB's above described psychiatric impairments, his lack of insight into the causes of these impairments, and his lack of insight into how these impairments impact on his perceptions and his behavior, the following can be said. MB's psychiatric impairments manifest (both to this psychiatrist and others) in statements, explanations, and rationalizations by MB that would appear to be distorted, self-serving, and simply off-base, and therefore, it is unsurprising to this psychiatrist that MB's testimony at trial appeared unsympathetic. While MB's testimony was, in many ways, consistent with his mental health make-up – and thus clouded by distorted and warped interpretations of events and relationships – to an untrained listener, it likely appeared quite offensive. That being said, if MB was going to be allowed to testify, it would have also been possible for a mental health expert to then explain to a jury why MB, even after his arrest and conviction for murder, would persist in describing things in ways that no one else could see or agree with.

78. Finally, the mental health impairments suffered by MB, while dramatic and severe, can be managed and/or controlled. For example, I am aware that MB had not committed any infractions or received any disciplinary write-ups from the time of his arrest in June 1996 through the time of his retrial in 2002. This is particularly noteworthy given how disruptive his behavior and distorted his thinking had been prior to his arrest. Yet it is quite understandable/explainable given the structure that MB had while incarcerated and the forced reduction (as a result of his incarcertation) of the particular stressors that make MB acutely vulnerable to an exacerbation of his symptoms and the associated erratic and irrational behavior. This explanation as to why MB had shown positive and constructive adjustment to prison could have also been presented for consideration as mitigation at the time of trial.

79. It is my understanding that post-conviction counsel's investigation is ongoing, thus I am prepared to review any additional information that may become available and supplement or amend my findings, if necessary.


_____

Richard G. Dudley, Jr., M.D.
Psychiatrist
Diplomate, American Board of Psychiatry & Neurology


15

Bates No. 223

# CURRICULUM VITAE

Richard G. Dudley. Jr, M.D.

210 West 101st Street, Suite 11-K
New York, New York 10025

(212) 222-5122

## EDUCATION:

*   Temple University School of Medicine Philadelphia, Pennsylvania
    M.D., 1972

*   Northwestern University Medical Center Chicago, Illinois
    R6 Internship

*   Northwestern University Institute of Psychiatry Chicago, Illinois
    Psychiatric Residency, completed 1975

## LICENSURE AND CERTIFICATION:

*   License for the Practice of Medicine, State of New York

*   Diplomate, American Board of Psychiatry and Neurology

## PAST ACADEMIC APPOINTMENTS:

*   Visiting Associate Professor of Medicine, Department of Behavioral Sciences
    City University of New York Medical School at City College

*   Adjunct Assistant Professor of Law, School of Law
    New York University

Bates No. 224

**PROFESSIONAL EMPLOYMENT HISTORY:**

\* January '76 to Present:                                  Private Practice of Psychiatry

At present, the practice includes a clinical practice primarily focused on adolescents and adults (evaluation, consultation, and both individual and family psychotherapy); a forensic practice (I regularly appear as a psychiatric expert in various types of legal proceedings throughout the United States); and consultation/education (the development and/or presentation of continuing medical education programs, as well as education programs for other health professionals, attorneys, and the public).

\* September '85 to June '05:                            Associate Professor of Medicine
                                                                      Behavioral Sciences
                                                                      CUNY Med School at City College

From September, 1985 to August, 1992, I was Director of the Department of Behavioral Sciences, at which time my primary responsibility was to direct the full-year/required course in behavioral sciences. The goal of this course was to help students acquire knowledge, skills and attitudes which would assist them in becoming effective primary care physicians, for a range of persons from different cultural backgrounds, through the incorporation of contributions from the fields of psychiatry, psychology, social work, sociology, and anthropology. After I retired from the position of Director, I continued to teach in the course.

\* September '84 to April '05:                           Adjunct Assistant Professor, then

                                                                      Visiting Lecturer
                                                                      School of Law
                                                                      New York University

Initially, as an Adjunct, I team-taught full seminars on "Expert Evidence" and also team-taught Family Law. Then, I transferred to the Law Clinic, funded under a different mechanism, where I team-taught "Expert Evidence" with various law professors in connection with clinical seminars. Lectures included an exploration of the interface between the behavioral and social sciences and the law, and how lawyers might more appropriately work with psychiatric experts. In other settings I have lectured on various other aspects of law and psychiatry to judges, attorneys, law students and others.

2

Bates No. 225

* July '82 to June '94:                          Teaching Attending Physician
                                                Department of Psychiatry
                                                New York Medical College
                                                Lincoln Hospital Division

Responsibilities included course, seminar and case conference teaching, as well as individual psychotherapy case supervision for psychiatry residents, and the direction of the psychotherapy group for psychiatry residents. Previously, through the department's Consultation and Liaison Service, I also taught as part of the Chairman's Rounds for the Department of Internal Medicine.

* January '79 to October '84:                   Assistant Director
                                                Professional Services Dept.
                                                Roche Laboratories, Div. of
                                                Hoffmann-La Roche, Inc.

The principal responsibilities were to actively and creatively participate in the medical aspects of marketing Roche products and services, and to direct the activities of the Professional Services Product Group. As a participant on Marketing Teams, I helped to develop marketing strategies and plans, train Roche Field Representatives and implement various promotional programs. My responsibilities also included the coordination of Phase IV research efforts, and the development of scientific exhibits, medical education films, monographs, and symposia for physicians.

* April '76 to July '82:                         Psychiatric Consultant
                                                Mental Health Programs
                                                Children's Aid Society of
                                                New York City

Responsibilities included teaching, diagnostic evaluations and treatment of selected cases.

* December '77 to December '78:                  Medical Director
                                                Washington Heights-West Harlem
                                                Community Mental Health Center

Responsibilities included the design, development and then day-to-day operation of a full, twelve service community mental health center. When I accepted this position, the center had just been funded, and every program element and support system had to be developed. Once the twelve service chiefs and other key administrative staff were hired, and basic support systems were developed and put into place, I supervised the chiefs, developed in-service training programs and

3

Bates No. 226

worked towards the development of program elements not covered by the original grant, for example, research programs, transitional housing programs, and vocational rehabilitation programs.

\* January '76 to December '77:  New York City Department of Mental Health, Mental Retardation & Alcoholism Services

Assistant to the Commissioner January '76 to November '76

June Jackson Christmas, M.D. -  Commissioner

Deputy Commissioner  February '77 to December '77

Primary responsibilities included the development of new clinical programs/services, as well as the ongoing monitoring, evaluating, and upgrading of the existing mental hygiene service system. This system included all of the medical centers, voluntary hospitals and agencies, and the municipal hospitals and public mental hygiene programs in all five boroughs.

November '76 to January '77:  [On leave from the Department]

Coordinator/Team Leader
Carter-Mondale Transition Planning Group

The focus of this effort was to develop policy options in the areas of mental health, mental retardation, alcoholism, drug abuse and the developmental disabilities for the incoming administration.

\* January '74 to December '75  Staff Psychiatrist Lower North Community Mental Health Center Chicago Board of Health

Responsibilities included diagnostic evaluations, treatment and some supervision and teaching. In addition, there was primary responsibility for the Center's adolescent program.

4

Bates No. 227

**PROFESSIONAL ORGANIZATIONS:**

* American Psychiatric Association - Distinguished Life Fellow
  Scientific Program Committee, 1998-2001
  Delegate, APA Assembly 1979-1983

* New York County District Branch (APA)
  Committee of Black Psychiatrists 1984-1986
  Committee on Legislation 1980-1983
  Committee on Emergency Psychiatry 1978-1979

* American College of Psychiatrists – Fellow
  Awards Committee 1993-2001
  Nominations Committee 1989-1992

* Black Psychiatrists of America
  Nominations Committee 1985-1987
  Program Committee 1980-1982
  President, Metropolitan New York Chapter 1978-1988

* National Medical Association

* New York Academy of Medicine - Fellow

* One Hundred Black Men  1977-1982
  Health Committee 1979-1981

* American Orthopsychiatric Association 1988-1991
  Program Committee 1989-1990

* American Society for Adolescent Psychiatry 1984-1988

* American Academy of Psychiatry & the Law 1984-1988

* American Medical Association 1970-1976
  Council on Long Range Planning and Development 1973-1975
  Council on Mental Health 1971-1975

* American Medical Student Association Foundation 1979-1980
  Board of Directors 1979-1980

* American Medical Student Association 1970-1973
  Director, Video Journal 1971-1973
  Board of Trustees 1971-1972

* Student National Medical Association 1969-1972

Bates No. 228

**OTHER PROFESSIONAL ACTIVITIES:**

* Consultant in creative approaches to medical education, using a variety of media

* Lecturer/speaker for professional health and/or law related organizations and groups, as well as non-professional groups throughout the United States and, to a limited extent, abroad -- frequent guest on various television programs, as well as host and guest on radio programs.

* Commission on Safety and Abuse in America's Prisons, 2005-2006

* Housing Works, Inc., Board of Directors 2005-present

* Vera Institute of Justice, Board of Directors 1989-present

* Hospital Audiences, Inc., Clinical Advisory Board

* Examiner in Psychiatry, American Board of Psychiatry & Neurology

* Highbridge-Woodycrest Center, Inc., Board of Trustees 1991-2004

* Co-Principal Investigator, Minority Education, Research & Training Institute [New York State Department of Mental Health] 1990-1994

* Public Member, Fatality Review Panel, Child Welfare Administration (formerly Special Services for Children), NYC Human Resources Admin. 1990-1992

* Family Court Advisory Committee, First Judicial Department 1987-1989

* Program Development Committee, NYU AIDS Mental Health Project (NIMH Contract No. 278-87-005) first 3 years

* Coordinator of Training for Volunteers Minority Task Force on AIDS 1986-1988

* Poison Control Advisory Committee, N.Y. City Department of Health 1980-1981

* Education/Training Consultant, N.Y. State Office of Mental Health 1979

* Consultant, Conference on Minority Mental Health Manpower, HEW-ADAMHA Minority Advisory Committee 1979

* Member, Mental Health Committee, Task Force on the New York City Fiscal Crisis 1978

* Chairperson, Task Panel on the Mental Health of Black Americans, The President's Commission Mental Health 1978

* Physician Resources, Inc. Board of Consultants 1977-1979

* Board of Directors, and Chairman of the Ambulance Committee, New York City Regional Emergency Services Council 1977-1978

* Task Force on Services to Emotionally Disturbed Adolescents, New York City Human Resources Administration 1977

* Advisory Board, Center for Physician Career Development, American Medical Student Association Foundation 1977

6

Bates No. 229

* American Bar Association -- Young Lawyer's Section Committee on Mental Health, Physician Member/Consultant, 1974-1975
* The Thresholds (rehabilitation program for young psychiatric patients) Board of Directors 1974-1975

## OTHER SELECTED ACTIVITIES:

* Walter Nicks Dance Theatre Workshop
  Chairman, Board of Directors 1985-1994
* Amistad World Theatre
  Chairman, Board of Directors 1983-1989
* National Urban League
  Black Executive Exchange Program 1979-1981
  Committee on Mental Health 1976-1979
* National Association for the Advancement of Colored People Advisory Committee, Project Rebound 1977-1978
* National Advisory Committee on Ethics 1975-1978
* New York City Black Citizens for a Fair Media Psychiatric Consultant 1977-1978
* Young Life, Inc. 1968-1972
* Big Brothers of America 1970-1972

## SELECTED HONORS:

* New Jersey Black Achiever of Business and Education 1982
* Award of Merit, Black Psychiatrist of America 1977
* "Who's Who in America" 1976–1977
* American Biographical Institute
  "Community Leaders and Noteworthy Americans" Ninth Edition
* Dictionary of International Biography – Cambridge, England
  "Men of Achievement" Fifth Edition
* Solomon Carter Fuller Institute
  Traveling Fellow 1975
* Outstanding Young Men of America 1972
* National Medical Fellowship Recipient 1969–1971

7

Bates No. 230

**PUBLICATIONS:**

Davis PC, Chandler E, Dudley RG: The Place of Families in Juvenile Defense: Work After *Miller v. Alabama*. <u>New England Journal on Criminal and Civil Confinement</u>, 19 (No. 2):293-301, 2013

Dudley R.G., Blume Leonard P: Getting It Right: Life History Investigation as the Foundation for a Reliable Mental Health Assessment. <u>The Hofstra Law Review,</u> 36 (No 3): 963-988, 2008.

Dudley RG: Offering Psychiatric Opinion in Legal Proceedings When Lesbian or Gay Sexual Orientation Is an Issue in <u>Mental Health Issues in Lesbian, Gay, Bisexual, and Transgender Communities</u>, Jones BE & Hill MJ (eds), <u>APA Review Psychiatry. Vol. 21</u>, American Psychiatric Publishing, Inc., Washington, D.C. 2002

Dudley RG: All alike but each one different: orphans of the HIV epidemic in <u>Orphans of the HIV Epidemic</u>, Levine C (ed) Unit Hospital Fund, New York. 1993

Dudley RG: Serotonin partial agonists in the treatment of anxiety and depression: Introduction. <u>Journal of Clinical Psychiatry,</u> 51:30, 1990.

Bing EG, Nichols SE, Goldfinger SM, Fernandez F, Cabaj R, Dudley RG, Krener P, Prager M, Ruiz P: The many faces of AIDS: Opportunities for intervention. <u>New Directions For Mental Health Services - Psychiatric Aspects of AIDS</u>, 48:69-81, 1990.

Dudley R.G: Blacks in policy-making positions in <u>Black Families in Crisis- The Middle Class</u>, Coner-Edwards AF and Spurlock J (eds), Brunner/Mazel, New York, 1988.

Davis PC, Dudley RG: The black family in modern slavery. <u>The Harvard Blackletter Journal - Harvard School</u> 4:9-15, 1987.

Davis P, Dudley RG: Family evaluation and the development of standards for child custody determination. <u>Columbia Journal of Law and Social Problems</u>, 19 (No. 4):505-515, 1985.

**LECTURES, PRESENTATIONS, AND EDUCATIONAL VIDEOTAPES**

Described upon request

2/14

RGD:dw

8

Bates No. 231