ORIGINAL

FILED
CHARLOTTE, N. C.

FEB 1 0 1998J

UNITED STATES DISTRICT COURT FOR THE DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA W. DIST. OF N. C.
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:97CR23-P |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| AQUILIA MARCIVICCI BARNETTE | ) | |
| | ) | |

## SPECIAL VERDICT FORM REGARDING THE PUNISHMENT TO BE IMPOSED UPON THE DEFENDANT FOR THE KILLING OF DONALD LEE ALLEN IN COUNT SEVEN

### I. AGE OF DEFENDANT

Instructions: Answer "YES" or "NO".

Do you, the jury, unanimously find that the government has established beyond a reasonable doubt that:

1. The defendant was eighteen years of age or older at the time of the offense in Count Seven?

YES ✓

NO _____

*Donald J. Schudel*
FOREPERSON

Instructions: If you answered "NO" with respect to the determination in Section I, then stop your deliberations, cross out Sections II, III, IV, V and VI of this form, and proceed to Section VII. Each juror should then carefully read the statement in Section VII, and sign in the appropriate place

Bates No. 260    Count 002455 309

if the statement accurately reflects the manner in which he or she reached his or her decision. You should then advise the Court that you have reached a decision.

If you answered "YES" with respect to the determination in Section I, then proceed to Section II which follows.

## II.    REQUISITE MENTAL STATE

Instructions: For each of the following, answer "YES" or "NO".

1. Do you, the jury, unanimously find that the government has proven beyond a reasonable doubt that the defendant intentionally killed Donald Lee Allen in Count Seven?

YES  ____✓____

NO  _____

*Donald J. Schudel*
FOREPERSON

2. Do you, the jury, unanimously find that the government has proven beyond a reasonable doubt that the defendant intentionally inflicted serious bodily injury which resulted in the death of Donald Lee Allen in Count Seven?

YES  ____✓____

NO  _____

*Donald J. Schudel*
FOREPERSON

Bates No. 2261    Court 0002456

3. Do you, the jury, unanimously find that the government has proven beyond a reasonable doubt that the defendant intentionally engaged in conduct intending that Donald Lee Allen be killed and/or that lethal force be employed against Donald Lee Allen which resulted in the death of Donald Lee Allen in Count Seven?

YES   ✓

NO   _____

*Gerald J. Schudel*
FOREPERSON

4. Do you, the jury, unanimously find that the government has proven beyond a reasonable doubt that the defendant intentionally engaged in conduct which the defendant knew would create a grave risk of death to a person, other than one of the participants in the offense and resulted in the death of Donald Lee Allen in Count Seven?

YES   ✓

NO   _____

*Gerald J. Schudel*
FOREPERSON

Instructions: If you answered "NO" with respect to all of the determinations in this section, then stop your deliberations, cross out Sections III, IV, V and VI of this form, and proceed to Section VII. Each juror should carefully read the statement in Section VII, and sign in the appropriate place if the statement accurately reflects the manner in which he or she reached his or her decision. You should then advise the Court that you have reached a decision.

Bates No. 262   Count-0002457

If you answered "YES" with respect to any one or more of the determinations in Section II, then proceed to Section III which follows.

## III.  STATUTORY AGGRAVATING FACTORS

Instructions: For each of the following, answer "YES" or "NO".

Do you, the jury, unanimously find that the government has established the existence of the following statutory aggravating factors beyond a reasonable doubt as to Count Seven:

1. Do you the jury unanimously find that the government has proven beyond a reasonable doubt that the defendant committed the offense in Count Seven in the expectation of the receipt of something of pecuniary value?

YES  ✓

NO  _____

_Donald J. Schudel_
FOREPERSON

2. Do you the jury unanimously find that the government has proven beyond a reasonable doubt that the defendant committed the offense in Count Seven after substantial planning and premeditation to cause the death of Donald Lee Allen?

YES  ✓

NO  _____

_Donald J. Schudel_
FOREPERSON

Bates No. 263

Count-0002458

Instructions: If you answered "NO" with respect to both of the statutory aggravating factors in this Section III, then stop your deliberations, cross out Sections IV, V and VI of this form, and proceed to Section VII of this form. Each juror should then carefully read the statement in Section VII, and sign in the appropriate place if the statement accurately reflects the manner in which he or she reached his or her decision. You should then advise the Court that you have reached a decision.

If you found the requisite age in Section I, the requisite mental state in Section II and answered "YES" with respect to one or both of the statutory aggravating factors in this Section III, then proceed to Section IV which follows.

## IV. NON-STATUTORY AGGRAVATING FACTORS

Instructions: For each of the following, answer "YES" or "NO".

Do you, the jury, unanimously find that the government has established the existence of the following non-statutory aggravating factors beyond a reasonable doubt as to Count Seven:

1. Do you the jury unanimously find that the government has proven beyond a reasonable doubt that the defendant caused harm to the family of Donald Lee Allen as a result of the impact of the killing on the family of Donald Lee Allen?

YES    ✓

NO    _____

_Donald J. Schudel_
FOREPERSON

Bates No. 264
Court 0002459

2. Do you the jury unanimously find that the government has proven beyond a reasonable doubt that the defendant is likely to commit criminal acts of violence in the future which would be a continuing and serious threat to society?

YES ✓

NO _____

Donald J. Schudel
FOREPERSON

3. Do you the jury unanimously find that the government has proven beyond a reasonable doubt that the defendant intentionally killed two people in that in addition to killing Donald Lee Allen, the defendant also killed Robin Williams?

YES ✓

NO _____

Donald J. Schudel
FOREPERSON

Instructions: Regardless of whether you answered "YES" or "NO" with respect to the three non-statutory aggravating factors in this Section IV, then proceed to Section V, which follows.

## V. MITIGATING FACTORS

Instructions: For each of the following mitigating factors, in the space provided, indicate the number of jurors who have found the existence of that mitigating factor to be proven by a preponderance of the evidence as to Count Seven.

A finding with respect to a mitigating factor may be made by one or more of the members of the jury, and any member of the jury who finds the existence of a mitigating factor must consider such [a] factor[s] established in considering whether or not a sentence of death shall be imposed, regardless of the number of other jurors who agree that the factor has been established.

The statutory mitigating factors which the defendant contends have been proved by a preponderance of the evidence are:

1. The defendant's capacity to appreciate the wrongfulness of his conduct or to conform his conduct to the requirements of the law was significantly impaired, regardless of whether the capacity was so impaired as to constitute a defense to the charge.

Number of jurors who so find ___*0*___.

2. The defendant was under unusual and substantial duress, regardless of whether the duress was of such a degree as to constitute a defense to the charge.

Number of jurors who so find ___*0*___.

3. The other factors in the defendant's childhood, background or character mitigate against imposition of the death sentence.

Number of jurors who so find ___*1*___.

The non-statutory factor(s) in the defendant's background or character, the circumstances of the crime(s), or other relevant fact or circumstance as mitigation are as follows:

The evidence tends to show:

Bates No. 266
Court 0002461

1. The defendant assisted police in locating Donald Allen's body.

Number of jurors who so find ___12___.

2. The defendant voluntarily turned himself in.

Number of jurors who so find ___9___.

3. The defendant had no positive family role model during his teenage years.

Number of jurors who so find ___6___.

4. The defendant grew up in a home which condoned domestic violence and he frequently saw his mother abused.

Number of jurors who so find ___5___.

5. The defendant was physically and emotionally abused by his father.

Number of jurors who so find ___7___.

6. The defendant was neglected by his mother when she was drunk and distraught over the break up of her marriage.

Number of jurors who so find ___9___.

7. The defendant was never allowed to resolve issues of childhood before he was thrust into a caretaker's role of caring for his mother, aunt, brother and aging grandfather when his mother divorced his father.

Number of jurors who so find ___3___.

8. The defendant has worked consistently since age fifteen and many times worked more than one job.

Number of jurors who so find ___5___.

8

Case 3:12-cv-00327-MOC   Document 74-7   Filed 12/22/14   Page 8 of 102
Bates No. 267   Court-0002462

9. The defendant grew up in a home where alcohol and drugs were used frequently.

Number of jurors who so find 12

10. The defendant grew up in a home where violence was prevalent.

Number of jurors who so find 11 .

11. After the beating in Atlanta, the defendant lost interest in school and stopped going to school.

Number of jurors who so find 6 .

12. The defendant went to church with his grandfather, Jessie.

Number of jurors who so find 11 .

13. The defendant pled guilty to two prior convictions and accepted responsibility for them.

Number of jurors who so find 3 .

14. The defendant confessed to his friend Steve Austin and Steve's mother, Ann Austin, with regard to the fire incident in April of 1996.

Number of jurors who so find 11 .

15. The defendant confessed to the police.

Number of jurors who so find 12 .

16. Since his arrest the defendant has been a model inmate.

Number of jurors who so find 12 .

Other non-statutory factors which the defendant contends are:

9

Bates No. 268    Court-0002463

1. An unstable home life and frequent moves during childhood denied the defendant the skills to form normal peer relationships.

Number of jurors who so find ___2___.

2. The defendant showed remorse by trying to kill himself when he realized what he had done.

Number of jurors who so find ___1___.

3. The defendant prayed for the souls of his victims.

Number of jurors who so find ___4___.

4. The defendant exhibited psychological problems as a minor for which his family failed to seek medical attention or treatment.

Number of jurors who so find ___6___.

5. The defendant cooperated with the police.

Number of jurors who so find ___11___.

6. The defendant will do well in the structured environment that prison will offer.

Number of jurors who so find ___6___.

7. The defendant was abandoned by his father at the age of 10 due to the separation of his mother and father.

Number of jurors who so find ___1___.

8. The defendant was further rejected by his father at age 13 when blood tests revealed Derrick Barnette was not his father or his brother's father.

Number of jurors who so find ___2___.

10

Bates No. 269    Court 0002464

9. The defendant attempted suicide prior to the crimes indicating that he was already having psychological problems.

Number of jurors who so find ___2___.

10. The age of the defendant at the time of the offense.

Number of jurors who so find ___2___.

11. If the defendant is sentenced to life without the possibility of release he will not be a future danger.

Number of jurors who so find ___3___.

12. The defendant's mother, young brother, and [children] will be harmed by the emotional trauma of his execution.

Number of jurors who so find ___8___.

The following extra spaces are provided to write in additional mitigating factors, if any, found by any one or more jurors. If none, write "NONE" and line out the extra spaces with a large "X". If more space is needed, write "CONTINUED" and use the reverse side of this page.

___ NONE _____

_____

Number of jurors who so find _____.

___ _____

_____

Number of jurors who so find _____.

___ _____

11

Bates No. 270   Court 0002465



_NONE_

Number of jurors who so find _____.

_____._____

_____

Number of jurors who so find _____.

Instructions: Regardless of whether or not you choose to make written findings for the mitigating factors in Section V above, proceed to Section VI and Section VII which follow.

## VI.  DETERMINATION

Based upon consideration of whether the aggravating factor or factors found to exist as to Count Seven sufficiently outweigh any mitigating factor or factors found to exist to justify a sentence of death, or in the absence of any mitigating factors, whether the aggravating factor or factors as to Count Seven are themselves sufficient to justify a sentence of death, indicate your recommendation using either the following form A, B, or C.

12

Bates No. 271    Court-0002466

## A. <u>Death Sentence</u>

Based upon consideration of whether the aggravating factors found to exist sufficiently outweigh any mitigating factor or factors found to exist to justify a sentence of death, or in the absence of any mitigating factors, whether the aggravating factors are themselves sufficient to justify a sentence of death, we recommend by unanimous vote that a sentence of death shall be imposed for the killing of Donald Lee Allen in Count Seven.

YES  ✓ _____

NO  _____

If you answer "YES", sign your names here, and then proceed to Section VII. If you answer "NO", the foreperson alone should sign, and you should proceed to Section VI (B):

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____
                             FOREPERSON

Date: **FEBRUARY** **10**, 1998

13

Bates No. 272     Court 0002467

**B.** **<u>Sentence of Life in Prison Without Possibility of Release</u>**

Based upon consideration of whether the aggravating factors found to exist sufficiently outweigh any mitigating factor or factors found to exist to justify the sentence of death, or in the absence of any mitigating factors, whether the aggravating factors are themselves sufficient to justify a sentence of death, we recommend by unanimous vote that a sentence of life in prison without possibility of release shall be imposed for the killing of Donald Lee Allen in Count Seven.

YES _____

NO _____

If you answer "YES", sign your names here, and then proceed to Section VII. If you answer "NO", the foreperson alone should sign, and you should proceed to Section VI (C):

_____ _____

_____ _____

_____ _____

_____ _____

_____ _____

FOREPERSON

Date: _____ \_\_\_\_, 1998

14

Case 3:12-cv-00327-MOC    Document 74-7    Filed 12/22/14    Page 14 of 102

Bates No. 273

Cobb 0002468

**C.** **Lesser Sentence**

Based upon consideration of whether the aggravating factors found to exist sufficiently outweigh any mitigating factor or factors found to exist to justify a sentence of death, or in the absence of any mitigating factors, whether the aggravating factors are themselves sufficient to justify a sentence of death, we recommend by unanimous vote that the Court sentence the defendant as provided by law up to life in prison without possibility of release for the killing of Donald Lee Allen in Count Seven.

YES _____

NO _____

If you answer "YES", sign your names here, and then proceed to Section VII:

_____  _____

_____  _____

_____  _____

_____  _____

_____  _____
                             FOREPERSON

Date: _____ _____, 1998

15

Bates No. 274   Court 0002469

## VII. **CERTIFICATION**

By signing below, each juror certifies that consideration of the race, color, religious beliefs, national origin, or sex of the defendant or the victim was not involved in reaching his or her individual decision, and that the individual juror would have made the same recommendation regarding a sentence for the crime or crimes in question no matter what the race, color, religious beliefs, national origin, or sex of the defendant, or the victim, would have been.

_[signatures]_

FOREPERSON

Date: FEBRUARY 10, 1998

16

Case 3:12-cv-00327-MOC    Document 74-275    Filed 12/22/14    Page 16 of 102

Bates No: 275    Court 0002470

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:97CR23-P |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| AQUILIA MARCIVICCI BARNETTE | ) | |
| | ) | |

## SPECIAL VERDICT FORM REGARDING THE PUNISHMENT
## TO BE IMPOSED UPON THE DEFENDANT FOR THE KILLING OF
## DONALD LEE ALLEN IN COUNT EIGHT

### I. AGE OF DEFENDANT

Instructions: Answer "YES" or "NO".

Do you, the jury, unanimously find that the government has established beyond a reasonable

doubt that:

1. The defendant was eighteen years of age or older at the time of the offense in Count

Eight?

YES    ✓_____

NO    _____

*Donald J. Ashudel*
FOREPERSON

Instructions: If you answered "NO" with respect to the determination in Section I, then stop

your deliberations, cross out Sections II, III, IV, V and VI of this form, and proceed to Section VII. Each juror should then carefully read the statement in Section VII, and sign in the appropriate place if the statement accurately reflects the manner in which he or she reached his or her decision. You should then advise the Court that you have reached a decision.

If you answered "YES" with respect to the determination in Section I, then proceed to Section II which follows.

## II. <u>REQUISITE MENTAL STATE</u>

<u>Instructions</u>: For each of the following, answer "YES" or "NO".

1. Do you, the jury, unanimously <u>find</u> that the government has proven beyond a reasonable doubt that the defendant intentionally killed Donald Lee Allen in Count Eight?

YES ___✓___

NO _____

_Gerald J. Schudel_
FOREPERSON

2. Do you, the jury, unanimously find that the government has proven beyond a reasonable doubt that the defendant intentionally inflicted serious bodily injury which resulted in the death of Donald Lee Allen in Count Eight?

YES ___✓___

NO _____

_Gerald J. Schudel_
FOREPERSON

Bates No. 277   Court 0002472

3. Do you, the jury, unanimously find that the government has proven beyond a reasonable doubt that the defendant intentionally engaged in conduct intending that Donald Lee Allen be killed and/or that lethal force be employed against Donald Lee Allen which resulted in the death of Donald Lee Allen in Count Eight?

YES   ✓ _____

NO   _____

_Donald J. Schudel_
FOREPERSON

4. Do you, the jury, unanimously find that the government has proven beyond a reasonable doubt that the defendant intentionally engaged in conduct which the defendant knew would create a grave risk of death to a person, other than one of the participants in the offense and resulted in the death of Donald Lee Allen in Count Eight?

YES   ✓ _____

NO   _____

_Donald J. Schudel_
FOREPERSON

Instructions: If you answered "NO" with respect to all of the determinations in this section, then stop your deliberations, cross out Sections III, IV, V and VI of this form, and proceed to Section VII. Each juror should carefully read the statement in Section VII, and sign in the appropriate place if the statement accurately reflects the manner in which he or she reached his or her decision. You should then advise the Court that you have reached a decision.

3

Bates No. 278   Court-0002473

If you answered "YES" with respect to one or more of the determinations in Section II, then proceed to Section III which follows.

## III.   STATUTORY AGGRAVATING FACTORS

Instructions:  For each of the following, answer "YES" or "NO".

Do you, the jury, unanimously find that the government has established the existence of the following statutory aggravating factors beyond a reasonable doubt as to Count Eight:

1. Do you the jury unanimously find that the government has proven beyond a reasonable doubt that the defendant committed the offense in Count Eight in the expectation of the receipt of something of pecuniary value?

YES  ✓

NO  _____

*Donald J. Schudel*
FOREPERSON

2. Do you the jury unanimously find that the government has proven beyond a reasonable doubt that the defendant committed the offense in Count Eight after substantial planning and premeditation to cause the death of Donald Lee Allen?

YES  ✓

NO  _____

*Donald J. Schudel*
FOREPERSON

4

Bates No: 279   Court 0002474

Instructions: If you answered "NO" with respect to both of the statutory aggravating factors in this Section III, then stop your deliberations, cross out Sections IV, V and VI of this form, and proceed to Section VII of this form. Each juror should then carefully read the statement in Section VII, and sign in the appropriate place if the statement accurately reflects the manner in which he or she reached his or her decision. You should then advise the Court that you have reached a decision.

If you found the requisite age in Section I, the requisite mental state in Section II and answered "YES" with respect to any one or both of the statutory aggravating factors in this Section III, then proceed to Section IV which follows.

## IV. NON-STATUTORY AGGRAVATING FACTORS

Instructions: For each of the following, answer "YES" or "NO".

Do you, the jury, unanimously find that the government has established the existence of the following non-statutory aggravating factors beyond a reasonable doubt as to Count Eight:

1. Do you the jury unanimously find that the government has proven beyond a reasonable doubt that the defendant caused harm to the family of Donald Lee Allen as a result of the impact of the killing on the family of Donald Lee Allen?

YES  ✓

NO  _____

_Gerald J. Schudel_
FOREPERSON

5

Case 3:12-cv-00327-MOC    Document 74-280    Filed 12/22/14    Page 21 of 102
Bates No: 280    Court-0002475

2. Do you the jury unanimously find that the government has proven beyond a reasonable doubt that the defendant is likely to commit criminal acts of violence in the future which would be a continuing and serious threat to society?

YES ___✓___

NO _____

*Gerald J. Schmidt*
FOREPERSON

3. Do you the jury unanimously find that the government has proven beyond a reasonable doubt that the defendant intentionally killed two people in that in addition to killing Donald Lee Allen, the defendant also killed Robin Williams?

YES ___✓___

NO _____

*Gerald J. Schmidt*
FOREPERSON

Instructions: Regardless of whether you answered "YES" or "NO" with respect to the three non-statutory aggravating factors in this Section IV, then proceed to Section V, which follows.

V.  **MITIGATING FACTORS**

Instructions: For each of the following mitigating factors, in the space provided, indicate the number of jurors who have found the existence of that mitigating factor to be proven by a preponderance of the evidence as to Count Eight.

Bates No. 6281   Court 0002476

A finding with respect to a mitigating factor may be made by one or more of the members of the jury, and any member of the jury who finds the existence of a mitigating factor must consider such [a] factor[s] established in considering whether or not a sentence of death shall be imposed, regardless of the number of other jurors who agree that the factor has been established:

The statutory mitigating factors which the defendant contends have been proved by a preponderance of the evidence are:

1. The defendant's capacity to appreciate the wrongfulness of his conduct or to conform his conduct to the requirements of the law was significantly impaired, regardless of whether the capacity was so impaired as to constitute a defense to the charge.

Number of jurors who so find ___*O*___.

2. The defendant was under unusual and substantial duress, regardless of whether the duress was of such a degree as to constitute a defense to the charge.

Number of jurors who so find ___*O*___.

3. The other factors in the defendant's childhood, background or character mitigate against imposition of the death sentence.

Number of jurors who so find ___*1*___.

The non-statutory factor(s) in the defendant's background or character, the circumstances of the crime(s), or other relevant fact or circumstance as mitigation are as follows:

7

Bates No: 282    Court 0002477

The evidence tends to show:

1. The defendant assisted police in locating Donald Allen's body.

Number of jurors who so find __12__.

2. The defendant voluntarily turned himself in.

Number of jurors who so find __6__.

3. The defendant had no positive family role model during his teenage years.

Number of jurors who so find __5__.

4. The defendant grew up in a home which condoned domestic violence and he frequently saw his mother abused.

Number of jurors who so find __5__.

5. The defendant was physically and emotionally abused by his father.

Number of jurors who so find __7__.

6. The defendant was neglected by his mother when she was drunk and distraught over the break up of her marriage.

Number of jurors who so find __8__.

7. The defendant was never allowed to resolve issues of childhood before he was thrust into a caretaker's role of caring for his mother, aunt, brother and aging grandfather when his mother divorced his father.

Number of jurors who so find __3__.

8. The defendant has worked consistently since age fifteen and many times worked more than one job.

Number of jurors who so find __6__.

Bates No. 283
CourT0002478

9. The defendant grew up in a home where alcohol and drugs were used frequently.

Number of jurors who so find __12__.

10. The defendant grew up in a home where violence was prevalent.

Number of jurors who so find __10__.

11. After the beating in Atlanta, the defendant lost interest in school and stopped going to school.

Number of jurors who so find __5__.

12. The defendant went to church with his grandfather, Jessie.

Number of jurors who so find __12__.

13. The defendant pled guilty to two prior convictions and accepted responsibility for them.

Number of jurors who so find __4__.

14. The defendant confessed to his friend Steve Austin and Steve's mother, Ann Austin, with regard to the fire incident in April of 1996.

Number of jurors who so find __11__.

15. The defendant confessed to the police.

Number of jurors who so find __12__.

16. Since his arrest the defendant has been a model inmate.

Number of jurors who so find __12__.

9

Bates No. 284

Court-0002479

Other non-statutory factors which the defendant contends are:

1. An unstable home life and frequent moves during childhood denied the defendant the skills to form normal peer relationships.

Number of jurors who so find ___3___.

2. The defendant showed remorse by trying to kill himself when he realized what he had done.

Number of jurors who so find ___1___.

3. The defendant prayed for the souls of his victims.

Number of jurors who so find ___3___.

4. The defendant exhibited psychological problems as a minor for which his family failed to seek medical attention or treatment.

Number of jurors who so find ___5___.

5. The defendant cooperated with the police.

Number of jurors who so find ___12___.

6. The defendant will do well in the structured environment that prison will offer.

Number of jurors who so find ___5___.

7. The defendant was abandoned by his father at the age of 10 due to the separation of his mother and father.

Number of jurors who so find ___3___.

8. The defendant was further rejected by his father at age 13 when blood tests revealed Derrick Barnette was not his father or his brother's father.

Number of jurors who so find ___4___.

10

Bates No: 285    Court-0002480

9. The defendant attempted suicide prior to the crimes indicating that he was already having psychological problems.

Number of jurors who so find ___6___.

10. The age of the defendant at the time of the offense.

Number of jurors who so find ___2___.

11. If the defendant is sentenced to life without the possibility of release he will not be a future danger.

Number of jurors who so find ___2___.

12. The defendant's mother, young brother, and [children] will be harmed by the emotional trauma of his execution.

Number of jurors who so find ___9___.

The following extra spaces are provided to write in additional mitigating factors, if any, found by any one or more jurors. If none, write "NONE" and line out the extra spaces with a large "X". If more space is needed, write "CONTINUED" and use the reverse side of this page.

___.  NONE _____.

_____.

Number of jurors who so find _____.

___.  _____.

_____.

Number of jurors who so find _____.

___.  _____.

11

Bates No: 286    Court-0002481



_____ NONE _____

Number of jurors who so find _____.

_____ _____

_____ _____

Number of jurors who so find _____.

<u>Instructions</u>: Regardless of whether or not you choose to make written findings for the mitigating factors in Section V above, proceed to Section VI and Section VII which follow.

## VI. **DETERMINATION**

Based upon consideration of whether the aggravating factor or factors found to exist as to Count Eight sufficiently outweigh any mitigating factor or factors found to exist to justify a sentence of death, or in the absence of any mitigating factors, whether the aggravating factor or factors as to Count Eight are themselves sufficient to justify a sentence of death, indicate your recommendation using either the following form A, B, or C.

12

Bates No. 287    Court 0002482

## A. <u>Death Sentence</u>

Based upon consideration of whether the aggravating factors found to exist sufficiently outweigh any mitigating factor or factors found to exist to justify a sentence of death, or in the absence of any mitigating factors, whether the aggravating factors are themselves sufficient to justify a sentence of death, we recommend by unanimous vote that a sentence of death shall be imposed for the killing of Donald Lee Allen in Count Eight.

YES  ✓

NO  _____

If you answer "YES", sign your names here, and then proceed to Section VII. If you answer "NO", the foreperson alone should sign, and you should proceed to Section VI (B):

_Amy E. Mattingly_                    _Leonard W. Patton_

_Sylvia Wilson_                        _Amanda M. Edwards_

_Shelley Simpson_                      _Mary J. Jarvis_

_Amy A. Wallace_                       _James R. Ownesby_

_Faye H. Boyette_                      _Karen D. Randolph_

_Bonnie Stafford_                      _Gerald J. Schudel_
                                       FOREPERSON

Date: _FEBRUARY_ _10_, 1998

13

Bates No. 288   Court 0002483

**B.** **Sentence of Life in Prison Without Possibility of Release**

Based upon consideration of whether the aggravating factors found to exist sufficiently outweigh any mitigating factor or factors found to exist to justify a sentence of death, or in the absence of any mitigating factors, whether the aggravating factors are themselves sufficient to justify a sentence of death, we recommend by unanimous vote that a sentence of life in prison without possibility of release shall be imposed for the killing of Donald Lee Allen in Count Eight.

YES  _____

NO  _____

If you answer "YES", sign your names here, and then proceed to Section VII. If you answer "NO", the foreperson alone should sign, and you should proceed to Section VI (C):

_____         _____

_____         _____

_____         _____

_____         _____

_____         _____

_____         FOREPERSON

Date:  _____ _____, 1998

14

Case 3:12-cv-00327-MOC   Document 74-7   Filed 12/22/14   Page 30 of 102

Bates No. 289                                             Court 0002484

## C.   Lesser Sentence

Based upon consideration of whether the aggravating factors found to exist sufficiently outweigh any mitigating factor or factors found to exist to justify a sentence of death, or in the absence of any mitigating factors, whether the aggravating factors are themselves sufficient to justify a sentence of death, we recommend by unanimous vote that the Court sentence the defendant as provided by law up to life in prison without possibility of release for the killing of Donald Lee Allen in Count Eight.

YES   _____

NO   _____

If you answer "YES", sign your names here, and then proceed to Section VII:

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____
                                    FOREPERSON

Date:   _____ _____, 1998

15

Case 3:12-cv-00327-MOC   Document 74-290   Filed 12/22/14   Page 31 of 102

Bates No: 290

Court-0002485

## VII. CERTIFICATION

By signing below, each juror certifies that consideration of the race, color, religious beliefs, national origin, or sex of the defendant or the victim was not involved in reaching his or her individual decision, and that the individual juror would have made the same recommendation regarding a sentence for the crime or crimes in question no matter what the race, color, religious beliefs, national origin, or sex of the defendant, or the victim, would have been.

FOREPERSON

Date: FEBRUARY 10, 1998

16

Bates No. 291    Court-0002486

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:97CR23-P |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| AQUILIA MARCIVICCI BARNETTE | ) | |

## SPECIAL VERDICT FORM REGARDING THE PUNISHMENT TO BE IMPOSED UPON THE DEFENDANT FOR THE KILLING OF ROBIN WILLIAMS IN COUNT ELEVEN

### I. AGE OF DEFENDANT

Instructions: Answer "YES" or "NO".

Do you, the jury, unanimously find that the government has established beyond a reasonable doubt that:

1. The defendant was eighteen years of age or older at the time of the offense in Count Eleven?

YES  ✓_____

NO  _____

*Gerald J. Schudel*
FOREPERSON

Instructions: If you answered "NO" with respect to the determination in Section I, then stop your deliberations, cross out Sections II, III, IV, V and VI of this form, and proceed to Section VII.

Each juror should then carefully read the statement in Section VII, and sign in the appropriate place if the statement accurately reflects the manner in which he or she reached his or her decision. You should then advise the Court that you have reached a decision.

If you answered "YES" with respect to the determination in Section I, then proceed to Section II which follows.

## II. REQUISITE MENTAL STATE

Instructions: For each of the following, answer "YES" or "NO".

1. Do you, the jury, unanimously find that the government has proven beyond a reasonable doubt that the defendant intentionally killed Robin Williams in Count Eleven?

YES    ✓

NO    _____

_Gerald J. Schudel_
FOREPERSON

2. Do you, the jury, unanimously find that the government has proven beyond a reasonable doubt that the defendant intentionally inflicted serious bodily injury which resulted in the death of Robin Williams in Count Eleven?

YES    ✓

NO    _____

_Gerald J. Schudel_
FOREPERSON

3. Do you, the jury, unanimously find that the government has proven beyond a reasonable doubt that the defendant intentionally engaged in conduct intending that Robin Williams be killed and/or that lethal force be employed against Robin Williams which resulted in the death of Robin Williams in Count Eleven?

YES    ✓

NO    _____

*Derald J. Schudel*
FOREPERSON

4. Do you, the jury, unanimously find that the government has proven beyond a reasonable doubt that the defendant intentionally engaged in conduct which the defendant knew would create a grave risk of death to a person, other than one of the participants in the offense and resulted in the death of Robin Williams in Count Eleven?

YES    ✓

NO    _____

*Derald J. Schudel*
FOREPERSON

Instructions: If you answered "NO" with respect to all of the determinations in this section, then stop your deliberations, cross out Sections III, IV, V and VI of this form, and proceed to Section VII. Each juror should carefully read the statement in Section VII, and sign in the appropriate place if the statement accurately reflects the manner in which he or she reached his or her decision. You should then advise the Court that you have reached a decision.

3

Bates No: 294    Court-0002489

If you answered "YES" with respect to one or more of the determinations in Section II, then proceed to Section III which follows.

## III.   STATUTORY AGGRAVATING FACTORS

Instructions:  For each of the following, answer "YES" or "NO".

Do you, the jury, unanimously find that the government has established the existence of the following statutory aggravating factors beyond a reasonable doubt as to Count Eleven:

1. Do you the jury unanimously find that the government has proven beyond a reasonable doubt that in the commission of the offense in Count Eleven, the defendant knowingly created a grave risk of death to one or more persons in addition to the intended victim of the offense?

YES  ✓

NO  _____

_Gerald J. Schudel_
FOREPERSON

2. Do you the jury unanimously find that the government has proven beyond a reasonable doubt that the defendant committed the offense in Count Eleven after substantial planning and premeditation to cause the death of Robin Williams.

YES  ✓

NO  _____

_Gerald J. Schudel_
FOREPERSON

4

Bates No: 295    Court 0002490

Instructions: If you answered "NO" with respect to both of the statutory aggravating factors in this Section III, then stop your deliberations, cross out Sections IV, V and VI of this form, and proceed to Section VII of this form. Each juror should then carefully read the statement in Section VII, and sign in the appropriate place if the statement accurately reflects the manner in which he or she reached his or her decision. You should then advise the Court that you have reached a decision.

If you found the requisite age in Section I, the requisite mental state in Section II and answered "YES" with respect to any one or both of the statutory aggravating factors in this Section III, then proceed to Section IV which follows.

## IV. NON-STATUTORY AGGRAVATING FACTORS

Instructions: For each of the following, answer "YES" or "NO".

Do you, the jury, unanimously find that the government has established the existence of the following non-statutory aggravating factors beyond a reasonable doubt as to Count Eleven:

1. Do you the jury unanimously find that the government has proven beyond a reasonable doubt that the defendant caused harm to the family of Robin Williams as a result of the impact of the killing on the family of Robin Williams?

YES  ✓

NO  _____

_Donald J. Schudel_
FOREPERSON

5

2. Do you the jury unanimously find that the government has proven beyond a reasonable doubt that the defendant is likely to commit criminal acts of violence in the future which would be a continuing and serious threat to society?

YES    ✓

NO    _____

*Gerald J. Schudel*
FOREPERSON

3. Do you the jury unanimously find that the government has proven beyond a reasonable doubt that the defendant intentionally killed two people in that in addition to killing Robin Williams, the defendant also killed Donald Lee Allen?

YES    ✓

NO    _____

*Gerald J. Schudel*
FOREPERSON

Instructions: Regardless of whether you answered "YES" or "NO" with respect to the three non-statutory aggravating factors in this Section IV, then proceed to Section V, which follows.

## V.    MITIGATING FACTORS

Instructions: For each of the following mitigating factors, in the space provided, indicate the number of jurors who have found the existence of that mitigating factor to be proven by a preponderance of the evidence as to Count Eleven.

A finding with respect to a mitigating factor may be made by one or more of the members of the jury, and any member of the jury who finds the existence of a mitigating factor may consider such [a] factor[s] established in considering whether or not a sentence of death shall be imposed, regardless of the number of other jurors who agree that the factor has been established:

The statutory mitigating factors which the defendant contends have been proved by a preponderance of the evidence are:

1. The defendant's capacity to appreciate the wrongfulness of his conduct or to conform his conduct to the requirements of the law was significantly impaired, regardless of whether the capacity was so impaired as to constitute a defense to the charge.

Number of jurors who so find ____O____ .

2. The defendant was under unusual and substantial duress, regardless of whether the duress was of such a degree as to constitute a defense to the charge.

Number of jurors who so find ____O____ .

3. The other factors in the defendant's childhood, background or character mitigate against imposition of the death sentence.

Number of jurors who so find ____1____ .

The non-statutory factor(s) in the defendant's background or character, the circumstances of the crime(s), or other relevant fact or circumstance as mitigation are as follows:

The evidence tends to show:

Bates No. 298   Court 0002493

1. The defendant assisted police in locating Donald Allen's body.

Number of jurors who so find ____1____.

2. The defendant voluntarily turned himself in.

Number of jurors who so find ____6____.

3. The defendant had no positive family role model during his teenage years.

Number of jurors who so find ____3____.

4. The defendant grew up in a home which condoned domestic violence and he frequently saw his mother abused.

Number of jurors who so find ____6____.

5. The defendant was physically and emotionally abused by his father.

Number of jurors who so find ____7____.

6. The defendant was neglected by his mother when she was drunk and distraught over the break up of her marriage.

Number of jurors who so find ____8____.

7. The defendant was never allowed to resolve issues of childhood before he was thrust into a caretaker's role of caring for his mother, aunt, brother and aging grandfather when his mother divorced his father.

Number of jurors who so find ____3____.

8. The defendant has worked consistently since age fifteen and many times worked more than one job.

Number of jurors who so find ____3____.

8

Case 3:12-cv-00327-MOC   Document 74-7   Filed 12/22/14   Page 40 of 102
Bates No: 299   Court 0002494

9. The defendant grew up in a home where alcohol and drugs were used frequently.

Number of jurors who so find __11 .__ .

10. The defendant grew up in a home where violence was prevalent.

Number of jurors who so find __8__ .

11. After the beating in Atlanta, the defendant lost interest in school and stopped going to school.

Number of jurors who so find __5__ .

12. The defendant went to church with his grandfather, Jessie.

Number of jurors who so find __11__ .

13. The defendant pled guilty to two prior convictions and accepted responsibility for them.

Number of jurors who so find __3__ .

14. The defendant confessed to his friend Steve Austin and Steve's mother, Ann Austin, with regard to the fire incident in April of 1996.

Number of jurors who so find __11__ .

15. The defendant confessed to the police.

Number of jurors who so find __12__ .

16. Since his arrest the defendant has been a model inmate.

Number of jurors who so find __12__ .

9

Bates No. 300     Court 0002495

Other non-statutory factors which the defendant contends are:

1. An unstable home life and frequent moves during childhood denied the defendant the skills to form normal peer relationships.

Number of jurors who so find ___3___.

2. The defendant showed remorse by trying to kill himself when he realized what he had done.

Number of jurors who so find ___1___.

3. The defendant prayed for the souls of his victims.

Number of jurors who so find ___3___.

4. The defendant exhibited psychological problems as a minor for which his family failed to seek medical attention or treatment.

Number of jurors who so find ___5___.

5. The defendant cooperated with the police.

Number of jurors who so find ___12___.

6. The defendant will do well in the structured environment that prison will offer.

Number of jurors who so find ___5___.

7. The defendant was abandoned by his father at the age of 10 due to the separation of his mother and father.

Number of jurors who so find ___4___.

8. The defendant was further rejected by his father at age 13 when blood tests revealed Derrick Barnette was not his father or his brother's father.

Number of jurors who so find ___4___.

10

Bates No. 301    Court 002496

9. The defendant attempted suicide prior to the crimes indicating that he was already having psychological problems.

Number of jurors who so find ___2___.

10. The age of the defendant at the time of the offense.

Number of jurors who so find ___3___.

11. If the defendant is sentenced to life without the possibility of release he will not be a future danger.

Number of jurors who so find ___1___.

12. The defendant's mother, young brother, and [children] will be harmed by the emotional trauma of his execution.

Number of jurors who so find ___9___.

The following extra spaces are provided to write in additional mitigating factors, if any, found by any one or more jurors. If none, write "NONE" and line out the extra spaces with a large "X". If more space is needed, write "CONTINUED" and use the reverse side of this page.

__. ___NONE_____

_____

Number of jurors who so find _____.

__. _____

_____

Number of jurors who so find _____.

__. _____

11

Case 3:12-cv-00327-MOC   Document 74-7   Filed 12/22/14   Page 43 of 102
Bates No. 302     Court 0002497



NONE

Number of jurors who so find _____

Number of jurors who so find _____

Instructions: Regardless of whether or not you choose to make written findings for the mitigating factors in Section V above, proceed to Section VI and Section VII which follow.

## VI. DETERMINATION

Based upon consideration of whether the aggravating factor or factors found to exist as to Count Eleven sufficiently outweigh any mitigating factor or factors found to exist to justify a sentence of death, or in the absence of any mitigating factors, whether the aggravating factor or factors as to Count Eleven are themselves sufficient to justify a sentence of death, indicate your recommendation using either the following form A, B, or C.

Bates No. 303        Court 0002498

## A. **Death Sentence**

Based upon consideration of whether the aggravating factors found to exist sufficiently outweigh any mitigating factor or factors found to exist to justify a sentence of death, or in the absence of any mitigating factors, whether the aggravating factors are themselves sufficient to justify a sentence of death, we recommend by unanimous vote that a sentence of death shall be imposed for the killing of Robin Williams in Count Eleven.

YES ✓

NO _____

If you answer "YES", sign your names here, and then proceed to Section VII. If you answer "NO", the foreperson alone should sign, and you should proceed to Section VI (B):

FOREPERSON

Date: FEBRUARY 10, 1998

## B.   Sentence of Life in Prison Without Possibility of Release

Based upon consideration of whether the aggravating factors found to exist sufficiently outweigh any mitigating factor or factors found to exist to justify a sentence of death, or in the absence of any mitigating factors, whether the aggravating factors are themselves sufficient to justify a sentence of death, we recommend by unanimous vote that a sentence of life in prison without possibility of release shall be imposed for the killing of Robin Williams in Count Eleven.

YES  _____

NO  _____

If you answer "YES", sign your names here, and then proceed to Section VII. If you answer "NO", the foreperson alone should sign, and you should proceed to Section VI (C):

_____          _____

_____          _____

_____          _____

_____          _____

                               FOREPERSON

Date:  _____  _____, 1998

14

Bates No. 305          Court 0002500

## C. <u>Lesser Sentence</u>

Based upon consideration of whether the aggravating factors found to exist sufficiently outweigh any mitigating factor or factors found to exist to justify a sentence of death, or in the absence of any mitigating factors, whether the aggravating factors are themselves sufficient to justify a sentence of death, we recommend by unanimous vote that the Court sentence the defendant as provided by law up to life in prison without possibility of release for the killing of Robin Williams in Count Eleven.

YES _____

NO _____

If you answer "YES", sign your names here, and then proceed to Section VII:

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____
                                     FOREPERSON

Date: _____ ____, 1998

Bates No. 306    Court 0002501

## VII. CERTIFICATION

By signing below, each juror certifies that consideration of the race, color, religious beliefs, national origin, or sex of the defendant or the victim was not involved in reaching his or her individual decision, and that the individual juror would have made the same recommendation regarding a sentence for the crime or crimes in question no matter what the race, color, religious beliefs, national origin, or sex of the defendant, or the victim, would have been.

FOREPERSON

Date: FEBRUARY 10, 1998

Case 3:12-cv-00327-MOC    Document 74-307    Filed 12/22/14    Page 48 of 102
Bates No. 307
Court-0002502

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Case Number: 3:97CR-23-V

UNITED STATES OF AMERICA )
)
v. )
)
)
AQUILIA MARCIVICCI BARNETTE, )
Defendant )
)

AUG 1 3 2002

U. S. ...

**SPECIAL VERDICT FORM REGARDING THE PUNISHMENT TO BE IMPOSED
UPON THE DEFENDANT FOR THE KILLING OF DONALD LEE ALLEN
WITH REFERENCE TO COUNT SEVEN**

I.     **AGE OF DEFENDANT**

Instructions: Answer "YES" or "NO".

1. Do you, the jury, unanimously find that the government has established beyond a

reasonable doubt that the defendant was eighteen years of age or older at the time of the offense

in Count Seven?

YES ✓

NO _____

*Diane B. Edwards*
FOREPERSON

Instructions: If you answered "NO" with respect to the determination in Section I, then

stop your deliberations, cross out Sections II, III, IV, V and VI of this form, and proceed to

Section VII. Each juror should then carefully read the statement in Section VII, and sign in the

1

Case 3:12-cv-00327-MOC    Document 74-7    Filed 12/22/14    Page 49 of 102
Case 3:97-cr-00023-RLV    Document 596    Filed 08/13/02    Page 1 of 18
Bates No. 308

appropriate place if the statement accurately reflects the manner in which he or she reached his or her decision.  You should then advise the Court that you have reached a decision.

If you answered "YES" with respect to the determination in Section I, then proceed to Section II which follows.

## II.   **REQUISITE MENTAL STATE**

Instructions: For each of the following, answer "YES" or "NO".

1. As to the charge in Count Seven, do you, the jury, unanimously find that the government has proven beyond a reasonable doubt that the defendant intentionally killed Donald Lee Allen?

YES ✓

NO _____

_Diane R Edwards_
FOREPERSON

2. As to the charge in Count Seven, do you, the jury, unanimously find that the government has proven beyond a reasonable doubt that the defendant intentionally inflicted serious bodily injury which resulted in the death of Donald Lee Allen?

YES ✓

NO _____

_Diane R Edwards_
FOREPERSON

3

Case 3:12-cv-00327-MOC    Document 74-7  Filed 12/22/14    Page 51 of 102
Bates No. 310
Case 3:97-cr-00023-RLV   Document 596   Filed 08/13/02   Page 3 of 18

3. As to the charge in Count Seven, do you, the jury, unanimously find that the government has proven beyond a reasonable doubt that the defendant intentionally engaged in conduct intending that Donald Lee Allen be killed and/or that lethal force be employed against Donald Lee Allen which resulted in the death of Donald Lee Allen?

YES ✓

NO _____

_Diane R Edwards_
FOREPERSON

4. As to the charge in Count Seven, do you, the jury, unanimously find that the government has proven beyond a reasonable doubt that the defendant intentionally engaged in conduct which the defendant knew would create a grave risk of death to a person, other than one of the participants in the offense, and resulted in the death of Donald Lee Allen?

YES ✓

NO _____

_Diane R. Edwards_
FOREPERSON

Instructions: If you answered "NO" with respect to all of the determinations in this section, then stop your deliberations, cross out Sections III, IV, V and VI of this form, and proceed to Section VII. Each juror should carefully read the statement in Section VII, and sign in the appropriate place if the statement accurately reflects the manner in which he or she reached his or her decision. You should then advise the Court that you have reached a decision.

If you answered "YES" with respect to any one or more of the determinations in Section

4

Case 3:12-cv-00327-MOC    Document 74-3 11   Filed 12/22/14   Page 52 of 102
Bates No. 311
Case 3:97-cr-00023-RLV   Document 596   Filed 08/13/02   Page 4 of 18

II, then proceed to Section III which follows.

5

Bates No. 312

## III. STATUTORY AGGRAVATING FACTORS

Instructions: For each of the following, answer "YES" or "NO",

1. Do you, the jury, unanimously find that the government has proven beyond a reasonable doubt that the defendant committed the offense in Count Seven in the expectation of the receipt of something of pecuniary value?

YES __✓__

NO _____

*Diane R Edwards*
FOREPERSON

2. Do you, the jury, unanimously find that the government has proven beyond a reasonable doubt that the defendant committed the offense in Count Seven after substantial planning and premeditation to cause the death of Donald Lee Allen?

YES __✓__

NO _____

*Diane R Edwards*
FOREPERSON

Instructions: If you answered "NO" with respect to both of the statutory aggravating factors in this Section III, then stop your deliberations, cross out Sections IV, V and VI of this form, and proceed to Section VII of this form. Each juror should then carefully read the statement in Section VII, and sign in the appropriate place if the statement accurately reflects the manner in which he or she reached his or her decision. You should then advise the Court that you have reached a decision.

If you found the requisite age in Section I, the requisite mental state in Section II and

6

Case 3:12-cv-00327-MOC    Document 74-7    Filed 12/22/14    Page 54 of 102
Bates No. 313
Case 3:97-cr-00023-RLV    Document 596    Filed 08/13/02    Page 6 of 18

answered "YES" with respect to one or both of the statutory aggravating factors in this Section III, then proceed to Section IV which follows.

Case 3:12-cv-00327-MOC    Document 74-7    Filed 12/22/14    Page 55 of 102
Bates No.314
Case 3:97-cr-00023-RLV    Document 596    Filed 08/13/02    Page 7 of 18

## IV. NON-STATUTORY AGGRAVATING FACTORS – COUNT SEVEN

<u>Instructions</u>: For each of the following, answer "YES" or "NO".

1. Do you, the jury, unanimously find that the government has proven beyond a reasonable doubt that the defendant caused harm to the family of Donald Lee Allen as a result of the impact of the killing on the family of Donald Lee Allen?

YES __✓__

NO _____

*Diane R Edwards*
FOREPERSON

2. Do you, the jury, unanimously find that the government has proven beyond a reasonable doubt that the defendant is likely to commit criminal acts of violence in the future which would be a continuing and serious threat to society?

YES _____

NO __✓__

*Diane R Edwards*
FOREPERSON

3. Do you, the jury, unanimously find that the government has proven beyond a reasonable doubt that the defendant intentionally killed two people in that in addition to killing Donald Lee Allen, the defendant also killed Robin Williams?

YES __✓__

NO _____

*Diane R Edwards*
FOREPERSON

8

Bates No. 315

Instructions: Regardless of whether you answered "YES" or "NO" with respect to the three non-statutory aggravating factors in this Section IV, then proceed to Section V, which follows.

9

Case 3:12-cv-00327-MOC     Document 74-7     Filed 12/22/14     Page 57 of 102
Bates No. 316
Case 3:97-cr-00023-RLV   Document 596   Filed 08/13/02   Page 9 of 18

## V.  **MITIGATING FACTORS**

Instructions: For each of the following mitigating factors, in the space provided, indicate the number of jurors who have found the existence of that mitigating factor to be proven by the preponderance of the evidence as to Count Seven.

A finding with respect to a mitigating factor may be made by one or more of the members of the jury, and any member of the jury who finds the existence of a mitigating factor must consider such [a] factor[s] established in considering whether or not a sentence of death shall be imposed, regardless of the number of other jurors who agree that the factor has been established.

The statutory mitigating factors which the defendant contends have been proved by a preponderance of the evidence are:

1. The defendant's capacity to appreciate the wrongfulness of his conduct or to conform his conduct to the requirements of the law was significantly impaired, regardless of whether the capacity was so impaired as to constitute a defense to the charge.

Number of jurors who so find ___0___.

2. The other factors in the defendant's childhood, background or character mitigate against imposition of the death sentence.

Number of jurors who so find ___11___.

The non-statutory factor[s] in the defendant's background or character, the circumstances of the crime[s], or other relevant facts or circumstances as mitigation which the defendant

10

Case 3:12-cv-00327-MOC   Document 74-7   Filed 12/22/14   Page 58 of 102
Case 3:97-cr-00023-RLV   Document 596   Filed 08/13/02   Page 10 of 18
Bates No. 317

contends have been proven by the preponderance of the evidence are as follows:

1. Marc Barnette has accepted full responsibility for his actions.

Number of jurors who so find _____1_____.

2. Marc Barnette has remorse.

Number of jurors who so find _____1_____.

3. Marc Barnette was abused by his father.

Number of jurors who so find _____1_____.

4. Marc Barnette was affected by growing up in a family environment of violence, drugs and alcohol abuse.

Number of jurors who so find _____12_____.

5. Marc Barnette had repeated exposure to violence in the home.

Number of jurors who so find _____12_____.

6. Marc Barnette attempted to protect his brother, Mario, from the damaging effects of parental violence and neglect.

Number of jurors who so find _____12_____.

11

7. Marc Barnette had a history of untreated emotional problems.

Number of jurors who so find ___9___ .

8. At the time of these crimes, Marc Barnette was experiencing a depressive episode.

Number of jurors who so find ___0___ .

9. Marc Barnette does well in a structured environment.

Number of jurors who so find ___2___ .

10. Marc Barnette cooperated with police.

Number of jurors who so find ___12___ .

11. Marc Barnette can serve a useful purpose to others in a prison environment.

Number of jurors who so find ___12___ .

12. At the time of these offenses, Marc Barnette was experiencing irrational and obsessive thoughts.

Number of jurors who so find ___6___ .

13. Marc Barnette's brother and children will be harmed by his execution.

Number of jurors who so find ___0___ .

12

In addition, there are three non-statutory mitigating factors which the Court instructs you to find. The Court instructs you that these three mitigating factors have been proven by the preponderance of the evidence and you should so indicate on this verdict form:

1.  Marc Barnette was neglected by his mother.

Number of jurors who so find ___12___ .

2.  Marc Barnette turned himself in to police.

Number of jurors who so find ___12___ .

3.  Marc Barnette has been a model prisoner.

Number of jurors who so find ___12___ .

The following extra spaces are provided to write in additional mitigating factors, if any, found by any one or more jurors. If none, write "NONE" and line out the extra spaces with a large "X". If more space is needed, write "CONTINUED" and use the reverse side of this page.

___. ___None_____

_____

Number of jurors who so find _____ .

13



Number of jurors who so find _____.

Number of jurors who so find _____.

Number of jurors who so find _____.

Instructions: Regardless of whether or not you chose to write in additional mitigating factors and findings in Section V above, proceed to Section VI and Section VII which follow.

14

Case 3:12-cv-00327-MOC    Document 74-321  Filed 12/22/14    Page 62 of 102
Bates No. 321
Case 3:97-cr-00023-RLV   Document 596   Filed 08/13/02   Page 14 of 18

## VI.  DETERMINATION

Based upon consideration of whether the aggravating factor or factors found to exist as to Count Seven sufficiently outweigh any mitigating factor or factors found to exist to justify a sentence of death, or in the absence of any mitigating factors, whether the aggravating factor or factors as to Count Seven are in themselves sufficient to justify a sentence of death, indicate your recommendation using either the following form A or B.

15

## A.  **Death Sentence**

Based upon consideration of whether the aggravating factor or factors found to exist sufficiently outweigh any mitigating factor or factors found to exist to justify a sentence of death, or in the absence of any mitigating factors, whether the aggravating factor(s) are in themselves sufficient to justify a sentence of death, we recommend by unanimous vote that a sentence of death shall be imposed for the killing of Donald Lee Allen as to Count Seven.

YES  ___12___

NO  _____

If you answer "YES", sign your names here, and then proceed to Section VII.  If you answer "NO", the foreperson alone should sign, and you should proceed to Section VI (B):

_[signatures]_

**FOREPERSON**

Date: ___August___ _13_, 2002

16

Case 3:12-cv-00327-MOC   Document 74-323   Filed 12/22/14   Page 64 of 102
Bates No. 323
Case 3:97-cr-00023-RLV   Document 596   Filed 08/13/02   Page 16 of 18

## B. Sentence of Life in Prison Without Possibility of Release

Based upon consideration of whether the aggravating factors found to exist sufficiently outweigh any mitigating factor or factors found to exist to justify a sentence of death, or in the absence of any mitigating factors, whether the aggravating factor or factors are in themselves sufficient to justify a sentence of death, we recommend by unanimous vote that a sentence of life in prison without possibility of release shall be imposed for the killing of Donald Lee Allen in Count Seven.

YES _____

NO _____

If you answer "YES", sign your names here, and then proceed to Section VII. If you answer "NO", the foreperson alone should sign, and you should proceed to Section VII:

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

                                  _____
                                  FOREPERSON

Date: _____ _____, 2002

17

Case 3:12-cv-00327-MOC   Document 74-324   Filed 12/22/14   Page 65 of 102
Bates No. 324
Case 3:97-cr-00023-RLV   Document 596   Filed 08/13/02   Page 17 of 18

## VII CERTIFICATION

By signing below, each juror certifies that consideration of the race, color, religious beliefs, national origin, or sex of the defendant or the victim was not involved in reaching his or her individual decision, and that the individual juror would have made the same recommendation regarding a sentence for the crime in question no matter what the race, color, religious beliefs, national origin or sex of the defendant or the victim might have been.

_(juror signatures)_

FOREPERSON

Date: _August_ _13_, 2002

WHEN THE JURY HAS COMPLETED ITS WORK AS TO EACH COUNT AND FILLED OUT THE VERDICT SHEETS ACCORDINGLY, THE JURY WILL RETURN TO THE COURTROOM.

18

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Case Number: 3:97CR-23-V

UNITED STATES OF AMERICA          )
                                  )
          v.                      )
                                  )
                                  )
                                  )
AQUILIA MARCIVICCI BARNETTE,      )
          Defendant               )
                                  )
_____)

**SPECIAL VERDICT FORM REGARDING THE PUNISHMENT TO BE IMPOSED
UPON THE DEFENDANT FOR THE KILLING OF DONALD LEE ALLEN
WITH REFERENCE TO COUNT EIGHT**

I.    **AGE OF DEFENDANT**

Instructions: Answer "YES" or "NO".

1. Do you, the jury, unanimously find that the government has established beyond a

reasonable doubt that the defendant was eighteen years of age or older at the time of the offense

in Count Eight?

                                        YES ___✓___

                                        NO  _____

_____
FOREPERSON

Instructions: If you answered "NO" with respect to the determination in Section I, then

stop your deliberations, cross out Sections II, III, IV, V and VI of this form, and proceed to

Section VII. Each juror should then carefully read the statement in Section VII, and sign in the

1

Case 3:12-cv-00327-MOC   Document 74-326   Filed 12/22/14   Page 67 of 102
Bates NC-326
Case 3:97-cr-00023-RLV   Document 597   Filed 08/13/02   Page 1 of 18

appropriate place if the statement accurately reflects the manner in which he or she reached his or her decision. You should then advise the Court that you have reached a decision.

If you answered "YES" with respect to the determination in Section I, then proceed to Section II which follows.

2

## II. REQUISITE MENTAL STATE

Instructions: For each of the following, answer "YES" or "NO".

1. As to the charge in Count Eight, do you, the jury, unanimously find that the government has proven beyond a reasonable doubt that the defendant intentionally killed Donald Lee Allen?

YES ✓

NO _____

_Diane R Edwards_
FOREPERSON

2. As to the charge in Count Eight, do you, the jury, unanimously find that the government has proven beyond a reasonable doubt that the defendant intentionally inflicted serious bodily injury which resulted in the death of Donald Lee Allen?

YES ✓

NO _____

_Diane R Edwards_
FOREPERSON

3

3. As to the charge in Count Eight, do you, the jury, unanimously find that the government has proven beyond a reasonable doubt that the defendant intentionally engaged in conduct intending that Donald Lee Allen be killed <u>and/or</u> that lethal force be employed against Donald Lee Allen which resulted in the death of Donald Lee Allen?

YES  ✓

NO  _____

_Diane R Edwards_
FOREPERSON

4. As to the charge in Count Eight, do you, the jury, unanimously find that the government has proven beyond a reasonable doubt that the defendant intentionally engaged in conduct which the defendant knew would create a grave risk of death to a person, other than one of the participants in the offense, and resulted in the death of Donald Lee Allen?

YES  ✓

NO  _____

_Diane R Edwards_
FOREPERSON

<u>Instructions</u>: If you answered "NO" with respect to all of the determinations in this section, then stop your deliberations, cross out Sections III, IV, V and VI of this form, and proceed to Section VII. Each juror should carefully read the statement in Section VII, and sign in the appropriate place if the statement accurately reflects the manner in which he or she reached his or her decision. You should then advise the Court that you have reached a decision.

4

If you answered "YES" with respect to any one or more of the determinations in Section

II, then proceed to Section III which follows.

5

## III.  STATUTORY AGGRAVATING FACTORS

Instructions: For each of the following, answer "YES" or "NO",

1. Do you, the jury, unanimously find that the government has proven beyond a reasonable doubt that the defendant committed the offense in Count Eight in the expectation of the receipt of something of pecuniary value?

YES ✓

NO _____

_Diane R Edwards_
FOREPERSON

2. Do you, the jury, unanimously find that the government has proven beyond a reasonable doubt that the defendant committed the offense in Count Eight after substantial planning and premeditation to cause the death of Donald Lee Allen?

YES ✓

NO _____

_Diane R Edwards_
FOREPERSON

Instructions: If you answered "NO" with respect to both of the statutory aggravating factors in this Section III, then stop your deliberations, cross out Sections IV, V and VI of this form, and proceed to Section VII of this form.  Each juror should then carefully read the statement in Section VII, and sign in the appropriate place if the statement accurately reflects the manner in which he or she reached his or her decision.  You should then advise the Court that you have reached a decision.

If you found the requisite age in Section I, the requisite mental state in Section II and

6

Case 3:12-cv-00327-MOC    Document 74-731    Filed 12/22/14    Page 72 of 102
Case 3:97-cr-00023-RLV    Document 597    Filed 08/13/02    Page 6 of 18
Bates No. 331

answered "YES" with respect to one or both of the statutory aggravating factors in this Section III, then proceed to Section IV which follows.

7

## IV. NON-STATUTORY AGGRAVATING FACTORS – COUNT EIGHT

Instructions: For each of the following, answer "YES" or "NO".

1. Do you, the jury, unanimously find that the government has proven beyond a reasonable doubt that the defendant caused harm to the family of Donald Lee Allen as a result of the impact of the killing on the family of Donald Lee Allen?

YES ✓

NO _____

*Diane R Edwards*
FOREPERSON

2. Do you, the jury, unanimously find that the government has proven beyond a reasonable doubt that the defendant is likely to commit criminal acts of violence in the future which would be a continuing and serious threat to society?

YES _____

NO ✓

*Diane R Edwards*
FOREPERSON

3. Do you, the jury, unanimously find that the government has proven beyond a reasonable doubt that the defendant intentionally killed two people in that in addition to killing Donald Lee Allen, the defendant also killed Robin Williams?

YES ✓

NO _____

*Diane R Edwards*
FOREPERSON

8

Case 3:12-cv-00327-MOC    Document 74-33    Filed 12/22/14    Page 74 of 102
Case 3:97-cr-00023-RLV    Document 597    Filed 08/13/02    Page 8 of 18
Bates No. 333

Instructions: Regardless of whether you answered "YES" or "NO" with respect to the three non-statutory aggravating factors in this Section IV, then proceed to Section V, which follows.

9

## V.   <u>MITIGATING FACTORS</u>

<u>Instructions</u>: For each of the following mitigating factors, in the space provided, indicate the number of jurors who have found the existence of that mitigating factor to be proven by the preponderance of the evidence as to Count Eight.

A finding with respect to a mitigating factor may be made by one or more of the members of the jury, and any member of the jury who finds the existence of a mitigating factor must consider such [a] factor[s] established in considering whether or not a sentence of death shall be imposed, regardless of the number of other jurors who agree that the factor has been established.

The statutory mitigating factors which the defendant contends have been proved by a preponderance of the evidence are:

1. The defendant's capacity to appreciate the wrongfulness of his conduct or to conform his conduct to the requirements of the law was significantly impaired, regardless of whether the capacity was so impaired as to constitute a defense to the charge.

Number of jurors who so find ___0___.

2. The other factors in the defendant's childhood, background or character mitigate against imposition of the death sentence.

Number of jurors who so find ___11___.

The non-statutory factor[s] in the defendant's background or character, the circumstances of the crime[s], or other relevant facts or circumstances as mitigation which the defendant

10

contends have been proven by the preponderance of the evidence are as follows:

1. Marc Barnette has accepted full responsibility for his actions.

Number of jurors who so find ____1____.

2. Marc Barnette has remorse.

Number of jurors who so find ____1____.

3. Marc Barnette was abused by his father.

Number of jurors who so find ____1____.

4. Marc Barnette was affected by growing up in a family environment of violence, drugs and alcohol abuse.

Number of jurors who so find ____12____.

5. Marc Barnette had repeated exposure to violence in the home.

Number of jurors who so find ____12____.

6. Marc Barnette attempted to protect his brother, Mario, from the damaging effects of parental violence and neglect.

Number of jurors who so find ____12____.

11

7. Marc Barnette had a history of untreated emotional problems.

Number of jurors who so find ___9___.

8. At the time of these crimes, Marc Barnette was experiencing a depressive episode.

Number of jurors who so find ___0___.

9. Marc Barnette does well in a structured environment.

Number of jurors who so find ___2___.

10. Marc Barnette cooperated with police.

Number of jurors who so find ___12___.

11. Marc Barnette can serve a useful purpose to others in a prison environment.

Number of jurors who so find ___12___.

12. At the time of these offenses, Marc Barnette was experiencing irrational and obsessive thoughts.

Number of jurors who so find ___6___.

13. Marc Barnette's brother and children will be harmed by his execution.

Number of jurors who so find ___0___.

12

In addition, there are three non-statutory mitigating factors which the Court instructs you to find. The Court instructs you that these three mitigating factors have been proven by the preponderance of the evidence and you should so indicate on this verdict form:

1.  Marc Barnette was neglected by his mother.

Number of jurors who so find ___12___.

2.  Marc Barnette turned himself in to police.

Number of jurors who so find ___12___.

3.  Marc Barnette has been a model prisoner.

Number of jurors who so find ___12___.

The following extra spaces are provided to write in additional mitigating factors, if any, found by any one or more jurors. If none, write "NONE" and line out the extra spaces with a large "X". If more space is needed, write "CONTINUED" and use the reverse side of this page.

___ ___None_____

_____

Number of jurors who so find _____.

13



Number of jurors who so find _____.

Number of jurors who so find _____.

Number of jurors who so find _____.

Instructions: Regardless of whether or not you chose to write in additional mitigating factors and findings in Section V above, proceed to Section VI and Section VII which follow.

14

## VI. **DETERMINATION**

Based upon consideration of whether the aggravating factor or factors found to exist as to Count Eight sufficiently outweigh any mitigating factor or factors found to exist to justify a sentence of death, or in the absence of any mitigating factors, whether the aggravating factor or factors as to Count Eight are in themselves sufficient to justify a sentence of death, indicate your recommendation using either the following form A or B.

15

Case 3:12-cv-00327-MOC   Document 74-7   Filed 12/22/14   Page 81 of 102
Bates No. 340
Case 3:97-cr-00023-RLV   Document 597   Filed 08/13/02   Page 15 of 18

## A. Death Sentence

Based upon consideration of whether the aggravating factor or factors found to exist sufficiently outweigh any mitigating factor or factors found to exist to justify a sentence of death, or in the absence of any mitigating factors, whether the aggravating factor(s) are in themselves sufficient to justify a sentence of death, we recommend by unanimous vote that a sentence of death shall be imposed for the killing of Donald Lee Allen as to Count Eight.

YES    1 _____

NO    _____

If you answer "YES", sign your names here, and then proceed to Section VII. If you answer "NO", the foreperson alone should sign, and you should proceed to Section VI (B):

_____      _____

_____      _____

_____      _____

_____      _____

_____      _____

_____      _____

                                         FOREPERSON

Date: _____August_____ 13, 2002

16

Case 3:12-cv-00327-MOC    Document 74-341   Filed 12/22/14    Page 82 of 102
Case 3:97-cr-00023-RLV   Document 597    Filed 08/13/02   Page 16 of 18

**B.** **Sentence of Life in Prison Without Possibility of Release**

Based upon consideration of whether the aggravating factors found to exist sufficiently outweigh any mitigating factor or factors found to exist to justify a sentence of death, or in the absence of any mitigating factors, whether the aggravating factor or factors are in themselves sufficient to justify a sentence of death, we recommend by unanimous vote that a sentence of life in prison without possibility of release shall be imposed for the killing of Donald Lee Allen in Count Eight.

YES _____

NO _____

If you answer "YES", sign your names here, and then proceed to Section VII. If you answer "NO", the foreperson alone should sign, and you should proceed to Section VII:

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

FOREPERSON

Date: _____ _____, 2002

17

## VII  CERTIFICATION

By signing below, each juror certifies that consideration of the race, color, religious beliefs, national origin, or sex of the defendant or the victim was not involved in reaching his or her individual decision, and that the individual juror would have made the same recommendation regarding a sentence for the crime in question no matter what the race, color, religious beliefs, national origin or sex of the defendant or the victim might have been.

_(signatures)_

_(signature)_        _(signature)_

FOREPERSON

Date: _August_ _13_, 2002

WHEN THE JURY HAS COMPLETED ITS WORK AS TO EACH COUNT AND FILLED OUT THE VERDICT SHEETS ACCORDINGLY, THE JURY WILL RETURN TO THE COURTROOM.

18

Case 3:12-cv-00327-MOC   Document 74-3   Filed 12/22/14   Page 84 of 102
Bates No. 343
Case 3:97-cr-00023-RLV   Document 597   Filed 08/13/02   Page 18 of 18

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Case Number: 3:97CR-23-V

UNITED STATES OF AMERICA )
)
v. )
)
)
AQUILIA MARCIVICCI BARNETTE, )
Defendant )
_____ )

AUG 1 5 2002

U. S. ...
W. ...

## SPECIAL VERDICT FORM REGARDING THE PUNISHMENT TO BE IMPOSED UPON THE DEFENDANT FOR THE KILLING OF ROBIN WILLIAMS WITH REFERENCE TO COUNT ELEVEN

### I. AGE OF DEFENDANT

Instructions: Answer "YES" or "NO".

1. As to the charge in Count Eleven, do you, the jury, unanimously find that the government has established beyond a reasonable doubt that the defendant was eighteen years of age or older at the time of the offense?

YES ✓

NO _____

_Diane R Edwards_
FOREPERSON

Instructions: If you answered "NO" with respect to the determination in Section I, then stop your deliberations, cross out Sections II, III, IV, V and VI of this form, and proceed to Section VII. Each juror should then carefully read the statement in Section VII, and sign in the

1

Case 3:12-cv-00327-MOC    Document 74-344    Filed 12/22/14    Page 85 of 102
Bates No. 344
Case 3:97-cr-00023-RLV    Document 598    Filed 08/13/02    Page 1 of 18

appropriate place if the statement accurately reflects the manner in which he or she reached his or her decision.  You should then advise the Court that you have reached a decision.

If you answered "YES" with respect to the determination in Section I, then proceed to Section II which follows.

2

## II. REQUISITE MENTAL STATE

Instructions: For each of the following, answer "YES" or "NO".

1. As to the charge in Count Eleven, do you, the jury, unanimously find that the government has proven beyond a reasonable doubt that the defendant intentionally killed Robin Williams?

YES ✓

NO _____

*Diane R Edwards*
FOREPERSON

2. As to the charge in Count Eleven, do you, the jury, unanimously find that the government has proven beyond a reasonable doubt that the defendant intentionally inflicted serious bodily injury which resulted in the death of Robin Williams?

YES ✓

NO _____

*Diane R Edwards*
FOREPERSON

3

Case 3:12-cv-00327-MOC   Document 74-3   Filed 12/22/14   Page 87 of 102
Case 3:97-cr-00023-RLV   Document 598   Filed 08/13/02   Page 3 of 18
Bates No. 346

3. As to the charge in Count Eleven, do you, the jury, unanimously find that the government has proven beyond a reasonable doubt that the defendant intentionally engaged in conduct intending that Robin Williams be killed and/or that lethal force be employed against Robin Williams which resulted in the death of Robin Williams?

YES ✓

NO _____

_____
FOREPERSON

4. As to the charge in Count Eleven, do you, the jury, unanimously find that the government has proven beyond a reasonable doubt that the defendant intentionally engaged in conduct which the defendant knew would create a grave risk of death to a person, other than one of the participants in the offense, and resulted in the death of Robin Williams?

YES ✓

NO _____

_____
FOREPERSON

Instructions: If you answered "NO" with respect to all of the determinations in this section, then stop your deliberations, cross out Sections III, IV, V and VI of this form, and proceed to Section VII. Each juror should carefully read the statement in Section VII, and sign in the appropriate place if the statement accurately reflects the manner in which he or she reached his or her decision. You should then advise the Court that you have reached a decision.

4

If you answered "YES" with respect to any one or more of the determinations in Section II, then proceed to Section III which follows.

5

Bates No. 348

## III.   STATUTORY AGGRAVATING FACTORS

Instructions: For each of the following, answer "YES" or "NO",

1. Do you, the jury, unanimously find that the government has proven beyond a reasonable doubt that the defendant committed the offense in Count Eleven while knowingly creating a grave risk of death to one or more persons in addition to the intended victim, namely, Bertha Williams and Sonji Hill?

YES ✓

NO _____

_____
FOREPERSON

2. Do you, the jury, unanimously find that the government has proven beyond a reasonable doubt that the defendant committed the offense in Count Eleven after substantial planning and premeditation to cause the death of Robin Williams?

YES ✓

NO _____

_____
FOREPERSON

Instructions: If you answered "NO" with respect to both of the statutory aggravating factors in this Section III, then stop your deliberations, cross out Sections IV, V and VI of this form, and proceed to Section VII of this form. Each juror should then carefully read the statement in Section VII, and sign in the appropriate place if the statement accurately reflects the manner in which he or she reached his or her decision. You should then advise the Court that you have reached a decision.

6

If you found the requisite age in Section I, the requisite mental state in Section II and answered "YES" with respect to one or both of the statutory aggravating factors in this Section III, then proceed to Section IV which follows.

7

## IV.  NON-STATUTORY AGGRAVATING FACTORS – COUNT ELEVEN

Instructions: For each of the following, answer "YES" or "NO".

1. Do you, the jury, unanimously find that the government has proven beyond a reasonable doubt that the defendant caused harm to the family of Robin Williams as a result of the impact of the killing on the family of Robin Williams?

YES ✓

NO _____

_Diane R Edwards_
FOREPERSON

2. Do you, the jury, unanimously find that the government has proven beyond a reasonable doubt that the defendant is likely to commit criminal acts of violence in the future which would be a continuing and serious threat to society?

YES _____

NO ✓

_Diane R Edwards_
FOREPERSON

3. Do you, the jury, unanimously find that the government has proven beyond a reasonable doubt that the defendant intentionally killed two people in that in addition to killing Robin Williams, the defendant also killed Donald Lee Allen?

YES ✓

NO _____

_Diane R Edwards_
FOREPERSON

8

Instructions: Regardless of whether you answered "YES" or "NO" with respect to the three non-statutory aggravating factors in this Section IV, then proceed to Section V, which follows.

9

## V.  MITIGATING FACTORS

Instructions: For each of the following mitigating factors, in the space provided, indicate the number of jurors who have found the existence of that mitigating factor to be proven by the preponderance of the evidence as to Count Eleven.

A finding with respect to a mitigating factor may be made by one or more of the members of the jury, and any member of the jury who finds the existence of a mitigating factor must consider such [a] factor[s] established in considering whether or not a sentence of death shall be imposed, regardless of the number of other jurors who agree that the factor has been established.

The statutory mitigating factors which the defendant contends have been proved by a preponderance of the evidence are:

1. The defendant's capacity to appreciate the wrongfulness of his conduct or to conform his conduct to the requirements of the law was significantly impaired, regardless of whether the capacity was so impaired as to constitute a defense to the charge.

Number of jurors who so find ___0___.

2. The other factors in the defendant's childhood, background or character mitigate against imposition of the death sentence.

Number of jurors who so find ___11___.

The non-statutory factor[s] in the defendant's background or character, the circumstances of the crime[s], or other relevant facts or circumstances as mitigation which the defendant

10

contends have been proven by the preponderance of the evidence are as follows:

1. Marc Barnette has accepted full responsibility for his actions.

Number of jurors who so find ____1____.

2. Marc Barnette has remorse.

Number of jurors who so find ____1____.

3. Marc Barnette was abused by his father.

Number of jurors who so find ____1____.

4. Marc Barnette was affected by growing up in a family environment of violence, drugs and alcohol abuse.

Number of jurors who so find ____12____.

5. Marc Barnette had repeated exposure to violence in the home.

Number of jurors who so find ____12____.

6. Marc Barnette attempted to protect his brother, Mario, from the damaging effects of parental violence and neglect.

Number of jurors who so find ____12____.

11

7. Marc Barnette had a history of untreated emotional problems.

Number of jurors who so find ___9___.

8. At the time of these crimes, Marc Barnette was experiencing a depressive episode.

Number of jurors who so find ___0___.

9. Marc Barnette does well in a structured environment.

Number of jurors who so find ___2___.

10. Marc Barnette cooperated with police.

Number of jurors who so find ___12___.

11. Marc Barnette can serve a useful purpose to others in a prison environment.

Number of jurors who so find ___12___.

12. At the time of these offenses, Marc Barnette was experiencing irrational and obsessive thoughts.

Number of jurors who so find ___6___.

13. Marc Barnette's brother and children will be harmed by his execution.

Number of jurors who so find ___0___.

12

Bates No. 355

In addition, there are three non-statutory mitigating factors which the Court instructs you to find. The Court instructs you that these three mitigating factors have been proven by the preponderance of the evidence and you should so indicate on this verdict form:

1.   Marc Barnette was neglected by his mother.

Number of jurors who so find ____12____.

2.   Marc Barnette turned himself in to police.

Number of jurors who so find ____12____.

3.   Marc Barnette has been a model prisoner.

Number of jurors who so find ____12____.

The following extra spaces are provided to write in additional mitigating factors, if any, found by any one or more jurors. If none, write "NONE" and line out the extra spaces with a large "X". If more space is needed, write "CONTINUED" and use the reverse side of this page.

____. None _____

_____

Number of jurors who so find _____.

13

Case 3:12-cv-00327-MOC    Document 74-356    Filed 12/22/14    Page 97 of 102
Bates No. 356
Case 3:97-cr-00023-RLV   Document 598   Filed 08/13/02   Page 13 of 18



Number of jurors who so find _____.

Number of jurors who so find _____.

Number of jurors who so find _____.

Instructions: Regardless of whether or not you chose to write in additional mitigating factors and findings in Section V above, proceed to Section VI and Section VII which follow.

14

Bates No. 357

## VI. <u>DETERMINATION</u>

Based upon consideration of whether the aggravating factor or factors found to exist as to Count Eleven sufficiently outweigh any mitigating factor or factors found to exist to justify a sentence of death, or in the absence of any mitigating factors, whether the aggravating factor or factors as to Count Eleven are in themselves sufficient to justify a sentence of death, indicate your recommendation using either the following form A or B.

15

Case 3:12-cv-00327-MOC    Document 74-7    Filed 12/22/14    Page 99 of 102
Bates No. 358
Case 3:97-cr-00023-RLV    Document 598    Filed 08/13/02    Page 15 of 18

## A. Death Sentence

Based upon consideration of whether the aggravating factor or factors found to exist

sufficiently outweigh any mitigating factor or factors found to exist to justify a sentence of death,

or in the absence of any mitigating factors, whether the aggravating factor(s) are in themselves

sufficient to justify a sentence of death, we recommend by unanimous vote that a sentence of

death shall be imposed for the killing of Robin Williams as to Count Eleven.

YES    ✓

NO    _____

If you answer "YES", sign your names here, and then proceed to Section VII. If you answer

"NO", the foreperson alone should sign, and you should proceed to Section VI (B):

_FOREPERSON_

Date: _August_ _13_, 2002

16

**B.** **Sentence of Life in Prison Without Possibility of Release**

Based upon consideration of whether the aggravating factors found to exist sufficiently outweigh any mitigating factor or factors found to exist to justify a sentence of death, or in the absence of any mitigating factors, whether the aggravating factor or factors are in themselves sufficient to justify a sentence of death, we recommend by unanimous vote that a sentence of life in prison without possibility of release shall be imposed for the killing of Robin Williams as to Count Eleven.

YES _____

NO _____

If you answer "YES", sign your names here, and then proceed to Section VII. If you answer "NO", the foreperson alone should sign, and you should proceed to Section VII:

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

                                                FOREPERSON

Date: _____ _____, 2002

17

## VII CERTIFICATION

By signing below, each juror certifies that consideration of the race, color, religious beliefs, national origin, or sex of the defendant or the victim was not involved in reaching his or her individual decision, and that the individual juror would have made the same recommendation regarding a sentence for the crime in question no matter what the race, color, religious beliefs, national origin or sex of the defendant or the victim might have been.

_(signatures)_

FOREPERSON

Date: August 13, 2002

WHEN THE JURY HAS COMPLETED ITS WORK AS TO EACH COUNT AND FILLED OUT THE VERDICT SHEETS ACCORDINGLY, THE JURY WILL RETURN TO THE COURTROOM.

18

Bates No. 361