Mar 13, 2013    3:21:29 PM

```
   NC AOC CIS              CR/IF CASE PROCESSING        ****  CAUTION  ****
   590 MECKLENBURG         STATEWIDE NAME INQUIRY     INDEXED SOLELY BY NAME
                                                      NO GUARANTEE TO IDENTITY
   BARBER,LEDON,DUBOIS              BM06161965 SSN#:        590 87CRS045085
   3413 WEST BLVD.                             DL#:
   CHARLOTTE        NC                         CIT#:          VRA:    DV CH:
   TRIAL DT: 032388    SERVED:  072487    SID#:                      STATUS:
  SUPERIOR  PROCESS: I  DV CV: N        CK DIG#:      LID#: 108668
  CHG: F AWDWIKISI                          C&F:      FTA:      OFA:
 CONV: F AWDWIKISI                       CLASS:     P:GU V:GU M:JU DISP:032789
```

SPEC COND: MECK. CO. JAIL SAT. JAIL RECOMMENDED.
COMP: VINSON,A                          AGY: CPD  ORI:
  F3=EXIT 7=BKWD 8=FWD 10=PREV 11=NEXT                    03/13/13  15:19:23

Bates No. 707

Mar 14, 2013    2:34:56 PM

590 MECKLENBURG           ARCHIVAL ICA INQUIRY   88CR 003935         CRARC1P
                          R  S  DOB/AGE      CR       FILM:
BARBER,LEDON,DUBOIS       B  M  06161965
3413 WEST BLVD.                              DL#:
CHARLOTTE       NC                           CITA. #:

OFFN #: 01
CHRG OFFN: M POSS DRUG PARAPHERNALIA                90-113.22

AGENCY:                   ISSUED:                    DISP DATE:  030788

PLEA  VER  MOD      FINE           COSTS         REST        MONIES PAID
                 $                 $             $

CONV OFFN:

SENT. LENGTH:                                FTA COMP:
PROB. LENGTH:                                FTC COMP:

LID: 108668          COMPLAINT: 880121015500    ARREST NUMBER:


 NEXT#:              PF2-NAME INQ   P4-ADDITIONAL EVENTS    ADDL CHARGES:

Case 3:12-cv-00327-MOC   Document 74-9   Filed 12/22/14   Page 2 of 15
Bates No. 708

590 MECKLENBURG                  ADDITIONAL EVENTS        88CR 003935          CRARC2P

          CASE CONTINUED   FROM 01-25-88 D23 B TO 03-07-88 D05 B REAS C
          DEF ATTY ASSGNE N/A
          GUILTY/GUILTY
          FREE-FORM/SPEC   CONSOLIDATED WITH 88-CR-3936

Mar 14, 2013     2:37:47 PM


590 MECKLENBURG              ARCHIVAL ICA INQUIRY   88CR 005972        CRARC1P
                            R  S  DOB/AGE       CR       FILM:
BARBER,LEDON,DUBOIS         B  M  06161965
3413 WEST BLVD.                                 DL#:
CHARLOTTE        NC                             CITA. #:


OFFN #: 01
CHRG OFFN: M POSSESS MARIJUANA UP TO 1/2 OZ         90-95(D)(4)


AGENCY:                      ISSUED: 012888          DISP DATE:  022688


PLEA  VER  MOD      FINE          COSTS          REST        MONIES PAID
                $            $           $


CONV OFFN:

SENT. LENGTH:                                   FTA COMP:
PROB. LENGTH:                                   FTC COMP:

LID: 108668          COMPLAINT: 880128160400     ARREST NUMBER:



 NEXT#:              PF2-NAME INQ   P4-ADDITIONAL EVENTS    ADDL CHARGES:

Bates No. 710

```
FREE-FORM/SPEC    OFA   EXEC ON 02-25-88 AND CAL FOR 02-29-88
CASE CONTINUED   FROM 09-12-88 D23 D TO 00-00-00 D23    REAS C
CASE CONTINUED   FROM 02-29-88 D23 A TO 00-00-00 D23    REAS C
GUILTY/GUILTY
FREE-FORM/SPEC   2 DAYS-CREDIT 2 DAYS
```

Bates No. 711

Mar 14, 2013    2:36:17 PM


590 MECKLENBURG              ARCHIVAL ICA INQUIRY   88CR 003936        CRARC1P
                            R  S  DOB/AGE      CR      FILM:
BARBER,LEDON,DUBOIS         B  M  06161965
3413 WEST BLVD.                               DL#:
CHARLOTTE         NC                          CITA. #:


OFFN #: 01
CHRG OFFN: F CONTROLLED SUBSTANCES-SIMPLE POSSESSION SU


AGENCY:                    ISSUED:                    DISP DATE:  030788


PLEA  VER  MOD     FINE          COSTS         REST       MONIES PAID
               $             $             $


CONV OFFN:

SENT. LENGTH:                                 FTA COMP:
PROB. LENGTH:                                 FTC COMP:

LID: 108668          COMPLAINT: 880121015500     ARREST NUMBER:


 NEXT#:              PF2-NAME INQ   P4-ADDITIONAL EVENTS    ADDL CHARGES:

Bates No. 732

590 MECKLENBURG                  ADDITIONAL EVENTS          88CR 003936          CRARC2P


        CASE CONTINUED   FROM 01-25-88 D23 B TO 03-07-88 D05 B REAS C
        DEF ATTY ASSGNE N/A
        GUILTY/GUILTY
        FREE-FORM/SPEC   30 DAYS

Bates No. 713

Mar 14, 2013    2:33:46 PM


590 MECKLENBURG              ARCHIVAL ICA INQUIRY   88CR 003934         CRARC1P
                            R  S  DOB/AGE       CR        FILM:
BARBER,LEDON,DUBOIS         B  M  06161965
3413 WEST BLVD.                                 DL#:
CHARLOTTE        NC                             CITA. #:


OFFN #: 01
CHRG OFFN: M POSSESS MARIJUANA UP TO 1/2 OZ          90-95(D)(4)


AGENCY:                      ISSUED:                      DISP DATE:  030788


PLEA  VER  MOD      FINE          COSTS          REST        MONIES PAID
           VD   $              $            $


CONV OFFN:


SENT. LENGTH:                                        FTA COMP:
PROB. LENGTH:                                        FTC COMP:


LID: 108668          COMPLAINT: 880121015500     ARREST NUMBER:



 NEXT#:              PF2-NAME INQ   P4-ADDITIONAL EVENTS     ADDL CHARGES:

Mar 14, 2013    2:38:27 PM


590 MECKLENBURG          ARCHIVAL ICA INQUIRY   89CR 007638         CRARC1P
                         R  S  DOB/AGE       CR       FILM:
BARBER,LEDON,DUBOIS      B  M  06161965
3413 WEST BLVD.                              DL#:
CHARLOTTE      NC                            CITA. #:


OFFN #: 01
CHRG OFFN: M POSSESS MARIJUANA UP TO 1/2 OZ          90-95(D)(4)


AGENCY:                    ISSUED:                    DISP DATE:   020789


PLEA  VER  MOD     FINE          COSTS         REST        MONIES PAID
           VD   $              $             $


CONV OFFN:

SENT. LENGTH:                                FTA COMP:
PROB. LENGTH:                                FTC COMP:

LID: 108668          COMPLAINT: 890131223401    ARREST NUMBER: 00603988


 NEXT#:              PF2-NAME INQ   P4-ADDITIONAL EVENTS    ADDL CHARGES:

Bates No. 715

Mar 13, 2013    3:24:29 PM

```
  NC AOC CIS                 CR/IF CASE PROCESSING        ****  CAUTION  ****
  590 MECKLENBURG            STATEWIDE NAME INQUIRY     INDEXED SOLELY BY NAME
                                                        NO GUARANTEE TO IDENTITY
  BARBER,LEDON,DUBOS              BM06161968 SSN#: 244195040    590 95CRS007378
  3413 WEST BV                          DL#:
  CHARLOTTE        NC 28208            CIT#:              VRA:      DV CH:
  TRIAL DT: 090595    SERVED:  012595    SID#: NC0442914A         STATUS:
 SUPERIOR  PROCESS: I  DV CV: N        CK DIG#: L55684L  LID#:
 CHG: F AWDW SERIOUS INJURY                C&F:      FTA:      OFA:
CONV: F AWDW SERIOUS INJURY            CLASS:E    P:GU V:GU M:JU DISP:092195
```

```
 ALIAS: TURBO                        @
 SPEC COND: BOUND OVER INDICTMENT ON 07-03-95
 COMP: INMAN,J,P                          AGY: CPD  ORI: NC060013Y
   F3=EXIT 7=BKWD 8=FWD 10=PREV 11=NEXT               03/13/13  15:23:05
```

Bates No. 716

Mar 13, 2013     3:25:36 PM

NC AOC CIS              CR/IF CASE PROCESSING      ****  CAUTION  ****
590 MECKLENBURG        STATEWIDE NAME INQUIRY    INDEXED SOLELY BY NAME
                                                 NO GUARANTEE TO IDENTITY
BARBER,LEDON,DUBOS          BM06161968 SSN#: 244195040   590 95CR 007379
3413 WEST BV                       DL#:
CHARLOTTE       NC 28208           CIT#:              VRA:     DV CH:
TRIAL DT: 021695    SERVED:  012595    SID#: NC0442914A        STATUS:
DISTRICT  PROCESS: M  DV CV: N      CK DIG#: L55684L  LID#:
CHG: F BREAKING AND OR ENTERING (F)     C&F:       FTA:       OFA:
CONV:                              CLASS:    P:   V:   M:NP DISP:021695


ALIAS: TURBO                    @
SPEC:
COMP: INMAN,J,P                        AGY: CPD  ORI: NC060025J
  F3=EXIT 7=BKWD 8=FWD 10=PREV 11=NEXT              03/13/13  15:24:40

Bates No. 717

Mar 1, 2013    2:40:03 PM

BARBER,LEDON                    BM00720000 SSN#: 244195040    590 95CR 001724
3413 WEST BV                              DL#: CA B4930940
CHARLOTTE        NC 28208           CIT#:              VRA:      DV CH:
TRIAL DT: 012095    SERVED:  010795    SID#:                    STATUS:
DISTRICT  PROCESS: W  DV CV: N       CK DIG#:        LID#: 108668
CHG: M COMMUNICATING THREATS            C&F:       FTA:       OFA:
CONV: M COMMUNICATING THREATS         CLASS:1    P:GU V:GU M:JU DISP:012095

COMP: BARNETTE,SONIA                   AGY:      ORI:
  F3=EXIT 7=BKWD 8=FWD 10=PREV 11=NEXT                  03/01/13  14:38:35

Case 3:12-cv-00327-MOC   Document 74-9   Filed 12/22/14   Page 12 of 15
Bates No. 718

Mar 1, 2013    2:44:47 PM

590 MECKLENBURG        STATEWIDE NAME INQUIRY    INDEXED SOLELY BY NAME
                                              NO GUARANTEE TO IDENTITY

BARBER,LEDON                 BM00720000 SSN#: 244195040   590 95CR 001725
3413 WEST BV                           DL#: CA B4930940
CHARLOTTE       NC 28208         CIT#:              VRA:    DV CH:
TRIAL DT: 012095    SERVED:  010795    SID#:                   STATUS:
DISTRICT  PROCESS: W  DV CV: N        CK DIG#:       LID#: 108668
CHG: M INJURY TO REAL PROPERTY          C&F:      FTA:      OFA:
CONV:                                CLASS:    P:   V:   M:VD DISP:012095


COMP: BARNETTE,SONIA                 AGY:      ORI:
  F3=EXIT 7=BKWD 8=FWD 10=PREV 11=NEXT                   03/01/13  14:44:20

Bates No. 719

Mar 13, 2013     3:27:07 PM

NC AOC CIS                CR/IF CASE PROCESSING        ****  CAUTION  ****
590 MECKLENBURG           STATEWIDE NAME INQUIRY     INDEXED SOLELY BY NAME
                                                     NO GUARANTEE TO IDENTITY

BARBER,LEDON,DUBOIS            BM06161968 SSN#:            590 95CRS047760
3413 WEST BV                              DL#:
CHARLOTTE        NC 28208                 CIT#:  9501251       VRA:    DV CH:
TRIAL DT: 090595    SERVED:  070395    SID#:                        STATUS:
SUPERIOR  PROCESS: I  DV CV: N         CK DIG#:        LID#: 108668
CHG: M BREAKING OR ENTERING (M)             C&F:        FTA:       OFA:
CONV: M BREAKING OR ENTERING (M)        CLASS:1    P:NG V:GU M:JR DISP:092195

COMP: INMAN,J,P                     AGY: CPD  ORI:
F3=EXIT 7=BKWD 8=FWD 10=PREV 11=NEXT                 03/13/13  15:25:46

Bates No. 720

Mar 13, 2013    3:22:52 PM

NC AOC CIS              CR/IF CASE PROCESSING      ****  CAUTION  ****
590 MECKLENBURG         STATEWIDE NAME INQUIRY    INDEXED SOLELY BY NAME
                                                  NO GUARANTEE TO IDENTITY

BARBER,LEDON,DUBOIS           BM06161968 SSN#: 244195040   590 95CR 001723
3413 WEST BV                          DL#: CA B4930940
CHARLOTTE       NC 28208       CIT#:              VRA:    DV CH:
TRIAL DT: 012095   SERVED:  010795   SID#:                 STATUS:
DISTRICT  PROCESS: M  DV CV: N     CK DIG#:       LID#: 108668
CHG: M POSSESS DRUG PARAPHERNALIA      C&F:      FTA:      OFA:
CONV: M POSSESS DRUG PARAPHERNALIA    CLASS:    P:GU V:GU M:JU DISP:012095

COMP: WAY,K,A                    AGY: CPD  ORI:
  F3=EXIT 7=BKWD 8=FWD 10=PREV 11=NEXT                03/13/13  15:21:58