STATE OF NORTH CAROLINA

Mecklenburg _____ County

In The General Court of Justice

File No. 92CVM *12016*

Film No. 93- *128- 262*

Plaintiff/Petitioner

The Presbyterian Hospital

VERSUS

Defendant/Respondent

John & Jill Barnette

ORDER

☐ DISMISSAL     ☐ With Prejudice     ☐ Without Prejudice

This action is dismissed for the following reason:

☐ The plaintiff elected not to prosecute this action and has moved for dismissal.

☐ Neither the plaintiff, nor the defendant appeared on the scheduled trial date.

☐ The plaintiff failed to appear on the scheduled trial date; the defendant did appear on that date and has moved to dismiss this action

☐ Other.

☑ DISCONTINUANCE [G.S. 1A-1, Rule 4 (e)]

The defendant has never been served in this action, and more than ninety (90) days have elapsed since the last summons was issued.

☐ Continuance

The trial of this action is continued to the following date and time on motion of the

☐ Plaintiff

☐ Defendant

☐ Judge or Magistrate

☐ Other (Specify)

| Date of New Trial | Time of New Trial ☐ AM ☐ PM |
|---|---|

| | Date   June 15, 1993 |
| | Signature   Nathaniel P. Proctor |
| | ☐ Judge   ☑ Magistrate |
| | ☐ Assistant CSC   ☐ Clerk of Superior Court |

PC - 003545

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

File No. 92-CVM-12016

In the General Court of Justice

District Court Division-SMALL CLAIMS

FILED

MAY 12 1992

AT II O'CLOCK

Hord

CLERK OF SUPERIOR COURT

THE PRESBYTERIAN HOSPITAL
c/o William M. Satterwhite, III
Johnston, Taylor, Allison & Hord
Post Office Box 36469
Charlotte, Meck., NC 28236

**COMPLAINT**

**FOR MONEY OWED**

Plaintiff,

vs.

and Wife,

**JOHN BARNETTE**
Mecklenburg County

**JILL JANE BARNETTE**
Mecklenburg County

Defendant.

Defendant.

As the Plaintiff in this action, The Presbyterian Hospital say that the Defendant, who is a resident of the county listed above, owes The Presbyterian Hospital the amount listed on an account (copy attached hereto as Exhibit A).

Principal Amount Owed $939.29
Date from which interest due: April 12, 1989
Interest Rate: Legal

For the above reason, I demand judgment for the amount listed above, plus interest and reimbursement for court costs.

Name and Address of Attorney:
**William M. Satterwhite, III**
Johnston, Taylor, Allison & Hord

Date: 5-7-92

Post Office Box 36469
Charlotte, North Carolina 28236

Signature of Attorney for Plantiff

**Telephone: (704)332-1183**

INSTRUCTIONS TO DEFENDANT

1. The DEFENDANT may contact the Plaintiff's attorney to settle this claim upon receipt of this Complaint. Otherwise, the DEFENDANT may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court. This answer should be accompanied by a copy for the Plaintiff and be filed no later than the time set for trial. The filing of the answer DOES NOT relieve the Defendant of the need to appear before the magistrate to assert his defense. 2. The PLAINTIFF must pay advance costs at the time of filing this complaint. In the event that judgment is rendered in favor of the Plaintiff, court costs will be charged against the Defendant. Whether or not an answer is

filed the PLAINTIFF must appear before the magistrate. 3. The PLAINTIFF or the DEFENDANT may appeal the magistrate's decision in this case. To appeal, notice must be given in open court when the judgment is rendered, or notice may be given in writing to the Clerk of Superior Court within ten (10) days after the judgment is rendered. If notice is given in writing, the appealing party must also serve written notice of appeal on all of the parties. The appellant must PAY to the clerk of Superior Court the costs of court for appeal within twenty (20) days after the judgment is rendered.

PC-003546

EXHIBIT A

This is to certify that the following itemized statement is a true and just statement of the account at The Presbyterian Hospital and that no part of said account has been paid by discount or otherwise, and that the full principal sum shown below is now due and justly owing to The Presbyterian Hospital :

| Patient | Account Number | Date | Balance |
|---|---|---|---|
| John Woodrow Barnette | 12358811/12389576 | April 12, 1989 | $939.29 |

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

**V E R I F I C A T I O N**

Rhonda Miller, being first duly sworn, deposes and says that she is an employee of The Presbyterian Hospital and that she is duly authorized to verify the foregoing account and attached complaint; that the figures shown on said account were taken from the books and records of The Presbyterian Hospital ; that she has read the account and attached complaint and knows the contents thereof; and that the same are true according to her own knowledge and according to the books and records of The Presbyterian Hospital , except for those things alleged in the complaint on information and belief and as to those she believes them to be true.

_____ (SEAL)
Rhonda Miller

Sworn to and subscribed before me this _24th_ day of _April_____,1992

_____ Robert D. Hensley ___
Notary Public

My Commission Expires: _April 23, 1996_

**(NOTARIAL SEAL)**

Filing Costs $31.29

90004623

PC - 003547

# STATE OF NORTH CAROLINA

MECKLENBURG _____ County

In The General Court Of Justice
District Court Division-Small Claims

## MAGISTRATE SUMMONS

MECKLENBURG COUNTY
FILED
MAY 12 1992
AT _____ O'CLOCK
CLERK OF SUPERIOR COURT

**Plaintiff**

THE PRESBYTERIAN HOSPITAL

**VERSUS**

**Defendant(s)**

JOHN BARNETTE and Wife,
JILL JANE BARNETTE

☐ Alias and Pluries Summons. The summons originally issued against you was returned not served.
(Disregard this section unless the block is checked.)

G.S. 7A-217, 232; 1A-1, Rule 4

Date Last Summons Issued

| TO: JOHN BARNETTE | TO: JILL JANE BARNETTE |
|---|---|
| Name And Address Of First Defendant | Name And Address Of Second Defendant |
| 6238 Rosecrest Drive<br>Charlotte, NC 28210 | 6238 Rosecrest Drive<br>Charlotte, NC 28210 |

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court | Date Of Trial | Time Of Trial | |
|---|---|---|---|
| 700 E. Trade St. Courtroom 103 | June 18, 1992 | 9:00 | ☒ AM ☐ PM |

| Name And Address Of Plaintiff Or Plaintiff's Attorney | Date Issued |
|---|---|
| William M. Satterwhite, III<br>Johnston, Taylor, Allison & Hord<br>Post Office Box 36469<br>Charlotte, NC 28236<br>(704) 332-1183 | 5-12-92 |

Signature

☐ Deputy CSC ☒ Assistant CSC ☐ Clerk Of Superior Court

AOC-CVM-100
Rev. 9/87

(Over)

PC - 003548

Bates No. 1919

STATE OF NORTH CAROLINA

Mecklenburg _____ County

File No 92CVM **12016**

Film No 93- **128- 262**

In The General Court of Justice

Plaintiff Petitioner

The Presbyterian Hospital

VERSUS

**ORDER**

Defendant Respondent

**John & Jill Barnette**

☐ DISMISSAL

☐ With Prejudice    ☐ Without Prejudice

This action is dismissed for the following reason:

☐ The plaintiff elected not to prosecute this action and has moved for dismissal.

☐ Neither the plaintiff, nor the defendant appeared on the scheduled trial date.

☐ The plaintiff failed to appear on the scheduled trial date; the defendant did appear on that date and has moved to dismiss this action

☐ Other.

☒ DISCONTINUANCE [G.S. 1A-1, Rule 4 (e)]

The defendant has never been served in this action, and more than ninety (90) days have elapsed since the last summons was issued.

☐ Continuance

The trial of this action is continued to the following date and time on motion of the

☐ Plaintiff

☐ Defendant

☐ Judge or Magistrate

☐ Other (Specify)

| Date of New Trial | Time of New Trial | ☐ AM ☐ PM |
|---|---|---|

Date

**June 15, 1993**

Signature

**Nathaniel P. Proctor**

☐ Judge   ☒ Magistrate

☐ Assistant CSC   ☐ Clerk of Superior Court

PC - 003545

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

File No. 92-CVM-12010

~~In the General~~ Court of Justice

~~District Court~~ Division-SMALL CLAIMS

**FILED**

**MAY 12** 1992

AT II o'clock

Hord

CLERK OF SUPERIOR COURT

THE PRESBYTERIAN HOSPITAL
c/o William M. Satterwhite, III
Johnston, Taylor, Allison & Hord
Post Office Box 36469
Charlotte, Meck., NC 28236

**COMPLAINT**

FOR MONEY OWED

Plaintiff,

vs.

and Wife,

**JOHN BARNETTE**
Mecklenburg County

Defendant.

**JILL JANE BARNETTE**
Mecklenburg County

Defendant.

As the Plaintiff in this action, The Presbyterian Hospital say that the Defendant, who is a resident of the county listed above, owes The Presbyterian Hospital the amount listed on an account (copy attached hereto as Exhibit A).

> Principal Amount Owed      $939.29
> Date from which interest due: April 12, 1989
> Interest Rate: Legal

For the above reason, I demand judgment for the amount listed above, plus interest and reimbursement for court costs.

Name and Address of Attorney:
**William M. Satterwhite, III**
Johnston, Taylor, Allison & Hord

Post Office Box 36469
Charlotte, North Carolina 28236

Date: _5-7-92_

_W M Satterwhite_

**Telephone: (704)332-1183**       Signature of Attorney for Plaintiff

### INSTRUCTIONS TO DEFENDANT

1. The DEFENDANT may contact the Plaintiff's attorney to settle this claim upon receipt of this Complaint. Otherwise, the DEFENDANT may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court. This answer should be accompanied by a copy for the Plaintiff and be filed no later than the time set for trial. The filing of the answer DOES NOT relieve the Defendant of the need to appear before the magistrate to assert his defense. 2. The PLAINTIFF must pay advance costs at the time of filing this complaint. In the event that judgment is rendered in favor of the Plaintiff, court costs will be charged against the Defendant. Whether or not an answer is

filed the PLAINTIFF must appear before the magistrate. 3. The PLAINTIFF or the DEFENDANT may appeal the magistrate's decision in this case. To appeal, notice must be given in open court when the judgment is rendered, or notice may be given in writing to the Clerk of Superior Court within ten (10) days after the judgment is rendered. If notice is given in writing, the appealing party must also serve written notice of appeal on all of the parties. The appellant must PAY to the clerk of Superior Court the costs of court for appeal within twenty (20) days after the judgment is rendered.

PC - 003546

EXHIBIT A

This is to certify that the following itemized statement is a true and just statement of the account at The Presbyterian Hospital and that no part of said account has been paid by discount or otherwise, and that the full principal sum shown below is now due and justly owing to The Presbyterian Hospital :

| Patient | Account Number | Date | Balance |
|---|---|---|---|
| John Woodrow Barnette | 12358811/12389576 | April 12, 1989 | $939.29 |

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

**V E R I F I C A T I O N**

Rhonda Miller, being first duly sworn, deposes and says that she is an employee of The Presbyterian Hospital and that she is duly authorized to verify the foregoing account and attached complaint; that the figures shown on said account were taken from the books and records of The Presbyterian Hospital ; that she has read the account and attached complaint and knows the contents thereof; and that the same are true according to her own knowledge and according to the books and records of The Presbyterian Hospital , except for those things alleged in the complaint on information and belief and as to those she believes them to be true.

_Rhonda Miller_ (signature)

_____ (SEAL)
Rhonda Miller

Sworn to and subscribed before me this __24th__ day of __April__,1992

_Robert D. Hensley_ (signature)
Notary Public

My Commission Expires: _April 23, 1996_

(NOTARIAL SEAL)

90004628

Filing Costs $31.29

PC - 003547

# STATE OF NORTH CAROLINA

MECKLENBURG _____ County

MECKLENBURG COUNTY
**FILED**
MAY 12 1992
AT _____
CLERK OF SUPERIOR COURT

In The General Court Of Justice
District Court Division-Small Claims

## MAGISTRATE SUMMONS

☐ Alias and Pluries Summons. The summons originally issued against you was returned not served.
(Disregard this section unless the block is checked.)

G.S. 7A-217, 232; 1A-1, Rule 4

Date Last Summons Issued

Plaintiff
THE PRESBYTERIAN HOSPITAL

### VERSUS

Defendant(s)
JOHN BARNETTE and Wife,
JILL JANE BARNETTE

| TO: JOHN BARNETTE | TO: JILL JANE BARNETTE |
|---|---|
| Name And Address Of First Defendant | Name And Address Of Second Defendant |
| 6238 Rosecrest Drive<br>Charlotte, NC 28210 | 6238 Rosecrest Drive<br>Charlotte, NC 28210 |

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court | Date Of Trial | Time Of Trial | |
|---|---|---|---|
| 700 E. Trade St. Courtroom 103 | June 18, 1992 | 9:00 | ☒ AM ☐ PM |
| Name And Address Of Plaintiff Or Plaintiff's Attorney<br>William M. Satterwhite, III<br>Johnston, Taylor, Allison & Hord<br>Post Office Box 36469<br>Charlotte, NC 28236<br>(704) 332-1183 | Date Issued 5-12-92<br>Signature _____<br>☐ Deputy CSC ☒ Assistant CSC ☐ Clerk Of Superior Court | | |

AOC-CVM-100
Rev. 9/87

(Over)

PC - 003548

Case 3:12-cv-00327-MOC   Document 75-24   Filed 12/22/14   Page 9 of 25

| | |
|---|---|
| **File No.** 92 CVM 19901 | **STATE OF NORTH CAROLINA** |
| **Film No.** 92-196-1016 | _Mecklenburg_ County |
| **Judgment Docket Book And Page No.** | **In The General Court Of Justice** District Court Division-Small Claims |

This action was tried before the undersigned on the cause stated in the complaint. The record shows that the defendant was given proper notice of the nature of the action and the date, time and location of trial.

## JUDGMENT IN ACTION TO RECOVER MONEY OR PERSONAL PROPERTY

G.S. 7A-210(2), 7A-224

**FINDINGS**

The Court finds:

☒ that the plaintiff has proved his case by the greater weight of the evidence.
☐ that the plaintiff has failed to prove his case by the greater weight of the evidence.
☐ Other:

**Name And Address Of Plaintiff**

Charlotte Radiology

Charlotte, N.C.

**County** | **Telephone No.**

**ORDER**

It is ORDERED that:

☐ the plaintiff recover possession of the personal property described in the complaint.
☐ the plaintiff recover possession of the personal property listed below:

☐ the plaintiff recover nothing of the defendant(s) and that this action be dismissed with prejudice.
☒ (for breach of contract cases only) the plaintiff recover of the defendant(s) the following principal sum and interest accrued to the date of the judgment, plus interest at the legal rate on the principal sum from this day until judgment is satisfied.
☐ (for non-contract cases) the plaintiff recover of the defendant(s) the following principal sum, plus interest at the legal rate from the date the action was instituted until judgment is satisfied.
☐ Other: (specify)

**VERSUS**

**Name And Address Of First Defendant**

John Barnette
400 Edgegreen Dr.
Charlotte, N.C.

**County** | **Telephone No.**

☒ Costs of this action are taxed to the ☐ plaintiff. ☒ defendant.

**Name And Address Of Second Defendant**

| | | | |
|---|---|---|---|
| Principal Sum Of Judgment | $ 755— | **Name Of Judgment Debtor(s) From Which Amt. Recovered** | |
| Amount Of Interest Not Included In Principal | $ | | |
| Attorney's Fees Or Other Damages (when appropriate) | $ | **Date** 9-2-92 | |
| **County** | **Telephone No.** | | |
| Total Amount | ▶ $ 755— | **Signature Of Magistrate** C M Wolf | |

**Name And Address Of Plaintiff's Attorney**

**ENTRY OF APPEAL**

| Name Of Appealing Party | | ☐ Given In Open Court ☐ Given In Writing | ☐ Jury Trial Not Requested ☐ Jury Trial Requested |
|---|---|---|---|
| Date Appeal Given | Date Court Costs Paid | Amount Court Costs Paid $ | |

AOC-CVM-400
Rev. 4/90

# STATE OF NORTH CAROLINA

MECKLENBURG _____ County

File No. 1970[

In the General Court of Justice
District Court Division-Small Claims

| Plaintiff Name & Address (Include County) | |
|---|---|
| Charlotte Radiology<br>P.O. Box 36937<br>Charlotte, Mecklenburg, N.C. 28236 | **COMPLAINT<br>FOR MONEY OWED** |

**VERSUS**

GS 7A-216; 232

| Name & Address of First Defendant (Include County) | Name & Address of Second Defendant (Include County) |
|---|---|
| JOHN BARNETTE<br>400 EDGEGREEN DR.<br>CHARLOTTE, MECKLENBURG, NC   28217 | |

As the plaintiff in this action I say that the defendant, who is a resident of the county listed above, owes me the amount listed for the following reason.

(check one below)

| | |
|---|---|
| Principal Amount Owed | $ 755.00 |
| Interest Owed (If any) | $ |
| **Total Amount Owed** | $ 755.00 |

☒ On an Account (attach a copy of the account)

| Date from which interest due | | Interest Rate |
|---|---|---|

☐ For Goods Sold and Delivered Between

| Beginning Date | Ending Date | Interest Rate |
|---|---|---|

☐ For Money Lent

| Date from which interest due | | Interest Rate |
|---|---|---|

☐ On a Promissory Note (attach copy)

| Date of Note | Date from which interest due | Interest Rate |
|---|---|---|

☐ For a Worthless Check (attach a copy of the check)

☐ For conversion (describe property)

☐ Other (specify)

For the above reason, I demand judgment for the amount listed above, plus interest and reimbursement for court costs.

| Name and Address of Attorney | Date   7-29-92 |
|---|---|
| | Signature of Plaintiff or Attorney   Anita Younger |
| | COLLECTIONS REPRESENTATIVE<br>FOR CHARLOTTE RADIOLOGY |

AOC-CVM-200
Rev. 9/86

(See instructions on back)

PC - 003550

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|
| 8-4-82 | John Barnette |

- ☐ By delivering to the defendant named above a copy of the summons and complaint.
- ☒ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.
- ☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

Andrea Clay (Daughter) 400 Edgegreen DR

- ☐ Other manner of service (specify)

- ☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Name of Defendent |
|---|---|
| | |

- ☐ By delivering to the defendant named above a copy of the summons and complaint.
- ☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.
- ☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

- ☐ Other manner of service (specify)

- ☐ Defendant WAS NOT served for the following reason:

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

- ☐ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| | |

Address Of Premises Where Posted

| Service Fee Paid $ | Date Received 7-30-82 | Name Of Sheriff C W Kidd |
|---|---|---|
| By | Date Of Return 8-4-82 | County Meck |

AOC-CVM-100, Side Two
Rev. 0/87

Deputy Sheriff Making Return

PG-003551

_19401_

# STATE OF NORTH CAROLINA

MECKLENBURG _____ County

**MECKLENBURG COUNTY**
**F I L E D**
JUL 29 1992
CLOCK    M.

Plaintiff
Charlotte Radiology
P.O. Box 36937
Charlotte, Mecklenburg, N.C. 28236

VERSUS

Defendant(s)

JOHN BARNETTE

▶File No. 92 CVM

In The General Court Of Justice
District Court Division-Small Claims

# MAGISTRATE SUMMONS

☐ **Alias and Pluries Summons.** The summons originally issued against you was returned not served.
*(Disregard this section unless the block is checked.)*

G.S. 7A-217, 232; 1A-1, Rule 4

Date Last Summons Issued

_C-184_

TO:
Name And Address Of First Defendant

JOHN BARNETTE
400 EDGEGREEN DR.
CHARLOTTE, NC   28217

TO:
Name And Address Of Second Defendant

**MAILED**
AUG - 6 1992

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court | Date Of Trial | Time Of Trial |
|---|---|---|
| 700 E. TRADE ST.   ROOM 103 | 9/2/92 | 9:00 ☒AM ☐PM |

Name And Address Of Plaintiff Or Plaintiff's Attorney

Date Issued   7-29-92

Signature

☐ Deputy CSC ☒ Assistant CSC ☐ Clerk Of Superior Court

AOC-CVM-100
Rev. 6/87

(Over)

_213027_

Case 3:12-cv-00327-MOC Document 75-28 Filed 12/22/14 Page 13 of 25

File No. 92 CVM 19901

Film No. 92-196-1016

Judgment Docket Book And Page No.

# JUDGMENT
## IN ACTION TO RECOVER MONEY OR PERSONAL PROPERTY
G.S. 7A-210(2), 7A-224

Name And Address Of Plaintiff

Charlotte Radiology

Charlotte, N.C.

| County | Telephone No. |
| --- | --- |
| | |

**VERSUS**

Name And Address Of First Defendant

John Barnette
400 Edgegreen Dr.
Charlotte, N.C.

| County | Telephone No. |
| --- | --- |
| | |

Name And Address Of Second Defendant

| County | Telephone No. |
| --- | --- |
| | |

Name And Address Of Plaintiff's Attorney

AOC-CVM-400
Rev. 4/90

---

## STATE OF NORTH CAROLINA

Mecklenburg County

In The General Court Of Justice
District Court Division-Small Claims

This action was tried before the undersigned on the cause stated in the complaint. The record shows that the defendant was given proper notice of the nature of the action and the date, time and location of trial.

### FINDINGS

The Court finds:

☒ that the plaintiff has proved his case by the greater weight of the evidence.
☐ that the plaintiff has failed to prove his case by the greater weight of the evidence.
☐ Other:

### ORDER

It is ORDERED that:

☐ the plaintiff recover possession of the personal property described in the complaint.
☐ the plaintiff recover possession of the personal property listed below:

☐ the plaintiff recover nothing of the defendant(s) and that this action be dismissed with prejudice.
☒ (for breach of contract cases only) the plaintiff recover of the defendant(s) the following principal sum and interest accrued to the date of the judgment, plus interest at the legal rate on the principal sum from this day until judgment is satisfied.
☐ (for non-contract cases) the plaintiff recover of the defendant(s) the following principal sum, plus interest at the legal rate from the date the action was instituted until judgment is satisfied.
☐ Other: (specify)

☒ Costs of this action are taxed to the ☐ plaintiff. ☒ defendant.

| | | Name Of Judgment Debtor(s) From Which Amt. Recovered |
| --- | --- | --- |
| Principal Sum Of Judgment | $ 755 | |
| Amount Of Interest Not Included In Principal | $ | |
| Attorney's Fees Or Other Damages (when appropriate) | $ | Date 9-2-92 |
| Total Amount | $ 755 | Signature Of Magistrate CM Wolf |

### ENTRY OF APPEAL

| Name Of Appealing Party | | ☐ Given In Open Court ☐ Given In Writing | ☐ Jury Trial Not Requested ☐ Jury Trial Requested |
| --- | --- | --- | --- |
| Date Appeal Given | Date Court Costs Paid | Amount Court Costs Paid $ | |

# STATE OF NORTH CAROLINA

MECKLENBURG _____ County

File No. 19701

In the General Court of Justice
District Court Division-Small Claims

**Plaintiff Name & Address** *(Include County)*

Charlotte Radiology
P.O. Box 36937
Charlotte, Mecklenburg, N.C. 28236

## COMPLAINT
## FOR MONEY OWED

GS 7A-216; 232

VERSUS

*Name & Address of First Defendant (Include County)*

JOHN BARNETTE
400 EDGEGREEN DR.
CHARLOTTE, MECKLENBURG, NC   28217

*Name & Address of Second Defendant (Include County)*

As the plaintiff in this action I say that the defendant, who is a resident of the county listed above, owes me the amount listed for the following reason.

*(check one below)*

| | Principal Amount Owed | ⇨ $ 755.00 |
|---|---|---|
| | Interest Owed (If any) | ⇨ $ |
| | **Total Amount Owed** | ⇨ $ 755.00 |

☒ On an Account (attach a copy of the account) ⇨

| Date from which interest due | Interest Rate |
|---|---|

☐ For Goods Sold and Delivered Between ⇨

| Beginning Date | Ending Date | Interest Rate |
|---|---|---|

☐ For Money Lent ⇨

| Date from which interest due | Interest Rate |
|---|---|

☐ On a Promissory Note (attach copy) ⇨

| Date of Note | Date from which interest due | Interest Rate |
|---|---|---|

☐ For a Worthless Check (attach a copy of the check)

☐ For conversion (describe property)

☐ Other (specify)

For the above reason, I demand judgment for the amount listed above, plus interest and reimbursement for court costs.

| Name and Address of Attorney | Date 7-29-92 |
|---|---|
| | Signature of Plaintiff or Attorney  *Anita Younger* |

COLLECTIONS REPRESENTATIVE
FOR CHARLOTTE RADIOLOGY

AOC-CVM-200
Rev. 9/85

*(See instructions on back)*

PC - 003550

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|
| 8-4-82 | John Barnette |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☒ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

Andrea Clay (Daughter) 400 Edge green DR

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Name of Defendent |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

☐ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| | |

Address Of Premises Where Posted

| Service Fee Paid | Date Received | Name Of Sheriff |
|---|---|---|
| $ | 7-30-82 | C W Kidd |
| By | Date Of Return | County |
| | 8-4-82 | Meck |

AOC-CVM-100, Side Two
Rev. 6/87

Deputy Sheriff Making Return

PG-003551

# STATE OF NORTH CAROLINA

MECKLENBURG _____ County

**File No.** 1940 | 92 CVM

MECKLENBURG COUNTY FILED

JUL 29 1992

CLOCK M.

In The General Court Of Justice
District Court Division-Small Claims

**Plaintiff**

Charlotte Radiology
P.O. Box 36937
Charlotte, Mecklenburg, N.C. 28236

VERSUS

**Defendant(s)**

JOHN BARNETTE

## MAGISTRATE SUMMONS

☐ **Alias and Pluries Summons.** The summons originally issued against you was returned not served.
*(Disregard this section unless the block is checked.)*

G.S. 7A-217, 232; 1A-1, Rule 4

*Date Last Summons Issued*

C-184

TO:
*Name And Address Of First Defendant*

JOHN BARNETTE
400 EDGEGREEN DR.
CHARLOTTE, NC   28217

TO:
*Name And Address Of Second Defendant*

MAILED

AUG - 6 1992

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court | Date Of Trial | Time Of Trial |
|---|---|---|
| 700 E. TRADE ST.   ROOM 103 | 9/2/92 | 9:00 ☒AM ☐ PM |

*Name And Address Of Plaintiff Or Plaintiff's Attorney*

*Date Issued* 7-29-92

*Signature*

☐ Deputy CSC ☒ Assistant CSC ☐ Clerk Of Superior Court

AOC-CVM-100
Rev. 6/87

(Over)

213027

# ΓH GRADE





Jennifer Alexander
Renee Alexander
Teresa Alexander
Yarrum Alston
Aquilia Marcivicci Barnette





Lannie D. Bennett
Alvin H. Bond, III
Mario Jermaine Cochrane
Sandra Cherie Craine





Affivia Amy Davies
Kenya Goings
Tarnisha Graves
Tiffany Kirby
Ché Kenyatta Melton





LaShane Liddell Moss
Kenyon Patton
LaShanna Patton
Angela Pettis





Janeen Richardson
Brian Sanders
DeShelia A. Spann
Kimberly Thomas
Tara White

Bates No. 1332



Classbook

Bates No. 1333

Bates No. 1334

# OUR LADY OF CONSOLATION
## Charlotte, North Carolina
## 1983—1984

Case 3:12-cv-00327-MOC    Document 75-2    Filed 12/22/14    Page 20 of 25

Bates No. 1335



**Father Wilbur Thomas, Pastor**



**Sister Margarette Bell,
O.S.P. Principal**



**Mrs. Carolyn Jones, Secretary**

Bates No. 1336



**Brother Gregory, Counselor**



**Ethel Guest, Art**



**Mrs. Young, Librarian**



**Teresa Alexander**



**Mrs. M. Wiley, Nurse**



**Cafeteria Staff**

Bates No. 1337



Lunch Time



Lunch Time





Band, Mr. Coats

Band





Bates No. 1938



**Varsity Cheerleaders**



**Junior Varsity Cheerleaders**



**Varsity Basketball Team**



**Junior Varsity Basketball Team**



**Midget Basketball Team**



# EIGHTH GRADE

Tamara Alexander
David Bowser
Sean Brandon
Carole Drummond
Victoria Garriett

    

Daryl Johnson
Laura Ann Lee
Clayton E. McDonald
Hans C. McDonald

    

Shermaine McDowell
Sheldon L. McNeil
Tanya Mallory
Ula Angelene Melton

    

Reginald Murphy
Dawn Nail
Jeffrey Tyrone Stratford
Simone Thomas

    

Tamara Thompson
Elijah Harvey Walker
Crystal Wilson
Thomas Wilson

    



Bates No. 1340