# SEVENTH GRADE



Loycena Autry
Erica Bond
Denise Johnson
Charlenea Sims



Marlan Singleton
Desiree Waldo
Tiffany White
Candace Whiteside



Bates No. 1941

# SIXTH GRADE

Burlin Allen, Jr.
Jeremy Barber
Martin Broadway
Jennifer Brown
Douglas Duncan

    

Naylon Albert Ebo
Vicky M. Farmer
LaMont Fowler
Arthur Grier

    

Malika Hunte
Tanisha Joseph
Antonio Lawrence
Christian Lawrence

     

Yolonda Lawrence
Melodie McDonald
Cheryl Martin
Michelle Miller

     

Jonalyn Nicole Paden
Bruce Perkins
Malik Stevenson
Christopher Thomas

     



Case 3:12-cv-00327-MOC     Document 75-3     Filed 12/22/14     Page 2 of 10

Bates No. 1942

# FIFTH GRADE

    

Jennifer Alexander
Renee Alexander
Teresa Alexander
Yarrum Alston
Aquilia Marcivicci Barnette

    

Lannie D. Bennett
Alvin H. Bond, III
Mario Jermaine Cochrane
Sandra Cherie Craine

    

Affivia Amy Davies
Kenya Goings
Tarnisha Graves
Tiffany Kirby
Ché Kenyatta Melton

    

LaShane Liddell Moss
Kenyon Patton
LaShanna Patton
Angela Pettis

    

Janeen Richardson
Brian Sanders
DeShelia A. Spann
Kimberly Thomas
Tara White



Case 3:12-cv-00327-MOC    Document 75-3    Filed 12/22/14    Page 3 of 10

Bates No. 1943

# FOURTH GRADE

Kijiji Avent
Shonita Carr
Octavius Carter
Karen Davis



Duane Duncan
Dione Dunston
Nachele Ebo
Claudia Houston



Kyle Jackson
Monica Lawrence
Jonathan McDonald
Tasiahia Morbley



Leah Ramseur
Nicole Richardson
Joanne Walker
Robin Weathers





# THIRD GRADE

   

Kristi Bellamy
John Bowser
Luther Caldwell
Bertha Gabriel

   

Africa Goodman
Herbert James Harris
Melanie G. Haywood

   

Rebekah Heath
Sherry Denise Henderson
Kia Nicole Howey
Jamal Joseph

   

Gerrard A. Miller
Monica Miller
Turkessa L. Reid



Nicole Smith
Melvin Watkins
Johnny Williams
T. Santay Young



Bates No. 1945

# SECOND GRADE

Patrice Agurs
Meiewyn Avent
Christa Arant
Marco Broadway
Jason Butler

Joel Coffey
Tyshieha Chadwick
Shawn Crosby
Comyron Cuthbertson
Lori Grice

Jon-Keith Hawkins
John Herndon
Charlisa Hinson
Kristen Johnson
Chantay Kennedy

Jonathan Lilley
Kimberly Miller
Thomas Mobley
Sara Ries
Stephen Russell

Kristie Smith
Anarah Sullivan
Ron Taylor
Nikki Waddell
Christina Woods









Bates No. 1946

# FIRST GRADE

    

John Bullard
Victor Crawford
Azelia Cunningham
Onika Jacqueline Davies
Cynthia Glenn

    

Chinyere Ngozi Harris
Courtney N. Harris
William Hill
Marlina M. Karpeh

    

Terrence O. Kennon
Kamaria Lawrence
Ashleigh Erica Lindsay
Tiffany Renee Lunn

    

Rhonda R. Ramseur
Lorenzo Craig Richardson
Lakia Sarratt
LaQuanda Singleton

    

Devan Ramar Smith
Kimberly Stevenson
Christina Thompson
Travis Jamon Todd
Kellye Ann White





Bates No. 2947

# KINDERGARTEN

Stacey Alexander
Oneather Appiah
Michelle Austin
Vearnus Bell
Jeffrey Butler

Jonathan Butler
Niya Carr
Darian Cuthbertson
Reginald Dixon
Corey Frazier

Rodney James
Ian Jordan
Tamika Judge
Eric Kirkley
Chandra McCullough

Kenneth Monte's
Kevin Morehead
Corey Nelson
Christena Nimmons
Ashleigh Plummer

Garrick Richardson
Brandi Rodney
Saria Rose
Shanelle Sharpe
Chrishawn Stevenson

Rashida Waddell
Marcus Waldo
Reginald Wallace
Mario Watts
Cristina Webb



Bates No. 2948

# PRE—SCHOOL



Erica Bryant
Cherneri Caldwell
Shalia Carr
Coties Cuthbertson
Alexander Davies

Angela Drakeford
April Fletcher
Kesha Givens
Sean Greene

Philip Hill
Creamous Hogan
Tammy Holmes
Monica Huntley

Erica Jackson
Bertina Karpeh
Andrew Lee
Melissa McDaniel
Vijon McMoore

Jameelah Melton
Shayna Miller
Arturo Spencer Moore
Chevonna Nimmons

Gus Rainey
Kimberly Reid
Joi Smith
Aldo Stroud

Jamar Stroud
Brad Taylor
Chad Taylor
Everett Taylor
April Thompson

Bates No. 1949

# Building A . . .



Mr. Jim Murchison, principal of Randolph Junior High, has s
a school-wide goal of "Building a Tradition of Excellenc
for 1985-86. He enthusiastically promotes this goal
assuming responsibility for all aspects of the schoo
operation, including curriculum development and the gen
al school climate.





Mr. Lawrance Mayes, assistant principal for administration
this year, can be seen working with substitute teachers,
broken lockers, and planning parent - student conferences.

Bates No. 1350