

Mr. Dean Moore, assistant principal for administration, is highly visible as he coordinates the buses, lunches, extracurricular activities, parent - student conferences and disciplinary referals.





Mrs. Jackie Menser, assistant principal for instruction, fulfills her many responsibilities as the coordinator of career development, field trips, schedule changes and other programs with dauntless energy.



Tradition Of Excellence

Case 3:12-cv-00327-MOC   Document 75-1   Filed 12/22/14   Page 1 of 10
Bates No. 1951



Mr. Stephen Abernathy
Science

Ms. Ann Baldwin
Language Arts

Ms. Allison Bare
Math

Mr. Richard Berman
Geometry

Ms. Zetella Callahan
Media Specialist

Mr. Paul Campbell
Science

Ms. Marion Charles
Secretary

Ms. Elizabeth Clark
Social Studies

Ms. Celessie Collins
Home Economics

Ms. Ellen Collins
O.H. Aide

Ms. Barbara Cordell
Art

Ms. Arlene Dollar
Spanish

Mr. Jerry Ellis
Chorus

Mr. James Foxx
ISS

Ms. Patricia Foy
Typing

Mr. James Freeman
Drama

Ms. Linda Gentry
Secretary

Mr. Phil Goodgame
Industrial Arts






L to R: Lucille Mobley, Margaret Wright, Mary Chislom, Teresa Hagler, Peggie Potts, Etta Stewart, Mable Mobley, Helen Rowell Mgr., Pearline Corrick, Mary Goforth, Ann Vain.







Bates No. 1952



Ms. Jennie
Green-Morehead
Language Arts



Ms. Ellen Harris
Geometry



Ms. Gloria Harris
P.E.



Mr. John Henderson
Orthopedic



Ms. Ann Hornsby
French



Ms. Renee Justice
Language Arts



Ms. Georgia Karras
Media Specialist



Ms. Kay Kirby
Science



Ms. Eileen Klem
Language Arts



Ms. Ella Lawing
Guidance Counselor



Mr. Donald Lewis
Permanent Sub



Ms. Susan
Lichtenberger
P.E./Health





Ms. Betsy Leonard
Social Studies



Mr. Kent Love
Band



Ms. Carolyn Martin
Guidance Counselor







Ms. Adair Massey
Social Studies





Ms. Carolyn Petty
Math



Bates No. 1953



Ms. Evora Pinn
Language Arts

Ms. Lynn Rogers
Social Studies

Mr. Joe Rowe
P.E./Health

Ms. Louise Shuman
Language Arts

Ms. Carolyn Smith
Science

Ms. Kristine Smith
O.H. Aide

Ms. Sandi Stonebreaker
Secretary

Ms. Margaret Stukes
Secretary

Ms. Amelia Sugar
Orthopedic

Mr. Sterling Terry
O.H. Aide

Ms. Joanne Torres
Health

Ms. Mary Troyan
O.H. Aide

Ms. Daisy Walker
Language Arts

Mr. James Wallace
Math

Ms. Hannah Waters
Home Economics

Ms. Joanne Williams
Decisions

Ms. Sheila Wilson
EMH

Ms. Toni Yates
Language Arts

L to R: Chris Massey, John Whitworth, Edna Slater, Raymond Alexander, Bobby Arnold.

Bates No. 1954



# Mark Barnette

Bates No. 1955

Randolph 85/86 7th Grade

86 = Murchison on cover
87 = Black cover

| | |
|---|---|
| John Ackley | |
| Kevin Acoveno | |
| Jennifer Allen | Mark Bowden |
| Theodore Allen | Torris Boyd |
| Christopher Allen | Trina Brannon |
| Nikki Anthony | Kelly Breen |
| Jimmy Antweiler | Sandra Broome |
| Duncan Armfield | Danny Brown |
| Glenda Arrowood | Steve Brown |
| Brenda Aske | Zak Brusso |
| Sheryl Austin | Keith Burch |
| (Toya) Toyar Baker | Tracie Burch |
| Jeffery Balcita | William Byrum |
| ✗ Freida Banks | T.J. Cagle |
| Mark Barnette | Jeffrey Capling |
| (Barnhardt) Stuart Barnhardt | Beth Carawan |
| Christopher Barlett | Andy Christopher |
| Bill Bass | Melissa Churchill |
| Edna Belin | Jeff Claridge |
| Cheranne Bennett | Anitra Clawson |
| Mark Bennett | Jax Clawson (Jay) |
| Rachel Biscomb | Jason Cochrane |
| Christopher Bjork | Scott Coffey |
| Craig Blackwell | Jon Coffin |
| Monica Blackwell | David Concha |
| Nicole Blackwell | Edward Conway |
| Caroly Boler | Eric Cook |

Bates No. 1956

Kevin Cooper
Chris Coracini
Brian Cox
Danielle Cox
Tamela Crawford
Latasha Crowder
Matt Cummings
(Cummings) Kenya Cunningham
Zane Day
Clay Dellinger
Boyce Duncan
(Lasharne) Lasarne Dunlap
Nicki Eason
Aaron Edwards
Barbara Eldridge
Joe Elliott
Todd Elliott
Crystal Elsdon
Jermaine Ervin
Elisa Escobar
Chad Faglier
Russell Farmer
Kristy Fast
Lamont Featherstone
Bryon Feth
Dennis Fisher
Susan Fisher

Jennifer Flowe
Kenny Fowler
Brandy Frye
Kathy Fuller
Lian Gander
John Gay
Shadon Giles
Omar Gill
Donnell Gilliard
Ann Givens
Padrina Gooden
Carrie Griffing
Greg Griffith
Amy Gurley
Yvette Halmon
Carmen Hamilton
Cindy Hamilton
Rodney "
Elizabeth Hammond
Sherry Hampton
Kelly Harper
Dana Harris
Darrell "
Kim Hartless
Jennifer Hathcock
Matthew Hayes
Todd Headen

Bates No. 1957

| | |
|---|---|
| Michael Helms | Martin Lane |
| Anthony Hemphill | Ann Lee |
| Lynn Henson (male) | Kim Leonard |
| Jeff Hill | Kimberly " |
| Scott Holbrook | Marlon Lindsay |
| Chris Honeycutt | Jeffrey Luan |
| Anita Hood | Paicos Lucas |
| Shari Horne | Sonny " |
| Shannon Howie | Malinda Lyerly |
| Corey Hudson | Brain Maday |
| Peggy " | Kimberly Mahanes |
| Travis Icard | Wils Marshall (female) |
| Bryan Inman | Blake " |
| Tina Irvin | Fred Martin |
| * Artista Ivey | Terry Mason |
| Robert Jackson | Amy Mathews |
| Dena Jamison | Carlyon Mathis |
| Pamela Johnson | Jim Matyn (Madys) |
| Brenda Jones | Wesley Mays |
| Tina " | David McClure |
| Suzanne Keith | Arron McCall |
| Vivec Khandekar | Kathleen McDonald |
| Jason Kiser | Raymond McDowell |
| Kevin " | ⚹ Duwuan McGill |
| Ryan Kitchen | Michael McMurray |
| Chandra Klipstein (Maidna) | Ladenia McQuery |
| (Beth) Mary Lammonds | Tamika Miller |

Bates No. 1958

4

2

| | |
|---|---|
| Bonnie Moates | Jeremy Radford |
| Lisa Mobley | Nicole Randall |
| Shawn Moore | Michelle Reed |
| Shonda Moore | Mark Revels |
| Stephanie " | Amy Rhyne |
| Jennifer Moorer | Mark Ridenhour |
| Shannon Mullis | Pressley Ridgill |
| Tammy " | Sean Rigg |
| John Murchison | Jonathan Roberts |
| Jeanna Murrill | Karen Roberts |
| Chris Nixon | John Robinson |
| Sharon Noe | Sonny Roddey |
| Susan Norris | Lupe Rodriguez |
| Chris O'Brien | Brian Ross |
| Christy Owens | Darren Russo |
| Aubrey Oxendine | Joel Ruttedge |
| Karen Peace (Pearce) | Geneva Sanders |
| Brian Pearce | Dana Sandgren |
| Marisha " | Mary Ann Santos |
| Brandi Pearson | Jennifer Scheffsky |
| Rick Peebles | Michael Schroder |
| Kim Phillips | Elizabeth Seel |
| Rodney " | Cindy Sellers |
| Lazanna Powell | Alexander Sgouros |
| Greg Pressley | Christopher Shippy |
| Ervin Price | Jonathan Shore |
| Chad Privatte | Robin Shrader |

Bates No. 1959

| | |
|---|---|
| Twana Sims | Chris Wease |
| Felicia Sinclair | Nick Whalen |
| Jennifer Singleton | Felicia White |
| Karla " | Shawana " |
| Annelise Smith | Tonya " |
| Brian " | Christine Wigley |
| Christie " | Donna Willrams |
| Michele Smolko | Darrin Wilson |
| Nolan Stafford | Robin " |
| Joe Stevens | Chad Wisecarver |
| Anjanette Stitt | Steve Woodley |
| David Stoll | Kimberly Woods |
| Vivica Stradford | Mike Woodward |
| Taylor Stroud | Robert Zielinski |
| Angela Swaim | |
| Paul Swinson | |
| Daniel Szmuriga | |
| Brian Taylor | |
| Robin " | |
| Charles Thomas | |
| Major Thomas | |
| Cirtos Threatt | |
| Edward Threatt | |
| Andre Wallace | |
| Kim Wandoff | |
| David Warner | |
| Sandra Watts | |

Bates No. 1960