85/66    Boys Track

Mr Rowe - Coach          Kelvin Hill - Mgr
Carl Benham             Reade Decurtins
Shane Britt             Keegan Stroud
Chris Coleman           Sam Blackmore
Kermit Watkins          Craig Baker
Derrick Marshall        James Davis
Tim Gallagher           Brian Lane
Pat Walker              Joe Boykin
Eddie Harris            Joey Baird
Anthony Sowell          O'Brien Miller - mgr.
Vincent Mason           John Nee
Charles Ivey            Peirre Accor
Rodney Jones            Carlos Clyburn
Herbie Williams         Mario Barnes
Presten Green           Mike Murrill
2nd Row    Scott Mobley            Fred Murchison
Gary Baker              John Abernathy
Steve Curbeam
Mike Norman
Jason Hayes
Darren Bigley
Mark Hartis
Daniel Smith
Eddie Mason
James Cowan

Case 3:12-cv-00327-MOC    Document 75-5    Filed 12/22/14    Page 1 of 30
Bates No. 1951

Mark Barnette



Bates No. 1962

# F A C U L T Y



Bates No. 1963

# Administration

Mr. Murchison has been a principal here at Randolph for about three years. Among his other duties are responsibility for curriculum development, school climate, and school operation. Mr. Murchison has succeeded in his plan of "Building a Tradition of Excellence," as Randolph has been presented this award both years that he has been principal.

"Effective schools emphasize student academic achievements, ensure a safe and orderly environment, and promote positive relationships with parents. This is our mission at Randolph Junior High School."

—Mr. Jim Murchison
Principal



Mr. Murchison



One of our administrators, Mr. Dean Moore, has been a part of Randolph Junior High School's hard-working staff for nearly 20 years. However, Mr. Moore wasn't always an administrator. For many years he taught Social Studies. He now assumes responsibilities such as scheduling and report cards, supervising extracurricular activities, disciplinary referrals, and, of course, bus supervision.

"We have a lot of really good parents and teachers who care."

Mr. Moore

Case 3:12-cv-00327-MOC    Document 75-5    Filed 12/22/14    Page 4 of 30

Bates No. 2964

# Building a Tradition of Excellence



**Mr. Slade**

This year a new hard worker was added to Randolph's administration. Mr. Fred Slade is this new member. He is responsible for substitute teachers, broken lockers, and planning parent-student conferences.

"Overall students at Randolph are good kids . . ."



Jackie Menser has been a part of Randolph's successful administration for three years. She has many duties that she attends to, such as schedule changes, coordinator of career development, field trips, and filling teacher requests for supplies.

"Randolph is an exciting place to work and to learn."

Bates No. 2965


Mr. Stephen Abernathy
Science


Ms. Elizabeth Anderson
Science


Mr. Richard Berman
Geometry


Ms. Sandra Caldwell
Math


Ms. Zetella Callahan
Media Specialist


Ms. Marion Charles
Secretary


Ms. Elizabeth Clark
Social Studies


Ms. Celessie Collins
Home Economics


Ms. Barbara Cordell
Art


Ms. Arlene Dollar
Spanish


Mr. Robert Dowdy
Counselor


Mr. Jerry Ellis
Chorus


Mr. James Foxx
Decisions


Ms. Patricia Foy
Typing


Ms. Linda Gentry
Secretary


Mr. Phil Goodgame
Industrial Arts


Ms. Jennie Green-Morehead
Language Arts


Ms. Ellen Harris
Geometry


Ms. Gloria Harris
P.E.


Ms. Laura Hayes
Language Arts


Mr. Drew Irving
Interpreter-Tutor


Ms. Renee Justice
Language Arts


Ms. Georgia Karras
Media Specialist


Ms. Kay Kirby
Science


Ms. Eileen Klem
Language Arts


Ms. Betsy Leonard
Social Studies


Mr. Donald Lewis
Permanent Sub


Mr. Kent Love
Band


Ms. Carolyn Martin
Guidance Counselor


Ms. Adair Massey
Social Studies

40

Case 3:12-cv-00327-MOC   Document 75-5   Filed 12/22/14   Page 6 of 30

Bates No. 2986








Ms. Vivian Mathewson
Language Arts

Ms. Allison Moise
Math

Ms. Carolyn Petty
Math

Ms. Evora Pinn
Language Arts

Mr. Leroy Rembert
P.E.

Mr. Joe Rowe
P.E./Health








Ms. Cindy Schafer
Home Economics

Ms. Louise Shuman
Language Arts

Ms. Carolyn Smith
Science

Ms. Margaret Stukes
Secretary

Ms. Amelia Sugar
Orthopedic

Mr. Sterling Terry
O.H. Aide








Ms. Donna Thomas
Secretary

Ms. Judy Timms
Occupational Therapist

Mr. Donald Turner
Language Arts

Ms. Daisy Walker
Language Arts

Mr. James Wallace
Math

Ms. Mary Jane Wasylak
Computers







Ms. Joanne Williams
Decisions

Ms. Sheila Wilson
Social Studies/Math

Ms. Debbie Wolfe
·Physical Therapist

Ms. Toni Yates
Language Arts




Bates No. 2557

Randolph    65/86    7th Grade      86 = Murchison on cover
                                     67 = Black cover

John Ackley

Kevin Acoveno

Jennifer Allen      Mark Bowden

Theodore Allen      Torris Boyd

Christopher Allen      Trina Brannon

Nikki Anthony      Kelly Breen

Jimmy Antweiler      Sandra Broome

Duncan Armfield      Danny Brown

Glenda Arrowood      Steve Brown

Brenda Aske      Zak Brusso

Sheryl Austin      Keith Burch

(Toya)    Toyar Baker      Tracie Burch

Jeffery Balcita      William Byrum

✻ Freida Banks      T.J. Cagle

Mark Barnette      Jeffrey Capling

(Barnhardt)    Stuart Barnhardt      Beth Carawan

Christopher Barlett      Andy Christopher

Bill Bass      Melissa Churchill

Edna Belin      Jeff Claridge

Cheranne Bennett      Anitra Clawson

Mark Bennett      Jax Clawson    (Jay)

Rachel Biscomb      Jason Cochrane

Christpher Bjork      Scott Coffey

Craig Blackwell      Jon Coffin

Monica Blackwell      David Concha

Nicole Blackwell      Edward Conway

Caroly Boler      Eric Cook

Bates No. 1968

| | |
|---|---|
| Kevin Cooper | Jennifer Flowe |
| Chris Coracini | Kenny Fowler |
| Brian Cox | Brandy Frye |
| Danielle Cox | Kathy Fuller |
| Tamela Crawford | Lian Gander |
| Latasha Crowder | John Gay |
| Matt Cummings (cummings) | Shadon Gites |
| Kenya Cunningham | Omar Gill |
| Zane Day | Donnell Gilliard |
| Clay Dellinger | Ann Givens |
| Boyce Duncan | Patrina Gooden |
| Lasanne Dunlap (Lasanne) | Carrie Griffing |
| Nicki Eason | Greg Griffith |
| Aaron Edwards | Amy Gurley |
| Barbara Eldridge | Yvette Halmon |
| Joe Elliott | Carmen Hamilton |
| Todd Elliott | Cindy Hamilton |
| Crystal Elston | Rodney |
| Jermaine Ervin | Elizabeth Hammond |
| Elisa Escobar | Sherry Hampton |
| Chad Faglier | Kelly Harper |
| Russell Farmer | Dana Harris |
| Kristy Fast | Darrell |
| Lamont Featherstone | Kim Hartless |
| Bryon Feth | Jennifer Hathcock |
| Dennis Fisher | Matthew Hayes |
| Susan Fisher | Todd Headen |

Bates No. 2969

| | |
|---|---|
| Michael Helms | Martin Lane |
| Anthony Hemphill | Ann Lee |
| Lynn Henson (male) | Kim Leonard |
| Jeff Hill | Kimberly " |
| Scott Holbrook | Marlon Lindsay |
| Chris Honeycutt | Jeffrey Luan |
| Anita Hood | Paicos Lucas |
| Shari Horne | Sonny " |
| Shannon Howie | Malinda Lyerly |
| Corey Hudson | Brain Maday |
| Peggy " | Kimberly Mahanes |
| Travis Icard | Wils Marshall (female) |
| Bryan Inman | Blake " |
| Tina Irvin | Fred Martin |
| ✳ Artista Ivey | Terry Mason |
| Robert Jackson | Amy Mathews |
| Dena Jamison | Caryon Mathis |
| Pamela Johnson | Jim Matyn (Matys) |
| Brenda Jones | Wesley Mays |
| Tina " | David McClure |
| Suzanne Keith | Arron McCall |
| Vivec Khandekar | Kathleen McDonald |
| Jason Kiser | Raymond McDowell |
| Kevin " | ✳ Duwuan McGill |
| Ryan Kitchen | Michael McMurray |
| Chandra Klipstein | (Maidna) Ladenia McQuery |
| (Beth) Mary Lammonds | Tamika Miller |

Case 3:12-cv-00327-MOC   Document 75-5   Filed 12/22/14   Page 10 of 30

Bates No. 1970

| | |
|---|---|
| Bonnie Moates | Jeremy Radford |
| Lisa Mobley | Nicole Randall |
| Shawn Moore | Michelle Reed |
| Shonda Moore | Mark Revels |
| Stephanie " | Amy Rhyne |
| Jennifer Moorer | Mark Ridenhour |
| Shannon Mullis | Pressley Ridgill |
| Tammy " | Sean Rigg |
| John Murchison | Jonathan Roberts |
| Jeanna Murrill | Karen Roberts |
| Chris Nixon | John Robinson |
| Sharon Noe | Sonny Roddey |
| Susan Norris | Lupe Rodriguez |
| Chris O'Brien | Brian Ross |
| Christy Owens | Darren Russo |
| Aubrey Oxendine | Joel Rutledge |
| Karen Peace (Pearce) | Geneva Sanders |
| Brian Pearce | Dana Sandgren |
| Marisha " | Mary Ann Santos |
| Brandi Pearson | Jennifer Scheffsky |
| Rick Peebles | Michael Schroder |
| Kim Phillips | Elizabeth Seel |
| Rodney " | Cindy Sellers |
| Lazanna Powell | Alexander Sgourds |
| Greg Pressley | Christopher Shippy |
| Ervin Price | Jonathan Shore |
| Chad Privatte | Robin Shrader |

Bates No. 1571

S

| | |
|---|---|
| Twana Sims | Chris Wease |
| Felicia Sinclair | Nick Whalen |
| Jennifer Singleton | Felicia White |
| Karla " | Shawana " |
| Annelise Smith | Tonya " |
| Brian " | Christine Wigley |
| Christie " | Donna Williams |
| Michele Smolko | Darrin Wilson |
| Nolan Stafford | Robin " |
| Joe Stevens | Chad Wisecarver |
| Anjanete Stitt | Steve Woodley |
| David Stoll | Kimberly Woods |
| Vivica Stradford | Mike Woodward |
| Taylor Stroud | Robert Zielinski |
| Angela Swaim | |
| Paul Swinson | |
| Daniel Szmuriga | |
| Brian Taylor | |
| Robin " | |
| Charles Thomas | |
| Major Thomas | |
| Cirtos Threatt | |
| Edward Threatt | |
| Andre Wallace | |
| Kim Wandoff | |
| David Warner | |
| Sandra Watts | |

Bates No. 1972

86/87 8th Grade

| Additions | Deletions |
|-----------|-----------|
| Chris Allison | John Ackley |
| Kim Anderson | Christopher Allen |
| Heather Ashbridge | Monica Blackwell |
| Candy Baker | Nicole Blackwell |
| Keith Ballard | Sandra Broome |
| Aaron Behnke | Danny Brown |
| Keri Boyd | Steve Brown |
| Marsha Bramshtein | Keith Burch |
| Bryan Bryum | Jeff Burns |
| Jim Cardo | William Bynum |
| David Cherry | Jeffrey Capling |
| ~~Jay Clawson~~ | Andy Christopher |
| Shannon Cothern | Anidra Clawson |
| Berry Criswell | Scott Coffey |
| Audrey Crowder | Tamela Crawford |
| Chad Danner | Clay Dellinger |
| Sonja Davis | Boyce Duncan |
| Ha Dinh | Aaron Edwards |
| Liz Donlevy | Crystal Elston |
| Kristin Donnelly | Jermaine Ervin |
| Chandler Duncan | |
| El Catherin DuPuy | |
| Tiffany Evitt | |
| Michelle Fields | |
| Lisa Fitzgerald | |
| Andrea Ford | |
| Tina Ford | |

Bates No. 1973

(3)

**A**

~~Marsh~~
Crystal Perkins
Stephanie Reiher
Tracy Rimer
Ladoya Rivens
Laticia Robinson
Suzanne Schmal
Curtis Sechrist
Jennifer Seibert
Donald Sims
William Sinclair
Angie Swain
Paul Swinson
Tracy Tarleton
Stephanie Thurston
Kevin Townsend
James Turner
Barbara Wagner
Jeff Walker
Cassandra Washington
Lasonya Watts
Michelle Watts
Michael Williams
Andrea Wright
John Yankech.

**D**

Tammy Mullis
Aubrey Oxendine
Marisha Pearce
Rick Peebles
Lazanna Powell
Greg Pressley
Michelle Reed
Joel Rutledge
Jonathan Shaw
Brian Smith

Bates No. 1974

② 

<table>
<thead>
<tr><th>Additions</th><th>Deletions</th></tr>
</thead>
<tbody>
<tr><td>Tonda Freeman</td><td>Shadon Giles</td></tr>
<tr><td>Ray Garren</td><td>Donnell Gilliard</td></tr>
<tr><td>Nikki Givens</td><td>Ann Givens</td></tr>
<tr><td>Matt Goelzer</td><td>Rodney Hamilton</td></tr>
<tr><td>Krista Green</td><td>Sherry Hampton</td></tr>
<tr><td>Stephanie Hammond</td><td>Dana Harris</td></tr>
<tr><td>James Helms</td><td>Kim Hartless</td></tr>
<tr><td>Kevin Helms</td><td>Michael Helms</td></tr>
<tr><td>Sean Herbin</td><td>Lynn Henson</td></tr>
<tr><td>Rachel Howie</td><td>Scott Holbrook</td></tr>
<tr><td>Amy Johnson</td><td>Shannon Howie</td></tr>
<tr><td>Darius "</td><td>Corey Hudson</td></tr>
<tr><td>Gary "</td><td>Aidista Ivey</td></tr>
<tr><td>Ashley Jurgenson</td><td>Brenda Jones</td></tr>
<tr><td>Tray Ledford</td><td>Vivec Khandelkar</td></tr>
<tr><td>William Lee</td><td>Markn Lindsay</td></tr>
<tr><td>Gale Livengood</td><td>Sonny Lucas</td></tr>
<tr><td>Nathaniel Mack</td><td>Brian Maday</td></tr>
<tr><td>Roosevelt Martin</td><td>Fred Martin</td></tr>
<tr><td>Billy Meaders</td><td>Wesley Mays</td></tr>
<tr><td>Monique Mehring</td><td>David McClure</td></tr>
<tr><td>Amy Metheny</td><td></td></tr>
<tr><td>Les Miller</td><td></td></tr>
<tr><td>Dana Mitchell</td><td></td></tr>
<tr><td>Zack Montieth</td><td></td></tr>
<tr><td>Bobby Montgomery</td><td></td></tr>
<tr><td>Mario Moore</td><td></td></tr>
<tr><td>Kim Morris</td><td></td></tr>
</tbody>
</table>

Bates No. 1575

# Administration



Ernest Clements



Jeff Davis



Curtis Eidson



Glenn Lee



Curtis Eidson

Mr. Eidson is our new assistant principal in charge of attendance. His hobbies include working in the yard, traveling, and spending time with his family. He is most proud of his big nose and big ears. "They come in handy!" His pet peeve is people who are always "fixin'" to do something.



Mr. Clements



Administrators say Not You Again!

Case 3:12-cv-00327-MOC    Document 75-5    Filed 12/22/14    Page 16 of 30

Bates No. 1576

# Counselors



Malcolm Brown



Dovie Gray



Elizabeth Henderson



Vivian Wallace



Cindy Coleman

Mrs. Coleman is a Special Education teacher who has been here at LHS for seven years. She enjoys hiking and swimming. Her favorite saying is "How 'Bout Them Dawgs", which is common among most UGA graduates. She claims that teaching gives her a sense of fulfillment because she enjoys working with young people.



And I'm Telling You . . .





Why Do They Always Get Me?

Case 3:12-cv-00327-MOC    Document 75-5    Filed 12/22/14    Page 17 of 30
Bates No. 1577

# Special Education



Cindy Coleman

Rhonda Jordan

Eric Mance

Glenda McCullar

Charlotte McKenzie

Gloria Nwangoro

Ira Williams

Case 3:12-cv-00327-MOC    Document 75-5    Filed 12/22/14    Page 18 of 30

Bates No. 1978

# Fine Arts



Brian Aiken



Jean Bailey



Conrad Cheney



Ann Pinellen



Leanne Pawlowski



Albertha Robinson





Bates No. 1579

# Foreign Lang.



Mrs. Land At Her Best?



Debra Arnold



Cheryl Land



Anna Ruth Tucker

Rhonda Wells



Debbie Arnold

Mrs. Arnold has taught French at Lithonia for eight years. She loves playing volleyball and writing children's literature. Mrs. Arnold has a special interest in children and young people, and she chose to teach because she likes to encourage success.

Case 3:12-cv-00327-MOC    Document 75-5    Filed 12/22/14    Page 20 of 30

Bates No. 1580

# Math


"Roarrrr!"


Willie Andrews


Jo Arthur


Joy Butler


Mrs. Hatfield Poses For The Camera


Deborah Dacus


Patti Ely


Dale Foote

Cheryl Gambrell

Bates No. 1581




Cathy Hatfield


Mattie Okpala


Joan Parker


Timothy Scott



Mike Shivers


Steve Sylvester


Warren Vicknair


Ralph Villani



### James Michael Shivers

Mr. Shivers teaches AP Calculus, Geometry, and Pre-Algebra. He has taught at Lithonia for eighteen years and claims that he is proud of several years of perfect attendance. Outside of school Mr. Shivers keeps and cares for six hives of honeybees as well as having an intense interest in stock car racing.

Bates No. 1582

# Science




Larry Ballard


Martin Carey


Yvette Gilliard


Debra Hughes


Gladys Jones


John McMullin


Annie McNair

Ralph McReynolds




Robert Rountsville


This Is Going To Be A Long Night!

Bates No. 1983



Pam Sandlin

Katherine Ware

Sandra Vance

## Katherine Pepper Ware

Mrs. Ware is an Earth Science and accelerated Biology teacher. She has been teaching at Lithonia for four years. She collects fossils and is most proud of her biology degree she received from the University of South Carolina in 1981. She teaches to motivate her students to accept the challenges in the fields of math and science.

Mrs. Jones Showing Those Pearlie Whites!

Case 3:12-cv-00327-MOC    Document 75-5    Filed 12/22/14    Page 24 of 30

Bates No. 1584

# English



Robert Baird



Sharon Benson



Michael Blakely



Dorothy Bryant



Mary Ellen Corley



Bobby Crowson



Claudia Sarden

Mrs. Sarden has taught in the English department at LHS for nine years. Her special interests include reading, writing, and teaching her two year old son. She is most proud of her husband, son, and students. Mrs. Sarden teaches because she yearns to educate tomorrow's youth and brighten everyone's future. Anyone who has been a student of Mrs. Sarden will already know that her favorite saying is, "Now, the homework assignment is ... "



Barbara Davidson



Judy Davis

Case 3:12-cv-00327-MOC    Document 75-5    Filed 12/22/14    Page 25 of 30

Bates No. 1585



Hark, It Is The East

Sharon Dershimer

Angela Hall

Gladys Johnson

Helen Johnson

Mildred Jones

Barbara Murray

Laura Pinson

Dana Pool

Claudia Sarden

Elsie Smith

Crecy Witherspoon

Case 3:12-cv-00327-MOC    Document 75-5    Filed 12/22/14    Page 26 of 30
Bates No. 1986

# Social Studies



Susan Clark



Catherine Deas



William Durrett



Joyce Furlong



Dede Karafotias

Mrs. Karafotias teaches history, sociology, and art. Her hobbies include scuba diving, cross stitching, running, and baking bread. She claims that she has never grown up and although she doesn't have a pet peeve, she does have a pet bird.



Fred Harrod

Diane Karafotias



Who Me?

Bates No. 1987



Look Cliff, They're Taking Our Picture!

Robin May

James Townsend

Clifford Tyree

Joe O'Neal

Alvin Perry

Bates No. 1588

# Vocational/Bus.


Phillip Barker


Louise Blount


Dee Ann Dill


Vandy Gates


Stan McCallar


Marjorie Mosley


Richard McCullough


Noreen Morrison


Robert Myers


Brona Snell



### Edytha B. Mountain

Mrs. Mountain has been teaching at Lithonia for 6 years and is presently teaching business. She enjoys reading, playing the piano, and watching scary movies. Her favorite saying is "And you know it!" She prides herself on her ability to make people laugh and she loves being with her students.

Bates No. 1589

# Physical Ed.

    

Michael Fowler    Anthony Golden    Phillip Knight    Pat May    John Shinall

# Special Services





The LHS Lunchroom S



Case 3:12-cv-00327-MOC    Document 75-5    Filed 12/22/14    Page 30 of 30

Bates No. 1590