# Industrial Arts

The Industrial Arts Club worked hard all year improving their technical skills in the shop. Under the direction of Mr. Meyers and Mr. McCullough they created many beautiful pieces of wood work. They provided the student body with locker shelves and made Christmas reindeers for the administration. The club made numerous contributions to the school while enriching their personal skills.





# Art



With a sponsor like Mr. Aiken it was inevitable that the Art Club produced not only creative works of art, but also a lot of good. These talented young artists strove for artistic excellence and quality. Devoting many hours to the club and using their artistic ability the Art Club achieved their goals.

Front: Shelley Hutto, Mori Brodie, Susan Winder. Back: Nat Bedford, Gina Swartz, Trey St. John, Jeff King.



53

Bates No. 1591

# Cross Country







Coach Ralph McReynolds led this years outstanding team for another successful season. Lithonia competed against many top teams in the county. "Dedication and motivation was the secret to our success" says captain Kevin Whatley. The cross-country race is approximately three miles in length and the cross-country team worked as hard as they could to become the best that they could be.





L-R Ricky Parker, Kwanbe Smith, Kevin Whatley, Aldwan Tartt, Dexter Jones.

Bates No. 1992



LH

Spo

LHS



THE TRADITION







Bates No. 1993





Dijon Anderson
Tracey Anderson
Christy Andrade
Becky Armstrong
Kedrick Austin

Ted Baggett
Sheila Bailey
Bryan Bales
Aaron Bennett
Andrea Bernard

Dani Bethea
Edie Bishop
Katherine Bloomer
Maurice Bolden
Erica Bradley

Amanda Brown
Derek Brown
Colby Buell

Charlotte Burge
Tammy Butler
Jeannie Cabaniss

154

Bates No. 1905



Keith Beatty
Age: 16
Hobby: trumpet

Keith Beatty has been playing trumpet for 3yrs. and keyboards for 7 yrs. Keith says that " ... there are only so many things that the world will hand you, the rest you must take for yourself." He would also like to play in an orchestra in a Broadway musical. Keith also plays hockey and softball.



Wanda Callaway
Richard Childs



Gena Clark
Marcie Clark



Talisa Coleman
Chris Collins



Uganda Cousar
James Creasey



Robert Crowe
Beth Cuttino
William Daniel
Michael Denoncourt
Shannon Dickerson





Patricia Evans
Tracy Evans
Robert Fair



David Ford
Kelly Fox
Ben Frantsen

155



Corey Gadson
Daniel Garcia

Amy Garrett
Eddie Garrett

Dawn Gatlin
Kristi Gattis

Marty Gibbs
Stacy Giles

Scott Frasard
Age: 17
Hobby: diving

Scott's hobby is diving. He has been doing this for about one year. He hasn't had much time to accomplish his goals. He would like to go to the olympics. "For this sport you need alot of time and practice ... the sport also attracts alot of attention from the girls." he says.

Owen Griswold
John Hamilton
Brian Hanner
Tracy Hawkins
Patrick Haynes

Chris Hill
Rebae Hook
April Holliday

Alan Howard
Terri Hutto
Inga James

156

Bates No. 1997



Ree Johnson
Sonya Jones
Wylly Jordan

Jason Kimbrough
James Kitchens
Elizabeth Knight

Chris Lopez
Good Lovin
Angela Mahan

Rick Mansell
Stacy Maske
Vicki McCarty

Ian McMahon
Cal McMillan
Amy Medlock

Dino Metaxis
Shane Milligan
Tracy Mines

Joe Misenheimer
Sean Mitchell
Luis Montalvo

157

Case 3:12-cv-00327-MOC    Document 75-6    Filed 12/22/14    Page 8 of 25
Bates No. 1998

Alonzo Moore
Heather Moore

Bradley Morgan
Chris Morrison

Tina Morrison
Tamara Myers

Quentin
Nunnery
Scott Ouellette
Ricky Parker
Elizabeth Pena
Michelle Perez

Nia Powell
Craig Powell
Alex Reagin
John Rucynski
Keisha Shabazz

James Shipes
Craig Skiles
Tara Slate

Eric Smith
Scott Smith
Valorie Spivey

158

Case 3:12-cv-00327-MOC    Document 75-6    Filed 12/22/14    Page 9 of 25

Bates No. 1999

 

Trey St. John
Todd Tharp





Scott Ouellette
Age: 16
Hobby: scuba-diving

Scott's hobby is scuba-diving. He has been taking part in the exotic sport for two years. Scott says, "I would like to be a master diver and teach it as a hobby." To achieve this goal he is required to take several courses. Scott also plays the trombone and has a very bizzare pet, a tarantula.

 

Steven Thomas
Tresa Thomas

    

Hakeem Tolase
Mike Volan
Gene Waddell
Merrick Wade
Lorrae Walker

     

Tricia Walker
Kurt Ward
Terrence Watkins
Karen Watson
Sharon Watson

    

John White
Leigh Whitley
Andy Wood
Warren Wood
David Villanueva

159

Bates No. 2000

# SOPHOMORES





Bates No. 2001



Bates No. 2002

Polly Abbott
Danny Anderson
Keecha
  Atkinson
Orlando
  Atwater
Chris Baker





Brett Ball
Deidra
  Benefield
Jo Ann Bernard
Benjie Biscoglia
Scott
  Blackstone



Angela
  Blakeslee
Laura Blythe
Jason Bonds
Mike Bowden
Wendy Boyd



Tara Boykins
Lena
  Brandenburg
Thomas
  Broadnax
Alphonso Brown
Ken Browning



162

Bates No. 2003



Neil Burnfin
Kari Cameron

Galvin Cammack
Kathie Camp

David Carter
Stephen Cash

LaChey Chaney
Toto Cheoun

Amy Clark
Donna Cole
Heath Coleman
Sandy Crawford
Eric Davis

Michael Dennard
Shapiro Doss
Cedric English
Tracy English
Honey Evans

Marsha Fair
Nancy Faller
Billy Faulkner
Kelly Ford
Stephan Forren

163

Bates No. 2004

Harry Foster
Kim Fraker
Selena Freeman
Edna Funk
Ellie Funk



Lanedra Giles
Panela Gilley
Pam Glass
Jennifer
　Goddard
Beau Graydon



Thilenius
　Guthrie
Heather Hagan
Michelle
　Hardeman
Latochana
　Hawk
Tamar Hawkins



George Haynes
Geoff Heath

Valencia Heath
Caresse Humble

Serena Jones
Keisha Kemp

Jason Kennedy
Larry Kinnon





Steffan Forren
Age: 15
Hobby: flying remote control aircrafts

Steffan's hobby is flying remote control aircrafts. Five years ago he won the youngest flyer award, and last year he got fourth place at a contest called the "Fly-In". The main goal in his life is to become a professional flyer. He enjoys having the most exotic plane on the field. Steffan has been flying remote control aircrafts for six years.




164

Case 3:12-cv-00327-MOC　　Document 75-6　　Filed 12/22/14　　Page 15 of 25

Bates No. 2005



Robert Lankford
Gregory Ledford
Jennifer Lentini
Heather Lloyd
David Long

Lisa Lutz
Kheri Maragh

Melissa Mauldin
Crystal McClurg

Nikki McCook
Leigh McMullan

Amy McWilliams
Kevin Medcalf
Angie Miles
Brandon Miller
Karen Mines

Don Mitchen Jr.
Johnny Mobley
Stacy Mooneyham
Holly Nicholson
Traci Northington

Stacie Parish
Russell Patterson
Shannon Phillips
Wendy Pilkington
Leon D. Porter

165

Bates No. 2006

Jennifer Preves
Matt Pruehs
Domenic Ravita
Josh Richardson
James Robinson

    

 

Ginny Rogers
Alexis Scoggins
Brian Serra
Wesley Sheperd
Craig Smith

    

Jason Smith
Billy Souther
Leslie Starke
Shannon
  Stephens
Josh Stewart

    

Roy Stewart
Sandra Sullivan
Sheila Sullivan
Timmy
  Thomason
Karen
  Thompson

    

Grant Timmons
Chamise Tucker
Jason
  Vanderhorst
Souk Vongsamk
  phanh
Keith Waddell

    

166

Bates No. 2007

 

Amy Walker
Felicia Walker

 

Johnathan
Walton
Fara Ward

 

Shawn Warfield
Malcolm
Waters

 



 

Dawn Watkins
Leslie Watkins

 

Nigel
Weddington
Tara Wilson



Dominic Ravita
Age: 15
Hobbies: music and soccer

Dominic Ravita's is a talent musician but his real love is soccer. His league team placed second in state and he played in England in the summer of 1988. He says, "In attempting to accomplish goals, I believe that two of the most important aspects are being consistent and persistent." Dominic is striving for a scholarship in soccer to pursue studying architecture at Georgia Tech.

 

John Withers
Carl Woods



Roberto Woods
Rhonda Woolf

167

Case 3:12-cv-00327-MOC    Document 75-6    Filed 12/22/14    Page 18 of 25
Bates No. 2008



Bates No. 2009



## Alexia Fonte Bowens
### Age: 15
### Hobby: track

Alexia hopes to attend the next Olympics on the starting blocks, and she is well on her way. She won second place in the Dekalb County meet last year and has jumped feet first into her second year on the women's track team here at Lithonia. Alexia also enjoys swimming and other sports.

Timothy Allmon
Steven Allwod

 

Martina Almand
Mechelle Anderson



Sean Anderson
Teresa Anderson

 

Todd Anderson
Chris Arnold

 

Stephen Bales
Brian Barfield
Derrick Beard
Jimmy
Beradinelli
Stacey Bloomer

   

Nancy Booth
Raychel Bourn
Jason Bowen
James Brewer
Chasity Brown

    

Kelly Brown
Mac Brown
George Brul
Bucky
Buckheister
Brian Burgess

    

170

Case 3:12-cv-00327-MOC    Document 75-6    Filed 12/22/14    Page 20 of 25
Bates No. 2010



Brandi Burroughs
Darin Carter

Wade Cason
Chasiti Childs

Mike Christian
Shawn Cody
Brent Coker
Tina Cole
Carlos Coleman

Clete Cordero
Tonya Courtney
Chris Cowan
Adrian Cox
Robin Crews

Michelle Croley
Eddie Davis
Regina Evans
Renee Davis
Russell Davis

Tomanika Davis
Jamie Dempsey
Jackie Denoncourt
Juanjeca Dent
Danny Dickerson

Deshunti Dorsey
Angela Dunn
Aubrey Dyer
Shanna Dockins

171

Case 3:12-cv-00327-MOC    Document 75-6    Filed 12/22/14    Page 21 of 25
Bates No. 2011



Bates No. 2012



Bates No. 2013



Stacey Bloomer
Age: 14
Hobby: collecting memorabilia on roy-
alty

Stacey finds royalty and their families so interesting that she has taken up the hobby of collecting books and magazine articles on them. Stacey says, "It is fascinating to collect it because in the U.S. there is a lack of mys- tique and pageantry that royalty represents."

Michael Payne
Jason Pickerill

 

Kerry Pinkham
Lori Read

 

Michelle Read
Danny Reagan

 

Keith Richards
Diallo Rome

 

Amy Roth
Cindy Rowland
Tarunna
Sanders
Tiffany Sanders
Chris Schmitt

   

Kent Sears
Beth Sellers
Clark Sheppard
Charlie Shivers
Michael
Shockley

    

Phillips Sims
Heather Smith
Kim Speed
Mendy Springer
James Stapp

    

174

Bates No. 2014



Michael Stewart
Kris Stowe
Greg Swinks
Michael Talley
Aldvan Tartt

Christie Thames
Cynthia Thomas
Jessica Thomas
Jody Thompson
Angelia
Townsend

Carlos Tricoche
Jason Turner
John Vardaman
Douglas Vaughn
Jenny Warner

Kristen Warner
Ernest Watkins
Kristin West
Brian Wheeler
Jamie Wheeler

Annita White
Matthew White
Jill Wickliffe
Tracy Wilhoit
Wendy Wilkes

Dave Wilkinson
Jon Willard
Carey Williams
Chiesa Williams
Rachel
Williamson

Pameka Wood
Sherry Wright
Johnathan
Young
Amanda
Youtsey

175

Case 3:12-cv-00327-MOC    Document 75-6    Filed 12/22/14    Page 25 of 25

Bates No. 2015