Cheryl Allen
Chris Allen
Sharita Allen
Ricky Alverson
John ArTeaga

Michael Awbrey
Mark Baggett
Kimberly Baker
Telly Banks
Britt Barrett

Anthony
Beddington
Derrick
Benefield
Heather Bently
Richard Berry
Sonny Biscoglia

Kimberly Black
Spencer
Blackstone

Jennifer
Bourguignon
Lee Bracey

Leah Brantley
Alicia Brown

Bryan Brown
Tracie Brundage

178



Bates No. 2016



Ramsey Buell
Cassandra Burgess
Ashley Burroughs
Amy Carmel

Saville Carr
Cullen Cole
Saralas Cousar
Demetria Crawford
Anita Cross

Bobby Culver
Ben Cuttino
Jerry Davis
Keishan Davis
Kim Dawson

Tiffany Delay
Angela Dickerson
Tracey Dixon
Wendell D'Mellow
Tamika Dobbs

Doug Drummond
Kristy Eidson
Jennifer Fahey
Shannon Flink
Carmen Flores

Stacey Flowers
Camille Ford
Rickey Foster
Nicky Freeman
Ashley Gardner

Mandy Gatlin
Dana George
Micheal Germes
Andrew Gilley
Shandra Goddard

179

Bates No. 2017



Nathan Gooch
Libra Golphin
Dustin Gratton
Sean Griffin
Susan Hamby

Keana Hamilton
Noel Hanna
Kristie Harden
Scott Harner
Kevin Harper

Eric Hawthorne
Netoshia Heard
Barry Highfield
Jeremy Houston
Lisa Howard

Shanda Howard
Buck Howell
Heather Hudson
Omairah Igbal
Walter Jenkins

Damian Jennings
Michelle Johnson
Clenon Jones
Josh Jones
Tamica Jones

Amy Jordan
Bradley Jordan
Chris Kelly
Jackie Kelly
Kerri Kelly

Adrian Kidd
Keith Kilgore
Alex Kimbrell
Emerson Knight
Paige Knight

180

Case 3:12-cv-00327-MOC    Document 75-7    Filed 12/22/14    Page 3 of 12

Bates No. 2018



Sammy Knowles
Tara Knox
Heath Koenig

Jeff Kooken
William Lane Jr.
Frederick Lashley

Vanessa Lee
Roseann Louallen
Frank Luke
Jennifer Maine
Delanie Manley

Patrick Marshall
Patrick Martin
Brian Matthews
April McCoy
Taneka McDaniel

Tamara McKen
Titears McKibben
Jeff McNeely
Stacey Moore
Shannon Morse

Jeff Munden
Thomas Murray
Kelley Myers
Kim Myrick
Brandi Nations

Nathan Nowak
Joe Olds
Kristi Oliver
Jason O'Quinn
Mason Orr

181

Case 3:12-cv-00327-MOC    Document 75-7    Filed 12/22/14    Page 4 of 12

Bates No. 2019



Tonia Owens
Doug Parker
Ricky Pasey
Britt Phillips
Kim Philpot

Benjamin Pickering
Will Pilkington
Jessica Pimentel
Glenn Porter
Jantrice Power

Flecia Preston
Amanda Preves
Beth Pritchett
Nikki Purcell
Kevin Rakestraw

Michael Ray
Brian C. Reed
Ken Regan
Jimmy Renehan
Charity
Reppenhagen

Keisha Richardson
Tony Roberts
Robin Robinson

Nikisha Roseberry
Robbie Ryan
Brian Salter

Sheniel Sanders
Sheriase Sanders
Jennifer Schubert

182



Rebecca Schube[...]
Greg Seaman
Kara Sears
James Shanks
Diane Shaw

Tracy Shaw
Lynn Shelton
Daryl Shumake[...]
Michelle Simon
Solanda Slaugh[...]

Greg Smith
Lee Smith
Lee Smith
Heather Stallin[...]
Dargues Stanfo[...]

Walter Stokes
Jennifer Stuart
Andrea Swart
Michelle Taylo[...]
Regina Terry

Keri Thompson
Kim Thomason
Melanie Thom[...]
Alicia Tinsley
Christi Tyree

Corutney
Vanderhorst
Alison Venable
Cerelia Walker
Keith Walters
Errol Ward

Latrice Watki[...]
Tommy Weav[...]
Demetra
Weddington
Lavon White

183

Case 3:12-cv-00327-MOC     Document 75-7     Filed 12/22/14     Page 6 of 12

Bates No. 2021



Dena Whitley
Jennifer Walkeinson

Anne Williams
Shane Williams

Erica Willis
Monica Willkinson

Stacey Wilson
Cain Wong

Kim Woodard

Bates No. 2022



1990 Bulldog
Lithonia High School
2451 Randall Avenue
Lithonia, GA 30058
Volume 44

Bates No. 2023

# DEDICATION TO MRS. CLAUDIA SARDEN

We, the class of 1990, hereby and unreservably dedicate this year's annual to Mrs. Claudia Sarden. Mrs. Sarden has taught English at Lithonia High School for ten years. Aside from being a faithful sponsor of the Beta Club for seven years, she has participated in a number of other school activities. She received her B.A. in English from Tuskegee Institute and a Masters' Degree in English Education from Georgia State. She is the proud mother of three year old Avery Monroe.

Mrs. Sarden is famous for her seemingly inexhaustable vigor and her eloquent sesquipedalian and oblongitudinal vocabulary, hence her title, "The Goddess of Diction". Most importantly, Mrs. Sarden is noted for her tendency to give *long* homework assignments.

The Seniors wish to congratulate Mrs. Sarden for a job well done. We will always love and remember you.







Bates No. 2024







7

Bates No. 2025

# A NEW ADMINISTRATION







Education is an important key in the lives of students here at Lithonia High School. Here to guide and show us a more successful way, our new principal, Mr. Byron Collier has demonstrated to us the leadership and concern he feels for his students. Discipline is important as Mr. Anthony Golden directs all students down the straight and narrow path. Without Mr. Curtis Eidson, many students would not realize the importance of attendance and coming to school on time. The ability to excel academically is demonstrated by Ms. Margaret Schick as high expectations are constantly enforced in our young, maturing minds. These are the leaders at Lithonia High; we are the leaders of tomorrow. Students at Lithonia High have gained the opportunity to excel in every aspect of their lives.





12

Case 3:12-cv-00327-MOC    Document 75-7    Bates No. 2026    Filed 12/22/14    Page 11 of 12

# Cross Country



First Row: Patrick Talley, *Dexter Jones, *Carey Smith, *Domenic Ravita, Wendell D'Mellow Second Row: Coach Durrett, Sandy Crawford, Simon Sargent, Alduan Tartt, David Wilkinson, Sacha Thomas, Kevin Murray, Tom Nix, John Chamblee, Mike Talley, Not Pictured: Kerri Kelly, Chris Smith

**STATS**
1989-90 Cross Country Team Overall Record 44-16 County Record 30-12 Region 7AAA 4th Place





Bates No. 2027