



**Top Five Boy Runners:**
Carey Smith
Dexter Jones
David Wilkinson
Chris Smith
John Chamblee

**Top Girl Runner**
Sacha Thomas



Bates No. 2028

# ART



Members are: Reginald Brooks, Phillip Dale, Ricky Foster, Rita Gholston, Barry Highfield, Kirk Jackson, Emerson Knight, Jennifer Lee, Joe Moran, Tonya Palmer, Leon Smith, Shannon Stevens, Robert Taylor, James Thomas, Felicia Walker, Burt Gardines, Edwin Lenoir, Mike Lallexstedt, Damien Shaw, Mr. Aiken





# INDUSTRIAL ARTS



Members are: Scott Ouelette, Kwami Jordan, Steve Austin, Ray Diamond, Mike Denoncourt, Cornelius Rose, Donnell Jones, James Lassiter, Jason Hammond, Jason Kimbrough

93

# ADMINISTRATION



Byron Collier

Curtis Eidson

Anthony Golden

Margaret Schick

Where's the Beef?

This could be dangerous.

Another day in Paradise.

Mrs. Schick, loading those buses.

96

# SECRETARIES


Linda Bartlett


Ann Gibson


Elaine Goddard


Sandy Haynes


Whose idea was this?


Jenny McDaniel


Jean Wiggins


What am I doing here?



Don't worry, be happy!


Just one more. . .

# COUNSELORS


Hollywood here I come.


Malcolm Brown

Dovie Gray

Elizabeth Henderson

Cathy Marnell






Lovie Dovie happy at work.

97

Case 3:12-cv-00327-MOC    Document 75-8    Filed 12/22/14    Page 4 of 14
Bates No. 72031

# SPECIAL EDUCATION


Cynthia
Coleman


Alice
Frazier


George
Green


Helen
Johnson


Rhonda
Jordan


Eric
Mance



You ate what for lunch?




... If I put this here ...


Charlotte
McKenzie

Gloria
Nwangoro



I don't know what to do.



Best Dressed

Rhonda Jordan

Clifford Tyree

Case 3:12-cv-00327-MOC    Document 75-8    Filed 12/22/14    Page 5 of 14

Bates No. 2082

# FOREiGN LANGUAGE



Ada
Aleman



Debra
Arnold



Cheryl
Land



Rhonda
Wells



Helga
Williams



I'm going to cry.



Peek-a-boo, we see you Mrs. Land



I like the way that sounds.

Case 3:12-cv-00327-MOC    Document 75-8    Filed 12/22/14    Page 6 of 14    Bates No. 2033

# SOCIAL STUDIES



Susan Clark

William Durrett

Joyce Furlong

Diane Karafotias

Robin May

Tom Matthews

Joe O'Neal

Alvin Perry

James Townsend

Clifford Tyree

Mike Worthington

What's missing from this picture; Mr. Tyree?

108

Case 3:12-cv-00327-MOC    Document 75-8    Filed 12/22/14    Page 7 of 14

Bates No. 2034

# BUSINESS/VOCATIONAL



Phillip
Barker



Louise
Blount



Ann
Fluellen



Carrie
Friedler



Vandy
Gates



Yes, you may be excused, Mr. Barker



Mrs. Mosley demonstrating the proper insertion of a hard disk.







Cheese!!!



Stan
McCallar



Noreen
Morrison



Marjorie
Mosley



Brona
Snell

Sue
Winter

100

Case 3:12-cv-00327-MOC     Document 75-8     Filed 12/22/14     Page 8 of 14
Bates No. 2085

# PHYSICAL EDUCATION



Donna
Bishop



Bobby
Brewington



Michael
Fowler





Pat
May



John
Shinall

Hey girls, does this look like P.E. to you?

# SPECIAL SERVICES



Best Looking
Patty Ely
Bobby Brewington



Most Athletic
Pat May
John Shinall







You sound like a broken record.

What did you say you wante



101

Bates No. 2036

# ENGLISH



Friends Forever!



Whatcha thinkin', Mrs. Dershimer?



Robert
Baird



Sharon
Benson



Dorothy
Bryant



Marcianne
Burroughs



Mary Ellen
Corley



Barbara
Davidson



Judy
Davis

102

Case 3:12-cv-00327-MOC    Document 75-8    Filed 12/22/14    Page 10 of 14

Bates No. 2037



What are you looking at?

Look, no cavities!

Sharon
Dershimer

Melanie
Furchner

Angela
Hall

Gladys
Johnson

Laurie
Johnston

Mildred
Jones

Dana
Pool

Claudia
Sarden

Laura
Sellers

Elsie
Smith

Crecy
Witherspoon

103

# MATH

Willie
Andrews

Joy
Butler

Deborah
Dacus

Patti
Ely

Mr. Shivers in Deep Study.

Dale
Foote

Cheryl
Gambrell



Warren
Vicknair



Ralph
Villani



Susan
Weller



David
Zink

104

Bates No. 2039



That's very Discrete Math, Mr. Villani.

Cathy
Hatfield

Jeff
Hubright

Mattie
Okpala

Mike
Shivers

If I tell you one more time . . .

Hard at work.

Case 3:12-cv-00327-MOC     Document 75-8     Filed 12/22/14     Page 13 of 14

Bates No. 2040

# SCIENCE



Martin Carey

Jonnie Sue Fain

Yvette Gilbert

Debra Hughes

Gladys Jones

Joan McMullan

Lynn McNett

Katherine Ware

Sandee Yancey

Who me?

Case 3:12-cv-00327-MOC    Document 75-8    Filed 12/22/14    Page 14 of 14

Bates No. 2041