

We dance well, don't we?

Would you listen to this guy?

Most Intellectual
Claudia Sarden
Martin Carey



He wants my apple.
Claudia Sarden
Martin Carey

Case 3:12-cv-00327-MOC    Document 75-9    Filed 12/22/14    Page 1 of 24
Bates No. 2042

# FINE ARTS





Brian Aiken

Jean Bailey

Conrad Cheney




Judy Davidson

Kathy Kelly





Debroah Mims

Leanne Pawlowski

## LHS Media Staff



Mike Worthington



What's missing from this picture; Mr. Tyree?

Case 3:12-cv-00327-MOC   Document 75-9   Filed 12/22/14   Page 2 of 24

Bates No. 2043



Brian Hanner  Kiya Harris  Heather Dawn Hastings  Gabrielle Hayes

Patrick Haynes  Kesha Heard  Lydia Hearn  Chris Hill

Katherine M. Holland  Genoulia Alicya Hollinshed

Most Dependable

Dijon Anderson
Lorrae Walker

Trena Horton  Alan Howard

Bates No. 2044



# Class Officers

Jason Marshall — President
Josh Richardson — Vice-President
Kari Cameron — Secretary
Jeff Hall — Treasurer

# Juniors

## Student Council Representatives

LaNedra Giles
Jennifer Lentini



Case 3:12-cv-00327-MOC   Document 75-9   Filed 12/22/14   Page 4 of 24
Bates No. 2045



Best-All Around — LaNedra Giles and Jeff Hall

Polly Abbott
Orlando Adwaters

Pamela Allmon
Daniel Anderson

Tawanna Armour
Keecha Atkinson

Kenny Bailey
Tasha Bailey
Brett Ball
Deirdra Benfield
Myron Bethley
Benjie Biscoglia

Angela Blakeslee
Scott Blackstone
Laura Blythe
Marcy Bonner
Kimberly Bradwell
Lena Brandenburg

Thomas Broadnax
Alphonso Brown
Kennon Browing
Kimberly Browning
Stephanie Bryant
Melinda Buggs

Roy Burnfin
Kari Cameron
Galvin Cammack
Kathie Camp
Ricky Camp
David Carter

Katina Carter
Stephen Cash
Shaye Chaney
Tito Cheoun
Amy Clark
Monique Clark

141

Case 3:12-cv-00327-MOC     Document 75-9     Filed 12/22/14     Page 5 of 24

Bates No. 2046

Cole, Michelle
Coleman, Joseph
Crawford, Sandy
Davis, Christy
Dennard, Mike
Dillard, Marwin

Dover, Latreece
Edwards, Vincent
Faller, Nancy
Faulkner, William
Ford, Kelly
Forren, Stefan

Fraker, Kym
Franklin, Ronnie
Freeman, Selena
Grabriel, Josue
Gibbs, Lerone
Giles, Lanedra

Glass, Pam
Guthrie, Thilenius
Hagan, Heather

Hall, Jefferson
Hamloch, Jahecmea
Hardeman, Michelle

Harden, Valencia
Harris, Jeshua
Hasan, Najee

Haynes, George
Head, Walter
Heath, Valencia

Henby, Matt
Hill, Shaunyse
Hosten, Walter



# JUNIORS

Case 3:12-cv-00327-MOC    Document 75-9    Filed 12/22/14    Page 6 of 24
Bates No. 72047



Huguley, Rhonda
Hull, Kelsey
Hunter, Latonya
Joker, Othello
Jones, Alexis
Jones, Serena

Kemp, Keisha
Kendrick, Tavis
Kennendy, Jason
Kinnon, Larry
Ladue, Chris
Ledford, Gregory

Lentini, Jennifer
Lloyd, Heather
Long, David
Mance, Kalonji
Manns, Staci
Maragh, Kheri-Ann

Mauldin, Melissa
McClurg, Crystal
McMullan, Leigh
McWilliams, Amy
Medcalf, Kevin
Merrill, Sha

Miles, Angie
Miller, Brandon
Mines, Karen
Montgomery, Charles
Mooneyham, Stacy

# JUNIORS

143

Case 3:12-cv-00327-MOC    Document 75-9    Filed 12/22/14    Page 7 of 24
Bates No. 2048



Munden, Brian
Neal, Shadaria
Nothington, Traci
O'Kelley, Larader
Olinga, Ambe
Parish, Stacie

Phillips, Shannon

Pilkington, Wendy

Porter, Leondrek

Presley, Marlicia

Preves, Jennifer

Ravita, Domenic

Reeves, Fred
Reynolds, Jason
Richardson, Barry
Richardson, Ryan
Rinker, Chris
Robinson, Ginger

# Juniors

144

Case 3:12-cv-00327-MOC    Document 75-9    Filed 12/22/14    Page 8 of 24

Bates No. 2049





Robinson, James
Rockenfield, Scott
Rose, Niobie
Sargent, Simon
Scott, Serena
Sears, Kent

Serra, Brian
Smith, Jason
Smith, Jermaine
Stephens, Shannon
Stevens, Gregory
Stewart, Mark






Stone, Greta
Sullivan, Sandra
Tenogbade, Adeniran
Terrall, Latunia
Thames, Dyran
Thomas, Tameki

Thompson, Shaundell
Tucker, Chamise
Varist, Gary
Waddell, Jessica
Waddell, Keith
Walker, Amy

# Juniors

Juniors

Case 3:12-cv-00327-MOC    Document 75-9    Filed 12/22/14    Page 9 of 24
Bates No. 2030










Warner, Jenny
Waters, Stephanie

# Class of

'91

Watson, Daniel
West, Kevin




# Juniors

146

Case 3:12-cv-00327-MOC    Document 75-9    Filed 12/22/14    Page 10 of 24    Bates No. 2051

    

White, Felicia
Wilhoit, Tracy
Williams, Dawn
Williams, Rasheed
Wilson, Tara
Withers, John







 

Woods, Carl
Woods, Roberto

# Juniors



147

Bates No. 2052

# JUNIOR HIGH FOOTBALL

Each year the Junior High football team demolishes their formidable opponents. The team's grueling hard work at practices and the skillful coaching expertise of Coach Green proved successful.

The Bulldogs have played magnificient football. With a record of 5 wins and 2 losses, the team merits the respect of not only Bulldog fans but also the respect of rival teams!




| Lithonia | 22 | Towers | 0 |
|---|---|---|---|
| Lithonia | 18 | Shamrock | 0 |
| Lithonia | 10 | Henderson | 12 |
| Lithonia | 19 | Tucker | 20 |
| Lithonia | 14 | Stone Mountain | 3 |
| Lithonia | 18 | Miller Grove | 6 |
| Lithonia | 12 | Southwest Dekalb | 0 |



1st Row: Coach Green, Billy Freeman, Derrick Adams, Naim Gross, Matthew Howell, Alonzo Lester, Zavian Brown, Issac Hudson, Brandon Perry, Corey Stinchcomb, Alfonse McGee, Coach Brady. 2nd Row: Sean Clemmons, Deandra Cherry, Reggie Billingsley, Wayne Crawford, Garret Bell, Dexter Starks, Greg Arnold, Phallon Kerr, Terry Hawkins, Charlie McCollum, Stanley Steed, Joey May, Sellar Epps, Micheal Franks. 3rd Row: Donnel Smith, Ken Stringer, Joey Starr, Anthony Kilgore, Tray Hardy, Marcus Gather, Mario Barnette, Walker Booth, Derrick Sounder, Carlos Bailey, Justin Harrid, Chris Leonard, John Jordan. 4th Row: Wayne Mcclain, Allen Whittenburger, Larry Roberts, Kevin Crutchfield, Antonio Marble, Thalmus McDowell, Jason Haynes, Johnny Pulliam, Charles Jordan, Buck Rogers, Stuart Ferguson, Corey Stocks. 5th Row: Darnell Jemison, Eric Gilchrist, Brett Quarles, Teone Snooks, Adrian Thomas, Kareem Wright, Brian Lingerfelt, Charles Montgomery, Ricky Barber, Brandon Bell, Joseph Crumbley, Eric Veniskey, Ralph McCollum.



64

Case 3:12-cv-00327-MOC    Document 75-9    Filed 12/22/14    Page 12 of 24

Bates No. 2053

# CROSS COUNTRY AT STATE!



top row: Brent Coker, Charles Matthew, Alduan Tartt, Charles Downer, Michael Lane, Chris Schmitt, Jon Jalvas, Brandon Miller, Greg Jones. third row: Kelly Hughes, Patrick Talley, Tom Nix, Sonny Biscoglia, John Chamblee, Eric Dryer, Eric Newkirk, Ryan McNeil, Tim Ferns, Saville Carr. second row: Matt Hobbie, Reginald Brooks, Stephen Austin, Jimmy Reneham, Carey Smith, Hanee Hassan. bottom row: Coach Durrett, David Frost, Telechia Brownlee, Tanysha Donaldson, Mekila Terrell, Rachel Williamson, Kristian Bower, Eric Payne. Not pictured: Sandy Crawford, Domenic Ravita, Benji Biscoglia, Dexter Jones, Chris Ladue, Ross Snipes, Lavon White, Fred Reeves, Veneetia Smith, Sandra Villanueva, Kiera Alexander, Abraham Baskin.

The cross-country team had an outstanding season this year. In fact, was the most successful season in the history of Lithonia High School. Led by the superb coaching of Bill Durrett, the enduring squad ended with a 56-14 winning record, second place in region 6-AAA, and tenth place in the state. Capt. Carey Smith placed first in the region running as an individual. The participation in cross-country this year surpassed previous years with a turnout close to 40.



70

Case 3:12-cv-00327-MOC    Document 75-9    Filed 12/22/14    Page 13 of 24    Bates No. 2054

# DEDICATION AND

## LHS COACHES



"What was 68's name again?"



"Go out there and knock the heck out of 25!"



Humpty Dance — Phase III



"Time to run the hill!" Coach Clark yells to her tired tennis team. At swim practice, Coach Perry tells his team to "take it easy." The football players may recognize Coach Matthews' quote — "We are all a family." The words of coaches inspire many — students, parents, and, most importantly, players. Coaches are the bond that ties the team together. They have a strong belief in their players and their ideas from the team's backbone. Yet a coach's call is often to be more than a coach. A good coach is also a friend, someone to turn to for help. Laughter, tears, sweat, and frustration are shared — on the court, the field, the mat, the course, and the track — by players and coaches.

LHS has been pleased with wonderful coaches who give so much effort and energy to their teams. The 1991 Bulldog would like to pay a tribute to all of our coaches for their time, understanding, patience, and care.

90

Bates No. 2055

# DETERMINATION

## TAKE US TO THE TOP



We see! Austrailian Body Works has paid off!

**Football**
Tom Matthews
Larry Ballard
George Green
Mike Leissa
Ron Elgin
Craig Raines
Scott Braddy

**Cheerleading**
Cindy Coleman
Carrie Friedler
Deborah Dacus
Sharon Graff
Amanda Lightfoot

**Cross Country**
Bill Durrett

**Swimming**
Alvin Perry
Diane Karafotias

**Tennis**
Susan Clark

**Basketball**
Eric Mance
Donna Burke
Bobby Brewington
John Shinall
Willie Andrews
Robin May

**Soccer**
Joe O'Neal
Martin Carey
Bill Durrett
Cliff Tyree

**Gymnastics**
Donna Burke
Rhonda Wells

**Wrestling**
Joe O'Neal
Mike Leissa

**Golf**
Larry Ballard

**Track**
Pat May
Bobby Brewington
Willie Andrews
Craig Raines

**Baseball**
Ron Elgin
Mike Leissa

91

# SPECIAL
## Inside Look AT

# SPECIAL
## Inside Look AT



*SOCCER* — Expect the unexpected. Last year, both Boys and Girls Soccer had a rebuilding year but this year they are ready for action. Many players participated on indoor soccer teams to prepare for this year. Hopefully not much red or yellow will be seen on the fields. Players to watch for: Domenic Ravita, Jon Willard, Josue Gabriel, Sandy Crawford, Jimmy Renehan, John Galvas, Amanda Youtsey, Kelly Brown, and Jill Wickliffe.



*GYMNASTICS* — What's a back walkover? What's a round-off? Maybe you should get involved — this is Coach Burke's goal for the gymnastics team. She hopes to have several gymnasts qualify for state and improve regional standings. Ms. Burke enters the season with crossed fingers and hopes of participation.



*TRACK* — After last year's outstanding record for girls and boys track, our track coaches plan on having another tremendous season. Most of the team is returning and is ready to set new records. Parrish Golphin, last year's only State participant, is returning, while the girls expect another undefeated season. They can all hardly wait for State!

92

Case 3:12-cv-00327-MOC     Document 75-9     Filed 12/22/14     Page 16 of 24

Bates No. 2057










Bates No. 2058



# SENIORS
## THE BEAT OF THE FUTURE

Bates No. 2059

# SENIORS MAKE IT WORK



Dancin' to the Beat



The 1990-91 Senior Class Officers were Tonya Anderson, LaNedra Giles, Misha Harris, and Tashieka Buchanan. This year these girls contributed to the making of our float and hall decorations during Homecoming week.



Finishing Touches





The 1990-91 Student Council Representatives were Polly Abbott and LaNedra Giles. These two girls were involved in student council activities such as the decoration and organization of the Homecoming Dance.



Paula M. Abbott

Daphne L. Ackey

Orlando B. Adwaters

Pamela M. Allmon

Tonya Anderson

Tawana L. Armour

Keecha L. Atkinson

Ira Bailey

Kenneth M. Bailey

Abraham A. Baskin

Carol A. Barnes

Deirdra J. Benefield

Benjamin E. Biscoglia

Donald S. Blackstone

Angela L. Blakeslee

Laura M. Blythe

Dione D. Bowden

Kimberly M. Bradwell

Lena M. Brandenburg

Thomas D. Broadnax

Bates No. 2061



Alphonso L. Brown

Laphine N. Brown

Kennon Browning

Kimberly Browning

Tasheika L. Buchanan

Melinda L. Buggs

Roy N. Burnfin

Jason G. Byrdsell

Kari K. Cameron

Galvin A. Cammack

Richard D. Camp

David R. Carter

Katina L. Carter

Stephen A. Cash

Tanaka L. Chaney

Hyung S. Cheoun

Anthony W. Clark

Amy V. Clark

Lekeitha D. Clark

Monique A. Clark

Bates No. 2062











Joseph H. Coleman

Sharma T. Cooper

Uganda D. Cousar

Nikko S. Crawford

James S. Crawford











Amedra L. Davis

Eric A. Davis

Tileceya S. Davis

Michael D. Dennard

Yatisha N. Dezmal











Marwin V. Dillard

Tanysha L. Donaldson

Kelsey Driver

Dexter Ebnton

Tracy L. English











Roseandah S. Evans

Nancy E. Faller

Kim A. Fraker

Karen Fray

Selena D. Freeman

Bates No. 2063

Erick J. Frieson Jr.

Josue Gabriel

Jason Galvas

Lerone Gibbs

LaNedra Giles

Pamela Glass

Shangnia L. Graham

Thilenius Guthrie

Heather A. Hagan

Derric D. Haney

Michelle Hardemen

Valencia D. Harden

Jeshua J. Harris

Misha G. Harris

George E. Haynes

Walter E. Head

Valencisa Heath

Aleigha H. Henderson



Latricia Thompson

Bates No. 2064



Matthew B. Henley

Jocelyn S. Hill

Walter G. Hosten

Rhonda L. Huguley

Michael O. Irwin

Daryl Jackson

Greg L. Jones

Serena Jones

Rashawn Jones

Steven Jones

Keisha N. Kemp

Tavis L. Kendrick

Jason A. Kennedy

Barry C. Kiefaber

Cherie L. Lamoreau

Gregory G. Ledford

Jennifer L. Lentini

Jevon Lewis

Delisha L. Lipscomb

Heather N. Lloyd

Bates No. 2065