

David C. Long

Lisa Lutz

Kalonji A. Mance

Staci L. Manns

Kheri-Ann C. Maragh

Jason R. Marshall

Tiffany Martin

Melissa M. Mauldin

Crystal L. McClurg

Nikki L. McCook

Leigh A. McMullan

Amy B. McWilliams

Kevin L. Medcalf

Sha C. Merrill

Angela J. Miles

Brandon K. Miller

Karen T. Mines

Joseph S. Mitcham

Stacy B. Mooneyham

Alonzo T. Moore

Bates No. 2006









Lonnie Mullinax

Brian R. Munden

Shantaria L. Neal

Ajene K. Neeley

Eric M. Newkirk









Holly D. Nicholson

Sarana V. Nicholas

Angelita N. Nunez

Ambe J. Olinga

Stacie M. Parish









Shannon E. Phillips

Wendy D. Pilkington

Montrese S. Pitmon

Leondrek D. Porter

Marlicia L. Presley











Jennifer Preves

Curlis Profit

Domenic E. Ravita

Fred Reeves

Carlos Reid

Bates No. 2007



# SENIOR BEAT

Case 3:12-cv-00327-MOC    Document 75-10    Filed 12/22/14    Page 3 of 20

Bates No. 2008



# 91 RHYTHM

Bates No. 2009











Josh Richardson

Simon E. Sargent

Jason C. Reynolds

Niobie Rose

William A. Scoggins











Kent Sears

Khari C. Simmons

Serena Scott

Wanda Shivers

Rashon Simmons











Demetress Smith

Jermaine A. Smith

Chris Smith

Jason Smith

Nikkia A. Smith











Leslie B. Stark

Mark Stewart

Marcus E. Solomon

Shannon Stephens

Greta M. Stowe

Bates No. 2070



Lafia R. Stringer



Sheila Sullivan



Latunia D. Terrell



Adeniran A. Tewogbade



Dyrran Thomas Jr.



Sherita Thomas



Tameki A. Thomas



Shaundell D. Thompson



Chamise N. Tucker



Souk K. Vongsamphanh



Jessica K. Waddell



Keith S. Waddell



Amy L. Walker



Felecia D. Walker



Jonathon L. Walton



Shawn R. Warfield



Stephanie N. Waters



Sherica D. Whitaker



Felicia M. White



Tracy L. Wilhoit

Bates No. 2071


Dawn E. Williams


Rasheed O. Williams


Shuana L. Williams


Tara R. Wilson


Carl M. Woods


Roberto Woods


Tameika Woods


Tiki E. Worthy


Felisha Wright


Bronwyn Yale

## COMES THE DAWN

After a while you learn the subtle difference
Between holding a hand and chaining a soul,
And you learn that love doesn't mean leaning
And company doesn't mean security,
And you begin to learn that kisses aren't contracts
And presents aren't promises,
And you begin to accept your defeats
With your head up and your eyes open,
With the grace of a woman,
Not the grief of a child,
And you learn to build all your roads today
Because tomorrow's ground is too uncertain for plans.
And futures have a way of falling down in mid-flight,
After a while you learn
That even sunshine burns if you get too much.
So you plant your own garden
And decorate your own soul,
Instead of waiting for someone to bring you flowers.
And you learn that you really can endure,
That you really are strong.
And you really do have worth.
And you learn and learn,
With every good-bye you learn.

— Anonymous

108



Abdullah, Yasmin
Abney, Andre
Allen, Bea
Allen, Sakeyta
Allmon, Tim
Allwood, Steven

Anderson, Mechelle
Anderson, Sean
Anderson, Teresa
Anderson, Todd
Andrews, Reyshelle
Arnold, Chris

Barfield, Brian
Battle, Bridgett
Bell, April
Bellard, Demond
Berardinell, Jimmy
Berrones, Ray

Banks, Melissa
Booker, India
Booker, John
Booth, Nancy
Brantley, Nicole
Broome, Kali

Brown, Kelly
Brown, Mac
Burroughs, Brandi
Cason, Wade
Cast, Wendy

# JUNIORS

Abdullah — Cast   123

Case 3:12-cv-00327-MOC    Document 75-10    Filed 12/22/14    Page 8 of 20

Bates No. 2073

Chambers, Keith
Chamblee, John
Chanceller, Alex
Chappell, Jerry
Cobb, Carlos
Coker, Brent

Cole, Tina
Collins, Chris
Conway, Rhonda
Cooper, Sharon
Cordero, Clete
Cowan, Chris

Cox, Adrian

Crews, Robin



Croley, Michelle
Crumbley, Troy
Davis, Rynee
Dempsey, James
Degroot, Melissa
Dent, Juanjeca

Devlin, Corey
Dockery, Ria
Donald, Byron
Dunn, Angela
Evans, Josh
Fallen, Dedrick

Farmer, Brandy
Ford, Juanita
Foster, Pierre
Foster, Tony
Gardner, Gretchen
Garland, Lynn

George, Yohanseh
George, Paul
Gibson, Amdrea
Glaze, Pamela
Golphin, Parrish
Griggs, Jason



JUNIORS

# JUNIORS

124  Chambers — Griggs

Bates No. 2074



Hairston, Jason
Hammonds, Kimberly
Hanna, Chad
Hasan, Hanee

Heard, Michael
Heerde, Bryan
Hoek, Jody
Hollie, Keshockas

Holtzclaw, Troy
Hopkins, Walter
Housh, Derrick
Houston, Twanda
Howard, Erica
Huff, Ernest

Hughey, Rita
Hunt, Shana
Jackson, Andre
Jenkins, Kelly
Jenkins, Kevin
Johnson, Karen

Johnson, Latisha
Jones, Chris
Jones, Donald
Jones, Heather
Jones, Jimmy
Jones, Shawn

Jones, Dexter
Jordan, Charles
Jordan, Robert
Kelley, Monica
Kennecy, Felecia
Keodara, Vanna

Kooken, Lee
Lamar, Quincy
Lane, Melanie

Latham, Ben
Lawrence, Ellora

My Most Embarrassing Moment!
"When I was called by my nickname
in public." (Pam Glaze)
"At a crowded basketball game, I fell
right on my butt." (Malinda Nesby)
"When I got dumped right in front of
all my friends." (Jason Griggs)

# JUNIORS

Hairston — Lawrence   125

Case 3:12-cv-00327-MOC    Document 75-10    Filed 12/22/14    Page 10 of 20
Bates No. 2075

Lawrence, Eric
Lee, Jennifer
Lindsey, Tamika
Little, Tony
Lockett, Deidre
Lowe, Denise

Lubsey, Erika
Mathews, Charles
Mayhue, John
McClain, Rhonda
McCombs, Michele
McDaniel, Michael

McGee, West
McMichael, David



McNeill, Ryan
McWhorter, Tonya

Mealor, Stacey
Mitchell, Clifford
Mohammed, Tahisha
Morris, Cassandra

Morris, Tasa
Navarrete, Alberto
Nesby, Malinda
Nix, Tom

Noyes, Julie
Oliver, Kim
Orr, Adam
Ozaki, Brian
Patton, Sunni
Payne, Chad

Payne, Eric
Pickerill, Robert
Read, Michelle
Riley, Anthony
Rivers, Quinton
Robinson, Carlos

# JUNIORS

126  Lawrence — Robinson

Case 3:12-cv-00327-MOC    Document 75-10    Filed 12/22/14    Page 11 of 20
Bates No. 2076



Rome, Diallo
Rose, Jennifer
Roth, Amy
Russell, Jason

Sanders, Tiffany
Sawyer, Tiffoney
Searcy, Jermaine
Sellars, Beth

Sellars, Rafael
Sheppard, Mignon
Shockley, Michael
Shorter, Deandre
Smith, Carey
Smith, Nayef

Snipes, Ross
Speed, Kim
Springer, Mendy
Starr, Rodney
Stapp, Jame
Stowe, Kris

Stridiron, Migual
Surles, Arnita
Talley, Michael
Tartt, Alduan
Thomas, Jaquitta
Thomas, Jayson

Willard, Jon
Tricoche, Carlos
Turner, Keoko
Vardaman, Jay
Wallace, Reuben
Warren, Asha

Warren, Patrick
Washington, Dawn
Washington, Eugene
Webb, Crystal

White, Anita
Wickliffe, Jill
Wilkes, Wendy

# JUNIORS

Case 3:12-cv-00327-MOC   Document 75-10   Filed 12/22/14   Page 12 of 20
Bates No. 2077

Williams, Carey
Willard, Jon
Williams, Celesta
Williams, Tyreek
Williamson, Rachel
Wilson, Stewart

Withers, John
Woods, Shannon
Youtsey, Amanda



JUNIORS

JUNIORS

128    Williams — Youtsey

Bates No. 2078



Abdullah, Asia
Alexander, Tameka
Allen, Cheryl
Allen, Chris
Artega, John
Bagget, Mark

Baileu, Willie
Banks, Jeff
Banks, Telly
Barber, Delicia
Barrett, Britt
Battle, Stephanie

Beddington, Tony
Benefield, Derrick
Benford, Shajuana
Benson, Ben
Bentley, Heather
Berry, Richard

Biscoglia, Sonny
Bishop, Leon
Black, Kimberly
Blackstone, Spence
Brooks, Jovan

# SOPHOMORES

Brooks, Keebie
Brown, Alicia
Brown, Nicole
Burgess, Cassandra
Burroughs, Ashley
Byrd, Deanna

Camp, Christopher
Carmel, Jennifer
Carroll, Samantha
Carter, Ramon
Cash, Robert
Clay, Tabitha

Cooper, Griselda
Corbett, Mallah

Covington, Kimberly
Culver, Bobby

Culver, Bobby
Cummings, Gwendolyn

Cuyler, Kendra
Cuyler, Kim

Dale, Phillip
Davis, Deshawn
Davis, Keishan
Deshazer, Benny
Dezmal, Chris
Dixon, Tracey

Dobbs, Jess
Drummond, James
Dryer, Eric
Durden, Terrins
Dyck, Jason
Evans, Kim



SOPHOMORES   **SOPHOMORES**

Case 3:12-cv-00327-MOC   Document 75-10   Filed 12/22/14   Page 15 of 20
Bates No. 2080



Evans, Robby
Fleming, David
Ford, Camille
Forest, James
Fountain, Charnese
Freckleton, Shakira

Freeman, Diane
Fuller, Stephanie
Galvas, Jon
Gidden, Tiffini
Glass, Consuela
Glass, Ray

Glenn, Twannekia
Goddard, Shandra

Golphin, Libra
Goodman, Chad

Grafton, Dustin
Grayer, Jason

Griffin, Sean
Gross, Anita

Gurnill, Yvonne
Hanna, Noel
Hardeman, Avion
Harper, Kevin
Heard, Shereca
Herrschaft, Shannon

Hunter, Tara
Jackson, Keith
Jackson, Yolundra
James, Dwayne
Johnson, Gregory
Jones, Chenan

# SOPHOMORES

Bates No. 2081

Jones, Donnell
Jones, Joshua

Jones, Tamica
Jordan, Amy

Jordan, Bradley
Joseph, Nekis
Kapur, Nina
Kelly, Chris
Kelly, Kerri
Kelly, Jackie

Kilgore, Keith
Kimbrell, Alex
Knight, Melissa
Knowles, Sammy
Knox, Tyra
Koenig, Heath

Layne, Sheldon
Lee, Natashia
Lester, Shamico
Ludford, Rohan
Lynn, Sharif
Macon, Brian

Manley, Delaine
Marsh, Ricky
Marshall, Charlotte
Marshall, Dione
Martin, Ed
Mason, Henrika

McCray, Duane
McKen, Tamara

McMaster, Lisa Ann
McNeely, Jeff



# SOPHOMORES

Case 3:12-cv-00327-MOC Document 75-10 Filed 12/22/14 Page 17 of 20
Bates No. 2032



Moore, Stacey
Moran, Joe
Morton, Billie
Morton, Kaiea
Munden, Jeff
Murden, Rasheen

Murray, Kenny
Nelson, Rasheed
Odom, Veranda
O'Quinn, Jason
Orimoloye, Mark
Orr, Mason

Osborne, Kareem
Oxendine, Bobbie
Parker, Doug
Parker, Jamica
Parker, Larry
Parker, Nalo

Parks, Nikki
Perry, Henry
Phillips, Britt
Philpot, Kim
Pilkington, Will
Pittman, Reggie

Polk, Heather
Preston, Don
Preves, Amanda
Priestley, Damone
Queener, David
Rakestraw, Kevin

Ramey, Jason
Ratcliffe, Lawanda
Rawls, Donnel
Ray, James
Ray, Michael
Redding, Felicia

Redmond, Clayton
Redd, Brandon

Reed, Brian
Renehan, Jimmy

**What Will I be in 25 years?**

Broadcast Journalist (Heather Bentley)
A Lawyer (Shantell Cockrell)
Electrician (Robby Evans)
Pediatrician or Dermatologist (Samantha Carroll)

# SOPHOMORES

Case 3:12-cv-00327-MOC    Document 75-10    Filed 12/22/14    Page 18 of 20

Bates No. 2083

Richardson, Cherise
Rivers, Quinton
Robinson, Keola
Robinson, Melissa
Robinson, Robin
Rosemond, Sheranda

Salter, Brian
Sander, Sheneil
Sanders, Sheriase
Schubert, Jennifer
Schubert, Rebecca
Sears, Kara

Shanks, James
Sharp, Carl
Shaw, Diane
Shaw, Tracy
Shelton, Lynn
Shumake, Darryl

Simon, Tiffany
Simpkins, Jimmy

Sledge, LaVincent
Smith, Christine

Smith, Ernie
Smith, Lee

Smith, Robert
Smith, Sendrea

Staley, Kisha
Steers, Lincoln



Case 3:12-cv-00327-MOC    Document 75-10    Filed 12/22/14    Page 19 of 20

Bates No. 2084



Stephens, Deena
Stepnowski, Brandie
Stewart, Tafawa
Stokes, Shamika
Stuart, Jennifer
Swint, Yolanda

Taylor, Michele
Taylor, Nefertiti
Taylor, Robert
Thomas, Desean
Thomason, Kim
Thomoff, Eric

Thompson, Keri
Tinsley, Alicia
Tricoche, Marcus
Tyree, Christi
Vample, Huly
Venable, Alison

Ward, Errol
Watson, Melvin
Webb, Keith
Weddington, Demetra
White, Lavon
Whitehead, Tisha

Whitley, Dena
Williams, Tiawanna

# SOPHOMORES

Bates No. 2085