

Adair, Dwayne
Adams, Jimmy
Alexander, Aisha
Alexander, Kiera

Allen, Sherika
Amis, Dianysus
Anderson, Michael
Aponte, Natasha

Appling, Ellis
Bailey, Carlos
Bailey, Latarsha
Banks, Dwayne

Barasa, Angel
Barber, Rickey
Barnette, Mario
Barrett, Omar

Battle, Rita
Baugh, Yokita
Bazemore, Eric
Beckhom, Jobe

Bell, Alonzo
Bell, Brandon
Bell, Levar
Benson, Benjamin

Benton, Nzinga
Berardinelli, Kevin
Billingslea, Reggie
Billingsley, Mekel

Bishop, Ben
Blackman, Donna
Blankenship, William
Bowden, Felecia

# SUB-FRESHMEN

**Adair-Bowden**   147

Case 3:12-cv-00327-MOC   Document 75-11   Filed 12/22/14   Page 1 of 15

Bates No. 2036

# ADMINISTRATION



**Byron Collier**
LaGrange College
AB
Emory U. MAT GSU
EdS.



**Curtis Eidson**
West Ga. College
BS Ed, MEd., EdS.



**See No Evil, Hear No Evil, Speak No Evil**



**Anthony M. Golden**
GSU MEd.
Albany State BS



**Margaret B. Schick**
GSU AB
Emory U. MAT



"Dear Mom, This place is a lot of fun, but I'm ready to
come home ...



Mrs. Schick rounds 'em up.

Case 3:12-cv-00327-MOC    Document 75-11    Filed 12/22/14    Page 2 of 15
Bates No. 2037

# COUNSELORS











**Malcolm Brown**
Hampton Institute BA; Atlanta U. MA

**Dovie Gray**
U. of Arkansas BA English; GSU MA English; Atlanta U. MA; Guidance and Counseling

**Elizabeth L. Henderson**
Miss. U. for Women BA Soc. Stud.; Miss. State U. MEd.; S. Guidance

**Katherine J. Marnell**
Ga. State College BA Hist.; GSU MEd. Counseling



# SECRETARIES













**Linda Bartlett**

**Ann Gibson**

**Elaine Goddard**

**Sandy Haynes**

**Jenny McDaniel**

**Jean Wiggins**









Bates No. 2088

# PARAPROFESSIONALS


**Sharon Benson**


**Marcianne Burroughs**


**Mary Ellen Corley**


**Ann Fluellen**


**Beverly Gallman**


**George Green**


Those 976 numbers are getting out of hand!


**Angela Hall**


**Helen Johnson**


What in the world is that crawling on my desk?


**Noreen Morrison**

160

Case 3:12-cv-00327-MOC    Document 75-11    Filed 12/22/14    Page 4 of 15

Bates No. 2089

# SPECIAL SERVICES







**Norris Champions**

**Alvin Edwards**

**Steve Fowler**

**Harrison Mattox**

**Neville Tate**





**Terry Ridgeway**

**Kathy Kelley**

Hey buddy, "Where ya suppose to be?"




No, a Mastercard won't work on this.

Potatoes anyone?

161

Bates No. 2030

    

Brian Aiken
Berry College
GSU BVA, MVA
Art

Ada Aleman
Emory U. MA
Spanish
Spanish Club

Lynne Alfred
FSU
Science

Marlina G.
Alvarado
Columbia U. BA
English

Willie G.
Andrews
U. of Miami BS
Math
Basketball,
Track

 

Debbie Arnold
GSU BA, UGA
MEd.
French
French Club

Can you find the teacher in this picture?

# TEACHERS -

    

Jean Bailey
Memphis State U.
BSEd.
Atlanta U. MSLS
Librarian

Lawrence
Ballard
Auburn U. BS;
GSU MEd.
Science
Football, Golf

Phillip Barker
Business

Donna Burke
Appalachian
State U. BS
Gymnastics,
Basketball

Louise N. Blount
Lane College BS
GSU MBE
Business



162

Case 3:12-cv-00327-MOC    Document 75-11    Filed 12/22/14    Page 6 of 15

Bates No. 2091





**Jon Braun**
U. of Fla. BA
Spanish
Spanish Club

**Bobby G.
Brewington**
Wake Forest U.
BS
Gym
Basketball,
Track



PHOTO
NOT
AVAILABLE



**Ellen Bush**
Home Economics

**Joy B. Butler**
West Ga. College
BS
GSU MEd.
Math

Gee, I'd rather be planning my vacation!

# THE ESSENCE OF CLASS







**Martin Carey**
FSU BS, MS
Science
Soccer

**Don Cheyne**
Jacksonville
State U. BS
UGA MME
Band

**Susan M. Clark**
Auburn BS, U. of
Miss. MEd.
Social Studies
Tennis

**Cindy Coleman**
GSU MA, UGA
BA
Science
V. Cheerleading

**Deborah Dacus**
UGA GSU BS
Math
V. Cheerleaders

163

Bates No. 2092



**Barbara Davidson**
Bryan College
BA
GSU M.ED
English,
Yearbook



**Judy Davidson**
U. of Louisville
BS
Spalding U M.L.S.
Media Specialist,
Kappa



**Judy Davis**
Columbia
College, WGC
U. of London
English, Literary



**Sharon Dershimer**
U. of Kentucky
B.A.
GSU MEd
SAT prep kappa
link



**Bill Durrett**
WGC B.A. GSU
M.A.
U.S. & World
History
Cross Country,
Soccer



**Ron Elgin**
WGC BA, GSU
MED
P.E. Health
Football,
Baseball

**Dale Foote**
Ga. Tech, GSU BS
Math

**Alice Frazier**
U. of Monicello
Math, Civics
Flag Corp



**Sara Freels**
U. of Tennessee
BS
English

**Caroline Friedler**
Tulane U.,
Arizona U.
Business
Communications
JV Cheerleaders,
9th sponsor



**Joyce Furlong**
Auburn U. BA
GSU MEd
Citizenship,
World History



**Cheryl Gambrell**
Anderson, Coker,
GSU
Math
B-Team Math



**Vandy Gates**
UGA BSED, GSU
MED
Work Program
(DCT)
VICA Club



**Yvette Gilbert**
Spelman College
BBS
GSU MED
Science



**Robert Glor**
Southwest
Missouri St.
Webster U. M.M
BSED
Chorus



164

Bates No. 2053

# FOR THE FUTURE



**J. Gordon**
GSU
Science
SAVE, Science
Club



"I wonder what Mrs. Dacus would do in a situation like this!"



**Cathy Hatfield**
Furman
U.BA,GSU
Math
Varsity Math
Team



**Sharon Graff**
U. of Alabama BS
Math
8th grade
cheerleaders



**Debra Hughes**
East Tennessee
St BS
Science
JV Drill Team



"I wonder what Mrs. Hughes would do in a situation like this!"



**Fred Harrod**
Morgan St. BA
History
Drama Club

**Gladys Johnson**
Savannah St. BS
GSU MEd
English



165

Case 3:12-cv-00327-MOC    Document 75-11    Filed 12/22/14    Page 9 of 15

Bates No. 2094







Laurie Johnson
A.A. Stephens
College
English
Literary
Magazine

G. Jones
Alabama A.&M.
BS GSU
Science
8th grade sponsor

Rhonda Jordan
U. of Michigan
BA, MA
Lang. Arts
Jr. class sponsor

Dede Karafotias
GSU MSe
History
Swim Team, Jr.
class

Amanda
Lightfoot
Auburn U. BS
Math
Cheerleading



Eric Mance
Valdosta St. BA
AI Room
Basketball

Tom Matthews
West Ga. BA
Math Social
Studies
Football

Mrs. Murray does the paperwork.



Mrs. Johnson. The 1990-91 Teacher of the Year.




Pat May
Tennessee St. BS
Health P.E.
Girls Track

Robin May
Clemson U. MEd
History
Varsity
basketball

# PREPARING US



Case 3:12-cv-00327-MOC   Document 75-11   Filed 12/22/14   Page 10 of 15

Bates No. 2095



**Stan McCallar**
Ga. Southwestern
BS
Graphic Arts
VOCA



**Glenda McCullar**
Morris Brown BS
Special
Education



**Richard McCullough**
Berry College BS
Industrial Arts



**Charlotte McKenzie**
UGA, GSU BS
English
Model UN,
Scholar's Bowl



**Joan McMullan**
UGA, BS, MEd
Science
NHS, Academic
Boosters



**Marjorie Mosley**
Western
Kentucky U.
Accounting
Computer
Specialist



**Edytha Mountain**
Data Processing,
Typing
Pawprint





**Barbara Murray**
Reading
Specialist
Study Table

**Robert Myers**
Tennessee U.,
UGA MS
Drafting
Industrial Arts
Club

Coach Andrews poses for the camera.

# FOR TOMORROW



167



# EDUCATING BEAT



You better quit making fun of my tie!



So when you write your name, remember to capitalize the first letter.



Dana Nevil
UGA BA, MA
English
Sophomore Class



Mattie Okpala
Ga.
Southwestern BS
Math



Joe O'Neal
GSU BS, Masters
History
Wrestling, Soccer



Leanne
Pawlowski
UGA, GSU
Masters
Strings
Orchestra



Ruth Ann Papas
N.C. State BS
CVAE



Alvin Perry
Social Studies
Close-Up



Craig Raines
Physical Ed.



Robert
Rounsaville
Knoxville College
Science



Regina Sampson
U. of Colorado
MA
Modern World
Affairs



Claudia Sarden
Tuskegee U. BS
English
Beta Club, SPSI



168

Case 3:12-cv-00327-MOC    Document 75-11    Filed 12/22/14    Page 12 of 15    Bates No. 2057

# LEARNING RHYTHM









**Laura Sellers**
**UGA ABJ, GSU**
**MA**
**English**
**Sophomore**
**Sponsor**

**Carl Settle**
**English as**
**a second**
**language**

**John Shinall**
**Physical Ed.**

**Michael Shivers**
**Ga. Southern**
**BSEd**
**Math**
**Math Team**

**Elsie Smith**
**Milligan College**
**English**
**Senior Class**



Overheads, don't start class without them!



I came up with the "Erasure Theorem" myself.



169

Case 3:12-cv-00327-MOC    Document 75-11    Filed 12/22/14    Page 13 of 15

Bates No. 2098

    

**Brona Snell**
GSU BBA MBE
Typing, CBE
FBLA

**Jim Townsend**
Fort Valley State
BS
History

**Clifford Tyree**
Oglethrope U.
MA
English
Student Council

**Ralph Villani**
Rutgers U. BS
Math
Arrive Alive

**Joyce Walters**
Longwood
College BA
Spanish

  

**Katherine Ware**
U. of South
Carolina
Science
8th grade
sponsor

"Haven't you always wondered where your Mandibula was?"

**Rhonda Wells**
UGA
French
NJHS, SPSI

   

**Helga Williams**
GSU BA, MA
German
German Club

**Sue Winter**
Southern U.
Home Economics
HERO Club

**Crecy Witherspoon**
U. of South
Clark College BA
English

**James Yawn**
Latin

**David Zink**
U. of South Fla.
Math

# THANKS FOR EVERYTHING!

Case 3:12-cv-00327-MOC    Document 75-199    Filed 12/22/14    Page 14 of 15    Bates No. 2099

# TEACHERS IN ACTION

  

"You really do need to clear that mustard stain off your shirt!" The spy camera strikes again!

 

"Who took the high score?" "Boy, Super Glue really works."

 

"I forgot to bring my speech!" "2 x 1=2, 2 x 2=4, 2 x 3=6 ... "

Case 3:12-cv-00327-MOC    Document 75-11    Filed 12/22/14    Page 15 of 15

Bates No. 2100