# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO.: 3:12-CV-327-RLV

**UNITED STATES OF AMERICA**

**vs.**

**AQUILIA MARCIVICCI BARNETTE**

**DEATH PENALTY § 2255**

## NOTICE OF FILING OF ADDITIONAL EXHIBITS

| Bates No. | Description |
|---|---|
| 00001-00005 | Post-Conviction Affidavit: Cessie Alfonso |
| 00006-00008 | Post-Conviction Affidavit: Ann Austin |
| 00009-00010 | Post-Conviction Affidavit: Darrell Austin |
| 00011-00012 | Post-Conviction Affidavit: Greg Austin |
| 00013-00014 | Post-Conviction Affidavit: Kenneth Bailey |
| 00015-00016 | Post-Conviction Affidavit: Jan Barefoot |
| 00017-00021 | Post-Conviction Affidavit: Derrick Barnette |
| 00022-00033 | Post-Conviction Affidavit: Mario Barnette |
| 00034-00048 | Post-Conviction Affidavit: Sonia Barnette |
| 00049-00050 | Post-Conviction Affidavit: Melvin Bryant |
| 00051-00055 | Post-Conviction Affidavit: Ann Wolbert Burgess |
| 00056-00061 | Post-Conviction Affidavit: Armaud Cooper |
| 00062-00063 | Post-Conviction Affidavit: Eric Cooper |
| 00064-00066 | Post-Conviction Affidavit: Robert Cooper |
| 00067-00075 | Post-Conviction Affidavit: Sheila Cooper |
| 00076-00080 | Post-Conviction Affidavit: Crystal Dennis |
| 00081-00084 | Post-Conviction Affidavit: Do'Lores Guy |
| 00085-00088 | Post-Conviction Affidavit: Kesha Heard |
| 00089-00093 | Post-Conviction Affidavit: Dr. Sally Johnson |
| 00094-00101 | Post-Conviction Affidavit: Jean Lawson |
| 00102-00103 | Post-Conviction Affidavit: Temeka Lee |
| 00104-00105 | Post-Conviction Affidavit: Anitra Lyles |
| 00106-00108 | Post-Conviction Affidavit: Regena Mack |
| 00109-00110 | Post-Conviction Affidavit: Danielle Mathis |
| 00111-00112 | Post-Conviction Affidavit: Victor Montgomery |
| 00113-00116 | Post-Conviction Affidavit: Jean Nduly |
| 00117-00123 | Post-Conviction Affidavit: Shonda Nero |
| 00124-00128 | Post-Conviction Affidavit: Tessie Nero |
| 00129-00131 | Post-Conviction Affidavit: Claire Rauscher |
| 00132-00134 | Post-Conviction Affidavit: Weona Sharpe |

| | |
|---|---|
| 00135-00136 | Post-Conviction Affidavit: Sandra Smith |
| 00137-00199 | Post-Conviction Declaration: Russell Stetler |
| 00200-00206 | Post-Conviction Affidavit: Netoshia Tolbert |
| 00207-00208 | Post-Conviction Affidavit: John West |
| 00209-00231 | Post-Conviction Report: Richard G. Dudley, Jr. |
| 00232-00259 | **Post-Conviction Report: Zachary Rowles** |
| 00260-00307 | 1998 Trial: Sentencing Verdict Sheets |
| 00308-00361 | 2002 Resentencing: Sentencing Verdict Sheets |
| 00362-00421 | 2002 Resentencing: Ex Parte Filings |
| 00422-00706 | **Alfonso, Cessie: Materials** |
| 00707-00721 | Barber, LeDon: Criminal Records |
| 00722-01742 | **Barefoot, Jan: File** |
| 01743-01765 | Barnette, Derrick: Civil Files |
| 01766-01797 | Barnette, Derrick: Employment Matter |
| 01798-01810 | Barnette, Derrick: Separation and Divorce |
| 01811-01818 | Barnette, Deerick: SSA Earning Report |
| 01819-01823 | **Barnette, Derrick: School Records** |
| 01824-01915 | **Barnette, Derrick: Military Records** |
| 01916-01931 | Barnette, John Thomas: Civil Files |
| 01932-02100 | Barnette, Aquilia "Marc" Barnette: School Yearbooks |
| 02101-02154 | **Barnette, Aquilia "Marc" Barnette: School Records** |
| 02155-02303 | **Barnette, Aquilia "Marc" Barnette: Medical Records** |
| 02304-02308 | Barnette, Aquilia "Marc" Barnette: Newnan Police Dept. |
| 02309-02343 | Barnette, Aquilia "Marc" Barnette: Mecklenburg County Jail |
| 02344-02349 | Barnette, Aquilia "Marc" Barnette: SSA Earning Report |
| 02350-03766 | **Barnette, Aquilia "Marc" Barnette: Federal Bureau of Prisons** |
| 03767-03921 | **Barnette, Aquilia "Marc" Barnette: FMC Butner** |
| 03922-03934 | Barnette, Aquilia "Marc" Barnette:  Artwork |
| 03935-03958 | **Barnette, Mario: School Records** |
| 03959-04001 | **Barnette, Mario: Medical Records** |
| 04002-04065 | Barnette, Mario: Civil Records |
| 04066 | Barnette, Sonia: Marriage Certificate |
| 04067-04073 | Barnette, Sonia: SSA Earning Report |
| 04074-04076 | **Barnette, Sonia: School Records** |
| 04077-04245 | **Barnette, Sonia: Medical Records** |
| 04246-04333 | Barnette, Sonia: Employment Records |
| 04334-04633 | Barnette, Sonia: Civil Records |
| 04634-04903 | Bender, Harold: Files |
| 04904-04905 | Bryant, Melvin: Criminal Records |
| 04906-04917 | Burgess, Ann Wolbert: Report |
| 04918-04974 | **Charlotte Mecklenburg Police Department: Criminal Records** |
| 04975-04978 | Cooper, Armaud: Letters |
| 04979-05155 | Cooper, Diane: Civil Records |
| 05156-05253 | **Cooper, Jesse: Military Records** |
| 05254-05451 | **Cooper, Jesse: Dept. of VA Records** |

2

| | |
|---|---|
| 05452-13474 | **Cooper, Jesse: Medical Records** |
| 13475-13477 | Cooper, Jesse: Marriage/Divorce Records |
| 13478-13489 | Cooper, Jesse: Civil Records |
| 13490-13503 | Cooper, Sheila: Criminal Records |
| 13504-13508 | Cooper, Sheila: Employment Records |
| 13509-13515 | Cooper, Tessie: Criminal Records |
| 13516-13517 | Cunningham, Mark: Report |
| 13518-13535 | Dietz, Park: Report |
| 13536-14182 | Department of Justice: Records (FOIA) |
| 14183-14221 | Duncan, Scott & Grant, William: Report |
| 14222-14239 | Furlow, Keith: Criminal Records |
| 14240-14245 | Halleck, Seymour: Report |
| 14246-14261 | Johnson, Sally: Report |
| 14262-14416 | Johnson, Sally: Butner Records |
| 14417-14447 | **Maxwell, Sindy: Report** |
| 14448-14539 | Nero, Jefferson: Civil Records |
| 14540-14755 | Nero, Shonda: Civil Records |
| 14756-14769 | Nero, Tessie: Civil Records |
| 14770-14772 | Sultan, Faye: Report |
| 14773-14774 | Tyson, William: Report |
| 14775-14800 | Vital Records |
| 14801-14805 | Warren, John: Report |
| 14806-14834 | West, John: Civil Records |
| 14835-14844 | Photographs |

**Bolded documents** are those that undersigned counsel is seeking to file under seal and/or conventionally. Once the Court rules on Petitioner's pending motions about the manner of filing, undersigned counsel will promptly file them as directed.

Dated: December 22, 2014

/s/ Mark E. Olive
N.C. State Bar No. 10615
LAW OFFICES OF MARK OLIVE
320 W. Jefferson Street
Tallahassee, FL 32301
850-224-0004 (tel)
850-224-3331 (fax)
meolive@aol.com

/s/ Jacob H. Sussman
N.C. Bar No. 31821
TIN FULTON WALKER & OWEN PLLC
301 East Park Avenue
Charlotte, NC 28203
704-338-1220 (tel)
704-338-1312 (fax)
jsussman@tinfulton.com

/s/ Ross Richardson
Ross Richardson
FEDERAL DEFENDERS OF WESTERN
  NORTH CAROLINA, INC.
129 West Trade Street, Suite 300
Charlotte, NC 28202
704-374-0720 (tel)
704-374-0722 (fax)
ross_richardson@fd.org

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has served the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

> William M. Miller
> William.Miller@usdoj.gov

Dated: December 22, 2014

/s/ Jacob H. Sussman
Counsel for Mr. Barnette