# Newnan Police Department

## Deputy Chief

## Investigations and Special Operations

25 Jefferson St.

Newnan, Georgia 30263

(770) 254-2355 Ext. 133

(770) 254-2346 FAX

# FAX TRANSMITTAL

To:     Center for Death Penalty Litigation, Inc

Attn:   Zach Rowles

FAX:    (919) 956-9547

From:   Deputy Chief Rodney F. Riggs

Date:   Jan. 10, 2013

Re:     Aquila M. Barnette

Pages:  5, including cover sheet

Notes:

Bates No. 2304   PC 2305082

SA | GA 0380100 | NPD | 92-05-0004

## EVENT

**INCIDENT TYPE:** Aggravated Assault
**COUNTS:** 1
**INCIDENT CODE:**
**PREMISE TYPE:** X 1 HIGHWAY | 2 SVC. STATION | 3 CONVENIENCE STORE | 4 BANK | 5 COMMERCIAL | 6 RESIDENCE | 7

**INCIDENT LOCATION:** Railroad Tracks at Augusta Dr
**LOC. CODE:**
**WEAPON TYPE:** X 1 GUN | 2 KNIFE CUTTING TOOL | 3 HANDS/FIST, ETC. | 4 OTHER

**INCIDENT DATE:** 050292 **TIME:** 0130 **TO** DATE / TIME
**STRANGER TO STRANGER:** X NO — YES ☐ NO X UNK ☐

**COMPLAINANT:** SAME **ADDRESS:** **PHONE NUMBER:**

## VICTIM

**VICTIM'S NAME:** Britt, Anthony **RACE:** B **SEX:** M **AGE:** 18 **RESIDENCE PHONE:** 3040176 **BUSINESS PHONE:** None

**ADDRESS:** 36-B Bennett St Newnan GA **CENSUS TRACT:** **EMPLOYER OR OCCUPATION:** None

## OFFENDER

**NAME:** Aquila Mark Barnette **RACE:** B **SEX:** M **DATE OF BIRTH:** 670723 **AGE:**

☐ WANTED **ADDRESS:** 86E Chestnut Ln, Apts, Newnan, GA **CENSUS TRACT:** **HEIGHT:** 505 **WEIGHT:** 130 **HAIR:** BLK **EYES:** BRO

**WARRANT** X **CHARGES:** Battery **COUNTS:** 1 **OFFENSE CODE:** **OFFENSE/ARREST:** 1 / 1 **JURIS:**
**ARREST** X Reckless Conduct **COUNTS:** 1 / 1 / 1
Pointing Gun at Another, Discharge F/A in City 1

**JURIS:** 1. CITY | 2. COUNTY | 3. STATE | 4. OUT OF STATE | 5. UNKNOWN

**TOTAL NUMBER ARRESTED:** 01 **ARREST AT OR NEAR OFFENSE SCENE:** YES ☐ NO X **DATE OF OFFENSE:** 050292

## VEHICLE

☐ STOLEN ☐ RECOVD ☐ SUSPECTS

**TAG NUMBER:** **STATE:** **YEAR:** **V.I.N.:** **PLATE ONLY:** **VIN PLATE ONLY:**
**YEAR:** **MAKE:** **MODEL:** **STYLE:** **COLOR:**
**MOTOR SIZE (CID):** **TRANS.:** AUTO ☐ MAN. ☐ SPD. ☐ **INSURED BY:**

## WITNESS

**NAMES:** Victor Montgomery **ADDRESS:** 86-D Berry Ave. Newnan **PHONE NUMBER:** None

## PROPERTY

| | STOLEN | RECOVERED |
|---|---|---|
| VEHICLES | | |
| CURRENCY, NOTES, ETC. | | |
| JEWELRY, PREC. METALS | | |
| FURS | | |
| CLOTHING | | |
| OFFICE EQUIP. | | |
| TV, RADIO, ETC. | | |
| HOUSEHOLD GOODS | | |
| FIREARMS | | |
| CONSUMABLE GOODS | | |
| LIVESTOCK | | |
| OTHER | | |
| TOTAL | | |

**PROPERTY RECOVERY INFO ONLY**
THEFT/RECOVERY ☐
DATE OF THEFT
JURISDICTION CODES: 1. CITY | 2. COUNTY | 3. STATE | 4. OUT OF STATE | 5. UNKNOWN

## ADM.

**GCIC ENTRY** ☐ WARRANT ☐ MISSING PERSONS ☐ VEHICLE ☐ ARTICLE ☐ BOAT ☐ GUN ☐ SECURITIES

## DRUG

**DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED?** ☐ YES X NO
IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER.
☐ 1 - AMPHETAMINE ☐ 2 - BARBITURATE ☐ 3 - COCAINE ☐ 4 - HALLUCINOGEN ☐ 5 - HEROIN
☐ 6 - MARIJUANA ☐ 7 - METHAMPHETAMINE ☐ 8 - OPIUM ☐ 9 - SYNTHETIC NARCOTIC ☐ U - UNKNOWN

## CLEAR

**REQUIRED DATA FIELDS FOR CLEARANCE REPORT** X CLEARED BY ARREST ☐ EXCEPTIONALLY CLEARED ☐ UNFOUNDED **REPORT DATE:** 050292
**DATE OF CLEARANCE:** 050792 X ADULT ☐ JUVENILE

## NARRATIVE

ON 05/02/92, MR. BRITT ADVISED SGT. MEADOWS THAT WHILE HE WAS AT THE RAILROAD CROSSING ON AUGUSTA DR. THAT A BLACK MALE KNOWN TO HIM AS "MARK" HAD SHOT AT HIM. THE SUBJECT STRUCK MR. BRITT IN THE LEFT ARM AND THE BULLET TRAVELLED THRU HIS LEFT ARM INTO HIS LEFT CHEST CAVITY. DR. CRADDOCK REMOVED THE BULLET AND TURNED IT OVER TO SGT. MEADOWS. IT APPEARED TO BE A SMALL CALIBER WEAPON. MR. BRITT ADVISED THAT HE DID NOT KNOW THE SUBJECT'S LAST NAME. MR. BRITT WAS ADVISED TO TAKE A WARRANT WHEN HE FOUND OUT THE SUBJECT'S LAST NAME.

**REPORTING OFFICER:** (signature) **NUMBER:** 0224 **APPROVING OFFICER:** Willie Meadows **NUMBER:** 214

1 — White Copy — LOCAL RECORDS 2 — Green Copy — GCIC 3 — Pink Copy — LOCAL RECORDS
4 — Yellow Copy — CLEARANCE REPORT (mail to GCIC when case is cleared by arrest)

# ARREST/BOOKING REPORT

| AGENCY ID. | TIME | | CASE NUMBER | |
|---|---|---|---|---|
| GA | 9100 | | 92-05-0009 | |

**PERSONAL DATA**

DEFENDANT NAME (LAST, FIRST, MIDDLE): Barnette, Aquilla Marcvico — RACE: B — SEX: M — DATE OF BIRTH: 070773 — PLACE OF BIRTH: North Carol.

| AGE | HEIGHT | WEIGHT | HAIR | EYES | SOCIAL SECURITY NUMBER | VISIBLE SCARS AND MARKS | GCIC/CX | DOCKET NUMBER |
|---|---|---|---|---|---|---|---|---|
| 18 | 505 | 130 | BLK | Bro | | | | |

ADDRESS - NUMBER AND STREET: 86 E Chestnut Ln. — CITY AND STATE: Newnan, Ga — PHONE NUMBER: 2538212

ALIAS: Mark — DRIVERS LICENSE NUMBER: — STATE: GA

EMPLOYER OR OCCUPATION: Arby's — ARRESTING AGENCY: Newnan P.D. — ARRESTING OFFICER: Wood/Riggs — NUMBER: 2854

BOOKING OFFICERS NAME: Riggs — NUMBER: 241 — FINGERPRINTED/PHOTOGRAPHED BY: Riggs — NUMBER: 241 — CURRENT DATE: 050792

DATE OF ARREST: 050792 — TIME: 9100 — LOC CODE: — LOCATION: 3-A Pinewood Villes

OFFENSE DATE: 050792 — SID NUMBER: — FBI NUMBER: — AGENCY ID NUMBER:

**CHARGE / LOCATION**

| CHARGE I.D. | COUNTS | A | COUNTS | B | COUNTS | C |
|---|---|---|---|---|---|---|
| CHARGE | Dison. F/A in City | | Battery / Reckless Conduct | | Pointing Gun At Another | |
| STATUTE | 16-20(c) | | 16-5-23.1 / 16-5-60 | | 16-11-102 | |

| AT OR NEAR SCENE | YES X | NO | YES X | NO | YES X | NO |
|---|---|---|---|---|---|---|
| OFFENSE | CITY / COUNTY / STATE / OUT OF STATE / UNK | | CITY / COUNTY / STATE / OUT OF STATE / UNK | | CITY / COUNTY / STATE / OUT OF STATE / UNK | |
| ARREST | CITY / COUNTY / STATE / OUT OF STATE / UNK | | CITY / COUNTY / STATE / OUT OF STATE / UNK | | CITY / COUNTY / STATE / OUT OF STATE / UNK | |

**BOND**

| | | | | | | |
|---|---|---|---|---|---|---|
| BOND AMT. | | | | | | |
| BOND TYPE | | | | | | |
| RET. DATE | | | | | | |
| BOND CO. | | | | | | |

**DISPOSITION**

| | DAYS | AMOUNT | DAYS | AMOUNT | DAYS | AMOUNT |
|---|---|---|---|---|---|---|
| SENTENCE | | | | | | |
| TIME SERVED | | | | | | |
| GOOD TIME | | | | | | |
| BALANCE | | | | | | |
| PAID | | | | | | |
| RECPT. NO. | | | | | | |
| RETURNED | | | | | | |
| RECPT. NO. | | | | | | |

CELL NUMBER: — TRANSFER: — REASON:

**MEDICAL**

ANY KNOWN ALLERGIES _No_ IF YES, WHAT ___

ANY HISTORY OF HEART DISEASE _No_ DIABETES _No_ EPILEPSY _No_ HIGH BLOOD PRESSURE _No_

IS SUBJECT NOW UNDER DOCTORS CARE AND/OR TAKING ANY MEDICATIONS _No_ IF YES, WHAT ___

**DRUG**

ANY SIGNS/HISTORY OF DRUG USE? ☐ YES ☒ NO  IF YES, INDICATE TYPE(S):

☐ 1 - AMPHETAMINE ☐ 2 - BARBITURATE ☐ 3 - COCAINE ☐ U - UNKNOWN
☐ 4 - HALLUCINOGEN ☐ 5 - HEROIN ☐ 6 - MARIJUANA
☐ 7 - METHAMPHETAMINE ☐ 8 - OPIUM ☐ 9 - SYNTHETIC NARCOTIC

| RELEASE DATE | TIME | RELEASING OFFICER - LAST NAME | NUMBER | AGENCY RELEASED TO |
|---|---|---|---|---|
| | | | | |

SIGNATURE OF RECEIVING OFFICIAL X _____ LIST ANY REMARKS BELOW

**DEFENDANTS PERSONAL PROPERTY RECEIPT** — TOTAL CASH AT TIME OF ARREST $ ___

| QTY. | ITEM | QTY. | ITEM |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

I HEREBY STATE THAT THE PROPERTY LISTED ABOVE CONSTITUTES ALL CLAIMS TO PROPERTY ON MY PERSON AT THE TIME OF MY ARREST.

X _____
DEFENDANTS SIGNATURE AT TIME OF ARREST — WITNESS

I HEREBY STATE THAT THE ABOVE LISTED PROPERTY WAS RETURNED TO ME, IN SATISFACTION OF ALL CLAIMS TO PROPERTY ON MY PERSON AT THE TIME OF MY ARREST, ON THE DATE OF MY RELEASE.

Case 3:12-cv-00327-MOC Document 76-6 Filed 12/22/14 Page 3 of 23 BatesNo.00508 DCL00508

WAIVER OF COUNSEL

I, _MARC BARNETTE_, HAVE BEEN INFORMED BY THE UNDERSIGNED LAW ENFORCEMENT OFFICERS, PRIOR TO BEING QUESTIONED BY THEM,

1. THAT I MAY REMAIN SILENT AND DO NOT HAVE TO MAKE ANY STATEMENT AT ALL.

2. THAT ANY STATEMENT WHICH I MIGHT MAKE CAN AND WILL BE USED AGAINST ME IN COURT.

3. THAT I HAVE A RIGHT TO CONSULT WITH AN ATTORNEY BEFORE MAKING ANY STATEMENT AND TO HAVE SUCH ATTORNEY PRESENT WITH ME WHILE I AM MAKING A STATEMENT.

4. THAT IF I DO NOT HAVE ENOUGH MONEY TO EMPLOY AN ATTORNEY, I HAVE A RIGHT TO HAVE ONE APPOINTED BY THE COURT, FREE OF CHARGE, TO REPRESENT ME; TO CONSULT WITH HIM BEFORE MAKING ANY STATEMENT; AND TO HAVE HIM PRESENT WITH ME WHILE I AM MAKING A STATEMENT.

5. THAT IF I REQUEST AN ATTORNEY, NO QUESTIONS WILL BE ASKED ME UNTIL AN ATTORNEY IS PRESENT TO REPRESENT ME.

6. THAT I CAN DECIDE AT ANY TIME TO EXERCISE THESE RIGHTS AND NOT ANSWER ANY QUESTIONS OR MAKE ANY STATEMENTS.

AFTER HAVING MY RIGHTS EXPLAINED TO ME, I FREELY AND VOLUNTARILY WAIVE MY RIGHT TO AN ATTORNEY. I AM WILLING TO MAKE A STATEMENT TO THE OFFICERS. I CAN READ AND WRITE THE ENGLISH LANGUAGE AND FULLY UNDERSTAND MY RIGHTS TO AN ATTORNEY. I HAVE READ THIS WAIVER OF COUNSEL AND FULLY UNDERSTAND IT. NO THREATS OR PROMISES HAVE BEEN MADE TO ME TO INDUCE ME TO SIGN THIS WAIVER OF COUNSEL AND TO MAKE A STATEMENT TO THE OFFICERS.

THIS _7th_ DAY OF _MAY_, 19 _92_

10 $\frac{35}{AM}$

X _Marc Barnette_

ALL OF THE ABOVE RIGHTS IN THE ABOVE WAIVER OF COUNSEL WERE READ AND EXPLAINED TO THE ABOVE DEFENDANT BY ME AND HE FREELY AND VOLUNTARILY WAIVED HIS RIGHT TO AN ATTORNEY. NO THREATS, PROMISES, TRICKS, OR PERSUASION WERE EMPLOYED BY ME OR ANYONE IN MY PRESENCE TO INDUCE HIM TO WAIVE HIS RIGHTS TO AN ATTORNEY AND TO MAKE A STATEMENT WITHOUT AN ATTORNEY. HE FREELY AND VOLUNTARILY SIGNED THE ABOVE WAIVER OF COUNSEL IN MY PRESENCE AFTER HAVING READ IT.

WITNESSED BY:_____

Bates No. 2307 NPD 005085

# VOLUNTARY STATEMENT
(Under Arrest)

DATE ....May 7, 1992........ TIME ...10:55AM...... PLACE ....Newnan Police Dept.............

I, .......Marc Barnette.............................................., am .....18.........years of age

and my address is ...86E Chestnut Lane Apts., Newnan, Ga.....................................

I have been advised and duly warned by......Sgt. R.F. Riggs...................................

who has identified himself as ..an officer of the Newnan Police Dept.......................,
of my right to the advice of counsel before making any statement, and that I do not have to make any statement at all,
nor incriminate myself in any manner.

I hereby expressly waive my right to the advice of counsel, and voluntarily make the following statement to the aforesaid
person, knowing that any statement I make may be used against me on the trial or trials for the offense or offenses concerning which the following statement is herein made.

I declare that the following statement is made of my own free will without promise of hope or reward, without fear or
threat of physical harm, without coercion, favor or offer of favor, without leniency or offer of leniency, by any person or
persons whomsoever.

My fiance, Natasha Heard and I have been having some trouble lately. Anthony Britt has been talking to her, and that has been making things worse. I have also been talking to ANthony's sister, Crystal Dennis, and Anthony has been telling her things about me. On Friday, May 1, after I got off work, I went by Crystal's apartment on Hannah St. While I was there, Anthony came over. Several times that evening, ANthony asked me to come out side with him. I never did, because I had nothing to say to him. I finally left Crystal's apartment about 1:30AM, and was walking home. When I got on Augusta Dr., near the railroad tracks, Anthony came out on the street, and hollered at me. turned around, and saw there were several other people with him. Anthony came running up to and started arguing with me. He was telling me what he was going to do to me, and said that I had been talking about his son. I told Anthony I didn't want any trouble, and I kept walking. Anthony followed me, and kept on talking to me about my fiance and what he was going to do to me. He finally got in front me, and I tried going around me, and he pushed me. I tried going around him a second time, and he pushed me again. I had my pistol with me, and when he pushed me the second time, I pulled my pistol, and sho once, and hit Anthony. I shot two more times, but I didn't hit anybody. I was afraid at that time because of the crowd that was with Anthony. When I shot, the cro took off running, and I ran toward my apartment. When I got near my apartment, I threw the gun into some woods. The gun is a .22 caliber revlover. X *Marc Barnette*

I have read this statement consisting of...... 1 (one) page(s), and I affirm to the truth and accuracy of the facts contained therein.

This statement was completed at ..11:07A.M, on the ...7th........ day of..... May .................19.92..

WITNESS: *Rodney F. Riggs*

WITNESS: ..................................................  X *Marc Barnette*
                                                          Signature of person giving voluntary statement

Bates No. 2308                                    005086

05/24/02 12:48      MCCJIS JAIL SYSTEM: VISITATION LIST      RAYMEPM   JL14

BARNETTE, AQUILA MARCIVICCI          HOUSING:C55  47  JID:01040068  PID:181573

| VISITOR | ID | ID INFO | DATE | IN | OUT | LE |
|---------|-----|---------|------|-----|-----|-----|
| LAWSON, JEAN | BAR# | 8865 | 05/24/02 | 08:18 | 09:18 | |
| LAWSON, JEAN | BAR# | 8865 | 05/18/02 | 14:57 | 15:35 | |
| AUSTIN, STEPHEN | NCDL | 7651284 | 05/16/02 | 13:06 | 13:58 | |
| ALFONSO CECELIA SOC SER | NJDL | 532311600514 | 05/13/02 | 14:05 | 15:55 | |
| LAWSON,JEAN | BAR# | 8865 | 05/13/02 | 10:16 | 16:05 | |
| MANNING ALEXANDER/PHYSCH | NCDL | 2237972 | 05/08/02 | 08:55 | 12:26 | |
| LAWSON JEAN-ATTORNEY | NCDL | 5457700 | 05/08/02 | 07:57 | 11:15 | |
| T.K./SBI | NCDL | 2455270 | 05/03/02 | 15:35 | 15:45 | |
| J.B./SBI | NCDL | 6392007 | 05/03/02 | 15:34 | 15:45 | |
| ALFONSO CECELIA/DOCTOR | NJDL | 532311600514 | 05/03/02 | 09:12 | 14:40 | |
| T.K./SBI | NCDL | 24545270 | 05/03/02 | 08:44 | 09:25 | |
| B.J./SBI | NCDL | 3692007 | 05/03/02 | 08:37 | 09:25 | |
| DR. ALEXANDER MANNING/CON | NCDL | 2237972 | 05/03/02 | 08:36 | 18:51 | |
| MARK CUNNINGHAM | TXDL | 10835533 | 04/25/02 | 10:02 | 15:44 | |
| BENDER HAROLD ATTY | BAR# | 295 | 04/23/02 | 09:06 | 09:41 | |

VISIT DATA DISPLAYED FOR INMATE... CONTINUE
F1:HELP           F3:RETURN      F5:ADD VISIT     F7:UP
                  F4:VISIT LOG                    F8:DOWN

Date: 5/24/02 Time: 12:50:10 PM

Case 3:12-cv-00327-MOC   Document 76-9   Filed 12/22/14   Page 6 of 23   Bates No. 2309   B-0000343

```
05/24/02 12:48      MCCJIS JAIL SYSTEM: VISITATION LIST       RAYMEPM  JL14

BARNETTE, AQUILA MARCIVICCI        HOUSING:C55  47  JID:01040068  PID:181573

        VISITOR                   ID    ID INFO        DATE    IN    OUT    LE
        BENDER HAROLD ATTY        BAR# 295           04/23/02 09:06  09:41
        ALPONSO,CECELIA(MIGRATION NJDL A532311600     04/22/02 13:25  16:55
        LAWSON JEAN ATTY          BAR# 8865          04/22/02 08:03  09:49
        BENDER, HAROLD ATTNY      BAR# 295           04/17/02 08:42  09:01
        BENDER, HAROLD ATTNY      BAR# 295           04/11/02 09:06  10:02
        SEYMOR HALLECK            NCDL 2632234       04/10/02 07:57  11:32
        LAWSON,JEAN ATTY          BAR# 8865          04/09/02 13:16  13:43
        HALLECK,SEYMOUR DR.       NCDL 2632234       04/09/02 13:15  16:34
        LAWSON JEAN ATTY          BAR# 8865          04/09/02 09:56  10:47
        LAWSON, JEAN ATTNY        BAR# 8865          04/04/02 07:58  08:34
        BARNETTE, DERRICK         MDLD B65313948866  03/28/02 09:17  10:08
        ALFONSO CECELIA/MITIGATIO NJDL 160051452     03/27/02 13:43  16:30
        JEAN LAWSON               NCDL 5457700       03/27/02 07:41  08:28
        TESSIE NERO               NCDL 3547336       03/21/02 19:50  20:51
        LAWSON, JEAN ATTNY        BAR# 8865          03/21/02 13:15  14:29

VISIT DATA DISPLAYED FOR INMATE... CONTINUE
F1:HELP            F3:RETURN        F5:ADD VISIT       F7:UP
                   F4:VISIT LOG                        F8:DOWN
```

Date: 5/24/02 Time: 12:50:14 PM

Case 3:12-cv-00327-MOC   Document 76-10   Filed 12/22/14   Page 7 of 23   B-0000344

Bates No. 2310

05/24/02 12:48      MCCJIS JAIL SYSTEM: VISITATION LIST          RAYMEPM  JL14

BARNETTE, AQUILA MARCIVICCI          HOUSING:C55  47  JID:01040068  PID:181573

| VISITOR | ID | ID INFO | DATE | IN | OUT | LE |
|---|---|---|---|---|---|---|
| LAWSON, JEAN ATTNY | BAR# | 8865 | 03/21/02 | 13:15 | 14:29 | |
| BENDER, HAROLD ATTNY | BAR# | 295 | 03/14/02 | 09:26 | 10:08 | |
| JEAN LAWSON | NCDL | 5457700 | 03/13/02 | 09:11 | 10:36 | |
| LAWSON JEAN (ATTORNEY) | BAR# | 8865 | 03/04/02 | 07:52 | 08:33 | |
| LAWSON JEAN ATTY | BAR# | 8865 | 02/26/02 | 08:17 | 08:38 | |
| JEAN LAWSON | NCDL | 5457700 | 02/22/02 | 13:32 | 14:54 | |
| BARNETTE, SONIA | NCDL | 26313873 | 02/21/02 | 20:30 | 22:14 | |
| LAWSON JEAN ATTY | BAR# | 8865 | 02/19/02 | 08:18 | 10:14 | |
| BENDER HAROLD ATTY | BAR# | 295 | 02/19/02 | 08:16 | 10:14 | |
| LAWSON JEAN ATTY | BAR# | 8865 | 02/11/02 | 08:14 | 08:54 | |
| BENDER, HAROLD | BAR# | 295 | 02/07/02 | 09:54 | 10:37 | |
| BENDER HAROLD ATTY | BAR# | 295 | 01/29/02 | 10:00 | 10:57 | |
| BARNETTE, SONIA | NCDL | 26313873 | 01/24/02 | 20:29 | 21:36 | |
| C. ALFONSO/MIGIGATION EXP | NJDL | 1160051452 | 01/17/02 | 13:38 | 16:29 | |
| CECELIA ALFONSO | NJDL | 1160051452 | 01/17/02 | 13:30 | 13:41 | |

VISIT DATA DISPLAYED FOR INMATE... CONTINUE

| F1:HELP | | F3:RETURN | F5:ADD VISIT | F7:UP |
|---|---|---|---|---|
| | | F4:VISIT LOG | | F8:DOWN |

Date: 5/24/02 Time: 12:50:16 PM

Bates No. 2311                                                JB-0000345

```
05/24/02 12:49        MCCJIS JAIL SYSTEM: VISITATION LIST          RAYMEPM  JL14

BARNETTE, AQUILA MARCIVICCI            HOUSING:C55  47  JID:01040068  PID:181573

    VISITOR                     ID    ID INFO          DATE      IN      OUT    LE
    CECELIA ALFONSO             NJDL  1160051452     01/17/02  13:30    13:41
    JEAN LAWSON/ATTY            BAR#  8865           01/17/02  13:29    13:55
    LAWSON JEAN ATTY            BAR#  8865 K/22      01/15/02  15:03    15:19
    LAWSON JEAN ATTY K/57       BAR#  8865           01/15/02  08:40    08:59
    RAUSCHER CLAIRE/ATTORNEY    NCDL  10067650       12/28/01  14:37    15:19
    BENDER HAROLD/ATTORNEY      NCDL  1516507        12/28/01  09:42    11:19
    BARNETTE MARIO              NCDL  25014498       12/27/01  09:06    10:01
    BARNETTE DERRICK            MADL  B65313948866   12/27/01  09:05    10:01
    LAWSON JEAN ATTY            BAR#  8865           12/18/01  10:40    11:15
    BENDER HARLOD ATTY          NCDL  1516507        12/17/01  13:17    13:47
    LAWSON JEAN/ATTORNEY        NCDL  5457700        12/13/01  13:11    19:24
    BARNETTE DERRICK            MYDL  653139488668   12/13/01  09:02    09:48
    LAWSON,JEAN                 BAR#  8865           12/08/01  13:50    14:30
    LAWSON JEAN/ATTORNEY        NCDL  5457700        12/07/01  08:27    08:38
    PEDRY, REITA                BAR#  5789           12/06/01  13:24    16:16

VISIT DATA DISPLAYED FOR INMATE... CONTINUE
F1:HELP              F3:RETURN       F5:ADD VISIT     F7:UP
                     F4:VISIT LOG                     F8:DOWN
```

Case 3:12-cv-00327-MOC   Document 76-1   Filed 12/22/14   Page 9 of 23   Bates No. 2312   JB-0000346

```
05/24/02 12:49       MCCJIS JAIL SYSTEM: VISITATION LIST       RAYMEPM  JL14

BARNETTE, AQUILA MARCIVICCI          HOUSING:C55  47  JID:01040068  PID:181573
```

| VISITOR | ID | ID INFO | DATE | IN | OUT | LE |
|---|---|---|---|---|---|---|
| PEDRY, REITA | BAR# | 5789 | 12/06/01 | 13:24 | 16:16 | |
| LAWSON, JEAN | BAR# | 8865 | 12/06/01 | 13:22 | 16:16 | |
| LAWSON JEAN ATTY | BAR# | 8865 | 12/03/01 | 14:19 | 15:03 | |
| RAUSCHER CLAIRE ATTY | BAR# | 21500 | 12/03/01 | 10:48 | 11:38 | |
| LAWSON, JEAN | BAR# | 8865 | 11/30/01 | 07:52 | 20:04 | |
| LAWSON JEAN/ATTORNEY | NCDL | 5457700 | 11/28/01 | 08:02 | 09:32 | |
| ATTY SIGNED OUT AT | XXXX | 1630 | 11/19/01 | 16:28 | 22:56 | |
| SIGNED OUT AT | XXXX | 1638 | 11/19/01 | 16:28 | 16:29 | |
| LAWSON JEAN ATTY | BAR# | 8865 | 11/19/01 | 13:52 | 15:45 | |
| LAWSON JEAN  BAR#8865 | NCDL | 5457700 | 11/12/01 | 07:38 | 09:00 | |
| RAUSCHER CLAIRE ATTY | BAR | 21500 | 11/06/01 | 09:06 | 09:31 | |
| LAWSON JEAN ATTY | BAR | 8865 | 11/06/01 | 09:05 | 09:31 | |
| LAWSON, JEAN | BAR# | 8865 | 10/09/01 | 15:44 | 16:35 | |
| TESSIE NERO | NCDL | 3547336 | 10/08/01 | 20:25 | | |
| LAWSON, JEAN | BAR# | 8865 | 09/19/01 | 08:50 | 10:00 | |

```
VISIT DATA DISPLAYED FOR INMATE... CONTINUE
F1:HELP            F3:RETURN      F5:ADD VISIT      F7:UP
                   F4:VISIT LOG                     F8:DOWN
```

Date: 5/24/02 Time: 12:50:21 PM

Case 3:12-cv-00327-MOC   Document 76-13 Filed 12/22/14   Page 10 of 23   Bates No. 2313   B-0000347

05/24/02 12:49    MCCJIS JAIL SYSTEM: VISITATION LIST    RAYMEPM  JL14

BARNETTE, AQUILA MARCIVICCI    HOUSING:C55  47  JID:01040068  PID:181573

| VISITOR | ID | ID INFO | DATE | IN | OUT | LE |
|---|---|---|---|---|---|---|
| LAWSON, JEAN | BAR# | 8865 | 09/19/01 | 08:50 | 10:00 | |
| SONIA BARNETTE | NCDL | 26313873 | 09/10/01 | 20:31 | 22:56 | |
| BARNETTE SONIA | NCDL | 26313873 | 07/09/01 | 20:08 | 20:59 | |
| TESSIE COOPER | NCDL | 6547336 | 06/25/01 | 20:06 | 20:55 | |
| LAWSON, JEAN | BAR# | 8865 | 06/20/01 | 10:02 | 11:08 | |
| NERO TESSIE | NCDL | 3547336 | 06/04/01 | 19:50 | 06:32 | |
| BARNETTE SONIA | NCDL | 26313873 | 06/04/01 | 19:48 | 06:31 | |
| DERRICK BARNETTE | MADL | B65313948868 | 05/21/01 | 20:23 | 21:06 | |
| LAWSON JEAN | ATTY | 8865 | 05/02/01 | 07:46 | 08:45 | |
| SONIA BARNETTE | NCDL | 26313873 | 04/23/01 | 20:08 | 21:36 | |
| MARIO VONKEITH BARNETTE | NCDL | 25014498 | 04/02/01 | 21:57 | 22:20 | |
| TESSIE NERO | NCDL | 3547336 | 03/26/01 | 19:59 | 21:58 | |
| SONIA BARNETTE | NCDL | 26313873 | 03/26/01 | 19:59 | 21:58 | |
| BARNETTE DERRICK | MARY | 653139488668 | 03/05/01 | 20:18 | 20:57 | |
| TESSIE NERO | NCDL | 3547336 | 02/26/01 | 20:32 | 22:24 | |

VISIT DATA DISPLAYED FOR INMATE... CONTINUE
F1:HELP       F3:RETURN    F5:ADD VISIT    F7:UP
            F4:VISIT LOG             F8:DOWN

Date: 5/24/02 Time: 12:50:23 PM

Bates No. 2314    J3000348

```
05/24/02 12:49        MCCJIS JAIL SYSTEM: VISITATION LIST        RAYMEPM  JL14

BARNETTE, AQUILA MARCIVICCI          HOUSING:C55  47  JID:01040068  PID:181573

        VISITOR                    ID    ID INFO        DATE     IN    OUT   LE
        TESSIE NERO                NCDL  3547336       02/26/01  20:32  22:24
        SONIA BARNETTE             NCDL  26313873      02/26/01  20:30  22:23
        LAWSON JEAN                BAR#  8865          02/22/01  07:42  11:22
        AUSTIN, STEPHEN            NCDL  765128        02/19/01  14:05  15:23
        BARNETTE,SONIA             NCDL  26313873      02/12/01  19:59  21:05




BOTTOM OF LIST
F1:HELP              F3:RETURN       F5:ADD VISIT     F7:UP
                     F4:VISIT LOG                     F8:DOWN
```

Date: 5/24/02 Time: 12:50:25 PM

Case 3:12-cv-00327-MOC   Document 76-1   Filed 12/22/14   Page 12 of 23   Bates No. 2315   J3000349

```
SUICIDAL PROT-CUSTODY        ARCHIVE SUMARY    NOTES              CJJI030
                                                                  RAYMEPM
BARNETTE, AQUILIA MARCIVICCI           CLASS: MAX .03/05/98 JID: 96180058
3413 WEST BV                         HOUSING: C512005        PID: 181573
CHARLOTTE    NC  00000            PRSNR TYPE: FEDERAL         ARN: 886101
ALIAS BARNETTE, MARC              CUSTODY OF:                 USM: 12599058
R/S AGE   DOB    HGT  WGT HAIR  EYES                          SSN: 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
B M 24  07-07-73 505  145 BRO   BLK


    CHARGE DESC   FUGITIVE (ROANOKE COUNTY, VIRGINIA)
       CRT DATE   07-01-96 INFO  NONE-WAIVED EXTRA.   CRT  1101A CASE  960331210
    CHARGE DESC   PROBATION VIOLATION   (OFA)
       CRT DATE   10-01-97 INFO  NONE                 CRT  2201  CASE  930760630
    CHARGE DESC   PROBATION VIOLATION . (OFA)
       CRT DATE   10-01-97 INFO  NONE                 CRT  2201  CASE  930760620
    CHARGE DESC   MURDER
       CRT DATE   09-27-97 INFO  RPC                  CRT  2201  CASE  960331220
    CHARGE DESC   MORE THAN 5 CHARGES
       CRT DATE            INFO  NO BOND              CRT        CASE
            INMATE HAS BEEN RELEASED        LAST UPDATE BY BINGJN
COMMITTED BY MSD                  DATE 06-28-96 TIME 1547   C.O. ASRH


F2:OPTIONS       F4:CANCEL
F3:RETURN                                            ENTER:NEXT
```

06/11/2002     MECKLENBURG COUNTY CRIMINAL JUSTICE ARCHIVE SYSTEM     CJJI190
12:38 PM                    INMATE VISITATION LIST                     RAYMEPM

         JID        PID      INMATE                        HOUSING
       96180058    181573    BARNETTE, AQUILIA MARCIVI      C512005

| VISITOR | ID | ID INFO | DATE | IN | OUT |
|---------|-----|---------|------|-----|-----|
| TIN, STEPHEN | NCDL | 7651284 | 05/09/97 | 1418 | 1507 |
| BARNETTE, SONIA | NCDL | 26313873 | 05/09/97 | 1418 | 1505 |
| BARNETTE, SONIA | NCDL | 26313873 | 05/23/97 | 2157 | 2235 |
| LAUGHRUN, GEORGE | ATTY | BAR#1322 | 05/28/97 | 1007 | 1046 |
| WILLIAMS, PAUL | ATTY | BAR#4748 | 05/30/97 | 1441 | 1531 |
| WILLIAMS, PAUL | ATTY | BAR#4748 | 06/18/97 | 1528 | 1705 |
| KAPPIUS, RUTH | NCDL | 5672103 | 06/20/97 | 1412 | 1624 |
| WILLIAM, PAUL | ATTY | BAR4748 | 06/20/97 | 1413 | 1454 |
| WILLIAMS, PAUL | ATTY | BAR#4748 | 06/26/97 | 1444 | 1516 |
| WILLIAMS, PAUL | ATTY | NCBAR 4748 | 07/04/97 | 1324 | 1418 |
| WILLIAMS, PAUL | ATTY | BAR#4748 | 07/08/97 | 1546 | 1714 |
| KAPPIUS, RUTH | PSY | PSYCHOL. | 07/11/97 | 0851 | 1056 |

                    MORE VISITORS...
            F3:RETURN               F7:PAGE UP
                                    F8:PAGE DWN

Date: 6/11/02 Time: 12:39:19 PM

Bates No. 2317

```
06/11/2002      MECKLENBURG COUNTY CRIMINAL JUSTICE ARCHIVE SYSTEM      CJJI190
12:38 PM                        INMATE VISITATION LIST                   RAYMEPM


        JID        PID      INMATE                          HOUSING
        96180058   181573   BARNETTE, AQUILIA MARCIVI        C512005
```

---

| VISITOR | ID | ID INFO | DATE | IN | OUT |
|---------|-----|---------|------|-----|-----|
| KAPPIUS, RUTH | PSY | PSYCHOL. | 07/11/97 | 0851 | 1056 |
| BARNETTE,S | NCDL | 26313873 | 07/11/97 | 2132 | 2214 |
| WILLIAMS, PAUL | ATTY | BAR#4748 | 07/24/97 | 1526 | 1652 |
| AUSTIN, STEPHEN | NCDL | 7651284 | 08/01/97 | 1511 | 1602 |
| WILLIAMS, PAUL | ATTY | BAR#4748 | 08/20/97 | 0909 | 1010 |
| MAXWELL, CYNTHIA | NCDL | 3203544 | 08/20/97 | 0910 | 1137 |
| LAUGHRUN, GRORGE | ATTY | BAR#1322 | 08/20/97 | 1039 | 1043 |
| LAUGHRUN,GEORGE | ATTY | BAR#1322 | 08/20/97 | 1455 | 1530 |
| LAUCHRUN, GEROGE | ATTY | BARJ#1327 | 08/21/97 | 1100 | 1118 |
| WILLIAMS,PAUL | ATTY | 4748 | 08/22/97 | 1437 | 1527 |
| MAXWELL, CYNTHIA | NCDL | 3203544 | 09/01/97 | 1333 | 1509 |
| WILLIAMS, PAUL | ATTY | BAR#4748 | 09/05/97 | 1019 | 1129 |

```
                MORE VISITORS...
        F3:RETURN                        F7:PAGE UP
                                         F8:PAGE DWN
```

Date: 6/11/02 Time: 12:39:21 PM

```
06/11/2002      MECKLENBURG COUNTY CRIMINAL JUSTICE ARCHIVE SYSTEM        CJJI190
12:38 PM                        INMATE VISITATION LIST                    RAYMEPM


       JID        PID       INMATE                        HOUSING
    96180058     181573     BARNETTE, AQUILIA MARCIVI      C512005
```

---

| VISITOR | ID | ID INFO | DATE | IN | OUT |
|---|---|---|---|---|---|
| WILLIAMS, PAUL | ATTY | BAR#4748 | 09/05/97 | 1019 | 1129 |
| LAUGHRUN, GEORGE | ATTY | BAR#1322 | 09/05/97 | 1434 | 1457 |
| SULTAN, FAYE | NCDL | 5455671 | 09/07/97 | 1329 | 1553 |
| MAXWELL, CYNTHIA | NCDL | 3203544 | 09/07/97 | 1344 | 1437 |
| WILLIAMS, PAUL | ATTY | BAR#4748 | 09/08/97 | 1001 | 1144 |
| BARNETTE, SONAI | NC | 26313873 | 09/08/97 | 2048 | 1134 |
| WILLIAMS, PAUL | ATTY | BAR#4748 | 09/10/97 | 0936 | 0958 |
| HALLECK, SEYMOUR | NCDL | 2632234 | 09/16/97 | 1110 | 1526 |
| BARNETTE, SONIA | NCDL | 26313873 | 09/22/97 | 2042 | 2140 |
| KARPIUS, RUTH | NCDL | 5672103 | 09/24/97 | 0854 | 1125 |
| WILLIAMS, PAUL | ATTY | BAR#4748 | 09/25/97 | 1426 | 1542 |
| LAUGHRUN, GEORGE | ATTY | BAR#1322 | 09/26/97 | 1358 | 1525 |

```
              MORE VISITORS...
         F3:RETURN                      F7:PAGE UP
                                        F8:PAGE DWN
```

Date: 6/11/02 Time: 12:39:23 PM

Case 3:12-cv-00327-MOC    Document 76-1    Filed 12/22/14    Page 16 of 23    Bates No. 2319    0000353

```
06/11/2002        MECKLENBURG COUNTY CRIMINAL JUSTICE ARCHIVE SYSTEM        CJJI190
12:38 PM                        INMATE VISITATION LIST                      RAYMEPM

       JID         PID       INMATE                           HOUSING
    96180058      181573     BARNETTE, AQUILIA MARCIVI         C512005

------------------------------------------------------------------------------------
       VISITOR                         ID    ID INFO         DATE      IN    OUT
    LAUGHRUN, GEORGE                   ATTY  BAR#1322        09/26/97  1358  1525
```

```
                BOTTOM OF LIST...
                F3:RETURN                F7:PAGE UP
                                         F8:PAGE DWN
```

Case 3:12-cv-00327-MOC Document 76-1 Filed 12/22/14 Page 17 of 23 Bates No. 2320 0000354

```
SUICIDAL PROT-CUSTODY        ARCHIVE SUMARY    NOTES           CJJI030
                                                               RAYMEPM
BARNETTE, AQUILIA MARCIVICCI              CLASS: MAX 03/05/98 JID: 97275050
3413 WEST BV                           HOUSING: C612010        PID: 181573
CHARLOTTE    NC  00000             PRSNR TYPE: FEDERAL         ARN: 886101
ALIAS BARNETTE, MARC                 CUSTODY OF:              USM: 12599058
R/S AGE   DOB     HGT  WGT HAIR  EYES                         SSN: 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
B M 24  07-07-73 505  145 BRO    BLK


    CHARGE DESC  FEDERAL
        CRT DATE               INFO  NONE            CRT      CASE
    CHARGE DESC  USE FIREARM DISRING CRIME OF VIOLENCE
        CRT DATE               INFO  NONE            CRT      CASE
    CHARGE DESC  CARJACKING RESULTING IN DEATH
        CRT DATE               INFO  NONE            CRT      CASE
    CHARGE DESC  FUGITIVE (ROANOKE CO, VA)
        CRT DATE               INFO  NONE            CRT      CASE
    CHARGE DESC
        CRT DATE                               CRT      CASE
            INMATE HAS BEEN RELEASED      LAST UPDATE BY NASHJJ
COMMITTED BY USM                  DATE 10-02-97 TIME 1000   C.O. ACJB

F2:OPTIONS      F4:CANCEL
F3:RETURN                                           ENTER:NEXT
```

| 06/11/2002 | MECKLENBURG COUNTY CRIMINAL JUSTICE ARCHIVE SYSTEM | CJJI190 |
| 12:38 PM | INMATE VISITATION LIST | RAYMEPM |

| JID | PID | INMATE | HOUSING |
| --- | --- | --- | --- |
| 97275050 | 181573 | BARNETTE, AQUILIA MARCIVI | C612010 |

| VISITOR | ID | ID INFO | DATE | IN | OUT |
| --- | --- | --- | --- | --- | --- |
| LAUGHRUN, GEORGE | ATTY | BAR#1322 | 10/13/97 | 1046 | 1123 |
| TESSIE NERO | NCDL | 3547336 | 10/27/97 | 2109 | 2228 |
| LAUGHRUN, GEORGE | ATTY | BAR1322 | 11/13/97 | 1032 | 1058 |
| WILLIAMS | P | | 11/13/97 | 1448 | 1640 |
| WILLIAMS, PAUL | ATTY | BAR #4748 | 11/14/97 | 0908 | 0939 |
| BAREFOOT, KELLY | PRI | PRIVATE INVE | 11/14/97 | 0909 | 0939 |

```
            BOTTOM OF LIST...
          F3:RETURN              F7:PAGE UP
                                 F8:PAGE DWN
```

Date: 6/11/02 Time: 12:39:35 PM

Bates No. 2322    GB-0000356

```
SUICIDAL PROT-CUSTODY        ARCHIVE SUMARY    NOTES            CJJI030
                                                                RAYMEPM
BARNETTE, AQUILA MARCIVIC               CLASS: MAX 03/05/98  JID: 97353076
3513 WEST BV                         HOUSING: C363035        PID: 181573
CHARLOTTE    NC   28208           PRSNR TYPE: FEDERAL        ARN: 942801
ALIAS                             CUSTODY OF: SHERIFF        USM: 12599058
R/S AGE   DOB    HGT  WGT HAIR  EYES                         SSN: 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
B M 24  07-07-73 505  150 BLK   BRO


    CHARGE DESC   FEDERAL
       CRT DATE              INFO  NONE              CRT        CASE
    CHARGE DESC   POSSESSION OF FIREARMS
       CRT DATE              INFO  240 MONTHS        CRT        CASE
    CHARGE DESC   KIDNAPPING/CARJACKING
       CRT DATE              INFO  360 MONTHS        CRT        CASE
    CHARGE DESC   HOMICIDE/FIRST DEGREE MURDER
       CRT DATE              INFO  LIFE              CRT        CASE
    CHARGE DESC   STOLEN VEHICLE
       CRT DATE              INFO  180 MONTHS        CRT        CASE
              INMATE HAS BEEN RELEASED       LAST UPDATE BY STEELWB
COMMITTED BY USM                  DATE 12-19-97 TIME 1707   C.O. ACBC


F2:OPTIONS        F4:CANCEL
F3:RETURN                                             ENTER:NEXT
```

Case 3:12-cv-00327-MOC   Document 76-1   Filed 12/22/14   Page 20 of 23   000357

06/11/2002     MECKLENBURG COUNTY CRIMINAL JUSTICE ARCHIVE SYSTEM       CJJI190
12:38 PM                    INMATE VISITATION LIST                       RAYMEPM

| JID | PID | INMATE | HOUSING |
|-----|-----|--------|---------|
| 97353076 | 181573 | BARNETTE, AQUILA MARCIVIC | C363035 |

| VISITOR | ID | ID INFO | DATE | IN | OUT |
|---------|-----|---------|------|-----|-----|
| WILLIAMS, PAUL | BAR | 4748 | 12/23/97 | 0919 | 1101 |
| GEORGE LAUGRUN | BAR | 1322 | 12/23/97 | 0919 | 1101 |
| WILLIAMS, PAUL | ATTY | BAR#4748 | 12/23/97 | 1601 | 1637 |
| SULTON, FAYE (DR.) | NCDL | 5455671 | 12/28/97 | 1033 | 1148 |
| DUNCAN, SCOTT | GADL | 039795196 | 12/29/97 | 1519 | 1735 |
| GRANT, WILLIAM | GADL | 047910848 | 12/29/97 | 1520 | 1735 |
| KAPPIUS, RUTH | NCDL | 5672103 | 12/31/97 | 0825 | 1001 |
| WILLIAMS, PAUL | ATTY | BAR#4748 | 01/01/98 | 1052 | 1152 |
| LAUGHRUN, GRORGE | ATTY | BAR#1322 | 01/02/98 | 1428 | 1502 |
| MAXWELL, CYNTHIA | NCDL | 3203544 | 01/05/98 | 1927 | 2105 |
| MAXWELL, CYNTHIA | NCDL | 3203544 | 01/10/98 | 1952 | 2227 |
| BARBER LARRISA | NCDL | 8724829 | 01/12/98 | 2105 | 2151 |

MORE VISITORS...
F3:RETURN                    F7:PAGE UP
                             F8:PAGE DWN

Date: 6/11/02 Time: 12:39:46 PM

Bates No. 2324    J23000358

```
06/11/2002      MECKLENBURG COUNTY CRIMINAL JUSTICE ARCHIVE SYSTEM        CJJI190
12:38 PM                       INMATE VISITATION LIST                      RAYMEPM


        JID         PID      INMATE                         HOUSING
     97353076     181573     BARNETTE, AQUILA MARCIVIC      C363035

-------------------------------------------------------------------------------
        VISITOR                        ID    ID INFO         DATE      IN    OUT
        BARBER LARRISA                 NCDL  8724829         01/12/98  2105   2151
        NDULY JEAN                     NCDL  3753791         01/12/98  2106   2151
        DUNCAN, SCOTT                  BOP   INTERVIEWER     01/19/98  1153   1446
        GRANT, WILLIAM                 BOP   INTERVIEWER     01/19/98  1155   1446
        BARNETTE, SONIA                NCDL  26313873        01/19/98  2032   2151
        BARNETTE, MARIO                NCDL  25014498        01/19/98  2032   2151
        BARNETTE DERRICK               MDDL  B63313948868    02/02/98  2010   2112
        BARNETTE JOHN                  NCDK  L1066734        02/02/98  2010   2112
        BEASLEY, AYANNA                NCDL  857743          02/09/98  2229   2302
        AUSTIN STEPHEN RICHARD         NCDL  7651284         02/20/98  0847   1134
        BARNETTE, MARIO                NCDL  25014498        02/27/98  2227   2302
        BARNETTE, SONIA                NCDL  26313873        03/06/98  2245   2303


                MORE VISITORS...
            F3:RETURN                        F7:PAGE UP
                                             F8:PAGE DWN
```

Case 3:12-cv-00327-MOC   Document 76-1   Filed 12/22/14   Page 22 of 23   000359

```
06/11/2002      MECKLENBURG COUNTY CRIMINAL JUSTICE ARCHIVE SYSTEM      CJJI190
12:38 PM                        INMATE VISITATION LIST                   RAYMEPM


      JID         PID      INMATE                        HOUSING
   97353076     181573     BARNETTE, AQUILA MARCIVIC      C363035


---------------------------------------------------------------------------------
      VISITOR                        ID   ID INFO      DATE     IN    OUT
      BARNETTE, SONIA                NCDL 26313873    03/06/98  2245  2303
      BARNETTE, MARIO                NCDL 25014498    03/13/98  2207  2300
      BARNETTE, SONIA                NCDL 26313873    03/27/98  2232  2302




                BOTTOM OF LIST...
           F3:RETURN                    F7:PAGE UP
                                        F8:PAGE DWN
```

Date: 6/11/02 Time: 12:39:49 PM

Bates No. 2326    J3000360