

Bates No. 2327

PC 006275

**(OSIHIADE) - OFFENDER ADDRESS HISTORY**

**Offender Address History**

| Apartment / Unit # | Street | City/Town | ZIP | State | Country | Residence From / To Date | | Mailing From/To Date | | JID |
|---|---|---|---|---|---|---|---|---|---|---|
| | 003413 WEST | CHARLOTTE | 28208 | NORTH CARO | | | | | | 01040068 |
| | UNKNOWN | TERRE HAUT | 00000 | INDIANA | UNITED STATE | | | | | 09-026283 |
| | 003413 WEST | CHARLOTTE | 28208 | NORTH CARO | | | | | | 09-026283 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

Exit

Case 3:12-cv-00327-MOC    Document 76-2    Filed 12/22/14    Page 2 of 23    Bates No. 2328    PC 2006276

## (OSIALERT) - OFFENDER ALERT HISTORY

### Offender Alert History

| Effective Date | Alert Type | Alert | Expiry Date | Status | JID |
|---|---|---|---|---|---|
| 08/12/2009 | (M) MEDICAL | (M) APPROVED FOR WORKER STATUS | 08/12/2009 | INACTIVE | 09-026283 |
| 08/11/2009 | (S) SECURITY | (S) RESTRICTED TO JAIL CENTRAL | | ACTIVE | 09-026283 |
| 05/14/2002 | (M) MEDICAL | (M) SUICIDAL | | ACTIVE | 01040068 |
| 05/14/2002 | (M) MEDICAL | (M) SUICIDAL | | ACTIVE | 09-026283 |

Exit

Bates No. 2329   FC 006277



**(OSUHOLOC) - HOUSING LOCATION HISTORY**

**Housing Location History**

| Date | Time | Location | Reason | JID |
|------|------|----------|--------|-----|
| 06/07/2010 | 16:23 | MCJC-55-00-49 | CLASS/CUSTODY CHANGE | 09-026283 |
| 06/03/2010 | 10:39 | MCJC-55-00-32 | | 09-026283 |
| 05/28/2010 | 10:54 | MCJC-55-00-24 | CLASS/CUSTODY CHANGE | 09-026283 |
| 01/04/2010 | 12:46 | MCJC-59-00-21 | CLASS/CUSTODY CHANGE | 09-026283 |
| 12/22/2009 | 15:07 | MCJC-58-00-52 | CONVERSION | 09-026283 |
| 11/24/2009 | 09:17 | MCJC-58-00-36 | CLASS/CUSTODY CHANGE | 09-026283 |
| 10/08/2009 | 10:48 | MCJC-58-00-18 | CLASS/CUSTODY CHANGE | 09-026283 |
| 10/08/2009 | 09:35 | MCJC-38-00-40 | CLASS/CUSTODY CHANGE | 09-026283 |
| 08/14/2009 | 13:03 | MCJC-61-30-31 | CLASS/CUSTODY CHANGE | 09-026283 |
| 08/11/2009 | 10:07 | MCJC-56-30-33 | | 09-026283 |

Exit

Bates No. 2330

PC 006278

**(OSUHOLOC) - HOUSING LOCATION HISTORY**

**Housing Location History**

| Date | Time | Location | Reason | JID |
|------|------|----------|--------|-----|
| 10/08/2009 | 10:48 | MCJC-58-00-18 | CLASS/CUSTODY CHANGE | 09-026283 |
| 10/08/2009 | 09:35 | MCJC-38-00-40 | CLASS/CUSTODY CHANGE | 09-026283 |
| 08/14/2009 | 13:03 | MCJC-61-30-31 | CLASS/CUSTODY CHANGE | 09-026283 |
| 08/11/2009 | 10:07 | MCJC-56-30-33 | | 09-026283 |
| 09/05/2002 | 07:55 | MCJC-53-00-21 | ADMINISTRATIVE | 01040068 |
| 08/30/2002 | 08:48 | MCJC-59-00-21 | ADMINISTRATIVE | 01040068 |
| 08/16/2002 | 07:22 | MCJC-53-00-21 | ADMINISTRATIVE | 01040068 |
| 12/07/2001 | 13:32 | MCJC-55-00-47 | ADMINISTRATIVE | 01040068 |
| 03/30/2001 | 14:23 | MCJC-51-30-31 | ADMINISTRATIVE | 01040068 |
| 02/09/2001 | 16:16 | MCJC-61-20-05 | ADMINISTRATIVE | 01040068 |

Exit

Bates No. 2331

006279



Bates No. 2332

ROC 006280





Bates No. 2334

006282





| Incident# | Location | Occurrence Date/Time | Type | Create User/Date/Time |
|---|---|---|---|---|
| 167583 | POD 6100 | 08/22/2009 06:19 | MEAL REFUSAL | ROBERSS   08/22/2009 06:19 |

Narrative:

While assigned the duties of pod supervisor for 6100 on 22 August 2009 at approximately 0554 hours during breakfast. The following inmates was offered breakfast but refused: Inmate Chavis, Trae PID #341319, Barnette, Aquila PID #181573. Sgt. Truesdale notified of the matter. End of report.

Participant

| | | | |
|---|---|---|---|
| TRUESDALE, D.B. | REV_SGT | 08/22/2009 | Inmates refused their breakfast serving. |
| SUMMERS, D.R. | REV_CPT | 08/22/2009 | None. |
| BARNETTE, AQUILA | NA | 08/22/2009 | |
| CHAVIS, TRAE | NA | 08/22/2009 | |
| YOUNGBLOOD, C.D. | REV_MAJ | 08/24/2009 | Reviewed for Major |

| 170311 | POD 6100 | 09/16/2009 06:03 | MEAL REFUSAL | SIMPSRL   09/16/2009 06:03 |
|---|---|---|---|---|

Narrative:

I was assigned the duties as Pod Supervisior for pod 6100. While the breakfast meal was being served the following inmates were offered a meal and refused. Alburua, Hernan # 381654, and Barnette, Aquila # 181573. Special Housing Sgt Rich notified.

Participant

| | | | |
|---|---|---|---|
| BARNETTE, AQUILA | NA | 09/16/2009 | |
| ALBURUA, HERNAN | NA | 09/16/2009 | |
| YOUNG, C.E. | REV_SGT | 09/16/2009 | copy to medical. |
| YOUNGBLOOD, C.D. | REV_MAJ | 09/17/2009 | Reviewed for Major |
| HILL, R.L. | REV_CPT | 09/16/2009 | Reviewed. |

| 171086 | POD 6130 LOWER LE\ | 09/24/2009 05:16 | MEAL REFUSAL | SIMPSRL   09/24/2009 05:16 |
|---|---|---|---|---|

Narrative:

I was assigned the duties as pod supervisor of 6100. At approximately 0450 hours while conducting breakfast feeding, Inmate Barnette, Aquila #181573 was offered a breakfast tray but refused his meal. End of report. Sgt. Rich notified

Participant

| | | | |
|---|---|---|---|
| BARNETTE, AQUILA | NA | 09/24/2009 | |
| FENNELL, S.R. | REV_SGT | 09/24/2009 | Information documented in shift log. |
| YOUNGBLOOD, C.D. | REV_MAJ | 09/24/2009 | Reviewed for Major |

| Incident# | Location | Occurrence Date/Time | Type | Create User/Date/Time |
|---|---|---|---|---|
| 171174 | POD 6130 | 09/25/2009 05:14 | MEAL REFUSAL | SANDEAT 09/25/2009 05:42 |

Narrative:

I was assigned the duties as Pod Supervisior for pod 6100. While the breakfast meal was being served Inmate Barnette, Aquila # 181573 was offered a meal and refused. Special Housing Sgt Rich notified.

Participant

| | | | |
|---|---|---|---|
| YOUNG, C.E. | REV_SGT | 09/25/2009 | Copy to medical. |
| BARNETTE, AQUILA | S | 09/25/2009 | |
| PEARSON, C.E. | REV_MAJ | 09/25/2009 | Reviewed for Major Pagan |

| 182309 | POD 5900 | 01/09/2010 14:18 | BEHAVIORAL ISSUE/UNAU DAVISCD 01/09/2010 14:18 |
|---|---|---|---|

Narrative:

On 09 January 2010, I was assigned to Jail Central Lobby. At 1200, I was given lucnh in POD 5900. While conducted a POD tour, the following inmates were not out of their rooms lockdown in the dayroom per policies: Watson, James 049708; Barnette, Aquila 181573; Carrington, Sylvester 214095; Clark, Terry 341310. The following inmates will lockdown one additional hour after lunch. Sgt. Allison notified. End of report.

Participant

| | | | |
|---|---|---|---|
| CLARK, TERRY | S | 01/09/2010 | |
| CARRINGTON, SYLVESTER | S | 01/09/2010 | |
| BARNETTE, AQUILA | S | 01/09/2010 | |
| WATSON, JAMES | S | 01/09/2010 | |
| DAVIS, C.D. | R | 01/09/2010 | Inmates placed on one additional hour lockdown. |
| YOUNGBLOOD, C.D. | REV_MAJ | 01/13/2010 | Reviewed for Major |
| GRAVES, J.D. | DISP | 01/11/2010 | rev |
| KIRK, H.S. | REV_CPT | 01/09/2010 | |
| ALLISON, E.J. | REV_SGT | 01/09/2010 | Informal hearing conducted with the Inmates. They were advised they would be locked down for 1 hour. |

| 192077 | POD 5900 | 04/09/2010 09:50 | ARMBAND BROKEN/MISSIN CAVERQM 04/09/2010 09:50 |
|---|---|---|---|

Narrative:

I was assigned the duties as pod supervisor in housing unit 5900. At approximately 0655 on the 09 of April 2010, while conducting Headcount/Crossover roll call and armband check. I notice that the following inmates new armbands due to the clamp missing. Barnette, Aquila 181573, Moore, Arbrey 250582 and Moore, Orlando 223182. Sgt F. Alexander will be notified. End of Report. Log # 192077

Participant

| | | | |
|---|---|---|---|
| MOORE, ARBREY | NA | 04/09/2010 | |
| BARNETTE, AQUILA | NA | 04/09/2010 | |
| MOORE, ORLANDO | NA | 04/09/2010 | |
| SMITH, M.R. | REV_CPT | 04/09/2010 | rev |
| HUNTER, C.L. | FIN_PROP | 04/12/2010 | Applied armbands on 4-12-10 |
| YOUNGBLOOD, C.D. | REV_MAJ | 04/12/2010 | Reviewed for Major |

| Incident# | Location | Occurrence Date/Time | Type | Create User/Date/Time |
|---|---|---|---|---|
| 199529 | POD 5500 DAYROOM | 06/15/2010 05:29 | MEAL REFUSAL | SKINNWR | 06/15/2010 05:29 |

Narrative:

 I was assigned the duties of Pod Supervisor for Pod 5500 on the 15th day of June 2010. At approximately
0530 hours I was conductiong the rollcall for breakfast. Inmate Barnette, Aquila # 181573 refused his meal.
Sgt. V. Ross and medical will be advised of the incident. End of Report. Log. No.   199529

Participant

| | | | |
|---|---|---|---|
| SEVOR, K.S. | REV_CPT | 06/15/2010 | Reviewed |
| BARNETTE, AQUILA | S | 06/15/2010 | |
| ROSS, V. | REV_SGT | 06/15/2010 | No further action required. |

| 202021 | POD 5500 DAYROOM | 07/06/2010 20:52 | ARMBAND BROKEN/MISSIN BROWND | 07/06/2010 20:52 |
|---|---|---|---|---|

Narrative:

On 06 July 2010 I was assigned the duties as the pod supervisor in 5500. During the crossover roll call I
noticed Inmates Pittman Jamal pid # 345248 and Barnette Aquila pid # 181573 and Burns Carlos pid # 384423
need a new armband due to normal ware and tear. End of report.

Participant

| | | | |
|---|---|---|---|
| PITTMAN, JAMAL | S | 07/06/2010 | |
| BARNETTE, AQUILA | S | 07/06/2010 | |
| BURNS, CARLOS | S | 07/06/2010 | |
| YOUNGBLOOD, C.D. | REV_MAJ | 07/07/2010 | Reviewed for Major |
| HARPER, L.A. | DISP | 07/07/2010 | |
| YOUNG, T.B. | REV_CPT | 07/07/2010 | reviewed |
| BRIDGES, L.P. | REV_SGT | 07/06/2010 | Reviewed. Forwarded to Inmate Property for replacement. |
| HUNTER, C.L. | FIN_PROP | 07/08/2010 | Applied armbands on 7-8-10 |

## Mecklenburg County Sheriff's Office
### Inmate Visitation Log
From Date: 02/09/2001    End Date:    07/14/2010

Facility:  MCJC      PID:      181573

## Visit Date

| Inmate Name | PID | JID | Location |
|---|---|---|---|

### 07/08/2010

| BARNETTE, AQUILA | 0000181573 | 09-026283 | NOT IN JAIL |
|---|---|---|---|

Start/End:  19:51    20:30    Visitor: 784149      NERO, TESSIE          Relation: NEPHEW (F)        Type: REGULAR
ID Info DL      NC3547336          NCDMV

Start/End:  19:51    20:30    Visitor: 803984      BARNETTE, SONIA          Relation: MOTHER (F)        Type: REGULAR
ID Info DL      NC26313873          NCDMV

### 06/28/2010

| BARNETTE, AQUILA | 0000181573 | 09-026283 | NOT IN JAIL |
|---|---|---|---|

Start/End:  14:05    14:25    Visitor: 79836      BENDER, HAROLD          Relation: ATTORNEY (P)      Type: PROFESSIONAL
ID Info BAR      295          nc

### 05/17/2010

| BARNETTE, AQUILA | 0000181573 | 09-026283 | NOT IN JAIL |
|---|---|---|---|

Start/End:  20:00    20:35    Visitor: 803984      BARNETTE, SONIA          Relation: MOTHER (F)        Type: REGULAR
ID Info DL      NC26313873          NCDMV

### 04/05/2010

| BARNETTE, AQUILA | 0000181573 | 09-026283 | NOT IN JAIL |
|---|---|---|---|

Start/End:  09:34    10:10    Visitor: 796697      NERO, CORTNEY          Relation: COUSIN (F)        Type: REGULAR
ID Info ID      28083479          ncdmv

### 02/22/2010

| BARNETTE, AQUILA | 0000181573 | 09-026283 | NOT IN JAIL |
|---|---|---|---|

Start/End:  20:06    20:42    Visitor: 803984      BARNETTE, SONIA          Relation: MOTHER (F)        Type: REGULAR
ID Info DL      NC26313873          NCDMV

### 01/03/2010

| BARNETTE, AQUILA | 0000181573 | 09-026283 | NOT IN JAIL |
|---|---|---|---|

Start/End:  09:42    10:46    Visitor: 834750      BARNETTE, DERRICK          Relation: FATHER (F)        Type: REGULAR
ID Info DL      MDB653139488668          MDDMV

Total PIDs:  1                                Total Visitors:  24

Bates No. 2340                                                          006288

## Visit Date

| Inmate Name | PID | JID | Location |
|---|---|---|---|

### 12/27/2009

| BARNETTE, AQUILA | 0000181573 | 09-026283 | NOT IN JAIL |
|---|---|---|---|

Start/End: 10:12   10:45   Visitor: 803984      BARNETTE, SONIA          Relation: MOTHER (F)          Type: REGULAR

ID Info DL     NC26313873          NCDMV

### 12/20/2009

| BARNETTE, AQUILA | 0000181573 | 09-026283 | NOT IN JAIL |
|---|---|---|---|

Start/End: 09:47   10:20   Visitor: 803984      BARNETTE, SONIA          Relation: MOTHER (F)          Type: REGULAR

ID Info DL     NC26313873          NCDMV

### 11/29/2009

| BARNETTE, AQUILA | 0000181573 | 09-026283 | NOT IN JAIL |
|---|---|---|---|

Start/End: 09:14   09:50   Visitor: 803984      BARNETTE, SONIA          Relation: MOTHER (F)          Type: REGULAR

ID Info DL     NC26313873          NCDMV

### 11/22/2009

| BARNETTE, AQUILA | 0000181573 | 09-026283 | NOT IN JAIL |
|---|---|---|---|

Start/End: 13:51   14:25   Visitor: 803984      BARNETTE, SONIA          Relation: MOTHER (F)          Type: REGULAR

ID Info DL     NC26313873          NCDMV

Start/End: 13:51   14:25   Visitor: 786685      WEST, JOHN          Relation: BROTHER (F)          Type: REGULAR

ID Info DL     35352179          ncdmv

### 11/15/2009

| BARNETTE, AQUILA | 0000181573 | 09-026283 | NOT IN JAIL |
|---|---|---|---|

Start/End: 09:12   09:45   Visitor: 803984      BARNETTE, SONIA          Relation: MOTHER (F)          Type: REGULAR

ID Info DL     NC26313873          NCDMV

### 10/18/2009

| BARNETTE, AQUILA | 0000181573 | 09-026283 | NOT IN JAIL |
|---|---|---|---|

Start/End: 15:30   16:00   Visitor: 796697      NERO, CORTNEY          Relation: COUSIN (F)          Type: REGULAR

ID Info ID     28083479          ncdmv

Start/End: 15:30   16:00   Visitor: 803984      BARNETTE, SONIA          Relation: MOTHER (F)          Type: REGULAR

ID Info DL     NC26313873          NCDMV

Total PIDs:  1                                    Total Visitors: 24

Bates No. 2341                    006289

## Mecklenburg County Sheriff's Office
## Inmate Visitation Log

01/22/2013

From Date:   02/09/2001   End Date:   07/14/2010

Facility:  MCJC        PID:        181573

**Visit Date**

| Inmate Name | PID | JID | Location |
|---|---|---|---|

### 10/13/2009

| BARNETTE, AQUILA | 0000181573 | 09-026283 | NOT IN JAIL |
|---|---|---|---|

Start/End:  10:03   10:24   Visitor: 79836   BENDER, HAROLD   Relation: ATTORNEY (P)   Type: PROFESSIONAL

ID Info BAR   295   nc

### 09/28/2009

| BARNETTE, AQUILA | 0000181573 | 09-026283 | NOT IN JAIL |
|---|---|---|---|

Start/End:  20:00   21:15   Visitor: 796697   NERO, CORTNEY   Relation: COUSIN (F)   Type: REGULAR

ID Info ID   28083479   ncdmv

### 09/21/2009

| BARNETTE, AQUILA | 0000181573 | 09-026283 | NOT IN JAIL |
|---|---|---|---|

Start/End:  20:00   20:46   Visitor: 794333   MACK, REGINA   Relation: FRIEND (FR)   Type: REGULAR

ID Info DL   1590648   ncdmv

### 09/10/2009

| BARNETTE, AQUILA | 0000181573 | 09-026283 | NOT IN JAIL |
|---|---|---|---|

Start/End:  14:17   14:44   Visitor: 79836   BENDER, HAROLD   Relation: ATTORNEY (P)   Type: PROFESSIONAL

ID Info BAR   295   nc

### 09/07/2009

| BARNETTE, AQUILA | 0000181573 | 09-026283 | NOT IN JAIL |
|---|---|---|---|

Start/End:  20:18   21:01   Visitor: 786684   SPENCER JR, AUDIA   Relation: COUSIN (F)   Type: REGULAR

ID Info DL   39524653   ncdmv

Start/End:  20:18   21:01   Visitor: 786685   WEST, JOHN   Relation: BROTHER (F)   Type: REGULAR

ID Info DL   35352179   ncdmv

### 09/01/2009

| BARNETTE, AQUILA | 0000181573 | 09-026283 | NOT IN JAIL |
|---|---|---|---|

Start/End:  14:35   15:10   Visitor: 79836   BENDER, HAROLD   Relation: ATTORNEY (P)   Type: PROFESSIONAL

ID Info BAR   295   nc

Total PIDs:  1                    Total Visitors:  24

Bates No. 2342

06290

**Mecklenburg County Sheriff's Office**
**Inmate Visitation Log**
From Date:   02/09/2001    End Date:   07/14/2010

Facility:  MCJC    PID:    181573

01/22/2013

## Visit Date

| Inmate Name | PID | JID | Location |
|---|---|---|---|

### 08/31/2009

| | | | |
|---|---|---|---|
| BARNETTE, AQUILA | 0000181573 | 09-026283 | NOT IN JAIL |

Start/End:  20:06   20:52    Visitor: 784155    NERO, JEFFERSON    Relation:  UNCLE (F)    Type: REGULAR

ID Info  DL    NC4056341    NCDMV

Start/End:  20:06   20:52    Visitor: 784149    NERO, TESSIE    Relation:  NEPHEW (F)    Type: REGULAR

ID Info  DL    NC3547336    NCDMV

Total PIDs: 1            Total Visitors: 24

Bates No. 2343    006291

SSA-1826                    ITEMIZED STATEMENT OF EARNINGS

                        SOCIAL SECURITY ADMINISTRATION
                        EARNINGS RECORD INFORMATION

                                        Date:        MAR 1 9 2013

Our records show the amount of earnings reported, not the amount of
Social Security taxes that were paid.

Wages were first covered under Social Security in 1937.  Therefore,
1937 is the first year for which earnings may be shown on our records.
Employers were required to report earnings semi-annually in 1937,
and on a quarterly basis for the years from 1938 through 1977.
Beginning with 1978, employers are required to report earnings annually.

Our records do not show the exact date of employment (month and day)
because we do not need this information to figure Social Security
benefits.  Employers do not give us this information.

Each year, there is a maximum amount of earnings that is subject to
Social Security taxes and is used to compute benefits.  If a person
earns more than this maximum amount, the earnings statement will
usually show the maximum rather than the total earnings.  Maximum
benefits can be found on the SSA website.
http://www.ssa.gov/OACT/COLA/cbb.html

Beginning in 1951, self-employed persons could also receive
Social Security credit for their work.  The maximum amounts of
self-employment earnings that are subject to Social Security taxes
and are used to compute benefits can also be found on the SSA website.
http://www.ssa.gov/OACT/COLA/cbb.html

If you have any questions, you should call, write,  or visit any
Social Security office.  If you visit or call, please bring this letter.
It will help us answer questions.  The toll free number to call is
1-800-772-1213 (for the deaf or hard of hearing, call our TTY number,
1-800-325-0778).

Bates No. 2344                                                                    06495

# SOCIAL SECURITY ADMINISTRATION
Baltimore, Maryland 21290-0300

## CERTIFICATION OF EXTRACT FROM RECORDS

Pursuant to the provisions of Title 42, United States Code, Section 3505, and the authority vested in me by 45 F. R. 47245-46. I hereby certify that I have legal custody of certain records, documents, and other information established and maintained by the Social Security Administration, pursuant to Title 42, United States Code, Section 405, and that the annexed is a true extract from such records in my custody as aforesaid.

I certify that all signatures of Social Security Administration officials on the annexed document(s) are genuine and made pursuant to the signers' official capacity.

I further certify that these records may not show all the earnings reported for the periods ending after December 31, 2011 because of the time required to receive and process reports.

IN WITNESS WHEREOF, I have hereunto set my hand and caused the seal of the Social Security Administration to be affixed this _____ 19th _____ day of _____ March _____, 2013.

Stephanie S. Harrison,
Director
Division of Earnings Record Operations
Office of Central Operations

Form **SSA-473** (12/12)
Destroy Prior Edition

Bates No. 2345

SSA-1826              ITEMIZED STATEMENT OF EARNINGS
                 * * *      FOR SSN XXX-XX-1534     * * *

```
FROM:   SOCIAL SECURITY ADMINISTRATION
        OFFICE OF CENTRAL OPERATIONS
        300 N. GREENE STREET
        BALTIMORE, MARYLAND  21290-0300
```

NUMBER HOLDER NAME: AQUILIA M BARNETTE
   YEARS REQUESTED: 1983 THRU 1996

```
ZACH ROWLES
CDPL
201 W MAIN ST #301
DURHAM NC 27701
```

```
EMPLOYER NUMBER:  58-1406237
SKJ BLOOMER CORP
BRICK PIZZA HOUSE
2912 EVANS MILL RD
LITHONIA  GA 30038-2415
```

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1990 |         |         |         |         | $418.55 |

```
EMPLOYER NUMBER:  58-1758281
GAULTNEY INC
ONE SERVICE PERSONNEL
1718 PEACHTREE ST NW STE 157
ATLANTA  GA 30309-2409
```

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1990 |         |         |         |         | $197.25 |
| 1991 |         |         |         |         | $1,408.34 |
| 1992 |         |         |         |         | $1,302.76 |

```
EMPLOYER NUMBER:  58-1165941
ARG RESOURCES INC
% DIRECTOR OF TAX
1155 PERIMETER CENTER W
ATLANTA  GA 30338-5463
```

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1992 |         |         |         |         | $4,030.55 |

Case 3:12-cv-00327-MOC    Document 76-12   Filed 12/22/14   Page 20 of 23

Bates No. 2346    POI-206497

SSA-1826            ITEMIZED STATEMENT OF EARNINGS
            * * *     FOR SSN XXX-XX-1534    * * *

1993                                  $165.15


EMPLOYER NUMBER:  75-1889838
BLOCKBUSTER INC
% PR TAX DEPT
PO BOX 8009
MCKINNEY  TX 75070-8009

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1992 | | | | | $1,035.70 |
| 1993 | | | | | $343.13 |


EMPLOYER NUMBER:  48-0895936
PIZZA HUT OF AMERICA INC
PIZZA HUT
5200 COMMERCE CROSSINGS L51-10
LOUISVILLE  KY 40229-2182

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1993 | | | | | $907.98 |


EMPLOYER NUMBER:  56-1572401
HARPERS RESTAURANTS INC
1228 EAST MOREHEAD ST
CHARLOTTE  NC 28204-2889

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1993 | | | | | $92.19 |


EMPLOYER NUMBER:  56-1800894
BATTLEGROUND RESTAURANT GROUP INC
PO BOX 10398
GREENSBORO  NC 27404-0398

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1993 | | | | | $87.83 |


EMPLOYER NUMBER:  79-0000071
 UNREPORTED TIPS

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1993 | | | | | $40.00 |

SHANER 002347    P-006498

```
SSA-1826                  ITEMIZED STATEMENT OF EARNINGS
                * * *       FOR SSN XXX-XX-1534      * * *


EMPLOYER NUMBER:  94-2161806
ADECCO
% ADIA SERVICES INC
175 BROADHOLLOW RD
MELVILLE  NY 11747-4902


YEAR     1ST QTR      2ND QTR      3RD QTR      4TH QTR            TOTAL
1993                                                          $1,725.15



EMPLOYER NUMBER:  95-4283932
BOJANGLES RESTAURANTS INC
BOJANGLES
PO BOX 240239
CHARLOTTE  NC 28224-0239


YEAR     1ST QTR      2ND QTR      3RD QTR      4TH QTR            TOTAL
1993                                                            $186.74



EMPLOYER NUMBER:  38-2967393
HOT N NOW INC
% DAN POMEROY
421 QUANTUM RD NE
RIO RANCHO  NM 87124-4509


YEAR     1ST QTR      2ND QTR      3RD QTR      4TH QTR            TOTAL
1994                                                            $307.44



EMPLOYER NUMBER:  52-1481337
COURTYARD MANAGEMENT CORP
1965 MARRIOTT DR
LOUISVILLE  TN 37777-4810


YEAR     1ST QTR      2ND QTR      3RD QTR      4TH QTR            TOTAL
1994                                                          $5,742.09



EMPLOYER NUMBER:  95-2213656
TACO BELL CORP
% PAYROLL DEPT
5200 COMMERCE CROSSINGS L51-10
LOUISVILLE  KY 40229-2182


YEAR     1ST QTR      2ND QTR      3RD QTR      4TH QTR            TOTAL
1994                                                          $1,865.01
```

Bates No. 2348

P-006499

```
SSA-1826              ITEMIZED STATEMENT OF EARNINGS
                 * * *    FOR SSN XXX-XX-1534     * * *

EMPLOYER NUMBER:  34-1033550
CAMELOT MUSIC INC
38 CORPORATE CIR
ALBANY  NY 12203-5121


YEAR    1ST QTR    2ND QTR    3RD QTR    4TH QTR          TOTAL
1995                                                  $5,209.13
1996                                                  $1,800.00



EMPLOYER NUMBER:  52-0936594
SODEXHO INC
9801 WASHINGTONIAN BLVD
GAITHERSBURG  MD 20878-5355

YEAR    1ST QTR    2ND QTR    3RD QTR    4TH QTR          TOTAL
1995                                                  $1,962.64



EMPLOYER NUMBER:  54-0898363
DOMINION LODGING INC
PO BOX 37
DALEVILLE  VA 24083-0037

YEAR    1ST QTR    2ND QTR    3RD QTR    4TH QTR          TOTAL
1995                                                  $1,909.75


*****************************************************************************
*********   THERE ARE NO OTHER EARNINGS RECORDED UNDER THIS   *********
*********   SOCIAL SECURITY NUMBER FOR YEAR(S) REQUESTED      *********
*****************************************************************************
```