

PC - 004701

Bates No. 9522



PC - 004702



PC - 004704



PC - 004705

Bates No. 3525

Bates No. 99326

PC - 004706





PC - 004708

PC - 004709





PC - 004710

Bates No. 9929



PC - 004712



PC - 004713

Bates No. 3331



PC - 004715



PC - 004718

Bates No. 6334

PC - 004719

