**StateFarm**™

**State Farm**
Corporate South
3 State Farm Plaza South
Bloomington, IL 61791-0002

April 18, 2013

Jacob H Sussman
Tin Fulton Walker & Owen
301 East Park Avenue
Charlotte, NC 28203

Subject:    Order – Case #: 3:12cv327-V
Cooper Barnette, Sonia Maria

Dear Mr. Sussman:

In compliance with the order dated April 10, 2013 requesting records on the above referenced individual, I submit the following documents:

- **Employee File/Shield** – Copy of complete file contents
- **Medical File** – Copy of complete file contents

We conducted a thorough search of employment files, including archived files; all responsive records found regarding Ms. Cooper Barnette are enclosed.

Please contact me if you need anything additional.

Sincerely,

Sherri Payne
Technician
Financial Shared Services
State Farm Mutual Automobile Insurance Co.
Corporate Headquarters

Enc.

Certification of Record Submission

In response to the request issued to me, I hereby certify that I have submitted a true and complete copy of all requested documents in my control or possession relating to the individual identified on the request. I also certify that:

1. The records were prepared by personnel of State Farm Mutual Automobile Insurance Company, and its subsidiaries and/or affiliates, during the course of regularly conducted business activity;

2. It was the regular practice of the business activity to make and retain the record.

Documents submitted in response to the request include:

_Complete shield_

_Theresa A Parrish_
Signature

_HR Assistant_
Title

_Theresa A. Parrish_
Printed Name

_4/15/13_
Date

PC - 006502

<table>
<tr><td colspan="2">

## PERSONNEL SHIELD CHECKLIST

</td></tr>
</table>

| GENERAL FORMS | DATE FILED |
|---|---|
| application for employment. . . . . . . . . . . . . . . | X |
| applicant data sheet . . . . . . . . . . . . . . . . . . . | X |
| conflict of interest questionnaire . . . . . . . . . . | |
| college transcript . . . . . . . . . . . . . . . . . . | |
| credit card authorization memo . . . . . . . . . . | |
| physical examination approval . . . . . . . . . . . . | |
| reference check . . . . . . . . . . . . . . . . . . . | |
| notification of additional employment - part time employee . . . . . . . . . . . . . . . . . . . . . . . . | |
| | |
| | |
| | |
| | |

### RETIREMENT FORMS

| | |
|---|---|
| evidence of age documents. . . . . . . . . . . . . . . . | |
|    employee. . . . . . . . . . . . . . . . . . . . . . . . . . . | |
|    spouse/annuitant . . . . . . . . . . . . . . . . . . . . . | |
| marriage certificate(s). . . . . . . . . . . . . . . . . . . | |
| election or waiver of survivor benefit option (G 5418) . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| supplement to form G 5418. . . . . . . . . . . . . . . | |
| beneficiary designation (G 5415) . . . . . . . . . . . . | |
| signature cards | |
|    U.S. Employee Retirement Plan | |
|       employee . . . . . . . . . . . . . . . . . . . . . . . . . | |
|       beneficiary/joint annuitant . . . . . . . . . . . . | |
|    Metropolitan Plan | |
|       employee . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Retirement Income Option Election Form (G 5417) . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Retirement Statement (G 5524) Terminators Only | |

### OTHER FORMS



| | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## PRE-RETIREMENT PLANNING CHECKLIST

Name _____    Normal Retirement Date _____

| Contact No. | Date Scheduled | Date Completed |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |



G 4519.2 Printed in U.S.A.

PC - 006503

Page 01 of 01   S BARNETTE   Date sent 01/08/90   Time sent 10:59
For:BARNETT JEAN L         Date recv 01/08/90   Time recv 11:10
Sent by:SMITH ALLISON                SOUTHEASTERN


memo to:   jean barnett, personnel specialist

   from:   toby sampson, personnel representative Ii

   re:   former employee - sonia m. barnette


jean, sonia has applied for re-employment with State farm.  her
application shows that she was employed in charlotte, nc from
7/80 to 11/88.  will you please send me her personnel shield for
review?  My address is p. o. box 370568, decatur, ga 30037.

thanks for you assistance.  I'll keep you advised as to her employ-
ment status.

ts/a

PC - 006504

TO:     Toby Sampson, Personnel Representative II
        Decatur, Georgia

FROM:   Jean L. Barnett, Senior Personnel Specialist
        Eastern Regional Office

DATE:   January 9, 1990

RE:     Former Employee Sonia M. Barnett

Toby, I am enclosing the Personnel Shield on Sonia M. Barnett.  She was
employed in our Charlotte, North Carolina Office from 1980 to 1988.

You may let us know when you have made a decision on this individual.


JLB/CI/11

PC - 006505