# STATE FARM INSURANCE COMPANIES
## HUMAN RESOURCES
### 1500 STATE FARM BLVD
### CHARLOTTESVILLE VA 22909

---

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| ROBERT COUNTS | SHIRLEY MORRIS - EASTERN |

| COMPANY: | DATE: |
|---|---|
| S.F. | 11-18-97 |

| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
|---|---|
| 804-972-5285 | 3 |

PHONE NUMBER:
804-972-5167

RE:
COURT ORDER / RECORDS

☐ URGENT  ☐ FOR REVIEW  ☐ PLEASE COMMENT  ☑ PLEASE REPLY  ☐ PLEASE RECYCLE

NOTES/COMMENTS:

TERMINATED EMPLOYEE - (term. 11/4/87)





PC - 006506

PAUL J. WILLIAMS
ATTORNEY AT LAW
SUITE 801, CAMERON BROWN BUILDING
301 SOUTH McDOWELL STREET
CHARLOTTE, NORTH CAROLINA 28204
704-372-5001
FAX 704-372-0181

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## FACSIMILE COVER SHEET

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLEASE DELIVER IMMEDIATELY

TO: Brian Carlson - STATE FARM

FAX NO.: 1-804-972-2076

FROM: Paul J. Williams, attorney

FILE: USA v. Barnette

DATE: 11/14/97                TIME: 1:45 pm

COMMENTS: Please mail me the entire file on Sonia Barnette immediately per the enclosed federal Court Order. If any questions please call me. pjw

WE ARE TRANSMITTING 2 PAGE(S), INCLUDING THIS COVER SHEET.

IF THE TRANSMISSION IS NOT COMPLETE AND/OR SCRAMBLED, PLEASE ADVISE VIA TELEPHONE AT (704) 372-5601 IMMEDIATELY.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this facsimile message is attorney/client privileged, and/or confidential or proprietary or trade secret information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at (704) 372-5601 and return the original message to us at the above address by Unites States Postal Service.

PC - 006507

# UNDER SEAL

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

**F I L E D**
CHARLOTTE, N.C.

3:97CR23-P

NOV 12 1997

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| AQUILIA MARCIVICCI BARNETTE ) | |
| ) | |

**THIS MATTER** is before the Court on the Defendant's Ex Parte Motion for Employment Records, filed November 10, 1997 [Document No. 165].

For good cause shown, the Motion will be granted.

**NOW, THEREFORE, IT IS ORDERED** that Brian Carlson and/or Dan Staver, State Farm Insurance Company, 1500 State Farm Boulevard, Charlottesville, Virginia 22909, shall provide employment records for Sonia Barnette, black female, date ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ 7433; Employed from 1979 through 1987. The records shall include all records, including but not limited to: application, work/merit evaluations, tests, medical or drug evaluations; supervisory reports; attendance records, psychiatric tests or referrals; reason for termination, a list of all supervisors, and access to interview all employees who worked with Sonia Barnette and are still working at State Farm. Said employment records shall be provided to George V. Laughrun, II and/or Paul J. Williams, Attorneys at Law.

Any charges should be paid by the Attorneys who will be reimbursed by the Court.

**IT IS FURTHER ORDERED** that the Clerk shall SEAL the Motion and this Order.

The Clerk is directed to certify copies of this order to defense counsel **only**.

This the _12th_ day of November, 1997.

_[signature]_

ROBERT D. POTTER
SENIOR UNITED STATES DISTRICT JUDGE

PC - 006508

```
*------------------------------------------------*
*      Printed For: Shirley.A.MORRIS          *
*------------------------------------------------*
```

Date: Tuesday, 18 November 1997 2:19pm ET
To: *, Robert.COUNTS
From: Shirley.A.MORRIS
Subject: Subpoena/Sonia Barnette

Bob, I will over-night the file to you tomorrow.  And, yes, the order
which I faxed to you is all that we have received so far.

Shirley

PC - 006509

```
*----------------------------------------------------*
*      Printed For: Shirley.A.MORRIS      *
*----------------------------------------------------*


Date: Tuesday, 18 November 1997 11:54am CT
To: Shirley.A.MORRIS
From: Shirley.MORRIS
Subject: Subpoena - Sonia M. Barnette


-------------------------( Forwarded letter 1 follows )-------------------------
Date: Tuesday, 18 November 1997 11:51am CT
To: Shirley.MORRIS
Cc: Mark.GARRETT
From: Robert.COUNTS
Subject: Subpoena - Sonia M. Barnette


I assume that the only subpoena you received on this employee was a faxed
copy?

In order that I might comply with the subpoena, please send to my attention
as soon as possible, the entire personnel file for Barnette including a
listing of all her supervisors.

Thanks for your assistance.   Please advise.
```

PC - 006510

Bates No. 4205