TO: CEL4
FROM: Joy.Loy.SPOTSWOOD
SUBJECT: WHILE YOU WERE OUT

DATE: Nov 26 97 Wed                           TIME: Noon ET

CALLER: CINDY MAXWELL                          EXTENSION: 704 - 825 - 8079

TELEPHONED: X                    PLEASE CALL: X
RETURNED YOUR CALL:              WILL CALL AGAIN:
PLEASE SEE:                               URGENT:
CAME TO SEE YOU:

MESSAGE: LEAVE MESSAGE REGARDING SONYA BARNETTES EMPLOYEE FILES. SONYA'S
SOCIAL IS ███████████████████

FAX IS 704-825-6799

(WE SPOKE ABOUT THIS ONE)

Robert counts/will call this
lady back to determine the
nature of her interest in the
file.

corp Legal

Shirley Morris
12/1/97- 1:15 p.m

PC - 006511

November 18, 1997

A review of Sonia Barnette's Human Resources file
reflects that the following list of management personnel
either directly supervised Sonia or was a part
of the direct supervisor's line management:

Robert Mullmann (terminated)
Thomas Wilkins
James M. Gandy (terminated)
J. W. Murden (terminated)
Hugh Murdock (terminated)
Allen Tomlin (terminated)
Glenn Price (terminated)
W. A. Branner (terminated)

Sonia Barnette's file was copied
and sent to Robert Counts on 11/18/97

Robert Counts, Employee Comp. D-2
State Farm Insurance
One State Farm Plaza
Bloomington, Illinois 61710-0001

12/1/97
Still trying to determine the
nature of the request. It's not
a Subpoena but a court order
to which corp will probably comply
but they're still considering it.
/ Robert Counts

PC - 006512

NOV 17 1997

# GOODMAN, CARR, NIXON, LAUGHRUN & LEVINE, P.A.

## ATTORNEYS AT LAW

MICHAEL P. CARR
ARTHUR GOODMAN, JR.
GEORGE V. LAUGHRUN, II*
MILES S. LEVINE
THEO X. NIXON
G. BRUCE PARK

*BOARD CERTIFIED SPECIALIST IN CRIMINAL LAW

SUITE 602 CAMERON BROWN BUILDING
301 SOUTH McDOWELL STREET
CHARLOTTE, NORTH CAROLINA 28204

TELEPHONE
704-372-2770

FACSIMILE
704-372-6337

November 14, 1997



NOV 18 1997

Mr. Brian Carlson
State Farm Insurance Company
1500 State Farm Boulevard
Charlottesville, Virginia 22909

Dear Brian:

Enclosed please find a copy of an Order signed by the Senior United States District Judge, Robert E. Potter, requesting informations contained therein. Please get these to me within 10 days.

Thank you for your professional courtesy. Call me if you have any questions.

Very truly yours,

George V. Laughrun, II

GVL,II:o
Enclosure.

PC - 006513