UNDER SEAL

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

**FILED**
CHARLOTTE, N.C.

3:97CR23-P

NOV 12 1997

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| AQUILIA MARCIVICCI BARNETTE | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Defendant's Ex Parte Motion for Employment Records, filed November 10, 1997 [Document No. 165].

For good cause shown, the Motion will be granted.

**NOW, THEREFORE, IT IS ORDERED** that Brian Carlson and/or Dan Staver, State Farm Insurance Company, 1500 State Farm Boulevard, Charlottesville, Virginia 22909, shall provide employment records for Sonia Barnette, black female, date of birth ███████ Social Security No: ███ 7433; Employed from 1979 through 1987. The records shall include all records, including but not limited to: application, work/merit evaluations, tests, medical or drug evaluations; supervisory reports; attendance records, psychiatric tests or referrals; reason for termination, a list of all supervisors, and access to interview all employees who worked with Sonia Barnette and are still working at State Farm. Said employment records shall be provided to George V. Laughrun, II and/or Paul J. Williams, Attorneys at Law.

Any charges should be paid by the Attorneys who will be reimbursed by the Court.

**IT IS FURTHER ORDERED** that the Clerk shall **SEAL** the Motion and this Order.

The Clerk is directed to certify copies of this order to defense counsel <u>only</u>.

This the ___/2th___ day of November, 1997.

ROBERT D. POTTER
SENIOR UNITED STATES DISTRICT JUDGE

COPY

PC - 006514

January 22, 1990

PERSONNEL
JAN 2 5 1990

MEMO TO: Jean Barnett, Personnel Specialist
Eastern Regional Office

FROM: Toby Sampson, Personnel Representative II
Southeastern Region - Decatur, GA

RE: Terminated Employee - Sonia M. Barnette

Jean, thank you for forwarding Sonia's personnel shield for our review. We are not considering Sonia further as someone else was selected for our opening.

Once again, thanks for allowing us to review her credentials.

TS/a

Enc: Personnel Shield

PC - 006515