BARNETTE, SONIA





PC - 006516

# STATE FARM INSURANCE COMPANIES

## EMPLOYEE LONG TERM DISABILITY INCOME INSURANCE PLAN

| LAST NAME OF EMPLOYEE | FIRST NAME | INITIAL | |
|---|---|---|---|
| BARNETTE, | SONIA | M. | Contract No. GK11623 |

| DEPARTMENT CODE | SOCIAL SECURITY NO. | DATE EMPLOYED | DATE OF BIRTH | SEX | |
|---|---|---|---|---|---|
| 107552-103-61 | ▮▮▮7433 | 7-16-79 | ▮▮58 | M | F |

(Reg. Off. use only)

## LTD INSURANCE RECORD

| EFFECTIVE DATE | ANNUAL SALARY (BACR) | MONTHLY BENEFIT | EMPLOYEE CONTRIBUTION |
|---|---|---|---|
| 8-01-79 | WAIVED | | |
| | 330.00 a/o | | |
| | | | |
| | | | |
| | | | |
| | | | |

TERMINATION DATE _____

REMARKS: _____

G5698.3 Printed in U.S.A.

SEE REVERSE SIDE

**INSURANCE COMPANY OF NORTH AMERICA**

---

STATE FARM INSURANCE COMPANIES
EMPLOYEE LONG TERM DISABILITY INCOME INSURANCE PLAN
**This side to be completed by employee - Be sure to sign and date card.**

PLEASE CHECK APPLICABLE BOX

TO ENROLL CHECK THIS BOX ☐ AND SIGN AND DATE CARD BELOW

I hereby apply to the Insurance Company of North America for the amount of group long-term disability income insurance coverage for which I am or may become eligible under the group contract issued to State Farm Insurance Companies and authorize the deduction from my earnings of the amount required to cover the premium cost. I reserve the right to revoke the deduction authorization at any time on written notice to State Farm Insurance Companies.

Name of Beneficiary _____  Relationship to Employee _____

If you do not name a beneficiary, extended benefits (if any) will be paid as specified in your policy.

Signature of Employee _____  Date Signed _____

TO WAIVE CHECK THIS BOX ☐ AND SIGN AND DATE CARD BELOW

I have been given the opportunity to enroll in the LTD plan, but I do not desire to participate. I understand that if I desire to participate at some future date, application for the coverage requires evidence of insurability at my own expense.

Signature of Employee ___*Sonia M. Barnette*___  Date Signed ___9/26/79___

**INSURANCE COMPANY OF NORTH AMERICA**

PC - 006517

# GROUP MEDICAL INSURANCE RECORD CARD

EMPLOYEE - GROUP POLICY NO. HG00003

| NAME- LAST-FIRST-INITIAL | | | | SOCIAL SECURITY NO | |
|---|---|---|---|---|---|
| BARNETTE SONIA M | | | | ████ 7433 | |
| DEPARTMENT CODE | | ID CODE | BIRTHDATE | | DATE EMPLOYED |
| 1 07 552 103 61 | | 100 | ████ 958 | | 7/16/79 |

INSURANCE RECORD

| EFFECTIVE DATE | MEDICAL INS CLASS | EFFECTIVE DATE | MEDICAL INS CLASS | EFFECTIVE DATE | MEDICAL INS CLASS |
|---|---|---|---|---|---|
| 8-1-79 | 101 103 | | | | |
| 1-1-83 | 101 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| TERMINATION DATE | REASON FOR TERMINATION |
|---|---|
| 11-30-87 | |

REMARKS

9-51-9301-9 Printed in U.S.A.

---

## APPLICATION FOR COVERAGE (TO BE COMPLETED BY STATE FARM EMPLOYEE)

☐ MALE  ☑ FEMALE  ☐ SINGLE  ☑ MARRIED  ☐ DIVORCED  ☐ WIDOWED  ☐ LEGALLY SEPARATED

INDICATE MEDICAL COVERAGE DESIRED

EMPLOYEE'S BIRTH DATE ___8/17/58___.

☑ COVERAGE 1—MEMBER ONLY—NO DEPENDENTS
ELIGIBLE DEPENDENTS ARE THE SPOUSE AND NEVER MARRIED
CHILDREN UNDER AGE 23 (INCLUDES
STEPCHILDREN AND LEGALLY ADOPTED CHILDREN).

MY ☐ SPOUSE ⎫   IS A   ☐ EMP.   ☐ AGCY. MGR.
☐ PARENT ⎭   STATE FARM ☐ AGT.   ☐ TRAINEE AGT.
☐ EMP. OF AGT./AGCY. MGR.

☐ COVERAGE 2—MEMBER AND ONE DEPENDENT
CHECK ONE  ☐ SPOUSE  ☐ CHILD

☐ COVERAGE 3—MEMBER AND TWO OR MORE DEPENDENTS
CHECK ONE  ☐ SPOUSE & CHILD  ☐ CHILDREN
OR CHILDREN    ONLY

It is your responsibility to notify both your Regional Office Group Insurance Specialist and your Supervisor
if your marital or dependent status changes (even if a Group Medical premium change is not involved).

HAVE YOU PREVIOUSLY WAIVED OR CANCELED GROUP MEDICAL INSURANCE COVERAGE DURING YOUR ASSOCIATION
WITH STATE FARM?

☐ YES (Indicate Month and Year) _____   ☑ NO

I hereby apply to the State Farm Health Insurance Department for the amount(s) and form(s) of Group Insurance coverage for which
I am or may become eligible under the Group Insurance contract(s) issued to the State Farm Mutual Automobile Insurance Company,
and authorize the deduction from my earnings of the amount required to cover my share of premiums. I reserve the right to revoke
the deduction from Earnings Authorization at any time on written notice to the State Farm Regional Office Group Insurance Specialist.

Date __12/4/82__   Signature _Sonia M. Barnette_

## WAIVER OF INSURANCE (COMPLETE IF YOU WISH TO WAIVE)

The Group Medical Insurance program has been offered to me and after seriously considering its benefits I have decided not to
participate in the plan. I understand that if I desire to participate at some future date, application for the coverage requires evidence
of insurability at my own expense and may include a medical examination.

Date _____   Signature _____

PC - 006518

## BENEFICIARY DESIGNATION

TO BE COMPLETED BY EMPLOYEE

YOU MAY CHANGE YOUR BENEFICIARY AT ANY TIME BY GIVING WRITTEN NOTICE TO YOUR EMPLOYER. FORMS ARE AVAILABLE FROM YOUR PERSONNEL DEPT.

I HEREBY APPLY TO THE STATE FARM LIFE INSURANCE COMPANY FOR THE AMOUNT(S) AND FORM(S) OF GROUP INSURANCE COVERAGE FOR WHICH I AM OR MAY BECOME ELIGIBLE UNDER THE GROUP CONTRACT AND AUTHORIZE THE DEDUCTION FROM MY EARNINGS OF THE AMOUNT REQUIRED TO COVER MY SHARE OF THE PREMIUMS. I RESERVE THE RIGHT TO REVOKE THE DEDUCTION FROM EARNINGS AUTHORIZATION AT ANY TIME ON WRITTEN NOTICE TO MY EMPLOYER.

I HEREBY DIRECT THAT THE DEATH BENEFIT PAYABLE UNDER STATE FARM LIFE INSURANCE COMPANY GROUP LIFE INSURANCE ON MY LIFE AT MY DEATH BE PAID IN ACCORDANCE WITH THIS BENEFICIARY DESIGNATION.

PRIMARY BENEFICIARY

GIVEN NAME — OTHERWISE — LAST NAME — RELATIONSHIP — IF LIVING,

SUCCESSOR BENEFICIARY (IF ANY)

GIVEN NAME — LAST NAME — RELATIONSHIP

IF MORE THAN ONE BENEFICIARY PER CLASS IS NAMED, AND THE RESPECTIVE INTEREST OF EACH ONE IS NOT SPECIFIED, THE DEATH BENEFIT WILL BE PAID IN EQUAL SHARES TO THE SURVIVING BENEFICIARIES OF THAT CLASS.

DATE SIGNED — SIGNATURE OF EMPLOYEE

## WAIVER OF INSURANCE

THIS SECTION OF CARD TO BE COMPLETED BY EMPLOYEE WHO WISHES TO WAIVE GROUP LIFE INSURANCE.

EMPLOYEE'S NAME—LAST—FIRST—INITIAL

BARNETTE, SONIA M.

THE GROUP LIFE INSURANCE PROGRAM HAS BEEN OFFERED TO ME AND AFTER SERIOUSLY CONSIDERING ITS BENEFITS I HAVE DECIDED NOT TO PARTICIPATE IN THE PLAN.

I UNDERSTAND THAT IF I DESIRE TO PARTICIPATE AT SOME FUTURE DATE, APPLICATION FOR THE COVERAGE REQUIRES EVIDENCE OF INSURABILITY AT MY OWN EXPENSE.

DATE  7/26/79  SIGNATURE  Sonia M. Barnette

## GROUP LIFE INSURANCE RECORD CARD

GROUP POLICY NO. 2745-632

| EMPLOYEE'S NAME — LAST — FIRST — INITIAL | | | | LOCATION | | |
|---|---|---|---|---|---|---|
| BARNETTE, SONIA M. | | | | Charlotte, N.C. | | |

| DEPARTMENT UNIT NUMBER | EMPLOYMENT DATE | | DATE OF BIRTH | | SOCIAL SECURITY NUMBER | |
|---|---|---|---|---|---|---|
| 107552-103-61 | 7-16-79 | | ▓▓▓ | | ▓▓▓ 7433 | |

| | | | INSURANCE RECORD | | | CONTRIBUTION | |
|---|---|---|---|---|---|---|---|
| EFFECTIVE DATE | AMOUNT OF LIFE INSURANCE | AMOUNT OF AD & D INSURANCE | BACR | LIFE INS. CLASS NO. | EMPLOYEE | COMPANY |
| 8-01-79 | WAIVED | | | | | |
| | | | 340.00 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| TERMINATION DATE | REASON FOR TERMINATION |
|---|---|
| 11-30-87 | Term. Co. |

REMARKS:

2—31—2235.1 PRINTED IN U.S.A.   THIS SIDE TO BE COMPLETED BY PERSONNEL DEPT.

PC - 006519

| ORGANIZATION | GROUP POLICY NUMBER | EFFECTIVE DATE OF COVERAGE |
|---|---|---|
| STATE FARM INSURANCE COMPANIES GROUP A.D. & D. PLAN | HG00001 | |

**PART NO. 2 FAMILY COVERAGE**

YOU MAY CHANGE YOUR BENEFICIARY AT ANY TIME BY GIVING WRITTEN NOTICE TO THE POLICYHOLDER. FORMS ARE AVAILABLE IN THE PERSONNEL DEPARTMENT.

I HEREBY APPLY FOR THE FAMILY PLAN ACCIDENT INSURANCE AS FOLLOWS:

Employee's Full Name _Sonia M. Barnette_
(PLEASE PRINT)

Employee's Date of Birth _____

Address _1131 Constead Drive_

Spouse's Soc. Sec. No. ████████

_Charlotte, Mecklenberg Iowa_

| AMOUNT OF PRINCIPAL SUM | MONTHLY PREMIUM |
|---|---|
| $ _____ | $ _____ |

DESIGNATION OF BENEFICIARY:

Employee's Beneficiary* _Daniel Edward Barnette_

_Feather Marie or Barnette (at son) Maria for Bill M Barnette_

Relationship to Employee _Husband - Sons_

* THE EMPLOYEE IS THE BENEFICIARY FOR DEPENDENTS COVERAGE.

Signature of Employee _Sonia M. Barnette_

Date of Application _7/26/79_

REMARKS: _____

## STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

STATE FARM INSURANCE COMPANIES

_Sonia 11-30-87_

8-01-79

GROUP ACCIDENTAL DEATH & DISMEMBERMENT PLAN

GROUP POLICY NO. HG0000

| LAST NAME OF EMPLOYEE | FIRST NAME | MIDDLE NAME OR INITIAL | REGIONAL OFFIC |
|---|---|---|---|

**PART NO. 1**

BARNETTE, SONIA M. 07

| EMPLOYEE | AGENCY MANAGER | DEPARTMENT OR STATE CODE | EMPLOYMENT DATE | SOCIAL SECURITY NUMBER | SEX |
|---|---|---|---|---|---|
| X | | 107552-103-61 | 7-16-79 | 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 | M |

CHECK ONE →

☑ MARRIED WITH SPOUSE AND ELIGIBLE CHILD/REN
☐ MARRIED WITH SPOUSE ONLY
☐ DIVORCED, SINGLE, OR WIDOWED WITH ELIGIBLE CHILD/REN
☐ SINGLE INCLUDES WIDOWED AND DIVOR

☑ I HEREBY APPLY TO THE STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY FOR THE GROUP A.D.&D. INS. COVERAGE FOR WHICH I AM ELIGIBLE UNDER THE GROUP CONTRACT ISSUED TO MY EMPLOYER, STATE FARM INS. COS., AND AUTHORIZE THE DEDUCTION FROM MY EARNINGS OF THE AMOUNT REQUIRED TO COVER THE PREMIUMS. I RESERVE THE RIGHT TO REVOKE THE DEDUCTION FROM EARNINGS AUTHORIZATION AT ANY TIME ON WRITTEN NOTICE TO MY EMPLOYER.

☐ I HAVE BEEN GIVEN THE OPPORTUNITY TO APPLY FOR THIS INSURANCE, BUT I DO NOT DESIRE TO PARTICIPATE.

☐ I DO NOT DESIRE COVERAGE FOR MY SPOUSE.

☐ I DO NOT DESIRE COVERAGE FOR MY CHILD/CHILDREN.

☐ CHECK HERE IF SPOUSE IS STATE FARM AGENT OR EMPLOYEE

| CHECK BOX(ES) | I WISH TO APPLY FOR... | ALSO COMPLETE PART... | FOR OFFICE USE ONLY |
|---|---|---|---|
| ☑ ☐ | FAMILY PLAN INSURANCE FOR -MYSELF, SPOUSE AND CHILD/REN OR -MYSELF AND CHILD/REN | 2 | ☐ |
| ☐ | INSURANCE FOR MY SPOUSE. | 3 | ☐ |
| ☐ | INSURANCE FOR MYSELF. | 4 | ☐ |

TO GROUP INS. SPECIALIST:
CHECK APPROPRIATE BOX(ES) IN RED IF OWNERSHIP IS ASSIGNED.

Signature of Employee _Sonia M. Barnette_

Date Signed _9/26/79_

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

9-51-94115.1

Printed in U.S

PC - 006520

ORGANIZATION
STATE FARM INSURANCE COMPANIES
GROUP A.D.& D. PLAN

GROUP POLICY NUMBER
HG00001

EFFECTIVE DATE OF COVERAGE

**PART NO. 3**
**SPOUSE'S APPLICATION**

YOU MAY CHANGE YOUR BENEFICIARY AT ANY TIME BY GIVING WRITTEN NOTICE
TO THE POLICYHOLDER. FORMS ARE AVAILABLE IN THE PERSONNEL DEPARTMENT.

I HEREBY APPLY FOR ACCIDENT INSURANCE AS FOLLOWS:

Spouse's
Full Name _____ (PLEASE PRINT)

Spouse's
Date of Birth _____

Address _____

Spouse's
Soc. Sec. No. _____

| AMOUNT OF PRINCIPAL SUM | MONTHLY PREMIUM |
|---|---|
| $ | $ |

DESIGNATION OF BENEFICIARY:

Spouse's
Beneficiary _____

Relationship
to Spouse _____

Signature
of Spouse _____

Date of
Application _____

REMARKS: _____

## STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

ORGANIZATION
STATE FARM INSURANCE COMPANIES
GROUP A.D.& D. PLAN

GROUP POLICY NUMBER
HG00001

EFFECTIVE DATE OF COVERAGE

**PART NO. 4**
**YOUR APPLICATION**

YOU MAY CHANGE YOUR BENEFICIARY AT ANY TIME BY GIVING WRITTEN NOTICE
TO THE POLICYHOLDER. FORMS ARE AVAILABLE IN THE PERSONNEL DEPARTMENT.

I HEREBY APPLY FOR ACCIDENT INSURANCE AS FOLLOWS:

Employee's
Full Name _____ (PLEASE PRINT)

Employee's
Date of Birth _____

Address _____

| AMOUNT OF PRINCIPAL SUM | MONTHLY PREMIUM |
|---|---|
| $ | $ |

DESIGNATION OF BENEFICIARY:

Name of
Beneficiary _____

Relationship
to Employee _____

Signature
of Employee _____

Date of
Application _____

REMARKS: _____

## STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

PC - 006521



# State Farm Insurance Companies

November 11, 1987

Eastern Office
1500 State Farm Boulevard
Charlottesville, VA 22909-0001

Dear _____ Sonia _____ ,

**MEDICAL** - This is a courtesy reminder that your group medical coverage under plan (__HG 00003__) terminates at midnight, __11-30-87__ . However, you may elect to continue such coverage for you and your enrolled eligible dependents up to eighteen (18) months. Corporate will contact you about the extended coverage.

If you wish to convert, please contact us about conversion forms. Your agent will assist you in completing the required application.

**FLEX-COMP PLAN** - Participants in the Medical Reimbursement and Dependent Care Assistance Plans who terminate with deposit balances risk forfeitures. You do have to the end of the plan year following termination in plans to submit eligible claims.

**LIFE** - Your group life coverage under plan (____n/a____) terminated at midnight, _____. If you wish to convert this terminating coverage, contact a local State Farm agent for information on individual life plans available and premium required. Forward your completed conversion application (which is enclosed) and required premium to State Farm Life Underwriting Department in your regional office.

**DEPENDENT LIFE** - If you have dependents insured and you wish to convert, contact group insurance for forms.

**VOLUNTARY AD&D** - Your voluntary AD&D coverage under plan (____HG 00001____) terminates at midnight, __11-30-87__ . If you wish to convert to an individual policy, please contact me for information on conversion.

**LTD** - No conversion for this plan. Your coverage under this plan terminates at midnight on the day your company affiliation terminates.

Conversion application(s) and required premium must be forwarded to the carrier within 31 days of the date plan membership ceases.

If you have any questions, please contact us.

Very truly yours,

GROUP INSURANCE SPECIALIST

Enclosures: Medical Conversion Application
Life Conversion Application and Instruction Sheet

PC - 006522

HOME OFFICES: BLOOMINGTON, ILLINOIS 61710-0001

## SUPL... .OR EVALUATION OF TERMINATO.

Social Security Number _____ 7433 _____ Employee Name _Sonic M. Barnette_

Department Number _107552-122-61_ Termination Date _11-4-87_

Please describe the terminating employee using the scale which appears below each of the work-related attributes. Circle the most appropriate descriptions using only the numeric values. Do not place the circles between numbers.

### A. JOB KNOWLEDGE

1 . . . . . . . . . . . . . . . . 2 . . . . . . . . . . . . . . . . **3** . . . . . . . . . . . . . . . . 4 . . . . . . . . . . . . . . . . 5

Inadequate knowledge of job. Requires excessive assistance.

Adequate knowledge of job. Requires some assistance.

Thorough understanding of all phases of job. Requires little assistance.

### B. ADAPTABILITY

1 . . . . . . . . . . . . . . . . 2 . . . . . . . . . . . . . . . . **3** . . . . . . . . . . . . . . . . 4 . . . . . . . . . . . . . . . . 5

Very slow to learn and to adjust to changes.

Requires average instruction. Adequately adjusts to changes.

Exceptionally fast learner. Adjusts quickly to changes.

### C. QUALITY

1 . . . . . . . . . . . . . . . . **2** . . . . . . . . . . . . . . . . 3 . . . . . . . . . . . . . . . . 4 . . . . . . . . . . . . . . . . 5

Consistently inaccurate. Makes excessive mistakes.

Generally satisfactory; accurate, complete and neat work. Makes an occasional mistake.

Exceptionally accurate; complete and neat work.

### D. QUANTITY

1 . . . . . . . . . . . . . . . . **2** . . . . . . . . . . . . . . . . 3 . . . . . . . . . . . . . . . . 4 . . . . . . . . . . . . . . . . 5

Always below requirements.

Accomplishes requirements, seldom more.

Exceptionally high volume.

### E. INDUSTRY

1 . . . . . . . . . . . . . . . . **2** . . . . . . . . . . . . . . . . 3 . . . . . . . . . . . . . . . . 4 . . . . . . . . . . . . . . . . 5

Needs regular prodding to maintain workload and observe company work schedules.

Maintains own work. Needs occasional reminder to observe company work schedules.

Always gainfully busy and finds other work when regular assignments are complete. Consistently observes company work schedules.

### F. ATTITUDE

1 . . . . . . . . . . . . . . . . **2** . . . . . . . . . . . . . . . . 3 . . . . . . . . . . . . . . . . 4 . . . . . . . . . . . . . . . . 5

Usually uncooperative. Poor job attitude.

Generally cooperative with others and in supporting company rules and policies. Adequate job attitude.

Exceptionally cooperative in working with others, supporting company rules and policies. Enthusiastic toward job.

### G. DEPENDABILITY

**1** . . . . . . . . . . . . . . . . 2 . . . . . . . . . . . . . . . . 3 . . . . . . . . . . . . . . . . 4 . . . . . . . . . . . . . . . . 5

Needs constant follow-up. Cannot be relied upon.

Reasonably reliable and dependable.

Very reliable and dependable. No follow-up required.

### H. ATTENDANCE

**1** . . . . . . . . . . . . . . . . 2 . . . . . . . . . . . . . . . . 3 . . . . . . . . . . . . . . . . 4 . . . . . . . . . . . . . . . . 5

Shows no interest in attendance obligations, even with constant reminders from supervisor. Can never be relied upon to be at work.

Displays a reasonable amount of attention to attendance. Can generally be relied upon to be at work. In some rare instances was reminded of attendance obligations.

Extremely attentive to attendance. Is absent from work only under the most extreme conditions. Never requires attendance counseling from supervisor.

(184) G 5266.2 Rev. 2-86 Printed in U.S.A.

PC - 006523

PERSONNEL DEC 09 1987

## I. JUDGMENT

1 . . . . . . . . . . . . . . . . . .2 . . . . . . . . . . . . . . . . . .③ . . . . . . . . . . . . . . . .4 . . . . . . . . . . . . . . . . . .5

Very poor ability to analyze facts
and exercise independent judgment.
Decisions seldom practical or sound.
Requires continuous guidance.

Judgment usually dependable.
Average ability to analyze and
evaluate facts. Conclusions
usually sensible.

Unusual ability to analyze, evaluate,
and make prompt decisions. Rarely
makes poor or unauthorized
decisions.

## J. SUPERVISORY SKILL (FOR SUPERVISORS ONLY)

1 . . . . . . . . . . . . . . . .2 . . . . . . . . . . . . . . . . . .3 . . . . . . . . . . . . . . . . . .4 . . . . . . . . . . . . . . . . . .5

Very poor leader. Fails to secure
satisfactory work performance to
to meet work requirements.

Usually capable of sufficient
supervision to secure average
work performance. Secures
cooperation.

Plans and assigns work very well.
Secures highest cooperation. Sets
and maintains high standards.
Skilled instructor.

Do you recommend re-hiring? ☐ Yes ☑ No     If not, why?_____

_This employee has had a serious attendance problem, tardiness problem along with making too many personal telephone calls. The effectiveness of her work product also suffered as a result of these problems._

Robert C. Mullman
Supervisor Signature

Superintendent Signature

Department Head/Division Manager Signature

PC - 006524

Bates No. 4269

G 4686.3

# OFFICE MEMO

NOV 9 1987

Printed in U.S.A.

TO_____ Allen Tomlin, Claim Manager _____
      (Name, Title, Office/Dept.)

FROM_____ Glenn Price, Div. Claim Supt. _____
      (Name, Title, Office/Dept.)

DATE_____ 11/5/87 _____ RE_____ Sonia Barnette _____

Attached for the shield is Bob Mullmann's memo summarizing the
circumstances leading to Sonia Barnette's termination on 11/4/87.
Also attached is a copy of his 10/23/87 memo which had not pre-
viously gone to the shield along with your copy of the Personnel
Termination Memo.

GFP:zm

PERSONNEL
NOV 12 1987

PC - 006525

# OFFICE MEMO

TO __Personnel Shield_____
    (Name, Title, Office/Dept.)

FROM__Bob Mullmann, Asst. Prop. Supt. - Nations Ford Service Center___
    (Name, Title, Office/Dept.)

DATE__11/5/87_____ RE___Sonia Barnette_____

This will be a brief summary of events leading to the dismissal of Sonia Barnette.  Over the past year this employee has had a history of absenteeism, tardiness, and abusing the telephone usage on personal calls.

On September 3, 1986, I had a meeting with this employee regarding her tardiness problem.  She had been coming to work approximately five to ten minutes late for the past several mornings and this had to be brought to her attention.  This conference was followed up by memo dated 9/4/86.

On September 25, 1986, I again had another meeting with this employee regarding tardiness and also the problem of filing index cards.  In our discussion I also brought up the fact that while I was up front one morning the switchboard was ringing a good fifteen or twenty times while she was apparently on a personal telephone call.  This conference was followed up by memo dated 9/25/86.

On March 30, 1987, I again had a conference with this employee concerning tardiness.  This was followed up by memo dated 3/30/87.

On April 10, 1987, Supt. Bill Branner and myself had a long meeting with this employee concerning some of her problems.  Areas discussed were as follows:

1. Tardiness in opening the switchboard.
2. Not following procedures in the distribution of the Customer Opinion cards in the reception area.
3. Abusing the lunch hour.
4. Too many personal telephone calls.
5. Absenteeism problem.

This meeting was again followed up by memo dated 4/15/87.

On June 24, 1987, I had another meeting with this employee and went over her Performance Planning and Review and again listed the problem areas to her and as a result of these continued problems, she was rated Below Expected.

In July of 1987, we moved this employee off of the switchboard and put her as an Audatex Operator for drive-in days and the other half of the time as secretary in the Fire Company.  Duties were listed and spelled out for her by both Jim Brewer and myself.  As a result of some of the estimator's complaining about errors in punching in by the Audatex Operator, I held a meeting with this employee along with the three estimators on September 23, 1987.  In this meeting we discussed:

PC - 006526

Personnel Shield
Page Two
11/5/87

1. Telephone abuse, regarding personal telephone calls.
2. Delays in getting estimates computed.
3. Errors in computation.
4. Failing to concentrate while punching in the necessary material.
5. Failing to read and compare the number of entries listed as spelled out by the estimator.

I might add that a large number of her errors were due to the large number of personal telephone calls she was involved in and couldn't concentrate on her work. This has always been a big problem with her on personal telephone calls.

On October 23, 1987, I again had a meeting with this employee regarding tardiness. This again was followed up by memo dated 10/23/87.

On October 30, 1987, the day after we returned from our workshop in Asheville, I was advised that on October 29, 1987, Sonia had a boyfriend in the work area for about two hours and they were laughing and talking all the time. It was distracting to the other secretaries in the work area. When Supt. Brewer was advised as to the situation he called Sonia, by telephone, to come back to his office. At this time the boyfriend left. Also, during our absence, the Fire Company secretary received a number of calls for Sonia and some abusive language because Sonia was not right there to answer the phone and the caller thought our secretary was lying.

On November 2, 1987, this employee came to work twelve minutes late and on November 3, 1987, she came in ten minutes late. No explanation or excuse was given and I could not tolerate any more of this situation. I asked this employee into the conference room and asked for her resignation, which she refused. On Wednesday, November 4, 1987, at approximately 4:30 P.M., Sonia was officially terminated.

RCM:zm

PC - 006527

Bates No. 4272

TO_____ Sonia Barnette
         (Name, Title, Office/Dept.)

FROM_____ Robert C. Mullmann, A/Supt., Nations Ford Road Service Center
          (Name, Title, Office/Dept.)

DATE_____ 10-23-87 _____ RE_____ Absenteeism

Sonia, this will confirm our conversation of Thursday morning, October 22, 1987. As we discussed, you indicated you called in Thursday morning leaving me a message that you were going to be late coming in Thursday morning or as you indicated would not be in the morning at all. As you were aware, Bill Branner personally asked you the day before if you were going to be here Thursday so you could take the first shift at 12:30 to operate the switchboard. You indicated to him that you would. As a result of you not being here, I had to readjust the schedule and make some corrections with some of the other secretaries to their disliking. This was uncalled for.

As I had indicated to you before, any time you plan on being out, I want you to let me know in plenty of time so that I can readjust or approve your absence. This should not be taken for granted that you can take off anytime you desired regardless of whether or not you have vacation. If everyone would do this, we may wind up with no employees in the building on a given day. We cannot operate this way. As I indicated to you, your job should be number one priority and since you are on probation, I would strongly suggest that you put your job in proper prospective. Your job is an important job and I need someone that I can depend on to be here. If you have any questions, please let me know.

RCM/ey

PC - 006528



**PERSONNEL TERMINATION MEMO**

**MEMO D**

CORRECTION ☐

### KEY INFORMATION

| Social security number | Name (last, first, middle) | Department number | Office |
|---|---|---|---|
| ███████ 7433 | Barnette, Sonia M | 107552 122 61 | Eastern |

| Effective date | Reason for change |
|---|---|
| 11-04-1987 | Termination |

### B ADDRESS INFORMATION

| Street | City/State/Zip | Phone |
|---|---|---|
| 8816 Softwind Drive | Charlotte, NC  28217 | ( 704 ) 549-0524 |

### C DEPARTMENT INFORMATION

Employee phone ext.

**TERMINATION CODES**

| TERM | NRET | ERET | EEPR | DISA |
|---|---|---|---|---|
| ☒ termination | ☐ retirement | ☐ early retirement | ☐ employment agreement expired—part-time retiree | ☐ disability (retirement disability income) |

**TERMINATION REASON CODES**

Resignation
- ☐ ANPOS — another position
- ☐ DOMDU — domestic duties
- ☐ MOVED — moved
- ☐ EMDIS — employee dissatisfaction
- ☐ SCHOL — school
- ☐ HELTH — health
- ☐ DEATH — death
- ☐ AGENT — to agent
- ☐ AGMGR — to agency manager
- ☐ ASIMG — to assistant agency manager
- ☐ ASOMG — to associate agency manager

Release
- ☐ FRLOA — failed to return from leave
- ☐ FRMIL — failed to return from military leave or training leave
- ☐ EMAEX — employment agreement expired—part-time employees
- ☐ DIRET — illness benefits expired—eligible for disability retirement benefits
- ☐ ILLBE — illness benefits expired—not eligible for disability income benefits
- ☐ JODIS — job discontinued or office closed
- ☐ DISOC — reduction in staff (disassociation)

Retirement
- ☐ EARET — early retirement
- ☐ NORET — retirement

Discharge
- ☐ MISCO — misconduct
- ☐ GRMIS — gross misconduct
- ☐ A/WOL — absent without official leave
- ☒ JORNM — job requirements not met

### D JOB INFORMATION

Pay status

(Personnel Dept. use only)

| TNVI | TWVI | RETD |
|---|---|---|
| ☐ terminated no vested interest in retirement plan | ☐ terminated with vested interest in retirement plan | ☐ retired (includes early and part-time retirees) |

| DISA | SURV |
|---|---|
| ☐ disabled—receiving disability income from retirement plan | ☐ survivor receiving survivor income from retirement plan |

### X MISCELLANEOUS

| 1 Last work date | 2 Termination pay thru | 3 Days of vacation pay due | | | |
|---|---|---|---|---|---|
| 11-04-1987 | 11-18-1987 | Unused 9 | Prorated 0 | Total | 9 |

| 4 Personal time pay due | | 5 Check for pay thru | | 6 Check needed by | |
|---|---|---|---|---|---|
| Hours 0 | Mins. 0 | Date        Time | | Date        Time | |

| 7 When check is ready phone | Ext. |
|---|---|
| | X |

### Z REMARKS



| Date typed | Phone ext. | Typed by | Department head signature |
|---|---|---|---|
| 11-05-1987 | | 7  Moore | Allen Tomlin |

DEPARTMENT

PC - 006529



## PERSONNEL TERMINATION MEMO

**KEY INFORMATION**

| Social security number | Name (last, first, middle) | Department number | Office |
|---|---|---|---|
| ▮▮▮7433 | Barnette, Sonia M | 107552 122 61 | Eastern |

| Effective date | Reason for change |
|---|---|
| 11-04-1987 | Termination |

**B   ADDRESS INFORMATION**

| Street | City/State/Zip | Phone |
|---|---|---|
| 8816 Softwind Drive | Charlotte, NC   28217 | ( 704 )  549-0524 |

**C   DEPARTMENT INFORMATION**

Employee phone ext.

| TERMINATION CODES | TERM | NRET | ERET | EEPR | DISA |
|---|---|---|---|---|---|
| | ☒ termination | ☐ retirement | ☐ early retirement | ☐ employment agreement expired—part-time retiree | ☐ disability (retirement disability income) |

**TERMINATION REASON CODES**

Resignation
- ☐ ANPOS   another position
- ☐ DOMDU   domestic duties
- ☐ MOVED   moved
- ☐ EMDIS   employee dissatisfaction
- ☐ SCHOL   school
- ☐ HELTH   health
- ☐ DEATH   death
- ☐ AGENT   to agent
- ☐ AGMGR   to agency manager
- ☐ ASIMG   to assistant agency manager
- ☐ ASOMG   to associate agency manager

Release
- ☐ FRLOA   failed to return from leave
- ☐ FRMIL   failed to return from military leave or training leave
- ☐ EMAEX   employment agreement expired—part-time employees
- ☐ DIRET   illness benefits expired—eligible for disability retirement benefits
- ☐ ILLBE   illness benefits expired—not eligible for disability income benefits
- ☐ JODIS   job discontinued or office closed
- ☐ DISOC   reduction in staff (disassociation)

Retirement
- ☐ EARET   early retirement
- ☐ NORET   retirement

Discharge
- ☐ MISCO   misconduct
- ☐ GRMIS   gross misconduct
- ☐ A/WOL   absent without official leave
- ☒ JORNM   job requirements not met

**D   JOB INFORMATION**

| Pay status | TNVI ☒ terminated no vested interest in retirement plan | TWVI ☐ terminated with vested interest in retirement plan | RETD ☐ retired (includes early and part-time retirees) |
|---|---|---|---|
| (Personnel Dept. use only) | DISA ☐ disabled—receiving disability income from retirement plan | SURV ☐ survivor receiving survivor income from retirement plan | |

**X   MISCELLANEOUS**

| 1 Last work date | 2 Termination pay thru | 3 Days of vacation pay due | | | | |
|---|---|---|---|---|---|---|
| 11-04-1987 | 11-18-1987 | Unused 9 | Prorated 0 | Total 9 | | |

| 4 Personal time pay due | 5 Check for pay thru | 6 Check needed by |
|---|---|---|
| Hours 0   Mins. 0 | Date          Time | Date          Time |

| 7 When check is ready phone | Ext. | 8 Rehire information |
|---|---|---|
| | | Yes (ys)    No (no) X    No comment (nc) |

**Z   REMARKS**

PERSONNEL
NOV 09 1987

| Date typed | Phone ext. | Typed by | Department head signature |
|---|---|---|---|
| 11-05-1987 | | Z. Moore | Allen Tomlin |

PC - 006530