**STATE FARM INSURANCE**

**ANNUAL STATEMENT –**
**U.S. EMPLOYEE RETIREMENT PL...**

BARNETTE SONIA M
███████-7433
1 07 552 122 61

RECORD AS OF 09-01-1986

| SEX<br>F | BIRTH DATE<br>08 17 1958 | SENIORITY DATE<br>07 16 1979 | ADJUSTED DT. ENTRY<br>08 17 1983 |
|---|---|---|---|
| LATEST ENT. DATE<br>08 17 1983 | VESTED INT. DATE<br>07 15 1989 | DISAB. BEN. DATE<br>08 17 1998 | NORMAL RET. DATE<br>09 01 2023 |

| A | B | C | D | E | F | |
|---|---|---|---|---|---|---|
| PLAN YEAR | DAYS ON PLAN | BASIC ANNUAL COMPENSATION RATE | ANNUAL SERVICE CREDITS | DEDUCTIONS FROM SERVICE CREDITS | DEDUCTION CODE | |
| 1982 | 15 | 13,280.16 | 7.45 | | | |
| 1983 | 365 | 14,100.84 | 193.51 | | | |
| 1984 | 365 | 11,139.96 | 227.10 | | | |
| 1985 | 365 | 12,058.32 | 240.87 | | | |

The credits shown in Box G reflect accrued retirement credits to the current September 1 under the basic benefit formula.

Beginning four years prior to your normal retirement date, you will receive estimates of retirement income based on:

1. Option A, Life Income;

2. Option B, Life Income with Ten Years Certain;

3. Option C, Joint Life Income with 2/3 to Survivor; and

4. Option D, Life Income with 1/2 to Surviving Spouse.

Before your retirement date you may elect the way you want your retirement income paid. If you do not elect an option, payment will be based on Option A for a single member and on Option D for a married member.

| | 1110 | | G $ 668.93 | TOTALS TO CURRENT SEPT. 1 (CREDITS LESS DEDUCTIONS) | | |
|---|---|---|---|---|---|---|
| METROPOLITAN PLAN OFFSET | | | H $ | | | |
| CANADIAN PLAN CREDITS | | | I $ | | | |
| 1986 | 365 | 12,650.88 | $ 249.76 | ADDITIONAL CREDITS TO BE EARNED BY NEXT SEPT. 1 | | |

AN * INDICATES EMPLOYEE WORKED PART TIME DURING PLAN YEAR

PC - 006531

# ABSENTEE RECORD

for 19 86 and 19 87

**DEPARTMENT NUMBER**
107552-103-00

**NAME**
BARNETTE SONIA M

| SOCIAL SECURITY NO. | SENIORITY DATE | LAST HIRE DATE |
|---|---|---|
| ■■■-■■-7433 | 07-16-1979 | 07-16-1979 |

**NON—PAID ABSENCES**
* LA — Leave of absence
  L — Late, no pay
* AWL — Absent without leave

**MISCELLANEOUS**
* PV — Paid vacation
* TL — Training leave
* EL — Emergency call-up leave
* PT — Personal time

**HOURLY ABSENCES**
I — Illness
A — Leave of absence
AWL — Absent without leave

Absences recorded for exempt employees have an asterisk before the absence.

**DAYS OF PAID SICK LEAVE**

P.T. 1987

PERSONAL TIME DUE

| PROJECTED DAYS | CARRY-OVER DAYS 4 | 20 | 19 | 18 | 17 | 16 | 15 | 14 | 13 | | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 10 | 9 | 8 | 7 | 6 | 5 | ⊗ | X | X | X |
| 15 | VACATION DAYS | 20 | 19 | 18 | 17 | 16 | ⊘ | X | X | X | X |

## 1986-87

| | July am | July pm | Aug. am | Aug. pm | Sept. am | Sept. pm | Oct. am | Oct. pm | Nov. am | Nov. pm | Dec. am | Dec. pm | | Jan. am | Jan. pm | Feb. am | Feb. pm | March am | March pm | April am | April pm | May am | May pm |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | | | | 1:00 PT | | |
| 2 | | | | | | | | | | | PSF | PSF | | | | | | | | | | | |
| 3 | | 1:30 PT | | | | | | | | | | | | | | | | 1:30 PT | | | | | |
| 4 | | | | | | | | | | | 2:00 LA | | | | | | | | | | | | |
| 5 | PV PV | | PV | PV | PSL | PSL | | | | | | | | | | | | | PV | | | | |
| 6 | PV PV | | | | | | | | | | | | | | | | | | PV | | | | |
| 7 | | | | | | | | | | | | | | | | | | | | | | | |
| 8 | | | PV | PV | | | 2:00 PT | | | | | | | | | | | | | | | | |
| 9 | PV ▨ PT | | | | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | 1:30 PSL | | | | | | PSL 1:35 LA | | | | | | | | | | | | |
| 11 | | | PV | PV | | | | | | | PSL PSL | PV PV | | | | | | | | | | | |
| 12 | PSL PSL | | | | 1:30 PSF | PSF | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | 1:00 PT | | | | | | | |
| 14 | | | | | | | PSF PSF | | | | | | | | 2:30 PT | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | | | | | | | |
| 16 | | | | | | | 1:00 PT | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | 1:45 PT 1:30 PSL | PSL | | | | | | | | | | | |
| 18 | | | PV PV | | | | | | | | PSL PSL | | | | | 1:00 PR | | | | | | |
| 19 | | | PV PV | | | | | | | | PSL PSL | PV PV | | | | | | | | | | |
| 20 | | | PV PV | | | | | | | | PSF PSF | | | | | | | | | 1:30 PT | | |
| 21 | | | PV PV | | | | | | | | PSF PSF | | | | | | | PSF PSE | | | | |
| 22 | | | PV PV PV PV | | | | | | | | PV PV | | | | | | | | | 3:30 PT | | |
| 23 | | | | | | | | | | | | | | | | | PSF PSF | | | | | |
| 24 | PV PV | | | | | | | | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | | | 1:00 PT | | | | | | |
| 26 | | | | | | | | | PV PV | | | | | | | | | | | | | |
| 27 | | | AV | | | | | | | | | | | | PSL PSL | | | | | | | |
| 28 | | | | | | | | | | | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | | | | | | | | | | | |
| 30 | PV 1:00 PT | | | | | | | | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | PSL 1:30 PSL | | | | | | | | | | | |

PC - 006532

Printed in U.S.A. 2-86

# ABSENTEE RECORD

for 19 _87_ and 19 _88_

**DEPARTMENT NUMBER** 107552-122-61

**NAME** BARNETTE SONIA M

**SOCIAL SECURITY NO.** ███-7433

**SENIORITY DATE** 07-16-1979

**LAST HIRE DATE** 07-16-1979

**DAYS OF PAID SICK LEAVE**

PAID ILLNESS
* PSL — Paid sick leave
NON-PAID ILLNESS
* ML — Medical leave
* LPI — Leave for personal illness
PAID PERMISSION
PL — Late with pay
PSF — Sickness family
PM — Morale
PF — Funeral
PD — Doctor
PDI — Dentist
PR — Roads
* PGO — Government obligations

NON—PAID ABSENCES
* LA — Leave of absence
L — Late, no pay
* AWL — Absent without leave
MISCELLANEOUS
* PV — Paid vacation
* TL — Training leave
* EL — Emergency call-up leave
* PT — Personal time
HOURLY ABSENCES
I — Illness
A — Leave of absence
AWL — Absent without leave

* The only absences recorded for exempt employees have an asterisk before the absence.

**PERSONAL TIME DUE** 1987  5:40 2:40  0:40 -0-

**REMAINING** carry

**PROJECTED DAYS** 15

**CARRY-OVER DAYS**

| 20 | 19 | 18 | 17 | 16 | 15 | 14 | 13 | 12 | 11 |
|----|----|----|----|----|----|----|----|----|----|
| 10 | 9  | 8  | 7  | 6  | 5  | 4  | 3  | 2  | X |

**VACATION DAYS**

| 20 | 19 | 18 | 17 | 16 | X | X | X | X | X |
| X | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 |

| | June | | July | | Aug. | | Sept. | | Oct. | | Nov. | | Dec. | | | Jan. | | Feb. | | March | | April | | May | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | am | pm | am | pm | am | pm | am | pm | am | pm | am | pm | am | pm | | am | pm | am | pm | am | pm | am | pm | am | pm |
| 1 | | | | | | | | | | | | | | | 1 | | | | | | | | | | |
| 2 | | | | | | | PV | | | | :10 | | | | 2 | | | | | | | | | | |
| 3 | | | | | :12 L | | | | | | :10 L | | | | 3 | | | | | | | | | | |
| 4 | :20 L | | | | | | | | | | | | | | 4 | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | 5 | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | 6 | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | 7 | | | | | | | | | | |
| 8 | | | | | | | | | PSL | PSL Flu | | | | | 8 | | | | | | | | | | |
| 9 | | | | | | | | | PSL | PSL | | | | | 9 | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | 10 | | | | | | | | | | |
| 11 | | | | | | | PV | PV | | | | | | | 11 | | | | | | | | | | |
| 12 | | | | | | | PV | | | | cold | | | | 12 | | | | | | | | | | |
| 13 | | | | | PSL | PSL | | | 1:00 PSL | PSL | | | | | 13 | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | 14 | | | | | | | | | | |
| 15 | PV | 1:30 PT | | | | | PSL | PS (flu) | | | | | | | 15 | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | 16 | | | | | | | | | | |
| 17 | | | | | PV | PV | 2:00 PD flu | | | | | | | | 17 | | | | | | | | | | |
| 18 | | | | | PV | PV | | | | | | | | | 18 | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | 19 | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | 20 | | | | | | | | | | |
| 21 | | | | | | | | | PV | 1:00 LA | | | | | 21 | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | 22 | | | | | | | | | | |
| 23 | | | | | | | :20 L | | | | | | | | 23 | | | | | | | | | | |
| 24 | | | | | PV | | | | | | | | | | 24 | | | | | | | | | | |
| 25 | | PF | | | | | | | | | | | | | 25 | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | 26 | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | | 27 | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | | 28 | | | | | | | | | | |
| 29 | | | 3:00 PT | | | | :30 L | | | | | | | | 29 | | | | | | | | | | |
| 30 | | | HO PT 1:05 L | | | | | | :12 L | | | | | | 30 | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | 31 | | | | | | | | | | |

(184) G 4632A   Printed in U.S.A.   2-86

PC - 006533

Case 3:12-cv-00327-MOC   Document 76-10   Bates No. 4278   Filed 12/22/14   Page 3 of 20

STATE FARM INSURANCE

**PERSONNEL CHANGE MEMO**

MEMO D

TRANSFER (REG. TO REG.) (Releasing) ☐

CORRECTION ☐

TRANSFER (REG. TO REG.) (Receiving) ☐

## KEY INFORMATION

| Social security number | Name (last, first, middle) | | Department number | Office |
|---|---|---|---|---|
| ▓▓▓▓7433 | Barnette, Sonia M | | 107552-122-61 | EAstern |

| Effective date | Reason for change |
|---|---|
| 07-20-1987 | Transfer - Job to Job |

## A. PERSONAL INFORMATION

| Name change (last, first, middle) | Birth date | Y – Yes   N – No |
|---|---|---|
| | | Married |

## B ADDRESS INFORMATION

| Street | City/State/Zip |
|---|---|
| County Code | Phone number (       ) |

## C DEPARTMENT INFORMATION

| Department number | Department title | Employee phone ext. |
|---|---|---|

Change codes

☐ P/IN   promotion and salary increase
☐ PROM   promotion only – no salary increase
☐ PINC   promotional increase given at a later date
☐ EDSA   educational salary increase
☐ COLA   COLA conversion
☐ CD/D   company initiated demotion and salary decrease
☐ CDEC   company initiated salary decrease
☐ CDEM   company initiated demotion
☐ ED/D   employee initiated demotion and salary decrease
☐ EDEM   employee initiated demotion
☐ RRTR   region to region transfer (includes transfer between regional and/or home office)

☐ PSCH   pay status change
  – part-time to full time pay status
  – full time to part-time pay status
☐ JNCH   job number change
☐ RECL   job reclassified
☐ ORCH   organizational changes includes
  – company to company
  – function to function
  – location to location
  – claim unit to claim unit
  – department title
  – job number
  – job title

☒ TRAN   transfer includes
  – company to company
  – function to function
  – location to location
  – claim unit to claim unit
☐ UTIL   utilization assignment
☐ AINC   adjustment salary increase
☐ ADEC   adjustment salary decrease
☐ SCON   salary conversion

## D JOB INFORMATION

| Job number/EEOC | Job class | Job title |
|---|---|---|
| 0057 E | C-3 | Claim Service Office Secretary |

| Pay status (mark only if changing) | FT/E ☐ full time exempt | FT/N ☐ full time non-exempt | PT/E ☐ part-time exempt | PT/N ☐ part-time non-exempt | FLEX IND Y – YES     N – NO |
|---|---|---|---|---|---|
| | PT/R ☐ part-time retiree | RRTR ☐ region to region transfer (includes transfer between regional and/or home office) | | | |

## E SALARY INFORMATION

| | COLA % | A.D. % |
|---|---|---|
| Present annual base | Present annual gross | Present annual gross & A.D. |
| Amount base inc./dec. | Amount gross inc./dec. | Amount gross & A.D. inc./dec. |
| New annual base | New annual gross | New annual gross & A.D. |

JUL 24 1987 PERSONNEL

| Next salary review date | COLA (mark only if changing) | Yes | No | Salary range (base) | Minimum | Midpoint | Maximum |
|---|---|---|---|---|---|---|---|

## X MISCELLANEOUS (TRANSFER REG. TO REG. RELEASING ONLY)

| 1 Last work date | 2 Check for pay thru      Date      Time | 3 Check needed by      Date      Time | 4 When check is ready phone      Ext. |
|---|---|---|---|

## Z REMARKS

*YOUR GROSS SALARY INCLUDES FLEXIBLE COMPENSATION, IF ELIGIBLE.

| Date typed | Phone ext. | Supervisor signature (salary changes only) | Department head signature |
|---|---|---|---|
| 07-20-1987 | | | Allen Tomlin |

| Typed by | Superintendent signature (salary changes only) | |
|---|---|---|
| Z. Moore | | |

(164) G 4783.5 Rev. 8/86 Printed in U.S.A.

PC - 006534

CORRECTION ☐

## A. IDENTIFICATION

**SALARY CHANGE RECOMMENDATION**   MEMO E

| SOC. SEC. NO./SOC. INS. NO. | EMPLOYEE NAME | DEPARTMENT NUMBER |
|---|---|---|
| ███-7433 | BARNETTE SONIA M | 107552-122-61 |

| | | JOB NUMBER | JOB CLASS | JOB TITLE |
|---|---|---|---|---|
| 🖂 | | 0079E | C3 | SERV CENT RECEP |

## B. SALARY ADMINISTRATION INFORMATION

| LAST PERFORMANCE INFORMATION | DATE 07-12-1986 | TYPE EXPE | AMOUNT (BASE) 90.00 | SENIORITY DATE 07-16-1979 |
|---|---|---|---|---|

| SALARY RANGE (BASE) | MINIMUM 3,960.00 | MIDPOINT 4,620.00 | MAXIMUM 5,280.00 | DATE ASSUMED PRESENT POSITION 01-12-1985 |
|---|---|---|---|---|

## C. SALARY CHANGE RECOMMENDATION

BASE

1. EFFECTIVE DATE 07-11-1987

2. TYPE INCREASE/RATING

[X] BEXP  below expected performance

☐ MEIN  merit increase or _____ increase

☐ EXPE  expected performance

☐ SMER  special merit increase

☐ PEXE  performance exceeds expected

3. PRESENT SALARY    5,046.00

4. AMOUNT INCREASE    .00

5. NEW SALARY    5,046.00

6. NEXT SALARY REVIEW DATE    07-1988

## D. REMARKS

This employee has been rated below expected for the following reasons:

1. Tardiness problem

2. Too many personal telephone calls

3. Absenteeism problem

4. Not filing index cards on a daily basis

5. Abusing the 45 minute lunch hour

*PERSONNEL JUL 1 3 1987*

ABSENCES   FROM: 6/4/86   TO: 6/4/87

| | PSL/ML | PAID PERM | NON PAID(LA) | TOTAL |
|---|---|---|---|---|
| HOURS : | 72:15 | 44:45 | 3:55 | 120:55 |
| INSTANCES: | 7 | 7 | 3 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 6/12/86 | PSL | 12/17/86 | PSL | 9/12/86 | PSF | 2/18/87 | PR | 12/4/86 | LA |
| 9/5/86 | PSL | 12/31/86 | PSL | 10/14/86 | PSF | 3/23/87 | PSF | 12/10/86 | LA |
| 9/10/86 | PSL | 2/27/87 | PSL | 12/2/86 | PSF | 4/21/87 | PSF | 6/4/87 | LA |
| 11/10/86 | PSL | | | 1/20/87 | PSF | | | | |

**RECOMMENDED BY:**

DATE 6-30-87

SUPERVISOR SIGNATURE

**APPROVED BY:**

SUPERINTENDENT SIGNATURE

DEPARTMENT HEAD SIGNATURE

EMPLOYEE SHIELD/DATA ENTRY

(184) G 4828a.5  Printed in U.S.A. (00289A)  Rev. 7/85
PC - 006535

# Performance Planning & Review

Name: Sonia Barnette  Title: Receptionist  Date: Aug 1986

Performance Period Covered: From Aug 86 To July 87 Follow-up Dates _____

| SIGNATURE WHEN OBJECTIVES SET | SIGNATURE AT FINAL REVIEW |
|---|---|
| Employee Sonia M. Barnette Date Aug 1986 | Employee Sonia M. Barnette Date 6/24/87 |
| Supervisor Bob Mullman | Supervisor Bob Mullman |
| Reviewed By: _____ | Reviewed By: _____ |
| Reviewed By: _____ | Reviewed By: Thomas W. Atkins |
| ☐ Employee Copy    ☐ Personnel Department Copy | ☐ Reviewed by Personnel Department |
| ☒ Supervisor's Copy | ☐ File in Employee's Shield |

| PLANS | FOLLOW-UP REVIEWS AND COMMENTS |
|---|---|
| Objectives:   List major job performance objectives and related goals. State specific results to be achieved, skills and knowledge to be developed or improved, and target dates to be accomplished. | Accomplishment may be described as:<br><br>ACHIEVED:   Goal has been met.<br><br>ON GOAL:   Progress is on schedule for achieving the goal.<br><br>BELOW GOAL:  Accomplishment is not progressing on schedule or the goal was not met. There should be clarifying comments on all BELOW GOALS. DATE ALL ENTRIES. |

① Be ready to operate the switchboard promptly at 8 AM each morning & make sure the reception area is in neat order.

Has had a problem in being late & needs to be here prior to 8 AM.  Bm  11-5-86

This continues to be a problem and needs to be corrected. Switchboard has to open a 8 AM.
6-24-87

② Greet the public in a friendly & professional manner with "Service" in mind.

OK - Bm   11-5-86

OK, 6-24-87 Bm

PC - 006536

Bates No. 4281

# Performance Planning & Review

PC - 006537

Name: _____     Date: _____

| PLANS (con't) | FOLLOW-UP REVIEWS AND COMMENTS |
|---|---|

③ Be able to assist the low rent clerk whenever possible, especially days that the drive in is not scheduled.

OK, Bn  11-5-86

OK, Bn  6-24-87

④ Be informative + directive on all calls coming through the switch board. Make sure that each call is directed to the proper person.

OK, but should screen calls to better identify who the CR would be.  11-5-86 Bn

Could screen callers more thoroughly to secure more information to identify CR to file.  6-24-87 Bn

⑤ Keep your Sup't advised of any problems that may develope in the reception area.

OK, 11-5-86  Bn

OK, 6-24-87  Bn

.. 

# Performance Planning & Review

Name: _____    Date: _____

| PLANS (con't) | FOLLOW-UP REVIEWS AND COMMENTS |
|---|---|
| ⑥ Be responsible for the reception area being run in a professional manner. Keep unauthorized personnel out of this area, and from socializing in this area | needs to work on this area to keep people out who have no buss. in reception area. Bm 11-5-86 <br><br> This continues to be a problem with unauthorized personnel in reception area. need to improve in this area. Bm 6-24-87 <br> Has a problem in this area. Hopefully it will improve. 11-5-86 Bm |
| ⑦ Strive to avoid absenteeism as much as possible as you are in a key position & very much needed. | Continues to have a problem in this area with high absenteeism 6-24-87 Bm |
| ⑧ Make sure satisfaction cards are presented to our customers on the utilize our facilities | OK, but should strive to get more cards. Bm 11-5-86 <br><br> need to be consistent in maintaining a steady supply of satisfaction cards. Has improved here. Bm 6-24-87 |
| ⑨ Continue to distribute drive in appointment sheets to CR's so they can get their files to you on time. | needs to work on this area so CR's get sheets the evening before drive in so they can locate file. Bm 11-5-86 <br><br> need to be consistent in getting these sheets on afternoon prior to drive in. 6-24-87 Bm |

PC - 006538

Bates No. 4283

# Performance Planning & Review

Name: _____     Date: _____

| PLANS (con't) | FOLLOW-UP REVIEWS AND COMMENTS |
|---|---|
| ⑩ Be accurate in typing D.I drafts, using correct claim number & policy number + necessary draft information. | OK    11-5-86  Bon <br><br> OK    6-24-87  Bon |
| ⑪ Avoid using switch board for personal calls. Make your calls at your break time from another station | Has a problem in this area. Needs to correct & improve in this area.  Bon 11-5-86 <br><br> Continues to have a problem in this area. Has to improve. Bon 6-24-87 |
| ⑫ Be ready to assist in other areas when called upon to do so. | OK,  11-5-86  Bon <br><br> OK - 6-24-87  Bon |

Case 3:12-cv-00327-MOC    Document 76-10    Filed 12/22/14    Page 9 of 20

# Performance Planning & Review

Name: Sonia Barrette                    Date: _____

## SUMMARY EVALUATION AT CONCLUSION OF PERFORMANCE PERIOD

NOTE: This section is for a summary evaluation of the individual's success in meeting the goals of the Performance Plan. It may also include other significant information such as courses, training programs, or special projects completed; relative strengths and limitations in performing the job; any areas in need of development or attention to improve performance (e.g., skills, attitudes, interpersonal skills, knowledge, cooperation, attendance, punctuality); and like matters.

This employee is capable of doing a good job as a receptionist however, over the past year, she has not performed as we would expect. She has had a problem with absenteeism along with being tardy. She has been involved with too many personal telephone conversations while at the switchboard. As part of her job in directing telephone calls, she could have done a better job in screening the calls so that the proper person would receive the call the first time.

As indicated above, she can do the job but this past year her performance has been poor.

PC - 006540

Bates No. 4285

## SUMMARY EVALUATION (con't)

PC - 006541

Allen Tomlin

Glenn Price

6/25/87                          Sonia Barnette



Attached is Salary Worksheet on Sonia Barnette and copies
of memos to support a Below Expected rating. Please pass
these memos on to the shield as they have not previously
been forwarded.

We plan to reassign Sonia to Audatex within the next couple
of weeks and will watch her performance closely.


GFP:zm

PERSONNEL
JUN 29 1987

PC - 006542

3 4686.3

# OFFICE MEMO
### PERSONAL AND CONFIDENTIAL

Printed in U.S.

TO **Sonia Barnette - Nations Ford Road**
(Name, Title, Office/Dept.)

FROM **Bob Mullmann, Asst. Supt. - Nations Ford Road**
(Name, Title, Office/Dept.)

DATE **04-15-87**          RE **Job Performance**

cc: Bill Branner, Res. Supt. - Nations Ford Road
cc: Thomas Wilkins, Property Damage Superintendent - Albemarle Road

Sonia, this will be a follow-up to the meeting you had with Bill Branner and myself last Friday, April 10, 1987. In our meeting we discussed the deficiencies you have displayed in performing your job as both the Receptionist and Switchboard Operator. The areas of concern that were discussed are as follows:

1. Tardiness in opening the switchboard - you have been counseled many times on the importance of being here before 8:00 a.m. in the morning in order to open the switchboard. There is no excuse in not being here prior to 8:00 a.m. to perform this function.

2. Satisfaction Cards - You have been instructed to direct the customers in filling out the State Farm Satisfaction Card. We are not getting the numbers that we should from the public regarding same. With approximately 50 to 60 customers coming in weekly for drive-in service, we should be getting a larger number of these cards.

3. Lunch hour - as you know, lunch hour is 45 minutes from 11:45 to 12:30p.m. I have noticed lately that you have been abusing the 45 minute lunch hour and this has to cease. Your back-up, when you are on your lunch time, also needs to get out promptly in order to eat her lunch.

4. Personal telephone calls - it has also been noticed that you are abusing the switchboard for personal telephone calls thereby tying up the switchboard. We cannot have this for obviouis reasons. With the number of calls coming into the Service Center we cannot tie up the switchboard on any personal telephone calls.

5. Absenteeism - over the past several months you have also been out a number of times due to sickness in the family and/or personal sick leave. Obviously, you cannot help when you are sick, however, some arrangements could be made when one of your children is sick so that you can get to work. Along with absenteeism, you have also indicated to me that you wanted to take PT time when no prior notice is given to me. This too cannot continue as arrangements need to be made while you are away from your post.

Overall, we are very disappointed in your performance and will not tolerate any of the above in the future. If the above cannot be corrected, it may be to your best interest and the interest of the company to seek other employment. If you have any questions, please let me know.

BM/mc

PC - 006543

TO **Sonia Barnette**
(Name, Title, Office/Dept.)

ROM **Robert C. Mullmann, A/Supt.**
(Name, Title, Office/Dept.)

DATE **3-30-87** RE **Tardiness**

Sonia, this will confirm our conversation of this morning concerning your tardiness problem. As I indicated to you, you are in a responsible position and the switchboard needs to be open promptly at 8:00 A.M. When you are late, it puts a burden on the other secretaries and also is developing a morale problem.

I realize the fact that you have to take your child to school in the morning, however, you need to make whatever arrangements necessary in order that you be ready to work at 8:00 o'clock in the morning. I cannot put up with this situation any longer for obvious reasons. I am hoping that you can remedy this situation immediately without my having to take some further actions.

RCM/ey

PC - 006544

G 4686.3

# OFFICE MEMO

TO____Sonia Barnette_____
(Name, Title, Office/Dept.)

FROM____Robert C. Mullmann, A/Supt._____
(Name, Title, Office/Dept.)

DATE____9-25-86_____RE_____

Sonia, there are several things we need to clarify.  First of all, your job is an important one and it is imperative that the switchboard be open and ready to operate at 8:00 o'clock sharp.  I have noted that you were late several times this week and we cannot tolerate this situation.

Along with the above, I was up front one day this past week checking the index cards, when the switchboard was ringing a good fifteen or twenty times while you were apparently chatting on a personal phone call.  This situation is also intolerable.  There are no excuses regarding the above.  It is suggested that you make immediate improvements for obvious reasons.  I suggest that you be in the office at least ten minutes to eight in order to be at your desk maintaining the switchboard at 8:00 A.M. If this cannot be done, we will have to make other arrangements.  If you have any questions, let me know.

RCM/ey

Bates No. 4290

TO ____ Sonia Barnette _____
      (Name, Title, Office/Dept.)

FROM ____ Robert C. Mullmann, A/Supt. _____
      (Name, Title, Office/Dept.)

DATE Typed 9-4-86 _____ RE _____
      Dict. 9-3-86

cc:  William Branner, Supt

Sonia, I have noticed the past several days that you have been coming
in five to ten minutes late each morning.  As we had previously
discussed, it is imperative that you be at your station at approximately
8:00 A.M. each morning in order to open up the switchboard.  Unless
there are circumstances beyond your control, I cannot see why you can't
get up a few minutes earlier each morning inorder to get here
approximately ten or fifteen  minutes early which would enable you to  .
be at your station by 8:00 o'clock.  Please make the necessary adjust-
ment.

RCM/ey

Case 3:12-cv-00327-MOC    Document 76-10    Filed 12/22/14    Page 16 of 20

CORRECTION ☐

## A. IDENTIFICATION

**SALARY CHANGE RECOMMENDATION**    **MEMO E**

| SOC. SEC. NO./SOC. INS. NO. | EMPLOYEE NAME | DEPARTMENT NUMBER |
|---|---|---|
| ▮▮▮▮-7433 | BARNETTE SONIA M | 107552-103-00 |

| JOB NUMBER | JOB CLASS | JOB TITLE |
|---|---|---|
| 0079E | C3 | SERV CENT RECEP |

## B. SALARY ADMINISTRATION INFORMATION

| LAST PERFORMANCE INFORMATION | DATE 07-13-1985 | TYPE EXPE | AMOUNT (BASE) 120.00 | SENIORITY DATE 07-16-1979 |
|---|---|---|---|---|

| SALARY RANGE (BASE) | MINIMUM 3,960.00 | MIDPOINT 4,620.00 | MAXIMUM 5,280.00 | DATE ASSUMED PRESENT POSITION 01-12-1985 |
|---|---|---|---|---|

## C. SALARY CHANGE RECOMMENDATION

BASE

1. EFFECTIVE DATE 07-12-1986

2. TYPE INCREASE/RATING

☐ BEXP below expected performance

☐ MEIN merit increase or _____ increase

☒ EXPE expected performance

☐ SMER special merit increase

☐ PEXE performance exceeds expected.

3. PRESENT SALARY    4,956.00

4. AMOUNT INCREASE    90.00

5. NEW SALARY    5,046.00

6. NEXT SALARY REVIEW DATE    07-1987

## D. REMARKS

Absences:

| PSL/M1 | 85:15 | (8) |
|---|---|---|
| PAID PERM | 33:10 | (7) |
| TOTAL | 118:25 | (15) |

Have concerns on her absenteeism. Have counselled her on this.

Salary increase deviated 25%.

*[stamp: PERSONNEL JUL 17 1986]*

**RECOMMENDED BY:**

DATE 7/14/86

SUPERVISOR SIGNATURE

**APPROVED BY:**

SUPERINTENDENT SIGNATURE

DEPARTMENT HEAD SIGNATURE

(184) G 4828a.5 Printed in U.S.A. (00289A) Rev. 7/8▮

PC - 006547

Bates No. 4292



PC - 006548

Bates No. 4293

# Performance Planning & Review

Name: Sonia Barnette    Title: Receptionist    Date: 6-26-85

Social Security Number: [redacted] 7433    Dept. Number: 552    Dept. Name: Auto

Performance Period Covered: From July 1985 To July 1986    Follow-up Dates: Jan '86 and June '86

**SIGNATURE WHEN OBJECTIVES SET**

Employee: Sonia M. Barnette    Date: 6-26-85

Supervisor: Shonzy Wilkins

Reviewed By: [signature]

Reviewed By: _____

☐ Employee Copy    ☐ Personnel Department Copy

☑ Supervisor's Copy

**SIGNATURE AT FINAL REVIEW**

Employee: Sonia M. Barnette    Date: 7/1/86

Supervisor: [signature]

Reviewed By: [signature]

Reviewed By: _____

☐ Reviewed by Personnel Department

☐ File in Employee's Shield

| PLANS | FOLLOW-UP REVIEWS AND COMMENTS |
|---|---|
| Objectives: List major job performance objectives and related goals. State specific results to be achieved, skills and knowledge to be developed or improved, and target dates to be accomplished. | Accomplishment may be described as:<br><br>ACHIEVED: Goal has been met.<br><br>ON GOAL: Progress is on schedule for achieving the goal.<br><br>BELOW GOAL: Accomplishment is not progressing on schedule or the goal was not met. There should be clarifying comments on all BELOW GOALS.<br><br>DATE ALL ENTRIES. |
| 1) Greet and direct service center customers as you have in a friendly and professional manner. | ① 1/14/86 O.K. Jan<br><br>7/1/86 on goal Jan |
| 2) Work closely with Loss Report clerk to determine if a loss has been | ② 1/14/86 - works closely w/ Loss clerk - OK Jan<br><br>7/1/86 on goal - This goal is a must. Jan |

*[stamp]* PERSONNEL JUL 17 1986

PC - 006549

# Performance Planning & Review

Name: _____    Date: _____

| PLANS (con't) | FOLLOW-UP REVIEWS AND COMMENTS |
|---|---|
| 3) Always take an ACR when an Insured wants to report a loss to us regardless if his Agent is local. | ③ 1/14/86 OK - Jan<br><br>7/1/86 On goal - Take ACR's & RAC's when el Reps are tied up Jan |
| 4) Distribute D.I. appointment sheets to CR's so they can pull files. | ④ 1/14/86 OK - No problem on this Jan<br><br>7/1/86 on goal Jan |
| 5) Give customer satisfaction cards to all drive in customers. | ⑤ 1/14/86 - Try harder - not getting enough cards Jan<br><br>7/1/86 Needs improvement - was up then slipped back - need to ask Customer for card. Jan |
| 6) Continue to be pleasant and professional when greeting our customer by phone. | ⑥ 1/14/86 OK Jan<br><br>7/1/86 on goal Jan |

PC - 006550

Bates No. 4295