# Performance Planning & Review

Name: _____ Date: _____

| PLANS (con't) | FOLLOW-UP REVIEWS AND COMMENTS |
|---|---|
| 7) Type drafts for D.I. claims Type drafts on other files when time permits. Regularly Log in spoil drafts. Keep draft errors to a minimum. | ⑦ 1/14/86 OK Jm<br><br>7/1/86 On good Jm |
| 8) Continue to do log sheets on unreported losses and pass on to loss report clerk for assigning and let caller know someone will be in touch. | ⑧ 1/14/86 OK Jm<br><br>7/1/86 on good but TAKES RACS in lieu of log sheet Jm |
| 9) Help PBX operator answer and channel calls to proper persons. | ⑨ 1/14/86 on good Jm<br><br>7/1/86 on good Jm |

PC - 006551

# Performance Planning & Review

Name: _____   Date: _____

| PLANS (con't) | FOLLOW-UP REVIEWS AND COMMENTS |
|---|---|
| 10) Help keep Reception area neat and quiet. Help discourage non-business gathering of fellow-workers in your area. | (10) 1/14/86 OK on goal Jm<br><br>7/1/86 On goal Jm |
| 11) Watch occasional tardiness. | (11) 1/14/86 - Needs to improve Jm<br><br>7/1/86 Improving on this but still has a way to go. Jm |
| 12) Be available to help others when possible | (12) 1/14/86 OK Jm<br><br>7/1/86 On goal - Gives most help to Loss Prvnt Clerk. Jm |

PC - 006552

# Performance Planning & Review

Name: _____ Date: _____

### SUMMARY EVALUATION AT CONCLUSION OF PERFORMANCE PERIOD

NOTE: This section is for a summary evaluation of the individual's success in meeting the goals of the Performance Plan. It may also include other significant information such as courses, training programs, or special projects completed; relative strengths and limitations in performing the job; any areas in need of development or attention to improve performance (e.g., skills, attitudes, interpersonal skills, knowledge, cooperation, attendance, punctuality); and like matters.

7/1/86

Jamie performs well in her job and is good at meeting the public.

She has a history of tardiness, sickness, and sickness in family. She has been counselled with to improve on all of these particularly the tardiness & family sickness.

Overall OK + will move to Nations Ford office this month

_Jdh_

PC - 006553

# Performance Planning & Review



SUMMARY EVALUATION (con't)

PC - 006554

Bates No. 4259

Sonia R. Barnette Charlotte

[redacted] 1433

(7/16/79)

1986 — 9401.06

1985 — 16,268.77

PC - 006555

```
     RETRIEVE                                         TIME:    09:54:20
  OPTION:                                             DATE:    08/06/86
    TRXN:  6F2        KEY:  BARNETTE SONIA M          ████████████

  ACTION:

      S P R E A D   C H A R T   I  -  C U R R E N T   J O B

NAME:  BARNETTE SONIA M                    SS/SI NUMBER:        ████████████
SEN DATE:  07-16-1979                      YRS/MOS OF SERVICE:  07/00
BIRTHDATE:  08-17-1958  AGE:  27           LAST CHANGE DATE:    07-26-1986


                         ***OFFICE/LOCATION***
OFFICE:  EAST        LOCATION:  NATIONS FORD
STREET:  7950 NATIONS FORD RD
CITY:    CHARLOTTE                          ST:  NC


                         ***JOB/DEPT/SALARY***
JOB TITLE:  SERV CENT RECEP    JOB CLASS:  C3        COMPANY:  AUTO
DEPT TITLE:  CLAIMS            ANN BASE SAL:      5046.00
                              ANN GROSS SAL:     16500.42

SELECTION:  _
    ENTER "N" TO VIEW NEXT SCREEN
    ENTER "P" TO VIEW PRIOR SCREEN
    ENTER "X" TO EXIT OR RETURN TO THE PRIMARY SELECTION SCREEN
```

PC - 006556

PRIVACY ACT NOTICE: This information is to be used by the agency collecting it in determining whether you qualify as a prospective mortgagor or borrower under its program. It will not be disclosed outside the agency without your consent except to your employer(s) for verification of employment and as required and permitted by law. You do not have to give us this information, but if you do not your application for approval as a prospective mortgagor or borrower may be delayed or rejected. The information requested in this form is authorized by Title 38, U.S.C., Chapter 37 (if VA); by 12 U.S.C., Section 1701 et seq. (if HUD/FHA); by 42 U.S.C., Section 1452b (if HUD/CPD); and Title 42, U.S.C., 1471 et seq., or 7 U.S.C., 1921 et seq. (if U.S.D.A., FmHA).

U.S.D.A., FARMERS HOME ADMINISTRATION, AND
U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
(Community Planning and Development, and
Housing - Federal Housing Commissioner)

## REQUEST FOR VERIFICATION OF EMPLOYMENT

## INSTRUCTIONS

LENDER OR LOCAL PROCESSING AGENCY (LPA): Complete Items 1 through 7. Have the applicant complete Item 8. Forward the completed form directly to the employer named in Item 1. EMPLOYER: Complete either Parts II and IV or Parts III and IV. Return form directly to the Lender or Local Processing Agency named in Item 2 of Part 1.

## PART I - REQUEST

**1. TO:** (Name and Address of Employer)

STATE FARM INSURANCE CO.
4935 ALBEMARLE ROAD
CHARLOTTE            NC
Attn: Personnel        28205

**2. FROM:** (Name and Address of Lender or Local Processing Agency)

UNITED FEDERAL S & L ASSOC.
P O BOX 220458
CHARLOTTE NC 28222

**3.** I certify that this verification has been sent directly to the employer and has not passed through the hands of the applicant or any other interested party.

*Colleen A. Clark*

(Signature of Lender, Official of LPA, or FmHA Loan Packager)

**4. TITLE OF LENDER, OFFICIAL OF LPA, OR FmHA LOAN PACKAGER**

**5. DATE**
07/22/86

**6. HUD/FHA/CPD, VA, OR FmHA NO.**

**7. NAME AND ADDRESS OF APPLICANT**

SONIA M. BARNETTE
936-D N WENDOVER ROAD
CHARLOTTE         NC   28211

███████  7433

I have applied for a mortgage loan or rehabilitation loan and stated that I am/was employed by you. My signature in the block below authorizes verification of my employment information.

**8. EMPLOYEE'S IDENTIFICATION**
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

SIGNATURE OF APPLICANT
*Sonia M. Barnette*

## PART II - VERIFICATION OF PRESENT EMPLOYMENT

| EMPLOYMENT DATA | PAY DATA | | FOR MILITARY PERSONNEL ONLY | |
|---|---|---|---|---|

**9. APPLICANT'S DATE OF EMPLOYMENT**
seniority date 7/16/79 to present

**10. PRESENT POSITION**
Service Center Receptionist

**11. PROBABILITY OF CONTINUED EMPLOYMENT**
yes

**12A. BASE PAY (Current)**
$ 16,500.42  ☒ Annual  $ _____ ☐ Hourly
$ _____ ☐ Monthly  $ _____ ☐ Weekly
$ _____ ☐ Other (Specify)

**12B. EARNINGS**

| Type | Year to Date | Past Year |
|---|---|---|
| BASE PAY | $ 9,401.06 | $ 16,268.77 |
| OVERTIME | $ | $ |
| COMMISSIONS | $ | $ |
| BONUS | $ | $ |

| Type | Monthly Amount |
|---|---|
| BASE PAY | $ |
| RATIONS | $ |
| FLIGHT OR HAZARD | $ |
| CLOTHING | $ |
| QUARTERS | $ |
| PRO PAY | $ |
| OVERSEAS OR COMBAT | $ |

**13. IF OVERTIME OR BONUS IS APPLICABLE, IS ITS CONTINUANCE LIKELY?**
OVERTIME  ☐ Yes  ☒ No
BONUS  ☐ Yes  ☒ No

AVERAGE HOURS WORKED PER WEEK _____ HOURS

**14. REMARKS** (If paid hourly, please indicate average hours worked each week during current and past year)

GROSS EARNINGS 19___, $_____ : GROSS EARNINGS 19___, $_____ : GROSS EARNINGS YTD 19___ (◄ Indicate per Year, Month, Week, Hour)

INDICATE FUTURE RAISES DUE: DATE_____ AMOUNT_____ PER_____

IF THIS EMPLOYEE WAS OFF FOR ANY LENGTH OF TIME, PLEASE INDICATE DATES: FROM_____ TO_____

## PART III - VERIFICATION OF PREVIOUS EMPLOYMENT

**15. DATES OF EMPLOYMENT**

**16. SALARY/WAGE AT TERMINATION PER** ☐ YEAR ☐ MONTH ☐ WEEK

| BASE PAY | OVERTIME | COMMISSIONS | BONUS |
|---|---|---|---|
| $ | $ | $ | $ |

**17. REASONS FOR LEAVING**

**18. POSITION HELD**

## PART IV - CERTIFICATION

Federal statutes provide severe penalties for any fraud, intentional misrepresentation, or criminal connivance or conspiracy purposed to influence the issuance of any guaranty or insurance by the VA Administrator, the U.S.D.A., FmHA Administrator, the HUD/FHA Commissioner, or the HUD/CPD Assistant Secretary.

**19. SIGNATURE**
*Jean L. Barnett*

**20. TITLE OF EMPLOYER**
Personnel Specialist

**21. DATE**
8/6/86

HUD-6233/92004-g; VA 26-8497; FmHA-410-5 (12-80)

EMPLOYER - RETURN BOTH COMPLETED COPIES TO LENDER

PC - 006557



**PERSONNEL CHANGE MEMO**

STATE FARM INSURANCE

CORRECTION ☐

TRANSFER (REG. TO REG.) (Releasing) ☐
TRANSFER (REG. TO REG.) (Receiving) ☐

## KEY INFORMATION

| Social security number | Name (last, first, middle) | Department number | Office |
|---|---|---|---|
| ▉▉▉-7433 | Barnette, Sonia M | 1 07 552 122 00 | Eastern |

| Effective date | Reason for change |
|---|---|
| 07-26-1986 | Transfer - CU to CU |

## A — PERSONAL INFORMATION

| Name change (last, first, middle) | Birth date | Married | Y - Yes  N - No |
|---|---|---|---|
| | | | |

## B — ADDRESS INFORMATION

| Street | City/State/Zip | Phone |
|---|---|---|
| | | ( ) |

## C — DEPARTMENT INFORMATION

| Department number | Department title | Employee phone ext. |
|---|---|---|
| 1 07 552 122 61 | | |

Change codes

- ☐ P/IN — promotion and salary increase
- ☐ PROM — promotion only—no salary increase
- ☐ PINC — promotional increase given at a later date
- ☐ EDSA — educational salary increase
- ☐ COLA — COLA conversion
- ☐ CD/D — company initiated demotion and salary decrease
- ☐ CDEC — company initiated salary decrease
- ☐ CDEM — company initiated demotion
- ☐ ED/D — employee initiated demotion and salary decrease
- ☐ EDEM — employee initiated demotion
- ☐ RRTR — region to region transfer (includes transfer between regional and/or home office)

- ☐ PSCH — pay status change
  - —part-time to full time pay status
  - —full time to part-time pay status
- ☐ JNCH — job number change
- ☐ RECL — job reclassified
- ☐ ORCH — organizational changes includes
  - —company to company
  - —function to function
  - —location to location
  - —claim unit to claim unit
  - —department title
  - —job number
  - —job title

- ☒ TRAN — transfer includes
  - —company to company
  - —function to function
  - —location to location
  - —claim unit to claim unit
- ☐ UTIL — utilization assignment
- ☐ AINC — adjustment salary increase
- ☐ ADEC — adjustment salary decrease
- ☐ SCON — salary conversion

## D — JOB INFORMATION

| Job number/EEOC | Job class | Job title |
|---|---|---|
| | | |

| | FT/E | FT/N | PT/E | PT/N | FLEX IND |
|---|---|---|---|---|---|
| Pay status (mark only if changing) | ☐ full time exempt | ☐ full time non-exempt | ☐ part-time exempt | ☐ part-time non-exempt | Y - YES    N - NO |
| | PT/R ☐ part-time retiree | RRTR ☐ region to region transfer (includes transfer between regional and/or home office) | | | |

## E — SALARY INFORMATION *

| | COLA % | A.D. % |
|---|---|---|
| Present annual base | Present annual gross | Present annual gross & A.D. |
| Amount base inc./dec. | Amount gross inc./dec. | Amount gross & A.D. inc./dec. |
| New annual base | New annual gross | New annual gross & A.D. |

*(PERSONNEL JUL 2 ... stamp)*

| Next salary review date | COLA (mark only if changing) | Yes | No | Salary range (base) | Minimum | Midpoint | Maximum |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## X — MISCELLANEOUS (TRANSFER REG. TO REG. RELEASING ONLY)

| 1 Last work date | 2 Check for pay thru Date / Time | 3 Check needed by Date / Time | 4 When check is ready phone | Ext. |
|---|---|---|---|---|
| | | | | |

## Z — REMARKS

*YOUR GROSS SALARY INCLUDES FLEXIBLE COMPENSATION, IF ELIGIBLE.*

| Date typed | Phone ext. | Supervisor signature (salary changes only) | Department head signature |
|---|---|---|---|
| 07-22-1986 | | | Allen Tomlin |

| Typed by | | Superintendent signature (salary changes only) |
|---|---|---|
| Z. Moore | | |

PC - 006558

EFFECTIVE DATE: 07-18-1986

TRANSFER OF ALL TO NEW OFFICE:

7950 Nations Ford Road
Charlotte, North Carolina 28210
Tel.: (704) 529-7830

Location Code: 122

| SOCIAL SECURITY | NAME | OLD DEPT | NEW DEPT |
|---|---|---|---|
| | Brooks, Robert L. | 1 07 552 103 24 | 1 07 552 122 24 |
| | Mullmann, Robert | 1 07 552 103 61 | 1 07 552 122 61 |
| | Hodges, Jack F. | 1 07 552 103 23 | 1 07 552 122 23 |
| | Scott, Teresa Patterson | 1 07 552 103 23 | 1 07 552 122 23 |
| | Branner, William A. | 1 07 552 103 23 | 1 07 552 122 23 |
| | Stroupe, Francis L. Jr. | 1 07 552 103 23 | 1 07 552 122 23 |
| | Young, Ethel M. | 1 07 552 103 61 | 1 07 552 122 61 |
| | Smith, Barbara Ann | 1 07 552 103 24 | 1 07 552 122 24 |
| | Yarbrough, Starla Colt | 1 07 552 103 24 | 1 07 552 122 24 |
| | Barnette, Sonia M. | 1 07 552 103 00 | 1 07 552 122 00 |
| | Jones, Carolyn S. | 1 07 552 103 24 | 1 07 552 122 24 |
| | Smithman, Wesley R. | 1 07 552 103-23 | 1 07 552 122 23 |
| | Wampler, Eugene W., Jr. | 1 07 552 103 23 | 1 07 552 122 23 |
| | Gehrke, Edward James II | 1 07 552 103 24 | 1 07 552 122 24 |
| | Grier, Raymond Lewis | 1 07 552 103 61 | 1 07 552 122 61 |
| | Pettice, George Darwin | 1 07 552 103 24 | 1 07 552 122 24 |
| | Nix, Winona S. | 1 07 552 103 61 | 1 07 552 122 61 |
| | Penick, Janet R. | 1 07 552 103 24 | 1 07 552 122 24 |
| | Campbell, John | 1 07 552 103 23 | 1 07 552 122 23 |
| | Downer, Linda Rice | 1 07 552 103 23 | 1 07 552 122 23 |
| | McAdams, Cheryl | 1 07 552 103 61 | 1 07 552 122 61 |
| | Brue, Claire Elaine | 1 07 552 103 24 | 1 07 552 122 24 |
| | Murdock, Alton H | 1 07 552 103 23 | 1 07 552 122 23 |
| | Craig, Mary M. | 1 07 552 103 23 | 1 07 552 122 23 |



PERSONNEL
JUL 1 4 1986

PC - 006559

 STATE FARM INSURANCE

**MEMO B**

## PERSONNEL CHANGE MEMO

CORRECTION ☐

TRANSFER (REG. TO REG.) (Releasing) ☐
TRANSFER (REG. TO REG.) (Receiving) ☐

### KEY INFORMATION

| Social security number | Name (last, first, middle) | Department number | Office |
|---|---|---|---|
| ▓▓▓7433 | Barnette, Sonia M | 1 07 552 103 21 | Eastern |

| Effective date | Reason for change |
|---|---|
| 01-25-1986 | Transfer – Claim Unit to Claim Unit |

### A PERSONAL INFORMATION

| Name change (last, first, middle) | Birth date | Married | Y - Yes  N - No |
|---|---|---|---|

### B ADDRESS INFORMATION

| Street | City/State/Zip | Phone ( ) |
|---|---|---|

### C DEPARTMENT INFORMATION

Employee phone ext.

| Department number | Department title |
|---|---|
| 1 07 552 103 00 | |

Change codes

| | |
|---|---|
| ☐ P/IN | promotion and salary increase |
| ☐ PROM | promotion only—no salary increase |
| ☐ PINC | promotional increase given at a later date |
| ☐ EDSA | educational salary increase |
| ☐ COLA | COLA conversion |
| ☐ CD/D | company initiated demotion and salary decrease |
| ☐ CDEC | company initiated salary decrease |
| ☐ CDEM | company initiated demotion |
| ☐ ED/D | employee initiated demotion and salary decrease |
| ☐ EDEM | employee initiated demotion |
| ☐ RRTR | region to region transfer (includes transfer between regional and/or home office) |

| | |
|---|---|
| ☐ PSCH | pay status change |
| | —part-time to full time pay status |
| | —full time to part-time pay status |
| ☐ JNCH | job number change |
| ☐ RECL | job reclassified |
| ☐ ORCH | organizational changes includes |
| | —company to company |
| | —function to function |
| | —location to location |
| | —claim unit to claim unit |
| | —department title |
| | —job number |
| | —job title |

| | |
|---|---|
| ☒ TRAN | transfer includes |
| | —company to company |
| | —function to function |
| | —location to location |
| | —claim unit to claim unit |
| ☐ UTIL | utilization assignment |
| ☐ AINC | adjustment salary increase |
| ☐ ADEC | adjustment salary decrease |
| ☐ SCON | salary conversion |

### D JOB INFORMATION

| Job number/EEOC | Job class | Job title |
|---|---|---|

| Pay status (mark only if changing) | FT/E ☐ full time exempt | FT/N ☐ full time non-exempt | PT/E ☐ part-time exempt | PT/N ☐ part-time non-exempt | FLEX IND  Y - YES    N - NO |
|---|---|---|---|---|---|
| | PT/R ☐ part-time retiree | RRTR ☐ region to region transfer (includes transfer between regional and/or home office) | | | |

### E SALARY INFORMATION *

| | COLA % | A.D. % | |
|---|---|---|---|
| Present annual base | Present annual gross | Present annual gross & A.D. | |
| Amount base inc./dec. | Amount gross inc./dec. | Amount gross & A.D. inc./dec. | |
| New annual base | New annual gross | New annual gross & A.D. | |
| Next salary review date | COLA (mark only if changing)  Yes  No | Salary range (base)  Minimum | Midpoint    Maximum |

*(PERSONNEL JAN 2 2 1986 stamp)*

### X MISCELLANEOUS (TRANSFER REG. TO REG. RELEASING ONLY)

| 1 Last work date | 2 Check for pay thru  Date  Time | 3 Check needed by  Date  Time | 4 When check is ready phone  Ext. |
|---|---|---|---|

### Z REMARKS

*YOUR GROSS SALARY INCLUDES FLEXIBLE COMPENSATION, IF ELIGIBLE.

| Date typed | Phone ext. | Supervisor signature (salary changes only) | Department head signature |
|---|---|---|---|
| 01-20-1986 | | | Allen Tomlin |
| Typed by  Z. Moore | | Superintendent signature (salary changes only) | |

PC - 006560

Case 3:12-cv-00327-MOC   Document 76-11   Filed 12/22/14   Page 10 of 25
Bates No. 4305

PERSONNEL RECORDS QUESTIONNAIRE

TO ALL EMPLOYEES

Our Personnel Records office is charged with the responsibility of maintaining current and accurate records on all employees of the Eastern Office. To help us keep our records current, we would like for you to complete these forms and return them to your supervisor. In addition, be sure to inform your supervisor of any changes in your personal status when these changes occur.

Please return your completed form to your supervisor on or before ___September 1, 1985___

Employee's Name ___Sonia Maria Cooper Barnette___  Social Sec. No. [REDACTED] 7433

Employee's Maiden Name ___Sonia Maria Cooper___  Birthdate [REDACTED] 1958

Any Other Name/Names ___n/a___

Home Address ___936-D North Wendover Rd.___  Telephone (704) 364-1579

___Charlotte, North Carolina 28211___

Mailing Address ___same as above___

___same as above___  Telephone ( ) same as above
(if different)

Marital Status (please circle)  Single    Married    _Divorced_

Date of Marriage ___n/a___  Birthdate of Spouse ___n/a___  Name of Spouse ___n/a___

___  Spouse's Social Sec. No. ___n/a___

Occupation of Spouse ___n/a___

Name of Firm ___n/a___  Telephone ( ) ___n/a___

Address ___n/a___

CHILDREN &/OR OTHER DEPENDENTS:

NAME Aquilia Marcivicci Barnette  AGE 12  SEX Male  RELATIONSHIP Son

NAME Mario Von Keith Barnette  AGE 8  SEX Male  RELATIONSHIP Son

NAME ___  AGE ___  SEX ___  RELATIONSHIP ___

NAME ___  AGE ___  SEX ___  RELATIONSHIP ___

NAME ___  AGE ___  SEX ___  RELATIONSHIP ___

NAME ___  AGE ___  SEX ___  RELATIONSHIP ___

Yellow Copy - Personnel Shield
Blue Copy  - Department Shield

PC - 006561

Bates No. 4306

STATE FARM INSURANCE

**PERSONNEL CHANGE MEMO**

CORRECTION ☐

TRANSFER (REG. TO REG.) (Releasing) ☐
TRANSFER (REG. TO REG.) (Receiving) ☐

| KEY INFORMATION | | | | |
|---|---|---|---|---|
| Social security number | Name (last, first, middle) | | Department number | Office |
| ███7433 | Barnette, Sonia M | | 107552 103 21 | Eastern |
| Effective date | Reason for change | | | |
| 09-01-1985 | Marital Status Change | | | |

**A  PERSONAL INFORMATION**

| Name change (last, first, middle) | Birth date | | Married | Y - Yes  N - No |
|---|---|---|---|---|
| | | | | X |

**B  ADDRESS INFORMATION**

| Street | City/State/Zip | Phone |
|---|---|---|
| | | ( ) |

**C  DEPARTMENT INFORMATION**

| Department number | Department title | Employee phone ext. |
|---|---|---|
| | | |

Change codes

☐ P/IN   promotion and salary increase
☐ PROM   promotion only—no salary increase
☐ PINC   promotional increase given at a later date
☐ EDSA   educational salary increase
☐ COLA   COLA conversion
☐ ABOD   action board of directors
☐ CD/D   company initiated demotion and salary decrease
☐ CDEC   company initiated salary decrease
☐ CDEM   company initiated demotion
☐ ED/D   employee initiated demotion and salary decrease
☐ EDEM   employee initiated demotion
☐ RRTR   region to region transfer (includes transfer between regional and/or home office)

☐ PSCH   pay status change
—part-time to full time pay status
—full time to part-time pay status
☐ JNCH   job number change
☐ RECL   job reclassified
☐ ORCH   organizational changes includes
—company to company
—function to function
—location to location
—claim unit to claim unit
—department title
—job number
—job title

☐ TRAN   transfer includes
—company to company
—function to function
—location to location
—claim unit to claim unit
☐ UTIL   utilization assignment
☐ AINC   adjustment salary increase
☐ ADEC   adjustment salary decrease
☐ SCON   salary conversion

**D  JOB INFORMATION**

| Job number/EEOC | Job class | Job title |
|---|---|---|
| | | |

| Pay status (mark only if changing) | FT/E ☐ full time exempt | FT/N ☐ full time non-exempt | PT/E ☐ part-time exempt | PT/N ☐ part-time non-exempt | FLEX IND |
|---|---|---|---|---|---|
| | PT/R ☐ part-time retiree | RRTR ☐ region to region transfer (includes transfer between regional and/or home office) | | | Y - YES    N - NO |

**E  SALARY INFORMATION ***

| | COLA % | A.D. % | |
|---|---|---|---|
| Present annual base | Present annual gross | Present annual gross & A.D. | |
| Amount base inc./dec. | Amount gross inc./dec. | Amount gross & A.D. inc./dec. | SEP ... |
| New annual base | New annual gross | New annual gross & A.D. | |

| Next salary review date | COLA (mark only if changing) | Yes | No | Salary range (base) | Minimum | Midpoint | Maximum |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**X  MISCELLANEOUS (TRANSFER REG. TO REG. RELEASING ONLY)**

| 1  Last work date | 2  Check for pay thru   Date   Time | 3  Check needed by   Date   Time | 4  When check is ready phone   Ext. |
|---|---|---|---|

**Z  REMARKS**

*YOUR GROSS SALARY INCLUDES FLEXIBLE COMPENSATION, IF ELIGIBLE.

| Date typed | Phone ext. | Supervisor signature (salary changes only) | Department head signature |
|---|---|---|---|
| 08-30-1985 | | | Allen Tomlin |
| Typed by | | Superintendent signature (salary changes only) | |
| Z. Moore | | | |

EMPLOYEE SHIELD / DATA ENTRY

PC - 006562

## A. IDENTIFICATION

**NOTICE OF SALARY REVIEW**

**MEMO E**  CORRECTION ☐

| SOC. SEC. NO./SOC. INS. NO. | EMPLOYEE NAME | DEPARTMENT NUMBER |
|---|---|---|
| 7433 | BARNETTE SONIA M | 107552-103-21 |

STATE FARM INSURANCE

| JOB NUMBER | JOB CLASS | JOB TITLE |
|---|---|---|
| 0079E | C3 | SERV CENT RECEP |

## B. SALARY INCREASE INFORMATION

AD % _____

1. EFFECTIVE DATE   07-13-1985

2. TYPE INCREASE/RATING

☐ BEXP  below expected performance
☒ EXPE  expected performance
☐ PEXE  performance exceeds expected

☐ MEIN  merit increase or _____ increase
☐ MDIN  medical director salary increase
☐ SMER  special merit increase

PART-TIME EMPLOYEES

| | BASE | COLA % | GROSS * | GROSS + AD * | HOURLY BASE | HOURLY GROSS |
|---|---|---|---|---|---|---|
| 3. PRESENT SALARY | 4,836.00 | 321 | 15,523.56 | | | |
| 4. AMOUNT INCREASE | 120.00 | 321 | 385.20 | | | |
| 5. NEW SALARY | 4,956.00 | 321 | 15,908.76 | | | |

6. NEXT SALARY REVIEW DATE   07-1986

### SALARY CHANGE INFORMATION

7. SALARY AS OF:

| 08 | 01 | 1984 | 4,836.00 | 310 | 14,991.60 | | (AD %) |
| MONTH | DAY | YEAR | | | | | |

8. CHANGE IN BASIC ANNUAL COMPENSATION RATE OVER LAST __12__ MONTHS (LINE 5 MINUS LINE 7)   917.16

9. PERCENT SALARY INCREASE DURING ABOVE PERIOD (LINE 8 ÷ 7)   6.1 %   _____ %

\* YOUR GROSS SALARY INCLUDES FLEXIBLE COMPENSATION, IF ELIGIBLE.

## C. SALARY ADMINISTRATION INFORMATION

| LAST PERFORMANCE INFORMATION | DATE 07-14-1984 | TYPE EXPE | AMOUNT (BASE) 120.00 | SENIORITY DATE 07-16-1979 |
|---|---|---|---|---|
| SALARY RANGE (BASE) | MINIMUM 3,960.00 | MIDPOINT 4,620.00 | MAXIMUM 5,280.00 | DATE ASSUMED PRESENT POSITION 01-12-1985 |

## D. REMARKS

Absences:  PSL/ML - 118:00 hrs. 8 incidents, Paid Perm. - 15:10 hrs. 6 incidents, Total - 133:10 hrs. 14 incidents.  97:00 hrs. PSL of Sonia's total 118:00 PSL are related to her auto accident of 4-5-85.

DATE 7/10/85

EMPLOYEE SIGNATURE

SUPERVISOR SIGNATURE

SUPERINTENDENT SIGNATURE

DEPARTMENT HEAD SIGNATURE

EMPLOYEE SHIELD/DATA ENTRY

(184) G 4828a 4 Printed U.S.A.  Rev. 9/83

PC - 006563

8/85
accident
JB

# Performance Planning & Review

Name: _Sonia M. Barnette_   Date: _11/30/84_

Title: _CSO Secretary_

Performance Period Covered: From _Sept. 1984_   To _Sept. 1985_

Follow-up reviews are scheduled for: _____

| PLANS | FOLLOW-UP REVIEWS AND COMMENTS |
|---|---|
| Objectives: List major job performance objectives and related goals. State specific results to be achieved, skills and knowledge to be developed or improved, and target dates to be accomplished. | Accomplishment may be described as:<br><br>ACHIEVED: Goal has been met.<br><br>ON GOAL: Progress is on schedule for achieving the goal.<br><br>BELOW GOAL: Accomplishment is not progressing on schedule or the goal was not met. There should be clarifying comments on all BELOW GOALS. DATE ALL ENTRIES. |

① Concentrate on organizing work load as to which items have top priority.

② Keep accurate PD & BI inventories on each individual I work for. Try to be aware of where files are, should be & can be found.

③ Continue to monitor my work area to keep others away from my desk to socialize. Contribute in keeping noise level down.

PC - 006565

Bates No. 4310

# Performance Planning & Review

Name: Sonia M. Barrette     Date: 11/30/84

| PLANS (con't) | FOLLOW-UP REVIEWS AND COMMENTS |
|---|---|
| 4.) Continue to have a very proffessional & cordial telephone mannerism with policyholders, agents, attorneys or whomever may be placing calls to any of the people I work for. <br><br> 5.) Continue to make myself available to fill in for absenses of other clerical employees when it does not totally jeopardize my own work load. <br><br> 6.) Continue to work well with fellow employees and keep the "Good Neighbor" attitude. | |

PC - 006566

Bates No. 4311

Name: _Sonia M. Barnette_    Date: _11/30/84_

| PLANS (con't) | FOLLOW-UP REVIEWS AND COMMENTS |
|---|---|
| 7.) Devote attention to having inventory counts to my supervisor by the end of each month. <br><br> 8.) Be accurate with typing correspondence and dictation. Get recorded statements typed ASAP when needed. <br><br> 9.) Concentrate on keeping files neat and being complete with confirming coverage, opening coverages, and all other aspects of setting up files. <br><br> 10.) Under our new system, make sure to notify each agent on new claims as to claim number and claims handler. | |

PC - 006567

# Performance Planning & Review

| Name: | Date: |

| PLANS (con't) | FOLLOW-UP REVIEWS AND COMMENTS |
| --- | --- |
| | |

PC - 006568

Case 3:12-cv-00327-MOC    Document 76-11    Filed 12/22/14    Page 18 of 25
Bates No. 4313

# Performance Planning & Review

Name: Sonia Burpette                              Date: _____

## SUMMARY EVALUATION AT CONCLUSION OF PERFORMANCE PERIOD

NOTE: This section is for a summary evaluation of the individual's success in meeting the goals of the Performance Plan. It may also include other significant information such as courses, training programs, or special projects completed; relative strengths and limitations in performing the job; any areas in need of development or attention to improve performance (e.g., skills, attitudes, interpersonal skills, knowledge, cooperation, attendance, punctuality); and like matters.

Effective, Jan 14, 1985, Sonia returned to being service center receptionist. She had been progressing well as a CSO Secretary.

Sonia's past experience as receptionist has proven to be valuable to our drive-in and reception areas. She helps to get customers thru the drive-in smoothly, along with helping to channel calls to proper persons.

Sonia works well with loss report clerk on getting needed losses. Her logs on unreported losses are good.

Sonia has a good knowledge of CRT and utilizes same by confirming coverage, requesting claim numbers and sending messages.

PC - 006569

Case 3:12-cv-00327-MOC   Document 76-11   Bates No. 4314   Filed 12/22/14   Page 19 of 25

# Performance Planning & Review

Sonia is pleasant, professional, and has good control of people in pleasant and irate situations.

Sonia does need to work on some occasional tardiness. But overall Sonia is doing good in most areas of her job.

SIGNATURE WHEN OBJECTIVES SET

Employee _Sonia M. Barrett_ Date _11/30/84_

Supervisor _A Hug Mundoes_

Reviewed By: _____

Reviewed By: _____

☐ Employee Copy

☐ Supervisor's Copy

☐ Personnel Department Copy

SIGNATURE AT FINAL REVIEW

Employee _Sonia M. Barrett_ Date _6/26/85_

Supervisor _Thomas Wilkin_

Reviewed By: _____

Reviewed By: _____

☐ Reviewed by Personnel Department

☐ File in Employee's Shield

PC - 006570

**STATE FARM INSURANCE**

**PERSONNEL CHANGE MEMO**

CORRECTION ☐

## KEY INFORMATION

| Social security number | Name (last, first, middle) | Department number | Office |
|---|---|---|---|
| ███–7433 | Barnette, Sonia M. | 1 07 552 103 23 | Eastern |

| Effective date | Reason for change |
|---|---|
| 01-12-1985 | Transfer – Job to Job and Claim Unit to Claim Unit |

## A PERSONAL INFORMATION

| Name change (last, first, middle) | Birth date | Married | Y - Yes  N - No |
|---|---|---|---|
| | | | |

## B ADDRESS INFORMATION

| Street | City/State/Zip | Phone |
|---|---|---|
| | | ( ) |

## C DEPARTMENT INFORMATION

| Department number | Department title | Employee phone ext. |
|---|---|---|
| 1 07 552 103 21 | | |

### Change codes

☐ P/IN — promotion and salary increase
☐ PROM — promotion only—no salary increase
☐ PINC — promotional increase given at a later date
☐ EDSA — educational salary increase
☐ COLA — COLA conversion
☐ ABOD — action board of directors
☐ CD/D — company initiated demotion and salary decrease
☐ CDEC — company initiated salary decrease
☐ CDEM — company initiated demotion
☐ ED/D — employee initiated demotion and salary decrease
☐ EDEM — employee initiated demotion
☐ RRTR — region to region transfer (includes transfer between regional and/or home office)

☐ PSCH — pay status change
—part-time to full time pay status
—full time to part-time pay status
☒ JNCH — job number change
☐ RECL — job reclassified
☐ ORCH — organizational changes includes
—company to company
—function to function
—location to location
—claim unit to claim unit
—department title
—job number
—job title

☐ TRAN — transfer includes
—company to company
—function to function
—location to location
—claim unit to claim unit
☐ UTIL — utilization assignment
☐ AINC — adjustment salary increase
☐ ADEC — adjustment salary decrease
☐ SCON — salary conversion

## D JOB INFORMATION

| Job number/EEOC | Job class | Job title |
|---|---|---|
| 0079 E | C-3 | Service Center Receptionist |

| Pay status (mark only if changing) | FT/E | FT/N | PT/E | PT/N | FLEX IND |
|---|---|---|---|---|---|
| | ☐ full time exempt | ☐ full time non-exempt | ☐ part-time exempt | ☐ part-time non-exempt | Y - YES   N - NO |
| PT/R | ☐ part-time retiree | ☐ RRTR region to region transfer (includes transfer between regional and/or home office) | | | |

## E SALARY INFORMATION *

| | COLA % | A.D. % |
|---|---|---|
| Present annual base | Present annual gross | Present annual gross & A.D. |
| Amount base inc./dec. | Amount gross inc./dec. | Amount gross & A.D. inc./dec. |
| New annual base | New annual gross | New annual gross & A.D. |

PERSONNEL
JAN 1 1985

| Next salary review date | COLA (mark only if changing) | Yes | No | Salary range (base) | Minimum | Midpoint | Maximum |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## X MISCELLANEOUS (TRANSFER REG. TO REG. RELEASING ONLY)

| 1 Last work date | 2 Check for pay thru | 3 Check needed by | 4 When check is ready phone |
|---|---|---|---|
| | Date     Time | Date     Time | Ext. |

## Z REMARKS

*YOUR GROSS SALARY INCLUDES FLEXIBLE COMPENSATION, IF ELIGIBLE.

| Date typed | Phone ext. | Supervisor signature (salary changes only) | Department head signature |
|---|---|---|---|
| 01-10-1985 | | | Allen Tomlin |
| Typed by | | Superintendent signature (salary changes only) | |
| Z. Moore | | | |

EMPLOYEE SHIELD / DATA ENTRY

PC - 006571

# STATE FARM INSURANCE

## PERSONNEL CHANGE MEMO

MEMO B

TRANSFER (REG. TO REG.) (Releasing) ☐
CORRECTION ☐
TRANSFER (REG. TO REG.) (Receiving) ☐

### KEY INFORMATION

| Social security number | Name (last, first, middle) | Department number | Office |
|---|---|---|---|
| ████7433 | Barnette, Sonia | 107552 103 23 | Eastern |

| Effective date | Reason for change |
|---|---|
| 12-10-1984 | Home address and telephone |

### A  PERSONAL INFORMATION

| Name change (last, first, middle) | Birth date | Married | Y - Yes  N - No |
|---|---|---|---|
| | | | |

### B  ADDRESS INFORMATION

| Street | City/State/Zip | Phone |
|---|---|---|
| 936-D N. Wendover Road | Charlotte, North Carolina  28211 | (704) 364-1579 |

### C  DEPARTMENT INFORMATION

| Department number | Department title | Employee phone ext. |
|---|---|---|
| | | |

Change codes

☐ P/IN  promotion and salary increase
☐ PROM  promotion only—no salary increase
☐ PINC  promotional increase given at a later date
☐ EDSA  educational salary increase
☐ COLA  COLA conversion
☐ ABOD  action board of directors
☐ CD/D  company initiated demotion and salary decrease
☐ CDEC  company initiated salary decrease
☐ CDEM  company initiated demotion
☐ ED/D  employee initiated demotion and salary decrease
☐ EDEM  employee initiated demotion
☐ RRTR  region to region transfer (includes transfer between regional and/or home office)

☐ PSCH  pay status change
—part-time to full time pay status
—full time to part-time pay status
☐ JNCH  job number change
☐ RECL  job reclassified
☐ ORCH  organizational changes includes
—company to company
—function to function
—location to location
—claim unit to claim unit
—department title
—job number
—job title

☐ TRAN  transfer includes
—company to company
—function to function
—location to location
—claim unit to claim unit
☐ UTIL  utilization assignment
☐ AINC  adjustment salary increase
☐ ADEC  adjustment salary decrease
☐ SCON  salary conversion

### D  JOB INFORMATION

| Job number/EEOC | Job class | Job title | | |
|---|---|---|---|---|
| | | | | |

| Pay status (mark only if changing) | FT/E ☐ full time exempt | FT/N ☐ full time non-exempt | PT/E ☐ part-time exempt | PT/N ☐ part-time non-exempt | FLEX IND  Y - YES  N - NO |
|---|---|---|---|---|---|
| | PT/R ☐ part-time retiree | RRTR ☐ region to region transfer (includes transfer between regional and/or home office) | | | |

PERSONNEL
DEC 1 8 1984

### E  SALARY INFORMATION *

| | COLA % | A.D. % | |
|---|---|---|---|
| Present annual base | Present annual gross | Present annual gross & A.D. | |
| Amount base inc./dec. | Amount gross inc./dec. | Amount gross & A.D. inc./dec. | |
| New annual base | New annual gross | New annual gross & A.D. | |

| Next salary review date | COLA (mark only if changing) | Yes | No | Salary range (base) | Minimum | Midpoint | Maximum |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

### X  MISCELLANEOUS (TRANSFER REG. TO REG. RELEASING ONLY)

| 1 Last work date | 2 Check for pay thru  Date  Time | 3 Check needed by  Date  Time | 4 When check is ready phone  Ext. |
|---|---|---|---|
| | | | |

### Z  REMARKS

*YOUR GROSS SALARY INCLUDES FLEXIBLE COMPENSATION, IF ELIGIBLE.

| Date typed | Phone ext. | Supervisor signature (salary changes only) | Department head signature |
|---|---|---|---|
| 12-10-1984 | | | Allen Tomlin |

| Typed by | Superintendent signature (salary changes only) |
|---|---|
| Z. Moore | |

EMPLOYEE SHIELD / DATA ENTRY

PC - 006572

Bates No. 4317

## A. IDENTIFICATION

**NOTICE OF SALARY REVIEW**

**MEMO E**    CORRECTION ☐

| SOC. SEC. NO./SOC. INS. NO. | EMPLOYEE NAME | | DEPARTMENT NUMBER |
|---|---|---|---|
| ▓▓▓▓ 7433 | BARNETTE SONIA M | | 107552-103-23 |

| | | JOB NUMBER | JOB CLASS | JOB TITLE |
|---|---|---|---|---|
| STATE FARM INSURANCE | | 0057E | C3 | CSO SECRETARY |

## B. SALARY INCREASE INFORMATION

AD % _____

1. EFFECTIVE DATE    07-14-1984

2. TYPE INCREASE/RATING

☐ BEXP — below expected performance
☒ EXPE — expected performance
☐ PEXE — performance exceeds expected

☐ MEIN — merit increase or _____ increase
☐ MDIN — medical director salary increase
☐ SMER — special merit increase

PART-TIME EMPLOYEES

| | BASE | COLA % | GROSS * | GROSS + AD * | HOURLY BASE | HOURLY GROSS |
|---|---|---|---|---|---|---|
| 3. PRESENT SALARY | 4,716.00 | 308 | 14,525.28 | | | |
| 4. AMOUNT INCREASE | 120.00 | 308 | 369.60 | | | |
| 5. NEW SALARY | 4,836.00 | 308 | 14,894.88 | | | |

6. NEXT SALARY REVIEW DATE    07-1985

### SALARY CHANGE INFORMATION

7. SALARY AS OF:

| MONTH | DAY | YEAR | | | | |
|---|---|---|---|---|---|---|
| 08 | 01 | 1983 | 4,716.00 | 298 | 14,053.68 | (AD %) |

8. CHANGE IN BASIC ANNUAL COMPENSATION RATE OVER LAST __12__ MONTHS (LINE 5 MINUS LINE 7)    841.20

9. PERCENT SALARY INCREASE DURING ABOVE PERIOD (LINE 8 ÷ 7)    6 %     %

* YOUR GROSS SALARY INCLUDES FLEXIBLE COMPENSATION, IF ELIGIBLE.

## C. SALARY ADMINISTRATION INFORMATION

| | DATE | TYPE | AMOUNT (BASE) | SENIORITY DATE |
|---|---|---|---|---|
| LAST PERFORMANCE INFORMATION | 07-02-1983 | EXPE | 168.00 | 07-16-1979 |

| | MINIMUM | MIDPOINT | MAXIMUM | DATE ASSUMED PRESENT POSITION |
|---|---|---|---|---|
| SALARY RANGE (BASE) | 3,960.00 | 4,620.00 | 5,280.00 | 01-14-1984 |

**D. REMARKS** Absences: PSL/ML - 23:15 hrs. - 3 incidents; Paid Perm. - 15:30 hrs. - 2 incidents; Total - 38:45 hrs. - 5 incidents. This CSO Secretary was formerly our Receptionist, and is still adapting to her new position. She is encouraged to apply herself diligently in order to become the excellent secretary all feel she is capable of becoming.

DATE *7-9-'84*

EMPLOYEE SIGNATURE *Sonia M. Barnette*

SUPERVISOR SIGNATURE *A Hugh Murdoch*

SUPERINTENDENT SIGNATURE *Bill Brann*

DEPARTMENT HEAD SIGNATURE

EMPLOYEE SHIELD/DATA ENTRY

PC - 006573

(184) G 4828a.4 Printed in U.S.A.   Rev. 9/83

Bates No. 4318

# Performance Planning & Review

Name: Sonia Barnette          Date: 7-25-83

Title: Receptionist          C-3

Performance Period Covered: From July 1583          To July 1984

Follow-up reviews are scheduled for: January 1984          June 1984

| PLANS | FOLLOW-UP REVIEWS AND COMMENTS |
|---|---|
| Objectives: List major job performance objectives and related goals. State specific results to be achieved, skills and knowledge to be developed or improved, and target dates to be accomplished. | Accomplishment may be described as:<br><br>ACHIEVED: Goal has been met.<br><br>ON GOAL: Progress is on schedule for achieving the goal.<br><br>BELOW GOAL: Accomplishment is not progressing on schedule or the goal was not met. There should be clarifying comments on all BELOW GOALS. DATE ALL ENTRIES. |
| 1) Continue to monitor reception area, to keep area neat. Also, help to monitor people flow to keep area quiet. | On goal in this area. ns 1-18-84<br><br>Okay. (She now works in a different position) BB 6-5-84 |
| 2). Continue to help our expedient customer service by directing customers to proper areas for service. | On goal in this area. ns 1-18-84<br><br>Okay BB 6-5-84 |

PC - 006574

# Performance Planning & Review

Name: _____ Date: _____

| PLANS (con't) | FOLLOW-UP REVIEWS AND COMMENTS |
|---|---|
| 3). Continue to be available to help others when possible. Maintain your good attitude in this regard. | Sonia has helped others willingly. Her attitude is always pleasant and is certainly a plus in greeting the public. T.W. 1-18-84 Agree - she still is a willing worker BB 6-5-84 |
| 4). Continue to maintain your improved attendance record and being timely for work. | no problem in this area at this time - T.W. 1-18-84. As above BB 6-5-84 |
| 5) Share your ideas with management on improving and correcting flaws in our present setup. | Sonia has given some feedback on our setup that has been helpful in giving better service - T.W. 1-18-84 Would like to see more of this BB 6-5-84 |

PC - 006575

Bates No. 4320