# Performance Planning & Review

**Name:** _____  **Date:** _____

| PLANS (con't) | FOLLOW-UP REVIEWS AND COMMENTS |
|---|---|
| **6)** As Receptionist under our new Drive in setup, should concentrate in following areas: <br><br> A. Screen incoming calls rec'd from switchboard operator so calls can go to proper claims repre. where files have been assigned. <br><br> B. If on a non-reported file, then get proper information and <u>log</u> same so ACR can be obtained and file assigned. Some cases, you should call Agent to prompt ACR. <br><br> C. Some cases, calls should be transferred to Backup Duty person for handling. | Sonia has done a real good job in sections A, B and C. She has been dedicated in her efforts. She has worked well with others. Have received some real good compliments on the job she has done. <br> TW 1-18-84. <br><br> No problem — (she has been transferred to new position) BB 6-5-84 |

PC - 006576

Bates No. 4521

# Performance Planning & Review

| PLANS (con't) | FOLLOW-UP REVIEWS AND COMMENTS |
|---|---|
| D. Work closely with Loss Report Clerk in channeling logs or information on non-reported cases. | On goal. JW. 1-18-84 Okay BB 6-5-84 |
| E. Maintain your pleasant and good attitude with the public in person and by telephone. | This is a plus for Sonia. JW. 1-18-84 Agree — this is no problem with her BB 6-5-84 |
| 7. Continue to make appointments for Drive in. | On goal. JW 1-18-84 Okay BB 6-5-84 |

PC - 006577

# Performance Planning & Review

**Name:** Sonia Barrett     **Date:** 6-5-84

## SUMMARY EVALUATION AT CONCLUSION OF PERFORMANCE PERIOD

NOTE: This section is for a summary evaluation of the individual's success in meeting the goals of the Performance Plan. It may also include other significant information such as courses, training programs, or special projects completed; relative strengths and limitations in performing the job; any areas in need of development or attention to improve performance (e.g., skills, attitudes, interpersonal skills, knowledge, cooperation, attendance, punctuality); and like matters.

Since the writing of this PP&R, Sonia has transferred from her former Receptionist position to her present CSO Secretary job. She is a conscientious worker with a most pleasant and agreeable disposition. She is still in the process of learning the finer details of her new duties, but has adapted in an acceptable fashion, even though there are some areas which require emphasis. We see little problem in her becoming a very efficient secretary, and trust she will devote herself to that end.

PC - 006578

Case 3:12-cv-00327-MOC    Document 76-12    Filed 12/22/14    Page 3 of 25

Bates No. 4323

## Performance Planning & Review

| SIGNATURE WHEN OBJECTIVES SET | SIGNATURE AT FINAL REVIEW |
|---|---|
| Employee _____ Date __7/25/83__ | Employee _____ Date __6/6/84__ |
| Supervisor _____ | Supervisor _____ |
| Reviewed By: _____ | Reviewed By: _____ |
| Reviewed By: _____ | Reviewed By: _____ |
| ☐ Employee Copy | ☐ Reviewed by Personnel Department |
| ☐ Supervisor's Copy | ☐ File in Employee's Shield |
| ☐ Personnel Department Copy | |

PC - 006579

MEMO B

# PERSONNEL CHANGE MEMO

TRANSFER (REG. TO REG.) (Releasing) ☐
TRANSFER (REG. TO REG.) (Receiving) ☐

CORRECTION ☐

**STATE FARM INSURANCE**

## KEY INFORMATION

| Social security number | Name (last, first, middle) | Department number | Office |
|---|---|---|---|
| ████ 7433 | Barnette, Sonia M. | 107552 103 21 | Eastern |

| Effective date | Reason for change |
|---|---|
| 01-14-1984 | Organizational Change - Job #, Title and Claim Unit |

## A  PERSONAL INFORMATION

| Name change (last, first, middle) | | Birth date | | Y - Yes  N - No |
|---|---|---|---|---|
| | | | Married | |

## B  ADDRESS INFORMATION

| Street | City/State/Zip | Phone |
|---|---|---|
| | | ( ) |

## C  DEPARTMENT INFORMATION

| Department number | Department title | Employee phone ext. |
|---|---|---|
| 107552-103-23 | | |

Change codes

☐ P/IN — promotion and salary increase
☐ PROM — promotion only—no salary increase
☐ PINC — promotional increase given at a later date
☐ EDSA — educational salary increase
☐ COLA — COLA conversion
☐ ABOD — action board of directors
☐ CD/D — company initiated demotion and salary decrease
☐ CDEC — company initiated salary decrease
☐ CDEM — company initiated demotion
☐ ED/D — employee initiated demotion and salary decrease
☐ EDEM — employee initiated demotion
☐ RRTR — region to region transfer (includes transfer between regional and/or home office)

☐ PSCH — pay status change
 —part-time to full time pay status
 —full time to part-time pay status
☒ JNCH — job number change
☐ RECL — job reclassified
☒ ORCH — organizational changes includes
 —company to company
 —function to function
 —location to location
 —claim unit to claim unit
 —department title
 —job number
 —job title

☐ TRAN — transfer includes
 —company to company
 —function to function
 —location to location
 —claim unit to claim unit
☐ UTIL — utilization assignment
☐ AINC — adjustment salary increase
☐ ADEC — adjustment salary decrease
☐ SCON — salary conversion

## D  JOB INFORMATION

| Job number / EEOC | Job class | Job title |
|---|---|---|
| 0057 E | C-3 | Claim Service Office Secretary |

Pay status (mark only if changing)

FT/E ☐ full time exempt
FT/N ☐ full time non-exempt
PT/E ☐ part-time exempt
PT/N ☐ part-time non-exempt
PT/R ☐ part-time retiree
RRTR ☐ region to region transfer (includes transfer between regional and/or home office)

## E  SALARY INFORMATION

| | COLA % | A.D. % | | | |
|---|---|---|---|---|---|
| Present annual base | Present annual gross | Present annual gross & A.D. | | | |
| Amount base inc./dec. | Amount gross inc./dec. | Amount gross & A.D. inc./dec. | | | |
| New annual base | New annual gross | New annual gross & A.D. | | | |
| Next salary review date | COLA (mark only if changing) Yes No | Salary range (base) | Minimum | Midpoint | Maximum |

## X  MISCELLANEOUS  (TRANSFER REG. TO REG. RELEASING ONLY)

| 1  Last work date | 2  Check for pay thru  Date  Time | 3  Check needed by  Date  Time | 4  When check is ready phone  Ext. |
|---|---|---|---|

## Z  REMARKS

| Date typed | Phone ext. | Supervisor signature (salary changes only) | Department head signature |
|---|---|---|---|
| 01-03-1984 | | | Allen Tomlin |
| Typed by | | Superintendent signature (salary changes only) | |
| Z. Moore | | | PC - 006580 |

Case 3:12-cv-00327-MOC   Document 76-12   Filed 12/22/14   Page 5 of 25   Bates No. 7325



STATE FARM INSURANCE

**EMPLOYEE DATA PROFILE**

| OFFICE | SOC. SEC. NO./SOC. INS. NO. | PROFILE PRINT DATE | DEPARTMENT NO. |
|--------|------------------------------|--------------------|----------------|
| 07 | ███████ | 11 11 1987 | 107552-122-61 |

**A PERSONAL INFORMATION**

| COUNTRY CODE | R.S. | EMPLOYEE NAME | SEX | DATE OF HIRE | SENIORITY DATE |
|---|---|---|---|---|---|
| 0 (0 - U.S. / 1 - CANADA) | 2 | BARNETTE SONIA M | F (M - MALE / F - FEMALE) | 07 16 1979 | 07 16 1979 |

| BIRTHDATE | MARITAL STATUS | IDENTIFICATION |
|---|---|---|
| 08 17 1958 | N (Y - MARRIED / N - NOT MARRIED) | 1 (1 - EMPLOYEE / 2 - AGENCY MANAGER) |

**B ADDRESS INFORMATION**

HOME

| STREET ADDRESS | CITY | STATE | ZIP CODE | HOME PHONE |
|---|---|---|---|---|
| 8816 SOFTWIND DR | CHARLOTTE | NC | 28217- | 704-549-0524 |

OFFICE

| NAME | STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| NATIONS FORD | 7950 NATIONS FORD RD | CHARLOTTE | NC | 28210- |

MAILING ADDRESS

**C DEPARTMENT INFORMATION**

| EFFECTIVE DATE | TYPE CHANGE | DEPT. CODE | LOC. CODE | C.U. CODE | DEPARTMENT TITLE | EXT. NO. |
|---|---|---|---|---|---|---|
| 11 04 1987 | TERM | 107552 | 122 | 61 | CLAIMS | |

**D JOB INFORMATION**

| JOB NUMBER | CLASS | JOB TITLE | PAY/NON-PAY STATUS | FLEX IND |
|---|---|---|---|---|
| 0057E | C3 | CSO SECRETARY | TNVI | Y |

**E SALARY INFORMATION**

| AMOUNT INC./DEC. | NEW BASE | REVIEW DATE | STRUCT. | G.C. | QUAR. | COLA |
|---|---|---|---|---|---|---|
| | 5046.00 | 07 1988 | L | | 4 | Y |

**F TERMINATION INFORMATION**

| TERMINATION DATE | MOS. | TERM. REASON | REHIRE | OPP S R | WKC S R | SAL S R | CHW S R | COM S R | SUP S R | TRN S R | WKL S R | EMB S R | FWK S R | CONTROL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | TERMINATION TEST SCORES | | | | | | |
| 11-04-1987 | 100 | JORNM | NO | — | — | — | — | — | — | — | — | — | — | 01 |

PC - 006581

Case 3:12-cv-00327-MOC   Document 76-126   Filed 12/22/14   Page 6 of 25

| OFFICE | SOC. SEC. NO./SOC. INS. NO. | NAME | | PROFILE PRINT DATE | |
|---|---|---|---|---|---|
| 07 | ▮▮▮▮▮ | BARNETTE SONIA M | | 11 11 1987 | |

EMPLOYEE DATA PR...

JOB HISTORY SEC...

| L.C. | EFFECTIVE DATE | TYPE CHANGE | DEPARTMENT NUMBER | DEPARTMENT TITLE | JOB NUMBER | JOB TITLE | CLASS | REC. STAT. | PAY/NON-PAY STATUS | STR./G.C. | QU | SALARY INC./DEC. | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 07-16-1979 | NEHI | 107552-103-61 | CLAIMS | 0080E | SERV CENT SBRD | C3 | 0 | FT/N | L | | | 30 |
| 02 | 01-05-1980 | EXPE | 107552-103-61 | CLAIMS | 0080E | SERV CENT SBRD | C3 | 0 | FT/N | L | | 14.00 | 344 |
| 03 | 07-05-1980 | EXPE | 107552-103-61 | CLAIMS | 0080E | SERV CENT SBRD | C3 | 0 | FT/N | L | | 14.00 | 58 |
| 04 | 01-01-1981 | SCON | 107552-103-61 | CLAIMS | 0080E | SERV CENT SBRD | C3 | 0 | FT/N | L | 2 | | 4296 |
| 05 | 07-04-1981 | EXPE | 107552-103-61 | CLAIMS | 0080E | SERV CENT SBRD | C3 | 0 | FT/N | L | 2 | 168.00 | 4464 |
| 06 | 10-03-1981 | JNCH | 107552-103-61 | CLAIMS | 0079E | SERV CENT RECEP | C3 | 0 | FT/N | L | 2 | | 4464 |
| 07 | 07-03-1982 | EXPE | 107552-103-61 | CLAIMS | 0079E | SERV CENT RECEP | C3 | 0 | FT/N | L | 2 | 84.00 | 4548 |
| 08 | 12-04-1982 | TRAN | 107552-103-21 | CLAIMS | 0079E | SERV CENT RECEP | C3 | 0 | FT/N | L | 2 | | 4548 |
| 09 | 07-02-1983 | EXPE | 107552-103-21 | CLAIMS | 0079E | SERV CENT RECEP | C3 | 0 | FT/N | L | 3 | 168.00 | 4716 |
| 10 | 01-14-1984 | JNCH | 107552-103-23 | CLAIMS | 0057E | CSO SECRETARY | C3 | 0 | FT/N | L | 3 | | 4716 |
| 11 | 07-14-1984 | EXPE | 107552-103-23 | CLAIMS | 0057E | CSO SECRETARY | C3 | 0 | FT/N | L | 3 | 120.00 | 4836 |
| 12 | 01-12-1985 | JNCH | 107552-103-21 | CLAIMS | 0079E | SERV CENT RECEP | C3 | 0 | FT/N | L | 3 | | 4836 |
| 13 | 07-13-1985 | EXPE | 107552-103-21 | CLAIMS | 0079E | SERV CENT RECEP | C3 | 0 | FT/N | L | 4 | 120.00 | 4956 |
| 14 | 01-25-1986 | TRAN | 107552-103-00 | CLAIMS | 0079E | SERV CENT RECEP | C3 | 0 | FT/N | L | 4 | | 4956 |
| 15 | 07-12-1986 | EXPE | 107552-103-00 | CLAIMS | 0079E | SERV CENT RECEP | C3 | 0 | FT/N | L | 4 | 90.00 | 5046 |
| 16 | 07-12-1986 | ORCH | 107552-122-00 | CLAIMS | 0079E | SERV CENT RECEP | C3 | 0 | FT/N | L | 4 | | 5046 |
| 17 | 07-26-1986 | TRAN | 107552-122-61 | CLAIMS | 0079E | SERV CENT RECEP | C3 | 0 | FT/N | L | 4 | | 5046 |
| 18 | 07-11-1987 | BEXP | 107552-122-61 | CLAIMS | 0079E | SERV CENT RECEP | C3 | 0 | FT/N | L | 4 | | 5046 |
| 19 | 07-11-1987 | JNCH | 107552-122-61 | CLAIMS | 0057E | CSO SECRETARY | C3 | 0 | FT/N | L | 4 | | 5046 |

PERSONNEL SHIELD

(183) G 44622.14  Printed in U.S.A.

PCI-006582

## Hire/Transfer/Appointment

| | |
|---|---|
| NEHI | new hire |
| REHI | rehire |
| PTRT | part-time retiree |
| TRAG | transfer from agent to employee or agcy. mgr., asst. or assoc. |
| TRAM | transfer from agcy. mgr., asst. or assoc. to employee |
| TREM | transfer from employee to agcy. mgr., asst. or assoc. |
| AAGT | appointed new agent |
| AAGM | appointed agency manager |
| AASI | appointed assistant agency manager |
| AASO | appointed associated agency manager |

## Maternity/Military Leave

| | |
|---|---|
| BMAL | beginning maternity leave (obsolete USA 4-29-79) |
| RMAL | returning from maternity leave (obsolete 4-29-79) |
| BMIL | beginning military leave |
| RMIL | returning from military leave |

## Termination

| | |
|---|---|
| TERM | termination |
| NRET | retirement |
| ERET | early retirement |
| EEPR | employment agreement expired—part-time retiree |
| DISA | disability (retirement disability income) |

## Salary and Job

| | |
|---|---|
| COLA | COLA conversion |
| P/IN | promotion and salary increase |
| PROM | promotion only — no salary increase |
| PINC | promotional increase given at a later date |
| BEXP | below expected performance |
| EXPE | expected performance |
| PEXE | performance exceeds expected |
| MEIN | merit increase |
| /EX/ | optional expected |
| SMER | special merit increase |
| MDIN | medical director salary increase |
| EDSA | educational salary increase |
| COAG | contract agreement salary increase |
| AINC | adjustment salary increase |
| ADEC | adjustment salary decrease |
| CD/D | company initiated demotion and salary decrease |
| CDEC | company initiated salary decrease |
| CDEM | company initiated demotion |
| ED/D | employee initiated demotion and salary decrease |
| EDEM | employee initiated demotion |
| JNCH | job number change |
| RECL | job reclassified |
| SCON | salary conversion |

## Obsolete Codes

| | |
|---|---|
| EXEM | to extended employment |
| LRET | late retirement - extended employee retires |
| ABOD | action board of directors |

## Miscellaneous codes

| | |
|---|---|
| PSCH | pay status change includes<br>—part-time to full time pay status<br>—full time to part-time pay status<br><br>—beginning medical leave (not probationary)<br>—returning from medical leave<br><br>—beginning leave for personal illness<br>—returning from leave for personal illness<br><br>—beginning leave of absence 30 days or over<br>—returning from leave of absence of 30 days or over |
| TRAN | transfer includes<br>—company to company<br>—function to function<br>—location to location<br>—claim unit to claim unit |
| RRTR | region to region transfer (includes transfer between regional and/or home office) |
| ORCH | organizational changes includes<br>—company to company<br>—function to function<br>—location to location<br>—claim unit to claim unit<br>—department code<br>—job number<br>—job title |
| UTIL | utilization assignment |

## Obsolete Salary Codes

| | |
|---|---|
| PROB | probationary performance |
| MINI | minimum performance |
| EFRE | effective performance |
| EXCE | excellent performance |
| OUTS | outstanding performance |
| SPRI | staged promotional increase |
| EXSE | executive secretary salary increase |
| ISRI | initial salary increase |
| FMRI | first merit increase |

PAY/TIME PAY STATUS CODES in section G

## JOB T

| | |
|---|---|
| FTE | full time exempt |
| FTN | full time non- (ex)empt |
| PTE | part time exempt |
| PTN | part-time non—exempt |
| PTR | part-time retiree |
| EX EM | extended employment |
| CFTE | contract full time exempt |
| CFTN | contract full time non—exempt |
| CPTE | contract part-time exempt |
| CPTN | contract part-time non—exempt |
| AMGR | agency manager |
| ASIM | assistant agency manager |
| ASOM | associate agency manager |

## Inactive

| | |
|---|---|
| MILL | military leave |
| MATL | maternity leave (obsolete USA 4-29-79) |
| LVAB | leave of absence—30 days or more |
| MEDL | medical leave—not probationary |
| L/PI | leave for personal illness |
| PDLV | pregnancy disability leave |

### Terminated

| | |
|---|---|
| DISA | disabled—receiving disability income from retirement o... |
| RETD | retired (includes early, normal, extended employment a... part-time retirees.) |
| TWVI | terminated with vested interest in retirement plan |
| TNVI | terminated—no vested interest in retirement plan |
| SURV | survivor receiving survivor income from retirement plan |

### Transferred

| | |
|---|---|
| RRTR | transferring from one region to another—regional and/or home office |

## TERMINATION REASON CODES in section F

### Resignation

| | |
|---|---|
| ANPOS | another position |
| DOMDU | domestic duties |
| MOVED | moved |
| EMDIS | employee dissatisfaction |
| SCHOL | school |
| HELTH | health |
| DEATH | death |
| MATER | maternity—unit leave |
| AGENT | to agent |
| AGMGR | to agency manager |
| ASIMG | to assistant agency manager |
| ASOMG | to associate agency manager |

### Release

| | |
|---|---|
| FRMAT | failed to return from maternity leave (obsolete USA 4-29-79) |
| FRLDA | failed to return from leave—all leaves except military and training |
| FRMIL | failed to return from military leave or training leave |
| EMAEX | employment agreement expired—part-time employee |
| DIRET | illness benefits expired—eligible for disability retirement benefits |
| DISB | illness benefits expired—not eligible for disability income benefits |
| JDISC | job discontinued or office closed |
| DISOC | reduction in staff (disassociation) |

### Retirement

| | |
|---|---|
| EARET | early retirement |
| JOBAG | agreement |

### Discharge

| | |
|---|---|
| MISCO | misconduct |
| PRIMB | poor performance of job |
| NWO | absent without official leave |
| INRH | job performance not adequate |

### Obsolete Termination Codes

| | |
|---|---|
| EEMEX | extended employment agreement expired |

### Returns Power to Associates

| | |
|---|---|
| YES | would rehire |
| NO | not and not rehire |
| NO | recommend |

Case 3:12-cv-00327-MOC  Document 76-128  Filed 12/22/14  Page 8 of 25

PC - 006583

PC - 006584

# EDUCATION & TRAINING RECORD
## AS OF 08-04-1987

NAME:  BARNETTE SONIA M
SOC SEC NO:  ███████████
JOB TITLE:  CSO SECRETARY
DEPARTMENT: CLAIMS
DEPARTMENT NO:  107-552-122-61
OFFICE: EASTERN

## INSURANCE EDUCATION

| COURSE CODE | COURSE NAME/DESIGNATION | COMPLETION DATE |
|---|---|---|
| | | |

## PROGRAM/SEMINARS

| COURSE CODE | PROGRAM TITLE | COMPLETION DATE |
|---|---|---|
| 2PSO009 | MANAGING TIME | 12-1982 |
| 2SSTO005 | SST GOAL SETTING | O7-1984 |
| 2SSTO002 | SST ASSERTIVENESS | O7-1984 |

## PROFESSIONAL DESIGNATION

| CODE | PART NAME/DESIGNATION | COMPLETION DATE |
|---|---|---|
| | | |

## CAREER DEVELOPMENT TRAINING

| CODE | TITLE | COMPLETION DATE |
|---|---|---|
| | | |

## TUITION AID

| ENROLLMENT STATUS | FIELD OF STUDY NAME | CLASS NAME | UNIVERSITY/ADULT ED | STATE | COMPLETION DATE |
|---|---|---|---|---|---|
| | | | | | |

## Certification of Record Submission

In response to the request issued to me, I hereby certify that I have submitted a true and complete copy of all requested documents in my control or possession relating to the individual identified on the request. I also certify that:

1. The records were prepared by personnel of State Farm Mutual Automobile Insurance Company, and its subsidiaries and/or affiliates, during the course of regularly conducted business activity;

2. It was the regular practice of the business activity to make and retain the record.

Documents submitted in response to the request include:

Contents of medical record ( personnel memo and physical Form).

_____  
Signature

_____  
Title  OHNurse

Lorraine M. Highlander  
Printed Name

4-12-13  
Date

PC - 006585

# PERSONNEL MEMO

TRANSFER (REG. TO REG.) ☐     ☐ REHIRE

## KEY INFORMATION

| SOC. SEC./SOC. INS. NO. | NAME (LAST, FIRST, MIDDLE) | | TYPE OF EMPLOY. | DEPARTMENT NUMBER | OFFICE |
|---|---|---|---|---|---|
| 7 ███7433 | 19 WARNETTE, SONIA M. | | | 107552-103-61 | Eastern |

| EFFECTIVE DATE | REASON FOR CHANGE | | | | |
|---|---|---|---|---|---|
| 17 7-16-79 | 1) New Hire | | | | |

## A — PERSONAL INFORMATION

| NAME CHANGE | | | | |
|---|---|---|---|---|
| 18 | | F | 7-16-79 | 7-16-79 |

## B — ADDRESS INFORMATION

| | HOME | | | | OFFICE | | |
|---|---|---|---|---|---|---|---|
| STREET | 17 1137 Comstock Dr. | | | STREET | 4935 Albemarle Rd. | | |
| CITY | 41 Charlotte | | | CITY | Charlotte | | |
| STATE/PROV. | ZIP/POSTAL CODE | PHONE | | STATE/PROV. | ZIP/POSTAL CODE | COUNTY NAME AND CODE | |
| 81 N. C. | 83 28210 | 89 525-9726 | | N. C. | 28205 | Mecklenburg Co. #060 | |

## C — DEPARTMENT INFORMATION

| DEPARTMENT NUMBER | DEPARTMENT TITLE | EMP. PHONE EXT. |
|---|---|---|
| 27 107552-103-61 | 38 Claims | |

| DATE TYPED | TYPED BY | PHONE EXT. | DEPARTMENT HEAD NAME |
|---|---|---|---|
| 7-16-79 | | | L. K. Clark |

COPY 6—CREDIT UNION/MEDICAL/SWITCHBOARD    MEDICAL_FAX

G 4897.4

PC - 006586

**MEDICAL EXAMINER'S REPORT**    1-07-008784 S

OK IT

EXAMINEE'S NAME *(Print name in full below)*   Sonia Maria Cooper Barnette

DATE OF BIRTH  8/17/58

SINGLE, MARRIED, WIDOWED, DIVORCED

EXAMINEE'S ADDRESS   1137 Comstock Dr.

EXAMINEE'S OCCUPATION *(If more than one, give all)*   Secretarial

EXAMINER'S NAME AND ADDRESS

**METROLINA MEDICAL EXAMINERS, INC.** 1012 Kings Dr. Charlotte, N.C. 23282

(ANY "YES" ANSWERS EXPLAIN IN REMARKS ON BACK)

1. [YES] [NO] Has Examinee ever changed or been advised to change occupation or residence for the benefit of health?

2. [YES] [NO] Has Examinee within the past 3 yrs. been associated with a tubercular in the same household or as a relative or nurse?

3. [YES] [NO] Has Examinee been under any diet restriction for any cause?

4. [YES] [NO] Has Examinee ever taken insulin or been treated for diabetes?

5. [YES] [NO] Has Examinee had any special studies: X-ray, E.K.G., Blood Sugar, Blood serology, or other Blood chemistry?

6. [YES] [NO] Has Examinee ever taken or been advised to take any drugs for control of blood pressure?

7. [YES] [NO] Does Examinee contemplate a surgical operation?

8. [YES] [NO] Has Examinee ever been under observation, care, or treatment in any hospital, sanitarium, asylum, or similar institution?

9. [YES] [NO] Has Examinee ever been treated for alcohol or drug habit?

10. [YES] [NO] Has Examinee ever had a nervous breakdown?

11. To what extent does Examinee use alcoholic beverages? _____ NONE

12. Name and Address of Physician Examinee usually consults _____ Anderson M.D.
    1023 Edgehill, Charlotte

13. When and for what did Examinee last consult him? 8-78 - post natal

14. [YES] [NO] Has Examinee lost any time from work during past 3 yrs. because of illness or injury? *(If so, explain in remarks on back)*

15. [YES] [NO] Has Examinee had any change in health during past year or since last State Farm Insurance Company examination?

_____

Does Examinee have or has he had any signs or symptoms or suffered from any ailment or disease of:

16. [YES] [NO] Brain or Nervous System?

17. [YES] [NO] Heart, Blood Vessels, or Lungs?

18. [YES] [NO] Stomach, Intestines, Liver, Gall Bladder, Kidneys, or Bladder?

19. [YES] [NO] Enlarged Glands, Tumors, Goitre?

20. [YES] [NO] Rheumatism or Gout?

21. [YES] [NO] Any other diseases or illness not mentioned above?

BEFORE SIGNING BE SURE ALL
BLANKS ARE COMPLETED

22. State below the particulars of ALL diseases, injuries, ailments, or surgical operations which the Examinee has had or for which the Examinee has been under treatment, observation, or diagnostic study in the past ten years.

| DISEASE, INJURY, AILMENT, OR SURGICAL OPERATION | DATE MONTH \| YR. | COMPLICATIONS | DURATION AND DATE OF RECOVERY | REMAINING EFFECTS | MEDICAL ATTENDANT'S NAME AND ADDRESS |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

23. Has a physician, specialist or other practitioner been consulted by or for the Examinee, or has the Examinee been under medical care, in the past 10 years, for any reason not stated above? [X] If yes, explain_____

PC - 006587

Bates No. 4532

**Examiner, please note** *The physical examination is a very important part of the processing of every applicant for appointment. The results of this examination will be surveyed by our Medical Department. Even though you may feel the examinee has passed a satisfactory physical examination, please do not under any circumstances give this examinee any impression that his Medical is satisfactory for appointment purposes. Final decision rests solely with the company.*

| 24. EXACT HEIGHT- ft. In. (WITHOUT SHOES) 5 4 | EXACT WEIGHT 110 (FULLY CLOTHED-without coat & shoes) lbs. | HAS THERE BEEN ANY CHANGE IN THE WEIGHT IN THE LAST 2 YEARS: | Gain ○ | Loss ○ | Cause ○ |

| 25. TEMP. FULL MINUTE UNDER TONGUE 98 4 | 26. VISION-SNELLEN EYE CHART (With Glasses) | R. 20/20 L. 20/20 | HEARING R. 20/20 L. 20/20 | PULSE RATE | REGULAR ☑ NO |

| BLOOD PRESSURE SYSTOLIC 90 | | PRESENCE OF HEART MURMUR OR CARDIOMEGALY | IF YES, DESCRIBE FULLY None |
| DIASTOLIC 4TH Phase 60 5TH Phase | | | |

30. ☑YES ☐NO  Is general appearance as to health and habits good? If no, give details_____

31. After careful physical examination do you find any evidence of past or present disease of the following?

*To be answered only if examinee is female*

☐YES ☑NO  Lungs or pleurae
☐YES ☑NO  Heart or blood vessels
☐YES ☑NO  Brain or nervous system
☐YES ☑NO  Skin, ear, eye, nose
☐YES ☑NO  Abdominal organs
☐YES ☑NO  Genito-urinary organs
☐YES ☑NO  Extremities and back

*BEFORE SIGNING BE SURE ALL BLANKS ARE COMPLETED*

☐YES ☑NO  Is menstruation abnormal or irregular?
☐YES ☑NO  Has she ever had a tumor or disease of breast or pelvic organs?
☐YES ☑NO  Is she pregnant?
☐YES ☑NO  Has she had a miscarriage? If so, give details.

4  If married, how long?
2  Number of children born?
6  Age of oldest?
2  Age of youngest?
6/16/79  LMP (Date of last menstrual period)
☐YES ☑NO  Dysmenorrhea? (If yes, give details as to severity)

32. Urinalysis

Sp. Gr. _1015_
Albumin _0_
Sugar _0_
Microscopic _OK_

REMARKS (Further details concerning abnormal findings)

_____
_____
_____
Excellent health.
_____
_____
_____

I hereby represent that all statements and answers as written or printed herein and in my Application are full, complete, and true whether written by my own hand or not. Further...

I hereby authorize any doctor, hospital, employer, or other person, to whom a signed or photo-copy of this authorization is delivered, to furnish any information, reports, or copies of records which may be requested by the STATE FARM INSURANCE COMPANIES.

Signature of Examinee _Sonia M. Bannister_        Date Signed _7-10-79_

| FOR USE BY STATE FARM MEDICAL DEPARTMENT ONLY | I certify that I have carefully examined the person designated hereon as the examinee, and that the answers and statements hereon are exactly as made by the examinee to me, and that said Medical History was signed by the examinee in my presence. |

Action taken: ☑ Acceptance  ☐ Rejection
_Anneaus MD 7/18/79_

nature of Medical Examiner _David A. Wittart M.D._        Date _7-10-7_

PC - 006588

| PENDING SERVICE | PENDING ANSWER | PENDING PLEADINGS | PENDING DISCOVERY | PENDING MOTIONS | PENDING NON-JURY TRIAL | PENDING JURY TRIAL | PENDING JUDGMENTS | HOLD/REVIEW |
|---|---|---|---|---|---|---|---|---|
| | ANSWER | PLEADINGS DISCOVERY | | MOTIONS | NON-JURY | JURY | JUDGMENTS | HOLD |

## STATE OF NORTH CAROLINA

Mecklenburg _____ COUNTY

☒ DISTRICT COURT DIVISION ☐ SUPERIOR COURT DIVISION

CASES CONSOLIDATED

JURY TRIAL? ☐ YES

**FILE NO.** 87-cVD-3001

**FILM NO.** 89-78-176

## CIVIL DOCKET

**SUPERIOR COURT FILING CODES:**
1. Contract
2. Collect on Accounts
3. Motor Vehicle Negligence
4. Other Negligence
5. Real Property
6. Administrative Appeals
7. Other

**DISTRICT COURT FILING CODES:**
1. URESA
2. IV-D
3. Other Domestic Rel.
4. General Civil
5. CVM Appeal/Transfer

**DISPOSITION CODES**
1. Trial by Jury
2. Trial by Judge
3. Voluntary Dismissal
4. Final Order or Final Judgment w/o Trial
5. Clerk
6. Dismissal on Motion of the Court
7. Discontinuance for Lack of Service
8. Other

| FILING DATE | WEEK ENDING DATE (M/D/Y) | FILING CODE | DISPOSITION DATE | WEEK ENDING DATE (M/D/Y) | DISPOSITION CODE |
|---|---|---|---|---|---|
| 3-10-87 | 3-13-87 | 6 | 4-7-89 | 4-14-89 | 2 |

**PLAINTIFF'S NAME(S)**

Derrick Lamarr Barnette

**DEFENDANT'S NAME(S)**

Sonia Cooper Barnette

**PLAINTIFF'S ATTORNEYS**

Paul Hemphill

**DEFENDANT'S ATTORNEYS**

| DATE COMPLAINT FILED | | DATE 3RD PARTY COMPLAINT FILED | |
|---|---|---|---|

| DFU # | DATE/HOUR SUMMONS ISS. | DATE SUMMONS RETURNED | SVD? | DATE ANSWER FILED | COUNTER-CLAIMS FILE DATE | REPLY DATE | DISPOSITIONS DATE | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |

| CROSS-CLAIM FILED BY DEFENDANT | CROSS-CLAIM ANSWERED |
|---|---|

| DATE AMENDED COMPLAINT FILED | | DATE SUMMONS SERVED | DATE ANSWER FILED |
|---|---|---|---|

**MOTIONS**

| FILED BY | DATE | TYPE |
|---|---|---|

**OTHER ACTIVITY**

| DATE | DESCRIPTION |
|---|---|
| 3-9-87 | Notice of Hearing |
| 5-6-87 | Order |
| 2-16-88 | Copy of Blood Tests |

Bates No. 4334

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

MECKLENBURG COUNTY
F I L E D
APR ... 198...
AT _____ O'CLOCK _____ M.
BY _____
CLERK OF SUPERIOR COURT

IN THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION
87-CvD-3001

DERRICK LAMARR BARNETTE,           )
                                   )
          Plaintiff,               )
                                   )
     vs                            )          ORDER
                                   )
SONIA COOPER BARNETTE,             )
                                   )
          Defendant.               )
_____)

THIS CAUSE coming on before Judge Resa L. Harris, on motion of Plaintiff, Derrick Lamarr Barnette, for summary judgment and it appearing that there is no geniune issue as to any material fact and that the Plaintiff is entitled to a judgment as a matter of law;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, that Summary Judgment is granted in favor of Plaintiff against the Defendant, and that this action is dismissed.

This the ___7th___ day of ___April___, 1989.

*Nunc pro tunc Dec 2, 1988*

_____
HONORABLE RESA L. HARRIS
DISTRICT COURT JUDGE

PC - 003831

# STATE OF NORTH CAROLINA

Mecklenburg _____ County

FILED

**File No.** 87-CVD-3001

Film No.

In the General Court of Justice
☒ District Court Division ☐ Superior Court Division

**Plaintiff Name**
Derrick Lamarr Barnette

**Address**
Post Office Box 32244

**City, State, Zip**
Charlotte, N.C. 28232

1987 APR -1 PM 4: 15

MECKLENBURG COUNTY, C.S.C.

BY

## CIVIL SUMMONS

GS 1A-1, Rules 3, 4

VERSUS

**Defendant**
Sonia Cooper Barnette

\* ☒ Alias and Pluries Summons
The summons originally issued against you was returned not served.

K-152

| Date Last Summons Issued | *Disregard this section unless the block is checked |
| --- | --- |
| March 9, 1987 | |

TO: Sonia Cooper Barnette

**Name & Address of First Defendant**
Sonia Cooper Barnette
4811 Farmpond Lane
Charlotte, n.C. 28212

TO:

**Name & Address of Second Defendant**

### A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or his attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to him or by mailing it to him at his last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint the plaintiff will apply to the Court for the relief demanded in the complaint.

**Name and Address of Plaintiff's Attorney**
**If none, Address of Plaintiff**

Paul E. Hemphill
P.O. Box 32244
Charlotte, N.C. 28232

| Date Issued 4-1-87 | Time Issued 4:15 ☐ AM ☒ PM |
| --- | --- |
| Signature _Paul E. Smith_ | |
| ☐ Deputy CSC | ☒ Assistant CSC | ☐ Clerk of Superior Court |

☐ **ENDORSEMENT**
This summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this summons must be served is extended thirty (30) days.

| Date of Endorsement | Time ☐ AM ☐ PM |
| --- | --- |
| Signature | PC - 003832 |
| ☐ Deputy CSC | ☐ Assistant CSC | ☐ Clerk of Superior Court |

## RETURN OF SERVICE

I certify that this summons and a copy of the complaint/ ~~and Notice of Hearing~~ were received and served as follows:

### Defendant 1.

| Date served | Name of defendant |
|---|---|
| 4-3-87 | Sonia Cooper Barnette |

☑ By delivering to the defendant named above a copy of the summons and complaint. *& Notice of Hearing*

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name and address of person with whom copies left (if corporation give title of person copies left with)

Sonia Cooper Barnette, 4811 Farm Pond Lane

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason.

### Defendant 2.

| Date served | Name of defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name and address of person with whom copies left (if corporation give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason.

| Service Fee Paid $ | Date Received 4-1-87 | Name of Sheriff C.W. Kidd, Jr. |
|---|---|---|
| By | Date of Return 4-3-87 | County Meck. |
| | | Deputy Sheriff Making Return R.M. Bread |

PC - 003833

Bates No. 4337

STATE OF NORTH CAROLINA

MECKLENBURG COUNTY

IN THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION

87 _____ CVD _____

DERRICK LAMARR BARNETT

         Plaintiff,

       vs.

SONIA COOPER BARNETTE

        Defendant.

NOTICE OF HEARING

SONIA COOPER BARNETTE known as the Defendant/Plaintiff, you are hereby notified: That on _April 16_ , 19 87 in DISTRICT COURTROOM # 301 , in the Mecklenburg County Courthouse, 800 East Fourth Street, Charlotte, North Carolina at _9.00 A._ m., the PRESIDING JUDGE will hear DERRICK LAMARR BARNETT known as Plaintiff's/Defendant's claim for relief. The Plaintiff/Defendant is seeking:

AN ORDER OF THE COURT FOR THE PLAINTIFF, THE DEFENDANT AND THE MINOR CHILDREN NAMED IN THE COMPLAINT TO SUBMIT TO A BLOOD GROUPING TEST.

The PRESIDING JUDGE REQUIRES ~~that the attached Affidavits of Financial Standing be completed and filed with the Clerk of Superior Court 72 hours in advance of the time of the scheduled hearing. Filed copy shall be available to the opposing party 72 hours in advance of the hearing. This affidavit must be fully and completely filled out, sworn to, and notarized before filing.~~

FAILURE TO APPEAR ONCE YOU HAVE BEEN SERVED WILL NOT DELAY THE ENTRY OR AN ORDER WHICH MAY AWARD THE RELIEF SOUGHT.

_____

MARTIN, HEMPHILL & McDUFFIE
POST OFFICE BOX 32244
CHARLOTTE NC 28232
(704) 332-3118

PC - 003834

## RETURN OF SERVICE

I certify that this Notice was received on the _1st_ day of _April_, 19_87_, and together with the attachments was served as follows:

On _Sonia Cooper Barnette_ ___ on the _3rd_ day of _April_, 19_87_, at the following place: _4811 Farm Pond Lane_ ___ By:

(fill in address where copy was delivered or left)

☑ delivering copies to him personally  ☐ leaving copies at his dwelling with ___ who is a person of suitable age and discretion and who resides in the defendant's dwelling house or usual place of abode.

If not served on defendant or plaintiff, state reason and give his name:

Fee $ ___

Paid ___

By: ___

Sheriff of _Meck._ _C.W. Kidd Jr._ County, N.C.

By: _R. M. Brand_ Deputy

Date _4-3-87_

PC - 003835

II-B-16-b . 9/84

| PENDING SERVICE | PENDING ANSWER | PENDING PLEADINGS | PENDING DISCOVERY | PENDING MOTIONS | PENDING NON-JURY TRIAL | PENDING JURY TRIAL | PENDING JUDGMENTS | HOLD/REVIEW |
|---|---|---|---|---|---|---|---|---|

| ANSWER | PLEADINGS DISCOVERY | MOTIONS | NON-JURY | JURY | JUDGMENTS | HOLD |
|---|---|---|---|---|---|---|

## STATE OF NORTH CAROLINA

FILE NO.
87-cVD-3001

Mecklenburg _____ COUNTY

FILM NO.
89-78-176

☒ DISTRICT COURT DIVISION ☐ SUPERIOR COURT DIVISION

**CIVIL DOCKET**

CASES CONSOLIDATED

JURY TRIAL? ☐ YES

SUPERIOR COURT FILING CODES:
1. Contract
2. Collect on Accounts
3. Motor Vehicle Negligence
4. Other Negligence
5. Real Property
6. Administrative Appeals
7. Other

DISTRICT COURT FILING CODES:
1. URESA
2. IV-D
3. Other Domestic Rel.
4. General Civil
5. CVM Appeal/Transfer

DISPOSITION CODES
1. Trial by Jury
2. Trial by Judge
3. Voluntary Dismissal
4. Final Order or Final Judgment w/o Trial
5. Clerk
6. Dismissal on Motion of the Court
7. Discontinuance for Lack of Service
8. Other

| FILING DATE | WEEK ENDING DATE (M/D/Y) | FILING CODE | DISPOSITION DATE | WEEK ENDING DATE (M/D/Y) | DISPOSITION CODE |
|---|---|---|---|---|---|
| 3-10-87 | 3-13-87 | 6 | 4-7-89 | 4-14-89 | 2 |

PLAINTIFF'S NAME(S)

Derrick Lamarr Barnette

DEFENDANT'S NAME(S)

Sonia Cooper Barnette

PLAINTIFF'S ATTORNEYS

Paul Hemphill

DEFENDANT'S ATTORNEYS

| DATE COMPLAINT FILED | | DATE 3RD PARTY COMPLAINT FILED | |
|---|---|---|---|

| DFU # | DATE/HOUR SUMMONS ISS. | DATE SUMMONS RETURNED | SVD? | DATE ANSWER FILED | COUNTER-CLAIMS FILE DATE | COUNTER-CLAIMS REPLY DATE | DISPOSITIONS DATE | DISPOSITIONS DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |

| CROSS-CLAIM FILED BY DEFENDANT | CROSS-CLAIM ANSWERED |
|---|---|

| DATE AMENDED COMPLAINT FILED | DATE SUMMONS SERVED | DATE ANSWER FILED |
|---|---|---|

**MOTIONS**

| FILED BY | DATE | TYPE |
|---|---|---|
| | | |
| | | |
| | | |

**OTHER ACTIVITY**

| DATE | DESCRIPTION |
|---|---|
| 3-9-87 | Notice of Hearing |
| 5-6-87 | Order |
| 2-16-88 | Copy of Blood Tests |

Case 3:12-cv-00327-MOC    Document 76-12    Filed 12/22/14    Page 20 of 25

Bates No. 4340

PC 003386

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

MECKLENBURG COUNTY
FILED
APR 1989
AT _____ O'CLOCK ____ M.
BY _____
CLERK OF SUPERIOR COURT

IN THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION
87-CvD-3001

DERRICK LAMARR BARNETTE,

       Plaintiff,

        vs

SONIA COOPER BARNETTE,

       Defendant.

)
)
)
)
)
)
)
)
)
)

ORDER

THIS CAUSE coming on before Judge Resa L. Harris, on motion of Plaintiff, Derrick Lamarr Barnette, for summary judgment and it appearing that there is no geniune issue as to any material fact and that the Plaintiff is entitled to a judgment as a matter of law;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, that Summary Judgment is granted in favor of Plaintiff against the Defendant, and that this action is dismissed.

This the ___7th___ day of ___April___, 1989.

*Nunc pro Lunc Dec 2, 1988*

*Resa L Harris*
HONORABLE RESA L. HARRIS
DISTRICT COURT JUDGE

PC - 003831

# STATE OF NORTH CAROLINA

Mecklenburg _____ County

**FILED**

File No. 87-CVD-3001

Film No.

In the General Court of Justice
☑ District Court Division ☐ Superior Court Division

1987 APR -1 PM 4: 15

MECKLENBURG...C.S.C.

BY___

**Plaintiff Name**
Derrick Lamarr Barnette

**Address**
Post Office Box 32244

**City, State, Zip**
Charlotte, N.C. 28232

**CIVIL SUMMONS**

GS 1A-1, Rules 3, 4

VERSUS

**Defendant**
Sonia Cooper Barnette

\* ☑ Alias and Pluries Summons

K-152

The summons originally issued against you was returned not served.

| Date Last Summons Issued | *Disregard this section unless the block is checked |
|---|---|
| March 9, 1987 | |

**TO:** Sonia Cooper Barnette

**TO:**

**Name & Address of First Defendant**
Sonia Cooper Barnette
4811 Farmpond Lane
Charlotte, n.C. 28212

**Name & Address of Second Defendant**

### A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or his attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to him or by mailing it to him at his last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name and Address of Plaintiff's Attorney If none, Address of Plaintiff | Date Issued 4-1-87 | Time Issued 4:15 ☐ AM ☑ PM |
|---|---|---|
| Paul E. Hemphill P.O. Box 32244 Charlotte, N.C. 28232 | Signature Paul E. Smith | |
| | ☐ Deputy CSC ☑ Assistant CSC ☐ Clerk of Superior Court | |

☐ **ENDORSEMENT**
This summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this summons must be served is extended thirty (30) days.

| Date of Endorsement | Time ☐ AM ☐ PM |
|---|---|
| Signature | PC - 003832 |
| ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk of Superior Court | |

Bates No. 4342

## RETURN OF SERVICE

I certify that this summons and a copy of the complaint/were received and served as follows:
and Notice of Hearing

### Defendant 1.

| Date served | Name of defendant |
|---|---|
| 4-3-87 | Sonia Cooper Barnette |

☑ By delivering to the defendant named above a copy of the summons and complaint. *& Notice of Hearing*

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name and address of person with whom copies left (if corporation give title of person copies left with)

Sonia Cooper Barnette, 4811 Farm Pond Lane

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason.

### Defendant 2.

| Date served | Name of defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name and address of person with whom copies left (if corporation give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason.

| Service Fee Paid | Date Received | Name of Sheriff |
|---|---|---|
| $ | 4-1-87 | C.W. Kidd, Jr. |
| By | Date of Return | County Meck. |
| | 4-3-87 | Deputy Sheriff Making Return R.M. Bread |

PC - 003833

AOC-CV-100, side two
Rev. 3/83

Case 3:12-cv-00327-MOC    Document 76-12    Filed 12/22/14    Page 23 of 25
Bates No. 4343

STATE OF NORTH CAROLINA

MECKLENBURG COUNTY

IN THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION

87 _____ CVD _____

DERRICK LAMARR BARNETT

         Plaintiff,

         vs.

SONIA COOPER BARNETTE

         Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

NOTICE OF HEARING

    SONIA COOPER BARNETTE _____ known as the Defendant/Plaintiff, you are hereby notified: That on ___ April 16 ___, 19 87 in DISTRICT COURTROOM # 301 ___, in the Mecklenburg County Courthouse, 800 East Fourth Street, Charlotte, North Carolina at _ 9.00 A. _ m., the PRESIDING JUDGE will hear ___ DERRICK LAMARR BARNETT ___ known as Plaintiff's/Defendant's claim for relief. The Plaintiff/Defendant is seeking:

    AN ORDER OF THE COURT FOR THE PLAINTIFF, THE DEFENDANT AND THE MINOR CHILDREN NAMED IN THE COMPLAINT TO SUBMIT TO A BLOOD GROUPING TEST.

    The PRESIDING JUDGE REQUIRES xhatxxthexaxtaxhedxAffixdamitsxxof Financialx Standing x be x completed x and x filed x with x the x Clerk x of x Superior x Court x x 72 x hours x in x advance x of x the x time x of x the x scheduled x hearing x x x x filed x copy x shall bexdistributed x to x the x opposing x party x x x nous x in x advance x of x the x hearing x x x xxx affidavit x must x be x fully x and x completely x filled x out x x sworn x to x and x notarized x before x FILING x

    FAILURE TO APPEAR ONCE YOU HAVE BEEN SERVED WILL NOT DELAY THE ENTRY OR AN ORDER WHICH MAY AWARD THE RELIEF SOUGHT.

_____

MARTIN, HEMPHILL & McDUFFIE
POST OFFICE BOX 32244
CHARLOTTE NC 28232
(704) 332-3118

PC - 003834

## RETURN OF SERVICE

I certify that this Notice was received on the _1st_ day of _April_, 19_87_, and together with the attachments was served as follows:

On _Sonia Cooper Barnette_ _____ on the _3rd_ day of _April_, 19_87_, at the following place: _4811 Farm Pond Lane_ _____ By:
(fill in address where copy was delivered or left)

☑ delivering copies to her personally          ☐ leaving copies at his dwelling with _____ who is a person of suitable age and

discretion and who resides in the defendant's dwelling house or usual place of abode.

If not served on defendant or plaintiff, state reason and give his name: _____

_____

| | |
|---|---|
| Fee $ _____ | Sheriff of _C.W. Kidd Jr._ _Meck._ County, N.C. |
| Paid _____ | By: _R.M. Brown_ Deputy |
| By: _____ | Date _4-3-87_ |

PC - 003835

II-B-16-b . 9/84