| PENDING SERVICE | PENDING ANSWER | PENDING PLEADING | PENDING DISCOVERY | PENDING MOTIONS | PENDING NONJURY TR | PENDING JURY TRIAL | PENDING JUDGMENTS | HOLD/REVIEW |

ANSWER | PLEADINGS DISCOVERY | MOTIONS | NON-JURY | JURY | JUDGMENTS | HOLD

# STATE OF NORTH CAROLINA

__Mecklenburg__ COUNTY

☐ DISTRICT COURT DIVISION ☐ SUPERIOR COURT DIVISION

CASES CONSOLIDATED

JURY TRIAL? ☐ YES

**FILE NO.** 88-cvD-1423 RE

**FILM NO.** 88-165-873

## CIVIL DOCKET

SUPERIOR COURT FILING CODES:

1. Contract
2. Collect on Accounts
3. Motor Vehicle Negligence
4. Other Negligence

5. Real Property
6. Administrative Appeals
7. Other

DISTRICT COURT FILING CODES:

1. URESA
2. I-D
3. Dom. Rel. Non-IV-D Child Support
4. General Civil
5. CVM Appeal/Transfer
6. Dom. Rel. No Child Support

DISPOSITION CODES

1. Trial by Jury
2. Trial by Judge
3. Voluntary Dismissal
4. Final Order or Final Judgment w/o Trial

5. Clerk
6. Dismissal on Motion of the Court
7. Discontinuance for Lack of Service
8. Other

| FILING DATE | WEEK ENDING DATE (M/D/Y) | FILING CODE | DISPOSITION DATE | WEEK ENDING DATE (M/D/Y) | DISPOSITION CODE |
|---|---|---|---|---|---|
| 2-1-88 | 2-12-88 | 4 | 8-1-88 | 8-5-88 | 5 |

| PLAINTIFF'S NAME(S) | DEFENDANT'S NAME(S) |
|---|---|
| NCNB National BAnk | Sonia M.Barnette<br><br>203-790-12 |

| PLAINTIFF'S ATTORNEYS | DEFENDANT'S ATTORNEYS |
|---|---|
| Mark Wilson | |

| DATE COMPLAINT FILED | DATE 3RD PARTY COMPLAINT FILED |
|---|---|
| | |

| DEF P | DATE/HOUR SUMMONS ISS. | DATE SUMMONS RETURNED | SVD ? | DATE ANSWER FILED | COUNTER-CLAIMS | | DISPOSITIONS | |
|---|---|---|---|---|---|---|---|---|
| | | | | | FILE DATE | REPLY DATE | DATE | DESCRIPTION |
| 1 | | 5-12-88 | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |

| CROSS-CLAIM FILED BY DEFENDANT | CROSS-CLAIM ANSWERED | |
|---|---|---|
| | | |

| DATE AMENDED COMPLAINT FILED | DATE SUMMONS SERVED | DATE ANSWER FILED |
|---|---|---|
| | | |

| MOTIONS | | | OTHER ACTIVITY | |
|---|---|---|---|---|
| FILED BY | DATE | TYPE | DATE | DESCRIPTION |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

PC - 003802

AOC-CV-700 REV. 10/86

*[handwritten]* pay Demo & report

**State of North Carolina**

MECKLENBURG _____ County
In the General Court Of Justice

File No. 88CvD1423

Judgment Book & Page No. In Original County
306-143

| Plaintiff Name and Address | | |
|---|---|---|
| NCNB National Bank of North Carolina<br>P.O. Box 21846<br>Greensboro, N.C. 27420 | **Execution** | **299** |
| **Versus** | | GS 1-313(1); GS 1C. Art. 16 |

Defendant Name & Address

SONIA M BARNETTE
8816 SOFTWIND DR

CHARLOTTE              NC    28210

Defendant Name & Address

To the Sheriff of _____ MECKLENBURG County:

Judgment in favor of the plaintiff was rendered in this case against the defendant. By terms of that judgment the following sums are now due:

| | | |
|---|---|---|
| Principal due as of today | 1 | $ 946.36 |
| Plus dollar amount of interest due as of today | 2 | 464.00 |
| Plus Court Cost due as of today | 3 | 83.00 |
| Plus other | 4 | 49.83 |
| Total due as of today | 5 | $ 1,543.19 |

Plus, interest on the principal at the rate set out below shall be due from the date shown below.

| Date & on Which Interest Due | Rate of Interest | X |
|---|---|---|
| 06/01/88 Judgment | County MECKLENBURG and Judgment Docket Book and Page 306-143 | Date & Time of Docketing 8:25 AM Aug 2, 98 |

You are commanded to satisfy the judgment.

☑ Out of the personal property of the defendant, and if sufficient personal property cannot be found, then out of the real property belonging to the defendant on the day the judgment was docketed in your county as shown above or any time after the date.

☐ Except as to property of the defendant set off as exempt (a list of which is attached) out of the personal property of the defendant within your county, and if sufficient personal property cannot be found, then out of the real property belonging to the defendant on the day the judgment was docketed in your county as shown above or any time after that date.

Additional Order for Satisfying Judgment

THE DEBTOR IN THIS ACTION HAS FAILED TO RESPOND IN ACCORDANCE WITH N.C.G.S. 1-C-1603 (e)(2) AND THEREBY WAIVES STATUTORY EXEMPTIONS IN THIS MATTER

| MECKLENBURG to be Served | Date Issued March 10, 1994 | |
|---|---|---|
| Name Address Creditor's Att. (910) 805-1547<br>Execution Specialist<br>NationsBank of North Carolina, N.A.<br>AM644 | Signature Mary E. Tragak | |
| | ☑ Deputy CSC  ☐ Assistant CSC | ☐ Clerk of Superior Court |

AOC-CV-460<br>Rev 6-85<br>20-00.1783 3-93 NEW NS<br>20-19185 (6-86) OLD

1.20 per diem
$_____ Check #_____ Attached
$ 5.00 Sheriff Service Fee

073253
PC - 003803

Bates No. 1347

**Return of Execution**

**This order of execution was served as follows:**

☐ By collecting the amount owed.

☐ By levying on and selling the property of the defendant described below and returning to the court the balance shown below

| Date of Levy | Description of Property Levied On and Sold |
|---|---|
| | |

| Total Sum Collected | Amount Retained as Commission | Amount Retained For Expenses | Balance Returned |
|---|---|---|---|
| $ | $ | $ | $ |

☐ I did not serve this order of execution because:

☒ I did not locate property on which to levy.

☐ Other (specify): left 3 cards unable to locate defendant at address not unsatisfied.

| Fee Paid | Date Received | Name of Sheriff |
|---|---|---|
| $ | 3 10 94 | C.W. Kidd JR. |
| By | Date Executed | County |
| | | Meck. |
| | Date Returned | Deputy Sheriff Making Return |
| | 3 18 94 | [signature] |

AOC-CV-400 Side Two
Rev 9 85

PC - 003804

STATE OF NORTH CAROLINA      IN THE GENERAL COURT OF JUSTICE
COUNTY OF MECKLENBURG      DISTRICT COURT DIVISION
                      FILE 88CV01423

                                    306-143

NCNB NATIONAL BANK OF NORTH CAROLINA

     Plaintiff,                       CERTIFICATE FOR
                                     CANCELLATION OF
vs.                                        JUDGMENT

SONIA M. BARNETTE,

     Defendant(s).

     To the Clerk of Superior Court of MECKLENBURG County,
Greetings:

     WHEREAS, the undersigned plaintiff and/or plaintiff's
attorney of record, on 08/01/88 caused a judgment to be
docketed in the Superior Court of MECKLENBURG County against
the above named defendant(s); and,

     ( ) WHEREAS, the sum of $0.00 has been paid into
the office of the Clerk of Superior Court for MECKLENBURG
County, a receipt has been issued for said sum, and a notation of
such receipt has been entered on the margin of said judgment by
the Clerk;

     ( ✔ ) WHEREAS, the plaintiff has been paid directly by
defendant(s);

     You are, therefore, hereby authorized and directed by the
undersigned owner of the said judgment to enter a notation on
the margin of the judgment docket in this case to the effect that
said judgment is cancelled of record because the same has now
been paid and satisfied in full including interest, costs and
attorney fees.

     Witness my hand this the 23 day of October, 1997.

                   _Michelle Goodman_
                   Michelle Goodman
                   NationsBank Post Judgment Manager
                   Post Office Box 21846
                   Greensboro, N.C. 27499-2754
                   (800)475-2050, ext. 1479

I do hereby certify that Michelle Goodman personally appeared
before me this date and acknowledged due execution of this
document. Witness my hand and notarial seal, this the 23rd day
of October, 1997.

_Regina W. Cheek_                 My Commission Expires: 12/19/98
Notary Public
The judgment indicated above has been marked as directed, this
the _____ day of _____, 199____.

                                ------------------------------
                                Clerk of Superior Court

L097

PC - 003805

NORTH CAROLINA

MECKLENBURG COUNTY

IN THE GENERAL COURT OF JUSTICE

DISTRICT COURT DIVISION

FILE NO. 88 CVD 1423

NCNB NATIONAL BANK OF NORTH
CAROLINA n/k/a NATIONAL BANK
OF NORTH CAROLINA, N.A.
   Plaintiff,

vs.

SONIA M. BAENETTE

   Defendant(s).

)
)
)
)
)
)
)
)
)
)
)

AFFIDAVIT FOR SERVICE BY
REGULAR MAIL

I, Tracy Lynn Rhodes, being first duly sworn, depose and say:

1. I am the exemptions clerk of plaintiff and am familiar with the above entitled matter.

2. Plaintiff attempted service of the Notice of Right to have Exemptions Designated and Motion to Claim Exempt Property upon defendant by personal service by the sheriff's office.

3. Defendant was not served by the above.

4. Pursuant to N.C.G.S 1C-1603(4) on   DEC. 22  , 1993, I mailed a copy of the Notice of Right to have Exemptions Designated and Motion to Claim Exempt Property to set off debtor's exempt property to defendant at the following last known address:

SONIA M. BAENETTE
8816 SOFTWIND DR.
CHARLOTTE, NC 28273

TRACY LYNN RHODES
EXEMPTIONS CLERK
Post Office Drawer 1960
Smithfield, North Carolina 27577

Sworn to and subscribed before me this 22nd day of December 1993.

NOTARY PUBLIC

My commission expires: 11-9-97

PC - 003806

# STATE OF NORTH CAROLINA

_____ MECKLENBURG _____ County

File No.
**88 CVD 1423**
Judgment Docket Book & Page No.

In The General Court Of Justice
☒ District ☐ Superior Court Division

| Name Of Plaintiff | |
|---|---|
| NCNB NATIONAL BANK OF NORTH CAROLINA | **NOTICE OF RIGHT TO HAVE EXEMPTIONS DESIGNATED** |
| **VERSUS** | |
| Name Of Defendant | |
| SONIA M. BAENETTE | G.S. 1C-1603 |

**TO:** SHERIFF F MECKLENBURG COUNTY

TO:

| Name And Address Of First Judgment Debtor | Name And Address Of Second Judgment Debtor |
|---|---|
| SONIA M. BARNETTE<br>8816 SOFTWIND DR.<br>CHARLOTTE, NC 28273 | *C-454* |

A judgment has been entered against you in the case captioned above in which you have been ordered to ☒ pay money over ☐ turn over various household belongings to the judgment creditor.

The judgment creditor (person who has the judgment against you) is now seeking to collect this judgment and has asked me to give you notice of your rights. Under the Constitution and laws of North Carolina, you have the right to exempt from the collection of the judgment certain of your property (in other words, to keep it from being taken from you). If you wish to keep your exempt property, you MUST fill out the attached Motion To Claim Exempt Property and mail or take it to the Clerk of Superior Court at the address listed below. You MUST also mail or take a copy to the judgment creditor at his address listed below. The law gives you another option of requesting, in writing, a hearing before the Clerk to claim your exemptions. If you make a written request for a hearing, you will be notified of the time and place of the hearing when you may claim your exemptions.

It is important that you respond to this Notice no later than twenty (20) days after it was served on you because you will lose valuable constitutional and statutory rights if you do nothing. If you do not respond, you will give up your right to exemptions and the judgment creditor may be able to take any or all of your property to satisfy the judgment. You may wish to consider hiring an attorney to help you with this proceeding to make certain that you receive all the protections to which you are entitled.

| Name And Address Of Judgment Creditor Or Attorney | Date |
|---|---|
| Luther D. Starling, Jr.<br>Attorney at Law<br>P.O. Drawer 1960<br>Smithfield, NC 27577 | *9 21 93*<br>Signature *Mary E. Frayuk* |
| | ☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court |
| | Address Of The Clerk Of Superior Court<br>*800 E. Fourth St*<br>*Charlotte NC 28202* |
| Telephone No.<br>919-934-5012 | |

**NOTICE TO THE JUDGMENT CREDITOR:**

You may serve this Notice and the Motion To Claim Exempt Property by mailing a copy of each, registered or certified mail, return receipt requested, addressed to the judgment debtor. To prove service, you must file an affidavit (notarized by a notary public) with the Clerk asserting that (1) a copy of the notice of rights and Motion To Claim Exempt Property was deposited in the post office for mailing by registered or certified mail, return receipt requested; (2) it was in fact received as evidenced by the attached registry receipt or other evidence of delivery; and (3) the genuine receipt or other evidence of delivery is attached. You must attach the post office delivery receipt to the affidavit. Alternatively, you may choose to have this Notice and the motion served by the sheriff. If you select this method, you must pay a service fee. The sheriff's service will be proved by his return. If your attempted service by certified or registered mail or personal service by the sheriff fails, you may then serve the judgment debtor by mailing a copy of notice and motion to him at his last known address. To prove service, you must file a certificate with the Clerk that the notice and motion were served indicating why you used such service, the date the notice was mailed and the address to which it was mailed. Remember, you may NOT use service by regular first class mail until you have tried first to serve the judgment debtor personally or by certified or registered mail and such service was unsuccessful.

AOC-CV-406
Rev. 2/91

*Patricia Dean*
*3 yrs.*

(Over)

Case 3:12-cv-00327-MOC    Document 76-13    Filed 12/22/14    Page 6 of 30
Bates No. 1631

| RETURN OF SERVICE |
|---|

I certify that this Notice and a copy of a motion to claim exempt property were received and served as follows:

### JUDGMENT DEBTOR 1

| Date Served | Name Of Judgment Debtor |
|---|---|
|  | Sonia M. Barnette |

☐ By delivering to the judgment debtor named above a copy of the notice and motion to claim exempt property.

☐ By leaving a copy of the notice and motion to claim exempt property at the dwelling house or usual place of abode of the judgment debtor named above with a person of suitable age and discretion then residing therein.

Name And Address Of Person With Whom Copies Left

☐ Other manner of service (specify)

☒ Judgment debtor WAS NOT served for the following reason: Per Resident Patricia Lean (3 yrs) Defendant unknown at Given add. whereabouts unk. at This Time.

| Service Fee Paid | Date Received | Name Of Sheriff |
|---|---|---|
| $ | 9 22 93 | CW Kidd Sr. |
| By | Date Of Return 9 28 93 | County Meck |
|  |  | Deputy Sheriff Making Return WR Williams |

### JUDGMENT DEBTOR 2

| Date Served | Name Of Judgment Debtor |
|---|---|
|  |  |

☐ By delivering to the judgment debtor named above a copy of the notice and motion to claim exempt property.

☐ By leaving a copy of the notice and motion to claim exempt property at the dwelling house or usual place of abode of the judgment debtor named above with a person of suitable age and discretion then residing therein.

Name And Address Of Person With Whom Copies Left

☐ Other manner of service (specify)

☐ Judgment debtor WAS NOT served for the following reason:

| Service Fee Paid | Date Received | Name Of Sheriff |
|---|---|---|
| $ |  |  |
| By | Date Of Return | County |
|  |  | Deputy Sheriff Making Return |

AOC-CV-406, Side Two
Rev. 2/91

PC - 003808

Case 3:12-cv-00327-MOC    Document 76-13    Filed 12/22/14    Page 7 of 30
Bates No. 7352

# STATE OF NORTH CAROLINA

File No.
88 CVD 1423
Judgment Docket Book & Page No.

MECKLENBURG ——— County    SEP 21    11:42

In The General Court Of Justice
☒ District ☐ Superior Court Division

Name Of Plaintiff

NCNB NATIONAL BANK OF NORTH CAROLINA

## VERSUS

Name Of Defendant

SONIA M. BAENETTE

## NOTICE OF RIGHT TO HAVE EXEMPTIONS DESIGNATED

G.S. 1C-1603

TO: SHERIFF OF MECKLENBURG COUNTY    TO:

Name And Address Of First Judgment Debtor
SONIA M. BARNETTE
8816 SOFTWIND DR.
CHARLOTTE, NC 28273

Name And Address Of Second Judgment Debtor

A judgment has been entered against you in the case captioned above in which you have been ordered to ☒ pay money over ☐ turn over various household belongings to the judgment creditor.

The judgment creditor (person who has the judgment against you) is now seeking to collect this judgment and has asked me to give you notice of your rights. Under the Constitution and laws of North Carolina, you have the right to exempt from the collection of the judgment certain of your property (in other words, to keep it from being taken from you). If you wish to keep your exempt property, you MUST fill out the attached Motion To Claim Exempt Property and mail or take it to the Clerk of Superior Court at the address listed below. You MUST also mail or take a copy to the judgment creditor at his address listed below. The law gives you another option of requesting, in writing, a hearing before the Clerk to claim your exemptions. If you make a written request for a hearing, you will be notified of the time and place of the hearing when you may claim your exemptions.

It is important that you respond to this Notice no later than twenty (20) days after it was served on you because you will lose valuable constitutional and statutory rights if you do nothing. If you do not respond, you will give up your right to exemptions and the judgment creditor may be able to take any or all of your property to satisfy the judgment. You may wish to consider hiring an attorney to help you with this proceeding to make certain that you receive all the protections to which you are entitled.

Name And Address Of Judgment Creditor Or Attorney

Luther D. Starling, Jr.
Attorney at Law
P.O. Drawer 1960
Smithfield, NC   27577

Telephone No.
919-934-5012

Date
9-21-93

Signature
Mary E Fraysel

☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

Address Of The Clerk Of Superior Court
800 E Fourth St
Charlotte, NC

**NOTICE TO THE JUDGMENT CREDITOR:**

You may serve this Notice and the Motion To Claim Exempt Property by mailing a copy of each, registered or certified mail, return receipt requested, addressed to the judgment debtor. To prove service, you must file an affidavit (notarized by a notary public) with the Clerk asserting that (1) a copy of the notice of rights and Motion To Claim Exempt Property was deposited in the post office for mailing by registered or certified mail, return receipt requested; (2) it was in fact received as evidenced by the attached registry receipt or other evidence of delivery; and (3) the genuine receipt or other evidence of delivery is attached. You must attach the post office delivery receipt to the affidavit. Alternatively, you may choose to have this Notice and the motion served by the sheriff. If you select this method, you must pay a service fee. The sheriff's service will be proved by his return. If your attempted service by certified or registered mail or personal service by the sheriff fails, you may then serve the judgment debtor by mailing a copy of notice and motion to him at his last known address. To prove service, you must file a certificate with the Clerk that the notice and motion were served indicating why you used such service, the date the notice was mailed and the address to which it was mailed. Remember, you may NOT use service by regular first class mail until you have tried first to serve the judgment debtor personally or by certified or registered mail and such service was unsuccessful.

AOC-CV-406
Rev. 2/91                            (Over)

PC - 003809

| RETURN OF SERVICE | |
|---|---|

I certify that this Notice and a copy of a motion to claim exempt property were received and served as follows:

### JUDGMENT DEBTOR 1

| Date Served | Name Of Judgment Debtor |
|---|---|
| | |

☐ By delivering to the judgment debtor named above a copy of the notice and motion to claim exempt property.

☐ By leaving a copy of the notice and motion to claim exempt property at the dwelling house or usual place of abode of the judgment debtor named above with a person of suitable age and discretion then residing therein.

Name And Address Of Person With Whom Copies Left

☐ Other manner of service (specify)

☐ Judgment debtor WAS NOT served for the following reason:

| Service Fee Paid $ | Date Received | Name Of Sheriff |
|---|---|---|
| By | Date Of Return | County |
| | | Deputy Sheriff Making Return |

### JUDGMENT DEBTOR 2

| Date Served | Name Of Judgment Debtor |
|---|---|
| | |

☐ By delivering to the judgment debtor named above a copy of the notice and motion to claim exempt property.

☐ By leaving a copy of the notice and motion to claim exempt property at the dwelling house or usual place of abode of the judgment debtor named above with a person of suitable age and discretion then residing therein.

Name And Address Of Person With Whom Copies Left

☐ Other manner of service (specify)

☐ Judgment debtor WAS NOT served for the following reason:

| Service Fee Paid $ | Date Received | Name Of Sheriff |
|---|---|---|
| By | Date Of Return | County |
| | | Deputy Sheriff Making Return |

AOC-CV-406, Side Two
Rev. 2/91

PC - 003810

# STATE OF NORTH CAROLINA

MECKLENBURG _____ County

In The General Court Of Justice
☒ District ☐ Superior Court Division

Judgment Creditor (Plaintiff)

NCNB NATIONAL BANK OF NORTH CAROLINA

**VERSUS**

Judgment Debtor (Defendant)

SONIA M. BARNETTE

## MOTION TO CLAIM
## EXEMPT PROPERTY

G.S. 1C-1603(c)

I, the undersigned, move to set aside the property claimed below as exempt.

1. I am a citizen and resident of _____.

2. ☐ I am married to _____
   ☐ I am not married.

3. I ☐ own ☐ rent ☐ am purchasing the property where I live. I wish to claim as exempt *(keep from being taken)* my interest in this property that I use as a residence. I also wish to claim my interest in the following burial plots for myself or my dependents. I understand that my total interest claimed in the residence and burial plots may not exceed $10,000.00.

Street Address Of Residence

| County Where Property Located | Township | No. By Which Tax Assessor Identifies Property |
|---|---|---|
|  |  |  |

Legal Description (Attach a copy of your deed or other instrument of conveyance or describe property in as much detail as possible. Attach additional sheets if necessary.)

| Name(s) Of Owner(s) Of Record Of Residence | Estimated Value Of Residence (What You Think You Could Sell It For) $ |
|---|---|
| Amount Of Lien(s) And Name(s) And Address(es) Of Lienholder(s): (How much money is owed on the property and to whom.) | Current Amount Owed |
|  | $ |
|  | $ |
| Location Of Burial Plots Claimed | Value Of Burial Plots Claimed $ |

4. I wish to claim the following personal property consisting of household furnishings, household goods, wearing apparel, appliances, books, animals, crops or musical instruments as exempt from the claims of my creditors *(in other words, keep them from being taken from me)*. These items of personal property are held primarily for my personal, family or household use.

I understand that I am entitled to personal property worth the sum of $3,500.00. I understand that I am also entitled to an additional $750.00 for each person dependent on me for support, but not to exceed $3,000.00 for dependents. I further understand that I am entitled to this amount after deducting from the value of the property the amount of any valid lien or security interest. Property purchased within 90 days of this proceeding is not exempt. *(Some examples of household goods would be TV, appliances, furniture, clothing, radios, record players.)*

**NOTE TO DEBTOR (DEFENDANT):** *The Clerk of Superior Court cannot fill out this form for you. If you need assistance you should talk with an attorney.*

AOC-CV-407, Rev. 11/92            (Over)

PC - 003811

| Item Of Property | Fair Market Value (What You Could Sell It For) | Amount Of Lien Or Security Interest(Amount Owed On Property) | Name(s) Of Lienholder(s) (To Whom Money Is Owed) | Value Of Debtor's (Defendant's) Interest (Fair Market Value Less Amount Owed) |
|---|---|---|---|---|
| | $ | $ | | $ |
| | $ | $ | | $ |
| | $ | $ | | $ |
| | $ | $ | | $ |

| Name(s) Of Person(s) Dependent On Me | Age | Relationship |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

5. I wish to claim my interest in the following motor vehicle as exempt from the claims of my creditors. I understand that I am entitled to my interest in one motor vehicle worth the sum of $1,500.00 after deduction of the amount of any valid liens or security interests. I understand that a motor vehicle purchased within 90 days of this proceeding is not exempt.

| Make And Model | Year | Name(s) Of Title Owner Of Record |
|---|---|---|
| Fair Market Value (What You Could Sell It For) $ | | Name(s) Of Lienholder(s) Of Record (Person(s) To Whom Money Is Owed) |
| Amount Of Liens (Amount Owed) $ | | Value Of Debtor's (Defendant's) Interest (Fair Market Value Less Amt. Owed) $ |

6. (This item is to claim any other property you own that you wish to exempt.) I wish to claim the following property as exempt because I claimed residential real or personal property as exempt that is worth less than $3,500.00, or I made no claim for a residential exemption under section (3) above. I understand that I am entitled to $3,500.00 in any property only if I made no claim under section (3) above and that if I make a claim under section (3), that I am entitled to $3,500.00 in any property minus any amount I claimed under section (3). (Examples: claim of $1,000.00 under section (3), $2,500.00 allowed here; claim of $3,600.00 under section (3), no claim allowed here; no claim under section (3), $3,500.00 in any property allowed here.) I further understand that the amount of my claim under this section is after the deduction from the value of this property of the amount of any valid lien or security interests and that tangible personal property purchased within 90 days of this proceeding is not exempt.

| Item Of Personal Property Claimed | Fair Market Value | Amount Of Liens | Name(s) Of Lienholder(s) | Value Of Debtor's (Defendant's) Interest |
|---|---|---|---|---|
| | $ | $ | | $ |
| | $ | $ | | $ |
| | $ | $ | | $ |
| | $ | $ | | $ |

Real Property Claimed (I understand that if I wish to claim more than one parcel, I must attach additional pages setting forth the following information for each parcel claimed as exempt.)

| Street Address | Estimated Value Of Property (What You Could Sell It For) $ |
|---|---|
| County | Township | No. By Which Tax Assessor Identifies Property |

Description (Attach a copy of your deed or other instrument of conveyance or describe the property in as much detail as possible.)

| Name And Address Of Lienholder | Current Amount Owed $ |
|---|---|
| Name And Address Of Lienholder | Current Amount Owed $ |

(Attach additional sheets for more lienholders)

AOC-CV-407, Side Two, Rev. 11/92

PC - 003812

7. I wish to claim the following items of health care aid necessary for ☐ myself ☐ my dependents. *(Some examples of health aids are wheelchairs, hearing aids, respirators.)*

| Item | Purpose |
|---|---|
|  |  |
|  |  |
|  |  |

8. I wish to claim the following implements, professional books, or tools (not to exceed $750.00), of my trade or the trade of my dependent. I understand that such property purchased within 90 days of this proceeding is not exempt.

| Item | Estimated Value *(What You Could Sell It For)* | What Business Or Trade Used In |
|---|---|---|
|  | $ |  |
|  | $ |  |
|  | $ |  |

9. I wish to claim the following life insurance policies whose sole beneficiaries are my spouse and/or my children as exempt.

| Name Of Insurer | Policy No. | Beneficiary(ies) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

10. I wish to claim as exempt the following compensation which I received for the personal injury of myself or a person upon whom I was dependent for support or compensation which I received for the death of a person upon whom I was dependent for support. I understand that this compensation is not exempt from claims for funeral, legal, medical, dental, hospital or health care charges related to the accident or injury which resulted in the payment of the compensation to me.

| Amount Of Compensation | Method Of Payment Lump Sum Or Installments (If Installments, State Amount, Frequency And Duration Of Payments) |
|---|---|
| $ |  |
| Location Of Compensation |  |

11. The following is a complete list of persons or businesses that have judgments for money against me.

_____
_____
_____
_____

12. The following is a complete listing of all of my property which I have not claimed as exempt under any of the preceding paragraphs.

| Item | Location | Estimated Value |
|---|---|---|
|  |  | $ |
|  |  | $ |
|  |  | $ |

13. I certify that the above statements are true and that a copy of this Motion was served on the judgment creditor (plaintiff) by ☐ delivering a copy to him personally. ☐ delivering a copy to _____ the judgment creditor's attorney. ☐ depositing a copy of this Motion in a postpaid properly addressed wrapper in a post office, addressed to the judgment creditor (plaintiff) at the address shown on the notice of rights served on me. ☐ depositing a copy of this Motion in a postpaid properly addressed wrapper in a post office, addressed to the judgment creditor's (plaintiff's) attorney at the following address: _____

_____

| Date | Signature Of Judgment Debtor (Defendant) |
|---|---|

AOC-CV-407, Page 2
Rev. 11/92

PC - 003813

Bates No. 4337

# STATE OF NORTH CAROLINA

File No.
88 CVD 1423
Judgment Docket Book & Page No.

___MECKLENBURG_____ County

In The General Court Of Justice
☒ District ☐ Superior Court Division

Judgment Creditor (Plaintiff)

### NCNB NATIONAL BANK OF NORTH CAROLINA

**VERSUS**

Judgment Debtor (Defendant)

### SONIA M. BARNETTE

## MOTION TO CLAIM
## EXEMPT PROPERTY

G.S. 1C-1603(c)

I, the undersigned, move to set aside the property claimed below as exempt.

1. I am a citizen and resident of _____.

2. ☐ I am married to _____.
   ☐ I am not married.

3. I ☐ own ☐ rent ☐ am purchasing the property where I live. I wish to claim as exempt *(keep from being taken)* my interest in this property that I use as a residence. I also wish to claim my interest in the following burial plots for myself or my dependents. I understand that my total interest claimed in the residence and burial plots may not exceed $10,000.00.

Street Address Of Residence

| County Where Property Located | Township | No. By Which Tax Assessor Identifies Property |
|---|---|---|
| | | |

Legal Description (Attach a copy of your deed or other instrument of conveyance or describe property in as much detail as possible. Attach additional sheets if necessary.)

| Name(s) Of Owner(s) Of Record Of Residence | Estimated Value Of Residence (What You Think You Could Sell It For) $ |
|---|---|
| Amount Of Lien(s) And Name(s) And Address(es) Of Lienholder(s): *(How much money is owed on the property and to whom.)* | Current Amount Owed |
| | $ |
| | $ |
| Location Of Burial Plots Claimed | Value Of Burial Plots Claimed $ |

4. I wish to claim the following personal property consisting of household furnishings, household goods, wearing apparel, appliances, books, animals, crops or musical instruments as exempt from the claims of my creditors *(in other words, keep them from being taken from me)*. These items of personal property are held primarily for my personal, family or household use.

I understand that I am entitled to personal property worth the sum of $3,500.00. I understand that I am also entitled to an additional $750.00 for each person dependent on me for support, but not to exceed $3,000.00 for dependents. I further understand that I am entitled to this amount after deducting from the value of the property the amount of any valid lien or security interest. Property purchased within 90 days of this proceeding is not exempt. *(Some examples of household goods would be TV, appliances, furniture, clothing, radios, record players.)*

**NOTE TO DEBTOR (DEFENDANT):** *The Clerk of Superior Court cannot fill out this form for you. If you need assistance you should talk with an attorney.*

AOC-CV-407, Rev. 11/92                    (Over)

PC - 003814

| Item Of Property | Fair Market Value (What You Could Sell It For) | Amount Of Lien Or Security Interest(Amount Owed On Property) | Name(s) Of Lienholder(s) (To Whom Money Is Owed) | Value Of Debtor's (Defendant's) Interest (Fair Market Value Less Amount Owed) |
|---|---|---|---|---|
| | $ | $ | | $ |
| | $ | $ | | $ |
| | $ | $ | | $ |
| | $ | $ | | $ |

| Name(s) Of Person(s) Dependent On Me | Age | Relationship |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

5. I wish to claim my interest in the following motor vehicle as exempt from the claims of my creditors. I understand that I am entitled to my interest in one motor vehicle worth the sum of $1,500.00 after deduction of the amount of any valid liens or security interests. I understand that a motor vehicle purchased within 90 days of this proceeding is not exempt.

| Make And Model | | Year | Name(s) Of Title Owner Of Record |
|---|---|---|---|
| Fair Market Value (What You Could Sell It For) $ | | | Name(s) Of Lienholder(s) Of Record (Person(s) To Whom Money Is Owed) |
| Amount Of Liens (Amount Owed) $ | | | Value Of Debtor's (Defendant's) Interest (Fair Market Value Less Amt. Owed) $ |

6. (This item is to claim any other property you own that you wish to exempt.) I wish to claim the following property as exempt because I claimed residential real or personal property as exempt that is worth less than $3,500.00, or I made no claim for a residential exemption under section (3) above. I understand that I am entitled to $3,500.00 in any property only if I made no claim under section (3) above and that if I make a claim under section (3), that I am entitled to $3,500.00 in any property minus any amount I claimed under section (3). (Examples: claim of $1,000.00 under section (3), $2,500.00 allowed here; claim of $3,600.00 under section (3), no claim allowed here; no claim under section (3), $3,500.00 in any property allowed here.) I further understand that the amount of my claim under this section is after the deduction from the value of this property of the amount of any valid lien or security interests and that tangible personal property purchased within 90 days of this proceeding is not exempt.

| Item Of Personal Property Claimed | Fair Market Value | Amount Of Liens | Name(s) Of Lienholder(s) | Value Of Debtor's (Defendant's) Interest |
|---|---|---|---|---|
| | $ | $ | | $ |
| | $ | $ | | $ |
| | $ | $ | | $ |
| | $ | $ | | $ |

Real Property Claimed (I understand that if I wish to claim more than one parcel, I must attach additional pages setting forth the following information for each parcel claimed as exempt.)

| Street Address | Estimated Value Of Property (What You Could Sell It For) $ |
|---|---|
| County | Township | No. By Which Tax Assessor Identifies Property |

Description (Attach a copy of your deed or other instrument of conveyance or describe the property in as much detail as possible.)

| Name And Address Of Lienholder | Current Amount Owed $ |
|---|---|
| Name And Address Of Lienholder | Current Amount Owed $ |

(Attach additional sheets for more lienholders)

AOC-CV-407, Side Two, Rev. 11/92

PC - 003815

7. I wish to claim the following items of health care aid necessary for ☐ myself ☐ my dependents. (Some examples of health aids are wheelchairs, hearing aids, respirators.)

| Item | Purpose |
|---|---|
| | |
| | |
| | |

8. I wish to claim the following implements, professional books, or tools (not to exceed $750.00), of my trade or the trade of my dependent. I understand that such property purchased within 90 days of this proceeding is not exempt.

| Item | Estimated Value (What You Could Sell It For) | What Business Or Trade Used In |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |

9. I wish to claim the following life insurance policies whose sole beneficiaries are my spouse and/or my children as exempt.

| Name Of Insurer | Policy No. | Beneficiary(ies) |
|---|---|---|
| | | |
| | | |
| | | |

10. I wish to claim as exempt the following compensation which I received for the personal injury of myself or a person upon whom I was dependent for support or compensation which I received for the death of a person upon whom I was dependent for support. I understand that this compensation is not exempt from claims for funeral, legal, medical, dental, hospital or health care charges related to the accident or injury which resulted in the payment of the compensation to me.

| Amount Of Compensation | Method Of Payment Lump Sum Or Installments (If Installments, State Amount, Frequency And Duration Of Payments) |
|---|---|
| $ | |
| Location Of Compensation | |

11. The following is a complete list of persons or businesses that have judgments for money against me.

_____

_____

_____

12. The following is a complete listing of all of my property which I have not claimed as exempt under any of the preceding paragraphs.

| Item | Location | Estimated Value |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |

13. I certify that the above statements are true and that a copy of this Motion was served on the judgment creditor (plaintiff) by ☐ delivering a copy to him personally. ☐ delivering a copy to _____ the judgment creditor's attorney. ☐ depositing a copy of this Motion in a postpaid properly addressed wrapper in a post office, addressed to the judgment creditor (plaintiff) at the address shown on the notice of rights served on me. ☐ depositing a copy of this Motion in a postpaid properly addressed wrapper in a post office, addressed to the judgment creditor's (plaintiff's) attorney at the following address: _____

_____

| Date | Signature Of Judgment Debtor (Defendant) |
|---|---|

AOC-CV-407, Page 2
Rev. 11/92

PC - 003816

Bates No. 4360

# STATE OF NORTH CAROLINA

MECKLENBURG _____ County

In the General Court Of Justice

File No.
88 CvD 1423

Judgment Book & Page No. In Original County
306    143

**Plaintiff Name & Address**
NCNB National Bank of North Carolina
P. O. Box 21846
Greensboro, North Carolina   27420

# EXECUTION 142

GS 1-313(1); GS 1C, Art. 16

**VERSUS**

**Defendant Name & Address**
Sonia M. Barnette
8816 Softwind Drive
Charlotte, N. C.   28210

**Defendant Name & Address**

To the Sheriff of _____ MECKLENBURG _____ County:

Judgment in favor of the plaintiff was rendered in this case against the defendant. By terms of that judgment the following sums are now due:

| | | |
|---|---|---|
| Principal due as of today | 1 | $946.36 |
| Plus dollar amount of interest due as of today | 2 | 99.04 |
| Plus Court Cost due as of today | 3 | 54.00 |
| Plus other | 4 | 31.18 |
| Total due as of today | 5 | $1131.30 |

Plus, interest on the principal at the rate set out below shall be due from the date shown below.

| Date From Which Interest Due 3-6-89 | Rate of Interest 8% | ☐ Contract rate ☒ Legal rate |
|---|---|---|
| Date of Judgment 8/1/88 | County To Which Issued, and Judgment Docket Book and Page MECKLENBURG   306   143 | Date & Time of Docketing 8-2-88   8:25AM |

You are commanded to satisfy the judgment.

☒ Out of the personal property of the defendant, and if sufficient personal property cannot be found, then out of the real property belonging to the defendant on the day the judgment was docketed in your county as shown above or any time after that date.

☐ Except as to property of the defendant set off as exempt (a list of which is attached) out of the personal property of the defendant within your county, and if sufficient personal property cannot be found, then out of the real property belonging to the defendant on the day the judgment was docketed in your county as shown above or any time after that date.

Additional Order for Satisfying Judgment THE DEBTOR/DEFENDANT IN THIS CASE HAS FAILED TO REST...
Order Disallowing Exempt Property entered. ACCORDANCE WITH N.C.G... (C) AND, THEREFO...
WAIVES EXEMPTIONS IN ...

| County in Which Order to be Served MECKLENBURG | Date Issued 3-6-89 |
|---|---|
| Name and Address of Creditor's Attorney George Robinson Legal Supervisor NCNB Recovery Section, Greensboro, NC | Signature Jane Jackson ☒ Deputy CSC ☐ Assistant CSC ☐ Clerk of Superior Court |

AOC-CV-400
Rev. 9/85
33 151 XXX NORTH CAROLINA

$_____ Check #_____ Attached
$ 4.00 Sheriff Service Fee

PC - 003817

# RETURN OF EXECUTION

THIS ORDER OF EXECUTION WAS SERVED AS FOLLOWS:

☐ By collecting the amount owed.

☐ By levying on and selling the property of the defendant described below and returning to the court the balance shown below.

| Date Of Levy | Description Of Property Levied On And Sold |
|---|---|
| | |

| Total Sum Collected | Amt. Retained as Commission | Amt. Retained For Expenses | Balance Returned |
|---|---|---|---|
| $ | $ | $ | $ |

☐ I did not serve this order of execution because:

☒ I did not locate property on which to levy. *Did not find defendant at this time (unknown whereabouts)*

☐ Other (specify).

| Fee Paid | Date Received | Name of Sheriff |
|---|---|---|
| $ | 3-6-59 | *[signature]* |
| By | Date Executed | County |
| | 4-26-59 | *[illegible]* |
| | Date Returned | Deputy Sheriff Making Return |
| | | *[signature]* |

AOC-CV-400, Side Two
Rev. 9/85

PC - 003818

Case 3:12-cv-00327-MOC    Document 76-13    Filed 12/22/14    Page 17 of 30

Bates No. 4352

PC - 003819

# STATE OF NORTH CAROLINA

MECKLENBURG _____ County

MECKLENBURG COUNTY
FILED
JAN 17 89

File No. 88 CvD 1423

Bk 306   Page 143

Judgment Creditor (Plaintiff)
NCNB National Bank of North Carolina

VERSUS

Judgment Debtor (Defendant)

Sonia M. Barnette

## ORDER DESIGNATING EXEMPT PROPERTY

Upon notice and motion duly made, and for good cause shown it is ORDERED:

☐ that all property listed in the motion & schedule attached to this order is designated as exempt property

☐ that the following property belonging to the debtor (defendant), of the value as shown, is designated as exempt property.

| Item | Description | Debtor's Interest | Exemption Value |
|---|---|---|---|
| Residence | | | |
| Burial Plot | | | |
| Household goods, furnishings, appliances, etc. | | | |
| Interest in Motor Vehicle | | | |
| List any other exempt property | | | |

☑ It is further ORDERED as follows: Debtor has failed to respond to Motion and therefore, waives exemptions. There has been no showing of prejudice to third parties dependent of debtor.

Date 1-17-89

Signature _Martha H. Curme_

☑ Assistant CSC          ☐ Clerk of Superior Court

AOC-CV-409 NCNB 7009A(1-83)

Bates No. 4363

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

IN THE GENERAL COURT OF JUSTICE

DISTRICT COURT DIVISION

88 CvD 1423

NCNB NATIONAL BANK OF NORTH CAROLINA,

Plaintiff,

vs.

SONIA M. BARNETTE,

Defendant.

ENTRY OF DEFAULT JUDGMENT

FILED

AUG 1 1988

ROBERT M. BLACKBURN
CLERK SUPERIOR COURT
MECKLENBURG COUNTY, N.C.

This cause coming on to be heard and being heard before the undersigned upon request of the plaintiff, for ENTRY OF DEFAULT JUDGMENT against the defendant, and

It further appearing to the Court a verified complaint was filed and summons issued in this action on February 10, 1988, this summons together with a copy of the complaint were endorsed on April 26, 1988, and served on the defendant by personal service on May 17, 1988,

And it further appearing to the Court that no answer, motion to dismiss for failure to state a claim upon which relief can be granted, or other pleading has been filed by the defendant and no extension of time to file pleadings has been granted and that the time for filing pleading or otherwise defending has expired,

And it further appearing to the Court that the default of the defendant having been duly entered according to law, upon the request of the plaintiff, JUDGMENT is hereby entered against the defendant in accordance with the prayer of the verified complaint.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the plaintiff have and recover of the defendant the sum of $946.36 with interest thereon at the maximum legal rate from November 16, 1987, and the costs of this action.

This is the _1_ day of _August_ 19 _88_

_Dennis A Level_
_asst_ Clerk of Superior Court

Notice has been given pursuant to the provisions of North Carolina General Statute 1A-1, Rule 58.

Date: _8-1-88_

_Dennis A Level_
(Assistant/Deputy Clerk of Superior Court

STATE OF NORTH CAROL●           IN THE GENERAL COURT OF JUSTICE

COUNTY OF MECKLENBURG            DISTRICT COURT DIVISION

                                        88 CvD 1423

NCNB NATIONAL BANK OF NORTH CAROLINA    )
                                        )
            Plaintiff,                   )
                                        )
    vs.                                  )   ENTRY OF DEFAULT
                                        )
SONIA M. BARNETTE,                       )
                                        )
            Defendant.                   )

FILED

AUG 1 1988

ROBERT M. BLACKBURN
CLERK SUPERIOR COURT
MECKLENBURG COUNTY, N.C.

    This case coming on to be heard and being heard before the
undersigned upon request of the plaintiff for ENTRY OF DEFAULT
against the defendant; and

    It appearing to the Court that the summons was served on the
defendant by personal service on May 17, 1988.

    It further appearing to the Court that the defendant is in
default for failure to plead or otherwise defend as required by law

    NOW THEREFORE, DEFAULT is hereby entered as against the
defendant.

    This is the ___1___ day of ___August___, 19 _88_

                                _Dennis A Level_
                                _asst_ Clerk of Superior Court

PC - 003821

# STATE OF NORTH CAROLINA

MECKLENBURG _____ County

File No. __up1423__

**In the General Court of Justice**
☒ District Court Division ☐ Superior Court Division

Plaintiff Name

**NCNB NATIONAL BANK OF NORTH CAROLINA**

Address

City, State, Zip

## CIVIL SUMMONS

GS 1A-1, Rules 3, 4

VERSUS

Defendant

**SONIA M. BARNETTE**

☐ Alias and Pluries Summons

The summons originally issued against you was returned not served

| Date Last Summons Issued | *Disregard this section unless the block is checked |
|---|---|

TO:    **SONIA M. BARNETTE**

TO:

Name & Address of First Defendant

Sonia M. Barnette
8816 Softwind Dr.
Charlotte, NC   28210

Name & Address of Second Defendant

### A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or his attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to him or by mailing it to him at his last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name and Address of Plaintiff's Attorney If none, Address of Plaintiff | Date Issued 2-10-81 | Time Issued 9:35 ☐ AM ☐ PM |
|---|---|---|
| Mark T. Wilson    (919) 370-3260 NCNB National Bank of North Carolina Post Office Box 21846 Greensboro, NC 27420 | Signature | |
| | ☐ Deputy CSC    ☐ Assistant CSC    ☐ Clerk of Superior Court | |

☐ **ENDORSEMENT**

This summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this summons must be served is extended thirty (30) days.

| | Date of Endorsement 2-26-81 | Time ☐ AM ☐ PM |
|---|---|---|
| | Signature | |
| | ☐ Deputy CSC    ☐ Assistant CSC    ☐ Clerk of Superior Court | |

AOC-CV-100
Rev. 3/83

PC - 003822

## RETURN OF SERVICE
I certify that this summons and a copy of the complaint were received and served as follows:

### Defendant 1.

| Date served | Name of defendant |
|---|---|
| 5-12-11 | John M Bruette |

☑ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name and address of person with whom copies left (if corporation give title of person copies left with)

☐ Other manner of service (specify)

☑ Defendant WAS NOT served for the following reason

*did not locate def for service at given address.*

### Defendant 2.

| Date served | Name of defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name and address of person with whom copies left (if corporation give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason

| Service Fee Paid | Date Received | | Name of Sheriff |
|---|---|---|---|
| $ | 2-11-11 | 4-26-11 | C. U. Kelln. |
| By | Date of Return | | County |
| | | | n.c. |
| | 3-10-11 | 5-12-11 | Deputy Sheriff Making Return |
| | | | S. A. Excell |

AOC-CV-100, side two
Rev. 3/83

PC - 003823

Bates No. 4367

**STATE OF NORTH CAROLINA**

_____ County

| Plaintiff |
|---|
| VERSUS |
| Defendant |



File No.
**88 CVD 1423**

In The General Court of Justice
☐ Small Claims  ☑ District  ☐ Superior Court Division

## CIVIL BILL OF COSTS

G.S. 7A-305, -311, -313, -314

| ADVANCE COSTS | DISTRICT COURT | | SUPERIOR | CUMULATIVE |
|---|---|---|---|---|
| General Court of Justice Fee | MAGISTRATE | JUDGE | COURT | TOTAL |
| District: Magistrate $10 | | | | |
| District: Judge $22 | | | | |
| Superior All Civil Cases $37 | $ | $ | $ | $ |
| Facilities Fee — Magistrate $5, District $9, Super... | | | | |
| To _____ | | | | |
| **TOTAL ADVANCE COSTS** ....................... | $ | $ | $ | $ |
| **ADDITIONAL EXPENSES** — Charge to party taxed with costs | | | | |
| Officer Service Fee — $4 each civil process | | | | |
| To _____ | | | | |
| For sales of property by sheriff or collections under judgment — 5% of first $500 and 2½% of amount above $500, plus necessary expenses of sale. For seizure of pers. property and its care; for ejectment (all necessary expenses). For nec. transp. of individuals to or from State institutions or another state — mileage and allowances at State rates. | | | | |
| To _____ | | | | |
| Witness Fee — $5 per day or fraction thereof, plus travel expenses | | | | |
| To _____ | | | | |
| Jail Fee — $5 per 24 hrs. or fraction thereof | | | | |
| To _____ | | | | |
| Certified Mail for Service and by Publication | | | | |
| To _____ | | | | |
| Transcript — Costs on Appeal | | | | |
| To _____ | | | | |
| Special Fee — As set by Court for Guardian Ad Litem, etc. | | | | |
| To _____ | | | | |
| Interpreter Fee — As set by Court | | | | |
| To _____ | | | | |
| Surety Bond for Prosecution Premium | | | | |
| To _____ | | | | |
| Counsel Fee — As ordered by the Court | | | | |
| REIMBURSEMENT OF COST | | 35·00 | | |
| To _____ ~~ADVANCED BY PLAINTIFF~~ | | | | |
| **TOTAL ADDITIONAL EXPENSES** ....................... | $ | $ | $ | $ |
| **TOTAL COSTS AND ADDITIONAL EXPENSES** ........ | $ | $ 35·00 | $ | $ |

AOC-A82
Rev 8/83

Costs are Cumulative on Appeal

RCA 002824

Bates No. 4368

STATE OF NORTH CAROLINA                    IN THE GENERAL COURT OF JUSTICE

COUNTY OF MECKLENBURG                         DISTRICT COURT DIVISION

1423

NCNB NATIONAL BANK OF NORTH CAROLINA,    )
                                         )
              Plaintiff,                  )
                                         )
vs.                                      )         COMPLAINT
                                         )
SONIA M. BARNET                          )
                                         )              FILE 88 CVD    1423
              Defendant.                 )

Plaintiff, complaining defendant, alleges and says that

1. Plaintiff, formerly known as North Carolina National Bank, is a national banking association with its principal place of business located in Mecklenburg County, North Carolina

2. Upon information and belief, defendant is a citizen and resident of Mecklenburg County, North Carolina

3. On or about January 13, 1983, plaintiff approved defendant's application for an NCNB cash reserve revolving credit account. The terms of the cash reserve agreement provided that defendant would repay all amounts advanced by plaintiff to defendant or for defendant's benefit and defendant further agreed to pay finance charges thereon. A copy of this agreement is attached hereto and incorporated herein by reference.

4. This agreement provides that in the event of default, defendant shall be liable for reasonable attorney's fees.

Bates No. 4369

5. Defendant has defaulted in payment as required by the cash reserve agreement and owes to plaintiff the sum of $946.36 for these charges to the account, but has refused to pay this sum despite the repeated requests and demands of plaintiff. The account was charged to plaintiff's provision for loan losses on November 16, 1987.

6. Notice is hereby given that plaintiff shall enforce the agreement provision which provides for reasonable attorney's fees unless within five days from service of this complaint, defendant pays the plaintiff the sum of $6.36.

WHEREFORE, plaintiff prays that it have and recover of defendant the sum of $946.36 plus interest at the maximum legal rate from November 16, 1987; that it recover the costs of this action including its reasonable attorney's fees in the sum of fifteen percent (15%) of the outstanding balance as provided for in the Agreement provision and such other and further relief as to the Court may seem just and proper.

Mark T. Wilson
Attorney for plaintiff
P. O. Box 21846
Greensboro, NC 27420
(919) 370-3260

PC - 003826

## Cash Reserve Agreement

Here's the agreement that will govern your Cash Reserve account. Another agreement will be sent to you with notice of approval. If the terms of that agreement are different, it will govern your account, and you will have the opportunity to reject the account without any obligation except to make immediate repayment of any credit already received.

If more than one person signs the Cash Reserve application on the other side, each of you will be bound to this agreement and each will be liable for the payment of all loans obtained even though the loans may be obtained by only one of you. Either of you can give us 10 days' advance written notice that you'll no longer be responsible for the other signer's future obligations. We in turn can refuse to make new loans to either of you. Naturally, no such cancellation will free either of you of your liability for any existing unpaid balance, plus finance charges.

**Loans.** You can get loans through your NCNB Cash Reserve account in three ways:

1. When there's an overdraft on your NCNB deposit account because of checks, NCNB 24 withdrawals or other charges—we cover it by making a loan from your NCNB Cash Reserve account. Each such loan will be in the exact amount of your overdraft, but at least $100.

2. You can also get instant loans from your NCNB Cash Reserve account by using the special loan checks we'll send you. These loans will be in the exact amount of your special loan checks.

3. You can also receive a cash advance from an NCNB teller. Each such loan will be in the exact amount of your cash advance request.

We can refuse to lend you additional money under this agreement or return checks that require an advance from your Cash Reserve account if either of you fails to follow the terms of this agreement, breaks a promise made under this agreement or exceeds your credit limit. We can also do this if we feel there's a good possibility our loan to you won't be repaid.

**Credit Limit.** Your credit limit will be shown on a separate notice.

**Installments.** You can pay off your Cash Reserve account in monthly installments. Each installment will be 5% of the new balance of your account on the billing date, but at least $10. If the new balance is under $10, you'll pay only the new balance.

If you check the fixed payment option on your application, you'll pay that amount each month. If the new balance is less than the fixed amount, you'll pay the new balance.

If you check the automatic payment option on your application, we'll pay from your specified checking account into your Cash Reserve account the minimum or fixed amount due. We do this each month automatically. You'll find the regular monthly payment date on your monthly account summary statement.

You can make additional payments on your Cash Reserve account any time.

**Finance Charges.** You'll pay finance charges on your loans from the day each loan is made to the day it's fully paid off. We'll figure your finance charges for each monthly billing period this way:

1. We start with the unpaid balance of your Cash Reserve account at the start of the monthly billing period.

2. At the end of each day we add new loans and charges and subtract new payments and credits. This gives us the daily balance.

3. We then add all daily balances during the billing period and divide by the number of the days in the period. This gives us the average daily balance.

**Please keep this important information for your records.**

4. Next we multiply this average daily balance by 0004631 if you do not have credit life insurance. That's a daily periodic rate of 04631% and an annual percentage rate of 16.90%.

5. Finally we multiply the product by the number of days in the billing period. The result is the finance charge due us for the billing period.

Insurance is not required, but you can buy credit life insurance under our Group Policy if you are under age 65. A co-applicant under age 65 can be insured also. Coverage is for death from any cause, except suicide in the first year. It will pay the unpaid Cash Reserve balance, less any payment over 60 days past due.

If you want the insurance indicate your option in the Application. You'll get a certificate of insurance. If you decide you don't want it you can cancel within 15 days at no cost. You can stop the insurance at any time by written request. It will stop automatically for any insured person at their 70th birthdate.

The annual premium for this insurance for one insured person is 1.39% of the average daily balance of your Cash Reserve account. So when you've taken out credit life insurance the average daily balance of your account will be multiplied by 0005312, and the product will be multiplied by the number of days in the billing period to determine your finance charge for the billing period. The daily periodic rate of this finance charge is 05312% and the annual percentage rate is 19.39%.

For a second insured person the combined annual premium is 2.31% of the average daily balance of your Cash Reserve account. So if you've taken out credit life insurance on two persons, the average daily balance of your account will be multiplied by 0005584, and the product will be multiplied by the number of days in the billing period to determine your finance charge for the billing period. The daily periodic rate of this finance charge is 05584% and the annual percentage rate is 20.31%.

**Overdue Payments.** If you fail to make a payment when it's due or if we feel there's a good possibility our loan to you won't be repaid, we can declare the whole unpaid balance of your account due and payable at once. We'll give you notice when we do this.

Once we've done this we're no longer obligated to accept regular or special checks you've written.

**Collection Costs.** If we have to refer your account to a lawyer for collection, you'll pay our lawyer's fees.

**Change of Terms.** We can change the terms of this agreement any time, including, but not limited to, the annual percentage rate on existing outstanding balances. But we'll give you written notice of any such change at least 15 days before the effective date of the change.

**Security.** Your account is not secured credit. We do not claim or retain a security interest for this account, regardless of any other agreement you may have with us. If any other agreement should indicate that this account might be secured, then we waive any such security claim as it might apply to this account.

**Skip Payment Features.** From time to time, NCNB may announce a feature which will allow you to skip one or more payments. At the expiration of the period so announced, the terms of your original agreement will be reinstated automatically without further notice to you.

**Applicable Law.** Questions about this agreement will be governed by North Carolina Law.

NCNB 7370 Rev 2/84

©Copyright 1975, NCNB Corporation

**NCNB Cash Reserve Application** (please complete in full)

## Applicant

Last Name / First / Middle / Date of Birth / Social Security No. / Credit Line Requested

Parrette  Sicily  M.  3/17/58  ___-__-____  $1,100.00

Street Address / City / State / Zip Code: 1631 Comstock Dr. Charlotte, N.C. 28210

Previous Address: Reading Rock - Dresler, North Dakota

Employer: Tote Form Insurance Claims Rept./Box

Employer Address: 1135 Albemarle Road, Charlotte, N.C.

Home Telephone: 525-4226

Payment / Balance (Credit References):
NCB Bank Cash Reserve
Simple Interest Loan at NCB  65.62  587.22
NCNB Visa Loan  236.53
K Medical Loan  131.00  750.00

Account numbers:
CC561 2872
CC4996471 - 2767.40
1982 Toyota Corolla SR-5

## Payment option (check one)

☑ I'll pay monthly installments of 5% of the unpaid balance of my Cash Reserve account, but at least $10. If the unpaid balance is less I'll pay only that.

I'll pay a fixed amount of $_____ each month (at least $25 and not less than 5% of my credit limit). If the unpaid balance is less than the fixed amount, I'll pay the unpaid balance.

## Automatic payment option (check one)

Please take my Cash Reserve account installment payment out of my checking account on the _____ of each month. Do this until I cancel this authorization in writing. I can make additional payments by check.

I'll pay you each month by check.

I wish to avoid service charges on my NCNB checking account by maintaining a minimum checking account balance of $300.00

## Credit life insurance option (check one if under age 66)

Please get credit life insurance on my life for the unpaid balance of my Cash Reserve account and charge me for it. I understand that this insurance is optional and that I can cancel it at any time.

I also want credit life insurance on the co-applicant's life.

I don't want any credit life insurance.

## Bank Card account(s) (check one)

I would like the convenience of an NCNB Bank Card account(s)
  Visa and MasterCard
  Visa Only        MasterCard only
☑ NCNB Checkmate. It's "the plastic check" you can use for purchases at over 2.5 million businesses worldwide.

## NCNB 24

Please send me an NCNB 24 card. However, I understand I won't receive one if I already have an NCNB 24 card or have or receive an NCNB Bank Card.

Everything I've filled in here is true to the best of my knowledge. You can check the information I've given you and give other creditors and credit reporting agencies information regarding your experience with me on this account. I've read and received a copy of the NCNB Cash Reserve Agreement printed on the other side and agree to its terms.

X _____ (SEAL)

X _____ (SEAL)

If the checking account is a joint account, everyone whose name is on the account must sign this application.

Date 1/16/83    NCNB Checking Account Number  C056138 72

## Co-Applicant, If Any

Last Name of Co-Applicant / First / Middle / Date of Birth / Gross Monthly Salary

Street Address / City / State / Zip Code / Social Security Number / Spouse of Applicant [ ] Yes [ ] No

Employer / Yes [ ] Employed / Position / Business Telephone

Describe Sources of Other Income (Alimony, child support, or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying this obligation.)

Amount of Other Income

## Branch Use Only
Existing Cust.
New Cust.

NCNB USE ONLY

Account Number / Yes Line Amount / Reason No.

003828

## VERIFICATION

T. S. Sexton, being first duly sworn, deposes and says that she is Assistant Vice President of plaintiff, NCNB National Bank of North Carolina, that she is familiar with the matters alleged in the foregoing complaint and that she has read the allegations thereof; the same are true of her own knowledge, except those matters alleged upon information and belief, and as to those matters, she believes them to be true.

_____
T. S. Sexton

Sworn to and subscribed before me this
__27th__ day of __December__, 1987.

_____
Notary Public

My commission expires: 1/7/91



PC - 003829

ANSWER | PLEADINGS DISCOVERY | MOTIONS | NON-JURY | JURY | JUDGMENTS | HOLD

## STATE OF NORTH CAROLINA

__Mecklenburg__ COUNTY

☐ DISTRICT COURT DIVISION  ☐ SUPERIOR COURT DIVISION

FILE NO. 88-cvD-1423 RE

FILM NO. 88-165-873

**CIVIL DOCKET**

| CASES CONSOLIDATED | JURY TRIAL? ☐ YES |
|---|---|

**SUPERIOR COURT FILING CODES:**
1. Contract
2. Collect on Accounts
3. Motor Vehicle Negligence
4. Other Negligence
5. Real Property
6. Administrative Appeals
7. Other

**DISTRICT COURT FILING CODES:**
1. URESA
2. ??D
3. Dom. Rel. Non-IV-D Child Support
4. General Civil
5. CVM Appeal/Transfer
6. Dom. Rel. No Child Support

**DISPOSITION CODES**
1. Trial by Jury
2. Trial by Judge
3. Voluntary Dismissal
4. Final Order or Final Judgment w/o Trial
5. Clerk
6. Dismissal on Motion of the Court
7. Discontinuance for Lack of Service
8. Other

| FILING DATE | WEEK ENDING DATE (M/D/Y) | FILING CODE | DISPOSITION DATE | WEEK ENDING DATE (M/D/Y) | DISPOSITION CODE |
|---|---|---|---|---|---|
| 2-1-88 | 2-12-88 | 4 | 8-1-88 | 8-5-88 | 5 |

| PLAINTIFF'S NAME(S) | DEFENDANT'S NAME(S) |
|---|---|
| NCNB National BAnk | Sonia M. Barnette  203-790-12 |

| PLAINTIFF'S ATTORNEYS | DEFENDANT'S ATTORNEYS |
|---|---|
| Mark Wilson | |

| DATE COMPLAINT FILED | DATE 3RD PARTY COMPLAINT FILED |
|---|---|

| SER # | DATE HOUR SUMMONS ISS. | DATE SUMMONS RETURNED | SVD? | DATE ANSWER FILED | COUNTER-CLAIMS FILE DATE | COUNTER-CLAIMS REPLY DATE | DISPOSITIONS DATE | DISPOSITIONS DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 1 | | 5-12-88 | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |

| CROSS-CLAIM FILED BY DEFENDANT | CROSS-CLAIM ANSWERED |
|---|---|

| DATE AMENDED COMPLAINT FILED | DATE SUMMONS SERVED | DATE ANSWER FILED |
|---|---|---|

| MOTIONS | | | OTHER ACTIVITY | |
|---|---|---|---|---|
| FILED BY | DATE | TYPE | DATE | DESCRIPTION |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

PC - 003802

AOC-CV-700 REV. 10/80

Bates No. 4374

~~pay Dems + reyed~~

State of North Carolina

**MECKLENBURG** _____ County
In the General Court Of Justice

File No. **88CvD1423**

Judgment Book & Page No. In Original County
*306-143*

| Plaintiff Name and Address | |
| --- | --- |
| NCNB National Bank of North Carolina<br>P.O. Box 21846<br>Greensboro, N.C. 27420 | **Execution** *299* |

**Versus**

GS 1-313(1); GS 1C. Art. 16

| Defendant Name & Address | Defendant Name & Address |
| --- | --- |
| SONIA M BARNETTE<br>8816 SOFTWIND DR<br><br>CHARLOTTE        NC    28210 | |

To the Sheriff of _____ **MECKLENBURG** County:

Judgment in favor of the plaintiff was rendered in this case against the defendant. By terms of that judgment the following sums are now due:

| | | |
| --- | --- | --- |
| Principal due as of today | 1 | $ 946.36 |
| Plus dollar amount of interest due as of today | 2 | 464.00 |
| Plus Court Cost due as of today | 3 | nt 83.00 |
| Plus other | 4 | 49.83 |
| Total due as of today | 5 | $ 1,543.19 |

Plus, interest on the principal at the rate set out below shall be due from the date shown below.

| Day & On Which Interest Due | Rate of Interest | X |
| --- | --- | --- |
| 08/01/89ment | County MECKLENBURG and Judgment Docket Book and Page *306-143* | Date & Time of Docketing *8 25 AM Aug 2, 93* |

You are commanded to satisfy the judgment.

☑ Out of the personal property of the defendant, and if sufficient personal property cannot be found, then out of the real property belonging to the defendant on the day the judgment was docketed in your county as shown above or any time after the date.

☐ Except as to property of the defendant set off as exempt (a list of which is attached) out of the personal property of the defendant within your county, and if sufficient personal property cannot be found, then out of the real property belonging to the defendant on the day the judgment was docketed in your county as shown above or any time after that date.

Additional Order for Satisfying Judgment

THE DEBTOR IN THIS ACTION HAS FAILED TO RES... ...,
ACCORDANCE WITH N.C.G.S. 1-C-1603 (e)(2, 4) O...
WAIVES STATUTORY EXEMPTIONS IN THIS MATTER.

| MECKLENBURG to be Served | Date Issued *march 10, 1994* |
| --- | --- |
| Name/Address Creditor's Attor (910)   805-1547<br>Execution Specialist<br>NationsBank of North Carolina, N.A.<br>AM644 | Signature *Mary E Tragak* |
| | ☑ Deputy CSC   ☐ Assistant CSC   ☐ Clerk of Superior Court |

AOC-CV-460
Rev 645
89-08-1783-3 93-NEW NS
80-15486 (8-46)-OLD

_1.20_ per diem
$_____ Check #_____ **Attached**
$ _5.00_ Sheriff Service Fee

073253
PC - 003803