JSSup Dog!?,

My little Cousin is going to College and I'm sittin up in this dungeon!! Ain't this a bitch! I got your letter last week. As usual you were the only one I wrote, to show some love and write me back. But I guess you could say I'm used to them treating me like this, but anyway.... You're right though, I was glad when Mario wrote me, and the money did help me out alot. I know you had something to do with it too. But its all good. Did your Box come to my house yet. I hope you like that T.V. I hated to give it up Man! That thing cost $220. The Radio cost $30. But I want you to have them and Take them to school with you. Don't Laugh but those "boxers" are brand new so don't be afraid to sport 'em. Hell I didn't even get to use that brand new bottle of Lotion. You know a brother got to have his Ash-cream. I need you to write me as soon as you get that box! Anyway..... I'm sorry about you alls phone. I was hoping to call you as soon as I got some money for my phone list. It cost about $3 a call. I'm limited to 15 min, But hopefully that will change. So how was Mario's B-day? I know you will fill me in on all

Case 3:12-cv-00327-MOC    Document 77-15    Filed 12/22/14    Page 1 of 4    006329

Bates No. 4975

the details. Knowing him, he probably didn't do anything. I didn't even get to send him or Jon-Mac or Micheal or even Alex a Birthday Card because of This Situation. I hope they understand. Se Hews Your Mom. I Really miss Her I hope you two are getting along. By the way... Isn't that messed up what happened in "ATL"??

Well Look, I know you are nervous about going off to school. I'd be!! I'm here for you man. Just keep that big head up. And watch your back at all times. Just because your going to college doesn't mean those wanna-be Thugs won't be there. Make sure You go there for your Future. What you do now is going to affect you for the rest of your life. Anyway... You better write me back As soon As you get this since obviously you're the only one talking to me. But hey who knows maybe they'll come around. I hope you can get someone else to send me just a few dollars because I'm down to my Last stamp I do need a favor from you (of Course!) Call (800) 800-3921 and see how much a subscription Cost. I'm thinking of getting that magazine in the future. At Least being here people can send me magazines or Paper-back books from the bookstore. Think Mario or Showda would send me something? Not!!

Write Back!

ONE LOVE Cuz!

Case 3:12-cv-00327-MOC   Document 77-16   Filed 12/22/14   Page 2 of 4

Bates No. 4916

006330

S'up Cap?!                                    9.12.11

Well men of mine it's great
to hear from you after all this
time. I see you've been through
more changes. First of all let me
give my most sincere blessings to
you and "T." I'm very happy
for you both. I'm sorry things
haven't been working for you
recently but you know God is with
you. I do appreciate the quotes.
I was very concerned about you since
n' hearing from you for so long.
Now I feel a little bit better.
I know being at home is rough
but you need a good ground base
("foundation") to start over with. I
certainly hope and pray things
go better soon. I am a little shocked
about "T" being the one, but I
trust your judgement. So treat
her right no B.S. I guess
if she's been with you good and
bad then she's a keeper. Never
turn your back on those.

As for me, I'm stuck
in this hell of a jail. They
still want to give me the (D.P)
so I'll most likely be here till

next May. I only agreed to stay in Charlotte so I could see my peeps but visits arent coming regular anymore. As for Mom and John, Let that one go. Since you had words with John things changed. I've been through it before with her. So don't sweat it. I'm glad youre still pushing hard for success. Don't ever stop. Real Estate is the move but with us going to War soon Don't (NOT combat) forget about what life overseas might be like. Air force, navy whatever. It could change your life, give you and "T" a Real future. So think about it..... Your Rhyme skills have gotten even tighter too!.... I love getting that letter from you, like my man said in the movie "menace II Society" "your letters got me through" So don't stop writing. One day yall have to go to Newnan for me! But for now I must fall. Keep it real and stay out of trouble. Kiss your man and the kids for me!

One Love!

Bates No. 4918

P.S. I ain't forget you Bruh! Big Moe

P.S. Go see mitch vick play?

Mead