AOC-CV-405

# STATE OF NORTH CAROLINA

_Meck_ _____ County

Film No. _19088_
_1897_

In the General Court of Justice
☑ Small Claims ☐ District ☐ Superior Court Division

| Plaintiff | |
|---|---|
| _Housing Authority_ VERSUS | **NOTICE OF VOLUNTARY DISMISSAL** |
| Defendant | |
| _Diane Cooper_ | GS 1A-1, Rule 41 |

☐ The plaintiff gives notice of voluntary dismissal in this case as to all of the defendants.

☑ The plaintiff gives notice of voluntary dismissal in this case only as to the defendants named below:

This case remains open as to defendants not listed above.

| Date _2/14/88_ |
|---|
| Plaintiff or Attorney _C. Butler_ |

STATE OF NORTH CAROLINA

_Meck_ _____ County

Film No. _19088_

_1897_

In the General Court of Justice
☑ Small Claims ☐ District ☐ Superior Court Division

**Plaintiff**

_Housing Authority_

VERSUS

**Defendant**

_Diane Cooper_

# NOTICE OF
# VOLUNTARY DISMISSAL

GS 1A-1, Rule 41

☐ The plaintiff gives notice of voluntary dismissal in this case as to all of the defendants.

☑ The plaintiff gives notice of voluntary dismissal in this case only as to the defendants named below:

This case remains open as to defendants not listed above.

| Date | _2/14/88_ |
|------|-----------|
| Plaintiff or Attorney | _C. Brillia_ |

Case 3:12-cv-00327-MOC   Document 77-2   Filed 12/22/14   Page 2 of 45   Bates No. 4930   P45-004147

AOC-CV-405

# STATE OF NORTH CAROLINA

Mecklenburg _____ County

In The General Court Of Justice
District Court Division-Small Claims

**File No.** SCVM 21844

**Film No.** 88-176- 146

Judgment Docket Book & Page No.

**Name And Address Of Plaintiff**
Housing Authority of the City of
Charlotte, N.C.
1301 S. Blvd.
Charlotte, N.C. 28203
*Cedarknoll Apts.**

## JUDGMENT IN ACTION
## FOR
## SUMMARY EJECTMENT

G.S. 7A-210(2), -224; 42-30

**VERSUS**

**Name And Address Of First Defendant**
Diane Cooper
206-D Green Needle Ct. #29
Charlotte, N.C.

**Name And Address Of Second Defendant**

This action was tried before the undersigned on the cause stated in the complaint. The record shows that the defendant was given proper notice of the nature of the action and the place, date and time of trial.

The Court Finds:
- ☑ that the plaintiff has proved his case by the greater weight of the evidence.
- ☐ that the plaintiff has failed to prove his case by the greater weight of the evidence.
- ☐ other findings:

It Is ORDERED That:
- ☑ the defendant(s) be removed from and the plaintiff be put in possession of the premises described in the complaint.
- ☐ this action be dismissed with prejudice.
- ☐ this action be dismissed with prejudice because the defendant tendered the rent due and the court costs of this action.
- ☐ the plaintiff recover rent of the defendant(s) at the rate listed below, plus damages in the amount indicated. The plaintiff is also entitled to interest on the total principal sum from this date until the judgment is paid.
- ☑ Costs of this action are taxed to the ☑ plaintiff ☐ defendant.

| Rate Of Rent | | Amount Of Rent Owed |
|---|---|---|
| $ 170.00 per ☑ Month ☐ Week | | $ |

| Amount Of Other Damages | $ |
|---|---|

| Total Principal Sum | ▶ $ |
|---|---|

**Date** 8-11-88

**Signature Of Magistrate** _(signature)_

## ENTRY OF APPEAL

**Name Of Party Appealing**

☐ Given In Open Court    ☐ Given In Writing

**Date Appeal Given**

☐ Jury Trial Not Requested    ☐ Jury Trial Requested

**Date Court Costs Paid**

**Amount Court Costs Paid** $

AOC-CVM-401

Case 3:12-cv-00327-MOC    Document 74931    Filed 12/22/14    Page 3 of 45

 

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

HOUSING AUTHORITY OF THE CITY OF
CHARLOTTE, NORTH CAROLINA
1301 South Boulevard
Charlotte, North Carolina 28203

vs.

| Diane | | Cooper |
|-------|--------|-----------|
| First | Middle | Last Name |

206-D Green Needle Ct. #29

No. Street
Charlotte, North Carolina

File # 21844

In The General Court of Justice
District Court Division
SMALL CLAIM

**COMPLAINT IN SUMMARY EJECTMENT**

1. Plaintiff and defendant are residents of Mecklenburg County, North Carolina.

2. Defendant entered into possession of an apartment (the "premises") identified as
   206-D Green Needle Ct.
   in Charlotte, North Carolina, as a leassee of plaintiff under a written lease.

3. The lease terminated on the 25th day of July, 88 because of the defendant's failure to:

   (1) Pay rent in the amount of $ 195.00 . Written notice was sent 7-11-88
   (15 Day Notice)

   (2) Pay monthly charges due in the amount of $ _____
   Written notice sent ____ ____

4. Under the terms of the written lease, defendant's rent was $ 170.00 a month.
   25.00 RAR

5. Plaintiff has demanded possession of the premises of the defendant, who has failed or refused to surrender the same, but holds over; the estate of the plaintiff is still subsisting; and the plaintiff is entitled to immediate possession.

Wherefore, plaintiff demands judgment against defendant that he be put in immediate possession of the premises, and that he recover the amount of $ 195.00 , plus interest and reimbursement for court costs.

This is the 27th day of July, 19 88.

PROJECT IDENTIFICATION

HOUSING AUTHORITY OF THE CITY
OF CHARLOTTE, NORTH CAROLINA

BY _C. Burris_

1301 South Boulevard
Charlotte, North Carolina 28203
704/332-0051

Cedarknoll
304 Green Needle Ct
Charlotte NC 28282 /0

Case 3:12-cv-00327-MOC   Document 77-2   Filed 12/22/14   Page 4 of 45

Bates No. 4932

P45- 004149

| RETURN OF SERVICE |
|---|

I certify that this Summons and a copy of the complaint were received and served as follows:

**DEFENDANT 1**

| Date Served | Name Of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

**DEFENDANT 2**

| Date Served | Name Of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

| FOR USE IN SUMMARY EJECTMENT CASES ONLY |
|---|

☑ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| 8 -10 -08 | Dian Cooper |

Address Of Premises Where Posted

200 D Greenville St.

| Service Fee Paid | Date Received | Name Of Sheriff |
|---|---|---|
| $ | 7-29-08 | C. W. Kee Jr. |
| By | Date Of Return | County |
| | 8-10-08 | Rich |
| AOC-CVM-100, Side Two | | Deputy Sheriff Making Return |
| Rev. 6/87 | | J. Elliott |

Case 3:12-cv-00327-MOC    Document 77-2    Filed 12/22/14    Page 5 of 45    Bates No. 74933 - 004150

# STATE OF NORTH CAROLINA

Mecklenburg _____ County

In The General Court Of Justice
District Court Division-Small Claims

File No. 21844

Film No. 88-176- 146

Judgment Docket Book & Page No.

**Name And Address Of Plaintiff**
Housing Authority of the City of
Charlotte, N.C.
1301 S. Blvd.
Charlotte, N.C. 28203
*Cedarknoll Apts.**

## JUDGMENT IN ACTION
## FOR
## SUMMARY EJECTMENT

G.S. 7A-210(2), -224; 42-30

### VERSUS

**Name And Address Of First Defendant**
Diane Cooper
206-D Green Needle Ct. #29
Charlotte, N.C.

**Name And Address Of Second Defendant**

This action was tried before the undersigned on the cause stated in the complaint. The record shows that the defendant was given proper notice of the nature of the action and the place, date and time of trial.

The Court Finds:

☑ that the plaintiff has proved his case by the greater weight of the evidence.

☐ that the plaintiff has failed to prove his case by the greater weight of the evidence.

☐ other findings.

It is ORDERED That: ☑ the defendant(s) be removed from and the plaintiff be put in possession of the premises described in the complaint.

☐ this action be dismissed with prejudice.

☐ this action be dismissed with prejudice because the defendant tendered the rent due and the court costs of this action.

☐ the plaintiff recover rent of the defendant(s) at the rate listed below, plus damages in the amount indicated. The plaintiff is also entitled to interest on the total principal sum from this date until the judgment is paid.

☑ Costs of this action are taxed to the ☑ plaintiff ☐ defendant.

| Rate Of Rent | | Amount Of Rent Owed | |
|---|---|---|---|
| $ 170.00 per ☑ Month ☐ Week | | $ | |
| Amount Of Other Damages $ | | Date 8-11-88 | |
| Total Principal Sum ▶ $ | | Signature Of Magistrate | |

### ENTRY OF APPEAL

| Name Of Party Appealing | ☐ Given In Open Court | ☐ Given In Writing |
|---|---|---|
| Date Appeal Given | | |
| | ☐ Jury Trial Not Requested | ☐ Jury Trial Requested |
| Date Court Costs Paid | Amount Court Costs Paid $ | |

AOC-CVM-401

Case 3:12-cv-00327-MOC   Document 74934   Filed 12/22/14   Page 6 of 45

 

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

HOUSING AUTHORITY OF THE CITY OF
CHARLOTTE, NORTH CAROLINA
1301 South Boulevard
Charlotte, North Carolina 28203

vs.

File # 21844

In The General Court of Justice
District Court Division
SMALL CLAIM

Diane _____ Cooper
First        Middle        Last Name

**COMPLAINT IN SUMMARY EJECTMENT**

206-D Green Needle Ct. #29
No. Street
Charlotte, North Carolina

1. Plaintiff and defendant are residents of Mecklenburg County, North Carolina.

2. Defendant entered into possession of an apartment (the "premises") identified as
   206-D Green Needle Ct.
   in Charlotte, North Carolina, as a leassee of plaintiff under a written lease.

3. The lease terminated on the 25th day of July,
   88 because of the defendant's failure to:

   (1) Pay rent in the amount of $ 195.00 Written notice was sent 7-11-88
   (15 Day Notice)

   (2) Pay monthly charges due in the amount of $ _____
   Written notice was sent _____

4. Under the terms of the written lease, defendant's rent was $ 170.00 a month.
   25.00 RAR

5. Plaintiff has demanded possession of the premises of the defendant, who has failed
   or refused to surrender the same, but holds over; the estate of the plaintiff is still sub-
   sisting; and the plaintiff is entitled to immediate possession.

Wherefore, plaintiff demands judgment against defendant that he be put in immediate
possession of the premises, and that he recover the amount of $ 195.00, plus in-
terest and reimbursement for court costs.

This is the 27th day of July, 19 88.

PROJECT IDENTIFICATION

HOUSING AUTHORITY OF THE CITY
OF CHARLOTTE, NORTH CAROLINA

BY _____

1301 South Boulevard
Charlotte, North Carolina 28203
704/332-0051

Cedarknoll
304 Green Needle ct

Bates No. 4935          P- 004149

| RETURN OF SERVICE |
|---|

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|
|  |  |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|
|  |  |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

| FOR USE IN SUMMARY EJECTMENT CASES ONLY |
|---|

☑ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| 8-6-08 | Dian Cooper |

Address Of Premises Where Posted

200 D Greenville Ct.

| Service Fee Paid | Date Received | Name Of Sheriff |
|---|---|---|
| $ | 7-29-08 | C.W. Hill Jr. |
| By | Date Of Return | County |
|  | 8-10-08 | Rich |
| AOC-CVM-100, Side Two Rev. 6/87 |  | Deputy Sheriff Making Return J. Elliott |

Case 3:12-cv-00327-MOC   Document 77-2   Filed 12/22/14   Page 8 of 45

Bates No. 4936 - 004150

STATE OF NORTH CAROLINA

STATE OF NORTH CAROLINA

_Meck._ _____ County

File No. _12989_

Film No. _89-89-103-313_

In the General Court of Justice

☑ Small Claims ☐ District ☐ Superior Court Division

Plaintiff

*H/A*

VERSUS

Defendant

# NOTICE OF
# VOLUNTARY DISMISSAL

GS 1A-1, Rule 41

☑ The plaintiff gives notice of voluntary dismissal in this case as to all of the defendants.

*Duane Cooper*
*206-D*

☐ The plaintiff gives notice of voluntary dismissal in this case only as to the defendants named below:

This case remains open as to defendants not listed above.

Date _5-12-89_

Plaintiff or Attorney _C. Burris_

Bates No. 4937

P45 004151

AOC-CV-405
Rev. 2-82

Original File    Copy-Each Def    Copy-Atty-Plf

STATE OF NORTH CAROLINA

*Meck.* ____ County

File No. *12989*

Film No.
*89-89-103-313*

In the General Court of Justice

☑ Small Claims ☐ District ☐ Superior Court Division

Plaintiff

*H/A*

VERSUS

Defendant

NOTICE OF
VOLUNTARY DISMISSAL

GS 1A-1, Rule 41

☑ The plaintiff gives notice of voluntary dismissal in this case as to all of the defendants.

*Duane Cooper*
*206-D*

☐ The plaintiff gives notice of voluntary dismissal in this case only as to the defendants named below:

This case remains open as to defendants not listed above.

Date
*5-17-89*

Plaintiff or Attorney
*C. Burrà*

Bates No. 4388    PO45004151

AOC-CV-405
Rev. 2/82

Original File    Copy-Each Def    Copy-Atty Plf

STATE OF NORTH CAROLINA

Mecklenburg _____ County

File No.
89 CVM 19460

Film No.
89-151-163

In The General Court of Justice

Plaintiff/Petitioner

Char. H's's Auth'y

VERSUS

ORDER

Defendant/Respondent

D. Cooper

☒ DISMISSAL          ☐ With Prejudice          ☒ Without Prejudice

This action is dismissed for the following reason:

☒ The plaintiff elected not to prosecute this action and has moved for dismissal.

☐ Neither the plaintiff, nor the defendant appeared on the scheduled trial date.

☐ The plaintiff failed to appear on the scheduled trial date; the defendant did appear on that date and has moved to dismiss this action

☐ Other.

☐ DISCONTINUANCE [G.S. 1A-1, Rule 4 (e)]

The defendant has never been served in this action, and more than ninety (90) days have elapsed since the last summons was issued.

☐ Continuance

The trial of this action is continued to the following date and time on motion of the

☐ Plaintiff

☐ Defendant

☐ Judge or Magistrate

☐ Other (Specify)

| Date of New Trial | Time of New Trial |
|---|---|
| | ☐ AM  ☐ PM |

Date
7-12-89

Signature
C M Wolf

☐ Judge          ☒ Magistrate

☐ Assistant CSC          ☐ Clerk of Superior Court

Case 3:12-cv-00327-MOC    Document 77-289    Filed 12/22/14    Page 11 of 45

Bates No. 4289    MC45004152

# STATE OF NORTH CAROLINA

_Mecklenburg_ _____ County

File No.
**89 CVM 19460**

Film No.
**89-151-163**

In The General Court of Justice

Plaintiff/Petitioner

_Char. H's's Auth'y_

VERSUS

ORDER

Defendant/Respondent

_D. Cooper_

☒ DISMISSAL    ☐ With Prejudice    ☒ Without Prejudice

This action is dismissed for the following reason:

☒ The plaintiff elected not to prosecute this action and has moved for dismissal.

☐ Neither the plaintiff, nor the defendant appeared on the scheduled trial date.

☐ The plaintiff failed to appear on the scheduled trial date; the defendant did appear on that date and has moved to dismiss this action

☐ Other.

☐ DISCONTINUANCE [G.S. 1A-1, Rule 4 (e)]

The defendant has never been served in this action, and more than ninety (90) days have elapsed since the last summons was issued.

☐ Continuance

The trial of this action is continued to the following date and time on motion of the

☐ Plaintiff

☐ Defendant

☐ Judge or Magistrate

☐ Other (Specify)

Date of New Trial

Time of New Trial    ☐ AM    ☐ PM

Date
**7-12-89**

Signature
_C M Wolf_

☐ Judge    ☒ Magistrate

☐ Assistant CSC    ☐ Clerk of Superior Court

Case 3:12-cv-00327-MOC    Document 77-2    Filed 12/22/14    Page 12 of 45

Bates No. 4290    MOC45004152

**STATE OF NORTH CAROLINA**

_Meck_ _____ County

File No. 33575

Film No. 90-16-1840

In the General Court of Justice
☑ Small Claims  ☐ District  ☐ Superior Court Division

Plaintiff

*H / A*

VERSUS

Defendant

*N. C. Cooper*

## NOTICE OF VOLUNTARY DISMISSAL

GS 1A-1, Rule 41

☑ The plaintiff gives notice of voluntary dismissal in this case as to all of the defendants.

☐ The plaintiff gives notice of voluntary dismissal in this case only as to the defendants named below:

This case remains open as to defendants not listed above.

| Date | |
|---|---|
| *11-13-89* | |
| Plaintiff or Attorney | *C. Burris* |

Case 3:12-cv-00327-MOC    Document 77-2    Filed 12/22/14    Page 13 of 45

Bates No. 4391    PIC45004153

Original File    Copy-Each Def    Copy-Atty/Plf.

STATE OF NORTH CAROLINA

**STATE OF NORTH CAROLINA**

_Meck_ County

File No. 33575

Film No. 90-16-1840

In the General Court of Justice

☑ Small Claims ☐ District ☐ Superior Court Division

Plaintiff

H/A

VERSUS

Defendant

N.C. Cooper

# NOTICE OF
# VOLUNTARY DISMISSAL

GS 1A-1, Rule 41

☑ The plaintiff gives notice of voluntary dismissal in this case as to all of the defendants.

☐ The plaintiff gives notice of voluntary dismissal in this case only as to the defendants named below:

This case remains open as to defendants not listed above.

Date: 11-13-89

Plaintiff or Attorney: C. Burris

AOC-CV-405

Rev. 2/82

Case 3:12-cv-00327-MOC    Document 77-2    Filed 12/22/14    Page 14 of 45

Bates No. 4392

JC004153

Original File    Copy-Each Def    Copy-Atty/Plf.

STATE OF NORTH CAROLINA

_Meck_ County

File No. _2956_

Film No.
_90-33-2031_

In the General Court of Justice

☑ Small Claims ☐ District ☐ Superior Court Division

Plaintiff

H/A

VERSUS

Defendant

R. Cooper

# NOTICE OF
# VOLUNTARY DISMISSAL

GS 1A-1, Rule 41

☑ The plaintiff gives notice of voluntary dismissal in this case as to all of the defendants.

☐ The plaintiff gives notice of voluntary dismissal in this case only as to the defendants named below:

This case remains open as to defendants not listed above.

| Date | 2/16/90 |
|---|---|
| Plaintiff or Attorney | C. Burris |

AOC-CV-405

Rev. 2/82

Original File   Dr. Reach 10er.   Copy-Atty/Plf.

Case 3:12-cv-00327-MOC   Document 77-2   Filed 12/22/14   Page 15 of 45   C004155

# STATE OF NORTH CAROLINA

_Meck_ County

File No. _2956_

Film No. _90-33-2031_

In the General Court of Justice

☑ Small Claims ☐ District ☐ Superior Court Division

| Plaintiff | |
|---|---|
| _H/A_ | **NOTICE OF VOLUNTARY DISMISSAL** |
| VERSUS | |
| Defendant | |
| _R. Cooper_ | GS 1A-1, Rule 41 |

☑ The plaintiff gives notice of voluntary dismissal in this case as to all of the defendants.

☐ The plaintiff gives notice of voluntary dismissal in this case only as to the defendants named below:

This case remains open as to defendants not listed above.

| Date | _2/16/90_ |
|---|---|
| Plaintiff or Attorney | _C. Burris_ |

AOC-CV-405

Rev. 2/82

Original File — 1st Copy-Sheriff, 4 Copy-Atty/Plt.

PC 004155

**NORTH CAROLINA**

_ich_ County

File No. _15352_

Film No. _90-100-2191_

In the General Court of Justice

☑ Small Claims  ☐ District  ☐ Superior Court Division

_Housing Authority_

VERSUS

Defendant

_Diane Cooper_

# NOTICE OF
# VOLUNTARY DISMISSAL

GS 1A-1, Rule 41

☐  The plaintiff gives notice of voluntary dismissal in this case as to all of the defendants.

☐  The plaintiff gives notice of voluntary dismissal in this case only as to the defendants named below:

This case remains open as to defendants not listed above.

Date _6-11-90_

Plaintiff or Attorney _C. Burris_

AOC-CV-405
Rev. 2/82

Original File    Copy-Each Def    Copy-Atty/Plf.

Bates No. 4395    HC4004154

**NORTH CAROLINA**

_ich._ County

File No. _15352_

Film No. _90-100-2191_

In the General Court of Justice

☑ Small Claims ☐ District ☐ Superior Court Division

_Housing Authority_
                    VERSUS

Defendant

_Diane Cooper_

## NOTICE OF
## VOLUNTARY DISMISSAL

GS 1A-1, Rule 41

☐ The plaintiff gives notice of voluntary dismissal in this case as to all of the defendants.

☐ The plaintiff gives notice of voluntary dismissal in this case only as to the defendants named below:

This case remains open as to defendants not listed above.

Date _6-11-90_

Plaintiff or Attorney _C. Bullin_

Bates No. 4396    PC4004154

AOC-CV-405
Rev. 2/82

Original File    Copy-Each Def    Copy-Atty/Plf.

| ANSWER | PLEADINGS DISCOVERY | MOTIONS | NON-JURY | JURY | JUDGMENTS | HOLD |
|---|---|---|---|---|---|---|

# STATE OF NORTH CAROLINA

____mecklenurg____ COUNTY

☐ DISTRICT COURT DIVISION   ☐ SUPERIOR COURT DIVISION

| CASES CONSOLIDATED | | JURY TRIAL? ☐ YES |
|---|---|---|

**FILE NO.** 91 CVD 4071 ivd

**FILM NO** 91-61-1414

## CIVIL DOCKET
2006-160-40

**DISPOSITION CODES**

**SUPERIOR COURT FILING CODES**
1. Contract
2. Collect on Accounts
3. Motor Vehicle Negligence
4. Other Negligence
5. Medical Malpractice
5. Real Property
6. Administrative Appeals
7. Other

**DISTRICT COURT FILING CODES**
1. URESA
2. IV-D
3. Dom. Rel. Non-IV-D Child Support
4. General Civil
5. Civil Appeal/Transfer
6. Dom. Rel. No Child Support

1. Trial by Jury
2. Trial by Judge
3. Voluntary Dismissal
4. Final Order or Final Judgment w/o Trial
5. Clerk
6. Dismissal on Motion of the Court
7. Discontinuance for Lack of Service
8. Other

| FILING DATE | WEEK ENDING DATE (M/D/Y) | FILING CODE | DISPOSITION DATE | WEEK ENDING DATE (M/D/Y) | DISPOSITION CODE |
|---|---|---|---|---|---|
| 3-14-91 | | 2 | 3/21/91 | | 4 |

| PLAINTIFF'S NAME(S) | DEFENDANT'S NAME(S) |
|---|---|
| diane cooper | burton powell |

| NAME AND ADDRESS OF PLAINTIFF'S ATTORNEYS | NAME AND ADDRESS OF DEFENDANT'S ATTORNEYS |
|---|---|
| | |

| DATE COMPLAINT FILED | DATE 3RD PARTY COMPLAINT FILED |
|---|---|
| | |

| ID # | DATE/HOUR SUMMONS ISS. | DATE SUMMONS RETURNED | SVC? | DATE ANSWER FILED | COUNTER-CLAIMS | | DISPOSITIONS | |
|---|---|---|---|---|---|---|---|---|
| | | | | | FILE DATE | REPLY DATE | DATE | DESCRIPTION |
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |

| CROSS-CLAIM FILED BY DEFENDANT | CROSS-CLAIM ANSWERED | |
|---|---|---|
| DATE AMENDED COMPLAINT FILED | DATE SUMMONS SERVED | DATE ANSWER FILED |
| | | |

| MOTIONS | | | OTHER ACTIVITY | |
|---|---|---|---|---|
| FILED BY | DATE | TYPE | DATE | DESCRIPTION |
| | | | | |
| | | | | |

Case 3:12-cv-00327-MOC   Document 74297   Filed 12/22/14   Page 19 of 45 004156

STATE OF NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION
COUNTY OF MECKLENBURG     91-CVD-4071

DIANE COOPER,

      Plaintiff.

vs.                      **ORDER**

BURTON POWELL,

      Defendant.

THIS MATTER coming on to be heard and being heard before the undersigned District Court Judge presiding over a non-jury session of the District Court (sessions) of Mecklenburg County, upon Defendant's Motion for termination of child support, the Plaintiff being represented by the Child Support Enforcement Agency and the Defendant by Lisa C. Bell, the Court makes the following:

## FINDINGS OF FACT

1. The Plaintiff is the mother of a minor child, to wit: Shontavia Dianna Cooper, born August 16, 1990.

2. After the child's birth, the Plaintiff represented to the Defendant that he was the biological father of the child. Upon the basis of this representation, the Defendant signed an acknowledgement of paternity. An Order of paternity was entered March 21, 1991, finding the Defendant to be the natural father of the minor child.

3. Subsequently, the Defendant was ordered to pay child support to the Plaintiff in the amount of $46.00 per week.

4. On August 17, 1992, Defendant filed a Motion and Notice of Hearing for modification of support Order with the Court, requesting genetic marker tests. His basis for said Motion was the Plaintiff's representation to him that he was not the biological father of the minor child.

5. A hearing was not held on Defendant's Motion for genetic marker tests until July 21, 1995, at which time the Defendant, through counsel, renewed his request for genetic marker tests.

6. An Order for genetic marker tests was entered by the Court on October 1, 1995.

7. The Defendant submitted himself for genetic marker testing on August 24, 1995. The Plaintiff submitted herself and the minor child for genetic marker testing on November 16, 1995.

Bates No. 4298    004157

8.     The results of said genetic marker tests were returned to Defendant on January 22, 1996.  The results of the genetic marker tests indicated that the Defendant was excluded from paternity of the minor child.  A copy of the genetic marker tests are attached hereto.

9.     The Defendant is not the biological father of the minor child of the Plaintiff.  Defendant therefore owes no child support obligation to the Plaintiff.

10.     The Clerk's records presently indicate that the Defendant has an arrearage of child support owing to the Plaintiff.  As he is not the biological father of the child, the Defendant does not owe this arrearage to the Plaintiff.  Said arrearage is hereby waived.

Based upon the foregoing Findings of Fact, the Court makes the following:

### CONCLUSIONS OF LAW

1.     The Court has jurisdiction over the parties and subject matter contained herein and possesses the power to enter this Order.

2.     The Defendant is not the biological father of the minor child of the Plaintiff.  Therefore, the Defendant has no responsibility to provide support for the minor child.

3.     The Plaintiff and the minor child are not entitled to receive child support from the Defendant.

4.     The Defendant is not obligated to pay any amount of arrearage accrued to date.

Based upon the foregoing Findings of Fact and Conclusions of Law, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1.     The Defendant is not the biological father of the minor child of the Plaintiff, to wit:  Shontavia Dianna Cooper.

2.     The Defendant's child support obligation to the Plaintiff is hereby terminated.

3.     The Defendant is hereby relieved of any obligation to pay the Plaintiff any amount of arrearage accrued to date and said arrearage is hereby waived.

This the 26 day of _____, 1996.

_____
District Court Judge Presiding

Bates No. 4399     PC 004158



Laboratory Corporation of America

PO BOX 2230 · BURLINGTON, NC 27216  2230 · FAX 910·538·6454

C95-366-43303

|  | NAME | SPECIMEN NO. | RACE | DATE DRAWN | ACCOUNT INFORMATION |
|---|---|---|---|---|---|
| M | COOPER, DIANNE | 5BH-300-2261 | BLACK | 11/16/95 | 3283 3255 |
| C | COOPER, SHONTAVIA D | 5BH-300-2263 |  | 11/16/95 | 8993127 |
| AF | POWELL, BURTON L | 5BP-300-2015 | BLACK | 02.  95 | CHARLOTTE NC 28202- |

## DNA ANALYSIS

|  | D1S80-1,2 (1p36-p35) | | CSFR-1,2 (5 33.5-q34) | | FES-1,2 (15q26.  | |
|---|---|---|---|---|---|---|
| M | 24 | 31 | 2 | 7 | 1 | 5 |
| C | 12 | 31 | 2 | 7 | 4 | 5 |
| AF | 19 | 24 | 6 | 6 | 1 | 5 |
| PATERNITY INDEX |  | |  | |  | |

**COMBINED PATERNITY INDEX** _____ (Includes all paternity systems performed)

**PROBABILITY OF PATERNITY** _____ (Prior Probability = 0.5)

**CONCLUSIONS**

SEE PAGE 3 FOR CONCLUSION.

Sworn to and Subscribed before me this DEC 26 1995 at Burlington, N.C.

Pamela Dann

OFFICIAL SEAL ·
Notary Public, North Carolina
County of Alamance
Pamela Dann
My Commission Expires 4/3/2000

Department of Paternity Evaluation

James M. Mason, Ph.D., Director, AVP
Uwe Heine, Ph.D., Director
George C. Maha, J.D., Ph.D., Director
Lloyd C. Osborne, Ph.D., Director
Gary M. Stuhlmiller, Ph.D., Director
Ronald C. Barwick, Ph.D., Associate Director
Clifton R. Harris, Ph.D., Associate Director
Lee S. Tuckwiller, Ph.D., Associate Director
Karl-Hans Wurzinger, Ph.D., Associate Director

Laboratory Corporation of America™ Holdings is accredited by the American Association of Blood Banks, the American Society for Histocompatibility and Immunogenetics, and the College of American Pathologists.

Bates No. 5600   04159



**LabCorp**
Laboratory Corporation of America

P O BOX 2230 - BURLINGTON NC 27216-2230 - FAX 910-538-6454

275-300-43303

| NAME | SPECIMEN NO. | RACE | DATE DRAWN | ACCOUNT INFORMATION |
|---|---|---|---|---|
| M COOPER, DIANNE | 5BH-300-2262 | BLACK | 11/16/95 | 30843LEE |
| C COOPER, SHONTAVIA D | 5BH-300-2263 | | 11/16/95 | 893847 |
| AF POWELL, BURTON L | 5BP-300-2015 | BLACK | 08/2 | CHARLOTTE NC 28300- |

## DNA ANALYSIS

| | FGA-1,2 (4q28) | | CYP19-1,2 (15 21) | | VWF-1,2 (12p13.3-p 3.2) | |
|---|---|---|---|---|---|---|
| M | 1 | 4 | 1 | 2 | 2 | 4 |
| C | 4 | 5 | 1 | 2 | 4 | 8 |
| AF | 2 | 5 | 2 | 2 | 3 | 6 |
| PATERNITY INDEX | | | | | | |

**COMBINED PATERNITY INDEX** _____
(Includes all paternity systems performed)

**PROBABILITY OF PATERNITY** _____
(Prior Probability = 0.5)

## CONCLUSIONS

SEE PAGE 3 FOR CONCLUSION.

Sworn to and Subscribed
Before me this ____
at Burlington, N.C.

DEC 26 1995

OFFICIAL SEAL
Notary Public, North Carolina
County of Alamance
Pamela Deac
My Commission Expires 4/9/2000

Department of Paternity Evaluation

James M. Mason, Ph.D., Director, AVP
Uwe Heine, Ph.D., Director
George C. Maha, J.D., Ph.D., Director
Lloyd C. Osborne, Ph.D., Director
Gary M. Stuhlmiller, Ph.D., Director
Ronald C. Barwick, Ph.D., Associate Director
Clifton R. Harris, Ph.D., Associate Director
Lee S. Tuckwiller, Ph.D., Associate Director
Karl-Hans Wurzinger, Ph.D., Associate Director

Laboratory Corporation of America™ Holdings is accredited by the American Association of Blood Banks, the American Society for Histocompatibility and Immunogenetics, and the College of American Pathologists.

Bates No. 5601   PC4004160



**LabCorp**
Laboratory Corporation of America

PO BOX 2230 · BURLINGTON, NC 27216 - 2230  FAX 910-538-645*

:95-300-45303

| NAME | SPECIMEN NO. | RACE | DATE DRAWN | ACCOUNT INFORMATION |
|---|---|---|---|---|
| COOPER, DIANNE | 5BH-300-2262 | BIRTH | 11/16/95 | 11503155 |
| COOPER, SHONTAVIA D | 5BH-300-2263 | | 11/16/95 | 2935437 |
| P POWELL, BURTON L | 5BP-300-2015 | BLACK | 09/24/1 | CHARLOTT. |
| | | | | NC 28202- |

## DNA ANALYSIS

| | ACTBP2-1,2 (6q) | | TH-A,B (11p15 5 | | |
|---|---|---|---|---|---|
| M | 5 | 9 | 6 | 7 | |
| C | 9 | 17 | 7 | 9 | |
| AF | 17 | 21 | 7 | 9 | |
| **PATERNITY INDEX** | | | | | |

0 TO 1                              PATERNITY EXCLUDED

**COMBINED PATERNITY INDEX** _____  **PROBABILITY OF PATERNITY** _____
(includes all paternity systems performed )              (Prior Probability = 0.5)

## CONCLUSIONS

The alleged father, BURTON L POWELL, is excluded from paternity in the following system(s): CSFR-1,2 (5q33.5-q34), FES-1,2 (15q26.1), VWF-1.0 (12p13.3-p13.2). Therefore, he cannot be the biological father of the child, SHONTAVIA D COOPER.

Sworn to and Subscribed **DEC 26 199**
Before me this
at Burlington, N.C.

OFFICIAL SEAL
Notary Public, North Carolina
County of Alamance
Pamela Denn
My Commission Expires 4/3/2000

**Department of Paternity Evaluation**
James M. Mason, Ph.D., Director, AVP
Uwe Heine, Ph.D., Director
George C. Maha, J.D., Ph.D., Director
Lloyd C. Osborne, Ph.D., Director
Gary M. Stuhlmiller, Ph.D., Director
Ronald C. Barwick, Ph.D., Associate Director
Clifton R. Harris, Ph.D., Associate Director
Lee S. Tuckwiller, Ph.D., Associate Director
Karl-Hans Wurzinger, Ph.D., Associate Director

Laboratory Corporation of America™ Holdings is accredited by the American Association of Blood Banks, the American Society for Histocompatibility and Immunogenetics, and the College of American Pathologists.

Bates No. 5202    PC4004161

**TIMOTHY M. STOKES**
ATTORNEY AT LAW
122 NORTH McDOWELL STREET
POST OFFICE BOX 33458
CHARLOTTE, NORTH CAROLINA 28233

704-376-6874                                    TELECOPIER 704-333-1636

February 7, 1996

Ms. Lisa C. Bell
Cutter & Porter, P.A.
Suite 100
402 West Trade Street
Charlotte, NC 28202

Re:     Diane Cooper v. Burton Powell
        91-CVD 4071

Dear Lisa:

I understand from the Child Support Enforcement Agency that Ms. Cooper concedes that your client is not the father. Accordingly, you may submit the proposed order to the court, furnishing me a signed copy.

Very truly yours,

Timothy M. Stokes

TMS/ch

Bates No. 5203 054162

| PENDING SERVICE | PENDING ANSWER | PENDING PLEADINGS | PENDING DISCOVERY | PENDING MOTIONS | PENDING NON-JURY TRIAL | PENDING JURY TRIAL | PENDING JUDGMENTS | HOLD/REVIEW |
|---|---|---|---|---|---|---|---|---|

| | ANSWER | PLEADINGS DISCOVERY | MOTIONS | NON-JURY | JURY | JUDGMENTS | HOLD |
|---|---|---|---|---|---|---|---|

## STATE OF NORTH CAROLINA

mecklenurg _____ COUNTY

☒ DISTRICT COURT DIVISION  ☐ SUPERIOR COURT DIVISION

FILE NO
**91 CVD 4071 ivd**

FILM NO
**91-61-1414**

**CIVIL DOCKET**

| CASES CONSOLIDATED | JURY TRIAL? ☐ YES |
|---|---|

**SUPERIOR COURT FILING CODES:**
1 Contract
2 Collect on Accounts
3 Motor Vehicle Negligence
4 Other Negligence
☐ Medical Malpractice
5 Real Property
6 Administrative Appeals
7 Other

**DISTRICT COURT FILING CODES:**
1 URESA
2 IV-D
3 Dom. Rel. Non IV-D Child Support
4 General Civil
5 CVM Appeal/Transfer
6 Dom. Rel. No Child Support

**DISPOSITION CODES**
1. Trial by Jury
2. Trial by Judge
3. Voluntary Dismissal
4. Final Order or Final Judgment w/o Trial
5. Clerk
6. Dismissal on Motion of the Court
7. Discontinuance for Lack of Service
8. Other

| FILING DATE | WEEK ENDING DATE (M/D/Y) | FILING CODE | DISPOSITION DATE | WEEK ENDING DATE (M/D/Y) | DISPOSITION CODE |
|---|---|---|---|---|---|
| 3-14-91 | | 2 | 3/21/91 | | 4 |

| PLAINTIFF'S NAME(S) | DEFENDANT'S NAME(S) |
|---|---|
| diane cooper | burton powell |

| NAME AND ADDRESS OF PLAINTIFF'S ATTORNEYS | NAME AND ADDRESS OF DEFENDANT'S ATTORNEYS |
|---|---|
| | |

| DATE COMPLAINT FILED | DATE 3RD PARTY COMPLAINT FILED |
|---|---|
| | |

| DFD # | DATE/HOUR SUMMONS ISS. | DATE SUMMONS RETURNED | SVD? | DATE ANSWER FILED | COUNTER-CLAIMS FILE DATE | COUNTER-CLAIMS REPLY DATE | DISPOSITIONS DATE | DISPOSITIONS DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |

| CROSS-CLAIM FILED BY DEFENDANT | CROSS-CLAIM ANSWERED |
|---|---|
| | |

| DATE AMENDED COMPLAINT FILED | DATE SUMMONS SERVED | DATE ANSWER FILED |
|---|---|---|
| | | |

| MOTIONS | | | OTHER ACTIVITY | |
|---|---|---|---|---|
| FILED BY | DATE | TYPE | DATE | DESCRIPTION |
| | | | | |
| | | | | |

Margin text: S1CV 04071

Case 3:12-cv-00327-MOC   Document 77-204   Filed 12/22/14   Page 26 of 45   004163

**STATE OF NORTH CAROLINA**

*Mecklenburg* County

STATE OF NORTH Carolina, EYRE!

**File No.** 91 CVD 607

**Film No.**

In the General Court of Justice
District Court Division

**Prospective Plaintiff**

DIANE COOPER

**VERSUS**

**Respondent**

BURTON POWELL

FILED
MAR 21 1991

**ORDER OF PATERNITY**

G.S. 110-132; 133

CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY, N. C.

The Acknowledgment of Paternity filed in this matter being duly executed by the natural father of the children named below and accompanied by the Affirmation of Paternity of the natural mother of these dependents duly executed as shown below, is approved and shall have the same force and effect as a judgment of paternity entered by this Court pursuant to Chapter 110 of the General Statutes.

| Name of Child | Date of Birth | Address |
|---|---|---|
| Shontavia Diane Cooper | | 315 W. 26th Street Charlotte NC 28206 |
| Birthplace (County & State) Mecklenburg, NC | 8-16-90 | |
| Name of Child | Date of Birth | Address |
| Birthplace (County & State) | | |
| Name of Child | Date of Birth | Address |
| Birthplace (County & State) | | |
| Name of Child | Date of Birth | Address |
| Birthplace (County & State) | | |
| Name of Child | Date of Birth | Address |
| Birthplace (County & State) | | |

| Natural Mother | Date Affirmed | Date entered |
|---|---|---|
| DIANE COOPER | 2-7-91 | 3/21/91 |
| Natural Father | Date Acknowledged | Signature of Presiding Judge |
| BURTON POWELL | 2-27-91 | H. William Constangy |

AOC-CV-606
Rev. 7-83

Case 3:12-cv-00327-MOC    Document 77-5    Filed 12/22/14    Page 27 of 45    DC5004164

# CHILD SUPPORT INFORMATION TRANSMITTAL



NR-IV-D Case

## I. CASE INFORMATION

Date __3-13-91__  Re: __DIANE COOPER__
(Applicant/Recipient)

To:
- ☐ County IV-D
- ☐ County DSS
- ☐ Clerk of Court

Attention: __COC__

Absent Parent __BURTON POWELL__   ID Number

From:
- ☑ __MECK__ County IV-D
- ☐ _____ County DSS

Absent Parent   ID Number

Sender: __STYERS__

IV-D Case No. __8998427__

Child __SHONTAVIA__

IV-A Case/District No. _____

Child

Docket No. __91 CVD 4071__

Child

Child

## II. AFDC/IV-E/SFHF/MAO INFORMATION

**AFDC/IV-E/SFHF/MAO GRANT**

- ☐ (Re) Established: $ _____   Effective Date _____
- ☐ Revised to: $ _____   Effective Date _____
- ☐ Terminated   Effective Date _____

  Reason: _____

- ☐ Indicated person added to assistance unit   Effective Date _____

- ☑ Address/Name Changes
  Client: __315 W. 26th ST__
  Absent Parent: __2024 OAKLAWN AVE__
- ☐ Other Information: _____

## III. IV-D INFORMATION

- ☑ Paternity Established for: __Shontavia__

  Effective __3-18-91__ . Attach AOC CV-606 or Copy of Order.

- ☐ Obligation   ☐ Medical Coverage Established for _____ Attach documents
  in the amount of $ _____ per _____ effective _____ .
- ☐ Obligation Modified from $ _____ to $ _____ effective _____
  Reason _____
- ☐ Payment (Re) Directed to:
  ☐ DHR   ☐ Client Caretaker   Effective date _____
- ☐ IV-D Case Terminated   ☐ IV-Case Re-opened
  Reason _____
- ☐ Client Referred for Non-Cooperation: Reasons _____

- ☐ Arrearage Information: _____
- ☐ Other Information: _____

DSS-1046 (Rev. 1-89)
Child Support Enforcement

Case 3:12-cv-00327-MOC   Document 76-06   Filed 12/22/14   Page 28 of 45

**STATE OF NORTH CAROLINA**

File No. 91CVD

Film No

_Mecklenburg_ County
_State of North Carolina, Expel_

Plaintiff _Diane Cooper_

VERSUS

Defendant _Burton Powell_

In The General Court of Justice

☐ Before the Clerk    ☐ Small Claims
☑ District Court Division  ☐ Superior Court Division

## PETITION TO SUE
## AS A PAUPER

G.S. 1-110

### AFFIDAVIT

As the individual plaintiff in the above entitled action, I affirm that I am financially unable to advance the costs for the prosecution of this action, therefore, I now petition the Court for an order allowing me to bring suit in this action as a pauper.

| SWORN AND SUBSCRIBED TO BEFORE ME | Date 3-1-91 |
|---|---|
| Date 3-1-91 | |
| Signature | Signature |
| Title of person Authorized to Administer Oaths Notary Public | X _Dianne Cooper_ |

My Commission Expires May 2, 1994

### CERTIFICATE

I certify, that I am familiar with the above named individual plaintiff's claim against the defendant, and that it is my opinion that he has a good cause of action.

Date

Signature

### ORDER

In view of the Affidavit and Certification appearing above, it is ORDERED that the individual plaintiff in the above entitled action is authorized to bring suit in this action is a pauper.

Date 3-14-91

Signature

☐ Assistant CSC   ☐ Clerk of Superior Court   ☐ Judge

AOC-G-106
Rev. 9/82

Bates No. 5207   041e04166

# STATE OF NORTH CAROLINA

File No. 91CVD 4071

Meck County

STATE of NORTH Carolina, EXPEL.

In the General Court of Justice
District Court Division

**Plaintiff**

Diane Cooper

**Address** 315 W. 26th ST

**City, State, Zip** Charlotte NC 28206

VERSUS

**Respondent** Burton Powell

**Address** 2024 Oaklawn Ave

**City, State, Zip** Charlotte NC 28208

## MOTHER'S AFFIRMATION OF PATERNITY

G.S. 110-132

I, the undersigned being first duly sworn, declare and affirm that I reside at the address stated below, that the respondent named above is the natural father of the dependent child or children named below and that I am their natural mother.

| NAME OF CHILD | Date of Birth | ADDRESS |
|---|---|---|
| Shontavia Dianna Cooper | 8-16-90 | Same as Plaintiff |
| | | |
| | | |
| | | |

I understand that the sworn written Affirmation of Paternity signed by me, the natural mother, shall have the same force and effect as a judgment of the District Court establishing paternity when accompanied by the sworn, written Acknowledgment of Paternity signed by the natural father named above, filed with the Clerk of Superior Court and approved by a District Court Judge.

CAUTION: Providing false or inaccurate information may result in Court finding you in contempt.

☐ The children named above were conceived and/or born while I was unmarried.

☐ The children named above were conceived while I was married to someone other than the respondent. *(See additional information on attached sheet.)*

| SWORN AND SUBSCRIBED TO BEFORE ME | Date 3-1-91 |
|---|---|
| Date 3-1-91 | Signature of Natural Mother Dianne Cooper |
| Signature | Address |
| Title of person authorized to administer oaths Notary Public | City, State, Zip |

My Commission Expires May 2, 1994

111

**STATE OF NORTH CAROLINA**

Meck. County

File No. 91CVD 4871

Film No.

STATE OF NORTH Carolina, EXREL

In the General Court of Justice
District Court Division

| | |
|---|---|
| Plaintiff<br>Diane Cooper<br>Address 315 W. 26th ST<br>City, State Zip Charlotte NC 28206 | **FATHER'S ACKNOWLEDGMENT<br>OF<br>PATERNITY**<br><br>GS 110-132 |

VERSUS

| | | | |
|---|---|---|---|
| | Defendant's D.O.B. | Race 13 | Social Security Number |
| Defendant Burton Powell | Defendant's Employer | City of Charlotte | |
| Address 2024 Oaklawn Ave | Address | | |
| City, State, Zip Charlotte NC 28208 | City, State, Zip | | |

I, the undersigned, being duly sworn, freely and voluntarily declare and acknowledge that I reside at the address stated above, and that I am the natural father of the dependent child or children named below, whose natural mother is also named below.

Name of Natural Mother

| NAME OF CHILD | Date of Birth | ADDRESS |
|---|---|---|
| Shon tavia Diane Cooper | 8-16-90 | Same as Plaintiff |
| | | |
| | | |
| | | |

I understand that this sworn, written Acknowledgment of Paternity signed by me the natural father, shall have the same force and effect as a judgment of the District Court establishing paternity when accompanied by the sworn written Affirmation of Paternity signed by the natural mother named above, filed with the Clerk of Superior Court and approved by the District Court Judge. I also understand that once this signed acknowledgment is filed, it shall not be reconsidered.

CAUTION: You have the right to consult a lawyer at your expense before signing this paper. If signed, this paper may impose substantial legal obligations upon you, and you should be sure to fully understand those obligations before signing.

| |
|---|
| Date 2-27-91 |
| Signature of Natural Father<br>X Burton Lee Powell |
| SWORN AND SUBSCRIBED TO BEFORE ME |
| Date 2-27-91 |
| Signature |
| Title of person authorized to administer oaths<br>Notary Public<br>My Commission Expires May 7, 1994 |

AOC-CV-604

Case 3:12-cv-00327-MOC   Document 75-09   Filed 12/22/14   Page 31 of 45
Bates No. 5609   04168

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

IN THE GENERAL COURT OF JUSTICE.
DISTRICT COURT DIVISION
___91___ CVD _4071_

STATE OF NORTH CAROLINA, EX REL )
_Diane Cooper_, )
plaintiff, )
)
)
VS )
)
_Burton Powell_, )
Defendant. )

'WAIVER

I hereby acknowledge that in this action seeking to establish that I am the father of an illegitimate child or children I am entitled to have blood-grouping tests performed.

I further understand that I may be required to pay the costs of such tests if I am found to be the father.

I hereby decline to require blood-grouping tests.

This __27__ day of __FEB.__ , ~~1988~~ 1991

X _Burton Lee Powell_
Defendant

Case 3:12-cv-00327-MOC    Document 77-2    Filed 12/22/14    Page 32 of 45    004169

| ANSWER | PLEADINGS DISCOVERY | MOTIONS | NON-JURY | JURY | JUDGMENTS | HOLD |

## STATE OF NORTH CAROLINA

mecklenurg _____ COUNTY

☐ DISTRICT COURT DIVISION ☐ SUPERIOR COURT DIVISION

CASES CONSOLIDATED

JURY TRIAL? ☐ YES

FILE NO.
91 CVD 4071 ivd

FILM NO
91-61-1414

## CIVIL DOCKET

2006-160-40

DISPOSITION CODES

**SUPERIOR COURT FILING CODES**
1. Contract
2. Collect on Accounts
3. Motor Vehicle Negligence
4. Other Negligence
5. Medical Malpractice
6. Real Property
7. Administrative Appeals
8. Other

**DISTRICT COURT FILING CODES**
1. URESA
2. IV-D
3. Dom. Rel. Non-IV-D Child Support
4. General Civil
5. Civil Appeal Transfer
6. Dom. Rel. No Child Support

1. Trial by Jury
2. Trial by Judge
3. Voluntary Dismissal
4. Final Order or Final Judgment w/o Trial
5. Clerk
6. Dismissal on Motion of the Court
7. Discontinuance for Lack of Service
8. Other

| FILING DATE | WEEK ENDING DATE (M/D/Y) | FILING CODE | DISPOSITION DATE | WEEK ENDING DATE (M/D/Y) | DISPOSITION CODE |
|---|---|---|---|---|---|
| 3-14-91 | | 2 | 3/21/91 | | 4 |

| PLAINTIFF'S NAME(S) | DEFENDANT'S NAME(S) |
|---|---|
| diane cooper | burton powell |

| NAME AND ADDRESS OF PLAINTIFF'S ATTORNEYS | NAME AND ADDRESS OF DEFENDANT'S ATTORNEYS |
|---|---|
| | |

| DATE COMPLAINT FILED | DATE 3RD PARTY COMPLAINT FILED |
|---|---|
| | |

| SVD # | ISSUE DATE SUMMONS ISS. | DATE SUMMONS RETURNED | SVC? | DATE ANSWER FILED | COUNTER-CLAIMS FILE DATE | COUNTER-CLAIMS REPLY DATE | DISPOSITIONS DATE | DISPOSITIONS DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |

| CROSS-CLAIM FILED BY DEFENDANT | CROSS-CLAIM ANSWERED |
|---|---|
| | |

| DATE AMENDED COMPLAINT FILED | DATE SUMMONS SERVED | DATE ANSWER FILED |
|---|---|---|
| | | |

| MOTIONS | | | OTHER ACTIVITY | |
|---|---|---|---|---|
| FILED BY | DATE | TYPE | DATE | DESCRIPTION |
| | | | | |
| | | | | |
| | | | | |

Case 3:12-cv-00327-MOC   Document 77-11   Filed 12/22/14   Page 33 of 45   004156

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

IN THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION
91-CVD-4071

DIANE COOPER,

Plaintiff.

vs.

BURTON POWELL,

Defendant.

ORDER

THIS MATTER coming on to be heard and being heard before the undersigned District Court Judge presiding over a non-jury session of the District Court (sessions) of Mecklenburg County, upon Defendant's Motion for termination of child support, the Plaintiff being represented by the Child Support Enforcement Agency and the Defendant by Lisa C. Bell, the Court makes the following:

## FINDINGS OF FACT

1. The Plaintiff is the mother of a minor child, to wit: Shontavia Dianna Cooper, born August 16, 1990.

2. After the child's birth, the Plaintiff represented to the Defendant that he was the biological father of the child. Upon the basis of this representation, the Defendant signed an acknowledgement of paternity. An Order of paternity was entered March 21, 1991, finding the Defendant to be the natural father of the minor child.

3. Subsequently, the Defendant was ordered to pay child support to the Plaintiff in the amount of $46.00 per week.

4. On August 17, 1992, Defendant filed a Motion and Notice of Hearing for modification of support Order with the Court, requesting genetic marker tests. His basis for said Motion was the Plaintiff's representation to him that he was not the biological father of the minor child.

5. A hearing was not held on Defendant's Motion for genetic marker tests until July 21, 1995, at which time the Defendant, through counsel, renewed his request for genetic marker tests.

6. An Order for genetic marker tests was entered by the Court on October 1, 1995.

7. The Defendant submitted himself for genetic marker testing on August 24, 1995. The Plaintiff submitted herself and the minor child for genetic marker testing on November 16, 1995.

Case 3:12-cv-00327-MOC    Document 77-2    Filed 12/22/14    Page 34 of 45
Bates No. 5012    004157

8.    The results of said genetic marker tests were returned to Defendant on January 22, 1996.  The results of the genetic marker tests indicated that the Defendant was excluded from paternity of the minor child.  A copy of the genetic marker tests are attached hereto.

9.    The Defendant is not the biological father of the minor child of the Plaintiff.  Defendant therefore owes no child support obligation to the Plaintiff.

10.    The Clerk's records presently indicate that the Defendant has an arrearage of child support owing to the Plaintiff.  As he is not the biological father of the child, the Defendant does not owe this arrearage to the Plaintiff.  Said arrearage is hereby waived.

Based upon the foregoing Findings of Fact, the Court makes the following:

### CONCLUSIONS OF LAW

1.    The Court has jurisdiction over the parties and subject matter contained herein and possesses the power to enter this Order.

2.    The Defendant is not the biological father of the minor child of the Plaintiff.  Therefore, the Defendant has no responsibility to provide support for the minor child.

3.    The Plaintiff and the minor child are not entitled to receive child support from the Defendant.

4.    The Defendant is not obligated to pay any amount of arrearage accrued to date.

Based upon the foregoing Findings of Fact and Conclusions of Law, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1.    The Defendant is not the biological father of the minor child of the Plaintiff, to wit:  Shontavia Dianna Cooper.

2.    The Defendant's child support obligation to the Plaintiff is hereby terminated.

3.    The Defendant is hereby relieved of any obligation to pay the Plaintiff any amount of arrearage accrued to date and said arrearage is hereby waived.

This the _26_ day of _____, 1996.

_____
District Court Judge Presiding

Bates No. 5213    04158



### Laboratory Corporation of America

PO BOX 2230 · BURLINGTON, NC 27216 · 2230 · FAX 910-538-6454

095-300-48303

| | NAME | SPECIMEN NO. | RACE | DATE DRAWN | ACCOUNT INFORMATION |
|---|---|---|---|---|---|
| M | COOPER, DIANNE | 5BH-300-2261 | BLACK | 11/16/95 | 32893255 |
| C | COOPER, SHONTAVIA D | 5BH-300-2263 | | 11/16/95 | 8993127 |
| AF | POWELL, BURTON L | 5BP-300-2015 | BLACK | 02. 95 | CHARLOTTE NC 28202- |

## DNA ANALYSIS

| | D1S80-1,2 (1p36-p35) | | CSFR-1,2 (5q33.5-q34) | | FES-1,2 (15q26. | |
|---|---|---|---|---|---|---|
| M | 24 | 31 | 2 | 7 | 1 | 5 |
| C | 12 | 31 | 2 | 7 | 4 | 5 |
| AF | 19 | 24 | 6 | 6 | 1 | 5 |
| **PATERNITY INDEX** | | | | | | |

**COMBINED PATERNITY INDEX** _____   **PROBABILITY OF PATERNITY** _____
(Includes all paternity systems performed)   (Prior Probability = 0.5)

## CONCLUSIONS

SEE PAGE 3 FOR CONCLUSION.

Sworn to and Subscribed
before me this _____ DEC 2 6 1995
at Burlington, N.C.

**"OFFICIAL SEAL"**
Notary Public, North Carolina
County of Alamance
Pamela Dann
My Commission Expires 4/3/2000

Department of Paternity Evaluation
James M. Mason, Ph.D., Director, AVP
Uwe Heine, Ph.D., Director
George C. Maha, J.D., Ph.D., Director
Lloyd C. Osborne, Ph.D., Director
Gary M. Stuhlmiller, Ph.D., Director
Ronald C. Barwick, Ph.D., Associate Director
Clifton R. Harris, Ph.D., Associate Director
Lee S. Tuckwiller, Ph.D., Associate Director
Karl-Hans Wurzinger, Ph.D., Associate Director

Laboratory Corporation of America Holdings is accredited by the American Association of Blood Banks, the American Society for Histocompatibility and Immunogenetics, and the College of American Pathologists.

Bates No. 5014   504159



**LabCorp**
Laboratory Corporation of America

P O BOX 2230 · BURLINGTON, NC 27216-? · FAX 910-538-6454

255-300-43303

|  | NAME | SPECIMEN NO. | RACE | DATE DRAWN | ACCOUNT INFORMATION |
|---|---|---|---|---|---|
| M | COOPER, DIANNE | 5BH-300-2262 | BLACK | 11/16/95 | 2254355 |
|  | COOPER, SHONTAVIA D | 5BH-300-2263 |  | 11/16/95 | 899347? |
| F | POWELL, BURTON L | 5BP-300-2015 | BLACK | 08/2 | CHARLOTTE |
|  |  |  |  |  | NC 28302- |

## DNA ANALYSIS

|  | FGA-1,2 (4q28) | | CYP19-1,2 (15 q21) | | VWF-1,2 (12p13.3-p 3.2) | |
|---|---|---|---|---|---|---|
| M | 2 | 4 | 1 | 2 | 2 | 4 |
| C | 4 | 5 | 1 | 2 | 4 | 8 |
| AF | 2 | 5 | 2 | 2 | 3 | 6 |
| **PATERNITY INDEX** |  |  |  |  |  |  |

**COMBINED PATERNITY INDEX** _____ **PROBABILITY OF PATERNITY** _____
(Includes all paternity systems performed)
(Prior Probability = 0.5)

## CONCLUSIONS

SEE PAGE 3 FOR CONCLUSION.

Sworn to and Subscribed
Before me this _____
at Burlington, N.C.
DEC 26 1995

OFFICIAL SEAL
Notary Public, North Carolina
County of Alamance
Pamela Dunn
My Commission Expires 4/1/2000

Department of Paternity Evaluation
James M. Mason, Ph.D., Director. AVP
Uwe Heine, Ph.D., Director
George C. Maha, J.D., Ph.D., Director
Lloyd C. Osborne, Ph.D., Director
Gary M. Stuhlmiller, Ph.D., Director
Ronald C. Barwick, Ph.D., Associate Director
Clifton R. Harris, Ph.D., Associate Director
Lee S. Tuckwiller, Ph.D., Associate Director
Karl-Hans Wurzinger, Ph.D., Associate Director

Laboratory Corporation of America™ Holdings is accredited by the American Association of Blood Banks, the American Society for Histocompatibility and Immunogenetics, and the College of American Pathologists.

Case 3:12-cv-00327-MOC    Document 77-2    Filed 12/22/14    Page 37 of 45    Bates No. 5615    PC4004160



## LabCorp
### Laboratory Corporation of America
P.O. BOX 2230 · BURLINGTON, NC 27216 - 2230   FAX 910-533-6454

299-380-45303

| NAME | SPECIMEN NO. | RACE | DATE DRAWN | ACCOUNT INFORMATION |
|---|---|---|---|---|
| COOPER, DIANNE | 58H-300-2262 | BIRTH | 11/16/95 | 12503155 |
| COOPER, SHONTAVIA D | 58H-300-2263 | | 11/16/95 | 2935437 |
| P POWELL, BURTON L | 58P-300-2015 | BLACK | 09/24/ | CHARLOTT. NC 28202- |

### DNA ANALYSIS

|  | ACTBP2-1,2 (6q) | | TH-A,B (11p15.5) | |  |
|---|---|---|---|---|---|
| M | 5 | 9 | 6 | 7 | |
| C | 9 | 17 | 7 | 9 | |
| AF | 17 | 21 | 7 | 9 | |
| **PATERNITY INDEX** | | | | | |

0 TO 1                                                      PATERNITY EXCLUDED

**COMBINED PATERNITY INDEX** _____ **PROBABILITY OF PATERNITY** _____
(Includes all paternity systems performed)                (Prior Probability = 0.5)

### CONCLUSIONS

The alleged father, BURTON L POWELL, is excluded from paternity in the following system(s): CSFR-1,2 (5q33.5-q34), FES-1,2 (15q26.1), VWF-1,2 (12p13.3-p13.2). Therefore, he cannot be the biological father of the child, SHONTAVIA D COOPER.

Sworn to and Subscribed **DEC 26 1995**
Before me this _____
at Burlington, N.C.

OFFICIAL SEAL
Notary Public, North Carolina
County of Alamance
Pamela Denn
My Commission Expires 4/3/2000

### Department of Paternity Evaluation

James M. Mason, Ph.D., Director, AVP
Uwe Heine, Ph.D., Director
George C. Maha, J.D., Ph.D., Director
Lloyd C. Osborne, Ph.D., Director
Gary M. Stuhlmiller, Ph.D., Director
Ronald C. Barwick, Ph.D., Associate Director
Clifton R. Harris, Ph.D., Associate Director
Lee S. Tuckwiller, Ph.D., Associate Director
Karl-Hans Wurzinger, Ph.D., Associate Director

Laboratory Corporation of America™ Holdings is accredited by the American Association of Blood Banks, the American Society for Histocompatibility and Immunogenetics, and the College of American Pathologists.

Bates No. 5216   PC45004161

**TIMOTHY M. STOKES**
ATTORNEY AT LAW
122 NORTH McDOWELL STREET
POST OFFICE BOX 33456
CHARLOTTE, NORTH CAROLINA 28233

704-376-6874                                    TELECOPIER 704-333-1636

February 7, 1996

Ms. Lisa C. Bell
Cutter & Porter, P.A.
Suite 100
402 West Trade Street
Charlotte, NC 28202

        Re:    Diane Cooper v. Burton Powell
               91-CVD 4071

Dear Lisa:

        I understand from the Child Support Enforcement Agency that Ms. Cooper concedes that your client is not the father. Accordingly, you may submit the proposed order to the court, furnishing me a signed copy.

                                        Very truly yours,

                                        Timothy M. Stokes

TMS/ch

Bates No. 5217

| PENDING SERVICE | PENDING ANSWER | PENDING PLEADINGS | PENDING DISCOVERY | PENDING MOTIONS | PENDING NON-JURY TRIAL | PENDING JURY TRIAL | PENDING JUDGMENTS | HOLD/REVIEW |
|---|---|---|---|---|---|---|---|---|

| | ANSWER | PLEADINGS DISCOVERY | MOTIONS | NON-JURY | JURY | JUDGMENTS | HOLD |
|---|---|---|---|---|---|---|---|

# STATE OF NORTH CAROLINA

mecklenurg _____ COUNTY

☒ DISTRICT COURT DIVISION ☐ SUPERIOR COURT DIVISION

**FILE NO**

91 CVD 4071 ivd

**FILM NO.**

91-61-1414

## CIVIL DOCKET

| CASES CONSOLIDATED | | JURY TRIAL? ☐ YES |
|---|---|---|

**SUPERIOR COURT FILING CODES**
1 Contract
2 Collect on Accounts
3 Motor Vehicle Negligence
4 Other Negligence
☐ Medical Malpractice
5 Real Property
6 Administrative Appeals
7 Other

**DISTRICT COURT FILING CODES:**
1 URESA
2 IV-D
3 Dom. Rel. Non IV-D Child Support
4 General Civil
5 CVM Appeal/Transfer
6 Dom. Rel. No Child Support

**DISPOSITION CODES**
1. Trial by Jury
2. Trial by Judge
3. Voluntary Dismissal
4. Final Order or Final Judgment w/o Trial
5. Clerk
6. Dismissal on Motion of the Court
7. Discontinuance for Lack of Service
8. Other

| FILING DATE | WEEK ENDING DATE (M/D/Y) | FILING CODE | DISPOSITION DATE | WEEK ENDING DATE (M/D/Y) | DISPOSITION CODE |
|---|---|---|---|---|---|
| 3-14-91 | | 2 | 3/21/91 | | 4 |

| PLANTIFF'S NAME(S) | DEFENDANT'S NAME(S) |
|---|---|
| diane cooper | burton powell |

| NAME AND ADDRESS OF PLANTIFF'S ATTORNEYS | NAME AND ADDRESS OF DEFENDANT'S ATTORNEYS |
|---|---|

| DATE COMPLAINT FILED ▶ | DATE 3RD PARTY COMPLAINT FILED ▶ |
|---|---|

| DFD # | DATE/HOUR SUMMONS ISS. | DATE SUMMONS RETURNED | SVD ? | DATE ANSWER FILED | COUNTER-CLAIMS | | DISPOSITIONS | |
|---|---|---|---|---|---|---|---|---|
| | | | | | FILE DATE | REPLY DATE | DATE | DESCRIPTION |
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |

| CROSS-CLAIM FILED BY DEFENDANT | CROSS-CLAIM ANSWERED | |
|---|---|---|

| DATE AMENDED COMPLAINT FILED ▶ | DATE SUMMONS SERVED | DATE ANSWER FILED |
|---|---|---|

| MOTIONS | | | OTHER ACTIVITY | |
|---|---|---|---|---|
| FILED BY | DATE | TYPE | DATE | DESCRIPTION |
| | | | | |
| | | | | |

Case 3:12-cv-00327-MOC    Document 73-18    Filed 12/22/14    Page 40 of 45    004163

**STATE OF NORTH CAROLINA**

*Mecklenburg* County

STATE OF NORTH Carolina, EYRE1

File No. 91 CVD 407

Film No.

In the General Court of Justice
District Court Division

Prospective Plaintiff

DIANE COOPER

VERSUS

Respondent

BURTON POWELL

FILED
MAR 21 1991

**ORDER OF PATERNITY**

CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY, N.C.

G.S. 110-132; 133

The Acknowledgment of Paternity filed in this matter being duly executed by the natural father of the children named below and accompanied by the Affirmation of Paternity of the natural mother of these dependents duly executed as shown below, is approved and shall have the same force and effect as a judgment of paternity entered by this Court pursuant to Chapter 110 of the General Statutes.

| Name of Child | Date of Birth | Address |
|---|---|---|
| Shontavia Diane Cooper | | 315 W. 26th Street |
| Birthplace (County & State) Mecklenburg, NC | 8-16-90 | Charlotte NC 28206 |
| Name of Child | Date of Birth | Address |
| Birthplace (County & State) | | |
| Name of Child | Date of Birth | Address |
| Birthplace (County & State) | | |
| Name of Child | Date of Birth | Address |
| Birthplace (County & State) | | |
| Name of Child | Date of Birth | Address |
| Birthplace (County & State) | | |

| Natural Mother DIANE COOPER | Date Affirmed 2-7-91 | Date entered 3/21/91 |
|---|---|---|
| Natural Father BURTON POWELL | Date Acknowledged 2-27-91 | Signature of Presiding Judge H. William Constangy |

AOC-CV-606
Rev. 7-83

Case 3:12-cv-00327-MOC   Document 77-19   Filed 12/22/14   Page 41 of 45   PC45004164

# CHILD SUPPORT INFORMATION TRANSMITTAL



NR-IV-D Case

## I.  CASE INFORMATION

Date __3-13-91__    Re: __DIANE COOPER__
(Applicant/Recipient)

To:  ☐ County IV-D
     ☐ County DSS
     ☐ Clerk of Court

Attention: __COC__

Absent Parent: __BURTON POWELL__    ID Number

From: ☑ __MECK__  County IV-D
      ☐ _____ County DSS

Absent Parent _____    ID Number

Sender: __STYERS__

Child: __ShONTAVia__

IV-D Case No. __8998427__

Child

IV-A Case/District No. _____

Child

Docket No. __91 CVD 4071__

Child

Child

## II.  AFDC/IV-E/SFHF/MAO INFORMATION

### AFDC/IV-E/SFHF/MAO GRANT

☐ (Re) Established: $ _____    Effective Date _____

☐ Revised to: $ _____    Effective Date _____

☐ Terminated    Effective Date _____

Reason: _____

☐ Indicated person added
   to assistance unit    Effective Date _____

☑ Address/Name Changes
   Client: __315 W. 26th ST__
   Absent Parent: __2024 OAKLAWN AVE__

☐ Other Information: _____

## III.  IV-D INFORMATION

☑ Paternity Established for: __ShONTAVia__

Effective __3-18-91__ . Attach AOC CV-606 or Copy of Order.

☐ Obligation   ☐ Medical Coverage Established for _____ Attach documents
  in the amount of $ _____ per _____ effective _____ .

☐ Obligation Modified from $ _____ to $ _____ effective _____
  Reason _____

☐ Payment (Re) Directed to:
  ☐ DHR   ☐ Client Caretaker   Effective date _____

☐ IV-D Case Terminated   ☐ IV-Case Re-opened
  Reason _____

☐ Client Referred for Non-Cooperation: Reasons _____

☐ Arrearage Information: _____
☐ Other Information: _____

DSS-1044 (Rev. 1-89)
Child Support Enforcement

Case 3:12-cv-00327-MOC   Document 67-20   Filed 12/22/14   Page 42 of 45

**STATE OF NORTH CAROLINA**

File No. _GICUD_

Film No

_Mecklenburg_ County
_STATE of NORTH Carolina, EXPEl_

Plaintiff
_Diane CoopeR_

VERSUS

Defendant _BuRTON PoWEll_

In The General Court of Justice

☐ Before the Clerk  ☐ Small Claims
☑ District Court Division ☐ Superior Court Division

## PETITION TO SUE
## AS A PAUPER

G.S. 1-110

### AFFIDAVIT

As the individual plaintiff in the above entitled action, I affirm that I am financially unable to advance the costs for the prosecution of this action, therefore, I now petition the Court for an order allowing me to bring suit in this action as a pauper.

| SWORN AND SUBSCRIBED TO BEFORE ME | Date |
|---|---|
| Date  3-1-91 | 3-1-91 |
| Signature | Signature |
| Title of person Authorized to Administer Oaths  _Notary Public_ | X _Dianne Cooper_ |

My Commission Expires May 2, 1994

### CERTIFICATE

I certify, that I am familiar with the above named individual plaintiff's claim against the defendant, and that it is my opinion that he has a good cause of action.

| Date |
|---|
| Signature |

### ORDER

In view of the Affidavit and Certification appearing above, it is ORDERED that the individual plaintiff in the above entitled action is authorized to bring suit in this action is a pauper.

| Date  3-14-91 |
|---|
| Signature |

☐ Assistant CSC  ☐ Clerk of Superior Court  ☐ Judge

# STATE OF NORTH CAROLINA

Meck _____ County

STATE of NORTH Carolina, EYREI.

File No. 91CVD 4071

Film No.

In the General Court of Justice
District Court Division

**Plaintiff**

Diane Cooper

Address

315 W. 26th St

City, State, Zip

Charlotte NC 28206

VERSUS

**Respondent**

Burton Powell

Address

2024 Oaklawn Ave

City, State, Zip

Charlotte NC 28205

## MOTHER'S AFFIRMATION OF PATERNITY

G.S. 110-132

I, the undersigned being first duly sworn, declare and affirm that I reside at the address stated below, that the respondent named above is the natural father of the dependent child or children named below and that I am their natural mother.

| NAME OF CHILD | Date of Birth | ADDRESS |
|---|---|---|
| Shontavia Dianna Cooper | 8-16-90 | Same as Plaintiff |
| | | |
| | | |
| | | |

I understand that the sworn written Affirmation of Paternity signed by me, the natural mother, shall have the same force and effect as a judgment of the District Court establishing paternity when accompanied by the sworn, written Acknowledgment of Paternity signed by the natural father named above, filed with the Clerk of Superior Court and approved by a District Court Judge.

CAUTION: Providing false or inaccurate information may result in Court finding you in contempt.

☐ The children named above were conceived and/or born while I was unmarried.

☐ The children named above were conceived while I was married to someone other than the respondent. (See additional information on attached sheet.)

| SWORN AND SUBSCRIBED TO BEFORE ME | Date 3-1-91 |
|---|---|
| Date 3-1-91 | Signature of Natural Mother  X Dianne Cooper |
| Signature | Address |
| Title of person authorized to administer oaths  Notary Public | City, State, Zip |

My Commission Expires May 2, 1994

AOC-CV-605
Rev. 1/83

Case 3:12-cv-00327-MOC   Document 77-2   Filed 12/22/14   Page 44 of 45   Bates No. 5622   PC 4504167

# STATE OF NORTH CAROLINA

Meck. County

STATE OF NORTH Carolina, EXREL

Plaintiff

Diane Cooper

Address 315 W. 26th ST

City, State Zip Charlotte NC 28206

## VERSUS

Defendant Burton Powell

Address 2024 Oaklawn Ave

City, State, Zip Charlotte NC 28208

File No. 91CVD 4871

Film No.

In the General Court of Justice
District Court Division

## FATHER'S ACKNOWLEDGMENT
## OF
## PATERNITY

GS 110-132

| Defendant's D.O.B. | Race 13 | Social Security Number |
|---|---|---|

| Defendant's Employer | City of Charlotte |
|---|---|
| Address | |
| City, State, Zip | |

I, the undersigned, being duly sworn, freely and voluntarily declare and acknowledge that I reside at the address stated above, and that I am the natural father of the dependent child or children named below, whose natural mother is also named below.

Name of Natural Mother

| NAME OF CHILD | Date of Birth | ADDRESS |
|---|---|---|
| Shontavia Diane Cooper | 8-16-90 | Same as Plaintiff |
| | | |
| | | |
| | | |

I understand that this sworn, written Acknowledgment of Paternity signed by me the natural father, shall have the same force and effect as a judgment of the District Court establishing paternity when accompanied by the sworn written Affirmation of Paternity signed by the natural mother named above, filed with the Clerk of Superior Court and approved by the District Court Judge. I also understand that once this signed acknowledgment is filed, it shall not be reconsidered.

CAUTION: You have the right to consult a lawyer at your expense before signing this paper. If signed, this paper may impose substantial legal obligations upon you, and you should be sure to fully understand those obligations before signing.

Date 2-27-91

Signature of Natural Father

X Burton Lee Powell

SWORN AND SUBSCRIBED TO BEFORE ME

Date 2-27-91

Signature

Title of person authorized to administer oaths

AOC-CV-904

Case 3:12-cv-00327-MOC   Document 75-23   Filed 12/22/14   Page 45 of 45   Bates No. 5223   004168