STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

IN THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION
91 CVD 4071

STATE OF NORTH CAROLINA, EX REL
DIANE COOPER, plaintiff,

VS

Burton Powell, Defendant.

WAIVER

I hereby acknowledge that in this action seeking to establish that I am the father of an illegitimate child or children I am entitled to have blood-grouping tests performed.

I further understand that I may be required to pay the costs of such tests if I am found to be the father.

I hereby decline to require blood-grouping tests.

This 27 day of FEB., ~~198_~~ 1991

X Burton Lee Powell
Defendant



Bates No. 5024 P4 - 004169

STATE OF NORTH CAROLINA

Mecklenburg County

File No 96CVM24792

Film No 96-199-198

In the General Court of Justice

☐ Small Claims ☐ District ☐ Superior Court Division

Plaintiff

Summit On Park

VERSUS

Defendant

Diane Cooper, et al

# NOTICE OF VOLUNTARY DISMISSAL

GS 1A-1, Rule 41

☒ The plaintiff gives notice of voluntary dismissal in this case as to all of the defendants.

☐ The plaintiff gives notice of voluntary dismissal in this case only as to the defendants named below:

This case remains open as to defendants not listed above.

Date 10/3/96

Plaintiff or Attorney [signature]



Bates No. 5025 - 004170

AOC-CV-405
Rev. 7/82

Original File Copy-Each Def. Copy-Atty/Plf

File No. 24[illegible]

**COMPLAINT IN SUMMARY EJECTMENT**

G.S. 7A-216, 7A-232; Ch. 42, Art. 3

# STATE OF NORTH CAROLINA

Mecklenburg County

In The General Court Of Justice
District Court Division-Small Claims

Name And Address Of Plaintiff
Summit On Park Apartments
3126 Park Road
Charlotte, NC 28209
Fed. Tax ID# 54-0857512

County: Mecklenburg | Telephone No.: 704 525 2974

**VERSUS**

Name And Address Of First Defendant
Deane Cooper, et al
3126 Park Rd apt 215
Charlotte, NC 28209

County: Mecklenburg | Telephone No.:

Name And Address Of Second Defendant

County: Mecklenburg | Telephone No.:

Name And Address Of Plaintiff's Attorney Or Agent
Summit On Park Apartments
3126 Park Road
Charlotte, NC 28209
Fed. Tax ID# 54-0857512

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

Description Of Premises (Include Location): 1 BR garden apt located @ 3126 Park Rd apt 215, Charlotte

| Rate Of Rent | Date Rent Due | Date Lease Ended | Type Of Lease |
|---|---|---|---|
| $ 481.00 per [X] Month [ ] Week | 9/01/96 | 6/30/96 | [ ] Oral [X] Written |

3. [ ] The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint.

[ ] The lease period ended on the above date and the defendant is holding over after the end of the lease period.

[X] The defendant breached the condition of the lease described below for which re-entry is specified.

Description Of Breach: non payment of rent

The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

4. The defendant owes the plaintiff for the following:

Description Of Any Property Damage:
Sept rent 477.00
late fee 15.00

| Amount Of Damage | Amount Of Rent Past Due | Total Amount |
|---|---|---|
| $ open | $ 477.00 | $ 492.00 |

I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgment plus interest and reimbursement for court costs.

Date: 9/16/96 | Signature Of Plaintiff/Attorney/Agent: C Gaddy

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint.

Date: 9/16/96 | Signature: C Gaddy

AOC-CVM-201
Rev. 4/90

(Over)

**STATE OF NORTH CAROLINA**

Mecklenburg County

File No. 96CVM

In The General Court Of Justice
District Court Division-Small Claims

MECKLENBURG COUNTY
FILED # 69
SEP 19 1996
AT ____ O'CLOCK ____ M.
BY ____
CLERK OF SUPERIOR COURT

Plaintiff

Summit On Park Apartments
3126 Park Road
Charlotte, NC 28209
Fed. Tax ID# 54-0857512

VERSUS

Defendant(s)

Diane Cooper, et al

**MAGISTRATE SUMMONS**

☐ **Alias and Pluries Summons.** The summons originally issued against you was returned not served.
*(Disregard this section unless the block is checked.)*

G.S. 7A-217, 232; 1A-1, Rule 4

*Date Last Summons Issued*

**TO:**

*Name And Address Of First Defendant*

Diane Cooper, et al
3126 Park Rd apt 215
Charlotte NC 28209

**TO:**

*Name And Address Of Second Defendant*

**A Small Claim Action Has Been Commenced Against You!**

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

*Location Of Court* 700 E. Trade St. Rm. 103

*Date Of Trial* 10-3-96

*Time Of Trial* 9:00 ☑ AM ☐ PM

*Name And Address Of Plaintiff Or Plaintiff's Attorney*

Summit On Park Apartments
3126 Park Road
Charlotte, NC 28209
Fed. Tax ID# 54-0857512

*Date Issued* 9-18-96

*Signature* Mary E. Barr

☐ *Deputy CSC* ☐ *Assistant CSC* ☐ *Clerk Of Superior Court*

A3A

AOC-CVM-100
Rev. 6/87

(Over)



Bates No. 5027 PS - 004172

STATE OF NORTH CAROLINA

Mecklenburg County

File No. 96CVM24792

In The General Court Of Justice
District Court Division-Small Claims

MECKLENBURG COUNTY
FILED # 69
SEP 19 1996
AT ____ O'CLOCK ____ M.
BY ____
CLERK OF SUPERIOR COURT

Plaintiff

Summit On Park Apartments
3126 Park Road
Charlotte, NC 28209
Fed. Tax ID# 54-0857512

VERSUS

Defendant(s)

Diane Cooper, et al

## MAGISTRATE SUMMONS

☐ Alias and Pluries Summons. The summons originally issued against you was returned not served. (Disregard this section unless the block is checked.)

G.S. 7A-217, 232; 1A-1, Rule 4

Date Last Summons Issued

TO:

Name And Address Of First Defendant

Diane Cooper, et al
3126 Park Rd apt 215
Charlotte NC 28209

TO:

Name And Address Of Second Defendant

K-49

### A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

Location Of Court: 700 E. Trade St. Rm. 103

Date Of Trial: 10-3-96

Time Of Trial: 9:00 ☒ AM ☐ PM

Name And Address Of Plaintiff Or Plaintiff's Attorney

Summit On Park Apartments
3126 Park Road
Charlotte, NC 28209
Fed. Tax ID# 54-0857512

Date Issued: 9-18-96

Signature: Mary E. Burr

☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

A3A

COPY MAILED
SEP 24 1996
MECKLENBURG COUNTY

AOC-CVM-100
Rev. 6/87

(Over)

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason :

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason :

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

☒ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| 9-26-96 | Diane Cooper |

*Address Of Premises Where Posted* 3126 Paul Rd 215

| Service Fee Paid $ 5 | Date Received 9-24-96 | Name Of Sheriff [illegible] |
|---|---|---|
| By | Date Of Return 9-26-96 | County Meck |
| | | Deputy Sheriff Making Return [illegible] |

AOC-CVM-100, Side Two
Rev. 6/87



Bates No. 5029

PC001174

STATE OF NORTH CAROLINA

Mecklenburg County

File No 96CVM24792

Film No 96-199-198

In the General Court of Justice

☐ Small Claims ☐ District ☐ Superior Court Division

Plaintiff

Summit On Park

VERSUS

Defendant

Diane Cooper, et al

# NOTICE OF VOLUNTARY DISMISSAL

GS 1A-1, Rule 41

☒ The plaintiff gives notice of voluntary dismissal in this case as to all of the defendants.

☐ The plaintiff gives notice of voluntary dismissal in this case only as to the defendants named below:

This case remains open as to defendants not listed above.

Date 10/3/96

Plaintiff or Attorney [signature]





AOC-CV-405
Rev. 7/82

Original File Copy-Each Def. Copy-Atty/Plf

File No. 24[illegible]

# COMPLAINT IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232; Ch. 42, Art. 3

**STATE OF NORTH CAROLINA**

Mecklenburg County

In The General Court Of Justice
District Court Division-Small Claims

Name And Address Of Plaintiff
Summit On Park Apartments
3126 Park Road
Charlotte, NC 28209
Fed. Tax ID# 54-0857512

County: Mecklenburg
Telephone No.: 704 525 2974

VERSUS

Name And Address Of First Defendant
Diane Cooper, et al
3126 Park Rd apt 215
Charlotte, NC 28209

County: Mecklenburg
Telephone No.:

Name And Address Of Second Defendant

County: Mecklenburg
Telephone No.:

Name And Address Of Plaintiff's Attorney Or Agent
Summit On Park Apartments
3126 Park Road
Charlotte, NC 28209
Fed. Tax ID# 54-0857512

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

Description Of Premises (Include Location): 1 BR garden apt located @ 3126 Park Rd apt 215, Charlotte

| Rate Of Rent | Date Rent Due | Date Lease Ended | Type Of Lease |
|---|---|---|---|
| $ 481.00 per [X] Month [ ] Week | 9/01/96 | 6/30/96 | [ ] Oral [X] Written |

3. [ ] The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint.

[ ] The lease period ended on the above date and the defendant is holding over after the end of the lease period.

[X] The defendant breached the condition of the lease described below for which re-entry is specified.

Description Of Breach: non payment of rent

The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

4. The defendant owes the plaintiff for the following:

Description Of Any Property Damage:
Sept rent 477.00
late fee 15.00

| Amount Of Damage | Amount Of Rent Past Due | Total Amount |
|---|---|---|
| $ open | $ 477.00 | $ 492.00 |

I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgment plus interest and reimbursement for court costs.

Date: 9/16/96
Signature Of Plaintiff/Attorney/Agent: [signature]

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint.

Date: 9/16/96
Signature: [signature]

AOC-CVM-201
Rev. 4/90

(Over)



Bates No. 5031

PC - 004171

**STATE OF NORTH CAROLINA**

Mecklenburg County

File No. 96 CVM

In The General Court Of Justice
District Court Division-Small Claims

MECKLENBURG COUNTY
FILED # 69
SEP 19 1996
AT ____ O'CLOCK ____ M.
BY ____
CLERK OF SUPERIOR COURT

Plaintiff

Summit On Park Apartments
3126 Park Road
Charlotte, NC 28209
Fed. Tax ID# 54-0857512

VERSUS

Defendant(s)

Diane Cooper, et al

## MAGISTRATE SUMMONS

☐ Alias and Pluries Summons. The summons originally issued against you was returned not served. *(Disregard this section unless the block is checked.)*

G.S. 7A-217, 232; 1A-1, Rule 4

*Date Last Summons Issued*

**TO:**

*Name And Address Of First Defendant*

Diane Cooper, et al
3126 Park Rd apt 215
Charlotte NC
28209

**TO:**

*Name And Address Of Second Defendant*

**A Small Claim Action Has Been Commenced Against You!**

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

*Location Of Court*: 700 E Trade St. Rm. 103

*Date Of Trial*: 10-3-96

*Time Of Trial*: 9:00 ☑ AM ☐ PM

*Name And Address Of Plaintiff Or Plaintiff's Attorney*

Summit On Park Apartments
3126 Park Road
Charlotte, NC 28209
Fed. Tax ID# 54-0857512

*Date Issued*: 9-18-96

*Signature*: Mary E. Burr

☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

A3A

AOC-CVM-100
Rev. 6/87

(Over)

File No. 96CVM24792

STATE OF NORTH CAROLINA

Mecklenburg County

In The General Court Of Justice
District Court Division-Small Claims

MECKLENBURG COUNTY
FILED # 69
SEP 19 1996
AT ____ O'CLOCK ____ M.
BY ____
CLERK OF SUPERIOR COURT

Plaintiff
Summit On Park Apartments
3126 Park Road
Charlotte, NC 28209
Fed. Tax ID# 54-0857512

VERSUS

Defendant(s)
Diane Cooper, et al

# MAGISTRATE SUMMONS

☐ Alias and Pluries Summons. The summons originally issued against you was returned not served. (Disregard this section unless the block is checked.)

G.S. 7A-217, 232; 1A-1, Rule 4

Date Last Summons Issued

TO:
Name And Address Of First Defendant
Diane Cooper, et al
3126 Park Rd apt 215
Charlotte NC 28209

TO:
Name And Address Of Second Defendant

K-219

**A Small Claim Action Has Been Commenced Against You!**

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court | Date Of Trial | Time Of Trial |
|---|---|---|
| 700 E. Trade St. Rm. 103 | 10-3-96 | 9:00 ☒ AM ☐ PM |

Name And Address Of Plaintiff Or Plaintiff's Attorney
Summit On Park Apartments
3126 Park Road
Charlotte, NC 28209
Fed. Tax ID# 54-0857512

Date Issued: 9-18-96

Signature: Mary Jo Burr

☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

A3A

COPY MAILED
SEP 24 1996
MECKLENBURG COUNTY

AOC-CVM-100
Rev. 6/87

(Over)





004173

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason :

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason :

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

☒ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| 9-26-96 | Diane Cooper |

*Address Of Premises Where Posted*

3126 Park Rd 215

| Service Fee Paid | Date Received | Name Of Sheriff |
|---|---|---|
| $ 5 | 9-24-96 | [signature] |
| **By** | **Date Of Return** | **County** |
| | 9-26-96 | Meck |
| | | **Deputy Sheriff Making Return** [signature] |

AOC-CVM-100, Side Two
Rev. 6/87



Bates No. 5034

000174

STATE OF NORTH CAROLINA

Mecklenburg County

File No. 98 CVM 67

Film No. 98-299-146

In The General Court of Justice

Plaintiff/Petitioner:

See paperwork

VERSUS

Defendant/Respondent:

See paperwo...

# ORDER

☐ DISMISSAL ☐ With Pr... ce ☐ Without Prejudice

This action is dismiss... fr... he following reason:

☐ The plaintiff elected not to prosecute this action and has moved for dismissal

☐ Neither the plaintiff, nor the defendant a... peare... on the scheduled trial date.

☐ The plaintiff failed to appea... on the scheduled trial date; the defendant did appear on that date and has moved to dismiss this action

☐ Other

☑ DISCONTINUANCE [G.S. 1A-1, Rule 4 (e)]

The defendant has never been served in this action, and more than ninety (90) days have elapsed since the last summons was issued.

☐ Continuance

The trial of this action is continued to the following date and time on motion of the

☐ Plaintiff

☐ Defendant

☐ Judge or Magistrate

☐ Other (Specify)

| Date of New Trial | Time of New Trial ☐ AM ☐ PM |
|---|---|

Date: Refer To Computer

Signature: [signature]

☐ Judge ☑ Magistrate

☐ Assistant CSC ☐ Clerk of Superior Court

STATE OF NORTH CAROLINA

TAX ID 56-6000560

MECKLENB G County

File No. 67 CVM

In The General Court Of Justice
District Court Division-Small Claims

Plaintiff

HOUSING AUTHORITY

VERSUS

Defendant(s)

DIANE COOPER

MECKLENBURG COUNTY FILED # 69 JAN 19 1998 AT ___ O'CLOCK ___ M. BY CLERK OF SUPERIOR COURT

# MAGISTRATE SUMMONS

☐ Alias and Pluries Summons. The summons originally issued against you was returned not served. (Disregard this section unless the block is checked.)

G.S. 7A-217, 232; 1A-1, Rule 4

Date Last Summons Issued

TO:

Name And Address Of First Defendant

DIANE COOPER
206-D GREEN ES COURT #29
CHARLOTTE, NC 28 17

TO:

Name And Address Of Second Defendant

5718

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court | Date Of Trial | Time Of Trial ☐ AM ☐ PM |
|---|---|---|
| 700 E. Trade St. Room 102 | 1-23-98 | 9:00 X |

Name And Address Of Plaintiff Or Plaintiff's Attorney

CEDARKNOLL APARTMENTS
304 Green Meadows Court
CHARLOTTE, N. C. 28210

Date Issued: 1-09-98

Signature: Jennifer F. [illegible]

☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

X

S

APA

AOC-CVM-100
Rev. 6/87

(Over)

008131

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

☒ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| 1-12-98 | DIANE COOPER |

Address Of Premises Where Posted

266 D GREEN NEEDLES CT.

| Service Fee Paid | Date Received | Name Of Sheriff |
|---|---|---|
| $ | 1-7-98 | JIM PENDERGRAPH |
| By | Date Of Return | County |
| | 1-12-98 | Meck |
| | | Deputy Sheriff Making Return |
| | | [signature] |

AOC-CVM-100, Side Two
Rev. 6/87



Bates No. 5637

P 004182

67

File No.

# COMPLAINT IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232; Ch. 42, Art. 3

**STATE OF NORTH CAROLINA**

Mecklenburg County

In The General Court Of Justice
District Court Division-Small Claims

*Name And Address Of Plaintiff*

Housing Authority
Cedarknoll
304 Green Needles Court
Charlotte, NC 28217

*Social Security No./Taxpayer ID No.*
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

*County*
Mecklenburg

*Telephone No.*
336-5297

**VERSUS**

*Name And Address Of First Defendant*

Diane Cooper
206-D Green Needles Court #29
Charlotte, NC 28217

*County*
Meck.

*Telephone No.*

*Name And Address Of Second Defendant*

*County*

*Telephone No.*

*Name And Address Of Plaintiff's Attorney Or Agent*

CEDARKNOLL APARTMENTS
304 Green Needles Court
CHARLOTTE, N. C. 28210

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

*Description Of Premises (Include Location)*
206-C Green Needles Court-A 4 units bldg. in Cedarknoll

| Rate Of Rent | | Date Rent Due | Date Lease Ended | Type Of Lease |
|---|---|---|---|---|
| $ 249.00 per | [X] Month [ ] Week | 12-1-97 | 12-26-97 | [ ] Oral [X] Written |

3. [X] The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint.

[ ] The lease period ended on the above date and the defendant is holding over after the end of the lease period.

[ ] The defendant breached the condition of the lease described below for which re-entry is specified.

*Description Of Breach*

The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

4. The defendant owes the plaintiff for the following:

*Description Of Any Property Damage*

| Amount Of Damage | Amount Of Rent Past Due | Total Amount |
|---|---|---|
| $ | $ 249.00 | $303.00 |

15.00 L/C
39.00 Court

I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgment plus interest and reimbursement for court costs.

*Date*

*Signature Of Plaintiff/Attorney/Agent*

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint.

*Date*

*Signature*

AOC-CVM-201
Rev. 10/93

(Over)

Case 3:12-cv-00327-MOC Document 77-3 Filed 12/22/14 Page 15 of 45
Bates No. 5038
PC - 004183

STATE OF NORTH CAROLINA

Mecklenburg County

File No. 98 CVM 67

Film No. 98-299-146

In The General Court of Justice

Plaintiff/Petitioner:

See paperwork

VERSUS

Defendant/Respondent:

See paperwo[illegible]

# ORDER

☐ DISMISSAL ☐ With Prejudice ☐ Without Prejudice

This action is dismissed for the following reason:

☐ The plaintiff elected not to prosecute this action and has moved for dismissal

☐ Neither the plaintiff, nor the defendant appeared on the scheduled trial date.

☐ The plaintiff failed to appear on the scheduled trial date; the defendant did appear on that date and has moved to dismiss this action

☐ Other

☑ DISCONTINUANCE [G.S. 1A-1, Rule 4 (e)]

The defendant has never been served in this action, and more than ninety (90) days have elapsed since the last summons was issued.

☐ Continuance

The trial of this action is continued to the following date and time on motion of the

☐ Plaintiff

☐ Defendant

☐ Judge or Magistrate

☐ Other (Specify)

Date of New Trial

Time of New Trial ☐ AM ☐ PM

Date: Refer To Computer

Signature: [signature]

☐ Judge ☑ Magistrate

☐ Assistant CSC ☐ Clerk of Superior Court



Bates No. 5039 P- 004180

**STATE OF NORTH CAROLINA**

TAX ID 56-6000560

MECKLENB G County

File No. 67 CVM

In The General Court Of Justice
District Court Division-Small Claims

Plaintiff

HOUSING AUTHORITY

VERSUS

Defendant(s)

DIANE COOPER

MECKLENBURG COUNTY
FILED # 69
JAN 19 1998
AT ___ O'CLOCK ___ M
BY ___ CLERK OF SUPERIOR COURT

# MAGISTRATE SUMMONS

☐ Alias and Pluries Summons. The summons originally issued against you was returned not served. (Disregard this section unless the block is checked.)

G.S. 7A-217, 232; 1A-1, Rule 4

Date Last Summons Issued

TO:

Name And Address Of First Defendant

DIANE COOPER
206-D GREEN [illegible] S COURT #29
CHARLOTTE, NC 2[illegible] 17

TO:

Name And Address Of Second Defendant

5718

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court | Date Of Trial | Time Of Trial ☐ AM ☐ PM |
|---|---|---|
| 700 E. Trade St. Room 102 | 1-23-98 | 9:00 X |

Name And Address Of Plaintiff Or Plaintiff's Attorney

CEDARKNOLL APARTMENTS
304 Green Meadows Court
CHARLOTTE, N. C. 28210

Date Issued: 1-09-98

Signature: Jennifer F. Hammer

☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

X

5

APA

AOC-CVM-100
Rev. 6/87

(Over)





008131

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

Date Served | Name Of Defendant

[ ] By delivering to the defendant named above a copy of the summons and complaint.

[ ] By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

[ ] As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

[ ] Other manner of service (specify)

[ ] Defendant WAS NOT served for the following reason:

### DEFENDANT 2

Date Served | Name Of Defendant

[ ] By delivering to the defendant named above a copy of the summons and complaint.

[ ] By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

[ ] As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

[ ] Other manner of service (specify)

[ ] Defendant WAS NOT served for the following reason:

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

[X] Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| 1-12-98 | DIANE COOPER |

*Address Of Premises Where Posted*

266 D GREEN NEEDLES CT.

| Service Fee Paid | Date Received | Name Of Sheriff |
|---|---|---|
| $ | 1-7-98 | JIM PENDERGRAPH |
| By | Date Of Return | County |
| | 1-12-98 | Meck |

Deputy Sheriff Making Return

[signature]

AOC-CVG-100, Side Two
Rev. 6/87



Bates No. 5641 004182

67

File No.

# COMPLAINT IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232; Ch. 42, Art. 3

**STATE OF NORTH CAROLINA**

Mecklenburg County

In The General Court Of Justice
District Court Division-Small Claims

Name And Address Of Plaintiff

Housing Authority
Cedarknoll
304 Green Needles Court
Charlotte, NC 28217

Social Security No./Taxpayer ID No.
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

County: Mecklenburg
Telephone No.: 336-5297

**VERSUS**

Name And Address Of First Defendant

Diane Cooper
206-D Green Needles Court #29
Charlotte, NC 28217

County: Meck.
Telephone No.:

Name And Address Of Second Defendant

County:
Telephone No.:

Name And Address Of Plaintiff's Attorney Or Agent

CEDARKNOLL APARTMENTS
304 Green Needles Court
CHARLOTTE, N. C. 28210

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

Description Of Premises (Include Location)
206-C Green Needles Court-A 4 units bldg. in Cedarknoll

| Rate Of Rent | | Date Rent Due | Date Lease Ended | Type Of Lease |
|---|---|---|---|---|
| $ 249.00 per | [X] Month [ ] Week | 12-1-97 | 12-26-97 | [ ] Oral [X] Written |

3. [X] The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint.

[ ] The lease period ended on the above date and the defendant is holding over after the end of the lease period.

[ ] The defendant breached the condition of the lease described below for which re-entry is specified.

Description Of Breach

The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

4. The defendant owes the plaintiff for the following:

Description Of Any Property Damage

| Amount Of Damage | Amount Of Rent Past Due | Total Amount |
|---|---|---|
| $ | $ 249.00 | $303.00 |

15.00 L/C
39.00 Court

I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgment plus interest and reimbursement for court costs.

Date | Signature Of Plaintiff/Attorney/Agent

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint.

Date | Signature

AOC-CVM-201
Rev. 10/93

(Over)



Bates No. 5042

PC - 004183

File No. 98CVM27602

Film No. 98-291-364

Judgment Docket Book And Page No. 533-84

**STATE OF NORTH CAROLINA**

Mecklenburg County

In The General Court Of Justice
District Court Division-Small Claims

# JUDGMENT IN ACTION FOR SUMMARY EJECTMENT

G.S. 7A-210(2), 7A-224, 42-30

Name And Address Of Plaintiff
Sandlewood Apts
7102 Snow Ln
Charlotte NC 28227

Social Security No./Taxpayer ID No.

County: Mecklenburg
Telephone No.: 536-3131

VERSUS

Name And Address Of First Defendant
Diane Cooper
7129 A Snow Ln
Charlotte NC 28227

County: Mecklenburg
Telephone No.

Name And Address Of Second Defendant

County
Telephone No.

Name And Address Of Plaintiff's Attorney
Sandlewood Apts
Snow Ln
Charlotte NC

AOC-CVM-401
Rev. 1/98

This action was tried before the undersigned on the cause stated in the complaint. The record shows that the defendant was given proper notice of the nature of the action and the date, time and location of trial.

## FINDINGS

The Court finds that:

- [x] the plaintiff has proved the case by the greater weight of the evidence.
- [ ] the plaintiff has failed to prove the case by the greater weight of the evidence.
- the defendant(s) [ ] was [x] was not present at trial.
- [ ] Other:

## ORDER

It is ORDERED that:

- [x] the defendant(s) be removed from and the plaintiff be put in possession of the premises described in the complaint.
- [ ] this action be dismissed with prejudice.
- [ ] this action be dismissed with prejudice because the defendant tendered the rent due and the court costs of this action.
- [ ] the plaintiff recover rent of the defendant(s) at the rate listed below, plus damages in the amount indicated. The plaintiff is also entitled to interest on the total principal sum from this date until the judgment is paid.
- [ ] Other: *(specify)*

- [ ] Costs of this action are taxed to the [ ] plaintiff [x] defendant.

FILED
1998 NOV -3 PM 12:48

| Rate Of Rent | Amount Of Rent Owed To Date |
|---|---|
| $ 510 per [x] Mo. [ ] Wk. | $ 1,530.00 |
| Amount Of Other Damages | $ 30.00 |
| TOTAL AMOUNT | $ 560.00 |

[x] Judgment Announced And Signed In Open Court

Date: 11-2-98
Signature Of Magistrate: Johanna Henderson

Name Of Party Announcing Appeal In Open Court

## CERTIFICATION

NOTE: To be used when magistrate does not announce and sign this Judgment in open court at the conclusion of the trial.

I certify that this Judgment has been served on each party named by depositing a copy in a post-paid properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal Service.

Date | Signature Of Magistrate


Bates No. 5643
PC - 004175

File No. 271600

# COMPLAINT IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232; Ch. 42, Art. 3 and 7

**STATE OF NORTH CAROLINA**

Mecklenburg County

In The General Court Of Justice
District Court Division-Small Claims

Name And Address Of Plaintiff
SANDLEWOOD
7100 SNOW LANE
CHARLOTTE, NC 28227

Social Security No./Taxpayer ID No. 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
County Mecklenburg
Telephone No. 536-3934

VERSUS

Name And Address Of First Defendant
Diane Cooper
7129A Snow Ln.
Charlotte, N.C. 28227
County Mecklenburg
Telephone No.

Name And Address Of Second Defendant

County
Telephone No.

Name And Address Of Plaintiff's Attorney Or Agent
SANDLEWOOD
7100 SNOW LANE
CHARLOTTE, NC 28227

1. The defendant is a resident of the county named above.
2. The defendant entered into possession of premises described below as a lessee of plaintiff.

Description Of Premises (Include Location): 7129A Snow Ln., Charlotte, N.C. 28227

☐ Conventional ☐ Public Housing ☐ Section 8

Rate Of Rent: $ 630.00 per ☐ Month ☐ Week
Date Rent Due: 10/1/98
Date Lease Ended:
Type Of Lease: ☐ Oral ☒ Written

3. ☐ The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint.
☐ The lease period ended on the above date and the defendant is holding over after the end of the lease period.
☒ The defendant breached the condition of the lease described below for which re-entry is specified.
☐ Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below.

Description Of Breach/Criminal Activity (give names, dates, places and illegal activity)
NON-payment of r[illegible]

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.
5. The defendant owes the plaintiff the following:

Description Of Any Property Damage

Amount Of Damage (If Known): $
Amount Of Rent Past Due: $ 630.00
Total Amount Due: $ 630.00 + C.C.

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgment plus interest and reimbursement for court costs.

Date: 10/19/98
Signature Of Plaintiff Atty/Agent: Melina Foster

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint.

Date: 10/19/98
Melina Foster

AOC-CVM-201, Rev. 1/98
© 1998 Administrative Office of the Courts

(Over)

**STATE OF NORTH CAROLINA**

Mecklenburg County

File No. 98 CVM

In The General Court Of Justice
District Court Division Small Claims

Plaintiff(s)
SANDLEWOOD
7100 SNOW LANE
CHARLOTTE, NC 28227

VERSUS

Defendant(s)
Diane Cooper

# MAGISTRATE SUMMONS

☐ ALIAS AND PLURIES SUMMONS

G.S. 7A-217, -232; 1A-1, Rule 4

Date Last Summons Issued

TO:

Name And Address Of Defendant 1

Diane Cooper
7141 Snow Ln.
Charlotte, NC 28227

TO:

Name And Address Of Defendant 2

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified date, time and location of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court at any time before the time set for trial. Whether or not you file an answer, the plaintiff must prove the claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Date of Trial | Time Of Trial ☐ AM ☐ PM | Location Of Court |
|---|---|---|
| 11-2-98 | 9:00 x | 700 E Trade St Room 102 |

Name And Address Of Plaintiff Or Plaintiff's Attorney
SANDLEWOOD
7100 SNOW LANE
CHARLOTTE, NC 28227

Date Issued
10-19-98

Signature
x Jeanne J. Parrish

☐ Deputy CSC ☐ Assistant CSC ☐ Clerk

A2A

AOC-CVM-100, Rev. 3/96
© 1998 Administrative Office of the Courts

(Over)

STATE OF NORTH CAROLINA

Mecklenburg County

98 CVM 22600

In The General Court Of Justice
District Court Division Small Claims

Plaintiff(s)
SANDI LEWOOD
7100 SNOW LANE
CHARLOTTE, NC 28227

VERSUS

Defendant(s)
Diane Cooper

# MAGISTRATE SUMMONS

☐ ALIAS AND PLURIES SUMMONS

G.S. 7A-217, -232; 1A-1, Rule 4

Date Last Summons Issued

TO:
Name And Address Of Defendant 1
Diane Cooper
7100 Snow Ln.
Charlotte, NC 28227

TO:
Name And Address Of Defendant 2

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified date, time and location of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court at any time before the time set for trial. Whether or not you file an answer, the plaintiff must prove the claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

Date of Trial: 11-2-98
Time Of Trial: 9:00 ☒ AM ☐ PM
Location Of Court: 700 E Trade St Room 122

Name And Address Of Plaintiff Or Plaintiff's Attorney
SANDI LEWOOD
7100 SNOW LANE
CHARLOTTE, NC 28227

Date Issued: 10-19-98

Signature: Joanne G. Brown

☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

A2A

AOC-CVM-100, Rev. 3/98

© 1998 Administrative Office of the Courts



Bates No. 5646

DC004178

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|
| | |

[ ] By delivering to the defendant named above a copy of the summons and complaint.

[ ] By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

[ ] As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)

[ ] Other manner of service: *(specify)*

[ ] Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|
| | |

[ ] By delivering to the defendant named above a copy of the summons and complaint.

[ ] By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

[ ] As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)

[ ] Other manner of service: *(specify)*

[ ] Defendant WAS NOT served for the following reason:

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

[ ] Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| 10/26/98 1090 | Diane Cooper |

Address Of Premises Where Posted: 7124 [illegible] Ln A

| Service Fee | Date Received | Name Of Sheriff |
|---|---|---|
| $ | 10/23/98 | Jim Pendergraph |
| Pd. | Date Of Return: 10/26/98 | County: Meck |
| | | Deputy Sheriff Making Return: [illegible] |

AOC-CVM-100, Rev. 3/98
© 1998 Administrative Office of the Courts



Bates No. 5047

PC004179

File No. 98CVM27602

Film No. 98-291-364

Judgment Docket Book And Page No. 533-84

# JUDGMENT IN ACTION FOR SUMMARY EJECTMENT

G.S. 7A-210(2), 7A-224, 42-30

Name And Address Of Plaintiff
Sandlewood Apts
[illegible] Snow Ln
Charlotte NC 28227

Social Security No./Taxpayer ID No.

| County | Telephone No. |
|---|---|
| Mecklenburg | 536-[illegible] |

VERSUS

Name And Address Of First Defendant
Diane Cooper
[illegible] Snow Ln
Charlotte NC 28227

| County | Telephone No. |
|---|---|
| Mecklenburg | |

Name And Address Of Second Defendant

| County | Telephone No. |
|---|---|
| | |

Name And Address Of Plaintiff's Attorney
Sandlewood Apts
[illegible] Snow Ln
Charlotte NC [illegible]

AOC-CVM-401
Rev. 1/96

## STATE OF NORTH CAROLINA

Mecklenburg County

In The General Court Of Justice
District Court Division-Small Claims

This action was tried before the undersigned on the cause stated in the complaint. The record shows that the defendant was given proper notice of the nature of the action and the date, time and location of trial.

### FINDINGS

The Court finds that:

- [x] the plaintiff has proved the case by the greater weight of the evidence.
- [ ] the plaintiff has failed to prove the case by the greater weight of the evidence.
- the defendant(s) [ ] was [x] was not present at trial.
- [ ] Other:

### ORDER

It is ORDERED that:

- [x] the defendant(s) be removed from and the plaintiff be put in possession of the premises described in the complaint.
- [ ] this action be dismissed with prejudice.
- [ ] this action be dismissed with prejudice because the defendant tendered the rent due and the court costs of this action.
- [ ] the plaintiff recover rent of the defendant(s) at the rate listed below, plus damages in the amount indicated. The plaintiff is also entitled to interest on the total principal sum from this date until the judgment is paid.
- [ ] Other: *(specify)*

[ ] Costs of this action are taxed to the [ ] plaintiff [x] defendant.

FILED 98 NOV -3 PM 12:48

| Rate Of Rent | Amount Of Rent Owed To Date |
|---|---|
| $ 610 per [x] Mo. [ ] Wk. | $ 1[illegible] 00 |
| Amount Of Other Damages | $ 30 00 |
| TOTAL AMOUNT | $ [illegible] |

[x] Judgment Announced And Signed In Open Court

| Date | Signature Of Magistrate |
|---|---|
| 11-2-98 | Adrianna Henderson |

Name Of Party Announcing Appeal In Open Court

### CERTIFICATION

NOTE: To be [illegible] when magistrate does not announce and sign the judgment in open court at the conclusion of the trial.

I certify that this Judgment has been served on each party named by depositing a copy in a post paid properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal Service.

Date | Signature Of Magistrate



Bates No. 5648

PC - 004175

File No. 271600

STATE OF NORTH CAROLINA

Mecklenburg County

In The General Court Of Justice
District Court Division-Small Claims

# COMPLAINT IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232; Ch. 42, Art. 3 and 7

Name And Address Of Plaintiff
SANDLEWOOD
7100 SNOW LANE
CHARLOTTE, NC 28227

Social Security No./Taxpayer ID No.: 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

County: Mecklenburg | Telephone No.: 536-3934

VERSUS

Name And Address Of First Defendant
Diane Cooper
7129A Snow LN.
Charlotte, NC 28227

County: Mecklenburg | Telephone No.:

Name And Address Of Second Defendant

County: | Telephone No.:

Name And Address Of Plaintiff's Attorney Or Agent
SANDLEWOOD
7100 SNOW LANE
CHARLOTTE, NC 2822?

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

Description Of Premises (Include Location): 7129A Snow Ln., Charlotte, N.C. 28227

☐ Conventional ☐ Public Housing ☐ Section 8

Rate Of Rent: $ 630.00 per ☐ Month ☐ Week | Date Rent Due: 10/1/98 | Date Lease Ended: | Type Of Lease: ☐ Oral ☑ Written

3. ☐ The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint.

☐ The lease period ended on the above date and the defendant is holding over after the end of the lease period.

☑ The defendant breached the condition of the lease described below for which re-entry is specified.

☐ Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below.

Description Of Breach/Criminal Activity (give names, dates, places and illegal activity)
NON-payment of r[illegible]

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

5. The defendant owes the plaintiff the following:

Description Of Any Property Damage

Amount Of Damage (If Known): $ | Amount Of Rent Past Due: $ 630.00 | Total Amount Due: $ 630.00 + C.C.

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgment plus interest and reimbursement for court costs.

Date: 10/19/98 | Signature Of Plaintiff Atty./Agent: Melina Foster

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint.

Date: 10/19/98 | Melina Foster

STATE OF NORTH CAROLINA

Mecklenburg County

In The General Court Of Justice
District Court Division Small Claims

98 CVM

Plaintiff(s)
SANDLEWOOD
7100 SNOW LANE
CHARLOTTE NC 28227

VERSUS

Defendant(s)
Diane Cooper

# MAGISTRATE SUMMONS

☐ ALIAS AND PLURIES SUMMONS

G.S. 7A-217, -232; 1A-1, Rule 4

Date Last Summons Issued

TO:
Name And Address Of Defendant 1
Diane Cooper
7100 Snow Ln.
Charlotte, NC 28227

TO:
Name And Address Of Defendant 2

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified date, time and location of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court at any time before the time set for trial. Whether or not you file an answer, the plaintiff must prove the claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Date of Trial | Time Of Trial | Location Of Court |
|---|---|---|
| 11-2-98 | 9:00 ☐ AM ☐ PM | 700 E Trade St Room 102 |

Name And Address Of Plaintiff Or Plaintiff's Attorney
SANDLEWOOD
7100 SNOW LANE
CHARLOTTE, NC 28227

Date Issued
10-19-98

Signature
Janice J. Peoples
☐ Deputy CSC ☐ Assistant CSC ☐ Clerk

A2A

AOC-CVM-100, Rev. 3/96
© 1998 Administrative Office of the Courts

(Over)

STATE OF NORTH CAROLINA

Mecklenburg County

98 CVM 22600

In The General Court Of Justice
District Court Division Small Claims

Plaintiff(s)
SANDLEWOOD
7100 SNOW LANE
CHARLOTTE, NC 28227

VERSUS

Defendant(s)
Diane Cooper

## MAGISTRATE SUMMONS

☐ ALIAS AND PLURIES SUMMONS

G.S. 7A-217, -232; 1A-1, Rule 4

Date Last Summons Issued

TO:
Name And Address Of Defendant 1
Diane Cooper
7129 Snow Ln.
Charlotte, NC 28227

TO:
Name And Address Of Defendant 2

**A Small Claim Action Has Been Commenced Against You!**

You are notified to appear before the magistrate at the specified date, time and location of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court at any time before the time set for trial. Whether or not you file an answer, the plaintiff must prove the claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

Date of Trial: 11-2-98
Time Of Trial: 9:00 ☒ AM ☐ PM
Location Of Court: 700 E Trade St Room 122

Name And Address Of Plaintiff Or Plaintiff's Attorney
SANDLEWOOD
7100 SNOW LANE
CHARLOTTE, NC 28227

Date Issued: 10-19-98

Signature: Jeanne G. Brown

☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

A2A

AOC-CVM-100, Rev. 3/98

© 1998 Administrative Office of the Courts



Bates No. 5651

PC004178

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|
| | |

[ ] By delivering to the defendant named above a copy of the summons and complaint.

[ ] By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

[ ] As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)

[ ] Other manner of service: *(specify)*

[ ] Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|
| | |

[ ] By delivering to the defendant named above a copy of the summons and complaint.

[ ] By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

[ ] As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)

[ ] Other manner of service: *(specify)*

[ ] Defendant WAS NOT served for the following reason:

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

[ ] Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| 10/26/98 1090 | Diane Cooper |

Address Of Premises Where Posted: 7124 [illegible] Ln A

| Service Fee | Date Received | Name Of Sheriff |
|---|---|---|
| $ | 10/23/98 | [illegible] |
| By: | Date Of Return: 10/26/98 | County: Meck |
| | | Deputy Sheriff Making Return: [illegible] |

AOC-CVM-100, Rev. 3/98
© 1998 Administrative Office of the Courts

**STATE OF NORTH CAROLINA**

MECKLENBURG County

File No 99CVM 155

Film No 99-23-50

In the General Court of Justice
[X] Small Claims [ ] District [ ] Superior Court Division

Plaintiff

CHARLOTTE HOUSING AUTHORITY

VERSUS

Defendant

Diane Cooper

# NOTICE OF VOLUNTARY DISMISSAL

GS 1A-1, Rule 41

[ ] The plaintiff gives notice of voluntary dismissal in this case as to all of the defendants.

[X] The plaintiff gives notice of voluntary dismissal in this case only as to the defendants named below:

This case remains open as to defendants not listed above.

Date
01/25/99

Plaintiff or Attorney
C. Burris

AOC-CV-405
Rev 2-82

Original File Copy-Each Def Copy-Atty/Plf


Bates No. 5053 PC 004184

File No. 99CVM155

# COMPLAINT IN SUMMARY EJECTMENT

G S 7A-216, 7A-232, Ch 42, Art 3 and 7

**STATE OF NORTH CAROLINA**

Mecklenburg County

In The General Court Of Justice
District Court Division-Small Claims

Name And Address Of Plaintiff
Housing Authority (Cedarknoll)
304 Green Needle Court
Charlotte, NC 28217

Social Security No./Taxpayer ID No.
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

County: Mecklenburg
Telephone No.: 336-5297

**VERSUS**

Name And Address Of Defendant
Diane Cooper
206-D Green Needle Court
Charlotte, NC 28217

County: Mecklenubrg
Telephone No.:

Name And Address Of Second Defendant

County
Telephone No.

Name And Address Of Plaintiff's Attorney Or Agent

1. The defendant is a resident of the county named above.
2. The defendant entered into possession of premises described below as a lessee of plaintiff.

Description Of Premises (Include Location): 206-D Green Needle Court in Cedarknoll in Charlotte

☐ Conventional
☒ Public Housing
☐ Section 8

| Rate Of Rent | | Date Rent Due | Date Lease Ended | Type Of Lease |
|---|---|---|---|---|
| $ 210.00 | per ☒ Month ☐ Week | 12-1-98 | 12-25-98 | ☐ Oral ☒ Written |

3. ☒ The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint.
   ☐ The lease period ended on the above date and the defendant is holding over after the end of the lease period.
   ☐ The defendant breached the condition of the lease described below for which re-entry is specified.
   ☐ Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below.

Description Of Breach/Criminal Activity (give names, dates, places and illegal activity)

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.
5. The defendant owes the plaintiff the following:

Description Of Any Property Damage

| Amount Of Damage (If Known) | Amount Of Rent Past Due | Total Amount Due |
|---|---|---|
| $ | $ 406.00 + 45.00 late chrgs | $ 451.00 |

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgment plus interest and reimbursement for court costs.

Date: 1/7/99
Signature Of Plaintiff/Attorney/Agent: C. Burris

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint.

Date: 1/7/99
Signature: C. Burris

AOC-CVM-201
Rev. 10/95
© 1997 Administrative Office of the Courts


Bates No. 5054

**STATE OF NORTH CAROLINA**

TAX ID#56-6000560

Meck enburg County

File No. 99 CVM

In The General Court Of Justice
District Court Division-Small Claims

Plaintiff

Housing Authority

VERSUS

Defendant(s)

Diane Cooper

# MAGISTRATE SUMMONS

☐ **Alias and Pluries Summons.** The summons originally issued against you was returned not served. *(Disregard this section unless the block is checked.)*

G.S. 7A-217, 232; 1A-1, Rule 4

Date Last Summons Issued

**TO:**

Name And Address Of First Defendant

Diane Coop
206-D Gr eedle Court
Charlotte, N 28217

**TO:**

Name And Address Of Second Defendant

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court | Date Of Trial | Time Of Trial |
|---|---|---|
| 700 E. Trade St Room 102 | 1-25-99 | 9:00 ☒ AM ☐ PM |

Name And Address Of Plaintiff Or Plaintiff's Attorney

CEDARKNOLL APARTMENTS
304 Green Needles Court
CHARLOTTE, N. C. 28210

Date Issued: 1-8-99

Signature: [signature]

☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

A2A

AOC-CVM-100
Rev. 6/87

(Over)

©1997 Administrative Office of the Courts

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason :

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason :

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

☐ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| | |

*Address Of Premises Where Posted*

| Service Fee Paid<br>$ | Date Received | Name Of Sheriff |
|---|---|---|
| By | Date Of Return | County |
| AOC-CVM-100, Side Two<br>Rev. 6/87 | | Deputy Sheriff Making Return |

©1987 Administrative Office of the Courts



Bates No. 5056

PC 004187

**STATE OF NORTH CAROLINA**
TAX ID#56-6000560
Mecklenburg County

FILED #76
JAN 15 1999

File No. 99 CVM 155

In The General Court Of Justice
District Court Division-Small Claims

Plaintiff
Housing Authority

VERSUS

Defendant(s)
Diane Cooper

## MAGISTRATE SUMMONS

☐ Alias and Pluries Summons. The summons originally issued against you was returned not served.
(Disregard this section unless the block is checked.)

G.S. 7A-217, 232; 1A-1, Rule 4

Date Last Summons Issued

**TO:**
Name And Address Of First Defendant

Diane Cooper
206-D Green Needle Court
Charlotte, NC 28217

**TO:**
Name And Address Of Second Defendant

### A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court | Date Of Trial | Time Of Trial |
|---|---|---|
| 700 E. Trade St Room 102 | 1-25-99 | 9:00 ☒ AM ☐ PM |

Name And Address Of Plaintiff Or Plaintiff's Attorney
CEDAR KNOLL APARTMENTS
304 Green Needles Court
CHARLOTTE, N.C.

Date Issued
1-8-99

Signature
Joanne T. Palmer

☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

A2A
5

COPY MAILED
JAN 14 1999

AOC-CVM-100
Rev. 6/87

(Over)

©1997 Administrative Office of the Courts

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason :

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason :

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

☒ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| 1-14-99 1710 hrs | Diane Cooper |

*Address Of Premises Where Posted*

2016-D Green Needles Ct.

| Service Fee Paid | Date Received | Name Of Sheriff |
|---|---|---|
| $ | 1-12-99 | Jim Pendergraph |
| **By** | **Date Of Return** | **County** |
| | 1-14-99 | Mecklenburg |
| | | **Deputy Sheriff Making Return** |
| | | [signature] #718 |

AOC-CVM-100, Side Two
Rev. 6/87

©1987 Administrative Office of the Courts

**STATE OF NORTH CAROLINA**

MECKLENBURG County

File No 99CVM 155

Film No 99-23-50

In the General Court of Justice

[X] Small Claims [ ] District [ ] Superior Court Division

Plaintiff

CHARLOTTE HOUSING AUTHORITY

VERSUS

Defendant

Diane Cooper

# NOTICE OF VOLUNTARY DISMISSAL

GS 1A-1, Rule 41

[ ] The plaintiff gives notice of voluntary dismissal in this case as to all of the defendants.

[X] The plaintiff gives notice of voluntary dismissal in this case only as to the defendants named below:

This case remains open as to defendants not listed above.

Date

01/25/99

Plaintiff or Attorney

C. Burris

AOC-CV-405
Rev 2-82

Original File Copy-Each Def Copy-Atty/Plf



Bates No. 5059 PC 004184

File No. 99CvM 155

## COMPLAINT IN SUMMARY EJECTMENT

G S 7A-216, 7A-232, Ch 42, Art 3 and 7

## STATE OF NORTH CAROLINA

Mecklenburg County

In The General Court Of Justice
District Court Division-Small Claims

Name And Address Of Plaintiff
Housing Authority (Cedarknoll)
304 Green Needle Court
Charlotte, NC 28217

Social Security No./Taxpayer ID No.: 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

County: Mecklenburg | Telephone No.: 336-5297

**VERSUS**

Name And Address Of Defendant
Diane Cooper
206-D Green Needle Court
Charlotte, NC 28217

County: Mecklenubrg | Telephone No.:

Name And Address Of Second Defendant

County: | Telephone No.:

Name And Address Of Plaintiff's Attorney Or Agent

1. The defendant is a resident of the county named above.
2. The defendant entered into possession of premises described below as a lessee of plaintiff.

Description Of Premises (Include Location): 206-D Green Needle Court in Cedarknoll in Charlotte

☐ Conventional ☒ Public Housing ☐ Section 8

| Rate Of Rent | Date Rent Due | Date Lease Ended | Type Of Lease |
|---|---|---|---|
| $ 210.00 per ☒ Month ☐ Week | 12-1-98 | 12-25-98 | ☐ Oral ☒ Written |

3. ☒ The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint.
   ☐ The lease period ended on the above date and the defendant is holding over after the end of the lease period.
   ☐ The defendant breached the condition of the lease described below for which re-entry is specified.
   ☐ Criminal activity or other activity has occurred in violation of G S 42-63 as specified below.

Description Of Breach/Criminal Activity (give names, dates, places and illegal activity)

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.
5. The defendant owes the plaintiff the following:

Description Of Any Property Damage

| Amount Of Damage (If Known) | Amount Of Rent Past Due | Total Amount Due |
|---|---|---|
| $ | $ 406.00 + 45.00 late chrgs | $ 451.00 |

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgment plus interest and reimbursement for court costs.

Date: 1/7/99 | Signature Of Plaintiff/Attorney/Agent: C. Burris

### CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint.

Date: 1/7/99 | Signature: C. Burris

AOC-CVM-201
Rev. 10/95

© 1997 Administrative Office of the Courts

STATE OF NORTH CAROLINA

TAX ID#56-6000560

Meck enburg County

File No. 99 CVM

In The General Court Of Justice
District Court Division-Small Claims

Plaintiff

Housing Authority

VERSUS

Defendant(s)

Diane Cooper

# MAGISTRATE SUMMONS

☐ Alias and Pluries Summons. The summons originally issued against you was returned not served. (Disregard this section unless the block is checked.)

G.S. 7A-217, 232; 1A-1, Rule 4

Date Last Summons Issued

TO:

Name And Address Of First Defendant

Diane Coope
206-D Gr eedle Court
Charlotte, N 28217

TO:

Name And Address Of Second Defendant

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court | Date Of Trial | Time Of Trial |
|---|---|---|
| 700 E. Trade St Room 102 | 1-25-99 | 9:00 ☒ AM ☐ PM |

Name And Address Of Plaintiff Or Plaintiff's Attorney

CEDARKNOLL APARTMENTS
304 Green Needles Court
CHARLOTTE, N. C. 28210

Date Issued: 1-8-99

Signature: Joanne J. Pr[illegible]

☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

A2A

AOC-CVM-100
Rev. 6/87

(Over)

©1997 Administrative Office of the Courts



Bates No. 5061

PC004186

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason :

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason :

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

☐ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| | |

*Address Of Premises Where Posted*

| Service Fee Paid $ | Date Received | Name Of Sheriff |
|---|---|---|
| By | Date Of Return | County |
| AOC-CVM-100, Side Two Rev. 6/87 | | Deputy Sheriff Making Return |

©1987 Administrative Office of the Courts



Bates No. 5062

PC004187

**STATE OF NORTH CAROLINA**

TAX ID#56-6000560

Mecklenburg County

FILED #76 JAN 15 1999 AT ___ O'CLOCK CLERK OF SUPERIOR COURT

File No. 99 CVM 155

In The General Court Of Justice
District Court Division-Small Claims

# MAGISTRATE SUMMONS

Plaintiff: Housing Authority

VERSUS

Defendant(s): Diane Cooper

☐ Alias and Pluries Summons. The summons originally issued against you was returned not served. *(Disregard this section unless the block is checked.)*

G.S. 7A-217, 232; 1A-1, Rule 4

Date Last Summons Issued

TO: Name And Address Of First Defendant

Diane Cooper
206-D Green Needle Court
Charlotte, NC 28217

TO: Name And Address Of Second Defendant

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court | Date Of Trial | Time Of Trial |
|---|---|---|
| 700 E. Trade St Room 102 | 1-25-99 | 9:00 ☒ AM ☐ PM |

Name And Address Of Plaintiff Or Plaintiff's Attorney:
CEDAR KNOLL APTS
304 Green Needles Court
CHARLOTTE, N.C.

Date Issued: 1-8-99

Signature: Joanne J. Palmer

☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

A2A
5

COPY MAILED JAN 14 1999

AOC-CVM-100
Rev. 6/87

(Over)

©1997 Administrative Office of the Courts

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason :

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason :

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

☒ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| 1-14-99 1710 hrs | Diane Cooper |

*Address Of Premises Where Posted*

2016-D Green Needles Ct

| Service Fee Paid | Date Received | Name Of Sheriff |
|---|---|---|
| $ | 1-12-99 | Jim Pendergraph |
| **By** | **Date Of Return** | **County** |
| | 1-14-99 | Mecklenburg |
| | | **Deputy Sheriff Making Return** |
| | | [signature] #718 |

AOC-CVM-100, Side Two
Rev. 6/87

©1987 Administrative Office of the Courts



Bates No. 5064

PC004189

STATE OF NORTH CAROLINA

Mecklenburg County

File No 00 CVM 1621

Film No 05-46-327

In the General Court of Justice
[X] Small Claims [ ] District [ ] Superior Court Division

Plaintiff

Housing Authority

VERSUS

Defendant

Diane Cooper

# NOTICE OF VOLUNTARY DISMISSAL

GS 1A-1, Rule 41

[ ] The plaintiff gives notice of voluntary dismissal in this case as to all of the defendants.

[X] The plaintiff gives notice of voluntary dismissal in this case only as to the defendants named below.

Diane Cooper

This case remains open as to defendants not listed above.

Date 2/1/2000

Plaintiff or Attorney C Burns





AOC-CV-405
Rev. 2/83

Original-File Copy-Each Def Copy-Atty/Plf

File No. 0/621

# COMPLAINT IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232; Ch. 42, Art. 3 and 7

**STATE OF NORTH CAROLINA**

Mecklenburg County

In The General Court Of Justice
District Court Division-Small Claims

*Name And Address Of Plaintiff*
Charlotte Housing Authority
304 Green Needles Court
Charlotte, NC 28217

*Social Security No./Taxpayer ID No.* 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

*County* Meck. *Telephone No.* 336-5297

**VERSUS**

*Name And Address Of First Defendant*
Diane Cooper
206-D Green Needles Court
Charlotte, NC 28217

*County* Meck. *Telephone No.*

*Name And Address Of Second Defendant*

*County* *Telephone No.*

*Name And Address Of Plaintiff's Attorney Or Agent*

1. The defendant is a resident of the county named above.
2. The defendant entered into possession of premises described below as a lessee of plaintiff.

*Description Of Premises (Include Location)*
206-D Green Needles Court in Cedarknoll Community

☐ Conventional ☒ Public Housing ☐ Section 8

| Rate Of Rent | Date Rent Due | Date Lease Ended | Type Of Lease |
|---|---|---|---|
| $ 319.00 per ☒ Month ☐ Week | 12/01/99 | 12/28/99 | ☐ Oral ☒ Written |

3. ☒ The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint.
   ☐ The lease period ended on the above date and the defendant is holding over after the end of the lease period.
   ☐ The defendant breached the condition of the lease described below for which re-entry is specified.
   ☐ Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below.

*Description Of Breach/Criminal Activity (give names, dates, places and illegal activity)*

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.
5. The defendant owes the plaintiff the following:

*Description Of Any Property Damage*

| Amount Of Damage (If Known) | Amount Of Rent Past Due | Total Amount Due |
|---|---|---|
| $ | $ 319.00 15.00 late charge | $ 334.00 |

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgment plus interest and reimbursement for court costs.

*Date* 1/14/2000 *Signature Of Plaintiff/Attorney/Agent* C. Burris

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint.

*Date* 1/14/2000 *Signature* C. Burris

AOC-CVM-201, Rev. 1/98
© 1998 Administrative Office of the Courts

(Over)

STATE OF NORTH CAROLINA

56-6000560

Mecklenburg County

File No. 00 CVM

In The General Court Of Justice
District Court Division-Small Claims

Plaintiff(s)

Housing Authority of the City of Charlotte

VERSUS

Defendant(s)

Diane Cooper

# MAGISTRATE SUMMONS

☐ ALIAS AND PLURIES SUMMONS

G.S. 7A-217, -232; 1A-1, Rule 4

Date Last Summons Issued

TO:

Name And Address Of Defendant 1

Diane Cooper
206-D Green Needles Court
Charlotte, NC 28217

TO:

Name And Address Of Defendant 2

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified date, time and location of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court at any time before the time set for trial. Whether or not you file an answer, the plaintiff must prove the claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

Date of Trial: 2-1-2000

Time Of Trial: 9:00 ☒ AM ☐ PM

Location Of Court: 700 E. Trade St Room 104

Name And Address Of Plaintiff Or Plaintiff's Attorney

Legal Dept. 3-16M
CHA
P. O. Box 36795
Charlotte, NC 28236

Date Issued: 1-18-2000

Signature: Joanne J. Brown

☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

AHA

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

Date Served | Name Of Defendant

By delivering to the defendant named above a copy of the summons and complaint.

By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)

Other manner of service (specify)

Defendant WAS NOT served for the following reason:

### DEFENDANT 2

Date Served | Name Of Defendant

By delivering to the defendant named above a copy of the summons and complaint.

By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)

Other manner of service: (specify)

Defendant WAS NOT served for the following reason:

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
| --- | --- |
| Address Of Premises Where Posted | |

| Service Fee | Date Received | Name Of Sheriff |
| --- | --- | --- |
| $ | | |
| By | Date Of Return | County |
| | | Deputy Sheriff Making Return |



Case 3:12-cv-00327-MOC Document 77-3 Filed 12/22/14 Page 45 of 45
Bates No. 5068
PC 004092