# STATE OF NORTH CAROLINA

56-6000560

__Mecklenburg__ County

File No
DO CVM 1691

In The General Court Of Justice
District Court Division-Small Claims

| Plaintiff(s) | |
|---|---|
| **Housing Authority of the City of Charlotte** | **MAGISTRATE SUMMONS** |
| VERSUS | ☐ ALIAS AND PLURIES SUMMONS |

| Defendant(s) | |
|---|---|
| **Diane Cooper** | G.S. 7A-217, -232; 1A-1, Rule 4 |
| | Date Last Summons Issued |

TO:

Name And Address Of Defendant 1

Diane Cooper
206-D Green Needles Court
Charlotte, NC 28217

TO:

Name And Address Of Defendant 2

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified date, time and location of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court at any time before the time set for trial. Whether or not you file an answer, the plaintiff must prove the claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Date of Trial 2-1-2000 | Time Of Trial 9:00 ☒AM ☐PM | Location Of Court 700 E. Trade St Room 104 |
|---|---|---|

Name And Address Of Plaintiff Or Plaintiff's Attorney

Legal Dept.    3-16W
CHA
P. O. Box 36795
Charlotte, NC 28236

Date Issued 1-18-2000

Signature

☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court

A4A
5



COPY MAILED
JAN 21 2000
MECKLENBURG CO.

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

Date Served: 1-25-00 /w/o

Name Of Defendant: DEANE COOPER

By delivering to the defendant named above a copy of the summons and complaint.

→ B. leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With):

ROWEN MOORE AT 206 GREEN NEEDLES RD

Other manner of service: (specify)

Defendant WAS NOT served for the following reason:

### DEFENDANT 2

Name Of Defendant:

By delivering to the defendant named above a copy of the summons and complaint.

leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With):

Other manner of service: (specify)

Defendant WAS NOT served for the following reason:

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

Date Served:

Name(s) Of The Defendant(s) Served By Posting:

Address Of Premises Where Posted:

| Service Fee | Date Received | Name Of Sheriff |
|---|---|---|
| $ | 1-22-00 | JIM PENDERGRAPH |
| $ | Date Of Return 1-25-00 | County MECKLENBURG |
| | | Deputy Sheriff Making Return |

AOC CVM 100, Rev. 3-98
© 1998 Administrative Office of the Courts

Case 3:12-cv-00327-MOC    Document 73-70    Filed 12/22/14    Page 2 of 40 - 004094

# STATE OF NORTH CAROLINA

Mecklenburg County

File No. 66 CVM 1621
Agm No. 05-46-327

In the General Court of Justice
☑ Small Claims ☐ District ☐ Superior Court Division

**Plaintiff**

Housing Authority

VERSUS

**Defendant**

Diane Cooper

# NOTICE OF
# VOLUNTARY DISMISSAL

GS 1A-1, Rule 41

☐ The plaintiff gives notice of voluntary dismissal in this case as to all of the defendants.

☑ The plaintiff gives notice of voluntary dismissal in this case only as to the defendants named below:

Diane Cooper

This case remains open as to defendants not listed above.

Date 2/1/2000

Plaintiff or Attorney  Burns

Case 3:12-cv-00327-MOC   Document 75-1   Filed 12/22/14   Page 3 of 40   004089

AOC-CV-405
Rev. 2/93

Original File   Copy-Each Def   Copy-Atty/Plf

**File No.** 0/621

## STATE OF NORTH CAROLINA

Mecklenburg County

In The General Court Of Justice
District Court Division-Small Claims

### COMPLAINT IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232; Ch. 42, Art. 3 and 7

1. The defendant is a resident of the county named above.
2. The defendant entered into possession of premises described below as a lessee of plaintiff.

**Name And Address Of Plaintiff**

Charlotte Housing Authority
304 Green Needles Court
Charlotte, NC 28217

**Social Security No./Taxpayer ID No.**

56-6000560

| County | Telephone No. |
|---|---|
| Meck. | 336-5297 |

**VERSUS**

**Name And Address Of First Defendant**

Diane Cooper
206-D Green Needles Court
Charlotte, NC 28217

| County | Telephone No. |
|---|---|
| Meck. | |

**Name And Address Of Second Defendant**

| County | Telephone No. |
|---|---|

**Name And Address Of Plaintiff's Attorney Or Agent**

**Description Of Premises (Include Location)**

206-D Green Needles Court in Cedarknoll Community

| Rate Of Rent | | Date Rent Due | Date Lease Ended | Type Of Lease |
|---|---|---|---|---|
| $ 319.00  per ☒ Month ☐ Week | | 12/01/99 | 12/28/99 | ☐ Oral ☒ Written |

☐ Conventional
☒ Public Housing
☐ Section 8

3. ☒ The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint.

☐ The lease period ended on the above date and the defendant is holding over after the end of the lease period.

☐ The defendant breached the condition of the lease described below for which re-entry is specified.

☐ Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below.

**Description Of Breach/Criminal Activity (give names, dates, places and illegal activity)**

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

5. The defendant owes the plaintiff the following:

**Description Of Any Property Damage**

| Amount Of Damage (If Known) | Amount Of Rent Past Due | Total Amount Due |
|---|---|---|
| $ | $ 319.00   15.00 late charge | $ 334.00 |

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgment plus interest and reimbursement for court costs.

| Date | Signature Of Plaintiff/Attorney/Agent |
|---|---|
| 1/14/2000 | C. Burris |

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint.

| Date | Signature |
|---|---|
| 1/14/2000 | C. Burris |

AOC-CVM-201, Rev. 1/98
© 1998 Administrative Office of the Courts

(Over)

Bates No. 3072

# STATE OF NORTH CAROLINA

56-6000560

__Mecklenburg__ County

File No
DB Cum

In The General Court Of Justice
District Court Division-Small Claims

Plaintiff(s)

__Housing Authority of the City of Charlotte__

VERSUS

Defendant(s)

__Diane Cooper__

## MAGISTRATE SUMMONS

☐ ALIAS AND PLURIES SUMMONS

G.S. 7A-217, -232; 1A-1, Rule 4

Date Last Summons Issued

TO:

Name And Address Of Defendant 1

Diane Cooper
206-D Green Needles Court
Charlotte, NC 28217

TO:

Name And Address Of Defendant 2

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified date, time and location of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court at any time before the time set for trial. Whether or not you file an answer, the plaintiff must prove the claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Date of Trial | Time Of Trial | | Location Of Court |
|---|---|---|---|
| 2-1-2000 | 9:00 | ☒ AM ☐ PM | 700 E. Trade St Room 104 |

Name And Address Of Plaintiff Or Plaintiff's Attorney

Legal Dept. 3-16N
CHA
P. O. Box 36795
Charlotte, NC 28236

Date Issued

1-18-2000

Signature
Jeanne J. Brown

☒ Deputy CSC    ☐ Assistant CSC    ☐ Clerk Of Superior Court

A4A

Case 3:12-cv-00327-MOC    Document 77-4    Filed 12/22/14    Page 5 of 40    Bates No. 00073    HA 004091

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows

### DEFENDANT 1

| | |
|---|---|
| Date | Name Of Defendant |

☐ By delivering to the defendant named above a copy of the summons and complaint

☐ By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below

*Name And Address Of Person With Whom Copy Left. If Corporation, Give Title Of Person Copy Left With*

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| | |
|---|---|
| Date | Name Of Defendant |

☐ By delivering to the defendant named above a copy of the summons and complaint

☐ By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below

*Name And Address Of Person With Whom Copy Left. If Corporation, Give Title Of Person Copy Left With.*

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| | |

*Address Of Premises Where Posted*

| Service Fee | Date Received | Name Of Sheriff |
|---|---|---|
| $ | | |
| By | Date Of Return | County |
| | | Deputy Sheriff Making Return |

Case 3:12-cv-00327-MOC    Document 77-4    Filed 12/22/14    Page 6 of 40    PG1004092
Bates No. 5074



# STATE OF NORTH CAROLINA

56-6000560

___Mecklenburg___ County

**File No** ___DD CVM 1691___

In The General Court Of Justice
District Court Division-Small Claims

Plaintiff(s)

Housing Authority of the City of Charlotte

**VERSUS**

Defendant(s)

Diane Cooper

# MAGISTRATE SUMMONS

☐ **ALIAS AND PLURIES SUMMONS**

G.S. 7A-217, -232; 1A-1, Rule 4

Date Last Summons Issued

TO:

Name And Address Of Defendant 1

Diane Cooper
206-D Green Needles Court
Charlotte, NC 28217

TO:

Name And Address Of Defendant 2

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified date, time and location of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court at any time before the time set for trial. Whether or not you file an answer, the plaintiff must prove the claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

Date of Trial **2-1-2000**  Time Of Trial **9:00** ☒ AM ☐ PM  Location Of Court **700 E. Trade St Room 104**

Name And Address Of Plaintiff Or Plaintiff's Attorney

Legal Dept.   3-16N
CHA
P. O. Box 36795
Charlotte, NC 28236

Date Issued **1-18-2000**

Signature _Joanne J. Brown_

☒ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court

A4A
5

COPY MAILED

JAN 2 1 2000

MECKLENBURG CO.

AOC-CVM-100, Rev. 3/98
© 1998 Administrative Office of the Courts
(Over)

Case 3:12-cv-00327-MOC   Document 73-4   Filed 12/22/14   Page 7 of 40

Bates No. 5075
- 004093

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

Date Served: 1-25-00 /ω0

Name Of Defendant: DEANE COOPER

By delivering to the defendant named above a copy of the summons and complaint.

✓ By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copy Left (if Corporation, Give Title Of Person Copy Left With):

ROWAN MOORE AT 206 GREEN NEEDLES ED

Other manner of service (specify).

Defendant WAS NOT served for the following reason:

### DEFENDANT 2

Name Of Defendant:

By delivering to the defendant named above a copy of the summons and complaint.

By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copy Left (if Corporation, Give Title Of Person Copy Left With):

Other manner of service (specify).

Defendant WAS NOT served for the following reason:

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

Date Served: 

Name(s) Of The Defendant(s) Served By Posting:

Address Of Premises Where Posted:

| Service Fee | Date Received | Name Of Sheriff |
|---|---|---|
| $ | 1-22-00 | JIM PENDERGRAPH |
| #: | Date Of Return | County |
| | 1-25-00 | MECKLENBURG |
| | | Deputy Sheriff Making Return |

Case 3:12-cv-00327-MOC   Document 73-476   Filed 12/22/14   Page 8 of 40 - 004094

**File No.** 00 CVM 22605

**Film No.** 2000-248-328

Judgment Docket Book And Page No.

## JUDGMENT IN ACTION FOR SUMMARY EJECTMENT

G.S. 7A-210(2), 7A-224; 42-30

**Name And Address Of Plaintiff**

Housing Authority of the City of Char.
304 Green Needles Court
Char. NC 28217

**Social Security No./Taxpayer ID No.**
56-6000560

**County** Meck.      **Telephone No.**

### VERSUS

**Name And Address Of Defendant 1**

Diane Cooper
206-D Green Needles Court
Char. NC 28217

**County** Meck.      **Telephone No.**

**Name And Address Of Defendant 2**

**County**      **Telephone No.**

**Name And Address Of Plaintiff's Attorney**

---

## STATE OF NORTH CAROLINA

Meck. County

**FILED**

In The General Court Of Justice
District Court Division-Small Claims

This action was tried before the undersigned on the cause stated in the complaint. The record shows that the defendant was given proper notice of the nature of the action and the date, time and location of trial.

### FINDINGS

The Court finds that:

1. ☑ a. the plaintiff has proved the case by the greater weight of the evidence.
   ☐ b. the plaintiff has failed to prove the case by the greater weight of the evidence.
2. the defendant(s) ☐ was ☑ was not present at trial.
3. ☐ a. there is no dispute as to the amount of rent in arrears and the amount is $ 437.30
   ☑ b. there is an actual dispute as to the amount of rent in arrears. The defendant(s) claims the amount of rent in arrears is $ _____, and this amount is the undisputed amount of rent in arrears.
4. Other:

### ORDER

It is ORDERED that:

1. the defendant(s) be removed from and the plaintiff be put in possession of the premises described in the complaint.
2. this action be dismissed with prejudice.
3. this action be dismissed with prejudice because the defendant tendered the rent due and the court costs of this action.
4. the plaintiff recover rent of the defendant at the rate listed below, plus damages in the amount indicated. The plaintiff is also entitled to interest on the total principal sum from this date until the judgment is paid.
5. Other (specify):

6. Costs of this action are taxed to the ☑ plaintiff ☐ defendant.

**Rate Of Rent** $259.00      **Amount Of Rent In Arrears Known To Date** $437.30

**Amount Of Other Damages** $

**TOTAL AMOUNT** ▶ $

☐ Judgment Announced And Signed In Open Court

**Date** 8/24/00      **Signature Of Magistrate**

**Name Of Party Announcing Appeal In Open Court**

### CERTIFICATION

NOTE: To be used when magistrate does not announce and sign this Judgment in open court at the conclusion of the trial. I certify that this Judgment has been served on each party named by depositing a copy in a post-paid properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal Service.

**Date**      **Signature Of Magistrate**

Case 3:12-cv-00327-MOC    Document 73-47    Filed 12/22/14    Page 9 of 40      PC - 004095

# COMPLAINT
# IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232; Ch. 42, Art. 3 and 7

## STATE OF NORTH CAROLINA

In The General Court Of Justice
District Court Division-Small Claims

__Mecklenburg__ County

**Name And Address Of Plaintiff**

Housing Authority of the City of Char.
304 Green Needles Court
Charlotte, NC 28217

**Social Security No./Taxpayer ID No.**
XXXXXXXX 56-6000560

| County | Telephone No. |
|---|---|
| Meck. | 336-5297 |

**VERSUS**

**Name And Address Of First Defendant**

Diane Cooper
206-D Green Needles Court
Charlotte, NC 28217

| County | Telephone No. |
|---|---|
| Meck. | |

**Name And Address Of Second Defendant**

| County | Telephone No. |
|---|---|

**Name And Address Of Plaintiff's Attorney Or Agent**

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

**Description Of Premises (Include Location)**
XXXXXXX 206-D Green Needles Court Cedarknoll Community in Charlotte

☐ Conventional
☒ Public Housing
☐ Section 8

| Rate Of Rent | | Date Rent Due | Date Lease Ended | Type Of Lease |
|---|---|---|---|---|
| $ 259.00 ☒ Month ☐ Week per | | 07/01/00 | 07/26/00 | ☐ Oral ☒ Written |

3. ☒ The defendant failed to pay the rent du____ ____above date and the plaintiff made demand for the rent and waited the 10-day grace period before ____ he complaint.

☐ The lease period ended on the above date and the defendant is holding over after the end of the lease period.

☐ The defendant breached the condition of the lease described below for which re-entry is specified.

☐ Criminal activity or other activity has occurr__ __violation of __. 42-63 as specified below.

**Description Of Breach/Criminal Activity (give names, dates, places and illegal activity)**

4. The plaintiff has demanded possession of __e premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immedi__ possession.

5. The defendant owes the plaintiff the following

**Description Of Any Property Damage**

| Amount Of Damage (If Known) | Amount Of Rent Past Due | Total Amount Due |
|---|---|---|
| $ | $ 256.00 15.00 late chg. | $ 271.00 |

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgment plus interest and reimbursement for court costs.

| Date | Signature Of Plaintiff/Attorney/Agent |
|---|---|
| 07/10/00 | C. Burris |

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint.

| Date | Signature |
|---|---|
| 07/10/00 | C. Burris |

AOC-CVM-201, Rev. 1/93
© 1993 Administrative Office of the Courts

Case 3:12-cv-00327-MOC   Document 77478 Filed 12/22/14   Page 10 of 40   PC - 004096

# STATE OF NORTH CAROLINA

56-6000560

_____Mecklenbur_____ County

Plaintiff(s)

Housing Authority of the City of Charlotte

## MAGISTRATE SUMMONS

☐ ALIAS AND PLURIES SUMMONS

VERSUS

Defendant(s)

Diane Cooper

G.S. _____

Date Last Summons Issued

**TO:**

Name And Address Of Defendant

Diane Cooper
206-D Green____es Court
Charlotte, __. 17

**TO**

Name And Address Of D____

FILED # 69

### A Small Claim Action Has Been Commenced Against You

You are notified to appear before the magistrate at the specified date, time and location of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court at any time before the time set for trial. Whether or not you file an answer, the plaintiff must prove the claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

Date of Trial 8-31-00     Time Of Trial 9:05 X ☐ AM ☐ PM     at 400 E. Trade St Room 108

Name And Address Of Plaintiff Or Plaintiff's Attorney

Housing Authority of the City of Charlotte
Legal Dept.
P. O. Box 36795
Charlotte, NC 28236

Date 8-11-00

_____ Jessie T. Brown

☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court

A48

000332

ZEE000

COUNTY
FILE
5-17
D
**COPY MAILED**
AUG 15 2000
MECKLENBURG COUNTY
SHERIFF'S OFFICE

AOC-CVM-100, Rev. 3/98
© 1998 Administrative Office of the Courts

(Over)

Bates No. 0004097

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint

☐ By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)*

☐ Other manner of service: *(specify)*.

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint

☐ By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)*

☐ Other manner of service: *(specify)*.

☐ Defendant WAS NOT served for the following reason:

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| 8-10-00  10⁰⁰ | DUANE COOPER |
| *Address Of Premises Where Posted* | 200 GREEN NEEDLES CD |

| Service Fee | Date Received | Name Of Sheriff |
|---|---|---|
| $ | 8-14-00 | JIM PENDERGRAPH |
|  | Date Of Return 8-16-00 | County  MECKLENBURG |
|  |  | Deputy Sheriff Making Return |

Case 3:12-cv-00327-MOC   Document 77-480   Filed 12/22/14   Page 12 of 40
Bates No. 5680   DC4004098

File No.

**00 CVM 22605**

Film No.

**2000-248-328**

Judgment Docket Book And Page No.

## JUDGMENT
## IN ACTION FOR
## SUMMARY EJECTMENT

G.S. 7A-210(2), 7A-224; 42-30

Name And Address Of Plaintiff

Housing Authority of the City of Char.
304 Green Needles Court
Char. NC 28217

Social Security No./Taxpayer ID No.

56-6000560

County

Meck.

Telephone No.

### VERSUS

Name And Address Of Defendant 1

Diane Cooper
206-D Green Needles Court
Char. NC 28217

County

Meck

Telephone No.

Name And Address Of Defendant 2

County

Telephone No.

Name And Address Of Plaintiff's Attorney

---

STATE OF NORTH CAROLINA

**Meck.** County

FILED

In The General Court Of Justice
District Court Division-Small Claims

This action was tried before the undersigned on the cause stated in the complaint. The record shows that the defendant was given proper notice of the nature of the action and the date, time and location of trial.

### FINDINGS

The Court finds that:

1. ☑ a. the plaintiff has proved the case by the greater weight of the evidence.
   ☐ b. the plaintiff has failed to prove the case by the greater weight of the evidence.
2. the defendant(s) ☐ was ☑ was not present at trial.
3. ☐ a. there is no dispute as to the amount of rent in arrears and the amount is $ **437.30**
   ☑ b. there is an actual dispute as to the amount of rent in arrears. The defendant(s) claims the amount of rent in arrears is $ _____, and this amount is the undisputed amount of rent in arrears.
4. Other:

### ORDER

It is ORDERED that:

1. the defendant(s) be removed from and the plaintiff be put in possession of the premises described in the complaint.
2. this action be dismissed with prejudice.
3. this action be dismissed with prejudice because the defendant tendered the rent due and the court costs of this action.
4. the plaintiff recover rent of the defendant(s) at the rate listed below, plus damages in the amount indicated. The plaintiff is also entitled to interest on the total principal sum from this date until the judgment is paid.
5. Other (specify):

6. Costs of this action are taxed to the ☑ plaintiff ☐ defendant.

Rate Of Rent

**$259.00** mo.

Amt. Of Rent In Arrears Known To Court

**$437.30**

Amount Of Other Damages $

**TOTAL AMOUNT** ▶ $

☐ Judgment Announced And Signed In Open Court

Date **8/24/00**   Signature Of Magistrate

Name Of Party Announcing Appeal In Open Court

### CERTIFICATION

NOTE: To be used when magistrate does not announce and sign this Judgment in open court at the conclusion of the trial. I certify that this Judgment has been served on each party named by depositing a copy in a post-paid properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal Service.

Date   Signature Of Magistrate

Case 3:12-cv-00327-MOC   Document 77-6681   Filed 12/22/14   Page 13 of 40   PC - 004095

## COMPLAINT IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232; Ch. 42, Art. 3 and 7

**File No.** 72405

**STATE OF NORTH CAROLINA**

Mecklenburg County

In The General Court Of Justice
District Court Division-Small Claims

**Name And Address Of Plaintiff**

Housing Authority of the City of Char.
304 Green Needles Court
Charlotte, NC 28217

**Social Security No./Taxpayer ID No.**
XXXXXXXXX 56-6000560

| County | Telephone No. |
|---|---|
| Meck. | 336-5297 |

**VERSUS**

**Name And Address Of First Defendant**

Diane Cooper
206-D Green Needles Court
Charlotte, NC 28217

| County | Telephone No. |
|---|---|
| Meck. | |

**Name And Address Of Second Defendant**

| County | Telephone No. |
|---|---|

**Name And Address Of Plaintiff's Attorney Or Agent**

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

**Description Of Premises (Include Location)**
XXXXXXX 206-D Green Needles Court Cedarknoll Community in Charlotte

☐ Conventional
☒ Public Housing
☐ Section 8

| Rate Of Rent | | Date Rent Due | Date Lease Ended | Type Of Lease |
|---|---|---|---|---|
| $ 259.00 per ☒ Month ☐ Week | | 07/01/00 | 07/26/00 | ☐ Oral ☒ Written |

3. ☒ The defendant failed to pay the rent due            above date and the plaintiff made demand for the rent and waited the 10-day grace period before      the complaint.

☐ The lease period ended on the above date and the defendant is holding over after the end of the lease period.

☐ The defendant breached the condition of the lease described below for which re-entry is specified.

☐ Criminal activity or other activity has occurr     violation of    5. 42-63 as specified below.

**Description Of Breach/Criminal Activity (give names, dates, places and illegal activity)**

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

5. The defendant owes the plaintiff the following

**Description Of Any Property Damage**

| Amount Of Damage (if known) | Amount Of Rent Past Due | Total Amount Due |
|---|---|---|
| $ | $ 256.00   15.00 late chg. | $ 271.00 |

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgment plus interest and reimbursement for court costs.

| Date | Signature Of Plaintiff/Attorney/Agent |
|---|---|
| 07/10/00 | C. Burns |

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint.

| Date | Signature |
|---|---|
| 07/10/00 | C. Burns |

AOC-CVM-201, Rev. 1/93
© 1993 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

56-6000560

_____Mecklenbur_____ County

In The General Court Of Justice
District Court Division Small Claims

**Plaintiff(s)**

Housing Authority of the City of Charlotte

**VERSUS**

**Defendant(s)**

Diane Cooper

## MAGISTRATE SUMMONS

☐ ALIAS AND PLURIES SUMMONS

G.S. 7A-217, 232; 1A-1, Rule 4

Date Last Summons Issued

TO:

**Name And Address Of Defendant**

Diane Cooper
206-D Green____es Court
Charlotte, __ __7

TO

Name And Address Of D____

FILED #69

## A Small Claim Action Has Been Commenced Against You

You are notified to appear before the magistrate at the specified date, time and location of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court at any time before the time set for trial. Whether or not you file an answer, the plaintiff must prove the claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Date Of Trial | Time Of Trial | |
|---|---|---|
| 8-21-00 | 9:05 ☒ AM ☐ PM | at 400 E. Trade St Room 704 |

**Name And Address Of Plaintiff Or Plaintiff's Attorney**

Housing Authority of the City of Charlotte
Legal Dept.
P. O. Box 36795
Charlotte, NC 28236

Date __ __

8-11-00

____ J. Brown

☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court

A48

ZEE000

000332

COUNTY
FILE
8-17

**COPY MAILED**

**AUG 15 2000**

MECKLENBURG COUNTY
SHERIFF'S OFFICE

AOC-CVM-100, Rev. 3/98
© 1998 Administrative Office of the Courts

(Over)

Case 3:12-cv-00327-MOC   Document 77-83   Filed 12/22/14   Page 15 of 40
Bates No. 6683   PC 004097

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint

☐ By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)*

☐ Other manner of service: *(specify)*.

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint

☐ By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)*

☐ Other manner of service: *(specify)*.

☐ Defendant WAS NOT served for the following reason:

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

Service was made by mailing by first class mail a copy of the summons and complaint to the Defendant(s) and by posting a copy of the summons and complaint at the following premises

| Date Served | 8-10-00  10⁴⁰ | Name(s) Of The Defendant(s) Served By Posting | DEANE Cooper |
|---|---|---|---|

Address Of Premises Where Posted: 200 GREEN NEEKES CD

| Service Fee | Date Received 8-14-00 | Name Of Sheriff | JIM PENDERGRAPH |
|---|---|---|---|
| $ | Date Of Return 8-16-00 | County | MECKLENBURG |

Deputy Sheriff Making Return

Case 3:12-cv-00327-MOC   Document 77-484   Filed 12/22/14   Page 16 of 40

Bates No. 5684

DC4004098

AOC CVM 100 Rev 3/98
1998 Administrative Office of the Courts

File No. _OICND 13719_

# LEAD DOCUMENT FOR
# MICROFILMING

## MICROFILM AUDIT TRAIL

| Date Filmed | Description | Film No. |
|---|---|---|
| 4-2-01 | 2001-300-155 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

AOC-G-113, Rev. 7/99
© 1999 Administrative Office of the Courts

Case 3:12-cv-00327-MOC Document 77-85 Filed 12/22/14 Page 17 of 40  Bates No. 6685  004099

AAL
R0013282

NORTH CAROLINA

MECKLENBURG COUNTY

IN THE GENERAL COUR OF JUSTICE

DISTRICT COURT DIVISION

TILE NO. 01 CVD 137: '

FORD MOTOR CREDIT C MPANY
    Plaintiff

vs.

DIANE M. CC EF
EDWIN D. COOPER
    Defendants

**DEFAULT JUDGMENT**

That whereas it has been made to appear to the undersigned Clerk of Superior Court of MECKLENBURG Count, that a complaint, verified or upon affidavit, was filed and summons was issued in this action, and said summons, together with a copy of said complaint, was served on the Defendants;

And it further appearing to the Court that no answer, motion to dismiss, or pleading has been filed by the Defendants, and that no extension of time to file pleadings has been granted, and that the time for pleading or otherwise defending expired;

And it further appearing to the Court that the default of Defendants has been entered according to the Rules of Civil Procedure. Upon the request of the Plaintiff, Judgment is hereby entered against the Defendants in pursuance of the prayer of said verified complaint or affidavit.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Plaintiff have and recover of the Defendants the amount of $3,413.83, with interest thereon at 17.75% per annum from August 07, 2000 until Judgment, and interest at 8% per annum from the date of Judgment until paid in full, reasonable attorney's fees in the amount of $512.07, and costs.

This the _17_ day of _September_ 2001.

_____
Assistant Clerk of Superior Court

This communication is from a debt collector. The purpose of this communication is to collect a debt.

Bates No. 5086    FMC004100

# STATE OF NORTH CAROLINA

_____ County

**Name Of Plaintiff**

## VERSUS

**Name Of Defendant**

File No
**01-CvD-13719**

In The General Court Of Justice

☐ Small Claims  ☑ District  ☐ Superior Court Division

## CIVIL BILL OF COSTS

G.S. 7A-305

**ADVANCE COSTS:**

**General Court Of Justice Fee**

District: Magistrate .......................$33

District: Judge. .............................$44

Superior: All Civil Cases.............................$59

**Facilities Fee** Magistra $12, District Superior $16

To

| | District Court | | Superior Court | Cumulative Total |
|---|---|---|---|---|
| | Magistrate | Judge | | |
| **TOTAL ADVANCE COSTS**...................... | | | | 60.00 |
| **ADDITIONAL EXPENSES:** | | | | |
| **Process Fee**  $5 each process | | | | |
| To: | | | | 10.00 |
| **Other Sheriff's Fees** - See G.S. 7A 311(a)(3)-(5) | | | | |
| To: | | | | |
| To: | | | | |
| **Witness Fee** - $5 day or fraction thereof, plus travel expenses | | | | |
| To: | | | | |
| **Expert Witness Fee** - As set by the Judge | | | | |
| To: | | | | |
| **Certified Mail Or Service By Publication Cost** | | | | |
| To: | | | | |
| **Transcript** - Costs on Appeal | | | | |
| To: | | | | |
| **Other Fees**  As set by the Judge (e.g., G.A.L. fee, interpreter's fee, premium on prosecution bond, costs of blood test to determine parentage, etc.) | | | | |
| To | | | | |
| To. | | | | |
| To: | | | | |
| To: | | | | |
| **Counsel Fee** - As set by the Judge | | | | |
| To | | | | 512.07 |
| **TOTAL ADDITIONAL COSTS**................... | | | | |
| **TOTAL COSTS AND ADDITIONAL CHARGES**............. | | | | 582.07 |

Case 3:12-cv-00327-MOC   Document 7 5487  Filed 12/22/14   Page 19 of 40 004101

**To Be Paid By:** ☐ Plaintiff  ☐ Defendant  ☐ Per Judgment    Dale  9-17-01   Prepared By

AOC-CV-382, Rev. 7 2000, © 2000 Administrative Office of the Courts    (Over)

File No.

## In The General Court Of Justice
## District Court Division-Small Claims

# CIVIL BILL OF COSTS
# SMALL CLAIMS

G.S. 7A-305

Name Of Plaintiff

**VERSUS**

Name Of Defendant

|  | Magistrate |
|---|---|
| General Court Of Justice Fee | $33 |
| Facilities Fee | $12 |
| Process Fee - $5 each process |  |
| To: |  |
| To: |  |
| To: |  |
| TOTAL COSTS |  |

| Date | Prepared By |
|---|---|
|  |  |

**NOTE**: *Use this Bill of Costs only for Small Claims Actions (including Summary Ejections) finally disposed of before the Magistrate.*

AOC-CV-352, Side Two, Rev. 7/2000
© 2000 Administrative Office of the Courts

Bates No. 5088

AAL
R0013282

NORTH CAROLINA

MECKLENBURG COUNTY

IN THE GENERAL COURT OF JUSTICE

DISTRICT COURT DIVISION

FILE NO. 01 CVD 13719

FORD MOTOR CREDIT COMPANY
    Plaintiff

    vs.

DIANE M. COOPER
EDWIN D. COOPER
    Defendants

ENTRY OF DEFAULT

SEP 17 2001

That whereas it has been made to appear to the undersigned Clerk of Superior Court of MECKLENBURG County, upon affidavit or otherwise, that the Defendants failed to plead and that the defaulting Defendants are neither in the state of infancy nor in the state of incompetency.

And that the Defendants are otherwise subject to default judgment as provided by the Rules of Civil Procedure.

Now, therefore, Default is hereby entered against the Defendants in this action as provided by Rule 55(a) of the Rules of Civil Procedure.

This the 17 day of September 2001.

_____
Assistant Clerk of Superior Court

This communication is from a debt collector. The purpose of this communication is to collect a debt.

Case 3:12-cv-00327-MOC    Document 77-89    Filed 12/22/14    Page 21 of 40    Bates No. 5089    FMC 004103

MH
R0013282
NORTH CAROLINA

MECKLENBURG COUNTY

IN THE GENERAL COURT OF JUSTICE

DISTRICT COURT DIVISION

FILE NO.

FORD MOTOR CREDIT COMPANY
    Plaintiff

    vs.                          **AFFIDAVIT OF CLAIM**

DIANE M. COOPER
EDWIN D. COOPER
    Defendant )

The undersigned, being duly sworn, states the following:

1. I am a collection specialist with FORD MOTOR CREDIT COMPANY , a foreign corporation authorized do o business in the State of North Carolina.

2. I am familiar with the books and records of Plaintiff, and the books and records pertaining to the account which is the subject matter of this action are kept under my supervision and control, are kept in the normal course of business, and the entries made in those records are made at or near the time that the transactions reflected in those records occur.

3. The books and records of the Plaintiff indicate that the account of **DIANE M. COOPER EDWIN D. COOPER** has a deficiency balance which is past due in the amount of **$3,413.83**.

4. To the best of my knowledge and belief, **DIANE M. COOPER EDWIN D. COOPER** is/are citizen(s) and resident(s) of Mecklenburg County, North Carolina and is/are neither infant(s) nor incompetent(s).

_____
Affiant

Sworn to and subscribed before me this the
_____ day of _____, 2001.

_____
Notary Public
My Commission Expires:_____

OFFICIAL SEAL
TRACY L. PHILLIPS
NOTARY PUBLIC - STATE OF ARIZONA
MARICOPA COUNTY
My Comm. Expires Dec 25 2004

This communication is from a debt collector. The purpose of this communication is to collect a debt.

AAL
R0013282
NORTH CAROLINA

IN THE GENERAL COURT OF JUSTICE

MECKLENBURG COUNTY

DISTRICT COURT DIVISION

FILE NO 01 CVD 13719

SEP 17 2001

FORD MOTOR CREDIT COMPANY
    Plaintiff

vs.

MOTION FOR ENTRY OF DEFAULT
AND DEFAULT JUDGMENT

DIANE M. COOPER
EDWIN D. COOPER
    Defendants

NOW COMES Plaintiff, by and through counsel, pursuant to Rule 55 of the Rules of Civil Procedure, and moves the Court for Entry of Default and Default Judgment, and shows unto the Court that the Defendants have been served with the summons and complaint and have failed to answer within the time provided therefore.

Pedro Zabala, II
of SMITH DEBNAM NARRON
WYCHE STORY & MYERS, LLP
Post Office Drawer 26268
Raleigh, North Carolina 27611
Telephone: (919) 250-2000

This communication is from a debt collector. The purpose of this communication is to collect a debt.

Case 3:12-cv-00327-MOC    Document 77-4    Filed 12/22/14    Page 23 of 40
Bates No. 5091
PC4004105

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

File No. 01 CVD 13719

In the General Court of Justice
[ ] District [ ] Superior Court Division

Name of Plaintiff
FORD MOTOR CREDIT COMPANY

VERSUS

Name of Defendant
DIANE M. COOPER EDWIN D. COOPER

SEP 17 2001

**COURT ACTION COVER SHEET**

Rule 5, Rules of Practice for Superior and District Courts

Does this Court Action complete this litigation?   [XX] [ ]      [ ] No

| Type of Claim or Motion (For each claim or motion acted on enter code for type of Claim or Motion from list on reverse side; if OTHR describe) | DATE FILED | CLAIM OR MOTION ACTED ON By (Identify Party) | Against (Identify Party) | COURT ACTION ACTION (Enter code for Type of Court Action from list on reverse.) | DATE |
|---|---|---|---|---|---|
| MODF | | [XX] A   PLAINTIFF | [XX] All DEFENDANT | | |
| DFRJ | | [XX] All PLAINTIFF | [XX] All DEFENDANT | | |
| | | [ ] All | [ ] All | | |
| | | [ ] All | [ ] All | | |
| | | [ ] All | [ ] All | | |
| | | [ ] All | [ ] All | | |
| | | [ ] All | [ ] All | | |
| | | [ ] All | [ ] All | | |
| | | [ ] All | [ ] All | | |
| | | [ ] All | [ ] All | | |
| | | [ ] All | [ ] All | | |
| | | [ ] All | [ ] All | | |
| | | [ ] All | [ ] All | | |
| | | [ ] All | [ ] All | | |
| | | [ ] All | [ ] All | | |
| | | [ ] All | [ ] All | | |
| | | [ ] All | [ ] All | | |

| Date of Motion  9-7-01 | Signature of Attorney/Party |
|---|---|

**NOTE:**   All papers filed in civil actions, special proceedings and estates shall include as the first page of the filing a coversheet summarizing the critical elements of the filing in a format prescribed by the Administrative Office of the Courts. The Clerk of Superior Court shall require a party to refile any paper which does not include the required cover sheet.

AOC-CV-753
New 10/96

# STATE OF NORTH CAROLINA

01CVO13719

_____ County

MECKLENBURG

In The General Court Of Justice
☐ District  ☐ Superior Court Division
                                  x

**CIVIL SUMMONS**

*Name Of Plaintiff*

*Address*  FORD MOTOR CREDIT COMPANY

*City, State, Zip*  c/o SMITH DEBNAM NARRON
WYCHE STORY & MYERS, LLP
P. O. Drawer 26268
Raleigh, VERSUS Carolina 27611

☐ and Pluries Summons

G.S. 1A 1, Rules 3, 4

*Date Last Summons issued*

*Name Of Defendant(s)*

DIANE M. COOPER
EDWIN D. COOPER

## To Each Of The Defendant(s) Named Below:

*Name And Address Of Defendant 1*

Diane M. Cooper
916 Dedmon Dr.
Charlotte, NC 28216

SS# 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
PH# 704/393-1956

*Name And Address Of Defendant 2*

## A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint

*Name And Address Of Plaintiff's Attorney (If None, Address Of Plaintiff)*

c/o SMITH DEBNAM NARRON
WYCHE STORY & MYERS, L.L.P.
P. O. Drawer 26268
Raleigh, North Carolina 27611

ENDORSEMENT 3282  MH

*Date Issued* 7-16-01  *Time* 3.00  ☐ AM  ☒ PM

*Signature*

*Date Of Endorsement*  *Time*  ☐ AM  ☐ PM

*Signature*

☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court

This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended thirty (30) days

**NOTE TO PARTIES:** Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $15,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

Date Served: 8/7/01 ⓒ1905    Name Of Defendant: Diane Cooper

☑ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

Date Served: 8/7/01 ⓒ1905    Name Of Defendant: Edwin Cooper

☐ By delivering to the defendant named above a copy of the summons and complaint.

☑ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

Diane Cooper 916 Dedmon

Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason.

| Service Fee Paid | Date Received 7/18/01 | Name Of Sheriff Jim Pendergraph |
| Paid By | Date Of Return 8/8/01 | County eck |
| | | Deputy Sheriff Making Return D. Carr 777 |

Rev. 4/96
1997 Administrative Office of the Court

Case 3:12-cv-00327-MOC   Document 77-4   Filed 12/22/14   Page 26 of 40
Bates No. 5094   PL- 004108

The Defendants are further notified by service of summons and this Complaint that they have five (5) days from such date within which to pay the outstanding principal balance claimed due herein plus accrued interest without incurring liability for reasonable attorney's fees.

WHEREFORE, Plaintiff demand Judgment against the Defendants in the amount of $3,413.83, with interest at 1.75% per annum from August 07, 2000, until the date of judgment and interest thereafter at 8% per annum until paid in full, reasonable attorney's fees in the amount of $512.07, and costs.

Pedro Zabala, I
SMITH DEBNAM N
WYCHE STORY & MYERS, LLP
P. O. Box 26268
Raleigh, NC 27611
Telephone (919) 250-2000

This communication is from a debt collector. The purpose of this communication is to collect a debt.

Bates No. 5095    P 40 004109

File No. __OICWD 13719__

# LEAD DOCUMENT FOR
# MICROFILMING

MICROFILM AUDIT TRAIL

| Date Filmed | Description | Film No. |
|---|---|---|
| 4-2-01 | 2001-300-155 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

AOC-G-113, Rev. 7/99
© 1999 Administrative Office of the Courts

Bates No. 5696   004099

AAL
R0013282

NORTH CAROLINA

MECKLENBURG COUNTY

IN THE GENERAL COUR  OF JUSTICE

DISTRICT COURT DIVISION

FILE NO. 01 CVD 137 .

FORD MOTOR CREDIT C MPANY
    Plaintiff

vs.

**DEFAULT JUDGMENT**

DIANE M. CO  EF
EDWIN D. COOPER
    Defendants

That whereas it has been made to appear to the undersigned Clerk of Superior Court of MECKLENBURG Count; that a complaint, verified or upon affidavit, was filed and summons was issued in this action, and said summons, together with a copy of said complaint, was served on the Defendants;

And it further appearing to the Court that no answer, motion to dismiss, or pleading has been filed by the Defendants, and that no extension of time to file pleadings has been granted, and that the time for pleading or otherwise defending expired;

And it further appearing to the Court that the default of Defendants has been entered according to the Rules of Civil Procedure. Upon the request of the Plaintiff, Judgment is hereby entered against the Defendants in pursuance of the prayer of said verified complaint or affidavit.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Plaintiff have and recover of the Defendants the amount of $3,413.83, with interest thereon at 17.75% per annum from August 07, 2000 until Judgment, and interest at 8% per annum from the date of Judgment until paid in full, reasonable attorney's fees in the amount of $512.07, and costs.

This the _11_ day of _September_ 2001.

_____
Assistant Clerk of Superior Court

This communication is from a debt collector. The purpose of this communication is to collect a debt.

Bates No. 5097    FMC004100

# STATE OF NORTH CAROLINA

_____ County

File No
01-CvD-13719

☐ Small Claims ☑ District ☐ Superior Court Division

In The General Court Of Justice

**Name Of Plaintiff**

**VERSUS**

**Name Of Defendant**

## CIVIL BILL OF COSTS

G.S. 7A-305

**ADVANCE COSTS:**

**General Court Of Justice Fee**

District:    Magistrate ........................$33

District:    Judge. ...........................$44

Superior:    All Civil Cases.....................$59

**Facilities Fee** Magistrate $12, District Superior $16

To:

| | District Court | | Superior Court | Cumulative Total |
|---|---|---|---|---|
| | Magistrate | Judge | | |
| **TOTAL ADVANCE COSTS**............................▶ | | | | 60.00 |
| **ADDITIONAL EXPENSES:** | | | | |
| **Process Fee**  $5 each process To: | | | | 10.00 |
| **Other Sheriff's Fees** - See G.S. 7A 311(a)(3)-(5) To: To: | | | | |
| **Witness Fee** - $5 day or fraction thereof, plus travel expenses To: | | | | |
| **Expert Witness Fee** - As set by the Judge To: | | | | |
| **Certified Mail Or Service By Publication Cost** To: | | | | |
| **Transcript** - Costs on Appeal To: | | | | |
| **Other Fees**  As set by the Judge (e.g., G.A.L. fee, interpreter's fee, premium on prosecution bond, costs of blood test to determine parentage, etc.) To: To: To: To: | | | | |
| **Counsel Fee** - As set by the Judge To: | | | | 512.07 |
| **TOTAL ADDITIONAL COSTS**............................▶ | | | | |
| **TOTAL COSTS AND ADDITIONAL CHARGES**............▶ | | | | 582.07 |

Case 3:12-cv-00327-MOC   Document 7 5498   Filed 12/22/14   Page 30 of 40   004101

**To Be Paid By:** ☐ Plaintiff  ☐ Defendant  ☐ Per Judgment

Date Prepared  9-17-01

AOC-CV-382, Rev. 7 2000, © 2000 Administrative Office of the Courts    (Over)

File No.

In The General Court Of Justice
District Court Division Small Claims

# CIVIL BILL OF COSTS
# SMALL CLAIMS

G.S. 7A-305

Name Of Plaintiff

**VERSUS**

Name Of Defendant

| | Magistrate |
|---|---|
| **General Court Of Justice Fee** | $33 |
| **Facilities Fee** | $12 |
| **Process Fee -** $5 each process | |
| To: | |
| To: | |
| To: | |
| **TOTAL COSTS** | |

Date

Prepared By

**NOTE**: Use this Bill of Costs only for Small Claims Actions (including Summary Ejections) finally disposed of before the Magistrate.

AOC-CV-382, Side Two, Rev. 7/2000
© 2000 Administrative Office of the Courts

AAL
R0013282

NORTH CAROLINA

MECKLENBURG COUNTY

FORD MOTOR CREDIT COMPANY
     Plaintiff

     vs.

DIANE M. COOPER
EDWIN D. COOPER
     Defendants

IN THE GENERAL COURT OF JUSTICE

DISTRICT COURT DIVISION

FILE NO. 01 CVD 13719



SEP. 17 2001

ENTRY OF DEFAULT

That whereas it has been made to appear to the undersigned Clerk of Superior Court of MECKLENBURG County, upon affidavit or otherwise, that the Defendants failed to plead and that the defaulting Defendants are neither in the state of infancy nor in the state of incompetency.

And that the Defendants are otherwise subject to default judgment as provided by the Rules of Civil Procedure.

Now, therefore, Default is hereby entered against the Defendants in this action as provided by Rule 55(a) of the Rules of Civil Procedure.

This the _17_ day of September 2001.

_____
Assistant Clerk of Superior Court

This communication is from a debt collector. The purpose of this communication is to collect a debt.

Bates No. 5100   P 40 004103

MH
R0013282
NORTH CAROLINA

MECKLENBURG COUNTY

IN THE GENERAL COURT OF JUSTICE

DISTRICT COURT DIVISION

FILE NO.

FORD MOTOR CREDIT COMPANY
    Plaintiff

    vs.                    **AFFIDAVIT OF CLAIM**

DIANE M. COOPER
EDWIN D. COOPER
    Defendant )

The undersigned, being duly sworn, states the following:

1. I am a collection specialist with FORD MOTOR CREDIT COMPANY , a foreign corporation authorized do o business in the State of North Carolina.

2. I am familiar with the books and records of Plaintiff, and the books and records pertaining to the account which is the subject matter of this action are kept under my supervision and control, are kept in the normal course of business, and the entries made in those records are made at or near the time that the transactions reflected in those records occur.

3. The books and records of the Plaintiff indicate that the account of **DIANE M. COOPER EDWIN D. COOPER** has a deficiency balance which is past due in the amount of **$3,413.83**.

4. To the best of my knowledge and belief, **DIANE M. COOPER EDWIN D. COOPER** is/are citizen(s) and resident(s) of Mecklenburg County, North Carolina and is/are neither infant(s) nor incompetent(s).

_____
Affiant


Sworn to and subscribed before me this the
_____ day of _____, 2001.

_____
Notary Public
My Commission Expires:_____

OFFICIAL SEAL
TRACY L. PHILLIPS
NOTARY PUBLIC - STATE OF ARIZONA
MARICOPA COUNTY
My Comm Expires Dec 26 2004

This communication is from a debt collector. The purpose of this communication is to collect a debt.

Bates No. 5101    FMC004104

AAL
R0013282
NORTH CAROLINA

MECKLENBURG COUNT_

FORD MOTOR CREDIT COMPANY
    Plaintiff

vs.

DIANE M. CC __
EDWIN D. COOPER
    Defendants

IN THE ___NERAL COURT OF JUSTICE

DISTRICT COURT DIVISION

FILE NO 01 CVD 13719

SEP. 17 2001

MOTION FOR ENTRY OF DEFAULT
AND DEF__ JUDGMENT

NOW COMES Plaintiff, by and through counsel pursuant to Rule 55 of the Rules of Civil Procedure, and moves the Court for Entry of Default and Default Judgment, and shows unto the Court that the Defendants have been served with the summons and complaint and have failed to answer within the time provided therefore.

Pedro Zabala, II
of SMITH DEBNAM NARRON
WYCHE STORY & MYERS, LLP
Post Office Drawer 26268
Raleigh, North Carolina 27611
Telephone: (919) 250-2000

This communication is from a debt collector. The purpose of this communication is to collect a debt.

Case 3:12-cv-00327-MOC    Document 77-102    Filed 12/22/14    Page 34 of 40
Bates No. 5102    PC4004105

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

File No. 01 CVD 13719

In the General Court of Justice
[X] District [ ] Superior Court Division

Name of Plaintiff
FORD MOTOR CREDIT COMPANY

VERSUS

Name of Defendant
DIANE M. COOPER EDWIN D. COOPER

SEP 17 2001

COURT ACTION COVER SHEET

Rule Civ. Rules of Practice for Superior and District Courts

Does this Court Action complete this litigation?  [XX] [ ] No

| Type of Claim or Motion (For each claim or motion acted on enter code for type of Claim or Motion from list on reverse side; if OTHR describe) | DATE FILED | CLAIM OR MOTION ACTED ON | | COURT ACTION | |
|---|---|---|---|---|---|
| | | By (Identify Party) | Against (Identify Party) | ACTION (Enter code for Type of Court Action from list on reverse.) | DATE |
| SODF | | [XX] A  PLAINTIFF | [XX] All DEFENDANT | | |
| DEFJ | | [XX] All PLAINTIFF | [XX] All DEFENDANT | | |
| | | [ ] All | [ ] All | | |
| | | [ ] All | [ ] All | | |
| | | [ ] All | [ ] All | | |
| | | [ ] All | [ ] All | | |
| | | [ ] All | [ ] All | | |
| | | [ ] All | [ ] All | | |
| | | [ ] All | [ ] All | | |
| | | [ ] All | [ ] All | | |
| | | [ ] All | [ ] All | | |
| | | [ ] All | [ ] All | | |
| | | [ ] All | [ ] All | | |
| | | [ ] All | [ ] All | | |
| | | [ ] All | [ ] All | | |
| | | [ ] All | [ ] All | | |
| | | [ ] All | [ ] All | | |

| Date of Motion 9-7-01 | Signature of Attorney/Party |
|---|---|

NOTE: All papers filed in civil actions, special proceedings and estates shall include as the first page of the filing a cover sheet summarizing the critical elements of the filing in a format prescribed by the Administrative Office of the Courts. The Clerk of Superior Court shall require a party to refile any paper which does not include the required cover sheet.

AOC-CV-753
New 10/96

Bates No. 5103    FMCC 004106

# STATE OF NORTH CAROLINA

_____ _____ County

MECKLENBURG

File No. **01CV013719**

In The General Court Of Justice
☐ District ☐ Superior Court Division
x

| | |
|---|---|
| *Name Of Plaintiff* | **CIVIL SUMMONS** |
| *Address* FORD MOTOR CREDIT COMPANY | |
| c/o SMITH DEBNAM NARRON | |
| *City, State, Zip* WYCHE STORY & MYERS, LLP | |
| P. O. Drawer 26268 | |
| Raleigh, VERSUS Carolina 27611 | G.S. 1A 1, Rules 3, 4 |

*Name Of Defendant(s)*

☐ and Pluries Summons

*Date Last Summons Issued*

DIANE M. COOPER
EDWIN D. COOPER

## To Each Of The Defendant(s) Named Below:

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
|---|---|
| Diane M. Cooper    SS# 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 | |
| 916 Dedmon Dr.     PH# 704/393-1956 | |
| Charlotte, NC 28216 | |

## A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (If None, Address Of Plaintiff) | Date Issued 7-16-01    Time 3.00    AM ☑ PM |
|---|---|
| | Signature |
| c/o SMITH DEBNAM NARRON | |
| WYCHE STORY & MYERS, L.L.P. | |
| P. O. Drawer 26268 | |
| Raleigh, North Carolina 27611 | Date Of Endorsement    Time    ☐ AM ☐ PM |
| ENDORSEMENT 3282    MH | |

This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended thirty (30) days

Signature

☐ Deputy CSC    ☐ Assistant CSC    ☐ Clerk Of Superior Court

**NOTE TO PARTIES:** Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $15,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory

Bates No. 5104    0-004107

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

Date Served: 8/7/01 "1905  Name Of Defendant: Diane Cooper

☑ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with):

Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

Date Served: 8/7/01 "1905  Name Of Defendant: Edwin Cooper

☐ By delivering to the defendant named above a copy of the summons and complaint.

☑ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with):

Diane Cooper 916 Dedmon

Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason.

| Service Fee Paid | Date Received 7/18/01 | Name Of Sheriff Jim Pendergraph |
| Paid By | Date Of Return 8/8/01 | County Meck |
| | | Deputy Sheriff Making Return D. Carr 777 |

AOC-CV-100, Rev. 9/96
© 1997 Administrative Office of the Courts

The Defendants are further notified by service of summons and this Complaint that they have five (5) days from such date within whi h to pay the outstanding principal balance claimed due herein plus accrued ..terest without incurring liability for reasonable attorney's fees.

WHEREFORE, Plaintiff deman' Tudgment against th Defendants in the amount of $3,413.83, with interest at ...75% per annum from August 07, 2000, until the date of judgment and interest thereafter at 8% per annum until paid in full, reasonable attorney's fees in the amount of $512.07, and costs.

Pedro Zabala, I
SMITH DEBNAM ...    N
WYCHE STORY & MYERS, LLP
P. O. Box 26258
Raleigh, NC 27611
Telephone (919) 250-2000

This communication is from a ebt collector. The purpose of this communication is to collect a debt.

Bates No. 5106    P40004109

STATE OF NORTH CAROLINA

# STATE OF NORTH CAROLINA

*Meck.* _____ County

**File No**
01 CVM 2008
**Estm No**
2001-42-179

In the General Court of Justice
☑ Small Claims ☐ District ☐ Superior Court Division

**Plaintiff:**

*Housing Authority*

VERSUS

**Defendant**

# NOTICE OF
# VOLUNTARY DISMISSAL

GS 1A-1, Rule 41

☐ The plaintiff gives notice of voluntary dismissal in this case as to all of the defendants.

☑ The plaintiff gives notice of voluntary dismissal in this case only as to the defendants named below:

*Diane Cooper*

This case remains open as to defendants not listed above.

| Date | 01/30/01 |
| --- | --- |

**Plaintiff or Attorney**
*C. Burris*

Case 3:12-cv-00327-MOC    Document 57-24    Filed 12/22/14    Page 39 of 40    DC4004110
Bates No. 6107

| File No. 2008 | |
|---|---|

## COMPLAINT IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232; Ch. 42, Art. 3 and 7

**Name And Address Of Plaintiff**

Housing Authority of the City of Char.
304 Green Needle Court (Cedarknoll)
Charlotte, NC 28217

**Social Security No./Taxpayer ID No.**
56-6000560

| County | Telephone No. |
|---|---|
| Meck. | 336-5297 |

### VERSUS

**Name And Address Of First Defendant**

Diane Cooper
206-D Green Needle Court
Charlotte, NC 28217

| County | Telephone No. |
|---|---|
| Meck. | |

**Name And Address Of Second Defendant**

| County | Telephone No. |
|---|---|
| | |

**Name And Address Of Plaintiff's Attorney Or Agent**

---

# STATE OF NORTH CAROLINA

Mecklenburg     County

In The General Court Of Justice
District Court Division-Small Claims

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

**Description Of Premises (Include Location)**

206-D Green Needle Court in Cedarknoll Community in Charlotte, NC

☐ Conventional
☒ Public Housing
☐ Section 8

| Rate Of Rent | | Date Rent Due | Date Lease Ended | Type Of Lease |
|---|---|---|---|---|
| $ 259.00 | ☒ Month ☐ Week per | 12/01/00 | 12/28/00 | ☐ Oral ☒ Written |

3. ☒ The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint.

☐ The lease period ended on the above date and the defendant is holding over after the end of the lease period.

☐ The defendant breached the condition of the lease described below for which re-entry is specified.

☐ Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below.

**Description Of Breach/Criminal Activity (give names, dates, places and illegal activity)**

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

5. The defendant owes the plaintiff the following:

**Description Of Any Property Damage**

| Amount Of Damage (If Known) | Amount Of Rent Past Due | Total Amount Due |
|---|---|---|
| $ | $ 259.00   3.34 utility | $ 262.34 |

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgment plus interest and reimbursement for court costs.

| Date | Signature Of Plaintiff/Attorney/Agent |
|---|---|
| 01/17/01 | C. Burns |

### CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint.

| Date | Signature |
|---|---|
| 01/17/01 | C. Burns |

---

AOC-CVM-201, Rev. 1/98
©1998 Administrative Office of the Courts

(Over)

Bates No. 5108