# STATE OF NORTH CAROLINA

File No. 01 CVM

_____ Mecklenburg _____ County

In The General Court Of Justice
District Court Division-Small Claims

| Plaintiff | **MAGISTRATE SUMMONS** |
|---|---|
| Housing Authority of the City of Charlotte | ☐ **Alias and Pluries Summons.** The summons originally issued against you was returned not served. (Disregard this section unless the block is checked.) |
| **VERSUS** | G.S. 7A-217, 232; 1A-1, Rule 4 |
| Defendant(s) | Date Last Summons Issued |
| Blac Cooper | |

| TO: | TO: |
|---|---|
| Name And Address Of First Defendant | Name And Address Of Second Defendant |
| Blanc Cooper 204-B Green Needle Ct Charlotte, NC 28217 | |

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court 700 E. Trade St Room 102 | Date Of Trial 1-30-01 | Time Of Trial 9:00 ☐ AM ☐ PM |
|---|---|---|
| Name And Address Of Plaintiff Or Plaintiff's Attorney Charlotte Housing Authority Legal Dept. P. O. Box 36795 Charlotte, NC 28236 | Date Issued 1-18-01 | |
| | Signature ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

A2A

AOC-CVM-100
Rev. 6/87

©1997 Administrative Office of the Courts

(Over)

Case 3:12-cv-00327-MOC Document 77-59 Filed 12/22/14 Page 1 of 47

Bates No. 73159 CHA004112

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

☐ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|

Address Of Premises Where Posted

| Service Fee Paid $ | Date Received | Name Of Sheriff |
|---|---|---|
| By | Date Of Return | County |

AOC-CVM-100, Side Two
Rev. 6/97

Deputy Sheriff Making Return

© 1997 Administrative Office of the Courts

Bates No. 3110   fc4 004113

# STATE OF NORTH CAROLINA
TAX ID#56-6000560

_____Mecklenburg_____ County

In The General Court Of Justice
District Court Division-Small Claims

**Plaintiff**

Housing Authority of the City of Charlotte

**VERSUS**

**Defendant(s)**

Diane Cooper

## MAGISTRATE SUMMONS

☐ **Alias and Pluries Summons.** The summons originally issued against you was returned not served
(Disregard this section unless the block is checked.)

G.S. 7A-217, 232; 1A-1, Rule 4

**Date Last Summons Issued**

**TO:**
Name And Address Of First Defendant

Diane Cooper
206-D Green Needle Cour
Charlotte, NC 28217

**TO:**
Name And Address Of Second Defendant

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court | Date Of Trial | Time Of Trial |
|---|---|---|
| 700 E. Trade St. Room 102 | 1-9-01 | 9:00 ☐ AM ☐ PM |

**Name And Address Of Plaintiff Or Plaintiff's Attorney**

Charlotte Housing Authority
Legal Dept.
P. O. Box 36795
Charlotte, NC 28236

**Date Issued** 1-18-01

**Signature**

☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

MECKLENBURG COUNTY SHERIFF'S OFFICE

AOC-CVM-100
Rev. 6/97
©1997 Administrative Office of the Courts

(Over)

**RETURN OF SERVICE**

I certify that this Summons and a copy of the complaint were received and served as follows:

**DEFENDANT 1**

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

**DEFENDANT 2**

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

**FOR USE IN SUMMARY EJECTMENT CASES ONLY**

☑ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| 1-25-01  2:09 | DIANE Cooper |

| Address Of Premises Where Posted | |
|---|---|
| | 200 Craton meade Ct #1 |

| Service Fee Paid | Date Received | Name Of Sheriff |
|---|---|---|
| $ | 1-25-01 | JIM PENDERGRAPH |
| By | Date Of Return | County |
| | 1-25-01 | MECKLENBUR |

AOC-CVM-100, Side Two
Rev. 6/97

Deputy Sheriff Making ...

©1997 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

_Meck._ County

File No 01 CVM 2008

Eitm No 2001-42-179

In the General Court of Justice

☑ Small Claims ☐ District ☐ Superior Court Division

Plaintiff:

_Housing Authority_

VERSUS

Defendant

## NOTICE OF
## VOLUNTARY DISMISSAL

GS 1A-1, Rule 41

☐ The plaintiff gives notice of voluntary dismissal in this case as to all of the defendants.

☑ The plaintiff gives notice of voluntary dismissal in this case only as to the defendants named below:

_Diane Cooper_

This case remains open as to defendants not listed above.

Date 01/30/01

Plaintiff or Attorney

_C. Burris_

AOC-CV-405

Rev 2/82

Case 3:12-cv-00327-MOC Original Document Sept Sec 725-3 Capital Att/ filed 12/22/14 Page 5 of 47 004110

**File No.** 2008

# STATE OF NORTH CAROLINA

**COMPLAINT IN SUMMARY EJECTMENT**

G.S. 7A-218, 7A-232; Ch. 42, Art. 3 and 7

____Mecklenburg____ County

In The General Court Of Justice
District Court Division-Small Claims

**Name And Address Of Plaintiff**

Housing Authority of the City of Char.
304 Green Needle Court (Cedarknoll)
Charlotte, NC 28217

**Social Security No./Taxpayer ID No.**
56-6000560

| County | Telephone No. |
|--------|---------------|
| Meck. | 336-5297 |

**VERSUS**

**Name And Address Of First Defendant**

Diane Cooper
206-D Green Needle Court
Charlotte, NC 28217

| County | Telephone No. |
|--------|---------------|
| Meck. | |

**Name And Address Of Second Defendant**

| County | Telephone No. |
|--------|---------------|
| | |

**Name And Address Of Plaintiff's Attorney Or Agent**

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

**Description Of Premises (Include Location)**

206-D Green Needle Court in Cedarknoll Community in Charlotte, NC

☐ Conventional
☒ Public Housing
☐ Section 8

| Rate Of Rent | | Date Rent Due | Date Lease Ended | Type Of Lease |
|--------------|-----|---------------|------------------|---------------|
| $ 259.00 | ☒ Month ☐ Week per | 12/01/00 | 12/28/00 | ☐ Oral ☒ Written |

3. ☒ The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint.

☐ The lease period ended on the above date and defendant is holding over after the end of the lease period.

☐ The defendant breached the condition of the lease described below for which re-entry is specified.

☐ Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below.

**Description Of Breach/Criminal Activity (give names, dates, places and illegal activity)**

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

5. The defendant owes the plaintiff the following:

**Description Of Any Property Damage**

| Amount Of Damage (If Known) | Amount Of Rent Past Due | Total Amount Due |
|------------------------------|--------------------------|------------------|
| $ | $ 259.00    3.34 utility | ▶ $ 262.34 |

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgment plus interest and reimbursement for court costs.

| Date | Signature Of Plaintiff/Attorney-Agent |
|------|---------------------------------------|
| 01/17/01 | C. Burns |

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint.

| Date | Signature |
|------|-----------|
| 01/17/01 | C. Burns |

AOC-CVM-201, Rev. 1/98
©1998 Administrative Office of the Courts

(Over)

Bates No. 5514

# STATE OF NORTH CAROLINA

File No.

01 Cvm

_____ Mecklenburg _____ County

In The General Court Of Justice
District Court Division-Small Claims

| Plaintiff | MAGISTRATE SUMMONS |
|---|---|
| **Housing Authority of the City of Charlotte** | ☐ **Alias and Pluries Summons.** The summons originally issued against you was returned not served. (Disregard this section unless the block is checked.) |
| **VERSUS** | |
| Defendant(s) | G.S. 7A-217, 232; 1A-1, Rule 4 |
| **Blac  Cooper** | Date Last Summons Issued |

**TO:**

Name And Address Of First Defendant

Blane Cooper
204-D Green Needle C  t
Charlotte, NC 28217

**TO:**

Name And Address Of Second Defendant

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court  700 E. Trade St Room 102 | Date Of Trial  -20-01 | Time Of Trial  9:00  ☐ AM ☐ PM |
|---|---|---|
| Name And Address Of Plaintiff Or Plaintiff's Attorney  Charlotte Housing Authority  Legal Dept.  P. O. Box 36795  Charlotte, NC 28236 | Date Issued  1-18-01 | |
| | Signature  ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

A2A

AOC-CVM-100
Rev. 6/87

©1997 Administrative Office of the Courts

(Over)

Case 3:12-cv-00327-MOC   Document 77-1  Filed 12/22/14   Page 7 of 47   Bates No. 75115   CfC47004112

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

## FOR USE IN SUMMARY EJECTMENT CASES ONLY

☐ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|

Address Of Premises Where Posted

| Service Fee Paid $ | Date Received | Name Of Sheriff |
|---|---|---|
| By | Date Of Return | County |
| AOC-CVM-100, Side Two Rev. 6/97 | | Deputy Sheriff Making Return |

©1997 Administrative Office of the Courts

Bates No. 5116    FC47004113

# STATE OF NORTH CAROLINA
TAX ID#56-6000560

Mecklenburg County

File No. 01-CVM-2008

In The General Court Of Justice
District Court Division-Small Claims

**Plaintiff**

Housing Authority of the City of Charlotte

**VERSUS**

**Defendant(s)**

Diane Cooper

## MAGISTRATE SUMMONS

☐ **Alias and Pluries Summons.** The summons originally issued against you was returned not served (Disregard this section unless the block is checked.)

G.S. 7A-217, 232; 1A-1, Rule 4

**Date Last Summons Issued**

**TO:**
Name And Address Of First Defendant

Diane Cooper
206-D Green Needle Cour
Charlotte, NC 28217

**TO:**
Name And Address Of Second Defendant

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court 700 E. Trade St. Room 102 | Date Of Trial 1-9-01 | Time Of Trial 9:00 ☒ AM ☐ PM |
|---|---|---|
| Name And Address Of Plaintiff Or Plaintiff's Attorney | Date Issued 1-18-01 | |

Name And Address Of Plaintiff Or Plaintiff's Attorney

Charlotte Housing Authority
Legal Dept.
P. O. Box 36795
Charlotte, NC 28236

Signature

☒ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court

A2A
5

AOC-CVM-100
Rev. 6/87  MECKLENBURG COUNTY SHERIFF'S OFFICE
©1997 Administrative Office of the Courts

(Over)

Case 3:12-cv-00327-MOC   Document 77-17   Filed 12/22/14   Page 9 of 47   Bates No. 7515   004114

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

☑ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| 1-25-01  2:09 | DIANE Cooper |

| Address Of Premises Where Posted | |
|---|---|
| | 201 Craton Meade CT #1 |

| Service Fee Paid | Date Received | Name Of Sheriff |
|---|---|---|
| | 1-25-01 | JIM PENDERGRAPH |
| By | Date Of Return | County |
| | 1-25-01 | MECKLENBURG |

AOC-CVM-100, Side Two
Rev. 6/67

Deputy Sheriff Making ...

©1997 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

Mecklenburg _____ County

FILED

2002 MAY 15 ... ...

File No. 02CVM 4965

Film No. 2002-145-238

In The General Court Of Justice

Name Of Plaintiff/Petitioner

Washington mutual Finance

**VERSUS**

Name Of Defendant/Respondent

Diane Cooper

## ORDER

☑ **DISMISSAL**   ☐ With Prejudice   ☑ Without Prejudice

This action is dismissed for the following reason:

☑ The plaintiff elected not to prosecute this action and has moved for dismissal.

☐ Neither the plaintiff, nor the defendant appeared on the scheduled trial date.

☐ The plaintiff failed to appear on the scheduled trial date; the defendant did appear on that date and has moved to dismiss this action.

☐ Other:

☐ **DISCONTINUANCE [G.S. 1A-1, Rule 4(e)]**

The defendant has never been served in this action, and more than ninety (90) days have elapsed since the last summons was issued.

☐ **CONTINUANCE**

The trial of this action is continued to the following date and time on motion of the

☐ Plaintiff

☐ Defendant

☐ Judge or Magistrate

☐ Other: *(specify)*

| Date Of New Trial | Time Of New Trial ☐ AM ☐ PM | Date 5/9/02 |
|---|---|---|
| Location Of New Trial | | Signature |
| | | ☐ Judge  ☐ Assistant CSC   ☑ Magistrate  ☐ Clerk Of Superior Court |

AOC-G-106
Rev. 7/95

Case 3:12-cv-00327-MOC   Document 77-5   Filed 12/22/14   Page 11 of 47   Bates No. 5219   04116

**File No.** 02CVM 4965

| | |
|---|---|
| **COMPLAINT**<br>**FOR MONEY OWED**<br><br>G.S. 7A-216, 7A-232 | **STATE OF NORTH CAROLINA**<br>MECKLENBURG _____ County |

In The General Court Of Justice
District Court Division-Small Claims

**Name And Address Of Plaintiff**

WASHINGTON MUTUAL FINANCE
3623 E. INDEPENDENCE BLVD
CHARLOTTE, NC 28205

**Social Security No./Taxpayer ID No.**

| County | Telephone No. |
|---|---|
| MECKLENBURG | 704-536-8111 |

**VERSUS**

**Name And Address Of First Defendant**

Dianne "Missy" Cooper
916 Dearmon Dr. Char, NC 28216
Wark- Metrolina Nephrology
928 Baxter St, Char, NC 28204

| County | Telephone No. |
|---|---|
| Mecklenburg | H 704-393-1956 |

**Name And Address Of Second Defendant**
W 704-332-0362

| County | Telephone No. |
|---|---|

**Name And Address Of Plaintiff's Attorney**

---

1. The defendant is a resident of the county named above.

2. The defendant owes me the amount listed for the following reason:

| | |
|---|---|
| Principal Amount Owed ▶ | $ 4000.00 |
| Interest Owed *(if any)* ▶ | $ — |
| Total Amount Owed ▶ | $ 4000.00 |

*(check one below)*

| | Date From Which Interest Due | Interest Rate |
|---|---|---|
| ☐ On an Account *(attach a copy of the account)* | | |

| | Beginning Date | Ending Date | Interest Rate |
|---|---|---|---|
| ☐ For Goods Sold and Delivered Between | | | |

| | Date From Which Interest Due | Interest Rate |
|---|---|---|
| ☒ For Money Lent | 11-15-01 | 21.68 |

| | Date Of Note | Date From Which Interest Due | Interest Rate |
|---|---|---|---|
| ☐ On a Promissory Note *(attach copy)* | | | |

☐ For a Worthless Check *(attach a copy of the check)*

☐ For Conversion *(describe property)*

☐ Other: *(specify)*

---

I demand to recover the total amount listed above, plus interest and reimbursement for court costs.

| Date | Signature Of Plaintiff Or Attorney |
|---|---|
| 2-13-02 | |

'STATE OF NORTH CAROLINA

File No
02CVM 4965

MECKLENBURG _____ County

In The General Court Of Justice
District Court Division-Small Claims

Plaintiff(s)

WASHINGTON MUTUAL FINANCE

**MAGISTRATE SUMMONS**

☐ **ALIAS AND PLURIES SUMMONS**

**VERSUS**

Defendant(s)

DIANE "MISSY" COOPER

G.S. 7A-217, -232; 1A-1, Rule 4

Date Last Summons Issued

TO:

TO:

Name And Address Of Defendant 1

DIANE "MISSY" COOPER
96 Robinson Dr, C..... folk, NC 28216
Work - METROLINA NEPHROLOGY
928 Baxter St, Char, NC 28204

Name And Address Of Defendant 2

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified date, time and location of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court at any time before the time set for trial. Whether or not you file an answer, the plaintiff must prove the claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Date of Trial | Time Of Trial | | | Location Of Court |
|---|---|---|---|---|
| 3-18-02 | 10:00 | ☐ AM ☐ PM | | 740 E. TRADE ST. Room 101 |

Name And Address Of Plaintiff Or Plaintiff's Attorney

WASHINGTON MUTUAL FINANCE
3623 E. INDEPENDENCE BLVD
CHARLOTTE, NC 28205

Date Issued 2-18-02

Signature

☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court

b54000

B13

AOC-CVM-100, Rev 3/98
1998 Administrative Office of the Courts

(Over)

Case 3:12-cv-00327-MOC Document 77-5 Filed 12/22/14 Page 13 of 47   Bates No. 6521   704118

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | | Name Of Defendant |
|---|---|---|
| 3/14/02 | Nus house | Diane Cooper |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☒ By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein. Edwin Cooper — Her Husband

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)

☐ Other manner of service: (specify).

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)

☐ Other manner of service: (specify).

☐ Defendant WAS NOT served for the following reason:

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

☐ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| | |

Address Of Premises Where Posted

| Service Fee | Date Received 2-18-02 | Name Of Sheriff Jim Pendergrph |
|---|---|---|
| By | Date Of Return 3/14/02 | County Mecklenburg |
| | | Deputy Sheriff Making Return |

AOC-CVM-100, Page 3/302
© 1998 Administrative Office of the Co.

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

IN THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION
File No.: 02 CVM 4915
Film No.: _____

_Washington Mutual_ } Finance

Plaintiff(s)/Petitioner(s),

vs.

_Diane 'Missy' Cooper_

Defendant(s)/Respondent(s).

NOTICE OF

CONTINUANCE

Because the Summons was received too late from the Sheriff's Department to properly notify the Plaintiff(s)/Petitioner(s) of the hearing date, the trial for this action is continued for the _16th_ day of _April_ 2002 at _10:00 a.m._ in Courtroom _101_ Mecklenburg County Courts Building, 700 East Trade Street, Charlotte, North Carolina 28202. Copies of this continuance are being mailed to the parties listed above.

This the _26th_ day of _March_ 2002

_____
DEPUTY CLERK OF SUPERIOR COURT

Bates No. 5223

# STATE OF NORTH CAROLINA

Mecklenburg County

File No
02CVm 4965
Film No

In The General Court Of Justice

Name Of Plaintiff/Petitioner

Washington Mutual Finance

VERSUS

**ORDER**

Name Of Defendant/Respondent

Diane "missy" Cooper

☐ **DISMISSAL**    ☐ With Prejudice    ☐ Without Prejudice

This action is dismissed the following reason:

☐ The plaintiff elected not to prosecute this action and has moved for dismissal.

☐ Neither the plaintiff, nor the defendant appeared on the scheduled trial date.

☐ The plaintiff failed to appear on the scheduled trial date; the defendant did appear on that date and has moved to dismiss this action.

☐ Other:

☐ **DISCONTINUANCE [G.S. 1A-1, Rule 4(e)]**

The defendant has never been served in this action, and more than ninety (90) days have elapsed since the last summons was issued.

☑ **CONTINUANCE**

The trial of this action is continued to the following date and time on motion of the

☑ Plaintiff

☐ Defendant

☐ Judge or Magistrate

☐ Other: (specify)

| Date Of New Trial | Time Of New Trial | | Date |
|---|---|---|---|
| 5/9/02 | 11 ☑ AM ☐ PM | | 4/10/02 |
| Location Of New Trial | | Signature | |
| 101 | | ☐ Judge  ☑ Magistrate | |
| | | ☐ Assistant CSC  ☐ Clerk Of Superior Court | |

AOC-G-108
Rev. 7/95
©1997 Administrative Office of the Courts

Case 3:12-cv-00327-MOC    Document 77-5    Filed 12/22/14    Page 16 of 47    Bates No. 5324    POC 004121

# STATE OF NORTH CAROLINA

Mecklenburg _____ County

FILED

2002 NOV 15 AM 9:06

File No.
02CVM 4965

Film No.
2002-145-238

In The General Court Of Justice

Name Of Plaintiff/Petitioner

Washington mutual Finance

**VERSUS**

Name Of Defendant/Respondent

Diane Cooper

# ORDER

☑ DISMISSAL          ☐ With Prejudice          ☑ Without Prejudice

This action is dismissed for the following reason:

☑ The plaintiff elected not to prosecute this action and has moved for dismissal.

☐ Neither the plaintiff, nor the defendant appeared on the scheduled trial date.

☐ The plaintiff failed to appear on the scheduled trial date; the defendant did appear on that date and has moved to dismiss this action.

☐ Other:

---

☐ DISCONTINUANCE [G.S. 1A-1, Rule 4(e)]

The defendant has never been served in this action, and more than ninety (90) days have elapsed since the last summons was issued.

---

☐ CONTINUANCE

The trial of this action is continued to the following date and time on motion of the

☐ Plaintiff

☐ Defendant

☐ Judge or Magistrate

☐ Other: *(specify)*

---

| Date Of New Trial | Time Of New Trial | | Date |
|---|---|---|---|
| | | ☐ AM ☐ PM | 5/9/02 |
| Location Of New Trial | | | Signature |
| | | | ☐ Judge  ☐ Assistant CSC   ☑ Magistrate  ☐ Clerk Of Superior Court |

AOC-G-108
Rev. 7/95

Case 3:12-cv-00327-MOC     Document 77-5     Filed 12/22/14     Page 17 of 47

Bates No. 5525          04116

| File No.  02CVM 4965 | STATE OF NORTH CAROLINA | | In The General Court Of Justice District Court Division-Small Claims |
|---|---|---|---|

**COMPLAINT**
**FOR MONEY OWED**

G.S. 7A-216, 7A-232

MECKLENBURG _____ County

1. The defendant is a resident of the county named above.

2. The defendant owes me the amount listed for the following reason:

**Name And Address Of Plaintiff**

WASHINGTON MUTUAL FINANCE
3623 E. INDEPENDENCE BLVD
CHARLOTTE, NC 28205

| | |
|---|---|
| Principal Amount Owed ▶ | $ 4000.00 |
| Interest Owed (if any) ▶ | $ — |
| Total Amount Owed ▶ | $ 4000.00 |

*(check one below)*

**Social Security No./Taxpayer ID No.**

| County  MECKLENBURG | Telephone No.  704-536-8111 |
|---|---|

**VERSUS**

| ☐ On an Account (attach a copy of the account) | Date From Which Interest Due | | Interest Rate |
|---|---|---|---|
| ☐ For Goods Sold and Delivered Between | Beginning Date | Ending Date | Interest Rate |
| ☒ For Money Lent | Date From Which Interest Due  11-15-01 | | Interest Rate  21.68 |
| ☐ On a Promissory Note (attach copy) | Date Of Note | Date From Which Interest Due | Interest Rate |

**Name And Address Of First Defendant**

DIANNE "MISSY" COOPER
916 DEARMON Dr. Char, NC 28216
Work- METROLINA NEPHROLOGY
928 BAXTER St, Char, NC 28204

| County  Mecklenburg | Telephone No.  H 704-393-1956 |
|---|---|

**Name And Address Of Second Defendant**
W 704-332-0362

☐ For a Worthless Check (attach a copy of the check)

☐ For Conversion (describe property)

| County | Telephone No. |
|---|---|

**Name And Address Of Plaintiff's Attorney**

☐ Other: (specify)

I demand to recover the total amount listed above, plus interest and reimbursement for court costs.

| Date  2-13-02 | Signature Of Plaintiff Or Attorney |
|---|---|

AOC-CVM-200
Rev. 10/93

Case 3:12-cv-00327-MOC    Document 77-5    Filed 12/22/14    Page 18 of 47
Bates No. 5526
(Over)

PC - 004117

# STATE OF NORTH CAROLINA

**MECKLENBURG** County

File No __02CVM 4965__

In The General Court Of Justice
District Court Division-Small Claims

Plaintiff(s)

WASHINGTON MUTUAL FINANCE

## VERSUS

Defendant(s)

DIANE "MISSY" COOPER

## MAGISTRATE SUMMONS

☐ ALIAS AND PLURIES SUMMONS

G.S. 7A-217, -232; 1A-1, Rule 4

Date Last Summons Issued

**TO:**

Name And Address Of Defendant 1

DIANE "MISSY" COOPER
916 Ludmon Dr, C. Folk, NC 28216
Work - METROLINA NEPHROLOGY
928 BAXTER St, Char, NC 28204

**TO:**

Name And Address Of Defendant 2

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified date, time and location of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court at any time before the time set for trial. Whether or not you file an answer, the plaintiff must prove the claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Date of Trial | Time Of Trial | | | Location Of Court |
|---|---|---|---|---|
| 3-18-02 | 10:00 | ☐ AM ☐ PM | | 740 E. TRADE ST. Room 101 |

Name And Address Of Plaintiff Or Plaintiff's Attorney

WASHINGTON MUTUAL FINANCE
3623 E. INDEPENDENCE BLVD
CHARLOTTE, NC 28205

Date 2-18-02

Signature

☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court

bS4000

B13

AOC-CVM-100, Rev 3/98
1998 Administrative Office of the Courts

(Over)

Case 3.12-cv-00327-MOC   Document 77-527   Filed 12/22/14   Page 19 of 47   004118

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

Date Served: 3/14/02    Mus house    Name Of Defendant: Diane Cooper

☐ By delivering to the defendant named above a copy of the summons and complaint.

☒ By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein. *Edwin Cooper – Her Husband*

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)

☐ Other manner of service: (specify).

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

Date Served:    Name Of Defendant:

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)

☐ Other manner of service: (specify).

☐ Defendant WAS NOT served for the following reason:

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

☐ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

Date Served:    Name(s) Of The Defendant(s) Served By Posting:

Address Of Premises Where Posted:

| Service Fee | Date Received 2-18-02 | Name Of Sheriff: Jim Pendergrah |
| By | Date Of Return 3/14/02 | County: Mecklenburg |
| | | Deputy Sheriff Making Return: (signature) |

AOC-CVM-100    Rev. 3/98    © 1998 Administrative Office of the Courts

Case 3:12-cv-00327-MOC    Document 75-28    Filed 12/22/14    Page 20 of 47

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

IN THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION
File No.: 02 CVM 4915
Film No.: _____

Washington Mutual Finance

Plaintiff(s)/Petitioner(s),

vs.

Diane 'Missy' Cooper

Defendant(s)/Respondent(s).

NOTICE OF

CONTINUANCE

Because the Summons was received too late from the Sheriff's Department to properly notify the Plaintiff(s)/Petitioner(s) of the hearing date, the trial for this action is continued for the 16th day of _____April_____ 2002 at 10:00 a.m. in Courtroom 101 Mecklenburg County Courts Building, 700 East Trade Street, Charlotte, North Carolina 28202. Copies of this continuance are being mailed to the parties listed above.

This the 26th day of _____March_____ 2002.

_____
DEPUTY CLERK OF SUPERIOR COURT

Case 3:12-cv-00327-MOC    Document 77-529    Filed 12/22/14    Page 21 of 47

Bates No. 5229

Page 210 of 404120

# STATE OF NORTH CAROLINA

Mecklenburg County

File No.
02CVm 4965

Film No

In The General Court Of Justice

Name Of Plaintiff/Petitioner

Washington Mutual Finance

VERSUS

Name Of Defendant/Respondent

Diane "missy" Cooper

## ORDER

☐ **DISMISSAL**  ☐ With Prejudice  ☐ Without Prejudice

This action is dismisse the following reason:

☐ The plaintiff elected not prosecute this action and has moved for dismissal.

☐ Neither the plaintiff, nor the defendant appeared on the scheduled trial date.

☐ The plaintiff failed to appear on the scheduled trial date; the defendant did appear on that date and has moved to dismiss this action.

☐ Other:

☐ **DISCONTINUANCE [G.S. 1A-1, Rule 4(e)]**

The defendant has never been served in this action, and more than ninety (90) days have elapsed since the last summons was issued.

☒ **CONTINUANCE**

The trial of this action is continued to the following date and time on motion of the

☒ Plaintiff

☐ Defendant

☐ Judge or Magistrate

☐ Other: (specify)

| Date Of New Trial | Time Of New Trial | | Date |
|---|---|---|---|
| 5/4/02 | 11 ☒ AM ☐ PM | | 4/10/02 |
| Location Of New Trial | | | Signature |
| 101 | | | ☐ Judge  ☐ Assistant CSC  ☒ Magistrate  ☐ Clerk Of Superior Court |

AOC-G-108
Rev. 7/95

©1997 Administrative Office of the Courts



**File No.** 03CVD 4195

## LEAD DOCUMENT FOR
## MICROFILMING

### MICROFILM AUDIT TRAIL

| Date Filmed | Description | Film No. |
|---|---|---|
| 5-7-03 | | 2003-137-292 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

AOC-G-113, Rev. 7/99
© 1999 Administrative Office of the Courts

Bates No. 5231 P47 004122

**STATE OF NORTH CAROLINA**
**COUNTY OF MECKLENBURG**

**IN THE GENERAL COURT OF JUSTICE**
**DISTRICT COURT DIVISION**
**FILE #: 03CVD004195**

STATE OF NORTH CAROLINA
on behalf of

DIANE T. COOPER

                    Plaintiff

                    Vs.

DEANNA Y. THORN
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         Defendant.

MECKLENBURG COUNTY
**FILED # 67**
APR 30 2003
AT _____ O'CLOCK _____ M
BY_____
CLERK OF SU___ R COURT

**ORDER**

THIS MATTER came on for hearing and was heard by the undersigned Judge presiding over District Court Mecklenburg County, North Carolina, on the **30** day of **April 2003**, on Plaintiff's Petition for:

☐ CIVIL COMPLAINT FOR PATERNITY

☑ CIVIL COMPLAINT FOR SUPPORT

☑ CIVIL COMPLAINT FOR PAST PUBLIC ASSISTANCE

☑ CIVIL COMPLAINT FOR MEDICAL INSURANCE COVERAGE

☑ ENTRY OF DEFAULT JUDGEMENT

☐ APPLICATION AND SUMMONS

☐ OTHER: _____

Based Upon The Evidence The Court Finds As Fact:

1. This matter and these parties are properly before the court.

2. DIANE T. COOPER was ☑ present ☐ not present for court.
   DEANNA Y. THORN was ☑ present ☐ not present for court.

3. The Child Support Agency was represented by Gary Henderson / Lisa Venturelli

4. The Plaintiff is the _Guardian_ of the following child (ren) and they reside with her / him:

   DEDON A. THORN                    born    07/09/1987

                                      born

                                      born

5. ☐ The Defendant has previously been adjudicated the father of the minor child (ren).

   ☐ The Defendant acknowledged in open court paternity of said minor child (ren).

   ☐ The Defendant denied in open court paternity of said minor child (ren), but the court finds him to be the father of said child (ren).

   ☐ The Defendant has not filed an answer in this action and has not appeared at this hearing. The court finds that he is the father of said child (ren).

   ☑ The Defendant is the mother of said child (ren).

6. The financial information shown on the worksheet attached hereto is adopted by the court as further finding of fact. Based thereon, the amount of support under the current Child support Guidelines is $ **266⁰⁰** monthly and that amount is reasonable. Said child support shall be effective **6-1-03**.

7. ☑ There is $ **797¹⁰** outstanding in Previous Paid Public Assistance.

## BASED UPON THE FOREGOING, THE COURT CONCLUDES AS A MATTER OF LAW:

1. The court has jurisdiction over the parties and subject r     in this action.

2. Defendant is the **mother** of the child (ren) in this matter.

3. Defendant should pay child support as set forth hereinafter.

## IT IS NOW THEREFORE ORDERED, ADJUDGED, AND DECREED:

1. ☐ Paternity is established between  EANNA Y. THORN  and the child (ren).

   DEDON A. THORN

2. Obligor shall:

   ☑ Obtain medical insurance effective **when available** And/or maintain medical insurance coverage for the child (ren) in this matter. Furnish the Plaintiff with the policy number for this coverage within 10 (ten) days from the date of this order.

   ☐ Provide the custodian with the information, documents, etc., that will be needed in order to file medical benefit claims within 10 (ten) days of the date of this order, and provide written notice of any changes in the insurance coverage to the custodian and the Mecklenburg County Child Support Agency.

   ☑ Pay **50** % of all uninsured medical expenses.

   ☐ Plaintiff is carrying medical insurance on the child (ren) and the Defendant is not required to do so.

3. Obligor shall pay:

   ☑ Current Support: $ **266⁰⁰** per month effective **6-1-03**.

   ☑ PPPA: $ **9⁰⁰** per month towards the arrears of $ **797¹⁰** effective **6-1-03**.

   ☐ ARREARS: $ _____ per month towards the arrears of $ _____ effective _____

   ☐ Other: _____

   _____

All payments shall be in check, certified check, or money order payable to NC Child Support to the following address for proper disbursement:

   **North Carolina Child Support Centralized Collections**
   **P.O. Box 900006**
   **Raleigh, NC 27675-9006**

4. That when the Obligor's income has been verified by the agency, this order will be enforced by immediate income withholding without further notice to the Obligor since the Obligor has waived advance notice to implementing income withholding under the terms of this order.

5. That child support payments shall continue after the child (ren)'s 18th birthday and until the child (ren) graduates, otherwise cease to attend school on a regular basis, fails to make satisfactory academic progress towards graduation or reaches age 20, pursuant to N.C.G.C. 50-13.4 (C).

6. The child support payment under this Order will be subject to immediate income withholding from any payor of Obligor's disposable income. Obligor is personally responsible for making any and all payments due until income withholding goes into effect and is responsible for any payments not paid through income withholding.

7. That the custodian or custodial parent keeps the non-custodian parent informed of the current residence and mailing address of the minor child (ren), unless the court has determined that the violence or threats of violence have occurred which constitutes domestic violence under Chapter 50B of the North Carolina General Statutes.

8. In accordance with 42 USC 651 et seq. and its implementing regulations, the child support enforcement agency can report this obligation to the appropriate credit-reporting agency.

9. Obligor shall keep the Mecklenburg County Child Support Office informed at all times of his/her current residence; mailing address; name and address of any payor or change in disposable income; amount and effective date of any substantial change in disposable income; and shall cooperate fully in verifying the amount of his/her disposable income.

10. The obligor shall be subject to administrative offset of State and Federal income tax refund.

11. **North Carolina has Continuing Exclusive Jurisdiction (CEJ)**

This the ___30___ day of ___April___, 20_03_.

_____

District Court Judge Presiding

Bates No. 6534 — 004125

STATE OF NORTH CAROLINA
COUNTY OF MECKLENBURG

IN THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION

DOCKET #03CVD4495
IV-D # 0004389913
FILM #

| Plaintiff Name | |
|---|---|
| State of North Carolina on behalf of DIANE T COOPER | |

| Address 206-D GREEN NEEDLES CT CHARLOTTE          NC 28217 | CIVIL SUMMONS |

VERSUS

| Defendant Name DEANNA Y THORN | GS 1A-1, Rules 3,4 |

| TO: | TO: |
|---|---|
| Name & Address of First Defendant DEANNA Y THORN 206 GREEN NEEDLES CT APT D APT# CHARLOTTE          NC 28217-2660 | Name & Address of Second Defendant APT# |

### A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or his attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to him or by mailing it to him at his last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the County named above.

If you fail to answer the complaint the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name and Address of Plaintiff's Attorney If none, Address of Plaintiff GARY HENDERSON 500 W TRADE ST, STE 557 CHARLOTTE          NC 28202 (704) 342-6325 | Date issued 3-10-03 | Time Issued ( ) AM 4 PM |
|---|---|---|
| | Signature | |
| | ( ) Deputy CSC  ( ) Assistant CSC ( ) Clerk of Superior Court | |

( ) ENDORSEMENT
This summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this summons must be served is extended thirty (30) days.

| | Date of endorsement | Time Issued ( ) AM  ( ) PM |
|---|---|---|
| | Signature | |
| | ( ) Deputy CSC  ( ) Assistant CSC ( ) Clerk of Superior Court | |

(Continued)

# RETURN OF SERVICE

I certify that this summons and a copy of complaint were received and served as follows:

### Defendant 1.

Date served: 3/15/03    Name of Defendant: DEANNE THORN

( ) By delivering to the defendant named above a copy of the summons and complaint.

(✓) By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

( ) As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name and address of person with whom copies left (If corporation give title of person copies left with):

206 Green Needles Ct D    Diane Cooper

( ) Other manner of service (specify)

( ) Defendant WAS NOT served for the following reason.

### Defendant 2.

Date served    |    Name of Defendant

( ) By delivering to the defendant named above a copy of the summons and complaint.

( ) By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

( ) As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name and address of person with whom copies left (If corporation give title of person copies left with)

( ) Other manner of service (specify)

( ) Defendant WAS NOT served for the following reason.

| Service Fee Paid | Date Received | Name of Sheriff |
|---|---|---|
| $ PAPER | 3/12/03 | Jim Pendergraph |
| By | Date of Return | County MECKLENBURG |
|  | 3/15/03 | Deputy Sheriff Making Return J. Johnston X1004 |

DSS-4668
CSE/ACTS

Bates No. 5236    PFC4004127

# STATE OF NORTH CAROLINA

STATE OF NORTH CAROLINA ex rel
MECKLENBURG COUNTY

File No.  03CVD 495

In The General Court Of Justice
District Court Division

CSC

| Name Of Plaintiff 1 | | |
|---|---|---|
| **DIANE COOPER** | | |

**DOMESTIC
CIVIL ACTION COVER SHEET**

☒ INITIAL FILING   ☐ SUBSEQUENT FILING

Rule 5 (b) Rule of Practice For Superior and District Courts

Name And Address Of Attorney Or Party If Not Represented (complete for initial appearance or change of address)

**CHILD SUPPORT ENFORCEMENT
500 WEST TRADE STREET
CHARLOTTE NC 28202**

Attorney Bar No
26867 (GH

☒ Initial Appearance In Case     ☐ Change Of Address

| Name Of Plaintiff 1 | | | Attorney Bar No |
|---|---|---|---|

| | | |
|---|---|---|
| Tax ID/SSN | | |
| Name Of Plaintiff 2 | | |
| Tax ID/SSN | | |
| Name Of Plaintiff 3 | | |
| Tax ID/SSN | | |

**VERSUS**

| Name Of Plaintiff 1 | |
|---|---|
| **DEANNA Y THOP** | |
| Tax ID/SSN  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 | Summons Submitted ☒ Yes ☐ No |
| Name Of Plaintiff 2 | |
| Tax ID/SSN | Summons Submitted ☐ Yes ☐ N |
| Name Of Plaintiff 3 | |
| Tax ID/SSN | Summons Submitted ☐ Yes ☐ No |

Name Of Firm

| Tax ID No | Telephone No 704-342-6325 | Fax No 704-347-7003 |
|---|---|---|

Counsel for
☒ All Plaintiffs   ☐ All Defendants   ☐ Only

---

Jury Demanded In Pleading ?     ☐ No     ☐ Yes

---

| TYPE OF PLEADING | CLAIMS FOR RELIEF FOR |
|---|---|
| (check appropriate box) | (check all that apply) |
| ☐ Amended Answer / Reply (AMND-Response) | ☐ Alimony (ALIM) |
| ☐ Amended Complaint (AMND) | ☐ Annulment (ANUL) |
| ☐ Answer / Reply (ANSW - Reponse) | ☒ Child Support (CSUP) |
| ☒ Complaint (COMP) | ☐ Custody (CUST) |
| ☐ Confession Of Judgment (CNFJ) | ☐ Divorce (DIVR) |
| ☐ Counterclaim vs. (CTCL) | ☐ Divorce From Bed And Board (DIVB) |
| ☐ All Plaintiff  ☐ Only (List on back) | ☐ Domestic Violence (DOME) |
| ☐ Crossclaim vs. (List on back) (CRSS) | ☐ Equitable Distribution (EQUD) |
| ☐ Extend Time For An Answer (MEOT - Reponse) | ☐ Paternity (PART) |
| ☐ Rule 12 Motion In Lieu Of Answer (MDLA) | ☐ Post Separation Support (PSSU) |
| ☐ Other: (specify) | ☐ Reimbursement For Public Assistance (RPPA) |
| | ☐ Visitation (VIST) |
| | ☐ Other: (specify) |

---

| Date | Signature of Attorney/Party |
|---|---|
| 21 February, 2003 | |

CSC

**NOTE:** All papers filed in civil actions, special proceeding and estates shall include as the first page of the filing, a cover sheet summarizing the critical elements of the filing in a format prescribed by the Administrative Office of the Courts. The Clerk of Superior court shall require a party to refile any paper which does not include the required cover sheet

(Over)

Case 3:12-cv-00327-MOC   Document 77-5   Filed 12/22/14   Page 29 of 47   Bates No. 6537   DC4004128

< •c

STATE OF NORTH CAROLINA
COUNTY OF MECKLENBURG

IN THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION

DOCKET #03CVD 4195
IV-D # 0004389913
F M #

| | |
|---|---|
| **Plaintiff Name**<br>State of North Carolina<br>on behalf of<br>DIANE T COOPER | |
| **Address**<br>206-D GREEN<br>NEEDLES CT<br>CHARLOTTE NC 8217 | **CIVIL SUMMONS** |
| **VERSUS** | |
| **Defendant Name**<br>DEANNA Y THORN | **GS 1A-1, Rules 3,4** |
| TO: | TO: |
| **Name & Address of First Defendant**<br>DEANNA Y THORN<br>206 GREEN NEEDLES CT APT D<br>APT#<br><br>CHARLOTTE NC 28217-2660 | **Name & Address of Second Defendant**<br><br>APT# |

### A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or his attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to him or by mailing it to him at his last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the County named above.

If you fail to answer the complaint the plaintiff will apply to the Court for the relief demanded in the complaint.

| | | |
|---|---|---|
| **Name and Address of**<br>**Plaintiff's Attorney**<br>**If none, Address of Plaintiff**<br>GARY HENDERSON<br>500 W TRADE ST, STE 557<br><br>CHARLOTTE NC 28202<br>(704) 342-6325 | **Date issued**<br>3/10/03<br>Signature | **Time Issued**<br>( ) AM 4 ( ) PM |
| | ( ) Deputy CSC (✓) Assistant CSC<br>( ) Clerk of Superior Court | |

( ) **ENDORSEMENT**
This summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this summons must be served is extended thirty (30) days.

| | |
|---|---|
| | **Date of endorsement** \| **Time Issued**<br>( ) AM ( ) PM |
| | Signature |
| | ( ) Deputy CSC ( ) Assistant CSC<br>( ) Clerk of Superior Court |

(Continued)

# RETURN OF SERVICE

I certify that this summons and a copy of complaint were received and served as follows

## Defendant 1.

| Date served | Name of Defendant |
|---|---|
| | |

( ) By delivering to the defendant named above a copy of the summons and complaint

( ) By leaving a copy of summons and complaint at dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein

( ) As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name and address of person with whom copies left (If corporation give title of person copies left with)

( ) Other manner of service (specify)

( ) Defendant WAS NOT served for the following reason.

## Defendant 2.

| Date served | Name of Defendant |
|---|---|
| | |

( ) By delivering to the defendant named above a copy of the summons and complaint.

( ) By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein

( ) As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name and address of person with whom copies left (If corporation give title of person copies left with)

( ) Other manner of service (specify)

( ) Defendant WAS NOT served for the following reason.

| Service Fee Paid | Date Received | Name of Sheriff |
|---|---|---|
| $ PAUPER | | |
| By | Date of Return | County |
| | | Deputy Sheriff Making Return |

DSS-4668
CSE/ACTS

Bates No. 5239    PC47004130

STATE OF NORTH CAROLINA
COUNTY OF MECKLENBURG

IN THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION

DOCKET # 03CVD 4195
IV-D # 0004389913

State of North Carolina )
on behalf of )
)
DIANE T COOPER , )
Plaintiff, )
) COMPLAINT
vs. )
\
DEANNA Y THORN , )
Defendant. )

The Plaintiff, complaining of the Defendant, alleges and says:

1. The MECKLENBURG County Child Support Enforcement Agency is the "Designated Representative" in MECKLENBURG County as that term is defined N.C.G.S. 110-129(5) and that this action is brought under authority granted in Article 9, Chapter 1 of the North Carolina General Statutes.

2. The Caretaker is a citizen and resident of MECKLENBURG County, North Carolina.

3. The minor child(ren),
            DEDON A THORN
is a citizen and resident of the State of North Carolina.

4. The Defendant is a citizen and resident of CHARLOTTE , NC.

5. Defendant is the mother of the minor child(ren).

6. Defendant is a "Responsible Parent" as defined by 110-129(3) and has a legal duty to provide support.

7. The minor child(ren),
            DEDON A THORN
is in need or will be in need of support from Defendant for the child(ren)'s health, maintenance, and education including medical insurance coverage.

8. The Defendant has failed or refused to adequately contribute to the support and maintenance of his/her minor child(ren),
            DEDON A THORN             .

9. The Plaintiff, pursuant to Article 9 Chapter 110 and N.C.G.S. 50-13.4, is entitled to an order obligating the Defendant to pay support for his/her minor child(ren).

10. The Plaintiff has received and is receiving public assistance from MECKLENBURG County for the support and maintenance of the above-named minor child(ren).

11. Because the Defendant's child(ren) as listed above has/have in the past and is/are presently receiving public assistance, the Plaintiff is, pursuant to Article 9 of Chapter 110 and N.C.G.S. 50-13.4, entitled to an order obligating the Defendant to pay support for the child(ren) named above, and an order requiring the Defendant to reimburse the Plaintiff for public assistance paid on behalf of his/her dependent child(ren) named above.

Bates No. 5240    BC47004131

12.     The Plaintiff has applied to the MECKLENBURG     County Child Support Enforcement Agency for child support enforcement and collection services pursuant to N.C.G.S. 110-130.1.

13.     Defendant is and has been an able bodied person, capable of providing child support through all times relevant to this action.

WHEREFORE, the Plaintiff prays the Court:

1.     Order the Defendant to provide such continuing support and maintenance for said child(ren), in an amount to be determined for each child, as required by the North Carolina Child Support Guidelines, N.C.G.S. 50-13.4.

2.     Order the Defendant to provide . lical insurance co\ rage or medical support for said dependent child(ren) pursuant to N.C.G.S. 50-13.11.

3.     Order the Defendant to reimburse Plaintiff for public assistance previously paid on the beh- f of his/her dependent child(ren).

4.     Order all sums paid under the terms of any ord-- entered be made to NC Child Support Centralized Collections for transmitt.     the North Carolina Department of Health an- Human Serv. es or its desigi.     or appropriate distribution pursuar' t  the provisions of Article 9 C - ter 110 of the N.C.G.S.

5.     Order immediate i..come withholding from the Defendant's wages or other sources of disposable income.

6.     Order the Defendant taxed with the cost of this action, and the share of costs attributed to reasonable attorney's fees allowed by authority of N.C.G.S. 50-13.6.

7.     Order such further relief as the Court deems just and proper.


This the _27_ day of ___February___, _2003_.

_____
GARY HENDERSON
500 W TRADE ST, STE 557

CHARLOTTE                          NC 28202-0000


DSS-4535 10/99
CSE/ACTS

STATE OF NORTH CARC INA
COUNTY OF MECKLENBURG

IN THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION

DOC##T #
IV-.    # C004389913

State of North Carolina
on behalf of
DIANE T. COOPER

VERSUS

**SUBPOENA**

DEANNA Y. THORN
206 GREEN NEEDLES CT APT D

CHARLOTTE        NC 28217-2660

G.S. 1A-1.Rule 45

Party Requesting Subpoe i :
 (X)State/Plaintiff   ( )Defendant   ( )Other (specify)

| T | Name Of Person Subpoenaed<br>DEANNA THORN | (Note : A single subpoena may be used for as many as three persons if all have same address. If documents are subpoenaed, only one person may be named.) |
| O | Name Of Second Person Subpoenaed | |
| | Name Of Third  Person Subpoenaed | |
| | Address | Alternate Address |
| | City,State | City,State |
| | Zip, Telephone No. | Zip, Telephone No. |

 YOU ARE COMMANDED TO:
(X) appear and testify, in the above entitled action, before the court at the place, date and time indicated below.

(X) produce for the court the following items, at the place, date and time indicated below.
 LAST TWO MONTHS OF ALL CHECK STUBS, 2000 AND 2001 IRS TAX
 RETURN INFORMATION, YOUR VALID PHOTO IDENTIFICATION.

| Name & Address Of Court Officer<br>MECKLENBURG CLERK OF COURT<br>COURT RM 204<br>800 EAST 4th STREET<br>CHARLOTTE, NC 28202 | Date To Appear/Produce<br>04/30/2003 |
| | Time To Appear/Produce<br>08:00      (X) AM      ( ) PM |
| Name & Address Of Applicant's Attorney<br>GARY HENDERSON<br>500 W TRADE ST, STE 557 | Date<br>2/27/03 |
| CHARLOTTE            ,NC 28202 | Signature |
| Telephone No.<br>704-342-6325 | ( )Deputy CSC ( )Assistant CSC ( )Clerk Of Superior Court<br>( )Magistrate (X)Attorney ( )Party |

(Continued)

Case 3:12-cv-00327-MOC    Document 77-542 Filed 12/22/14    Page 34 of 47
Bates No. 6242    PC47004133

## RETURN OF SERVICE

I certify that this Subpoena was received and served as follows:

Date Received

For First Person Named On Front:
( ) by delivering a copy of this Subpoena to the first person named on the front.
( ) by telephone communication with the first person named on the front (use only with subpoena to appear and testify)
( ) by registered or certified mail return, receipt requested and attached, on the first person named on the front.
( ) this Subpoena WAS NOT served for the following reasons:

| Service Fee ( ) Paid | Date Served | Signature Of Authorized Server |
|---|---|---|
| $ *Pauper* ( ) Due | | |

For The Second Person Named On Front:
( ) by delivering a copy of this Subpoena the second person named on the front.
( ) by telephone communication with the second person named on the front(use only with subpoena to appear and testify)
( ) by registered or certified mail return, receipt requested and attached, on the second person named on the front
( ) this Subpoena WAS NOT served for the following reasons.

| Service Fee ( ) Paid | Date Served | Signature Of Authorized Server |
|---|---|---|
| $ ( ) Due | | |

For The Third Person Named On Front:
( ) by delivering a copy of this Subpoena to the third person named on the front.
( ) by telephone communication with the thirdd person named on the front(use only with subpoena to appear and testify)
( ) by registered or certified mail return, receipt requested and attached, on the third person named on the front
( ) this Subpoena WAS NOT served for the following reasons:

| Service Fee ( ) Paid | Date Served | Signature Of Authorized Server |
|---|---|---|
| $ ( ) Due | | |

## INFORMATION FOR WITNESS

**The Subpoena**
The subpoena is a court order requiring you to appear in court on the day and at the time stated. You have been called (subpoenaed) to court to be a witness in a case.

**Duties Of A Witness**
-Unless you are a custodian of medical or public records, you must attend court on the day and at the time stated in the subpoena.
-Unless otherwise directed by the presiding judge, you must answer all questions asked when you are on stand giving testimony.
-Your answers to questions must be truthful.
-If you are commanded to produce any items, you must bring them with you to court.
If you have any questions about being subpoenaed as a witness, you should contact the attorney or official who had the subpoena issued. The name of that person is on the other side of this Subpoena form.

**Understand The Question And Speak Out**
When you are on the witness stand, listen carefully to any question, and make sure that you understand the question before you try to answer it. If necessary, ask that the question be repeated.
In answering questions, speak out clearly and loudly enough to be heard. If you are testifying before a jury, speak out so that all of the jurors can hear you.

**Bribing Or Threatening A Witness**
It is a violation of state law for anyone to attempt to bribe, threaten, harass, or intimidate a witness. If any one attempts to do any of these things concerning your involvement as a witness in a case, you should promptly report that to the district attorney or the presiding judge.

**Witness Fee**
A witness is entitled to a small daily fee, and to travel expense reimbursement if it is necessary to travel from outside the county in order testify. (The fee for an "expert witness" will be set by the presiding judge.) After you have been discharged as a witness, if you desire to collect the statutory fee, you should immediately contact the clerk's office and certify to your attendance as a witness so that you will be paid any amount due to you.

DSS-4625 10/00
CSE/ACTS

Case 3:12-cv-00327-MOC   Document 77-543   Filed 12/22/14   Page 35 of 47   Bates No. 5243   P47-004134

STATE OF NORTH CAROLINA
COUNTY OF MECKLENBURG

IN THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION

DOCKET # 03 CVD
IV-D # 0004389913

State of North Carolina
on behalf of

DIANE T COOPER                     Plaintiff, )

                        VS

DEANNA Y THORN                     Defendant. )

NOTICE OF HEARING

TO:   DEANNA THORN
      206 GREEN NEEDLES CT APT D
      CHARLOTTE, NC 28217-2650

PLEASE TAKE NOTICE that the undersigned will bring
CHILD SUPPORT
                                      for hearing on the 30TH
day of APRIL     , 20   , t 08:00 AM, at the MECKLENBURG     County
Courthouse, Room 204 , C ARLOTTE               , North Carolina.

This the 27 day of Feb , 20 03 .

IV-D ATTORNEY
GARY HENDERSON
500 W TRADE ST, STE 557
CHARLOTTE, NC 28202
(704)342-6325
Attorney Bar#: 3700026867

DSS-4621 03/01
CSE/ACTS

Bates No. 5244    PC47004135

STATE OF NORTH CAROLINA
COUNTY OF MECKLENBURG

IN THE GENERAL COURT OF JUSTICE
( ) BEFORE THE CLERK
( ) SMALL CLAIMS
(X) DISTRICT COURT DIVISION
( ) SUPERIOR COURT DIVISION

DOCK. # 03CV
IV·D # 0004389913
FILM #

Plaintiff
State of North Carolina on behalf of
DIANE T. COOPER

VERSUS

Defendant
DEANNA Y. THORN

PETITION TO SUE
AS A PAUPER

G.S. 1-110

## AFFIDAVIT

As the individual plaintiff in the above entitle       on, I affirm that I
am financially unable to advance the costs for the pr      ution of this action,
therefore, I now petiti   the Court for an order allow    me to bring suit in
this action as a pau   er

| SWORN AND SUBSCRIBED TO BEFORE ME | Date |
|---|---|
| Date  2/21/03 | 2/21/03 |
| Signature | Signature |
| Title of person Authorized to Administer Oaths  EXP 4/5/05 | OBO Diane T. Cooper |

## CERTIFICATE

I certify, that I am familiar with the above named individual Plaintiff's
claim against the defendant, and that it is my opinion that he has a good
cause of action.

| Date |
|---|
| Signature |

## ORDER

In view of the Affidavit and Certification appearing above, it is Ordered
that the individual plaintiff in the above entitled action is authorized to
bring suit in this action is a pauper.

| Date  3/10/03 |
|---|
| Signature |
| (✓) Assistant  CSC |
| ( ) Clerk of Superior Court |
| ( ) Judge |

DSS-4558
CSE/ACTS

Bates No. 5245    PC47004136

# EXHIBIT A

1. All financial records of yours since January 1, 2001, including but not limited to, the following:

   a. All checks, financial statements given by you, receipts, ledgers, income and intangible tax returns, including schedules (state and federal), county and city property tax records, including, but not limited to, abstracts and listings, notes signed to or from you and bank statements;

   b. All of your records relating to your real estate transactions, whether alone or with others, including, but not limited to, deeds to and from you, mortgages to or from you, deeds of trust from you or for your benefit, leases to or from you, options to or from you, and contracts relating to the sale of real or personal property to or from you;

   c. All records of any business or businesses (corporations, partnerships, proprietorships, etc.) owned by you or in which you have any interests; .

   d. All employment records of yours, including but not limited to, pay check stubs, W-2 forms, name and address of employers, and employment contracts; and,

   e. All other records of any receipts by you within the said time period.

2. All documentary evidence of a legal obligation to support any other children of yours;

3. All records of any actual child support payments made by the defendant since January 1, 2001, including, but not limited to, cancelled checks, receipts, and ledger cards; and

4. All information relating to fringe benefits of the defendant or available to him relative to his employment since January 1, 2001, including, but not limited to, medical insurance plans, 401(K) plans, and retirement plans.

Bates No. 5146

PG47004137

## EXHIBIT B

TO:        The Defendant named in the attached Notice of Hearing

FROM:    Mecklenburg Child Support Enforcement

---

Your hearing has been scheduled for the Mecklenburg County District Court on the date shown in the attached Notice of Hearing.

If you wish to attempt to resolve your matter without coming to court you should call the office support staff at the Child Support Enforcement Agency at (704) 342-0015, no later than 11:00am on the Wednesday the week before the court date shown on the Notice of Hearing. You will be given a date and time to come to the Mecklenburg County Child Support Office at 500 W. Trade Street, Suite 557, Charlotte, NC to discuss this matter. If an attorney represents you, please discuss the matter with your attorney prior to the conference or ask your attorney to attend the conference with you. If we are able to reach an agreement that day, you will sign a Consent Order and you will not need to appear in court on the date shown on the Notice of Hearing.

Remember: If you do not schedule an appointment, if you do not keep a scheduled appointment or if you have not signed a Consent Order before leaving your conference, you must appear in court on the date shown on the Notice of Hearing. If you do not appear at the court hearing, we will ask the court for the relief requested in the complaint.

Mecklenburg Child Support Enforcement Agency

Bates No. 6247 - 004138

**2004-243-193**

<table>
<tr><td>File No. <strong>04 Cvm 25585</strong></td><td colspan="2"><strong>STATE OF NORTH CAROLINA</strong></td></tr>
</table>

**STATE OF NORTH CAROLINA**

_Meck_ County

In The General Court Of Justice
District Court Division-Small Claims

Film No.

Judgment Docket Book And Page No.

## JUDGMENT IN ACTION FOR SUMMARY EJECTMENT

G.S. 7A-210(2), 7A-224; 42-30

Name And Address Of Plaintiff

_CedarKnoll Apts_

Housing Authority of the City of Charlotte
PO Box 36795
Charlotte, NC 28236-8007

Social Security No.
56-0000-060

County _Meck_   Telephone No. _(704) 336 5397_

**VERSUS**

Name And Address Of Defendant 1

_Diane Cooper_
_206-D Greenwillis CT_
_Charlotte NC 28217_

County _Meck_   Telephone No.

Name And Address Of Defendant 2

County   Telephone No.

Name And Address Of Plaintiff's Attorney

Housing Authority of the City of Charlotte
PO Box 36795
Charlotte, NC 28236-8007
56-0000-060

---

This action was tried before the undersigned on the cause stated in the complaint. The record shows that the defendant was given proper notice of the nature of the action and the date, time and location of trial.

### FINDINGS

The Court finds that:

1. ☑ a. the plaintiff has proved the case by the greater weight of the evidence.
   ☐ b. the plaintiff has failed to prove the case by the greater weight of the evidence.
2. the defendant(s) ☐ was ☑ was not present at trial.
3. ☑ a. there is no dispute as to the amount of rent in arrears, and the amount is $ _908.58_
   ☐ b. there is an actual dispute as to the amount of rent in arrears. The defendant(s) claims the amount of rent in arrears is $ _____, and this amount is the undisputed amount of rent in arrears.
4. Other:

### ORDER

It is ORDERED that:

☑ 1. the defendant(s) be removed from and the plaintiff be put in possession of the premises described in the complaint.
☐ 2. this action be dismissed with prejudice.
☐ 3. this action be dismissed with prejudice because the defendant tendered the rent due and the court costs of this action.
☐ 4. the plaintiff recover rent of the defendant(s) at the rate listed below, plus damages in the amount indicated. The plaintiff is also entitled to interest on the total principal sum from this date until the judgment is paid.
☐ 5. Other: (specify)

☑ 6. Costs of this action are taxed to the ☑ plaintiff. ☐ defendant.

| Rate Of Rent $ _196 00_ per ☑ Mo. ☐ Wk. | Amt Of Rent In Arrears (Owed To Date) $ |
| --- | --- |
| Amount Of Other Damages $ | |
| **TOTAL AMOUNT** ▶ $ | |

☑ Judgment Announced And Signed In Open Court

Date _8/13/04_   Signature Of Magistrate _PCPope_

Name Of Party Announcing Appeal In Open Court

### CERTIFICATION

NOTE: To be used when magistrate does not announce and sign this Judgment in open court.)
I certify that this Judgment has been served on each party named by depositing a copy in a post-paid properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal Service.

Date   Signature Of Magistrate

Bates No. 5548

PC - 004139

AOC-CVM-401, Rev. 10/98
©1998 Administrative Office of the Courts

# COMPLAINT IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232; Ch. 42, Art. 3 and 7

**File No.** 74 CVM 25585

## STATE OF NORTH CAROLINA

MECK _____ County

In The General Court Of Justice
District Court Division-Small Claims

**Name And Address Of Plaintiff**
Charlotte Housing Authority
1301 South Blvd
Charlotte NC 28903

**Social Security No./Taxpayer ID No.**
56-6000-560

**County** MECK   **Telephone No.** 704-336-5897

### VERSUS

**Name And Address Of First Defendant**
Diane Cooper
206-D Green nudles Ct.
Charlotte NC 28217

**County**   **Telephone No.**

**Name And Address Of Second Defendant**

**County**   **Telephone No.**

**Name And Address Of Plaintiff's Attorney Or Agent**
Charlotte Housing Authority
1301 South Blvd
Charlotte NC 28903

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

**Description Of Premises (include Location)**
206-D Green nudles Ct. Char NC 28217

☑ Conventional Public Housing
☐ Section 8

**Rate Of Rent** $ 196.00 per ☑ Month ☐ Week
**Date Rent Due** 7/1/04
**Date Lease Ended** 7/20/04
**Type Of Lease** ☐ Oral ☑ Written

3. ☑ The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint.

☐ The lease period ended on the above date and defendant is holding over after the end of the lease period.

☑ The defendant breached the condition of the lease desc... below for which re-entry is specified.

☐ Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below.

**Description Of Breach/Criminal Activity (give names, dates, places and illegal activity)**
NON-Payment of Rent

April 189.00
196.00 May
June 196.00
July 96.00

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

5. The defendant owes the plaintiff the following:

**Description Of Any Property Damage**

**Amount Of Damage (If Known)** $
**Amount Of Rent Past Due** $ 717.00
**Total Amount Due** $ 717.00

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgment plus interest and reimbursement for court costs.

**Date** 7/24/04   **Signature Of Plaintiff/Attorney/Agent** Delra Hicks

### CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint.

**Date** 7/26/04   **Signature** Delra Hick

AOC CVM 201, Rev 1/98
©1998 Administrative Office of the Courts

Case 3:12-cv-00327-MOC   Document 77-5   Filed 12/22/14   Page 41 of 47   PC - 004140

Bates No. 5149

# STATE OF NORTH CAROLINA

File No. **25585**

_____MECK_____ County

In The General Court Of Justice
District Court Division-Small Claims

Plaintiff(s)
Charlotte Housing Authority
1301 South Blvd
Charlotte NC 28203

**VERSUS**

Defendant(s)
Diane Cooper

## MAGISTRATE SUMMONS

☐ ALIAS AND PLURIES SUMMONS

G.S. 7A-217, -232; 1A-1, Rule 4

Date Last Summons Issued

**TO:**

Name And Address Of Defendant 1
Diane Cooper
7G-D Grun neudus Ct.
Charlotte NC 28217

**TO:**

Name And Address Of Defendant 2

FILED # 67
AUG 5 2004

### A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified date, time and location of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court at any time before the time set for trial. Whether or not you file an answer, the plaintiff must prove the claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Date of Trial 8-13-04 | Time Of Trial 9:00 ☑AM ☐PM | Location Of Court 700 E. TRADE ST. Room 102 |

Name And Address Of Plaintiff Or Plaintiff's Attorney
Charlotte Housing Authority
1301 South Blvd
Charlotte NC 28203

Date Issued 8-2-04

Signature X

☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court

COPY

Case 3:12-cv-00327-MOC    Document 77-5    Filed 12/22/14    Page 42 of 47

Bates No. 5250   P47- 004141

AOC-CVM-100, Rev. 3/98
© 1998 Administrative Office of the Courts

(Over)

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

**Date Served** | **Name Of Defendant**

- [ ] By delivering to the defendant named above a copy of the summons and complaint.

- [ ] By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

- [ ] As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)*

- [ ] Other manner of service: (specify)

- [ ] Defendant WAS NOT served for the following reason:

### DEFENDANT 2

**Date Served** | **Name Of Defendant**

- [ ] By delivering to the defendant named above a copy of the summons and complaint

- [ ] By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

- [ ] As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)*

- [ ] Other manner of service: (specify).

- [ ] Defendant WAS NOT served for the following reason:

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

- [X] Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

**Date Served** Aug 4, 2004 | **Name(s) Of The Defendant(s) Served By Posting** Cooper, Diane

**Address Of Premises Where Posted** GREEN NEEDLES CT D

**Service Fee** 5 | **Date Received** Aug 3, 2004 | **Name Of Sheriff** Tim Pendergraph

**By** | **Date Of ROturn** Aug 4, 2004 | **County** Mecklenburg

| **Deputy Sheriff Making Return**

AOC-CVM-100, Administrative Office of the Courts

Bates No. 6251 004142

2005-12-199

**STATE OF NORTH CAROLINA**

MECK _____ County

In The General Court Of Justice
District Court Division-Small Claims

File No. 04 cvm 44817

Film No.

Judgment Docket Book And Page No.

## JUDGMENT IN ACTION FOR SUMMARY EJECTMENT

G.S. 7A-210(2), 7A-224; 42-30

Name And Address Of Plaintiff

Housing Authority of the City of Charlotte
PO Box 36795
Charlotte, NC 28236-9007
56-6000-560

Social Security No./Taxpayer ID No.

County MECK          Telephone No. 704-336-5297

**VERSUS**

Name And Address Of Defendant 1

Diane Cooper
206-D Grun nudus ct
Charlotte NC 28217

County          Telephone No.

Name And Address Of Defendant 2

County          Telephone No.

Name And Address Of Plaintiff's Attorney

---

This action was tried before the undersigned on the cause stated in the complaint. The record shows that the defendant was given proper notice of the nature of the action and the date, time and location of trial.

**FINDINGS**

The Court finds that:

1. ☒ a. the plaintiff has proved the case by the greater weight of the evidence.
   ☐ b. the plaintiff has failed to prove the case by the greater weight of the evidence.
2. the defendant(s) ☐ was ☒ was not present at trial.
3. ☒ a. there is no dispute as to the amount of rent in arrears, and the amount is $ 262.92.
   ☐ b. there is an actual dispute as to the amount of rent in arrears. The defendant(s) claims the amount of rent in arrears is $ _____ , and this amount is the undisputed amount of rent in arrears.
4. Other:

**ORDER**

It is ORDERED that:

☒ 1. the defendant(s) be removed from and the plaintiff be put in possession of the premises described in the complaint.
☐ 2. this action be dismissed with prejudice.
☐ 3. this action be dismissed with prejudice because the defendant tendered the rent due and the court costs of this action.
☐ 4. the plaintiff recover rent of the defendant(s) at the rate listed below, plus damages in the amount indicated. The plaintiff is also entitled to interest on the total principal sum from this date until the judgment is paid.
☐ 5. Other: (specify)

☒ 6. Costs of this action are taxed to the ☒ plaintiff. ☐ defendant.

| Rate Of Rent | | Amt. Of Rent In Arrears (Owed To Date) |
|---|---|---|
| $ 257.00 per ☒ Mo. ☐ Wk. | | $ |
| Amount Of Other Damages $ | | |
| **TOTAL AMOUNT** ▶ $ | | |

☒ Judgment Announced And Signed In Open Court
Date 1/10/05          Lindsay L. Warden

Name Of Party Announcing Appeal In Open Court

**CERTIFICATION**

(NOTE: To be used when magistrate does not announce and sign this Judgment in open court at the conclusion of the trial.)
I certify that this Judgment has been served on each party named by depositing a copy in a post-paid properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal Service

Date          Signature Of Magistrate

---

Case 3:12-cv-00327-MOC   Document 77-5   Filed 12/22/14   Page 44 of 47   Bates No. 5252   PC - 004143

File No. 04CVM44817

## COMPLAINT IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232; Ch. 42, Art. 3 and 7

**STATE OF NORTH CAROLINA**

Meck _____ County

In The General Court Of Justice
District Court Division-Small Claims

**Name And Address Of Plaintiff**
Charlotte Housing Authority
1301 South Blvd
Charlotte, NC 28203
Cedar Knoll

**Social Security No./Taxpayer ID No.**
56-600056

**County** Meck

**Telephone No.** 336-5297

**VERSUS**

**Name And Address Of First Defendant**
Diane Cooper
206-D Green Needles
Charlotte, NC 28217

**County**

**Telephone No.**

**Name And Address Of Second Defendant**

**County**

**Telephone No.**

**Name And Address Of Plaintiff's Attorney Or Agent**
Charlotte Housing Authority
1301 South Blvd
Charlotte, NC 28203

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

**Description Of Premises (Include Location)**
Four bdrm unit @ 206-Green Needles Ct-D

☐ Conventional
☒ Public Housing
☐ Section 8

**Rate Of Rent** $251.00 per ☒ Month ☐ Week

**Date Rent Due** 12-1-04

**Date Lease Ended** 12-21-04

**Type Of Lease**
☐ Oral ☒ Written

3. ☒ The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint.

☐ The lease period ended on the above date and the defendant is holding over after the end of the lease period.

☐ The defendant breached the condition of the lease described below for which re-entry is specified.

☐ Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below.

**Description Of Breach/Criminal Activity (give names, dates, places and illegal activity)**
NON Payment of Rent

MECKLENBURG COUNTY
FILED # 67
DEC 30 2004
AT _____ O'CLOCK _____ M
BY _____
CLERK OF SUPERIOR COURT

4. The plaintiff has demanded possession of the premises from the defendant who has refused to surrender it, and the plaintiff is entitled to immediate possession.

5. The defendant owes the plaintiff the following:

**Description Of Any Property Damage**

| Amount Of Damage (If Known) | Amount Of Rent Past Due | Total Amount Due |
|---|---|---|
| $ | $ 502.00 | $ 531.00 |

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgment plus interest and reimbursement for court costs.

**Date** 12-22-04

**Signature Of Plaintiff/Attorney/Agent** [signature]

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint.

**Date**

**Signature**

AOC-CVM-201, Rev. 1/98
©1998 Administrative Office of the Courts

(Over)

Case 3:12-cv-00327-MOC   Document 77-5   Filed 12/22/14   Page 45 of 47   PC - 004144

Bates No. 6153

# STATE OF NORTH CAROLINA

_Meck_ County

File No. 44817
04 Cvm

In The General Court Of Justice
District Court Division-Small Claims

**Plaintiff** Housing Authority of the City of Charlotte
PO Box 36795
Charlotte, NC 28236-9007
56-6000-560

**VERSUS**

Defendant(s)

Diane Cooper

## MAGISTRATE SUMMONS

☐ **Alias and Pluries Summons.** The summons originally issued against you was returned not served.
(Disregard this section unless the block is checked.)

G.S. 7A-217, 232; 1A-1, Rule 4

Date Last Summons Issued

**TO:**
Name And Address Of First Defendant

Dia Cooper
206-D Green Needles CT
Charlotte NC 28717

**TO:**
Name And Address Of Second Defendant

### A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

Location Of Court 100 E. TRADE St Room 101

Date Of Trial 1-10-05

Time Of Trial 9:00 ☑ AM ☐ PM

Name And Address Of Plaintiff/Attorney
Housing Authority of the City of Charlotte
PO Box 36795
Charlotte, NC 28236-9007
56-6000-560

Date Issued 12-30-04

Signature

☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

COPY MAILED

DEC 3 1 2004

MECKLENBURG COUNTY
SHERIFF'S OFFICE

003736

AOC-CVM-100
Rev. 6/87
©1997 Administrative Office of the Courts

(Over)

Case 3:12-cv-00327-MOC   Document 77-5   Filed 12/22/14   Page 46 of 47   Bates No. 5254   004145

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

☑ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| 1-7-05 | Cooper, Dane |

Address Of Premises Where Posted
2066 Green Needles Ct D Charlotte NC 28217

| Service Fee | Date Received | Name Of Sheriff |
|---|---|---|
| $ 15 | 12-31-04 | Jim Pendergraph |
| By | Date Of Return 1-7-05 | County Mecklenburg |

Deputy Sheriff Making Return
C. Borden

AOC-CVM-100, Side Two
Rev. 6/97

© 1997 Administrative Office of the Courts

Bates No. 5255     004146