FD-523 (Rev. 8-23-84)

**ROUTE TO PHOTO TECHNICIAN UPON RECEIPT**

From: Director, FBI
(Attn: Photographic Processing Unit, Rm. 1B903, JEH)
SAC, SAN FRANCISCO (ATTN: WRCL)

**AIRTEL**

To:

SAC, CHARLOTTE (88A-RH-45652)(P)

Cost Code: 3140                    Date: 7/25/96

Subject: AQUILIA MARCIVICCI BARNETTE;
FUGITIVE(A) - UFAP - MURDER
OO: RICHMOND

☒ Unclassified   ☐ Confidential   ☐ Secret

ENCLOSURES:

| | Size | Type | Quantity |
|---|---|---|---|
| Film | 35mm | C | 1 |
| Negatives | | | |
| Prints | | | |
| Other (specify) | | | |

(color and black & white work will not be accepted on same request)

CONTACT FOR INFORMATION:

FTS

SA

b6
b7C

4628
SAN FRANCISCO

WORK REQUESTED:
☒ Develop and print 2 ea. 3½ × 5
Other:

JUSTIFICATION: Ongoing Fugitive Investigation

SEARCHED _____ INDEXED _____
SERIALIZED _____ FILED _____
AUG 5 1996

PHOTO TECHNICIAN (Intl.) _____

The above is ☐ attached
☐ being sent under separate cover, via ☐ registered mail
☐ air freight

b6
b7C

PC - 005569

Enclosure

DOJ-FOIA 000040

FD-350 (Rev 5-8-81)

(Indicate page, name of newspaper, city and state.)

B1, B3 "The Roanoke Times," Roanoke, VA

Date: 8-8-97
Edition:

Title: Aquilia Barnette

Character:
or
Classification:
Submitting Office:

Indexing:

(Mount Clipping In Space Below)

## Roanoke charge combined with N.C. case

# City slaying may become capital case

*In order to pursue a federal death sentence, prosecutors had to convince U.S. Attorney General Janet Reno that Aquilia Barnette's alleged crimes and prior convictions were bad enough to justify it.*

**By LAURENCE HAMMACK**
*THE ROANOKE TIMES*

The U.S. Justice Department has authorized prosecutors to seek the death sentence for Aquilia Barnette, who is accused of arson, carjacking and murder in a crime spree that ended with the shotgun slaying of his girlfriend on a Roanoke street.

Barnette will be tried next year in Charlotte, N.C., on charges of killing a motorist there and driving the man's car to Roanoke, where federal authorities allege he then killed 23-year-old Robin Williams.

In order to pursue a rarely used federal death sentence, prosecutors had to convince U.S. Attorney General Janet Reno that Barnette's alleged crimes and prior convictions were bad enough to justify the ultimate punishment.

Reno, who has authorized the death sentence in only about half the cases reviewed by the Justice

*Robin Williams' apartment was firebombed in April 1996. Barnette was a suspect, but went undetected by police for two months.*

Department, did not elaborate on why she did so in Barnette's case, according to defense attorney George Laughrun.

But in a notice to seek the death sentence filed Thursday in U.S. District Court in Charlotte, prosecutors outlined a "pattern of violence" exhibited by Barnette, 23, long before the current charges were filed:

● In 1990, while involved in an abusive relationship with a Georgia woman, he allegedly slammed her onto a concrete surface when she was six months pregnant with their child. "This assault was one of many beatings inflicted by the defendant," the government alleges.

● In 1993, he used a coat hanger to beat the infant child of another woman he was dating in Georgia. He was convicted of two counts of felonious cruelty to children, and the government alleges he also abused the child's mother.

● He is accused of abusing another woman he dated in 1993, allegedly breaking into her home and threatening to kill her. On three later occasions, prosecutors say, he beat the woman with a baseball bat, sexually abused her, and threatened to kill her while holding a knife to her throat.

If Barnette is convicted of the two murders, prosecutors probably will use his prior acts during a sentencing hearing in an effort to show future dangerousness.

Last month, Laughrun traveled to Washington in an effort to persuade Justice Department officials to bar prosecutors from seeking the death sentence. He declined to elaborate on



88A-BH-45652-16

SEARCHED _____ INDEXED _____
SERIALIZED _____ FILED _____

AUG 1 4 1997

b6
b7C

PC-005570

FBI DOJ

DOJ-FOIA 000041

# Barnette

what arguments he made.

Assistant U.S. Attorney Thomas Walker, who will prosecute Barnette in what is expected to be a monthlong trial scheduled to begin Jan. 5, declined to comment

The case will mark the first time North Carolina prosecutors have sought the federal death penalty since Congress reinstated it in 1988 as part of the government's war on drugs. Since then, lawmakers have broadened the capital murder statute to include other crimes.

Barnette, who is being held without bond in Charlotte, is facing death for several reasons — because he's charged with killing two people, because he allegedly crossed state lines to do it, and because the killings involved carjacking and domestic violence.

In April 1996, Robin Williams' apartment was firebombed. Barnette was an immediate suspect, but went undetected by police for two months.

On June 21, 1996, he allegedly shot Donald Lee Allen, 22, to death in a carjacking in Charlotte. Federal indictments claim that Barnette dumped Allen's body on the roadside and drove Allen's car to Roanoke.

Early the next morning, the government alleges, Barnette used a sawed-off shotgun to blast his way into a Loudon Avenue home where Williams was staying with her mother. He is charged with shooting her in the street when she fled as her mother looked on.

Earlier this year, Roanoke authorities agreed to have the case consolidated with the North Carolina charges — enabling federal prosecutors to seek a death sentence that would not have been available under Virginia law.

**Laurence Hammack can be reached at 981-3239 or laurenceh@roanoke.com**

PC - 005571

DOJ-FOIA 000042



U. S. Department of Justice

Federal Bureau of Investigation

09/01/1998

INV. [_____]
ROANOKE CITY POLICE DEPARTMENT
309 3RD STREET
ROANOKE, VA 24011

b6
b7C

Dear INV. [_____]

  Thank you for submitting the VICAP crime analysis report form on your case number 9635235, regarding victim(s) ROBIN A WILLIAMS. The case has been received and entered into the VICAP system. Your case was assigned the VICAP case number 98-VA-30.

  Your case will be compared with all other cases in the VICAP database, and will remain in the system indefinitely. It will be compared with all future cases entered into the system. However, you will not receive any further correspondence on this case unless a match is made to other cases in the VICAP system. In the event a match is made, you will be notified immediately by telephone of the pertinent details.

  If you have any questions or develop additional information regarding your case, please feel free to contact the VICAP staff on the toll free number listed below. Please refer to the VICAP case number when you contact us regarding this case.

Sincerely yours,

b6
b7C

[_____]
Unit Chief

NCAVC COORDINATOR - RH

SEARCHED _____ INDEXED _____
SERIALIZED _____ FILED _____

SEPT 03 '98

FBI - RICHMOND

**VIOLENT CRIMINAL APPREHENSION PROGRAM**
FBI ACADEMY Quantico, VA 22135
800-634-4097 703-640-6131 (VA)

PC - 005572

NATIONAL CENTER FOR THE ANALYSIS OF VIOLENT CRIME

DOJ-FOIA 000043



U. S. Department of Justice

Federal Bureau of Investigation

SAC, RH
Attention: NCAVC Coordinator FBI (IR-252-A-C000983)

The previous page is a copy of the letter sent to an agency within your jurisdiction, acknowledging receipt of the captioned VICAP report. No investigative action or response from you is required. This communication should be placed in a 252-0 file; open a 252 investigative file only if a criminal analysis or other investigation is required.

The following descriptive data on subjects, suspects, or victims from the VICAP report can be indexed. Any pertinent information developed through an indices search should be disseminated to the submitting agency.

Incident date: 06/21/1996

Suspect(s):            /88A-R4-4772

NAME: AQUILIA MARCIBICCI BARNETT
RACE: BLACK
SEX: MALE
DOB: 07/07/1972
AGE: 23
SSAN: 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

Victim(s):

NAME: ROBIN A WILLIAMS
RACE: BLACK
SEX: FEMALE
DOB: 10/13/1972
AGE: 23
SSAN: 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
STATUS: DECEASED

Due to Privacy Act considerations, this investigation should not be discussed outside the FBI except with captioned agency. If any questions arise regarding the Privacy Act, contact the NCAVC.

Captioned agency has investigative jurisdiction in this case, and any media inquiries should be referred to the reporting agency. Articles appearing in the local media should be clipped and forwarded to the FBI Academy, VICAP.

APM

**VIOLENT CRIMINAL APPREHENSION PROGRAM**
FBI ACADEMY   Quantico, VA  22135
800-634-4097     703-640-6131 (VA)

PC - 005573

NATIONAL   CENTER   FOR   THE   ANALYSIS   OF   VIOLENT   CRIME

DOJ-FOIA 000044

FEDERAL BUREAU OF INVESTIGATION
FOIPA
DELETED PAGE INFORMATION SHEET

No Duplication Fees are charged for Deleted Page Information Sheet(s).

Total Deleted Page(s) ~ 7
Page 13 ~ Duplicate Duplicate of serial 14
Page 24 ~ Duplicate Duplicate of serial 4
Page 25 ~ Duplicate Duplicate of serial 4 page 2
Page 42 ~ Duplicate Duplicate of serial 11.
Page 43 ~ Duplicate Duplicate of page 2 of serial 11.
Page 52 ~ Duplicate Duplicate of serial 17
Page 53 ~ Duplicate Duplicate of serial 17 page 2

PC - 005574

DOJ-FOIA 000045

Bates No. 13580



See Separate / A Section

PC - 005575

DOJ-FOIA 000046
DOJ-FOIA 000046



(03/31/95)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE **Date:** 07/19/1996

**To:** CID **Attn:** VCMO Section
Interstate Theft Unit

**From:** Charlotte
VCMO
Contact:

**Approved By:**

**Drafted By:** kep

**File Number(s):** 26A-CE-NEW (Pending)

**Title:** AQUILIA MARCIVICCI BARNETTE;
DONALD LEE ALLEN - VICTIM (DECEASED);
CARJACKING - MURDER;
6/21/96;
CHARLOTTE, NORTH CAROLINA;
OO: CHARLOTTE

**Synopsis:** To open and assign captioned case.

**Details:** On Friday evening, June 21, 1996, Subject BARNETTE went to the intersection of Billy Graham Parkway and Morris Field Road in Charlotte, North Carolina. Subject brought a 12 gauge shotgun with him, intending to commit a carjacking. Subject observed the victim's vehicle, a blue 1994 Honda Prelude (VIN JHMBA8142RC004261), approach the intersection while traveling on Morris Field Drive. Subject approached the victim, who had stopped for a red light, and ordered the victim out of his car.

Subject walked the victim, at gunpoint, to a wooded area along Morris Field Drive. Subject shot the victim three times, took the victim's wallet and car, and drove away. Victim died at the scene. Subject proceeded to drive to Roanoke, Virginia.

On the morning of June 22, 1996, subject shot and killed his former girlfriend, ROBIN WILLIAMS, in Roanoke, Virginia. Subject was seen leaving this murder in ALLEN's Honda Prelude. A Federal UFAP warrant was obtained in the Western District of Virginia (88A-RH-45652).

1

PC - 005576

DOJ-FOIA 000047
DOJ-FOIA 000047

  

# FEDERAL BUREAU OF INVESTIGATION

To: CID From: Charlotte
Re: 26A-CE-NEW, 07/19/1996

On June 23, 1996, Allen's family reported him to be missing. On June 24, 1996, ALLEN's Honda was recovered in a shopping center in Charlotte, North Carolina. A 12 gauge Winchester shotgun was also recovered in a nearby dumpster.

On June 25, 1996, subject was arrested on Richmond's UFAP warrant in Charlotte, North Carolina. Subsequent to his arrest, subject provided a detailed admission to both of the above described murders and led investigators to ALLEN's body.

The United States Attorney's Office, Western District of North Carolina, in Charlotte, North Carolina, is contemplating Federal prosecution of subject for the carjacking and murder of ALLEN. The United States Attorney's Office has requested permission from the Department of Justice to prosecute this matter as a capital punishment case, and is awaiting a response.

**Details:**

♦♦

2

PC - 005577

DOJ-FOIA 000048
DOJ-FOIA 000048

(03/31/95)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                                    **Date:** 08/26/1996

**To:** Richmond              **Attn:** SA [                    ]

**From:** Charlotte
      VCMO
      **Contact:** SA [                    ]

**Approved By:** [                    ]

**Drafted By:** [                    ] kep

**File Number(s):** 26A-CE-77261   (Pending)

**Title:** AQUILIA MARCIVICCI BARNETTE;
      DONALD LEE ALLEN - VICTIM (DECEASED);
      CARJACKING - MURDER;
      6/21/96;
      OO:  CHARLOTTE

**Synopsis:** Request for Richmond to contact family and friends of Robin Williams (deceased), Roanoke, Virginia.

**Reference:** Telephone calls between SA [            ] (Charlotte) and SA [                ] (Richmond), and Richmond file number 88A-RH-45652.

**Details:** On Friday evening, June 21, 1996, Subject Barnette went to the intersection of Billy Graham Parkway and Morris Field Road in Charlotte, North Carolina. Subject brought a 12-gauge shotgun with him, intending to commit a carjacking. Subject observed the victim's vehicle, a blue 1994 Honda Prelude (VIN JHMBA8142RC004261), approach the intersection while traveling on Morris Field Drive. Subject approached the victim, who had stopped for a red light, and ordered the victim out of his car.

    Subject walked the victim, at gunpoint, to a wooded area along Morris Field Drive. Subject shot the victim three times, took the victim's wallet and car, and drove away. Victim died at the scene. Subject proceeded to drive to Roanoke, Virginia.

    On the morning of June 22, 1996, subject shot and killed his former girlfriend, Robin Williams, in Roanoke, Virginia. Subject was seen leaving this murder in Allen's Honda Prelude. A Federal UFAP warrant was obtained in the Western District of Virginia (88A-RH-45652).

26A-CE-77261-2

1

PC - 005578

DOJ-FOIA 000049
DOJ-FOIA 000049

To: Richmond From: Charlotte
Re: 26A-CE-77261, 08/26/1996

On June 23, 1996, Allen's family reported him to be missing. On June 24, 1996, Allen's Honda was recovered in a shopping center in Charlotte, North Carolina. A 12-gauge Winchester shotgun was also recovered in a nearby dumpster.

On June 25, 1996, subject was arrested on Richmond's UFAP warrant in Charlotte, North Carolina. Subsequent to his arrest, subject provided a detailed admission to both of the above described murders and led investigators to Allen's body.

The United States Attorney's Office, Western District of North Carolina, in Charlotte, North Carolina, is contemplating Federal prosecution of subject for the carjacking and murder of Allen. The United States Attorney's Office has requested permission from the Department of Justice to prosecute this matter as a capital punishment case, and is awaiting a response. Additionally, the United States Attorney's Office is contemplating prosecution of Barnette under Federal Domestic Violence Statutes.

**Lead:**

### Richmond at Roanoke, Virginia

Contact friends and family of Robin Williams (deceased) in an attempt to establish her relationship and living arrangements with Subject Barnette, and report results to Charlotte.

♦♦

2

PC - 005579

DOJ-FOIA 000050
DOJ-FOIA 000050

(12/31/1995)

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                     Date: 09/18/1996

To: Charlotte          Attn:  SA [                    ]          b6
                                 VCMO                            b7C

From:  Richmond
        Squad 5/Roanoke RA
        Contact:  SA [                         ]

Approved By: [                          ]                        b6
                                                                b7C
Drafted By: [                    ] rrb

Case ID #:  26A-CE-77261 (Pending)

Title:   AQUILIA MARCIVICCI BARNETTE;
         DONALD LEE ALLEN - VICTIM (DECEASED);
         CAR JACKING - MURDER;
         6/21/96
         OO:  CHARLOTTE

Synopsis:  Completion of RH leads.
                                                                b6
Reference:  Telephone calls between SA [              ] (RH) and    b7C
SA [              ] (CE); Charlotte EC to Richmond, 8/26/96.

Enclosures: Enclosed for Charlotte is a two-paged Roanoke City
Police Department supplement regarding captioned matter.

Details:  As discussed in referenced telephone call, unknown to
CE case agent at the time of referenced EC, Roanoke City Police
Department had been previously tasked by Charlotte AUSA to
conduct investigation set forth in referenced EC.  Consequently,
the leads had been covered by Roanoke Police prior to Richmond
Division's receipt of EC.  The enclosed police supplement is
being submitted as a hard copy of information previously faxed,
along with other information, to CE case agent on 9/19/96.

        No investigation remaining in Roanoke at this time.

26A-CE-77261-3

SEARCHED_____ INDEXED____
SERIALIZED_____ FILED____

SEP 2 0 1996

FBI - Charlotte

PC - 005580

26A-CE-77261-

DOJ-FOIA 000051
DOJ-FOIA 000051



$\mathcal{H}_b A - CE - 77226/-4$

SEARCHED _____ INDEXED
SERIALIZED _____ FILED 9

SEP 20 1996

FBI CHARLOTTE

b6
b7C

PC - 005581

DOJ-FOIA 000052
DOJ-FOIA 000052

Information obtained Ref:Aquila Marcibicci
Barnett(defendant) & Robin Antoinette
Williams(deceased)

1.Copy of the residential lease from Hall
Associates,Inc.213 South Jefferson Street,Suite
1007,Roanoke,VA - showing Robin Williams as the lessee
of apartment at 1616 Keswick St.,N.E.Roanoke,VA
[          ] - Director Residential Apt.Management

b6
b7C

2.Copy of employment application from Dominion
Lodging,Inc. - Best Western Motel,Valley View Mall
General Manager[          ]
Company representative on application[          ]

3.Copy of employment application from Camelot Music -
Valley View Mall
[          ]Manager (Note:Marc Barnett was terminated
from Camelot Music Ref:a sexual harassment complaint)

4.Copy of employment application from Electrolux,1333
Townsquare Blvd.,N.W. including zerox copy of Marc
Barnett's Virginia drivers license
[          ]manager

5.List of tenants living at apartment complex on
Keswick Street,N.E.during time period that Robin
Williams and Marc Barnett resided at 1616 Keswick St.

a [          ]Keswick St.
b [          ]Keswick St.
c [          ]Keswick St.
d [          ]Keswick St.
e [          ]Keswick St.
f [          ]Keswick St.
g [          ]Keswick St.

b6
b7C

Note:Best witnesses to verify Robin and Marc resided at
1616 Keswick St.,N.E.and testify to prior domestic
disturbances will be[          ]

6.Reference questions pertaining to Arson offense:
        a.Verification that Marc Barnett traveled from
Charlotte,N.C.to 1616 Keswick St,N.E. 04/30/96.Robin
Williams "assumed"Marc came from Charlotte,N.C.(that's
where he had been staying since they broke up).Phone
records from Marc's mothers home could verify that call

PC - 005582

DOJ-FOIA 000053
DOJ-FOIA 000053

was made to Robin Williams the night of April
29,1996 [ ] phone number is [ ]   b6
Robin Williams received call at her mother's        b7C
home [ ] phone number [ ]

7.Could [ ] identify Marc Barnett when he
arrived at 1616 Keswick St.the morning of 04/30/96?This
was the first time [ ] had seen Robin's ex-
boyfriend [ ] cannot ID Marc Barnett as the person
who committed the offenses the morning of 04/30/96.


Copies of lease,employment applications,etc.to be sent
via mail.

Any further assistance please contact:               b6
Det [ ]                                              b7C
Sgt [ ]

PC - 005583

DOJ-FOIA 000054
DOJ-FOIA 000054



SEARCHED _____ INDEXED ____
SERIALIZED _____ FILED _____

SEP 2 0 1996

FBI CHARLOTTE

b6
b7C

DOJ-FOIA 000055
DOJ-FOIA 000055

26A-CE-77261
RRB:rrb

On 10/1/96, the below listed individuals were contacted in Roanoke, Virginia regarding the death of Robin Williams. Each individual was very familiar with Williams and aware of her previous relationship with Aquilia Marcivicci Barnette. They were advised that the Assistant United States Attorney (AUSA) in Charlotte, N.C., [ ] may want to interview them at some point in the near future as he prepares his case involving Barnette for prosecution. Each of these individuals expressed a willingness to meet with AUSA [ ] and cooperate with the investigation and prosecution of Barnette.    b6 b7C

[ ] Roanoke, Virginia, home telephone [ ] office telephone [ ] was a close friend of the late Robin Williams [ ] is employed as [ ] with [ ] and works 8:30 a.m. to 4:30 p.m. Monday - Thursday and 8:30 a.m. - 6:30 p.m. Fridays. She can be contacted at either work or her residence.    b6 b7C

[ ] Roanoke, Virginia, home telephone [ ] office telephone [ ] was a close friend of Williams. [ ] is employed with [ ] and works 9:30 p.m. - 6:00 a.m., Monday - Friday. She normally sleeps during the day until approximately 2:00 p.m. and can be contacted at her residence after such time, or at work in the late evenings.    b6 b7C

[ ] Roanoke, Virginia, home telephone [ ] office telephone [ ] is employed with [ ] and works sporadic hours. She can be contacted at either home or work.    b6 b7C

[ ] Roanoke, Virginia, home telephone [ ] is a former neighbor of Williams. [ ] does not work and can be contacted at her residence.



26A-CE-7726-15

SEARCHED ___ INDEXED ___
SER. ___ FILED ___

OCT 04 1996

b6 b7C

PC - 005585

26A-CE-7726l-5

DOJ-FOIA 000056
DOJ-FOIA 000056

(12/31/1995)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE          **Date:** 10/01/1996

**To:** Charlotte

**From:** Richmond
     Squad 5/Roanoke RA
      **Contact:** SA _____   b6
                                           b7C

**Approved By:** _____

**Drafted By:** _____ :rrb

**Case ID #:** 26A-CE-77261

**Title:** AQUILIA MARCIVICCI BARNETTE;
       DONALD LEE ALLEN - VICTIM (DECEASED);
       CAR JACKING - MURDER;
       6/21/96
       OO: CHARLOTTE

**Synopsis:** Results of leads to contact friends and associates with knowledge of former relationships between Barnette and Robin Williams (deceased).

**Reference:** Telephone call of SA _____ CE to SA _____   b6
_____ RH on 9/25/96.   b7C

**Enclosures:** Enclosed for CE are the original and one copy of and insert of SA _____ RH - Roanoke RA.

**Details:** Four witnesses knowledgeable of the former relationship between subject Barnette and the late Robin Williams were contacted, the results of which are reported on the enclosed insert. Each of these witnesses are willing to assist in the investigation and prosecution of Barnette.

     No investigation remaining in Richmond Division at this time.

♦♦

26A-CE-77261-60

SEARCHED_____ INDEXED____
SERIALIZED_____ FILED____

OCT 04 1996

FBI - CHARLOTTE

PC - 005586
26A-CE-77261-60

DOJ-FOIA 000057
DOJ-FOIA 000057

QHC                    Criminal Purpose - NC/III Ident Record

ORI  NCFBICE01  NAM  BARNETT,AQUILIA MARCIBICCI_____  RAC  B  SEX  M
DOB  070773  SOC  _____  MNU  _____  FBI  _____
SID  _____  PUR  C  OPR  DLW  ATN  SA[_____]
AT2  _____  HLF

FBJ-3680  JUN 22,1996  17:17:51  ( 6Y1H8H12XP62 )  ACK
FBJ-2648 - DCI209      06/22/96 17:17:52 - 06/22/96 17:17:52 6Y1H8H12XP62
DCI - RECORD          STATE WANTED PERSON FILE          PAGE 001
MKE/STATE WANTED PERSON
ORI/NC060013Y-MECKLENBURG CO COURT SERVICES    NAM/BARNETTE,AQUILLA A  SEX/M
RAC/B  POB/NC  DOB/070773  HGT/505  WGT/130  EYE/BRO  HAI/BLK  SOC/243571534
OFF/2299-BURGL  DOW/032596  OCA/96017975
MIS/BREAKING AND ENTERING


DCI HIT BASED ON NAM/BARNETT,AQUILIA MARCIBICCI  SEX/M  RAC/B  DOB/070773
 * END OF RECORD *
                                                       PAGE  1 OF  2
FBJ-2649 - NC1      06/22/96 17:17:58 - 06/22/96 17:17:54 6Y1H8H12XP62
1L016Y1H8H12XP62108
NCFBICE01

MKE/WANTED PERSON
ORI/GA0380000 NAM/BARNETTE,AQUILIA MARCIVICCI SEX/M RAC/B POB/NC
DOB/070773 HGT/505 WGT/120 EYE/BRO HAI/BLK FBI/950082PA5
FPC/19DIPIPM172011PIPI13 SOC/243571534
OLN/243571534 OLS/GA OLY/95 OFF/PROB VIOLATION - SEE MIS DOW/082294
OCA/93R107
MIS/COWETA CO SO 404 253 1502 CRUELTY TO CHILD
ORI IS COWETA CO SO NEWNAN GA
NIC/W622271542
IMMED CONFIRM WARRANT AND EXTRADITION WITH ORI

MKE/WANTED PERSON - CAUTION
ORI/VA1230020 NAM/BARNETTE,AQUILIA MARCIBICCI SEX/M RAC/B POB/NC
DOB/070773 HGT/506 WGT/140 EYE/BRO HAI/BLK FBI/950082PA5 SKN/LGT
FPC/19DIPIPM172011PIPI13 OFF/HOMICIDE DOW/043696 OCA/96-22933
MIS/OTHER NAMES USED AQUILLA MARC BARNETTE MARC BARNETTE AQUILIA
 MARCIVELI AQUILIA MARCNICCI BARNETTE
ORI IS ROANOKE CITY PD VA

26A-CE-77261-8
SEARCHED ___ INDEXED ___
SERIALIZED ___ FILED ___
JUN 2 2 1996
FBI CHARLOTTE
COPY

PC - 005587

DOJ-FOIA 000058
DOJ-FOIA 000058

FBJ-2649 - NC1      06/22/96 17:18:06 - 06/22/96 17:17:54 6Y1H8H12XP62
VYR/80 VMA/DATS VMO/280 VST/2D VCO/MAR
NIC/W928704082
IMMED CONFIRM WARRANT AND EXTRADITION WITH ORI

MKE/WANTED PERSON

b6
b7C

SEARCH PARAMETERS: NAME/BARNETT,AQUILIA MARCIBICCI   DOB/07-07-1973
                   ATN/SA[       ]

b6
b7C

CONCEALED HANDGUN PERMIT RECORD NOT FOUND

     BASED ON NAME: BARNETT,AQUILIA MARCIBICCI   BIRTH DATE: 07-07-1973

SEXUAL OFFENDER RECORD NOT FOUND

     BASED ON NAME: BARNETT,AQUILIA MARCIBICCI   BIRTH DATE: 07-07-1973

DOMESTIC VIOLENCE RECORD NOT FOUND

     BASED ON NAME: BARNETT,AQUILIA MARCIBICCI   BIRTH DATE: 07-07-1973
 * END OF RECORD *

PC - 005588

DOJ-FOIA 000059
DOJ-FOIA 000059

FBJ-2651 - DCI201        06/22/96 17:18:33 - 06/22/96 17:17:52 6Y1H8H12XP62
DCI - RECORD        COMPUTERIZED CRIMINAL HISTORY *        PAGE 001
THIS DCI RESPONSE IS THE RESULT OF YOUR INQUIRY ON
MKE/QHC  NAM/BARNETT,AQUILIA MARCIBICCI  RAC/B  SEX/M  DOB/070773  PUR/C
OPR/DLW

ATN/SA [          ]                                                    b6
                                                                      b7C

NAM/BARNETTE,AQUILLA MARC          SID/NC0597179A  FBI/950082PA5
SEX/M    RACE/B    DATE OF BIRTH/07-07-1973    PLACE OF BIRTH/NC
HEIGHT/5 FEET 05 INCHES    WEIGHT/130    EYE/BRO    HAIR/BLK
FINGERPRINT (FPC): 18 DI PI PM 17 / 20 11 PI PI 13
PRINTRAK FINGERS: U11 W03 W06 W07 U- / U11 U11 W08 W08 U10  AFIS BLOCK:27W10U
HENRY FINGERPRINT: 18M27WIIM17-L10U0II  HENRY BLOCK: 27W10U
SOCIAL SECURITY:        243571534
ALIAS: BARNETTE,MARC

BASED ON NAME, RACE, SEX AND DOB ONLY

THIS CRIMINAL HISTORY IDENT IS FOR A MULTI-STATE RECORD.

****************************************************************************
( CONT )
FBJ-2651 - DCI201        06/22/96 17:18:40 - 06/22/96 17:17:52 6Y1H8H12XP62
DCI - RECORD        COMPUTERIZED CRIMINAL HISTORY *        PAGE 002

FOR COMPLETE RECORD(S), PERFORM A QRC INQUIRY USING FBI OR SID.

STATE/FEDERAL REGULATIONS REQUIRE A ONE YEAR RECORD OF DISSEMINATION.

***CAUTION*** CHANGES TO THIS RECORD MAY OCCUR AT ANY TIME AND A NEW INQUIRY
SHOULD BE MADE FOR SUBSEQUENT USE.  RECORD MUST NOT BE USED AFTER 09-19-1996.
* END OF RECORD *
                                                      PAGE  1 OF  2
FBJ-2632 - NC2        06/22/96 17:18:51 - 06/22/96 17:17:56 6Y1H8H12XP62
7L014Y1H8H12XP621BC
NCFBICE01
THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON NAM/BARNETT,AQUILIA MARCIBICCI SEX/M RAC/B DOB/070773 PUR/C

NAME                          FBI NO.        INQUIRY DATE
BARNETTE,AQUILIA MARCVICCI    950082PA5      06/22/96

SEX  RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR  BIRTH PLACE
M    B     07/07/73    505     130     BRO   BLK   NORTH CAROLINA

FINGERPRINT CLASS
18 DI PI PM 17
20 11 PI PI 13

ALIAS NAMES
BARNETTE,AQUILIA MARCNICCI      BARNETTE,MARC
BARNETTE,AQUILIA MARCIVKCI      BARNETTE,AQUILLA MARC

SOCIAL SECURITY
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

                                              PC - 005589

                                              DOJ-FOIA 000060
                                              DOJ-FOIA 000060

FBJ-2652 - NC2       06/22/96 17:18:59 - 06/22/96 17:17:56 6Y1H8H12XP62

IDENTIFICATION DATA UPDATED 06/19/96

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
 GEORGIA         - STATE ID/GA1872086W
 NORTH CAROLINA - STATE ID/NC0597179A
 FBI             - FB1/950082PA5

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.

END

PC - 005590

DOJ-FOIA 000061
DOJ-FOIA 000061

QRC            Criminal Purpose - NC/III Whole Record

ORI   NCFBICE01   NAM  BARNETT,AQUILIA_MARCIBICCI_____   FBI  950082PA5
SID  _____   PUR   C   OPR   DLW   ATN   SA_ROZZI_____
AT2  _____  HLP  _

FBJ-3681   JUN 22,1996   17:20:07   ( 721H8H12XR8K )  ACK
FBJ-2653 - DCI201        06/22/96 17:20:09 - 06/22/96 17:20:08 721H8H12XR8K
DCI - RECORD       COMPUTERIZED CRIMINAL HISTORY         PAGE 001
THIS DCI RESPONSE IS THE RESULT OF YOUR INQUIRY ON
MKE/QRC_ NAM/BARNETT,AQUILIA MARCIBICCI  FBI/950082PA5  PUR/C  OPR/DLW     b6
ATN/SA [       ]                                                          b7C

NAM/BARNETTE,AQUILLA MARC            SID/NC0597179A   FBI/950082PA5
SEX/M    RACE/B    DATE OF BIRTH/07-07-1973     PLACE OF BIRTH/NC
HEIGHT/5 FEET 05 INCHES    WEIGHT/130    EYE/BRO    HAIR/BLK
FINGERPRINT (FPC):   18   DI   PI   PM   17 /  20   11   PI   PI   13
PRINTRAK FINGERS:   U11  W03  W06  W07  U-  / U11  U11  W08  W08  U10   AFIS BLOCK:27W10U
HENRY FINGERPRINT: 18M27WIIM17-L10UJOII  HENRY BLOCK: 27W10U
SOCIAL SECURITY:        243571534
ALIAS: BARNETTE,MARC

CYCLE 01 ARREST DATE: 11-12-1993            SID/NC0597179A  FBI/950082PA5
   ARREST AGENCY: NC0601700-SEABOARD RAILROAD POLICE CHARL
   ARREST NAME:     BARNETTE,AQUILLA MARC
   AGENCY CASE NO:    0181573   FINGERPRINT CHECK DIGIT NO: L13562N
   OFFENSE CHARG 01-ABDUCTION OF CHILDREN
   OFFENSE CHARG 02-ASSAULT WITH A DEADLY WEAPON-CUTTING-3CTS
( CONT )
FBJ-2653 - DCI201        06/22/96 17:20:15 - 06/22/96 17:20:08 721H8H12XR8K
DCI - RECORD       COMPUTERIZED CRIMINAL HISTORY         PAGE 002
COURT:  NCC6002SJ-MECKLENBURG CO DIST COURT -CHARL
   DISPO DATE: 12-08-1993     COURT DOCKET: 1993CR 073745
   COURT OFF-001 SECOND DEGREE KIDNAPPING
                    FELONY              OFFENSE DATE:  11-12-1993
      GENERAL STATUTE: 14-39
      DISPOSITION:    DISMISSAL W/O LEAVE (BY DA)
      TYPE OF ATTORNEY: PUBLIC DEFENDER  ICE
COURT: NCO6003SJ-MECKLENBURG CO SUP CO.  - CHARL
   DISPO DATE: 09-12-1994    COURT DOCKET: 1993CRS076063
   COURT OFF-002 FELONIOUS RESTRAINT
                    FELONY-            OFFENSE DATE:  11-08-1993
      GENERAL STATUTE: 14-43.3
      PLEA:              NOT GUILTY
      DISPOSITION:     GUILTY  JURY TRIAL
      RESTITUTION:     $100.00
      TYPE OF ATTORNEY: PUBLIC DEFENDER OFFICE
      TRANSFER TO SUPERIOR: 01-28-1994
                    PROB. WHEN PROB. OFFICER ALLOWS, ABIDE BY CURFEW,
                    POSESS NO DEADLY WEAPONS, MENTAL HEALTH EVAL.
( CONT )

                                                          PC - 005591

                                                      DOJ-FOIA 000062
                                                      DOJ-FOIA 000062

FBJ-2653 - DCI201        06/22/96 17:20:21 - 06/22/96 17:20:08 721H8H12XR8K
DCI - RECORD        COMPUTERIZED CRIMINAL HISTORY        PAGE 003
                    SUPPORT DEPENDENTS. REST. TO _____
                    _____        CHARLOTTE,N.C.  28208

CYCLE 02 ARREST DATE: 03-25-1994        SID/NC0597179A  FBI/950082PA5
    ARREST AGENCY: NC060013Y-MECKLENBURG CO COURT SERVICES
    ARREST NAME:    BARNETTE,AQUILLA MARC
    AGENCY CASE NO:    0181573    FINGERPRINT CHECK DIGIT NO: L26557X
    OFFENSE CHARG 01-RAPE 1ST DEGREE-VICTIM 13 YRS OR MORE-DANG WPN
    OFFENSE CHARG 02-2CTS RAPE 2ND DEG BY FORCE AGAINST WILL VICTIM
    OFFENSE CHARG 03-KIDNAPPING-FIRST DEGREE
    OFFENSE CHARG 04-TRESPASS-SECOND DEGREE-NOTIFIED NOT TO ENTER
COURT:  NC060035J-MECKLENBURG CO SUP COURT - CHARL
    DISPO DATE: 04-04-1994    COURT DOCKET: 1990CRS019866
    COURT OFF-001 RAPE 2ND DEGREE BY FORCE AGAINST WILL-2CTS
        DISPOSITION:    DISMISSED
            CCN-94CR19862
COURT:  NC060025J-MECKLENBURG CO DIST COURT -CHARL
    DISPO DATE: 04-04-1994    COURT DOCKET: 1994CR 019862
    COURT OFF-002 FIRST DEGREE RAPE
( CONT )
FBJ-2653 - DCI201        06/22/96 17:20:41 - 06/22/96 17:20:08 721H8H12XR8K
DCI - RECORD        COMPUTERIZED CRIMINAL HISTORY        PAGE 004
                    FELONY            OFFENSE DATE:  03-25-1994
        GENERAL STATUTE: 14-27.2(A)
        DISPOSITION:    DISMISSAL W/O LEAVE (BY DA)
        TYPE OF ATTORNEY: PUBLIC DEFENDER OFFICE
COURT:  NC060025J-MECKLENBURG CO DIST COURT -CHARL
    DISPO DATE: 04-04-1994    COURT DOCKET: 1994CR 019863
    COURT OFF-003 FIRST DEGREE KIDNAPPING
                    FELONY            OFFENSE DATE:  03-25-1994
        GENERAL STATUTE: 14-39
        DISPOSITION:    DISMISSAL W/O LEAVE (BY DA)
        TYPE OF ATTORNEY: PUBLIC DEFENDER OFFICE
COURT:  NC060025J-MECKLENBURG CO DIST COURT -CHARL
    DISPO DATE: 04-04-1994    COURT DOCKET: 1994CR 019865
    COURT OFF-004 SECOND DEGREE RAPE
                    FELONY            OFFENSE DATE:  03-25-1994
        GENERAL STATUTE: 14-27.3(A)
        DISPOSITION:    DISMISSAL W/O LEAVE (BY DA)
        TYPE OF ATTORNEY: PUBLIC DEFENDER OFFICE
COURT:  NC060025J-MECKLENBURG CO DIST COURT -CHARL
( CONT )

b6
b7C

PC - 005592

DOJ-FOIA 000063
DOJ-FOIA 000063

```
FBJ-2653 - DCI201       06/22/96 17:20:51 - 06/22/96 17:20:08 721H8H12XR8K
DCI - RECORD       COMPUTERIZED CRIMINAL HISTORY       PAGE 005
   DISPO DATE: 04-04-1994       COURT DOCKET: 1994CR 019866
   COURT OFF-005 SECOND DEGREE RAPE
             FELONY                OFFENSE DATE:   03-25-1994
      GENERAL STATUTE: 14-27.3(A)
      DISPOSITION:     DISMISSAL W/O LEAVE (BY DA)
      TYPE OF ATTORNEY: PUBLIC DEFENDER OFFICE

BASED ON FBI NUMBER ONLY

THIS CRIMINAL HISTORY IS FOR A MULTI-STATE RECORD.
THIS RESPONSE HAS NORTH CAROLINA CHARGES ONLY.
A MULTI-STATE III RESPONSE WILL BE PROVIDED BY THE FBI.

CERTIFIED AS A TRUE COPY OF CRIMINAL HISTORY RECORD INFORMATION ON THE ABOVE
 INDIVIDUAL AS SUBSTANTIATED BY FINGERPRINTS AS IT APPEARS IN THE SBI/DCI FILES.

STATE/FEDERAL REGULATIONS REQUIRE A ONE YEAR RECORD OF DISSEMINATION.

***CAUTION*** CHANGES TO THIS RECORD MAY OCCUR AT ANY TIME AND A NEW INQUIRY
( CONT )
FBJ-2653 - DCI201       06/22/96 17:20:59 - 06/22/96 17:20:08 721H8H12XR8K
DCI - RECORD       COMPUTERIZED CRIMINAL HISTORY       PAGE 006
SHOULD BE MADE FOR SUBSEQUENT USE.  RECORD MUST NOT BE USED AFTER 09-19-1996.
 * END OF RECORD *
```

PC - 005593

DOJ-FOIA 000064
DOJ-FOIA 000064

FBJ-2654 - NC1        06/22/96 17:21:34 - 06/22/96 17:20:11 721H8H12XR8K
FL01721H8H12XR8K1C4
NCFBICE01
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR FBI/950082PA5. INDIVIDUAL'S RECORD WILL BE COMPLETE
WHEN ALL RESPONSES ARE RECEIVED FROM THE FOLLOWING SOURCES:
  FBI            - FBI/950082PA5
  GEORGIA .      - STATE ID/GA1872086W

AN ADDITIONAL RECORD MAY BE OBTAINED FROM FILES WITHIN YOUR STATE.
END

FBJ-2655 - NC1        06/22/96 17:21:40 - 06/22/96 17:20:17 721H8H12XR8K
4L01721H8H12XR8K1C4
NCFBICE01
ATN/SA [        ]
THIS RECORD IS BASED ONLY ON THE FBI NUMBER IN YOUR REQUEST-950082PA5.
BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY        b6
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.                       b7C

              - FBI IDENTIFICATION RECORD -

WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.

NAME                              FBI NO.        DATE REQUESTED
BARNETTE,AQUILIA MARCVICCI        950082PA5      06/22/96

SEX   RACE   BIRTH DATE   HEIGHT   WEIGHT   EYES   HAIR   BIRTH PLACE
M     B      07/07/73     505      130      BRO    BLK    NORTH CAROLINA

FINGERPRINT CLASS
18 DI PI PM 17
20 11 PI PI 13

PC - 005594

DOJ-FOIA 000065
DOJ-FOIA 000065

FBJ-2655 - NC1      06/22/96 17:21:54 - 06/22/96 17:20:17 721H8H12XR8K

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
*            WANTED                                              *

*                                                               *
*   CONFIRM THAT WARRANT IS STILL OUTSTANDING                   *
*                                                               *
*   AGENCY-SHERIFF'S OFFICE NEWNAN (GA0380000)                  *
*   WANTED-NCIC #W822271542                                     *
*   BARNETTE,AQUILIA MARCIVICCI                                 *
*   PROB VIOLATION                                              *
*   CASE #93R107                                                *
*   DATE OF WARRANT 082294                                      *
*   NOTIFY SHERIFF'S OFFICE NEWNAN GEORGIA                      *
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
*            WANTED                                              *

*                                                               *
*   CONFIRM THAT WARRANT IS STILL OUTSTANDING                   *
```
FBJ-2655 - NC1      06/22/96 17:22:01 - 06/22/96 17:20:17 721H8H12XR8K
```
*                                                               *
*   AGENCY-POLICE DEPARTMENT ROANOKE (VA1230020)                *
*   WANTED-NCIC #W928704082                                     *
*   BARNETTE,AQUILIA MARCIBICCI                                 *
*   HOMICIDE                                                    *
*   CASE #96-22933                                              *
*   DATE OF WARRANT 043096                                      *
*   NOTIFY POLICE DEPARTMENT ROANOKE VIRGINIA                   *
*   CAUTION-QUERY NCIC FOR REASON OF CAUTION                    *
*   AND POSSIBLE CROSS REFERENCE INFORMATION                    *
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

ADDITIONAL CRIMINAL HISTORY RECORD INFORMATION IS MAINTAINED BY THE
FOLLOWING STATE(S):
GEORGIA                    - STATE ID/GA1872086W

ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

THE USE OF TH1S RECORD IS REGULATED BY LAW.  IT IS PROVIDED FOR

PC - 005595

DOJ-FOIA 000066
DOJ-FOIA 000066

FBJ-2655 - NC1      06/22/96 17:22:13 - 06/22/96 17:20:17 721H8H12XR8K
OFFICIAL USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.
END OF RECORD

FBJ-2656 - NLT      06/22/96 17:22:22 - 06/22/96 17:20:22 8F04CH12XRGZ
CR.0AIII0000
14:20 06/22/96 04360
14:20 06/22/96 03645 NCFBICE01
TXT
HDR/2L01721H8H12XR8K1C4
ATN/SA[          ] ARN/
PART 1
THE FOLLOWING RECORD PERTAINS TO SID/GA1872086W

                        GEORGIA CRIMINAL HISTORY


NAME                              STATE IDENT NBR    FBI IDENT NBR    RPT DATE
BARNETTE, AQUILIA MARCVICCI       GA1872086W         950082PA5        06/22/96

SEX    RACE    BIRTH DATE    HEIGHT    WEIGHT    EYES    HAIR    SKIN    BIRTHPLACE
M      B       07/07/73      5-05      128       BRO     BLK             NORTH CAROLIN

SOC SECURITY    FINGERPRINT CLASS    HENRY    SCAR-MARK-TATTOO    MISCELLANEOUS NBR
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     18 DI PI PM 17       27 W
                20 11 PI PI 13       10 U

FBJ-2656 - NLT      06/22/96 17:22:35 - 06/22/96 17:20:22 8F04CH12XRGZ


ADDITIONAL IDENTIFIERS:
ALIAS NAMES-------------------- *MARC

** INTERSTATE IDENTIFICATION INDEX - MULTISTATE OFFENDER **
*****************************************************************

ARREST-01    ARREST DATE-05/07/92-    TRACKING NBR-40977753
    AGENCY-NEWNAN POLICE DEPARTMENT              (GA0380100)
    AGENCY CASE NBR-9205009    NAME USED-
        CHARGE 01-DISCHARGING FIREARMS NEAR PUBLIC HIGHWAY    OFFENSE DATE-

        CHARGE 02-RECKLESS CONDUCT                            OFFENSE DATE-

        CHARGE 03-POINTING A GUN OR PISTOL AT ANOTHER         OFFENSE DATE-


        CHARGE 04-BATTERY - MISD                              OFFENSE DATE-

    JUDICIAL

b6
b7C

PC - 005596

DOJ-FOIA 000067
DOJ-FOIA 000067


770-254-2355
- (Records)

FBJ-2656 - NLT       06/22/96 17:22:42 - 06/22/96 17:20:22 8F04CH12XRGZ
  DISP-CONVICTED                        COURT DISP DATE-06/01/92
  OFFENSE-DISCHARGING FIREARMS NEAR PUBLIC HIGHWAY
  COURT-NEWNAN MUNICIPAL COURT          (GA038021J)    COURT NBR-
          TIME SERVED - RELEASED

    DISP-CONVICTED                      COURT DISP DATE-06/01/92
    OFFENSE-BATTERY - (MISD)
            TIME SERVED - RELEASED


    DISP-DISMISSED                      COURT DISP DATE-06/01/92
    OFFENSE-RECKLESS CONDUCT
          SRF/47521782                          CIT-
          NEWNAN MUN CRT


    DISP-CONVICTED                      COURT DISP DATE-06/01/92
    OFFENSE-POINTING A GUN OR PISTOL AT ANOTHER
    SENTENCE: CONF-25D
            TIME SERVED - RELEASED

ARREST-02   ARREST DATE-08/12/92-    TRACKING NBR-40868866

FBJ-2656 - NLT       06/22/96 17:22:50 - 06/22/96 17:20:22 8F04CH12XRGZ
  AGENCY-COWETA CO. SHERIFF'S OFFICE        (GA0380000)
  AGENCY CASE NBR-012918      NAME USED-
    CHARGE 01-CRIMINAL TRESPASS                      OFFENSE DATE-


  JUDICIAL
    DISP-DISMISSED                      COURT DISP DATE-11/24/92
    OFFENSE-CRIMINAL TRESPASS
    COURT-COWETA COUNTY SUPERIOR COURT    (GA038015J)   COURT NBR-

ARREST-03   ARREST DATE-01/28/93-    TRACKING NBR-30703654
  AGENCY-NEWNAN POLICE DEPARTMENT          (GA0380100)
  AGENCY CASE NBR-12918       NAME USED-
    CHARGE 01-CRUELTY TO CHILDREN - FELONY           OFFENSE DATE-
          2CTS

    CHARGE 02-SIMPLE BATTERY                         OFFENSE DATE-


  JUDICIAL
    DISP-CONVICTED                      COURT DISP DATE-03/09/93


PC - 005597

DOJ-FOIA 000068
DOJ-FOIA 000068

FBJ-2656 - NLT        06/22/96 17:23:00 - 06/22/96 17:20:22 8F04CH12XRGZ
     OFFENSE-CRUELTY TO CHILDREN - MISD
              2CTS                                         CIT-
        COURT-GEORGIA ORI UNKNOWN          (GAGBIOOOZ)    COURT NBR-
         SENTENCE: PROB-6Y FINE-$480
                 2CTS CC

        DISP-DISMISSED                      COURT DISP DATE-03/30/93
         OFFENSE-SIMPLE BATTERY
                  LACK OF PROS

***************************************************************
* THIS RECORD IS SOLELY FOR OFFICIAL CRIMINAL JUSTICE USE.  *
* USE OF THIS RECORD OR INFORMATION HEREIN FOR ANY OTHER    *
* PURPOSE VIOLATES GEORGIA LAW.                             *
***************************************************************

END OF RECORD

PC - 005598

DOJ-FOIA 000069
DOJ-FOIA 000069

```
                                                        PAGE  1 OF  1
FBJ-2693 - NLT      06/22/96 17:28:40 - 06/22/96 17:25:42 6GH4CH12XXBR
DR.GAGBJ0051
14:25 06/22/96 04398
14:25 06/22/96 03682 NCFBICE01
TXT
NAM/BARNETT,AQUILIA MARCIBICCI.DOB/070773.SEX/M
     BARNETTE AQUILIA M
     910 STONE MILL MNR DR
     LITHONIA        GA 30058-8237
SEX/M.        DOB/07-07-73. HGT/505.        WGT/130.      EYE/BRN.
OLN/243571534. EXP/07-07-95. ISSUE/07-31-91.
CLASS/C. TYPE/REGULAR. ITYP/REGULAR. ADAP/N
RSTR/NO RESTRICT.
COMMERCIAL STATUS/UNLICENSED.
NON-COMMERCIAL STATUS/EXPIRED.

END OF NAM/DOB/SEX INQUIRY
```

PC - 005599

DOJ-FOIA 000070
DOJ-FOIA 000070

06/26/96    13:44    ☎704 331 4595    FBI CHARLOTTE    ☑001

FD-448 (Rev. 2-16-95)



# FBI FACSIMILE

# COVERSHEET

AUG 26 1996

## PRECEDENCE

☐ Immediate
☐ Priority
☒ Routine

## CLASSIFICATION

☐ Top Secret
☐ Secret
☐ Confidential
☐ Sensitive
☐ Unclassified

Time Transmitted: _____
Sender's Initials: _____
Number of Pages: _____
(Including coversheet)

To: _CHARLOTTE  RD_     Date: _6·26·96_
Name of Office

Facsimile Number: _336 - 5713_

Attn: _INV._     Room: _____  Telephone: _____
Name:

From: _FBI - CHARLOTTE_
Name of Office

Subject: _AQUELLA  BARNETT_

Special Handling Instructions: _____

Originator's Name: _____     Telephone: _____

Originator's Facsimile Number: _____

Approved: _____

Brief Description of Communication Faxed: _____

b6
b7C

b6
b7C

_26A-CE- 7726C -63_ 005600

PART 3 OF SERIAL 13

DOJ-FOIA 000071
DOJ-FOIA 000071

# United States District Court

_____WESTERN_____ DISTRICT OF ___VIRGINIA___                    AUG 26 1996

UNITED STATES OF AMERICA
V.

AQUILIA MARCIBICCI BARNETT
3413 West Boulevard
Charlotte, North Carolina

## WARRANT FOR ARREST

CASE NUMBER: 96-0195C

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___AQUILIA MARCIBICCI BARNETT___
                                                                         Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation-Notice   ☐ Probation Violation Petition

charging him or her with  brief description of offense

Fleeing from the State of Virginia to avoid prosecution for the crimes of murder in the first degree, and breaking and entering with the intent to commit murder, robbery or rape, while armed with a deadly weapon, felonies under the Criminal Code for the Commonwealth of Virginia.

In violation of Title_____18_____ United States Code, Section(s)___1073___

____James C. Turk____                          __U.S. District Judge__
Name of Issuing Officer                         Title of Issuing Officer

_James C. Turk_                                 __6/22/96__
Signature of Issuing Officer                    Date and Location

(By) Deputy Clerk

Bail fixed at $_____  by_____
                                              Name of Judicial Officer

| RETURN |
| --- |
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST | | |

PC - 005601

DOJ-FOIA 000072
DOJ-FOIA 000072

HEIGHT/5 FEET 05 INCHES    WEIGHT/130    EYE/BRO    HAIR/
FINGERPRINT (FPC):    18   DI   PI   PM   17 /   20   11   PI   PI   13
PRINTRAK FINGERS;    U11 WO5 WO6 WO7 U-   / U11 U11 WO5 WO5 U10    AFIS BLOCK:27W10U
HENRY FINGERPRINT: 18M27WIIM17-L10U0II  HENRY BLOCK: 27W10U
SOCIAL SECURITY;    243571534
ALIAS: BARNETTE,MARC

CYCLE 01 ARREST DATE: 11-12-1993        SID/NC0SP71794  FBI/950092PA5
  ARREST AGENCY; NC0601700-SEABOARD RAILROAD POLICE CHARL
  ARREST NAME:    BARNETTE,AGUILLA MARC
  AGENCY CASE NO:   0191573   FINGERPRINT CHECK DIGIT NO: L13562N
  OFFENSE CHARG 01-ABDUCTION OF CHILDREN
  OFFENSE CHARG 02-ASSAULT WITH A DEADLY WEAPON-CUTTING-3CTS
( CONT )
CLA-9000 - DCI201      06/25/96 20:11:05 - 06/25/96 20:11:01 721PMH192MPD
DCI - RECORD      COMPUTERIZED CRIMINAL HISTORY       PAGE 002
COURT: NC0600253-MECKLENBURG CO DIST COURT -CHARL
  DISPO DATE: 12-08-1993    COURT DOCKET: 1993CR 073746
  COURT OFF-001 SECOND DEGREE KIDNAPPING
              FELONY              OFFENSE DATE:  11-12-1993
    GENERAL STATUTE: 14-39
    DISPOSITION:    DISMISSAL W/O LEAVE (BY DA:
    TYPE OF ATTORNEY: PUBLIC DEFENDER OFFICE
COURT: NC0600353-MECKLENBURG CO SUP COURT - CHARL
  DISPO DATE: 09-12-1994    COURT DOCKET: 1993CRS076063
  COURT OFF-002 FELONIOUS RESTRAINT
              FELONY              OFFENSE DATE:  11-08-1993
    GENERAL STATUTE: 14-43.3
    PLEA:         NOT GUILTY
    DISPOSITION:    GUILTY  JURY TRIAL
    RESTITUTION;   $100.00
    TYPE OF ATTORNEY: PUBLIC DEFENDER OFFICE
    TRANSFER TO SUPERIOR; 01-25-1994
              PROB, WHEN PROB, OFFICER ALLOWS, ASIDE BY CURFEW,
              POSSESS NO DEADLY WEAPONS, MENTAL HEALTH EVAL,
( CONT )
CLA-9000 - DCI201      06/25/96 20:11:04 - 06/25/96 20:11:01 721PMH192MPD
DCI - RECORD      COMPUTERIZED CRIMINAL HISTORY       PAGE 003
              SUPPORT DEPENDENTS, REST, TO JASPER L. CHAMBERS
              3732 WATSON DR, APT, 24- CHARLOTTE,N.C. 28208

CYCLE 02 ARREST DATE: 03-25-1994        SID/NC0SP71794  FBI/950082PA5
  ARREST AGENCY; NC0600139-MECKLENBURG CO COURT SERVICES
  ARREST NAME:    BARNETTE,AGUILLA MARC
  AGENCY CASE NO:   0191573   FINGERPRINT CHECK DIGIT NO: L26557Y
  OFFENSE CHARG 01-RAPE 1ST DEGREE-VICTIM 13 YRS OR MORE-DANG WPN
  OFFENSE CHARG 01-2CTS RAPE 2ND DEG BY FORCE AGAINST WILL VICTIM
  OFFENSE CHARG 03-KIDNAPPING-FIRST DEGREE
  OFFENSE CHARG 04-TRESPASS-SECOND DEGREE-NOTIFIED NOT TO ENTER
COURT: NC0600353-MECKLENBURG CO SUP COURT - CHARL
  DISPO DATE: 04-04-1994    COURT DOCKET: 1994CRS01866
  COURT OFF-001 RAPE 2ND DEGREE BY FORCE AGAINST WILL-2CTS
    DISPOSITION:    DISMISSED
              CDN-94CR19865
COURT: NC0600253-MECKLENBURG CO DIST COURT -CHARL
  DISPO DATE: 04-04-1994    COURT DOCKET: 1994CR 01866
  COURT OFF-002 FIRST DEGREE RAPE
( CONT )
CLA-9000 - DCI201      06/25/96 20:11:12 - 06/25/96 20:11:01 721PMH192MPD

PC - 005602

DOJ-FOIA 000073
DOJ-FOIA 000073

AUG 26 1996

FELONY            OFFENSE DATE:  03-25-1994
GENERAL STATUTE: 14-27.2(A)
DISPOSITION:     DISMISSAL W/O LEAVE (BY DA)
TYPE OF ATTORNEY: PUBLIC DEFENDER OFFICE
COURT:  NC0600250-MECKLENBURG CO DIST COURT -CHARL
   DISPO DATE: 04-04-1994    COURT DOCKET: 1994CR 01986:
   COURT OFF-003 FIRST DEGREE KIDNAPPING
            FELONY            OFFENSE DATE:  03-25-1994
GENERAL STATUTE: 14-39
DISPOSITION:     DISMISSAL W/O LEAVE (BY DA)
TYPE OF ATTORNEY: PUBLIC DEFENDER OFFICE
COURT:  NC0600250-MECKLENBURG CO DIST COURT -CHAPL
   DISPO DATE: 04-04-1994    COURT DOCKET: 1994CR 01986:
   COURT OFF-004 SECOND DEGREE RAPE
            FELONY            OFFENSE DATE:  03-25-1994
GENERAL STATUTE: 14-27.3(A.
DISPOSITION:     DISMISSAL W/O LEAVE (BY DA)
TYPE OF ATTORNEY: PUBLIC DEFENDER OFFICE
COURT:  NC0600250-MECKLENBURG CO DIST COURT -CHARL
  CONT

CLA-9000 - DCI201       06/25/96 20:11:17 - 06/25/96 20:11:.  7215MH192MP0
DCI - RECORD       COMPUTERIZED CRIMINAL HISTORY       PAGE 005
   DISPO DATE: 04-04-1994    COURT DOCKET: 1994CR 01986:
   COURT OFF-005 SECOND DEGREE RAPE
            FELONY            OFFENSE DATE:  03-25-1994
GENERAL STATUTE: 14-27.3(A.
DISPOSITION:     DISMISSAL W/O LEAVE (BY DA)
TYPE OF ATTORNEY: PUBLIC DEFENDER OFFICE

BASED ON FBI NUMBER ONLY

THIS CRIMINAL HISTORY IS FOR A MULTI-STATE RECORD.
THIS RESPONSE HAS NORTH CAROLINA CHARGES ONLY.
A MULTI-STATE III RESPONSE WILL BE PROVIDED BY THE FBI.

CERTIFIED AS A TRUE COPY OF CRIMINAL HISTORY RECORD INFORMATION ON THE ABOVE
INDIVIDUAL AS SUBSTANTIATED BY FINGERPRINTS AS IT APPEARS IN THE SBI/DCI FILES.

STATE/FEDERAL REGULATIONS REQUIRE A ONE YEAR RECORD OF DISSEMINATION.

***CAUTION*** CHANGES TO THIS RECORD MAY OCCUR AT ANY TIME AND A NEW INQUIRY
( CONT )
CLA-9000 - DCI201       06/25/96 20:11:24 - 06/25/96 20:11:01 7215MH192MP0
DCI - RECORD       COMPUTERIZED CRIMINAL HISTORY       PAGE 006
SHOULD BE MADE FOR SUBSEQUENT USE.  RECORD MUST NOT BE USED AFTER 06-22-1996.
 * END OF RECORD *
                                                          PAGE  1 OF  1
CLA-9000 - NC2       06/25/96 20:11:30 - 06/25/96 20:11:07 7215MH192MP0
FL017C15MH192MP01CA
NC0600100
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR FBI/950082PA5. INDIVIDUAL'S RECORD WILL BE COMPLETE
WHEN ALL RESPONSES ARE RECEIVED FROM THE FOLLOWING SOURCES:
 FBI         - FBI/950082PA5
 GEORGIA     - STATE ID/GA12720846W

AN ADDITIONAL RECORD MAY BE OBTAINED FROM FILES WITHIN YOUR STATE.
END

PC - 005603

DOJ-FOIA 000074
DOJ-FOIA 000074

CHARLOTTE-MECKLENBURG POLICE DEPARTMENT

**CRIME LABORATORY REPORT**

TO:
FIB/Homicide

DATE: 7/12/96
COMP. NO. 960625  210002
TYPE CASE:

ATTN:
DATE OCC.

SUBJECT: Murder/Robbery

Donald Lee Allen (v)
Aquilia M. Barnette (s)

ONFIDENTIAL:  This is an official report of the Charlotte-Mecklenburg Crime Laboratory and is to be used in connection with an official criminal investigation. Do not make public or reveal the contents thereof to any unauthorized person.

The form for this report is found to be in compliance with NCGS 90-95(g) and is hereby approved by the Attorney General.

he below listed evidence was submitted to this laboratory on _____ 7-2-96 _____ by| | AUG 26 1996

hese items and the results of laboratory examinations are as follows:

**ITEMS SUBMITTED:**

**Control # 14275**
1. One Tennessee car tag, tag# 031-RBT

**Control # 14350**
2. One used 12 gauge Federal Shotgun shell.
3. One used 12 gauge Federal Shotgun shell.

**Control # 14352**
5. One used 12 gauge Federal Heavy Field Shotgun shell.
6. One shot shellwad - not processed.

**Control # 14370**
20. One pair of handcuffs.
30. One Solitaire Mag. Instrument flashlight with a red coating on the lense - one AAA Energizer battery.
32. One South Carolina car tag, tag # FBE-685.

**Control # 14377**
18. One live 12 gauge Federal shotgun shell.

**RESULTS OF EXAMINATION:**

Processed evidence for latent fingerprints with negative results.

Page 1 of 2

PC - 005604

FORM #0-40 PD 6-88

DOJ-FOIA 000075
DOJ-FOIA 000075

ONFIDENTIAL:

# CHARLOTTE-MECKLENBURG POLICE DEPARTMENT
## CRIME LABORATORY REPORT

TO: FIB/Homicide

ATTN:
DATE OCC.

DATE: 7/12/96
COMP. NO. 960625  210002
TYPE CASE:

SUBJECT: Murder/Robbery

Donald Lee Allen (v)
Aquilia M. Barnette (s)

b6
b7C

AUG 26 1996

ONFIDENTIAL:  This is an official report of the Charlotte-Mecklenburg Crime Laboratory and is to be used in connection with an official criminal investigation. Do not make public or reveal the contents thereof to any unauthorized person.

The form for this report is found to be in compliance with NCGS 90-95(g) and is hereby approved by the Attorney General.

he below listed evidence was submitted to this laboratory on _____ 7-2-96 ___ by _____

hese items and the results of laboratory examinations are as follows:

b6
b7C

**AUTHORITY  D. E. NOWICKI**
**CHIEF OF POLICE**
I certify this to be the results of tests
performed on these items.

Analyst

b6
b7C

Page 2 of 2

FORM #0-40 PD 6-86

PC - 005605

DOJ-FOIA 000076
DOJ-FOIA 000076



AUG 26 1996

b6
b7C

TO: [  ] FIB

ATTN:

DATE OCC.

DATE: 7/22/96

COMP. NO. 960625   171602

TYPE CASE: Homicide

SUBJECT:

Donald ALLEN

---

CONFIDENTIAL:   This is an official report of the Charlotte-Mecklenburg Crime Laboratory and is to be used in connection with an official criminal investigation. Do not make public or reveal the contents thereof to any unauthorized person.

The form for this report is found to be in compliance with NCGS 90-95(g) and is hereby approved by the Attorney General.

---

The below listed evidence was submitted to this laboratory on _____07/02/96 - 07/09/96_____ by ____ [  ] and [  ]

These items and the results of laboratory examinations are as follows:

b6
b7C

## ITEMS SUBMITTED:

**Control # 14350**
Items collected at 3800 Billy Graham Parkway:
2. Spent shell casing found on drainage culvert near blood.
3. Spent shell casing found on drainage culvert near blood.

**Control #14352**
Items collected from 3800 Billy Graham Parkway:
5. Spent shell casing found partially on culvert and partially in weeds.
6. Shot shell wad from rock area.

**Control #14666**
1. Whole blood from Aquilia BARNETTE

Items submitted under **Complaint # 960624210002**

**Control # 14379**
Items collected at 5626 E. Independence Blvd.
12. Sample from the dumpster (inside front right corner ) and control.

**Control #14381**
Items collected at 5626 E. Independence Blvd.
1. Winchester shotgun (sawed off) serial # N868530.

## RESULTS OF EXAMINATION:

1. Human blood was identified on the following items:
   ITEM
   #14350 Item 2 - shell casing
          Item 3 - shell casing
   #14352 Item 6 - shot shell wad
   #14381 Item 1 - shotgun

   A portion of the blood on the shotgun was absorbed onto cotton threads and retained in the laboratory for potential further analysis.

Page 1 of 2

FORM #0-40 PD 6-86

PC - 005606

DOJ-FOIA 000077
DOJ-FOIA 000077

AUG 26 1996

TO: [ ] FIB

DATE: 7/22/96
COMP. NO. 960625 171602
TYPE CASE: Homicide

ATTN:
DATE OCC.

SUBJECT:
Donald ALLEN

b6
b7C

---

CONFIDENTIAL: This is an official report of the Charlotte-Mecklenburg Crime Laboratory and is to be used in connection with an official criminal investigation. Do not make public or reveal the contents thereof to any unauthorized person.
The form for this report is found to be in compliance with NCGS 90-95(g) and is hereby approved by the Attorney General.

The below listed evidence was submitted to this laboratory on _____ 07/02/96 - 07/09/96 _____ by ____ [ ] and [ ]

b6
b7C

These items and the results of laboratory examinations are as follows:

Continuing... RESULTS OF EXAMINATION:

2. The shell casing found partially in the weeds (#14352, Item 5) tested presumptively positive for the presence of blood; however, further testing gave no conclusive results.
3. No blood was detected on the sample from under the dumpster (#14379, Item 12).
4. BARNETTE's whole blood (#14666, Item 1) was identified to be blood type A. A dried patch of BARNETTE's blood has been retained in the laboratory for potential further analysis.

AUTHORITY D. E. NOWICKI
CHIEF OF POLICE
I certify this to be the results of tests performed on these items.

[ ] Analyst

b6
b7C

Page 2 of 2

DOJ-FOIA 000078
DOJ-FOIA 000078

CHARLOTTE - MECKLENBURG CRIME LABORATORY

FINGERPRINT SECTION

LATENT FINGERPRINT EVALUATION REPORT

AUG 26 1996

DATE OF COMPLAINT _____6/24/96_____          COMPLAINT NO. _960624210005_

CASE NAME _____David L. Allen     B3_____

ON _____6/26/96_____ THE LATENT FINGERPRINT SECTION RECEIVED _25_

LATENT LIFTS OF WHICH_____4_____ WERE OF VALUE. LATENTS OF (Combined)

VALUE WILL BE CHECKED WITH ANY SUSPECTS ON FILE OR ANY OTHER SUBJECTS (Combined)

WHOM YOU BELIEVE COULD BE INVOLVED IN THIS CRIME.

b6
b7C

TECHNICIAN_____

*NOTE:

THE ABOVE PRINTS ARE RETAINED IN CRIME LAB FILES. IF YOU HAVE QUESTIONS CONCERNING THIS EVALUATION OR YOU BELIEVE FURTHER EXAMINATIONS SHOULD BE MADE, PLEASE CONTACT US IMMEDIATELY TO VIEW AND DISCUSS THESE PRINTS WITH US.

RM 0-42 PD 6/74

PC - 005608

DOJ-FOIA 000079
DOJ-FOIA 000079

CHARLOTTE - MECKLENBURG CRIME LABORATORY

FINGERPRINT SECTION

LATENT FINGERPRINT EVALUATION REPORT

b6
b7C

AUG 26 1996

DATE OF COMPLAINT _____6/24/96_____   COMPLAINT NO. 960624210005

CASE NAME_____Donald L. Allen   FiB_____

ON_____6/27/96_____THE LATENT FINGERPRINT SECTION RECEIVED__2____

LATENT LIFTS OF WHICH_____O____WERE OF VALUE. LATENTS OF

VALUE WILL BE CHECKED WITH ANY SUSPECTS ON FILE OR ANY OTHER SUBJECTS

WHOM YOU BELIEVE COULD BE INVOLVED IN THIS CRIME.

TECHNICIAN_____

b6
b7C

*NOTE:

THE ABOVE PRINTS ARE RETAINED IN CRIME LAB FILES. IF YOU HAVE
QUESTIONS CONCERNING THIS EVALUATION OR YOU BELIEVE FURTHER
EXAMINATIONS SHOULD BE MADE, PLEASE CONTACT US IMMEDIATELY TO
VIEW AND DISCUSS THESE PRINTS WITH US.

FORM O-42 PD 6/74

PC - 005609

DOJ-FOIA 000080
DOJ-FOIA 000080

```
MA21                                                       06/25/96   19:29:43
DMA20                    REST OFFENDER DISPLAY
DR-NUMBER: 588963 - 1                                   13 - 588963 - B - 01
          LAST           FIRST        MIDDLE    TYP
   NAME: BARNETTE        AQUILIA      MARCIVICC
   RACE: B    SEX: M   ETHNICITY: N   DOB: 07 07 73    JUVENILE:  AUG 26 1996
          NUMBR  DIR STREET-NAME          TP  TOWN   APT
ADDRESS: 03413      WEST                  BV  CH
   DRIVERS-LICENSE: GA 3571534     SSN: 243 57 1534       PRINT-ID: 181573
      LAST-ARREST: 94 03 25   ALIASES:            STREET-NAMES: N
* * * * * * * * * * * * *    PF KEY INFORMATION * * * * * * * * * * * * *
PF5=DISPLAY-OFFENSES-AND-CASES                   PF4=EXIT-TO-MENU
PF6=RETURN-OFFENDER-REQUEST    PF8=DISPLAY-NEXT-RECORD   ENTER=DISPLAY-ARRESTS
```

PC - 005610

DOJ-FOIA 000081
DOJ-FOIA 000081

```
MA26                                                            06/25/96  19:29:51
DMA25                   OFFENDER ARREST RECORD DISPLA
588963 - 1                                                 13 - 588963 - B - 01
BARNETTE        AQUILIA    MARCIVICC      RAC: B   SEX: M  ETH: N DOB: 070773
03413    WEST                BV    CH   APT:                    PRINT-ID: 181573
                                     ARRESTS
ARST-NBR  J  DATE    UCR    CENS    --------LOCATION----------  OFFICERS   PRINT
0 789166  C  931112  0402   3805   00123 W  EXMORE          ST  1161 0749 181573
0 802731  C  940325  0201   3960   03413     WEST           BV  1157 6340 181573
NO MORE RECORDS TO DISPLAY
    * * * * * * * * * * * *   PF KEY INFORMATION * * * * * * * * * * * * * *
PF4=EXIT-TO-MENU    PF5=RETURN-TO-OFFENDER-DISPLAY    ENTER=DISPLAY-MORE-ARRESTS
```

PC - 005611

DOJ-FOIA 000082
DOJ-FOIA 000082

JUDICIAL
    DISP-CONVICTED                              COURT DISP DATE-03/09/93
                                                           PAGE  5 OF  5
CLA-9004 - NLT      06/25/96 20:12:30 - 06/25/96 20:11:16 BF04CH192MVS
    OFFENSE-CRUELTY TO CHILDREN - MISD
            2CTS                                           CIT-
      COURT-GEORGIA ORI UNKNOWN            (GA0BI0002)   COURT NBR-
      SENTENCE: PROB-6Y FINE-$490
            2CTS CC

      DISP-DISMISSED                            COURT DISP DATE-03/30/93
      OFFENSE-SIMPLE BATTERY
              LACK OF PROS


************************************************************
* THIS RECORD IS SOLELY FOR OFFICIAL CRIMINAL JUSTICE USE. *
* USE OF THIS RECORD OR INFORMATION HEREIN FOR ANY OTHER   *
* PURPOSE VIOLATES GEORGIA LAW.                            *
************************************************************


END OF RECORD

AUG 26 1996

PC - 005612

DOJ-FOIA 000083
DOJ-FOIA 000083

IN ORDER TO OBTAIN ACCURATE CRIMINAL HISTORY INFORMATION
YOU MUST HAVE:  LAST NAME, FIRST NAME, MIDDLE INITIAL, DATE
OF BIRTH, AND RACE AND SEX.

AUG 28 1996

PURPOSE OF THIS HISTORY: _Murder Investigation_

COMPLAINT NUMBER: _9606251716602_

_Barnette_          _Aquilia_          _Marcivicci_
LAST NAME            FIRST NAME          MIDDLE NAME OR
                                         INITIAL

_7-7-73_             _Black_             _Male_
DATE OF BIRTH        RACE                SEX

_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_        _____         _____
SOCIAL SECURITY NUMBER    FBI #              SID #

CCH - Criminal histories are available to sworn law
enforcement officers only by use in investigations.  This
information is not available for dissemination for public
or private use.  Private or public use of this information
for other than authorized law enforcement work may subject
the requestor and the Charlotte Police Department  to
severe disciplinary action through internal police
department procedures and/or by the State Bureau of
Investigations.

| | | |
|---|---|---|
| | | _FBI/Homicide_ |
| SIGNATURE OF REQUESTING OFFICER | CODE # | DIVISION |

b6
b7C

NAME OF REQUESTING OFFICER
(PLEASE PRINT)

_6-25-96_
DATE

PC - 005613

DOJ-FOIA 000084
DOJ-FOIA 000084

CLA-9003 - NC2      06/25/96 20:11:51 - 06/25/96 20:11:12 721BMH192MPD
4L017218MH192MPD1CA
NC0600100
ATN/INV R6 BUENING HOMICIDE
THIS RECORD IS BASED ONLY ON THE FBI NUMBER IN YOUR REQUEST-950062PA5,
BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.

- FBI IDENTIFICATION RECORD -

WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.

NAME                                    FBI NO.        DATE REQUESTED
BARNETTE,AQUILIA MARQUICO!              950062PA5      06/25/96

SEX   RACE   BIRTH DATE   HEIGHT   WEIGHT   EYES   HAIR   BIRTH PLACE
M     B      07/07/73     511      130      BRO    BLK    NORTH CAROLINA

FINGERPRINT CLASS
15 DI PI PM 17
20 11 PI PI 13
                                                             PAGE   2 OF   4
CLA-9003 - NC2      06/25/96 20:11:58 - 06/25/96 21:11:12 721BMH192MPD

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
*          WANTED                                                        *

*                                                                        *
*   CONFIRM THAT WARRANT IS STILL OUTSTANDING                            *
*                                                                        *
*   AGENCY-SHERIFF'S OFFICE NEWNAN (GA0380000)                           *
*   WANTED-NCIC #W822071542                                              *
*   BARNETTE,AQUILIA MARQUICO!                                           *
*   PROB VIOLATION                                                       *
*   CASE #95107                                                          *
*   DATE OF WARRANT 062294                                               *
*   NOTIFY SHERIFF'S OFFICE NEWNAN GEORGIA                               *
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
*          WANTED                                                        *

*                                                                        *
*   CONFIRM THAT WARRANT IS STILL OUTSTANDING                            *
                                                             PAGE   3 OF   4
CLA-9003 - NC2      06/25/96 20:12:03 - 06/25/96 21:11:12 721BMH192MPD
*                                                                        *
*   AGENCY-POLICE DEPARTMENT ROANOKE (VA1230020)                         *
*   WANTED-NCIC #W929704021                                              *
*   BARNETTE,AQUILIA MARQUICO!                                           *
*   HOMICIDE                                                             *
*   CASE #95-12773                                                       *
*   DATE OF WARRANT 043096                                               *
*   NOTIFY POLICE DEPARTMENT ROANOKE VIRGINIA                            *
*   CAUTION-SUBJ NCIC FUL REASON OF CAUTION                              *
*   AND POSSIBLE CROSS REFERENCE INFORMATION                             *
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

AUG 26 1996

PG - 005614

DOJ-FOIA 000085
DOJ-FOIA 000085

AUG 26 1996

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
*          WANTED                                                    *
*                                                                    *
*  CONFIRM THAT WARRANT IS STILL OUTSTANDING                         *
*                                                                    *
*  AGENCY-FBI RICHMOND (VAFBIRHO0)                                   *
*  WANTED BY FBI-NCIC #W935747014                                   *
*  BARNETT,AQUILIA MARCISICCI                                        *
                                                        PAGE  4 OF  4
CLA-9003 - NC2      06/25/96 20:12:09 - 06/25/96 20:11:12 7218MH192MPD
*  HOMICIDE - WILLFUL KILL-GUN                                       *
*  CASE #22-45652                                                    *
*  DATE OF WARRANT 0623P6                                            *
*  NOTIFY FBI RICHMOND VIRGINIA                                      *
*  CAUTION-QUERY NCIC FOR REASON OF CAUTION                          *
                                                                     
*  AND POSSIBLE CROSS REFERENCE INFORMATION                         *
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ADDITIONAL CRIMINAL HISTORY RECORD INFORMATION IS MAINTAINED BY THE
FOLLOWING STATE(S):
GEORGIA                  - STATE ID/GA1872196B

ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

THE USE OF THIS RECORD IS REGULATED BY LAW.  IT IS PROVIDED FOR
OFFICIAL USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.
END OF RECORD

                                                        PAGE  1 OF  2
CLA-9004 - NLT      06/25/96 20:12:13 - 06/25/96 20:11:16 9F04CH192MYS
CR.GA1110000
17:11 06/25/96 0573)
17:11 06/25/96 STCST NC040/11L
TYT
HDR/2L017218MH192MPD104
ATN/INV RG BUGNING HOMICIDE  AHN/
PART  1
THE FOLLOWING RECORD PERTAINS TO SID/GA1872196W

                     GEORGIA CRIMINAL HISTORY
```

| NAME | STATE IDENT NBR | FBI IDENT NBR | RPT DATE |
|---|---|---|---|
| BARNETTE, AQUILIA MARCVICCI | GA1872196B | 95008JPA6 | 06/25/96 |

| SEX | RACE | BIRTH DATE | HEIGHT | WEIGHT | EYES | HAIR | SKIN | BIRTHPLACE |
|---|---|---|---|---|---|---|---|---|
| M | B | 07/07/72 | 5-07 | 135 | BRO | BLK | | NORTH CAROLIN |

```
SOC SECURITY    FINGERPRINT CLASS    HENRY     SCAR-MARK-TATTOO   MISCELLANEOUS NBR
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     19 21 PI PM 17       CP 17
                04 11 PI PI 13       17 L
                                                        PAGE  2 OF  2
CLA-9004 - NLT      06/25/96 20:12:19 - 06/25/96 20:11:16 9F04CH192MYS

ADDITIONAL IDENTIFIERS:                                     PC - 005615
ALIAS NAMES----------------------- #MARC
```

DOJ-FOIA 000086
DOJ-FOIA 000086

AUG 26 1996

** INTERSTATE IDENTIFICATION INDEX - MULTISTATE OFFENDER **
*********************************************************************

ARREST-01    ARREST DATE-05/07/92-    TRACKING NBR-A0977753
    AGENCY-NEWNAN POLICE DEPARTMENT              (GA0380100)
    AGENCY CASE NBR-9205009    NAME USED-
      CHARGE 01-DISCHARGING FIREARMS NEAR PUBLIC HIGHWAY    OFFENSE DATE-

      CHARGE 02-RECKLESS CONDUCT                            OFFENSE DATE-

      CHARGE 03-POINTING A GUN OR PISTOL AT ANOTHER         OFFENSE DATE-


      CHARGE 04-BATTERY - MISD                              OFFENSE DATE-

    JUDICIAL
                                                         PAGE  3 OF  5
CLA-9004 - NLT     06/25/96 20:13:33 - 06/25/96 20:11:19 REN4DH92MYS
      DISP-CONVICTED                  COURT DISP DATE-06/01/92
      OFFENSE-DISCHARGING FIREARMS NEAR PUBLIC HIGHWAY
      COURT-NEWNAN MUNICIPAL COURT         (GA0360213)    COURT NBR-
            TIME SERVED - RELEASED

      DISP-CONVICTED                  COURT DISP DATE-06/01/92
      OFFENSE-BATTERY - MISD
            TIME SERVED - RELEASED


      DISP-DISMISSED                  COURT DISP DATE-06/01/92
      OFFENSE-RECKLESS CONDUCT
            SRF/47521792                            CIT-
            NEWNAN MUN CRT

      DISP-CONVICTED                  COURT DISP DATE-06/01/92
      OFFENSE-POINTING A GUN OR PISTOL AT ANOTHER
      SENTENCE: CONF-25D
            TIME SERVED - RELEASED

ARREST-02    ARREST DATE-09/12/92-    TRACKING NBR-A0565555
                                                         PAGE  4 OF  5
CLA-9004 - NLT     06/25/96 20:12:27 - 06/25/96 20:11:19 9F04CH92MYS
    AGENCY-COWETA CO. SHERIFF'S OFFICE          (GA0380000)
    AGENCY CASE NBR-012912    NAME USED-
      CHARGE 01-CRIMINAL TRESPASS                          OFFENSE DATE-


    JUDICIAL
      DISP-DISMISSED                  COURT DISP DATE-11/02/92
      OFFENSE-CRIMINAL TRESPASS
      COURT-COWETA COUNTY SUPERIOR COURT    (GA0380153)    COURT NBR-

ARREST-03    ARREST DATE-01/28/93-    TRACKING NBR-B0703654
    AGENCY-NEWNAN POLICE DEPARTMENT              (GA0380100)
    AGENCY CASE NBR-12912     NAME USED-
      CHARGE 01-CRUELTY TO CHILDREN - FELONY               OFFENSE DATE-
            2CTS

      CHARGE 02-SIMPLE BATTERY                             OFFENSE DATE-

```
                    INMATE INQUIRY: SUMMARY                        CJJI02M
  POSITIVE ID 181573 INM●●E ID 96178003 ARREST # 88●●1
  NAME BARNETTE, AQUILIA MARCIVICCI      USMARSHALL 129
  ALIAS *DAFO* SUICIDAL                  ALIAS
  ADDRESS 3413 WEST BV          CITY CHARLOTTE    STATE NC   ZIP 00000
  SEX M  RACE B  AGE 22  HEIGHT  0505  WEIGHT 145  HAIR BRO   EYES BLK
  COMPLEX       DOB 07-07-73                    SSN 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
  P TYPE F   TRUSTEE N  CELL M02    STATE REPORT       FED REPORT
        CHARGE  FEDERAL PRISONER (UNLAWFUL FLIGHT FOR MURDER)   AUG 26 1996
     CRT DATE            BOND  NONE              CRT         CASE
        CHARGE
     CRT DATE           BOND               CRT         CASE
        CHARGE
     CRT DATE           BOND               CRT         CASE
        CHARGE
     CRT DATE           BOND               CRT         CASE
        CHARGE
     CRT DATE           BOND               CRT         CASE
                                           LAST UPDATE BY SC
  COMMITTED BY MSD           DATE 06-25-96 TIME 2140   C.O. DHTL
  * * * * * * * * * * * * * PF KEY INFORMATION * * * * * * * * * * * * * *
  PF3=RETURN                                   ENTER=NEXT
  PF4=CANCEL    NO MORE RECORDS TO BE DISPLAYED
```

PC - 005617

DOJ-FOIA 000088
DOJ-FOIA 000088

```
                    INMATE INQUIRY: SENTENCE                        CJJI06M
    SENTENCE TO BEGIN 00-00-00           DAYS CREDITED    000
    NUMBER OF YEARS     00
    NUMBER OF MONTHS    00
    NUMBER OF DAYS      00
    WORK RELEASE        N
    SENTENCE INFO-
    BEG OF SENT 00-00-00 YRS 00  MTHS 00  DYS 00  DYS CRED 000
 * * * * * * * * * * * * * * PF KEY INFORMATION * * * * * * * * * * * * * * *
PF3=RETURN                                  ENTER=NEXT   PF10=PREV
PF4=CANCEL
```

AUG 26 1996

PC - 005618

DOJ-FOIA 000089
DOJ-FOIA 000089

```
MA21  .                                                      06/26/96  10:28:07
DMA20                       ●RREST OFFENDER DISPLAY    ●
DR-NUMBER: 588963 - 1                                   13 - 588963 - B - 01
          LAST            FIRST      MIDDLE     TYP
   NAME: BARNETTE         AQUILIA    MARCIVICC
   RACE: B    SEX: M    ETHNICITY: N    DOB: 07 07 73    JUVENILE:
        NUMBER  DIR STREET-NAME          TP  TOWN    APT
ADDRESS: 03403       WEST                BV  CH
     DRIVERS-LICENSE: GA 3571534    SSN: 243 57 1534      PRINT-ID: 181573
        LAST-ARREST: 96 06 25    ALIASES:            STREET-NAMES: N
* * * * * * * * * * * *    PF KEY INFORMATION * * * * * * * * * * * * *
PF5=DISPLAY-OFFENSES-AND-CASES                    PF4=EXIT-TO-MENU
PF6=RETURN-OFFENDER-REQUEST    PF8=DISPLAY-NEXT-RECORD    ENTER=DISPLAY-ARRESTS
```

AUG 26 1996

PC - 005619

DOJ-FOIA 000090
DOJ-FOIA 000090

# CHARLOTTE POLICE DEPARTMENT
## MEDIA BRIEFING SHEET

AUG 26 1996

COMP. NO.: _____ 96-0625171602 _____

VICTIM: _____ DONALD LEE ALLEN _____

VICTIM'S
ADDRESS: _____

LOCATION: _____ Billy Graham & Morris Field _____

INCIDENT: _____ Homicide / Robbery _____

SUSPECT DESCRIPTION: _____ Aquila Barnette  B/M 7-7-73 _____

* PERSON SUBMITTING BRIEFING SHEET: _____ HOMICIDE _____

DATE: 06-25-96    TIME: 22:25

### SPECIFICS OF INCIDENT:

On June 25, 1996 Donald Lee Allen was found deceased at the above
location. It was later determined that the alledged suspect had
killed him at that location on June 22, 1996. During that incident
the victims vehicle was stolen.

On June 22, 1996 the suspect drove to Roanoke    Virgina and is
alledged to have committed the murder of Robin Williams.

On June 25, 1996 Charlotte-Mecklenburg Police charged Aquilia
Barnette of 3413 W. Blvd with Murder & Robbery. He is currently in
the Mecklenburg County jail.

The investigation continues

**UPDATE INFORMATION**                          DATE: _____

* UPON COMPLETION, SUBMIT TO THE PUBLIC INFORMATION BUREAU OR DUTY CAPTAIN'S
  OFFICE.   SEE INSTRUCTIONS ON BACK OF FORM.
A-92-PD (6/86)

PC - 005620

DOJ-FOIA 000091
DOJ-FOIA 000091

```
MN30  ·                                          ·            06/25/96  19:30:57
DMN30                        ● OFFENSE INCIDENT DISPLAY ●
COMPLAINT-NUMBER: 95 01 25  1307 01             UCR: 0401  NATURE: 01
  CCS-EVENT-TYPE: INJURY ONLY              UCR-COUNT: 1   SEVERITY: 09
  LOCATION: N 03365    WEST            BV  CH  SUITE:      CENSUS: 39 60
PLACE-TYPE: SINGLE FAMILY DWELLING
  OCCURRED: 01 25 95  1305   TO   01 25 95  1307      REPORTING-OFFICER: 0954
REC-STATUS:          NUMBER-OF-PERSON-VICTIMS: 2      NUMBER-OF-SUSPECTS: 1
   ARSON: N          NBR-STOLEN-VEHICLES: 0      NBR-FORCIBLE-ENTRIES: 1
CLEARANCE-STATUS: A       INVESTIGATOR: 1524    INVESTIGATIVE-STAT: CLO
       UPDATED: 01 26 95        UPDATED: 01 30 95        UPDATED: 01 30 95
                          -----VICTIMS-----

1 BARNETTE      AQUILA     M    B M   07 07 73   03365    WEST           BV CH
┌──────────────────────────────────────────────────────────────────────────┐
└──────────────────────────────────────────────────────────────────────────┘
 ************************** PF KEY INFORMATION *************************
PF1=DISPLAY VICTIMS             PF3=CLEARANCE-EVENTS       PF4=EXIT TO MENU
PF6=STOLEN-ITEMS-FOR-BUSINESS   PF7=DISPLAY-PROPERTY-SUMMARY
PF8=EXIT-TO-OFFENSE-REQUEST     PF9=PREVIOUS RECORD        ENTER=NEXT-RECORD
```

b6
b7C

PC - 005621

DOJ-FOIA 000092
DOJ-FOIA 000092

HARLOTTE-MECKLENBURG POLICE DEPARTMENT OFFENSE REPORT

FORM 2.3 (1/84)

*1062*

**1. COMPLAINT NUMBER** 950125 130701

| LOCATION OF OFFENSE | | | | 5. DATE/TIME OCCURRED | | |
|---|---|---|---|---|---|---|
| 3365 WEST BLVD. | | | | FROM: 25 JAN 95 1305 | TO: 25 JAN 95 1307 | |

| DATE/TIME REPORTED 25 JAN 95 | 7. NUMBER SUSPECTS 1 | 8. NUMBER VICTIMS 1 | 9. ARSON ☐ YES ■ NO | 10. NO. UNLAWFUL ENTRIES | 11. LOSS OR DAMAGE ☐ YES ■ NO |
|---|---|---|---|---|---|

| ARREST MADE ■ YES ☐ NO | 13. ARREST NUMBER 833418 | 14. C.R. NUMBER | 15. VICTIM BUSINESS NAME | | |
|---|---|---|---|---|---|

AUG 26 1996

| VICTIM BUSINESS ADDRESS | ZIP CODE | 17. TYPE BUSINESS | 18. PHONE | 19. VICTIM PERSON 1 OF 1 |
|---|---|---|---|---|

| VICTIM PERSON NAME (Last, First, Middle, Type) BARNETTE, AQUIA M. | | 21. VICTIM PERSON ADDRESS 3365 WEST BLVD, CHARLOTTE NC 28208 | | ZIP CODE |
|---|---|---|---|---|

| HOME PHONE 392-9072 | 23. VICTIM PERSON PLACE OF EMPLOYMENT (School) MARRIOTT 5700 WESTPARK DR. CHARLOTTE, NC | 24. WORK PHONE 527-9650 | 3 | 25. AGE 21 | 26. DOB 07 JULY 73 |
|---|---|---|---|---|---|

| SEX M | 28. RACE B | 29. ETHN NH | 30. WHERE VICTIM TREATED/PRONOUNCED CAROLINAS MEDICAL CENTER | 31. BY ER STAFF | DATE/TIME 25 JAN 95 |
|---|---|---|---|---|---|

| REPORTING PERSON UNK | | | | 36. PHONE |
|---|---|---|---|---|

**VICTIM PERSON INFORMATION 01**

| 37. VICTIM RESIDENT STATUS | 38. RELATIONSHIP TO OFFENDER | 39. VICTIM HANDICAP | 41. INJURY LEVEL | 42. TYPE WEAPON THREAT | 43. INJURY TYPE | 44. MEDICAL TREATMENT |
|---|---|---|---|---|---|---|
| 0 ☐ Not Stated | 1 ☐ Spouse | 0 ■ None Noted | 1 ☐ Death | 1 ☐ Handgun | 1 ■ Gunshot Wound | 1 ☐ Hospitalized |
| 1 ■ Resident | 2 ☐ Ex-Spouse | 1 ☐ Sight Impaired | 2 ☐ Permanent Disability | 2 ■ Shotgun | 2 ☐ Knife Wound | 2 ■ Treated and Released |
| 2 ☐ Commuter | 3 ☐ Other Family | 2 ☐ Hearing | 3 ■ Serious Injury | 3 ☐ Rifle | 3 ☐ Broken Bones/ Teeth | 3 ☐ Refused Treatment |
| 3 ☐ Visitor | 4 ☐ Friend/ Acquaintance | Speech Impaired | 4 ☐ Minor Injury | 4 ☐ Knife/Cutting Instrument | 4 ☐ Internal Injury | 4 ☐ Not Treated |
| 4 ☐ Student Only | 5 ☐ Other Relationship | 3 ☐ Physical Disability | 5 ☐ Gun Threat | 5 ☐ Bludgeon | 5 ☐ Loss of Consciousness | 5 ☐ Not Stated |
| 5 ☐ Military Only | 6 ☐ No Relationship | 4 ☐ Mental Handicap | 6 ☐ Threatened | 6 ☐ Other Weapon | 6 ☐ Bruises/ Scratches | 45. NUMBER OF SEX ASSAULTS Ø |
| | 7 ☐ Unknown | 5 ☐ Other Handicap | 7 ☐ No Injury or Threat | 7 ☐ Physical Force (Aggravated) | 7 ☐ Other Injury | |
| | 8 ☐ Not Stated | 40. VICTIM USING ALCOHOL/DRUGS | 8 ☐ Not Reported | 8 ☐ Physical Force (Simple Assault) | 8 ☐ No Injury | 46. PROPERTY LOSS |
| | | ☐ YES ■ NO | | 9 ☐ No Weapon Involved | 9 ☐ Not Stated | ☐ YES ■ NO |
| | | | | 0 ☐ Not Indicated | | |

| OFFENSE ADW/SI | |
|---|---|

**NARRATIVE**

ITEM NO.

THE REPORTING PERSON STATED THE SUSPECT KICKED OPEN THE FRONT DOOR, ENTERED THE
RESIDENCE, AND SHOT THE VICTIM WITH A HANDGUN. ─── b6
b7C

**63. SOLVABILITY FACTORS**

| | |
|---|---|
| 1 ■ | Suspect Can Be Named |
| 2 ■ | Suspect Can Be Located |
| 3 ■ | Suspect Can Be Identified |
| 4 ■ | Suspect Can Be Described |
| 5 ☐ | Suspect Vehicle Can Be Identified |
| 6 ■ | Witness To Offense |
| 7 ☐ | Stolen Property Traceable |
| 8 ■ | Physical Evidence Collected |
| 9 ■ | M.O. Present in Narrative |
| 10 ☐ | N/A |

| TIME/PLACE TO CONTACT VICTIM UNK / UNK | |
|---|---|

**STOLEN VEHICLE**

| 50. MAKE | 51. MODEL | 52. YEAR | 53. COLOR | 54. BODY |
|---|---|---|---|---|

| VIN (Serial No.) | 56. LICENSE NO. | 57. STATE | 58. YEAR | 59. VALUE |
|---|---|---|---|---|

| REGISTERED OWNER | 61. REGISTERED OWNER'S ADDRESS | ZIP CODE |
|---|---|---|

OTHER IDENTIFYING CHARACTERISTICS OF VEHICLE

| OTHER REPORTS | 65. UCR CLEARANCE STATUS |
|---|---|
| ■ Suspect/Witness | ☐ Open |
| ■ Supplement | ☐ By Arrest |
| ☐ Property Supplement | ☐ Exceptional |
| ☐ Other | ☐ Unfounded |

| REPORTING OFFICER | 25 JAN 95 |
|---|---|
| | 25 JAN 95 DATE |

DOJ-FOIA 000093
DOJ-FOIA 000093

# CHARLOTTE-MECKLENBURG POLICE DEPARTMENT OFFENSE REPORT

FORM 2.3 (1/84)

**2062**

**130701**

1. COMPLAINT NUMBER: 950125 - *130701*

LOCATION OF OFFENSE: 3305 West Blvd

5. DATE/TIME OCCURRED FROM: TO: 25 Jan 95/1307

DATE/TIME REPORTED: 25 Jan 95/1307 Hrs

7. NUMBER SUSPECTS: 1

8. NUMBER VICTIMS: 1

9. ARSON: ☐ YES ☑ NO

10. NO. UNLAWFUL ENTRIES: 1

11. LOSS OR DAMAGE: ☑ YES ☐ NO

ARREST MADE: ☑ YES ☐ NO

13. ARREST NUMBER: 833418

14. C.R. NUMBER:

15. VICTIM BUSINESS NAME:

*AUG 26 1996*

VICTIM BUSINESS ADDRESS:

ZIP CODE:

17. TYPE BUSINESS:

18 PHONE:

19. VICTIM PERSON____OF____

VICTIM PERSON NAME (Last, First, Middle, Type):

ZIP CODE: 28208

23. VICTIM PERSON PLACE OF EMPLOYMENT (School): Retired

24. WORK PHONE: None

25. AGE: 65

b6

SEX: M

28 RACE: B

29. ETHN: NH

30. WHERE VICTIM TREATED/PRONOUNCED:

31. BY:

32. DATE/TIME: b6 b7C

REPORTING PERSON: Victim

34. ADDRESS: #2

ZIP CODE:

35. RELATIONSHIP:

36. PHONE: #22

| 37. VICTIM RESIDENT STATUS | 38. RELATIONSHIP TO OFFENDER | 39. VICTIM HANDICAP | 41. INJURY LEVEL | 42. TYPE WEAPON THREAT | 43. INJURY TYPE | 44. MEDICAL TREATMENT |
|---|---|---|---|---|---|---|
| 0 ☐ Not Stated | 1 ☐ Spouse | 0 ☑ None Noted | 1 ☐ Death | 1 ☐ Handgun | 1 ☐ Gunshot Wound | 1 ☐ Hospitalized |
| 1 ☑ Resident | 2 ☐ Ex-Spouse | 1 ☐ Sight Impaired | 2 ☐ Permanent Disability | 2 ☐ Shotgun | 2 ☐ Knife Wound | 2 ☐ Treated and Released |
| 2 ☐ Commuter | 3 ☑ Other Family | 2 ☐ Hearing/Speech Impaired | 3 ☐ Serious Injury | 3 ☐ Rifle | 3 ☐ Broken Bones/Teeth | 3 ☐ Refused Treatment |
| 3 ☐ Visitor | 4 ☐ Friend/Acquaintance | 3 ☐ Physical Disability | 4 ☐ Minor Injury | 4 ☐ Knife/Cutting Instrument | 4 ☐ Internal Injury | 4 ☐ Not Treated |
| 4 ☐ Student Only | 5 ☐ Other Relationship | 4 ☐ Mental Handicap | 5 ☐ Gun Threat | 5 ☐ Bludgeon | 5 ☐ Loss of Consciousness | 5 ☐ Not Stated |
| 5 ☐ Military Only | 6 ☐ No Relationship | 5 ☐ Other Handicap | 6 ☐ Threatened | 6 ☐ Other Weapon | 6 ☐ Bruises/Scratches | 45. NUMBER OF SEX ASSAULTS: 0 |
| | 7 ☐ Unknown | 40. VICTIM USING ALCOHOL/DRUGS | 7 ☑ No Injury or Threat | 7 ☐ Physical Force (Aggravated) | 7 ☐ Other Injury | 46. PROPERTY LOSS |
| | 8 ☐ Not Stated | ☐ YES ☑ NO | 8 ☐ Not Reported | 8 ☐ Physical Force (Simple Assault) | 8 ☐ No Injury | ☐ YES ☑ NO |
| | | | | 9 ☑ No Weapon Involved | 9 ☐ Not Stated | |
| | | | | 0 ☐ Not Indicated | | |

VICTIM PERSON INFORMATION

OFFENSE: Breaking and Entering

NARRATIVE

ITEM NO.

The victim stated while inside the above location, the suspect kicked-in his front door, then entered, and done bodily harm to another subject.

Reference Case # 950125-130701

1 | B.6, Summey 1524

TIME/PLACE TO CONTACT VICTIM: Anytime / Home

63. SOLVABILITY FACTORS

| | | |
|---|---|---|
| 1 ☑ | Suspect Can Be Named |
| 2 ☑ | Suspect Can Be Located |
| 3 ☑ | Suspect Can Be Identified |
| 4 ☑ | Suspect Can Be Described |
| 5 ☐ | Suspect Vehicle Can Be Identified |
| 6 ☐ | Witness To Offense |
| 7 ☐ | Stolen Property Traceable |
| 8 ☑ | Physical Evidence Collected |
| 9 ☑ | M.O. Present in Narrative |
| 10 ☐ | N/A |

STOLEN VEHICLE

50. MAKE | 51. MODEL | 52. YEAR | 53. COLOR | 54. BODY

VIN (Serial No.) | 56. LICENSE NO. | 57. STATE | 58. YEAR | 59. VALUE

REGISTERED OWNER | 61. REGISTERED OWNER'S ADDRESS | ZIP CODE

OTHER IDENTIFYING CHARACTERISTICS OF VEHICLE

b6

OTHER REPORTS:
- ☑ Suspect/Witness
- ☐ Supplement
- ☐ Property Supplement
- ☐ Other

65. UCR CLEARANCE b7C:
- ☐ Open
- ☑ By Arrest
- ☐ Exceptional
- ☐ Unfounded

DATE: 25 Jan 95

DOJ-FOIA 000094
DOJ-FOIA 000094

CHARLOTTÉ POLICE CRIME LABORATORY

| CRIME SCENE SUPPLEMENT REPORT (Form 0-8-PD, 8/84) | (1) VICTIM/COMPLAINANT BARNETTE, AQUILA M. | (2) COMPLAINT # 950125130701 |
|---|---|---|

| 3) UNIT 952 | (4) LOCATION 3413 WEST BLVD. | (5) DISTRICT A-2 | (6) DATE 25 JANUARY 95 |
|---|---|---|---|

| .7) CRIME ADW | (8) TIME REC'D 1347 | (9) TIME ARRIVED 1400 | (10) TIME CLEARED 1600 | (11) WEATHER CLEAR, MILD |
|---|---|---|---|---|

(12) NARRATIVE:

☐ CONTINUATION REPORT PAGE

AUG 26 1996

| ITEM | |
|---|---|

SCENE: ONE STORY WOODEN EXTERIOR DWELLING        b6
                                                 b7C

DISPATCHED TO ABOVE ADDRESS WHERE UPON ARRIVAL OFFICER [____] ADVISED A SUSPECT [____] BLACK MALE, DOB [____] WAS IN CUSTODY. I PERFORMED A GSR ON THE SUSPECT. OBSERVED THE MUD ON THE FRONT DOOR, BLOOD(?) ON THE LEFT REAR BEDROOM FLOOR, AND WOODEN DOOR ENTERING THE BEDROOM, A PAIR OF BLACK SHORTS AND A WHITE SHIRT (BOTH WITH BLOOD ON THEM) WERE LAYING ON THE FLOOR AS YOU ENTER THE ROOM ALONG WITH MEDIC DEBRIS. THE BED WAS UNMADE.

PHOTOGRAPHED THE SCENE AND COLLECTED THE BLACK SHORTS AND WHITE SHIRT.

NOTHING FURTHER TO PROCESS.

TASK COMPLETED.

13) EVIDENCE COLLECTED:

| | STD. | Q. | | STD. | Q. | | STD. | Q. |
|---|---|---|---|---|---|---|---|---|
| A. BLOOD | ☐ | ☐ | I. ARSON | ☐ | ☐ | Q. AMMUNITION & BULLETS | ☐ | ☐ |
| B. PAINT | ☐ | ☐ | J. DRUGS | ☐ | ☐ | R. LIFTS/CASTS | ☐ | ☐ |
| C. RAPE KIT | ☐ | ☐ | K. GLASS | ☐ | ☐ | S. TOOL MARK ITEMS | ☐ | ☐ |
| D. HAIR | ☐ | ☐ | L. B/A KIT | ☐ | ☐ | T. TOOL MARK CASTS | ☐ | ☐ |
| E. F. NAIL SCRAPINGS | ☐ | ☐ | M. STAINS | ☐ | ☐ | U. SHOE/TIRE | ☐ | ☐ |
| F. GSR KIT | ☐ | ■ | N. EXPLOSIVES | ☐ | ☐ | V. FIBERS | ☐ | ☐ |
| G. CLOTHES | ☐ | ■ | O. BOTANICAL | ☐ | ☐ | W. OTHER | ☐ | ☐ |
| H. PHYSICAL FIT ITEMS | ☐ | ☐ | P. FIREARMS | ☐ | ☐ | | | |

(14) LAB SECTION:

| A. FINGERPRINTS | ☐ |
|---|---|
| B. MICRO-ANALYSIS | ■ |
| C. CHEMISTRY | ☐ |
| D. FIREARMS | ☐ |
| E. DOCUMENTS | ☐ |

(15) PHOTOGRAPHS
☐ B/W #    ■ COLOR #

(16) LATENT PRINTS
LIFTS ☐ ITEMS ☐ PHOTOS ☐

7) PRINT ELIMINATION:
YES ☐    NO ☐    NAME(S)

POST-MORTEM ☐

3) OTHER EVIDENCE:        b6
                          b7C

9) MEASUREMENTS TAKEN ☐
DIAGRAM ATTACHED ☐

| (20) OFFICER(S) AT SCENE: #22 | CODE(S): |
|---|---|

| (22) OF | CODE: | (23) PAGE 1 OF 1 | (24) APPROVED BY: PC - 005624 |
|---|---|---|---|

DOJ-FOIA 000095
DOJ-FOIA 000095

CHARLOTTE-MECKLENBURG POLICE DEPARTMENT SUSPECT/WITNESS SUPPLEMENT

FORM 2.2     (3/84)

AUG 26 1996

5. COMPLAINT NUMBER *130701*

*950125-110110*

| | | | | | | |
|---|---|---|---|---|---|---|
| TIM | | | 3. NICKNAME (AKA) | 4. ARREST NO. | 5. ADVISED RIGHTS   ☒ YES  ☐ NO | DATE/TIME *25 Jan 95 1450* |

ZIP CODE | 7 HOME PHONE *None* | 8 PLACE OF EMPLOYMENT (School) *Unemployed* | 9. WORK PHONE

SUSPECT ONE

| 10. RACE *B* | 11. SEX *M* | 12. AGE *26* | | 14. HEIGHT *5'6* | 15. WEIGHT *145* | 16. HAIR *BLK* | 17 EYES *BRN* | 18. BEST TIME/PLACE TO CONTACT SUSPECT |

SUSPECT *1* OF *1*

b6
b7C

SUSPECT TWO

| 22. SUSPECT NAME (Last, First, Middle) | | | 23. NICKNAME (AKA) | 24. ARREST NO. | 25. ADVISED RIGHTS ☐ YES ☐ NO | DATE/TIME |
|---|---|---|---|---|---|---|
| 26. RESIDENCE ADDRESS | | ZIP CODE | 27. HOME PHONE | 28 PLACE OF EMPLOYMENT (School) | | 29 WORK PHONE |
| 30. RACE | 31. SEX | 32. AGE | 33. DOB | 34. HEIGHT | 35. WEIGHT | 36. HAIR   37 EYES   38. BEST TIME/PLACE TO CONTACT SUSPECT |

39. OFFENSE/CHARGE     40. SUSPECT_____ OF_____     41 FURTHER SUSPECT DESCRIPTION/INFORMATION

SUSPECT VEHICLE

| 42. MAKE | 43. MODEL | 44. YEAR | 45. COLOR | 46. BODY | 47. VIN |
|---|---|---|---|---|---|
| 48. LICENSE NO. | 49. STATE | 50. YEAR | 51. REGISTERED OWNER | 52. REGISTERED OWNER'S ADDRESS | ZIP CODE |
| 53. PHONE | 54. IF TOWED, NAME LOCATION | 55. TOW-IN NO | 56. VEHICLE IMPOUNDED ☐ YES ☐ NO | 57. IMPOUNDING OFFICER | CODE |
| 58. DATE/TIME IMPOUNDED | 59. VEHICLE INVENTORIED ☐ YES ☐ NO | 60. INVENTORY OFFICER   CODE | 61. RELEASED TO | | |
| 62. DATE/TIME RELEASED | 63. RELEASED BY   CODE | 64. ADDITIONAL VEHICLE IDENTIFIERS/INFORMATION | | | |

WITNESS ONE

| 65. WITNESS NAME (Last, First, Middle) | 66. RESIDENCE ADDRESS | ZIP CODE | 67. HOME PHONE |
|---|---|---|---|
| 68. WITNESS PLACE OF EMPLOYMENT (School) | 69. BUSINESS ADDRESS | ZIP CODE | 70. WORK PHONE |
| 71. RACE   72. SEX   73. AGE   74. DOB   75. WITNESS_____ OF_____ | 76. BEST TIME/PLACE TO CONTACT WITNESS | | |

77. SUMMARY OF FACTS TO WHICH WITNESS MAY TESTIFY

WITNESS TWO

| 78. WITNESS NAME (Last, First, Middle) | 79. RESIDENCE ADDRESS | ZIP CODE | 80. HOME PHONE |
|---|---|---|---|
| 81. WITNESS PLACE OF EMPLOYMENT (School) | 82. BUSINESS ADDRESS | ZIP CODE | 83. WORK PHONE |
| 84. RACE   85. SEX   86. AGE   87. DOB   88. WITNESS_____ OF_____ | 89. BEST TIME/PLACE TO CONTACT WITNESS | | |

90. SUMMARY OF FACTS TO WHICH WITNESS MAY TESTIFY

b6
b7C

DOJ-FOIA 000096
DOJ-FOIA 000096

# HARLOTTE-MECKLENBURG POLICE DEPARTMENT SUSPECT/WITNESS SUPPLEMENT

FORM 2.2  (3/84)

AUG 26 1996

VICTIM NAME: _BARNETTE , AQUILA M._

1. COMPLAINT NUMBER: 950125130701

| | 3. NICKNAME (AKA) TURBO | 4. ARREST NO 833418 | 5. ADVISED RIGHTS ■ YES ☐ NO 25 JAN 95 1450 DATE/TIME |
|---|---|---|---|
| 7. HOME PHONE NONE | | 8. PLACE OF EMPLOYMENT (School) UNEMPLOYED | 9. WORK PHONE |

**SUSPECT ONE**

| 10. RACE B | 11. SEX M | 12. AGE 26 | | 14. HEIGHT 5'6 | 15. WEIGHT 145 | 16. HAIR BLK | 17. EYES BRN | 18. BEST TIME-PLACE TO CONTACT SUSPECT |
|---|---|---|---|---|---|---|---|---|

SUSPECT _1_ OF _1_

21. FURTHER SUSPECT DESCRIPTION/INFORMATION

**SUSPECT TWO**

22. SUSPECT NAME (Last, First, Middle) | 23 NICKNAME (AKA) | 24. ARREST NO. | 25. ADVISED RIGHTS ☐ YES ☐ NO | DATE/TIME

26. RESIDENCE ADDRESS | ZIP CODE | 27. HOME PHONE | 28. PLACE OF EMPLOYMENT (School) | 29. WORK PHONE

| 30. RACE | 31. SEX | 32. AGE | 33. DOB | 34. HEIGHT | 35. WEIGHT | 36. HAIR | 37. EYES | 38. BEST TIME/PLACE TO CONTACT SUSPECT |
|---|---|---|---|---|---|---|---|---|

39. OFFENSE/CHARGE | 40 SUSPECT____ OF____ | 41. FURTHER SUSPECT DESCRIPTION/INFORMATION

**SUSPECT VEHICLE**

| 42. MAKE | 43. MODEL | 44. YEAR | 45. COLOR | 46. BODY | 47 VIN |
|---|---|---|---|---|---|

| 48. LICENSE NO. | 49. STATE | 50. YEAR | 51. REGISTERED OWNER | 52. REGISTERED OWNER'S ADDRESS | ZIP CODE |
|---|---|---|---|---|---|

| 53. PHONE | 54. IF TOWED, NAME LOCATION | 55. TOW-IN NO. | 56. VEHICLE IMPOUNDED ☐ YES ☐ NO | 57. IMPOUNDING OFFICER | CODE |
|---|---|---|---|---|---|

| 58. DATE/TIME IMPOUNDED | 59. VEHICLE INVENTORIED ☐ YES ☐ NO | 60. INVENTORY OFFICER | CODE | 61. RELEASED TO |
|---|---|---|---|---|

| 62. DATE/TIME RELEASED | 63. RELEASED BY | CODE | 64. ADDITIONAL VEHICLE IDENTIFIERS/INFORMATION |
|---|---|---|---|

**WITNESS ONE**

b6
b7C
b7D

**WITNESS TWO**

78. WITNESS NAME (Last, First, Middle) | 79. RESIDENCE ADDRESS | ZIP CODE | 80. HOME PHONE

81. WITNESS PLACE OF EMPLOYMENT (School) | 82. BUSINESS ADDRESS | ZIP CODE | 83. WORK PHONE

| 84. RACE | 85. SEX | 86. AGE | 87. DOB | 88. WITNESS____ OF____ | 89. BEST TIME/PLACE TO CONTACT WITNESS |
|---|---|---|---|---|---|

90. SUMMARY OF FACTS TO WHICH WITNESS MAY TESTIFY

b6
b7C

91. REPORTING OFFICER | CODE | DATE 25 JAN 95

DOJ-FOIA 000097
DOJ-FOIA 000097

CHARLOTTE-MECKLENBURG POLICE DEPARTMENT

# CRIME LABORATORY REPORT

TO: [          ] A-2          DATE: 02/21/95
                             COMP. NO. 95 012 1307 01
                             TYPE CASE: ADW
ATTN:
DATE OCC.   01/25/95          .   SUBJECT:

                             Aquila Barnette

b6
b7C

---

CONFIDENTIAL:   This is an official report of the Charlotte-Mecklenburg Crime Laboratory and is to be used in connection with an official criminal investigation. Do not make
                public or reveal the contents thereof to any unauthorized person.

                The form for this report is found to be in compliance with NCGS 90-95(g) and is hereby approved by the Attorney General.

b6
b7C

---

The below listed evidence was submitted to this laboratory on ___02/02/95___ by ___[          ]___
these items and the results of laboratory examinations are as follows:

### ITEMS SUBMITTED:

1. Gunshot residue kit from [                          ]

b6
b7C

### RESULTS OF EXAMINATION:

Examination for the presence of gunshot residue on the swabs in the kit
gave negative results.


**AUTHORITY D. E. NOWICKI**
**CHIEF OF POLICE**
I certify this to be the
results of tests performed
on these items.

[                          ] Analyst

b6
b7C

DOJ-FOIA 000098
DOJ-FOIA 000098

```
06/26/96              MCCJIS ARREST PROCESSING SUBSYSTEM          CJCR13M
08:48                   ● * DOCUMENT DISPLAY * ●
ALERT: __

SUBJECT: BARNETTE, AQUILLA A                    REPOSITORY #: 96017975
TYPE: OFA_  STATUS: __              DT: 06 06 96   PURGE DT:   0  0  0

CHARGE: 503200EF PROBATION VIOLATION
 CHECK AMT: _____ / COURT: ____ SESSION: _ DATE: __ _____ JUDGE: ____
ISSUE DATE: 03 25 96      COMPLAINT#: _____   OFFENSE DATE: 07 17 95
            93 CR  076062 01  ORIG ARREST NBR:    0  OFFICER: _____
                                    LAST DATA ENTRY: GJS_ 06 07 96
ASSIGNED TO: MSD_ K_____ DATE: 06 06 96   HOLDER: CTSV ____
JURISDICTN: STATE: NC CITY/CNTY: MECKLENBURG_ COURT: _____ ACTION DT: __ __ __
BUNDLE NUMBERS: CPD _____ MCPD _____ MCSD _____ GENERAL USE ____
ATTEMPTS TO SERVE: DATE: __ __ __ TIME: __ __ OFFICER: _____ NOTES: ___
                   DATE: __ __ __ TIME: __ __ OFFICER: _____ NOTES: ___
                   DATE: __ __ __ TIME: __ __ OFFICER: _____ NOTES: ___
```

PC - 005628

DOJ-FOIA 000099
DOJ-FOIA 000099

SUBJECT: BARNETTE, AQUILLA A                              REPOSITORY #: 96017789
TYPE: OFA_    STATUS: __              DT: 06 04 96   PURGE DT:   0   0   0

CHARGE: 503200 F PROBATION VIOLATION
 CHECK AMT: _____ / COURT: _____ SESSION: _ DATE: __ _____  JUDGE: _____
ISSUE DATE: 03 26 96     COMPLAINT#: _____   OFFENSE DATE: 03 26 96
              93 CR  076063 01  ORIG ARREST NBR:    0  OFFICER: _____
                                   LAST DATA ENTRY: GJS_ 06 07 96
ASSIGNED TO: MSD_ K___ _____ DATE: 06 04 96    HOLDER: CTSV ____ _____
JURISDICTN: STATE: NC CITY/CNTY: MECKLENBURG_ COURT: _____ ACTION DT: __ __ __
BUNDLE NUMBERS:  CPD _____  MCPD _____  MCSD _____ GENERAL USE _____
ATTEMPTS TO SERVE:  DATE: __ __ __   TIME: __ __   OFFICER: _____  NOTES: ___
                    DATE: __ __ __   TIME: __ __   OFFICER: _____  NOTES: ___
                    DATE: __ __ __   TIME: __ __   OFFICER: _____  NOTES: ___

PC - 005629

DOJ-FOIA 000100
DOJ-FOIA 000100

ALERT: __

CHECK PID # AUG 26 1996

SUBJECT: **BARNETTE, AQUILIA M**                    REPOSITORY #: 96020391
TYPE: WAR_    STATUS: __          DT: 06 25 96   PURGE DT:   0   0   0

CHARGE: 122202 F ROBBERY WITH DANGEROUS WEAPON--INDIVIDUAL (FELONY)
 CHECK AMT: _____ / COURT: _____ SESSION: _ DATE: __ __ __ JUDGE: _____
ISSUE DATE: 06 25 96     COMPLAINT#: _960625171602    OFFENSE DATE: 06 22 96
          __ CR _____ __   ORIG ARREST NBR:    0  OFFICER: _____
                                    LAST DATA ENTRY: JGT_ 06 25 96
ASSIGNED TO: CPD_ A25_ _____ DATE: 06 25 96   HOLDER: CTSV ____ _____
JURISDICTN: STATE: NC CITY/CNTY: MECKLENBURG_ COURT: _____ ACTION DT: __ __ __
BUNDLE NUMBERS:  CPD _____  MCPD _____  MCSD _____  GENERAL USE _____
ATTEMPTS TO SERVE:  DATE: __ __ __   TIME: __ __   OFFICER: _____ NOTES: ___
                    DATE: __ __ __   TIME: __ __   OFFICER: _____ NOTES: ___
                    DATE: __ __ __   TIME: __ __   OFFICER: _____ NOTES: ___

PC - 005630

DOJ-FOIA 000101
DOJ-FOIA 000101

```
06/26/96        MCCJIS ARREST PROCESSING SUBSYSTEM              CJCR13M
08:44              * DOCUMENT DISPLAY  * *
ALERT: __                                    CHECK PID #
                                                REPOSITORY #: 96020389
SUBJECT: BARNETTE, AQUILIA M
TYPE: WAR_    STATUS: __              DT: 06 25 96   PURGE DT:   0  0  0

CHARGE: 093000 F MURDER
 CHECK AMT: _____ / COURT: ____  SESSION: __ DATE: __ _____  JUDGE: _____
ISSUE DATE: 06 25 96     COMPLAINT#: _960625171602     OFFENSE DATE: 06 22 96
            __ CR _____ __  ORIG ARREST NBR:    0 OFFICER: _____
                                       LAST DATA ENTRY: JGT_ 06 25 96
ASSIGNED TO: CPD_ A25_ _____  DATE: 06 25 96    HOLDER: CTSV _____
JURISDICTN: STATE: NC CITY/CNTY: MECKLENBURG_ COURT: _____ ACTION DT: __ __ __
BUNDLE NUMBERS: CPD _____  MCPD _____ MCSD _____ GENERAL USE _____
ATTEMPTS TO SERVE: DATE: __ __ __  TIME: __ __  OFFICER: _____ NOTES: ___
                   DATE: __ __ __  TIME: __ __  OFFICER: _____ NOTES: ___
                   DATE: __ __ __  TIME: __ __  OFFICER: _____ NOTES: ___
```

PC - 005631

DOJ-FOIA 000102
DOJ-FOIA 000102

```
CLA23-5062 - DCI209      06/26/96 08:37:32 - 06/26/96 08:37:32 8C0QHH1AFST1
DCI - RECORD        STATE WANTED PERSON FILE      ● PAGE 001
MKE/STATE WANTED PERSON
ORI/NC060013Y-MECKLENBURG CO COURT SERVICES    NAM/BARNETTE,AQUILLA A  SEX/M
RAC/B  POB/NC  DOB/070773  HGT/505  WGT/130  EYE/BR0  HAI/BLK  SOC/2435XXXX34
OFF/2299-BURGL  DOW/032596  OCA/96017975
MIS/BREAKING AND ENTERING


DCI HIT BASED ON NAM/BARNETTE,AQUILIA  SEX/M  DOB/070773
 * END OF RECORD *
```

AUG 26 1996

PC - 005632

DOJ-FOIA 000103
DOJ-FOIA 000103

CLA23-5063 - NC1        06/██/96 08:37:42 - 06/26/96 0██37:34 8C0QHH1AFST1
NIC/W928704082
IMMED CONFIRM WARRANT AND EXTRADITION WITH ORI

MKE/WANTED' PERSON                                                    C 26 1996

b6
b7C

MKE/WANTED PERSON - CAUTION
ORI/VAFBIRH00 NAM/BARNETT, AQUILIA MARCIBICCI SEX/M RAC/B DOB/070773
HGT/506 WGT/145 EYE/BR0 HAI/BLK FBI/950082PA5 SKN/MED
FPC/18DIPIPM172011PIPI13 SOC/243571534
OFF/HOMICIDE - WILLFUL KILL-GUN DOW/062296 OCA/88-45652
MIS/A&D,MURDER,N0 B0ND,LAST SEEN DRIVING BLUE H0NDA CIVIC W/G0LD TRIM
  PARTIAL NC PLATE ENDING WITH 465
ORI IS FBI RICHMOND VA

PC - 005633

DOJ-FOIA 000104
DOJ-FOIA 000104

CLA23-5063 - N█████      06/██/96 08:37:37 - 06/26/96 0█:█7:34 8C0QHH1AFST1
1L018C0QHH1AFS█108
NC0600123

MKE/WANTED PERSON
ORI/GA0380000 NAM/BARNETTE,AQUILIA MARCIVICCI SEX/M RAC/B POB/NC
DOB/070773 HGT/505 WGT/120 EYE/BR0 HAI/BLK FBI/950082PA5
FPC/18DIPIPM172011PIPI13 SOC/243571534
OLN/243571534 OLS/GA OLY/95 OFF/PROB VIOLATION - SEE MIS DOW/082294
OCA/93R107
MIS/C0WETA C0 S0 404 253 1502 CRUELTY T0 CHILD
ORI IS COWETA CO SO NEWNAN GA
NIC/W822271542
IMMED CONFIRM WARRANT AND EXTRADITION WITH ORI

MKE/WANTED PERSON - CAUTION
ORI/VA1230020 NAM/BARNETTE,AQUILIA MARCIBICCI SEX/M RAC/B POB/NC
DOB/070773 HGT/506 WGT/140 EYE/BR0 HAI/BLK FBI/950082PA5 SKN/LGT
FPC/18DIPIPM172011PIPI13 OFF/HOMICIDE DOW/043096 OCA/96-22933
MIS/0THER NAMES USED AQUILLA MARC BARNETTE MARC BARNETTE AQUILIA
   MARCIVKLI AQUILIA MARCNICCI BARNETTE
ORI IS ROANOKE CITY PD VA

AUG 26 1996

PC - 005634

DOJ-FOIA 000105
DOJ-FOIA 000105

CLA23-5061 - NLT     06/  /96 08:37:00 - 06/26/96 0  36:52 6GH4CH1AFS6Z
DR.VADMVRH99
05:36 06/26/96 01540
05:36 06/26/96 01119 NC0600123
TXT
BARNETTE,AQUILIA,M                          PREVIOUS DWI  '96
1616 KESWICK AVENUE NE                              AUG 26 1996
ROANOKE,VA 24012
SEX/M. DOB/070773. HGT/505. WGT/140. HAI/BK. EYE/BR.
SOC/ 243571534
DRIVER:    EXP/ 07  98
DRIVER LICENSE STATUS -    LICENSED      CLASS: NONE          RESTR: NONE
ORGAN DONOR: N
** NOTICE **
INFORMATION OBTAINED FROM VCIN MAY BE USED FOR
CRIMINAL JUSTICE PURPOSES ONLY.

PC - 005635

DOJ-FOIA 000106
DOJ-FOIA 000106

CLA23-5060 - N          06/   /96 08:36:55 - 06/26/96 0   36:49 8C0QHH1AFS3N
IMMED CONFIRM WARRANT AND EXTRADITION WITH ORI

AUG 26 1996

PC - 005636

DOJ-FOIA 000107
DOJ-FOIA 000107

CLA23-50605 -          06/  /96 08:36:50 - 06/26/96 0  6:49 8C0QHH1AFS3N
NIC/W92870208
IMMED CONFIRM    RRANT AND EXTRADITION WITH ORI

MKE/WANTED PERSON

b6
b7C

MKE/WANTED PERSON - CAUTION
ORI/VAFBIRH00 NAM/BARNETT, AQUILIA MARCIBICCI SEX/M RAC/B DOB/070773
HGT/506 WGT/145 EYE/BR0 HAI/BLK FBI/950082PA5 SKN/MED
FPC/18DIPIPM172011PIPI13 SOC/243571534
OFF/HOMICIDE - WILLFUL KILL-GUN DOW/062296 OCA/88-45652
MIS/A&D,MURDER,N0 B0ND,LAST SEEN DRIVING BLUE H0NDA CIVIC W/G0LD TRIM
   PARTIAL NC PLATE ENDING WITH 465
ORI IS FBI RICHMOND VA



PC - 005637

DOJ-FOIA 000108
DOJ-FOIA 000108

CLA23-5060 - NC1      06/??/96 08:36:49 - 06/26/96 0?:36:49 8C0QHH1AFS3N
1L018C0QHH1AFS3N108
NC0600123

AUG 26 1996

MKE/WANTED PERSON
ORI/GA0380000 NAM/BARNETTE,AQUILIA MARCIVICCI SEX/M RAC/B POB/NC
DOB/070773 HGT/505 WGT/120 EYE/BR0 HAI/BLK FBI/950082PA5
FPC/18DIPIPM172011PIPI13 SOC/243571534
OLN/243571534 OLS/GA OLY/95 OFF/PROB VIOLATION - SEE MIS DOW/082294
OCA/93R107
MIS/COWETA C0 S0 404 253 1502 CRUELTY TO CHILD
ORI IS COWETA CO SO NEWNAN GA
NIC/W822271542
IMMED CONFIRM WARRANT AND EXTRADITION WITH ORI

MKE/WANTED PERSON - CAUTION
ORI/VA1230020 NAM/BARNETTE,AQUILIA MARCIBICCI SEX/M RAC/B POB/NC
DOB/070773 HGT/506 WGT/140 EYE/BR0 HAI/BLK FBI/950082PA5 SKN/LGT
FPC/18DIPIPM172011PIPI13 OFF/HOMICIDE DOW/043096 OCA/96-22933
MIS/OTHER NAMES USED AQUILLA MARC BARNETTE MARC BARNETTE AQUILIA
  MARCIVKLI AQUILIA MARCNICCI BARNETTE
ORI IS ROANOKE CITY PD VA

PC - 005638

DOJ-FOIA 000109
DOJ-FOIA 000109

```
CLA23-5059 - DCI209        06/26/96 08:36:46 - 06/26/96 08:36:46 8C0QHH1AFS3N
DCI - RECORD             STA   WANTED PERSON FILE        PAGE 001
MKE/STATE WANTED PERSON
ORI/NC060013Y-MECKLENBURG CO COURT SERVICES      NAM/BARNETTE,AQUILLA A   SEX/M
RAC/B  POB/NC  DOB/070773  HGT/505  WGT/130  EYE/BRO   HAI/BLK   SOC/243571534
OFF/2299-BURGL  DOW/032596   OCA/96017975
MIS/BREAKING AND ENTERING
                                                          AUG 26 1996

DCI HIT BASED ON NAM/BARNETTE,AQUILIA  SEX/M  DOB/070773
 * END OF RECORD *
```

PC - 005639

DOJ-FOIA 000110
DOJ-FOIA 000110

```
CLA23-5064 - NLT      06  6/96 08:37:50 - 06/26/96 0  37:41 6GH4CH1AFSYS
DR.GAGBI0051
05:37 06/26/96 01583
05:37 06/26/96 01125 NC0600123
TXT
NAM/BARNETTE,AQUILIA.DOB/070773.SEX/M
     BARNETTE AQUILIA M
     910 STONE MILL MNR DR
     LITHONIA          GA 30058-8237
SEX/M.          DOB/07-07-73. HGT/505.        WGT/130.    EYE/BRN.
OLN/243571534. EXP/07-07-95. ISSUE/07-31-91.
CLASS/C. TYPE/REGULAR. ITYP/REGULAR. ADAP/N
RSTR/NO RESTRICT.
COMMERCIAL STATUS/UNLICENSED.
NON-COMMERCIAL STATUS/EXPIRED.

END OF NAM/DOB/SEX INQUIRY
```

AUG 26 1996

PC - 005640

DOJ-FOIA 000111
DOJ-FOIA 000111

CLA23-5063 - NC1    06/●●/96 08:37:45 - 06/26/96 0●●7:34 8C0QHH1AFST1
IMMED CONFIRM WARRANT AND EXTRADITION WITH ORI

AUG 26 1996

PC - 005641

DOJ-FOIA 000112
DOJ-FOIA 000112

C1457  b6
b7C

06/25/96 20:12
** REPRINT **

789166

BARNETTE, AQUILLA MARC          M   B   07 07 73  22  931112161802

3413 WEST BV                    5  5  130   BLK   BRO      181573

CHARLOTTE      NC      (704)394-7950   2435715534        GA

HARPERS         CHARLOTTE        000 000 0000  243 57 1534

WAITER          NOT GIVEN

b6
b7C

134002 M ASSAULT WITH A DEADLY WEAPON - CUTTING
134002 M ASSAULT WITH A DEADLY WEAPON - CUTTING
134002 M ASSAULT WITH A DEADLY WEAPON - CUTTING
102600 F KIDNAPPING - FIRST DEGREE
222600 F BURGLARY - FIRST DEGREE                    WAR
102800 F KIDNAPPING - SECOND DEGREE                 WAR

*M0459* DEF WAS ARRESTED ON LISTED CHARGES.
M0443/ 11-22-93  3 WARRANTS ADDED

b6
b7C

PC - 005642

DOJ-FOIA 000113
DOJ-FOIA 000113

```
MN33                              RSON VICTIM CANDIDATE LIST        06/25/96  19:30:37
DMN33
X=SELECT FOR DISPLAY
  ----------NAME----------   R S DOB    ----------ADDRESS----------   VICTIM-ID
  BARNETTE   AQUILA     M   B M 070773 03365   WEST            BV   9501251307011
```

NO MORE RECORDS TO DISPLAY
 ************************** PF KEY INFORMATION **************************
PF4=RETURN-TO-SYSTEM-MENU              PF5=RETURN-TO-VICTIM-DISPLAY-REQUEST
PF8=BEGIN-SELECTED-RECORD-DISPLAYS                ENTER=DISPLAY-NEXT-PAGE

b6
b7C

PC - 005643

DOJ-FOIA 000114
DOJ-FOIA 000114

AUG 26 1996

AQUILIA MARCIVICCI BARNETTE aka
MARC BARNETTE, VICCI

2-7-73

CHARLOTTE, N.C.

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

5'5

145

BRN EYES

BLK HAIR

½" STAPLE SCAR THIGH

BULLET ENTRY WOUND RIGHT LEG & EXIT WOUND

5" ROD IN RIGHT LEG.

11ᵗʰ GRADE H.S. COMPLETED

NONE

NO DRUG OR ALCOHOL

SALES PERSON

PC - 005644

DOJ-FOIA 000115
DOJ-FOIA 000115

CLA23-5060 -　　06/26/96 08:36:50 - 06/26/96 08:  :49 8C0QHH1AFS3N
NIC/W92870 08
IMMED CONFIRM RRANT AND EXTRADITION WITH ORI

MKE/WANTED PERSON

b6
b7C

MKE/WANTED PERSON - CAUTION
ORI/VAFBIRH00 NAM/BARNETT, AQUILIA MARCIBICCI SEX/M RAC/B DOB/070773
HGT/506 WGT/145 EYE/BR0 HAI/BLK FBI/950082PA5 SKN/MED
FPC/18DIPIPM172011PIPI13 SOC/243571534
OFF/HOMICIDE - WILLFUL KILL-GUN DOW/062296 OCA/88-45652
MIS/A&D,MURDER,N0 B0ND,LAST SEEN DRIVING BLUE H0NDA CIVIC W/G0LD TRIM
  PARTIAL NC PLATE ENDING WITH 465
ORI IS FBI RICHMOND VA



PC - 005645

DOJ-FOIA 000116
DOJ-FOIA 000116

CLA23-5060 - N         06/26/96 08:36:55 ± 06/26/96 08:36:49 8C0QHH1AFS3N
IMMED CONFIRM WARRANT AND EXTRADITION WITH ORI

AUG 26 1996

PC - 005646

DOJ-FOIA 000117
DOJ-FOIA 000117

Bates No. 13652

```
06/26/96              MCCJIS ARREST PROCESSING SUBSYSTEM          CJCR13M
08:47                   * * DOCUMENT DISPLAY * *
ALERT: __            _____            __            _____

SUBJECT: BARNETTE, AQUILLA A                    REPOSITORY #: 96017789
TYPE: OFA_  STATUS: __              DT: 06 04 96   PURGE DT:   0  0  0

CHARGE: 503200 F PROBATION VIOLATION
 CHECK AMT: _____ / COURT: _____ SESSION: _ DATE: __ _____ JUDGE: _____
ISSUE DATE: 03 26 96      COMPLAINT#: _____  OFFENSE DATE: 03 26 96
           93 CR  076063 01  ORIG ARREST NBR:   0  OFFICER: _____
                                    LAST DATA ENTRY: GJS_ 06 07 96
ASSIGNED TO: MSD_ K_____ DATE: 06 04 96   HOLDER: CTSV ____ _____
JURISDICTN: STATE: NC CITY/CNTY: MECKLENBURG_ COURT: _____ ACTION DT: __ __ __
BUNDLE NUMBERS:  CPD _____  MCPD _____  MCSD _____  GENERAL USE _____
ATTEMPTS TO SERVE: DATE: __ __ __  TIME: __ __  OFFICER: _____ NOTES: ___
                   DATE: __ __ __  TIME: __ __  OFFICER: _____ NOTES: ___
                   DATE: __ __ __  TIME: __     OFFICER: _____ NOTES: ___
```

PC - 005647

DOJ-FOIA 000118
DOJ-FOIA 000118

```
06/26/96              MCCJIS ARREST PROCESSING SUBSYSTEM           CJCR13M
08:46               * *  DOCUMENT DISPLAY  * *
ALERT: __          ___           ___
                                         CHECK PID #              ___
SUBJECT: BARNETTE, AQUILIA M                 REPOSITORY #: 96020391
TYPE: WAR_   STATUS: __          DT: 06 25 96   PURGE DT:   0  0  0

CHARGE: 122202 F ROBBERY WITH DANGEROUS WEAPON--INDIVIDUAL (FELONY)
 CHECK AMT: _____ / COURT: _____ SESSION: _ DATE: __ __ ___ JUDGE: _____
ISSUE DATE: 06 25 96    COMPLAINT#: _960625171602    OFFENSE DATE: 06 22 96
          __ CR _____ __  ORIG ARREST NBR:   0 OFFICER: _____
                                    LAST DATA ENTRY: JGT_ 06 25 96
ASSIGNED TO: CPD_ A25_ _____ DATE: 06 25 96   HOLDER: CTSV ____ _____
JURISDICTN: STATE: NC CITY/CNTY: MECKLENBURG_ COURT: _____ ACTION DT: __ __ __
BUNDLE NUMBERS:  CPD _____  MCPD _____  MCSD _____  GENERAL USE _____
ATTEMPTS TO SERVE: DATE: __ __ __  TIME: __ __  OFFICER: _____ NOTES: ___
                   DATE: __ __ __  TIME: __ __  OFFICER: _____ NOTES: ___
                   DATE: __ __ __  TIME: __ __  OFFICER: _____ NOTES: ___
```

PC - 005648

DOJ-FOIA 000119
DOJ-FOIA 000119

```
                        INMATE INQUIRY: SUMMARY                        CJJI02M
POSITIVE ID 181573 INMATE ID 96178003 ARREST # 88610
NAME BARNETTE, AQUILIA MARCIVICCI       USMARSHALL 12
ALIAS *DAFO* SUICIDAL                   ALIAS
ADDRESS 3413 WEST BV          CITY CHARLOTTE       STATE NC  ZIP 00000
SEX M  RACE B  AGE 22  HEIGHT  0505  WEIGHT 145  HAIR BRO    EYES BLK
COMPLEX       DOB 07-07-73                   SSN 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
P TYPE F   TRUSTEE N  CELL M02    STATE REPORT      FED REPORT
      CHARGE  FEDERAL PRISONER (UNLAWFUL FLIGHT FOR MURDER)   AUG 26 1996
      CRT DATE           BOND  NONE              CRT      CASE
      CHARGE
      CRT DATE           BOND                    CRT      CASE
      CHARGE
      CRT DATE           BOND                    CRT      CASE
      CHARGE
      CRT DATE           BOND                    CRT      CASE
      CHARGE
      CRT DATE           BOND                    CRT      CASE
                                                 LAST UPDATE BY SC
COMMITTED BY MSD              DATE 06-25-96 TIME 2140   C.O. DHTL
* * * * * * * * * * * * * PF KEY INFORMATION * * * * * * * * * * * * * *
PF3=RETURN                                    ENTER=NEXT
PF4=CANCEL   NO MORE RECORDS TO BE DISPLAYED
```

PC - 005649

DOJ-FOIA 000120
DOJ-FOIA 000120

CLA23-5048 - NC1    06/25/96 19:17:42 - 06/25/96 19:17:40 5THQHH1913TG
1L015THQHH1913TG108
NC0600123

MKE/MISSING PERSON - INVOLUNTARY
ORI/SC0460000 NAM/ALLEN, DONALD LEE SEX/M RAC/W DOB/033074 HGT/601
WGT/154 EYE/BLU HAI/BLN
OLN/4124471 OLS/SC OLY/93 MNP/MP DLC/062196 OCA/096016899
MIS/LAST SEEN WEARING MULTI COLORED POLO STYLE SHIRT AND SHORTS HAS
   LIGHT    MUSTACHE  CAR HAS BEEN RECOVERED IN MECKLENBURG CO NC
   TAG WAS NOT ON VEHICLE    AT THIS TIME IT HAS NOT BEEN DETERMINED
   IS FOUL PLAY IS INVOLVED
ORI IS YORK CO SO YORK SC
CRC/U FPA/N BXR/N
NIC/M940087876
IMMED CONFIRM MISSING PERSON STATUS WITH ORI
NO NCIC WANT OLN/          2871154

AUG 26 1996

PC - 005650

DOJ-FOIA 000121
DOJ-FOIA 000121

AM                    Send Out-Of-State Administrative Message

ORI  NC0600100   ORI  TN0470100   ORI  _____   DRI  _____
DRI  _____  DRI  _____  CTL  _____   DST  KNOXVILLE_PD_____
DST  _____  DST  _____  DST  _____
DST  _____  AGY  CHARLOTTE_MECK_PD___  AUT  OFFICER_DS_WILSON_
MNR  0000  OPR  DLB  TXT
TXT
DO YOU HAVE ANY UNIDENTIFIED W/M BODIES IN YOUR JURISDICTION?
ALSO, COULD YOU PLEASE CHECK YOUR JAIL TO SEE IF YOU HAVE DONALD LEE ALLEN
W/M, IN CUSTODY, DOB UNKNOWN, HE IS 22 YEARS OLD.  THANK YOU.

AUTH:CHARLOTTE MECK PD  CLA/DLB
OFFICER [          ]  FAMILY SERVICES BUREAU   TELEPHONE 336-2363
CLA-7058  JUN 25,1996  05:04:53  ( 8D1BMH18804C )  ACK
                                                            PAGE  1 OF
CLA-8669 - DQAM       06/25/96 05:04:58 - 06/25/96 05:04:58 8D1BMH18804C
ADMIN MSG TRANSMITTED TO NLETS
AM.NC060010Q.TN0470100.                              b6
TXT                                                  b7C
0000 CHARLOTTE MECK PD JUN 25, 1996
KNOXVILLE PD
TXT



PC - 005651

DOJ-FOIA 000122
DOJ-FOIA 000122

AUG 26 1996

PAGE 1 OF

CLA-8678 - NLT     06/25/96 06:31:01 - 06/25/96 06:31:00 8D04CH18B5ZJ
AM.TN0470100
03:31 06/25/96 00580
03:31 06/25/96 00556 NC0600100
TXT
TO: CHARLOTTE - MECK PD, NORTH CAROLINA
FROM: KNOXVILLE PD, TENNESSEE
SUBJ: TTY REGARDING UNIDENTIFIED W/M BODIES

I RECEIVED YOUR TTY AND HAVE FORWARDED THE INFO TO OUR CRIMINAL INVESTIGATION
DIVISON FOR FOLLOW UP. IF YOUR AGENCY SHOULD NOT HEAR BACK FROM KNOXVILLE PD
CID IN A REASONABLE AMOUNT OF TIME YOU CAN CONTACT THEM AT 423-521-1285 OR
423-521-1200 FROM 08:00 AM TO 4:30 PM.

AUTH/KNOXVILLE TN PD        06-25-1996        OPER[        ]C073

b6
b7C

OFFICER
[        ]        KNOXVILLE PD

b6
b7C

PC - 005652

DOJ-FOIA 000123
DOJ-FOIA 000123

AUG 26 1996

```
CLA42-5225 - NC1        06/24/96 20:59:47 - 06/24/96 20:59:47 8CHS0H1741AD
1L018CHS0H1741AD0CC
NC0600142

MKE/STOLEN LICENSE PLATE
ORI/TN0470000 LIC/    FIRST LIS/TN LIY/96 LIT/PC DOT/062396
OCA/606231109
NIC/P015344101
ORI IS KNOX CO SO KNOXVILLE TN
IMMED CONFIRM RECORD WITH ORI
```

PC - 005653

DOJ-FOIA 000124
DOJ-FOIA 000124

AUG 26 1996

CLA42-5226 - NLT        06/24/96 20:59:58 - 06/24/96 20:59:58 6HH4CH1741JG
RR.770000000
18:00 06/24/96 05401
18:00 06/24/96 06786 NCC60014::
TXT
LIC/LA1RBT     VIN/2FAPP36X.M8114003    MAKE/FORD YR/91 EXP/063096
TITLE/50179228        MODEL/TEM    SODY/4D VCO/ GRY-GRY                    b6
OWNER[                         ]CO-OF-REG/DAVIDSON                         b7C

ADDR/ 1977 OALTIN DR                                 WT/ 000000000
     NASHVILLE      TN 37210     CLSCD/1000 ISSYR/1994

PC - 005654

DOJ-FOIA 000125
DOJ-FOIA 000125

AUG 26 1996

```
CLA-2520 - SLT       06/24/96 21:43:07 - 06/24/96 21:45:06  63H4CH175DLP   PAGE   1 OF   1
YS,TI0AT0000
19:-4 06/24/96 05624
19:45 06/24/96 06955 NCO600100
#NICOLE
TXT
***HIT CONFIRMATION RESPONSE****

THE RECORD BELOW IS CONFIRMED

OCA/60631109.NIC/P015644101.

**STOLEN LICENSE PLATE**

LIC/031RST.LIS/TN.LIY/96.LIT/PC.

NAME OF CONFIRMER:[                    ]
CONFIRMING AGENCY:KNOX COUNTY SO.
PHONE:(423)315-2443.FAX:(423)315-1145.
REMARKS:THIS TAG IS CONFIRMED AS STOLEN
PLEASE ADVISE WHERE THE TAG WILL BE STORED AND WE WILL CLEAR FROM NCIC
```

b6
b7C

PC - 005655

DOJ-FOIA 000126
DOJ-FOIA 000126

CLA-9520 - 'LT      06/24/96 21:48:07 - 06/24/96 21:48. 6H4CH175DLP
YR,TN0470000
18:48 06/24/96 05624
19:48 06/24/96 04985 NC0600100
#N100LE
TXT
****HIT CONFIRMATION RESPONSE****

THE RECORD BELOW IS CONFIRMED

OCA/606231109,NIC/P015644101,

**STOLEN LICENSE PLATE**

LIC/031RBT,LIS/TN,LIY/96,LIT/PC,

b6
b7C

NAME OF CONFIRMER:[                    ]
CONFIRMING AGENCY:KNOX COUNTY SO.
PHONE:(423)215-2443,FAX:(423)215-3145,
REMARKS:THIS TAG IS CONFIRMED AS STOLEN
PLEASE ADVISE WHERE THE TAG WILL BE STORED AND WE WILL CLEAR FROM NCIC

PC - 005656

DOJ-FOIA 000127
DOJ-FOIA 000127

AUG 26 1996

PAGE 1 OF :

CLA-6523 - NLT        6/24/96 22:14:02 - 06/24.96 22:14:01 SD04CH1765AZ
NM,SCSHP(NM)
19:13 06/24/96 0505S
19:14 06/24/96 0707S NC0600100
TXT
RET TO TTY FROM CHAR/MECK ON VEH LEFT AT 5410 E INDEPENDENCE BLVD.
NEEDING DIPOSITION FROM OWNER COTACT MADE WITH A[          ]
[    ] SUBJ MISSING SINCE FRIDAY INFORMATION GIVEN TO YORK CO. S .O.
ON SUNDAY  SUBJECTS PROKEN TO WERE[           ] AT CHAR/MECK
DETECTIVE[     ] AT YORK CO.SO.OFF.                                b6
VEH LOCATED AT HARRIS TEETER PARKING LOT  LOCKED BLK PLASTIC BAG IN   b7C
REAR SEAT AND HANDCUFFS HANGING FROM REARVIEW MIRROR

OPR/JS4 AUT/S C HWY PATROL
2210ET
JUN 24, 1996

PC - 005657

DOJ-FOIA 000128
DOJ-FOIA 000128

CLA-9551 - NLT     06/24/96 23:51:16 - 06/24/96 23:51:16 SD04CH178YBP
AM.SC0460000
20:51 06/24/96 05383
20:51 06/24/96 07519 NC0600100
TXT                                                                    b6
REF/MISSING PERSON'S VEHICLE                                           b7C

UNDERSTAND YOUR AGENCY RECOVERED MISSING PERSON'S VEHICLE, DET [        ] HAS
BEEN IN CONTACT WITH YOUR AGENCY IN REGARDS TO PROCESSING OF VEHICLE.
THIS AGENCY WILL REMOVE VIN NO FROM MISSING PERSON ENTRY LEAVING THE TAG
NUMBER SINCE THE TAG WAS NOT ON THE VEHICLE AT TIME OF RECOVERY, AND BY
LEAVING TAG NO IN ENTRY MIGHT LEAD TO SOME INFORMATION.  ALL YOUR ASSISTANCE
IS APPRECIATED.  ANY FURHTER PLEASE CONTACT THIS AGENCY OR DET [        ]
[           ]  THANK YOU


AUTH/SHERIFF MITCHELL                        OPER [        ]
                                                                   b6
                                                                   b7C

PC - 005658

DOJ-FOIA 000129
DOJ-FOIA 000129

*To; CAPE·SK·jUt*

*From*                              AUG 28 1996

b6
b7C

PRESS RELEASE

JOHN E. MORLEY, Special Agent in Charge, FEDERAL BUREAU OF INVESTIGATION (FBI), for the State of North Carolina, Charlotte, North Carolina, announced the arrest of AQUILLA MARCIBICCI BARNETT, also known as Mark Barnett, by the FBI Charlotte Violent Crimes Fugitive Task Force.

BARNETT was being sought for the June 22, 1996, murder of ROBIN ANTOINETTE WILLIAMS, which occurred in Roanoke, Virginia. BARNETT was arrested without incident at the home of his mother, located at 3418 West Boulevard, Charlotte, North Carolina. This arrest was based on a Federal Unlawful Flight to Avoid Prosecution warrant issued June 22, 1996, in the Western District of Virginia, charging BARNETT with violation of Title 18, Section 1073, UFAP - Murder.

The Charlotte Violent Crimes Fugitive Task Force is comprised of law enforcement officers from the Charlotte Mecklenburg Police Department, Mecklenburg County Sheriff's Office, and the FBI.

BARNETT will be lodged in the Mecklenburg County Jail awaiting an appearance before a magistrate, June 26, 1996.

PC - 005659

DOJ-FOIA 000130
DOJ-FOIA 000130

Authorization for Pre-papering Warrant Issuance
for Homicide Cases

AUG 26 1996

b6
b7C

I _SGT._ [ ] after careful review. of the Homicide case
(Homicide Supervisor)

of _DONALD LEE ALLEN_ do hereby authorize [ ]
(Victim) (Investigator)

to sign warrants on _AQUILIA M. BARNETTE_ for the above Homicide case(s).

_B/M, 7-7-73_ (Defendant)

X _SGT._ ✓
(Signature Homicide Supervisor)

b6
b7C

PC - 005660

DOJ-FOIA 000131
DOJ-FOIA 000131

CHARLOTTE POLICE DEPARTMENT
MEDIA BRIEFING SHEET

COMP. NO.: _____96-0625171602_____  AUG 26 1996

VICTIM: ___DONALD LEE ALLEN_____

VICTIM'S
ADDRESS: _____

LOCATION: ___Billy Graham & Morris Field_____

INCIDENT: ___Homicide / Robbery_____

SUSPECT DESCRIPTION: ___Aquila Barnette  B/M 7-7-73___

* PERSON SUBMITTING BRIEFING SHEET: ___HOMICIDE___

DATE: _05-25-96_   TIME: _22:25_

SPECIFICS OF INCIDENT:

On June 25, 1996 Donald Lee Allen was found deceased at the above
location. It was later determined that the alledged suspect had
killed him at that location on June 22, 1996. During that incident
the victims vehicle was stolen.

On June 22, 1996 the suspect drove to Roanoke City Virgina and is
alledged to have committed the murder of Robin Williams.

On June 25, 1996 Charlotte-Mecklenburg Police charged Aquilia
Barnette of 3413 W. Blvd with Murder & Robbery. He is currently in
the Mecklenburg County jail.

The investigation continues

UPDATE INFORMATION                          DATE: _____

* UPON COMPLETION, SUBMIT TO THE PUBLIC INFORMATION BUREAU OR DUTY CAPTAIN'S
  OFFICE.   SEE INSTRUCTIONS ON BACK OF FORM.
A-92-PD  (6/86)

PC - 005661

DOJ-FOIA 000132
DOJ-FOIA 000132

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

IN THE GENERAL COURT OF JUSTICE

_District_ COURT DIVISION

_RcP# 96020.____

STATE OF NORTH CAROLINA )
)
v. )
)
_Aquilia Barnette_ )
DEFENDANT. )
_B/M 7-73_ )

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

It appearing to the Court that the presence of _Aquilia Barnette_ is necessary in order to prosecute the above-entitled case which is calendared for court on the _1st_ day of _July_, 19_96_, in _District_ Courtroom # _TIII A_ in Mecklenburg County, and that he is now in custody of the _U.S. Marshall_ and cannot be reached nor his attendance secured under the ordinary process of the Court;

It is ORDERED AND ADJUDGED by the Court that the above-named person is a necessary defendant in the prosecution of this case and the _U.S. Marshall_ is requested to deliver the said prisoner to the Sheriff of Mecklenburg County on the _1st_ day of _July_, 19_96_, at/by _8:00 a.m._; and it is FURTHER ORDERED that when the prosecution of said case has been completed and the said defendant is released by the Court, he be returned to the custody of the _U.S. Marshall_.

This the _28th_ day of _June_, 19_96_.

_(signature)_
JUDGE PRESIDING

TO: THE SHERIFF OF MECKLENBURG COUNTY

By the issuance of this writ, you are commanded to serve a copy on
_____.

Date Received _____
Date Served _____ by delivering a copy of the written
Order to _____.

_____
DEPUTY SHERIFF making return

Original: Court records

DA #77

PC - 005662

DOJ-FOIA 000133
DOJ-FOIA 000133

**KNOX COUNTY SHERIFF'S DEPARTMENT**
**Incident Report Form**

| 87. Date of Report | 88. Time of Report | 89. Event Number: | 90. Suffix |
|---|---|---|---|
| 06 23 96 MO DAY YR | 1109 HRS | 9606231109 | |

91. ☐ SUSPECT ☐ WITNESS     ☐ Arrestee listed on Arrest/Persons Form

| 92. Last Name | First | Middle | 93. Address (Street, City, State) ZIP | 94. Phone Number |
|---|---|---|---|---|

| 95. Business, Firm, or School | 96. Occupation | 97. Address (Street, City, State) ZIP | 98. Phone Number |
|---|---|---|---|---|

AUG 26 1996

| 99. Date of Birth MO DY YR | 100. Place of Birth (City/State) | 101 SEX ☐M ☐F | 102 SSN/OLN SSN OLN STATE | 103. Residential Status ☐ Knox Co. Resident ☐ Non-Res ☐ Part Time Resident ☐ N/A |
|---|---|---|---|---|

104. At the time of the incident, the suspect / witness was: ☐ Intoxicated ☐ Sick ☐ Elderly ☐ 10-87 ☐ College Student ☐ Juvenile ☐ N/A

| 105. Race | 106. Height FT IN | 107. Weight LBS | 108. EYE | 109. Hair | 110. Scars, Marks, Tattoos, Amputations | 111. Clothing Description |
|---|---|---|---|---|---|---|

☐ N/A          **PROPERTY**          ☐ Additional Property Listed on Property Supplement

Select the most appropriate PROPERTY & UCR code from the following descriptions. Additional items should be listed on a Property Supplement Form.

112. PROPERTY CODE: Confiscated  DAmaged  Evidence  IMpounded  Lost  REcovered  REturned to Owner  STolen  Found
UCR CODE: Currency  Jewelry & Precious Metals  Clothing & Furs  Office Equipment  Electronics  HOusehold Goods  Firearms  Consumable Goods  Livestock  Misc.

| PROP CD | QTY | ITEM | BRAND | MODEL | SERIAL NO. OR OTHER IDENTIFIER | COLOR | VALUE | UCR CD |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| 113. UCR Total Values & Grand Total | Currency | Jewelry | Clothing | Office Equip | Electronics | Household | Firearms | Con. Goods | Livestock | Misc. Items | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |

114. Property Disposition: ☐ Release ☐ Hold ☐ Dispose  Received by: Jail I.D.    Received by: Property

**NARRATIVE**     ☐ Additional Narrative on Property Supplement

Complainant advised someone stole the tag off of his vehicle sometime during the night. No Suspects

Report # Given

Entered Into NCIC        on 6-24-96 the tag
NIC # P015044101        was recovered, cleared from NCIC
                        Attempted to notify owner
                        but no answer (?)

**VICTIM/COMPLAINANT SIGNATURE**                    3/95 KCSD-Incident2.frm/MF

ATTENTION: A person commits the crime of false reporting to law enforcement authorities if he/she knowingly makes a false report or causes the transmission of a false report, to law enforcement personnel. I hereby affirm that I have related facts, descriptions, values, and other information, to the reporting officer as true and correct to the best of my knowledge and belief.

| 115. Victim/Comp. Signature | ☐ Victim/Comp. Received Property | Advised by: Officer/Tele. |
|---|---|---|
| X | | Date |

☐ Residential ☐ Business     **FALSE ALARM INFORMATION**

| 116. Audible Reset ☐ YES ☐ NO | 117. Complainant ☐ YES ☐ NO | 118. Alarm Company ☐ Neighbor ☐ Passerby ☐ Alarm Co. | 119. Result of investigation: ☐ Door/Window Unsecured ☐ Attempted Entry ☐ Power Failure ☐ Act of God, Flood, Lightning, etc. ☐ Owner Mistake ☐ Alarm Defect | 120. Testing ☐ YES ☐ NO KCSD Notified? ☐ YES ☐ NO | 121. Priors No. of Prior Alarms |
|---|---|---|---|---|---|

122. Clearance Factors: ☐ Unfounded ☐ Complainant GOA ☐ Civil Dispute ☐ No Criminal Charges ☐ Cancelled by Complainant ☐ Area/Bldg Secure ☐ Other (Detail in Narrative)

PC - 005663

DOJ-FOIA 000134
DOJ-FOIA 000134

# KNOX COUNTY SHERIFF'S DEPARTMENT
## Incident Report Form
NCIC ORI: TN0470000 - 400 Main Avenue - Knoxville, TN - 37902

| 1. Date of Report | 2. Time of Report | 3. Event Number: | 4. Suffix |
|---|---|---|---|
| 06 23 96 MO DAY YR | 1109 HRS | 96 0623 11 09 | |

**5. Attention or Follow-up:** ☐ General Assign. ☐ Major Crimes ☐ Juvenile ☐ Narcotics ☐ Auto Theft ☐ Route to: Officer/Investigator

Provide ALL information available at time of report. Use BLACK ink, PRINT legibly. Fill boxes as follows: ■ Correct ☒ Correct ☒ Incorrect ☑ Incorrect

**6. THE VICTIM IS A:** ⦿ PERSON: ■ Adult ☐ Juvenile ☐ (CONFIDENTIAL) ☐ BUSINESS

| 7. Last Name | First | Middle | 8. Address (Street, City, State) ZIP | 9. Phone Number |
|---|---|---|---|---|
| Nelson, | David | M. | 1977 Gatlin Dr. Nashville, TN 37210 | 615 242 8696 |

| 10. Business, Firm, or School | 11. Occupation | 12. Address (Street, City, State) ZIP | 13. Phone Number |
|---|---|---|---|---|
| Self employed | | #8 | #9 |

**Describe Victim:**

| 14. Date of Birth MO DY YR | 15. Sex | 16. Race | 17. SSN/OLN | 18. Victim Residence |
|---|---|---|---|---|
| 1 21 64 | ■ M ☐ F | ■ W ☐ A ☐ B ☐ Other ☐ UNK | SSN 334509053  OLN 94718874  STATE TN | ☐ Knox Co. Resident ■ Non-Res ☐ Part Time Resident ☐ UNK |

**19. At the time of the incident, the victim was:** mark all that apply ☐ Intoxicated ☐ Sick ☐ Elderly ☐ 10-87 ☐ College Student ☐ Juvenile ■ N/A

**20. Name of Complainant** ■ SAME AS VICTIM ☐ 2nd DRIVER ☐ N/A | 21. Address (Street, City, State) ZIP | 22. Phone Number

| 23. Business, Firm, or School | 24. Occupation | 25. Address (Street, City, State) ZIP | 26. Phone Number |
|---|---|---|---|---|
| | | | |

**Describe Complainant:**

| 27. Date of Birth MO DY YR | 28. Sex | 29. Race | 30. SSN/OLN | 31. Complainant Residence |
|---|---|---|---|---|
| | ☐ M ☐ F | ☐ W ☐ A ☐ B ☐ Other ☐ UNK | SSN  OLN  STATE | ☐ Knox Co. Resident ☐ Non-Res ☐ Part Time Resident ☐ UNK |

## INCIDENT

| 32. Type of Incident Offense | Classification | 33. UCR/KCSD Code |
|---|---|---|
| Theft | Class A | 0180 |

**34. Place of Occurrence:** ☐ SAME AS ☐ Victim ☐ Complainant ☐ Witness ☐ Arrest

| 34. | 35. Zone | 36. Shift |
|---|---|---|
| 7585 Crosswood Blvd. 37924 | 202 | ☐ 1st ■ 3rd ☐ 2nd |

| 37. Date/Occurrence MO DY YR | 38. Day | 39. Time | 40. Or Between MO DY YR | 41. Day | 42. Time | 43. Weather | 44. Night/Day |
|---|---|---|---|---|---|---|---|
| 6 23 96 | SU MO TU WE TH FR SA | Am HRS | | SU MO TU WE TH FR SA | HRS | ■ Clear ☐ Rain ☐ Snow ☐ Cloudy ☐ Fog ☐ Sleet ☐ UNK | ☐ Day ■ Night ☐ UNK |

| 45. Premise Type | 46. Type of Residence | 47. Type of Commercial Property | 48. Method of Entry |
|---|---|---|---|
| ☐ HWY/Road/Street/Alley ☐ Dirt ☐ Wooded Area ☐ Paved ☐ Parking Lot | ☐ House ☐ House Trailer ☐ APT/TN House ☐ Vacation House ☐ Out Bldg ☐ Other (Narrative) | ☐ Chain store ☐ Service station ☐ Convenience store ☐ Drug store ☐ Bank ☐ Industrial ☐ Church ☐ Railroad ☐ School ☐ Shopping Cntr ☐ Other (Narrative) | ☐ Kicked, Shouldered, etc. ☐ No Force ☐ Pried Open ☐ KEY ☐ UNK ☐ Broke Glass ☐ Other (Narrative) |

**VEHICLE 1:** ☐ Driver Arrested ☐ N/A ☐ Stolen ☐ Recovered ☐ Suspect ☐ Seized ☐ Abandoned ☐ Traffic Hazard ☐ Damaged

| 49. Veh. YR | 50. Veh. Make | 51. Veh. Model | 52. Veh. Tag No. | 53. State | 54. Veh. VIN No. | 55/58 |
|---|---|---|---|---|---|---|
| 91 | Ford | Tempo | 031 RBT | TN | 2FAPP36X1MB114003 | Form Control |

**57. Owner SAME AS:** ■ Victim ☐ Compl. ☐ Witness ☐ UNK | 58. Address (Street, City, State) ZIP | 59. Phone Number

| 60. Veh. Color Top/Bottom | 61. Towing Company | 62. Vehicle Towed To ☐ Same as Towing Company | 63. Identifying Characteristics | 64. Value |
|---|---|---|---|---|
| Gray | | | | $ |

**VEHICLE 2:** ☐ Driver Arrested ■ N/A ☐ Stolen ☐ Recovered ☐ Suspect ☐ Seized ☐ Abandoned ☐ Traffic Hazard ☐ Damaged

| 65. Veh. YR | 66. Veh. Make | 67. Veh. Model | 68. Veh. Tag No. | 69. State | 70. Veh. VIN No. | 71/72 |
|---|---|---|---|---|---|---|
| | | | | | b6  b7C | Form Control |

**73. Owner SAME AS:** ☐ Victim ☐ Compl. ☐ Witness ☐ UNK | 74. Address (Street, City, State) ZIP | 75. Phone Number

| 76. Veh. Color Top/Bottom | 77. Towing Company | 78. Vehicle Towed To ☐ Same as Towing Company | 79. Identifying Characteristics | 80. Value |
|---|---|---|---|---|
| | | 23 JUN 55 | | $ |

## ADMINISTRATIVE SECTION
3/95 KCSD-incident.frm/MF

| 81. Reporting Officer | 82. Officer I.D. | Approving Supervisor: I have reviewed this report and determined that the reporting officer has completed a thorough report consistent with Knox County Sheriff's Department policies, directives, and procedures concerning the investigation and reporting of incidents. |
|---|---|---|
| | 84. Officer I.D. | 85. Approving Supervisor PRINT |  86. Supervisor I.D.  613 |

PC - 005664

DOJ-FOIA 000135
DOJ-FOIA 000135

File 14B

0430 23683 0437 RV19
AM.VCN6,RV19.
96-100        VA1230019        043096

SPEC ATTN FRANKLIN COUNTY, ROANOKE COUNTY, STATE POLICE

BOL FOLLOWING SUBJ WANTED THIS JURISDICTION REF ARSON OF AN OCCUPIED
DWELLING. OFFENSE OCCURRED 1616 KESWICK AV NE AT APPROX 04:00 THIS
DATE. NUMEROUS FELONY CHARGES PENDING, INCLUDING POSS CHARGES FOR
ATTEMPT HOMICIDE WITH SUBSEQUENT ARSON TO COVER CRIME.
BOL BROWN 210 OR 280 WITH NORTH CAROLINA TAGS, DARK TINTED WINDOWS,
PRIMER SPOTS ON DRIVER QUARTER PANEL. PRIMARY SUSP HAS BEEN
TENTATIVELY ID'D AS: BARNETT. AQUILIA MARCIBICCI, B/M, DOB/070772,
506, 140, LT COMPLEX, SHORT HAIR. SUBJ SHOULD HAVE ANOTHER MALE IN
VEHICLE WITH HIM.
*********USE CAUTION, POSSIBLY STILL ARMED***********
THESE SUBJ'S SHOULD BE ENROUTE BACK TO NC, PLEASE CHECK MAIN
ARTERIES AND ALSO PARKWAY ACCESS HEADING SOUTH.
POSS ENROUTE TO 3413 WEST BLVD, CHARLOTTE, NC.

/S/ AD10[ ]    3RD PLATOON[ ]              b6
AUTH PD ROANOKE CITY, VA        [ ]    04:35EDT    b7C

PC - 005665

DOJ-FOIA 000136
DOJ-FOIA 000136

PAGE 83

RCPD DET BUREAU

7835912698   15:88   87/81/1996

None at 06:09 30APR96 W
0450 27601 0609 RV19
AM, VCN6, RV19.

UPDATE TO MSG 96-100      VA1230019      043096

REF: ARSON, 1616 KESWICK AV. NE

2 WARRANTS HAVE BEEN OBTAINED FOR BARNETT, AQUILIA MARCIBICCI
FOR ARSON.

/S/AD10 OFF [ ]                              b6
AUTH PD ROANOKE CITY   [ ]   0607EDT         b7C

#027601

CIB

PC - 005666

DOJ-FOIA 000137
DOJ-FOIA 000137

0502 23351 1451 VCIN
OL RECEIVED

#000000


AM.VA1230020.NC.
TXT
96-267      PD ROANOKE CITY           05-02-96

TO: ALL POLICE AGENCIES, NC

RE: BARNETT, AQUILIA MARCIBICCI B/M DOB/070772   EARLIER TELETYPE #96-266
    ARSON SUBJECT ON 043096 AKA - "MARK"

ABOVE NAME SUBJECT POSSIBLY LIVES AT 3413 WEST BLVD, CHARLOTTE, NC. COULD
YOU PLEASE HAVE ONE OF YOUR OFFICERS TO GO BY THIS ADDRESS TO SEE IF THIS
SUBJECT CAN BE LOCATED AND THEN NOTIFY THIS AGENCY.

THE CONTACT PERSON WITH THIS AGENCY IS DET [                    ]          b6
                                                                           b7C
THANKS IN ADVANCE.

/S/DET [          ]
AUTHORITY PD ROANOKE CITY VA          OPR [          ]      1450

PC - 005667

DOJ-FOIA 000138
DOJ-FOIA 000138

an.VA1230028.nc.
txt
96-266      pd roanoke city              050296

to: all nc police agencies

bol for the following subjct wanted by this jurisdiction reference a arson
of an occupied dwelling.  this offense occurred 1616 keswick av ne at approxi-
mately 0400 hours on 043096.  there are numerous felony charges outstanding:
manufacture & use bombs, attempt murder (2 cts), arson (2 cts).

bol for a brown 210 or 280 with north carolina tags, dark tinted windows.
primer spots on driver quarter panel.  the primary suspect has been tenta-
tively identified as:  barnett, aquilla marcibicci, b/m dob/070772 5'6" 140 lbs
lt complexion and short hair.  ***caution should be used, subject may be still
armed***. barnett at the time of the offense had another subject in his accom-
pany.  please check your jails to see if this subject has been picked up for
some other reason and advise us back.  barnettt has been entered into vcin/ncic.

/s/det[    ]
authority pd roanoke city va              oor[    ]            1211

b6
b7c

PC - 005668

DOJ-FOIA 000139
DOJ-FOIA 000139