UL RECEIVED

#000000.

PAGE 05

AUG 06 1996

RCPD DET BUREAU

am.vA1230020.nc.
txt
96-266        pd roanoke city                050296

to: all nc police agencies

bol for the following subject wanted by this jurisdiction reference a arson
of an occupied dwelling. this offense occurred 1616 keswick av ne at approxi-
mately 0400 hours on 043096. there are numerous felony charges outstanding:
manufacture & use bombs, attempt murder (2 cts), arson (2 cts).

bol for a brown 210 or 280 with north carolina tags, dark tinted windows.
primer spots on driver quarter panel. the primary suspect has been tenta-
tively identified as: barnett, aquilia marcibicci, b/m dob/070772 5'6" 140 lbs
lt complexion and short hair. ***caution should be used, subject may be still
armed***. barnett at the time of the offense had another subject in his accom-
pany. please check your jails to see if this subject has been picked up for
some other reason and advise us back. barnettt has been entered into vcin/ncic

/s/det
authority pd roanoke city va          opr          1250  1250 J/RJ-

b6
b7C

07/01/1996  15:00

78398698

PC - 005669

DOJ-FOIA 000140
DOJ-FOIA 000140

AUG 2.6 1996

0531 30608 1533 VCIN
OL RECEIVED

#000000

AM.VA1230020.NC0600100.
TXT
333        PD ROANOKE CITY        053196

TO:  CHARLOTTE MECK PD
RE:  BARNETT,MARCIBICCI AQUILIA 8/M DOB/070772

THIS DEPARTMENT IS REQUESTING A CONTACT FROM YOUR DEPARTMENT TO ASSIST IN AN
ARSON OFFENSE THAT OCCURRED IN THIS JURISDICTION ON 043096.  THE SUSPECT,
MARCIBICCI AQUILIA BARNETT, ALIAS, MARK BARNETT.  AT THIS TIME THERE ARE 2 C
OF ATTEMPTED CAPITAL MURDER, 1 CT ARSON ALONG WITH OTHER ADDITIONAL CHARGES.

WE HAVE REASON TO BELIEVE THAT BARNETT IS IN YOUR AREA.  THIS DEPARTMENT HAS
BEEN PROVIDED SEVERAL PHONE NUMBERS THAT BARNETT HAS BEEN CALLING FROM.  THE
NUMBERS ARE FROM THE CHARLOTTE AREA.

YOUR CONTACT WITH THIS DEPARTMENT IS DET[_____] YOUR
ASSISTANCE WILL BE GREATLY APPRECIATED.

/S/DET[_____]
AUTH PD ROANOKE2  OPR[_____]    1532

b6
b7C

PC - 005670

DOJ-FOIA 000141
DOJ-FOIA 000141

0620 48488 0912 VCIN
OL RECEIVED

#000000

AM.VA1230020.NC.
TXT
96-370        PD ROANOKE CITY                062096

TO: NORTH CAROLINA POLICE DEPTS

THIS DEPT IS REQUESTING ASSISTANCE IN REFERENCE TO AN ARSON OFFENSE THAT OCCU
ED IN THIS JURISDICTION (ROANOKE CITY) ON 043096.  THE SUSPECT IS, AQUILIA
MARCIVICCI BARNETTE. B/M, DOB/070773, 5'6, 140 LBS.  HE USES SEVERAL ALIASES
SUCH AS MARC BARNETTE, AQUILIA MARCNILLI BARNETTE, AQUILIA MARCIVKCI BARNETTE
AND AQUILLA MARC BARNETTE.  HE ALSO USES THE DOB OF 070772.  AT THIS TIME TH
JURISDICTION HOLDS SEVERAL WARRANTS FOR BARNETTE'S ARREST.  THE WARRANTS INCL
2 COUNTS OF ATTEMPTED CAPITAL MURDER, 1 COUNT OF ARSON, 1 COUNT OF MANUFACTUI
A FIREBOMB AND 1 COUNT OF PROPERTY DAMAGE.  BARNETTE IS ALSO WANTED IN NEWM.
GA FOR VIOLATION OF PROBATION.  HE HAS BEEN ENTERED INTO NCIC FROM BOTH STAT:

THIS DEPT IS REQUESTING A CONTACT PERSON AND NUMBER OR CONTACT DET[          ]K:
981-2695 FROM THIS DEPT.  BARNETTE IS BELIEVED TO BE BACK IN THE CHARLOTTE AI
AT THIS TIME.  YOUR ASSISTANCE WILL BE GREATLY APPRECIATED.

b6
b7C

/S/DET[          ]
AUTHORITY PD ROANOKE CITY VA                OPR[          ]            0912

b6
b7C

PC - 005671

DOJ-FOIA 000142
DOJ-FOIA 000142


AUG 26 1996

MCD-1956 - VLT      07/02/96 15:38:10 - 07/02/96 15:38:10 AH-4CH1PTV26
RRLBDSPPO000
12:38 07/02/96 03587
12:38 07/02/96 05415 N2060015A
TXT
XVIN
96 FBE655    VALIDATION 05480060  EXPIRES 06/96
94 HOND  2DR VIN JHMBA8142RC004261   EMPT MST 027
ALLEN DONALD L
2075 MCCONNELLS RD
MCCONNELLS  SC   297260000   YORK CNTY

PC - 005672

DOJ-FOIA 000143
DOJ-FOIA 000143

MCD-2042 - DCI201       07/03/96 10:49:16 - 07/03/96 10:49:06 6Y1PAH1RKK80
DCI - RECORD       COMPUTERIZED CRIMINAL HISTORY *       PAGE 001
THIS DCI RESPONSE IS THE RESULT OF YOUR INQUIRY ON
MKE/QHC  NAM/BARNETTE AQUILLA M  RAC/B  SEX/M  DOB/070773  PUR/C  OPR/UMP
ATN/DA [ ]

NAM/BARNETTE,AQUILLA MARC             SID/NC05971794  FBI/950082PA5       b6
SEX/M    RACE/B    DATE OF BIRTH/07-07-1973    PLACE OF BIRTH/NC          b7C
HEIGHT/5 FEET 05 INCHES    WEIGHT/130    EYE/BRO    HAIR/BLK
FINGERPRINT (FPC):   18  DI  PI  PM  17 /  20  11  PI  PI  13
PRINTRAK FINGERS:  U11 WO3 WO6 WO7 U-  / U11 U11 WO8 WO8 U10  AFIS BLOCK:27W10U
HENRY FINGERPRINT: 18M27WIIM17-L1OU0II  HENRY BLOCK: 27W10U
SOCIAL SECURITY:       243571554
ALIAS: BARNETTE,MARC

BASED ON NAME, RACE, SEX AND DOB ONLY

THIS CRIMINAL HISTORY IDENT IS FOR A MULTI-STATE RECORD.

********************************************************************************

( CONT )
MCD-2042 - DCI201       07/03/96 10:49:27 - 07/03/96 10:49:06 6Y1PAH1RKK80
DCI - RECORD       COMPUTERIZED CRIMINAL HISTORY *       PAGE 002
FOR COMPLETE RECORD(S), PERFORM A QRC INQUIRY USING FBI OR SID.

STATE/FEDERAL REGULATIONS REQUIRE A ONE YEAR RECORD OF DISSEMINATION.

***CAUTION*** CHANGES TO THIS RECORD MAY OCCUR AT ANY TIME AND A NEW INQUIRY
SHOULD BE MADE FOR SUBSEQUENT USE.  RECORD MUST NOT BE USED AFTER 09-30-1996.
 * END OF RECORD *

PC - 005673

DOJ-FOIA 000144
DOJ-FOIA 000144

AUG 26 1996

MCD-2043 - NCI     07/03/96 10:49:44 - 07/03/96 10:49:11 6Y:HAH1RKK80
7L01&Y:HAH1RKV601BC
NC0#1015A
THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON NAM/BARNETTE,AQUILIA M SEX/M RAC/B DOB/070773 PUR/C

NAME                              FBI NO.       INQUIRY DATE
BARNETTE,AQUILIA MARCVICCI        9500E2PA5     07/03/96

SEX   RACE   BIRTH DATE   HEIGHT   WEIGHT   EYES   HAIR   BIRTH PLACE
M     B      07/07/73     505      130      BRO    BLK    NORTH CAROLINA

FINGERPRINT CLASS
15 DI PI PM 17
IO II PI PI 13

ALIAS NAMES
BARNETTE,AQUILIA MARCNICCI        BARNETTE,MARC
BARNETTE,AQUILIA MARCIVICCI       BARNETTE,AQUILLA MARC

SOCIAL SECURITY
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

MCD-2043 - NCI     07/03/96 10:49:53 - 07/03/96 10:49:11 6Y:HAH1RKK80

IDENTIFICATION DATA UPDATED 07/02/96

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
 GEORGIA        - STATE ID/GA1572066W
 NORTH CAROLINA - STATE ID/NC0597179A

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.

END

MCD-2044 - DCI1793     07/03/96 10:50:05 - 07/03/96 10:50:04 6Y:HAH1RKK80
DCI - RECORD       L.E. MULTIPLE FILE SEARCH       PAGE 001

SEARCH PARAMETERS: NAME/BARNETTE,AQUILIA M  DOB/07-07-1973
                   ATN/DA PETER GILCHRIST

CONCEALED HANDGUN PERMIT RECORD NOT FOUND

     BASED ON NAME: BARNETTE,AQUILIA M  BIRTH DATE: 07-07-1973

SEXUAL OFFENDER RECORD NOT FOUND

     BASED ON NAME: BARNETTE,AQUILIA M  BIRTH DATE: 07-07-1973

DOMESTIC VIOLENCE RECORD NOT FOUND

     BASED ON NAME: BARNETTE,AQUILIA M  BIRTH DATE: 07-07-1973
* END OF RECORD *

PC - 005674

DOJ-FOIA 000145
DOJ-FOIA 000145

MCD-2046 - DCI201        07/03/96 10:53:16 - 07/03/96 10:53:05 721-AH1RKNX1
DCI - RECORD        COMPUTERIZED CRIMINAL HISTORY        PAGE 001
THIS DCI RESPONSE IS THE RESULT OF YOUR INQUIRY IN
WSB/DCI NAM/BARNETTE,AQUILLA M  FBI/959082PA5  PUR/C  DPR/UMP  AUG 26 1996

ATN/DA PETER GILCHRIST

NAM/BARNETTE,AQUILLA MARC        SID/NC0597179A  FBI/959082PA5
SEX/M    RACE/B    DATE OF BIRTH/07-07-1973    PLACE OF BIRTH/NC
HEIGHT/5 FEET 05 INCHES    WEIGHT/130    EYE/BRO    HAIR/BLK
FINGERPRINT (FPC):  19  DI  PI  PM  17 / 20  11  PI  PI  13
PRINTRAK FINGERS:  U11 W03 W06 W07 W_ / U11 U11 W08 W08 U13  AFIS BLOCK:27W10U
HENRY FINGERPRINT: 18M27W10M17-L110U011  HENRY BLOCK: 27W10U
SOCIAL SECURITY:        245571534
ALIAS: BARNETTE,MARC

CYCLE 01 ARREST DATE: 11-12-1993        SID/NC0597179A  FBI/959082PA5
  ARREST AGENCY: NC0601700-SEABOARD RAILROAD POLICE CHARL
  ARREST NAME:    BARNETTE,AQUILLA MARC
  AGENCY CASE NO:    0121573    FINGERPRINT CHECK DIGIT NO: L13562N
  OFFENSE CHARG 01-ABDUCTION OF CHILDREN
  OFFENSE CHARG 02-ASSAULT WITH A DEADLY WEAPON-CUTTING-CUTS
/ CONT \
MCD-2046 - DCI201        07/03/96 10:53:11 - 07/03/96 10:53:05 721-AH1RKNX1
DCI - RECORD        COMPUTERIZED CRIMINAL HISTORY        PAGE 002
COURT: NC0600350-MECKLENBURG CO DIST COURT -CHARL
  DISPO DATE: 12-08-1993    COURT DOCKET: 199309 073745
  COURT OFF-001 SECOND DEGREE KIDNAPPING
                FELONY              OFFENSE DATE:  11-12-1993
    GENERAL STATUTE: 14-39
    DISPOSITION:    DISMISSAL W/O LEAVE (BY DA)
    TYPE OF ATTORNEY: PUBLIC DEFENDER OFFICE
COURT: NC0600350-MECKLENBURG CO SUP COURT - CHARL
  DISPO DATE: 09-12-1994    COURT DOCKET: 1993CRS076063
  COURT OFF-002 FELONIOUS RESTRAINT
                FELONY              OFFENSE DATE:  11-08-1993
    GENERAL STATUTE: 14-43.3
    PLEA:            NOT GUILTY
    DISPOSITION:    GUILTY  JURY TRIAL
    RESTITUTION:    $100.00
    TYPE OF ATTORNEY: PUBLIC DEFENDER OFFICE
    TRANSFER TO SUPERIOR: 01-26-1994
                    PROB. WHEN PROB. OFFICER ALLOWE, ABIDE BY CURFEW,
                    POSESS NO DEADLY WEAPONS, MENTAL HEALTH EVAL.
/ CONT \

PC - 005675

DOJ-FOIA 000146
DOJ-FOIA 000146

AUG 26 1996

MCD-2046 - DCI201        07/03/96 10:53:24 - 07/03/96 10:53:05 721-AH1RXN
DCI - RECORD        COMPUTERIZED CRIMINAL HISTORY        PAGE 003
                SUPPORT DEPENDENTS, REET, TO JASPER L. CHAMBER
                2732 WATSON DR. APT. 24- CHARLOTTE,N.C. 28206

CYCLE 02 ARREST DATE: 03-25-1994        SID/AC05571994   FBI/960062PA5
  ARREST AGENCY: NC0460137V-MECKLENBURG CO COURT SERVICES
  ARREST NAME:   BARNETTE,AQUILLA MARC
  AGENCY CASE NO:   0151573   FINGERPRINT CHECK DIGIT NO: L26557Y
  OFFENSE CHARG 01-RAPE 1ST DEGREE-VICTIM 13 YRS OR MORE-DANG WPN
  OFFENSE CHARG 02-2CT5 RAPE 2ND DEG BY FORCE AGAINST WILL VICTIM
  OFFENSE CHARG 03-KIDNAPPING-FIRST DEGREE
  OFFENSE CHARG 04-TRESPASS-SECOND DEGREE-NOTIFIED NOT TO ENTER
COURT: NC1600350-MECKLENBURG CO SUP COURT - CHARL
   DISPO DATE: 04-04-1994     COURT DOCKET: 1990CRS01986x
   COURT OFF-001 RAPE 2ND DEGREE BY FORCE AGAINST WILL-2CTS
      DISPOSITION:   DISMISSED
                CIN-94CR19965
COURT: NC0600250-MECKLENBURG CO DIST COURT -CHARL
   DISPO DATE: 04-04-1994     COURT DOCKET: 1994CR 019865



   COURT OFF-002 FIRST DEGREE RAPE
( CONT )
MCD-2046 - DCI201        07/03/96 10:53:45 - 07/03/96 10:53:05 721-AH1RXNX1
DCI - RECORD        COMPUTERIZED CRIMINAL HISTORY        PAGE 004
                FELONY        OFFENSE DATE:  03-25-1994
   GENERAL STATUTE: 14-27.2(A)
   DISPOSITION:   DISMISSAL W/O LEAVE (BY DA)
   TYPE OF ATTORNEY: PUBLIC DEFENDER OFFICE
COURT: NC0600250-MECKLENBURG CO DIST COURT -CHARL
   DISPO DATE: 04-04-1994     COURT DOCKET: 1994CR 019865
   COURT OFF-003 FIRST DEGREE KIDNAPPING
                FELONY        OFFENSE DATE:  03-25-1994
   GENERAL STATUTE: 14-39
   DISPOSITION:   DISMISSAL W/O LEAVE (BY DA)
   TYPE OF ATTORNEY: PUBLIC DEFENDER OFFICE
COURT: NC0600250-MECKLENBURG CO DIST COURT -CHARL
   DISPO DATE: 04-04-1994     COURT DOCKET: 1994CR 019865
   COURT OFF-004 SECOND DEGREE RAPE
                FELONY        OFFENSE DATE:  03-25-1994
   GENERAL STATUTE: 14-27.3(A)
   DISPOSITION:   DISMISSAL W/O LEAVE (BY DA)
   TYPE OF ATTORNEY: PUBLIC DEFENDER OFFICE
COURT: NC0600250-MECKLENBURG CO DIST COURT -CHARL
( CONT )
MCD-2046 - DCI201        07/03/96 10:53:55 - 07/03/96 10:53:05 721-AH1RXNX1
DCI - RECORD        COMPUTERIZED CRIMINAL HISTORY        PAGE 005
   DISPO DATE: 04-04-1994     COURT DOCKET: 1994CR 019865
   COURT OFF-005 SECOND DEGREE RAPE
                FELONY        OFFENSE DATE:  03-25-1994
   GENERAL STATUTE: 14-27.3(A)
   DISPOSITION:   DISMISSAL W/O LEAVE (BY DA
   TYPE OF ATTORNEY: PUBLIC DEFENDER OFFICE

BASED ON FBI NUMBER ONLY

PC - 005676

DOJ-FOIA 000147
DOJ-FOIA 000147

THIS CRIMINAL HISTORY IS FOR A MULTI-STATE REPORT.
THIS RESPONSE HAS NORTH CAROLINA CHARGES ONLY.
A MULTI-STATE III RESPONSE WILL BE PROVIDED BY THE FBI.

CERTIFIED AS A TRUE COPY OF CRIMINAL HISTORY RECORD INFORMATION ON THE ABOVE
INDIVIDUAL AS SUBSTANTIATED BY FINGERPRINTS AS IT APPEARS IN THE RECORDS FILES.

STATE/FEDERAL REGULATIONS REQUIRE A ONE YEAR RECORD OF DISSEMINATION.

***CAUTION*** CHANGES TO THIS RECORD MAY OCCUR AT ANY TIME AND A NEW INQUIRY
  CONT )
MCI-2044 - SC0101      07/17/96 12:54:10 - 07/23/96 13:57:18      1-A-194NX1
SII - RECORD        COMPUTERIZED CRIMINAL HISTORY        PAGE 10C
SHOULD BE MADE FOR SUBSEQUENT USE.  RECORD MUST NOT BE USED AFTER 09-30-1996.
* END OF RECORD *

AUG 26 1996

PC - 005677

DOJ-FOIA 000148
DOJ-FOIA 000148

MDD-2047 - NCI     07/03/96 10:54:17 - 07/03/96 10:55:09 721... RXI
BL0179:HAH1RXNY11C4
MC06NC15A
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR FBI/R50082P45, INDIVIDUAL'S RECORD WILL BE COMPLETE
WHEN ALL RESPONSES ARE RECEIVED FROM THE FOLLOWING SOURCES:
  GEORGIA        - STATE ID/GA187206&W

AN ADDITIONAL RECORD MAY BE OBTAINED FROM FILES WITHIN YOUR STATE.
END

PAGE  1 OF  5
MDD-2048 - NLT     07/03/96 10:54:43 - 07/03/96 10:53:21 SF040-1RXP50
IRL9A1110000
07:53 07/03/96 03359
07:53 07/03/96 01646 MC06001EA
TXT
HDR/3L0179:HAH1RXNY11C4                                    b6
ATN/DA[                    ]    ARM/                       b7C
PART 1
THE FOLLOWING RECORD PERTAINS TO EID/GA187206&W

                    GEORGIA CRIMINAL HISTORY

NAME                          STATE IDENT NBR   FBI IDENT NBR   ARR DATE
BARNETTE, AQUILIA MARCVICCI   GA187206&W        R50082P45       07/03/96

SEX   RACE   BIRTH DATE   HEIGHT   WEIGHT   EYES   HAIR   SKIN   BIRTHPLACE
M     B      07/07/73     5-05     128      BRO    BLK           NORTH CAROLIN

SOC SECURITY   FINGERPRINT CLASS   HENRY   SCAR-MARK-TATTOO   MISCELLANEOUS NBR
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    18 DI PI PM 17      IT W
               20 11 PI PI 13      10 U
                                                              PAGE  2 OF  5
MDD-2048 - NLT     07/03/96 10:54:52 - 07/03/96 10:53:11 SF040-1RXP50

ADDITIONAL IDENTIFIERS:
ALIAS NAMES---------------------------- &MARC

** INTERSTATE IDENTIFICATION INDEX - MULTISTATE OFFENDER **
*********************************************************************************

ARREST-01   ARREST DATE-05/07/92-   TRACKING NBR-00977757
    AGENCY-NEWNAN POLICE DEPARTMENT            GA1790100I
    AGENCY CASE NBR-920900R      NAME USED-
      CHARGE 01-DISCHARGING FIREARM NEAR PUBLIC -18-4&V   OFFENSE DATE-
      CHARGE 02-DISORDERLY CONDUCT                        OFFENSE DATE-

PC - 005678
DOJ-FOIA 000149
DOJ-FOIA 000149

CHARGE 03-POINTING A GUN OR PISTOL AT ANOTHER          OFFENSE DATE-

CHARGE 04-BATTERY - MISD                               OFFENSE DATE-

    JUDICIAL
                                                              PAGE  3 OF  5
MOD-2048 - NLT       07/03/96 10:55:05 - 07/03/96 10:53:21 BROAD-1RKP58

AUG 26 1996


    DISP-CONVICTED                          COURT DISP DATE-06/01/93
    OFFENSE-DISCHARGING FIREARMS NEAR PUBLIC HIGHWAY
    COURT-NEWNAN MUNICIPAL COURT              (GA0360110)   COURT NBR-
          TIME SERVED - RELEASED

    DISP-CONVICTED                          COURT DISP DATE-06/01/93
    OFFENSE-BATTERY - MISD
          TIME SERVED - RELEASED


    DISP-DISMISSED                          COURT DISP DATE-06/01/93
    OFFENSE-RECKLESS CONDUCT
          GRF/47521782                                    DIT-
          NEWNAN MUN CRT

    DISP-CONVICTED                          COURT DISP DATE-06/01/93
    OFFENSE-POINTING A GUN OR PISTOL AT ANOTHER
    SENTENCE: CONF-250
          TIME SERVED - RELEASED

ARREST-02   ARREST DATE-09/12/92-    TRACKING NBR-40666666
                                                              PAGE  4 OF  5
MOD-2048 - NLT       07/03/96 10:55:20 - 07/03/96 10:53:21 BROAD-1RKP58
    AGENCY-COWETA CO. SHERIFF'S OFFICE         (GA0360000)
    AGENCY CASE NBR-012918       NAME USED-
       CHARGE 01-CRIMINAL TRESPASS                    OFFENSE DATE-


    JUDICIAL
       DISP-DISMISSED                        COURT DISP DATE-11/24/92
       OFFENSE-CRIMINAL TRESPASS
       COURT-COWETA COUNTY SUPERIOR COURT    (GA0360150)   COURT NBR-

ARREST-03   ARREST DATE-01/26/93-    TRACKING NBR-30703454
    AGENCY-NEWNAN POLICE DEPARTMENT           (GA0360100)
    AGENCY CASE NBR-12916        NAME USED-
       CHARGE 01-CRUELTY TO CHILDREN - FELONY         OFFENSE DATE-
          2078

       CHARGE 02-SIMPLE BATTERY                       OFFENSE DATE-


    JUDICIAL
       DISP-CONVICTED                        COURT DISP DATE-03/09/93
                                                              PAGE  5 OF  5
MOD-2048 - NLT       07/03/96 10:55:33 - 07/03/96 10:53:21 BROAD-1RKP58
       OFFENSE-CRUELTY TO CHILDREN - MISD
          2078                                         DIT-
       COURT-SECFECIA CRT LANGHAM           (GA0360021)  COURT NBR-
       SENTENCE: PROB-6M  CONF-445D
          2078 0D

PC - 005679

DOJ-FOIA 000150
DOJ-FOIA 000150

DISP-DISMISSED
OFFENSE-SIMPLE BATTE●
LADY IN FR●

****************************************************************
* THIS RECORD IS SOLELY FOR OFFICIAL CRIMINAL JUSTICE USE. *
* USE OF THIS RECORD OR INFORMATION HEREIN FOR ANY OTHER *

*AUG 26 1996*

* PURPOSE VIOLATES GEORGIA LAW. *
****************************************************************

END OF RECORD

PC - 005680

DOJ-FOIA 000151
DOJ-FOIA 000151

PETER S. GILCHRIST, III
DISTRICT ATTORNEY



*State of North Carolina*
*General Court of Justice*
*Twenty-sixth Prosecutorial District*
**MECKLENBURG COUNTY**

MECKLENBURG COUNTY COURTHOUSE
700 EAST TRADE STREET, 2ND FLOOR
CHARLOTTE, NC 28202-3016
TELEPHONE: (704) 347-7891
FAX: (704) 333-5246

# Facsimile Cover Sheet

|  |  |
|---|---|
| To: |  |
| Company: | *CMPD - FIB* |
| Phone: | *356 - 6046* |
| Fax: | *336 - 5713* |
| From: |  |
| Phone: |  |
| Fax: | (704) 333-5246 |
| Date: | *8 - 26 - 96* |
| Pages including this cover page: | *2* |

b6
b7C

Comments:

_____
_____
_____
_____
_____
_____

PC - 005681

DOJ-FOIA 000152
DOJ-FOIA 000152



# CHARLOTTE — MECKLENBURG POLICE DEPARTMENTS

## AUTHORIZATION FOR PROPERTY RELEASE

1. DATE _26 AUGUST 1996_     2a. Complaint No. _960624210006_

2b. Arrest No. _____

Property Custodian:

    This will authorize you to release the following listed property to the person named below, for the reason indicated:

3. (Describe Property) _1994, Honda Prelude, VIN JHMBABH2RCG 4261 — Control # 14274_

_Stored At Eastway Wrecker_

4. Estimated Value of Property Released _15,000_

                                                    b6 —b7C

5. Name of Person Entitled to Property: _____

6. Address and Phone Number _____

7. REASON FOR RELEASE OF PROPERTY (Check Item)

Case Heard and Dismissed ☐      Case Heard and Guilty Verdict ☐

Case Nolle Prossed ☐      Stored at Owner's Request ☐

Property was Stolen and Recovered ☒      Found Property ☐

Other Reason _____

8. (Signed) _____      b6 —b7C

9. (Title) _Investigator_

_337_

_Defense has removed objection to release per _____ attorney for defend't Aquilia Barnette_

FORM A - 34 - PD

PC - 005682 _8-26-96_

DOJ-FOIA 000153
DOJ-FOIA 000153

# WITNESS SUBPOENA LIST

| Def. No. | DEFENDANT(s) NAME(s) (Last, First, Middle, Jr. Sr. etc.) | J U V. | CHARGES & CH # (s) — COURT PERSONNEL USE ONLY |
|---|---|---|---|
| 1 | BARNETTE AQUILIA M. | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

## WITNESSES REQUIRED FOR COURT: Complete Witness Information Is Responsibility of O-I-C. Indicate Area Codes Only For Long Distance Numbers.

| Wit. No. | OFFICER-IN-CHARGE OF CASE: (Enter in D.I.P.S. As Law Officer Complainant) | | | | | | | Not Req'd For #61 |
|---|---|---|---|---|---|---|---|---|
| 1 | | , M.I., Jr. Sr. etc.) | Type 21 | | Agency CMPD | Team 4-IB | Bus. Phone | Home Ph b6 b7C |

**CIVILIAN WITNESSES:** (LIST VICTIM(s) / COMPLAINANT(s) FIRST)

| 2 W:D | | Person Through Whom Witness May Be Contacted | Not Req'd For#61 |
|---|---|---|---|
| | | Home, House # / Apt # & Street b6 b7C | |
| | | City, State, Zip | Home Phone | Type |
| | | Bus. Phone | |

| 3 W:D W:V | | | Not Req'd b6 b7C Type |
|---|---|---|

| 4 W:V | | | Not Req'd For#61 Type b6 b7C |
|---|---|---|

| 5 W:D W:V | WITNESS NAME (Last, First, Middle, Jr. Sr. etc.) | Person Through Whom Witness May Be Contacted | Not Req'd For#61 |
|---|---|---|---|
| | Home, House # / Apt # & Street | Home, House # / Apt # & Street | |
| | City, State, Zip | Home Phone | City, State, Zip | Home Phone | Type |
| | Employer/Business Name | Business Address | Bus. Phone | |

**ADDITIONAL LAW OFFICER WITNESSES:**

| | OFFICER NAME (Last, First, M.I., Jr. Sr. etc.) | Type | I.D. # | Agency | Team | Bus. Phone | Home Phone | Not Req'd For#61 |
|---|---|---|---|---|---|---|---|---|
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |

| Complaint # 960625 171602 | Original Witness List x | Supplemental List | | Verified By | Entered By b6 b7C | PC - 005683 Date Entered |
|---|---|---|---|---|---|---|

DOJ-FOIA 000154
DOJ-FOIA 000154

# SUBPOENA LIST

Page __2__ of __2__

| DEFENDANT(s) NAME(s) (Last, First, Middle, Jr. Sr. etc.) | J U V. | CHARGES & CR# (s) — COURT PERSONNEL USE ONLY |
|---|---|---|
| BARNETTE AQUILIA M. | | |
| | | |
| | | |
| | | |

## WITNESSES REQUIRED FOR COURT:

Complete Witness Information is Responsibility of O-I-C. Indicate Area Codes Only For Long Distance Numbers.

**OFFICER-IN-CHARGE OF CASE:** (Enter in D.I.P.S. As Law Officer Complainant)

| | | Bus. Phone | Home Phone | Not. Req'd For #61 |
|---|---|---|---|---|
| | | | Home Phone | |
| | | | Home Phone | |
| | | | Home Phone | |
| | | | Home Phone | |
| | | | Home Phone | |
| | | | Home Phone | |
| | | | Home Phone | |
| | | | Home Phone | |
| | | | Home Phone | |
| | | | Home Phone | |
| | | | Home Phone | |
| | | | Home Phone | |
| | | | Home Phone | |
| | | | Home Phone | |
| | | | Home Phone | |
| | | | Home Phone | |
| | | | Home Phone | |

b6
b7C

| OFFICER NAME (Last, First, M.I., Jr. Sr. etc.) | Type | I.D. # | Agency | Team | Bus. Phone | Home Phone |
|---|---|---|---|---|---|---|
| OFFICER NAME (Last, First, M.I., Jr. Sr. etc.) | Type | I.D. # | Agency | Team | Bus. Phone | Home Phone |
| OFFICER NAME (Last, First, M.I., Jr. Sr. etc.) | Type | I.D. # | Agency | Team | Bus. Phone | Home Phone |
| OFFICER NAME (Last, First, M.I., Jr. Sr. etc.) | Type | I.D. # | Agency | Team | Bus. Phone | Home Phone |

| Complaint # | Original Witness List | Supple-mental List | | Verified By | Entered By | Date Entered |
|---|---|---|---|---|---|---|
| 60625 171660 | X | | | | | |

b6
b7C

Form # Alt.-1    Rev. 4/29/79

PC - 005684

DOJ-FOIA 000155
DOJ-FOIA 000155

<u>Property and Case Disposition</u>

C.R. Number _____

Complaint Number 960625 171602

Requesting Officer Name, Code #, Assignment _____ 7IB

Defendant's Name BARNETTE · AQUILIA MARCIVICCI  b6
                 (Last)        (First)         (Middle)      b7C

Sex M        Race B    D.O.B. 7-7-73

Victim's Name ALLEN DONALY LEE
              (Last)  (First) (Middle)

Offense(s) MURDER — ROBBERY _____

Date of Offense 6-25-96 _____ Presiding Judge _____

Brief Property Description _____

---

### Case Disposition

☐ Case tried, Defendant guilty    ☐ Case tried, Defendant not guilty
☐ Case continued for trial        ☐ Case tried, hung jury
☐ Defendant pled guilty to _____
☐ Case dismissed because _____

### Evidence Disposition

☐ Confiscate and destroy (Items # _____)   ☐ Return to owner (Items #_____)
☐ Hold for appeal (Items #_____)           ☐ Request analysis (Items #_____)
☐ Release to School Board (Items #_____)   ☐ Hold for trial (Items #_____)
☐ Release to _____   (Items #_____)
             (Last)     (First)     (M.I.)
☐ Other Disposition _____

---

Judge's Signature_____ (Date)

A.D.A. Signature _____ (Date)

Form A-73-PD
5/89

PC - 005685

DOJ-FOIA 000156
DOJ-FOIA 000156

STATE OF NORTH CAROLINA

IN THE GENERAL COURT OF JUSTICE
FILE # 96-CRS-033122

STATE OF NORTH CAROLINA

VS.

**SUBPOENA FOR GRAND JURY**

Aquilia M. Barnette
96-0625-171602

b6
b7C
b7D

Name of Person Being Subpoenaed:
Address:

Telephone:

YOU ARE HEREBY COMMANDED TO APPEAR AND TESTIFY BEFORE THE GRAND JURY, IN
THE ABOVE-ENTITLED ACTION ON:

**OFFICERS MUST APPEAR AT SCHEDULED TIME**

b7D

PLEASE NOTE: If for any reason you cannot appear and testify in this matter, please contact the
Court Liaison Officer at 347-7850 by 12:00 noon on the **Friday** before you are scheduled to testify.
Otherwise, you will be expected to appear and testify on the above date and time. There will be NO
SUBSTITUTIONS without the prior approval of the Court Liaison Officer.

| Name of Applicant's Attorney: | * | SUBPOENAED BY: |
| Peter S. Gilchrist, III | * | |
| District Attorney | * | PETER S. GILCHRIST, III |
| 700 East Trade Street | * | |
| Charlotte, North Carolina 28202 | * | |
| (704)347-7891 | * | On this the 3rd day of July, 1996. |

RETURN OF SERVICE

I certify that this subpoena was received and served as follows:

Date received:_____        Date served:_____

☐ by delivering a copy of the subpoena to the person named above
☐ by telephone communication with the person named above
☐ this subpoena WAS NOT served for the following reasons:

HM

_____
Signature of Sheriff or Other Officer

PC - 005686

DOJ-FOIA 000157
DOJ-FOIA 000157



State of North Carolina
General Court of Justice
Defender District 26

SUITE 308
COUNTY & COURTS OFFICE BUILDING
720 EAST FOURTH STREET
CHARLOTTE, NC 28202-2894

ISABEL SCOTT DAY
PUBLIC DEFENDER

TEL: 704-347-7870
FAX: 704-342-6640

August 6, 1996

DISTRICT ATTORNEY'S OFFICE
FILED
AUG 7 1996

b6
b7C

[ ]
Assistant District Attorney
700 East Trade Street
Charlotte, North Carolina 28202

RE: Aquilia M. Barnette
96 CRS 33122 - Murder
96 CRS 33123 - RWDW

Dear [ ]

As you know, [ ] and I have been appointed to represent Mr. Barnette on the charges of murder and armed robbery. A Rule 24 hearing is scheduled for August 23, 1996 in Courtroom 2201.

b6
b7C

[ ] and I would like to have access to the automobile prior to the Rule 24 hearing. I would appreicate it if you would let me know who I need to contact in order to see the car.

I look forward to hearing from you.

Very truly yours,

[ ]

Assistant Public Defender

b6
b7C

[ ]nbs
cc: [ ] Esq.

PC - 005687

DOJ-FOIA 000158
DOJ-FOIA 000158

*State of North Carolina*
*General Court of Justice*
*Defender District 26*

SUITE 308
COUNTY & COURTS OFFICE BUILDING
720 EAST FOURTH STREET
CHARLOTTE, NC 28202-2894

ISABEL SCOTT DAY
PUBLIC DEFENDER

TEL: 704-347-7870
FAX: 704-342-6640

DISTRICT ATTORNEY'S OFFICE
FILED
AUG 7 1996

August 6, 1996

b6
b7C

[        ]
Assistant District Attorney
700 East Trade Street
Charlotte, North Carolina 28202

RE:     Aquilia M. Barnette
        96 CRS 33122 - Murder
        96 CRS 33123 - RWDW

b6
b7C

Dear [        ]

        Enclosed is a copy of the motion and order appointing [        ] co-counsel in Mr. Barnette's cases.

                        Very truly yours,

                        [        ]
                        Assistant Public Defender

[    ]nbs

PC - 005688

DOJ-FOIA 000159
DOJ-FOIA 000159

STATE OF NORTH CAROLINA    IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION

COUNTY OF MECKLENBURG    96 CRS 33122, 33123

STATE OF NORTH CAROLINA  )
                         )
      VS.          )   MOTION TO APPOINT CO-COUNSEL
AQUILLA M. BARNETTE,   )
    Defendant      )

MECKLENBURG COUNTY
FILED #1
AT _____
BY _____ O'CLOCK ____ M
AUG 5 1996
CLERK OF SUPERIOR COURT

      NOW COMES counsel for defendant, Susan J. Weigand, Assistant Public Defender and moves that this Court pursuant to N.C.G.S. 7A-450(b1) to appoint co-counsel in this case.

    1.    The defendant is charged with first degree murder and robbery with a dangerous weapon;

    2.    On July 11, 1996, Assistant District Attorney Gentry Caudill sent defense counsel a Petition for a Rule 24 Hearing. The petition alleges that this charge may be punishable by death;

    3.    Defendant has been determined to be indigent and counsel has been appointed to represent him;

    4.    The assigned counsel has not been involved in the sentencing phase of a death penalty case and therefore needs to have counsel experienced in death penalty trials appointed to serve as lead counsel;

    5.    Counsel has spoken to Paul J. Williams, Attorney at Law, Charlotte, North Carolina, who has previous experience in capital trials, and he has agreed to represent defendant as co-counsel if the Court appoints him.

      THEREFORE, counsel moves this Court to appoint Paul J. Williams, Attorney at Law, to represent defendant as co-counsel in the above-captioned case.

      Respectfully submitted, this the 2 day of August, 1996.

                                  _Susan J. Weigand_ (signature)
                                  Susan J. Weigand
                                  Assistant Public Defender
                                  ATTORNEY FOR AQUILLA M. BARNETTE

PC - 005689

DOJ-FOIA 000160
DOJ-FOIA 000160

STATE OF NORTH CAROLINA     IN THE GENERAL COURT OF JUSTICE
                           SUPERIOR COURT DIVISION
COUNTY OF MECKLENBURG       96 CRS 33122, 33123

STATE OF NORTH CAROLINA )
                        )
            VS.         )     ORDER APPOINTING CO-COUNSEL
                        )
AQUILLA M. BARNETTE,    )
            Defendant   )

THIS CAUSE coming on to be heard and being heard by the undersigned Superior Court Judge; and it appearing to the Court that;

1.    Defendant is charged with first degree murder and armed robbery;

2.    The State, has informed counsel that this charge may be punishable by death;

3.    Defendant has been determined to be indigent and counsel has been appointed to represent him;

4.    Assistant Public Defender Susan J. Weigand, the attorney assigned to the case, has had no prior experience in the sentencing phase of a capital case and is therefore in need of the appointment of co-counsel who is experienced in the trial of capital cases to serve as lead counsel;

5.    Counsel has talked with Paul J. Williams, Attorney at Law, Charlotte, North Carolina, an attorney who is experienced in the trial of capital cases and he has agreed to represent defendant as co-counsel if the Court appoints him;

6.    Defendant is entitled to the services of two attorneys in that this case is a capital case, pursuant to N.C.G.S. 7A-450(b1).

THEREFORE, it is hereby Ordered that Paul J. Williams, Attorney at Law, Charlotte, North Carolina, is appointed co-counsel in the above-captioned case to represent the defendant.

This the 21 day of August, 1996.

_____
The Honorable Marcus Johnson
Superior Court Judge Presiding

PC - 005690

DOJ-FOIA 000161
DOJ-FOIA 000161

STATE OF NORTH CAROLINA IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
COUNTY OF MECKLENBURG 96-CRS-033122
96-CRS-033123

| STATE OF NORTH CAROLINA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **M O T I O N** |
| | ) | |
| AQUILIA M. BARNETTE, | ) | |
| DEFENDANT. | ) | |

    NOW COMES the State of North Carolina, by and through the undersigned Assistant District Attorney, and respectfully shows the following:

    1. That on June 25, 1996, Donald Lee Allen was found deceased in the area of Billy Graham Boulevard and Morris Field Road in Mecklenburg County.

    2. That Donald Lee Allen was last seen by his family on June 21, 1996, when he left his home in York, South Carolina.

    3. That when Donald Lee Allen was last seen he was driving a Honda Prelude, vehicle identification number JHMBA81424C00, that was registered to him.

    4. That the above vehicle was recovered on June 24, 1996, on Independence Boulevard, Charlotte, North Carolina.

    5. That the defendant has been charged with the murder of Donald Lee Allen in the above case.

    6. That the Charlotte Mecklenburg Police Department has examined the automobile and has no further need to hold it.

    7. That the automobile is being stored and the family of Donald Lee Allen are having to pay the storage fees in addition to regular financing and insurance payments.

PC - 005691

DOJ-FOIA 000162
DOJ-FOIA 000162

8. That the family of Donald Lee Allen has requested the release of the vehicle and the Charlotte Mecklenburg Police Department desires to release it to Donald Lee Allen's father, Bob Allen.

THEREFORE, the State requests that the Court issue an order that the above described automobile is to be released immediately to Bob Allen, father of the victim, Donald Lee Allen.

Respectfully submitted, this the ___2___ day of August, 1996.

J. Gentry Caudill,
Assistant District Attorney

PC - 005692

DOJ-FOIA 000163
DOJ-FOIA 000163

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
96-CRS-033122
96-CRS-033123

STATE OF NORTH CAROLINA )
                        )
        v.             )
                        )
AQUILIA M. BARNETTE, )
DEFENDANT. )

**O R D E R**

CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY. N. C.

THIS CAUSE coming on to be heard upon the State's Motion and the Court having heard arguments from counsel for the State and from the defendant, the Court finds the following:

1. That on June 25, 1996, Donald Lee Allen was found deceased in the area of Billy Graham Boulevard and Morris Field Road in Mecklenburg County.

2. That Donald Lee Allen was last seen by his family on June 21, 1996, when he left his home in York, South Carolina.

3. That when Donald Lee Allen was last seen he was driving a Honda Prelude, vehicle identification number JHMBA81424C00, that was registered to him.

4. That the above vehicle was recovered on June 24, 1996, on Independence Boulevard, Charlotte, North Carolina.

5. That the defendant has been charged with the murder of Donald Lee Allen in the above case.

6. That the Charlotte Mecklenburg Police Department has examined the automobile and has no further need to hold it.

7. That the automobile is being stored and the family of Donald Lee Allen are having to pay the storage fees in addition to regular financing and insurance payments.

PC - 005693

DOJ-FOIA 000164
DOJ-FOIA 000164

8. That the family of Donald Lee Allen has requested the release of the vehicle and the Charlotte Mecklenburg Police Department desires to release it to Donald Lee Allen's father, Bob Allen.

9. That the defendant objects to the State's Motion.

10. That counsel for the defendant wants to examine the automobile.

11. That the State filed a Petition for a Rule 24 Conference on July 11, 1996, and that the Court on August 2, 1996, appointed a second attorney to assist in the defense.

12. That counsel for the defendant also wants the newly appointed co-counsel to examine the automobile.

13. That the defendant may make requests to have experts appointed to examine the automobile.

14. That the case is scheduled for arraigned on September 4, 1996.

15. That a final determination as to the release of the automobile should be postponed until that time.

IT IS, THERFORE, ORDERED, ADJUDGED AND DECREED that the State's Motion to have the automobile be released to the family of the victim is denied without prejudice.

This the 02nd day of August, 1996.

_____
SUPERIOR COURT JUDGE PRESIDING

PC - 005694

DOJ-FOIA 000165
DOJ-FOIA 000165

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION

_96_ -CRS- _33/22_

_____ -CRS- _____

_____ -CRS- _____

STATE OF NORTH CAROLINA )
)
v. )
)
_Aguilia M. Barnette_ )
_____, )
_____, )
DEFENDANT(S). )

**PETITION**

~URG COUNTY
~D #58

JUL 11 1996

M.

CLERK OF ~~~ COURT

NOW COMES the State of North Carolina, through the undersigned Assistant District Attorney, pursuant to Rule 24 of the General Rules of Practice in the Superior Court and shows the Court the following:

1. That on _7 - 8 - 96_ , the Grand Jury in Mecklenburg County returned a Bill of Indictment charging the above defendant(s) with first degree murder.

2. That this charge may be punishable by death.

THEREFORE, the State of North Carolina requests that the Court schedule a pretrial conference in the above-captioned case(s).

This the _11_ day of _July_ , 19 _96_.

_____
Assistant District Attorney

Twenty-sixth Prosecutorial District
Mecklenburg County Courthouse
700 East Trade Street, 2nd Floor
Charlotte, NC 28202
(704) 347-7891

PC - 005695

DOJ-FOIA 000166
DOJ-FOIA 000166

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
96-CRS-033122

STATE OF NORTH CAROLINA )
)
v. )
)
AQUILIA M. BARNETTE, )
DEFENDANT. )

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Petition was served on counsel for the defendant, Susan Weigand, by placing a copy of the same in the Mecklenburg County Inter-office Courier Service mail addressed to Susan Weigand, Assistant Public Defender, Public Defender's Office, 720 East 4th Street, Room 308, Charlotte, North Carolina, 28202, on this the 11th day of July, 1996.

J. Gentry Caudill,
Assistant District Attorney

PC - 005696

DOJ-FOIA 000167
DOJ-FOIA 000167

File No. _PID 181673_

REPOS DOC#: 96020389

**STATE OF NORTH CAROLINA**

MECKLENBURG

In The General Court Of Justice

COMPLAINT # 960625171642

**STATE OF NORTH CAROLINA**
**VS.**

BARNETTE, AQUILIA M
3413 WEST BV
CHARLOTTE     NC.

**96 cr 33122**
BOND
WARRANT FOR ARREST

MURDER  _32_

ISSUED 25 DAY OF   JUNE  , 1996

WITNESSES

BARNETTE, AQUILIA M      , DEFENDANT, B M 07-07-75
3413 WEST BV     CHARLOTTE │ NC  H:(704)394-7956

TO ANY OFFICER WITH AUTHORITY AND TERRITORIAL JURISDICTION
TO EXECUTE A WARRANT FOR ARREST FOR THE OFFENSE CHARGED
BELOW. THE UNDERSIGNED FINDS THAT THERE IS PROBABLE CAUSE
TO BELIEVE THAT ON OR ABOUT THE 22 DAY OF   JUNE , 1996
IN THE COUNTY NAMED ABOVE. THE DEFENDANT NAMED ABOVE
DID UNLAWFULLY, WILLFULLY, AND FELONIOUSLY
AND OF MALICE AFORETHOUGHT KILL AND MURDER DONALD LEE ALLEN .

_21_
_JY08B21P.DOC_

IN VIOLATION OF THE FOLLOWING LAW  G.S. 014 -017,000(0)(0)(A)
ISSUED THIS 25 DAY OF   JUNE  , 1996. UPON INFORMATION FURNISHED
UNDER OATH BY THE COMPLAINANT OR COMPLAINANTS NAMED BELOW
YOU ARE DIRECTED TO ARREST THE DEFENDANT NAMED ABOVE AND
BRING HIM WITHOUT UNNECESSARY DELAY BEFORE A JUDICIAL
OFFICIAL TO ANSWER THE CHARGES SET OUT ABOVE.

b6
b7C

| Location Of Court | Court Date | Court Time | ☐AM ☐PM | Date Of Issue _6 - 5. 96_ |
|---|---|---|---|---|
| | | b6 b7C | | Signature |

☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court
☑ Magistrate  ☐ District Court Judge  ☐ Superior Court Judge

AOC-CR-217AS
Rev. 12/95 (Structured Sentencing)

COURT RECORD COPY

PC - 005697

DOJ-FOIA 000168
DOJ-FOIA 000168

File No.

REPOS DOC#: 96020391

## STATE OF NORTH CAROLINA
## VS.

BARNETTE, AQUILIA M
3413 WEST BV
CHARLOTTE    NC

96 u 33123

BOND
WARRANT FOR ARREST

ROBBERY WITH DANGEROUS
WEAPON--INDIVIDUAL (FELONY)

ISSUED 25 DAY OF   JUNE  , 1996

WITNESSES

**STATE OF NORTH CAROLINA**

MECKLENBURG

In The General Court Of Justice

COMPLAINT # 960625171602

BARNETTE, AQUILIA M      , DEFENDANT, B M 07-07-73
3413 WEST BV        CHARLOTTE  NC  H.(704)394-7954

TO ANY OFFICER WITH AUTHORITY AND TERRITORIAL JURISDICTION
TO EXECUTE A WARRANT FOR ARREST FOR THE OFFENSE CHARGED
BELOW. THE UNDERSIGNED FINDS THAT THERE IS PROBABLE CAUSE
TO BELIEVE THAT ON OR ABOUT THE 22 DAY OF  JUNE , 1996
IN THE COUNTY NAMED ABOVE. THE DEFENDANT NAMED ABOVE
DID UNLAWFULLY, WILLFULLY, AND FELONIOUSLY
STEAL , TAKE, AND CARRY AWAY ANOTHER'S PERSONAL PROPERTY, 1994 HONDA,
VIN JHMBA8142RC004261, 2 DOOR OF THE VALUE OF $15,000 FROM THE PERSON
AND PRESENCE OF DONALD LEE ALLEN , THE DEFENDANT COMMITTED THIS ACT
BY MEANS OF AN ASSAULT CONSISTING OF HAVING IN HIS POSSESSION AND
THREATENING THE USE OF A SHOTGUN , A DANGEROUS WEAPON, WHEREBY THE
LIFE OF DONALD LEE ALLEN WAS THREATENED AND ENDANGERED.

_automobile_

IN VIOLATION OF THE FOLLOWING LAW: GS 014 -087.000(0)(0)(0)
ISSUED THIS 25 DAY OF   JUNE   , 1996 UPON INFORMATION FURNISHED
UNDER OATH BY THE COMPLAINANT OR COMPLAINANTS NAMED BELOW
YOU ARE DIRECTED TO ARREST THE DEFENDANT NAMED ABOVE AND
BRING HIM WITHOUT UNNECESSARY DELAY BEFORE A JUDICIAL
OFFICIAL TO ANSWER THE CHARGES SET OUT ABOVE.

b6
b7C

| Location Of Court | Court Date | Court Time | ☐ AM ☐ PM | Date Of Issue  6-25-96 |
|---|---|---|---|---|
| | | | | Signature |
| | | | | ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court |
| | | | | ☑ Magistrate  ☐ District Court Judge  ☐ Superior Court Judge |

-CR-217AS
/95 (Structured Sentencing)

COURT RECORD COPY

PC - 005698

DOJ-FOIA 000169
DOJ-FOIA 000169

FD-395 (Rev.7-18-88)


AUG 26 1996

# INTERROGATION; ADVICE OF RIGHTS

## YOUR RIGHTS

Place _Charlotte N.C._
Date _6-25-96_
Time _3 40p_

Before we ask you any questions, you must understand your rights.

You have the right to remain silent.

Anything you say can be used against you in court.

You have the right to talk to a lawyer for advice before we ask you any questions and to have a lawyer with you during questioning.

If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time. You also have the right to stop answering at any time until you talk to a lawyer.

## WAIVER OF RIGHTS

I have read this statement of my rights and I understand what my rights are. I am willing to make a statement and answer questions. I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me.

Signed _REFUSED TO SIGN WAIVER_

_AS BUT WILL ANSWER QUESTIONS. I FEEL APPROPRIATE_

Witness:

Witness:

Time: _3 46p_

b6
b7C

PART 2 of SERIAL 13

26A-CE-77216-13

FBI/DOJ
005699

DOJ-FOIA 000170
DOJ-FOIA 000170

# INTERROGATION; ADVICE OF RIGHTS

AUG 26 1996

## YOUR RIGHTS

BARNETTE, AQUILIA MARCIVICCI
B/M DOB: 07-07-73 22yrs.

Place LAW ENFORCEMENT CTR.
Date JUNE 28, 1996
Time 9:24 pm

Before we ask you any questions, you must understand your rights.

You have the right to remain silent.

Anything you say can be used against you in court.

You have the right to talk to a lawyer for advice before we ask you any questions and to have a lawyer with you during questioning. READ OUT LOUD BY AQUILIA BARNETTE

If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time. You also have the right to stop answering at any time until you talk to a lawyer.

## WAIVER OF RIGHTS

I have read this statement of my rights and I understand what my rights are. I am willing to make a statement and answer questions. I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me.

Signed _____

Witness: _____

Witness: _____

Time: _____ 1604 hrs. _____

b6
b7C

PC - 005700

DOJ-FOIA 000171
DOJ-FOIA 000171

AUG 26 1996

I, THE UNDERSIGNED, DO WILLFULLY SUBMIT TO THE MECKLENBURG COUNTY JAIL R.N. TO DRAW A BLOOD SAMPLE FROM ME AS REQUESTED BY THE C.M.P.D. OR OTHER LAW ENFORCEMENT AGENCY AS NOTED BELOW.

IF THE SITUATION COMES UP, WHERE INMATE REFUSES TO SIGN BUT ALLOWS YOU TO DRAW BLOOD, GO AHEAD AND DRAW THE BLOOD AND WRITE THAT HE REFUSED TO SIGN, AND HAVE A WITNESS TO THIS.

_____
SIGNED

_____
6-28-96
DATE

WITNESSED:


b6
b7C

SIGNED

SIGNED

PC - 005701

DOJ-FOIA 000172
DOJ-FOIA 000172



AUG 26 1996

## VOLUNTARY CONSENT TO WITHDRAW BLOOD

I, _AQUILIA M. BARNETTE_____, of _3413_____
(typed or printed full name)
_WEST BLVD., CHARLOTTE, N.C._____, voluntarily
(address)
consent to have a sample of my blood taken by qualified medical

personnel. I am aware that this blood sample will be submitted

for analysis and may be used as evidence. I understand that I

am not required or obligated to furnish a sample of my blood.

My consent to have a sample of my blood taken is completely

voluntary. I have not been threatened nor have I received prom-

ises from any member of the Charlotte-Mecklenburg Police Depart-

ment.

_____
SIGNATURE

DATE: _JUNE 28, 1996____

TIME: _6:15 PM._____

WITNESS

_CMPD_.

b6
b7C

PC - 005702

DOJ-FOIA 000173
DOJ-FOIA 000173

THIS WILL BE A TAPED INTERVIEW CONDUCTED ON 6/26/96. THE
TIME OF THE INTERVIEW IS 12:41 HOURS. THIS INTERVIEW IS IN
REFERENCE TO THE HOMICIDE OF DONALD ALLEN. THE INTERVIEW IS
CONDUCTED WITH _____ WHITE FEMALE, DOB: _____     b6
_____ THIS INTERVIEW           b7C
IS BEING CONDUCTED BY INVESTIGATOR _____ OF THE
HOMICIDE SECTION. ALSO PRESENT IS INVESTIGATOR _____



NOTE:    B  =  
         BO =  
         E  =  

_____ you're aware that this conversation is being        b6
recorded. Is that correct?                                    b7C

Right.

Okay and you don't have any objections to that do
you?

No.

Okay. What I want to talk to you about is                     b6
yesterday, on 6/25, uh, you contacted Investigator            b7C
_____ with the York County Sheriff's
Department in reference to a missing subject that
you saw uh, a flyer at one of the shopping malls
down in York is that correct?

Right.

When you saw this flyer you recognized this subject
as an individual that you had met Friday night, last
Friday night. Is that correct?

Uh huh.

Okay can you just tell me the circumstances of where
you were and how you met this individual?

We were upstairs at Coyote Joe's and I asked him to
play pool and um, and then I asked him to play pool
and so he played pool

Okay do you remember what time this was and uh, who
were the other people that were with you on Friday?

Um, it was about between eleven and twelve, I don't
know exact. My friends _____ and

PC - 005703

DOJ-FOIA 000174
DOJ-FOIA 000174



b6
b7C

there was a bouncer that was with us also.  Uh, and
that was about it.



How do you spell her last name?

b6
b7C

Okay and uh, your other friend ?

Okay.  And uh, this is on Friday, June 21st?

Uh huh.

Okay.  And uh this individual, once you started
talking to him, did he introduce himself to you?

He just said, "Hi, I'm Donnie".

Okay.  Later on did you all talk about the fact of
where he went to high school?

Yes.

And what did he tell you about where he went to high
school?

He said he went to York.

York High School?

Right.

And you also went to York High School, correct?

Uh huh, yeah.

But you do not remember this individual from high
school?

No, no I asked him what year he graduated and he
said '92 and I said, I graduated in '93.

Okay.  Do you remember how long you played pool with
this individual?

PC - 005704

DOJ-FOIA 000175
DOJ-FOIA 000175

b6
b7C

AUG 26 1996

Maybe a good ten minutes.

Okay.

And then I went downstairs and my other friends went
to play with him.

Okay but your other friends stayed with him quite
longer than you did?

Right.

Okay.  Do you remember how long they were with him?

Maybe another fifteen minutes, just another game of
pool and that was it.

Okay.  What do you uh, what can you describe about
the clothing this individual was wearing?

He was wearing jeans and a red striped shirt,
buttoned up.

Buttoned up?  Okay.  You don't recall what type of
shoes or anything?

No.

Okay.  What about the hair style?  Do you remember
anything, any type of facial hair or anything?

No.

Okay, can you estimate how tall he was and his build?

He was skinny, maybe about, I don't know about
five-eight, five-nine?  Something like that.  He was
tall.

Okay.  Did he, do you remember anything else that
you all talked about?

No I just asked him about a friend that I have and
he said he knew him and that was it.

Okay, and this was at Coyote Joe's.

Right.

Out on Wilkinson Boulevard, correct?

Uh huh.

PC - 005705

DOJ-FOIA 000176
DOJ-FOIA 000176

b6
b7C

AUG 26 1996

Um, the flyer that you saw was this, was this the same person that you were playing pool with Friday night?

Yes.

Okay. And you saw the flyer where?

First I saw it at Eckerd's and then I saw it at Food Lion.

Okay.

I got the phone number at Food Lion.

And this was last night on the 25th when you saw the flyer?

Right.

b6
b7C

And then you contacted the York County Sheriff's Department?

Uh huh.

Okay.

THIS WILL CONCLUDE THE INTERVIEW THE ENDING DATE IS 6/26/96
THE ENDING TIME IS 12:48 HOURS

PC - 005706

DOJ-FOIA 000177
DOJ-FOIA 000177

CHARLOTTE-MECKLENBURG POLICE DEPARTMENT SUPPLEMENT REPORT

Form 2.5 (3/84)

| 1. COMPLAINT N | 960025 1716 02 |

2. VICTIM NAME | 3. ORIGINAL OFFENSE/CHARGE

LOCATION OF OFFENSE | DISTRICT | 5. ARREST NUMBER | 6. C. R. NUMBER

AUG 26 1996

ORIGINAL REPORT DATE | 8. SUPPLEMENT DATE | 9. CORRECT INCIDENT CLASSIFICATION

10. JUVENILE CASE | 11. MULTIPLE CASE CLEARANCE | 12. SUPPLEMENT CONFIDENTIAL | 13. PURPOSE OF SUPPLEMENT | ☐ CONTINUATION OF OFFENSE REPORT
☐ YES ☐ NO | ☐ YES ☐ NO IF YES. #CASES | ☐ YES ☐ NO | ☐ FOLLOW-UP INVESTIGATION | ☐ STOLEN VEHICLE RECOVERY | ☐ STATEMENT

STATEMENT OF

b6
b7C
b7D

20. NARRATIVE (Page ___ of ___)

ITEM NO.

ON MONDAY JULY 1, 1996, AT 1535HRS. I GAVE INV. [ ] A COPY OF THE INVENTORY CONTROL FILE FOR A WINCHESTER SEMI AUTO SHOTGUN, SER # N868530. 

b6
b7C

ALSO, I GAVE INV. [ ] THE YELLOW SHEET, ATF F4473, PART 1, FOR THE PURCHASE OF A WEAPON, SERIAL # N868530, WINCHESTER SHOTGUN.

I GAVE INV. R.A. HOU A PRINT OUT PERTAINING TO THE IDENTIFICATION OF THE BUYER.

THIS STATEMENT WAS WRITTEN FOR ME BY INV. [ ] I READ THIS STATEMENT BEFORE I SIGNED MY NAME BELOW.

b6
b7C
b7D

7-1-96    3:51pm

21. U.C.R. CLEARANCE STATUS: | 22. INVESTIGATIVE STATUS: | | CODE | ASSIGNMENT | DATE | 24. | PROPERTY RECOVERED
☐ OPEN | ☐ ACTIVE | | II3 | 7-1-96 | | ☐ SEE REVERSE SIDE
☐ BY ARREST | ☐ INACTIVE | | | |
☐ EXCEPTIONAL | ☐ CLOSED | | | | CODE | DATE
☐ UNFOUNDED | ☐ ADMINISTRATIVE | | | |

PC - 005707

DOJ-FOIA 000178
DOJ-FOIA 000178

| 1. COMPLAINT NUMBER |
| --- |
| 960024-210002 |

AUG 6 1996

| 2. VICTIM NAME | 3. ORIGINAL OFFENSE CHARGE |
| --- | --- |
| | |

| 4. LOCATION OF OFFENSE | DISTRICT | 5. ARREST NUMBER | 6. C. R. NUMBER |
| --- | --- | --- | --- |
| | | | |

| 7. ORIGINAL REPORT DATE | 8. SUPPLEMENT DATE | 9. CORRECT INCIDENT CLASSIFICATION |
| --- | --- | --- |
| | | |

| 10. JUVENILE CASE | 11. MULTIPLE CASE CLEARANCE | 12. SUPPLEMENT CONFIDENTIAL | 13. PURPOSE OF SUPPLEMENT | | CONTINUATION OF OFFENSE REPORT |
| --- | --- | --- | --- | --- | --- |
| ☐ YES ☒ NO | ☐ YES ☒ NO IF YES, #CASES | ☒ YES ☐ NO | ☐ FOLLOW-UP INVESTIGATION | ☐ STOLEN VEHICLE RECOVERY | ☒ STATEMENT |

STATE OF:

b6
b7C
b7D

20. NARRATIVE (Page 1 of 2)

ITEM NO.

b6
b7C
b7D

REQUEST THA[T] [OFFICER] WRITE MY STATEMENT. TODAY'S DATE IS JUNE 25, 1996

ON JUNE 24, 1996, I GOT A PHONE CALL FROM [ ] IS THE FATHER OF DONALD LEE ALLEN, THE OWNER OF THE CAR THAT WAS FOUND BEHIND THE HARRIS-TEETER AT INDEPENDENCE BV. & IDLEWILD Rd. DONALD WAS REPORTED MISSING IN YORK COUNTY, S.C. ON SUNDAY, June, 23, 1996, BY [ ] HE CALLED ME AT MY RESIDENCE AT ABOUT 9:30 P.M. on JUNE 25, 1996. HE SAID THAT HE RECEIVED A CALL FROM YORK COUNTY SHERIFF'S DEPARTMENT SAYING THAT THEY HAD FOUND DONALD'S CAR IN CHARLOTTE. HE GAVE ME AN ADDRESS AND WANTED ME TO FIND OUT EXACTLY WHERE ON INDEPENDENCE BV THE CAR WAS LOCATED. I CALLED MY NEIGHBOR, [ ] AND TOLD HIM ABOUT THE CAR BEING FOUND AND WE CAME

b6
b7C
b7D

TO THE LOCATION WHERE THE CAR WAS. I MET TWO OFFICERS AND I WALKED OVER TO THE CAR AND KNEW IT WAS DONNIE'S. AT THAT TIME [ ] SAID "OFFICERS THERE ARE CLOTHES IN THIS DAMPSTER, AND ALSO A GUN." [ ] HAD OPENED THE DAMPSTER LIDS AND SAW THESE THINGS. THE OFFICERS AND MYSELF WALKED OVER AND LOOKED. [ ] DONALD IS [ ] DONALD IS 22 YEARS OLD. DONALD DOES NOT SMOKE CIGARETTS, HE MAY DRINK A BEER SOMETIMES. HE IS NOT INVOLVED IN DRUGS. HE KNOWS RIGHT FROM WRONG AND

| 21. U.C.R. CLEARANCE STATUS: | 22. INVESTIGATIVE STATUS: | | ASSIGNMENT | DATE | 24. | PROPERTY RECOVERED |
| --- | --- | --- | --- | --- | --- | --- |
| ☒ OPEN | ☒ ACTIVE | | FSB | 6-25-96 | | ☐ SEE REVERSE SIDE |
| ☐ BY ARREST | ☐ INACTIVE | | | | | |
| ☐ EXCEPTIONAL | ☐ CLOSED | 25. CASE REFERRED TO: | 26. REVIEWING SUPERVISOR | | | |
| ☐ UNFOUNDED | ☐ ADMINISTRATIVE | | | | | |

PC - 005708

DOJ-FOIA 000179
DOJ-FOIA 000179

1. COMPLAINT NUMBER  9600624- 210002

AUG 26 1996

| 2. VICTIM NAME | 3. ORIGINAL OFFENSE CHARGE | |
| 4. LOCATION OF OFFENSE | DISTRICT | 5. ARREST NUMBER | 6. C. R. NUMBER |
| 7. ORIGINAL REPORT DATE | 8. SUPPLEMENT DATE | 9. CORRECT INCIDENT CLASSIFICATION | |

10. JUVENILE CASE ☐ YES ☒ NO   11. MULTIPLE CASE CLEARANCE ☐ YES ☒ NO IF YES, #CASES   12. SUPPLEMENT CONFIDENTIAL ☒ YES ☐ NO   13. PURPOSE OF SUPPLEMENT ☒ FOLLOW-UP INVESTIGATION ☐ CONTINUATION OF OFFENSE REPORT ☐ STOLEN VEHICLE RECOVERY ☐ STATEMENT

STATEMENT OF:

b6
b7C
b7D

20. NARRATIVE  (Page 2 of 2 )

b6
b7C
b7D

ITEM NO.

HAS NOT BEEN ARRESTED TO MY KNOWLEDGE.

DONALD'S FATHER TOLD ME THAT DONALD LEFT McCONNELS, S.C. ON FRIDAY THE 21ST OF JUNE. DONALD TOLD HIM THAT HE WAS GOING OUT FOR AWHILE. HE LEFT THERE ABOUT 7 OR 7:30 P.M. HE DIDN'T TELL BOB WHERE HE WAS GOING. TO MY KNOWLEDGE, A MISSING PERSON REPORT WAS FILED ON JUNE 23, 1996 WITH THE YORK CO. SHERIFF'S DEPARTMENT.

THIS IS NOT LIKE DONALD, HE WOULD HAVE CALLED HOME TO SAY HE WAS STAYING OUT IF HE WAS OKAY. TO MY KNOWLEDGE HE HAS NO FRIENDS OUTSIDE OF HIS LIVING AREA. DONALD GOES TO THE DIAMOND CLUB IN ROCK HILL, SC. HE MET A DANCER THERE AND THEY STARTED DATING. SHE CAME TO THE RESIDENCE ON 6-25-96, AND SAID THAT SHE HAS NOT SEEN HIM IN ABOUT THREE WEEKS. HE JUST RECENTLY STARTED GOING OUT TO NIGHT CLUBS AND JOINED A HUNTING CLUB. HE WENT TO COYOTE JOE'S ON 6-14-96, FRIDAY, AND HE HAD MET A G— FROM GASTONIA, UNKNOWN NAME.

DONALD WAS SUPPOSED TO BE AT HIS HUNTING CLUB TO WORK ON SATURDAY 6-22-96, AND DID NOT SHOW. HE WAS TO ATTEND A WEDDING ALSO THIS DATE AT 4:00PM, AND DID SHOW FOR THIS EITHER. HE ATTENDED CHURCH ON A REGULAR BASIS, BUT DID NOT SHOW ON SUNDAY, JUNE 23, 1996. DONALD DID NOT SHOW FOR WORK OR CALL IN ON MONDAY 6-24-96.

b6
b7C
b7D

X

6-25-96

b6
b7C

21. U.C.R. CLEARANCE STATUS:
☒ OPEN
☐ BY ARREST
☐ EXCEPTIONAL
☐ UNFOUNDED

22. INVESTIGATIVE STATUS:
☐ ACTIVE
☐ INACTIVE
☐ CLOSED
☐ ADMINISTRATIVE

23. CASE REFERRED TO:

26. REVIEWING SUPERVISOR:

| CODE | ASSIGNMENT | DATE | 24. PROPERTY RECOVERED ☐ SEE REVERSE SIDE |
| 815 | FSB | 6-25-96 | |

PC - 005709

DOJ-FOIA 000180
DOJ-FOIA 000180

**CHA. LOTTE POLICE CRIME LABORATORY**

| CRIME SCENE SUPPLEMENT REPORT (Form 0-8-PD, 8/84) | (1) VICTIM / COMPLAINANT Allen, Donald Lee | (2) COMPLAINT # 96 024-210002 |
|---|---|---|

| (3) UNIT 991 | (4) LOCATION 825 E. Fourth St. | (5) DISTRICT FIB | (6) DATE 29 Jun 96 |
|---|---|---|---|

| (7) CRIME Homicide | (8) TIME REC'D 0455 | (9) TIME ARRIVED 0520 | (10) TIME CLEARED 0730 | (11) WEATHER Clear, warm |
|---|---|---|---|---|

AUG 26 1996

(12) NARRATIVE

☐ CONTINUATION REPORT PAGE

| ITEM | |
|---|---|
| #35 | **Scene:** Crime Scene Search shift change under the Law Enforcement Center. 825 E. Fourth Street. |
| | I photographed the Honda Prelude, VIN JHMBA8142RC004261, which was secured by police banner guard. |
| | Inside the left door pocket was one Stanley 100 plus, 64-102 USA screwdriver with a yellow and black handle. |
| | I photographed and collected the screwdriver. |
| | Nothing further at this time. |

(13) EVIDENCE COLLECTED:

| | STD. | Q. | | STD. | Q. | | STD. | Q. |
|---|---|---|---|---|---|---|---|---|
| A. BLOOD | ☐ | ☐ | I. ARSON | ☐ | ☐ | Q. AMMUNITION & BULLETS | ☐ | ☐ |
| B. PAINT | ☐ | ☐ | J. DRUGS | ☐ | ☐ | R. LIFTS/CASTS | ☐ | ☐ |
| C. RAPE KIT | ☐ | ☐ | K. GLASS | ☐ | ☐ | S. TOOL MARK ITEMS | ☐ | ☒ |
| D. HAIR | ☐ | ☐ | L. B/A KIT | ☐ | ☐ | T. TOOL MARK CASTS | ☐ | ☐ |
| E. F. NAIL SCRAPINGS | ☐ | ☐ | M. STAINS | ☐ | ☐ | U. SHOE/TIRE | ☐ | ☐ |
| F. GSR KIT | ☐ | ☐ | N. EXPLOSIVES | ☐ | ☐ | V. FIBERS | ☐ | ☐ |
| G. CLOTHES | ☐ | ☐ | O. BOTANICAL | ☐ | ☐ | W. OTHER _____ | ☐ | ☐ |
| H. PHYSICAL FIT ITEMS | ☐ | ☐ | P. FIREARMS | ☐ | ☐ | _____ | | |

| (14) LAB SECTION: | |
|---|---|
| A. FINGERPRINTS | ☐ |
| B. MICRO-ANALYSIS | ☐ |
| C. CHEMISTRY | ☐ |
| D. FIREARMS | ☒ |
| E. DOCUMENTS | ☐ |

(15) PHOTOGRAPHS ☐ B/W # ☒ COLOR # 8

(16) LATENT PRINTS LIFTS ☐ ITEMS ☐ PHOTOS ☐

(17) PRINT ELIMINATION YES ☐ NO ☐ NAME(S) _____ POST-MORTEM ☐

(18) OTHER EVIDENCE

b6
b7C

(19) MEASUREMENTS TAKEN ☐ DIAGRAM ATTACHED ☐

(20) OFFICER(S) AT SCENE None CODE(S)

ODE: (22)

(23) PAGE 1 of 1 PC - 005710

(24) APPROVED BY

DOJ-FOIA 000181
DOJ-FOIA 000181

CRIME SCENE SUPPLEMENT REPORT
(Form 0-8-PD. 8/84)

VICTIM / COMPLAINANT: Allen, Donald Lee

COMPLAINT #: 960624-210002

| (3) UNIT | (4) LOCATION | (5) DISTRICT | (6) DATE |
|---|---|---|---|
| 991 | 5626 E. Independence Blvd / 825 E. Fourth | FIB | 27 June 1996 |

| (7) CRIME | (8) TIME REC'D | (9) TIME ARRIVED | (10) TIME CLEARED | (11) WEATHER |
|---|---|---|---|---|
| Homicide | 0325 | 0325 | 0730 | warm, overcast |

(12) NARRATIVE:

☐ CONTINUATION REPORT PAGE _____

| ITEM | |
|---|---|
| | **Scene I:** Rear employee parking area of Independence Shopping Center (5626 block). |
| | I measured the distance from the BFI dumpster between the 5624 and 5626 Independence Boulevard doors to the front left parking space (front center of the space) between the curb dividers. The distance from the front center of the parking space to the rear right corner of the dumpster was 58'11 and the distance from the front center of the parking space to the rear left of the dumpster was 55'3 ½. |
| | CSS Supervisor [ ] assisted with the measurements. Cleared the scene.   b6 b7C |
| | **Scene II:** Crime Scene Search shift change under the Law Enforcement Center, 825 E. Fourth Street. |
| | I arrived at the LEC at 0349 hours. |
| | I again photographed the Honda Prelude, VIN JHMBA8142RC004261, which was secured by police banner guard. |
| #33 | I processed the rear trunk area raising two latent lifts (Item #33) and processed the exhaust pipes with negative results.. |
| #34 | I collected the right and left exhaust pipes and chrome from the muffler of the vehicle (Item #34). |
| | CSS Supervisor [ ] assisted on the scene. Nothing further at this time. |

(13) EVIDENCE COLLECTED:

| | STD. | Q. | | STD. | Q. | | STD. | Q. |
|---|---|---|---|---|---|---|---|---|
| A. BLOOD | ☐ | ☐ | I. ARSON | ☐ | ☐ | Q. AMMUNITION & BULLETS | ☐ | ☐ |
| B. PAINT | ☐ | ☐ | J. DRUGS | ☐ | ☐ | R. LIFTS/CASTS | ☐ | ☐ |
| C. RAPE KIT | ☐ | ☐ | K. GLASS | ☐ | ☐ | S. TOOL MARK ITEMS | ☐ | ☐ |
| D. HAIR | ☐ | ☐ | L. B/A KIT | ☐ | ☐ | T. TOOL MARK CASTS | ☐ | ☐ |
| E. F. NAIL SCRAPINGS | ☐ | ☐ | M. STAINS | ☐ | ☐ | U. SHOE/TIRE | ☐ | ☐ |
| F. GSR KIT | ☐ | ☐ | N. EXPLOSIVES | ☐ | ☐ | V. FIBERS | ☐ | ☐ |
| G. CLOTHES | ☐ | ☐ | O. BOTANICAL | ☐ | ☐ | W. OTHER _Exhaust Pipes_ | ☐ | ☒ |
| H. PHYSICAL FIT ITEMS | ☐ | ☐ | P. FIREARMS | ☐ | ☐ | | | |

(14) LAB SECTION:

| | |
|---|---|
| A. FINGERPRINTS | ☒ |
| B. MICRO-ANALYSIS | ☒ |
| C. CHEMISTRY | ☐ |
| D. FIREARMS | ☐ |
| E. DOCUMENTS | ☐ |

(15) PHOTOGRAPHS
☐ B/W #   ☒ COLOR # 14

(16) LATENT PRINTS
LIFTS ☒   ITEMS ☐   PHOTOS ☐

(17) PRINT ELIMINATION:
YES ☐   NO ☐   NAME(S)

POST-MORTEM ☐

(18) OTHER EVIDENCE

(19) MEASUREMENTS TAKEN ☒
DIAGRAM ATTACHED ☐

(20) OFFICER(S) AT SCENE: None

CODE(S):

| (21) | (22) | CODE: | (23) PAGE | (24) APPROVED BY: |
|---|---|---|---|---|
| | | | 1 OF 1 | b6 |

PC - 005711

DOJ-FOIA 000182
DOJ-FOIA 000182

| CRIME SCENE SUPPLEMENT REPORT (Form 0-8-PD, 8/84) | (1) VICTIM / COMPLAINANT Allen, Donald L. | (2) COMPLAINT # 960624-210002 |
|---|---|---|

| (3) UNIT 991 | (4) LOCATION 5626 E. Independence Blvd / 825 E. Fourth St. | (5) DISTRICT B3 | (6) DATE 24 Jun 96 |
|---|---|---|---|

| (7) CRIME Missing Person | (8) TIME REC'D 2310 | (9) TIME ARRIVED 2321 | (10) TIME CLEARED 1700 | (11) WEATHER hot, overcast |
|---|---|---|---|---|

(12) NARRATIVE:

☒ CONTINUATION REPORT PAGE 6

Scene I: Rear paved parking lot of Independence Shopping Center (southeast corner of Idlewild Road and Independence Boulevard). The shopping center was a single story concrete brick retail building. The rear employee doors to the shopping center stores, Pic-N-Pay (5624 Independence), Systems Plus (5626 Independence), and TJ Maxx (5628 Independence) were on the rear (South) wall of the building, with a front right corner at the back of the building near 5628 Independence and a door to The Sports Authority (5630 Independence) on the left wall of the shopping center (this wall extended farther south than the previous named stores). The shopping center had many other stores extending to the east and west beyond this area. The rear of Castlewood Apartments were farther south of this parking area, with visible back porches from the rear of the shopping center.

The above parking area was secured with police banner guard and the following CMPD police personnel:

_____ was also on the   b6
                                              b7C
scene. _____ responded to the scene.

The paved lot had (6) lined parking spaces on the left wall of The Sports Authority. West of this wall was a divider curb island of mulch and two trees in the center of this parking area, parallel to the left wall. Ten marked parking spaces (five on the front and five on the back, facing one another) were between this island, and a second curb island of mulch and a single tree, was west of the first island.

(13) EVIDENCE COLLECTED:

| | STD. | Q. | | STD. | Q. | | STD. | Q. | (14) LAB SECTION: | |
|---|---|---|---|---|---|---|---|---|---|---|
| A. BLOOD | ☐ | ☒ | I. ARSON | ☐ | ☐ | Q. AMMUNITION & BULLETS | ☐ | ☒ | A. FINGERPRINTS | ☒ |
| B. PAINT | ☐ | ☒ | J. DRUGS | ☐ | ☐ | R. LIFTS/CASTS | ☐ | ☐ | B. MICRO-ANALYSIS | ☒ |
| C. RAPE KIT | ☐ | ☐ | K. GLASS | ☐ | ☐ | S. TOOL MARK ITEMS | ☐ | ☒ | C. CHEMISTRY | ☒ |
| D. HAIR | ☐ | ☒ | L. B/A KIT | ☐ | ☐ | T. TOOL MARK CASTS | ☐ | ☐ | D. FIREARMS | ☒ |
| E. F. NAIL SCRAPINGS | ☐ | ☐ | M. STAINS | ☐ | ☐ | U. SHOE/TIRE | ☐ | ☐ | E. DOCUMENTS | ☐ |
| F. GSR KIT | ☐ | ☐ | N. EXPLOSIVES | ☐ | ☐ | V. FIBERS | ☐ | ☒ | (15) PHOTOGRAPHS | |
| G. CLOTHES | ☐ | ☒ | O. BOTANICAL | ☐ | ☒ | W. OTHER _____ | ☐ | ☒ | ☒ B/W # 6   ☒ COLOR # 111 | |
| H. PHYSICAL FIT ITEMS | ☐ | ☒ | P. FIREARMS | ☐ | ☒ | See report | | | (16) LATENT PRINTS LIFTS ☒ ITEMS ☒ PHOTOS ☒ | |

(17) PRINT ELIMINATION
YES ☐    NO ☐    NAME(S)

POST-MORTEM ☐

(18) OTHER EVIDENCE

(19) MEASUREMENTS TAKEN ☐
DIAGRAM ATTACHED ☐

(20) OFFICER(S) AT SCENE: See report

CODE(S)

| ODE: | (23) PAGE 1 of 6 | (24) APPROVED BY: b6 |
|---|---|---|

PC - 005712

DOJ-FOIA 000183
DOJ-FOIA 000183

CHARLOTTE POLICE CRIME LABORATORY

CRIME SCENE SUPPLEMENT REPORT
(Form O-8c-PD, 5/93)

(1) VICTIM/COMPLAINANT
Allen, Donald L.

(2) COMPLAINT #
9600624-21000?

One locked blue two door, 1994 Honda Prelude, VIN JHMBA8142RC004261, with no tags was in the front left space in the lines of this parking area, facing south. The vehicle had gold-colored trim, including a gold-colored "H" on the rear trunk area above the trunk lock. This vehicle was identified by Officer [        ] as Donald L. Allen's Honda (a missing person from South Carolina). One trailer portion (with the #122) to a tractor trailer was parked across the center parking space line, diagonal in the center of these parking spaces.

b6
b7c

Across from this parking area (in front of it) was the rear (south) wall of the shopping center, with the double doors to Systems Plus (5626) nearly directly across from the parked Honda. Between the double doors of Pic-N-Pay (5624) (to the right of Systems Plus) and Systems Plus (5626) was one brown Waste Management dumpster with empty shoe boxes on the ground beside it. This dumpster opened at the top from the right. Between the Systems Plus doors and the single TJ Maxx (5628) (to the left of Systems Plus) door was a blue BFI dumpster (telephone # 394-1353 on the front of it), also opening from the right. The top lid was propped open revealing the following items on the floor of the dumpster (perspective looking into the dumpster from the front of it):

A large wet rusty area was in the rear right corner, a smaller reddish (blood-?) area with cigarette butts (old and dirty in appearance) were in the front right corner, and an opened tan gym tote bag was on the front center of the dumpster containing one shotgun (with a visible grip, sawed off to 23", a 12 gauge 2 3/4" cham, serial number N868530, Winchester Ranger Model 140, made in New Haven, Conn., the grip and barrel were taped with sticky black electrical tape, a small flashlight with a cracked red lens was taped to the bottom of the forearm, hairs - ? - and red paint - ? - were on the electrical tape, blood - ?- was on the right side of the forearm and receiver of the shotgun, and the shotgun had two red live Federal 12 gauge shells in the magazine), red bolt cutters with chips in its red paint and one black new-looking flat crowbar (the bolt cutters and crowbar were not visible from the outside of the dumpster). On top of the tan gym tote bag was a black pair of J. Riggins pants, size 33S/33C, and a black pair of Ash Creek shorts, mediums. A black Nike ballcap was upside-down to the left of the tan bag, a grape Sunkist 20 oz plastic bottle with purple liquid was to the left of the ballcap, and one First Calvary Baptist Church (Knoxville, TN) bulletin from June 23, 1996 was in the front left corner of the dumpster with an empty 1.3 oz Hugo cologne bottle and a torn open envelope (handwritten "To" someone -

| | | CODE: | (23) PAGE | (24) DATE: |
|---|---|---|---|---|

DOJ-FOIA 000184
DOJ-FOIA 000184

**CHARLOTTE POLICE CRIME LABORATORY**

| CRIME SCENE SUPPLEMENT REPORT (Form O-8c-PD, 5/93) | (1) VICTIM/COMPLAINANT Allen, Donald L. | (2) COMPLAINT # 9600624-210000 |

illegible- in the upper left corner and "From : Your Pooh" in the lower right corner, with "Love Stamp" and a drawn heart in the upper right corner) containing two love letters to "Vicci" from "Pooh," (one letter was handwritten two pages on blue lined paper and the other was a typed half page of white paper). A Sprite 1-liter plastic bottle and an orange Sunkist plastic bottle, both with liquid, were on the center of the left side of the dumpster. In the rear left corner of the dumpster was a white Sears plastic shopping bag containing a coiled 27' green garden hose, cut at each end, a 50' Sears vinyl hose cardboard wrapper, a white Hanes L42-44 t-shirt with a dog on the front of it, and a Sears sales receipt of a vinyl hose from Knoxville East, TN 16750 on 06/22/96. To the right of the Sears bag was a 17" portion of a green garden hose with duct tape taped to one end. Also in this corner was a white towel.

A street light illuminated the parking area from above this dumpster. The light pole was to the left of the back of the dumpster (between the dumpster and the rear of the building).

In the front left corner of the rear shopping center parking area, was a second BFI blue dumpster with the right half lid open, filled with plastic bags and other trash. Rear of this dumpster was a third BFI dumpster on the left wall (with the door to the Sport's Authority) of this area, open, containing cardboard boxes and other trash. b6 b7C

I photographed the overall scene. [                    ] unlocked and opened the vehicle. [                    ] arrived on the scene and K-9 unit [    ] with [                    ] began a track from within the Honda Prelude.

I photographed the dumpster items and processed all suitable areas and surfaces of those items (except the shotgun) raising four latent lifts. I then collected the following items from the dumpster: b6 b7C

Ctl # 14381 Item #1 - The shotgun (cleared by [                    ] and CSS Supervisor [                    ])

Ctl # 14381 Item #2 - The two live Federal 12 gauge shotgun shells from the magazine of the shotgun

Ctl # 14379 Item #3 - Methanol taping of the shotgun and the gym bag

Ctl # 14381 Item #4 - The tan gym tote bag with the bolt cutters and the crowbar

Ctl # 14374 Item #5 - The white Sears bag

Ctl # 14373 Item #6 - The white t - shirt, black pants, black shorts, black hat and the white towel b6 b7C

| | (22) | CODE: | (23) PAGE 3 OF 6 | (24) DATE: 21 AUG 96 |

PC 0005714

DOJ-FOIA 000185
DOJ-FOIA 000185

| CRIME SCENE SUPPLEMENT REPORT (Form O-8c-PD, 5/93) | (1) VICTIM/COMPLAINANT Allen, Donald L. | (2) COMPLAINT # 960624-2100 |
|---|---|---|

AUG 26 1996

Ctl # 14380 Item #7 - The 27' green garden hose

Ctl # 14380 Item #8 - The 17" green garden hose with duct tape at one end

Ctl # 14373 Item #9 - The three plastic drink bottles and the cologne bottle and the duct tape roll (Ace Hardware) and the duct tape roll (Only $1)

Ctl # 14371 Item #10-The latent lifts from the bottles and the bolt cutters

Ctl # 14374 Item #11-The love letters and the church bulletin

Ctl # 14379 Item #12-The blood -?- and a control

Ctl # 14374 Item #13-The 50 foot vinyl hose wrapper

b6
b7C

I also photographed the interior and exterior of the vehicle. A light rain began to fall and Investigato[____] had the Honda Prelude towed (once the vehicle was locked and I had secured the vehicle with police evidence seals) to Crime Scene Search shift change under the Law Enforcement Center. [____] escorted the vehicle to the LEC.

I cleared the scene and returned to the LEC.

b6
b7C

Scene II: Crime Scene Search shift change under the Law Enforcement Center.

I arrived at the LEC to process the vehicle 25 Jun 96 at 0357 hours.

Investigator [____] was standing by the aforementioned Honda Prelude, which was locked and secured with police evidence seals and surrounded by police banner guard.

b6
b7C

I photographed the vehicle. We then unlocked and opened the vehicle.

The exterior of the vehicle was dirty, a grassy clump of dirt was under the front of the vehicle on the front hook, a scratch was on the left door, a scratch was on the rear back of the trunk, the rear exhaust chrome had a sticky residue on both exhaust pipes and the interior of the pipes were blackened with a regular pattern in each pipe..

I observed the following in the vehicle:

The inspection sticker in the front lower left windshield had been partially scratched off the glass. A Cinnaburst gum wrapper was in the left door light switch (the interior light did not come on when this door opened with the wrapper jammed in the switch), a black and yellow screwdriver was in

b6
b7C

| | (22) | | CODE: | (23) PAGE 4 OF 6 | (24) DATE: 24 Jun 96 |
|---|---|---|---|---|---|

PC-005715

DOJ-FOIA 000186
DOJ-FOIA 000186

| CRIME SCENE SUPPLEMENT REPORT (Form O-8c-PD, 5/93) | (1) VICTIM/COMPLAINANT Allen, Donald L. | (2) COMPLAINT # 960624-21000Σ |
| --- | --- | --- |

AUG 26 1996

the left door pocket, dirt and small rocks were on the front left floorboard mat, one black mini-mag Solitaire flashlight with a red painted lens was on this floorboard by the rear of the mat, two fragrant trees were hanging from the headlight switch on the steering column, both sun visors were pushed down to the windshield with the mirror covers closed, and handcuffs were hanging from the rearview mirror. Some small change, a red coffee straw, and a ½ carat diamond - ? - woman's ring with a 18K gold band (CWS & Co inscribed, approximately size 4) were under the stereo in the console. The ashtray was open revealing five cigarette butts (Newports), ashes and two license plate screws. In the center console with a cracked lid was a closed change holder containing change and two handcuff keys, linked together. Also in the center console (rear of the change holder) was a closed (armrest) console containing nine cassette tapes (rock music), two cassette covers (also rock music), one red Federal 12 gauge shotgun shell, numerous pens and pencils, and paper items (pay stubs, two Charlotte Knights tickets and drawn maps to NC and SC destinations). The front right seat area appeared neat and orderly. The glove box contained the Honda owners manual. In the rear pocket of the front right seat were two unopened condoms and a Mary's Hospitality small shopping bag with two receipts (one from Mary's and one from Belk's, both dated 6-16-96). A small Wal-Mart plastic bag containing plain and Subway paper napkins was on the rear right floorboard. The rear right seat back was slightly forward revealing the trunk from the inside of the vehicle. Red paint chips - ? - were on the rear right seat and rear left floorboard. Dirt was also on the rear left floor. The trunk of the vehicle had a lot of dirt with a shoe pattern -?- in the cloth floor and red paint chips -?- on the cloth floor and under the floor in the spare tire area. A blue powdery material was on the rear cloth wall of the trunk and also in the spare tire area. One SC license plate FBE-685 with a Honda Cars of Rock Hill, SC plate frame was on the cloth floor in the front right corner of the trunk (visible from the outside through the back of the rear right seat which was slightly forward).

I again photographed the exterior and interior of the vehicle, including the items listed above.

I processed the vehicle exterior, interior and all suitable items and surfaces raising twenty - one latent lifts. I collected the following:

Ctl # 14372 Item # 14 - Latent lifts from the vehicle and items in the vehicle

b6
b7C

| | (22 | CODE: | (23) PAGE 5 OF 6 | (24) DATE: 24 Jul 96 |
| --- | --- | --- | --- | --- |

PC 005716

DOJ-FOIA 000187
DOJ-FOIA 000187

**CHARLOTTE POLICE CRIME LABORATORY**

| CRIME SCENE SUPPLEMENT REPORT (Form O-8c-PD, 5/93) | (1) VICTIM/COMPLAINANT Allen Donald L. | (2) COMPLAINT # 960624-21000 |

AUG 26 1996

Ctl # 14378 Item #15 - Methanol taping of the vehicle interior front/rear left seats/floors

Ctl # 14378 Item #16 - Methanol taping of the vehicle interior front/rear right seats/floors

Ctl # 14378 Item #17 - Methanol taping of the vehicle interior trunk

Ctl # 14377 Item #18 - The Federal 12 gauge live shell from the console

Ctl # 14369 Item #19 - The paper items from the console

Ctl # 14370 Item #20 - The handcuffs from the rearview mirror

Ctl # 14370 Item #21 - The handcuff keys from the change console

Ctl # 14369 Item #22 - The Wal-Mart bag with the napkins from the rear right floor

Ctl # 14369 Item #23 - The Mary's Hospitality bag with the receipts and the condoms from the back pocket of the front right seat

Ctl # 14378 Item #24 - The dirt from under the front of the vehicle

Ctl # 14376 Item #25 - The dirt from the trunk

Ctl # 14376 Item #26 - Red paint chips -?- from the trunk

Ctl # 14376 Item #27 - The cigarette butts, ashes and the license plate screws from the ashtray

Ctl # 14370 Item #28 - The 18K gold diamond -?- from the stereo console

Ctl # 14370 Item #29 - The Cinnaburst wrapper from the inner left door light switch

Ctl # 14370 Item #30 - The mini mag Solitaire flashlight from under the front left seat

Ctl # 14378 Item #31 - The front left doormat

Ctl # 14370 Item #32 - The SC license plate FBE-685 with the Honda Cars of Rock Hill, SC plate frame from the trunk

NOTE: All property sheets and evidence are marked Victim: DAVID L. ALLEN, and corrected to DONALD L. ALLEN.

Task completed. Nothing further at this time.

b6
b7C

| | (22 | CODE: | (23) PAGE 6 OF 6 | (24) DATE: 24 Jun 96 |

PC-005717

DOJ-FOIA 000188
DOJ-FOIA 000188



BODY DIAGRAM

Front

Back

AUG 26 1996

Name

Examined

By

PC - 005718

DOJ-FOIA 000189
DOJ-FOIA 000189

# CHARLOTTE POLICE CRIME LABORATORY

| CRIME SCENE SUPPLEMENT REPORT (Form 0-8-PD, 8/84) | (1) VICTIM/COMPLAINANT ALLEN, Donald Lee | (2) COMPLAINT # 960625 171602 |
|---|---|---|

| (3) UNIT 986 | (4) LOCATION 3800 Billy Graham Parkway | (5) DISTRICT A-2 | (6) DATE 25 Jun 96 |
|---|---|---|---|

| (7) CRIME Homicide | (8) TIME REC'D 1710 | (9) TIME ARRIVED 1751 | (10) TIME CLEARED 0031 | (11) WEATHER Hot, Humid & Sunny |
|---|---|---|---|---|

(12) NARRATIVE:

Related to 960624 210003          ■ CONTINUATION REPORT PAGE 1

**ITEM**

SCENE: Wooded area located at the 3800 block of Billy Graham Parkway and the 4700 block of Morris Field Drive.

b6
b7C

I was dispatched to the above location where upon arrival Investigator [ ] advised that the above named victim (w/m, DOB: 03-30-'74) was pronounced dead at the scene at 1715 hours by [ ].

I observed the scene to be secured by yellow Crime Scene tape. Numerous officers were standing by. There was a concrete drainage culvert located in the grassy area next to the 4700 block of Morris Field Drive. The culvert extended approximately 135 feet alongside Morris Field Drive, and then

**(13) EVIDENCE COLLECTED:**

| | STD. | Q. | | STD. | Q. | | STD. | Q. |
|---|---|---|---|---|---|---|---|---|
| A. BLOOD | ☐ | ■ | I. ARSON | ☐ | ☐ | Q. AMMUNITION & BULLETS | ☐ | ☐ |
| B. PAINT | ☐ | ☐ | J. DRUGS | ☐ | ☐ | R. LIFTS/CASTS | ☐ | ☐ |
| C. RAPE KIT | ☐ | ☐ | K. GLASS | ☐ | ☐ | S. TOOL MARK ITEMS | ☐ | ☐ |
| D. HAIR | ☐ | ☐ | L. B/A KIT | ☐ | ☐ | T. TOOL MARK CASTS | ☐ | ☐ |
| E. F. NAIL SCRAPINGS | ☐ | ☐ | M. STAINS | ☐ | ☐ | U. SHOE/TIRE | ☐ | ☐ |
| F. GSR KIT | ☐ | ☐ | N. EXPLOSIVES | ☐ | ☐ | V. FIBERS | ☐ | ☐ |
| G. CLOTHES | ☐ | ■ | O. BOTANICAL | ☐ | ☐ | W. OTHER Shot | ☐ | ■ |
| H. PHYSICAL FIT ITEMS | ☐ | ☐ | P. FIREARMS | ☐ | ☐ | Shell wad | | |

**(14) LAB SECTION:**

| A. FINGERPRINTS | ☐ |
|---|---|
| B. MICRO-ANALYSIS | ■ |
| C. CHEMISTRY | ☐ |
| D. FIREARMS | ■ |
| E. DOCUMENTS | ☐ |

**(15) PHOTOGRAPHS**
☐ B/W #     ■ COLOR # 79

**(16) LATENT PRINTS**
LIFTS ☐   ITEMS ☐   PHOTOS ☐

**(17) PRINT ELIMINATION:**
YES ☐   NO ☐   NAME(S)          POST-MORTEM ☐

**(18) OTHER EVIDENCE:**
3 spent shell casings

| (19) MEASUREMENTS TAKEN ☐ DIAGRAM ATTACHED ☐ | (20) OFFICER(S) AT SCENE See Report | CODE(S): | b6 b7C |
|---|---|---|---|

| | (22) | | CODE: | (23) PAGE 1 OF 5 | (24) APPROVED BY: PC - 005719 |
|---|---|---|---|---|---|

DOJ-FOIA 000190
DOJ-FOIA 000190

| | CRIME SCENE SUPPLEMENT REPORT (Form O-8b-PD, 5/93) | (1) VICTIM/COMPLAINANT ALLEN, Donald Lee | (2) COMPLAINT # 96002517/602 |

| ITEM | |
|------|---|
| | curved into the wooded area described above. There was a small tree located in the wooded area, just past the curved section of |
| #1 | the culvert. A pair of navy blue, 100% cotton pants (W32, L30) was laying on the ground, under the tree. All 4 pants pockets were empty. Several feet from the pants (and further into the wooded area) I observed a large dark spot on the |
| #4 | culvert. The dark spot appeared to be blood(?). |
| #2 | A spent shell casing (Federal, 12GA, Heavy Field, 1⅛ oz.) was laying on the culvert, next to the |
| #3 | large blood(?) spot. There was an identical spent shell casing laying on the culvert, several feet from the other spent casing. I observed an identical |
| #5 | third spent shell casing laying partially on the edge of the culvert & partially in the weeds. All 3 spent shell casings were within several feet of one another. The concrete drainage culvert ended in a rock bed. The rock bed was several feet from the spent shell casing found on the edge of the culvert, in the weeds. I |
| #6 | observed a bloody(?) shot shell wad laying in the edge of the rock bed, near the end of the concrete drainage culvert. The shot shell wad was located approximately 3 feet from the victim's right foot. |
| | I observed the victim to be lying on his back with his head turned toward his left shoulder. The victim's skin was a |

| CODE: | (23) PAGE 2 OF 5 | (24) DATE 25 Jun 96 |

PC-005720

DOJ-FOIA 000191
DOJ-FOIA 000191

| CRIME SCENE SUPPLEMENT REPORT (Form O-8b-PD, 5/93) | (1) VICTIM/COMPLAINANT ALLEN, Donald Lee | (2) COMPLAINT # 800625171602 |
| --- | --- | --- |
| ITEM | | |

dark brown/black color in most areas. There was what appeared to be a large hole in the left side of the victim's face. Maggots(?) covered the left side of the victim's face. I observed the victim's face to be partially hidden by a tree branch. The skin on the victim's right hand appeared to be peeling. Numerous flies covered the victim's body. The victim was wearing a brown banded watch on his left wrist. In addition, the victim was also wearing a gold necklace. I observed the victim's clothing to consist of black(?) & white "Nike Air Pegasus" athletic shoes, white socks, light colored blue jeans (with a dark brown belt in the belt loops), and a dark colored, pullover, short sleeve shirt. The shirt had 3 buttons. The lower and center buttons were both buttoned, but the topmost button was not buttoned. I observed the victim's shirt to be tucked into his pants. The victim's left shoe was untied. In addition, the victim's clothing appeared dirty. I observed the victim's right hand to be resting on his right thigh. His left arm was out to his side with the underside of his arm facing upward. In addition, his left hand was closed. There was what appeared to be a piece of brown card-board(?) laying on the ground, to the immediate left of the victim's left side. The victim's legs were open. I observed the victim's left

| | | | CODE: | (23) PAGE 3 OF 5 | (24) DATE 25 Jun 96 |
| --- | --- | --- | --- | --- | --- |

PC-005721

DOJ-FOIA 000192
DOJ-FOIA 000192

| CRIME SCENE SUPPLEMENT REPORT (Form O-8b-PD, 5/93) | (1) VICTIM/COMPLAINANT ALLEN, Donald Lee | (2) COMPLAINT # 9600251716O2 |
|---|---|---|

| ITEM | |
|---|---|
| | leg to be bent slightly, and his right leg to be bent at approximately an 80° angle. I photographed the scene from various angles (including aerial photographs). Measurements were taken by Investigators _____ and _____ At the request of Investigator _____ I collected the following items: |
| #1 | - The navy blue, 100% cotton pants (W32, L30) found under the small tree, |
| #2-3 | - The 2 spent shell casings (Federal, 12GA, Heavy Field, 1⅛ oz.) found on the concrete drainage culvert, near the large blood(?) spot, |
| #4&4A | - A blood(?) sample (plus a control) from the large blood(?) spot found on the concrete drainage culvert, |
| #5 | - The spent shell casing (Federal, 12GA, Heavy Field, 1⅛ oz.) found partially on the edge of the drainage culvert & partially in the weeds, and |
| #6 | - The bloody(?) shot shell wad found in the rock bed area located at the end of the concrete drainage culvert. |

b6
b7C

(22) | CODE: | (23) PAGE 4 OF 5 | (24) DATE 25 Jun 96

PC-005722

DOJ-FOIA 000193
DOJ-FOIA 000193

# CHARLOTTE POLICE CRIME LABORATORY

| CRIME SCENE SUPPLEMENT REPORT (Form O-8b-PD, 5/93) | (1) VICTIM/COMPLAINANT ALLEN, Donald Lee | (2) COMPLAINT # 960625171602 |

| ITEM | |
|---|---|
| | Tasks completed. |
| | Nothing further at this time. AUG 26 1996 |
| | Cleared the scene at 2005 hours. |
| | |
| | |
| | |
| | Investigators/Officers at Scene: |
| | 1.) Captain ████████████████ |
| | 2.) Investigator ████████████ (arrived @ ~1738 hours). |
| | 3.) Investigator ████████████ (arrived @ ~1717 hours) |
| | 4.) Investigator ████████████ (arrived @ ~1743 hours) |
| | 5.) Investigator ████████████ (arrived @ ~1743 hours) |
| | 6.) ████████████ |
| | 7.) ████████████ |
| | 8.) ████████████ |
| | 9.) ████████████ |
| | |
| | |
| | NOTE: A member of the Medical Examiner's office, |
| | ████████████ arrived at approximately 1753 |
| | hours. Body Removal arrived at approximately |
| | 1910 hours. |

b6
b7C

b6
b7C

b6
b7C

| | (22) | | CODE: | (23) PAGE 5 of 5 | (24) DATE: 25 Jun 96 |

5PC005723

DOJ-FOIA 000194
DOJ-FOIA 000194

CHARLOTTE POLICE CRIME LABORATORY

| CRIME SCENE SUPPLEMENT REPORT (Form 0-8-PD. 8/84) | (1) VICTIM/COMPLAINANT Alun, Donald Lee | (2) COMPLAINT # 9600251711602 | | |
|---|---|---|---|---|
| (3) UNIT 995 | (4) LOCATION 825 East 4th Street | | (5) DISTRICT FI3 | (6) DATE 25 AUG 1996 |
| (7) CRIME Homicide | (8) TIME REC'D 0900 | (9) TIME ARRIVED 910 | (10) TIME CLEARED 0945 | (11) WEATHER Pt. Cloudy |

(12) NARRATIVE:

☐ CONTINUATION REPORT PAGE

ITEM

Scene : An interview room in FI3 at
825 East 4th Street.                                         b6
                                                            b7C

Per request of [ ] K/T collected head
hair standards from a black male, DOB 7-7-73,
identified as Aquilia M. Barnette.
Collection began at 2110 hours
Nothing further for CSS.
(as completed.)

(13) EVIDENCE COLLECTED:

| | STD. | Q. | | STD. | Q. | | STD. | Q. |
|---|---|---|---|---|---|---|---|---|
| A. BLOOD | ☐ | ☐ | I. ARSON | ☐ | ☐ | Q. AMMUNITION & BULLETS | ☐ | ☐ |
| B. PAINT | ☐ | ☐ | J. DRUGS | ☐ | ☐ | R. LIFTS/CASTS | ☐ | ☐ |
| C. RAPE KIT | ☐ | ☐ | K. GLASS | ☐ | ☐ | S. TOOL MARK ITEMS | ☐ | ☐ |
| D. HAIR | ■ | ☐ | L. B/A KIT | ☐ | ☐ | T. TOOL MARK CASTS | ☐ | ☐ |
| E. F. NAIL SCRAPINGS | ☐ | ☐ | M. STAINS | ☐ | ☐ | U. SHOE/TIRE | ☐ | ☐ |
| F. GSR KIT | ☐ | ☐ | N. EXPLOSIVES | ☐ | ☐ | V. FIBERS | ☐ | ☐ |
| G. CLOTHES | ☐ | ☐ | O. BOTANICAL | ☐ | ☐ | W. OTHER | ☐ | ☐ |
| H. PHYSICAL FIT ITEMS | ☐ | ☐ | P. FIREARMS | ☐ | ☐ | | | |

(14) LAB SECTION:
| A. FINGERPRINTS | ☐ |
|---|---|
| B. MICRO-ANALYSIS | ■ |
| C. CHEMISTRY | ☐ |
| D. FIREARMS | ☐ |
| E. DOCUMENTS | ☐ |

(15) PHOTOGRAPHS
☐ B/W #      ☐ COLOR #

(16) LATENT PRINTS
LIFTS ☐  ITEMS ☐  PHOTOS ☐

(17) PRINT ELIMINATION:
YES ☐    NO ☐    NAME(S)                                   POST-MORTEM ☐

(18) OTHER EVIDENCE:

(19) MEASUREMENTS TAKEN ☐
DIAGRAM ATTACHED ☐

(20) OFFICER(S) AT SCENE:                  CODE(S):          b6
                                                            b7C

| (21) C.S.S. TECHNICIAN | CODE | (22) ORIGINAL REPORTING OFFICER | CODE | (23) PAGE 1 OF 1 | (24) APPROVED BY: |
|---|---|---|---|---|---|

PC - 005724

DOJ-FOIA 000195
DOJ-FOIA 000195

CHARLOTTE POLICE CRIME LABORATORY

| CRIME SCENE SUPPLEMENT REPORT (Form 0-8-PD, 8/84) | (1) VICTIM/COMPLAINANT ALLEN, Donald Lee | (2) COMPLAINT # 960625-1716 |
|---|---|---|

| (3) UNIT 993 | (4) LOCATION Intersection Morris Field Rd + Billy Graham | (5) DISTRICT A2 | (6) DATE 26 June 96 |
|---|---|---|---|

| (7) CRIME Homicide | (8) TIME REC'D 2307 | (9) TIME ARRIVED 0010 | (10) TIME CLEARED 0220 | (11) WEATHER CLEAR/WARM |
|---|---|---|---|---|

**(12) NARRATIVE:**  ☐ CONTINUATION REPORT PAGE _____

**ITEM**

SCENE: WOODED AREA WITH CONCRETE DRAINAGE DITCH LOCATED ON THE SOUTHEAST MOST CORNER AT THE INTERSECTION OF MORRIS FIELD ROAD AND BILLY GRAHAM PARKWAY.

b6
b7C

PER REQUEST OF INVESTIGATOR _____ _____ TOOK OVERALL COLOR PHOTOGRAPHS AND BLACK AND WHITE TIME EXPOSURE PHOTOGRAPHS OF ABOVE MENTIONED SCENE.

**(13) EVIDENCE COLLECTED:**

| | STD. | Q. | | STD. | Q. | | STD. | Q. |
|---|---|---|---|---|---|---|---|---|
| A. BLOOD | ☐ | ☐ | I. ARSON | ☐ | ☐ | Q. AMMUNITION & BULLETS | ☐ | ☐ |
| B. PAINT | ☐ | ☐ | J. DRUGS | ☐ | ☐ | R. LIFTS/CASTS | ☐ | ☐ |
| C. RAPE KIT | ☐ | ☐ | K. GLASS | ☐ | ☐ | S. TOOL MARK ITEMS | ☐ | ☐ |
| D. HAIR | ☐ | ☐ | L. B/A KIT | ☐ | ☐ | T. TOOL MARK CASTS | ☐ | ☐ |
| E. F. NAIL SCRAPINGS | ☐ | ☐ | M. STAINS | ☐ | ☐ | U. SHOE/TIRE | ☐ | ☐ |
| F. GSR KIT | ☐ | ☐ | N. EXPLOSIVES | ☐ | ☐ | V. FIBERS | ☐ | ☐ |
| G. CLOTHES | ☐ | ☐ | O. BOTANICAL | ☐ | ☐ | W. OTHER _____ | ☐ | ☐ |
| H. PHYSICAL FIT ITEMS | ☐ | ☐ | P. FIREARMS | ☐ | ☐ | | | |

**(14) LAB SECTION:**

| | |
|---|---|
| A. FINGERPRINTS | ☐ |
| B. MICRO-ANALYSIS | ☐ |
| C. CHEMISTRY | ☐ |
| D. FIREARMS | ☐ |
| E. DOCUMENTS | ☐ |

**(15) PHOTOGRAPHS**
☒ B/W #   ☒ COLOR #

**(16) LATENT PRINTS**
LIFTS ☐   ITEMS ☐   PHOTOS ☐

**(17) PRINT ELIMINATION:**
YES ☐   NO ☐   NAME(S)

POST-MORTEM ☐

**(18) OTHER EVIDENCE:**

b6
b7C

**(19) MEASUREMENTS TAKEN** ☐
**DIAGRAM ATTACHED** ☐

**(20)**

| (23) PAGE 1 of 1 | (24) APPROVED BY: |
|---|---|

PC - 005725

DOJ-FOIA 000196
DOJ-FOIA 000196

# CHARLOTTE POLICE CRIME LABORATORY

| CRIME SCENE SUPPLEMENT REPORT (Form 0-8-PD, 8/84) | (1) VICTIM/COMPLAINANT ALLEN, DONALD LEE | (2) COMPLAINT # 960625-171602 |
|---|---|---|

| (3) UNIT 900 | (4) LOCATION 615 N. College St. | (5) DISTRICT F18 | (6) DATE 35-26-96 AUG 1996 |
|---|---|---|---|

| (7) CRIME Homicide | (8) TIME REC'D 0700 | (9) TIME ARRIVED 0730 | (10) TIME CLEARED 1010 | (11) WEATHER Warm & Cloudy |
|---|---|---|---|---|

**(12) NARRATIVE:**

☐ CONTINUATION REPORT PAGE _____

ITEM | Scene: Mecklenburg County Morgue.

Collected the following from the badly decomposed body of a W/M (Allen, Donald Lee; DOB: 3-30-74):

Item #1 - 3 Set of Post Mortem Fingerprints of the left hand finger tips.

(Note: The right hand and left palm were too badly decomposed to print. Also, the body was covered with maggots)

**(13) EVIDENCE COLLECTED:**

| | STD. | Q. | | STD. | Q. | | STD. | Q. |
|---|---|---|---|---|---|---|---|---|
| A. BLOOD | ☐ | ☐ | I. ARSON | ☐ | ☐ | Q. AMMUNITION & BULLETS | ☐ | ☐ |
| B. PAINT | ☐ | ☐ | J. DRUGS | ☐ | ☐ | R. LIFTS/CASTS | ☐ | ☐ |
| C. RAPE KIT | ☐ | ☐ | K. GLASS | ☐ | ☐ | S. TOOL MARK ITEMS | ☐ | ☐ |
| D. HAIR | ☐ | ☐ | L. B/A KIT | ☐ | ☐ | T. TOOL MARK CASTS | ☐ | ☐ |
| E. F. NAIL SCRAPINGS | ☐ | ☐ | M. STAINS | ☐ | ☐ | U. SHOE/TIRE | ☐ | ☐ |
| F. GSR KIT | ☐ | ☐ | N. EXPLOSIVES | ☐ | ☐ | V. FIBERS | ☐ | ☐ |
| G. CLOTHES | ☐ | ☐ | O. BOTANICAL | ☐ | ☐ | W. OTHER ___ | ☐ | ☐ |
| H. PHYSICAL FIT ITEMS | ☐ | ☐ | P. FIREARMS | ☐ | ☐ | | | |

**(14) LAB SECTION:**

| | STD. | Q. |
|---|---|---|
| A. FINGERPRINTS | ☒ | |
| B. MICRO-ANALYSIS | | ☐ |
| C. CHEMISTRY | | ☐ |
| D. FIREARMS | | ☐ |
| E. DOCUMENTS | | ☐ |

**(15) PHOTOGRAPHS**
☐ B/W #     ☐ COLOR #

**(16) LATENT PRINTS**
LIFTS ☐   ITEMS ☐   PHOTOS ☐

**(17) PRINT ELIMINATION:**
YES ☒   NO   NAME(S) ALLEN DONALD LEE   POST-MORTEM ☒

**(18) OTHER EVIDENCE:**

b6
b7C

**(19) MEASUREMENTS TAKEN** ☐
**DIAGRAM ATTACHED** ☐

**(20) OFFICER(S) AT SCENE:** | CODE(S):

| (21) C.S.S. TECHNICIAN | CODE: | CODE: | (23) PAGE 1 OF 1 | (24) APPROVED BY: |
|---|---|---|---|---|

PC - 005726

DOJ-FOIA 000197
DOJ-FOIA 000197

# CHARLOTTE POLICE CRIME LABORATORY

## CRIME SCENE SUPPLEMENT REPORT
(Form 0-8-PD, 8/84)

| (1) VICTIM/COMPLAINANT | (2) COMPLAINT # |
|---|---|
| Allen, Donald | 9606025 - 1716025 |

| (3) UNIT | (4) LOCATION | (5) DISTRICT | (6) DATE |
|---|---|---|---|
| 979 | 618 N. College St | FIB | 3 Aug 2 6 96 |

| (7) CRIME | (8) TIME REC'D | (9) TIME ARRIVED | (10) TIME CLEARED | (11) WEATHER |
|---|---|---|---|---|
| Homicide | 0942 | 0950 | 1036 | Clear Hot |

(12) NARRATIVE.

☐ CONTINUATION REPORT PAGE _____

**ITEM**

Scene: Mecklenburg County Medical Examiners Office

Per request of Inv. R.A. Hall, I responded to the medical examiners office and photographed three holes in a shirt. Dr. Sullivan retrieved and prepared the shirt for photographs.

(13) EVIDENCE COLLECTED:

| | STD. | Q. | | STD. | Q. | | STD. | Q. |
|---|---|---|---|---|---|---|---|---|
| A. BLOOD | ☐ | ☐ | I. ARSON | ☐ | ☐ | Q. AMMUNITION & BULLETS | ☐ | ☐ |
| B. PAINT | ☐ | ☐ | J. DRUGS | ☐ | ☐ | R. LIFTS/CASTS | ☐ | ☐ |
| C. RAPE KIT | ☐ | ☐ | K. GLASS | ☐ | ☐ | S. TOOL MARK ITEMS | ☐ | ☐ |
| D. HAIR | ☐ | ☐ | L. B/A KIT | ☐ | ☐ | T. TOOL MARK CASTS | ☐ | ☐ |
| E. F. NAIL SCRAPINGS | ☐ | ☐ | M. STAINS | ☐ | ☐ | U. SHOE/TIRE | ☐ | ☐ |
| F. GSR KIT | ☐ | ☐ | N. EXPLOSIVES | ☐ | ☐ | V. FIBERS | ☐ | ☐ |
| G. CLOTHES | ☐ | ☐ | O. BOTANICAL | ☐ | ☐ | W. OTHER _____ | ☐ | ☐ |
| H. PHYSICAL FIT ITEMS | ☐ | ☐ | P. FIREARMS | ☐ | ☐ | | | |

(14) LAB SECTION:

| | |
|---|---|
| A. FINGERPRINTS | ☐ |
| B. MICRO-ANALYSIS | ☐ |
| C. CHEMISTRY | ☐ |
| D. FIREARMS | ☐ |
| E. DOCUMENTS | ☐ |

(15) PHOTOGRAPHS
☐ B/W #    ☑ COLOR #

(16) LATENT PRINTS
LIFTS ☐ ITEMS ☐ PHOTOS ☐

(17) PRINT ELIMINATION:
YES ☐   NO ☐   NAME(S)

POST-MORTEM ☐

(18) OTHER EVIDENCE:
b6
b7C
b6
b7C

(19) MEASUREMENTS TAKEN ☐
DIAGRAM ATTACHED ☐

(20) OFFICER(S) AT SCENE:

CODE(S):

(23) PAGE 1 OF 1

(24) APPROVED BY:

PC - 005727

DOJ-FOIA 000198
DOJ-FOIA 000198

CHARLOTTE POLICE CRIME LABORATORY

CRIME SCENE SUPPLEMENT REPORT
(Form 0-8-PD, 8/84)

| (1) VICTIM/COMPLAINANT | (2) COMPLAINT # |
|---|---|
| Allen, Donald | 9606625 - 171602 |

| 3) UNIT | (4) LOCATION | (5) DISTRICT | (6) DATE |
|---|---|---|---|
| 979 | 618 N. College St | FIB | 3 Sept 96 |

| 7 CRIME | (8) TIME REC'D | (9) TIME ARRIVED | (10) TIME CLEARED | (11) WEATHER |
|---|---|---|---|---|
| Homicide | 0942 | 0950 | 1036 | Clear |

.12) NARRATIVE:

☐ CONTINUATION REPORT PAGE

ITEM

Scene: Mecklenburg County Medical Examiners Office

Per request of clnv _____ I responded to the medical examiners office and photographed three holes in a shirt. _____ retrieved and prepared the shirt for photographs.

b6
b7C

(13) EVIDENCE COLLECTED:

| | STD. | Q. | | STD. | Q. | | STD. | Q. |
|---|---|---|---|---|---|---|---|---|
| A. BLOOD | ☐ | ☐ | I. ARSON | ☐ | ☐ | Q. AMMUNITION & BULLETS | ☐ | ☐ |
| B. PAINT | ☐ | ☐ | J. DRUGS | ☐ | ☐ | R. LIFTS/CASTS | ☐ | ☐ |
| C. RAPE KIT | ☐ | ☐ | K. GLASS | ☐ | ☐ | S. TOOL MARK ITEMS | ☐ | ☐ |
| D. HAIR | ☐ | ☐ | L. B/A KIT | ☐ | ☐ | T. TOOL MARK CASTS | ☐ | ☐ |
| E. F. NAIL SCRAPINGS | ☐ | ☐ | M. STAINS | ☐ | ☐ | U. SHOE/TIRE | ☐ | ☐ |
| F. GSR KIT | ☐ | ☐ | N. EXPLOSIVES | ☐ | ☐ | V. FIBERS | ☐ | ☐ |
| G. CLOTHES | ☐ | ☐ | O. BOTANICAL | ☐ | ☐ | W. OTHER _____ | ☐ | ☐ |
| H. PHYSICAL FIT ITEMS | ☐ | ☐ | P. FIREARMS | ☐ | ☐ | | | |

(14) LAB SECTION:

| | |
|---|---|
| A. FINGERPRINTS | ☐ |
| B. MICRO-ANALYSIS | ☐ |
| C. CHEMISTRY | ☐ |
| D. FIREARMS | ☐ |
| E. DOCUMENTS | ☐ |

(15) PHOTOGRAPHS
☐ B/W #      ☑ COLOR #

(16) LATENT PRINTS
LIFTS ☐  ITEMS ☐  PHOTOS ☐

(17) PRINT ELIMINATION:
YES ☐      NO ☐      NAME(S)

POST-MORTEM ☐

(18) OTHER EVIDENCE:

b6
b7C

(19) MEASUREMENTS TAKEN ☐
DIAGRAM ATTACHED ☐

(20) OFFICER(S) AT SCENE:

CODE(S):

(23) PAGE 1 OF 1

(24) APPROVED BY:

PC - 005728

DOJ-FOIA 000199
DOJ-FOIA 000199

# CHARLOTTE POLICE PROPERTY REPORT (FORM A-31 7/86)

| 1. Property Status | ☒Evidence ☐Found ☐Probate | 2. Control Number | 1424 | 3. Complaint Number 960624-710002 |

| 4. Data/Time Impounded | 5. Person Impounded From | 6. Location Impounded From |
|---|---|---|
| 24 JUNE 96 2100 | | 5610 E INDEPENDENCE BV. |

| 7. Owner's Name | 8. Owner's Address | 9. Owner's Phone # | 10. Property Bureau Shelf No. | Bin No. | Vault |
|---|---|---|---|---|---|
| DONALD NUEN | | | | | |

| 11. Property Finder's Name | 12. Property's Finder's Address | 13. Property Finder's Phone # |

| 14. Item # | 15. Item | 16. Quantity | 17. Manufacturer | 18. Model | 19. Serial # | 20. Color or Finish | 21. Value | 22. Other Identifying Features LEC |
|---|---|---|---|---|---|---|---|---|
| 1 | VEHICLE | 1 | HONDA | PRELUDE | JHMBA8142RC00 4261 | BLUE | $16,000 | TINTED WINDOWS |
| | | | | | | | | 6/25/96 0605 |
| | | | | | | b6 b7C | | |

| 23. Patrol District | 24. Offense Involved | 25. | 26. Laboratory Examination | 27. Does evidence listed above relate to any case other than one identified by block 3 |
|---|---|---|---|---|
| B-3 | MISSING PERSON | | ☐ Yes ☒No | ☐ Yes ☒No |

| 28. Complaint # of Related Case | 29. Arrest Number | | | b6 b7C |

33. I hereby certify that the above list represents all property taken from my possession and that I have received a copy of this report.
Signature _____

| 34. | 35. Reason | 36. Date/Time | 34. Received By | 35. Reason | 36. Date/Time |
|---|---|---|---|---|---|
| | b6 b7C | 6/25/96 /B4/ | | | |
| | | | | | AUG 26 1996 |

| 37. Court Disposition: | 38. Released to Clerk of Court: | 40. Returned to Owner/Finder: | 41. Destroyed: |
|---|---|---|---|
| ☐ Confiscate and/or Destroy — Item Numbers | | | |
| ☐ Return to Owner — Item Numbers | | | |
| ☐ Hold by Court — Item Numbers | Clerk of Courts Signature/Date | Prop. Employee's Signature/Date | Employee's Signature/Date |
| Judge's Signature/Date | 39. Auctioned: | | PC - 005729 |

DOJ-FOIA 000200
DOJ-FOIA 000200

| CHARLOTTE-MECKLENBURG POLICE PROPERTY REPORT (FORM A-31 10/93) | 1. Property Status ☒Evidence ☑Found ☐Asset Forfeiture ☐OTHER (Explain) | | 2. Control Number 142759606242110002 | 3. Complaint Number |
|---|---|---|---|---|

| 4. Data/Time Impounded 21T, 9a 6:04 | 5. Person Impounded From | | 8. Location Impounded From 5610 E Independence Blvd | b6 b7C |
|---|---|---|---|---|

| | 8. Owner's Address North III TN | | 9. Owner's Phone # | 10. Property Bureau Shelf No. / Bin No. / Vault |
|---|---|---|---|---|

| 11. Property Finder's Name | 12. Property's Finder's Address | 13. Property Finder's Phone # | 91 |
|---|---|---|---|

| 14. Item # | 15. Item | 16. Quantity | 17. Manufacturer | 18. Model | 19. Serial # | 20. Color or Finish | 21. Value | 22. Other Identifying Features |
|---|---|---|---|---|---|---|---|---|
| 1 | TAG | 1 | DMV | | 031-RBT | Red/White | 9.10 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| 23. Assignment 8:3 | 24. Offense Involved Stolen Tag | 25. Investigator/Officer Assigned to Case | 28. Laboratory Examination | Does evidence listed above relate to any case identified by block 3 ☐Yes ☐No |
|---|---|---|---|---|
| 28. Complaint # of Related Case | 29. Arrest Number | Name | | b6 b7C |

33. I hereby certify that the above list represents all property taken from my possession and that I have received a copy of this report.

Signature _____

| | Reason | 36. Date/Time | 34. Received By | 35. Reason | 36. Date/Time |
|---|---|---|---|---|---|
| | trap | 6.2596/BH | b6 b7C | | |

| 37. Court Disposition: ☐ Confiscate and/or Destroy _____ Item Numbers ☐ Return to Owner _____ Item Numbers ☐ Hold by Court _____ Item Numbers | 38. Released to Clerk of Court: _____ Clerk of Courts Signature/Date 39. Auctioned: | 40. Returned to Owner/Finder: _____ Prop. Employee's Signature/Date | 41. Destroyed: AUG 26 1996 _____ Employee's Signature/Date |
|---|---|---|---|
| Justice's Signature/Date | Employee's Signature/Date | | PC - 005730 |

DOJ-FOIA 000201
DOJ-FOIA 000201

## CHARLOTTE-MECKLENBURG POLICE
## PROPERTY REPORT
(FORM A-31 10/93)

| 1. Property Status | ☑ Evidence ☐ Found ☐ Asset Forfeiture ☐ OTHER (Explain) | 2. Control Number 143131 | 3. Complaint Number 960625171602 |
|---|---|---|---|

| 4. Data/Time Impounded 25 June 96 / 2110 | 5. Person Impounded From Allen, Donald Lee | 6. Location Impounded From 815 East 11th St |
|---|---|---|

| 7. Owner's Name | 8. Owner's Address | 9. Owner's Phone # | 10. Property Bureau Shelf No. | Bin No. 284 | Vault |
|---|---|---|---|---|---|
| 11. Property Finder's Name | 12. Property's Finder's Address | 13. Property Finder's Phone # | | | |

| 14. Item # | 15. Item | 16. Quantity | 17. Manufacturer | 18. Model | 19. Serial # | 20. Color or Finish | 21. Value | 22. Other Identifying Features |
|---|---|---|---|---|---|---|---|---|
| #1 | 6x9 | 1 | Head/Hair Std from | | | Barnette, Aquilia M. B/M | | |
| | | | | DOB 7-7-73 | | | | 6/25/96 2545 1712 |

| 23. Assignment F/B | 24. Offense Involved Homicide | 26. Laboratory Examination ☐ Yes ☐ No | Does evidence listed above relate to any case other than one identified by block 3 ☐ Yes ☐ No |
|---|---|---|---|
| 28. Complaint # of Related Case | 29. Arrest Number | Name | |

33. I hereby certify that the above list represents all property taken from my possession and that I have received a copy of this report. Signature _____

| | 35. Reason | 36. Date/Time | 34. Received By | 35. Reason | 36. Date/Time |
|---|---|---|---|---|---|
| | Storage | 6/25/96 2140 | | | AUG 26 1996 |

| 37. Court Disposition: | | 40. Returned to Owner/Finder: | 41. Destroyed: |
|---|---|---|---|
| ☐ Confiscate and/or Destroy — Item Numbers | 38. Released to Clerk of Court: | | |
| ☐ Return to Owner — Item Numbers | | | |
| ☐ Hold by Court — Item Numbers | 39. Auctioned: _____ Clerk of Courts Signature/Date | _____ Prop. Employee's Signature/Date | _____ Employee's Signature/Date |

PC - 005731

DOJ-FOIA 000202
DOJ-FOIA 000202

# CHARLOTTE-MECKLENBURG POLICE
## PROPERTY REPORT

(FORM A-31 10/93)

| 1. Property Status | ☒ Evidence ☐ Found ☐ Asset Forfeiture ☐ OTHER (Explain) |
|---|---|

**2. Control Number:** 1349
**3. Complaint Number:** 9600025171602

**4. Data/Time Impounded:** 25 Jun 16 @ 1751
**5. Person Impounded From:** ALLEN, Donald Lee
**6. Location Impounded From:** 3800 Billy Graham Parkway

| 7. Owner's Name | 8. Owner's Address | 9. Owner's Phone # | 10. Property Bureau Shelf No. / Bin No. / Vault |
|---|---|---|---|
| | | | |

| 11. Property Finder's Name | 12. Property's Finder's Address | 13. Property Finder's Phone # | |
|---|---|---|---|
| | | | |

| 14. Item # | 15. Item | 16. Quantity | 17. Manufacturer | 18. Model | 19. Serial # | 20. Color or Finish | 21. Value | 22. Other Identifying Features |
|---|---|---|---|---|---|---|---|---|
| 1 | Wire Blue Pair's Pay | 1 | | W32, 30 (100% cotton) | | Navy blue | | Parts found laying on the ground, under a tree. |
| | | | | | | | | |

| 23. Assignment | 24. Offense Involved | 26. Laboratory Examination ☐ Yes ☐ No | Does evidence listed above relate to any case other than one identified by block 3 ☒ Yes ☐ No |
|---|---|---|---|
| H-2 | Homicide | | |

**28. Complaint # of Related Case:** 9600024210003
**29. Arrest Number:**
**30. Im**

33. I hereby certify that the above list represents all property taken from my possession and that I have received a copy of this report.

Signature _____

| 34. Received By | 35. Reason | 36. Date/Time | 34. Received By | 35. Reason | 36. Date/Time |
|---|---|---|---|---|---|
| | Storage | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

AUG 26 1996

| 37. Court Disposition: | 38. Released to Clerk of Court: | 40. Returned to Owner/Finder: | 41. Destroyed: |
|---|---|---|---|
| ☐ Confiscate and/or Destroy — Item Numbers | | | |
| ☐ Return to Owner — Item Numbers | | | |
| ☐ Hold by Court — Item Numbers | 39. Auctioned: | | |
| | Clerk of Courts Signature/Date | Prop. Employee's Signature/Date | Employee's Signature/Date |
| | | | PC - 005732 |
| | | | Witness's Signature/Date |

DOJ-FOIA 000203
DOJ-FOIA 000203

# CHARLOTTE-MECKLENBURG POLICE PROPERTY REPORT

(FORM A-31 10/93)

| 1. Property Status | 2. Control Number | 3. Complaint Number |
|---|---|---|
| ☒ Evidence ☐ Found ☐ Asset Forfeiture ☐ OTHER (Explain) | 14350 | 9606025171602 |

| 4. Data/Time Impounded | 5. Person Impounded From | 6. Location Impounded From |
|---|---|---|
| 25 Jun '16 @ 1751 | ALLEN, Donald Lee | 3800 Billy Graham Parkway |

| 7. Owner's Name | 8. Owner's Address | 9. Owner's Phone # | 10. Property Bureau Shelf No. / Bin No. / Vault |
|---|---|---|---|
| | | | |

| 11. Property Finder's Name | 12. Property's Finder's Address | 13. Property Finder's Phone # |
|---|---|---|
| | | |

| 14. Item # | 15. Item | 16. Quantity | 17. Manufacturer | 18. Model | 19. Serial # | 20. Color or Finish | 21. Value | 22. Other Identifying Features |
|---|---|---|---|---|---|---|---|---|
| 2 | Large yellow envelope | 1 | Federal | 12GA, Heavy Field, 1⅛ oz. | | | | Spent Shell casing found on drainage Culvert near blood |
| 3 | | | Federal | 12GA, Heavy Field, 1⅛ oz. | | | | Spent Shell casing found on drainage Culvert (near blood) |

| 23. Assignment | 24. Offense Involved | 26. Laboratory Examination | Does evidence listed above relate to any case |
|---|---|---|---|
| H-2 | Homicide | ☒ | ☒ Yes ☐ No |

| 28. Complaint # of Related Case | 29. Arrest Number |
|---|---|
| 960624 210003 | |

33. I hereby certify that the above list represents all property taken from my possession and that I have received a copy of this report.    Signature _____

b6
b7C

| 34. Received By | 35. Reason | 36. Date/Time | 34. Received By | 35. Reason | 36. Date/Time |
|---|---|---|---|---|---|
| | storage | 1/31/16 003 | b6 b7C | | |
| | | | | | |
| | | | | | AUG 26 1996 |

| 37. Court Disposition: | 38. Released to Clerk of Court: | 40. Returned to Owner/Finder: | 41. Destroyed: |
|---|---|---|---|
| ☐ Confiscate and/or Destroy   Item Numbers | | | |
| ☐ Return to Owner   Item Numbers | Clerk of Courts Signature/Date | Prop. Employee's Signature/Date | Employee's Signature/Date |
| ☐ Hold by Court   Item Numbers | 39. Auctioned: | | PC - 005733 |
| Judge's Signature/Date | Fiscal Clerk/Date | Owner's Signature/Date | Witness's Signature/Date |

DOJ-FOIA 000204
DOJ-FOIA 000204

# CHARLOTTE-MECKLENBURG POLICE
## PROPERTY REPORT
(FORM A-31 10/93)

| 1. Property Status | | | | | 2. Control Number | 3. Complaint Number |
|---|---|---|---|---|---|---|
| ☒ Evidence | ☐ Found | ☐ Asset Forfeiture | ☐ OTHER (Explain) | | 14251 | 960625171602 |

| 4. Date/Time Impounded | 5. Person Impounded From ☑ | 6. Location Impounded From |
|---|---|---|
| 25 Jun 96 @ 1751 | ALLEN, Donald Lee | 3800 Billy Graham Parkway |

| 7. Owner's Name | 8. Owner's Address | 9. Owner's Phone # | 10. Property Bureau Shelf No. / Bin No. / Vault |
|---|---|---|---|
| | | | |

| 11. Property Finder's Name | 12. Property's Finder's Address | 13. Property Finder's Phone # |
|---|---|---|
| | | |

| 14. Item # | 15. Item | 16. Quantity | 17. Manufacturer | 18. Model | 19. Serial # | 20. Color or Finish | 21. Value | 22. Other Identifying Features |
|---|---|---|---|---|---|---|---|---|
| A | 6x1 | 1 | | | | | | Blood(?) sample from concrete drainage culvert. |
| 1A | env. | | | | | | | Control |
| | | | | | | | | |

| 23. Assignment | 24. Offense Involved | 26. Laboratory Examination | Does evidence listed above relate to any case other than one identified by block 3 |
|---|---|---|---|
| H-2 | Homicide | ☒ Yes ☐ No | ☒ Yes ☐ No |

| 28. Complaint # of Related Case | 29. Arrest Number |
|---|---|
| 960624 210003 | |

33. I hereby certify that the above list represents all property taken from my possession and that I have received a copy of this report.
Signature _____

| 34. Received By | 35. Reason | 36. Date/Time | 34. Received By | 35. Reason | 36. Date/Time |
|---|---|---|---|---|---|
| | Armas | 1/1/1/ 0683 | | | b6 b7C |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | AUG 26 1996 |

| 37. Court Disposition: | 38. Released to Clerk of Court: | 40. Returned to Owner/Finder: | 41. Destroyed: |
|---|---|---|---|
| ☐ Confiscate and/or Destroy — Item Numbers | | | |
| ☐ Return to Owner — Item Numbers | | | |
| ☐ Hold by Court — Item Numbers | 39. Auctioned: | Clerk of Courts Signature/Date | Prop. Employee's Signature/Date — Employee's Signature/Date |

PC - 005734

DOJ-FOIA 000205
DOJ-FOIA 000205

# CHARLOTTE-MECKLENBURG POLICE
## PROPERTY REPORT
(FORM A-31 10/93)

| 1. Property Status | [X] Evidence □ Found □ Asset Forfeiture | □ OTHER (Explain) | 2. Control Number | 3. Complaint Number |
|---|---|---|---|---|
| | | | 14752 | 960625171602 |

| 4. Date/Time Impounded | 5. Person Impounded From | 6. Location Impounded From |
|---|---|---|
| 25 Jun '96 @ 1751 | ALLEN, Donald Lee | 3800 Billy Graham Parkway |

| 7. Owner's Name | 8. Owner's Address | 9. Owner's Phone # | 10. Property Bureau Shelf No. | Bin No. | Vault |
|---|---|---|---|---|---|
| | | | | | |

| 11. Property Finder's Name | 12. Property's Finder's Address | 13. Property Finder's Phone # |
|---|---|---|
| | | |

| 14. Item # | 15. Item | 16. Quantity | 17. Manufacturer | 18. Model | 19. Serial # | 20. Color or Finish | 21. Value | 22. Other Identifying Features |
|---|---|---|---|---|---|---|---|---|
| 5 | Large Yellow Envelope | 1 | Federal | 12GA, Heavy Field, 1⅛ oz. | | | | Spent shell casing found partially on culvert & partially in woods |
| 6 | | | | | | | | Bloody(?) Shot Shell wad from rock area ~3 ft. from |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| 23. Assignment | 24. Offense Involved | 26. Laboratory Examination | Does evidence listed above relate to any case other than one identified by block 3 |
|---|---|---|---|
| H-2 | Homicide | [X] Yes □ No | [X] Yes □ No |

| 28. Complaint # of Related Case | 29. Arrest Number |
|---|---|
| 161624  210003 | |

b6
b7C

33. I hereby certify that the above list represents all property taken from my possession and that I have received a copy of this report.
Signature _____

| 34. Received By | 35. Reason | 36. Date/Time | 34. Received By | 35. Reason | 36. Date/Time |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| 37. Court Disposition: | 38. Released to Clerk of Court: | 40. Returned to Owner/Finder: | 41. Destroyed: |
|---|---|---|---|
| □ Confiscate and/or Destroy — Item Numbers | | | AUG 26 1996 |
| □ Return to Owner — Item Numbers | | | |
| □ Hold by Court — Item Numbers | 39. Auctioned:   Clerk of Courts Signature/Date | Prop. Employee's Signature/Date | Employee's Signature/Date  PC - 005735  Witness's Signature/Date |

DOJ-FOIA 000206
DOJ-FOIA 000206

| 1. Property Status | | | | 2. Control Number | 3. Complaint Number |
|---|---|---|---|---|---|
| ■ Evidence ☐ Found ☐ Asset Forfeiture ☐ OTHER (Explain) | | | | 14369 | 96-0624-210002 |

| 4. Data/Time Impounded | 5. Person Impounded From VICTIM | 6. Location Impounded From |
|---|---|---|
| 06-25-96  0357 | ALLEN, DAVID L DONALD L. (PCR) | 825 E 4TH ST |

| 7 Owner's Name | 8. Owner's Address | 9. Owner's Phone # | 10. Property Bureau Shelf No. | Bin No | Vault |
|---|---|---|---|---|---|
| | | | 019 | | |

| 11. Property Finder's Name | 12. Property's Finder's Address | 13. Property Finder's Phone # | | | |
|---|---|---|---|---|---|

| 14. Item # | 15. Item | 16. Quantity | 17. Manufacturer | 18. Model | 19. Serial # | 20. Color or Finish | 21. Value | 22. Other Identifying Features |
|---|---|---|---|---|---|---|---|---|
| 19 | 10X13 | 1 | Paper items from the console (center) | | | | | |
| 22 | Brown bag | 1 | Wal-mart bag with paper napkins from the rear right floorboard | | | | | |
| 23 | Brown bag | 1 | Mary's Hospitality plastic bag with (6-16-96) receipts from back pocket of front right seat | | | | | |
| | | | ENTERED IN COMPUTER DATE 6-26-96 TIME 1726 CODE #12321 | | | | | |

| 23. Assignment B3 | 24. Offense Involved MISSING PERSON | | 26. Laboratory Examination ☐ Yes ☐ No | Does evidence listed above relate to any case other than one identified by block 3 ☐ Yes ☐ No |
|---|---|---|---|---|
| 28. Complaint # of Related Case | 29. Arrest Number | | | b6 b7C |

33. I hereby certify that the above list represents all property taken from my possession and that I have received a copy of this report.  Signature _____

| 34. | 35. Reason | 36. Date/Time | 34. Received By | 35. Reason | 36. Date/Time |
|---|---|---|---|---|---|
| | | 6-25-96 1549 | | | |
| | | | | b6 b7C | |

| 37. Court Disposition: | 38. Released to Clerk of Court: | 40. Returned to Owner/Finder: | 41. Destroyed: |
|---|---|---|---|
| ☐ Confiscate and/or Destroy  Item Numbers | | | AUG 26 1996 |
| ☐ Return to Owner  Item Numbers | | | |
| ☐ Hold by Court  Item Numbers | 39. Auctioned: Clerk of Courts Signature/Date | Prop. Employee's Signature/Date | Employee's Signature/Date |
| Judge's Signature/Date | | | PC - 005736 |

DOJ-FOIA 000207
DOJ-FOIA 000207

# CHARLOTTE-MECKLENBURG POLICE
## PROPERTY REPORT (FORM A-31 10/93)

| 1. Property Status | 2. Control Number | 3. Complaint Number |
|---|---|---|
| ■ Evidence □ Found □ Asset Forfeiture □ OTHER (Explain) | 14370 | 96-0624-210002 |

| 4. Data/Time Impounded | 5. Person Impounded From VICTIM | 6. Location Impounded From |
|---|---|---|
| 06-25-96   0357 | ALLEN, DAVID L DONALD L. (FCR) | 825 E 4TH ST |

| 7. Owner's Name | 8. Owner's Address | 9. Owner's Phone # | 10. Property Bureau Shelf No. | Bin No | Vault |
|---|---|---|---|---|---|
| | | | | 284 | |

| 11. Property Finder's Name | 12. Property's Finder's Address | 13. Property Finder's Phone # |
|---|---|---|
| | | |

| 14. Item # | 15. Item | 16. Quantity | 17. Manufacturer | 18. Model | 19. Serial # | 20. Color or Finish | 21. Value | 22. Other Identifying Features |
|---|---|---|---|---|---|---|---|---|
| 20 | 5X7env | 1 | handcuffs from the rearview mirror | | | | | CODE #1289 |
| 21 | 6X9env | 1 | handcuff keys from the change console | | | | | |
| 28 | | 1 | 18K gold (?) diamond(?) CU58?Co. Ring from stereo console | | | | | |
| 29 | | 1 | Cinnabar wrapper from left door inner door jam light switch | | | | | |
| 30 | | 1 | minimag (solitaire) flashlight from under the drivers seat | | | | | |
| 32 | 9X12env | 1 | SC licence plate FBE-685 from the trunk | | | | | |

| 23. Assignment | 24. Offense Involved | 26. Laboratory Examination | Does evidence listed above relate to any case |
|---|---|---|---|
| B3 | MISSING PERSON | □Y | by block 3 □Yes □No |

| 28. Complaint # of Related Case | 29. Arrest Number |
|---|---|
| | |

33. I hereby certify that the above list represents all property taken from my possession and that I have received a copy of this report.
Signature ___

| 34. Received By | 35. Reason | 36. Date/Time | 34. Received By | 35. Reason | 36. Date/Time |
|---|---|---|---|---|---|
| | Stp | 6/25/96 551 | | | |
| | | | | | |
| | | | | | |

| 37. Court Disposition: | 38. Released to Clark of Court: | 40. Returned to Owner/Finder: | 41. Destroyed: |
|---|---|---|---|
| □ Confiscate and/or Destroy   Item Numbers | | | AUG 26 1996 |
| □ Return to Owner   Item Numbers | | | |
| □ Hold by Court   Item Numbers | Clark of Courts Signature/Date | Prop. Employee's Signature/Date | Employee's Signature/Date |
| Judge's Signature/Date | 39. Auctioned: Employee's Signature/Date | | PC - 005737 |

DOJ-FOIA 000208
DOJ-FOIA 000208

DOJ-FOIA 000209
DOJ-FOIA 000209

# CHARLOTTE-MECKLENBURG POLICE PROPERTY REPORT (FORM A-31 10/93)

| 1. Property Status | 2. Control Number | 3. Complaint Number |
|---|---|---|
| ☒ Evidence ☐ Found ☐ Asset Forfeiture ☐ OTHER (Explain) | 1437 | 96-0624-210002 |

| Data/Time Impounded | 5. Person Impounded From VICTIM | 6. Location Impounded From |
|---|---|---|
| 06-24-96 2321 | ALLEN, DAVID L DONALD L. (ACR) | 5626 E INDEP BLVD |

| Owner's Name | 8. Owner's Address | 9. Owner's Phone # | 10. Property Bureau Shelf No. / Bin No. / Vault |
|---|---|---|---|
| | | | |

| Property Finder's Name | 12. Property's Finder's Address | 13. Property Finder's Phone # |
|---|---|---|
| | | |

| Item # | 15 Item | 16. Quantity | 17. Manufacturer | 18. Model | 19. Serial # | 20. Color or Finish | 21. Value | 22. Other Identifying Features |
|---|---|---|---|---|---|---|---|---|
| 10 | 0-21PD | 1 | | | | | | LPS |
| | | | | | | | | |

| Assignment | 24. Offense Involved | 26. Laboratory Examination | Does evidence listed above relate to any case |
|---|---|---|---|
| B3 | MISSING PERSON | ( ) Yes | ...ted by block 3 [ ] Yes [ ] No |

| Complaint # of Related Case | 29. Arrest Number |
|---|---|
| | |

b6
b7C

I hereby certify that the above list represents all property taken from my possession and that I hav...

| | 35. Reason | 36. Date/Time | 34. Received By | 35. Reason | 36. Date/Time |
|---|---|---|---|---|---|
| | SDAP | 6/25/96 1551 | b6 / b7C | | |
| | Lab | 6-26-96-0800 | | | |
| | return to lab | 6-26-96 0815 | | | |

| 7. Court Disposition: | | 38. Released to Clerk of Court: | 40. Returned to Owner/Finder: | 41. Destroyed: |
|---|---|---|---|---|
| ☐ Confiscate and/or Destroy — Item Numbers | | | | |
| ☐ Return to Owner — Item Numbers | | | | |
| ☐ Hold by Court — Item Numbers | 39. Auctioned: | Clerk of Courts Signature/Date | Prop. Employee's Signature/Date | Employee's Signature/Date |

PC - 005738

CHARLOTTE-MECKLENBURG POLICE
PROPERTY REPORT                (FORM A-31 10/93)

| 1. Property Status | 2. Control Number | 3. Complaint Number |
|---|---|---|
| ☒ Evidence ☐ Found ☐ Asset Forfeiture ☐ OTHER (Explain) | 14372 | 96-0624-210002 |

| Data/Time Impounded | | 5. Person Impounded From VICTIM | 6. Location Impounded From |
|---|---|---|---|
| 6-25-96 | 0357 | ALLEN, ~~DAVID L~~ DONALD L. (ACR) | 825 E 4TH ST |

| 7. Owner's Name | 8. Owner's Address | 9. Owner's Phone # | 10. Property Bureau Shelf No. | Bin No | Vault |
|---|---|---|---|---|---|
| | | | | | |

| 11. Property Finder's Name | 12. Property's Finder's Address | 13. Property Finder's Phone # |
|---|---|---|
| | | |

| Item # | 15. Item | 16. Quantity | 17. Manufacturer | 18. Model | 19. Serial # | 20. Color or Finish | 21. Value | 22. Other Identifying Features |
|---|---|---|---|---|---|---|---|---|
| 14 | 0-21PD | 1 | | | | | | LPS |
| | | | | | | | | |
| | | | | | | | | 6-24-96 1815 |
| | | | | | | | | COB 1289 |
| | | | | | | | | |
| | | | | | | | | |

| Assignment B3 | 24. Offense Involved MISSING PERSON | 26. Laboratory Examination | Does evidence listed above relate to any case identified by block 3 ☐ Yes ☐ No |
|---|---|---|---|
| 28. Complaint # of Related Case | 29. Arrest Number | | b6 b7C |

33. I hereby certify that the above list represents all property taken from my possession and that I have received a copy of this report.    Signature _____

| 34. Received By | 35. Reason | 36. Date/Time | 34. Received By | 35. Reason | 36. Date/Time |
|---|---|---|---|---|---|
| | SBI | 6-25-96 1554 | | | |
| | Lab | 6-26-96 0800 | | | b6 b7C |
| | Return to lab | 6-26-96 0815 | | | |
| | | | | | AUG 26 1996 |

| 37. Court Disposition: | 38. Released to Clerk of Court: | 40. Returned to Owner/Finder: | 41. Destroyed: |
|---|---|---|---|
| ☐ Confiscate and/or Destroy  Item Numbers | | | |
| ☐ Return to Owner  Item Numbers | | | |
| ☐ Hold by Court  Item Numbers | 39. Auctioned:  Clerk of Courts Signature/Date | Prop. Employee's Signature/Date | Employee's Signature/Date  PC - 005739 |

DOJ-FOIA 000210
DOJ-FOIA 000210

CHARLOTTE-MECKLENBURG POLICE
**PROPERTY REPORT**    (FORM A-31 10/93)

| 1. Property Status | ☑ Evidence | ☐ Found | ☐ Asset Forfeiture | ☐ OTHER (Explain) | 2. Control Number 14373 | 3. Complaint Number 96-0624-210002 |

4. Date/Time Impounded  06-24-96   2321

5. Person Impounded From  VICTIM  ALLEN, DAVID L  DONALD L. (FCR)

6. Location Impounded From  5626 E INDEP BLVD

7. Owner's Name

8. Owner's Address

9. Owner's Phone #

10. Property Bureau  Shelf No. 202   Bin No.   Vault

11. Property Finder's Name

12. Property's Finder's Address

13. Property Finder's Phone #

| 14. Item # | 15. Item | 16. Quantity | 17. Manufacturer | 18. Model | 19. Serial # | 20. Color or Finish | 21. Value | 22. Other Identifying Features |
|---|---|---|---|---|---|---|---|---|
| 6 | Brown bag | 1 | Clothing from dumpster - wt t-shirt, blk shorts, blk pants, blk hat | | | | | |
| 9 | Brown bag | 1 | Soda and cologne bottles from the dumpster | | | | | |
| | | | ENTERED IN ___ 820 DATE 6-25-96 ___ CODE 1/289 | | | | | |

b6
b7C

23. Assignment  B3

24. Offense Involved  MISSING PERSON

26. Laboratory Examination   Does evidence listed above relate to any case ___ by block 3 ☐ Yes ☐ No

28. Complaint # of Related Case

29. Arrest Number

Name

33. I hereby certify that the above list represents all property taken from my possession and that I have received a copy of this report.
Signature ___

| | 35. Reason | 36. Date/Time | 34. Received By | 35. Reason | 36. Date/Time |
|---|---|---|---|---|---|
| | Sign | 6/25/96 1555 | | | |

b6
b7C

37. Court Disposition:
☐ Confiscate and/or Destroy   Item Numbers
☐ Return to Owner   Item Numbers
☐ Hold by Court   Item Numbers

Judge's Signature/Date

38. Released to Clerk of Court:

39. Auctioned:   Clerk of Courts Signature/Date

Employee's Signature/Date

40. Returned to Owner/Finder:

Prop. Employee's Signature/Date

Owner/Finder's Signature/Date

41. Destroyed:   AUG 26 1996

Employee's Signature/Date

PC - 005740
Witness's Signature/Date

DOJ-FOIA 000211
DOJ-FOIA 000211

**CHARLOTTE-MECKLENBURG POLICE**
**PROPERTY REPORT**     (FORM A-31 10/93)

| 1. Property Status | ■ Evidence □ Found □ Asset Forfeiture □ OTHER (Explain) | 2. Control Number 14374 | 3. Complaint Number 96-0624-210002 |
|---|---|---|---|

| 4. Data/Time Impounded 06-24-96 2321 | 5. Person Impounded From VICTIM ALLEN, DAVID L DONALD L. (ACR) | 6. Location Impounded From 5626 E INDEP BLVD |
|---|---|---|

| 7. Owner's Name | 8. Owner's Address | 9. Owner's Phone # | 10. Property Bureau Shelf No. 207  Bin No.  Vault |
|---|---|---|---|

| 11. Property Finder's Name | 12. Property's Finder's Address | 13. Property Finder's Phone # | |
|---|---|---|---|

| 14. Item # | 15. Item | 16. Quantity | 17. Manufacturer | 18. Model | 19. Serial # | 20. Color or Finish | 21. Value | 22. Other Identifying Features |
|---|---|---|---|---|---|---|---|---|
| 5 | Brown bag | 1 | White sears bag from dumpster | | | | | |
| 11 | 10x13 | 1 | Envelope and love letters (2), sears sales slip from dumpster | | | | | |
| 13 | Brown bag | 1 | Garden hose descriptive wrapper (50 feet vinyl hose) from the dumpster | | | | | |
| | DATE ... 180 CODE #129 | | | | | | FT ... IN COMPUTER CODE # | |

| 23. Assignment B3 | 24. Offense Involved MISSING PERSON | | 6. Laboratory Examination □ Yes | Does evidence listed above relate to any case ...fied by block 3 [] Yes [] No |
|---|---|---|---|---|
| 28. Complaint # of Related Case | 29. Arrest Number | Name | | |

33. I hereby certify that the above list represents all property taken from my possession and that I have received a copy of this report.
Signature _____  b6 b7C

| 34. | 35. Reason | 36. Date/Time | 34. Received By | 35. Reason | 36. Date/Time |
|---|---|---|---|---|---|
| | Shje | 6/25/96 1556 | | | |
| | Review ITEM 11 only | 6-26-96 1838 | b6 b7C | | |
| | Storage | 6/26/96 1845 | | | AUG 26 1996 |

| 37. Court Disposition: | 38. Released to Clerk of Court: | 40. Returned to Owner/Finder: | 41. Destroyed: |
|---|---|---|---|
| □ Confiscate and/or Destroy  Item Numbers | | | |
| □ Return to Owner  Item Numbers | | | |
| □ Hold by Court  Item Numbers | Clerk of Courts Signature/Date  39. Auctioned: | Prop. Employee's Signature/Date | Employee's Signature/Date |
| Judge's Signature/Date | Employee's Signature/Date | Owner/Finder's Signature/Date | Witness's Signature/Date |

PC - 005741

DOJ-FOIA 000212
DOJ-FOIA 000212

CHARLOTTE-MECKLENBURG POLICE
PROPERTY REPORT          (FORM A-31 10/83)

| 1. Property Status | ■ Evidence  ☐ Found  ☐ Asset Forfeiture  ☐ OTHER (Explain) | | 2. Control Number 14376 | 3. Complaint Number 96-0624-210002 |
|---|---|---|---|---|

| 4. Data/Time Impounded 06-25-96  0357 | 5. Person Impounded From VICTIM ALLEN, DAVID L. DONALD L. (P-CR) | | 6. Location Impounded From 825 E 4TH ST | |

| 7. Owner's Name | 8. Owner's Address | 9. Owner's Phone # | 10. Property Bureau Shelf No. | Bin No. | Vault |
|---|---|---|---|---|---|
| 11. Property Finder's Name | 12. Property's Finder's Address | 13. Property Finder's Phone # | | 284 | |

| 14 Item # | 15. Item | 16. Quantity | 17. Manufacturer | 18. Model | 19. Serial # | 20. Color or Finish | 21. Value | 22. Other Identifying Features |
|---|---|---|---|---|---|---|---|---|
| 25 | 6x9 env | 1 | Dirt from the trunk | | | | | |
| 26 | | 1 | Red paint flecks (?) from the trunk | | | | | |
| 27 | | 1 | Cigarette butts (5)(Newports) ashes, two license plate screws from ashtray | | | | | |
| | | | | | | | | 6-25 time 1838 |
| | | | | | | | | 1281 |

| 23. Assignment B3 | 24. Offense Involved MISSING PERSON | | 6. Laboratory Examination ☐ Yes | Does evidence listed above relate to any case by block 3 ☐ Yes ☐ No |
|---|---|---|---|---|
| 28. Complaint # of Related Case | 29. Arrest Number | d Name | | |

33. I hereby certify that the above list represents all property taken from my possession and that I have received a copy of this report.
Signature _____                                                      b6  b7C

| 34. Received By | 35. Reason | 36. Date/Time | 34. Received By | 35. Reason | 36. Date/Time |
|---|---|---|---|---|---|
| | Storage | 6-25-96 1549 | | | |
| | | | b6 b7C | | |
| | | | | | AUG 26 1996 |

| 37. Court Disposition: ☐ Confiscate and/or Destroy  Item Numbers  ☐ Return to Owner  Item Numbers  ☐ Hold by Court  Item Numbers | 38. Released to Clerk of Court: _____  39. Auctioned: _____  Clerk of Courts Signature/Date | 40. Returned to Owner/Finder: _____  Prop. Employee's Signature/Date | 41. Destroyed: _____  Employee's Signature/Date  PC - 005742 |
|---|---|---|---|

DOJ-FOIA 000213
DOJ-FOIA 000213

# CHARLOTTE-MECKLENBURG POLICE
## PROPERTY REPORT  (FORM A-31 10/93)

| 1. Property Status | 2. Control Number | 3. Complaint Number |
|---|---|---|
| ■Evidence ☐Found ☐Asset Forfeiture ☐OTHER (Explain) | 14377 | 96-0624-210002 |

| 4. Data/Time Impounded | 5. Person Impounded From VICTIM | 6. Location Impounded From |
|---|---|---|
| 06-25-96   0357 | ALLEN, DAVID L  DONALD L. (NCR) | 825 E 4TH ST |

| 7. Owner's Name | 8. Owner's Address | 9. Owner's Phone # | 10. Property Bureau Shelf No. | Bin No. | Vault |
|---|---|---|---|---|---|
| | | | | 284 | |

| 11. Property Finder's Name | 12. Property's Finder's Address | 13. Property Finder's Phone # |
|---|---|---|
| | | |

| 14. Item # | 15. Item | 16. Quantity | 17. Manufacturer | 18. Model | 19. Serial # | 20. Color or Finish | 21. Value | 22. Other Identifying Features |
|---|---|---|---|---|---|---|---|---|
| 18 | 6x9env | 1 | One Federal | 12 Galive shell from the center console | | | | |
| | | | | | | | | ENTERED IN COMPUTER 1848 DA: CODE # |

| 23. Assignment | 24. Offense Involved | | 26. Laboratory Examination | Does evidence listed above relate to any case |
|---|---|---|---|---|
| B3 | MISSING PERSON | | ☐Yes | by block 3 [,] Yes [,] No |

| 28. Complaint # of Related Case | 29. Arrest Number | | Name | |
|---|---|---|---|---|
| | | | | b6 b7C |

33. I hereby certify that the above list represents all property taken from my possession and that I have received a copy of this report.
Signature _____

| 34. Received By | 35. Reason | 36. Date/Time | 34. Received By | 35. Reason | 36. Date/Time |
|---|---|---|---|---|---|
| | Storage | 6-25-96  1550 | b6 b7C | | |
| | | | | | |
| | | | | | |
| | | | | | AUG 26 1996 |

| 37. Court Disposition: | 38. Released to Clerk of Court: | 40. Returned to Owner/Finder: | 41. Destroyed: |
|---|---|---|---|
| ☐ Confiscate and/or Destroy  Item Numbers | | | |
| ☐ Return to Owner  Item Numbers | | | |
| ☐ Hold by Court  Item Numbers | Clerk of Courts Signature/Date | Prop. Employee's Signature/Date | Employee's Signature/Date |
| Judge's Signature/Date | 39. Auctioned: | | PC - 005743 |

DOJ-FOIA 000214
DOJ-FOIA 000214

**CHARLOTTE-MECKLENBURG POLICE PROPERTY REPORT** (FORM A-31 10/93)

| 1. Property Status | 2. Control Number | 3. Complaint Number |
|---|---|---|
| ■ Evidence ☐ Found ☐ Asset Forfeiture ☐ OTHER (Explain) | 14378 | 96-0624-210002 |

| 4. Data/Time Impounded | 5. Person Impounded From VICTIM | 6. Location Impounded From |
|---|---|---|
| 06-25-96  0357 | ALLEN, ~~DAVID~~ L DONALD L. PCR | 825 E 4TH ST |

| 7. Owner's Name | 8. Owner's Address | 9. Owner's Phone # | 10. Property Bureau Shelf No. / Bin No. / Vault |
|---|---|---|---|
| | | | |

| 11. Property Finder's Name | 12. Property's Finder's Address | 13. Property Finder's Phone # | 310 |
|---|---|---|---|

| 14. Item # | 15. Item | 16. Quantity | 17. Manufacturer | 18. Model | 19. Serial # | 20. Color or Finish | 21. Value | 22. Other Identifying Features |
|---|---|---|---|---|---|---|---|---|
| 15 | 9x12 env | 1 | Methanol tapings from front/rear left seats / floorboards | | | | | |
| 16 | 9x12 env | 1 | methanol tapings from front/rear right seats / floorboards | | | | | |
| 17 | 9x12 env | 1 | methanol tapings from the trunk | | | | | |
| 24 | Brownbag | 1 | Dirt from under the front of the vehicle | | | | | |
| 31 | Brownbag | 1 | Front left floormat with dirt | | | | | ENTERED BY COMPUTER |

| 23. Assignment | 24. Offense Involved | | 6. Laboratory Examination | Does evidence listed above relate to any case other than one identified by block 3 ☐ Yes ☐ No |
|---|---|---|---|---|
| B3 | MISSING PERSON | | ☐ Yes ☐ No | |

| 28. Complaint # of Related Case | 29. Arrest Number | |
|---|---|---|
| | | b6 / b7c |

33. I hereby certify that the above list represents all property taken from my possession and that I have received a copy of this report.

Signature _____

| 34. Received By | 35. Reason | 36. Date/Time | 34. Received By | 35. Reason | 36. Date/Time |
|---|---|---|---|---|---|
| | Storage | 6-25-96  1551 | b6 / b7c | | |
| | | | | | |
| | | | | | |
| | | | | | |

| 37. Court Disposition: | 38. Released to Clerk of Court: | 40. Returned to Owner/Finder: | 41. Destroyed: |
|---|---|---|---|
| ☐ Confiscate and/or Destroy — Item Numbers | | | |
| ☐ Return to Owner — Item Numbers | | | |
| ☐ Hold by Court — Item Numbers | Clerk of Courts Signature/Date  39. Auctioned: | Prop. Employee's Signature/Date | Employee's Signature/Date |
| Judge's Signature/Date | Employee's Signature/Date | Owner/Finder's Signature/Date | Witness's Signature/Date |

PC - 005744

DOJ-FOIA 000215
DOJ-FOIA 000215

**CHARLOTTE-MECKLENBURG POLICE**
**PROPERTY REPORT** (FORM A-31 10/93)

| 1. Property Status | ☒ Evidence ☐ Found ☐ Asset Forfeiture ☐ OTHER (Explain) | 2. Control Number | 3. Complaint Number |
|---|---|---|---|
| | | 14379 | 96-0624-210002 |

| 4. Data/Time Impounded | 5. Person Impounded From VICTIM | 6. Location Impounded From |
|---|---|---|
| 06-24-96 2321 | ALLEN, DAVID L DONALD L. (JR) | 5626 E INDEP BLVD |

| 7. Owner's Name | 8. Owner's Address | 9. Owner's Phone # | 10. Property Bureau Shelf No. | Bin No. | Vault |
|---|---|---|---|---|---|
| | | | | 284 | |

| 11. Property Finder's Name | 12. Property's Finder's Address | 13. Property Finder's Phone # | | | |

| 14. Item # | 15. Item | 16. Quantity | 17. Manufacturer | 18. Model | 19. Serial # | 20. Color or Finish | 21. Value | 22. Other Identifying Features |
|---|---|---|---|---|---|---|---|---|
| 3 | 10X13 env | 1 | Methanol tapings from the shotgun and gymbag in the dumpster | | | | | |
| 12 | 5X7 env | 1 | Blood(?)(A) and control (B) from the dumpster (inside front right corn | | | | | |
| | | | | | | | | ENTERED IN COMPUTER 6-25-96 BY LHD CODE # — |

| 23. Assignment | 24. Offense Involved | | 26. Laboratory Examination | Does evidence listed above relate to any case |
|---|---|---|---|---|
| B3 | MISSING PERSON | | ☐ Yes ☐ No | other than one identified by block 3 ☐ Yes ☐ No |

| 28. Complaint # of Related Case | 29. Arrest Number |
|---|---|

33. I hereby certify that the above list represents all property taken from my possession and that I have received a copy of this report. Signature _____

| 34. Received By | 35. Reason | 36. Date/Time | 34. Received By | 35. Reason | 36. Date/Time |
|---|---|---|---|---|---|
| | Storage | 6-25-96 1554 | b6 b7C | | AUG 26 1996 |
| | | | | | |
| | | | | | |

| 37. Court Disposition: | 38. Released to Clerk of Court: | 40. Returned to Owner/Finder: | 41. Destroyed: |
|---|---|---|---|
| ☐ Confiscate and/or Destroy — Item Numbers | | | |
| ☐ Return to Owner — Item Numbers | | | |
| ☐ Hold by Court — Item Numbers | 39. Auctioned: | | |
| | Clerk of Courts Signature/Date | Prop. Employee's Signature/Date | Employee's Signature/Date |
| | | | PC - 005745 |

b6
b7C

DOJ-FOIA 000216
DOJ-FOIA 000216

# CHARLOTTE-MECKLENBURG POLICE
## PROPERTY REPORT    (FORM A-31 10/93)

| 1. Property Status | ☒ Evidence | ☐ Found | ☐ Asset Forfeiture | ☐ OTHER (Explain) |
|---|---|---|---|---|

2. Control Number: 14380
3. Complaint Number: 96-0624-210002

| 4. Data/Time Impounded | 5. Person Impounded From VICTIM | 6. Location Impounded From |
|---|---|---|
| 06-24-96   2321 | ALLEN, DAVID & DONALD L. (PCR) | 5626 E INDEP BLVD |

| 7. Owner's Name | 8. Owner's Address | 9. Owner's Phone # | 10. Property Bureau Shelf No. / Bin No. / Vault |
|---|---|---|---|
| | | | 316 |
| 11. Property Finder's Name | 12. Property's Finder's Address | 13. Property Finder's Phone # | |

| 14 Item # | 15. Item | 16. Quantity | 17. Manufacturer | 18. Model | 19. Serial # | 20. Color or Finish | 21. Value | 22. Other Identifying Features |
|---|---|---|---|---|---|---|---|---|
| 7 | Brown Bag | 1 | 27' Garden hose; cut - from the Sears bag in the dumpster | | | | | |
| 8 | Brown Bag | 1 | 17" cut Garden hose w/ duct tape at one end and 2 used rolls of duct tape from the dumpster | | | | | |

ENTERED IN COMPUTER 6-25-96 SUITE 1226
CODE # 1287

| 23. Assignment | 24. Offense Involved | | 26. Laboratory Examination | Does evidence listed above relate to any case |
|---|---|---|---|---|
| B3 | MISSING PERSON | | ☐ Yes | by block 3 [ ] Yes ☐ No |
| 28. Complaint # of Related Case | 29. Arrest Number | | | b6 b7C |

33. I hereby certify that the above list represents all property taken from my possession and that I have received a copy of this report.    Signature _____

| 34. Received By | 35. Reason | 36. Date/Time | 34. Received By | 35. Reason | 36. Date/Time |
|---|---|---|---|---|---|
| | Storage | 6-25-96  1557 | | | b6 b7C |
| | | | | | |
| | | | | | AUG 26 1996 |

| 37. Court Disposition: | 38. Released to Clerk of Court: | 40. Returned to Owner/Finder: | 41. Destroyed: |
|---|---|---|---|
| ☐ Confiscate and/or Destroy — Item Numbers | | | |
| ☐ Return to Owner — Item Numbers | | | |
| ☐ Hold by Court — Item Numbers | Clerk of Courts Signature/Date | Prop. Employee's Signature/Date | Employee's Signature/Date |
| | 39. Auctioned: | | |
| Judge's Signature/Date | Employee's Signature/Date | Owner/Finder's Signature/Date | PC - 005746  Witness's Signature/Date |

DOJ-FOIA 000217
DOJ-FOIA 000217

# CHARLOTTE-MECKLENBURG POLICE
## PROPERTY REPORT

(FORM A-31 10/93)

| 1. Property Status | ■ Evidence | ☐ Found | ☐ Asset Forfeiture | ☐ OTHER (Explain) |
|---|---|---|---|---|

Control Number: 14381

Case Report Number: 96-0624-210002

| 4. Data/Time Impounded | 5. Person Impounded From VICTIM | 6. Location Impounded From |
|---|---|---|
| 06-24-96   2321 | ALLEN, ~~DAVID L~~ DONALD L. (PCK) | 5626 E INDEP BLVD |

| 7. Owner's Name | 8. Owner's Address | 9. Owner's Phone # | 10. Property Bureau |
|---|---|---|---|
| | | | Shelf No. / Bin No. / Vault |
| 11. Property Finder's Name | 12. Property's Finder's Address | 13. Property Finder's Phone # | R53 |

| 14. Item # | 15. Item | 16. Quantity | 17. Manufacturer | 18. Model | 19. Serial # | 20. Color or Finish | 21. Value | 22. Other Identifying Features |
|---|---|---|---|---|---|---|---|---|
| 1 | Biobag | 1 | Winchester | 140 | N868580 | Blk/wood | | 12GA shotgun-sawed off from the dumpster (BFI) |
| 2 | 5X7 env | 1 | (2) live Federal shotgun 12GA shells from the shotgun magazine | | | | | |
| 4 | Brownbag | 1 | tan gym bag w/ red bolt cutters and a crowbar from the dumpster | | | | | |
| | | | | | | | | ENTERED IN COMPUTER D: 6-25-96  TIME 1926 CODE # 1287 |

| 23. Assignment | 24. Offense Involved | | 26. Laboratory Examination | Does evidence listed above relate to any case |
|---|---|---|---|---|
| B3 | MISSING PERSON | | ☐Y | ed by block 3 ☐Yes ☐No |
| 28. Complaint # of Related Case | 29. Arrest Number | | | b6  b7C |

33. I hereby certify that the above list represents all property taken from my possession and that I have received a copy of this report.
Signature _____

| 34. Received By | 35. Reason | 36. Date/Time | 34. Received By | 35. Reason | 36. Date/Time |
|---|---|---|---|---|---|
| | Storage | 6-25-96 1558 | | | |
| | | | | | b6  b7C |
| | | | | | AUG 26 1996 |

| 37. Court Disposition: | | 40. Returned to Owner/Finder: | 41. Destroyed: |
|---|---|---|---|
| ☐ Confiscate and/or Destroy   Item Numbers | 38. Released to Clerk of Court: | | |
| ☐ Return to Owner   Item Numbers | | | |
| ☐ Hold by Court   Item Numbers | 39. Auctioned: | | |
| Judge's Signature/Date | Clerk of Courts Signature/Date   Employee's Signature/Date | Prop Employee's Signature/Date   Owner/Finder's Signature/Date | Employee's Signature/Date   PC  005747   Witness's Signature/Date |

DOJ-FOIA 000218
DOJ-FOIA 000218

**CHARLOTTE-MECKLENBURG POLICE**
**PROPERTY REPORT** (FORM A-31 10/93)

| 1. Property Status | ☑ Evidence ☐ Found ☐ Asset Forfeiture ☐ OTHER (Explain) | 7. Control Number *194491* | 8. Complaint Number *96-0624-210002* |
|---|---|---|---|

| 4. Data/Time Impounded *27 Jun 96 @ 0349* | 5. Person Impounded From *Allen Donald L.* | 6. Location Impounded From *825 East Fourth St.* |
|---|---|---|

| 7. Owner's Name | 8. Owner's Address | 9. Owner's Phone # | 10. Property Bureau Shelf No. | Bin No. | Vault |
|---|---|---|---|---|---|

| 11. Property Finder's Name | 12. Property's Finder's Address | 13. Property Finder's Phone # |
|---|---|---|

| 14. Item # | 15. Item | 16. Quantity | 17. Manufacturer | 18. Model | 19. Serial # | 20. Color or Finish | 21. Value | 22. Other Identifying Features |
|---|---|---|---|---|---|---|---|---|
| 34 | Bumba | 1 | Right (A) and left (B) exhaust pipes (with chrome) from the Honda Prelude | | | | | |

| 23. Assignment *FIB* | 24. Offense Involved *Homicide* | 26. Laboratory Examination ☐ Y | Does evidence listed above relate to any case [ ] by block 3 ☐ Yes ☐ No |
|---|---|---|---|

| 26. Complaint # of Related Case | 29. Arrest Number | | b6 b7C |
|---|---|---|---|

33. I hereby certify that the above list represents all property taken from my possession and that I have

Signature _____

| | 35. Reason *Story* | 36. Date/Time *6-27-96 · 1641* | 34. Received By | 35. Reason | 36. Date/Time |
|---|---|---|---|---|---|
| | | | b6 b7C | | |

*AUG 26 1996*

| 37. Court Disposition: | 38. Released to Clerk of Court: | 40. Returned to Owner/Finder: | 41. Destroyed: |
|---|---|---|---|
| ☐ Confiscate and/or Destroy — Item Numbers | | | |
| ☐ Return to Owner — Item Numbers | | | |
| ☐ Hold by Court — Item Numbers | 39. Auctioned: | | |
| | Clerk of Courts Signature/Date | Prop. Employee's Signature/Date | Employee's Signature/Date |
| | | | PC - 005748 |

DOJ-FOIA 000219
DOJ-FOIA 000219

DOJ-FOIA 000220
DOJ-FOIA 000220

# CHARLOTTE-MECKLENBURG POLICE
## PROPERTY REPORT (FORM A-31 10/93)

| 1. Property Status | ☑ Evidence ☐ Found ☐ Asset Forfeiture ☐ OTHER (Explain) | 2. Control Number *14496* | 3. Complaint Number 960624-210002 |
|---|---|---|---|

**4. Date/Time Impounded:** 27 Jun 96 @ 0349
**5. Person Impounded From:** Allen, Donald L.
**6. Location Impounded From:** 625 East Fourth St.

| 7. Owner's Name | 8. Owner's Address | 9. Owner's Phone # | 10. Property Bureau Shelf No. / Bin No. / Vault |
|---|---|---|---|
| | | | |
| 11. Property Finder's Name | 12. Property's Finder's Address | 13. Property Finder's Phone # | |

| 14. Item # | 15. Item | 16. Quantity | 17. Manufacturer | 18. Model | 19. Serial # | 20. Color or Finish | 21. Value | 22. Other Identifying Features |
|---|---|---|---|---|---|---|---|---|
| 33 | 0-21PD | 1 | | | | | | LP's |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| 23. Assignment FIB | 24. Offense Involved Homicide | 26. Laboratory Examination ☐ Yes ☐ No | Does evidence listed above relate to any case other than one identified by block 3 ☐ Yes ☐ No |
|---|---|---|---|
| 28. Complaint # of Related Case | 29. Arrest Number | | b6 b7C |

33. I hereby certify that the above list represents all property taken from my possession and that I have received a copy of this report.
Signature _____

| | 5. / Reason | 38. Date/Time | 34. Received By | 35. Reason | 38. Date/Time |
|---|---|---|---|---|---|
| | Storic | 6-27-96 0639 | b6 b7C | | |
| | | | | | |
| | | | | | |

| 37. Court Disposition: | 38. Released to Clerk of Court: | 40. Returned to Owner/Finder: | 41. Destroyed: |
|---|---|---|---|
| ☐ Confiscate and/or Destroy _____ Item Numbers | | | AUG 26 1996 |
| ☐ Return to Owner _____ Item Numbers | | | |
| ☐ Hold by Court _____ Item Numbers | 39. Auctioned: Clerk of Courts Signature/Date | Prop. Employee's Signature/Date | Employee's Signature/Date |
| Judge's Signature/Date | Employee's Signature/Date | Owner/Finder Signature/Date | Witness's Signature/Date |

PC - 005749

# CHARLOTTE-MECKLENBURG POLICE
## PROPERTY REPORT
(FORM A-31 10/93)

| 1. Property Status | ☒ Evidence ☐ Found ☐ Asset Forfeiture ☐ OTHER (Explain) | 2. Control Number | 3. Complaint Number |
|---|---|---|---|
| | | 141006 | 960625 171602 |

**4. Date/Time Impounded:** 6-28-96 1821 Hrs.
**5. Person Impounded From:** AQUILIA M. BARNETTE
**6. Location Impounded From:** MECK CTY JAIL INTAKE CTR.

**7. Owner's Name:** # 5
**8. Owner's Address:** # 6
**9. Owner's Phone #:** N/A.
**10. Property Bureau** — Shelf No. / Bin No. / Vault

**12. Property's Finder's Address:** KLPN MECK CTY SHERIFF'S DEPT INTAKE CTR
**13. Property Finder's Phone #:**

b6 b7C

| Item # | Item | Quantity | 17. Manufacturer | 18. Model | 19. Serial # | 20. Color or Finish | 21. Value | 22. Other Identifying Features |
|---|---|---|---|---|---|---|---|---|
| 1 | Blood | 2 TUBES | | | | | | |
| | | | | | | | | |

**23. Assignment:** H/B
**24. Offense Involved:** MURDER
**26. Laboratory Examination:** ☐ Yes
**Does evidence listed above relate to any case** Block 3 ☐ Yes ☐ No

**28. Complaint # of Related Case:**
**29. Arrest Number:**

**33.** I hereby certify that the above list represents all property taken from my possession and that I have received a copy of this report.
**Signature:** X

| 34. Received By | 35. Reason | 36. Date/Time | 34. Received By | 35. Reason | 36. Date/Time |
|---|---|---|---|---|---|
| | Obtained Blood | 6-28-96 1821 | b6 b7C | | |
| | Tr. INS? | 6-28-96 1825 | | | |
| | SbAP | 6/28/96 1825 | | | AUG 26 1996 |

b6 b7C

**37. Court Disposition:**
☐ Confiscate and/or Destroy — Item Numbers
☐ Return to Owner — Item Numbers
☐ Hold by Court — Item Numbers

**38. Released to Clerk of Court:**
**39. Auctioned:** _____ Clerk of Courts Signature/Date

**40. Returned to Owner/Finder:** _____ Prop. Employee's Signature/Date

**41. Destroyed:** _____ Employee's Signature/Date

PC - 005750

DOJ-FOIA 000221
DOJ-FOIA 000221

| 1. Property Status | ☒ Evidence ☐ Found ☐ Asset Forfeiture ☐ OTHER (Explain) | 2. Control Number | 3. Complaint Number |
|---|---|---|---|
| | | 141668 | 960625 171602 |

| 4. Data/Time Impounded | 5. Person Impounded From | 6. Location Impounded From |
|---|---|---|
| 6-28-96 1617 | AQUILIA M. BARNETTE | 825 E 1⁴ St. |

| 7. Owner's Name | 8. Owner's Address | 9. Owner's Phone # | 10. Property Bureau Shelf No. / Bin No. / Vault |
|---|---|---|---|
| # S | MECK Cty Jail | | |

| 11. | 12. Property's Finder's Address | 13. Property Finder's Phone # |
|---|---|---|
| | | |

| 14. Item # | Item | 16. Quantity | 17. Manufacturer | 18. Model | 19. Serial # | 20. Color or Finish | 21. Value | 22. Other Identifying Features |
|---|---|---|---|---|---|---|---|---|
| 1 | PAPERS | | LETTERS / CHURCH BULLETIN / RECEIPT | | | | | |
| | | | w/ ORIGINAL SIGNATURES FROM | | | | | |
| | | | | X TENANT | | | | |

| 23. Assignment | 24. Offense Involved | 26. Laboratory Examination | Does evidence listed above relate to any case |
|---|---|---|---|
| 7-28 | MURDER | ☐ Yes | by block 3 ☐ Yes ☐ No |

| 28. Complaint # of Related Case | 29. Arrest Number |
|---|---|
| | |

33. I hereby certify that the above list represents all property taken from my possession and that I have received a copy of this report.
Signature _____

| | 35. Reason | 36. Date/Time | 34. Received By | 35. Reason | 36. Date/Time |
|---|---|---|---|---|---|
| | Stop | 6/28/96 1906 | | | |

| 37. Court Disposition: | 38. Released to Clerk of Court: | 40. Returned to Owner/Finder: | 41. Destroyed: |
|---|---|---|---|
| ☐ Confiscate and/or Destroy — Item Numbers | | | |
| ☐ Return to Owner — Item Numbers | | | |
| ☐ Hold by Court — Item Numbers | Clerk of Courts Signature/Date | Prop. Employee's Signature/Date | Employee's Signature/Date |
| | 39. Auctioned: | | |
| Judge's Signature/Date | Employee's Signature/Date | Owner/Finder's Signature/Date | Witness's Signature/Date |

AUG 26 1996

COURT COPY

PC - 005751

DOJ-FOIA 000222
DOJ-FOIA 000222

| | |
|---|---|
| 1. Property Status | ☑ Evidence ☐ Found ☐ Asset Forfeiture ☐ OTHER (Explain) |
| 2. Control Number | 14069 |
| 3. Complaint Number | 960625 171602 |

4. Data/Time Impounded: 6-28-96 1756 Hrs.
5. Person Impounded From: AQUILIA M. BARNETTE
6. Location Impounded From: 825 E. 1/4 St.

7. Owner's Name: City of Charlotte
8. Owner's Address: 825 E. 1/4 St.
9. Owner's Phone #:
10. Property Bureau Shelf No. / Bin No. / Vault

12. Property's Finder's Address: #8
13. Property Finder's Phone #:

b6
b7C

| 14. Item # | 15. Item | 16. Quantity | 17. Manufacturer | 18. Model | 19. Serial # | 20. Color or Finish | 21. Value | 22. Other Identifying Features |
|---|---|---|---|---|---|---|---|---|
| 1 | Cassette Tape | | Confession from Defendant | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

23. Assignment: 1-I-B
24. Offense Involved: Murder
26. Laboratory Examination ☐ Yes — evidence listed above relate to any case identified by block 3 ☐ Yes ☐ No

b6
b7C

28. Complaint # of Related Case
29. Arrest Number

33. I hereby certify that the above list represents all property taken from my possession and that I have received a copy of this report.
Signature _____

| 34. | 35. Reason | 36. Date/Time | 34. Received By | 35. Reason | 36. Date/Time |
|---|---|---|---|---|---|
| | Stop | 6/28/96 1406 | b6 b7C | | |
| | | | | | |
| | | | | | |
| | | | | | AUG 26 1996 |

37. Court Disposition:
☐ Confiscate and/or Destroy — Item Numbers
☐ Return to Owner — Item Numbers
☐ Hold by Court — Item Numbers

38. Released to Clerk of Court:
39. Auctioned:
_____ Clerk of Courts Signature/Date
_____ Judge's Signature/Date _____ Employee's Signature/Date

40. Returned to Owner/Finder:
_____ Prop. Employee's Signature/Date
_____ Owner/Finder's Signature/Date

41. Destroyed:
_____ Employee's Signature/Date
_____ Witness's Signature/Date

PC - 005752

DOJ-FOIA 000223
DOJ-FOIA 000223

# CHARLOTTE-MECKLENBURG POLICE
## PROPERTY REPORT  (FORM A-31 10/93)

| 1. Property Status | 2. Control Number | 3. Complaint Number |
|---|---|---|
| ☒ Evidence  ☐ Found  ☐ Asset Forfeiture  ☐ OTHER (Explain) | 14706 | 960604-2100 |

**4. Date/Time Impounded:** 21 Jun 96 @ 0520  **5. Person Impounded From (V):** Allen, Donald L.  **6. Location Impounded From:** 825 E. Fourth St.

| 7. Owner's Name | 8. Owner's Address | 9. Owner's Phone # | 10. Property Bureau  Shelf No. / Bin No. / Vault |
|---|---|---|---|
| | | | |

| 11. Property Finder's Name | 12. Property's Finder's Address | 13. Property Finder's Phone # | |
|---|---|---|---|
| | | | |

| 14. Item # | 15. Item | 16. Quantity | 17. Manufacturer | 18. Model | 19. Serial # | 20. Color or Finish | 21. Value | 22. Other Identifying Features |
|---|---|---|---|---|---|---|---|---|
| 35 | 9x12 env | 1 | Stanley | 100 plus | | yellow/black | | screwdriver from the left door pocket |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| 23. Assignment | 24. Offense Involved | | 26. Laboratory Examination ☐ Y | Does evidence listed above relate to any case ☐ Yes ☐ No |
|---|---|---|---|---|
| FID | Homicide | | | |

| 28. Complaint # of Related Case | 29. Arrest Number |
|---|---|
| | |

33. I hereby certify that the above list represents all property taken from my possession and that I have received a copy of this report.

Signature _____

| 34. Received By | 35. Reason | 36. Date/Time | 34. Received By | 35. Reason | 36. Date/Time |
|---|---|---|---|---|---|
| | Storage | 6/29/96  0641 | b6  b7c | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| 37. Court Disposition: | 38. Released to Clerk of Court: | 40. Returned to Owner/Finder: | 41. Destroyed: |
|---|---|---|---|
| ☐ Confiscate and/or Destroy ___ Item Numbers | | | |
| ☐ Return to Owner ___ Item Numbers | | | |
| ☐ Hold by Court ___ Item Numbers | Clerk of Courts Signature/Date | Prop. Employee's Signature/Date | Employee's Signature/Date |
| | 39. Auctioned: | | |
| Judge's Signature/Date | Employee's Signature/Date | Owner/Finder's Signature/Date | Witness's Signature/Date |

AUG 3 6 1996

PC - 005753

COURT COPY

DOJ-FOIA 000224
DOJ-FOIA 000224

# CHARLOTTE-MECKLENBURG POLICE
## PROPERTY REPORT

(FORM A-31 10/93)

| 1. Property Status | ☒ Evidence ☐ Found ☐ Asset | ☐ OTHER (Explain) | 2. Control Number 14838 | 3. Complaint Number 960625171600 |
|---|---|---|---|---|

b6
b7C

**4. Date/Time Impounded** 7-1-96 1535 Hrs.

**5. Location Impounded From**

**7. Owner's Name** #5

**8. Owner's Address** #6

**9. Property Bureau** Shelf No. | Bin No. | Vault

**11. Property Finder's Name** #5

**12. Property's Finder's Address** #6

**13. Property Finder's Phone #**

| 14. Item # | 15. Item | 16. Quantity | 17. Manufacturer | 18. Model | 19. Serial # | 20. Color or Finish | 21. Value | 22. Other Identifying Features |
|---|---|---|---|---|---|---|---|---|
| 1 | PAPER | 1 | ATF F4473 PART 1 | | | | | |
| 2 | PAPER | | INVENTORY CONT FILE | | | | | |
| 3 | PAPER | | PERSONAL INFO | | | | | |

| 23. Assignment 1-3 | 24. Offense Involved MURDER | | 26. Laboratory Examination ☐ Yes | Does evidence listed above relate to any case block 3 ☐ Yes ☐ No |
|---|---|---|---|---|

b6
b7C

| 28. Complaint # of Related Case | 29. Arrest Number | |
|---|---|---|

33. I hereby certify that the above list represents all property taken from my possession and that I have received a copy of this report.

Signature

| 34. Received By | 35. Reason | 36. Date/Time | 34. Received By | Reason | 38. Date/Time |
|---|---|---|---|---|---|
| | Sign | 7/14/16 1620 | | | |

b6
b7C

AUG 26 1996

| 37. Court Disposition: | 38. Released to Clerk of Court: | 40. Returned to Owner/Finder: | 41. Destroyed: |
|---|---|---|---|
| ☐ Confiscate and/or Destroy _____ Item Numbers | | | |
| ☐ Return to Owner _____ Item Numbers | | | |
| ☐ Hold by Court _____ Item Numbers | Clerk of Courts Signature/Date 39. Auctioned: | Prop. Employee's Signature/Date | Employee's Signature/Date |
| Judge's Signature/Date | Employee's Signature/Date | Owner/Finder's Signature/Date | Witness's Signature/Date |

**COURT COPY**

PC - 005754

DOJ-FOIA 000225
DOJ-FOIA 000225

CHARLOTTE-MECKLENBURG POLICE
PROPERTY REPORT    (FORM A-31 10/93)

1. Property Status: ☐ Evidence  ☐ Found  ☐ Asset Forfeiture  ☑ OTHER (Explain)

2. Control Number

3. Complaint Number
960625171602

4. Date/Time Impounded
26 JuN 96  1020

6. Location Impounded From

7. Owner's Name

8. Owner's Address

9. Owner's Phone

10. Property Bureau
Shelf No.    Bin No.
b6
b7C

11. Finder's Phone #

| 14. Item # | 15. Item | 16. Quantity | 17. Manufacturer | 18. Model | 19. Serial # | 20. Color or Finish | 21. Value | 22. Other Identifying Features |
|---|---|---|---|---|---|---|---|---|
| 1 | X-RAY | | | | | | | Copy |
| 2 | Chart | | | | | | | Copy DeNTAl Records of DONAld Lee AlleN 3/30/74 |

23. Assignment
Homicide

24. Offense Involved
Homicide

26. Laboratory Examination
☐ Yes  ☑ No

Does evidence listed above relate to any case other than one identified by block 3  ☐ Yes  ☑ No

28. Complaint # of Related Case

29. Arrest Number

33. I hereby certify that the above list represents all property taken from my possession and that I have received a copy of this    Signa

| 34. Received By | 35. Reason | 36. Date/Time | 34. Received By | 35. Reason | 36. Date/Time |
|---|---|---|---|---|---|
| | EXAMINATION | 6-26-96  1050 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | AUG 26 1996 |

37. Court Disposition:
☐ Confiscate and/or Destroy  Item Numbers
☐ Return to Owner  Item Numbers
☐ Hold by Court  Item Numbers

Judge's Signature/Date

38. Released to Clerk of Court:

Clerk of Courts Signature/Date

39. Auctioned:

Employee's Signature/Date

40. Returned to Owner/Finder:

Prop. Employee's Signature/Date

Owner/Finder's Signature/Date

41. Destroyed:

Employee's Signature/Date

Witness's Signature/Date

ORIGINAL

PC 005755

DOJ-FOIA 000226
DOJ-FOIA 000226

# CHARLOTTE-MECKLENBURG POLICE
## PROPERTY REPORT

(FORM A-31 10/93)

| 1. Property Status | ☐ Evidence ☐ Found ☐ Asset Forfeiture ☒ OTHER (Explain) | 2. Control Number | 3. Complaint Number |
|---|---|---|---|
| | | | 960625 171602 |

b6
b7C

**4. Data/Time Impounded** 26 Jun 96 1000

| 11. Property Finder's Name | 12. Property's Finder's Address | 13. Property Finder's Phone # | 10. Property Bureau Shelf No. | Bin No. | Vault |
|---|---|---|---|---|---|

| 14. Item # | 15. Item | 16. Quantity | 17. Manufacturer | 18. Model | 19. Serial # | 20. Color or Finish | 21. Value | 22. Other Identifying Features |
|---|---|---|---|---|---|---|---|---|
| 1 | XRay | | | | | | | Copy |
| 2 | Chart | | | | | | | Copy Dental records of Donald Lee Allen 3/30/74 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| 23. Assignment FIB | 24. Offense Involved Homicide | 26. Laboratory Examination | Does evidence listed above relate to any ca... by block 3 ☐ Yes ☐ No |
|---|---|---|---|

b6
b7C

| 28. Complaint # of Related Case | 29. Arrest Number | 31. Code No. 0762 |
|---|---|---|

33. I hereby certify that the above list represents all property taken from my possession and that I have

| 34. Received By | 35. Reason | 36. Date/Time | 34. Received By | 35. Reason | 36. Date/Time |
|---|---|---|---|---|---|
| | EXAMINATION | 6-26-96 1050 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

b6
b7C

AUG 26 1996

| 37. Court Disposition: | 38. Released to Clerk of Court: | 40. Returned to Owner/Finder: | 41. Destroyed: |
|---|---|---|---|
| ☐ Confiscate and/or Destroy — Item Numbers | | | |
| ☐ Return to Owner — Item Numbers | | | |
| ☐ Hold by Court — Item Numbers | Clerk of Courts Signature/Date | Prop. Employee's Signature/Date | Employee's Signature/Date |
| | 39. Auctioned: | | |
| Judge's Signature/Date | Employee's Signature/Date | Owner/Finder's Signature/Date | Witness's Signature/Date |

ORIGINAL

PC - 005756

DOJ-FOIA 000227
DOJ-FOIA 000227

**CHARLOTTE-MECKLENBURG POLICE**
**PROPERTY REPORT** (FORM A-31 10/93)

| 1. Property Status | ☐ Evidence | ☐ Found | ☐ Asset Forfeiture | ☒ OTHER (Explain) | 2. Control Number | 3. Complaint Number |
|---|---|---|---|---|---|---|

3. Complaint Number: 960625/71607 b6 b7C

4. Data/Time Impounded: 06/26/96  0930

| 11. Property Finder's Name | 12. Property's Finder's Address | 13. Property Finder's Phone # | 10. Property Bureau Shelf No. | Bin No. | Vault |
|---|---|---|---|---|---|

| 14. Item # | 15. Item | 16. Quantity | 17. Manufacturer | 18. Model | 19. Serial # | 20. Color or Finish | 21. Value | 22. Other Identifying Features |
|---|---|---|---|---|---|---|---|---|
| 1 | X-RAY | | | | | | | Copy |
| 2 | Chart | | | | | | | Copy |
| | | | | | | | | DENTAL Records of Donald Lee Allen 3/30/74 |

| 23. Assignment | 24. Offense Involved | 26. Laboratory Examination | Does evidence listed above relate to any case other than one identified by block 3 |
|---|---|---|---|
| Homicide | Homicide | ☐ Yes ☐ No | ☐ Yes ☐ No |

b6 b7C

| 28. Complaint # of Related Case | 29. Arrest Number |
|---|---|

33. I hereby certify that the above list represents all property taken from my possession and that I have received a copy of this report

Signature

b6 b7C

| 34. | 35. Reason | 36. Date/Time | 34. Received By | Reason | 36. Date/Time |
|---|---|---|---|---|---|
| | EXAMINATION | 6-26-96 1050 | | | |

| 37. Court Disposition: | 38. Released to Clerk of Court: | 40. Returned to Owner/Finder: | 41. Destroyed: AUG 26 1996 |
|---|---|---|---|
| ☐ Confiscate and/or Destroy  Item Numbers | | | |
| ☐ Return to Owner  Item Numbers | | | |
| ☐ Hold by Court  Item Numbers | Clerk of Courts Signature/Date | Prop. Employee's Signature/Date | Employee's Signature/Date |
| | 39. Auctioned: | | |
| Judge's Signature/Date | Employee's Signature/Date | Owner/Finder's Signature/Date | Witness's Signature/Date |

ORIGINAL

PC - 005757

DOJ-FOIA 000228
DOJ-FOIA 000228

# CHARLOTTE-MECKLENBURG POLICE
## PROPERTY REPORT
(FORM A-31 10/93)

| 1. Property Status | 2. Control Number | 3. Complaint Number |
|---|---|---|
| ☒ Evidence ☐ Found ☐ Asset Forfeiture ☐ OTHER (Explain) | 14949 | 960025 171602 |

| 4. Data/Time Impounded | 5. Person Impounded From | 6. Location Impounded From |
|---|---|---|
| 6·26·96  0830 | DONALD LEE ALLEN | ME 96 B153  96·4424 |

| 7. Owner's Name | 8. Owner's Address | 9. Owner's Phone # | 10. Property Bureau Shelf No. / Bin No. / Vault |
|---|---|---|---|
| | | | b6 b7C |
| | | 13. Property Finder's Phone # | |

| 14. Item # | 15. Item | 16. Quantity | 17. Manufacturer | 18. Model | 19. Serial # | 20. Color or Finish | 21. Value | 22. Other Identifying Features |
|---|---|---|---|---|---|---|---|---|
| 1 | BAG WITH PELLETS & WADDING | 1 | | | | | | LABEL: "SGW #1" |
| 2 | BAG WITH PELLETS | 1 | | | | | | LABEL: "SGW #2" |
| 3 | BAG WITH PELLETS AND WADDING | 1 | | | | | | LABEL: "SGW #3" |

| 23. Assignment | 24. Offense Involved | | 28. Laboratory Examination | Does evidence listed above relate to any ca. |
|---|---|---|---|---|
| FIB | MURDER | | ☐ Yes ☐ No | Other than one identified by block 3 ☐ Yes ☐ No |

| 28. Complaint # of Related Case | 29. Arrest Number | | 1605 Hrs 7·2·96 |
|---|---|---|---|

33. I hereby certify that the above list represents all property taken from my possession and that I have

Signature _____

| 34. Received By | 35. Reason | 36. Date/Time | 34. Received By | 35. Reason | 36. Date/Time |
|---|---|---|---|---|---|
| | SDJP | 7/2/96 /841 | | | b6 b7C |
| | | | | | |
| | | | | | AUG 26 1996 |

| 37. Court Disposition: | 38. Released to Clerk of Court: | 40. Returned to Owner/Finder: | 41. Destroyed: |
|---|---|---|---|
| ☐ Confiscate and/or Destroy _____ Item Numbers | | | |
| ☐ Return to Owner _____ Item Numbers | | | |
| ☐ Hold by Court _____ Item Numbers | Clerk of Courts Signature/Date | Prop. Employee's Signature/Date | Employee's Signature/Date |
| | 39. Auctioned: | | |
| Judge's Signature/Date | Employee's Signature/Date | Owner/Finder's Signature/Date | Witness's Signature/Date |

COURT COPY

PC - 005758

DOJ-FOIA 000229
DOJ-FOIA 000229

**PROPERTY REPORT**  (FORM A-31 10/93)

Status:  ☒ Evidence  ☐ Found  ☐ Asset Forfeiture  ☐ OTHER (Explain)

| 4. Data/Time Impounded 15 Feb 96  1219 | 5. Person Impounded From D. Allen, Donald Lee | 6. Location Impounded From 825 E. ___ St |
|---|---|---|

| 7. Owner's Name | 8. Owner's Address | 9. Owner's Phone # | 10. Property Bureau Shelf No. | Bin No. | Vault |
|---|---|---|---|---|---|

| 11. Property Finder's Name | 12. Property's Finder's Address | 13. Property Finder's Phone # |
|---|---|---|

| 14. Item # | 15. Item | 16. Quantity | 17. Manufacturer | 18. Model | 19. Serial # | 20. Color or Finish | 21. Value | 22. Other Identifying Features |
|---|---|---|---|---|---|---|---|---|
| 1 | bg | | Cloth shirt fabric etc | | | | | |
| 2 | Env. | 1 | Carpet std fibers trunk | | | | | |
| 3 | | | Carpet std fibers right front floorboard | | | | | |

| 23. Assignment FIB | 24. Offense Involved Homicide | 26. Laboratory Examination ☐ Yes ☐ No | Does evidence listed above relate to any other than one identified by block 3 ☐ Yes ☐ No  b6 b7C |
|---|---|---|---|

| 28. Complaint # of Related Case | 29. Arrest Number |
|---|---|

33. I hereby certify that the above list represents all property taken from my possession and that I have received a copy of this report.

Signature _____  b6 b7C

| 34. Received By | 35. Reason | 36. Date/Time | 34. Received By | 35. Reason | 36. Date/Time |
|---|---|---|---|---|---|
| | Storage | ___ 16 ___ | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| 37. Court Disposition: ☐ Confiscate and/or Destroy   Item Numbers ☐ Return to Owner   Item Numbers ☐ Hold by Court   Item Numbers | 38. Released to Clerk of Court: _____ Clerk of Courts Signature/Date 39. Auctioned: _____ Employee's Signature/Date | 40. Returned to Owner/Finder: _____ Prop. Employee's Signature/Date _____ Owner/Finder's Signature/Date | 41. Destroyed: _____ Employee's Signature/Date _____ Witness's Signature/Date |
|---|---|---|---|
| Judge's Signature/Date | | | |

OWNER OR PERSON PROPERTY RECOVERED FROM

PC - 005759

DOJ-FOIA 000230
DOJ-FOIA 000230

DOJ-FOIA 000231
DOJ-FOIA 000231

## CHARLOTTE-MECKLENBURG POLICE PROPERTY REPORT (FORM A-31 10/93)

| 1. Property Status | 2. Control Number | 3. Complaint Number |
|---|---|---|
| ☒ Evidence  ☐ Found  ☐ Asset Forfeiture  ☐ OTHER (Explain) | | |

6. Location Impounded From: 825 E. _____ St

| 7. Owner's Name | 8. Owner's Address | 9. Owner's Phone # | 10. Property Bureau Shelf No. / Bin No. / Vault |
|---|---|---|---|
| | | | |

| 11. Property Finder's Name | 12. Property's Finder's Address | 13. Property Finder's Phone # |
|---|---|---|
| | | |

| 14. Item # | 15. Item | 16. Quantity | 17. Manufacturer | 18. Model | 19. Serial # | 20. Color or Finish | 21. Value | 22. Other Identifying Features |
|---|---|---|---|---|---|---|---|---|
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| ● | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |

| 23. Assignment | 24. Offense Involved | 26. Laboratory Examination ☐ Yes ☐ No | Does evidence listed above relate to any case other than one identified by block 3 ☐ Yes ☐ No |
|---|---|---|---|
| FIB | Homicide | | |

| 28. Complaint # of Related Case | 29. Arrest Number |
|---|---|
| | |

33. I hereby certify that the above list represents all property taken from my possession and that I have received a copy of this report. Signature _____

| 34. Received By | 35. Reason | 36. Date/Time | 34. Received By | 35. Reason | 36. Date/Time |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**37. Court Disposition:**

☐ Confiscate and/or Destroy — Item Numbers

☐ Return to Owner — Item Numbers

☐ Hold by Court — Item Numbers

Judge's Signature/Date

38. Released to Clerk of Court: _____ Clerk of Courts Signature/Date

39. Auctioned: _____ Employee's Signature/Date

40. Returned to Owner/Finder: _____ Prop. Employee's Signature/Date _____ Owner/Finder's Signature/Date

41. Destroyed: _____ Employee's Signature/Date _____ Witness's Signature/Date

PC - 005760

## CHARLOTTE-MECKLENBURG POLICE
## PROPERTY REPORT
(FORM A-31 10/93)

| 1. Property Status | ☒ Evidence ☐ Found ☐ Asset Forfeiture | ☐ OTHER (Explain) | 2. Control Number | 3. Complaint Number |
|---|---|---|---|---|

15774   HOX 35-17165

6. Location Impounded From: 825 E. _____ St.   b6 b7C

ner's Phone #

| 10. Property Bureau Shelf No. | Bin No. | Vault |
|---|---|---|

| 11. Property Finder's Name | 12. Property's Finder's Address | 13. Property Finder's Phone # |
|---|---|---|

| 14. Item # | 15. Item | 16. Quantity | 17. Manufacturer | 18. Model | 19. Serial # | 20. Color or Finish | 21. Value | 22. Other Identifying Features |
|---|---|---|---|---|---|---|---|---|
| 12 | smell ew | | | | | | | |
| 13 | | 1 | | | | | | |
| | | | | | | | | |
| | 1 | | | | | | | |

| 23. Assignment | 24. Offense Involved | | 28. Laboratory Examination | Does evidence listed above relate to any |
|---|---|---|---|---|
| FIB | Homicide | | ☐ Yes ☐ No | other than one identified by block 3 ☐ Yes ☐ No |

b6 b7C

| 28. Complaint # of Related Case | 29. Arrest Number |
|---|---|

33. I hereby certify that the above list represents all property taken from my possession and that I have received a copy of this report.   Signature ___

| | 35. Reason | 36. Date/Time | 34. Received By | 35. Reason | 36. Date/Time |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

b6 b7C

| 37. Court Disposition: | 38. Released to Clerk of Court: | 40. Returned to Owner/Finder: | 41. Destroyed: |
|---|---|---|---|
| ☐ Confiscate and/or Destroy — Item Numbers | | | |
| ☐ Return to Owner — Item Numbers | | | |
| ☐ Hold by Court — Item Numbers | Clerk of Courts Signature/Date | Prop. Employee's Signature/Date | Employee's Signature/Date |
| | 39. Auctioned: | | |
| Judge's Signature/Date | Employee's Signature/Date | Owner/Finder's Signature/Date | Witness's Signature/Date |

PC 005161

DOJ-FOIA 000232
DOJ-FOIA 000232

**CHARLOTTE-MECKLENBURG POLICE**
**PROPERTY REPORT** (FORM A-31 10/93)

1. Property Status: ☒ Evidence ☐ Found ☐ Asset Forfeiture ☐ OTHER (Explain)

2. Control Number: 15 1 1

3. Complaint Number: McC 25 - 1711 02

4. Date/Time Impounded: 15 July 96   1219

5. Person Impounded From: Allen, Donald Lee

6. Location Impounded From: 825 E. Fourth St

7. Owner's Name:

8. Owner's Address:

9. Owner's Phone #:

10. Property Bureau: Shelf No. | Bin No. | Vault

11. Property Finder's Name:

12. Property's Finder's Address:

13. Property Finder's Phone #:

| 14. Item # | 15. Item | 16. Quantity | 17. Manufacturer | 18. Model | 19. Serial # | 20. Color or Finish | 21. Value | 22. Other Identifying Features |
|---|---|---|---|---|---|---|---|---|
| 4 | lg Env | 1 | Conboy night _ _ vid box-MPA - Jempty - 5 bullets | | | | | |
| 5 | lg Env | 1 | Walnut point mh mm _ _ clipin frms interior of #4 | | | | | |
|  |  |  |  |  |  |  |  |  |

23. Assignment: FIB

24. Offense Involved: Homicide

26. Laboratory Examination: ☐ Yes ☐ No

Does evidence listed above relate to any other than one identified by block 3 ☐ Yes ☐

28. Complaint # of Related Case:

29. Arrest Number:

33. I hereby certify that the above list represents all property taken from my possession and that I have received a copy of this report.
Signature _____

| 34. | 35. Reason | 36. Date/Time | 34. Received By | 35. Reason | 36. Date/Time |
|---|---|---|---|---|---|
|  | Thya ?  | 71.-/2  /2.2 |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

37. Court Disposition:
☐ Confiscate and/or Destroy   Item Numbers
☐ Return to Owner   Item Numbers
☐ Hold by Court   Item Numbers

Judge's Signature/Date

38. Released to Clerk of Court:
_____
Clerk of Courts Signature/Date

39. Auctioned:
_____
Employee's Signature/Date

40. Returned to Owner/Finder:
_____
Prop. Employee's Signature/Date
_____
Owner/Finder's Signature/Date

41. Destroyed:
_____
Employee's Signature/Date
_____
Witness's Signature/Date

PC - 005762

DOJ-FOIA 000233
DOJ-FOIA 000233

# CHARLOTTE POLICE PROPERTY REPORT

(FORM A-31 7/86)

| 1. Property Status | 2. Control Number | 3 Complaint Number |
|---|---|---|
| ☒Evidence ☐Found ☐Probate | 14274 | 960624-210002 |

| 4. Date/Time Impounded | 5. Person Impounded From | 6. Location Impounded From |
|---|---|---|
| 24 JUNE 96 2100 | | 5610 E INDEPENDENCE BV |

| 7 Owner's Name | 8. Owner's Address | 9. Owner's Phone # | 10. Property Bureau Shelf No. | Bin No. | Vault |
|---|---|---|---|---|---|
| DONALD DUEN | | | | | |

| 11. Property Finder's Name | 12. Property's Finder's Address | 13. Property Finder's Phone # | | | |

LEC

| 14. Item # | 15. Item | 16. Quantity | 17. Manufacturer | 18. Model | 19. Serial # | 20. Color or Finish | 21. Value | 22. Other Identifying Features |
|---|---|---|---|---|---|---|---|---|
| 1 | VEHICLE | 1 | HONDA | PRELUDE | JHMBA8142PC00 4261 | BLUE | $16,000 | TINTO WINDOWS |
| ● | | | TOWED TO EASTWAY DR FROM LEC ON 7-15-96 2:15 TOW-IN # 08896 — HOUSTER PER JUDGE'S AUTHORIZATION | | | | | 6/25/96 0075 |

AUG 28 1996

| 23. Patrol District | 24 Offense Involved | 26. Laboratory Examination | 27. Does evidence listed above relate to any case other than one identified by block 3 |
|---|---|---|---|
| B:3 | MISSING PERSON | ☐ Yes ☒ No | ☐ Yes ☒ No |

28 Complaint # of Related Case

33 I hereby certify that the above list represents all property taken from my possession and that I have received a copy of this report

Signature

| | 35. Reason | 36. Date/Time | 34. Received By | 35. Reason | 36. Date/Time |
|---|---|---|---|---|---|
| | Graap | 6.25 96 /1841 | | | |

| 37 Court Disposition | 38. Released to Clerk of Court | 40. Returned to Owner/Finder: | 41. Destroyed: |
|---|---|---|---|
| ☐ Confiscate and/or Destroy — Item Numbers | | | |
| ☐ Return to Owner — Item Numbers | Clerk of Courts Signature/Date | Prop Employee's Signature/Date | Employer's Signature/Date |
| ☐ Hold by Court — Item Numbers | 39. Auctioned: | | |
| Judge's Signature/Date | Employee's Signature/Date | Owner/Finder's Signature/Date | Witness's Signature/Date |

PC - 005763

DOJ-FOIA 000234
DOJ-FOIA 000234

# Eastway Wrecker Service

5501 N. SHARON AMITY RD.
CHARLOTTE, N.C. 28215
*(704) 566-9277*

## TOW IN AND STORAGE REPORT

AUG 26 1996   № 36896

OFFICER NAME _____   DRIVERS _____   DATE 7-15-96   TIME 1530

OFFICER CODE _____

b6
b7C

WHERE STORED __EASTWAY WORK__   YEAR 94   MAKE HONDA

COLOR __BLUE/BLUE__ STYLE __2DR PRELUDE__ LIC. NO. __D/A.__   SERIAL JHM BA8142R C004261

OWNER OR DRIVER __N/A.__   ADDRESS _____

WHERE SEIZED __825 E. 4th St.   LEC__   REASON __EVIDENCE__

REMARKS __Hold Per__   WRECKER CHARGE _____

__ADA__

| | | |
|---|---|---|
| COUNTY | $45.00 | |
| CITY TOW | $45.00 | DOLLY CHARGE _____ |
| DOLLY | $10.00 | |
| OVERTURN | $10.00 | OVERTURN CHARGE _____ |
| WINCH | $10.00 | |
| WAITING TIME | $10.00 | OTHER CHARGES _____ |

DATE RELEASED _____

RELEASED BY _____   ___ DAYS STORAGE AT $5.00 _____

RELEASED TO _____   TOTAL CHARGE _____

WHITE AND PINK COPY TO RECORDS      (BLUE COPY TO TOWING OFFICER WHEN RELEASED)      BLUE COPY TO WRECKER COMPANY

PC - 005

DOJ-FOIA 000235
DOJ-FOIA 000235

# CHARLOTTE-MECKLENBURG POLICE DEPARTMENT

TO: CRIME LABORATORY
SUBJECT: **REQUEST FOR LATENT FINGERPRINT COMPARISON**

b6
b7C

**For Lab Use Only**
Comp. No. _____
Lab No. _____
AUG 26 1996

REQUESTING OFFICER: [ ] _____CODE NO: [ ]

BUREAU OR TEAM: ____LIB_____DATE OF REQUEST ____7-1-96____

The following subject has been identified as a possible suspect in our current investigation:

Defendant's Name AQUILIA MARCIVICCI BARNETTE Sex __M__ Race __B__ DOB. 7-7-73

Defendant's Address ____3413 WEST BLVD, CHARLOTTE, N.C.____

Subject has: ☒ Old or Prior Arrest Under ID # ____181573____

☒ Recent Arrest: Date __6-28-96__, Arrest # __886101__, Comp. # _____
960625 171602

☒ Check subject's fingerprints against the below list of victims:

| | Comp. No. | Crime | Case Name (Victim) | Address |
|---|---|---|---|---|
| 1. | 960625 171602 | MURDER | DONALD LEE ALLEN | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

☐ Check subject's fingerprints against type crime in district listed below:

Type Crime _____Specific Area or Team:

Area _____

Team _____

## LABORATORY RESULTS

☐ Latent fingerprint comparisons have been made between the suspect and the crimes listed above with negative results. (Note: "N.P." beside suspect's name indicates that no fingerprints are in our fingerprint files under the name designated.)

☐ Latent fingerprint comparisons have been made on the above suspect with positive results. A laboratory report concerning the results of this examination will follow.

TECHNICIAN _____ DATE _____

Form 0-44-PD   1/79

PC - 005765

DOJ-FOIA 000236
DOJ-FOIA 000236

LABORATORY EXAMINATION REQUEST FORM

| 1. Control No. | 2. Complaint No. |
|---|---|
| 14949 | 960626 171602 |

3. Crime or Offense
MURDER / ROBBERY

4 Date
6-26-96

5. Time
1716

6. Location
3800 BILLY GRAHAM PKWY

7. Victim's Name
DONALD LEE ALLEN

11. Suspect's Name (or Defendant)
AQUILIA M. BARNETTE

8. Address

12. Address

9. Race  W
10. Sex  M
13. Race  B
14. Sex  M
15. Arrest

16. Description of Evidence to be Examined:

1. PELLETS

2. WADDING

17. Summary of the Relationship Between the Evidence to be Examined and the Elements of the Offense:

THE VICTIM OWNS A '94 HONDA PRELUDE WHICH WAS CARJACKED AT THE ABOVE LOCATION FROM THE VICTIM. VICTIM SHOT & KILLED AT ABOVE LOCATION

18. What Specific Facts do you want the analysis to demonstrate?

1. ARE PELLETS CONSISTENT W/ WHAT SHOULD BE FOUND IN SPENT SHOT SHELLS

2. WADDING – SINCE WEAPON SAWED-OFF, CAN WADDINGS BE MATCHED BACK TO WEAPON BY ROUGH EDGED END OF BARREL

19. Can the Facts of this Analysis Assist in other Investigations? YES __ NO __
(If yes complete the section below)

| Complaint No. | Victim or Suspect | Officer in charge of ca |
|---|---|---|
| | | |

RELATED CASE EVIDENCE 960625 210002

b6
b7C

20. Officer Requesting Analysis
21. Code No.
22. Team or Section
7IB

23. Date of Request
6-27-96
24. Time of Request
2100 HRS.
25. Other Agency (Not CPD or MCPD)

PC - 005766

DOJ-FOIA 000237
DOJ-FOIA 000237

LABORATORY EXAMINATION REQUEST FORM

| | 1. Control No. 146666 | 2. Complaint No. 960626 171602 |
|---|---|---|
| 3. Crime or Offense MURDER / ROBBERY | 4 Date 6-26-96 | 5. Time 1716 AUG 28 1996 |
| 6. Location 3800 BILLY GRAHAM PWKY | | |
| 7. Victim's Name DONALD LEE ALLEN | 11. Suspect's Name (or defendant) AQUILIA M. BARNETTE | |
| 8. Address | 12. Address | |
| 9. Race W | 10. Sex M | 13. Race B | 14. Sex M | 15. Arrest N |

16. Description of Evidence to be Examined:

ITEM - 2 TUBES OF BLOOD - Δ's

17. Summary of the Relationship Between the Evidence to be Examined and the Elements of the Offense:

THE VICTIM OWNS A '94 HONDA PRELUDE WHICH WAS CARJACKED AT THE ABOVE LOCATION FROM THE VICTIM. VICTIM SHOT & KILLED AT ABOVE LOCATION

18. What Specific Facts do you want the analysis to demonstrate?

1. DEFENDANTS BLOOD, USE AS STD.
2. PATCH & FREEZE SAMPLES FOR ROANOKE, VA.

19. Can the Facts of this Analysis Assist in other Investigations? YES ___ NO ___
(If yes complete the section below)

| Complaint No. | Victim or Suspect | Officer in charge of cas |
|---|---|---|

RELATED CASE EVIDENCE 960625 210002      b6
b7C

| 20. Officer Requesting Analysis | 21. Code No | 22. Team or Section 7IB |
|---|---|---|
| 23. Date of Request 6-27-96 | 24. Time of Request 2100 HRS. | 25. Other Agency (Not CPD or MCPD) |

PC - 005767

DOJ-FOIA 000238
DOJ-FOIA 000238

LABORATORY EXAMINATION REQUEST FORM

| | 1. Control No. | 2. Complaint No. |
|---|---|---|
| | 14497 | 960625 210002 |

| 3. Crime or Offense | 4 Date | 5. Time |
|---|---|---|
| MURDER / ROBBERY | 6-25-96 | 2100 |

6. Location
INDEPENDENCE BLVD., & IDLEWILD RD.

| 7. Victim's Name | 11. Suspect's Name (or defendant) |
|---|---|
| DONALD LEE ALLEN | AQUILIA M. BARNETTE |

| 8. Address | 12. Address |
|---|---|

| 9. Race W | 10. Sex M | 13. Race B | 14. Sex M | 15. Arrest No |
|---|---|---|---|---|

16. Description of Evidence to be Examined:

ITEM 34 — CHROME TAIL PIPES

17. Summary of the Relationship Between the Evidence to be Examined and the Elements of the Offense:

THE VICTIM OWNS A '94 HONDA PRELUDE WHICH WAS CARJACKED FROM THE VICTIM. THE DEFENDANT SHOT & KILLED OWNER. DEFENDANT KILLED SECOND IN VIRGINIA THEN RETURNED TO CHARLOTTE VIA KNOXVILLE

18. What Specific Facts do you want the analysis to demonstrate?

1. DIAMETER OF CHROME PIPE HAS STICKY SUBSTANCE. IS THIS CONSISTENT W/ DUCT-TAPE.
***  2. PRINT CHROME FOR LATENT LIFTS.

19. Can the Facts of this Analysis Assist in other Investigations? YES __ NO __
(If yes complete the section below)

| Complaint No. | Victim or Suspect | Officer in charge of cas |
|---|---|---|

RELATED CASE EVIDENCE 960626171602

| 20. Officer Requesting Analysis | 21. Code No. | 22. Team or Section  b6 b7c  7IB |
|---|---|---|
| 23. Date of Request 6-27-96 | 24. Time of Request 2100 | 25. Other Agency (Not CPD or MCPD) |

PC - 005768

DOJ-FOIA 000239
DOJ-FOIA 000239