LABORATORY EXAMINATION REQUEST FORM

| | 1. Control No. 14381 | 2. Complaint No. 960625 210002 |
|---|---|---|
| 3. Crime or Offense  MURDER / ROBBERY | 4. Date  6-25-96 | 5. Time  2100 |

AUG 26 1996

6. Location  INDEPENDENCE BLVD., & IDLEWILD RD.

| 7. Victim's Name  DONALD LEE ALLEN | 11. Suspect's Name (or defendant)  AQUILIA M. BARNETTE |
|---|---|
| 8. Address | 12. Address |
| 9. Race  W | 10. Sex  M | 13. Race  B | 14. Sex  M | 15. Arrest No |

16. Description of Evidence to be Examined:

ITEM 1 – WINCHESTER

2 – LIVE SHOT SHELLS

3 – TAN GYM BAG

17. Summary of the Relationship Between the Evidence to be Examined and the Elements of the Offense:

THE VICTIM OWNS A '94 HONDA PRELUDE WHICH WAS CARJACKED FROM THE VICTIM. THE DEFENDANT SHOT & KILLED OWNER. DEFENDANT KILLED SECOND IN VIRGINIA THEN RETURNED TO CHARLOTTE VIA KNOXVILLE

18. What Specific Facts do you want the analysis to demonstrate?  1. CHECK FOR LATENTS IN BLOOD – DEFENDANT CUT FINGER

2. COLLECT BLOOD & COMPARE TO DEFENDANT'S STD.

3. PRINT WEAPON

4. MAKE-MODEL-GAUGE-BARREL LENGTH-OVER-ALL LENGTH, OPERATION, COMPARE TO OPEN FILE OF THE SHOTGUN

5. PRINT CROW BAR, BOLT CUTTERS, AMMUNITION

19. Can the Facts of this Analysis Assist in other Investigations? YES __ NO __  (If yes complete the section below)

Complaint No. ____ Victim or Suspect ____ Officer in charge of case  6. CHECK FOR RED CHIPS IN TAN BAG, COMPARE TO METHANOL TAPINGS FROM TRUNK.  7. COMPARE RED CHIPS ON ELEC. TAPE ON SHOTGUN TO METHANOL TAPINGS FROM TRUNK.

RELATED CASE EVIDENCE 960626171602

8. BRAND-GAUGE OF AMMUNITION

| 20. Officer Requesting Analysis | 21 Code No. | 22. Team or Section  7IB |
|---|---|---|
| 23. Date of Request  6-27-96 | 24. Time of Request  2100 | 25. Other Agency (Not CPD or MCPD) |

b6

PC - 005769

DOJ-FOIA 000240  
DOJ-FOIA 000240

LABORATORY EXAMINATION REQUEST FORM

| 1. Control No. 14380 | 2. Complaint No. 9600625 210002 |
|---|---|

| 3. Crime or Offense MURDER / ROBBERY | 4. Date 6-25-96 | 5. Time 2100 |
|---|---|---|

6. Location INDEPENDENCE BLVD., & IDLEWILD RD.

AUG 26 1996

| 7. Victim's Name DONALD LEE ALLEN | 11. Suspect's Name (or defendant) AQUILIA M. BARNETTE |
|---|---|
| 8. Address | 12. Address |

| 9. Race W | 10. Sex M | 13. Race B | 14. Sex M | 15. Arrest No |
|---|---|---|---|---|

16. Description of Evidence to be Examined:

ITEMS 8 17" HOSE W/ DUCT TAPE

2- USED ROLLS DUCT TAPE

17. Summary of the Relationship Between the Evidence to be Examined and the Elements of the Offense:

THE VICTIM OWNS A '94 HONDA PRELUDE WHICH WAS CARJACKED FROM THE VICTIM. THE DEFENDANT SHOT & KILLED OWNER. DEFENDANT KILLED SECOND IN VIRGINIA THEN RETURNED TO CHARLOTTE VIA KNOXVILLE

18. What Specific Facts do you want the analysis to demonstrate?

1. DUCT TAPE ON HOSE: CAN ENDS BE MATCHED TO ONE OF TWO ROLLS

2. PRINT DUCT TAPE & ROLLS ON ROLL & HOSE IF POSSIBLE

19. Can the Facts of this Analysis Assist in other Investigations? YES __ NO __ (If yes complete the section below)

| Complaint No. | Victim or Suspect | Officer in charge of cas |
|---|---|---|
| | | |

RELATED CASE EVIDENCE 960626171602

b6
b7C

| 20. Officer Requesting Analysis | 21. Code No. | 22. Team or Section 7IB |
|---|---|---|
| 23. Date of Request 6-27-96 | 24. Time of Request 2100 | 25. Other Agency (Not CPD or MCPD) |

PC - 005770

DOJ-FOIA 000241
DOJ-FOIA 000241

Form No. A-23RR

LABORATORY EXAMINATION REQUEST FORM

| | 1. Control No. 14379 | 2. Complaint No. 960625 210002 |
|---|---|---|

| 3. Crime or Offense MURDER / ROBBERY | 4 Date 6-25-96 | 5. Time 2100 |
|---|---|---|

6. Location
INDEPENDENCE BLVD., & IDLEWILD RD.

JUN 26 1996

| 7. Victim's Name DONALD LEE ALLEN | 11. Suspect's Name (or defendant) AQUILIA M. BARNETTE |
|---|---|
| 8. Address | 12. Address |

| 9. Race W | 10. Sex M | 13. Race B | 14. Sex M | 15. Arrest No |
|---|---|---|---|---|

16. Description of Evidence to be Examined:

ITEMS 3 METHANOL TAPINGS
12. BLOOD (DUMPSTER)

17. Summary of the Relationship Between the Evidence to be Examined and the Elements of the Offense:

THE VICTIM OWNS A '94 HONDA PRELUDE WHICH WAS CARJACKED FROM THE VICTIM. THE DEFENDANT SHOT & KILLED OWNER. DEFENDANT KILLED SECOND IN VIRGINIA THEN RETURNED TO CHARLOTTE VIA KNOXVILLE

18. What Specific Facts do you want the analysis to demonstrate?

1. COMPARE METHANOL TAPINGS AGAINST DEFENDANT'S HAIR STDS.
2. COMPARE METHANOL TAPINGS (RED CHIPS) AGAINST METHANOL TAPINGS IN TRUNK
3. COMPARE BLOOD AGAINST DEFENDANT'S BLOOD

19. Can the Facts of this Analysis Assist in other Investigations? YES ___ NO ___
(If yes complete the section below)

| Complaint No. | Victim or Suspect | Officer in charge of cas |
|---|---|---|
| | | |
| | | |

RELATED CASE EVIDENCE 960626171602

| 20. Officer Requesting Analysis | 21 Code No | 22. Team or Section 7IB |
|---|---|---|
| 23. Date of Request 6-27-96 | 24. Time of Request 2100 | 25. Other Agency (Not CPD or MCPD) |

Form No. 1 CPD 1/81

b6
b7C

PC - 005771

DOJ-FOIA 000242
DOJ-FOIA 000242

LABORATORY EXAMINATION REQUEST FORM

| 1. Control No. | 2. Complaint No. |
|---|---|
| 14378 | 960625 210002 |

| 3. Crime or Offense | 4. Date | 5. Time |
|---|---|---|
| MURDER / ROBBERY | 6-25-96 | 2100 |

AUG 26 1996

6. Location
INDEPENDENCE BLVD., & IDLEWILD RD.

| 7. Victim's Name | 11. Suspect's Name (or defendant) |
|---|---|
| DONALD LEE ALLEN | AQUILIA M. BARNETTE |

| 8. Address | 12. Address |
|---|---|

| 9. Race | 10. Sex | 13. Race | 14. Sex | 15. Arrest N |
|---|---|---|---|---|
| W | M | B | M | |

16. Description of Evidence to be Examined:

ITEMS 15-16-17 METHANOL TAPINGS

17. Summary of the Relationship Between the Evidence to be Examined and the Elements of the Offense:

THE VICTIM OWNS A '94 HONDA PRELUDE WHICH WAS CARJACKED FROM THE VICTIM. THE DEFENDANT SHOT & KILLED OWNER. DEFENDANT KILLED SECOND IN VIRGINIA THEN RETURNED TO CHARLOTTE VIA KNOXVILL

18. What Specific Facts do you want the analysis to demonstrate?

COMPARE METHANOL TAPINGS (TRACE) AGAINST DEFENDANTS HAIR STDS.

19. Can the Facts of this Analysis Assist in other Investigations? YES __ NO __
(If yes complete the section below)

| Complaint No. | Victim or Suspect | Officer in charge of ca |
|---|---|---|
| | | |

RELATED CASE EVIDENCE 960626171602

b6
b7C

| 20. Officer Requesting Analysis | 21. Code No. | 22. Team or Section |
|---|---|---|
| | | 7IB |

| 23. Date of Request | 24. Time of Request | 25. Other Agency (Not CPD or MCPD) |
|---|---|---|
| 6-27-96 | 2100 | |

PC - 005772

DOJ-FOIA 000243
DOJ-FOIA 000243

LABORATORY EXAMINATION REQUEST FORM

| | 1. Control No. | 2. Complaint No. |
|---|---|---|
| | 14313 | 960626 171602 |

| 3. Crime or Offense | 4 Date | 5. Time |
|---|---|---|
| MURDER / ROBBERY | 6-26-96 | 1716 |

6. Location
3800 BILLY GRAHAM PKWY

JUL 26 1996

| 7. Victim's Name | 11. Suspect's Name (or defendant) |
|---|---|
| DONALD LEE ALLEN | AQUILIA M. BARNETTE |
| 8. Address | 12. Address |

| 9. Race W | 10. Sex M | 13. Race B | 14. Sex M | 15. Arrest N |
|---|---|---|---|---|

16. Description of Evidence to be Examined:

ITEM 1 - HAIR STDS from DEFENDANT

17. Summary of the Relationship Between the Evidence to be Examined and the Elements of the Offense:

THE VICTIM OWNS A '94 HONDA PRELUDE WHICH WAS CARJACKED AT THE ABOVE LOCATION FROM THE VICTIM. VICTIM SHOT & KILLED AT ABOVE LOCATION

18. What Specific Facts do you want the analysis to demonstrate?

1. USE AS STDS., TO COMPARE TO METHANOL TAPINGS

19. Can the Facts of this Analysis Assist in other Investigations? YES __ NO __
(If yes complete the section below)

| Complaint No. | Victim or Suspect | Officer in charge of ca |
|---|---|---|
| | | |

RELATED CASE EVIDENCE 960625 210002     b6
                                         b7C

| 20. Officer Requesting Analysis | 21. Code No | 22. Team or Section |
|---|---|---|
| | | 7IB |

| 23. Date of Request | 24. Time of Request | 25. Other Agency (Not CPD or MCPD) |
|---|---|---|
| 6-27-96 | 2100 HRS. | PC 005773 |

DOJ-FOIA 000244
DOJ-FOIA 000244

LABORATORY EXAMINATION REQUEST FORM

| 1. Control No. 14374 | 2. Complaint No. 960625 210002 |
|---|---|

3. Crime or Offense
MURDER / ROBBERY

| 4. Date 6-25-96 | 5. Time 2100 |

6. Location
INDEPENDENCE BLVD, & IDLEWILD RD.

| 7. Victim's Name DONALD LEE ALLEN | 11. Suspect's Name (or defendant) AQUILIA M. BARNETTE |
|---|---|
| 8. Address | 12. Address |

| 9. Race W | 10. Sex M | 13. Race B | 14. Sex M | 15. Arrest N |

16. Description of Evidence to be Examined:

ITEM 18 SHOT SHELL (LIVE)

17. Summary of the Relationship Between the Evidence to be Examined and the Elements of the Offense:

THE VICTIM OWNS A '94 HONDA PRELUDE WHICH WAS CARJACKED FROM THE VICTIM. THE DEFENDANT SHOT & KILLED OWNER. DEFENDANT KILLED SECOND IN VIRGINIA THEN RETURNED TO CHARLOTTE VIA KNOXVILL

18. What Specific Facts do you want the analysis to demonstrate?

1. FINGERPRINT SHOT SHELL & COMPARE TO DEFENDANT.

2. BRAND - GUAGE SHOT SHELL

19. Can the Facts of this Analysis Assist in other Investigations? YES ___ NO ___
(If yes complete the section below)

| Complaint No. | Victim or Suspect | Officer in charge of ca |
|---|---|---|

RELATED CASE EVIDENCE 960626171602

| 20. Officer Requesting Analysis | 21. Code No. | 22. Team or Section 7IB |
|---|---|---|
| 23. Date of Request 6-27-96 | 24. Time of Request 2100 | 25. Other Agency (Not CPD or MCPD) |

b6
b7C

PC - 005774

Form No.

DOJ-FOIA 000245
DOJ-FOIA 000245

LABORATORY EXAMINATION REQUEST FORM

| | '1. Control No. 14376 | 2. Complaint No. 960625 210002 |
|---|---|---|
| 3. Crime or Offense MURDER / ROBBERY | 4 Date 6-25-96 | 5. Time 2100 |

6. Location
INDEPENDENCE BLVD., & IDLEWILD RD.

| 7. Victim's Name DONALD LEE ALLEN | 11. Suspect's Name (or defendant) AQUILIA M. BARNETTE AUG 26 1996 |
|---|---|
| 8. Address | 12. Address |

| 9. Race W | 10. Sex M | 13. Race B | 14. Sex M | 15. Arrest No |
|---|---|---|---|---|

16. Description of Evidence to be Examined:

ITEM 26   RED PAINT FLECKS

17. Summary of the Relationship Between the Evidence to be Examined and the Elements of the Offense:

THE VICTIM OWNS A '94 HONDA PRELUDE WHICH WAS CARJACKED FROM THE VICTIM. THE DEFENDANT SHOT & KILLED OWNER. DEFENDANT KILLED SECOND IN VIRGINIA THEN RETURNED TO CHARLOTTE VIA KNOXVILLE

18. What Specific Facts do you want the analysis to demonstrate?

1. COMPARE PAINT TO PAINT ATTACHED TO BLACK TAPE ON SHOTGUN #14381

19. Can the Facts of this Analysis Assist in other Investigations? YES __ NO __
(If yes complete the section below)

| Complaint No. | Victim or Suspect | Officer in charge of cas |
|---|---|---|
| | | |

RELATED CASE EVIDENCE 960626171602

b6
b7C

| 20. Officer Requesting Analysis | 21. Code No. | 22. Team or Section 7IB |
|---|---|---|
| 23. Date of Request 6-27-96 | 24. Time of Request 2100 | 25. Other Agency (Not CPD or MCPD) |

PC - 005775

Form No.

DOJ-FOIA 000246
DOJ-FOIA 000246

LABORATORY EXAMINATION REQUEST FORM

| | |
|---|---|
| 1. Control No. 14275 | 2. Complaint No. 960625 210002 |

3. Crime or Offense MURDER / ROBBERY    4 Date 6-25-96    5. Time 2100

6. Location
INDEPENDENCE BLVD., & IDLEWILD RD.

7. Victim's Name
DONALD LEE ALLEN

11. Suspect's Name (or defendant)
AQUILIA M. BARNETTE   AUG 26 1996

8. Address

12. Address

9. Race   W    10. Sex   M

13. Race   B    14. Sex   M    15. Arrest No

16. Description of Evidence to be Examined:

     1. LICENSE TAG

17. Summary of the Relationship Between the Evidence to be Examined and the
Elements of the Offense:

THE VICTIM OWNS A '94 HONDA PRELUDE WHICH

WAS CARJACKED FROM THE VICTIM. THE DEFENDANT

SHOT & KILLED OWNER. DEFENDANT KILLED SECOND

IN VIRGINIA THEN RETURNED TO CHARLOTTE VIA KNOXVILLE

18. What Specific Facts do you want the analysis to demonstrate?

   1. STATE LICENSE PLATE ISSUED BY.

   2. FINGERPRINT LICENSE PLATE & COMPARE

     TO DEFENDANT

19. Can the Facts of this Analysis Assist in other Investigations? YES __ NO __
(If yes complete the section below)

| Complaint No. | Victim or Suspect | Officer in charge of case |
|---|---|---|
| | | |
| | | |

RELATED CASE EVIDENCE 960626171602

| 20. Officer Requesting Analysis | 21. Code No. | 22. Team or Section 7IB |
|---|---|---|
| 23. Date of Request 6-27-96 | 24. Time of Request 2100 | 25. Other Agency (Not CPD or MCPD) |

b6
b7C

PC - 005776

Form No. A-22DD    2/91

DOJ-FOIA 000247
DOJ-FOIA 000247

```
LABORATORY EXAMINATION REQUEST FORM
```

| | 1. Control No. 14350 | 2. Complaint No. 960626 171602 |
|---|---|---|
| 3. Crime or Offense  MURDER / ROBBERY | 4 Date  6-26-96 | 5. Time  1716 |
| 6. Location  3800 BILLY GRAHAM PKWY | | AUG 26 1996 |
| 7. Victim's Name  DONALD LEE ALLEN | 11. Suspect's Name (or defendant)  AQUILIA M. BARNETTE | |
| 8. Address | 12. Address | |
| 9. Race  W | 10. Sex  M | 13. Race  B | 14. Sex  M | 15. Arrest No |

16. Description of Evidence to be Examined:

ITEMS 2 FEDERAL SPENT SHELL

3 FEDERAL SPENT SHELL

17. Summary of the Relationship Between the Evidence to be Examined and the Elements of the Offense:

THE VICTIM OWNS A '94 HONDA PRELUDE WHICH WAS

CARJACKED AT THE ABOVE LOCATION FROM THE VICTIM.

VICTIM SHOT & KILLED AT ABOVE LOCATION

18. What Specific Facts do you want the analysis to demonstrate?

1. FINGERPRINT SHELL CASINGS & COMPARE TO DEFENDANT

2. COMPARE SHOT SHELL TO SHOTGUN #14381

3. COMPLETE DESCRIPTION OF SHELLS

19. Can the Facts of this Analysis Assist in other Investigations? YES ___ NO ___
(If yes complete the section below)

| Complaint No. | Victim or Suspect | Officer in charge of case |
|---|---|---|
| | | |

RELATED CASE EVIDENCE 960625 210002

| 20. Officer Requesting Analysis | 21. Code No. | 22. Team or Section  b6  b7C  7IB |
|---|---|---|
| 23. Date of Request  6-27-96 | 24. Time of Request  2100 HRS. | 25. Other Agency (Not CPD or MCPD) |

PC - 005777

Form No. A-2200    2/81

DOJ-FOIA 000248
DOJ-FOIA 000248

LABORATORY EXAMINATION REQUEST FORM

| | 1. Control No. | 2. Complaint No. |
|---|---|---|
| | 14352 | 960626 171602 |

| 3. Crime or Offense | 4 Date | 5. Time |
|---|---|---|
| MURDER / ROBBERY | 6-26-96 | 1716 |

AUG 26 1996

6. Location
3800 BILLY GRAHAM PWKY

| 7. Victim's Name | 11. Suspect's Name (or defendant) |
|---|---|
| DONALD LEE ALLEN | AQUILIA M. BARNETTE |
| 8. Address | 12. Address |

| 9. Race W | 10. Sex M | 13. Race B | 14. Sex M | 15. Arrest N |
|---|---|---|---|---|

16. Description of Evidence to be Examined:

ITEMS 5 FEDERAL SPENT SHELL

6 SHOT WADDING

17. Summary of the Relationship Between the Evidence to be Examined and the Elements of the Offense:

THE VICTIM OWNS A '94 HONDA PRELUDE WHICH WAS
CARJACKED AT THE ABOVE LOCATION FROM THE VICTIM.
VICTIM SHOT & KILLED AT ABOVE LOCATION

18. What Specific Facts do you want the analysis to demonstrate?

1. FINGERPRINT SHOTSHELL & COMPARE
   TO DEFENDANT
2. COMPARE SHOTSHELL TO SHOTGUN #14381
3. COMPLETE DESCRIPTION OF AMMUNITION
4. SHOT WADDING BELONG TO FEDERAL AMMUNITION

b6
b7c

19. Can the Facts of this Analysis Assist in other Investigations? YES __ NO __
(If yes complete the section below)

| Complaint No. | Victim or Suspect | Officer in charge of cas |
|---|---|---|
| | | |
| | | |

RELATED CASE EVIDENCE 960625 210002

| 20. Officer Requesting Analysis | 21. Code No. | 22. Team or Section |
|---|---|---|
| | | 7IB |

| 23. Date of Request | 24. Time of Request | 25. Other Agency (Not CPD or MCPD) |
|---|---|---|
| 6-27-96 | 2100 HRS. | |

PC - 005778

DOJ-FOIA 000249
DOJ-FOIA 000249

LABORATORY EXAMINATION REQUEST FORM

| | | |
|---|---|---|
| **1. Control No.** 14370 | **2. Complaint No.** 960625 210002 |

**3. Crime or Offense**
MURDER / ROBBERY

**4. Date** 6-25-96

**5. Time** 2100

AUG 26 1996

**6. Location**
INDEPENDENCE BLVD., & IDLEWILD RD.

**7. Victim's Name**
DONALD LEE ALLEN

**11. Suspect's Name (or defendant)**
AQUILIA M. BARNETTE

**8. Address**

**12. Address**

**9. Race** W

**10. Sex** M

**13. Race** B

**14. Sex** M

**15. Arrest No**

**16. Description of Evidence to be Examined:**

ITEMS 20 HANDCUFFS

30 FLASHLIGHT

32 S.C. LICENSE PLATE

**17. Summary of the Relationship Between the Evidence to be Examined and the Elements of the Offense:**

THE VICTIM OWNS A '94 HONDA PRELUDE WHICH WAS CARJACKED FROM THE VICTIM. THE DEFENDANT SHOT & KILLED OWNER. DEFENDANT KILLED SECOND IN VIRGINIA THEN RETURNED TO CHARLOTTE VIA KNOXVILLE

**18. What Specific Facts do you want the analysis to demonstrate?**

1. FINGERPRINT ALL ITEMS & COMPARE TO THE DEFENDANT
{ NOT SURE IF ITEM 32 WAS PRINTED }

**19. Can the Facts of this Analysis Assist in other Investigations? YES __ NO __**
(If yes complete the section below)

| Complaint No. | Victim or Suspect | Officer in charge of cas |
|---|---|---|
| | | |
| | | |

RELATED CASE EVIDENCE 960626171602

b6
b7c

**20. Officer** | **alysis** | **22. Team or Section** 7IB

**23. Date of Request** 6-27-96 | **24. Time of Request** 2100 | **25. Other Agency (Not CPD or MCPD)**

PC - 005779

DOJ-FOIA 000250
DOJ-FOIA 000250

LABORATORY EXAMINATION REQUEST FORM

| | 1. Control No. | 2. Complaint No. |
|---|---|---|
| | 14374 | 960625 210002 |

| 3. Crime or Offense | 4 Date | 5. Time |
|---|---|---|
| MURDER / ROBBERY | 6-25-96 | 2100 AUG 26 1996 |

6. Location
INDEPENDENCE BLVD., & IDLEWILD RD.

| 7. Victim's Name | 11. Suspect's Name (or defendant) |
|---|---|
| DONALD LEE ALLEN | AQUILIA M. BARNETTE |

| 8. Address | 12. Address |
|---|---|
| | |

| 9. Race W | 10. Sex M | 13. Race B | 14. Sex M | 15. Arrest No |
|---|---|---|---|---|

16. Description of Evidence to be Examined:

ITEMS 5 SEARS BAG

11 LETTERS

13 GARDEN HOSE WRAPPER

17. Summary of the Relationship Between the Evidence to be Examined and the Elements of the Offense:

THE VICTIM OWNS A '94 HONDA PRELUDE WHICH WAS CARJACKED FROM THE VICTIM. THE DEFENDANT SHOT & KILLED OWNER. DEFENDANT KILLED SECOND IN VIRGINIA THEN RETURNED TO CHARLOTTE VIA KNOXVILLE

18. What Specific Facts do you want the analysis to demonstrate?

1. FINGERPRINT ALL ITEMS & COMPARE TO THE DEFENDANT.

19. Can the Facts of this Analysis Assist in other Investigations? YES __ NO __
(If yes complete the section below)

| Complaint No. | Victim or Suspect | Officer in charge of case |
|---|---|---|
| | | |

RELATED CASE EVIDENCE 960626171602

| 20. Office | | alysis | | 22. Team or Section b6 b7C 7IB |
|---|---|---|---|---|

| 23. Date of Request | 24. Time of Request | 25. Other Agency (Not CPD or MCPD) |
|---|---|---|
| 6-27-96 | 2100 | |

PC - 005780

Form No. A-0000 3/91

DOJ-FOIA 000251
DOJ-FOIA 000251

LABORATORY EXAMINATION REQUEST FORM

| | 1. Control No. | 2. Complaint No. |
|---|---|---|
| | 15996 | 960626 171602 |

3. Crime or Offense
MURDER / ROBBERY

4. Date 6-26-96

5. Time 1716

AUG 28 1996

6. Location
3800 BILLY GRAHAM PKWY

7. Victim's Name
DONALD LEE ALLEN

11. Suspect's Name (or defendant)
AQUILIA M. BARNETTE

. Address

12. Address

9. Race W

10. Sex M

13. Race B

14. Sex M

15. Arrest No.

16. Description of Evidence to be Examined:

ITEMS 12-13 BLOOD

17. Summary of the Relationship Between the Evidence to be Examined and the Elements of the Offense:

THE VICTIM OWNS A '94 HONDA PRELUDE WHICH WAS CARJACKED AT THE ABOVE LOCATION FROM THE VICTIM. VICTIM SHOT & KILLED AT ABOVE LOCATION

18. What Specific Facts do you want the analysis to demonstrate?

1. FREEZE BLOOD FOR FUTURE USE.

b6
b7C

19. Can the Facts of this Analysis Assist in other Investigations? YES __ NO __
(If yes complete the section below)

Complaint No.          Victim or Suspect          Officer in charge of case

RELATED CASE EVIDENCE 960625 210002

20. Officer requesting Analysis

22. Team or Section
FIB

23. Date of Request
6-27-96

24. Time of Request
2100 HRS.

25. Other Agency (Not CPD or MCPD)

PC - 005781

DOJ-FOIA 000252
DOJ-FOIA 000252

LABORATORY EXAMINATION REQUEST FORM

| | 1. Control No. 15997 | 2. Complaint No. 960626 171602 |
|---|---|---|
| 3. Crime or Offense MURDER / ROBBERY | 4 Date 6-26-96 | 5. Time 1716 |

AUG 26 1996

6. Location
3800 BILLY GRAHAM PWKY

| 7. Victim's Name DONALD LEE ALLEN | 11. Suspect's Name (or defendant) AQUILIA M. BARNETTE |
|---|---|
| 8. Address | 12. Address |
| 9. Race W    10. Sex M | 13. Race B    14. Sex M    15. Arrest No. |

16. Description of Evidence to be Examined:

ITEMS 6-11 BLOOD

17. Summary of the Relationship Between the Evidence to be Examined and the Elements of the Offense:

THE VICTIM OWNS A '94 HONDA PRELUDE WHICH WAS CARJACKED AT THE ABOVE LOCATION FROM THE VICTIM. VICTIM SHOT & KILLED AT ABOVE LOCATION

18. What Specific Facts do you want the analysis to demonstrate?

1. FREEZE BLOOD FOR FUTURE USE.

19. Can the Facts of this Analysis Assist in other Investigations? YES ___ NO ___
(If yes complete the section below)

Complaint No.          Victim or Suspect          Officer in charge of case

RELATED CASE EVIDENCE 960625 210002

b6
b7C

| 20. Office ___ | nalysis ___ | 22. Team or Section 7IB |
|---|---|---|
| 23. Date of Request 6-27-96 | 24. Time of Request 2100 HRS. | 25. Other Agency (Not CPD or MCPD) |

DOJ-FOIA 000253
DOJ-FOIA 000253

LABORATORY EXAMINATION REQUEST FORM

| | 1. Control No. 15998 | 2. Complaint No. 960626 1716 AUG 26 1996 |
|---|---|---|
| 3. Crime or Offense MURDER / ROBBERY | 4 Date 6-26-96 | 5. Time 1716 |

6. Location
3800 BILLY GRAHAM PKWY

| 7. Victim's Name DONALD LEE ALLEN | 11. Suspect's Name (or defendant) AQUILIA M. BARNETTE |
|---|---|
| 8. Address | 12. Address |
| 9. Race W 10. Sex M | 13. Race B 14. Sex M 15. Arrest No. |

16. Description of Evidence to be Examined:

ITEMS 1-2-3 CARPET & SEAT STDS.

17. Summary of the Relationship Between the Evidence to be Examined and the Elements of the Offense:

THE VICTIM OWNS A '94 HONDA PRELUDE WHICH WAS CARJACKED AT THE ABOVE LOCATION FROM THE VICTIM. VICTIM SHOT & KILLED AT ABOVE LOCATION

18. What Specific Facts do you want the analysis to demonstrate?

1. USE TO COMPARE TO METHANOL TADINGS.

19. Can the Facts of this Analysis Assist in other Investigations? YES __ NO __
(If yes complete the section below)

Complaint No.          Victim or Suspect          Officer in charge of case

RELATED CASE EVIDENCE 960625 210002

| 20. Offic | | Analysis | | 22. Team or Section 7IB |
|---|---|---|---|---|
| 23. Date of Request 6-27-96 | 24. Time of Request 2100 HRS. | 25. Other Agency (Not CPD or MCPD) | | |

b6
b7C

PC - 005783

DOJ-FOIA 000254
DOJ-FOIA 000254

JUL 25 1996

...me died of AIDS.

...early ignored ...re's heart pills. Mat-...ried Jared named a mystery woman head of Chase Internation- al...

**ANOTHER WORLD:** Lucy told Grant that Vicky, Jake, and the boys had returned to Bay City. At Ryan's grave, Grant presented Vicky with an order to appear in court or he gets custody of Kirkland. Jake agreed to go on the run with Vicky and the boys when she insisted she will not let Grant take her children away. Lucy tipped Grant about Vicky's plan to leave town. Someone is after the gold chain necklace that John gave Felicia. Donna admitted to Vicky that she is a suspect in the murder of Courtney and Blair. Michael gave Cass the missing evidence in the murder case, which Donna had tried to hide. The Bay City Stalker has Courtney's tape recorder. Cecile left for Europe after devastating Maggie with a confession that she lied about Cass being Maggie's father. Nick was stunned when Sofia said she is ready to make love with him. John was sad when he received a court date for his divorce from Sharlene.

**DAYS OF OUR LIVES:** Laura fumed when Jack tried to question Rachel, who was under the influence of psychotropic drugs, about Peter's connection to Jude. Later, Laura worried about what to do when a drugged Rachel told her that Jude and Peter had been working together. While Laura pondered whether to tell Jennifer about the Jude/Peter connection, Peter worried about what Rachel told Kristen worried Rachel has told Laura that she helped get to Marlena. When the wreckage was found, Jo and Kristen that he still John w that he could find no and Stefano's kept Mari help

**AS THE WORLD TURNS:** Mason was taken back to jail after a shootout with Nelson's men left Hal with a shoulder wound. Everyone was upset that Casey was found. FBI Agent Jones the search for Casey Tom and Margo man who came motion, told Jones that Casey Cas

PC - 005784

DOJ-FOIA 000255
DOJ-FOIA 000255

AUG 26 1996

Recycled Paper

**WAL★MART**
WE SELL FOR LESS
ALWAYS!
STORE #2310
KNOXVILLE, TN

ST# 2310 OP# 00000370 TE# 07 TR# 00014
COMPOZ        037513721203        2.58 J
2PK DSHCLTH   007175230004        0.97 J
              SUBTOTAL            3.55
TAX TABLE 1                       0.29
              TOTAL               3.84
              CASH TEND          10.00
              CHANGE DUE          6.16

TC# 269289635677656
THANK YOU FOR SHOPPING WITH US
THANK YOU FOR SHOPPING AT WAL-MART
06/23/96        07:44:24

PC - 005785

DOJ-FOIA 000256
DOJ-FOIA 000256

Form Approved: OMB No. 1512-0129

DEPARTMENT OF THE TREASURY — BUREAU OF ALCOHOL, TOBACCO, AND FIREARMS
**FIREARMS TRANSACTION RECORD**
**PART I — OVER-THE-COUNTER**

TRANSFEROR'S TRANSACTION
SERIAL NUMBER
_520089) p.185 5114_

NOTE: Prepare in original only. All entries on this form must be in ink. See Notices and Instructions on back.

**SECTION A — MUST BE COMPLETED PERSONALLY BY TRANSFEREE (BUYER) (See Notices and Instructions on reverse)**

| 1. TRANSFEREE'S (Buyer's) NAME (Last, First, Middle) | | 2. HEIGHT | 3. WEIGHT | 4. RACE |
|---|---|---|---|---|
| Barnette, Mario Vonkeith | ☑ MALE ☐ FEMALE | 5-5 | 150 | Black |

| 5. RESIDENCE ADDRESS (No., Street, City, County, State, ZIP Code) | 6. DATE OF BIRTH | | | 7. PLACE OF BIRTH (City and State or City and Foreign Country) |
|---|---|---|---|---|
| 1616 Keswick Ave NE     Roanoke County<br>Roanoke, VA. 24612 | MONTH<br>07 | DAY<br>12 | YEAR<br>76 | Charlotte, N.C. |

8. CERTIFICATION OF TRANSFEREE (Buyer)—An untruthful answer may subject you to criminal prosecution. Each question must be answered with a "yes" or a "no" inserted in the box at the right of the question:

| a. Are you under indictment or information* in any court for a crime punishable by imprisonment for a term exceeding one year? *A formal accusation of a crime made by a prosecuting attorney, as distinguished from an indictment presented by a grand jury. | NO | c. Are you a fugitive from justice? | NO |
|---|---|---|---|
| | | d. Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? | NO |
| b. Have you been convicted in any court of a crime punishable by imprisonment for a term exceeding one year? (NOTE: A "yes" answer is necessary if the judge could have given a sentence of more than one year. A "yes" answer is not required if you have been pardoned for the crime or the conviction has been expunged or set aside, or you have had your civil rights restored and, under the law where the conviction occurred, you are not prohibited from receiving or possessing any firearm). | NO | e. Have you ever been adjudicated mentally defective or have you ever been committed to a mental institution? | NO |
| | | f. Have you been discharged from the Armed Forces under dishonorable conditions? | NO |
| | | g. Are you an alien illegally in the United States? | NO |
| | | h. Are you a person who, having been a citizen of the United States, has renounced his/her citizenship. | NO |

I hereby certify that the answers to the above are true and correct. I understand that a person who answers "Yes" to any of the above questions is prohibited from purchasing and/or possessing a firearm, except as otherwise provided by Federal law. I also understand that the making of any false oral or written statement or the exhibiting of any false or misrepresented identification with respect to this transaction is a crime punishable as a felony.

| TRANSFEREE'S (Buyer's) SIGNATURE — EXECUTE AT TIME OF ACTUAL TRANSFER OF FIREARM(S)   Mario Barnette | DATE<br>5-21-96 |
|---|---|

**SECTION B — TO BE COMPLETED BY TRANSFEROR (SELLER) (See Notices and Instructions on reverse)**

THIS PERSON DESCRIBED IN SECTION A:  ☐ IS KNOWN TO ME
☐ HAS IDENTIFIED HIMSELF/HERSELF TO ME IN THE FOLLOWING MANNER

| 9. TYPE OF IDENTIFICATION (Driver's license or identification which shows name, date of birth, place of residence, and signature.)   VA DL | 10. NUMBER ON IDENTIFICATION<br>243 - 57 - 2281 |
|---|---|

On the basis of (1) the statements in Section A; (2) the verification of identity noted in Section B; and (3) the information in the current list of Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) described below and on the back to the person identified in Section A.

| 11.<br>TYPE (Pistol, Revolver, Rifle, Shotgun, etc.) | 12.<br>MODEL | 13.<br>CALIBER OR GAUGE | 14.<br>SERIAL NO. | 15.<br>MANUFACTURER (and importer, if any) |
|---|---|---|---|---|
| 1. Shotgun | 1408 | 12 | N868 53D | Winchester |
| 2. | | | | |

| 16. TRADE/CORPORATE NAME AND ADDRESS OF TRANSFEROR (Seller)<br>(Hand stamp may be used)<br><br>QUIK PAWN SHOP<br>2706 FREEDOM DR.<br>CHARLOTTE, NC 28208 | 17. FEDERAL FIREARMS LICENSE NO.<br>(Hand stamp may be used)<br><br>FFL# 1-56-060-02-6L-39205 |
|---|---|

THE PERSON MAKING THE ACTUAL FIREARMS SALE MUST COMPLETE ITEMS 18 THROUGH 20

| 18. TRANSFEROR'S (Seller's) SIGNATURE — EXECUTE AT TIME OF FIREARM(S) | 19. TRANSFEROR'S TITLE.<br>Mgr | 20. TRANSACTION DATE<br>5-21-96 |
|---|---|---|

ATF F 4473 (5300.9) PART I (4-91)

PC - 005786

DOJ-FOIA 000257
DOJ-FOIA 000257



AUG 26 1996

Cust/Nbr: 011005135                     SALES          Date: 960521      Sale#:20082
Name     : BARNETTE. MARIO VONKEITH                    Time:  9:36
Prep By:245 JACOB          Sold By:245 JACOB           Split:
Type Of Sale: R    Retail                Meth Of Paymnt: CA  Cash
Amt Tendered:   211.99                   Change:    .00

     SKU #        Desc                        Qty     Price           Ext Pric
  1 F185511FD   WINCHESTER SEMI AUTO SHOTGUN    1     199.99            199.99

     Sub Total:    199.99    Tax:  12.00                 Total      211.99

PC - 005787

DOJ-FOIA 000258
DOJ-FOIA 000258

AUG 26 1996

Victim's Vehicle

```
CLA1-3351 - NLT        06/25/96 18:54:43 - 06/25/96 18:54:42 6HH4CH190FVL
RR.SCSHP0000           .
15:54 06/25/96 04556
15:54 06/25/96 06921 NC0600101
TXT
XVIN
96 FBE685    VALIDATION 08482060  EXPIRES 08/96
94 HOND  2DR VIN JHMBA8142RC004261   EMPT WGT 027   .
ALLEN DONALD L
2075 MCCONNELLS RD
MCCONNELLS  SC   297260000   YORK CNTY
```

PC - 005788

DOJ-FOIA 000259
DOJ-FOIA 000259

AUG 2 6 1996

**VEHICLE INVENTORY FORM**

COMP. NO. 960624-210002

TOW-IN NO. 08905

THE VEHICLE DESCRIBED BELOW AND THE FOLLOWING INVENTORY OF ITEMS FROM THE VEHICLE'S

PASSENGER AREA ___ Vehicle Towed to L.E.C. to be Processed. Vehicle Not Searched at

GLOVE BOX AND/OR CONSOLE __ This Time.

TRUNK ___

WERE RECEIVED BY _____ WRECKER SERVICE ON (Date) _____

AT (Time) _____

Registered owner present
at scene and advised of
right to hearing as set
forth in G.S. 20-219.11

YES ___ NO ✓

OWNER/DRIVER'S SIG. _____ b6
OFFICER'S SIG. _____ b7C
WRECKER DRIVER'S SIG. _____

YEAR 1994 MAKE Honda MODEL Prelude LIC. NO. FBE-685 VIN JHMBA8142PC 004261

ORIGINAL COPY TO PROPERTY CONTROL

A-49 PD 2/76

PC - 005789

DOJ-FOIA 000260
DOJ-FOIA 000260

| Date | Time |
|------|------|
| 11-7-94 | 2:30 pm |

Dear Ucci,

Just sitting here at work. Thinking of you as all ways. I just missed your call at 9. I was in 943, our breakroom & J.J. didn't know where I was. I'm so sorry that I missed you!! I was talking to Lu (the other sec.) about you & I moving in together & she says that's a great way to see if we can with-stand it being together all the time. I told her it would be fine because we get angry when we can't be together for more than 1 week. I love you Traci with all my heart & soul. It may not seem like it at times but I really do. My life has been so much happier with you & everything we have done & going to do has been & going to be so memorable! I know it seems although I don't want to do anything possible to make this change happen, but I do! And I promise that I'll be looking & asking around & getting newspapers to find us a love nest. Everything's gonna be alright!! I love You & always that's

A. Burton
6-28-96
4:45 pm

PC - 005790

DOJ-FOIA 000261
DOJ-FOIA 000261

| Date | Time | |
|---|---|---|

What it'll be!! Sometimes, I figure that I'm too hard on you & curse too much around you & too you! And I'm so sorry, so sorry for treating you like that! Sometimes, it seems that I can't control my temper. But I love you deeply and whole-heartly and will do anything & everything for you. Well I better go for now & say Goodnite & sleep tight Don't let the bed bugs bite! Sweet dream Sweetheart. Have wet dreams & horny mornings thinking of me!!

Loving U always
&
Forever,
Pooh

P.S. I miss you.
Hugs & Kisses
to the one I
misses!!
Hope you can read my messy handwriting!

J. Smith
6·28·96
4:45 pm.

PC - 005791

DOJ-FOIA 000262
DOJ-FOIA 000262



SEARS

AUG 26 1996

SEARS
KNOXVILLE EAST, TN 16750

RETAIN FOR COMPARISON WITH MONTHLY
STATEMENT OR FOR RETURN OR EXCHANGE

TRAN: PG/STORE REG# ASSOC#
6029 10 0165 158 1759
SALE
16002 0001 HOSE SAL 6.79T
SUBTOTAL 6.29
TAX 08.250% .56
AMOUNT TENDERED 8.00
CHANGE DUE .65
CASH TOTAL 7.35

SALESCHECK #
0167510086029

SATISFACTION GUARANTEED
OR YOUR MONEY BACK

A. Bart
6·28·96
4:48 pm

PC - 005792

DOJ-FOIA 000263
DOJ-FOIA 000263

We warmly welcome you to the First Calvary Baptist Church.
We hope that your visit with us will be joyful and helpful.
May we take this opportunity to invite you to come again real
soon; you are always welcome at First Calvary.

If you have no church home, we cordially invite you to
become a member of our church family.

The Aim of First Calvary Baptist Church is to know and do
the will of God and to honor and glorify His Son, the Lord
Jesus Christ.

It is our prayer that we may be a blessing and a help to
you, to our community, and to our world.

Remember, this is the Lord's Day, this is the Lord's house,
we are His people, and we are met to worship Him.

---

## INFORMATION FOR PASTOR

(Please check, sign, tear off, and place in Offering Plate)

Name _____

Address _____  Telephone _____

☐ Is ill and should be visited   ☐ Newcomer in community
☐ Is interested in our church    ☐ Has problem
☐ Is an unaffiliated Baptist     ☐ Address changed to above
☐ New baby in home               ☐ Should join the church

Other
Suggestions _____

Information furnished by _____

*A. B. H.*
*6.28.96*
*4:47 pm*



1750 Delaware Avenue
Knoxville, Tennessee 37921

Rev. C. W. Matthews, Minister
3910 Oakland Drive
Knoxville, Tennessee 37918
Phone: 687-2459

Marguerite Steele . . . . . . . . . . . . . . . . . . . Pianist

Let all entering God's house sit in quietness or kneel in
reverence, asking God's blessings on themselves and
others who have come to this house to <u>worship</u>.

PC - 005793

DOJ-FOIA 000264
DOJ-FOIA 000264

June 23, 1996

## Order of Service

| | |
|---|---|
| Sunday School | 9:30 a.m. |
| Dev███nal Services | 11:00 a.m. |
| *Prelude | Pianist |
| *Processional Hymn | Male Chorus |
| *Opening Song | Male Chorus |
| Recognition of Visitors and Announcements | Mrs. Charley Mae Ray |
| ** Selection | Male Chorus |
| ** Responsive Scriptures | Pastor & Congregation |
| ** Selection | Male Chorus |
| ** Mis███nary Offering and Prayer Receiving the Tithes Offertory Prayer and Chant | |
| ** Selection | Male Chorus |
| ** Altar Call | |
| ** Sermon | Rev. C. W. Matthews |
| Invitational | |
| Benediction | Rev. C. W. Matthews |

(*INDICATES CONGREGATION WILL STAND)
███ ███ ████████████

## WEEKLY SCHEDULE O███

### SUNDAY

| | |
|---|---|
| 9:30 a.m. | Sunday School |
| 11:00 a.m. | Morning Worship |
| 1:30 p.m. | Young Adult Usher Board ████ |

### MONDAY

| | |
|---|---|
| 6:00 p.m. | Ardell Goins Missionary ████ |
| 6:30 p.m. | Essie Cochrum Missionary Circ██ |
| 6:30 p.m. | General Mission (4th) |

### TUESDAY

| | |
|---|---|
| 7:30 p.m. | Senior Choir Rehersal (3rd & 4th) |

### WEDNESDAY

| | |
|---|---|
| 6:30 p.m. | Sunday School Teachers' Meeting |
| 7:30 p.m. | Mid-Week Prayer Meeting |

### SATURDAY

| | |
|---|---|
| 11:00 a.m. | Youth Usher Board Meeting (1st) |
| 11:00 a.m. | Junior Red Circle (Boys & Girls age 10-15; 2nd & 4th) |
| 1:00 p.m. | Sunshine Band (4th) |
| 2:00 p.m. | Senior Usher Board Meeting (1st) |
| 3:00 p.m. | Young People Choir Rehersal (1st & 2nd) |
| 4:00 p.m. | Male Chorus Rehersal (3rd & 4th) |
| 6:00 p.m. | Gospel Chorus Rehersal (2nd & 3rd) |

*A. ███*
*6·28·96*
*4:47pm.*

PC - 005794

DOJ-FOIA 000265
DOJ-FOIA 000265

AUG 26 1996

DEAR VICCI,

JUST SITTING HERE AT WORK, THINKING OF YOU AND ASKING MYSELF WHY DO I GIVE YOU SUCH A HARD TIME?? YOU KNOW THAT I DON'T MEAN TOO AND DONT MEAN TO SAY THE THINGS THAT I DO, BUT YOU KNOW I DO. LOVING YOU IS SO EASY AND I KNOW THAT SOMETIMES I KNOW THAT YOU MAY NOT THINK SO, BUT I DO WITH ALL MY HEART AND SOUL. IN THE MEANTIME, BABY, I LOVE YOU SO MUCH AND ONLY YOU. THERE'S NOONE IN MY LIFE BUT YOU AND YOU ARE MY LIFE AND SUNSHINE. I JUST WANT TO SAY THAT I LIVE AND LOVE YOU SO MUCH. AND FORGIVE ME FOR ALL WRONG DOINGS AND WRONG SAYINGS JUST CONTINUE TO LOVE ME PLEASE!!!!

LOVING YOU ALWAYS,

A. BruHe
6·28·96
4:46 pm

PC - 005795

DOJ-FOIA 000266
DOJ-FOIA 000266

```
** INTERSTATE IDENTIFICATION INDEX - MULTISTATE OFFENDER **
***********************************************************************

ARREST-01    ARREST DATE-05/07/92-    TRACKING NBR-40977753    AUG 26 1996
    AGENCY-NEWNAN POLICE DEPARTMENT              (GA0380100)
    AGENCY CASE NBR-9205009    NAME USED-
        CHARGE 01-DISCHARGING FIREARMS NEAR PUBLIC HIGHWAY    OFFENSE DATE-

        CHARGE 02-RECKLESS CONDUCT                            OFFENSE DATE-

        CHARGE 03-POINTING A GUN OR PISTOL AT ANOTHER         OFFENSE DATE-

        CHARGE 04-BATTERY - MISD                              OFFENSE DATE-

    JUDICIAL
                                                        PAGE  3 OF  5
CLA-9004 - NL1      06/25/96 20:12:23 - 06/25/96 20:11:18 8F04CH192MYS
        DISP-CONVICTED                      COURT DISP DATE-06/01/92
        OFFENSE-DISCHARGING FIREARMS NEAR PUBLIC HIGHWAY
        COURT-NEWNAN MUNICIPAL COURT           (GA0380210)    COURT NBR-
                TIME SERVED - RELEASED

        DISP-CONVICTED                      COURT DISP DATE-06/01/92
        OFFENSE-BATTERY - MISD
                TIME SERVED - RELEASED

        DISP-DISMISSED                      COURT DISP DATE-06/01/92
        OFFENSE-RECKLESS CONDUCT
            SRF/47521792                            CIT-
                NEWNAN MUN CRT

        DISP-CONVICTED                      COURT DISP DATE-06/01/92
        OFFENSE-POINTING A GUN OR PISTOL AT ANOTHER
        SENTENCE: CONF-25D
                TIME SERVED - RELEASED
ARREST-02    ARREST DATE-08/12/92-    TRACKING NBR-40868866
                                                        PAGE  4 OF  5
CLA-9004 - NLT      06/25/96 20:12:27 - 06/25/96 20:11:18 8F04CH192MYS
    AGENCY-COWETA CO. SHERIFF'S OFFICE         (GA0380000)
    AGENCY CASE NBR-012918    NAME USED-
        CHARGE 01-CRIMINAL TRESPASS                          OFFENSE DATE-

    JUDICIAL
        DISP-DISMISSED                      COURT DISP DATE-11/24/92
        OFFENSE-CRIMINAL TRESPASS
        COURT-COWETA COUNTY SUPERIOR COURT     (GA0380150)    COURT NBR-

ARREST-03    ARREST DATE-01/28/93-    TRACKING NBR-30703654
    AGENCY-NEWNAN POLICE DEPARTMENT             (GA0380100)
    AGENCY CASE NBR-12918    NAME USED-
        CHARGE 01-CRUELTY TO CHILDREN - FELONY               OFFENSE DATE-
                2CTS

        CHARGE 02-SIMPLE BATTERY                             OFFENSE DATE-
```

PC- 005796

DOJ-FOIA 000267
DOJ-FOIA 000267

```
*              WANTED
*
*   CONFIRM THAT WARRANT IS STILL OUTSTANDING
*
*   AGENCY-FBI RICHMOND (VAFBIRH00)
*   WANTED BY FBI-NCIC #W935747014
*   BARNETT,AQUILIA MARCISICCI

                                                    PAGE  4 OF  4
CLA-9003 - NC2        06/25/96 20:12:09 - 06/25/96 20:11:12 721BMH192MPB
*   HOMICIDE - WILLFUL KILL-GUN
*   CASE #88-45652
*   DATE OF WARRANT 062296
*   NOTIFY FBI RICHMOND VIRGINIA
*   CAUTION-QUERY NCIC FOR REASON OF CAUTION

*   AND POSSIBLE CROSS REFERENCE INFORMATION


ADDITIONAL CRIMINAL HISTORY RECORD INFORMATION IS MAINTAINED BY THE
FOLLOWING STATE(S):
GEORGIA                  - STATE ID/GA19720866W

ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

THE USE OF THIS RECORD IS REGULATED BY LAW.  IT IS PROVIDED FOR
OFFICIAL USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.
END OF RECORD

                                                    PAGE  1 OF  5
CLA-9004 - NLT        06/25/96 20:12:13 - 06/25/96 20:11:16 8F04CH192MYB
CR,GA1110000
17:11 06/25/96 0871
17:11 06/25/96 07257 NC0600100
TXT
HDR/21 01721BMH192MED1C4
ATN[          ]HOMICIDE  ARN/
PART  1
THE FOLLOWING RECORD PERTAINS TO SID/GA19720866W

                     GEORGIA CRIMINAL HISTORY


NAME                       STATE IDENT NBR   FBI IDENT NBR   RPT DATE
BARNETTE, AQUILIA MARCVICCI    GA19720866W    950082PA5      06/25/96

SEX    RACE    BIRTH DATE    HEIGHT   WEIGHT   EYES   HAIR   SKIN   BIRTHPLACE
M      B       07/07/73      5-05     128      BRO    BLK           NORTH CAROLIN

SOC SECURITY    FINGERPRINT CLASS    HENRY    SCAR-MARK-TATTOO   MISCELLANEOUS NBR
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     19 DI PI PM 17       27 W
                09 11 PI PI 13       10 U
                                                    PAGE  2 OF  5
CLA-9004 - NLT        06/25/96 20:12:19 - 06/25/96 20:11:16 8F04CH192MYB


ADDITIONAL IDENTIFIERS:
ALIAS NAMES-------------------- *MARC
```

PC - 005797

DOJ-FOIA 000268
DOJ-FOIA 000268

JUDICIAL
    DISP-CONVICTED                        COURT DISP DATE-03/09/93

                                                          PAGE 5 OF 5
CLA-9004 - NLT     06/25/96 20:12:30 - 06/25/96 20:11:16 9F04CH192MYS
    OFFENSE-CRUELTY TO CHILDREN - MISD
            2CTS                                       CIT-
    COURT-GEORGIA ORI UNKNOWN          (GAGBI000Z)    COURT NBR-
    SENTENCE: PROB-6Y FINE-$480
            2CTS CC

    DISP-DISMISSED                        COURT DISP DATE-03/30/93
    OFFENSE-SIMPLE BATTERY
            LACK OF PROS


****************************************************************
* THIS RECORD IS SOLELY FOR OFFICIAL CRIMINAL JUSTICE USE. *
* USE OF THIS RECORD OR INFORMATION HEREIN FOR ANY OTHER   *
* PURPOSE VIOLATES GEORGIA LAW.                            *
****************************************************************


END OF RECORD

PC - 005798

DOJ-FOIA 000269
DOJ-FOIA 000269

IN ORDER TO OBTAIN ACCURATE CRIMINAL HISTORY INFORMATION
YOU MUST HAVE: LAST NAME, FIRST NAME, MIDDLE INITIAL, DATE
OF BIRTH, AND RACE AND SEX.

AUG 2 1996

PURPOSE OF THIS HISTORY: _Murder Investigation_

COMPLAINT NUMBER: _960625171602_

_Barnette_        _Aquilia_        _Marcivicci_
LAST NAME          FIRST NAME       MIDDLE NAME OR
                                    INITIAL

_7-7-73_          _Black_          _Male_
DATE OF BIRTH      RACE             SEX

_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_
SOCIAL SECURITY NUMBER       FBI #            SID #

CCH -- Criminal histories are available to sworn law
enforcement officers only by use in investigations. This
information is not available for dissemination for public
or private use. Private or public use of this information
for other than authorized law enforcement work may subject
the requestor and the Charlotte Police Department to
severe disciplinary action through internal police
department procedures and/or by the state Bureau of
Investigations.

SIGNATURE OF REQUESTING OFFICER    CODE b6    _FIB/Homicide_
                                        b7C    DIVISION

NAME OF REQUESTING OFFICER
(PLEASE PRINT)

_6-25-96_
DATE

PC - 005799

DOJ-FOIA 000270
DOJ-FOIA 000270

```
MA21                              ARREST OFFENDER DISPLAY              06/25/96   19:29:43
DMA20
DR-NUMBER: 588963 - 1                                                 13 - 588963 - B - 01
           LAST              FIRST        MIDDLE      TYP
   NAME: BARNETTE          AQUILIA       MARCIVICC
   RACE: B    SEX: M    ETHNICITY: N    DOB: 07 07 73    JUVENILE:
         NUMBR  DIR STREET-NAME          TP   TOWN   APT
ADDRESS: 03413      WEST                 BV   CH
   DRIVERS-LICENSE: GA 3571534     SSN: 243 57 1534      PRINT-ID: 181573
      LAST-ARREST: 94 03 25    ALIASES:              STREET-NAMES: N
 * * * * * * * * * * * * * * *   PF KEY INFORMATION  * * * * * * * * * * * * * *
PF5=DISPLAY-OFFENSES-AND-CASES                      PF4=EXIT-TO-MENU
PF6=RETURN-OFFENDER-REQUEST    PF8=DISPLAY-NEXT-RECORD   ENTER=DISPLAY-ARRESTS
```

AUG 26 1996

PC - 005800

DOJ-FOIA 000271
DOJ-FOIA 000271

** INTERSTATE IDENTIFICATION INDEX - MULTISTATE OFFENDER **
************************************************************

ARREST-01    ARREST DATE-05/07/92-    TRACKING NBR-40977753
  AGENCY-NEWNAN POLICE DEPARTMENT         (GA0380100)
  AGENCY CASE NBR-9205009    NAME USED-
    CHARGE 01-DISCHARGING FIREARMS NEAR PUBLIC HIGHWAY    OFFENSE DATE-

    CHARGE 02-RECKLESS CONDUCT                            OFFENSE DATE-

    CHARGE 03-POINTING A GUN OR PISTOL AT ANOTHER         OFFENSE DATE-


    CHARGE 04-BATTERY - MISD                              OFFENSE DATE-

  JUDICIAL
                                                         PAGE  3 OF  5
CLA-9004 - NLT      06/25/96 20:12:23 - 06/25/96 20:11:16 9F04CH192MY9
    DISP-CONVICTED                    COURT DISP DATE-06/01/92
    OFFENSE-DISCHARGING FIREARMS NEAR PUBLIC HIGHWAY
    COURT-NEWNAN MUNICIPAL COURT          (GA0380213)    COURT NBR-
          TIME SERVED - RELEASED

    DISP-CONVICTED                    COURT DISP DATE-06/01/92
    OFFENSE-BATTERY - MISD
          TIME SERVED - RELEASED


    DISP-DISMISSED                    COURT DISP DATE-06/01/92
    OFFENSE-RECKLESS CONDUCT
          SRF/47521792                                   CIT-
          NEWNAN MUN CRT

    DISP-CONVICTED                    COURT DISP DATE-06/01/92
    OFFENSE-POINTING A GUN OR PISTOL AT ANOTHER
    SENTENCE: CONF-25D
          TIME SERVED - RELEASED

ARREST-02    ARREST DATE-08/12/92-    TRACKING NBR-40868666
                                                         PAGE  4 OF  5
CLA-9004 - NLT      06/25/96 20:12:27 - 06/25/96 20:11:16 9F04CH192MY9
  AGENCY-COWETA CO. SHERIFF'S OFFICE      (GA0380000)
  AGENCY CASE NBR-012918    NAME USED-
    CHARGE 01-CRIMINAL TRESPASS                         OFFENSE DATE-


  JUDICIAL
    DISP-DISMISSED                    COURT DISP DATE-11/24/92
    OFFENSE-CRIMINAL TRESPASS
    COURT-COWETA COUNTY SUPERIOR COURT     (GA0380153)    COURT NBR-

ARREST-03    ARREST DATE-01/28/93-    TRACKING NBR-30703664
  AGENCY-NEWNAN POLICE DEPARTMENT         (GA0380100)
  AGENCY CASE NBR-12918    NAME USED-
    CHARGE 01-CRUELTY TO CHILDREN - FELONY             OFFENSE DATE-
          2CTS

    CHARGE 02-SIMPLE BATTERY                            OFFENSE DATE-

DOJ-FOIA 000272
DOJ-FOIA 000272



JUDICIAL
    DISP-CONVICTED                    COURT DISP DATE-03/09/93
                                                PAGE  5 OF  5
CLA-9004 - NLT      06/25/96 20:12:30 - 06/25/96 20:11:16 BF04CH192MYS
     OFFENSE-CRUELTY TO CHILDREN - MISD
           2CTS                                   CIT-
     COURT-GEORGIA ORI UNKNOWN        (GAGBI000Z)  COURT NBR-
     SENTENCE: PROB-6Y FINE-$480
           2CTS CC

     DISP-DISMISSED                   COURT DISP DATE-03/30/93
     OFFENSE-SIMPLE BATTERY
           LACK OF PROS


**********************************************************
* THIS RECORD IS SOLELY FOR OFFICIAL CRIMINAL JUSTICE USE. *
* USE OF THIS RECORD OR INFORMATION HEREIN FOR ANY OTHER  *
* PURPOSE VIOLATES GEORGIA LAW.                           *
**********************************************************


END OF RECORD

AUG 26 1996

PC - 005802

DOJ-FOIA 000273
DOJ-FOIA 000273

IN ORDER TO OBTAIN ACCURATE CRIMINAL HISTORY INFORMATION
YOU MUST HAVE: LAST NAME, FIRST NAME, MIDDLE INITIAL, DATE
OF BIRTH, AND RACE AND SEX.

AUG 1996

PURPOSE OF THIS HISTORY: *MURDER INVESTIGATION*

COMPLAINT NUMBER: *960625171602*

*BARNETTE*
LAST NAME

*AQUILIA*
FIRST NAME

*MARCIVICCI*
MIDDLE NAME OR INITIAL

*7-7-73*
DATE OF BIRTH

*BLACK*
RACE

*MALE*
SEX

*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*
SOCIAL SECURITY NUMBER

FBI #

SID #

CCH -- Criminal histories are available to sworn law
enforcement officers only by use in investigations. This
information is not available for dissemination for public
or private use. Private or public use of this information
for other than authorized law enforcement work may subject
the requestor and the Charlotte Police Department to
severe disciplinary action through internal police
department procedures and/or by the state Bureau of
Investigations.

b6
b7C

SIGNATURE OF REQUESTING OFFICER

CODE #

*FB/HOMICIDE*
DIVISION

b6
b7C

NAME OF REQUESTING OFFICER
(PLEASE PRINT)

*6-25-96*
DATE

PC - 005803

DOJ-FOIA 000274
DOJ-FOIA 000274

```
MA21                              ARREST OFFENDER DISPLAY          06/25/96  19:29:43
DMA20
DR-NUMBER: 588963 - 1                                           13 - 588963 - B - 01
          LAST           FIRST        MIDDLE      TYP
    NAME: BARNETTE       AQUILIA      MARCIVICC
    RACE: B    SEX: M   ETHNICITY: N   DOB: 07 07 73    JUVENILE:
          NUMBR  DIR STREET-NAME        TP   TOWN    APT
 ADDRESS: 03413       WEST              BV   CH
    DRIVERS-LICENSE: GA 3571534     SSN: 243 57 1534        PRINT-ID: 181573
        LAST-ARREST: 94 03 25    ALIASES:              STREET-NAMES: N
 * * * * * * * * * * * * * * *   PF KEY INFORMATION * * *  * * * * * * * * * * * * *
PF5=DISPLAY-OFFENSES-AND-CASES                          PF4=EXIT-TO-MENU
PF6=RETURN-OFFENDER-REQUEST    PF8=DISPLAY-NEXT-RECORD    ENTER=DISPLAY-ARRESTS
```

AUG 26 1996

PC - 005804

DOJ-FOIA 000275
DOJ-FOIA 000275

```
MA26                                                           06/25/96  19:29:51
DMA25                        OFFENDER ARREST RECORD DISPLAY
588963 - 1                                                     13 - 588963 - B - 01
BARNETTE        AQUILIA    MARCIVICC     RAC: B   SEX: M  ETH: N DOB: 070773
03413    WEST                 BV    CH   APT:                 PRINT-ID: 181573
                                   ARRESTS
ARST-NBR  J  DATE   UCR   CENS  --------LOCATION----------  OFFICERS   PRINT
0 789166  C  931112  0402  3805  00123 W  EXMORE      ST   1161 0741  181573
0 802731  C  940325  0201  3960  03413     WEST       BV   1157 6340  181573
NO MORE RECORDS TO DISPLAY
 * * * * * * * * * * * * *   PF KEY INFORMATION * * * * * * * * * * * * * *
PF4=EXIT-TO-MENU   PF5=RETURN-TO-OFFENDER-DISPLAY   ENTER=DISPLAY-MORE-ARRESTS
```

AUG 29 1996

PC - 005805

DOJ-FOIA 000276
DOJ-FOIA 000276

Corner off Billy Graham & Moore's Feild RD.
left side drain ditch.

AUG 26 1996

Halin C. D. H.
6-25-96

PC - 005806

DOJ-FOIA 000277
DOJ-FOIA 000277

File No ____

# STATE OF NORTH CAROLINA

In The General Court Of Justice

REFID: DIL#: 96020391

MECKLENBURG

COMPLAINT # 960625171602

## STATE OF NORTH CAROLINA
## VS.

BARNETTE, AQUILIA M
3413 WEST BV
CHARLOTTE    NC

BOND
WARRANT FOR ARREST

ROBBERY WITH DANGEROUS
WEAPON--INDIVIDUAL (FELONY)

ISSUED 25 DAY OF    JUNE    , 1996

WITNESSES

CJ958

BARNETTE, AQUILIA M                    , DEFENDANT.  B  M  07-07-73
3413 WEST BV            CHARLOTTE    NC   H (704)394-7950

TO ANY OFFICER WITH AUTHORITY AND TERRITORIAL JURISDICTION
TO EXECUTE A WARRANT FOR ARREST FOR THE OFFENSE CHARGED
BELOW: THE UNDERSIGNED FINDS THAT THERE IS PROBABLE CAUSE
TO BELIEVE THAT ON OR ABOUT THE 22 DAY OF    JUNE   , 1996
IN THE COUNTY NAMED ABOVE, THE DEFENDANT NAMED ABOVE
DID UNLAWFULLY, WILLFULLY, AND FELONIOUSLY
STEAL , TAKE, AND CARRY AWAY ANOTHER'S PERSONAL PROPERTY, 1994 HONDA,
VIN JHMBA8142RC004261, 2 DOOR OF THE VALUE OF $15,000 FROM THE PERSON
AND PRESENCE OF DONALD LEE ALLEN , THE DEFENDANT COMMITTED THIS ACT
BY MEANS OF AN ASSAULT CONSISTING OF HAVING IN HIS POSSESSION AND
THREATENING THE USE OF A SHOTGUN , A DANGEROUS WEAPON, WHEREBY THE
LIFE OF DONALD LEE ALLEN WAS THREATENED AND ENDANGERED.

b6
b7C
b7D

IN VIOLATION OF THE FOLLOWING LAW: GS 014 -087.000(0)(0)(0)
ISSUED THIS 25 DAY OF    JUNE    , 1996, UPON INFORMATION FURNISHED
UNDER OATH BY THE COMPLAINANT OR COMPLAINANTS NAMED BELOW:
YOU ARE DIRECTED TO ARREST THE DEFENDANT NAMED ABOVE AND
BRING HIM WITHOUT UNNECESSARY DELAY BEFORE A JUDICIAL
OFFICIAL TO ANSWER THE CHARGES SET OUT ABOVE.

| Location Of Court | Court Date | Court Time | AM / PM | Date Of Issue |
|---|---|---|---|---|
| | | | | 6-25-96 |

RICE, T

Signature

Deputy

Magistrate | District Court Judge | Superior Court Judge

ORIGINAL
(Over)

AUG 26 1996

b6
b7C

AOC-CR-217AS
Rev 12/95 (Structured Sentencing)

PC - 005807

DOJ-FOIA 000278
DOJ-FOIA 000278

File No. _____

REPOS DOC#: 96020389

MECKLENBURG

COMPLAINT # 96062S171692

**STATE OF NORTH CAROLINA**
**VS.**

BARNETTE, AQUILIA M
3413 WEST BV
CHARLOTTE   NC

BARNETTE, AQUILIA M , DEFENDANT, B M 07-07-73
3413 WEST BV     CHARLOTTE : NC   H:(704)394-7959

TO ANY OFFICER WITH AUTHORITY AND TERRITORIAL JURISDICTION
TO EXECUTE A WARRANT FOR ARREST FOR THE OFFENSE CHARGED
BELOW. THE UNDERSIGNED FINDS THAT THERE IS PROBABLE CAUSE
TO BELIEVE THAT ON OR ABOUT THE 22 DAY OF   JUNE , 1996
IN THE COUNTY NAMED ABOVE. THE DEFENDANT NAMED ABOVE
DID UNLAWFULLY, WILLFULLY, AND FELONIOUSLY
AND OF MALICE AFORETHOUGHT KILL AND MURDER DONALD LEE ALLEN .

BOND
WARRANT FOR ARREST

MURDER

ISSUED 25 DAY OF   JUNE , 1996

WITNESSES

C1958

IN VIOLATION OF THE FOLLOWING LAW: GS 014 -017.000(0)(0)(0)
ISSUED THIS 25 DAY OF   JUNE , 1996, UPON INFORMATION FURNISHED
UNDER OATH BY THE COMPLAINANT OR COMPLAINANTS NAMED BELOW:
YOU ARE DIRECTED TO ARREST THE DEFENDANT NAMED ABOVE AND
BRING HIM WITHOUT UNNECESSARY DELAY BEFORE A JUDICIAL
OFFICIAL TO ANSWER THE CHARGES SET OUT ABOVE.

C2007

b6
b7C
b7D

AUG 26 1996

| Location Of Court | Court Date | Court Time | | Date Of Issue |
|---|---|---|---|---|
| | | | ☐ AM ☐ PM | 6-25-96 |

RICE, T

Signature

☐ Deputy
☐ Magistrate   ☐ District Court Judge   ☐ Superior Court Judge   Superior Court

ORIGINAL
(Over)

b6
b7C

AOC-CR-217AS
Rev: 12/95 (Structured Sentencing)

PC - 005808

DOJ-FOIA 000279
DOJ-FOIA 000279

```
SP001-NO ACTION TAKEN
              CRIMINAL SUPPLEMENTAL INQUIRY          01
              BARNETTE,AQUILIA,MARCIVICCI        96CR 033122   CITA:
CHRG OFFN: 0930 00 MURDER                                       14-17
ARRN OFFN: 0930 00                  SPEED:    MPH    ZONE:
MFTI: F TEXT: MURDER                                        GS: 14-17
TRIAL DATE: 100996              CONT BY:     COURTROOM: 2201 AM/PM/NC: AM
 SERV DATE: 062896              RET UNSERV:              REDEL DATE:
ARREST DT: 062896   COMPLAINT: 960625171602   CHECK DIGIT: N02360W   RS/RV:    b6
DEF ATTY:[                    ]          TYPE: P  ADA: HMA DISTRICT ATTORNEY   b7C
    C&F:                            90DF:                NON MV FTC:
    OFA:        KEEP OFA?: N   SCO:         OOF:           CASH BF:
      REINSTATEMENT:                PROBATION VIOL DATE:


          FTA 20DF:                      OFFENSE DATE:   062296
  FTA 20DF COMPLIANCE:                   DISPOSED DATE:  070896



                              ADDL CHARGES:
                      INQUIRY ADDL CHARGES?:
    NEXT #:              PF11=EVNT  12=CNCL
```

26A-CE-77261-13

SEARCHED ___ INDEXED ___
SERIALIZED ___ FILED ___
DEC 1 7 1996

2 of Serial 13

PC - 005809

DOJ-FOIA 000280
DOJ-FOIA 000280

```
590 MECKLENBURG               ICA INQUIRY 01   96CR 033122      FILM:
DISPOSED                      R  S DOB/AGE      CRS      FILING DATE: 070196
WARRANT                       B  M  070773  DL#:
BARNETTE,AQUILIA,MARCIVICCI                   CITA.#:
3413 WEST BV                                  TRIAL DATE: 100996  AM  2201
CHARLOTTE        NC                  DEF ATTY: [                ]        TYP: P
CHG/ARRN OFFN: F MURDER             b6                   14-17
COMPLAINANT [            ]          b7C       CPD ISSUED: 062596   SERVED: 062896
OFFN DATE: 062296    ARRN DATE:         MOTIONS DATE:       DISP DATE: 070896
CONT. D: 00 S: 00 C: 02 NR: 00


PLEA VERDICT MOD   FINE    COSTS     REST     JUDGE  MONIES-PD  TO-BE-PAID
            SI  $        $         $                                  b6
CONV OFFN:                                                            b7C
SENT LEN:           -        SENT TYPE:            CONS F/JGMT:
PROB:                        WITHDRAWN:            APPEALED TO SUPERIOR:
AREA CD:   ACCD:   HWY:       V LIC:               TRANS TO SUPERIOR: 070896
CDL: N  CMV: N  HAZ: N   TRP/DIST:    V ST:     V TYP:      APPELLATE:


ARREST DATE: 062896 CHECK DIGIT: N02360W SID:        LID: 181573
NEXT#:                     PF2 - NAME INQUIRY         ADDL CHARGES:
```

PC - 005810

DOJ-FOIA 000281
DOJ-FOIA 000281

```
SP001-NO ACTION TAKEN ●                              ●
                CRIMINAL SUPPLEMENTAL INQUIRY    01
              BARNETTE,AQUILIA,MARCIVICCI      96CR 033123  CITA:
CHRG OFFN: 1222 02 ROBBERY WITH DANGEROUS WEAPON              14-87
ARRN OFFN: 1222 02            SPEED:    MPH    ZONE:
MFTI: F TEXT: ROBBERY WITH DANGEROUS WEAPON            GS: 14-87
TRIAL DATE: 100996              CONT BY:   COURTROOM: 2201 AM/PM/NC: AM
 SERV DATE: 062896            RET UNSERV:            REDEL DATE:
ARREST DT: 062896  COMPLAINT: 960625171602   CHECK DIGIT: N02360W   RS/RV:
DEF ATTY: [                    ]        TYPE: P  ADA: HMA DISTRICT ATTORNEY
    C&F:                           90DF:              NON MV FTC:
     OFA:        KEEP OFA?: N   SCO:        OOF:        CASH BF:
        REINSTATEMENT:              PROBATION VIOL DATE:

            FTA 20DF:                    OFFENSE DATE:  062296
  FTA 20DF COMPLIANCE:                   DISPOSED DATE:  070896

                                                    b6
                                                    b7C
                                ADDL CHARGES:
                        INQUIRY ADDL CHARGES?:
   NEXT #:                 PF11=EVNT  12=CNCL
```

PC - 005811

DOJ-FOIA 000282
DOJ-FOIA 000282

```
590 MECKLENBURG            ICA INQUIRY 01  96CR 033123    FILM:
DISPOSED                   R  S DOB/AGE     CRS     FILING DATE: 070196
WARRANT                    B  M  070773  DL#:
BARNETTE,AQUILIA,MARCIVICCI              CITA.#:
3413 WEST BV                            TRIAL DATE: 100996  AM  2201
CHARLOTTE        NC               DEF ATTY:                      TYP: P
CHG/ARRN OFFN: F ROBBERY WITH DANGEROUS WEAPON        14-87
COMPLAINANT:                            CPD ISSUED: 062596  SERVED: 062896
OFFN DATE: 062296    ARRN DATE:        MOTIONS DATE:    DISP DATE: 070896
CONT. D: 00 S: 00 C: 02 NR: 00

PLEA VERDICT MOD   FINE    COSTS    REST     JUDGE  MONIES-PD  TO-BE-PAID
            SI  $        $        $                                b6
CONV OFFN:
SENT LEN:        -         SENT TYPE:          CONS F/JGMT:          b7C
PROB:                     WITHDRAWN:           APPEALED TO SUPERIOR:
AREA CD:    ACCD:   HWY:       V LIC:          TRANS TO SUPERIOR: 070896
CDL: N  CMV: N  HAZ: N   TRP/DIST:   V ST:   V TYP:       APPELLATE:


ARREST DATE: 062896 CHECK DIGIT: N02360W SID:        LID: 181573
NEXT#:                  PF2 - NAME INQUIRY           ADDL CHARGES:
```

PC - 005812

DOJ-FOIA 000283
DOJ-FOIA 000283

STATE OF NORTH CAROLINA
County of Mecklenburg

The State of North Carolina

vs.

Aquilia M. Barnette,
Defendant.

File # 96-CRS· 33122
Film #

AUG 2 0 1996

In The General Court of Justice
Superior Court Division

July 8, 1996

MURDER G.S. 14-17

THE JURORS FOR THE STATE UPON THEIR OATH PRESENT that on or about the 22nd day of June, 1996, in Mecklenburg County, Aquilia M. Barnette did unlawfully, wilfully, and feloniously and of malice aforethought kill and murder Donald Lee Allen.

FOR DISCOVERY

b6
b7C

ssistant District Attorney

*********************

b6
b7C

*********************************

[ ] CMPD

*********************

[ ] CMPD

*********************************

The witnesses ma ersigned foreman and examined before the grand jury, and the bill was found to be __X__ a true bill by twelve or more grand jurors _____ not a true bill.

I hereby certify that __16__ members of the grand jury concurred in finding this to be a true bill of indictment.

This __7__ day of __JULY__, 19 __96__

b6
b7C

Grand Jury Foreman

PENDING P/C
Charge Number: 093000

96-0625-171602
PID: 181573

HM

PC - 005813

DOJ-FOIA 000284
DOJ-FOIA 000284

STATE OF NORTH CAROLINA
County of Mecklenburg

File # 96-CRS-033123
Film #

The State of North Carolina

vs.

Aquilia M. Barnette,
Defendant.

In The General Court of Justice
Superior Court Division

July 8, 1996

ROBBERY WITH A DANGEROUS WEAPON
G.S. 14-87

7/22
1101B

THE JURORS FOR THE STATE UPON THEIR OATH PRESENT that on or about the 22nd day of June, 1996, in Mecklenburg County, Aquilia M. Barnette did unlawfully, wilfully and feloniously steal, take, and carry away another's personal property, a 1994 Honda automobile, of the value of approximately $15,000.00, from the person and presence of Donald Lee Allen. The defendant committed this act by means of an assault consisting of having in his possession and threatening the use of a firearm, a shotgun, a dangerous weapon, whereby the life of Donald Lee Allen was threatened and endangered.

b6
b7C

Assistant District Attorney

**********************************************************************************

WITNESSES:

b6
b7C

CMPD✓                                    CMPD

**********************************************************************************

The witnesses marked "X" were sworn by the undersigned foreman and examined before the grand jury, and the bill was found to be ___X___ a true bill by twelve or more grand jurors _____ not a true bill.

I hereby certify that __16__ members of the grand jury concurred in finding this to be a true bill of indictment.

This __8__ day of __JULY__ , 19 __96__

Grand Jury Foreman

b6
b7C

PENDING P/C                 96-0625-171602                      HM
Charge Number: 122202       PID: 181573

PC - 005814

DOJ-FOIA 000285
DOJ-FOIA 000285

CHARLOTTE-MECKLENBURG POLICE DEPARTMENT SUPPLEMENT REPORT

Form 2.5 (3/84)

COMPLAINT NUMBER: 96 0625171602

AUG 26 1996

| 2. VICTIM NAME | 3. ORIGINAL OFFENSE/CHARGE |
| --- | --- |
| Allen, Donald Lee | Homicide |

| 4. LOCATION OF OFFENSE | DISTRICT | 5. ARREST NUMBER | 6. C.R. NUMBER |
| --- | --- | --- | --- |
| 3800 Billy Graham Pkwy A-2 | | | |

| 7. ORIGINAL REPORT DATE | 8. SUPPLEMENT DATE | 9. CORRECT INCIDENT CLASSIFICATION |
| --- | --- | --- |
| 6-25-96 | 6-27-96 | Murder |

10. JUVENILE CASE: YES [ ] NO [✔]
11. MULTIPLE CASE CLEARANCE: YES [ ] NO [✔] IF YES, #CASES ___
12. SUPPLEMENT CONFIDENTIAL: YES [✔] NO [ ]
13. PURPOSE OF SUPPLEMENT: FOLLOW-UP INVESTIGATION [✔] CONTINUATION OF OFFENSE REPORT [ ] STOLEN VEHICLE RECOVERY [ ] STATEMENT [ ]

STATEMENT OF:
14. NAME (Last, First, Middle)
15. AGE
16. RESIDENCE ADDRESS
ZIP CODE
17. RESIDENCE PHONE
18. BUSINESS ADDRESS
ZIP CODE
19. BUSINESS PHONE

20. NARRATIVE (Page __1__ of __2__)

ITEM NO.

ON 6-27-96 R/O RECEIVED A TELEPHONE CALL AT 1420 HRS FROM [ ]. [ ]    b6 b7C

[ ] STATED THE FOLLOWING:

ON MONDAY 6-24-96 AT 1140 HRS [ ] WAS TRAVELING EAST ON BILLY GRAHAM PKWY WHEN SHE OBSERVED A BLACK MALE CLIMBING OVER A GUARDRAIL AT AN INTERSECTING STREET. [ ] STATED THERE WAS NO ONE AROUND AND NO VEHICLES IN THE AREA.

b6 b7C

[ ] STATED AFTER SEEING THE NEWS COVERAGE THAT EVENING OF THE BODY DISCOVERED ON BILLY GRAHAM PKWY, SHE FEELS LIKE THIS WAS THE SAME LOCATION WHERE SHE OBSERVED THE BLACK MALE CROSSING OVER THE GUARDRAIL.

b6 b7C

[ ] DESCRIBED THE PERSON SHE SAW AS FOLLOWS:

21. U.C.R. CLEARANCE STATUS: OPEN [ ] BY ARREST [ ] EXCEPTIONAL [ ] UNFOUNDED [ ]
22. INVESTIGATIVE STATUS: ACTIVE [ ] INACTIVE [ ] CLOSED [ ] ADMINISTRATIVE [ ]

ASSIGNMENT: [ ] DATE: 6-27-96
24. PROPERTY RECOVERED: SEE REVERSE SIDE [ ] CODE ___

PC - 005815

DOJ-FOIA 000286
DOJ-FOIA 000286

Form 2.5 (3 84)

1 COMP... NUMBER 960625171602

2 VICTIM NAME  Allen, Donald Lee

3 ORIGINAL OFFENSE CHARGE  Homicide

4 LOCATION OF OFFENSE  3800 Billy Graham Pkwy

5 ARREST NUMBER  DISTRICT

6 C.R. NUMBER  AUG 26 1996

7 ORIGINAL REPORT DATE  6-25-96

8 SUPPLEMENT DATE  6-27-96

9 CORRECT INCIDENT CLASSIFICATION  Murder

10 JUVENILE CASE  ☐ YES ☐ NO

11 MULTIPLE CASE CLEARANCE  ☐ YES ☐ NO IF YES. #CASES

12 SUPPLEMENT CONFIDENTIAL  ☐ YES ☐ NO

13 PURPOSE OF SUPPLEMENT  ☐ FOLLOW-UP INVESTIGATION ☐ CONTINUATION OF OFFENSE REPORT ☐ STOLEN VEHICLE RECOVERY ☐ STATEME

14 NAME (Last, First, Middle)

15 AGE   16 RESIDENCE ADDRESS   ZIP CODE

STATEMENT OF:

17 RESIDENCE PHONE

18 BUSINESS ADDRESS   ZIP CODE   19 BUSINESS PHONE

20 NARRATIVE  (Page 2 of 2)

ITEM NO.

Black male 20's
5'7" - 5'8"

Nice looking

wearing a Red Base Ball Cap

Cut-off Blue Jeans

white T-shirt with writing on same

Can Be contacted at:

b6
b7C

b6
b7C

21 U.C.R. CLEARANCE STATUS:  ☐ OPEN ☐ BY ARREST ☐ EXCEPTIONAL ☐ UNFOUNDED

22 INVESTIGATIVE STATUS  ☐ ACTIVE ☐ INACTIVE ☐ CLOSED ☐ ADMINISTRATIVE

23 REPORTING OFFICER  Sgt R

GNMENT  DATE  6-27-96

24 PROPERTY RECOVERED  ☐ SEE REVERSE SIDE

25 CASE REFERRED TO   CODE   DATE

PC - 005816

DOJ-FOIA 000287
DOJ-FOIA 000287

CHARLOTTE-MECKLENBURG POLICE DEPARTMENT SUPPLEMENT REPORT
Form 2.5a (3/84)

| 1. COMPLAINT NUMBER |
|---|
| 960625-171602 |

| 2. VICTIM NAME | 3. ORIGINAL OFFENSE CHARGE |
|---|---|
| ALLEN, DONALD LEE | MURDER |

| 4. LOCATION OF OFFENSE | DISTRICT | 5. ARREST NUMBER | 6. C. R. NUMBER |
|---|---|---|---|
| 3800 BILLY GRAHAM PARKWAY | | | AUG 26 1996 |

| 7. ORIGINAL REPORT DATE | 8. SUPPLEMENT DATE | 9. CORRECT INCIDENT CLASSIFICATION |
|---|---|---|
| 6-25-96 | 6-27-96 | MURDER |

| 10. JUVENILE CASE | 11. MULTIPLE CASE CLEARANCE | 12. SUPPLEMENT CONFIDENTIAL | 13. PURPOSE OF SUPPLEMENT | CONTINUATION OF OFFENSE REPORT |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☐ YES ☒ NO IF YES, #CASES ___ | ☒ YES ☐ NO | ☐ FOLLOW-UP INVESTIGATION ☐ STOLEN VEHICLE RECOVERY | ☒ STATE |

| 14. NAME (Last, First, Middle) | 15. AGE | 16. RESIDENCE ADDRESS | ZIP CODE |
|---|---|---|---|

STATEMENT OF:

| 17. RESIDENCE PHONE | 18. BUSINESS ADDRESS | ZIP CODE | 19. BUSINESS PHONE |
|---|---|---|---|

20. NARRATIVE   (Page Page 1 of 7 )

ITEM NO.

The original complaint numbers for this case were generated on 6-24-96 when the victim's vehicle was located at 5610 East Independence Boulevard. It was discovered on 6-25-96 that this victim was murdered at the above location. The complaint numbers used by officers at 5610 East Independence Boulevard are 960624-210002.

On 6-24-96, at 2330 hours, I/O was called at home by [            ] b6 b7C [            ] She told me to respond to the shopping center located at Independence Boulevard and Idlewild Road in reference to a vehicle found there by patrol. This vehicle belongs to a person that was reported missing from South Carolina, and he could not be located. This was the only information she had at the time of the phone call. She told me that Sergeant [            ] was the supervisor at the this location.

At 2348 hours, I/O checked enroute to this location with dispatch. At 0009 hours, on 6-25-96, I/O arrived at the scene. I/O drove around the backside of the shopping center located at 5610 E. Independence Boulevard. This is the Independence Shopping Center, which backs up to the Castlewood Apartments. I/O located the scene and observed crime scene tape that marked an area from the building into the parking area towards the apartments. There were two marked police cars, four dumpsters, and a blue Honda vehicle in the crime scene. [            ] told I/O that [            ] had located the vehicle at about 2100 hours while zone checking the area. He said the vehicle had a stolen Tennessee license plate when [            ] found it in this location. [            ] took the Tennessee plate and called her Sergeant on second shift to see if she needed to tow the vehicle. [            ] told her not to tow the vehicle unless it was stolen. The vehicle did not come back as stolen, so [            ] b6 b7C cleared the scene and was enroute to shift change when communications called her back and told her the car belonged to a person that was reported missing in South Carolina. She responded back to the location of the vehicle.

At 0015 hours, I/O requested a K-9 unit be dispatched to this location to attempt a track. [            ] came out of the crime scene to give I/O a brief synopsis. She stated that she located the vehicle at about 2130 hours. She ran the Tennessee license plate displayed on the vehicle and received a hit on same as being stolen. She called [            ] to see if she needed to tow the vehicle. He told her not if it b6 b7C

| 21. U.C.R. CLEARANCE STATUS: | 22. INVESTIGATIVE STATUS | 23. REPORTING OFFICER | CODE | ASSIGNMENT | DATE | 24. PROPERTY RECOVERED |
|---|---|---|---|---|---|---|
| ☐ OPEN ☐ BY ARREST ☐ EXCEPTIONAL ☐ UNFOUNDED | ☐ ACTIVE ☐ INACTIVE ☐ CLOSED ☐ ADMINISTRATIVE | | | FSB | 6-27-96 | ☐ SEE REVERSE SIDE |
| | | 25. CASE REFERRED TO | 26. REVIEWING SUPERVISOR | | CODE | DATE |

FOR WORD PROCESSING USE

DOJ-FOIA 000288
DOJ-FOIA 000288

PC-005847

CHARLOTTE-MECKLENBURG POLICE DEPARTMENT SUPPLEMENT REPORT
Form 2.5a (3/84)

COMPLAINT NUMBER
**960625-171602**

| 2. VICTIM NAME | 3. ORIGINAL OFFENSE CHARGE |
|---|---|
| ALLEN, DONALD LEE | MURDER |

| 4. LOCATION OF OFFENSE | DISTRICT | 5. ARREST NUMBER | 6. C. R NUMBER |
|---|---|---|---|
| 3800 BILLY GRAHAM PARKWAY | | | |

AUG 26 1996

| 7. ORIGINAL REPORT DATE | 8. SUPPLEMENT DATE | 9. CORRECT INCIDENT CLASSIFICATION |
|---|---|---|
| 6-25-96 | 6-27-96 | MURDER |

10. JUVENILE CASE [ ] YES [X] NO  11. MULTIPLE CASE CLEARANCE [ ] YES [X] NO IF YES, #CASES ____  12. SUPPLEMENT CONFIDENTIAL [X] YES [ ] NO  13. PURPOSE OF SUPPLEMENT [ ] FOLLOW-UP INVESTIGATION [ ] STOLEN VEHICLE RECOVERY [X] STATE [ ] CONTINUATION OF OFFENSE REPORT

| 14. NAME (Last, First, Middle) | 15. AGE | 16. RESIDENCE ADDRESS | ZIP CODE |
|---|---|---|---|
STATEMENT OF:

| 17. RESIDENCE PHONE | 18. BUSINESS ADDRESS | ZIP CODE | 19. BUSINESS PHONE |
|---|---|---|---|

20. NARRATIVE (Page **Page 2** of **7** )

b6
b7C

ITEM NO.

just had a stolen license plate. She ran the VIN number and it came back registered in South Carolina. She requested that the agency there attempt to locate the owner to see what they wanted to do with the vehicle. She was told later that the owner could not be located. She cleared the scene and was called by dispatch on her way into shift change and was told that the owner of the vehicle was now reported missing. She turned around and returned to the location of the vehicle. She was the only one at this location upon her return. She went back and was waiting for a third shift officer to relieve her. [              ] arrived along with some of the family members of the car owner. They went over to the vehicle and identified it as Donald Allen's. They did not touch the vehicle. While speaking to them a family member told them that he was looking at a gun in the dumpster. [              ] went over and observed a shotgun, and a brown colored gym bag, some clothes, a hat and possibly some blood in the corner of the dumpster. [              ] arrived and they marked a crime scene. She said that the trunk of the vehicle was opened at about 0000 hours by [              ] and they did not find a body there. The key to the vehicle was given to her by a family member. The vehicle was locked. The vehicle had been photographed only by C.S.S. at this time.

At 0030 hours, I/O entered the crime scene. Present were [              ] b6 b7C
[                                      ] I/O spoke to [                         ] who stated that she had only photographed the vehicle and the crime scene area. I/O observed four dumpsters, two marked police vehicles and a blue Honda vehicle with no license plate on same inside the crime scene. I/O went to the dumpster where the shotgun and other items were located. In the dumpster I/O observed a sawed off shotgun with black tape around the pistol style grip. The shotgun was inside of a brown colored gym bag. Also in the dumpster was a pair of pants and shorts, a baseball cap, a white towel and a garden hose in a white Sears shopping bag. The Sears bag that had the hose inside also had the cardboard wrapper for the hose from the manufacturer. There was also a seperate piece a garden hose about 17 inches long with duct tape around the end of it. There were some soda bottles and what appeared to be a bottle of cologne. I/O also observed a Church Bulletin from a church in Tennessee, only being able to see the last five letters of the city in Tennessee being "ville". Also pointed out to I/O was a quarter sized red substance that resembled blood.

b6 b7C

| 21. U.C.R. CLEARANCE STATUS: | 22. INVESTIGATIVE STATUS: | 23. REPORTING OFFICER | CODE | ASSIGNMENT | DATE | 24. PROPERTY RECOVERED |
|---|---|---|---|---|---|---|
| [ ] OPEN [ ] BY ARREST [ ] EXCEPTIONAL [ ] UNFOUNDED | [ ] ACTIVE [ ] INACTIVE [ ] CLOSED [ ] ADMINISTRATIVE | | | FSB | 6-27-96 | [ ] SEE REVERSE SIDE |
| | | 25. CASE REFERRED TO | 26. REVIEWING SUPERVISOR | | | CODE    DATE |

FOR WORD PROCESSING USE

PC - 005818

DOJ-FOIA 000289
DOJ-FOIA 000289