CHARLOTTE-MECKLENBURG POLICE DEPARTMENT SUPPLEMENT REPORT
Form 2.5a (3/84)

**! COMPLAINT NUMBER**
960625-171602

AUG 26 1996

| 2 VICTIM NAME | 3. ORIGINAL OFFENSE/CHARGE |
|---|---|
| ALLEN, DONALD LEE | MURDER |

| 4 LOCATION OF OFFENSE | DISTRICT 15. ARREST NUMBER | 6. NUMBER |
|---|---|---|
| 3800 BILLY GRAHAM PARKWAY | | |

| 7 ORIGINAL REPORT DATE | 8 SUPPLEMENT DATE | 9. CORRECT INCIDENT CLASSIFICATION |
|---|---|---|
| 6-25-96 | 6-27-96 | MURDER |

10. JUVENILE CASE ☐ YES ☒ NO    11 MULTIPLE CASE CLEARANCE ☐ YES ☒ NO IF YES, #CASES ____    12 SUPPLEMENT CONFIDENTIAL ☒ YES ☐ NO    13. PURPOSE OF SUPPLEMENT ☐ FOLLOW-UP INVESTIGATION ☐ CONTINUATION OF OFFENSE REPORT ☐ STOLEN VEHICLE RECOVERY ☒ STAT

| STATEMENT OF: | 14. NAME (Last, First, Middle) | 15. AGE | 16. RESIDENCE ADDRESS | ZIP CODE |
|---|---|---|---|---|
| | 17 RESIDENCE PHONE | 18. BUSINESS ADDRESS | ZIP CODE | 19. BUSINESS PHONE |

**20. NARRATIVE** (Page ~~Page 3~~ of _7_ )

b6
b7C

ITEM NO.

At 0040 hours, I/O called and spoke to [ ] and told him that based on the circumstances and items located at the scene, that a homicide investigator should be called to this location. He said that he did not feel that was necessary and to process and impound the vehicle and all items found in the dumpster.

At 0044 hours, K-9 Officer [ ] arrived. I/O briefed him on the situation and asked that he attempt to get a track from the vehicle. At 0052 hours, he put the K-9 inside the driver's side door and then commanded the K-9 to track. The dog did not alert or follow a trail.

b6
b7C

At 0058 hours, I/O and [ ] and [ ] began looking inside the vehicle for any signs of foul play there. The vehicle was not clean on the interior. There were cigarette butts in the ash tray and a pair of handcuffs hanging from the rear view mirror. Both of the sun visors were down. The trunk was opened and inside was a South Carolina license plate, FBE-685. There was also some dirt and a large amount of what appeared to be orange colored paint chips in the trunk. While looking at the exterior of the vehicle [ ] pointed out that the tail pipe had a substance on it that looked like glue, maybe from duct tape. He also observed that the tailpipes interior had marks that looked as if something had been pushed inside them. Located on the undercarriage was a clump of mud and grass near the front of the vehicle. There was also some grass on the muffler near the back seat area. The exterior of the car was not clean. The vehicle will be impounded and taken to the L.E.C. for full processing inside and out.

b6
b7C

At 0130 hours, I/O interviewed [ ] He stated that on 6-24-96, he received a phone call from [ ] He is the father of Donald Lee Allen, the owner of the vehicle that was found at the shopping center at Independence Boulevard and Idlewild Road. [ ] stated that Donald was reported missing in York County, South Carolina on 6-23-96 by [ ] called his residence at about 2130 hours and said that he got a call from the York County Sheriff's Department and they told him that Donald's car had been found in Charlotte. He gave [ ] the address and wanted him to find out exactly where on Independence Boulevard the car was. [ ] called his neighbor, [ ] and told him about the car being found and they came to the shopping center located at 5610 E. Independence Boulevard.

b6
b7C

| 21. U.C.R. CLEARANCE STATUS: | 22. INVESTIGATIVE STATUS | 23. REPORTING OFFICER | ASSIGNMENT | DATE | 24. PROPERTY RECOVERED |
|---|---|---|---|---|---|
| ☐ OPEN ☐ BY ARREST ☐ EXCEPTIONAL ☐ UNFOUNDED | ☐ ACTIVE ☐ INACTIVE ☐ CLOSED ☐ ADMINISTRATIVE | INV. [ ] | FSB | 6-27-96 | ☐ SEE REVERSE SIDE |
| | | 25. CASE REFERRED TO: | 26. REVIEWING SUPERVISOR | | CODE / DATE |

FOR WORD PROCESSING USE

DOJ-FOIA 000290
DOJ-FOIA 000290

1 COMPLAINT NUMBER
960625-171602

| 2 VICTIM NAME | 3. ORIGINAL OFFENSE/CHARGE |
|---|---|
| ALLEN, DONALD LEE | MURDER |

| 4 LOCATION OF OFFENSE | DISTRICT | 5. ARREST NUMBER | 6. C. R. NUMBER |
|---|---|---|---|
| 3800 BILLY GRAHAM PARKWAY | | | AUG 26 1996 |

| 7 ORIGINAL REPORT DATE | 8. SUPPLEMENT DATE | 9. CORRECT INCIDENT CLASSIFICATION |
|---|---|---|
| 6-25-96 | 6-27-96 | MURDER |

10. JUVENILE CASE [ ] YES [X] NO   *1 MULTIPLE CASE CLEARANCE [ ] YES [X] NO IF YES. #CASES ___   *2. SUPPLEMENT CONFIDENTIAL [X] YES [ ] NO   13. PURPOSE OF SUPPLEMENT [ ] FOLLOW-UP INVESTIGATION [ ] CONTINUATION OF OFFENSE REPORT [ ] STOLEN VEHICLE RECOVERY [X] STAT

*4 NAME (Last. First. Middle)   15. AGE   *6. RESIDENCE ADDRESS   ZIP CODE

STATEMENT OF:

17 RESIDENCE PHONE   18. BUSINESS ADDRESS   ZIP CODE   19. BUSINESS PHONE

20. NARRATIVE (Page Page 4 of 7 )

ITEM NO.

When they arrived at the shopping center, they met two officers. They walked over to the car and he knew it was Donnie's. As they were looking at the car he heard [ ] say, "officers there are clothes in this dumpster, and also a gun." [ ] had opened the dumpster lids and saw these things. He and the officers walked over and looked.

b6
b7C

He stated that Donald is [ ] Donald is 22 years old. He stated that Donald did not smoke, and he may drink a beer sometimes. He said that Donald is not involved in drugs, and that he knows right from wrong and has not been arrested to his knowledge. Donald's father told him that he left McConnels, South Carolina on 6-21-96. He told him that he was going out for awhile. He left there about 1900 to 1930 hours, and did not tell them where he was going. He stated that he is sure that [ ] reported him missing on Sunday 6-23-96, with the York County Sheriff's Department.

b6
b7C

[ ] was asked by I/O to be very honest about the victim and his background, that now was the time we needed total honesty. He stated that this was not like Donald, that he would have called if he was okay and going to stay out. He said that he knows of no friends out of Donald's living area. Donald recently went to the Diamond Club in Rock Hill, SC, where he met a dancer there and they started dating. This girl was at their residence on 6-24-96, and she had not seen him in three weeks. He had just recently started going out to clubs and had joined a hunting club. He went to Coyote Joe's on Friday 6-14-96, and had met a girl from Gastonia, her name is unknown. Donald was supposed to be at the hunting club to work on Saturday, 6-22-96, but did not show. He was also supposed to be at a wedding this date at 1600 hours and did not show. He attended church regularly but did not come to church on Sunday 6-23-96. He did not show for work on Monday 6-24-96, and he did not call.

During I/O's interview with [ ] C.S.S. was removing the items from the dumpster. [ ] came and told I/O that the shot gun appeared to have blood on it in several different areas. C.S.S. Tech [ ] and [ ] collected all items from the dumpster and the car was impounded and was to be towed toe the L.E.C. located at 825 East 4th Street for full processing. At 0200 hours there was a light rain shower and the items from the dumpster were placed into the back of the C.S.S. van. The car was sealed with a crime scene seal and a wrecker was

b6
b7C

| 21. U.C.R. CLEARANCE STATUS: | 22. INVESTIGATIVE STATUS: | 23. REPORTING OFFICER | CODE | ASSIGNMENT | DATE | 24. PROPERTY RECOVERED |
|---|---|---|---|---|---|---|
| [ ] OPEN [ ] BY ARREST [ ] EXCEPTIONAL [ ] UNFOUNDED | [ ] ACTIVE [ ] INACTIVE [ ] CLOSED [ ] ADMINISTRATIVE | INV. | | FSB | 6-27-96 | [ ] SEE REVERSE SIDE |
| | 25. CASE REF. | | | | CODE | DATE |

FOR WORD PROCESSING USE

DOJ-FOIA 000291
DOJ-FOIA 000291

PC - 005820

CHARLOTTE-MECKLENBURG POLICE DEPARTMENT SUPPLEMENT REPORT
Form 2.5a (3/84)

| | |
|---|---|
| 1 COMPLAINT NUMBER | 960625-171602 |

| 2 VICTIM NAME | 3 ORIGINAL OFFENSE CHARGE |
|---|---|
| ALLEN, DONALD LEE | MURDER |

| 4 LOCATION OF OFFENSE | DISTRICT 5 ARREST NUMBER | 6. C. R. NUMBER |
|---|---|---|
| 3800 BILLY GRAHAM PARKWAY | | AUG 26 1996 |

| 7 ORIGINAL REPORT DATE | 8. SUPPLEMENT DATE | 9 CORRECT INCIDENT CLASSIFICATION |
|---|---|---|
| 6-25-96 | 6-27-96 | MURDER |

| 10. JUVENILE CASE | 11. MULTIPLE CASE CLEARANCE | 12. SUPPLEMENT CONFIDENTIAL | 13. PURPOSE OF SUPPLEMENT | |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☐ YES ☒ NO IF YES, #CASES ___ | ☒ YES ☐ NO | ☐ FOLLOW–UP INVESTIGATION ☐ STOLEN VEHICLE RECOVERY | ☐ CONTINUATION OF OFFENSE REPORT ☒ STAT |

| 14 NAME (Last, First, Middle) | 15 AGE | 16. RESIDENCE ADDRESS | ZIP CODE |
|---|---|---|---|
| STATEMENT OF: | | | |

| 17 RESIDENCE PHONE | 18. BUSINESS ADDRESS | ZIP CODE | 19. BUSINESS PHONE |
|---|---|---|---|

20. NARRATIVE (Page Page 5 of 7 )

ITEM NO.

b6
b7C

requested. At 0240 hours, C.S.S. left the scene enroute to the L.E.C. to complete the processing of evidence. [                    ] stayed with the vehicle waiting for the wrecker to arrive and tow the vehicle to the L.E.C.. [                    ] followed the Eastway wrecker from 5610 E. Independence Boulevard, where the car was found, to the L.E.C.. They left at 0312 hours and arrived at the L.E.C. at 0328 hours. [          ] escorted the car from 5610 E. Independence Boulevard to the L.E.C.. I/O left the scene at 0246 hours enroute to the L.E.C. for processing of the vehicle. The vehicle was placed in reserved parking slot number 41. The property sheet for the vehicle was filled out and signed by [          ] as well as the towing forms.

At 0405 hours, I/O and C.S.S. Tech [          ] and [          ] discussed the events from the crime scene. The vehicle was located by [          ] at 5610 E. Independence Boulevard, behind the Independence Shopping Center. The vehicle had a stolen Tennessee license plate, 031-RBT attached. The license plate was reported stolen from Knoxville, TN on 6-23-96. The vehicle was dirty inside and out. What appeared to be a South Carolina inspection sticker had been removed from the windshield. There was a substance on the tailpipe that resembled tape glue, and there were marks inside the tailpipe that looks as if something was pushed into same. Also found on the undercarriage near the front of the vehicle was a clump of mud and grass. There was some grass on the muffler near the backseat area. Found in the dumpster was a sawed off shotgun with black tape around the pistol grip, and a small flashlight taped around the front of the gun with black tape. There was a red substance on the gun that appeared to be blood. Also there was a white Sears shopping bag with a garden hose and a cardboard wrapper from the manufacturer with a description of the hose being a 50 foot hose. Inside the bag was a receipt for the hose that revealed that the hose was bought at Sears in Knoxville, TN on Saturday, 6-22-96. There was a small portion of a garden hose about 17 inches in length that had duct tape attached on one end. There was about 22 feet of hose missing. There was church bulletin from a church in Knoxville, TN dated Sunday, 6-23-96. There were clothing items in the dumpster along with soda bottles. It is believed that the garden hose and duct tape may have been attached to the tailpipe at one time. Inside the vehicle we observed cigarette butts in the ashtray and handcuffs hanging from the rear view mirror. The sun visors were down on both sides. There was a South Carolina license plate, FBE-685, in the

b6
b7C

b6
b7C

| 21. U.C.R. CLEARANCE STATUS: | 22. INVESTIGATIVE STATUS: | 23. REPORTING OFFICER | CODE | ASSIGNMENT | DATE | 24. PROPERTY RECOVERED |
|---|---|---|---|---|---|---|
| ☐ OPEN ☐ BY ARREST ☐ EXCEPTIONAL ☐ UNFOUNDED | ☐ ACTIVE ☐ INACTIVE ☐ CLOSED ☐ ADMINISTRATIVE | INV. | | FSB | 6-27-96 | ☐ SEE REVERSE SIDE |
| | 25 CASE REFERRED TO: | 26 REVIEWING SUPERVISOR | | | CODE | DATE |

FOR WORD PROCESSING USE

PC - 005821

DOJ-FOIA 000292
DOJ-FOIA 000292

COMPLAINT NUMBER
960625-171602

| 2 VICTIM NAME | 3. ORIGINAL OFFENSE/CHARGE | |
|---|---|---|
| ALLEN, DONALD LEE | MURDER | |

| 4 LOCATION OF OFFENSE | DISTRICT .5 ARREST NUMBER | 6. C. R. NUMBER |
|---|---|---|
| 3800 BILLY GRAHAM PARKWAY | | AUG 26 1996 |

| 7 ORIGINAL REPORT DATE | 8 SUPPLEMENT DATE | 9 CORRECT INCIDENT CLASSIFICATION |
|---|---|---|
| 6-25-96 | 6-27-96 | MURDER |

10. JUVENILE CASE [ ] YES [X] NO   11 MULTIPLE CASE CLEARANCE [ ] YES [X] NO IF YES. #CASES____   '2 SUPPLEMENT CONFIDENTIAL [X] YES [ ] NO   13. PURPOSE OF SUPPLEMENT [ ] FOLLOW-UP INVESTIGATION [ ] CONTINUATION OF OFFENSE REPORT [ ] STOLEN VEHICLE RECOVERY [X] STATE

| STATEMENT OF: | '4 NAME (Last. First. Middle) | :5. AGE | '6. RESIDENCE ADDRESS | ZIP CODE |
|---|---|---|---|---|
| | '7 RESIDENCE PHONE | '8. BUSINESS ADDRESS | ZIP CODE | 19. BUSINESS PHONE |

20. NARRATIVE (Page Page 6 of 7 )

ITEM NO.

trunk area of the vehicle. The trunk area was dirty with dried looking mud and a large amount of what appeared to be orange paint chips. Under the trunk panel was the spare tire and some more of the paint chips.

The connection between the vehicle and the items in the dumpster are the stolen license plate from Tennessee and the church bulletin from Knoxville, Tennessee. Also the receipt for the garden hose was from a Sears in Knoxville, Tennessee. The dirt and paint chips from the trunk appeared to be on the tape around the shotgun. Also, the duct tape in the dumpster and around the garden hose appear to be the same substance that is on the tailpipe, and the marks inside the tailpipe could have been from the garden hose being put in tailpipe. The passage from the trunk to the passenger area looked loose as if someone had opened the backseat from the trunk area. Based on these findings, it is believed that foul play had occurred at sometime involving these items and vehicle.

b6
b7C

At 0425 hours, [ ] began processing the exterior of the vehicle by dusting it for prints. She was able to lift several prints in which she collected.

At 0500 hours, I/O checked the Mecklenburg County Jail to see if they had a Donald Lee Allen in custody. They did not have him in the jail. I/O the arrest history file to see if Mr. Allen had a prior arrest history, and he does not. I/O sent a PIN message to the Knoxville Police Department to see if they had Mr. Allen in their custody, or if they had a unidentified white male there. This was done based on the fact that so many items were from Knoxville, and over a two day period. They responded back and stated that they would check and gave a contact number for Knoxville Police if we did not hear from them, number is 423-521-1285.

At 0525 hours, we began processing the interior of the vehicle by dusting for prints around the vehicle doors and door windows. Methanol was then preformed on the front and rear floor boards, then the front and rear seats. There was a complete dusting of the interior for prints, especially noted is prints from the sun visors that were obtained. There was a bag located from the rear floor board that contained a receipt from Belk's and a card shop in the Galleria Mall in Rock Hill, SC, dated 6-16-96. There were two condoms in their wrapper found in the seat pouch behind the front passenger seat. Also located in the front passenger area

b6
b7C

| 21. U.C.R. CLEARANCE STATUS: | 22. INVESTIGATIVE STATUS: | 23. REPORTING OFFICER | CODE | ASSIGNMENT | DATE | 24. PROPERTY RECOVERED |
|---|---|---|---|---|---|---|
| [ ] OPEN [ ] BY ARREST [ ] EXCEPTIONAL [ ] UNFOUNDED | [ ] ACTIVE [ ] INACTIVE [ ] CLOSED [ ] ADMINISTRATIVE | INV. [ ] | | FSB | 6-27-96 | [ ] SEE REVERSE SIDE |
| | 25 CASE R | | | | | CODE:    DATE: |

FOR WORD PROCESSING USE

PC - 005822

DOJ-FOIA 000293
DOJ-FOIA 000293

CHARLOTTE-MECKLENBURG POLICE DEPARTMENT SUPPLEMENT REPORT
Form 2.5a (3 84)

**1 COMPLAINT NUMBER** 960625-171602

**2 VICTIM NAME** ALLEN, DONALD LEE

**3. ORIGINAL OFFENSE/CHARGE** MURDER

**4 LOCATION OF OFFENSE** 3800 BILLY GRAHAM PARKWAY

**DISTRICT 5. ARREST NUMBER**

**6. C. R. NUMBER** AUG 26 1996

**7 ORIGINAL REPORT DATE** 6-25-96

**8 SUPPLEMENT DATE** 6-27-96

**9. CORRECT INCIDENT CLASSIFICATION** MURDER

**10 JUVENILE CASE** YES ☒ NO

**11. MULTIPLE CASE CLEARANCE** YES ☒ NO IF YES, #CASES___

**12. SUPPLEMENT CONFIDENTIAL** ☒ YES ☐ NO

**13. PURPOSE OF SUPPLEMENT** ☐ FOLLOW-UP INVESTIGATION ☐ CONTINUATION OF OFFENSE REPORT ☐ STOLEN VEHICLE RECOVERY ☒ STAT

**14 NAME (Last, First, Middle)**

**15. AGE**

**16. RESIDENCE ADDRESS**

**ZIP CODE**

**STATEMENT OF:**

**17 RESIDENCE PHONE**

**18. BUSINESS ADDRESS**

**ZIP CODE**

**19. BUSINESS PHONE**

**20. NARRATIVE** (Page ~~Page 7~~ of 7 )

ITEM NO.

was a live shotgun shell in the console between the seats. The shell was under some cassette tapes. There was a ladies diamond ring located in the storage compartment under the radio. There was a mini mag light flashlight, located under the driver's seat. This light had a red lens cover like the red lens cover on the flashlight taped to the shotgun. There were cigarette butts located in the ashtray, and Mr. Allen did not smoke.

We moved to the trunk area of the vehicle. Methanol was performed on the top cover and the compartment under the panel where the spare tire is located. In the trunk area was the South Carolina license plate, FBE-685. This was collected and will be printed. In the trunk area were the large amount of orange looking paint chips and dried mud. Also, under the panel there were these same chips. There were samples of the chips taken. b6 b7C

At 0700 hours, Homicide Investigator [ ] came to the location where the vehicle was impounded. I/O and [ ] explained to him what had transpired overnight. He contacted [ ] Homicide, who came to this location also. I/O explained to him all that had taken place overnight. At that time homicide became involved in this matter. I/O made a call to the York County Sheriff's Department and spoke to [ ] He was wanting to be updated on the situation. I/O filled him in and asked him if he had a photograph of Mr. Allen for our use in a media release. I/O also requested a copy of the missing person report from there. He stated that he would personally bring these items to the station. I/O had [ ] come in for relief at this time. I/O told [ ] to locate Balmas or [ ] when he arrived. I/O received a page from a FBI agent. I/O called him and received his voice mail and left a message for him to call back soon because I/O was going home. He paged back and I/O called him and connected him with Investigator [ ] because he would be here the rest of the day. At this time this investigator went home.

On 6-27-96. I/O turned over all original reports and supplements to [ ] along with I/O's supplement.

b6 b7C

**21. U.C.R. CLEARANCE STATUS:** ☐ OPEN ☐ BY ARREST ☐ EXCEPTIONAL ☐ UNFOUNDED

**22 INVESTIGATIVE STATUS:** ☐ ACTIVE ☐ INACTIVE ☐ CLOSED ☐ ADMINISTRATIVE

**23. REPO** INV

**25 CASE REFERRED TO**

**26 REVIEWING SUPERVISOR**

**ASSIGNMENT** FSB

**DATE** 6-27-96

**24. PROPERTY RECOVERED** ☐ SEE REVERSE SIDE

**CODE**

PC - 005823

FOR WORD PROCESSING USE

DOJ-FOIA 000294
DOJ-FOIA 000294

DOJ-FOIA 000295
DOJ-FOIA 000295

CHARLOTTE-MECKLENBURG POLICE DEPARTMENT SUPPLEMENT REPORT
Form 2.5a (3/84)

1 COMPLAINT NUMBER
960625171602

| 2 VICTIM NAME | 3 ORIGINAL OFFENSE/CHARGE |
|---|---|
| ALLEN, Donald Lee | Homicide |

| 4 LOCATION OF OFFENSE | DISTRICT 5 ARREST NUMBER | 6. C. R. NUMBER |
|---|---|---|
| 3800 Billy Graham Pkwy | A-2 | AUG 26 1996 |

| 7 ORIGINAL REPORT DATE | 8. SUPPLEMENT DATE | 9 CORRECT INCIDENT CLASSIFICATION |
|---|---|---|
| 06/25/96 | June 26, 1996 | |

10 JUVENILE CASE ☐ YES ☒ NO   11 MULTIPLE CASE CLEARANCE ☐ YES ☒ NO IF YES, #CASES ___   12. SUPPLEMENT CONFIDENTIAL ☒ YES ☐ NO   13. PURPOSE OF SUPPLEMENT ☒ FOLLOW-UP INVESTIGATION ☐ STOLEN VEHICLE RECOVERY ☐ CONTINUATION OF OFFENSE REPORT ☐ STATEME

| 14 NAME (Last, First, Middle) | 15. AGE | 16. RESIDENCE ADDRESS | ZIP CODE |
|---|---|---|---|
| STATEMENT OF | | | |

| 17 RESIDENCE PHONE | 18. BUSINESS ADDRESS | ZIP CODE | 19. BUSINESS PHONE |
|---|---|---|---|

20. NARRATIVE    (Page Page 1 of ____ )

ITEM NO.

On 25 Jun 96 around 1730 hrs [ ] and I drove to the
Intersection of Billy Graham Parkway and Morris Field Rd. in order to
assist with a missing persons/homicide investigation. After arriving we
spoke with [ ] who advised that the suspect was at the Law
Enforcement Center. He requested that we go back there and see if there
are any people that the suspect spoke with that we could interview. [ ]
[ ] and I spoke assisted [ ] and [ ] and
Medical Examiner [ ] requested that we begin trying to
locate any dental records on the victim.

[ ] and I went back to the L.E.C. AT 1900 hrs. I was
contacted by telephone by [ ] of the York County Sheriff's
Office (pager [ ]. He was at the victim's family's house. I
asked him to check to see if the victim had been to any dentist. He
advised me that the Victim may have seen a [ ] in Gastonia when
the victim was in Jr. High School. I got the phone number for [ ]
[ ] from information (865-7603). I called his number and got his
answering service. I left a message with them for [ ] to call me

At about 1940 hrs [ ] advised me that the suspect had talked
with a number of people in reference to what he had done. He told me that
the suspect had talked to his mother [ ]
[ ] and his father (different address). Also I was told that the
suspect had called a cousin or aunt named [ ] on Monday morning
around 4:00 a.m. He called her because he was low on gas and to tell her
about the trouble he was in. The suspect parked the victim's car near her
apartment on Monroe Rd. at the Castlewood Apartments. Originally, Inv.
[ ] and I were going to go and talk with these people. Instead,
[ ] asked that we go to the victim's residence in South Carolina and
tell his family the details of the incident. In addition [ ]
wanted us to tell the Family that the suspect Marc Barnette wanted them to
know that he was sorry and that he had prayed for Donald at church.

At 1945 hrs [ ] contacted me. I
gave him all the information that I had on the victim. I asked him to check
their records in the morning and I would call him at his office. He gave
me his home phone number in case I needed to call him back, [ ]

| 21. U.C.R. CLEARANCE STATUS: | 22. INVESTIGATIVE STATUS | 23. REPORTING OFFICER | CODE | ASSIGNMENT | DATE | 24. PROPERTY RECOVERED |
|---|---|---|---|---|---|---|
| ☐ OPEN ☐ BY ARREST ☐ EXCEPTIONAL ☐ UNFOUNDED | ☐ ACTIVE ☐ INACTIVE ☐ CLOSED ☐ ADMINISTRATIVE | | HOMICIDE | June 26, 1996 | | ☐ SEE REVERSE SIDE |
| | | 25. CASE REFERRED TO | 26. REVIEWING SUPERVISOR | | CODE | DATE |

FOR WORD PROCESSING USE

PC - 005824

COMPLAINT NUMBER
960625171602

| 2. VICTIM NAME | 3. ORIGINAL OFFENSE CHARGE |
|---|---|
| ALLEN, Donald Lee | Homicide |

| 4. LOCATION OF OFFENSE | DISTRICT | 5. ARREST NUMBER | 6. C. R. NUMBER |
|---|---|---|---|
| 3800 Billy Graham Pkwy | A-2 | | |

AUG 26 1996

| 7. ORIGINAL REPORT DATE | 8. SUPPLEMENT DATE | 9. CORRECT INCIDENT CLASSIFICATION |
|---|---|---|
| 06/25/96 | June 26, 1996 | |

10. JUVENILE CASE  YES [ ] NO [X]
11. MULTIPLE CASE CLEARANCE  YES [ ] NO [X] IF YES, #CASES _____
12. SUPPLEMENT CONFIDENTIAL [X] YES [ ] NO
13. PURPOSE OF SUPPLEMENT [X] FOLLOW-UP INVESTIGATION [ ] CONTINUATION OF OFFENSE REPORT [ ] STOLEN VEHICLE RECOVERY [ ] STATEMENT

| STATEMENT OF: | 14. NAME (Last, First, Middle) | 15. AGE | 16. RESIDENCE ADDRESS | ZIP CODE |
|---|---|---|---|---|
| | 17. RESIDENCE PHONE | 18. BUSINESS ADDRESS | ZIP CODE | 19. BUSINESS PHONE |

20. NARRATIVE   (Page Page 2 of _____ )

ITEM NO.

b6
b7C

At 2020 hrs I received a call from the York County Coroner [        ] He wanted to know if he could be of any assistance. He asked me to call him if he could help us in any way.

At 2030 hrs. I received a call from [          ] I informed him that we wanted to come to York to speak with the vicitm's family. I told him that we would meet him at the York County Sheriff's Office. I asked [          ] what Marc Barnette wanted us to tell the victim's family. He said that he wanted them to know that he was sorry and that he went to church and prayed for Donald.

b6
b7C

Around 2200 hours Inv. [      ] and I met [        ] at the York County Sheriff's office. [        ] gave me two more possible names of Dentist that the victim may have seen. One was in Gastonia and the other may have been in Mt. Holly. One was [          ] His phone number is [      ] The other is an orthodontist and his name is [      ] on [          ] gave [          ] information in reference to some people that saw the victim around midnight on Friday at Coyote Joe's on Wilkinson.

[          ] led us to the Victim's residence. When we got there we met with some of the family members. I informed them that an individual was in custody for killing Donald. I told them that he wanted us to tell them that he was sorry and that he went to church and prayed for Donald. [      ] a I then tried to summarize to them what had taken place and what had happened to Donald Allen. We gave them our business cards as well as the phone number for the Medical Examiner. We then left the residence and drove back to Charlotte.

After getting back to the office I contacted information and got the following information.

b6
b7C

I called the phone number and left a message for [        ] to call me when he got in the office.

b6
b7C

| 21. U.C.R. CLEARANCE STATUS: | 22. INVESTIGATIVE STATUS | | HOMICIDE June 26, 1996 | 24. PROPERTY RECOVERED |
|---|---|---|---|---|
| [ ] OPEN [ ] BY ARREST [ ] EXCEPTIONAL [ ] UNFOUNDED | [ ] ACTIVE [ ] INACTIVE [ ] CLOSED [ ] ADMINISTRATIVE | | | [ ] SEE REVERSE SIDE |
| | | 25. CASE REFERRED TO | 26. REVIEWING SUPERVISOR | CODE DATE |

FOR WORD PROCESSING USE

PC - 005825

DOJ-FOIA 000296
DOJ-FOIA 000296

Form 2.5a (3 84)

COMPLAINT NUMBER
960625171602

2 VICTIM NAME
ALLEN, Donald Lee

3 ORIGINAL OFFENSE CHARGE
Homicide

4 LOCATION OF OFFENSE
3800 Billy Graham Pkwy

DISTRICT 5. ARREST NUMBER
A+2

6. C. R. NUMBER
AUG 26 1996

7 ORIGINAL REPORT DATE
06/25/96

8. SUPPLEMENT DATE
June 26, 1996

9 CORRECT INCIDENT CLASSIFICATION

10 JUVENILE CASE ☐ YES ☒ NO    11 MULTIPLE CASE CLEARANCE ☐ YES ☒ NO IF YES, #CASES ___    12 SUPPLEMENT CONFIDENTIAL ☒ YES ☐ NO    13. PURPOSE OF SUPPLEMENT ☒ FOLLOW-UP INVESTIGATION ☐ CONTINUATION OF OFFENSE REPORT ☐ STOLEN VEHICLE RECOVERY ☐ STATEME

14 NAME (Last, First, Middle)    15. AGE    16. RESIDENCE ADDRESS    ZIP CODE

STATEMENT OF.

17 RESIDENCE PHONE    18. BUSINESS ADDRESS    ZIP CODE    19. BUSINESS PHONE

20. NARRATIVE    (Page Page 3 of _____ )

ITEM NO.

b6
b7C

On 26 June 96 around 0750 hrs I spoke with [        ] office. She advised me that [        ] had retired two years ago. She checked their files and found the victim's chart and two bite wing x-rays. I informed her that I would come and pick them up. At 0837 I contacted [        ] office and spoke with [        ] She had located a full pan of the victim's mouth and his chart. I asked her to copy it so I could take it to the Medical Examiner.

b6
b7C

[        ] and I drove to Gastonia and went to [        ] office at [        ] (phone # [        ] and met with [        ] She gave me a copy of Donald Allen chart and the x-ray. I filled out a property sheet which she signed on 06/26/96 at 0930 hrs. [        ] and I then walked to the office of [        ] Gastonia, NC (phone # [        ]. On 06/26/96 at 1000 hrs [        ] gave me a copy of Donald Allen's x-ray and chart. I filled out a property sheet and had her sign it. [        ] and I then drove to the office of [        ] [        ] NC (phone # [        ] At his office I received a copy of Donald Allen's chart and x-ray from [        ] I filled out a property sheet and had her sign it. [        ] and I then transported all of the above to the Medical Examiner's office on N. College St. At 1050 hrs of 06/26/96 [        ] signed for all of the records. Later in the day on 06/26/96 I accompanied [        ] when he interviewed witness [        ]

b6
b7C

21 U.C.R. CLEARANCE STATUS:
☐ OPEN
☐ BY ARREST
☐ EXCEPTIONAL
☐ UNFOUNDED

22. INVESTIGATIVE STATUS:
☐ ACTIVE
☐ INACTIVE
☐ CLOSED
☐ ADMINISTRATIVE

HOMICIDE June 26, 1996

24. PROPERTY RECOVERED
☐ SEE REVERSE SIDE

25. CASE REFERRED TO.

26. REVIEWING SUPERVISOR

CODE:    DATE:

PC - 005826

FOR WORD PROCESSING USE

DOJ-FOIA 000297
DOJ-FOIA 000297

CHARLOTTE-MECKLENBURG POLICE DEPARTMENT SUPPLEMENT REPORT

Form 2.5 (3 84)

COMP NUMBER 960625-171602

2 VICTIM NAME **ALLEN, Donald Lee**

3 ORIGINAL OFFENSE-CHARGE **Murder**

4 LOCATION OF OFFENSE **3800 Billy Graham Parkway**

DISTRICT 5 ARREST NUMBER **886/01**

6 C R NUMBER

7 ORIGINAL REPORT DATE **6/25/96**

8 SUPPLEMENT DATE **6/26/96**

9 CORRECT INCIDENT CLASSIFICATION

AUG 26 1996

10 JUVENILE CASE — YES ☐ NO ☑

11 MULTIPLE CASE CLEARANCE — YES ☐ NO IF YES, #CASES ☑ ___

12 SUPPLEMENT CONFIDENTIAL — YES ☐ NO ☑

13 PURPOSE OF SUPPLEMENT — FOLLOW-UP INVESTIGATION ☑ — CONTINUATION OF OFFENSE REPORT ☐ — STOLEN VEHICLE RECOVERY ☐ — STATE ☐

14 NAME (Last, First, Middle)

15 AGE

16 RESIDENCE ADDRESS

ZIP CODE

STATEMENT OF

17 RESIDENCE PHONE

18 BUSINESS ADDRESS

ZIP CODE

19 BUSINESS PHONE

b6
b7C

20 NARRATIVE (Page _1_ of _4_ )

ITEM NO

On 6/25/96 at approximately 1620 hrs. [ ] and [ ] requested that I go to the area of Billy Graham Parkway and Morris Field Dr. to assist with a search, reference a possible body in the area of the woods.

At approximately 1644 hrs. while enroute to the area of Billy Graham Parkway and Morris Field Dr. I was involved in a minor traffic accident. This delayed my arrival time.

At approximately 1717 hrs. I arrived at the intersection of Billy Graham Parkway and Morris Field Dr. I observed the listed personnel on the scene.

b6
b7C

Homicide-

Homicide-

Task Force -

Task Force -

[ ] informed me that a body had been located. He pointed to the partly wooded area on

b6
b7C

21. U.C.R. CLEARANCE STATUS:
☐ OPEN
☑ BY ARREST
☐ EXCEPTIONAL
☐ UNFOUNDED

CODE **Homicide**

ASSIGNMENT **6/26/96**

DATE

24. PROPERTY RECOVER ☐ SEE REVERSE SIDE

PC - 005827

DOJ-FOIA 000298
DOJ-FOIA 000298

2 VICTIM NAME ALLEN, Donald Lee.

3 ORIGINAL OFFENSE CHARGE Murder

COMPLAINT NUMBER 960625-117602

4 LOCATION OF OFFENSE 3800 Billy Graham Parkway

DISTRICT  5 ARREST NUMBER

6 C R NUMBER

AUG 26 1996

7 ORIGINAL REPORT DATE 6/25/96  8 SUPPLEMENT DATE 6/26/96

9 CORRECT INCIDENT CLASSIFICATION

10 JUVENILE CASE  ☐ YES  ☐ NO  11 MULTIPLE CASE CLEARANCE ☐ YES ☑ NO IF YES #CASES  12 SUPPLEMENT CONFIDENTIAL ☐ YES ☐ NO  13 PURPOSE OF SUPPLEMENT ☑ FOLLOW-UP INVESTIGATION  ☐ CONTINUATION OF OFFENSE REPORT  ☐ STOLEN VEHICLE RECOVERY  ☐ STATEM

14 NAME (Last First Middle)  15 AGE  16 RESIDENCE ADDRESS  ZIP CODE

STATEMENT OF

17 RESIDENCE PHONE  18 BUSINESS ADDRESS  ZIP CODE  19 BUSINESS PHONE

20 NARRATIVE (Page 2 of 4)

b6
b7C

ITEM NO

the NorthWest side of the 3800 blk. of Billy Graham Pkwy
I then assisted [ ] with placing Crime
Scene Tape around the area.

b6
b7C

At approximately 1730hrs. uniform Officer [ ]
arrived on the scene to do a Offense Report.
At approximately 1738hrs [ ] arrived
on the Scene. [ ] is the case lead Investiga
At approximately 1773hrs. [ ] an[ ]
[ ] arrived on the scene. We went to view
the Crime Scene. We Followed a concrete drainage ditch
along the side of Morrisfield Dr. to Billy Graham Parkway.
The drainage ditch was outline with loose rocks, weeds
and tree's. I observed a pair of brown shorts laying under
a tree leading to the victim. I then observed suspected
dried blood and three (3) spent shotgun shells near the
end of the concrete drainage ditch. At the end of
the concrete drainage ditch I seen some rocks in the
weeds and partly wooded area. I observed a human body
laying on its back. The legs were open and slightly
bent at the knees upwords. The right arm was down

b6
b7C

21. U.C.R CLEARANCE STATUS.
☐ OPEN
☑ BY ARREST
☐ EXCEPTIONAL
☐ UNFOUNDED

[ ]

CODE  ASSIGNMENT Homicide  DATE 6/26/96

24  ☐ PROPERTY RECOVERE
☐ SEE REVERSE SIDE

DATE

DOJ-FOIA 000299
DOJ-FOIA 000299

Form 2 5 (3 84)

COMPLAINT NUMBER 960625-171602

1 VICTIM NAME ALLEN, Donald Lee

3 ORIGINAL OFFENSE CHARGE Murder

4 LOCATION OF OFFENSE 3800 Billy Graham Parkway

DISTRICT 5 ARREST NUMBER

6 C R NUMBER

AUG 26 1996

7 ORIGINAL REPORT DATE 6/25/96  8 SUPPLEMENT DATE 6/26/96

9 CORRECT INCIDENT CLASSIFICATION

10 JUVENILE CASE  ☐ YES ☑ NO
MULTIPLE CASE CLEARANCE ☐ YES ☑ NO F =ES #CASES
12 SUPPLEMENT CONFIDENTIAL ☐ YES ☐ NO
13 PURPOSE OF SUPPLEMENT ☑ FOLLOW-UP INVESTIGATION ☐ CONTINUATION OF OFFENSE REPORT ☐ STOLEN VEHICLE RECOVERY ☐ STATEM

STATEMENT OF

14 NAME (Last, First, Middle)  15 AGE  16 RESIDENCE ADDRESS  ZIP CODE

17 RESIDENCE PHONE  18 BUSINESS ADDRESS  ZIP CODE  19 BUSINESS PHONE

20 NARRATIVE  (Page 3 of 4 )

ITEM NO

to the side with the head resting on the top of his right thigh. The left arm was out to his side resting on a brown paper bag. The head was turned to the left. The left area of the face was covered with maggots. The body had decomposed. It appeared to be a W/M. The victim was wearing a gold necklace, short sleeve dark colored pull over three (3) button shirt - top button was open. Light colored blue jeans, brown belt, shirt was tucked into his pants, white socks. Tennis shoes - Pegassu Brand - they were purple + white in color 3/4 lenght. The left tennis shoe was untied. Gold face watch with a brown band on the L/wrist.

At approximately 175/hrs. ▮▮▮▮▮▮▮▮ arrived on the scene.

At approximately 1753 hrs. Medical Examiner ▮▮▮▮▮▮ arrived on the scene.

▮▮▮▮▮▮ took measurements of the scene and I assisted him.

At approximately 1910 hrs. Body Removal arrived on the scene.

At approximately 1930 hrs. Charlottle Fire Department - Station #17 arrived on the scene and lend us a fan.

21 U.C.R. CLEARANCE STATUS.
☐ OPEN
☑ BY ARREST
☐ EXCEPTIONAL
☐ UNFOUNDED

CODE ASSIGNMENT Homicide  DATE 6/26/96

24 PROPERTY RECOVERE ☐ SEE REVERSE SIDE

b6
b7C

PC - 005829

DOJ-FOIA 000300
DOJ-FOIA 000300

CHARLOTTE-MECKLENBURG POLICE DEPARTMENT SUPPLEMENT REPORT

Form 2 5  3 84)

COMPLAINT NUMBER  760625-171602

1 VICTIM NAME  ALLEN, Donald Lee

3 ORIGINAL OFFENSE CHARGE  Murder

4 LOCATION OF OFFENSE  3800 Billy Graham Parkway    DISTRICT  5 ARREST NUMBER    6 C R NUMBER

AUG 26 1996

7 ORIGINAL REPORT DATE  6/25/76

8 SUPPLEMENT DATE  6/26/96

9 CORRECT INCIDENT CLASSIFICATION

10 JUVENILE CASE  ☐ YES  ☐ NO
11 MULTIPLE CASE CLEARANCE  ☐ YES  ☑ NO IF YES #CASES
12 SUPPLEMENT CONFIDENTIAL  ☑ YES  ☐ NO
13 PURPOSE OF SUPPLEMENT  ☑ FOLLOW-UP INVESTIGATION  ☐ CONTINUATION OF OFFENSE REPORT  ☐ STOLEN VEHICLE RECOVERY  ☐ STATEM

14 NAME (Last  First  Middle)    15 AGE  16 RESIDENCE ADDRESS    ZIP CODE

STATEMENT OF

17 RESIDENCE PHONE    18 BUSINESS ADDRESS    ZIP CODE    19 BUSINESS PHONE

20 NARRATIVE  (Page  4  of  4  )

ITEM NO

At approximately 1933 hrs. I found a shotgun shell wad in the bed of rock's approximately three (3) feet from the victim foot. I informed Investigator _____ and C.S.S. collected the wad.

At approximately 1943 hrs _____ [M/E] _____ and I placed the body in a body bag and had it transported to the County Morgue

At approximately 2003 hrs. I took down the Crime Scene Tape and left the scene.

b6
b7C

b6
b7C

21. U C R CLEARANCE STATUS.
☐ OPEN
☑ BY ARREST
☐ EXCEPTIONAL
☐ UNFOUNDED

CODE  ASSIGNMENT  DATE
Homicide  6/26/96

24. ☐ PROPERTY RECOVERE
☐ SEE REVERSE SIDE

DOJ-FOIA 000301
DOJ-FOIA 000301

CHARLOTTE-MECKLENBURG POLICE DEPARTMENT SUPPLEMENT REPORT

Form 2.5 (3.84)

1. COMPL. NUMBER

2. VICTIM NAME

3. ORIGINAL OFFENSE-CHARGE

4. LOCATION OF OFFENSE

DISTRICT 5. ARREST NUMBER

6 C. R. NUMBER  AUG 26 1996

7 ORIGINAL REPORT DATE | 8. SUPPLEMENT DATE | 9. CORRECT INCIDENT CLASSIFICATION

10. JUVENILE CASE    11. MULTIPLE CASE CLEARANCE    12. SUPPLEMENT CONFIDENTIAL    13. PURPOSE OF SUPPLEMENT    CONTINUATION OF OFFENSE REPORT

☐ YES ☐ NO    ☐ YES ☐ NO IF YES, #CASES    ☐ YES ☐ NO    ☐ FOLLOW-UP INVESTIGATION    ☐ STOLEN VEHICLE RECOVERY    ☐ STATEME

14. NAME (Last, First, Middle)    15. AGE    16. RESIDENCE ADDRESS    ZIP CODE

STATEMENT OF:

17. RESIDENCE PHONE    18. BUSINESS ADDRESS    ZIP CODE    19. BUSINESS PHONE

20. NARRATIVE (Page __1__ of __1__ )

b6
b7C

ITEM NO.

ON WEDNESDAY, JUNE 26, 1996, AT 1630HRS., THIS ___ CONTACTED ___ QUICK PAWN SHOP, 2706 FREEDOM DRIVE CHARLOTTE, N.C., (704) 391-1190, BY TELEPHONE. ___ HAS MADE CONTACT WITH FRESHOUR EARLIER THIS DATE.

b6
b7C

___ HAS DOCUMENTATION SHOWING THAT THE DEFENDANT PURCHASED A WINCHESTER SHOTGUN FROM THE PAWN SHOP. ___ ADVISED THIS I/O OF THE SERIAL NUMBER TO THE PURCHASED WEAPON. THE SERIAL NUMBER MATCHES THE WEAPON LOCATED AT INDEPENDENC SHOPPING CTR. IN A DUMPSTER. ALSO, FRESHOUR HAS THE YELLOW FORM (FEDERAL 'ATF' FORM) THAT WAS COMPLETED BY THE DEFENDANT FOR THE PURCHASE OF THE WEAPON.

ALL DOCUMENTATION WILL BE FAXED TO THIS I/O

b6
b7C

21. U.C.R. CLEARANCE STATUS:
☐ OPEN
☐ BY ARREST
☐ EXCEPTIONAL
☐ UNFOUNDED

22. INVESTIGATIVE STATUS:
☐ ACTIVE
☐ INACTIVE
☐ CLOSED
☐ ADMINISTRATIVE

25. CASE REFERRED TO:

26. REVIEWING SUPERVISOR

CODE    ASSIGNMENT    DATE    24. ☐ PROPERTY RECOVERED ☐ SEE REVERSE SIDE
JB 6-26-96

CODE#    DATE

PC-005831

DOJ-FOIA 000302
DOJ-FOIA 000302

CHARLOTTE-MECKLENBURG POLICE DEPARTMENT SUPPLEMENT REPORT
Form 2.5a (3/84)

| 2. VICTIM NAME | 3. ORIGINAL OFFENSE/CHARGE | | |
|---|---|---|---|
| 4. LOCATION OF OFFENSE | DISTRICT 5. ARREST NUMBER | | 6. C. R. NUMBER |
| 7. ORIGINAL REPORT DATE | 8. SUPPLEMENT DATE 06-26-96 | 9. CORRECT INCIDENT CLASSIFICATION | AUG 26 1996 |

1. COMPLAINT NUMBER

| 10. JUVENILE CASE | 11. MULTIPLE CASE CLEARANCE | 12. SUPPLEMENT CONFIDENTIAL | 13. PURPOSE OF SUPPLEMENT |
|---|---|---|---|
| YES [X] NO | YES [X] NO IF YES, #CASES | [X] YES [ ] NO | [X] FOLLOW-UP INVESTIGATION |

CONTINUATION OF OFFENSE REPORT ☐ STOLEN VEHICLE RECOVERY ☐ STATEMENT

STATEMENT OF:

| 14 NAME (Last, First, Middle) | 15. AGE | 16. RESIDENCE ADDRESS | ZIP CODE |
|---|---|---|---|
| 17. RESIDENCE PHONE | 18. BUSINESS ADDRESS | ZIP CODE | 19. BUSINESS PHONE |

20. NARRATIVE (Page Page—1 of _____)

ITEM NO.

FIRST SUPPLEMENT:

VICTIM:    ALLEN, DONALD LEE, W/M, DOB:  03-30-74
           2075 W. MC CONNELLS HWY, MC CONNELLS, S. C.
           (803)684-3904

DEFENDANT:  BARNETTE, AQUILIA MARCIVICCI, B/M, DOB:  07-07-73
            3413 West Blvd., Charlotte, N. C.

COMP # 960625  171602

On Friday, June 21, 1996, between 1900-1930hrs., the victim departed his
residence in York County, S. C., destination unknown.  The victim's father
saw his son leave the house at this time.  The victim lives with his
father and mother.  The victim went to a Texaco Convenience Store in
McConnell's, S. C. and bought a drink and chips around 1930hrs., on
Friday, June 21, 1996.

The victim was seen Friday evening at Coyote Joe's, Wilkinson Blvd.,
Charlotte.  The victim left this establishment enroute home and was
stopped for the traffic light at Morris Field Drive and Billy Graham
Parkway shortly after midnight, Saturday, June 22, 1996.  While stopped at
the intersection the defendant approached the victim and pointed the sawed
off shotgun at the victim.  The defendant demanded the victim's wallet and
automobile, and ordered the victim out of his vehicle.

The defendant ordered the victim across the street at gun point, and in to
a wooded area.  The victim was then shot three times at close range with a
12 gauge shotgun.

The defendant then drove to Roanoke, Virginia, in the victim's vehicle.
The defendant went to his ex-girlfriend's house.  The girlfriend resides
with her mother.  The defendant used the same weapon, firing three times

b6
b7C

| 21. U.C.R. CLEARANCE STATUS: | 22. INVESTIGATIVE STATUS | 23. R | CODE | ASSIGNMENT | DATE | 24. PROPERTY RECOVERED |
|---|---|---|---|---|---|---|
| ☐ OPEN ☐ BY ARREST ☐ EXCEPTIONAL ☐ UNFOUNDED | ☐ ACTIVE ☐ INACTIVE ☐ CLOSED ☐ ADMINISTRATIVE | | FIB | 06-26-96 | | ☐ SEE REVERSE SIDE |
| | | 25. CASE REFERRED TO | 26. REVIEWING SUPERVISOR | | CODE | DATE |

PC 005832

FOR WORD PROCESSING USE

DOJ-FOIA 000303
DOJ-FOIA 000303

| 1. COMPLAINT NUMBER | |
|---|---|

| 2. VICTIM NAME | 3. ORIGINAL OFFENSE/CHARGE |
|---|---|

| 4. LOCATION OF OFFENSE | DISTRICT | 5. ARREST NUMBER | 6 C. R. NUMBER |
|---|---|---|---|

AUG 26 1996

| 7. ORIGINAL REPORT DATE | 8. SUPPLEMENT DATE 06-26-96 | 9. CORRECT INCIDENT CLASSIFICATION |
|---|---|---|

| 10. JUVENILE CASE | 11. MULTIPLE CASE CLEARANCE | 12. SUPPLEMENT CONFIDENTIAL | 13. PURPOSE OF SUPPLEMENT |
|---|---|---|---|
| ☐ YES ☒ NO | ☐ YES ☒ NO IF YES, #CASES | ☒ YES ☐ NO | ☒ FOLLOW-UP INVESTIGATION  ☐ CONTINUATION OF OFFENSE REPORT  ☐ STOLEN VEHICLE RECOVERY  ☐ STATEMENT |

| STATEMENT OF: | 14. NAME (Last, First, Middle) | 15. AGE | 16. RESIDENCE ADDRESS | ZIP CODE |
|---|---|---|---|---|
| | 17. RESIDENCE PHONE | 18. BUSINESS ADDRESS | ZIP CODE | 19. BUSINESS PHONE |

20. NARRATIVE (Page Page 2 of _____)

ITEM NO.

at the secured door in order to gain access. The defendant then shot and killed his ex-girlfriend.

The defendant fled in the victim/Allen's vehicle to Knoxville, Tennessee, and went to a Sears Store. The defendant purchased a fifty (50') garden hose and had purchased some rolls of duct tape at another location. The victim then attempted to commit suicide by hooking the hose up to the exhaust system of the stolen vehicle. An unknown construction worker pulled the hose out of the exhaust system and the defendant left the area. The defendant then went to church in Knoxville.

The defendant then called a female cousin in Charlotte and eventually drove the stolen vehicle to Charlotte on Sunday, June 23, 1996. The vehicle was found behind the Independence Shopping Center, with a stolen Tennessee license plate being displayed. The defendant's cousin lives in the Castlewood Apartments which is adjacent to where the vehicle was located.

The defendant confessed to the crimes. Evidence was collected that substantiates the defendant's confession.

b6
b7C

| 21. U.C.R. CLEARANCE STATUS: | 22. INVESTIGATIVE STATUS | 23. | | CODE ASSIGNMENT DATE | 24. PROPERTY RECOVERED |
|---|---|---|---|---|---|
| ☐ OPEN  ☐ BY ARREST  ☐ EXCEPTIONAL  ☐ UNFOUNDED | ☐ ACTIVE  ☐ INACTIVE  ☐ CLOSED  ☐ ADMINISTRATIVE | | | FIB 06-26-96 | ☐ SEE REVERSE SIDE |
| | | 25. CASE REFERRED TO | 26. REVIEWING SUPERVISOR | | CODE DATE |

FOR WORD PROCESSING USE

PC 005833

DOJ-FOIA 000304
DOJ-FOIA 000304

CHARLOTTE-MECKLENBURG POLICE DEPARTMENT SUPPLEMENT REPORT
Form 2.5a (3/84)

| 1. COMPLAINT NUMBER |
| --- |
| 960625    171602 |

**2. VICTIM NAME**
ALLEN   DONALD   LEE

**3. ORIGINAL OFFENSE/CHARGE**
MURDER   ROBBERY

**4. LOCATION OF OFFENSE**
3800   BILLY GRAHAM PKWY

**DISTRICT** A-2    **5. ARREST NUMBER**

**6. C. R. NUMBER**   AUG 26 1996

**7. ORIGINAL REPORT DATE**   06-25-96    **8. SUPPLEMENT DATE**   07-03-96

**9. CORRECT INCIDENT CLASSIFICATION**

**10. JUVENILE CASE**   YES [ ] NO [X]    **11. MULTIPLE CASE CLEARANCE** YES [ ] NO [X] IF YES, #CASES____    **12. SUPPLEMENT CONFIDENTIAL** [X] YES [ ] NO    **13. PURPOSE OF SUPPLEMENT** [X] FOLLOW-UP INVESTIGATION [ ] STOLEN VEHICLE RECOVERY [ ] CONTINUATION OF OFFENSE REPORT [ ] STATEMENT

**14. NAME (Last, First, Middle)**

**STATEMENT OF:**

**15. AGE**    **16. RESIDENCE ADDRESS**    **ZIP CODE**

**17. RESIDENCE PHONE**    **18. BUSINESS ADDRESS**    **ZIP CODE**    **19. BUSINESS PHONE**

**20. NARRATIVE**   (Page ___ of ___)
Page 1

ITEM NO.

FIRST SUPPLEMENT:

On Tuesday, June 25, 1996, at 0645hrs., this investigator was contacted by
[                           ] and was requested to stop by his
office when I arrived at the Law Enforcement Center.  At 0710hrs., this
investigator made contact with [              ] [                   ] requested
that I accompany him to the parking area located under the Law Enforcement
Center.  While enroute to the parking area, [                    ] stated that a
person from York County, South Carolina had been reported missing on        b6
Sunday, June 23, 1996.  The individual had not been seen since Friday,       b7C
June 21st, but a 48 hour waiting period exists before a person can be
reported missing in South Carolina.

[                    ] stated that the victim's vehicle had been located behind
the Independence Shopping Center at Idlewild Road, and the vehicle was now
at the station. [                    ] advised me to speak to Investigator [      ]
[              ] Missing Persons Unit, Youth Services Bureau.

At 0715hrs., this investigator observed the motor vehicle in question,
[                    ] and [                              ] were    b6
processing the victim's vehicle.  This investigator made contact with       b7C
[                    ] and this investigator was advised of the following.
[              ] stated that he was called at 2330hrs., reference a vehicle being
discovered behind the Independence Shopping Center.  The vehicle was
displaying a Tennessee license plate that had been reported stolen, but
the vehicle identification number (VIN) when checked in the computer was
not indicating that the vehicle was stolen.  It was later determined that
the owner of the vehicle was missing from York County, and [          ] stated
that that was when he was notified.

[              ] stated that the vehicle had been towed from the scene to the Law    b6
Enforcement Center for processing due to inclement weather conditions.       b7C
[              ] advised this investigator as to what had been processed and
[                    ] advised this investigator as to what needed to be
processed.  Wilson stated that a sawed off shotgun with blood had been
found in a dumpster near the vehicle along with a portion of a garden

**21. U.C.R. CLEARANCE STATUS:** [ ] OPEN [ ] BY ARREST [ ] EXCEPTIONAL [ ] UNFOUNDED

**22. INVESTIGATIVE STATUS:** [ ] ACTIVE [ ] INACTIVE [ ] CLOSED [ ] ADMINISTRATIVE

**23. REPORTING OFFICER**    FIB   07-03-96

**CODE**   **ASSIGNMENT**   **DATE**

**24. PROPERTY RECOVERED** [ ] SEE REVERSE SIDE

**25. CASE REFERRED TO**   **26. REVIEWING SUPERVISOR**   **CODE**   **DATE**

FOR WORD PROCESSING USE

DOJ-FOIA 000305
DOJ-FOIA 000305

| 1. COMPLAINT NUMBER |
| --- |
| 960625   171602 |

2. VICTIM NAME

ALLEN   DONALD   LEE

3. ORIGINAL OFFENSE/CHARGE

MURDER   ROBBERY

4. LOCATION OF OFFENSE

3800   BILLY GRAHAM PKWY

DISTRICT | 5. ARREST NUMBER

A-2

6 C. R. NUMBER

AUG 26 1996

7. ORIGINAL REPORT DATE

06-25-96

8. SUPPLEMENT DATE

07-03-96

9. CORRECT INCIDENT CLASSIFICATION

10. JUVENILE CASE  YES [ ] NO [X]
11. MULTIPLE CASE CLEARANCE  YES [ ] NO [X] IF YES, #CASES___
12. SUPPLEMENT CONFIDENTIAL  [X] YES [ ] NO
13. PURPOSE OF SUPPLEMENT  [X] FOLLOW-UP INVESTIGATION  [ ] STOLEN VEHICLE RECOVERY  [ ] CONTINUATION OF OFFENSE REPORT  [ ] STATEMENT

14. NAME (Last, First, Middle)  |  15. AGE  |  16. RESIDENCE ADDRESS  |  ZIP CODE

STATEMENT OF:

17 RESIDENCE PHONE  |  18. BUSINESS ADDRESS  |  ZIP CODE  |  19. BUSINESS PHONE

20. NARRATIVE    (Page _____ of _____)

Page 2

ITEM NO.

hose, gym bag, bolt cutters, crow bar and other items. [redacted]        b6
stated that some evidence was in the Crime Lab and the items were secured.    b7C

At 0725hrs., this investigator attempted to contact [redacted]
[redacted] FIB-Homicide Supervisor, with negative results.   This
investigator then made contact with [redacted]        FIB-Homicide
Supervisor, by radio.   This investigator requested that [redacted] make
contact with this investigator in the police parking area underneath the
Law Enforcement Center.   At 0740hrs. [redacted] made contact with
this investigator.   After [redacted] spoke to [redacted] and
[redacted] this investigator was assigned to the case.

This investigator then asked [redacted] what had been collected from the motor
vehicle.   This investigator then visually inspected the exterior and       b6
interior portions of the motor vehicle.   While observing the rear hatch    b7C
area this investigator noticed numerous small red flakes which resembled
paint chips.   When asked about the red chips, [redacted] stated that
she had methanol taped the rear area collecting numerous red chips.          b6
                                                                             b7C

At 0810hrs., [redacted] [redacted] and this investigator
spoke in the office area of the Homicide Section as to what needed to be
done.   Since [redacted] had been on the scene all night it was determined that
[redacted] would continue the investigation from Family
Services. [redacted] was contacted by [redacted] to make contact
with this investigator.

At 0840hrs., this investigator made contact with [redacted] in the        b6
Crime Lab. [redacted] stated that she was completed with the processing of the   b7C
vehicle.   This investigator requested a copy of all property sheets in
order to determine what had been collected.   This investigator then looked
at the shotgun and the weapon was in [redacted] control.   The weapon
was a Winchester semi automatic shotgun, and the barrel and stock had been
sawed down to an overall length of approximately twenty three (23)
inches.   Electrical tape was wrapped around the front stock of the weapon
and a small flashlight (Mag light) was attached to the stock by the         b6
electrical tape.   The lens of the flashlight had been colored red.   This  b7C
investigator noticed small red chips attached to the electrical tape, and
the chips resembled the chips found in the victim's vehicle.

21. U.C.R. CLEARANCE STATUS: [ ] OPEN [ ] BY ARREST [ ] EXCEPTIONAL [ ] UNFOUNDED

22. INVESTIGATIVE STATUS: [ ] ACTIVE [ ] INACTIVE [ ] CLOSED [ ] ADMINISTRATIVE

23. REPORTING OFFICER

CODE | ASSIGNMENT | DATE

FIB   07-03-96

24. PROPERTY RECOVERED  [ ] SEE REVERSE SIDE

25. CASE REFERRED TO  |  26. REVIEWING SUPERVISOR  |  CODE  |  DATE

FOR WORD PROCESSING USE

DOJ-FOIA 000306
DOJ-FOIA 000306

CHARLOTTE-MECKLENBURG POLICE DEPARTMENT SUPPLEMENT REPORT

Form 2.5a (3/84)

1. COMPLAINT NUMBER: 960625 171602

2. VICTIM NAME: ALLEN DONALD LEE

3. ORIGINAL OFFENSE CHARGE: MURDER ROBBERY

4. LOCATION OF OFFENSE: 3800 BILLY GRAHAM PKWY

DISTRICT: A-2

5. ARREST NUMBER:

6. C. R. NUMBER:

AUG 26 1996

7. ORIGINAL REPORT DATE: 06-25-96

8. SUPPLEMENT DATE: 07-03-96

9. CORRECT INCIDENT CLASSIFICATION:

10. JUVENILE CASE: YES ☐ NO ☒

11. MULTIPLE CASE CLEARANCE: YES ☐ NO IF YES. #CASES ☒

12. SUPPLEMENT CONFIDENTIAL: ☒ YES ☐ NO

13. PURPOSE OF SUPPLEMENT: ☒ FOLLOW-UP INVESTIGATION ☐ STOLEN VEHICLE RECOVERY ☐ CONTINUATION OF OFFENSE REPORT ☐ STATEMENT

14. NAME (Last, First, Middle):

15. AGE:

16. RESIDENCE ADDRESS:

ZIP CODE:

STATEMENT OF:

17. RESIDENCE PHONE:

18. BUSINESS ADDRESS:

ZIP CODE:

19. BUSINESS PHONE:

20. NARRATIVE (Page Page 3 of _____)

ITEM NO.

At 0855hrs., this investigator made contact with [          ] Fingerprint Section, and advised her of the case and the need to begin processing of the evidence. At 0915hrs.., this investigator made contact with [          ] Micro Section, and advised her of the case and the need to coordinate the processing of evidence between the Fingerprint Section, Firearms and her section. [          ] made contact with [   ] and [          ]

It was during this period of time that this investigator learned from [          ] that the victim's vehicle was a 1994 Honda Prelude, 2dr., No Tag., VIN: JHMBA8142RC004261. The vehicle is dark blue with gold lettering, being the (H) on the front and back hoods and the (PRELUDE) on the back hatch.

At 1015hrs., this investigator was contacted by [          ], FBI Fugitive Task Force, reference a case he was working. Special Agent [          ] stated that he was looking for a Aquilia Barnette, local arrest number of #802731, B/M, DOB: 07-07-73, AKA: Mark Barnette, reference a murder that occurred in Roanoke, Virginia on Saturday. The victim was the defendant's former girlfriend. Agent [          ] stated that the defendant lived in Charlotte, on West Boulevard. Agent [          ] stated that he heard that this investigator was working a case where the victim was missing and possible foul play was involved. Agent [          ] stated that the victim in Roanoke was killed with a shotgun and the the defendant fled the scene in a Honda Civic. This investigator advised Agent [          ] that a 12 gauge shotgun and a dark blue Honda Prelude had been recovered last night. Agent [          ] requested to know if the vehicle had gold stripes and this investigator could not advise at this time. Agent [          ] then stated that the vehicle seen leaving the Roanoke scene was blue, but the witness (victim's mother) thought the vehicle was a Civic. This investigator and Agent [          ] agreed to meet after Agent [          ] conclude court due to the similarities in the cases.

At 1025hrs., this investigator made contact with [          ] who is employed with ATF. The purpose of the contact was to initiate a trace on the shotgun that had been recovered in the dumpster. All necessary information was given to [          ] (Winchester, 12 gauge, 2 3/4 chamber, Ser # N868530, Ranger, Model #140, Sawed off.

b6
b7C

b6
b7C

b6
b7C

21. U.C.R. CLEARANCE STATUS: ☐ OPEN ☐ BY ARREST ☐ EXCEPTIONAL ☐ UNFOUNDED

22. INVESTIGATIVE STATUS: ☐ ACTIVE ☐ INACTIVE ☐ CLOSED ☐ ADMINISTRATIVE

23. REPORTING OFFICER: FIB

CODE: ASSIGNMENT: DATE: 07-03-96

24. PROPERTY RECOVERED ☐ SEE REVERSE SIDE

25. CASE REFERRED TO:

26. REVIEWING SUPERVISOR:

CODE:

DATE:

FOR WORD PROCESSING USE

DOJ-FOIA 000307
DOJ-FOIA 000307

PC-005856

| 1. COMPLAINT NUMBER |
| --- |
| 960625   171602 |

2. VICTIM NAME
ALLEN   DONALD   LEE

3. ORIGINAL OFFENSE/CHARGE
MURDER   ROBBERY

4. LOCATION OF OFFENSE
3800   BILLY GRAHAM PKWY

DISTRICT
A-2

5. ARREST NUMBER

6. C. R. NUMBER

AUG 26 1996

7. ORIGINAL REPORT DATE
06-25-96

8. SUPPLEMENT DATE
07-03-96

9. CORRECT INCIDENT CLASSIFICATION

10. JUVENILE CASE: YES [ ]  NO [X]

11. MULTIPLE CASE CLEARANCE: YES [ ]  NO [X]  IF YES, #CASES ___

12. SUPPLEMENT CONFIDENTIAL: YES [X]  NO [ ]

13. PURPOSE OF SUPPLEMENT: FOLLOW-UP INVESTIGATION [X]  CONTINUATION OF OFFENSE REPORT [ ]  STOLEN VEHICLE RECOVERY [ ]  STATEMENT [ ]

STATEMENT OF:

14. NAME (Last, First, Middle)

15. AGE

16. RESIDENCE ADDRESS

ZIP CODE

17. RESIDENCE PHONE

18. BUSINESS ADDRESS

ZIP CODE

19. BUSINESS PHONE

20. NARRATIVE  (Page ____ of ____)

Page 4

ITEM NO.

b6
b7C

Approximately 1035hrs., this investigator made contact with [          ] and [                                    ] in the Crime Lab. [          ] was assigned to make contact with the victim's family and also, contact Knoxville, Tennessee authorities in order to obtain a copy of their paperwork and to see what Knoxville would need from Charlotte Mecklenburg.  In turn, this investigator would make contact with a family member located in Charlotte who had contacted Charlotte Mecklenburg authorities on Monday, July 24, 1996 ([                                    ], reference his missing relative.

b6
b7C

At 1120hrs., this investigator made contact with [                    ] FBI.  This investigator advised Agent [          ] of the status of this case.  In doing so, this investigator escorted Agent [          ] to where the victim's vehicle was located.  After viewing the vehicle, Agent [          ] departed the Law Enforcement Center.

At 1155hrs., this investigator went to International Pawn, 3101 South Boulevard, and made contact with [                                    ] N. C. [                                    ] is [                                    ] stated that the victim's father last saw his son between 1900-1930hrs., when the victim left the residence in York County.  The victim lives with his parents.  According to [          ] the victim only stated that he was going out.

b6
b7C

The family had been by the Texaco Station, Route 321 & 322, McConnells, South Carolina, and showed a store employee a photograph of the victim.  The store owner stated that the victim had been in the store on Friday, June 21st., and bought a soda and chips, then departed.  According to [                                    ] and [                    ] learned this information.  The employee identified the photograph on Monday, June 24th.

b6
b7C

When asked, [          ] stated that the Donald (victim) had not been in contact with any family member.  [          ] stated that this is highly unusual and if the victim is out for an extended period of time that he will call home and advise his parents.  [          ] further stated that if the victim is going to be late getting home from work that he will call home.

b6
b7C

21. U.C.R. CLEARANCE STATUS:  OPEN [ ]  BY ARREST [ ]  EXCEPTIONAL [ ]  UNFOUNDED [ ]

22. INVESTIGATIVE STATUS:  ACTIVE [ ]  INACTIVE [ ]  CLOSED [ ]  ADMINISTRATIVE [ ]

23. REPORTING OFFICER

CODE

ASSIGNMENT
FIB

DATE
07-03-96

24. PROPERTY RECOVERED [ ] SEE REVERSE SIDE

25. REVIEWING SUPERVISOR

CODE

DATE

FOR WORD PROCESSING USE

DOJ-FOIA 000308
DOJ-FOIA 000308

| 1. COMPLAINT NUMBER |
|---|
| 960625   171602 |

| 2. VICTIM NAME | 3. ORIGINAL OFFENSE/CHARGE |
|---|---|
| ALLEN   DONALD   LEE | MURDER   ROBBERY |

| 4. LOCATION OF OFFENSE | DISTRICT | 5. ARREST NUMBER | 6. C. R. NUMBER |
|---|---|---|---|
| 3800   BILLY GRAHAM PKWY | A-2 | | AUG 26 1996 |

| 7. ORIGINAL REPORT DATE | 8. SUPPLEMENT DATE | 9. CORRECT INCIDENT CLASSIFICATION |
|---|---|---|
| 06-25-96 | 07-03-96 | |

| 10. JUVENILE CASE | 11. MULTIPLE CASE CLEARANCE | 12. SUPPLEMENT CONFIDENTIAL | 13. PURPOSE OF SUPPLEMENT | | |
|---|---|---|---|---|---|
| [ ] YES [X] NO | [ ] YES [X] NO IF YES, #CASES___ | [X] YES [ ] NO | [X] FOLLOW-UP INVESTIGATION [ ] STOLEN VEHICLE RECOVERY | [ ] CONTINUATION OF OFFENSE REPORT | [ ] STATEMENT |

| 14. NAME (Last, First, Middle) | 15. AGE | 16. RESIDENCE ADDRESS | ZIP CODE |
|---|---|---|---|

STATEMENT OF:

| 17. RESIDENCE PHONE | 18. BUSINESS ADDRESS | ZIP CODE | 19. BUSINESS PHONE |
|---|---|---|---|

20. NARRATIVE (Page Page 5 of _____)

ITEM NO.

b6
b7C

[ ] stated that Donald (victim) was engaged to a person by the name of Hidi (unknown last name). The engagement was in August of 1995 and lasted approximately four months. [ ] stated that Hidi lived in Rock Hill. The reason for the break up was that Hidi could not make as much money in her new job as her old one and went back to her prior employment, a stripper. [ ] stated that Hidi was working at the Diamond Club. Donald took the break up hard, but [ ] felt that Donald got over the failed engagement.

b6
b7C

[ ] stated that Donald had been going to Coyote Joe's in Charlotte and met a girl there last Friday from Gastonia.

When asked, [ ] stated that Donald did not have any medical problems that he knew of, was not taking a medications that he knew of, no mental illness, no prior threats of suicide or attempts, does not own any weapons but his father owns weapons, no prior disappearances, employed with Jacobson Dextron-Carrowinds Blvd., extremely clean to include his vehicle, no knowledge of physical or verbal fights with any individual, and no family or friends in Knoxville, Tennessee, that he knows of.

b6
b7C

At 1235hrs., this investigator made radio contact with [ ] [ ] stated that [ ] had just left the Law Enforcement Center enroute back to York County. This investigator would be enroute to the victim's residence in order to search the victim's room, process the room for latent fingerprints (victim has not been arrested) and to gather combs or brushes with the victim's hair (methanol taping from victim's vehicle). This investigator contacted York County Sheriff's Department and spoke to [ ] This investigator requested a Crime Scene unit at the victim's residence to collect the above items. At 1250hrs., this investigator and [ ] were enroute to the victim's residence in York County.

b6
b7C

At 1335hrs., this investigator arrived at the victim's residence, 2075 West McConnells Highway, McConnell, S. C. Upon arrival, [ ] and a Crime Scene Search Technician, York County Sheriff's Department where at the residence. The victim's family had been contacted by [ ] as to why Charlotte investigators were enroute to the house and they gave consent to process the victim's residence. This investigator spoke to the

| 21. U.C.R. CLEARANCE STATUS: | 22. INVESTIGATIVE STATUS | 23. REPORTING OFFICER | CODE | ASSIGNMENT | DATE | 24. PROPERTY RECOVERED [ ] SEE REVERSE SIDE |
|---|---|---|---|---|---|---|
| [ ] OPEN [ ] BY ARREST [ ] EXCEPTIONAL [ ] UNFOUNDED | [ ] ACTIVE [ ] INACTIVE [ ] CLOSED [ ] ADMINISTRATIVE | | FIB | | 07-03-96 | CODES    DATE |

FOR WORD PROCESSING USE

DOJ-FOIA 000309
DOJ-FOIA 000309

| 1. COMPLAINT NUMBER |
|---|
| 960625  171602 |

2. VICTIM NAME

ALLEN  DONALD  LEE

3. ORIGINAL OFFENSE/CHARGE

MURDER  ROBBERY

4. LOCATION OF OFFENSE

3800  BILLY GRAHAM PKWY

DISTRICT  5. ARREST NUMBER

A-2

6. C. R. NUMBER

AUG 26 1996

7. ORIGINAL REPORT DATE  06-25-96

8. SUPPLEMENT DATE  07-03-96

9. CORRECT INCIDENT CLASSIFICATION

JUVENILE CASE [ ] YES [X] NO    11. MULTIPLE CASE CLEARANCE [ ] YES [X] NO IF YES, #CASES ____    12. SUPPLEMENT CONFIDENTIAL [X] YES [ ] NO    13. PURPOSE OF SUPPLEMENT [X] FOLLOW-UP INVESTIGATION    [ ] CONTINUATION OF OFFENSE REPORT    [ ] STOLEN VEHICLE RECOVERY    [ ] STATEMENT

14. NAME (Last, First, Middle)    15. AGE    16. RESIDENCE ADDRESS    ZIP CODE

STATEMENT

17. RESIDENCE PHONE    18. BUSINESS ADDRESS    ZIP CODE    19. BUSINESS PHONE

20. NARRATIVE    (Page _____ of _____ )

Page 6

ITEM NO.

victim's three brothers and sister, as well as the victim's mother.  The victim's father was not at home during this period of time.  This investigator learned that the victim was to be at the Orchard Grove Hunt Club to clear land on Saturday morning, June 22nd, but he did not arrive. The victim was to be at a wedding in Mt. Holly, Saturday afternoon, but he did not arrive nor call, and the victim was to be at a party in York County Saturday evening, but did not arrive nor call. The necessary areas were processed and this investigator departed the residence approximately 1515hrs.

This investigator arrived back at the Law Enforcement Center at 1600hrs., and spoke with [          ] and [                    ] as they were departing the building to Billy Graham Parkway and Morris Field Drive.  This investigator learned that the defendant in the Roanoke, Virginia, case had been apprehended and confessed to the killing of Donald Allen. [                ] stated that they were enroute to Billy Graham Parkway to search for the victim and they would contact this investigator if the victim was located.

At 1715hrs., this investigator was notified by [              ] that the victim had been located and to respond to the County Building on North College Street and pick up the Homicide van, and respond to the crime scene.  At 1740hrs., this investigator arrived at the crime scene.

Upon this investigator's arrival, this investigator observed that Sergeant [                    ] and [                    ] were on the scene.  Shortly after my arrival, [                    ] and [        ] arrived on the scene.

This investigator notated that the weather conditions were clear and the temperature was approximately ninety five (95) degrees.  The crime scene was secured with yellow banner tape. [                ] advised this investigator that the victim was located in an area of high vegetation and trees, at the bottom of a cement drainage ditch.

This investigator went to the area where the victim was located.  The victim was observed lying on a rock bed at the bottom of a cement drainage culvert.  Tall grassy vegetation and small trees surrounded the victim.

21. U.C.R. CLEARANCE STATUS: [ ] OPEN [ ] BY ARREST [ ] EXCEPTIONAL [ ] UNFOUNDED

22. INVESTIGATIVE STATUS: [ ] ACTIVE [ ] INACTIVE [ ] CLOSED [ ] ADMINISTRATIVE

23. REPORTING OFFICER

CODE    ASSIGNMENT    DATE
FIB    07-03-96

24. PROPERTY RECOVERED [ ] SEE REVERSE SIDE

FOR WORD PROCESSING USE

DOJ-FOIA 000310
DOJ-FOIA 000310

COMPLAINT NUMBER
960625 171602

2 VICTIM NAME
ALLEN DONALD LEE

3 ORIGINAL OFFENSE CHARGE
MURDER ROBBERY

4 LOCATION OF OFFENSE
3800 BILLY GRAHAM PKWY

DISTRICT 5. ARREST NUMBER
A-2

6. C. R. NUMBER

AUG 2 6 1996

7 ORIGINAL REPORT DATE
06-25-96

8 SUPPLEMENT DATE
07-03-96

9 CORRECT INCIDENT CLASSIFICATION

10 JUVENILE CASE
YES [ ] NO [x]

11 MULTIPLE CASE CLEARANCE
YES [ ] NO IF YES, #CASES [x]

12. SUPPLEMENT CONFIDENTIAL
YES [x] NO [ ]

13. PURPOSE OF SUPPLEMENT
[x] FOLLOW-UP INVESTIGATION
[ ] CONTINUATION OF OFFENSE REPORT
[ ] STOLEN VEHICLE RECOVERY
[ ] STATEMENT

14 NAME (Last, First, Middle)

15. AGE

16. RESIDENCE ADDRESS

ZIP CODE

STATEMENT OF.

17 RESIDENCE PHONE

18. BUSINESS ADDRESS

ZIP CODE

19. BUSINESS PHONE

20. NARRATIVE
(Page _____ of _____)
Page 7

ITEM NO.

Prior to observing the victim, this investigator observed three spent shotgun shells and what appeared to be a trail of blood on the cement drainage culvert. This investigator backed off the crime scene waiting for Crime Scene Search to arrive for the processing of the scene.

At 1751hrs., [                    ] arrived on the scene. This investigator explained the scene to [          ] and advised her as to what evidence needed to be collected. This investigator took measurements of the victim's location utilizing points on Billy Graham Parkway. The Medical Examiner Investigator had been contacted prior to this investigator's arrival on the scene. Medical Examiner Investigator [          ] arrived on the scene at 1753hrs.

b6
b7C

Once photographs were completed by [          ] this investigator documented the scene. The victim was approximately sixty five (65) feet off the Billy Graham Parkway at the intersection of Morris Field Drive, southeast side of the intersection. Approximately a ten foot grass strip borders the east side of Morris Field Drive and then a cement drainage culvert (run off) was observed parallel to Morris Field Drive and curving into the wooded area near the intersection of Billy Graham Parkway. The area of the culvert where the victim was located declines at a step pitch into a high grassy and surrounded by small trees. Approximately fifteen to twenty feet before the end of the cement covert this investigator observed what appeared to be dried blood. The blood ran toward the end of the culvert where the victim was located. At the beginning of the blood stained area at the highest point to the end of the cement culvert at the lowest point three (3) spent shot shells were located. The shot shells were red with brass ends. The spent shots shells were 12 gauge in caliber.

b6
b7C

The victim was located on a rock bed at the end of the culvert. The victim was lying on his back. The victim was extremely decomposed and maggots were present around the victim's facial area. The victim's head was turned slightly to the left. The victim's right leg was slightly bent at the knee, but relatively straight. The left leg was straight, but canted approximately at a forty five (45) degree angle to the left. The victim's left arm was bent at the elbow and out to the left side. The

21. U.C.R. CLEARANCE STATUS:
[ ] OPEN
[ ] BY ARREST
[ ] EXCEPTIONAL
[ ] UNFOUNDED

22. INVESTIGATIVE STATUS:
[ ] ACTIVE
[ ] INACTIVE
[ ] CLOSED
[ ] ADMINISTRATIVE

23. REPORTING OFFICER

CODE    ASSIGNMENT    DATE
FIB    07-03-96

25. SUPERVISOR

24. PROPERTY RECOVERED
[ ] SEE REVERSE SIDE

CODE    DATE

FOR WORD PROCESSING USE

PC - 005840

DOJ-FOIA 000311
DOJ-FOIA 000311

1 COMPLAINT OR

960625   171602

2 VICTIM NAME
ALLEN   DONALD   LEE

3 ORIGINAL OFFENSE.CHARGE
MURDER   ROBBERY

LOCATION OF OFFENSE
3800   BILLY GRAHAM PKWY

DISTRICT 5. ARREST NUMBER
A-2

6. C. R. NUMBER

AUG 26 1996

ORIGINAL REPORT DATE
06-25-96

8. SUPPLEMENT DATE
07-03-96

9 CORRECT INCIDENT CLASSIFICATION

10 JUVENILE CASE   ☐ YES   ☒ NO
11 MULTIPLE CASE CLEARANCE   ☐ YES   ☐ NO IF YES. #CASES ___
12 SUPPLEMENT CONFIDENTIAL   ☐ YES   ☐ NO
13 PURPOSE OF SUPPLEMENT   ☒ FOLLOW-UP INVESTIGATION   ☐ CONTINUATION OF OFFENSE REPORT   ☐ STOLEN VEHICLE RECOVERY   ☐ STATEMENT

14 NAME (Last, First, Middle)   15. AGE   16. RESIDENCE ADDRESS   ZIP CODE

STATEMENT OF

17 RESIDENCE PHONE   18. BUSINESS ADDRESS   ZIP CODE   19. BUSINESS PHONE

20 NARRATIVE   (Page _____ of _____)

Page 8

ITEM NO

victim's right arm was slightly bent at the elbow with the hand resting on the right thigh.

The victim was dressed in a pull over shirt with a collar and three (3) buttons at the top (top button buttoned). The color of the shirt was unknown due to body fluid seepage into the shirt. Also, the victim wore blue jeans with a brown belt, white socks and 'Nike Air Pegasus' sneakers that were purple and white. The victim's shirt was tucked in and the right shoe lace was tied and the left shoe lace untied. A cardboard box was located underneath the left side torso region and was exposed to the left arm. A watch was observed on the victim's left wrist that had a gold face and what appeared to be a brown strap. A gold chain was around the victim's neck with the bottom on the inside of the shirt.

Once processing of the scene was completed, this investigator asked [        ] to take aerial photographs of the scene. Approximately 1910hrs., this investigator contacted Charlotte Fire Department and requested a truck for the purpose of utilizing a fan. At 1930hrs., Engine 17, Charlotte Fire Department, arrived and set up a fan near the victim.

At 1933hrs., Medical Examiner Investigator [        ] Investigator [        ] and this investigator went to the victim for the purpose of removing the victim from the scene. At 1933hrs., [        ] observed a spent shot wadding of the rocks near the victim's right foot. This investigator contacted [        ] and the shot wadding was photographed and collected.

At 1945hrs., the victim was placed in a body bag and removed to a vehicle so that the victim could be transported to the Medical Examiner's Office.

This investigator cleared the crime scene at 2000hrs.

b6
b7C

b6
b7C

21. U.C.R. CLEARANCE STATUS:   ☐ OPEN   ☐ BY ARREST   ☐ EXCEPTIONAL   ☐ UNFOUNDED
22. INVESTIGATIVE STATUS   ☐ ACTIVE   ☐ INACTIVE   ☐ CLOSED   ☐ ADMINISTRATIVE
23. REPORTING OFFICER   CODE   ASSIGNMENT   DATE
FIB   07-03-96
24. PROPERTY RECOVERED   ☐ SEE REVERSE SIDE
25. CA   SUPERVISOR   CODE   DATE

FOR WORD PROCESSING USE

PC - 005841

DOJ-FOIA 000312
DOJ-FOIA 000312

b6
b7C

CHARLOTTE-MECKLENBURG POLICE DEPARTMENT SUPPLEMENT REPORT

Form 2.5a (3/84)

**1. COMPLAINT NUMBER** 960625 171602

**VICTIM NAME** ALLEN DONALD LEE

**3. ORIGINAL OFFENSE/CHARGE** MURDER ROBBERY

**LOCATION OF OFFENSE** 3800 BLK. BILLY GRAHAM PARKWAY

**-DISTRICT** A-2

**5. ARREST NUMBER**

**6. C. R. NUMBER** AUG 26 1996

**ORIGINAL REPORT DATE** 06-25-96

**8. SUPPLEMENT DATE** 07-03-96

**9. CORRECT INCIDENT CLASSIFICATION**

**10. JUVENILE CASE** YES / X NO

**11. MULTIPLE CASE CLEARANCE** YES / X NO IF YES, #CASES

**12. SUPPLEMENT CONFIDENTIAL** X YES / NO

**13. PURPOSE OF SUPPLEMENT** X FOLLOW-UP INVESTIGATION / CONTINUATION OF OFFENSE REPORT / STOLEN VEHICLE RECOVERY / STATEMENT

**STATEMENT OF:**

**14. NAME (Last, First, Middle)**

**15. AGE**

**16. RESIDENCE ADDRESS**

**ZIP CODE**

**17. RESIDENCE PHONE**

**18. BUSINESS ADDRESS**

**ZIP CODE**

**19. BUSINESS PHONE**

**20. NARRATIVE** (Page _____ of _____)

Page 1

**ITEM NO.**

SECOND SUPPLEMENT:

On Wednesday, July 3, 1996, at 1945hrs., Investigator [ ] and this
investigator went to 3413 West Boulevard, in order to interview the
defendant's mother, [ ] When contact was made, [ ]
stated that she had been contacted by her son's attorney and she was
advised not to make any statements.

At this point in time the interview was completed, and the investigators
departed the property.

b6
b7C

**21. U.C.R. CLEARANCE STATUS:** OPEN / BY ARREST / EXCEPTIONAL / UNFOUNDED

**23. REPORTING OFFICER**

**CODE**

**ASSIGNMENT** FIB

**DATE** 07-03-96

**24. PROPERTY RECOVERED** SEE REVERSE SIDE

FOR WORD PROCESSING USE

DOJ-FOIA 000313
DOJ-FOIA 000313

CHARLOTTE-MECKLENBURG POLICE DEPARTMENT SUPPLEMENT REPORT

Form 2.5a (3/84)

1. COMPLAINT NUMBER 960625 171602

VICTIM NAME
ALLEN DONALD LEE

3. ORIGINAL OFFENSE/CHARGE
MURDER ROBBERY

AUG 26 1996

LOCATION OF OFFENSE
3800 BLK. BILLY GRAHAM PARKWAY

DISTRICT A-2

5. ARREST NUMBER

6. C. R. NUMBER

ORIGINAL REPORT DATE
06-25-96

8. SUPPLEMENT DATE
07-03-96

9. CORRECT INCIDENT CLASSIFICATION

10. SINGLE CASE: [ ] YES [X] NO | 11. MULTIPLE CASE CLEARANCE [ ] YES [X] NO IF YES, #CASES_____ | 12. SUPPLEMENT CONFIDENTIAL [X] YES [ ] NO | 13. PURPOSE OF SUPPLEMENT [X] FOLLOW-UP INVESTIGATION | [ ] CONTINUATION OF OFFENSE REPORT [ ] STOLEN VEHICLE RECOVERY [ ] STATEMENT

14. NAME (Last, First, Middle) | 15. AGE | 16. RESIDENCE ADDRESS | ZIP CODE

STATEMENT OF:

17. RESIDENCE PHONE | 18. BUSINESS ADDRESS | ZIP CODE | 19. BUSINESS PHONE

20. NARRATIVE (Page ____ of ____ )
Page 1

ITEM NO.

THIRD SUPPLEMENT:

On Friday, June 28, 1996, the defendant in this case was arrested.

          BARNETTE, AQUILIA MARCIVICCI
          3413 WEST BOULEVARD
          Charlotte, N. C.
          B/M DOB: 07-07-73
          AR#: 886101

Request this case be cleared by arrest.

b6
b7C

21. U.C.R. CLEARANCE STATUS:
[ ] OPEN
[X] BY ARREST
[ ] EXCEPTIONAL
[ ] UNFOUNDED

23. REPORTING OFFICER

CODE | ASSIGNMENT | DATE
FIB 07-03-96

24. PROPERTY RECOVERED [ ] SEE REVERSE SIDE

DOJ-FOIA 000314
DOJ-FOIA 000314

CHARLOTTE-MECKLENBURG POLICE DEPARTMENT SUPPLEMENT REPORT

orm 2.5a (3/84)

**1. COMPLAINT NUMBER**
960625 171602

| 2. VICTIM NAME | 3. ORIGINAL OFFENSE/CHARGE |
|---|---|
| ALLEN DONALD LEE | MURDER ROBBERY |

| 4. LOCATION OF OFFENSE | DISTRICT | 5. ARREST NUMBER | 6. C. R. NUMBER |
|---|---|---|---|
| 3800 BLK. BILLY GRAHAM PARKWAY | A-2 | | AUG 26 1996 |

| 7. ORIGINAL REPORT DATE | 8. SUPPLEMENT DATE | 9. CORRECT INCIDENT CLASSIFICATION |
|---|---|---|
| 06-25-96 | 07-10-96 | |

10. JUVENILE CASE [ ] YES [X] NO | 11. MULTIPLE CASE CLEARANCE [ ] YES [X] NO IF YES, #CASES___ | 12. SUPPLEMENT CONFIDENTIAL [X] YES [ ] NO | 13. PURPOSE OF SUPPLEMENT [X] FOLLOW-UP INVESTIGATION [ ] CONTINUATION OF OFFENSE REPORT [ ] STOLEN VEHICLE RECOVERY [ ] STATEMENT

STATEMENT OF:

| 14. NAME (Last, First, Middle) | 15. AGE | 16. RESIDENCE ADDRESS | ZIP CODE |
|---|---|---|---|
| | | | |

| 17. RESIDENCE PHONE | 18. BUSINESS ADDRESS | ZIP CODE | 19. BUSINESS PHONE |
|---|---|---|---|
| | | | |

20. NARRATIVE (Page _____ of _____)

Page 1

ITEM NO.

FOURTH SUPPLEMENT:

b6
b7C

On Wednesday, July 10, 1996, at 1700hrs., this investigator went to the Castlewood Apartments Management Office in order to locate the residence of[                                    ] The defendant stated that he had contacted this person while in Knoxville, Tennessee.

This investigator learned that[        ]resides at[                    ]which is located at[                    ] At 1710hrs., this investigator attempted to make contact with[        ]with negative results.

b6
b7C

| 21. U.C.R. CLEARANCE STATUS: | 22. INVESTIGATIVE STATUS | 23. REPORTING OFFICER | CODE | ASSIGNMENT | DATE | 24. PROPERTY RECOVERED [ ] SEE REVERSE SIDE |
|---|---|---|---|---|---|---|
| [ ] OPEN [ ] BY ARREST [ ] EXCEPTIONAL [ ] UNFOUNDED | | | FIB | 07-10-96 | | |

FOR WORD PROCESSING USE

DOJ-FOIA 000315
DOJ-FOIA 000315

CHARLOTTE-MECKLENBURG POLICE DEPARTMENT SUPPLEMENT REPORT
Form 2.5a (3/84)

| | |
|---|---|
| 1. COMPLAINT NUMBER | 960625   171602 |

2 VICTIM NAME
ALLEN   DONALD   LEE

3. ORIGINAL OFFENSE/CHARGE
MURDER   ROBBERY

AUG 2 6 1996

4 LOCATION OF OFFENSE
3800 BLK.   BILLY GRAHAM PARKWAY

DISTRICT   A-2

5. ARREST NUMBER

6. C. R NUMBER

7 ORIGINAL REPORT DATE
06-25-96

8. SUPPLEMENT DATE
07-15-96

9. CORRECT INCIDENT CLASSIFICATION

10 JUVENILE CASE    YES  [ ]  NO [X]
11 MULTIPLE CASE CLEARANCE    YES [ ]  NO [X] IF YES, #CASES____
12. SUPPLEMENT CONFIDENTIAL    [X] YES  [ ] NO
13. PURPOSE OF SUPPLEMENT    [X] FOLLOW-UP INVESTIGATION  [ ] CONTINUATION OF OFFENSE REPORT  [ ] STOLEN VEHICLE RECOVERY  [ ] STATEMENT

STATEMENT OF:
14 NAME (Last, First, Middle)

15. AGE

16. RESIDENCE ADDRESS

ZIP CODE

17. RESIDENCE PHONE

18. BUSINESS ADDRESS

ZIP CODE

19. BUSINESS PHONE

20. NARRATIVE    (Page _____ of _____)
Page 1

ITEM NO.

FIFTH SUPPLEMENT:

b6
b7C

On Friday, June 28, 1996 at 1430hrs., this investigator was notified by _____ FIB-Homicide, that the defendant in this case had been served with the state warrants charging him with murder and robbery. This investigator was advised that the paperwork that had been issued by the federal authorities had been disposed of.  At 1500hrs., this investigator contacted the Intake Center, Mecklenburg County Sheriff's Department, and learned through the shift supervisor that Barnette would be going in front of the magistrate, shortly.

b6
b7C

At 1530hrs., _____ and this investigator arrived at the Intake Center and learned that the defendant was in front of a magistrate.  This investigator went to the magistrates area and observed the defendant with a magistrate.  After Aquilia Barnette, the defendant, was finished with the magistrate he was escorted to a section of the Intake Center where his information was being entered into the computer. At 1600hrs., after the Sheriff's Department paperwork was completed, this investigator signed the defendant out of the Mecklenburg County Jail, Intake Center.  This investigator introduced myself to Barnette by name and title.  Barnette was driven to the Law Enforcement Center.  At 1610hrs., Investigator Bowling, the defendant and this investigator arrived at the Law Enforcement Center, Felony Investigations, at the interview room located adjacent to the supervisors office.

This investigator removed the handcuffs from Barnette.  Barnette was handcuffed in front.  This investigator asked Barnette if he wanted to utilize the bathroom and Barnette stated, no.  When asked if he wanted something to eat and/or drink, Barnette stated that he wanted something to eat, that he had not eaten all day.  When asked, Barnette stated that he did not want breakfast and he missed lunch when he was being moved from the North Facility to go in front of the magistrate.  This investigator told Barnette that he would get something to eat.  At 1620hrs., Barnette was moved from the interview room to the Victim's Assistance Office which is larger.

b6
b7C

21. U.C.R. CLEARANCE STATUS:
[ ] OPEN
[ ] BY ARREST
[ ] EXCEPTIONAL
[ ] UNFOUNDED

23. REPORTING OFFICER

CODE    FIB

ASSIGNMENT

DATE    07-15-96

24. PROPERTY RECOVERED
[ ] SEE REVERSE SIDE

FOR WORD PROCESSING USE

DOJ-FOIA 000316
DOJ-FOIA 000316

CHARLOTTE-MECKLENBURG POLICE DEPARTMENT SUPPLEMENT REPORT
Form 2.5a (3/84)

| 1 COMPLAINT NUMBER |
| --- |
| 960625   171602 |

2. VICTIM NAME
ALLEN   DONALD   LEE

3. ORIGINAL OFFENSE/CHARGE
MURDER   ROBBERY

4 LOCATION OF OFFENSE
3800 BLK.   BILLY GRAHAM PARKWAY

DISTRICT  A-2

5. ARREST NUMBER

6. C. R. NUMBER
AUG 26 1996

7 ORIGINAL REPORT DATE
06-25-96

8. SUPPLEMENT DATE
07-15-96

9. CORRECT INCIDENT CLASSIFICATION

10. JUVENILE CASE   YES [ ]   NO [X]

11. MULTIPLE CASE CLEARANCE   YES [ ]   NO [X]   IF YES, #CASES_____

12. SUPPLEMENT CONFIDENTIAL   YES [X]   NO [ ]

13. PURPOSE OF SUPPLEMENT   [X] FOLLOW-UP INVESTIGATION   [ ] CONTINUATION OF OFFENSE REPORT   [ ] STOLEN VEHICLE RECOVERY   [ ] STATEMENT

STATEMENT OF:

14 NAME (Last, First, Middle)

15. AGE

16. RESIDENCE ADDRESS

ZIP CODE

17 RESIDENCE PHONE

18. BUSINESS ADDRESS

ZIP CODE

19. BUSINESS PHONE

20. NARRATIVE
(Page _____ of _____ )
Page 2

ITEM NO.

b6
b7C

This investigator advised Barnette that this investigator would have to advise him of his constitutional rights according to Miranda, both orally and in writing. Barnette stated that he understood. This investigator utilized the same style waiver form as was used the first time when he was interviewed by [ ] The information at the top of the waiver was supplied by the defendant. This investigator then read the document to the defendant. Paragraph three was read out loud by the defendant in order to show that he could in fact read. After each paragraph was read to the defendant, this investigator requested that the defendant initial each paragraph showing that he understood. After the end of paragraph three, this investigator had the defendant initial the sentence showing that he read the sentence out loud. This investigator then read the last paragraph to the defendant. This investigator asked the defendant if he understood this particular paragraph (last paragraph) and the defendant stated, yes. This investigator advised Barnette if he was willing to answer questions at this time that I would need him to sign the document. Barnette stated that he was willing to talk and signed the waiver form at 1624hrs.

This investigator asked the defendant where he lived and he stated, 3413 West Blvd. This investigator asked Barnette where did the shooting occur that happened in Charlotte. Barnette stated that it was shortly after midnight, at Billy Graham and Morris Field. This investigator asked Barnette what happened. Barnette stated that he was standing off to the side of the road waiting for a car to come by and stop at the intersection. Barnette stated that he needed a car to get to Virginia. Barnette stated that he walked up to Donald's car and ordered him out of the car. This investigator asked Barnette how he ordered him out of the car. Barnette stated that he pointed the shotgun at him through the window. This investigator asked Barnette if the window was up or down and Barnette stated, down. Barnette then stated that he walked Donald over to the side of the road and down into the wooded area. This investigator asked Barnette how he knows that the victim's name is Donald. Barnette stated that after he drove off he was looking in the victim's wallet and saw the driver's license and the name was Donald. This investigator asked Barnette how he ended up with Donald's wallet. Barnette stated that when he ordered Donald out of the car he (Barnette) told the victim that he was taking the car and also, wanted his wallet. This investigator asked

21. U.C.R. CLEARANCE STATUS:
[ ] OPEN
[ ] BY ARREST
[ ] EXCEPTIONAL
[ ] UNFOUNDED

23. REPORTING OFFICER

CODE

ASSIGNMENT
FIB   07-15-96

b7CE

24. PROPERTY RECOVERED
[ ] SEE REVERSE SIDE

b6
b7CE

FOR WORD PROCESSING USE

DOJ-FOIA 000317
DOJ-FOIA 000317

1 COMPLAINT NUMBER
960625   171602

2. VICTIM NAME
ALLEN   DONALD   LEE

3 ORIGINAL OFFENSE/CHARGE
MURDER   ROBBERY

4 LOCATION OF OFFENSE
3800 BLK.  BILLY GRAHAM PARKWAY

DISTRICT  5. ARREST NUMBER
A-2

6. C. R. NUMBER
AUG 26 1996

7 ORIGINAL REPORT DATE
06-25-96

8. SUPPLEMENT DATE
07-15-96

9. CORRECT INCIDENT CLASSIFICATION

10. JUVENILE CASE   ☐ YES  ☒ NO

11 MULTIPLE CASE CLEARANCE   ☐ YES  ☒ NO  IF YES, #CASES____

12. SUPPLEMENT CONFIDENTIAL   ☒ YES  ☐ NO

13. PURPOSE OF SUPPLEMENT   ☒ FOLLOW-UP INVESTIGATION   ☐ CONTINUATION OF OFFENSE REPORT   ☐ STOLEN VEHICLE RECOVERY   ☐ STATEMENT

14. NAME (Last, First, Middle)

15. AGE

16. RESIDENCE ADDRESS

ZIP CODE

STATEMENT OF:

17. RESIDENCE PHONE

18. BUSINESS ADDRESS

ZIP CODE

19. BUSINESS PHONE

20. NARRATIVE   (Page _____ of _____)

Page 3

ITEM NO.

Barnette if the victim said anything to him and Barnette stated, he kept telling me not to kill him.  This investigator asked Barnette if the victim resisted him, threatened him, refused to cooperate or struck him in any way.  Barnette stated, no.

This investigator asked Barnette how he picked that intersection. Barnette stated that it was not far from his house and that the intersection was dark.  This investigator asked Barnette how many times he shot Donald and Barnette stated, I believe three because that is all the shotgun holds.  When asked, Barnette stated that he bought the shotgun at a pawn shop on Freedom Drive.  Barnette stated that he cut the shotgun down and put the flashlight on the end of the barrel with tape.  Barnette said that he did not know where he shot Donald and he was not sure that he had shot him because it was so dark.  Barnette stated that after he shot Donald that he got into Donald's car and did a U-turn and went up Morris Field to Wilkinson Blvd.  It was at this intersection that Barnette stated that he went through the victim's wallet.

This investigator asked Barnette if he left handcuffs in the car and Barnette stated; Oh, I forgot about the handcuffs.  They are mine and I left them hanging from the rear view mirror.  The defendant did not remember where the keys to the handcuffs were located.  This investigator asked Barnette who was 'Vicci' and Barnette stated, that it was him. Barnette stated that it was a short version of his middle name.  This investigator then asked Barnette who was 'Pooh' and Barnette stated, that was his girlfriend Robin, in Roanoke.  When asked about a mag lite and the lens Barnette stated that he had two mag lites when he stole the car, but he does not know where the second light is.  Barnette stated that he colored the lenses red, because he father was in Vietnam and his grandfather was in Korea, and he colored his flashlights like his father and grandfather.  Barnette was told that I found a second light in the car and Barnette stated that it was his.  When asked about two letters with the names 'POOH' and 'VICCI', Barnette stated that the letters were his. Barnette was asked about the shotgun and he said that he did not want to leave the gun in the car so that anybody would find the gun.  Barnette stated that he left the car so that it would be found.  Barnette then spontaneously stated that there is blood on the shotgun and that the blood is his.  Barnette stated that he was shot in the right hand back in

21. U.C.R. CLEARANCE STATUS:
☐ OPEN
☐ BY ARREST
☐ EXCEPTIONAL
☐ UNFOUNDED

23. REPORTING OFFICER

CODE   ASSIGNMENT   DATE
FIB   07-15-96

24. PROPERTY RECOVERED
☐ SEE REVERSE SIDE

b6
b7C

FOR WORD PROCESSING USE

DOJ-FOIA 000318
DOJ-FOIA 000318

| 1. COMPLAINT NUMBER | |
|---|---|
| | 960625    171602 |

| 2. VICTIM NAME | 3. ORIGINAL OFFENSE/CHARGE | |
|---|---|---|
| ALLEN   DONALD   LEE | MURDER   ROBBERY | AUG 26 1996 |

| 4. LOCATION OF OFFENSE | DISTRICT | 5. ARREST NUMBER | 6. C. R. NUMBER |
|---|---|---|---|
| 3800 BLK.   BILLY GRAHAM PARKWAY | A-2 | | |

| 7. ORIGINAL REPORT DATE | 8. SUPPLEMENT DATE | 9. CORRECT INCIDENT CLASSIFICATION |
|---|---|---|
| 06-25-96 | 07-15-96 | |

| 10. JUVENILE CASE | 11. MULTIPLE CASE CLEARANCE | 12. SUPPLEMENT CONFIDENTIAL | 13. PURPOSE OF SUPPLEMENT | | |
|---|---|---|---|---|---|
| ☐ YES  ☒ NO | ☐ YES  ☒ NO IF YES, #CASES___ | ☒ YES  ☐ NO | ☒ FOLLOW-UP INVESTIGATION ☐ CONTINUATION OF OFFENSE REPORT | ☐ STOLEN VEHICLE RECOVERY | ☐ STATEMENT |

| 14. NAME (Last, First, Middle) | 15. AGE | 16. RESIDENCE ADDRESS | ZIP CODE |
|---|---|---|---|
| STATEMENT OF: | | | |

| 17. RESIDENCE PHONE | 18. BUSINESS ADDRESS | ZIP CODE | 19. BUSINESS PHONE |
|---|---|---|---|
| | | | |

20. NARRATIVE    (Page _____ of _____)

Page 4

ITEM NO.

January, 1995, and he can not bend his index finger of his right hand. Barnette stated that he has to shoot the shotgun with his third finger and his second finger stays straight. Barnette stated that the shotgun is a semi-automatic and when he fired the gun the pump came back and struck his right finger, cutting the finger. Barnette showed this investigator his right index finger and a cut was present at the tip of the finger, just above the finger nail.

This investigator asked Barnette if he had any bolt cutters and Barnette stated that he did when he left his house before the shooting. Barnette stated that they were small, red with black handles. Barnette stated that they bolt cutters were in his tan bag. When asked about a crow bar, Barnette stated that he had that in his bag when he left the house. When asked about screwdrivers, Barnette stated that he had two; a flat head screwdriver and a Phillips screwdriver. Finally, this investigator asked Barnette if he did anything to the interior lighting in the Prelude and Barnette stated, no. Barnette was told that a piece of paper was lodged in the switch on the drivers door so that the light would not come on when the door was opened. Barnette stated, that was what was wrong. Barnette stated that he noticed that the light would not come on when he opened the door, but the light would come on when the passenger door was opened.

Barnette was asked what he bought at the Sears store in Knoxville. Barnette stated that he purchased garden hose. When asked why, Barnette stated that he wanted to commit suicide and connected the hose to the exhaust pipe and the other end into the car with the engine running. Barnette stated that he tried this Saturday evening, but it just did not work. Barnette stated that he tried again late Sunday, and took sleeping pills, but a construction worker came by and took the hose out of the exhaust pipe early Monday morning. Barnette stated that he connected the garden hose to the exhaust pipe with duct tape. When asked where this occurred Barnette stated, on a access road between a Ramada and Hampton Inn. Barnette stated that he did not know which exit it was, but he believed it was the exit just before Knoxville on I-40, on the Charlotte side. Barnette stated that he does not know the exit number, but the following businesses were at the intersection: Super 8, Hampton Inn, Fairfield Inn, Wendy's, Crystal's, Waffle House, BP Gas Station, and Ramada Limited. Barnette stated that he went down the access road about a

| 21. U.C.R. CLEARANCE STATUS: | 23. REPORTING OFFICER | CODE | ASSIGNMENT | DATE | 24. PROPERTY RECOVERED |
|---|---|---|---|---|---|
| ☐ OPEN ☐ BY ARREST ☐ EXCEPTIONAL ☐ UNFOUNDED | | | FIB | 07-15-96 | ☐ SEE REVERSE SIDE |

FOR WORD PROCESSING USE

DOJ-FOIA 000319
DOJ-FOIA 000319

| | |
|---|---|
| 1. COMPLAINT NUMBER | 960625 171602 |

2 VICTIM NAME
**ALLEN DONALD LEE**

3. ORIGINAL OFFENSE/CHARGE
**MURDER ROBBERY**

4. LOCATION OF OFFENSE
**3800 BLK. BILLY GRAHAM PARKWAY** DISTRICT **A-2**

5. ARREST NUMBER

6. C. R. NUMBER

7. ORIGINAL REPORT DATE **06-25-96**

8. SUPPLEMENT DATE **07-15-96**

9. CORRECT INCIDENT CLASSIFICATION

10. JUVENILE CASE — YES [ ] NO [X]

11. MULTIPLE CASE CLEARANCE — YES [ ] NO IF YES. #CASES [X]

12. SUPPLEMENT CONFIDENTIAL — YES [X] NO [ ]

13. PURPOSE OF SUPPLEMENT — [X] FOLLOW–UP INVESTIGATION [ ] CONTINUATION OF OFFENSE REPORT [ ] STOLEN VEHICLE RECOVERY [ ] STATEMENT

STATEMENT OF:

14. NAME (Last, First, Middle)

15. AGE

16. RESIDENCE ADDRESS

ZIP CODE

17 RESIDENCE PHONE

18. BUSINESS ADDRESS

ZIP CODE

19. BUSINESS PHONE

20. NARRATIVE (Page _____ of _____)

Page 5

ITEM NO.

half mile and a new subdivision with eight-nine (8-9) houses were built in the subdivision on the right. Barnette stated that in the back of the subdivision was an old barn and this is where he parked. Barnette stated that he just left the hose on the side of the road and got out of there real quick. When asked why, Barnette stated that the construction worker had to see the shotgun that was lying in the back of the Honda because the hatch was open.

This investigator then showed the defendant copies of certain pieces of evidence that had been recovered. This investigator showed Barnette copies of the letters with the names "POOH" and "VICCI". Barnette stated that they were his letters and this investigator had Barnette sign his name to the document and also, the date and time of the identification. Barnette was shown a copy of the receipt from Sears in Knoxville and the church bulletin from a church in Knoxville. Barnette stated that both items were his. Once again, this investigator had Barnette sign his name to the documents and also, the date and time of the identification.

At 1649hrs., the defendant's food arrived. The defendant was given a quarter pound cheeseburger with French fries and a coke. The defendant was not asked any questions while he ate and Barnette completed eating at 1700hrs. This investigator asked Barnette if he wanted anything more to eat and he stated, no. This investigator asked Barnette if he needed to utilize the bathroom and Barnette stated, no.

This investigator began a taped statement with the defendant at 1701hrs. The statement was concluded at 1756hrs. At the conclusion of the interview, this investigator asked the defendant if he wanted to make any telephone calls, which he did. The defendant was then transported to the Mecklenburg County Intake Center by a uniform officer.

At 1812hrs., this investigator made contact with Barnette at the Intake Center. The defendant during the interview consented to the withdrawal of his blood. At 1815hrs., this investigator obtained a voluntary consent to withdrawal blood from the defendant, and Barnette signed a consent for his blood. Barnette then signed a consent form from the Mecklenburg County Sheriff's Department. The nurse employed by the Sheriff's Department is At 1821hrs., the blood was drawn from the Barnette by

21. U.C.R. CLEARANCE STATUS:
[ ] OPEN
[ ] BY ARREST
[ ] EXCEPTIONAL
[ ] UNFOUNDED

23. REPORTING OFFICER

CODE

ASSIGNMENT **FIB**

DATE **07-15-96**

24. PROPERTY RECOVERED [ ] SEE REVERSE SIDE

FOR WORD PROCESSING USE

DOJ-FOIA 000320
DOJ-FOIA 000320

CHARLOTTE-MECKLENBURG POLICE DEPARTMENT SUPPLEMENT REPORT

Form 2.5a (3/84)

| 1 COMPLAINT NUMBER |
| --- |
| 960625   171602 |

2. VICTIM NAME
ALLEN   DONALD   LEE

3. ORIGINAL OFFENSE/CHARGE
MURDER   ROBBERY

AUG 26 1996

4 LOCATION OF OFFENSE
3800 BLK.   BILLY GRAHAM PARKWAY

DISTRICT A-2

5. ARREST NUMBER

6. C. R. NUMBER

7 ORIGINAL REPORT DATE
06-25-96

8. SUPPLEMENT DATE
07-15-96

9. CORRECT INCIDENT CLASSIFICATION

10. JUVENILE CASE   [ ] YES   [X] NO

11 MULTIPLE CASE CLEARANCE   [ ] YES   [X] NO IF YES, #CASES

12. SUPPLEMENT CONFIDENTIAL   [X] YES   [ ] NO

13. PURPOSE OF SUPPLEMENT   [X] FOLLOW-UP INVESTIGATION   [ ] CONTINUATION OF OFFENSE REPORT   [ ] STOLEN VEHICLE RECOVERY   [ ] STATEMENT

STATEMENT OF:

14. NAME (Last, First, Middle)

15. AGE

16. RESIDENCE ADDRESS

ZIP CODE

17 RESIDENCE PHONE

18. BUSINESS ADDRESS

ZIP CODE

19. BUSINESS PHONE

20. NARRATIVE   (Page _____ of _____)
Page 6

ITEM NO.

b6
b7C

[ ]   At 1825hrs, the two tubes of blood were turned over to this investigator by [ ]  This investigator requested that Barnette sign the property sheet documenting the blood taken from him and Barnette signed. Barnette was given a copy of the property sheet.  This investigator then turned the two tubes of blood into Property Control.

The original taped statement made by the defendant was turned into property control.

b6
b7C

21. U.C.R. CLEARANCE STATUS:
[ ] OPEN
[ ] BY ARREST
[ ] EXCEPTIONAL
[ ] UNFOUNDED

23. REPORTING OFFICER

CODE   FIB

ASSIGNMENT   07-15-96

DATE

24. PROPERTY RECOVERED   [ ] SEE REVERSE SIDE

FOR WORD PROCESSING USE

DOJ-FOIA 000321
DOJ-FOIA 000321

Form 2.5a (3/84)

| | | | |
|---|---|---|---|
| 1. COMPLAINT NO. | | 960625 171602 | |

| 2. VICTIM NAME | 3. ORIGINAL OFFENSE/CHARGE | |
|---|---|---|
| ALLEN DONALD LEE | MURDER ROBBERY | |

| LOCATION OF OFFENSE | DISTRICT | 5. ARREST NUMBER | 6. C. R. NUMBER |
|---|---|---|---|
| 3800 BLK. BILLY GRAHAM PARKWAY | A-2 | | AUG 26 1996 |

| ORIGINAL REPORT DATE | 8. SUPPLEMENT DATE | 9. CORRECT INCIDENT CLASSIFICATION |
|---|---|---|
| 06-25-96 | 07-15-96 | |

| 10. JUVENILE CASE | 11. MULTIPLE CASE CLEARANCE | 12. SUPPLEMENT CONFIDENTIAL | 13. PURPOSE OF SUPPLEMENT | |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☐ YES ☒ NO IF YES. #CASES___ | ☒ YES ☐ NO | ☒ FOLLOW-UP INVESTIGATION ☐ CONTINUATION OF OFFENSE REPORT ☐ STOLEN VEHICLE RECOVERY | ☐ STATEMENT |

| STATEMENT OF: | 14. NAME (Last, First, Middle) | 15. AGE | 16. RESIDENCE ADDRESS | ZIP CODE |
|---|---|---|---|---|
| | 17. RESIDENCE PHONE | 18. BUSINESS ADDRESS | ZIP CODE | 19. BUSINESS PHONE |

20. NARRATIVE    (Page _____ of _____)

Page 1

ITEM NO.

SIXTH SUPPLEMENT:

On Monday, July 15, 1996, at 1220hrs., [         ] and this investigator began the processing of the victim's vehicle. At an early date, [                    ] and [    ] processed the victim's vehicle at this investigator's request for the purpose of determining if blood was present inside the vehicle.    b6
b7C

This investigator unlocked the victim's vehicle at 1220hrs. Crime Scene [              ] then took photographs of the interior of the vehicle. Blood that had been located by [              ] and [    ] was marked by red arrows. More blood was located during the processing of the vehicle on this date. Blood was observed on the steering column, the steering wheel cross member, dashboard to the right of the steering wheel, center console at the window switches, center console at the radio, center console to the right of the stick shift, on the stick shift located at the center console, fabric on the facing portion of the back right seat and the inside of the gas cover located on the left rear quarter panel.

Some blood could not be collected due to the fingerprint powder covering the possible blood. The blood that was observed on the facing of the back right seat was not collected due to the fact that the fabric would have to be cut. This blood can be collected at a later time if requested and prior to the vehicle being released.    b6
b7C

Further processing was completed by [              ] at this investigators request. A box of 'COMPOZ' was located underneath the front passengers seat. The box originally contained twelve tablets, but only five were located in their original wrapper. A receipt was located in the box and the receipt stated: 'WALMART', 6-23-96, 7:44:24, Knoxville. A copy of the receipt is part of the case file. Also, inside the box of 'COMPOZ' was a torn piece of paper highlighting certain daytime Soap Operas, one in particular was concerning a murder. A copy of the article is part of the case file.    b6
b7C

| 21. U.C.R. CLEARANCE STATUS: | 22. INVESTIGATIVE STATUS | 23. REPORTING OFFICER | CODE | ASSIGNMENT | DATE | 24. PROPERTY RECOVERED |
|---|---|---|---|---|---|---|
| ☐ OPEN ☐ BY ARREST ☐ EXCEPTIONAL ☐ UNFOUNDED | ☐ ACTIVE ☐ INACTIVE ☐ CLOSED ☐ ADMINISTRATIVE | | FIB | | 07-15-96 | ☐ SEE REVERSE SIDE |

FOR WORD PROCESSING USE

DOJ-FOIA 000322
DOJ-FOIA 000322

CHARLOTTE-MECKLENBURG POLICE DEPARTMENT SUPPLEMENT REPORT

Form 2.5a (3/84)

| 1. COMPLAINT NUMBER |
| 960625   171602 |

2. VICTIM NAME
ALLEN  DONALD  LEE

3. ORIGINAL OFFENSE/CHARGE
MURDER  ROBBERY

LOCATION OF OFFENSE
3800 BLK.  BILLY GRAHAM PARKWAY     DISTRICT A-2

5. ARREST NUMBER

6. C. R. NUMBER
AUG 26 1996

VAL REPORT DATE
06-25-96

8. SUPPLEMENT DATE
07-15-96

9. CORRECT INCIDENT CLASSIFICATION

ILE CASE   [ ] YES [X] NO
11. MULTIPLE CASE CLEARANCE   [ ] YES [X] NO IF YES, #CASES____
12. SUPPLEMENT CONFIDENTIAL   [X] YES [ ] NO
13. PURPOSE OF SUPPLEMENT   [X] FOLLOW–UP INVESTIGATION   [ ] CONTINUATION OF OFFENSE REPORT   [ ] STOLEN VEHICLE RECOVERY   [ ] STATEMENT

14. NAME (Last, First, Middle)     :NT

15. AGE     16. RESIDENCE ADDRESS     ZIP CODE

17. RESIDENCE PHONE     18. BUSINESS ADDRESS     ZIP CODE     19. BUSINESS PHONE

0. NARRATIVE   (Page _____ of _____)
Page 2

ITEM NO.

The victim's vehicle was secured when the processing was completed.  This investigator then contacted Eastway Wrecker Service at 1500hrs.  At 1545hrs., Eastway Wrecker Service arrived at the Law Enforcement Center and removed the victim's vehicle to their storage yard.  This investigator completed a second tow-in and placed a hold on the vehicle.  The vehicle is not to be released at the order of [          ] Assistant District Attorney.

b6
b7C

b6
b7C

1. U.C.R. CLEARANCE STATUS:
[ ] OPEN
[ ] BY ARREST
[ ] EXCEPTIONAL
[ ] UNFOUNDED

22. INVESTIGATIVE STATUS
[ ] ACTIVE
[ ] INACTIVE
[ ] CLOSED
[ ] ADMINISTRATIVE

23. REPORTING OFFICER

| CODE | ASSIGNMENT | DATE |
| | FIB   07-15-96 | |

24. PROPERTY RECOVERED
[ ] SEE REVERSE SIDE

FOR WORD PROCESSING USE

DOJ-FOIA 000323
DOJ-FOIA 000323

April 30, 1996 - Aquilia Barnette allegedly bombed his former girlfriend's apartment in Roanoke, Va. The young woman, who was the target of this attack, was seriously injured. The Roanoke Police Department sent a National Law Enforcement Teletype System (NLETS) message to law enforcement agencies throughout Virginia, with special attention to Franklin County, Va., Roanoke County, Va., and the Virginia State Police. This message advised that Aquilia M. Barnette was a suspect and that felony charges were pending against him. The Roanoke Police Department did not send this message to the Charlotte-Mecklenburg Police Department, although records seem to indicate it was received by the North Carolina State Bureau of Investigation in Raleigh. The S.B.I. administers North Carolina's NLETS system. The Charlotte-Mecklenburg Police Department is continuing to attempt to track the path of this message to verify if it was forwarded to the CMPD. A copy of the message is attached.

May 2, 1996 - The Charlotte-Mecklenburg Police Department received a NLETS message from the Roanoke Police Department requesting that we dispatch an officer to 3413 West Boulevard to determine if Barnette was at that location, and if so, notify the Roanoke Police Department. This message did not say what if any charges were pending against Barnette, or if he should be considered dangerous. A patrol officer attempting to find 3413 West Boulevard was unable to locate it despite walking a portion of this section of West Boulevard and talking to other residents. The addresses in the 3400 and 3500 blocks of West Boulevard are not in sequence and could have played a role in the officer's inability to find the address. (Further investigation into this matter is continuing.) There was no further contact with the Roanoke Police Department regarding this NLETS message. A copy of the message is attached.

(The Roanoke Police Department says two other NLETS messages were sent prior to the one mentioned above. Receipt of those messages has been confirmed by the S.B.I., but has not been located by the Charlotte-Mecklenburg Police Department. This issue remains under investigation.)

May 31, 1996 - The Charlotte-Mecklenburg Police Department received another NLETS message from the Roanoke Police Department requesting that our department contact them in reference to the April 30, 1996 firebombing. This message was forwarded to a Charlotte-Mecklenburg Police Investigator. A copy of the message is attached.

June 3, 1996 - In response to the above NLETS message a CMPD investigator attempted to make contact with the requesting Roanoke Police Department officer on two different occasions but was unable to reach the detective responsible for the Barnette investigation. Two phone calls to the Roanoke investigator went unanswered. The investigator went on vacation, did not request that another arson investigator continue to call the Roanoke investigator, and did not follow-up on the request when he returned from vacation. Despite not hearing from a CMPD investigator as requested, there is no indication that Roanoke Police Department investigators attempted to call CMPD investigators.

June 20, 1996 - The Roanoke Police Department sent a NLETS message to all North Carolina police departments requesting assistance in reference to the April 30, 1996 firebombing. This message advised that warrants had been issued for Aqulia Barnette for two counts of attempted

PC - 005853

DOJ-FOIA 000324
DOJ-FOIA 000324



capital murder, one count of arson, one count of manufacturing a fire bomb, and one count of damage to property. A Charlotte-Mecklenburg Police Department communications supervisor notified a fugitive officer that a message had been received for the CMPD fugitive unit. The officer, en route to another city, advised the communications supervisor to place the message in the fugitive unit box in the Records Bureau. The fugitive officer checked this box for several days, but was unable to locate the above mentioned message from the Roanoke Police Department. Some members of the Records Bureau were undergoing training at this time and may have misdirected the message. The fugitive officer found the message in the fugitive box on June 26, 1996. Again, there was no phone contact between the Roanoke Police Department and the Charlotte-Mecklenburg Police Department despite the delay in the appropriate person receiving the above mentioned message. A copy of this message is attached.

**June 21, 1996** - Donald Allen told his family in McConnells, South Carolina that he was going out for the evening. Allen did not return home. His family reported him missing on June 23, 1996.

**June 22, 1996** - An F.B.I. agent in Roanoke, Va., contacted the Charlotte F.B.I. office requesting that assistance locating Aquilia Barnette on murder and other charges. F.B.I. agents and CMPD officers assigned to the Violent Crimes Fugitive Task Force began looking for Barnette. The subsequent investigation indicates that Barnette allegedly murdered Donald Allen during the early morning hours of June 22, 1996, took Allen's car, drove to Roanoke, Virginia, where he allegedly murdered his former girlfriend, Robin Williams.

**June 24, 1996** - Charlotte-Mecklenburg Police Officers found Donald Allen's car behind a shopping center on East Independence Boulevard.

b6
b7C

**June 25, 1996** - F.B.I. agents and Charlotte-Mecklenburg Police investigators assigned to the Violent Crimes Fugitive Task Force arrested Aquilia M. Barnette at his mother's address ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ The investigation indicates that Barnette drove to Tennessee after allegedly murdering Robin Williams. Barnette returned to Charlotte on the evening of June 24, 1996. Donald Allen's body is located near the Billy Graham Parkway with the assistance of Aquilia Barnette.

Several factors contributed to the breakdown of communications between the Roanoke Police Department and the Charlotte-Mecklenburg Police Department. The Charlotte-Mecklenburg Police Department is reviewing procedures involving NLETS messages. Our investigation into our actions will continue, and corrective measures will be taken to eliminate any deficiencies noted, along with remedial training for employees.

PC - 005854

DOJ-FOIA 000325
DOJ-FOIA 000325

# CHARLOTTE-MECKLENBURG POLICE DEPARTMENT OFFENSE REPORT — FORM 2.3 (1/84)

**1. COMPLAINT NUMBER:** 960625171602

**2. LOCATION OF OFFENSE:** 3800 BILLY GRAHAM PKWY.

**3. CENSUS TRACT | 4. DISTRICT | 5. DATE/TIME OCCURRED FROM: | TO:**

**6. DATE/TIME REPORTED:** 6-25-96 1716
**7. NUMBER SUSPECTS:** 1
**8. NUMBER VICTIMS:** 1
**9. ARSON:** ☐ YES ☒ NO
**10. NO. UNLAWFUL ENTRIES:** 0
**11. LOSS OR DAMAGE:** ☒ YES ☐ NO

**12. ARREST MADE:** ☒ YES ☐ NO
**13. ARREST NUMBER:**
**14. C.R. NUMBER:**
**15. VICTIM BUSINESS NAME:** b6 b7C

**16. VICTIM BUSINESS ADDRESS | ZIP CODE | 17. TYPE BUSINESS | 18. PHONE:** b7C | **19. VICTIM PERSON 1 OF 1**

**20. VICTIM PERSON NAME (Last, First, Middle, Type):** ALLEN DONALD LEE
**21. VICTIM PERSON ADDRESS:** 2075 W. M'CONNELLS HWY M'CONNELLS SC 297- | **ZIP COD**

**22. HOME PHONE:** 803-684-3904
**23. VICTIM PERSON PLACE OF EMPLOYMENT (School):** N/A
**24. WORK PHONE:**
**25. AGE:** 22
**26. DOB:** 03-30-

**27. SEX:** M
**28. RACE:** W
**29. ETHN:** NH
**30. WHERE VICTIM TREATED/PRONOUNCED:** 3800 BILLY GRAHAM PKWY
**32. DATE/TIME:** 6-25-96 171:

**33. REPORTING PERSON:** R. A. HOLL
**34. ADDRESS:** 825 E. 4th ST.
**ZIP CODE:** 28213
**35. RELATIONSHIP:** INVESTIGATOR
**36. PHONE:** 336-6040

## VICTIM PERSON INFORMATION

| 37. VICTIM RESIDENT STATUS | 38. RELATIONSHIP TO OFFENDER | 39. VICTIM HANDICAP | 41. INJURY LEVEL | 42. TYPE WEAPON THREAT | 43. INJURY TYPE | 44. MEDICAL TREATMENT |
|---|---|---|---|---|---|---|
| 0 Not Stated | 1 ☐ Spouse | 0 None Noted | 1 ■ Death | 1 ■ Handgun | 1 ■ Gunshot Wound | 1 ☐ Hospitalized |
| 1 ☐ Resident | 2 ☐ Ex-Spouse | 1 ☐ Sight Impaired | 2 ☐ Permanent | 2 ☐ Shotgun | 2 ☐ Knife Wound | 2 ☐ Treated and Released |
| 2 ☐ Commuter | 3 ☐ Other Family | 2 ☐ Hearing/Speech Impaired | Disability | 3 ☐ Rifle | 3 ☐ Broken Bones/ | 3 ☐ Refused Treatmen |
| 3 ☐ Visitor | 4 ☐ Friend/ Acquaintance | 3 ☐ Physical Disability | 3 ☐ Serious Injury | 4 ☐ Knife/Cutting Instrument | Teeth | 4 ☐ Not Treated |
| 4 ☐ Student Only | 5 ☐ Other Relationship | 4 ☐ Mental Handicap | 4 ☐ Minor Injury | 5 ☐ Bludgeon | 4 ☐ Internal Injury | 5 ☐ Not Stated |
| 5 ☐ Military Only | 6 ■ No Relationship | 5 ☐ Other Handicap | 5 ☐ Gun Threat | 6 ☐ Other Weapon | 5 ☐ Loss of Consciousness | 45. NUMBER OF SEX ASSAULTS 0 |
| | 7 ☐ Unknown | 40. VICTIM USING ALCOHOL/DRUGS ☐ YES ☐ NO ☑ UNK | 6 ☐ Threatened | 7 ☐ Physical Force (Aggravated) | 6 ☐ Bruises/ Scratches | |
| | 8 ☐ Not Stated | | 7 ☐ No Injury or Threat | 8 ☐ Physical Force (Simple Assault) | 7 ☐ Other Injury | 46. PROPERTY LOSS |
| | | | 8 ☐ Not Reported | 9 ☐ No Weapon Involved | 8 ☐ No Injury | ■ YES ☐ NO |
| | | | | 0 ☐ Not Indicated | 9 ☐ Not Stated | |

**47. OFFENSE:** ROBBERY - MURDER

**48. CLASSIFICATION:**

## 49. NARRATIVE

**ITEM NO.**

R/P STATED THE SUSPECT ROBBED THE VICTIM AT GUNPOINT TAKING THE VICTIM'S WALLET AND AUTOMOBILE. THE SUSPECT THEN KILLED THE VICTIM.

**BEST TIME/PLACE TO CONTACT VICTIM**

## STOLEN VEHICLE

**50. MAKE:** HONDA
**51. MODEL:** PRELUDE
**52. YEAR:** 1994
**53. COLOR:** BLUE
**54. BODY:** 2-DOOR

**55. VIN (Serial No.):** JHMBA8142RC004261
**56. LICENSE NO.:**
**57. STATE:**
**58. YEAR:**
**59. VALUE:**

**60. REGISTERED OWNER:** DONALD LEE ALLEN
**61. REGISTERED OWNER'S ADDRESS:** 2075 M'CONNELLS HWY M'CONNELLS SC | **ZIP CODE** 2972[6]
b6 b7C

**62. OTHER IDENTIFYING CHARACTERISTICS OF VEHICLE:**

### 63. SOLVABILITY FACTORS

| | |
|---|---|
| 1 ■ | Suspect Can Be Named |
| 2 ■ | Suspect Can Be Located |
| 3 ■ | Suspect Can Be Identified |
| 4 ■ | Suspect Can Be Described |
| 5 ☐ | Suspect Vehicle Can Be Identifie |
| 6 ☐ | Witness To Offense |
| 7 ■ | Stolen Property Traceable |
| 8 ■ | Physical Evidence Collected |
| 9 ■ | M.O. Present in Narrative |
| 10 ☐ | N/A |

**64. OTHER REPORTS:**
☐ Suspect/Witness ■ Supplement ■ Property Supplement ☐ Other

**65. UCR CLEARANCE STATUS:**
☐ Open ■ By Arrest ☐ Exceptional ☐ Unfounded

**70. CASE**
**71. INVESTIGAT**

**DATE:** 6-25-96

005655

DOJ-FOIA 000326
DOJ-FOIA 000326

## OFFENSE PROPERTY INFORMATION

| 87 ITEM NO. | 88 ITEM | 89 QTY. | 90. NCIC CODE | 91. MAKE | 92. MODEL | 93. YEAR | 94. COLOR/FINISH | 95 SERIAL NUMBER | 96. OTHER I.D. (If firearm, list caliber & action type) | 97. VALUE | 98. VICTIM NO. * | 99 CODE ** | 100 TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Wallet | 1 | | | | | | | | | 1 | T | |
| 2 | Automobile | 1 | | Honda | Prelude | 94 | Blu | JHMBA8142RC004261 | | | 1 | T | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

**\*** IDENTIFY BY NUMBER THE VICTIM TO WHOM THE LISTED PROPERTY RELATES.
THIRD AND SUBSEQUENT VICTIMS WILL BE LISTED ON ADDITIONAL OFFENSE REPORTS. "VICTIM BUSINESS WILL BE IDENTIFIED BY "0" "

**\*\* CODES: T-TAKEN/STOLEN    D-DAMAGED/DESTROYED    R-RECOVERED**

## ADDITIONAL VICTIM PERSON

101. VICTIM PERSON ___ ___ OF ___

102 VICTIM PERSON NAME (Last, First, Middle, Type)

103. VICTIM PERSON ADDRESS                    ZIP CODE    104. HOME PHONE

105. VICTIM PERSON PLACE OF EMPLOYMENT (School)    106. WORK PHONE

107. AGE    108 DOB    109 SEX    110. RACE    111. ETHN.

112. WHERE VICTIM TREATED/PRONOUNCED

113. BY                    114. DATE/TIME

**115. VICTIM RESIDENT STATUS**
0 [ ] Not Stated
1 [ ] Resident
2 [ ] Commuter
3 [ ] Visitor
4 [ ] Student Only
5 [ ] Military Only

**116. RELATIONSHIP TO OFFENDER**
1 [ ] Spouse
2 [ ] Ex-Spouse
3 [ ] Other Family
4 [ ] Friend/Acquaintance
5 [ ] Other Relationship
6 [ ] No Relationship
7 [ ] Unknown
8 [ ] Not Stated

**117. VICTIM HANDICAP**
0 [ ] None Noted
1 [ ] Sight Impaired
2 [ ] Hearing/Speech Impaired
3 [ ] Physical Disability
4 [ ] Mental Handicap
5 [ ] Other Handicap

**118. VICTIM USING ALCOHOL/DRUGS**
[ ] YES    [ ] N

**122. MEDICAL TREATMENT**
1 [ ] Hospitalized
2 [ ] Treated/Released
3 [ ] Refused Treatment
4 [ ] Not Treated
5 [ ] Not Stated

**123. NUMBER OF SEX ASSAULTS**

**119. INJURY LEVEL**
1 [ ] Death
2 [ ] Permanent Disability
3 [ ] Serious Injury
4 [ ] Minor Injury
5 [ ] Gun Threat
6 [ ] Threatened
7 [ ] No Injury or Threat
8 [ ] Not Reported

**120. TYPE WEAPON THREAT**
1 [ ] Handgun
2 [ ] Shotgun
3 [ ] Rifle
4 [ ] Knife/Cutting Instrument
5 [ ] Bludgeon
6 [ ] Other Weapon
7 [ ] Physical Force (Aggravated)
8 [ ] Physical Force (Simple Assault)
9 [ ] No Weapon Involved
0 [ ] Not Indicated

**121. INJURY TYPE**
1 [ ] Gunshot Wound
2 [ ] Knife Wound
3 [ ] Broken Bones/Teeth
4 [ ] Internal Injury
5 [ ] Loss of Consciousness
6 [ ] Bruises/Scratches
7 [ ] Other Injury
8 [ ] No Injury
9 [ ] Not Stated

**124. PROPERTY LOSS**
[ ] Yes    [ ] No

## M.O./ CRIME ANALYSIS

**PLACE TYPE**

**125. RESIDENTIAL**
01 [ ] Single Family Dwelling
02 [ ] Private Residence in Multi/Family Dwelling
03 [ ] Private Residence in Public Housing Project
04 [ ] Private Room in Dorm, Boarding House or Institution
05 [ ] Mobile Home or Houseboat
10 [ ] Other Residential
12 [ ] Common Area in Multi/Family Dwelling
13 [ ] Common Area in Public Housing Project
14 [ ] Common Area in Dorm, Boarding House or Institution
15 [ ] Common Enclosed Area of Mobile Home Park or Marina

**126. PUBLIC BUILDING**
21 [ ] Public Utility Building
22 [ ] Government Office Building
23 [ ] Church
24 [ ] School
25 [ ] Other Public Building

**127. COMMERCIAL PLACE**
31 [ ] Financial Institution
32 [ ] Jewelry Store
33 [ ] Liquor Store
34 [ ] Supermarket/Grocery
35 [ ] Convenience Store
36 [ ] Gas Station
37 [ ] Auto Parts/Auto Service Center
38 [ ] Drugstore
39 [ ] Laundry/Dry Cleaner
40 [ ] Department Store
41 [ ] Bar/Tavern/Nightclub
42 [ ] Hotel/Motel
43 [ ] Restaurant/Diner/Coffee Shop
44 [ ] Shopping Mall
45 [ ] Other Retail Location
46 [ ] Real Estate/Insurance Office
47 [ ] Professional Office
48 [ ] Other Business Office
49 [ ] Factory/Plant
50 [ ] Other Business Location

**128. VEHICLE STORAGE**
61 [ ] Attached Private Garage
62 [ ] Detached Private Garage
63 [ ] Enclosed Common Garage for Residence
64 [ ] Shopping Mall Parking Structure
65 [ ] Other Commercial Parking Structure
66 [ ] Business Parking Structure
67 [ ] Public/Government Building Parking Structure
68 [ ] Shopping Mall Parking Lot
69 [ ] Other Parking Lot

**129. OUTSIDE**
81 [ ] Private Property Surrounding Residence
82 [ ] Property Surrounding School
83 [ ] Public Park or Playground
84 [■] Street, Highway or Alley
85 [ ] Public Transit Vehicle
86 [ ] Construction Site
87 [ ] Other Outside Location
N/A

**130. RESIDENTIAL TARGET(S)**
1 [ ] Basement
2 [ ] Bedroom
3 [ ] Den/Family Rm.
4 [ ] Garage/Carport
5 [ ] Living Room
6 [ ] Storage Area
7 [ ] Kitchen
8 [ ] Person
9 [ ] Other
N/A

**131. BUSINESS TARGET(S)**
1 [ ] Cash Reg. Drawer
2 [ ] Owner/Employee
3 [ ] Safe/Box
4 [ ] Vending Machine
5 [ ] Display Items
6 [ ] Storage Area
7 [ ] Customer
8 [ ] Other
N/A

**132. METHOD OF ENTRY**
1 [■] N/A
2 [ ] Attempt Only
3 [ ] No Force
4 [ ] Key/Slip
5 [ ] Bodily Force
6 [ ] Saw/Drill/Burn
7 [ ] Hid in Building
8 [ ] Channel Lock
9 [ ] Pipe Wrench
10 [ ] Tire Iron
11 [ ] Brick/Rock
12 [ ] Unk. Pry Bar
13 [ ] Bolt Cutters/Pliers
14 [ ] Punch
15 [ ] Window Smashed
16 [ ] Tape/Wire
17 [ ] Screwdriver
18 [ ] Other

**133. POINT OF ENTRY**
1 [■] N/A
2 [ ] Front
3 [ ] Rear
4 [ ] Side
5 [ ] Gr. Level
6 [ ] Up. Level
7 [ ] Unknown
8 [ ] Door
9 [ ] Window
10 [ ] Sliding Glass
11 [ ] Duct/Vent
12 [ ] Adj. Building
13 [ ] Roof/Floor/Skylight
14 [ ] Wall
15 [ ] Garage
16 [ ] Basement
17 [ ] Trunk/Hood
18 [ ] Other
19 [ ] Exit

**134. SECURITY USED**
1 [ ] None (unlocked)
2 [ ] Bars/Grate
3 [ ] Ext. Lights
4 [ ] Camera
5 [ ] Dog
6 [ ] Int. Lights
7 [ ] Neighbor Watch
8 [ ] Operation I.D.
9 [ ] Locked
10 [ ] Alarm
11 [ ] Security Fence
12 [ ] Guard
13 [ ] Other
N/A

PC - 005856

DOJ-FOIA 000327
DOJ-FOIA 000327

# CHARLOTTE-MECKLENBURG POLICE DEPARTMENT SUSPECT/WITNESS SUPPLEMENT

AUG 26 1996

FORM 2.2     (3/84)

**VICTIM NAME** Donald Lee Allen

**COMPLAINT NUMBER** 9606-25171602

## SUSPECT ONE

| 2. SUSPECT NAME (Last, First, Middle) | 3. NICKNAME (AKA) | 4 ARREST NO. | 5. ADVISED RIGHTS ☐ YES ☐ NO | DATE/TIME |
|---|---|---|---|---|
| Barnette, Aquilla, Marc | | | | |

| 6. RESIDENCE ADDRESS | ZIP CODE | 7. HOME PHONE | 8. PLACE OF EMPLOYMENT (School) | 9. WORK PHONE |
|---|---|---|---|---|
| 3413 W. Blvd. | 28208 | 704-394-7950 | | |

| 10. RACE | 11. SEX | 12. AGE | 13. DOB | 14. HEIGHT | 15. WEIGHT | 16. HAIR | 17. EYES | 18. BEST TIME/PLACE TO CONTACT SUSPECT |
|---|---|---|---|---|---|---|---|---|
| B | M | 22 | 7-7-73 | 5'5 | 130 | Blk. | Bro. | |

| 19. OFFENSE/CHARGE | 20. SUSPECT 1 OF 1 | 21. FURTHER SUSPECT DESCRIPTION/INFORMATION |
|---|---|---|
| Homicide | | |

## SUSPECT TWO

| 22. SUSPECT NAME (Last, First, Middle) | 23. NICKNAME (AKA) | 24. ARREST NO. | 25. ADVISED RIGHTS ☐ YES ☐ NO | DATE/TIME |
|---|---|---|---|---|

| 26. RESIDENCE ADDRESS | ZIP CODE | 27. HOME PHONE | 28. PLACE OF EMPLOYMENT (School) | 29. WORK PHONE |
|---|---|---|---|---|

| 30. RACE | 31. SEX | 32. AGE | 33. DOB | 34. HEIGHT | 35. WEIGHT | 36. HAIR | 37. EYES | 38. BEST TIME/PLACE TO CONTACT SUSPECT |
|---|---|---|---|---|---|---|---|---|

| 39. OFFENSE/CHARGE | 40. SUSPECT ___ OF ___ | 41. FURTHER SUSPECT DESCRIPTION/INFORMATION |
|---|---|---|

## SUSPECT VEHICLE

| 42. MAKE | 43. MODEL | 44. YEAR | 45. COLOR | 46. BODY | 47. VIN |
|---|---|---|---|---|---|

| 48. LICENSE NO. | 49. STATE | 50. YEAR | 51. REGISTERED OWNER | 52. REGISTERED OWNER'S ADDRESS | ZIP CODE |
|---|---|---|---|---|---|

| 53. PHONE | 54. IF TOWED. NAME LOCATION | 55. TOW-IN NO. | 56. VEHICLE IMPOUNDED ☐ YES ☐ NO | 57. IMPOUNDING OFFICER | CODE |
|---|---|---|---|---|---|

| 58. DATE/TIME IMPOUNDED | 59. VEHICLE INVENTORIED ☐ YES ☐ NO | 60. INVENTORY OFFICER | CODE | 61. RELEASED TO |
|---|---|---|---|---|

| 62. DATE/TIME RELEASED | 63. RELEASED BY | CODE | 64. ADDITIONAL VEHICLE IDENTIFIERS/INFORMATION |
|---|---|---|---|

## WITNESS ONE

| 65. WITNESS NAME (Last, First, Middle) | 66. RESIDENCE ADDRESS | ZIP CODE | 67. HOME PHONE |
|---|---|---|---|

| 68. WITNESS PLACE OF EMPLOYMENT (School) | 69. BUSINESS ADDRESS | ZIP CODE | 70. WORK PHONE |
|---|---|---|---|

| 71. RACE | 72. SEX | 73. AGE | 74. DOB | 75. WITNESS ___ OF ___ | 76. BEST TIME/PLACE TO CONTACT WITNESS |
|---|---|---|---|---|---|

77. SUMMARY OF FACTS TO WHICH WITNESS MAY TESTIFY

## WITNESS TWO

| 78. WITNESS NAME (Last, First, Middle) | 79. RESIDENCE ADDRESS | ZIP CODE | 80. HOME PHONE |
|---|---|---|---|

| 81. WITNESS PLACE OF EMPLOYMENT (School) | 82. BUSINESS ADDRESS | ZIP CODE | 83. WORK PHONE |
|---|---|---|---|

| 84. RACE | 85. SEX | 86. AGE | 87. DOB | 88. WITNESS ___ OF ___ | 89. BEST TIME/PLACE TO CONTACT WITNESS |
|---|---|---|---|---|---|

90. SUMMARY OF FACTS TO WHICH WITNESS MAY TESTIFY

PC - 005857

DOJ-FOIA 000328
DOJ-FOIA 000328

CHARLOTTE-MECKLENBURG POLICE DEPARTMENT SUPPLEMENT REPORT

Form 2.5 (3/84)

1. COMPLAINT NUMBER: 960625 171602

2. VICTIM NAME: Donald Lee Allen

3. ORIGINAL OFFENSE/CHARGE: Homicide

4. LOCATION OF OFFENSE: 3800 Billy Graham Pkwy

DISTRICT: A-2

5. ARREST NUMBER:

6. C-R. NUMBER: AUG 26 1996

7. ORIGINAL REPORT DATE: 6-25-96

8. SUPPLEMENT DATE: 6-25-96

9. CORRECT INCIDENT CLASSIFICATION:

10. JUVENILE CASE: YES [ ] NO [X]

11. MULTIPLE CASE CLEARANCE: YES [ ] NO IF YES, #CASES [ ]

12. SUPPLEMENT CONFIDENTIAL: YES [X] NO [ ]

13. PURPOSE OF SUPPLEMENT: FOLLOW-UP INVESTIGATION [ ] CONTINUATION OF OFFENSE REPORT [ ] STOLEN VEHICLE RECOVERY [ ] STATE [ ]

14. STATEMENT OF:

15. AGE:

16. RESIDENCE ADDRESS: CMPD

b6
b7C

17. RESIDENCE PHONE:

18. BUSINESS ADDRESS: CMRD

ZIP CODE:

19. BUSINESS PHONE: 336-7472

20. NARRATIVE (Page __1__ of __1__)

ITEM NO.

R/O Responded To 3800 Billy Graham Pkwy Ref. To A Homicide. Upon Arrival R/O Was Met By Investigators [        ] And [        ] R/O Was Instructed To Maintain Crowd Control And To Complete The Offense Report. R/O Completed The Report And Cleared After Body Was Removed From Scene.

b6
b7C

21. [ ] ARREST [ ] EXCEPTIONAL [ ] UNFOUNDED

ASSIGNMENT: A-2

DATE: 6-25-96

24. PROPERTY RECOVE: [ ] SEE REVERSE SIDE

DOJ-FOIA 000329
DOJ-FOIA 000329

1. COMPLAINT NUMBER 960624210002

2 VICTIM NAME ALLEN Donald

3 ORIGINAL OFFENSE/CHARGE

4. LOCATION OF OFFENSE

DISTRICT 5 ARREST NUMBER

6. C. R. NUMBER AUG 23 1996

7 ORIGINAL REPORT DATE 24 Jun 96

8. SUPPLEMENT DATE 25 Jun 96

9 CORRECT INCIDENT CLASSIFICATION

10. JUVENILE CASE ☐ YES ☐ NO

11 MULTIPLE CASE CLEARANCE ☐ YES ☐ NO IF YES. #CASES

12. SUPPLEMENT CONFIDENTIAL ☐ YES ☐ NO

13. PURPOSE OF SUPPLEMENT ☐ FOLLOW-UP INVESTIGATION ☐ CONTINUATION OF OFFENSE REPORT ☐ STOLEN VEHICLE RECOVERY ☐ STATEME

14

STATEMENT OF:

'5. AGE

16. RESIDENCE ADDRESS

ZIP CODE

17. RESIDENCE PHONE

18. BUSINESS ADDRESS

ZIP CODE

19. BUSINESS PHONE

20. NARRATIVE (Page __1__ of __4__)

ITEM NO.

b6
b7C

On 24 Jun 96 I was zone checking the rear of the buildings at the 5600 block of E Independence Blvd. I observed a vehicle parked behind the TJ Maxx with a Tennessee tag 031-BBT I checked the tag through DCI which came back as being stolen from a David Nelson at 1977 Gatlin Dr in Tennessee. The dispatcher confirmed the tag as being stolen. I checked the VIN number on the vehicle through South Carolina due to the fact of what appeared to be parts of a SC inspection sticker left on the windshield. The vehicle came back through DCI as a 1994 two door Honda registered to a Donald L Allen of 2075 McConnells Rd SC VIN-JHMBA8142RC004261. I asked the dispatcher, [ ] code [ ] to send a message to SC in an attempt to locate the owner to see what he wanted to do with his vehicle, [ ] advised that they could not locate the owner of the vehicle. I advised [ ] of my situation and he advised since there was nothing reported on the vehicle we could not tow same I cleared the scene and was enroute to shift change when [ ] code [ ] advised that the owner of the vehicle was now being reported as missing. I turned around and went back to the scene

21. U.C.R. CLEARANCE STATUS:
☐ OPEN
☐ BY ARREST
☐ EXCEPTIONAL
☐ UNFOUNDED

22 INVESTIGATIVE STATUS:
☐ ACTIVE
☐ INACTIVE
☐ CLOSED
☐ ADMINISTRATIVE

b6
b7C

23. ASSIGNMENT DATE B-3 25 Jun 96

24. PROPERTY RECOVERED ☐ SEE REVERSE SIDE

DOJ-FOIA 000330
DOJ-FOIA 000330

1. COMPLAINT NUMBER: 960624210002

2. VICTIM NAME: ALLEN, Donald

3. ORIGINAL OFFENSE CHARGE:

4. LOCATION OF OFFENSE:    DISTRICT 15   ARREST NUMBER    6. C. R. NUMBER   AUG 26 1996

7. ORIGINAL REPORT DATE: 24 Jun 96    8. SUPPLEMENT DATE: 25 Jun 96    9. CORRECT INCIDENT CLASSIFICATION:

10. JUVENILE CASE: YES ☐ NO ☐   11. MULTIPLE CASE CLEARANCE: YES ☐ NO ☐ IF YES. #CASES ___   12. SUPPLEMENT CONFIDENTIAL: YES ☐ NO ☐   13. PURPOSE OF SUPPLEMENT: ☐ FOLLOW-UP INVESTIGATION ☐ CONTINUATION OF OFFENSE REPORT ☐ STOLEN VEHICLE RECOVERY ☐ STATEMENT

STATEMENT OF:   14. NAME   15. AGE   16. RESIDENCE ADDRESS   ZIP CODE

17. RESIDENCE PHONE   18. BUSINESS ADDRESS   ZIP CODE   19. BUSINESS PHONE

20. NARRATIVE (Page 2 of 4)

ITEM NO.     b6 b7C

to wait on a third shift officer. Officer [REDACTED] arrived and I explained what I had. Shortly after his arrival [REDACTED] arrived on the scene [REDACTED] advised that [REDACTED] contacted him and asked if he could locate where the vehicle was located and then call him back with the information. [REDACTED] advised that this was not like the victim. [REDACTED] stated that the victim left his residence on Friday stating that he was going to Coyote Joes to meet a girl. [REDACTED] advised that the victim would never even stay out over night without first calling and letting his parents know. –

I was speaking with Officer [REDACTED] when [REDACTED] yelled behind us that he found a gun. I observed [REDACTED] standing by a blue trash dumpster at the rear of the building. In the ⌐b6 b7C dumpster I observed a sawed-off shot gun with a black taped pistol grip which was inside a brown gym bag. I also observed a pair of black pants, a black baseball cap, white towel, a garden hose in a Sears bag, a section of gardenhose which was seperate from the one in the bag which was taped with duct tape on one end, soda bottles, and what appeared to be bolt cutters in the gymbag. There was also a small amount of red substance about the size of a quarter

21. U.C.R. CLEARANCE STATUS: ☐ OPEN ☐ BY ARREST ☐ EXCEPTIONAL ☐ UNFOUNDED   22. INVESTIGATIVE STATUS: ☐ ACTIVE ☐ INACTIVE ☐ CLOSED ☐ ADMINISTRATIVE   23. ASSIGNMENT: B-3   DATE: 25 Jun 96   24. PROPERTY RECOVERED ☐ SEE REVERSE SIDE

25. CASE REFERRED TO:   26. REVIEWING SUPERVISOR:   CODE PC-00

DOJ-FOIA 000331
DOJ-FOIA 000331

2. VICTIM NAME **ALLEN, Donald**

3. ORIGINAL OFFENSE/CHARGE

AUG 26 1996

4. LOCATION OF OFFENSE    DISTRICT   5. ARREST NUMBER    6. C.R. NUMBER

COMPLAINT NUMBER: 9606242100002

7. ORIGINAL REPORT DATE **24 Jun 96**    8. SUPPLEMENT DATE **25 Jun 96**    9. CORRECT INCIDENT CLASSIFICATION

10. JUVENILE CASE ☐ YES ☐ NO   11. MULTIPLE CASE CLEARANCE ☐ YES ☐ NO IF YES, #CASES ___   12. SUPPLEMENT CONFIDENTIAL ☐ YES ☐ NO   13. PURPOSE OF SUPPLEMENT ☐ FOLLOW-UP INVESTIGATION ☐ CONTINUATION OF OFFENSE REPORT ☐ STOLEN VEHICLE RECOVERY ☐ STATEMENT

STATEMENT OF:

15. AGE   16. RESIDENCE ADDRESS    ZIP CODE

17. RESIDENCE PHONE   18. BUSINESS ADDRESS    ZIP CODE   19. BUSINESS PHONE

20. NARRATIVE (Page __3__ of __4__)

b6
b7C

ITEM NO.

in the bottom left corner of the dumpster. Myself and [redacted] checked the other dumpsters but didn't observe anything unusual. The only thing I could observe in the vehicle were cigarettes in the ashtray and handcuffs on the rearview mirror. [redacted] advised that this was unusual because the victim did not smoke and he did not remember him having handcuffs on the mirror. [redacted] arrived on the scene at which time we placed up crime scene tape due to the victims family arriving on the scene. [redacted] requested CSS and I spoke spoke with [redacted] who attempted to contact a Youth Investigator [redacted] was dispatched and [redacted] was also contacted.

I believe [redacted] handed me a key and I gave [redacted] same. [redacted] took photographs of the vehicle and then we stood by as [redacted] opened the trunk. I observed SC tag FBE-685 in the trunk along with some dirt and what appeared to be red flakes of paint. [redacted] arrived and I explained to him everything I had observed. Also in the vehicle I observed a small plastic bag on the right rear floorboard in the vehicle and also a church bulletin

b6
b7C

21. U.C.R. CLEARANCE STATUS: ☐ OPEN ☐ BY ARREST ☐ EXCEPTIONAL ☐ UNFOUNDED

22. INVESTIGATIVE STATUS: ☐ ACTIVE ☐ INACTIVE ☐ CLOSED ☐ ADMINISTRATIVE

ASSIGNMENT **B-3**   DATE **25 Jun 96**

24. PROPERTY RECOVERED ☐ SEE REVERSE SIDE

DOJ-FOIA 000332
DOJ-FOIA 000332

Form 2.5 (3/84)

1. COMPLAINT NUMBER 960624210002

2. VICTIM NAME ALLEN, Donald

3. ORIGINAL OFFENSE/CHARGE

4. LOCATION OF OFFENSE

DISTRICT

5. ARREST NUMBER

6. C. R. NUMBER

AUG 26 1996

7. ORIGINAL REPORT DATE 24 Jun 96

8. SUPPLEMENT DATE 25 Jun 96

9. CORRECT INCIDENT CLASSIFICATION

10. JUVENILE CASE YES [ ] NO [ ]

11. MULTIPLE CASE CLEARANCE YES [ ] NO IF YES. #CASES

12. SUPPLEMENT CONFIDENTIAL YES [ ] NO [ ]

13. PURPOSE OF SUPPLEMENT [ ] FOLLOW-UP INVESTIGATION [ ] CONTINUATION OF OFFENSE REPORT [ ] STOLEN VEHICLE RECOVERY [ ] STATEM

STATEMENT OF.

14. NAME (Last, First, Middle)

15. AGE

16. RESIDENCE ADDRESS

ZIP CODE

17. RESIDENCE PHONE

18. BUSINESS ADDRESS

ZIP CODE

19. BUSINESS PHONE

20. NARRATIVE (Page 4 of 4 )

b6
b7C

ITEM NO.

in the dumpster. ▮▮▮▮▮▮▮▮▮▮▮ arrived and they began to collect items from the dumpster. They recovered the items I listed earlier, a pair of shorts, boltcutters, crowbar, two letters to a Vicki subject from Pooh, a flashlight taped to the magazine tube of the shotgun and what may have been blood also on the shotgun. ▮▮▮▮▮▮▮ showed me what appeared to be a diamond ring located in the storage compartment on the dash and dirt located on the floorboards.

b6
b7C

▮▮▮▮▮▮▮▮ and ▮▮▮ collected all the evidence from the dumpster and asked that the vehicle be towed to the LEC to be processed due to it starting to rain.

b6
b7C

▮▮▮▮▮▮▮ asked for a wrecker and Eastway was dispatched and transported the vehicle to the LEC.

b6
b7C

21. U.C.R. CLEARANCE STATUS: [ ] OPEN [ ] BY ARREST [ ] EXCEPTIONAL [ ] UNFOUNDED

23. REPORTING OFFICER

CODE

ASSIGNMENT B3

DATE 25 Jun 96

24. PROPERTY RECOVERED [ ] SEE REVERSE SIDE

DOJ-FOIA 000333
DOJ-FOIA 000333

CHARLOTTE-MECKLENBURG POLICE DEPARTMENT SUPPLEMENT REPORT

Form 2.5 (3/84)

1. COMPLAINT NUMBER: 960624-210002

2. VICTIM NAME: Allen, Donald

3. ORIGINAL OFFENSE/CHARGE:

4. LOCATION OF OFFENSE: 5610 E. Independence Bv.    DISTRICT: B-3

5. ARREST NUMBER:

6. C. R NUMBER: AUG 26 1996

7. ORIGINAL REPORT DATE: 24 June 96

8. SUPPLEMENT DATE: 24 June 96

9. CORRECT INCIDENT CLASSIFICATION:

10. JUVENILE CASE: YES [ ] NO [ ]

11. MULTIPLE CASE CLEARANCE: YES [ ] NO [ ] IF YES: #CASES

12. SUPPLEMENT CONFIDENTIAL: YES [ ] NO [ ]

13. PURPOSE OF SUPPLEMENT: FOLLOW-UP INVESTIGATION [ ] CONTINUATION OF OFFENSE REPORT [ ] STOLEN VEHICLE RECOVERY [ ] STATEM [ ]

14. NAME (Last, First, Middle):    15. AGE:    16. RESIDENCE ADDRESS:    ZIP CODE:

STATEMENT OF:

17. RESIDENCE PHONE:    18. BUSINESS ADDRESS:    ZIP CODE: b6 b7C    19. BUSINESS PHONE:

20. NARRATIVE    (Page 1 of 2)

ITEM NO.

I WAS DISPATCHED TO 5610 E. INDEPENDENCE BV TO ASSIST BAKER-320 IN REFERENCE TO A HONDA PRELUDE THAT SHE HAD LOCATED BEHIND THIS ADDRESS. UPON ARRIVAL BAKER-320 [ ] ADVISED THIS OFFICER THAT SHE LOCATED THE HONDA PARKED AT THIS SPOT. THE HONDA WAS DISPLAYING A STOLEN TENNESSEE TAG 031-RBT. [ ] ALSO ADVISED THAT THE OWNER OF THE HONDA HAD BEEN REPORTED MISSING. COMMUNICATIONS SUPERVISOR ADVISED THAT [ ] OF SOUTH CAROLINA WOULD CONTACT US LATER ABOUT THE VEHICLE. THE VEHICLE WAS REGISTERED IN SOUTH CAROLINA WHERE THE ABOVE VICTIM STAYED. I CHECKED AROUND THE VEHICLE'S EXTERIOR AND I COULD NOT OBSERVE ANY DAMAGES OR EVIDENCE OF THEFT [ ] AND [ ] [ ] ARRIVED IN A SMALL VAN AND ADVISED OFFICERS THAT THEY HAD BEEN CONTACTED ABOUT THE VEHICLE BEING FOUND AND THAT OTHER FAMILY MEMBERS WERE ON THE WAY. ADVISED R/O THAT THE VICTIM WAS NEVER IN ANY KIND OF TROUBLE AND DID NOT HANG OUT WITH BAD PEOPLE. THE ONLY PROBLEM THAT THE VICTIM HAD WAS THAT HE BROKE UP WITH HIS GIRLFRIEND SEVERAL MONTHS AGO.

b6 b7C

21. U.C.R. CLEARANCE STATUS: [ ] OPEN [ ] BY ARREST [ ] EXCEPTIONAL [ ] UNFOUNDED

22. INVESTIGATIVE STATUS: [ ] ACTIVE [ ] INACTIVE [ ] CLOSED [ ] ADMINISTRATIVE

23. ASSIGNMENT: B-3    DATE: 6-24-96

24. PROPERTY RECOVERED [ ] SEE REVERSE SIDE

25. CASE REFERRED TO:    26. REVIEWING SUPERVISOR:    DATE

DOJ-FOIA 000334
DOJ-FOIA 000334

CHARLOTTE-MECKLENBURG POLICE DEPARTMENT SUPPLEMENT REPORT

Form 2.5 (3/84)

COMPLAINT NUMBER: 96CCUG24-210002

2. VICTIM NAME: Allen Donald

3. ORIGINAL OFFENSE CHARGE:

4. LOCATION OF OFFENSE: 5610 E. Independence Bv

DISTRICT: B3  5. ARREST NUMBER:

6. C. R. NUMBER: AUG 1996

7. ORIGINAL REPORT DATE: 24 June 96

8. SUPPLEMENT DATE: 24 June 96

9. CORRECT INCIDENT CLASSIFICATION:

10. JUVENILE CASE: ☐ YES ☐ NO

11. MULTIPLE CASE CLEARANCE: ☐ YES ☐ NO  IF YES, #CASES ___

12. SUPPLEMENT CONFIDENTIAL: ☐ YES ☐ NO

13. PURPOSE OF SUPPLEMENT: ☐ FOLLOW-UP INVESTIGATION ☐ CONTINUATION OF OFFENSE REPORT ☐ STOLEN VEHICLE RECOVERY ☐ STATEMENT

14. NAME (Last, First, Middle):

15. AGE:

16. RESIDENCE ADDRESS:

ZIP CODE:

STATEMENT OF:

17. RESIDENCE PHONE:

18. BUSINESS ADDRESS:

ZIP CODE:

19. BUSINESS PHONE:

20. NARRATIVE (Page 2 of 2)

ITEM NO.

7(2) WHILE SPEAKING TO [redacted] [redacted] WAS WALKING AROUND THE AREA WHEN [redacted] STATED " THERE'S A SAWED-OFF SHOTGUN IN HERE" AS HE POINTED INTO A BLUE DUMPSTER. I APPROACHED THE DUMPSTER AND OBSERVED A BLACK SAWED-OFF SHOTGUN, WHITE TOWEL, BLACK PANTS, NIKE BASEBALL CAP, AND A GYM BAG IN THE DUMPSTER. I THEN ASKED [redacted] AND [redacted] TO SIT IN THEIR VAN WHILE WE ROPED THE AREA WITH CRIME SCENE TAPE. OTHER FAMILY MEMBERS BEGAN ARRIVING AND I ROPED OFF THE AREA WITH CRIME SCENE TAPE. I THEN COMPLETED A VEHICLE DISPOSITION AND WROTE THIS STATEMENT. (2) b6 b7C

[redacted] 24 JUNE 96

(2) I FOLLOWED EASTWAY WRECKER FROM 5610 E. INDEPENDENCE TO 825 E 4TH STREET WITH THE VEHICLE AT 0312 HRS TO 0328 HRS UPON ARRIVAL (2)

b6 b7C

21. U.C.R. CLEARANCE STATUS:
☐ OPEN
☐ BY ARREST
☐ EXCEPTIONAL
☐ UNFOUNDED

22. INVESTIGATIVE STATUS:
☐ ACTIVE
☐ INACTIVE
☐ CLOSED
☐ ADMINISTRATIVE

ASSIGNMENT: B-3   DATE: 6-24-96

24. PROPERTY RECOVERED: ☐ SEE REVERSE SIDE

DOJ-FOIA 000335
DOJ-FOIA 000335

# CHARLOTTE-MECKLENBURG POLICE DEPARTMENT SUPPLEMENT REPORT

Form 2.5 (3/84)

| 1 COMPLAINT NUMBER |
|---|
| 960624210002 |

AUG 26 1996

| 2 VICTIM NAME | | 3 ORIGINAL OFFENSE/CHARGE |
|---|---|---|
| | | Missing Person |

| 4 LOCATION OF OFFENSE | DISTRICT | 5 ARREST NUMBER | 6. C.R. NUMBER |
|---|---|---|---|
| | | | |

| 7 ORIGINAL REPORT DATE | 8. SUPPLEMENT DATE | 9. CORRECT INCIDENT CLASSIFICATION |
|---|---|---|
| | 6-25-96 | |

| 10. JUVENILE CASE | 11. MULTIPLE CASE CLEARANCE | 12. SUPPLEMENT CONFIDENTIAL | 13. PURPOSE OF SUPPLEMENT | CONTINUATION OF OFFENSE REPORT |
|---|---|---|---|---|
| YES ☐ NO ☐ | YES ☐ NO IF YES #CASES | ☑ YES ☐ NO | ☐ FOLLOW-UP INVESTIGATION ☐ STOLEN VEHICLE RECOVERY ☑ STATEMENT | |

STATEMENT OF:

| 15. AGE | 16. RESIDENCE ADDRESS | ZIP |
|---|---|---|
| | Char. Meck. P.D. | b6 b7C |

| 17. RESIDENCE PHONE | 18. BUSINESS ADDRESS | ZIP CODE |
|---|---|---|
| | 825 E 4th St. Char. | 28202 |

20. NARRATIVE (Page __1__ of __1__)

ITEM NO.

When [ ] arrived [ ] observed the 1994 Honda park facing Castlewood Apt. The vehicle was dirty and the tag had already been removed. [ ] Also observed several items in a BFI dumpster. [ ] observed a sawed off shotgun partially covered by a gold colored duffle bag. R/o checked all of the other dumpsters in the area but did not find anything unusual. Several friends and family members arrived and R/o assisted other officers in securing a crime scene. R/o took down the names and addresses of all of these subjects. [ ] Father, [ ] S.C. [ ] Brother same as [ ] Brother [ ] Brother in Law, [ ] Mt. Holly [ ] Neighbor of [ ] friend, [ ] S.C. [ ] friend, [ ] S.C. [ ] friend [ ] C.C. and [ ] friend, [ ] S.C. [ ] stood by and assisted with Crime scene security

| 21. | STATUS: | 22. | | ASSIGNMENT | DATE | 24. PROPERTY RECOVERED |
|---|---|---|---|---|---|---|
| ☐ OPEN ☐ BY ARREST ☐ EXCEPTIONAL ☐ UNFOUNDED | | ☐ INACTIVE ☐ ACTIVE ☐ CLOSED ☐ ADMINISTRATIVE | | B-3 | 6-25-96 | ☐ SEE REVERSE SIDE |

b6 b7C

DOJ-FOIA 000336
DOJ-FOIA 000336

CHARLOTTE-MECKLENBURG POLICE DEPARTMENT SUPPLEMENT REPORT

Form 2.5 (3/84)

1 COMPLAINT NUMBER 9601624210002

3. ORIGINAL OFFENSE/CHARGE Stolen Tag

DISTRICT  5 ARREST NUMBER

6. C. R NUMBER AUG 6 1996

b6
b7C

24 Jan 96

9  CORRECT INCIDENT CLASSIFICATION

10 JUVENILE CASE  ☐ YES  ☒ NO

11 MULTIPLE CASE CLEARANCE  ☐ YES  ☒ NO  IF YES, #CASES ___

12. SUPPLEMENT CONFIDENTIAL  ☐ YES  ☒ NO

13. PURPOSE OF SUPPLEMENT  ☒ FOLLOW–UP INVESTIGATION  ☐ CONTINUATION OF OFFENSE REPORT  ☐ STOLEN VEHICLE RECOVERY  ☐ STATEMEN

14. NAME (Last, First, Middle)

15. AGE

16. RESIDENCE ADDRESS

ZIP CODE

STATEMENT OF.

17 RESIDENCE PHONE

18. BUSINESS ADDRESS

ZIP CODE

19. BUSINESS PHONE

20. NARRATIVE  (Page _1_ of _1_)

| ITEM NO. | |
|---|---|
| | Request that this tag be removed from NCIC. Stolen tag was located behind 5610 E Independence Blvd on a '94 Honda Prelude. Vin# JHMBA8142RC004261, Allen Donald L, 2075 McConnells Rd, McConnells, SC 29726. Owner of vehicle was in the process of being reported as missing. U31-RBT |

b6
b7C

21. U.C.R. CLEARANCE STATUS:
☒ OPEN
☐ BY ARREST
☐ EXCEPTIONAL
☐ UNFOUNDED

ASSIGNMENT B-32  DATE JUN 96

24. ☐ PROPERTY RECOVERED  ☐ SEE REVERSE SIDE

DOJ-FOIA 000337
DOJ-FOIA 000337

# YORK COUNTY SHERIFF'S DEPARTMENT
## INCIDENT REPORT

CASE NUMBER 00960168 99

NC INO.

| INCIDENT TYPE | | COMPLETED | FORCED ENTRY | PREMISE TYPE | UNITS ENTERED | TYPE |
|---|---|---|---|---|---|---|
| 1. MISSING PERSON | | ☒ YES ☐ NO | ☒ YES ☐ NO | RESIDENCE | | ☐ Indiv ☐ Busi |
| 2. | | ☐ YES ☐ NO | ☐ YES ☐ NO | | b6 | ☐ Finan ☐ Gove ☐ Relig ☐ Soc/ |
| 3. | | ☐ YES ☐ NO | ☐ YES ☐ NO | | b7C | ☐ Othe ☐ Unkr ☐ Polic |

INCIDENT LOCATION (SUBDIVISION, APARTMENT AND NUMBER, STREET NAME AND NUMBER) 2075 W. MCCONNELLS HWY MCCONNELLS   ZIP CODE 29726   WEAPON T

| INCIDENT DATE | 24 HR. CLOCK | TO | DATE | 24 HR. CLOCK | DISP. DATE | DISP. TIME | TIME ARRIVED | DEPART. TIME | LOCATION |
|---|---|---|---|---|---|---|---|---|---|
| 06-21-96 | 1800 | | | | 6-23-96 | REPORT | AT MJC | | MC1 |

COMPLAINANT'S NAME (LAST, FIRST, MIDDLE)  RELATIONSHIP TO SUBJECT #3  RESIDENT ☒ S O U RACE W SEX M   EVENING

CITY MCCONNELLS   STATE SC   ZIP CODE 29726   LOCATION MC1

VICTIM'S NAME (LAST, FIRST, MIDDLE) ALLEN - DONALD LEE  RELATIONSHIP TO SUBJECT  RESIDENT ☒ S O U RACE W SEX M AGE 22  ETH.  DAYTIME PHONE  EVENING

HEIGHT 601 | WEIGHT 154 | HAIR BN | EYES BL | FACIAL HAIR, SCARS, TATOOS, GLASSES, CLOTHING, PHYSICAL PECULIARITIES, ETC. LIGHT MUSTACHE  (DOB) 03-30-74

ADDRESS 2075 W. McCONNELLS HWY   CITY MCCONNELLS   STATE SC   ZIP CODE 29726   LOCATION MC1

VISIBLE INJURY (VICT. 1) ☐ YES ☒ NO  EXPLAIN —   COMPLAINT OF ANY NON-VISIBLE INJURIES: ☐ Y:

VICTIM (NO. 1) USING: ALCOHOL ☐ YES ☒ NO  DRUGS: ☐ YES ☒ NO  UNK. ☐  TYPE:

TWO-MAN VEH. ☐   ONE-MAN VEH. ☐  DETECTIVE/SPLASH. ☐  OTHER ☐   ALONE ☐   ASSISTED ☐   *J — This Jurisdiction.   S — State.   O — Out of State.   U — Unkn

| | NAME (LAST, FIRST, MIDDLE) 3. C. FBE 685 | RACE | SEX | AGE | ETH. | DATE OF BIRTH | HEIGHT | WEIGHT | HAIR |
|---|---|---|---|---|---|---|---|---|---|
| ☐ SUSPECT ☐ RUNAWAY | | | | | | | | | |
| ☐ WANTED | FACIAL HAIR, SCARS, TATOOS, GLASSES, CLOTHING, PHYSICAL PECULIARITIES, ETC. | | | | | | | | |
| ☐ WARRANT ☐ ARREST | ADDRESS | | CITY | | STATE | ZIP CODE | | | LOCATION |
| ☐ JAIL ☐ SUMMONS | SUBJECT (NO. 1) USING: ALCOHOL ☐ YES NO ☐ UNK. ☐  DRUGS ☐ YES NO ☐ UNK. ☐ TYPE: | ARRESTED NEAR OFFENSE SCENE ☐ YES NO ☐  TOTAL # ARRESTED | DATE/TIME OF OFFENSE | | | DATE/TIME OF ARRE | | | |

COMP STATED THAT VICTIM LEFT HOME ON TIME &
DATE SAYING HE WAS GOING OUT AND WOULD BE
BACK IN A LITTLE AND NEVER RETURNED.
COMP STATE THAT VICTIM HAS BEEN GOING TO
COYOTE JOES IN CHARLOTTE.
COMP STATES THAT THIS IS FIRST TIME VICTIM HA
DONE THIS.

SC FBE 685

Shorts   1994   Honda Prelude   JACKSON Textron
Knit shirt   Dark Blu - Sunroof   Westminster
Gold Trim   Larry M

| TYPE (GROUP) | | | | | TOTAL VALU |
|---|---|---|---|---|---|
| STOLEN | | | | | |
| DAMAGED | | | | | |
| BURNED | | | | | |
| RECOVERED | | | | | b6 |
| SEIZED | | | | | b7C |

| SUBJECT IDENTIFIED ☒ YES NO ☐ | SUBJECT LOCATED ☐ YES NO ☒ | ☒ ACTIVE ☐ ADM. CLOSED ☐ UNFOUNDED | ☐ ARRESTED UNDER 18 ☐ ARRESTED 18 AND OVER | ☐ EX-CLEAR UNDER ☐ EX-CLEAR 18 AND |
|---|---|---|---|---|

REASON FOR EXCEPTIONAL CLEARANCE: 1 ☐ OFFENDER DEATH. 2 ☐ NO PROSECUTIVE MERIT. 3 ☐ EXTRADITION DENIED. 4 ☐ VICTIM DENIES COOPERATION. 5 ☐ JUVENILE—NO CUSTODY. 6 ☐ CIVIL MAT.

REPORTING OFFICER(S)   DATE   UNIT NUMBER   APPROVING OFFICER   DATE

PC - 005867

DOJ-FOIA 000338
DOJ-FOIA 000338

CHARLOTTE POLICE DEPARTMENT SUPPLEMENT REPORT

Form 2.5 (3/84)

| 1. COMPLAINT NUMBER |
|---|

2. VICTIM NAME | 3. ORIGINAL OFFENSE/CHARGE

4. LOCATION OF OFFENSE | DISTRICT | 5. ARREST NUMBER | 6. C. R. NUMBER AUG 26 1996

b6
b7C

7. ORIGINAL REPORT DATE | 8. SUPPLEMENT DATE | 9. CORRECT INCIDENT CLASSIFICATION

10. JUVENILE CASE: YES [ ] NO [X] | 11. MULTIPLE CASE CLEARANCE: YES [ ] NO IF YES, #CASES ___ | 12. SUPPLEMENT CONFIDENTIAL: YES [X] NO [ ] | 13. PURPOSE OF SUPPLEMENT: [ ] CONTINUATION OF OFFENSE REPORT [ ] FOLLOW-UP INVESTIGATION [ ] STOLEN VEHICLE RECOVERY [X] STATEMENT

STATEMENT OF: 14. NAME (Last, First, Middle) | 16. RESIDENCE ADDRESS | ZIP CODE

17. RESIDENCE PHONE | 18. BUSINESS ADDRESS | ZIP CODE | 19. BUSINESS PHONE

20. NARRATIVE (Page 1 of 3)

ITEM NO.

ON 24 JUN 96, AROUND 1000, I WAS CONTACTED BY [ ] WHO IS EMPLOYED AT [ ] IS A FRIEND OF MINE, AND KNOWING THAT I AM A POLICE OFFICER, HE WANTED TO TALK TO ME ABOUT THE DISAPPEARANCE OF [ ] TOLD ME THAT [ ] DONALD LEE ALLEN, HAD BEEN MISSING FROM HIS (ALLEN'S) RESIDENCE IN McCONNELLS, SC SINCE FRIDAY, 21 JUN 96. ACCORDING TO [ ] FAMILY REPORTED THIS TO THE YORK COUNTY SHERIFF'S DEPARTMENT, WHO INITIATED A MISSING PERSON REPORT, AFTER THEIR PROCEDURAL TIME PERIOD (24 OR 48 HRS.) HAD EXPIRED. [ ] PROVIDED ME WITH THE FOLLOWING INFORMATION ON THE VICTIM:

DONALD LEE ALLEN
WM, DOB 3/30/74, BROWN HAIR
6'2", 170-180 LBS.

b6
b7C

[ ] ASKED ME TO CHECK TO SEE IF OUR DEPARTMENT HAD THIS INFORMATION IN OUR COMPUTER SYSTEM. I INFORMED HIM I WOULD, AND CONTACT HIM LATER. (THIS CONVERSATION WAS ON THE TELEPHONE)

I HAD [ ] IN THE DISTRICT ATTORNEY'S OFFICE FILE ROOM CHECK N.C.I.C. FOR DONALD LEE ALLEN, AND HIS →

b6
b7C

| 21. U.C.R. CLEARANCE STATUS: | 22. | 23. REPORTING OFFICER | CODE | ASSIGNMENT | DATE | 24. PROPERTY RECOVERED |
|---|---|---|---|---|---|---|
| [ ] OPEN [ ] BY ARREST [ ] EXCEPTIONAL [ ] UNFOUNDED | | | | | | [ ] SEE REVERSE SIDE |

DOJ-FOIA 000339
DOJ-FOIA 000339