| 1. COMPLAINT NUMBER |
|---|

| 2. VICTIM NAME | 3. ORIGINAL OFFENSE/CHARGE |
|---|---|

| 4. LOCATION OF OFFENSE | DISTRICT | 5. ARREST NUMBER | 6. C. R. NUMBER |
|---|---|---|---|

AUG 26 1996

| 7. ORIGINAL REPORT DATE | 8. SUPPLEMENT DATE | 9. CORRECT INCIDENT CLASSIFICATION |
|---|---|---|

| 10. JUVENILE CASE | 11. MULTIPLE CASE CLEARANCE | 12. SUPPLEMENT CONFIDENTIAL | 13 PURPOSE OF SUPPLEMENT | | | |
|---|---|---|---|---|---|---|
| ☐ YES ☐ NO | ☐ YES ☐ NO IF YES. #CASES ___ | ☐ YES ☐ NO | ☐ FOLLOW-UP INVESTIGATION | ☐ CONTINUATION OF OFFENSE REPORT | ☐ STOLEN VEHICLE RECOVERY | ☐ STATEMENT |

STATEMENT OF:

| 14. NAME (Last, First, Middle) | RESIDENCE ADDRESS | ZIP CODE b6 b7C |
|---|---|---|
| 17. RESIDENCE PHONE | 18. BUSINESS ADDRESS | ZIP CODE | 19. BUSINESS PHONE |

20. NARRATIVE    (Page 2 of 3 )

ITEM NO.

INFORMATION WAS NOT LISTED. AT 1130, I MET WITH [          ] ON SOUTH BLVD. TO GET MORE DETAILED INFORMATION. HE INFORMED ME THAT THE SITUATION SHOULD BE CONSIDERED SERIOUS SINCE DONALD WAS VERY GOOD ABOUT INFORMING HIS FAMILY OF HIS WHEREABOUTS, WOULD CALL IF HE WAS GOING TO BE LATE, AND HAD NEVER BEEN GONE FOR SO LONG WITHOUT LETTING SOMEONE KNOW WHERE HE WOULD BE. DONALD WAS NOT DEPRESSED OR UPSET PRIOR TO HIS DISAPPEARANCE, AND [          ] WAS CERTAIN DONALD DID NOT PARTICIPATE IN ANY TYPE OF ACTIVITY (DRUG USE, HEAVY DRINKING, ETC.) THAT WOULD PUT HIM AT RISK. [          ] ADVISED ME THAT DONALD WORKED AT TEXTRON - HOMELITE ON CAROWINDS BLVD. AND THAT HIS EMPLOYER HAD BEEN IN CONTACT WITH THE FAMILY, CONCERNED WITH DONALD'S ABSENCE FROM WORK. [          ] PROVIDED ME WITH THE FOLLOWING DESCRIPTION OF THE VICTIM'S CAR:

1994 HONDA PRELUDE

SC FBE-685

SYMBOLS AND TAIL PIPE ARE GOLD IN COLOR

AFTER OBTAINING THIS INFORMATION FROM [          ] I ADVISED HIM I WOULD HAVE OUR DEPARTMENT'S DISPATCHER GIVE THE INFORMATION OUT SINCE TEXTRON - HOMELITE IS IN THE

b6 b7C

| 21. U.C.R. CLEARANCE STATUS: | | 23. REPORTING OFFICER | CODE | ASSIGNMENT | DATE | 24. | PROPERTY RECOVERED ☐ SEE REVERSE SIDE |
|---|---|---|---|---|---|---|---|
| ☐ OPEN ☐ BY ARREST ☐ EXCEPTIONAL ☐ UNFOUNDED | | | | | | | |

DOJ-FOIA 000340
DOJ-FOIA 000340

CHARLOTTE POLICE DEPARTMENT SUPPLEMENT REPORT
Form 2.5 (3/84)

| 2 VICTIM NAME | | 3. ORIGINAL OFFENSE/CHARGE | |
|---|---|---|---|
| 4 LOCATION OF OFFENSE | DISTRICT | 5. ARREST NUMBER | 6. C. R. NUMBER AUG 2 6 1996 |
| 7 ORIGINAL REPORT DATE | 8. SUPPLEMENT DATE | 9. CORRECT INCIDENT CLASSIFICATION | |

10. JUVENILE CASE [ ] YES [ ] NO | 11 MULTIPLE CASE CLEARANCE [ ] YES [ ] NO = YES. #CASES | 12. SUPPLEMENT CONFIDENTIAL [ ] YES [ ] NO | 13. PURPOSE OF SUPPLEMENT [ ] FOLLOW-UP INVESTIGATION | [ ] CONTINUATION OF OFFENSE REPORT [ ] STOLEN VEHICLE RECOVERY [ ] STATEMENT

STATEMENT OF: | 14 NAME (Last. First. Middle) | 15 AGE | 16. RESIDENCE ADDRESS | ZIP CODE b6 b7C

= SINESS ADDRESS | ZIP CODE | 19. BUSINESS PHONE

20. NARRATIVE (Page 3 of 3 )

ITEM NO.

ADAM SERVICE AREA. AFTER MY CONVERSATION WITH [ ] I CONTACTED YORK COUNTY, SC, AND WAS ADVISED THEY WERE ENTERING DONALD ALLEN IN N.C.I.C. I STATED WE HAD THE INFORMATION NECESSARY TO HAVE A B.O.L.O. STARTED ON THE VICTIM AND HIS VEHICLE, AND YORK COUNTY WAS IN AGREEMENT WITH THIS BEING INITIATED.

AROUND 1500, 24 JUN 96, I CONTACTED OUR TELECOMMUNICATIONS CENTER, AND REQUESTED A B.O.L.O. BE GIVEN OUT. THE DISPATCHER STATED SHE WOULD, AND WOULD CONTINUE CHECKING N.C.I.C., AND WHEN THE VICTIM'S INFORMATION WAS ENTERED, AN ALL POINTS BULLETIN WOULD BE DISPATCHED.

b6
b7C

3 JUL 96

21. U.C.R. CLEARANCE STATUS: [ ] OPEN [ ] BY ARREST [ ] EXCEPTIONAL [ ] UNFOUNDED | 22 | 23. REPORTING OFFICER | CODE | ASSIGNMENT | DATE | 24. [ ] PROPERTY RECOVERED SEE REVERSE SIDE

DOJ-FOIA 000341
DOJ-FOIA 000341

CHARLOTTE-MECKLENBURG POLICE DEPARTMENT SUPPLEMENT REPORT
Form 2.5a (3/84)

| 1. COMPLAINT NUMBER |
|---|
| 96-0625 200800 |

| 2. VICTIM NAME | | 3. ORIGINAL OFFENSE/CHARGE |
|---|---|---|
| 4. LOCATION OF OFFENSE | DISTRICT | 5. ARREST NUMBER | 6. C. R. NUMBER |
| 7. ORIGINAL REPORT DATE | 8. SUPPLEMENT DATE | 9. CORRECT INCIDENT CLASSIFICATION |

10. JUVENILE CASE ☐ YES ☐ NO   11. MULTIPLE CASE CLEARANCE ☐ YES ☐ NO IF YES, #CASES___   12. SUPPLEMENT CONFIDENTIAL ☐ YES ☐ NO   13. PURPOSE OF SUPPLEMENT ☐ CONTINUATION OF OFFENSE REPORT ☐ FOLLOW–UP INVESTIGATION ☐ STOLEN VEHICLE RECOVERY ☐ STATEMENT

STATEMENT OF: | 14. NAME (Last, First, Middle) | 15. AGE | 16. RESIDENCE ADDRESS | ZIP CODE | 17. RESIDENCE PHONE | 18. BUSINESS ADDRESS | ZIP CODE | 19. BUSINESS PHONE

20. NARRATIVE (Page 1 of 16 )

ITEM NO.

TODAY DATE: JUNE 25, 1996. THE TIME IS 1947 P.M. THIS INTERVIEW IS BEING CONDUCTED AT THE CHARLOTTE-MECKLENBURG POLICE DEPARTMENT. THIS INTERVIEW IS BEING CONDUCTED BY INVESTIGATOR [____] AND INVESTIGATOR [____]    b6 b7C

[____]    Mark, if you will for me, for the tape recorder, how about state your full name for me?

BARNETTE:    Aquilia Markivicci Barnette

[____]    Okay if you will speak up just a little bit for me. Where do you live at Mark?

BARNETTE:    3413 West Blvd.

[____]    Is it okay if I call you Mark?

BARNETTE:    yes

[____]    okay how old are you?

BARNETTE:    22

[____]    and what is your date of birth?

BARNETTE:    July 7, 1973

[____]    okay and what is your education level?

BARNETTE:    11th grade high school

[____]    okay what I want to take your attention back and draw to is maybe any occurance that occurred in Roanoke City on June 22nd, on or about, 7:00 a.m. in the morning, did you have the opportunity to be in Roanoke at that time on or about?

BARNETTE:    yes I did.

21. U.C.R. CLEARANCE STATUS: ☐ OPEN ☐ BY ARREST ☐ EXCEPTIONAL ☐ UNFOUNDED   22. INVESTIGATIVE STATUS ☐ ACTIVE ☐ INACTIVE ☐ CLOSED ☐ ADMINISTRATIVE   23. REPORTING OFFICER | CODE | ASSIGNMENT FIB/HOM | DATE 6/26/96   24. PROPERTY RECOVERED ☐ SEE REVERSE SIDE | CODE | DATE

25. CASE REFERRED TO:   26. REVIEWING SUPERVISOR:

FOR WORD PROCESSING USE    PC - 005871

DOJ-FOIA 000342
DOJ-FOIA 000342

**1. COMPLAINT NUMBER**

**2. VICTIM NAME**

**3. ORIGINAL OFFENSE/CHARGE**

**4. LOCATION OF OFFENSE**    **DISTRICT**    **5. ARREST NUMBER**    **6. C. R. NUMBER**

**7. ORIGINAL REPORT DATE**    **8. SUPPLEMENT DATE**    **9. CORRECT INCIDENT CLASSIFICATION**

**10. JUVENILE CASE** ☐ YES ☐ NO    **11. MULTIPLE CASE CLEARANCE** ☐ YES ☐ NO IF YES, #CASES___    **12. SUPPLEMENT CONFIDENTIAL** ☐ YES ☐ NO    **13. PURPOSE OF SUPPLEMENT** ☐ CONTINUATION OF OFFENSE REPORT ☐ FOLLOW-UP INVESTIGATION ☐ STOLEN VEHICLE RECOVERY ☐ STATEMENT

**STATEMENT OF:**    **14. NAME (Last, First, Middle)**    **15. AGE**    **16. RESIDENCE ADDRESS**    **ZIP CODE**

**17. RESIDENCE PHONE**    **18. BUSINESS ADDRESS**    **ZIP CODE**    **19. BUSINESS PHONE**

**20. NARRATIVE** (Page __2__ of __16__)

**ITEM NO.**

b6
b7C

☐ if you will for me, please just start there, ah, and tell me a little bit about what happened, maybe just prior to how you got to Virginia and what happened in Virginia?

BARNETTE: I'd just say that I arrived in Virginia approximately about 5:00 a.m., Saturday morning, ah, I parked across the street from 911 Lowden Avenue, which is the address where Robin resides in -- (PAUSE)

☐ when you saw Robin, what is her name?

BARNETTE: Robin, Robin -- my ex-girlfriend?

☐ okay yeah, what's here last name?

BARNETTE: Williams

☐ okay do you know how old she is or when she was born or anything?

BARNETTE: she's 23. She was born October 13, 1972

☐ okay when you said you parked across the street, that was on Lowden?

BARNETTE: Lowden?

☐ Lowden Avenue there in Roanoke?

BARNETTE: yeah

☐ okay and when you parked, what was you driving or how did you park?

BARNETTE: I was parked facing directly at the house. I was driving a stolen automobile

☐ okay can you describe the car to me that you were driving?

**21. U.C.R. CLEARANCE STATUS:** ☐ OPEN ☐ BY ARREST ☐ EXCEPTIONAL ☐ UNFOUNDED    **22. INVESTIGATIVE STATUS** ☐ ACTIVE ☐ INACTIVE ☐ CLOSED ☐ ADMINISTRATIVE    **23. CASE REFERRED TO**    **24. REVIEWING SUPERVISOR**    **CODE ASSIGNMENT DATE** FIB/HOM 6/26/96    **24. PROPERTY RECOVERED** ☐ SEE REVERSE SIDE    **CODE DATE**

FOR WORD PROCESSING USE

PC - 005872

DOJ-FOIA 000343
DOJ-FOIA 000343

1. COMPLAIN● ●ER

2. VICTIM NAME

3. ORIGINAL OFFENSE/CHARGE

4. LOCATION OF OFFENSE    DISTRICT    5. ARREST NUMBER    6. C. R. NUMBER

7. ORIGINAL REPORT DATE    8. SUPPLEMENT DATE    9. CORRECT INCIDENT CLASSIFICATION

10. JUVENILE CASE  ☐ YES  ☐ NO    11. MULTIPLE CASE CLEARANCE  ☐ YES  ☐ NO IF YES, #CASES___    12. SUPPLEMENT CONFIDENTIAL  ☐ YES  ☐ NO    13. PURPOSE OF SUPPLEMENT  ☐ CONTINUATION OF OFFENSE REPORT  ☐ FOLLOW-UP INVESTIGATION  ☐ STOLEN VEHICLE RECOVERY  ☐ STATEMENT

STATEMENT OF:

14. NAME (Last, First, Middle)    15. AGE    16. RESIDENCE ADDRESS    ZIP CODE

17. RESIDENCE PHONE    18. BUSINESS ADDRESS    ZIP CODE    19. BUSINESS PHONE

20. NARRATIVE    (Page __3__ of __16__)

ITEM NO.

| | |
|---|---|
| BARNETTE: | it's a blue Prelude, I don't know the year |
| | When you said you went and you parked across the street was that approximately the 5:00 a.m. time that you arrived? |
| BARNETTE: | yes it was |
| | okay what happened when you got parked and was sitting outside? |
| BARNETTE: | ah, I just waited there about 5:30. I saw here, Robin Williams, let her dog out, ah, and then went back inside after her dog had been out for a little while |
| | okay and Robin, she lives at 911? |
| BARNETTE: | yeah |
| | what happened after you observed her let the dog out? |
| BARNETTE: | (Whispering) - STOP THE RECORDER |
| | Stop the recorder. We will stop. The time is 1950. |
| | (PAUSE) |
| | The time is 1951 and the recorder has began. |
| | At any time did you get out of this stolen blue Prelude? |
| BARNETTE: | not before 7 o'clock |
| | what happened around 7:00? |
| BARNETTE: | 7:00 I rode around to the back of the house and ah, I got out then |
| | okay and when you got out, what happened? |

b6
b7C

21. U.C.R. CLEARANCE STATUS: ☐ OPEN ☐ BY ARREST ☐ EXCEPTIONAL ☐ UNFOUNDED    22. INVESTIGATIVE STATUS ☐ ACTIVE ☐ INACTIVE ☐ CLOSED ☐ ADMINISTRATIVE    23. REPORTING OFFICER    CODE   ASSIGNMENT FIB/HOM   DATE 6/26/96    24. PROPERTY RECOVERED ☐ SEE REVERSE SIDE

25. CASE REFERRED TO    26. REVIEWING SUPERVISOR    CODE    DATE

FOR WORD PROCESSING USE

PC - 005873

DOJ-FOIA 000344
DOJ-FOIA 000344

CHARLOTTE-MECKLENBURG POLICE DEPARTMENT SUPPLEMENT REPORT
Form 2.5a (3/84)

| | |
|---|---|
| 1. COMPLAINT NUMBER | |
| 2. VICTIM NAME | 3. ORIGINAL OFFENSE/CHARGE |
| 4. LOCATION OF OFFENSE    DISTRICT | 5. ARREST NUMBER    6. C. R. NUMBER |
| 7. ORIGINAL REPORT DATE    8. SUPPLEMENT DATE | 9. CORRECT INCIDENT CLASSIFICATION |

10. JUVENILE CASE ☐ YES ☐ NO    11. MULTIPLE CASE CLEARANCE ☐ YES ☐ NO IF YES, #CASES____    12. SUPPLEMENT CONFIDENTIAL ☐ YES ☐ NO    13. PURPOSE OF SUPPLEMENT ☐ CONTINUATION OF OFFENSE REPORT ☐ FOLLOW-UP INVESTIGATION ☐ STOLEN VEHICLE RECOVERY ☐ STATEMENT

STATEMENT OF:

| 14. NAME (Last, First, Middle) | 15. AGE | 16. RESIDENCE ADDRESS | ZIP CODE |
|---|---|---|---|
| 17. RESIDENCE PHONE | 18. BUSINESS ADDRESS | ZIP CODE | 19. BUSINESS PHONE |

20. NARRATIVE (Page __4__ of __16__ )

ITEM NO.

BARNETTE: ah, I went through her gate, that was, it went into her back yard

☐ okay so we're talking about a fence gate?

b6
b7C

BARNETTE: yeah

☐ okay go ahead

BARNETTE: I walked down to the house and I ah, went and looked for where the phones lines were

☐ the phone lines?

BARNETTE: uh huh

☐ what happened to the phone line?

BARNETTE: I cut them off

☐ okay and what happened after that?

BARNETTE: I went to the side kitchen door

☐ is that in the back of the house or on the side of the house?

BARNETTE: on the side

☐ okay

☐ is this an house, apartment, or

BARNETTE: house

☐ so you're standing at the back side kitchen door, what happened?

21. U.C.R. CLEARANCE STATUS: ☐ OPEN ☐ BY ARREST ☐ EXCEPTIONAL ☐ UNFOUNDED    22. INVESTIGATIVE STATUS: ☐ ACTIVE ☐ INACTIVE ☐ CLOSED ☐ ADMINISTRATIVE    25. CASE REFERRED TO    26. REVIEWING SUPERVISOR    CODE ASSIGNMENT DATE **FIB/HOM 6/26/96**    24. PROPERTY RECOVERED ☐ SEE REVERSE SIDE    CODE DATE

FOR WORD PROCESSING USE

PC - 005874

DOJ-FOIA 000345
DOJ-FOIA 000345

| 2. VICTIM NAME | | | 3. ORIGINAL OFFENSE/CHARGE | |
|---|---|---|---|---|

| 4. LOCATION OF OFFENSE | DISTRICT | 5. ARREST NUMBER | 6. C. R. NUMBER |
|---|---|---|---|

| 7. ORIGINAL REPORT DATE | 8. SUPPLEMENT DATE | 9. CORRECT INCIDENT CLASSIFICATION |
|---|---|---|

1. COMPLAINT ●●R

**10. JUVENILE CASE** ☐ YES ☐ NO  **11. MULTIPLE CASE CLEARANCE** ☐ YES ☐ NO IF YES, #CASES___  **12. SUPPLEMENT CONFIDENTIAL** ☐ YES ☐ NO  **13. PURPOSE OF SUPPLEMENT** ☐ CONTINUATION OF OFFENSE REPORT ☐ FOLLOW–UP INVESTIGATION ☐ STOLEN VEHICLE RECOVERY ☐ STATEMENT

STATEMENT OF:

| 14. NAME (Last, First, Middle) | 15. AGE | 16. RESIDENCE ADDRESS | ZIP CODE |
|---|---|---|---|
| 17. RESIDENCE PHONE | 18. BUSINESS ADDRESS | ZIP CODE | 19. BUSINESS PHONE |

**20. NARRATIVE** (Page __5__ of __16__ )

ITEM NO.

BARNETTE: Standing there not knowing what the hell I'm doing here, ah, I opened the screen door and tried the uh kitchen door

[ ] was the kitchen door locked?

b6
b7C

BARNETTE: yeah

[ ] okay, so what happened?

BARNETTE: I tried to shoot my way in the lock

[ ] okay what were you shooting?

BARNETTE: a shotgun

[ ] okay so you were actually shooting at the lock of the wooden door?

BARNETTE: uh huh

[ ] okay were you able to gain entry?

BARNETTE: after a couple of shots, I had to push the door in

[ ] alright what happened after you pushed the door in?

BARNETTE: ah, ran in the house and I looked to my left which was toward the front of the house and saw Robin going out the house, looking up the street

[ ] she was running out the front door

BARNETTE: she was seeing like she was already out there

[ ] okay

BARNETTE: she was wondering I guess where that noise came from cause I heard them asking themselves where that noise came from

| 21. U.C.R. CLEARANCE STATUS: | 22. INVESTIGATIVE STATUS: | 23. REPORTING OFFICER | CODE | ASSIGNMENT | DATE | 24. PROPERTY RECOVERED |
|---|---|---|---|---|---|---|
| ☐ OPEN ☐ BY ARREST ☐ EXCEPTIONAL ☐ UNFOUNDED | ☐ ACTIVE ☐ INACTIVE ☐ CLOSED ☐ ADMINISTRATIVE | | FIB/HOM | | 6/26/96 | ☐ SEE REVERSE SIDE |
| | | 25. CASE REFERRED TO | 26. REVIEWING SUPERVISOR | | | CODE      DATE |

FOR WORD PROCESSING USE

PC - 005875

DOJ-FOIA 000346
DOJ-FOIA 000346

CHARLOTTE-MECKLENBURG POLICE DEPARTMENT SUPPLEMENT REPORT
Form 2.5a (3/84)

| | |
|---|---|
| 2. VICTIM NAME | 3. ORIGINAL OFFENSE/CHARGE |
| 4. LOCATION OF OFFENSE | DISTRICT | 5. ARREST NUMBER | 6. C. R. NUMBER |
| 7. ORIGINAL REPORT DATE | 8. SUPPLEMENT DATE | 9. CORRECT INCIDENT CLASSIFICATION |

1. COMPLAINT NUMBER

10. JUVENILE CASE ☐ YES ☐ NO
11. MULTIPLE CASE CLEARANCE ☐ YES ☐ NO IF YES, #CASES____
12. SUPPLEMENT CONFIDENTIAL ☐ YES ☐ NO
13. PURPOSE OF SUPPLEMENT ☐ CONTINUATION OF OFFENSE REPORT ☐ FOLLOW–UP INVESTIGATION ☐ STOLEN VEHICLE RECOVERY ☐ STATEMENT

STATEMENT OF:
14. NAME (Last, First, Middle) | 15. AGE | 16. RESIDENCE ADDRESS | ZIP CODE
17. RESIDENCE PHONE | 18. BUSINESS ADDRESS | ZIP CODE | 19. BUSINESS PHONE

20. NARRATIVE (Page __6__ of __16__)

ITEM NO.

b6
b7C

|  | alright |
|---|---|
| BARNETTE: | ah, her mother was between us, she saw me, she told Robin to run |
|  | what's her mother name? |
| BARNETTE: | Bertha Williams |
|  | Bertha? Okay. So, when Bertha told Robin to run what happened? |
| BARNETTE: | she ran out the front gate. I ran out the back of the house (sigh) ran around to the side of the house and ran through the front gate also. I was yelling at Robin in to com'ere and she ran up the hill and across the street where I was previously parked. I ran on the opposite side of the apartment house and she was running, I could see her and she fell once and then she fell again and I was telling her to com'ere |
|  | now she's running and you're behind her telling her to come here, how far behind her are you? |
| BARNETTE: | 30 ft. maybe |
|  | Okay, so he falls once and she falls again? |
| BARNETTE: | Yeah |
|  | what happens then? |
| BARNETTE: | she didn't get up after she had fell, ah, I got to her and told he to come with me |
|  | did she come with you? |
| BARNETTE: | reluctantly, but yeah |

21. U.C.R. CLEARANCE STATUS: ☐ OPEN ☐ BY ARREST ☐ EXCEPTIONAL ☐ UNFOUNDED
22. INVESTIGATIVE STATUS: ☐ ACTIVE ☐ INACTIVE ☐ CLOSED ☐ ADMINISTRATIVE
23. REPORTING OFFICER | CODE | ASSIGNMENT FIB/HOM | DATE 6/26/96
24. PROPERTY RECOVERED ☐ SEE REVERSE SIDE
25. CASE REFERRED TO | 26. REVIEWING SUPERVISOR | CODE | DATE

FOR WORD PROCESSING USE

PC - 005876

DOJ-FOIA 000347
DOJ-FOIA 000347

| | |
|---|---|
| 2. VICTIM NAME | 3. ORIGINAL OFFENSE/CHARGE |

| 4. LOCATION OF OFFENSE | DISTRICT | 5. ARREST NUMBER | 6. C. R. NUMBER |
|---|---|---|---|

| 7. ORIGINAL REPORT DATE | 8. SUPPLEMENT DATE | 9. CORRECT INCIDENT CLASSIFICATION |
|---|---|---|

| 10. JUVENILE CASE | 11. MULTIPLE CASE CLEARANCE | 12. SUPPLEMENT CONFIDENTIAL | 13. PURPOSE OF SUPPLEMENT | CONTINUATION OF OFFENSE REPORT |
|---|---|---|---|---|
| ☐ YES ☐ NO | ☐ YES ☐ NO IF YES, #CASES | ☐ YES ☐ NO | ☐ FOLLOW-UP INVESTIGATION ☐ STOLEN VEHICLE RECOVERY ☐ STATEMENT |

| STATEMENT OF: | 14. NAME (Last, First, Middle) | 15. AGE | 16. RESIDENCE ADDRESS | ZIP CODE |
|---|---|---|---|---|
| | 17. RESIDENCE PHONE | 18. BUSINESS ADDRESS | ZIP CODE | 19. BUSINESS PHONE |

20. NARRATIVE (Page 7 of 16 )

ITEM NO.

b6
b7C

[ ]  when you said, 'reluctantly', do she

BARNETTE:  she wasn't running, I mean, I was still had to pull her cause she wasn't walking with me

b6
b7C

[ ]  how was you pulling her?

BARNETTE:  I had her by the arms

[ ]  okay

BARNETTE:  is she would get freed, I would grab her by the hair

[ ]  where is the shotgun at while all this is going on

BARNETTE:  in my right hand

[ ]  okay so you're doing, you're pulling or holding with your left hand?

BARNETTE:  that's correct

[ ]  alright so what continues to happen?

BARNETTE:  ah, I remember telling her to come with me and ask her why did she do this, why did take everything away from me. I remember asking her why Benny

[ ]  Why Benny? What is Benny?

BARNETTE:  Benny is the guy that she was seeing behind my back while we were going together

[ ]  so did you know Benny?

BARNETTE:  not until she kicked me out and I found out about him

[ ]  okay so you were asking her about Benny and what had happened?

| 21. U.C.R. CLEARANCE STATUS | 22. INVESTIGATIVE STATUS | 23. REPORTING OFFICER | CODE | ASSIGNMENT | DATE | 24. PROPERTY RECOVERED |
|---|---|---|---|---|---|---|
| ☐ OPEN ☐ BY ARREST ☐ EXCEPTIONAL ☐ UNFOUNDED | ☐ ACTIVE ☐ INACTIVE ☐ CLOSED ☐ ADMINISTRATIVE | | FIB/HOM | | 6/26/96 | ☐ SEE REVERSE SIDE |
| | | 25. CASE REFERRED TO | 26. REVIEWING SUPERVISOR | | | CODE DATE |

FOR WORD PROCESSING USE

PC - 005877

DOJ-FOIA 000348
DOJ-FOIA 000348

| | | 1. COMPLAINT ● ER |
|---|---|---|

| 2. VICTIM NAME | 3. ORIGINAL OFFENSE/CHARGE | |
|---|---|---|

| 4. LOCATION OF OFFENSE | DISTRICT | 5. ARREST NUMBER | 6. C. R. NUMBER |
|---|---|---|---|

| 7. ORIGINAL REPORT DATE | 8. SUPPLEMENT DATE | 9. CORRECT INCIDENT CLASSIFICATION |
|---|---|---|

| 10. JUVENILE CASE | 11. MULTIPLE CASE CLEARANCE | 12. SUPPLEMENT CONFIDENTIAL | 13. PURPOSE OF SUPPLEMENT | CONTINUATION OF OFFENSE REPORT |
|---|---|---|---|---|
| ☐ YES ☐ NO | ☐ YES ☐ NO IF YES, #CASES___ | ☐ YES ☐ NO | ☐ FOLLOW–UP INVESTIGATION ☐ STOLEN VEHICLE RECOVERY ☐ STATEMENT |

| STATEMENT OF: | 14. NAME (Last, First, Middle) | | 15. AGE | 16. RESIDENCE ADDRESS | ZIP CODE |
|---|---|---|---|---|---|
| | 17. RESIDENCE PHONE | 18. BUSINESS ADDRESS | | ZIP CODE | 19. BUSINESS PHONE |

20. NARRATIVE (Page __8__ of __16__)

ITEM NO.

BARNETTE: she swore nothing had happen and I asked her why did you kick me out for him and she swore nothing had happened and I asked her, again, she said she wore the screwing Benny

b6
b7C

[ ] She wasn't 'screwing' him?

BARNETTE: uh huh

[ ] Did you and her live together?

BARNETTE: we lived together for a year

[ ] where at?

BARNETTE: 1616 Keswick -- we dated for 2 years, this would have been our third year going on

[ ] Keswick, that's here in Charlotte?

BARNETTE: that's in Roanoke

[ ] In Roanoke?

BARNETTE: I moved in Roanoke in mid-March, mid-March 1995

[ ] okay

BARNETTE: yeah

[ ] okay. So, ya'll was seeing each other, 1995 and 1996?

BARNETTE: we started dating on May 7, 1994

[ ] okay when did you moved back to Charlotte?

BARNETTE: she kicked me out, I know she kicked me out . . . and I told I was leaving her and she told me to leave, first she said she didn't want too but it was mid-April, I think

| 1. U.C.R. CLEARANCE STATUS: | 22. INVESTIGATIVE STATUS | 23. REPORTING OFFICER | CODE | ASSIGNMENT | DATE | 24. PROPERTY RECOVERED ☐ SEE REVERSE SIDE |
|---|---|---|---|---|---|---|
| ☐ OPEN ☐ BY ARREST ☐ EXCEPTIONAL ☐ UNFOUNDED | ☐ ACTIVE ☐ INACTIVE ☐ CLOSED ☐ ADMINISTRATIVE | | FIB/HOM | | 6/26/96 | CODE DATE |
| | | 25. CASE REFERRED TO | 26. REVIEWING SUPERVISOR | | | |

FOR WORD PROCESSING USE

PC - 005878

DOJ-FOIA 000349
DOJ-FOIA 000349

form 2.5a (3/84)

| | |
|---|---|
| **2. VICTIM NAME** | **3. ORIGINAL OFFENSE/CHARGE** |

| | | | |
|---|---|---|---|
| **4. LOCATION OF OFFENSE** | **DISTRICT** **5. ARREST NUMBER** | **6. C. R. NUMBER** | |

| | | |
|---|---|---|
| **7. ORIGINAL REPORT DATE** | **8. SUPPLEMENT DATE** | **9. CORRECT INCIDENT CLASSIFICATION** |

**1. COMPLAINT NUMBER**

**10. JUVENILE CASE** YES NO
**11. MULTIPLE CASE CLEARANCE** YES NO IF YES, #CASES___
**12. SUPPLEMENT CONFIDENTIAL** YES NO
**13. PURPOSE OF SUPPLEMENT** CONTINUATION OF OFFENSE REPORT FOLLOW-UP INVESTIGATION STOLEN VEHICLE RECOVERY STATEMENT

**STATEMENT OF:**
**14. NAME (Last, First, Middle)** **15. AGE** **16. RESIDENCE ADDRESS** ZIP CODE
**17. RESIDENCE PHONE** **18. BUSINESS ADDRESS** ZIP CODE **19. BUSINESS PHONE**

**20. NARRATIVE** (Page __9__ of __16__)

b6
b7C

**ITEM NO.**

of this year?

BARNETTE: this year

okay. So, she's coming with you now, you have her by the arm or the hair, and what's happened?

BARNETTE: she said she wasn't going anymore and I told her, I said, don't worry cause I got one for me and one for you

what did you mean by that

BARNETTE: shell -- bullets, whatever

shotgun shells?

BARNETTE: yeah

what was her response?

BARNETTE: I can't remember what she said, I, the last thing, I remember I was looking at my gun, I was pointing at her and she was running to her mom and I shot her

okay

BARNETTE: in the back and she fell and I ran

do you remember how many times you fired the weapon?

BARNETTE: I remember shooting at her in the back when she ran towards her mom. I don't remember. I was told that I shot her once first and then in the back but I don't remember. I was looking at my gun

okay. So, she had broke free from you, is that right, and was running towards her mother?

| **21. U.C.R. CLEARANCE STATUS:** | **22. INVESTIGATIVE STATUS** | | **CODE** **ASSIGNMENT** **DATE** | **24.** **PROPERTY RECOVERED** SEE REVERSE SIDE |
|---|---|---|---|---|
| OPEN BY ARREST EXCEPTIONAL UNFOUNDED | ACTIVE INACTIVE CLOSED ADMINISTRATIVE | | FIB/HOM 6/26/96 | |
| | **25. CASE REFERRED TO:** | **26. REVIEWING SUPERVISOR** | | **CODE** **DATE** |

FOR WORD PROCESSING USE

PC - 005879

DOJ-FOIA 000350
DOJ-FOIA 000350

CHARLOTTE-MECKLENBURG POLICE DEPARTMEN● ●PPLEMENT REPORT
Form 2.5a (3/84)

1. COMPLAINT ●●●ER

2. VICTIM NAME

3. ORIGINAL OFFENSE/CHARGE

4. LOCATION OF OFFENSE          DISTRICT | 5. ARREST NUMBER          6. C. R. NUMBER

7. ORIGINAL REPORT DATE          8. SUPPLEMENT DATE          9. CORRECT INCIDENT CLASSIFICATION

10. JUVENILE CASE | 11. MULTIPLE CASE CLEARANCE | 12. SUPPLEMENT CONFIDENTIAL | 13. PURPOSE OF SUPPLEMENT

☐ YES  ☐ NO   ☐ YES  ☐ NO IF YES, #CASES___   ☐ YES  ☐ NO   ☐ FOLLOW–UP INVESTIGATION   ☐ CONTINUATION OF OFFENSE REPORT   ☐ STOLEN VEHICLE RECOVERY   ☐ STATEMENT

STATEMENT OF:

14. NAME (Last, First, Middle)          15. AGE | 16. RESIDENCE ADDRESS          ZIP CODE

17. RESIDENCE PHONE          18. BUSINESS ADDRESS          ZIP CODE | 19. BUSINESS PHONE

20. NARRATIVE    (Page __10__ of __16__ )

ITEM NO.

b6
b7C

and you took the weapon and pointed it at her, which would be in her back and shot her

BARNETTE:    uh huh

how far away do you think she was when you shot her?

BARNETTE:    I can't tell -- you the distance

okay had she reached her mother?

BARNETTE:    yeah

do you know whether or not the shot hit her or knocked her down or anything?

BARNETTE:    I don't understand

you know when you fired the weapon, did it strike her?

BARNETTE:    it did.

okay

BARNETTE:    she fell

where did she fall

BARNETTE:    she fell in the grass, where she stayed

okay is that near her home?

BARNETTE:    it's across the street

across the street from her home?

BARNETTE:    yeah

b6
b7C

21. U.C.R. CLEARANCE STATUS:
☐ OPEN
☐ BY ARREST
☐ EXCEPTIONAL
☐ UNFOUNDED

22. INVESTIGATIVE STATUS
☐ ACTIVE
☐ INACTIVE
☐ CLOSED
☐ ADMINISTRATIVE

23. REPORTING OFFICER          CODE | ASSIGNMENT | DATE
FIB/HOM    6/26/96

24. PROPERTY RECOVERED   ☐ SEE REVERSE SIDE
CODE          DATE

25. CASE REFERRED TO          26. REVIEWING SUPERVISOR

FOR WORD PROCESSING USE

PC - 005880

DOJ-FOIA 000351
DOJ-FOIA 000351

CHARLOTTE-MECKLENBURG POLICE DEPARTMENT SUPPLEMENT REPORT
form 2.5a (3/84)

| 1. COMPLAINT NUMBER |
| --- |

| 2. VICTIM NAME | | 3. ORIGINAL OFFENSE/CHARGE |
| --- | --- | --- |

| 4. LOCATION OF OFFENSE | DISTRICT | 5. ARREST NUMBER | 6. C. R. NUMBER |
| --- | --- | --- | --- |

| 7. ORIGINAL REPORT DATE | 8. SUPPLEMENT DATE | 9. CORRECT INCIDENT CLASSIFICATION |
| --- | --- | --- |

| 10. JUVENILE CASE | 11. MULTIPLE CASE CLEARANCE | 12. SUPPLEMENT CONFIDENTIAL | 13. PURPOSE OF SUPPLEMENT |
| --- | --- | --- | --- |
| ☐ YES ☐ NO | ☐ YES ☐ NO IF YES, #CASES___ | ☐ YES ☐ NO | ☐ CONTINUATION OF OFFENSE REPORT ☐ FOLLOW-UP INVESTIGATION ☐ STOLEN VEHICLE RECOVERY ☐ STATEMENT |

STATEMENT OF:

| 14. NAME (Last, First, Middle) | 15. AGE | 16. RESIDENCE ADDRESS | ZIP CODE |
| --- | --- | --- | --- |
| 17. RESIDENCE PHONE | 18. BUSINESS ADDRESS | ZIP CODE | 19. BUSINESS PHONE |

20. NARRATIVE    (Page __11__ of __16__ )

ITEM NO.

b6
b7C

okay and after you, when that had happened, what happened next?

BARNETTE:    I left, I don't know why but I left

okay how did you leave?

BARNETTE:    I ran back to where I had parked the car, behind their house

okay.  Prior to the 22nd of June, had you had any conversation with her telling her that you was coming up or anything?

BARNETTE:    we had talked after I had moved back here, we talked for ah, 'bout a week, almost everyday, before that, we probably talked every couple of days, ah, what I begin to tell her that I was coming for one specific reason

so she did not expect you on that Saturday?

BARNETTE:    no, we hadn't talked in a month, I think, that happened

if you know, what do you feel your main reason was for shooting her?

BARNETTE:    I'm still trying to find that out.  I wanted to die.  I wanted to kill myself and I wanted her with me, just one part of me, another, is that I was mad that she had threw our relationship out the window for somebody who I didn't know existed and another part was that I was just so upset that I was depressed I didn't know what I was going to do about the relationship we had because it was over in live one night and we had been together for two years and it was still so many unanswered questions that's why it was hard to . . ., because I wanted to know.  I had a lot of questions I had to ask right and we didn't, I went, I just went ahead and shot her and I was going to ask myself that, so I didn't and I don't know why

| 21. U.C.R. CLEARANCE STATUS: | 22. INVESTIGATIVE STATUS: | 23. REPORTING OFFICER | CODE | ASSIGNMENT | DATE | 24. PROPERTY RECOVERED |
| --- | --- | --- | --- | --- | --- | --- |
| ☐ OPEN ☐ BY ARREST ☐ EXCEPTIONAL ☐ UNFOUNDED | ☐ ACTIVE ☐ INACTIVE ☐ CLOSED ☐ ADMINISTRATIVE | | | FIB/HOM | 6/26/96 | ☐ SEE REVERSE SIDE |
| | | 25. CASE REFERRED TO | 26. REVIEWING SUPERVISOR | | | CODE     DATE |

FOR WORD PROCESSING USE

PC - 005881

DOJ-FOIA 000352
DOJ-FOIA 000352

| | |
|---|---|
| 1. COMPLAINT ● R | |
| 2. VICTIM NAME | 3. ORIGINAL OFFENSE/CHARGE |

| | | |
|---|---|---|
| 4. LOCATION OF OFFENSE | DISTRICT | 5. ARREST NUMBER |
| | | 6. C. R. NUMBER |

| | | |
|---|---|---|
| 7. ORIGINAL REPORT DATE | 8. SUPPLEMENT DATE | 9. CORRECT INCIDENT CLASSIFICATION |

| 10. JUVENILE CASE | 11. MULTIPLE CASE CLEARANCE | 12. SUPPLEMENT CONFIDENTIAL | 13. PURPOSE OF SUPPLEMENT | CONTINUATION OF OFFENSE REPORT |
|---|---|---|---|---|
| ☐ YES ☐ NO | ☐ YES ☐ NO IF YES, #CASES___ | ☐ YES ☐ NO | ☐ FOLLOW-UP INVESTIGATION ☐ STOLEN VEHICLE RECOVERY ☐ STATEMENT | |

| STATEMENT OF: | 14. NAME (Last, First, Middle) | | 15. AGE | 16. RESIDENCE ADDRESS | | ZIP CODE |
|---|---|---|---|---|---|---|
| | 17. RESIDENCE PHONE | 18. BUSINESS ADDRESS | | | ZIP CODE | 19. BUSINESS PHONE |

20. NARRATIVE (Page __12__ of __16__ )

ITEM NO.

b6
b7C

[ ] **Sir, let me ask you, if I'm understanding you right, that you were upset over the relationship deteriorating?**

BARNETTE: I was upset over that and the fact that everything that I had and worked for her, and for us, and living in Virginia, was gone for nothing.

[ ] **Do you think that she was going to reconcile with you, get back together?**

BARNETTE: I don't know.

[ ] **Have you talked to her about that at all?**

BARNETTE: we had talked about that, like I said, like about a month before and she told me that she still love me

[ ] **why the month not talking to each other?**

BARNETTE: I can't call her -- I don't have any money. I have to get a calling card to call her and I didn't have any money, I didn't have any money

[ ] **How would you normally call her and talk to her?**

BARNETTE: I would pay $20 dollars for a calling card, and call her on the calling card. I didn't have any money to have a calling card and she said she would call me and she didn't call.

[ ] **Did she know how to get in touch with you?**

BARNETTE: yeah she use to call me every once and a while. I would call her the majority of the time and we would talk for that one week, a lot that week

[ ] **if you know, just for my understanding, what type of weapon was it that you use to shot her with?**

| 21. U.C.R. CLEARANCE STATUS: | 22. INVESTIGATIVE STATUS | 23. REPORTING OFFICER | CODE | ASSIGNMENT | DATE | 24. PROPERTY RECOVERED |
|---|---|---|---|---|---|---|
| ☐ OPEN ☐ BY ARREST ☐ EXCEPTIONAL ☐ UNFOUNDED | ☐ ACTIVE ☐ INACTIVE ☐ CLOSED ☐ ADMINISTRATIVE | | FIB/HOM | | 6/26/96 | ☐ SEE REVERSE SIDE |
| | | 25. CASE REFERRED TO | 26. REVIEWING SUPERVISOR | | | CODE  DATE |

FOR WORD PROCESSING USE

PC - 005882

DOJ-FOIA 000353
DOJ-FOIA 000353

| 1. COMPLAINT NUMBER |
| --- |

| 2. VICTIM NAME | 3. ORIGINAL OFFENSE/CHARGE |
| --- | --- |

| 4. LOCATION OF OFFENSE | DISTRICT | 5. ARREST NUMBER | 6. C. R. NUMBER |
| --- | --- | --- | --- |

| 7. ORIGINAL REPORT DATE | 8. SUPPLEMENT DATE | 9. CORRECT INCIDENT CLASSIFICATION |
| --- | --- | --- |

| 10. JUVENILE CASE | 11. MULTIPLE CASE CLEARANCE | 12. SUPPLEMENT CONFIDENTIAL | 13. PURPOSE OF SUPPLEMENT |
| --- | --- | --- | --- |
| ☐ YES ☐ NO | ☐ YES ☐ NO IF YES, #CASES___ | ☐ YES ☐ NO | ☐ CONTINUATION OF OFFENSE REPORT ☐ STOLEN VEHICLE RECOVERY ☐ STATEMENT ☐ FOLLOW-UP INVESTIGATION |

| STATEMENT OF: | 14. NAME (Last, First, Middle) | 15. AGE | 16. RESIDENCE ADDRESS | ZIP CODE |
| --- | --- | --- | --- | --- |
| | 17. RESIDENCE PHONE | 18. BUSINESS ADDRESS | ZIP CODE | 19. BUSINESS PHONE |

20. NARRATIVE (Page **13** of **16** )

ITEM NO.

BARNETTE:   12 gauge shotgun

[   ]   do you know who it's made by?

BARNETTE:   Winchester. I don't know the name of it

[   ]   and how did you come to get that weapon

BARNETTE:   I bought it at a pawn shop here in Charlotte, ah, I don't know, it was a while ago, I don't know when, maybe weeks, maybe a month and one-half, maybe two months ago, I don't remember.

[   ]   do you remember the name of the pawn shop where you purchased it?

BARNETTE:   I don't know where -- I remember the name, it's just on Freedom Drive is all I remember.

[   ]   okay. Now, was that in your name?

BARNETTE:   No. I had an ID and my brother name on it and the picture looked more like me and I bought it with that

[   ]   what was your purpose of buying the shotgun?

BARNETTE:   I bought the shotgun for the protection of the house cause we didn't have any protection and if you every know anything about the house here in Charlotte we stayed in has been broken into numerous time. I've been shot in the house that had varmits and snakes around the house, that's the reason I bought that gun

[   ]   okay. The ammunition in the weapon in the weapon, where did it come from?

BARNETTE:   ah, I bought it at Wal-Mart one day

[   ]   which Wal-Mart?

b6
b7C

| 21. U.C.R. CLEARANCE STATUS: | 22. INVESTIGATIVE STATUS | 23. REPORTING OFFICER | CODE | ASSIGNMENT | DATE | 24. PROPERTY RECOVERED |
| --- | --- | --- | --- | --- | --- | --- |
| ☐ OPEN ☐ BY ARREST ☐ EXCEPTIONAL ☐ UNFOUNDED | ☐ ACTIVE ☐ INACTIVE ☐ CLOSED ☐ ADMINISTRATIVE | | FIB/HOM | | 6/26/96 | ☐ SEE REVERSE SIDE |
| | | 25. CASE REFERRED TO | 26. REVIEWING SUPERVISOR | | | CODE   DATE |

FOR WORD PROCESSING USE

PC - 005883

DOJ-FOIA 000354
DOJ-FOIA 000354

CHARLOTTE-MECKLENBURG POLICE DEPARTMENT ●PPLEMENT REPORT
Form 2.5a (3/84)

| 1. COMPLAINT ● R |
|---|

| 2. VICTIM NAME | 3. ORIGINAL OFFENSE/CHARGE |
|---|---|

| 4. LOCATION OF OFFENSE | DISTRICT | 5. ARREST NUMBER | 6. C. R. NUMBER |
|---|---|---|---|

| 7. ORIGINAL REPORT DATE | 8. SUPPLEMENT DATE | 9. CORRECT INCIDENT CLASSIFICATION |
|---|---|---|

| 10. JUVENILE CASE | 11. MULTIPLE CASE CLEARANCE | 12. SUPPLEMENT CONFIDENTIAL | 13. PURPOSE OF SUPPLEMENT |
|---|---|---|---|
| ☐ YES ☐ NO | ☐ YES ☐ NO IF YES, #CASES___ | ☐ YES ☐ NO | ☐ FOLLOW–UP INVESTIGATION ☐ CONTINUATION OF OFFENSE REPORT ☐ STOLEN VEHICLE RECOVERY ☐ STATEMENT |

| STATEMENT OF: | 14. NAME (Last, First, Middle) | 15. AGE | 16. RESIDENCE ADDRESS | ZIP CODE |
|---|---|---|---|---|
| | 17. RESIDENCE PHONE | 18. BUSINESS ADDRESS | ZIP CODE | 19. BUSINESS PHONE |

20. NARRATIVE (Page __14__ of __16__)

ITEM NO.

BARNETTE: on Arrowood Road

okay, ah, do you know what type of ammunition it was by chance?

BARNETTE: it was just some 12 gauge, I'd say, at least a 12 guage shots

do you remember the color the shell?

BARNETTE: red right here

red

BARNETTE: yeah I know some of them is green, some yellow, these just happen to be red . . . . what they were

what happened to the weapon after you shot her?

BARNETTE: it stayed with me

okay do you know where the weapon is now?

BARNETTE: I, I assume the police have it

we have it, how did they get in touch with it?

BARNETTE: ah (PAUSE)

you want me to cut it off?

BARNETTE: yeah cause I don't know how to mess to that

okay 2005 hours, I'm going to stop the recorder

(PAUSE)

b6
b7C

| 21. U.C.R. CLEARANCE STATUS: | 22. INVESTIGATIVE STATUS | 23. REPORTING OFFICER | CODE ASSIGNMENT DATE | 24. PROPERTY RECOVERED |
|---|---|---|---|---|
| ☐ OPEN ☐ BY ARREST ☐ EXCEPTIONAL ☐ UNFOUNDED | ☐ ACTIVE ☐ INACTIVE ☐ CLOSED ☐ ADMINISTRATIVE | | FIB/HOM 6/26/96 | ☐ SEE REVERSE SIDE |
| | | 25. CASE REFERRED TO | 26. REVIEWING SUPERVISOR | CODE DATE |

FOR WORD PROCESSING USE

PC - 005884

DOJ-FOIA 000355
DOJ-FOIA 000355

CHARLOTTE-MECKLENBURG POLICE DEPARTMENT SUPPLEMENT REPORT
Form 2.5a (3/84)

| 1. COMPLAINT NUMBER |
| 2. VICTIM NAME | | 3. ORIGINAL OFFENSE/CHARGE |
| 4. LOCATION OF OFFENSE | DISTRICT | 5. ARREST NUMBER | 6. C. R. NUMBER |
| 7. ORIGINAL REPORT DATE | 8. SUPPLEMENT DATE | 9. CORRECT INCIDENT CLASSIFICATION |

10. JUVENILE CASE ☐ YES ☐ NO   11. MULTIPLE CASE CLEARANCE ☐ YES ☐ NO IF YES, #CASES___   12. SUPPLEMENT CONFIDENTIAL ☐ YES ☐ NO   13. PURPOSE OF SUPPLEMENT ☐ CONTINUATION OF OFFENSE REPORT ☐ FOLLOW–UP INVESTIGATION ☐ STOLEN VEHICLE RECOVERY ☐ STATEMENT

STATEMENT OF:
14. NAME (Last, First, Middle) | 15. AGE | 16. RESIDENCE ADDRESS | ZIP CODE
17. RESIDENCE PHONE | 18. BUSINESS ADDRESS | ZIP CODE | 19. BUSINESS PHONE

20. NARRATIVE (Page 15 of 16)

ITEM NO.

it's still 2005, I'm starting the recorder back, physically did Robin do anything to you, ah, to make you shot her for any reason to shot her?

BARNETTE: that day, no, I mean, I do blame her for my finger. That's something she did to me when we stayed together

b6
b7C

what happened to your finger

BARNETTE: she almost cut it off

how long ago was that?

BARNETTE: last June

last June, okay, how would you describe ya'll relationship?

BARNETTE: it was good

when ya'll was together?

BARNETTE: it was good the majority of the time. We did have out ups and downs and ah, I guess she said she took the downs harder than I did, ah, but it was the best relationship I had had and she told me it was the best one that she had had, although, we had have our downs like anybody else

okay. Can you think of anything else that maybe I haven't talked to you about that you feel is important pertaining to what happened between you and Robin in Virginia on June 22th, that we had went over that we need to talk about?

BARNETTE: I had intended on killing myself but I didn't intend to run

why didn't you kill yourself?

BARNETTE: I tried to later, I just, I don't know what made me run, I don't know.

| 21. U.C.R. CLEARANCE STATUS: ☐ OPEN ☐ BY ARREST ☐ EXCEPTIONAL ☐ UNFOUNDED | 22. INVESTIGATIVE STATUS ☐ ACTIVE ☐ INACTIVE ☐ CLOSED ☐ ADMINISTRATIVE | 23. REPORTING OFFICER | CODE ASSIGNMENT FIB/HOM | DATE 6/26/96 | 24. PROPERTY RECOVERED ☐ SEE REVERSE SIDE |
| | | 25. CASE REFERRED TO | 26. REVIEWING SUPERVISOR | | CODE DATE |

FOR WORD PROCESSING USE

PC - 005885

DOJ-FOIA 000356
DOJ-FOIA 000356

| 2. VICTIM NAME | 3. ORIGINAL OFFENSE/CHARGE |
|---|---|

1. COMPLAINT NUMBER

| 4. LOCATION OF OFFENSE | DISTRICT | 5. ARREST NUMBER | 6. C. R. NUMBER |
|---|---|---|---|

| 7. ORIGINAL REPORT DATE | 8. SUPPLEMENT DATE | 9. CORRECT INCIDENT CLASSIFICATION |
|---|---|---|

10. JUVENILE CASE ☐ YES ☐ NO   11. MULTIPLE CASE CLEARANCE ☐ YES ☐ NO IF YES, #CASES___   12. SUPPLEMENT CONFIDENTIAL ☐ YES ☐ NO   13. PURPOSE OF SUPPLEMENT ☐ CONTINUATION OF OFFENSE REPORT ☐ FOLLOW-UP INVESTIGATION ☐ STOLEN VEHICLE RECOVERY ☐ STATEMENT

STATEMENT OF:

| 14. NAME (Last, First, Middle) | 15. AGE | 16. RESIDENCE ADDRESS | ZIP CODE |
|---|---|---|---|
| 17. RESIDENCE PHONE | 18. BUSINESS ADDRESS | ZIP CODE | 19. BUSINESS PHONE |

20. NARRATIVE (Page __16__ of __16__)

ITEM NO.

okay. Investigator [ ] do you have any questions for Mark?

I think you pretty much covered it all?

Mark we appreciate you talking the time to talk to us and that will conclude this interview on June 25, 1996 at 8:07 p.m.

b6
b7C

Well before you cut that off, you understand about this tape don't you? You understand your rights still carried on over, has anyone promised you in any way, prior to this tape, any kind of . . . ?

BARNETTE: Nobody promised anything and I'm free to explain my actions, although I don't know, I still don't know my actions myself, that I understand your right?

you hadn't been threatened by this investigator or myself or any other police officer for that matter?

BARNETTE: no sir

THIS WILL CONCLUDE THE TAPE AT 2008 P.M. -- JUNE 25, 1996.

21. U.C.R. CLEARANCE STATUS: ☐ OPEN ☐ BY ARREST ☐ EXCEPTIONAL ☐ UNFOUNDED   22. INVESTIGATIVE STATUS: ☐ ACTIVE ☐ INACTIVE ☐ CLOSED ☐ ADMINISTRATIVE

| 23. REPORTING OFFICER | CODE | ASSIGNMENT | DATE | 24. PROPERTY RECOVERED ☐ SEE REVERSE SIDE |
|---|---|---|---|---|
| | FIB/HOM | 6/26/96 | | |
| 25. CASE REFERRED TO | 26. REVIEWING SUPERVISOR | | CODE | DATE |

FOR WORD PROCESSING USE

PC - 005886

DOJ-FOIA 000357
DOJ-FOIA 000357

ON FRIDAY, JUNE 28, 1996, AT 17:01 HOURS THIS INVESTIGATING OFFICER [ ] HAD THE OPPORTUNITY TO INTERVIEW AQUILIA MARCIVICCI BARNETTE, BLACK MALE, AGE 22. DOB: 7/7/73. RESIDENT ADDRESS: 3413 WEST BOULEVARD, CHARLOTTE, NORTH CAROLINA. RESIDENT PHONE: 704-399-5479. SOCIAL SECURITY NUMBER: 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

AUG 26 1996

NOTE:    H = INVESTIGATOR [ ]
         B = AQUILIA BARNETTE

b6
b7C

Mr. Barnette, you like to go by the name of Mark? Is that correct?

B:    Yes, that's correct.

Do you realize this interview is being recorded?

B:    Yes I do.

Would you please state your full name?

B:    My full name is Aquilia Marcivicci Barnette.

All I ask is that you speak you during the interview.

B:    Okay.

What name do you like to be called?

B:    Mark.

Do you have any nicknames?

B:    Yes I do.

And what are they?

B:    Vicci.

And where does Vicci come from?

B:    It comes from part of my middle name and I got in in my childhood.

Is that a name that your parents used to call you?

B:    My dad used to call me it, my mom, my friends in my neighborhood when I was growing up.

Okay. Just before um, 4:30 this afternoon, I advised you of your rights to remain silent and your rights to have an attorney present. Is that correct?

PC - 005887

DOJ-FOIA 000358
DOJ-FOIA 000358

B: Yes you did.

[ ] And I advised you both orally and in writing?  AUG 26 1996  b6
b7C

B: Yes you did.

[ ] And on this particular document I placed your name, your date of birth, your age, and that you were a black male, and you initialed beside it?

B: Yes I did.

[ ] And I read all the items on this particular page?

B: Yes you did.

[ ] And there's one in particular that you read out loud and you also initialed that?

B: Yes there was.

[ ] Okay, and all items that were read to you, you initialed?

B: Yes I did.

[ ] And then the last paragraph where it says "Waiver of Rights", I read that paragraph out loud to you?

B: Yes you did.

[ ] And did you in fact sign this document?

B: Yes I did.

[ ] And you placed the time at the top of the page which was 4:24 p.m.?

B: Yes it is.

[ ] And then you placed your initials next to that. Is that correct?

B: That's correct.

[ ] I came over to the Intake Center and signed you out roughly around 4:00 this afternoon, correct?

B: That's correct.

[ ] And myself and Investigator[ ] drove you over to the Law Enforcement Center and during that period of time you stated that you had not eaten today.

PC - 005888

DOJ-FOIA 000359
DOJ-FOIA 000359

Page 3
INTERVIEW WITH AQUILIA MARCIBICCI BARNETTE

AUG 26 1996

b6
b7C

B:      That's correct.

        And did I give you some food from McDonald's?

B:      Yes you did uh, brought me some, it was rather nice
        of you. (LAUGH)

        Okay.  You had French fries?

B:      French fries...

        A Quarter Pounder with cheese and a Coke.

B:      Yeah, a Coke.

        Last Friday night an incident occurred where a man
        was shot Mark, and where did that happen?

B:      Uh..(CLEARS THROAT)..on the corner of Billy Graham
        and Morris Field Road.

        How did you get there that particular night?

B:      I walked to that location.

        From where?

B:      Um, from my address of 3413 West Boulevard.

        And that particular intersection, is that close to
        the 3400 block of West Boulevard?

B:      Yes it is.

        When you left your house that night what did you
        bring with you?

B:      I had a duffle bag, uh....

        Do you know what color the duffle bag is?

B:      Tan, some kind of tan'ish color.  Um, I had my
        shotgun and some shells.  Uh, some other items that
        I'm just realizing today that I remember I had, some
        of the stuff I don't know.

        And that was during when we spoke uh, prior to this
        tape recorded statement we spoke verbally about
        certain items that were recovered and I asked you
        about those, correct?

B:      That's correct.

PC - 005889

DOJ-FOIA 000360
DOJ-FOIA 000360

AUG 26 1996  b6 b7C

☐ The shotgun that you had, was that a sawed-off shotgun or a full size shotgun?

B: It was a sawed-off shotgun.

☐ And whose shotgun is that?

B: Uh, it's registered under my brother's name, although I purchased it and he, he had no idea I had it.

☐ And as stated earlier you got that from a pawn shop on Freedom Drive?

B: That's correct.

☐ When you purchased that weapon was it a full size shotgun?

B: It was when I purchased it.

☐ Do you know the make of the shotgun?

B: It's a Winchester, a Winchoke, I don't know the make of it exactly.

☐ Okay. Is it a pump or an automatic?

B: It's a semi, they call it a semi-automatic. I think that's the correct way to say it I'm not sure.

☐ When you say you had shells, do you know what color those shells were?

B: They were red.

☐ Um, items that were in the duffle bag that we discussed earlier, did you have a pair of bolt cutters with you?

B: Um, from my understanding yes I did.

☐ Okay from your understanding. Do you remember that they were in the bag when you left the house?

B: I remember now that they were in the bag. I didn't put them in there specifically but I remember that they were in the bag in my room upstairs. There was a pair of bolt cutters, a crow bar, uh, I had a couple of screwdrivers.

☐ Okay. What color are the bolt cutters?

PC - 005890

DOJ-FOIA 000361
DOJ-FOIA 000361

B:   The bolt cutters were red and black.  They had black handles I guess you'd say.

     What color is the crow bar?

B:   It's black.

     Was anything attached to the shotgun?

B:   Yes, uh, I had a pocket flashlight, it was a Marlboro flashlight someone had given me a long time ago and I taped it to that shotgun.

     Did you saw the shotgun down to a sawed off shotgun?

B:   Yes I did.

     And were did you attach the flashlight?

B:   To, I don't know what the part is.

     Is it the end of the barrel?

B:   The end of the barrel I guess you would say.

     And is there, do you know what color the lens is on the flashlight?

B:   Uh, it was red.

     Did you do that?

B:   Yeah I did that, I was bored one day.

     How did you adhere the flashlight to the shotgun?

B:   I had some tape, like hockey tape.

     Do you know what color the tape is?

B:   It's black, it's a grip tape you use it on bats, hockey sticks and I uh, taped the light end to handle.

     Do you know what time it was that you got to the intersection of Morris Field and Billy Graham?

B:   I'm not sure of the exact time I got there I know it was late, early Saturday morning, it was after midnight, maybe one o'clock I'm not sure because I had, I'm not sure.

     The individual that was shot, do you know his name?

AUG 26 1996

b6
b7C

PC - 005891

DOJ-FOIA 000362
DOJ-FOIA 000362

AUG 26 1996

b6
b7C

B:     I know his name from looking at his driver's license, yes.

       And what's his name?

B:     Donald Lee Allen.

       How did the shooting occur?

B:     I waited at that intersection for a car that might be stopped there and I wanted to rob somebody for their car. And when his car pulled up I was crouched behind some like weeds and a tree and it was pretty dark you couldn't see over there.

       Were you on Morris Field or were you on Billy Graham?

B:     I was on Morris Field really. Um...

       What kind of car was he in?

B:     It was a black Honda is all I could tell, I knew it was a Prelude but I really, it was really blurry. I had drank like six beers and I know, I know it was a black Honda that's about all I got out of it.

       Was he by himself or was anybody else in the car with him?

B:     I couldn't tell if he was by himself or not until I walked up to the car and he was by himself.

       And was his driver's window down or up?

B:     It was down. It was down.

       When you first observed the car what was the traffic light like on Morris Field? Was it red or green?

B:     The traffic on Morris Field was red when he, cause he stopped. Uh, traffic on Billy Graham was light, very light, but their traffic light was green.

       When you got to the car what was the traffic light on Morris Field?

B:     When I got to the car I think it was still red but the light on Billy Graham was yellow, it was turning yellow. Their traffic was coming to a stop.

       What did you say to the individual that was in the Honda?

PC - 005892

DOJ-FOIA 000363
DOJ-FOIA 000363

AUG 26 1996

b6
b7C

B: I just asked him to get out of the car. I just told him to get out of the car.

Did you have the shotgun out of the bag?

B: Yes I did.

Did you have the bag with you or was it over on the side of the road?

B: I left it over on the side.

Were you pointing the shotgun at him?

B: Yes I was.

Did he get out of the car?

B: Yes he did.

What did you tell him to do?

B: I just told him to get out of the car, come this way, go that way. I said, go that way, go that way.

Did you tell him you were going to steal his car?

B: I didn't tell him that.

Okay. Did you ask him for anything?

B: When he got to the side I told him to give me his wallet.

Did he give you his wallet?

B: He took it out and he threw it towards the ground towards me cause I had, I had both my hands on the shotgun.

Do you know where that wallet is today?

B: No, I don't know what I did with it.

When you got to the side of the road and he threw the wallet down on the ground what did you make that individual do?

B: We were standing pretty far down. I told him to turn around.

When you say "pretty far down"..

PC - 005893

DOJ-FOIA 000364
DOJ-FOIA 000364

AUG 26 1996

B:      It, it was, it was real dark and it was kind of like, like a ditch.  I don't know if it was a ditch or drain I don't know how to describe it I really don't.

b6
b7C

[ ]     And you ordered him down in there?

B:      Yeah.

[ ]     Was he in front of you?

B:      Yes he was.

[ ]     Was he facing you or was he looking away from you?

B:      At first he was facing me and then I told him to turn around.

[ ]     Was he a white male or a black male?

B:      He was a white male.  He was taller than me, I remember that much.

[ ]     When you got down in that drainage area that you described what happened?

B:      After I told him to turn around I looked, looked back and I was going to leave but I didn't and I shot him and I don't remember, I don't remember how close I was to him but I remember shoot'en.

[ ]     Do you remember how many times you fired the shotgun?

B:      I just remember shooting.  I know that gun holds three shots and I know I shot more than that.  I don't remember if there was a sound because I know it holds three so I had to shoot him three but I don't know if I hit him or not I just shot where he was standing.

[ ]     But you know that you fired three times.

B:      I know I fired three times because I kept pulling after I had fired.

[ ]     Okay.  Did you ever touch him after you shot the shotgun?

B:      No man I was scared.  I ran.  I grabbed the bag and got in the car.

[ ]     When you got to the car were there any other cars behind Mr. Allen's car?

PC - 005894

DOJ-FOIA 000365
DOJ-FOIA 000365

AUG 26 1996

b6
b7C

**B:** No, No.
What did you do once you got in the car?

**B:** I got in the car and the car was running so, I turned, turned around. I didn't go across Billy Graham because the traffic, their light had changed again and they were going across this time. Now, I remember that. I went the other way, up Morris Field. And I had his wallet because I had grabbed his wallet, I grabbed it, I just remember grabbing that stuff.

Okay when you say you went up Morris Field, were you going towards the airport or were you headed towards Wilkinson.

**B:** No, towards Wilkinson. I turned back around and went back towards Wilkinson cause I couldn't go across Billy Graham.

Where did you go from there?

**B:** I, I was driving and I wasn't speeding you know. I really don't know how fast I was going really. I could have been. I might not have thought I was going fast. I went back up to Wilkinson and I was going to go just get on the Interstate. I was going though his wallet while I was driving. (SIGH)

Did he have any money?

**B:** Yeah, I don't remember how much but I knew that, that's why I asked him for his wallet because if I would have stole somebody's car to get to Virginia and they didn't have any gas money, gas in the car I would have had to have some money. I didn't have any money.

Did he have any credit cards?

**B:** No I just, I took the money out and put it on the seat and I looked at his license I was sitting there, I think I was, I think I was sitting at Wilkinson and Morris Field when I saw his license but I can't remember if I was riding or not. But I remember I saw it, it was in the car.

Do you have any idea where you got rid of the wallet?

**B:** No I, I threw the wallet out the window while driving but I remember stopping somewhere cause he had something in the trunk and I remember stopping somewhere and dumping that stuff out but I didn't get rid of the wallet and stuff in the trunk at the

PC - 005895

DOJ-FOIA 000366
DOJ-FOIA 000366

AUG 26 1996

b6
b7C

same time and they had asked me about that and I don't remember exactly where I got rid of that wallet at.

Was it in wallet or do you think you were out of Charlotte?

B:  I think it was still in Charlotte.  I think it was still in Charlotte.  I'm pretty positive it was still in Charlotte when I threw the wallet out cause I just threw it out the window.

What was it that you got rid of that was in the back of the car?

B:  He had some golf clubs back there and I took those out and I don't know where I put them.  I don't know what I did with them.

And you don't know what street you were on?

B:  I don't know what street I was on.  I wasn't in, I don't think I was in North Carolina though.

When you got back in the car and you headed towards Wilkinson Boulevard did you ever stop to call the police or call Medic?

B:  (SIGH)  No, I was scared.  I didn't think I really had shot him.  You know I, if I thought I had shot him I thought he would, you always hear about people getting shot and then where that traffic was I thought maybe he'll get up and somebody will see him.

How far do you think you were away from him when you shot?

B:  I don't know it was, like you couldn't see in front of you, you could barely see, after we got down in there it was that dark so from, from the street if it was closer to the street I could tell but from down there you can't see.  And I couldn't see I was like almost out of it anyway.  It's like walking through my driveway at night, if you don't know the driveway there's no reason you walking cause you'll walk right into the woods.  And it's like the only reason I can walk through my driveway at night is cause I know it.

Did Donald ever say anything to you when he gave you his wallet or you told him what to do or where to go?

B:  Yeah.

PC - 005896

DOJ-FOIA 000367
DOJ-FOIA 000367

AUG 26 1996

b6
b7C

What did he say?

B: He said, "Don't shoot".

I'm sorry?

B: He said, "Don't shoot".

Speak up for me.

B: He said, "Don't shoot".

Did he ever try to attack you?

B: No.

Did he ever touch you?

B: No. I, I, I remember when we were going across the street I did have to grab him and push him a little bit across the street cause he was scared he didn't want to go, which I understood that.

Mark. Why did you shoot him?

B: I don't know. I still don't know..(CRYING)

When you got onto Wilkinson Boulevard did you head towards the Interstate?

B: Yeah.

Did you get on the Interstate?

B: I went straight across, got on 85 and got on 77.

And where did you go from there?

B: I went up 77 and went to Virginia but I stopped and got gas and I can't, I can't remember where it was.

Did you pay cash for that?

B: (NO AUDIBLE RESPONSE)

That was the money from Donald's wallet?

B: (NO AUDIBLE RESPONSE)

Okay. Let me ask those questions again because this is taped you can't shake your head. Did you pay cash for the gas?

B: Yeah.

PC - 005897

DOJ-FOIA 000368
DOJ-FOIA 000368

AUG 26 1996

b6
b7C

And did you use the money from Donald's wallet to pay for the gas?

B:     Yeah.

When you got to Virginia what city did you go to?

B:     I went to Roanoke.

And who lives in Roanoke?

B:     Robin Williams.

And who is Robin Williams?

B:     My girlfriend.

And what did you do when you got to Robin's house?

B:     I shot my way in the back door and then she ran and I chased her and I ended up shooting her.

Did you shoot her in the house or outside the house?

B:     Outside.

Outside?

B:     Outside.

Where outside?

B:     Across the street.

Let me back up a little bit.  After Donald got shot and you got in his car what did you do with the shotgun?  Did you put it back in the bag?

B:     No.

Where did you lay it down in the car?

B:     In the front seat.

Where did you put the bag?

B:     In the back.

In the back seat or in the back hatch storage area?

B:     In the back seat.

When you originally walked up to Donald did you have the gun wrapped in anything?

PC - 005898

DOJ-FOIA 000369
DOJ-FOIA 000369

AUG 26 1996

b6
b7C

B:  No.

When you got to Robin's house was it wrapped in anything?

B:  The bag.  But I had it wrapped in, when I was in Virginia I had already had it out when I went up to Donald.  It was, the bag, the plastic bag I had when I was in Virginia cause I had it wrapped in a plastic bag was inside the duffel bag or whatever.

Where is the plastic bag now?

B:  It's up outside of Robin's house unless they moved it or something.

How many times did you have to shoot at the door to get in?

B:  I don't know I had to go in my pocket for shells cause I couldn't even get the door open.

Do you remember how many shells you took with you when you left your house on West Boulevard?

B:  No it was, it was, it was, it was more than five, more than six I'm sure.

Okay, how many times did you shoot at Robin?

B:  (CRYING)....Two....(CRYING)

Twice?  Yes or no.

B:  Yes.

What did you do after the shooting occurred in Roanoke?

B:  I...(CRYING)

Did you get back in the Honda?

B:  Yeah.

Where did you park the Honda when you got to Robin's house?

B:  Okay first I parked it in front of her house across the street.  I moved it behind her house and that's where it was sitting when I got back in it.

Why were you sitting out front?

PC - 005899

DOJ-FOIA 000370
DOJ-FOIA 000370

AUG 26 1996

b6
b7C

B:     I was waiting for her. I didn't know what I was gonna do.

       Do you know what time it was that you got to Roanoke?

B:     It was about five, something. Maybe something before five.

       Did you have to wait for her to get up?

B:     I knew she gets up at five thirty.

       Was there anybody else in the house that you know of?

B:     I know her mom was there and her Uncle Ray was there.

       Did you say anything to them?

B:     No, no.

       When you shot the door and you got in, is that the front door?

B:     That's the side door, the kitchen door.

       Did you see her run out of the house?

B:     I saw her mom first and I saw her standing outside and whenever her mom saw me I went after her through the house and her mom stopped me.

       Did you have to run?

B:     I, she ran and I had to ran out the back of the house where I came from and ran around cause she had already ran across the street when her mother told her to run.

       How far were you from Robin when you fired the gun?

B:     I don't know, I don't know how far I was. We were, I was trying to get her to go with me cause I wanted to know about all the stuff that she had done and why she did it and I just wanted her to go with me that's why I was waiting on her. I wanted to know why she did all this and she wouldn't go. And I don't know how far I was.

       When you got in the Honda where did you go from Robin's house?

B:     I just drove.

       Where did you end up?

PC - 005900

DOJ-FOIA 000371
DOJ-FOIA 000371

INTERVIEW WITH AQUILIA MARCIBICCI BARNETTE

AUG 26 1996

b6
b7C

B:      In Tennessee.

        What city?

B:      Knoxville.

        What was the first thing you did when you got to
        Knoxville?  Did you have to buy anymore gas?

B:      I can't remember.  I can't remember what I did when
        I first got there.

        When you got to Knoxville did you go to any stores?

B:      The first thing I did I went, I don't remember if I
        got gas but I know I went to the store called Co-op
        and I was looking for some hose.

        What kind of hose?

B:      Just any kind of hose, something I could attach to
        the tail pipe, just any kind of hose.

        Did you have to buy some duct tape?

B:      Yeah I bought that at Auto Zone but I, I don't...

        How many rolls did you buy?

B:      I bought one that's the thing about it but I had
        already had some.

        In your duffel bag?

B:      There was some at my house but I don't remember, I
        don't remember where it was.

        Do you know where that was purchased from originally?

B:      No, no.  My brother had some electrical tape, I had
        duct tape.

        What color was the duct tape that you already had?

B:      Silver.

        What color was the duct tape you bought?

B:      Silver, silver.

        Did you eventually go to a Sears?

B:      Yeah, the Co-op didn't have anything.

PC - 005901

DOJ-FOIA 000372
DOJ-FOIA 000372

AUG 26 1996    b6
b7C

☐   So what did you buy at Sears?

B:  I asked for directions and I went to, got directions to this mall and there was a Sears and when I went into Sears it was around eleven and I bought some garden hose from the garden place at Sears.

☐   And when you left Sears where did you go?

B:  I went to the parking lot.  I went right back outside and I, I sat there.

☐   Did you do anything in the parking lot?

B:  Not in that parking lot, no.

☐   Where did you go?

B:  I know, no..some kind of way I did something to the hose and I, I got, cut through it or something.  I think I used those things.

☐   The bolt cutters?

B:  Yeah, cause I cut through.  I cut, I lengthened out some hose and thought about how much I could use.

☐   And what did you want to do with the hose?

B:  I was going to find me a place and use the tape and the hose and poison myself I guess you could say.

☐   You were going to attach it to your exhaust pipe?

B:  Correct.

☐   And put the other end in the car?

B:  Correct.

☐   Commit suicide?

B:  Correct.

☐   Did you try that in the parking lot?

B:  Not in the mall parking lot, no.  It was mid-afternoon.

☐   Okay and where did you go from there?

B:  I stayed in the parking lot for awhile but I, I saw police and the uh, security guards so I drove over to a movie theater parking lot and I stayed there

PC - 005902

DOJ-FOIA 000373
DOJ-FOIA 000373

until it was dark. I just stayed in the car because there was so many cars there.

Dark on Sunday night?

B: Saturday night.

Where did you spend the night Saturday night?

B: I went and I just, I went back down I was going to go to a hotel parking lot but for some reason I turned on this road and I wound up down in this subdivision. I passed by it at first and I went back cause I didn't know where I was gonna go or where I was gonna park or if somebody was gonna see me if somebody was gonna stop me and so I pulled into this subdivision and all the way to the back and there was like some dirt it was like a road, subdivision and this dirt and this barn and I parked between there. I backed the car in, back there between there.

Do you know what time it was?

B: I have no idea. It wasn't that late but it was dark outside.

What day was it?

B: It was Saturday evening, Saturday night.

Saturday night or Saturday night/Sunday morning or you're not sure?

B: No. No, it was Saturday night. It wasn't close to morning yet, Sunday morning.

What did you eventually do while you were there?

B: I sat there for a long time thinking about what I had did.

And then what happened?

B: Eventually I just came to the conclusion I knew what I had to do. I took the tape and the hose and I taped the hose to the car.

To the exhaust pipe?

B: To the exhaust pipe. And uh, I put the hose inside the trunk on, on the right side of the back seat is a little hole that goes between the trunk and the inside of the car and I put the tubes in there.

PC - 005903

DOJ-FOIA 000374
DOJ-FOIA 000374

AUG 28 1996

b6
b7C

And did you tape one end of it to the exhaust pipe?

B: Yes I did.

Did you cut the brass fittings off?

B: What are those?

The brass ends.

B: No, those, those were still on there. That's the part that's left up there. That's the part I used.

And you did this to try to kill yourself.

B: Yeah.

Correct?

B: Yes.

And what happened?

B: I sat there, and I don't know how long.

With the hose?

B: With the hose in the car running.

Did somebody come by?

B: No, no this was Saturday night. Nobody came by this night. I uh, tried to go to sleep and I tried to let myself just die and I can't, I couldn't breathe. My breath was coming so fast and my chest was hurting so bad. And I tried it and tried and tried to stay there and something told me just stop and I did.

Did you turn the engine off?

B: I turned the engine off and, I don't remember what time it was then but I started. I kept thinking about Robin and Donald and that's when I thought about going to church.

What did you do then?

B: I took the tape off the tail pipe and threw the hoses into the trunk and I sat there for awhile I don't know if I dozed off or not I can't remember. I knew I had to go to church and pray for them cause it wasn't right. I couldn't just sit there and kill myself selfishly and, and not, not at least pray for

PC - 005904

DOJ-FOIA 000375
DOJ-FOIA 000375

APR 26 1996

them or beg them to forgive me. So I went up the street back from which way I came and that's when I knew that they would probably be looking for me and if they stopped me I wouldn't get the chance to do that so I went and I got, took a tag off another car that was in the hotel parking lot.

Okay. Before you left that subdivision, did somebody notice that you had hooked the hose up to the car?

B: Not that night, no.

Did that ever happen?

B: That happened the next night, Sunday. After I had been to church um, called my mom, told her goodbye, told her I loved her. I tried it again that night, Sunday night.

Okay before we get there, you leave the subdivision and you want to go to church.

B: Yeah.

Do you remember the church you went to?

B: I remember I was riding and I didn't know where there was any churches and I saw two elderly people, African-American elderly people, and it was Sunday morning so I knew they were going to church and I followed them and sure enough they pulled up to a church and it was a church called First Calvary Baptist Church. It was near some projects in Knoxville.

When you took the Tennessee license plate where did you get that plate from?

B: It was, I think it was the Hampton Hotel parking lot I'm not sure.

And this was a hotel off the Interstate?

B: Yes it was.

Which Interstate?

B: Interstate 40.

And before we taped this interview you told me that there, you weren't sure which exit it was in Tennessee but it was the exit before going into Knoxville.

b6
b7C

PC - 005905

DOJ-FOIA 000376
DOJ-FOIA 000376

B:     That's correct.

       What else is around that exit?

B:     I remember there being a Hampton Inn, a Ramada, a
       Super-8, a Fairfield Inn, um, a BP Gas Station.  I
       remember a Waffle House and a Wendy's, uh, and a
       Krystal Restaurant and those are things I remember
       from seeing.

       Why did you go to church?

B:     Because I knew I was wrong I shouldn't have done
       that stuff and I, I felt like that I needed to ask
       the Lord to forgive me for what I had did and I
       wanted him to take care of Donald and Robin and make
       sure that they were okay and pray, and ask them to
       forgive me because I don't know what had happened to
       me, why I did that, to where I let my anger and hurt
       feelings and all that stuff build up inside me to
       where I would hurt anybody like that and I wanted
       Jesus to forgive me and to take care of them because
       I was wrong and I know better.  (CRYING) I wasn't
       raised like that.  Something was wrong with me I
       didn't know what but it cost them their lives and it
       shouldn't have.

       When you left church where did you go?

B:     I went and parked.  Well first I went, I went and
       parked cause it wasn't until later that I called my
       mom.  I don't really remember what time it was but I
       parked, this time it was at a different movie
       theater cause it's just a lot of cars.

       Did you ever go back to that subdivision?

B:     I called my mom that afternoon and told her I was
       sorry.

       Sunday afternoon?

B:     Sunday afternoon.  Told her that I had been to
       church and prayed for them and that I wanted her and
       my family to forgive me.  Later that night I know I
       went to Fairfield parking lot, I remember going
       there, and it was light outside cause this is right
       after I called my mom and I waited there until it
       got dark and I went back over there to the same
       place, to that same subdivision.

       What did you do when you got back to the subdivision?

PC - 005906

DOJ-FOIA 000377
DOJ-FOIA 000377

Page 21
INTERVIEW WITH AQUILIA MARCIBICCI BARNETTE

B:    I set the hose back up, but something happened
      earlier because I don't remember what it was before
      I went, I don't know where I was but somewhere
      before I went back over there I stopped and bought
      some sleeping pills I don't remember where I just
      remember buying them.

      From what kind of store?

B:    I don't remember, I think it was a drug store, I'm
      pretty sure.

      Over the counter?

B:    Over the counter.

      Did you ever take them?

B:    Yeah I took half that box that Sunday night.

      Where is that box right now?

B:    I don't know.  I don't know I thought it was in the
      car or in the dumpster.

      Did you end up re-attaching the hose to the exhaust
      pipe?

B:    Yes I did.

      Was the engine running?

B:    Not while I attached it.

      But afterwards?

B:    Afterwards I, I sat there for awhile and I prayed
      again and uh, I had, wherever I had bought those
      sleeping pills I had bought something to drink.  So
      I took those and I started the car and I was hoping
      that they would make me sleepy because the night
      before for some reason nothing would let me go to
      sleep.  It hurt but it didn't let me, it didn't put
      me to sleep.

      Did you fall asleep from the pills?

B:    This time I did and I was out.  I felt my body
      tingling and I went out.  It was awhile but I went
      out and the next thing I know there's this guy
      standing at my window.  He's wearing this green
      shirt.  I remember the green shirt now and he had
      some jeans like a construction worker, and boots.

PC - 005907

DOJ-FOIA 000378
DOJ-FOIA 000378

Case 3:12-cv-00327-MOC   Document 77-13   Filed 12/22/14   Page 39 of 100

AUG 26 1996

b6
b7C

☐ A white guy or a black guy?

B: It was a white guy, heavy-set.

☐ How old do you think he was?

B: Mid-forties. But I really wasn't sure cause I was nearly out of it.

☐ What did he do?

B: He was banging on my window for awhile and then he opened my door, the passenger, I mean, the driver's side door where I was sitting and reached in and cut the car off and he started yelling at me about killing myself, told me I couldn't kill myself. He said, what are you doing, what are you doing? I remember that first. I just remember him saying something about I couldn't kill myself and going back to the back of the car and pulling the hoses. And I remember getting out but I could hardly stand up and I don't know how it was that I was up anyway and he pulled the hoses off the back and I was standing there almost out of it and he was saying something about you can't kill yourself, don't kill yourself. He asked me how old I was and I remember I told him 22. I could barely tell him but I told him I was 22. He said you're too young. He said you've got this nice car. And I know he didn't know anything about me at that point.

☐ Where was the shotgun?

B: The shotgun was in the trunk. I had put that in the trunk some time, I don't remember when I put that in the trunk in that bag.

☐ Was the shotgun back in the bag in the trunk or just laying on the carpet?

B: No it, it was, it was on the carpet so I thought he had saw it. I thought he had saw it but he didn't say anything because he for some reason, I don't know how he got in the trunk I don't know if he had the keys or not but I don't think the trunk was even closed because of the hoses because he didn't put the hoses into the trunk. He pulled the hose out of the trunk and pulled them off the pipe but the trunk was open.

☐ When you left there were the hoses laying on the ground?

PC - 005908

DOJ-FOIA 000379
DOJ-FOIA 000379

AUG 26 1996

b6
b7C

B: Yeah, he didn't give me the hoses back. He told me to sit here and, and get some rest or something he said. He said, now don't go driving if you can't drive. He said you sit here and take a nap and get some rest or something.

Did you sit there for awhile?

B: No I was scared. This guy he, I know he seen that gun and I didn't know what he was gonna do. I didn't know what I was gonna do. I thought I was dead.

So did you get in the car?

B: I got in the car and drove off and when I backed back he was gone. I don't understand it, I still don't.

When you drove away where did you go?

B: I got back on 40 and I just drove down 40 east to some exit, I don't know what the exit was I didn't pay any attention you know, I would just get off but I didn't know where I was anyway.

Did you call anybody?

B: Yeah. Something told me I just went and I called, called my cousin Shaunda.

What's her name?

B: Shaunda.

What's her last name?

B: Nero.

Nero?

B: Uh huh.

And where does she live?

B: She lives in East Charlotte off of Monroe Road.

Do you know the name?

B: She lives in Castlewood Apartments is where she lives.

And when you called her what did you tell her?

PC - 005909

DOJ-FOIA 000380
DOJ-FOIA 000380

AUG 26 1996

B:   I asked her about my mom and I asked her was she okay. I told her I was scared.

   Did you tell her what you did?

b6
b7C

B:   I don't remember if I told her what I did because I, I think, I told her I don't know what happened and she told me to come home or something, I can't, I can't really remember but she told me, I had told her what I had tried to do and told her what had happened.

   When you told her that you were scared did she ask you why you were scared?

B:   No.

   Did you tell her?

B:   I think she knew, cause she had knew, she had, she had been over to the house.

b6
b7C

   So you think your mother told your cousin?

B:   Yeah, she...

   So she knew then that you had shot somebody.

B:   She knew about Robin.

   Did you drive back to Charlotte?

B:   I talked to my cousin and she talked me into coming back. I told her I didn't have the gas. I had half a tank and she said, well I don't want you to hurt yourself, don't do that again. And she said that if you drive as far as you can, call me wherever you are and I'll come get you. She said just drive back to Charlotte, go as far as you can. Cause I didn't have the gas money and I didn't have the gas. I had half a tank and I told her okay. I told her, I love you. She said she loved me and she just didn't want me to hurt myself.

   Did you have enough gas to get back to Charlotte?

B:   Some kind of way I did.

   Where did you go with the car?

B:   When I got back into Charlotte I didn't know where I was. When after I did find out where I was I took the Brookshire Freeway to Independence and I drove

PC - 005910

DOJ-FOIA 000381
DOJ-FOIA 000381


AUG 26 1996

b6
b7C

out to where she lives and so I didn't have to call her.

Where did you park the car?

B: I parked it behind her apartment complex.

And what's behind her apartment complex?

B: It's a mall, a strip mall.

Did you park it in front of the mall or behind the mall?

B: Behind the mall.

And when you parked the car what did you do?

B: I just, I parked it near a dumpster and I grabbed stuff that was in there and put it in the dumpster because I figured, I knew the police patrolled back there and they would find it cause I wanted them to but I didn't want anybody, if they were to break in and steal the car they would have stole that gun and everything else in it so I tried to take stuff and put it in the dumpster. That way, once I turned myself in I could tell them the stuff's not in the car. If they didn't find the car, if somebody happened to have stolen it but I put it in a safe place.

Did you leave, where did you leave the keys?

B: I don't remember where I left the keys I think they're still on my key ring I don't know where they are. There's only one key.

Alright. Did you put the shotgun in the dumpster?

B: Yeah.

Did you put the duffel bag in the dumpster?

B: Yeah.

Did you put any clothes in the dumpster?

B: I don't remember. I had on what I had on.

Okay. What about the bolt cutters?

B: They were in the back.

And the crowbar?

PC - 005911

DOJ-FOIA 000382
DOJ-FOIA 000382

AUG 26 1996

b6
b7C

B:    It was in the back.

☐    What color was the crowbar?

B:    It was black.

☐    Did you go to your cousin's house?

B:    No cause my mom had said something about the FBI and I knew if I went over there, I had already talked to her on the phone and I probably wouldn't get to see my mom and I didn't want to get my cousin involved anymore cause that's why I was so glad I happened to have enough gas because I didn't want to get her involved.

☐    Where did you go?

B:    I walked home. I've done it before. It's not far. People go oh my God that's a long way, it's not a long way. I got there the next day. I just had to think about what I was doing. I know my mom and everybody would be happy I didn't hurt myself but I didn't want to live with what I did.

☐    When you switched the license tag on the car you took the South Carolina license plate off the car? Do you know where you put it?

B:    I left it in the trunk.

☐    And you put a Tennessee tag on the car. You got that tag from the Hampton Inn from a car?

B:    (NO AUDIBLE RESPONSE)

☐    Did you do anything to the windshield of the car, the Honda?

B:    No. What do you mean?

☐    Did you scrape off an inspection sticker?

B:    Oh, oh yeah. Oh man, I don't remember when that happened but I did. This is when I changed the tag stuff.

☐    Why did you do that?

B:    Because if I would have got stopped or they would have saw the inspection sticker in Tennessee, they didn't have it in their windows. (TAPE BEEPS) (END OF SIDE "A" INTERVIEW CONTINUES ON SIDE "B")

PC - 005912

DOJ-FOIA 000383
DOJ-FOIA 000383

INTERVIEW WITH AQUILIA MARCIBICCI BARNETTE

THIS WILL BE A CONTINUATION OF THE INTERVIEW FROM SIDE "A"

AUG 26 1996

b6
b7C

Mark, while I had the tape recorded off to switch from Side A to Side B, did I ask you any questions?

B:  No.

The last question I asked you on Side A was in reference to the inspection sticker. Why did you scrape the inspection sticker off?

B:  I noticed that the cars in Tennessee didn't have inspection stickers on them and I didn't want to get stopped before I could kill myself so I scraped it off.

Do you know where you were when you did that?

B:  I was in Tennessee but I don't remember where, or even what I scraped it off with I just remember I did it, I think I used my fingernail.

What if anything do you remember got onto the shotgun when you fired the shotgun?

B:  When I fired the shotgun in Virginia at the back door of Robin's mom's house my own blood got on it because the shotgun's uh, release mechanism or whatever it is, cut my finger. I had blood all over my hand and onto the shotgun.

And is that the index finger of your right hand?

B:  Yes it is.

Earlier before the taped interview I showed you some paperwork. Is that correct?

B:  Yes that's correct.

And I showed you a photocopy of a letter dated 11/7/94 at 21:40 p.m. And what name does it say at the top?

B:  Dear Vicci.

And who's Vicci?

B:  That's me.

And on Page 2 of the photocopy of the letter it's signed from whom?

PC - 005913

DOJ-FOIA 000384
DOJ-FOIA 000384

AUG 26 1996

b6
b7C

B:     Pooh.

       And who's Pooh?

B:     That's Robin.

       And on both pages did you sign your name?

B:     Yes I did.

       Did you place the date?

B:     Yes I did.

       And did you place the time that you recognized this
       letter as being yours?

B:     Yes I did.

       After that, did I show you a typed letter?

B:     Yes you did.

       Okay and who's it to?

B:     Vicci.

       And who is that?

B:     That's me.

       And who's it from?

B:     Robin.

       Is part of the letter smeared?

B:     Yes it got wet when I was crying.  It, it did say
       love always, Pooh.

       And did you place your name on that page?

B:     Yes I did.

       Did you put todays' date?

B:     Yes I did.

       And did you put the time that you recognized that as
       being your letter?

B:     Yes I did.

       Did you leave these letters in the car?

PC - 005914

DOJ-FOIA 000385
DOJ-FOIA 000385

AUG 26 1996

b6
b7C

B: I thought they were in my pocket, you know, in my pocket before I even left Charlotte. I was reading them in my room and I guess I left them in the car.

Then did I show you some paperwork from the First Calvary Baptist Church?

B: Yes you did.

Is that located in Knoxville, Tennessee?

B: Yes it is.

Is that a program for the service that you attended?

B: Yes it is.

Is that two pages also a photocopy?

B: Yes it is.

And on that particular page when I showed it to you, you recognized it and you placed your name on that?

B: Yes sir.

And you placed todays' date?

B: Yes I did.

And you placed the time that it was that you recognized it?

B: Yes I did.

And then I showed you a receipt from Sears. Is that correct?

B: Yes.

Is that the receipt from when you purchased some garden hose?

B: Yes.

And was that purchase made in Knoxville Tennessee?

B: Yes.

And you recognize that receipt?

B: Yes.

PC - 005915

DOJ-FOIA 000386
DOJ-FOIA 000386

AUG 26 1996

b6
b7C

And on that photocopy of the receipt you placed your name?

B:     Yes.

And todays' date?

B:     Yes.

And you placed the time that you recognized the receipt.  Is that correct?

B:     That's correct.

When you got back to Charlotte after leaving Knoxville, and before you were arrested by the police, did you ever go back out to Billy Graham and Morris Field?

B:     No I didn't.

You never went back out to where Donald was located?

B:     No I, some kind of way, some kind of way I hope you know I, I just didn't know.  That's why I approached one of them ... cause I just didn't know.

Did you ever go back out there to see if he was there?

B:     No I, I was scared and so I was wanting to turn myself in.  I didn't know what to do.

Did you watch any news reports Monday morning on the TV after you got back to your mother's place?

B:     I didn't get back to my mom's till Tuesday.  I was in Charlotte Monday but it was evening.  Monday night I was out, I was on the street Monday night.

Okay then I'll make that correction, Tuesday morning did you watch any news reports before you were arrested?

B:     I didn't go over there early in the morning.  There was no news on when I got there it was kind of in the afternoon when I got to my mom's.  When I got to my mom's it was kind of in the afternoon.

Prior to getting to your mom's did you ever stop to see any news reports or read anything in the newspaper?

PC - 005916

DOJ-FOIA 000387
DOJ-FOIA 000387

AUG 26 1996

b6
b7C

B: No when I got back in town it was over on the east side of Charlotte and by the time I got over to the west side of Charlotte I hadn't seen a TV or heard a radio or anything.

Did you get back into Charlotte Sunday night or...

B: It was like Monday evening.

Monday night?

B: Well Monday, it was on Monday night cause it was still light outside I don't really know what time it was.

Okay but it was Monday evening?

B: Yeah, I guess you could say Monday evening.

So other than when you went back out to Morris Field and Billy Graham with Investigator Sanders, you never went back out there again?

B: Uh uh. I took them out there because he told me that the guy had been missing and that confirmed my thought that something did happen sir.

But you never went out there on your own to see if he actually had been shot?

B: No.

Mark, is there anything you would like to add?

B: The only thing is that, I know I have been upset for a long time after me and Robin stopped going around and I felt like I was just really severely suffering from some kind of depression and I didn't get any help and that was my fault. I thought I could handle it but I let the best, my error get the best of me. And I did something that I knew wasn't right after I did it. I let some, something cloud my mind and I really regret doing it. I wish it was, never happened. I wish I would have had the courage to speak up and say somebody help me cause I couldn't even see (INAUDIBLE). I was sitting in my mom's kitchen washing dishes and I blinked, you know, closed my eyes and think and then I'd look around and it would be like I be back in Roanoke standing in my own kitchen waiting for Robin to get off work. I couldn't get a grip or anything and I wish I would have (INAUDIBLE).

PC - 005917

DOJ-FOIA 000388
DOJ-FOIA 000388

AUG 26 1996

b6
b7C

When you were at Morris Field and Billy Graham and you first confronted Donald did you know what you were doing?

B: I was, I had been sitting in my room all night. I was there but I knew what I was about to do and I didn't want to be there. I didn't want to be there but it was like I couldn't control myself. It was like I had to get to see Robin, I had to get to Robin. And that's like the only thing that was driving me. I was just sitting in my room thinking and looking at letters and cards, pictures or her and me and wondering why this had to happen, why, what have I done here? Why was I going through this? Why was I what I felt, and my anger took over.

This is one thing I forgot to ask you. Did you have another small flashlight that may have fallen out of your pocket?

B: I had, I had a flashlight that was in my pocket at the house you know. I don't know what happened to it. You say it was in the car. It might have fell out.

What color is that flashlight?

B: It's black.

We discussed that prior to this taped interview, correct?

B: Yeah, I remember I was also in my room playing with the handcuffs that had belonged to me and Robin and you said those were in the car. I think those were in my pocket with the flashlight when I left the house.

Where did you leave the handcuffs?

B: I left them on the uh, well it's the rear view mirror I guess it is. I had those in the car when, before I got to Virginia.

Do you remember where the keys to those handcuffs, where you left those?

B: No I, I thought I knew but you say they were in the center console, I don't remember what happened to them.

The flashlight that I, that was found in the car, was there anything different that you did with that flashlight?

PC - 005918

DOJ-FOIA 000389
DOJ-FOIA 000389

AUG 26 1996

B:     I usually take my flashlights and I cover them red, the lenses red, because my uncle and my, my uncle was in Vietnam, my grandfather was in Korea and they used to have those kinds of flashlights, red, green and yellow lenses. I used to do that stuff for no reason.

b6
b7C

☐     When you were in the Honda driving either from Charlotte to Roanoke, or Roanoke to Knoxville or Knoxville to Charlotte, did you smoke at all?

B:     Yeah. I always carry my cigarettes in my pocket.

☐     What do you smoke?

B:     I smoke Newports, kings.

☐     Did you use the ashtray in the car?

B:     Yeah. I must have smoked a million cigarettes I was so nervous.

☐     Is there anything else you'd like to add?

B:     That I'm truly sorry. I can't believe this happened. I'm still not believing that Robin and Donald is dead, I still can't believe it. (CRYING)

THIS CONCLUDES THE INTERVIEW AT 17:56 HOURS

☐

PC - 005919

DOJ-FOIA 000390
DOJ-FOIA 000390



*See Next Volume*  PC - 005920

DOJ-FOIA 000391
DOJ-FOIA 000391

FEDERAL BUREAU OF INVESTIGATION
FOIPA
DELETED PAGE INFORMATION SHEET

No Duplication Fees are charged for Deleted Page Information Sheet(s).

Total Deleted Page(s) ~ 27
Page 13 ~ Duplicate Duplicate of serial 4 page 2
Page 14 ~ Duplicate Duplicate of serial 4 page 3
Page 30 ~ b6, b7C
Page 31 ~ b6, b7C
Page 32 ~ b6, b7C
Page 33 ~ Duplicate
Page 34 ~ Duplicate
Page 35 ~ b6, b7C
Page 36 ~ b6, b7C
Page 37 ~ b6, b7C
Page 38 ~ b6, b7C
Page 39 ~ b6, b7C
Page 40 ~ b6, b7C
Page 60 ~ b6, b7C
Page 92 ~ Referral/Direct
Page 93 ~ Referral/Direct
Page 94 ~ b6, b7C
Page 95 ~ b6, b7C
Page 96 ~ b6, b7C
Page 97 ~ b6, b7C
Page 98 ~ b6, b7C
Page 99 ~ b6, b7C
Page 100 ~ b6, b7C
Page 101 ~ b6, b7C
Page 102 ~ Referral/Direct
Page 103 ~ Referral/Direct
Page 104 ~ b6, b7C

PC - 005921

DOJ-FOIA 000392
DOJ-FOIA 000392



*See Previous Volume*
See Separate, A Section

PC - 005922

DOJ-FOIA 000393
DOJ-FOIA 000393

```
590 MECKLENBURG           ARCHIVAL ICA INQUIRY    93CR 073741      CRARC1P
 092496                     R  S  DOB/AGE           CR       FILM:
BARNETTE,AQUILLA,MARC       B  M   070773
3413 WEST BV                                       DL#: GA2435715534        GA
CHAR          NC                                   CITA. #:

OFFN #: 01
CHRG OFFN: M ASSAULT WITH A DEADLY WEAPON          14-33(B)(1)
AGENCY:                        ISSUED:                      DISP DATE:  042994

PLEA   VERDICT  MOD    FINE         COSTS         REST        MONIES PAID
                VD  $              $             $

CONV OFFN:
SENT. LENGTH:                                      FTA COMP:
PROB. LENGTH:                                      FTC COMP:

LID: 181573            COMPLAINT: 931112161802     ARREST NUMBER: 00789166


  NEXT#:               PF2-NAME INQ   P4-ADDITIONAL EVENTS     ADDL CHARGES:
```

SEARCHED
SERIALIZED
DEC 1 7 1996
FBI -

PC - 005923

DOJ-FOIA 000394
DOJ-FOIA 000394

590 MECKLENBURG          ADDITIONAL EVENTS          93CR 073742          CRARC2P
          APPEARING ADA
          RECORDING CLERK
          DISMISSED BY CO
          FREE-FORM/SPEC   MOTION TO DISMISS ALLOWED AT THE CLOSE OF ST
          FREE-FORM/SPEC   EVIDENCE

b6
b7C

PC - 005924

DOJ-FOIA 000395
DOJ-FOIA 000395

```
590 MECKLENBURG          ARCHIVAL ICA INQUIRY    93CR 073743      CRARC1P
  092496                    R  S  DOB/AGE          CR       FILM:
BARNETTE,AQUILLA,MARC       B  M   070773
3413 WEST BV                                     DL#: GA2435715534       GA
CHAR          NC                                 CITA. #:

OFFN #: 01
CHRG OFFN: M ASSAULT WITH A DEADLY WEAPON         14-33(B)(1)
AGENCY:                        ISSUED:                  DISP DATE:  120594

PLEA  VERDICT  MOD    FINE          COSTS        REST         MONIES PAID
                     $            $             $

CONV OFFN:
SENT. LENGTH:                                    FTA COMP:
PROB. LENGTH:                                    FTC COMP:

LID: 181573          COMPLAINT: 931112161802     ARREST NUMBER: 00789166


  NEXT#:            PF2-NAME INQ   P4-ADDITIONAL EVENTS    ADDL CHARGES:
```

PC - 005925

DOJ-FOIA 000396
DOJ-FOIA 000396

590 MECKLENBURG ADDITIONAL EVENTS 93CR 073743 CRARC2P
OFFICIATING JUD CONSTANGY, H. W.
APPEARING ADA
RECORDING CLERK
COMPLIED
FREE-FORM/SPEC REMAND ORDERED INTO EFFECT

b6
b7C

PC - 005926

DOJ-FOIA 000397
DOJ-FOIA 000397

SP001-NO ACTION TAKEN
                    CRIMINAL SUPPLEMENTAL INQUIRY        01
                    BARNETTE,AQUILLA,MARC              93CR 073745   CITA:
CHRG OFFN: 1028 00 SECOND DEGREE KIDNAPPING                         14-39
ARRN OFFN: 1028 00              SPEED:      MPH     ZONE:
MFTI: F TEXT: SECOND DEGREE KIDNAPPING                      GS: 14-39
TRIAL DATE: 120893              CONT BY:     COURTROOM:      AM/PM/NC: PM
 SERV DATE: 111293              RET UNSERV:              REDEL DATE:
ARREST DT: 111293   COMPLAINT: 931112161802   CHECK DIGIT: L13562N   RS/RV: MR
DEF ATTY: JV                        TYPE: P  ADA: TCP DISTRICT ATTORNEY
     C&F:                        90DF:              NON MV FTC:
     OFA:          KEEP OFA?: N   SCO:        OOF:           CASH BF:
        REINSTATEMENT:                PROBATION VIOL DATE:


              FTA 20DF:                    OFFENSE DATE:  111293
   FTA 20DF COMPLIANCE:                    DISPOSED DATE:  120893



                              ADDL CHARGES:
                         INQUIRY ADDL CHARGES?:
     NEXT #:                PF11=EVNT  12=CNCL

PC - 005927

DOJ-FOIA 000398
DOJ-FOIA 000398

```
590 MECKLENBURG                 ICA INQUIRY 01   93CR 073745      FILM:
DISPOSED                        R  S DOB/AGE       CR      FILING DATE: 111293
MAGISTRATE ORDER                B  M   070773  DL#: 2435715534              GA
BARNETTE,AQUILLA,MARC                           CITA.#:
3413 WEST BV                                    TRIAL DATE: 120893   PM
CHARLOTTE        NC  28208            DEF ATTY: JV                      TYP: P
CHG/ARRN OFFN: F SECOND DEGREE KIDNAPPING                14-39
COMPLAINANT:[                    ]      ISSUED: 111293   SERVED: 111293
OFFN DATE: 111293    ARRN DATE:       MOTIONS DATE:      DISP DATE: 120893
CONT. D: 00 S: 00 C: 00 NR: 00


PLEA VERDICT MOD   FINE    COSTS    REST      JUDGE  MONIES-PD  TO-BE-PAID
          VD  $         $        $                                     b6
CONV OFFN:                                                             b7C
SENT LEN:        -          SENT TYPE:            CONS F/JGMT:
PROB:                        WITHDRAWN:           APPEALED TO SUPERIOR:
AREA CD:   ACCD:   HWY:       V LIC:              TRANS TO SUPERIOR:
CDL: N  CMV: N  HAZ: N   TRP/DIST:    V ST:    V TYP:       APPELLATE:



ARREST DATE: 111293 CHECK DIGIT: L13562N SID: NC0597179A LID: 181573
NEXT#:                   PF2 - NAME INQUIRY             ADDL CHARGES:
```

PC - 005928

DOJ-FOIA 000399
DOJ-FOIA 000399

# CHARLOTTE POLICE DEPARTMENT OFFENSE REPORT

FORM 2.3 (1/84)

**1. COMPLAINT NUMBER** 731112.161802

| 2. LOCATION OF OFFENSE | 3. CENSUS TRACT | 4. DISTRICT | 5. DATE/TIME OCCURRED |
|---|---|---|---|
| 200 Exmore Street | | A26 | FROM: November 12.93 /900 |

| 6. DATE/TIME REPORTED | 7. NUMBER SUSPECTS | 8. NUMBER VICTIMS | 9. ARSON | 10. NO. UNLAWFUL ENTRIES | 11. LOSS OR DAMAGE |
|---|---|---|---|---|---|
| 1618  11.12.93 | 1 | 3 | ☐ YES ☑ NO | 0 | ☐ YES ☑ NO |

| 12. ARREST MADE | 13. ARREST NUMBER | 14. C.R. NUMBER | 15. VICTIM BUSINESS NAME |
|---|---|---|---|
| ☑ YES ☐ NO | | | |

| 16. VICTIM BUSINESS ADDRESS | ZIP CODE | 17. TYPE BUSINESS |
|---|---|---|

b6
b7C

**20. VICTIM PERSON NAME (La** 

**21. VICTIM PERSON ADD**

**22. HOME PHONE** 372.9710  ISO SAnt/es

| 27. SEX | 28. RACE | 29. ETHN. | 30. WHERE VICTIM TREATED/PRONOUNCED | 31 |
|---|---|---|---|---|
| F | B | NH | none | |

| 33. REPORTING PERSON | 34. ADDRESS | ZIP CODE | 35. RELATIONSHIP | 36. PHONE |
|---|---|---|---|---|
| Same | | | | |

**VICTIM PERSON INFORMATION**

| 37. VICTIM RESIDENT STATUS | 38. RELATIONSHIP TO OFFENDER | 39. VICTIM HANDICAP | 41. INJURY LEVEL | 42. TYPE WEAPON THREAT | 43. INJURY TYPE | 44. MEDICAL TREATMENT |
|---|---|---|---|---|---|---|
| 0 ☐ Not Stated | 1 ☐ Spouse | 0 ☑ None Noted | 1 ☐ Death | 1 ☐ Handgun | 1 ☐ Gunshot Wound | 1 ☐ Hospitalized |
| 1 ☑ Resident | 2 ☐ Ex-Spouse | 1 ☐ Sight Impaired | 2 ☐ Permanent Disability | 2 ☐ Shotgun | 2 ☐ Knife Wound | 2 ☐ Treated and Released |
| 2 ☐ Commuter | 3 ☐ Other Family | 2 ☐ Hearing/Speech Impaired | 3 ☐ Serious Injury | 3 ☐ Rifle | 3 ☐ Broken Bones/Teeth | 3 ☑ Refused Treatment |
| 3 ☐ Visitor | 4 ☑ Friend/Acquaintance | 3 ☐ Physical Disability | 4 ☐ Minor Injury | 4 ☑ Knife/Cutting Instrument | 4 ☐ Internal Injury | 4 ☐ Not Treated |
| 4 ☐ Student Only | 5 ☐ Other Relationship | 4 ☐ Mental Handicap | 5 ☐ Gun Threat | 5 ☐ Bludgeon | 5 ☐ Loss of Consciousness | 5 ☐ Not Stated |
| 5 ☐ Military Only | 6 ☐ No Relationship | 5 ☐ Other Handicap | 6 ☑ Threatened | 6 ☐ Other Weapon | 6 ☑ Bruises/Scratches | **45. NUMBER OF SEX ASSAULTS** 0 |
| | 7 ☐ Unknown | **40. VICTIM USING ALCOHOL/DRUGS** | 7 ☐ No Injury or Threat | 7 ☐ Physical Force (Aggravated) | 7 ☐ Other Injury | |
| | 8 ☐ Not Stated | ☐ YES ☑ NO | 8 ☐ Not Reported | 8 ☐ Physical Force (Simple Assault) | 8 ☐ No Injury | **46. PROPERTY LOSS** |
| | | | | 9 ☐ No Weapon Involved | 9 ☐ Not Stated | ☐ YES ☑ NO |
| | | | | 0 ☐ Not Indicated | | |

**47. OFFENSE** KiDnaPPing - ADW KniFE

**48. CLASSIFICATION**

**49. NARRATIVE**

| ITEM NO. | |
|---|---|
| | R.P ADvised that When she got off the bus At Exmore Drive the suspect was waiting for hn. The suspect Put A Knife to the victim And made hn walk Down the street stating if she tried to get Away he would Kill hn. Several witnesses observed the suspect Put the Knife to the victims throat. Victim Pushed the suspect Away And Ran. Suspect then came at two others and started Swinging the Knife At them. Suspect was Knocked to the Ground by an employee with A stick-Suspect taken into Custody On Exmore street by Police. Clear case by Arrest |

**BEST TIME/PLACE TO CONTACT VICTIM**

| STOLEN VEHICLE | 50. MAKE | 51. MODEL | 52. YEAR | 53. COLOR | 54. BODY |
|---|---|---|---|---|---|
| 55. VIN (Serial No.) | | 56. LICENSE NO. | 57. STATE | 58. YEAR | 59. VALUE |
| 60. REGISTERED OWNER | | 61. REGISTERED OWNER'S ADDRESS | | ZIP CODE | |
| 62. OTHER IDENTIFYING CHARACTERISTICS OF VEHICLE | | | | | |

b6
b7C

**63. SOLVABILITY FACTORS**

1 ☑ Suspect Can Be Named
2 ☑ Suspect Can Be Located
3 ☐ Suspect Can Be Identified
4 ☐ Suspect Can Be Described
5 ☐ Suspect Vehicle Can Be Identified
6 ☐ Witness To Offense
7 ☐ Stolen Property Traceable
8 ☐ Physical Evidence Collected
9 ☐ M.O. Present in Narrative
10 ☐ N/A

| 64. OTHER REPORTS | 65. UCR CLEARANCE STATUS | | | |
|---|---|---|---|---|
| ☑ Suspect/Witness | ☐ Open | | | |
| ☑ Supplement | ☑ By Arrest | | | |
| ☑ Property Supplement | ☐ Exceptional | | | |
| ☐ Other | ☐ Unfounded | | | |

**67. REPORTING OFFI**

**68. C.S.S. TECHNICIA** none

**69. REVIEWING SUPERVISOR**

DOJ-FOIA 000400
DOJ-FOIA 000400

# OFFENSE PROPERTY INFORMATION

| 87. ITEM NO. | 88. ITEM | 89. QTY. | | 91. MAKE | 92. MODEL | 93. YEAR | 94. COLOR/FINISH | 95. SERIAL NUMBER | 96. OTHER I.D. (If firearm, list caliber & action type) | 97. VALUE | 98. VICTIM NO. ★ | 99. CODE ★★ | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

★ IDENTIFY BY NUMBER THE VICTIM TO WHOM THE LISTED PROPERTY RELATES.
THIRD AND SUBSEQUENT VICTIMS WILL BE LISTED ON ADDITIONAL OFFENSE REPORTS. VICTIM BUSINESS WILL BE IDENTIFIED BY "0".

★★ CODES: T-TAKEN/STOLEN    D-DAMAGED/DESTROYED    R-RECOVERED

# ADDITIONAL VICTIM PERSON

b6
b7C

VICTIM PERSON __2__ OF __3__

102. VICTIM PERSON

103. VICTIM PERSON

105. VICTIM P

107. AGE 30    ETHN. NH

112. WHERE VICTIM TREATED/PRONOUNCED none

113. BY

114. DATE/TIME

### 115. VICTIM RESIDENT STATUS
1 [✓] Resident
2 [ ] Commuter
3 [ ] Tourist/Visitor
4 [ ] Student Only
5 [ ] Military Only

### 116. RELATIONSHIP TO OFFENDER
1 [ ] Spouse
2 [ ] Ex-Spouse
3 [ ] Other Family
4 [ ] Friend/Acquaintance
5 [ ] Other Relationship
6 [✓] No Relationship
7 [ ] Not Stated/Unknown

### 117. VICTIM HANDICAP
1 [ ] Sight Impaired
2 [ ] Hearing/Speech Impaired
3 [ ] Physical Disability
4 [ ] Mental Handicap
5 [✓] None of the above

### 118. VICTIM USING ALCOHOL/DRUGS
[ ] YES    [✓] NO

### 122. MEDICAL TREATMENT
1 [ ] Hospitalized
2 [ ] Treated and Released
3 [ ] Refused Treatment
4 [✓] Not Treated

### 119. INJURY LEVEL
1 [ ] Death
2 [ ] Permanent Disability
3 [ ] Serious Injury
4 [ ] Minor Injury
5 [✓] Threat Only
6 [ ] Neither Threat Nor Injury Reported

### 120. TYPE WEAPON THREAT
1 [ ] Handgun
2 [ ] Rifle
3 [ ] Shotgun
4 [✓] Knife or Cutting Instrument
5 [ ] Bludgeon
6 [ ] Other Dangerous Weapon
7 [ ] Physical Force (Aggravated)
8 [ ] Physical Force (Simple Assault)
9 [ ] No Injury nor Threat Reported

### 121. INJURY TYPE
1 [ ] Gunshot Wound
2 [ ] Knife Wound
3 [ ] Broken Bones and/or Teeth
4 [ ] Internal Injury
5 [ ] Loss of Consciousness
6 [ ] Bruises and/or Scratches
7 [ ] Other Injury
8 [✓] No Injury

### 123. NUMBER OF SEX ASSAULTS
0

### 124. PROPERTY LOSS
[ ] Yes    [✓] No

# M.O./ CRIME ANALYSIS

PLACE TYPE

### RESIDENTIAL
01 [ ] Single Family Dwelling
02 [ ] Private Residence in Multi/Family Dwelling
03 [ ] Private Residence in Public Housing Project
04 [ ] Private Room in Dorm, Boarding House or Institution
05 [ ] Mobile Home or Houseboat
10 [ ] Other Residential
12 [ ] Common Area in Multi/Family Dwelling
13 [ ] Common Area in Public Housing Project
14 [ ] Common Area in Dorm, Boarding House or Institution
15 [ ] Common Enclosed Area of Mobile Home Park or Marina

### 126. PUBLIC BUILDING
21 [ ] Public Utility Building
22 [ ] Government Office Building
23 [ ] Church
24 [ ] School
25 [ ] Other Public Building

### 127. COMMERCIAL PLACE
31 [ ] Financial Institution
32 [ ] Jewelry Store
33 [ ] Liquor Store
34 [ ] Supermarket/Grocery
35 [ ] Convenience Store
36 [ ] Gas Station
37 [ ] Auto Parts/Auto Service Center
38 [ ] Drugstore
39 [ ] Laundry/Dry Cleaner
40 [ ] Department Store
41 [ ] Bar/Tavern/Nightclub
42 [ ] Hotel/Motel
43 [ ] Restaurant/Diner/Coffee Shop
44 [ ] Shopping Mall
45 [ ] Other Retail Location
46 [ ] Real Estate/Insurance Office
47 [ ] Professional Office
48 [ ] Other Business Office
49 [ ] Factory/Plant
50 [ ] Other Business Location

### 128. VEHICLE STORAGE
61 [ ] Attached Private Garage
62 [ ] Detached Private Garage
63 [ ] Enclosed Common Garage for Residence
64 [ ] Shopping Mall Parking Structure
65 [ ] Other Commercial Parking Structure
66 [ ] Business Parking Structure
67 [ ] Public/Government Building Parking Structure
68 [ ] Shopping Mall Parking Lot
69 [ ] Other Parking Lot

### 129. OUTSIDE
81 [ ] Private Property Surrounding Residence
82 [ ] Property Surrounding School
83 [✓] Public Park or Playground
84 [ ] Street, Highway or Alley
85 [ ] Public Transit Vehicle
86 [ ] Construction Site
87 [ ] Other Outside Location

### 130. RESIDENTIAL TARGET(S)
1 [ ] Basement
2 [ ] Bedroom
3 [ ] Den/Family Rm.
4 [ ] Garage/Carport
5 [ ] Living Room
6 [ ] Storage Area
7 [ ] Kitchen
8 [ ] Person
9 [ ] Other _____

### 131. BUSINESS TARGET(S)
1 [ ] Cash Reg. Drawer
2 [ ] Owner/Employee
3 [ ] Safe/Box
4 [ ] Vending Machine
5 [ ] Display Items
6 [ ] Storage Area
7 [ ] Customer
8 [ ] Other _____

### 132. METHOD OF ENTRY
1 [ ] N/A
2 [ ] Attempt Only
3 [ ] No Force
4 [ ] Key/Slip
5 [ ] Bodily Force
6 [ ] Saw/Drill/Burn
7 [ ] Hid in Building
8 [ ] Channel Lock
9 [ ] Pipe Wrench
10 [ ] Tire Iron
11 [ ] Brick/Rock
12 [ ] Unk. Pry Bar
13 [ ] Bolt Cutters/Pliers
14 [ ] Punch
15 [ ] Window Smashed
16 [ ] Tape/Wire
17 [ ] Screwdriver
18 [ ] Other _____

### 133. POINT OF ENTRY
1 [ ] N/A
2 [ ] Front
3 [ ] Rear
4 [ ] Side
5 [ ] Gr. Level
6 [ ] Up. Level
7 [ ] Unknown
8 [ ] Door
9 [ ] Window
10 [ ] Sliding Glass
11 [ ] Duct/Vent
12 [ ] Adj. Building
13 [ ] Roof/Floor/Skylight
14 [ ] Wall
15 [ ] Garage
16 [ ] Basement
17 [ ] Trunk/Hood
18 [ ] Other _____
19 [ ] Exit

### 134. SECURITY USED
1 [ ] None (unlocked)
2 [ ] Bars/Grate
3 [ ] Ext. Lights
4 [ ] Camera
5 [ ] Dog
6 [ ] Int. Lights
7 [ ] Neighbor Watch
8 [ ] Operation I.D.
9 [ ] Locked
10 [ ] Alarm
11 [ ] Security Fence
12 [ ] Guard
13 [ ] Other _____

PC - 005930

DOJ-FOIA 000401
DOJ-FOIA 000401

# CHARLOTTE POLICE DEPARTMENT OFFENSE REPORT

FORM 2.3 (1/84)

1. COMPLAINT NUMBER: 99/112-16/802

b6
b7C

| | | | | | |
|---|---|---|---|---|---|
| L. [ ] YES [ ] NO | | | | | |

| 16. VICTIM BUSINESS ADDRESS | ZIP CODE | 17. TYPE BUSINESS | 18. PHONE | 19. VICTIM PERSON 3 OF 3 |
|---|---|---|---|---|

b6
b7C

| 20. VICTIM PERSON NAME (Last, F | | 21. | |
|---|---|---|---|

b6
b7C

| 22. HOME PHONE | 23. VICTIM PERSON PLACE OF EMPLOYMENT (School) DO SANG/RS | 24. WORK PHONE | 25. AGE 28 | 26. DOB 2.6 65 |
|---|---|---|---|---|

| 27. SEX M | 28. RACE B | 29. ETHN. | 30. WHERE VICTIM TREATED/PRONOUNCED | 31. BY | 32. DATE/TIME |
|---|---|---|---|---|---|

| 33. REPORTING PERSON Same | 34. ADDRESS | ZIP CODE | 35. RELATIONSHIP | 36. PHONE |
|---|---|---|---|---|

**VICTIM PERSON INFORMATION**

37. VICTIM RESIDENT STATUS
0 [ ] Not Stated
1 [✓] Resident
2 [ ] Commuter
3 [ ] Visitor
4 [ ] Student Only
5 [ ] Military Only

38. RELATIONSHIP TO OFFENDER
1 [ ] Spouse
2 [ ] Ex-Spouse
3 [ ] Other Family
4 [ ] Friend/Acquaintance
5 [ ] Other Relationship
6 [ ] No Relationship
7 [ ] Unknown
8 [ ] Not Stated

39. VICTIM HANDICAP
0 [✓] None Noted
1 [ ] Sight Impaired
2 [ ] Hearing/Speech Impaired
3 [ ] Physical Disability
4 [ ] Mental Handicap
5 [ ] Other Handicap

40. VICTIM USING ALCOHOL/DRUGS
[ ] YES [✓] NO

41. INJURY LEVEL
1 [ ] Death
2 [ ] Permanent Disability
3 [ ] Serious Injury
4 [ ] Minor Injury
5 [ ] Gun Threat
6 [✓] Threatened
7 [ ] No Injury or Threat
8 [ ] Not Reported

42. TYPE WEAPON THREAT
1 [ ] Handgun
2 [ ] Shotgun
3 [ ] Rifle
4 [✓] Knife/Cutting Instrument
5 [ ] Bludgeon
6 [ ] Other Weapon
7 [ ] Physical Force (Aggravated)
8 [ ] Physical Force (Simple Assault)
9 [ ] No Weapon Involved
0 [ ] Not Indicated

43. INJURY TYPE
1 [ ] Gunshot Wound
2 [ ] Knife Wound
3 [ ] Broken Bones/Teeth
4 [ ] Internal Injury
5 [ ] Loss of Consciousness
6 [ ] Bruises/Scratches
7 [ ] Other Injury
8 [✓] No Injury
9 [ ] Not Stated

44. MEDICAL TREATMENT
1 [ ] Hospitalized
2 [ ] Treated and Released
3 [ ] Refused Treatment
4 [✓] Not Treated
5 [ ] Not Stated

45. NUMBER OF SEX ASSAULTS 0

46. PROPERTY LOSS
[ ] YES [✓] NO

| 47. OFFENSE | Kidnapping - ADW. | 48. CLASSIFICATION |
|---|---|---|

49. NARRATIVE

| ITEM NO. | |
|---|---|
| | Victim #3 in a Kidnapping and Assault |
| | SEE Page #1 for entire report. |
| | Victim #3 is a victim of ADW - Knife. |
| | Open Case by Arrest |

BEST TIME/PLACE TO CONTACT VICTIM

63. SOLVABILITY FACTORS
1 [✓] Suspect Can Be Named
2 [✓] Suspect Can Be Located
3 [ ] Suspect Can Be Identified
4 [ ] Suspect Can Be Described
5 [ ] Suspect Vehicle Can Be Identified
6 [ ] Witness To Offense
7 [ ] Stolen Property Traceable
8 [ ] Physical Evidence Collected
9 [ ] M.O. Present in Narrative
10 [ ] N/A

| STOLEN VEHICLE | 50. MAKE | 51. MODEL | 52. YEAR | 53. COLOR | 54. BODY |
|---|---|---|---|---|---|

| 55. VIN (Serial No.) | 56. LICENSE NO. | 57. STATE | 58. YEAR | 59. VALUE |
|---|---|---|---|---|

| 60. REGISTERED OWNER | 61. REGISTERED OWNER'S ADDRESS | ZIP CODE |
|---|---|---|

| 62. OTHER IDENTIFYING CHARACTERISTICS OF VEHICLE |
|---|

b6
b7C

| 64. OTHER REPORTS | 65. UCR CLEARANCE STATUS |
|---|---|
| [✓] Suspect/Witness [✓] Supplement [✓] Property S [ ] Other | [ ] Open [✓] By Arrest |

67. REPORTING OFFIC

68. C.S.S. TECHNICIAN none

69. REVIEWING SUPERVISOR

DOJ-FOIA 000402
DOJ-FOIA 000402

# OFFENSE PROPERTY INFORMATION

| 87.ITEM NO. | 88. ITEM | 89.QTY. | | 91. MAKE | 92. MODEL | 93. YEAR | 94. COLOR/ FINISH | 95. SERIAL NUMBER | 96. OTHER I.D. (If firearm, list caliber & action type) | 97. VALUE | 98. VICTIM NO. * | 99.CODE ** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

\* IDENTIFY BY NUMBER THE VICTIM TO WHOM THE LISTED PROPERTY RELATES.    \*\* CODES: T-TAKEN/STOLEN    D-DAMAGED/DESTROYED    R-RECOVERED
THIRD AND SUBSEQUENT VICTIMS WILL BE LISTED ON ADDITIONAL OFFENSE REPORTS.  VICTIM BUSINESS WILL BE IDENTIFIED BY "0"

# ADDITIONAL VICTIM PERSON

VICTIM PERSON _____ OF _____

102. VICTIM PERSON NAME (Last, First, Middle, Type)

103. VICTIM PERSON ADDRESS                    ZIP CODE    104. HOME PHONE

105. VICTIM PERSON PLACE OF EMPLOYMENT (School)        106. WORK PHONE

| 107. AGE | 108. DOB | 109. SEX | 110. RACE | 111. ETHN. |
|---|---|---|---|---|

112. WHERE VICTIM TREATED/PRONOUNCED

113. BY                    114. DATE/TIME

**115. VICTIM RESIDENT STATUS**
1 [ ] Resident
2 [ ] Commuter
3 [ ] Tourist/ Visitor
4 [ ] Student Only
5 [ ] Military Only

**116. RELATIONSHIP TO OFFENDER**
1 [ ] Spouse
2 [ ] Ex-Spouse
3 [ ] Other Family
4 [ ] Friend/Acquaintance
5 [ ] Other Relationship
6 [ ] No Relationship
7 [ ] Not Stated/Unknown

**117. VICTIM HANDICAP**
1 [ ] Sight Impaired
2 [ ] Hearing/Speech Impaired
3 [ ] Physical Disability
4 [ ] Mental Handicap
5 [ ] None of the above

**118. VICTIM USING ALCOHOL/DRUGS**
[ ] YES    [ ] NO

**122. MEDICAL TREATMENT**
1 [ ] Hospitalized
2 [ ] Treated and Released
3 [ ] Refused Treatment
4 [ ] Not Treated

**119. INJURY LEVEL**
1 [ ] Death
2 [ ] Permanent Disability
3 [ ] Serious Injury
4 [ ] Minor Injury
5 [ ] Threat Only
6 [ ] Neither Threat Nor Injury Reported

**120. TYPE WEAPON THREAT**
1 [ ] Handgun
2 [ ] Rifle
3 [ ] Shotgun
4 [ ] Knife or Cutting Instrument
5 [ ] Bludgeon
6 [ ] Other Dangerous Weapon
7 [ ] Physical Force (Aggravated)
8 [ ] Physical Force (Simple Assault)
9 [ ] No Injury nor Threat Reported

**121. INJURY TYPE**
1 [ ] Gunshot Wound
2 [ ] Knife Wound
3 [ ] Broken Bones and/or Teeth
4 [ ] Internal Injury
5 [ ] Loss of Consciousness
6 [ ] Bruises and/or Scratches
7 [ ] Other Injury
8 [ ] No Injury

**123. NUMBER OF SEX ASSAULTS**

**124. PROPERTY LOSS**
[ ] Yes    [ ] No

# M.O./ CRIME ANALYSIS

**PLACE TYPE**

**RESIDENTIAL**
01 [ ] Single Family Dwelling
02 [ ] Private Residence in Multi/Family Dwelling
03 [ ] Private Residence in Public Housing Project
04 [ ] Private Room in Dorm, Boarding House or Institution
05 [ ] Mobile Home or Houseboat
10 [ ] Other Residential
12 [ ] Common Area in Multi/Family Dwelling
13 [ ] Common Area in Public Housing Project
14 [ ] Common Area in Dorm, Boarding House or Institution
15 [ ] Common Enclosed Area of Mobile Home Park or Marina

**126. PUBLIC BUILDING**
21 [ ] Public Utility Building
22 [ ] Government Office Building
23 [ ] Church
24 [ ] School
25 [ ] Other Public Building

**127. COMMERCIAL PLACE**
31 [ ] Financial Institution
32 [ ] Jewelry Store
33 [ ] Liquor Store
34 [ ] Supermarket/Grocery
35 [ ] Convenience Store
36 [ ] Gas Station
37 [ ] Auto Parts/Auto Service Center
38 [ ] Drugstore
39 [ ] Laundry/Dry Cleaner
40 [ ] Department Store
41 [ ] Bar/Tavern/Nightclub
42 [ ] Hotel/Motel
43 [ ] Restaurant/Diner/ Coffee Shop
44 [ ] Shopping Mall
45 [ ] Other Retail Location
46 [ ] Real Estate/Insurance Office
47 [ ] Professional Office
48 [ ] Other Business Office
49 [ ] Factory/Plant
50 [ ] Other Business Location

**128. VEHICLE STORAGE**
61 [ ] Attached Private Garage
62 [ ] Detached Private Garage
63 [ ] Enclosed Common Garage for Residence
64 [ ] Shopping Mall Parking Structure
65 [ ] Other Commercial Parking Structure
66 [ ] Business Parking Structure
67 [ ] Public/Government Building Parking Structure
68 [ ] Shopping Mall Parking Lot
69 [ ] Other Parking Lot

**129. OUTSIDE**
81 [ ] Private Property Surrounding Residence
82 [ ] Property Surrounding School
83 [ ] Public Park or Playground
84 [ ] Street, Highway or Alley
85 [ ] Public Transit Vehicle
86 [ ] Construction Site
87 [ ] Other Outside Location

**130. RESIDENTIAL TARGET(S)**
1 [ ] Basement
2 [ ] Bedroom
3 [ ] Den/Family Rm.
4 [ ] Garage/Carport
5 [ ] Living Room
6 [ ] Storage Area
7 [ ] Kitchen
8 [ ] Person
9 [ ] Other _____

**131. BUSINESS TARGET(S)**
1 [ ] Cash Reg. Drawer
2 [ ] Owner/Employee
3 [ ] Safe/Box
4 [ ] Vending Machine
5 [ ] Display Items
6 [ ] Storage Area
7 [ ] Customer
8 [ ] Other _____

**132. METHOD OF ENTRY**
1 [ ] N/A
2 [ ] Attempt Only
3 [ ] No Force
4 [ ] Key/Slip
5 [ ] Bodily Force
6 [ ] Saw/Drill/Burn
7 [ ] Hid in Building
8 [ ] Channel Lock
9 [ ] Pipe Wrench
10 [ ] Tire Iron
11 [ ] Brick/Rock
12 [ ] Unk, Pry Bar
13 [ ] Bolt Cutters/ Pliers
14 [ ] Punch
15 [ ] Window Smashed
16 [ ] Tape/Wire
17 [ ] Screwdriver
18 [ ] Other _____

**133. POINT OF ENTRY**
1 [ ] N/A
2 [ ] Front
3 [ ] Rear
4 [ ] Side
5 [ ] Gr. Level
6 [ ] Up. Level
7 [ ] Unknown
8 [ ] Door
9 [ ] Window
10 [ ] Sliding Glass
11 [ ] Duct/Vent
12 [ ] Adj. Building
13 [ ] Roof/Floor/ Skylight
14 [ ] Wall
15 [ ] Garage
16 [ ] Basement
17 [ ] Trunk/Hood
18 [ ] Other _____
19 [ ] Exit

**134. SECURITY USED**
1 [ ] None (unlocked)
2 [ ] Bars/Grate
3 [ ] Ext. Lights
4 [ ] Camera
5 [ ] Dog
6 [ ] Int. Lights
7 [ ] Neighbor Watch
8 [ ] Operation I.D.
9 [ ] Locked
10 [ ] Alarm
11 [ ] Security Fence
12 [ ] Guard
13 [ ] Other _____

PC - 005932

DOJ-FOIA 000403
DOJ-FOIA 000403

# CHARLOTTE POLICE DEPARTMENT SUSPECT/WITNESS SUPPLEMENT

FORM 2.2 (3/84)

VICTIM NAME

## SUSPECT ONE

| Field | Value |
|---|---|
| 2 SUSPECT | |
| 3. NICKNAME (AKA) | |
| 4 ARREST NO. | |
| 5 ADVISED RIGHTS ☐ YES ☐ NO | DATE/TIME |
| 6. RESIDENCE ADDRESS / PHONE | |
| 8. PLACE OF EMPLOYMENT (School) | |
| 9. WORK PHONE | |
| 10. RACE B | 15. WEIGHT 130 | 16 HAIR | 17. EYES | 18. BEST TIME/PLACE TO CONTACT SUSPECT |
| 19. OFFENSE/CHARGE Kidnapping | 20. SUSPECT 1 OF 1 | 21. FURTHER SUSPECT DESCRIPTION/INFORMATION |

## SUSPECT TWO

| Field | Value |
|---|---|
| 22. SUSPECT NAME (Last, First, Middle) | |
| 23. NICKNAME (AKA) | |
| 24. ARREST NO. | |
| 25. ADVISED RIGHTS ☐ YES ☐ NO | DATE/TIME |
| 26. RESIDENCE ADDRESS | ZIP CODE | 27. HOME PHONE | 28. PLACE OF EMPLOYMENT (School) | 29. WORK PHONE |
| 30. RACE | 31. SEX | 32. AGE | 33. DOB | 34. HEIGHT | 35. WEIGHT | 36. HAIR | 37. EYES | 38. BEST TIME/PLACE TO CONTACT SUSPECT |
| 39. OFFENSE/CHARGE | 40. SUSPECT ___ OF ___ | 41. FURTHER SUSPECT DESCRIPTION/INFORMATION |

## SUSPECT VEHICLE

| 42. MAKE | 43. MODEL | 44. YEAR | 45. COLOR | 46. BODY | 47. VIN |
|---|---|---|---|---|---|
| 48. LICENSE NO. | 49. STATE | 50. YEAR | 51. REGISTERED OWNER | 52. REGISTERED OWNER'S ADDRESS | ZIP CODE |
| 53. PHONE | 54. IF TOWED, NAME LOCATION | 55. TOW-IN NO. | 56. VEHICLE IMPOUNDED ☐ YES ☐ NO | 57. IMPOUNDING OFFICER | CODE |
| 58. DATE/TIME IMPOUNDED | 59. VEHICLE INVENTORIED ☐ YES ☐ NO | 60. INVENTORY OFFICER | CODE | 61 RELEASED TO | |
| 62. DATE/TIME RELEASED | 63. RELEASED BY | CODE | 64. ADDITIONAL VEHICLE IDENTIFIERS/INFORMATION | | |

b6
b7C

## WITNESS ONE

| Field | Value |
|---|---|
| 67. HOME PHONE | |
| WITNESS PLACE OF EMPLOYMENT (School) None | 69. BUSINESS ADDRESS |
| 71. RACE W | 72. SEX M | 73. AGE | 74. DOB | 75. WITNESS 1 OF 3 | 76. B |
| 77. SUMMARY OF FACTS TO WHICH WITNESS MAY TESTIFY SAW Incident occur. |

## WITNESS TWO

| Field | Value |
|---|---|
| 71. W | F | 22 | 87. DOB | 88. WITNESS 2 OF 3 | 89. BEST TIME/PLACE TO CONTACT WITNESS |
| 90. SUMMARY OF FACTS TO WHICH WITNESS MAY TESTIFY Observed Incident |

b6
b7C

2-93

91. REPORTING OFFICER

REVIEWING SUPERVISOR          CODE    DATE

PC - 005933

DOJ-FOIA 000404
DOJ-FOIA 000404

## OFFENSE PROPERTY INFORMATION

| 87. ITEM NO. | 88. ITEM | 89. QTY. | 90. NCIC CODE | 91. MAKE | 92. MODEL | 93. YEAR | 94. COLOR/FINISH | 95. SERIAL NUMBER | 96. OTHER I.D. (If firearm, list caliber & action type) | 97. VALUE | 98. VICTIM NO. * | 99. CODE ** | 100. TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | b6 b7c | | | | | |

\* IDENTIFY BY NUMBER THE VICTIM TO WHOM THE LISTED PROPERTY RELATES.
THIRD AND SUBSEQUENT VICTIMS WILL BE LISTED ON ADDITIONAL OFFENSE REPORTS. VICTIM BUSINESS WILL BE IDENTIFIED BY "0".

\*\* CODES: T-TAKEN/STOLEN    D-DAMAGED/DESTROYED    R-RECOVERED

## ADDITIONAL VICTIM PERSON

101. VICTIM PERSON 2 OF 3

102. VICTIM

103. VICTIM

105. VICTIM

107. AGE 30

112. WHERE VICTIM TREATED/PRONOUNCED? None

113. BY

114. DATE/TIME

**115. VICTIM RESIDENT STATUS**
1 ☑ Resident
2 ☐ Commuter
3 ☐ Tourist/Visitor
4 ☐ Student Only
5 ☐ Military Only

**116. RELATIONSHIP TO OFFENDER**
1 ☐ Spouse
2 ☐ Ex-Spouse
3 ☐ Other Family
4 ☐ Friend/Acquaintance
5 ☐ Other Relationship
6 ☑ No Relationship
7 ☐ Not Stated/Unknown

**117. VICTIM HANDICAP**
1 ☐ Sight Impaired
2 ☐ Hearing Speech Impaired
3 ☐ Physical Disability
4 ☐ Mental Handicap
5 ☑ None of the above

**118. VICTIM USING ALCOHOL/DRUGS**
☐ YES   ☑ NO

**122. MEDICAL TREATMENT**
1 ☐ Hospitalized
2 ☐ Treated and Released
3 ☐ Refused Treatment
4 ☑ Not Treated

**123. NUMBER OF SEX ASSAULTS**
0

**124. PROPERTY LOSS**
☐ Yes   ☑ No

**119. INJURY LEVEL**
1 ☐ Death
2 ☐ Permanent Disability
3 ☐ Serious Injury
4 ☐ Minor Injury
5 ☑ Threat Only
6 ☐ Neither Threat Nor Injury Reported

**120. TYPE WEAPON THREAT**
1 ☐ Handgun
2 ☐ Rifle
3 ☐ Shotgun
4 ☑ Knife or Cutting Instrument
5 ☐ Bludgeon
6 ☐ Other Dangerous Weapon
7 ☐ Physical Force (Aggravated)
8 ☐ Physical Force (Simple Assault)
9 ☐ No Injury nor Threat Reported

**121. INJURY TYPE**
1 ☐ Gunshot Wound
2 ☐ Knife Wound
3 ☐ Broken Bones and/or Teeth
4 ☐ Internal Injury
5 ☐ Loss of Consciousness
6 ☐ Bruises and/or Scratches
7 ☐ Other Injury
8 ☑ No Injury

## M.O./ CRIME ANALYSIS

### PLACE TYPE

**125. RESIDENTIAL**
01 ☐ Single Family Dwelling
02 ☐ Private Residence in Multi-Family Dwelling
03 ☐ Private Residence in Public Housing Project
04 ☐ Private Room in Dorm, Boarding House or Institution
05 ☐ Mobile Home or Houseboat
10 ☐ Other Residential
12 ☐ Common Area in Multi/Family Dwelling
13 ☐ Common Area in Public Housing Project
14 ☐ Common Area in Dorm, Boarding House or Institution
15 ☐ Common Enclosed Area of Mobile Home Park or Marina

**126. PUBLIC BUILDING**
21 ☐ Public Utility Building
22 ☐ Government Office Building

**127. COMMERCIAL PLACE**
31 ☐ Financial Institution
32 ☐ Jewelry Store
33 ☐ Liquor Store
34 ☐ Supermarket/Grocery
35 ☐ Convenience Store
36 ☐ Gas Station
37 ☐ Auto Parts/Auto Service Center
38 ☐ Drugstore
39 ☐ Laundry/Dry Cleaner
40 ☐ Department Store
41 ☐ Bar/Tavern/Nightclub
42 ☐ Hotel/Motel
43 ☐ Restaurant/Diner/Coffee Shop
44 ☐ Shopping Mall
45 ☐ Other Retail Location
46 ☐ Real Estate/Insurance Office
47 ☐ Professional Office
48 ☐ Other Business Office
49 ☐ Factory/Plant
50 ☐ Other Business Location

**128. VEHICLE STORAGE**
61 ☐ Attached Private Garage
62 ☐ Detached Private Garage
63 ☐ Enclosed Common Garage for Residence
64 ☐ Shopping Mall Parking Structure
65 ☐ Other Commercial Parking Structure
66 ☐ Business Parking Structure
67 ☐ Public/Government Building Parking Structure
68 ☐ Shopping Mall Parking Lot
69 ☐ Other Parking Lot

**129. OUTSIDE**
81 ☐ Private Property Surrounding Residence
82 ☐ Property Surrounding School
83 ☐ Public Park or Playground
84 ☐ Street, Highway or Alley
85 ☐ Public Transit Vehicle

**130. RESIDENTIAL TARGET(S)**
1 ☐ Basement
2 ☐ Bedroom
3 ☐ Den/Family Rm.
4 ☐ Garage/Carport
5 ☐ Living Room
6 ☐ Storage Area
7 ☐ Kitchen
8 ☐ Person
9 ☐ Other _____

**131. BUSINESS TARGET(S)**
1 ☐ Cash Reg. Drawer
2 ☐ Owner/Employee
3 ☐ Safe/Box
4 ☐ Vending Machine
5 ☐ Display Items
6 ☐ Storage Area
7 ☐ Customer

**132. METHOD OF ENTRY**
1 ☐ N/A
2 ☐ Attempt Only
3 ☐ No Force
4 ☐ Key/Slip
5 ☐ Bodily Force
6 ☐ Saw/Drill/Burn
7 ☐ Hid in Building
8 ☐ Channel Lock
9 ☐ Pipe Wrench
10 ☐ Tire Iron
11 ☐ Brick/Rock
12 ☐ Unk. Pry Bar
13 ☐ Bolt Cutters/Pliers
14 ☐ Punch
15 ☐ Window Smashed
16 ☐ Tape/Wire
17 ☐ Screwdriver
18 ☐ Other _____

**133. POINT OF ENTRY**
1 ☐ N/A
2 ☐ Front
3 ☐ Rear
4 ☐ Side
5 ☐ Gr. Level
6 ☐ Up. Level
7 ☐ Unknown
8 ☐ Door
9 ☐ Window
10 ☐ Sliding Glass
11 ☐ Duct/Vent
12 ☐ Adj. Building
13 ☐ Roof/Floor/Skylight
14 ☐ Wall
15 ☐ Garage
16 ☐ Basement
17 ☐ Trunk/Hood
18 ☐ Other _____

**134. SECURITY USED**
1 ☐ None (unlocked)
2 ☐ Bars/Grate
3 ☐ Ext. Lights
4 ☐ Camera
5 ☐ Dog
6 ☐ Int. Lights
7 ☐ Neighbor Watch
8 ☐ Operation I.D.
9 ☐ Locked
10 ☐ Alarm
11 ☐ Security Fence
12 ☐ Guard
13 ☐ Other _____

PC - 005934

DOJ-FOIA 000405
DOJ-FOIA 000405

CHARLOTTE POLICE DEPARTMENT OFFENSE REPORT                    FORM 2.3

b6
b7C

| 27. SEX | 28. AGE | 29. ETHN. | 30. WHERE VICTIM TREATED/PRONOUNCED | | 31. DT |
|---|---|---|---|---|---|
| M | B | | | | |

33. REPORTING PERSON  Same                    34. ADDRESS                    ZIP CODE    35. RELATIONSHIP    36. PHONE

b6
b7C

**VICTIM PERSON INFORMATION**

| 37. VICTIM RESIDENT STATUS | 38. RELATIONSHIP TO OFFENDER | 39. VICTIM HANDICAP | 41. INJURY LEVEL | 42. TYPE WEAPON THREAT | 43. INJURY TYPE | 44. MEDICAL TREATMENT |
|---|---|---|---|---|---|---|
| 0 Not Stated | 1 Spouse | 0 None Noted | 1 Death | 1 Handgun | 1 Gunshot Wound | 1 Hospitalized |
| 1 Resident | 2 Ex-Spouse | 1 Sight Impaired | 2 Permanent Disability | 2 Shotgun | 2 Knife Wound | 2 Treated and Released |
| 2 Commuter | 3 Other Family | 2 Hearing/Speech Impaired | 3 Serious Injury | 3 Rifle | 3 Broken Bones/Teeth | 3 Refused Treatme |
| 3 Visitor | 4 Friend/Acquaintance | 3 Physical Disability | 4 Minor Injury | 4 Knife/Cutting Instrument | 4 Internal Injury | 4 Not Treated |
| 4 Student Only | 5 Other Relationship | 4 Mental Handicap | 5 Gun Threat | 5 Bludgeon | 5 Loss of Consciousness | 5 Not Stated |
| 5 Military Only | 6 No Relationship | 5 Other Handicap | 6 Threatened | 6 Other Weapon | 6 Bruises/Scratches | 45. NUMBER OF SEX ASSAULTS |
| | 7 Unknown | 40. VICTIM USING ALCOHOL/DRUGS | 7 No Injury or Threat | 7 Physical Force (Aggravated) | 7 Other Injury | |
| | 8 Not Stated | YES / NO | 8 Not Reported | 8 Physical Force (Simple Assault) | 8 No Injury | 46. PROPERTY LOSS |
| | | | | 9 No Weapon Involved | 9 Not Stated | YES / NO |
| | | | | 0 Not Indicated | | |

47. OFFENSE  Kidnapping - ADW.                    48. CLASSIFICATION

49. NARRATIVE

ITEM NO.

Victim #3 in p Kidnapping And Assault

See Page #1 for entire report.
Victim #3 is p victim of ADW- Knife.

Open case by Arrest

BEST TIME/PLACE TO CONTACT VICTIM

| 63. SOLVABILITY FACTORS |
|---|
| 1 Suspect Can Be Named |
| 2 Suspect Can Be Located |
| 3 Suspect Can Be Identified |
| 4 Suspect Can Be Described |
| 5 Suspect Vehicle Can Be Identifi |
| 6 Witness To Offense |
| 7 Stolen Property Traceable |
| 8 Physical Evidence Collected |
| 9 M.O. Present in Narrative |
| 10 N/A |

| STOLEN VEHICLE | 50. MAKE | 51. MODEL | 52. YEAR | 53. COLOR | 54. BODY |
|---|---|---|---|---|---|
| 55. VIN (Serial No.) | | 56. LICENSE NO. | 57. STATE | 58. YEAR | 59. VALUE |
| 60. REGISTERED OWNER | | 61. REGISTERED OWNER'S ADDRESS | | | ZIP CODE |

62. OTHER IDENTIFYING CHARACTERISTICS OF VEHICLE

b6
b7C

| 64. OTHER REPORTS | 65. UCR CLEARANCE STATUS | 66. INVESTIGATIVE STATUS | 70. CASE SCREENING SUPERVISOR | | CODE | 72. CASE ASSIGNMENT DATE |
|---|---|---|---|---|---|---|
| Suspect/Witness Supplement | Open | Active | 71. INVESTIGATOR ASSIGNED | | CODE | 73. SUPPLEMENT DUE DATE |
| Property Supplement | By Arrest | Inactive | | | | |
| Other | Exceptional | Closed | | 74. RA | 75. DMV-SHP IN | 76. MSG # | 77. DMV-SHP OUT | 78. CODE |
| 67. REPORTING OFFI | | | RECORDS BUREAU USE | 79. PMNI | 80. FILM | 81. RUN | 82. 20 DAY |
| 68. C.S.S. TECHNICIA | | | | 83. SC13 | 84. CODE | 85. PRESS | 86. APS ENTRY MADE |
| 69. REVIEWING SUPERVISOR | CODE | DATE | | | | | PC - 005935 |

DOJ-FOIA 000406
DOJ-FOIA 000406

# CHARLOTTE POLICE DEPARTMENT SUSPECT/WITNESS SUPPLEMENT

**SUSPECT**

| 19. OFFENSE/CHARGE | 20. SUSPECT 1 OF 1 | 21. FURTHER SUSPECT DESCRIPTION/INFORMATION | b6 b7C |
|---|---|---|---|
| Kidnapping | | | |

**SUSPECT TWO**

| 22. SUSPECT NAME (Last, First, Middle) | | | 23. NICKNAME (AKA) | 24. ARREST NO. | 25. ADVISED RIGHTS ☐ YES ☐ NO | DATE/TIM |
|---|---|---|---|---|---|---|
| 26. RESIDENCE ADDRESS | | ZIP CODE | 27. HOME PHONE | 28. PLACE OF EMPLOYMENT (School) | | 29. WORK PHONE |
| 30. RACE | 31. SEX | 32. AGE | 33. DOB | 34. HEIGHT | 35. WEIGHT | 36. HAIR | 37. EYES | 38. BEST TIME/PLACE TO CONTACT SUSPECT |
| 39. OFFENSE/CHARGE | | 40. SUSPECT___ OF___ | | 41. FURTHER SUSPECT DESCRIPTION/INFORMATION | | |

**SUSPECT VEHICLE**

| 42. MAKE | | 43. MODEL | 44. YEAR | 45. COLOR | 46. BODY | 47. VIN |
|---|---|---|---|---|---|---|
| 48. LICENSE NO. | 49. STATE | 50. YEAR | 51. REGISTERED OWNER | | 52. REGISTERED OWNER'S ADDRESS | ZIP CC |
| 53. PHONE | 54. IF TOWED, NAME LOCATION | | 55. TOW-IN NO. | 56. VEHICLE IMPOUNDED ☐ YES ☐ NO | 57. IMPOUNDING OFFICER | CC |
| 58. DATE/TIME IMPOUNDED | 59. VEHICLE INVENTORIED ☐ YES ☐ NO | | 60. INVENTORY OFFICER | CODE | 61. RELEASED TO | |
| 62. DATE/TIME RELEASED | 63. RELEASED BY | CODE | 64. ADDITIONAL VEHICLE IDENTIFIERS/INFORMATION | | | |

b6 b7C

**WITNESS ONE**

| 77. SUMMARY OF FACTS TO WHICH WITNESS MAY TESTIFY |
|---|
| SAW incident occur. |

b6 b7C

**WITNESS TWO**

Observed Incident

| 91. REPORTING OFF | | SUPERVISOR | CODE | DATE |
|---|---|---|---|---|

PC - 005936

DOJ-FOIA 000407
DOJ-FOIA 000407

# CHARLOTTE POLICE DEPARTMENT SUSPECT/WITNESS SUPPLEMENT
FORM 2.2  (3/84)

b6
b7C

**VICTIM**

**SUSPECT ONE**

| 19. OFFENSE/CHARGE | 20. | 21. FURTHER SUSPECT DESCRIPTION/INFORMATION |
|---|---|---|
| Kidnapping | SUSPECT _1_ OF _1_ | |

**SUSPECT TWO**

| 22. SUSPECT NAME (Last, First, Middle) | | | 23. NICKNAME (AKA) | | 24. ARREST NO. | 25. ADVISED RIGHTS ☐ YES ☐ NO | DATE/TIM |
|---|---|---|---|---|---|---|---|
| 26. RESIDENCE ADDRESS | | ZIP CODE | 27. HOME PHONE | | 28. PLACE OF EMPLOYMENT (School) | | 29. WORK PHONE |

| 30. RACE | 31. SEX | 32. AGE | 33. DOB | 34. HEIGHT | 35. WEIGHT | 36. HAIR | 37. EYES | 38. BEST TIME/PLACE TO CONTACT SUSPECT |
|---|---|---|---|---|---|---|---|---|

| 39. OFFENSE/CHARGE | 40. SUSPECT____ OF____ | 41. FURTHER SUSPECT DESCRIPTION/INFORMATION |
|---|---|---|

**SUSPECT VEHICLE**

| 42. MAKE | 43. MODEL | 44. YEAR | 45. COLOR | 46. BODY | 47. VIN |
|---|---|---|---|---|---|

| 48. LICENSE NO. | 49. STATE | 50. YEAR | 51. REGISTERED OWNER | 52. REGISTERED OWNER'S ADDRESS | ZIP C( |
|---|---|---|---|---|---|

| 53. PHONE | 54. IF TOWED, NAME LOCATION | 55. TOW-IN NO. | 56. VEHICLE IMPOUNDED ☐ YES ☐ NO | 57. IMPOUNDING OFFICER | C( |
|---|---|---|---|---|---|

| 58. DATE/TIME IMPOUNDED | 59. VEHICLE INVENTORIED ☐ YES ☐ NO | 60. INVENTORY OFFICER | CODE | 61. RELEASED TO |
|---|---|---|---|---|

| 62. DATE/TIME RELEASED | 63. RELEASED BY | CODE | 64. ADDITIONAL VEHICLE IDENTIFIERS/INFORMATION |
|---|---|---|---|

**WITNESS ONE 3**

| 77. SUMMARY OF FACTS TO WHICH WITNESS MAY TESTIFY |
|---|
| OBSERVED INCIDENT |

**WITNESS TWO**

| 78. WITNESS NAME (Last, First, Middle) | 79. RESIDENCE ADDRESS | ZIP CODE | 80. HOME PHONE |
|---|---|---|---|
| 81. WITNESS PLACE OF EMPLOYMENT (School) | 82. BUSINESS ADDRESS | ZIP CODE | 83. WORK PHONE |

| 84. RACE | 85. SEX | 86. AGE | 87. DOB | 88. WITNESS____ OF____ | 89. BEST TIME/PLACE TO CONTACT WITNESS |
|---|---|---|---|---|---|

| 90. SUMMARY OF FACTS TO WHICH WITNESS MAY TESTIFY |
|---|

| | CODE | DATE 2 NOV 93 | 92. REVIEWING SUPERVISOR | CODE DATE |
|---|---|---|---|---|

BS

PC 005937

DOJ-FOIA 000408
DOJ-FOIA 000408

| 14. Item # | 15. Item | 16. Quantity | 17. Manufacturer | 18. Model | 19. Serial # | 20. Color or Finish | 21. Value | 22. | Other Identifying Features |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 34. Received By | 35. Reason | 36. Date/Time | 34. Received By | 35. Reason | 36. Date/Time |
|---|---|---|---|---|---|
| | | 11-12-93 /217 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**37. Court Disposition:**

☐ Confiscate and/or Destroy — Item Numbers

☐ Return to Owner — Item Numbers

☐ Hold by Court — Item Numbers

_____ Judge's Signature/Date

**38. Released to Clerk of Court:**

_____ Clerk of Courts Signature/Date

**39. Auctioned:**

_____ Employee's Signature/Date

**40. Returned to Owner/Finder:**

_____ Prop. Employee's Signature/Date

_____ Owner/Finder's Signature/Date

**41. Destroyed:**

_____ Employee's Signature/Date

_____ Witness's Signature/Date

PC - 005938

b6
b7C

DOJ-FOIA 000409
DOJ-FOIA 000409

QHC                Criminal Purpose - NC/III Ident Record

ORI   NC0600100  NAM  BARNETTE,AQUILLA_MARE_____   RAC  B   SEX  M
DOB   070773  SOC _____   MNU _____     FBI _____
SID _____   PUR  C  OPR  FDD  ATN  OFF [_____]    HLP

CLA-9819  NOV 13,1993  10:50:21  ( 6Y1BMF5KKLDG )  ACK
CLA-2030 - DCI209      11/13/93 10:50:22 - 11/13/93 10:50:22 6Y1BMF5KKLDG
NO DCI WANTED PERSON RECORD
BASED ON NAM/BARNETTE,AQUILLA MARE  SEX/M  RAC/B  DOB/070773
                                                          PAGE  1 OF
CLA-2031 - NCIC1       11/13/93 10:50:27 - 11/13/93 10:50:24 6Y1BMF5KKLDG
1L016Y1BMF5KKLDG108
NC0600100
NO NCIC WANT DOB/070773 NAM/BARNETTE,AQUILLA MARE SEX/M RAC/B

CLA-2032 - DCI201      11/13/93 10:50:29 - 11/13/93 10:50:23 6Y1BMF5KKLDG
NO DCI CCH RECORD
BASED ON MKE/QHC  NAM/BARNETTE,AQUILLA MARE  RAC/B  SEX/M  DOB/070773  PUR/C
OPR/FDD
ATN/OFF [_____]
                                                          PAGE  1 OF
CLA-2033  - NCIC2      11/13/93 10:50:57 - 11/13/93 10:50:27 6Y1BMF5KKLDG
7L016Y1BMF5KKLDG1BC
NC0600100
THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON NAM/BARNETTE,AQUILLA MARE SEX/M RAC/B DOB/070773 PUR/C

NAME                     FBI NO:          INQUIRY DATE
BARNETTE,AQUILIA MARCVICCI  950082PA5      11/13/93

SEX  RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR  BIRTH PLACE
M    B     07/07/73    505     130     BRO   BLK   NORTH CAROLINA

FINGERPRINT CLASS
18 DI PI PM 17
20 11 PI PI 13

ALIAS NAMES
BARNETTE,AQUILIA MARCNICCI       BARNETTE,MARC
BARNETTE,AQUILIA MARCIVKCI

SOCIAL SECURITY
                                                          PAGE  2 OF
CLA-2033  - NCIC2.     11/13/93 10:50:57 - 11/13/93 10:50:27 6Y1BMF5KKLDG
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

IDENTIFICATION DATA UPDATED 03/03/93

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
 GEORGIA        - STATE ID/GA1872086W

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.

END

DOJ-FOIA 000410
DOJ-FOIA 000410

PC 005939

QRC              Criminal Purpose - NC/III Whole Record

ORI  NC0600100   NAM  BARNETTE,AQUILLA_MARE_____     FBI  950082PA5
SID  _____   PUR  C  OPR  FDD  ATN  OFF[_____]                   b6
DPT  _____  BLD  _____                b7C
ADR  _____  CIS  _____
ZIP  _____   HLP  __

CLA-9822  NOV 13,1993  10:54:08  ( 721BMF5KKPW7 )  ACK
CLA-2037 - DCI201     11/13/93 10:54:09 - 11/13/93 10:54:09 721BMF5KKPW7
NO DCI CCH RECORD
BASED ON MKE/QRC  NAM/BARNETTE,AQUILLA MARE  FBI/950082PA5  PUR/C  OPR/FDD
ATN/OFF[_____]
                                                        PAGE  1 OF  1
CLA-2038 - NCIC2     11/13/93 10:54:17 - 11/13/93 10:54:12 721BMF5KKPW7
EL01721BMF5KKPW71C4
NC0600100
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR FBI/950082PA5. THE FOLLOWING WILL RESPOND TO YOUR
AGENCY:
 GEORGIA        - STATE ID/GA1872086W

END

                                                        PAGE  1 OF  1
CLA-2038 - NCIC2     .11/13/93 10:54:17 - 11/13/93 10:54:12 721BMF5KKPW7
EL01721BMF5KKPW71C4
NC0600100
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR FBI/950082PA5. THE FOLLOWING WILL RESPOND TO YOUR
AGENCY:
 GEORGIA        - STATE ID/GA1872086W

END

                                                        PAGE  1 OF  5
CLA-2039 - NLETS     11/13/93 10:54:26 - 11/13/93 10:54:26 8F04CF5KK050
CR.GAIII0000
08:55 11/13/93 02387
08:55 11/13/93 01919 NC0600100
TXT
HDR/2L01721BMF5KKPW71C4
ATN/OFF[_____]  ARN/
PART  1
THE FOLLOWING RECORD PERTAINS TO SID/GA1872086W

                  GEORGIA CRIMINAL HISTORY

NAME                          STATE IDENT NBR    FBI IDENT NBR    RPT DATE
BARNETTE, AQUILIA MARCVICCI   GA1872086W         950082PA5        11/13/93

SEX  RACE   BIRTH DATE   HEIGHT   WEIGHT   EYES   HAIR   SKIN   BIRTHPLACE
M    B      07/07/73     5-05     128      BRO    BLK           NORTH CAROLIN

SOC SECURITY   FINGERPRINT CLASS   HENRY    SCAR-MARK-TATTOO   MISCELLANEOUS NBR
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    18 DI PI PM 17      27 W                        PC 005940
               20 11 PI PI 13      10 U
                                                        PAGE  2 OF  5

DOJ-FOIA 000411
DOJ-FOIA 000411

CLA-2039 - NLETS        11/13/93 10:54:40 - 11/13/93 10:54:26 8F04CF5KKQ50

ADDITIONAL IDENTIFIERS:
ALIAS NAMES------------------- *MARC

** INTERSTATE IDENTIFICATION INDEX - SINGLE-STATE OFFENDER **
********************************************************************************

ARREST-01    ARREST DATE-05/07/92-      TRACKING NBR-40977753
    AGENCY-NEWNAN POLICE DEPARTMENT           (GA0380100)
    AGENCY CASE NBR-9205009      NAME USED-
        CHARGE 01-DISCHARGING FIREARMS NEAR PUBLIC HIGHWAY

        CHARGE 02-RECKLESS CONDUCT

        CHARGE 03-POINTING A GUN OR PISTOL AT ANOTHER


        CHARGE 04-BATTERY

    JUDICIAL
CLA-2039 - NLETS        11/13/93 10:54:44 - 11/13/93 10:54:26 8F04CF5KKQ50
        DISP-CONVICTED                  COURT DISP DATE-06/01/92
        OFFENSE-DISCHARGING FIREARMS NEAR PUBLIC HIGHWAY
        COURT-NEWNAN MUNICIPAL COURT          (GA0380021J)    COURT NBR-
                TIME SERVED - RELEASED

        DISP-CONVICTED                  COURT DISP DATE-06/01/92
        OFFENSE-BATTERY
                TIME SERVED - RELEASED


        DISP-DISMISSED                  COURT DISP DATE-06/01/92
        OFFENSE-RECKLESS CONDUCT
            SRF/47521782                        CIT-
                NEWNAN MUN CRT

        DISP-CONVICTED                  COURT DISP DATE-06/01/92
        OFFENSE-POINTING A GUN OR PISTOL AT ANOTHER
        SENTENCE: CONF-25D
                TIME SERVED - RELEASED

ARREST-02    ARREST DATE-08/12/92-    TRACKING NBR-40868866
CLA-2039 - NLETS        11/13/93 10:54:53 - 11/13/93 10:54:26 8F04CF5KKQ50
    AGENCY-COWETA CO. SHERIFF'S OFFICE        (GA0380000)
    AGENCY CASE NBR-012918      NAME USED-
        CHARGE 01-CRIMINAL TRESPASS


    JUDICIAL
        DISP-DISMISSED                  COURT DISP DATE-11/24/92
        OFFENSE-CRIMINAL TRESPASS
        COURT-COWETA COUNTY SUPERIOR COURT    (GA038015J)    COURT NBR-

ARREST-03    ARREST DATE-01/28/93-    TRACKING NBR-30703654
    AGENCY-NEWNAN POLICE DEPARTMENT           (GA0380100)
    AGENCY CASE NBR-12918        NAME USED-

PC -005941

DOJ-FOIA 000412
DOJ-FOIA 000412

CHARGE 01-CRUELTY TO CHILDREN


                    2CTS

      CHARGE 02-SIMPLE BATTERY


    JUDICIAL
      DISP-CONVICTED                    COURT DISP DATE-03/09/93
                                                      PAGE  5 OF  5
CLA-2039 - NLETS        11/13/93 10:55:02 - 11/13/93 10:54:26 8F04CF5KKQ50
      OFFENSE-CRUELTY TO CHILDREN
              2CTS                                     CIT-
      COURT-GEORGIA ORI UNKNOWN           (GAGBI000Z)   COURT NBR-
      SENTENCE: PROB-5Y FINE-$480
              2CTS CC

      DISP-DISMISSED                     COURT DISP DATE-03/30/93
      OFFENSE-SIMPLE BATTERY
              LACK OF PROS

*************************************************************
* THIS RECORD IS SOLELY FOR OFFICIAL CRIMINAL JUSTICE USE. *
* USE OF THIS RECORD OR INFORMATION HEREIN FOR ANY OTHER   *
* PURPOSE VIOLATES GEORGIA LAW.                            *
*************************************************************

END OF RECORD

PC - 005942

DOJ-FOIA 000413
DOJ-FOIA 000413



11/12/93 21:45
** REPRINT **

789166

BARNETTE, AQUILLA MARC                          M   B   07 07 73   20   931112161802

3413 WEST BV                                    5   5   130   BLK   BRO

CHARLOTTE          NC          (704)394-7950   2435715534                    GA

HARPERS            XH                          000 000 0000   243 57 1534

WAITER             NOT GIVEN

123 W EXMORE ST                    CHARLOTTE              X

RES                11 12 93 1618              X                X

b6
b7C

134002 M ASSAULT WITH A DEADLY WEAPON — CUTTING
134002 M ASSAULT WITH A DEADLY WEAPON — CUTTING
134002 M ASSAULT WITH A DEADLY WEAPON — CUTTING
102600 F KIDNAPPING — FIRST DEGREE

(B.F.)

6138

(M.Y)

*M0459* DEF WAS ARRESTED ON LISTED CHARGES.

| UMPHLET, B.S. | C3063 | X | CPD  A2 | |
| KENDALL, S.B. | C2441 | X | UMPHLET, B.S. | C3063 |
| RUSSELL, T.E. | C3014 | X | 11 12 93  2114 | |
| BURGESS, D.D. | C2567 | X | UMPHLET, B.S. | C3063 |
| | | | UMPHLET, B.S. | C3063 |

PC - 005943

DOJ-FOIA 000414
DOJ-FOIA 000414

# WITNESS SUBPOENA LIST

Page ___1___ of ___1___

| Def. No. | DEFENDANT(s) NAME(s) (Last, First, Middle, Jr. Sr. etc.) | J U V. | CHARGES & CR # (s) — COURT PERSONNEL USE ONLY |
|---|---|---|---|
| 1 | BARNette, AQuiLLA m | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

## WITNESSES REQUIRED FOR COURT:
Complete Witness Information Is Responsibility of O-I-C.
Indicate Area Codes Only For Long Distance Numbers.

| Wit. No. | OFFICER-IN-CHARGE OF CASE: (Enter in D.I.R.S. As Law Officer Complainant) | | Not Req'd b6 b7C |
|---|---|---|---|
| 1 | | Phone | |

**CIVILIAN WITNESSES:** (LIST VICTIM(s) / COMPLAINANT(s) FIRST)

| 2 | | cted | Not Req'd For#6 |
|---|---|---|---|
| W:D | | | b6 b7C |
| | | Home Phone | |
| | | Bus. Phone | |

| 3 | | m Witness May Be Contacted | Not Req'd For#6 |
|---|---|---|---|
| W:D | | # & Street | |
| W:V | | Home Phone | Type |
| | | Bus. Phone | |

| 4 | WITNESS NAME (Last, First, Middle, Jr. Sr. etc.) | Person Through Whom Witness May Be Contacted | Not Req'd For#6 |
|---|---|---|---|
| W:D | | | |
| W:V | | | Type |

| 5 | WITNESS NAME (Last, First, Middle, Jr. Sr. etc.) | | Person Through Whom Witness May Be Contacted | | Not Req'd For#6 |
|---|---|---|---|---|---|
| W:D | Home, House # / Apt # & Street | | Home, House # / Apt # & Street | | |
| W:V | City, State, Zip | Home Phone | City, State, Zip | Home Phone | Type |
| | Employer/Business Name | Business Address | | Bus. Phone | |

**ADDITIONAL LAW OFFICER WITNESSES:**

Not Req'd For#6

| 6 | OFFICER NAME (Last, First, M.I., Jr. Sr. etc.) | Type | I.D. # | Agency | Team | Bus. Phone | Home Phone | |
|---|---|---|---|---|---|---|---|---|
| 7 | OFFICER NAME (Last, First, M.I., Jr. Sr. etc.) | Type | I.D. # | Agency | Team | Bus. Phone | Home Phone | |
| 8 | OFFICER NAME (Last, First, M.I., Jr. Sr. etc.) | Type | I.D. # | Agency | Team | Bus. Phone | Home Phone | b6 b7C |

| | Verified By | Entered By | Date Entered |
|---|---|---|---|
| | | PC 005944 | |

Form # Wit.-1    Rev. 4/29/79

DOJ-FOIA 000415
DOJ-FOIA 000415

# CHARLOTTE POLICE DEPARTMENT SUSPECT/WITNESS SUPPLEMENT

FORM 2.2 (3/84)

**VICTIM**

**SUSPECT ONE**

b6
b7C

**SUSPECT TWO**

| 22. SUSPECT NAME (Last, First, Middle) | | | | 23. NICKNAME (AKA) | | 24. ARREST NO. | 25. ADVISED RIGHTS ☐ YES ☐ NO | DATE/TIME |
|---|---|---|---|---|---|---|---|---|

| 26. RESIDENCE ADDRESS | | ZIP CODE | 27. HOME PHONE | 28. PLACE OF EMPLOYMENT (School) | | 29. WORK PHONE |
|---|---|---|---|---|---|---|

| 30. RACE | 31. SEX | 32. AGE | 33. DOB | 34. HEIGHT | 35. WEIGHT | 36. HAIR | 37. EYES | 38. BEST TIME/PLACE TO CONTACT SUSPECT |
|---|---|---|---|---|---|---|---|---|

| 39. OFFENSE/CHARGE | 40. SUSPECT_____ OF_____ | 41. FURTHER SUSPECT DESCRIPTION/INFORMATION |
|---|---|---|

**SUSPECT VEHICLE**

| 42. MAKE | 43. MODEL | 44. YEAR | 45. COLOR | 46. BODY | 47. VIN |
|---|---|---|---|---|---|

| 48. LICENSE NO. | 49. STATE | 50. YEAR | 51. REGISTERED OWNER | 52. REGISTERED OWNER'S ADDRESS | ZIP CODE |
|---|---|---|---|---|---|

| 53. PHONE | 54. IF TOWED, NAME LOCATION | 55. TOW-IN NO. | 56. VEHICLE IMPOUNDED ☐ YES ☐ NO | 57. IMPOUNDING OFFICER | CODE |
|---|---|---|---|---|---|

| 58. DATE/TIME IMPOUNDED | 59. VEHICLE INVENTORIED ☐ YES ☐ NO | 60. INVENTORY OFFICER | CODE | 61. RELEASED TO |
|---|---|---|---|---|

| 62. DATE/TIME RELEASED | 63. RELEASED BY | CODE | 64. ADDITIONAL VEHICLE IDENTIFIERS/INFORMATION |
|---|---|---|---|

b6
b7C

**WITNESS ONE 3**

**WITNESS TWO**

| 78. WITNESS NAME (Last, First, Middle) | 79. RESIDENCE ADDRESS | ZIP CODE | 80. HOME PHONE |
|---|---|---|---|

| 81. WITNESS PLACE OF EMPLOYMENT (School) | 82. BUSINESS ADDRESS | ZIP CODE | 83. WORK PHONE |
|---|---|---|---|

| 84. RACE | 85. SEX | 86. AGE | 87. DOB | 88. WITNESS_____ OF_____ | 89. BEST TIME/PLACE TO CONTACT WITNESS |
|---|---|---|---|---|---|

90. SUMMARY OF FACTS TO WHICH WITNESS MAY TESTIFY

| | CODE | DATE 12 NOV 93 | |
|---|---|---|---|

DOJ-FOIA 000416
DOJ-FOIA 000416

File No. _____

Film No. _____

POSITIVE ID 181573

The State of North Carolina
VS.

BARNETTE, AQUILLA MARC
3413 WEST BV
CHARLOTTE   NC

93-CR-073745 01      20856942
-15-93  1101 A   BOND  20000
       MAGISTRATE'S ORDER

KIDNAPPING - SECOND DEGREE

                102800

ISSUED 12 DAY OF NOVEMBER  1993

WITNESSES

b6
b7C

STATE OF NORTH CAROLINA

MECKLENBURG    County

In The General Court of Justice
12-8-93
District Court Division

BARNETTE, AQUILLA MARC      DEFENDANT   B  M  07-07-73
3413 WEST BV         CHARLOTTE    NC
           HARPERS                    B:0001000-0000

THE UNDERSIGNED FINDS THAT THE DEFENDANT NAMED ABOVE HAS
BEEN ARRESTED WITHOUT A WARRANT AND HIS DETENTION IS
JUSTIFIED BECAUSE THERE IS PROBABLE CAUSE TO BELIEVE
THAT ON OR ABOUT THE
12 DAY OF NOVEMBER , 1993 IN THE COUNTY NAMED ABOVE, THE
DEFENDANT NAMED ABOVE DID UNLAWFULLY, WILLFULLY AND FELONIOUSLY
KIDNAP[          ] A PERSON WHO HAD OBTAINED THE AGE OF 16
YEARS , BY UNLAWFULLY REMOVING HIM FROM ONE PLACE TO ANOTHER ,
WITHOUT HIS CONSENT , FOR THE PURPOSE OF TO TERRORIZE THE VICTIM .
                         b6
                         b7C

IN VIOLATION OF THE FOLLOWING LAW: GS 014 -039.000(0)(0)(0)
ISSUED THIS 12 DAY OF NOVEMBER , 1993; UPON INFORMATION FURNISHED
UNDER OATH BY THE ARRESTING OFFICER OR OFFICERS NAMED BELOW:
THE UNDERSIGNED HAS THIS DAY
DELIVERED A COPY OF THIS ORDER
TO THE DEFENDANT.

CK# L13562N

ARREST # 00789166
COMPLAINT # 9341121161802

☐ Magistrate   ☐ Deputy CSC   ☐ Assistant CSC

AOC-CR 1100 AS, REV. 5/92              COURT RECORD COPY

DOJ-FOIA 000417
DOJ-FOIA 000417

PC - 005946

File No._____

Film No._____

POSITIVE ID 181573

The State of North Carolina
VS.

BARNETTE, AQUILLA MARC
3413 WEST BV
CHARLOTTE    NC

93-CR-073743 01        20896942
9-15-93  1101 A  BOND  1000
MAGISTRATE'S ORDER

ASSAULT WITH A DEADLY WEAPON
- CUTTING
                    134002

ISSUED 12 DAY OF NOVEMBER  1993

WITNESSES

b6
b7C

STATE OF NORTH CAROLINA

MECKLENBURG    County

In The General Court of Justice

District Court Division

BARNETTE, AQUILLA MARC    DEFENDANT   B  M  07-07-73
3413 WEST BV         CHARLOTTE   NC
         HARRERS                 B (000)000-0000

b6
b7C

THE UNDERSIGNED FINDS THAT THE DEFENDANT NAMED ABOVE HAS
BEEN ARRESTED WITHOUT A WARRANT AND HIS DETENTION IS
JUSTIFIED BECAUSE THERE IS PROBABLE CAUSE TO BELIEVE
THAT ON OR ABOUT THE
12 DAY OF NOVEMBER , 1993 IN THE COUNTY NAMED ABOVE. THE
DEFENDANT NAMED ABOVE DID UNLAWFULLY, WILLFULLY
ASSAULT [                ] WITH A DEADLY WEAPON, A KNIFE , BY WAIVED
KNIFE AT VICTIM AND LUNGED TOWARD HIM .

IN VIOLATION OF THE FOLLOWING LAW: GS 014 -033.000(B)(1)(0)
ISSUED THIS 12 DAY OF NOVEMBER , 1993, UPON INFORMATION FURNISHE
UNDER OATH BY THE ARRESTING OFFICER OR OFFICERS NAMED BELOW:
THE UNDERSIGNED HAS THIS DAY
DELIVERED A COPY OF THIS ORDER
TO THE DEFENDANT.

ARREST # 00789166
COMPLAINT # 93111214802

COURT RECORD COPY

☐ Magistrate   ☐ Deputy CSC   ☐ Assistant CSC
                              PC - 005947

AOC CR 1100 AS REV 5/92

DOJ-FOIA 000418
DOJ-FOIA 000418

File No. _____

Film No. _____

POSITIVE ID 181573

The State of North Carolina
VS.

BARNETTE AQUILLA MARC
3413 WEST BV
CHARLOTTE      NC

93-CR-073742 01        20896942
-15-93 1101 A   BOND  1000
MAGISTRATE'S ORDER

ASSAULT WITH A DEADLY WEAPON
-CUTTING
                          134002

ISSUED 12 DAY OF NOVEMBER  1993

WITNESSES

AOC-CR 1100 AS REV 5/92

STATE OF NORTH CAROLINA

MECKLENBURG      County

In The General Court of Justice

District Court Division

BARNETTE, AQUILLA MARC        DEFENDANT   B  M  07-07-73
3413 WEST BV          CHARLOTTE     NC
        HARPERS                      B (000)000-0000

THE UNDERSIGNED FINDS THAT THE DEFENDANT NAMED ABOVE HAS
BEEN ARRESTED WITHOUT A WARRANT AND HIS DETENTION IS
JUSTIFIED BECAUSE THERE IS PROBABLE CAUSE TO BELIEVE
THAT ON OR ABOUT THE
12 DAY OF NOVEMBER , 1993 IN THE COUNTY NAMED ABOVE, THE
DEFENDANT NAMED ABOVE DID UNLAWFULLY, WILLFULLY
ASSAULT [        ] WITH A DEADLY WEAPON, A KNIFE , BY WAVED KNIFE A
VICTIM

IN VIOLATION OF THE FOLLOWING LAW: GS 014 -033.000(B)(1)(0)
ISSUED THIS 12 DAY OF NOVEMBER , 1993. UPON INFORMATION FURNISHE
UNDER OATH BY THE ARRESTING OFFICER OR OFFICERS NAMED BELOW:
THE UNDERSIGNED HAS THIS DAY
DELIVERED A COPY OF THIS ORDER
TO THE DEFENDANT.

ARREST # 00789166
COMPLAINT # 9311121161802

☐ Magistrate   ☐ Deputy CSC   ☐ Assistant CSC

PC - 005948

COURT RECORD COPY

DOJ-FOIA 000419
DOJ-FOIA 000419

File No._____

Film No._____

POSITIVE ID 181573

The State of North Carolina
VS.

BARNETTE, AQUILLA MARC
3413 WEST BV
CHARLOTTE    NC

93-CR-033741 01    20896942
12-11-93 1101 A    BOND  1000
MAGISTRATE'S ORDER

ASSAULT WITH A DEADLY WEAPON
- CUTTING

                      134002

ISSUED 12 DAY OF NOVEMBER  1993

WITNESSES

b6
b7C

STATE OF NORTH CAROLINA                 In The General Court of Justice

MECKLENBURG    County                   District Court Division

VD'ed 4/29
07B

BARNETTE, AQUILLA MARC        DEFENDANT  B  M  07-07-73
3413 WEST BV        CHARLOTTE    NC
        HARPERS                B (000)000-0000

b6
b7C

THE UNDERSIGNED FINDS THAT THE DEFENDANT NAMED ABOVE HAS
BEEN ARRESTED WITHOUT A WARRANT AND HIS DETENTION IS
JUSTIFIED BECAUSE THERE IS PROBABLE CAUSE TO BELIEVE
THAT ON OR ABOUT THE
12 DAY OF NOVEMBER , 1993 IN THE COUNTY NAMED ABOVE, THE
DEFENDANT NAMED ABOVE DID UNLAWFULLY, WILLFULLY
ASSAULT[          ]WITH A DEADLY WEAPON, A KNIFE , BY SUSPECT
HELD KNIFE TO VICTIMS THROAT .

IN VIOLATION OF THE FOLLOWING LAW: GS 014 -033.000(B)(1)(0)
ISSUED THIS 12 DAY OF NOVEMBER , 1993, UPON INFORMATION FURNISHED
UNDER OATH BY THE ARRESTING OFFICER OR OFFICERS NAMED BELOW:
THE UNDERSIGNED HAS THIS DAY
DELIVERED A COPY OF THIS ORDER
TO THE DEFENDANT.

ARREST # 00789166
COMPLAINT #  931112161802

☒ Magistrate   ☐ Deputy CSC   ☐ Assistant CSC

b6
b7C

PC - 005949

AOC-CR 1100 AS, REV. 5/92                COURT RECORD COPY

DOJ-FOIA 000420
DOJ-FOIA 000420



11/12/93 21:45
** REPRINT **

P I D 191573
789166

BARNETTE, AQUILLA MARC                    M   B    07 07 73   20   931112161802

3413 WEST BV                              5   5   130   BLK   BRO

CHARLOTTE          NC          (704)394-7950    2435715534              GA

HARPERS            XH                    000 000 0000   243 57 1534

WAITER             NOT GIVEN

123 W EXMORE ST                 CHARLOTTE                    X

RES              11 12 93 1618             X                  X

b6
b7C

134002 M ASSAULT WITH A DEADLY WEAPON -- CUTTING
134002 M ASSAULT WITH A DEADLY WEAPON -- CUTTING
134002 M ASSAULT WITH A DEADLY WEAPON -- CUTTING
102600 F KIDNAPPING -- FIRST DEGREE

*M0459* DEF WAS ARRESTED ON LISTED CHARGES.

b6
b7C

C3063    X         CPD   A2

C2441    X                              C3063

C3014    X

C2567    X
                                        C3063
PC - 005950
                                        C3063

DOJ-FOIA 000421
DOJ-FOIA 000421

ARREST REPORT MUST
BE ATTACHED

CHARLOTTE-MECKLENBURG INTAKE CENTER
ARREST AFFIDAVIT

SUFFIX

b6
b7C

1. CHARGES YOU ARE SEEKING: _____Kidnapping_____
(3) ADW - KNIFE

2. DETAILED NARRATIVE - **INDICATE** **WHAT** **YOU/VICTIMS/WITNESSES** **CAN** **TESTIFY** **TO** AND INCLUDE ANY POTENTIAL PROSECUTION PROBLEMS:_____

_____See Page 1_____

3. IS POLICE INVESTIGATIVE REPORT ATTACHED? YES / NO

4. WHEN DID THIS INCIDENT OCCUR? DATE: 11-12-93    TIME: 1618

5. WHERE DID THIS INCIDENT OCCUR? _____

6. IF LARCENY OR PROPERTY DAMAGE, TOTAL DOLLAR AMOUNT: $ _____
WAS RESTITUTION MADE? YES / NO

7. WAS VICTIM HOSPITALIZED? YES / NO
DESCRIBE INJURIES & CONDITION_____

8. DEFENDANT: SOBER?✗ HAD BEEN DRINKING?____INTOXICATED?____DRUG IMPAIRED?____
9. VICTIM: SOBER?✗ HAD BEEN DRINKING?____INTOXICATED?____DRUG IMPAIRED?____

10. WHAT IS VICTIM'S RELATIONSHIP TO DEFENDANT? (BROTHER, SISTER, NEIGHBOR, ETC.)
_____

11. IS VICTIM WILLING TO PROSECUTE? YES / NO

12. HAS VICTIM PROSECUTED THIS DEFENDANT BEFORE? YES / NO
IF YES, WHAT WERE CHARGES? _____

MCPD-126  1/92          *CONTINUE ON REVERSE SIDE*          PC - 005951

DOJ-FOIA 000422
DOJ-FOIA 000422

13. DEFENDANT'S PRIOR RECORD:  NONE: _____  UNKNOWN: _____  ATTACHED: _____

14. DID DEFENDANT MAKE ANY STATEMENT TO POLICE?.  YES / NO
    TO WHOM/EXPLAIN:_____
    _____

15. MIRANDA WARNINGS?  YES / NO   WHEN? _____ BY WHOM? _____

16. DESCRIBE PHYSICAL EVIDENCE: _____
    _____

17. LOCATION OF EVIDENCE:  POLICE PROPERTY ROOM _____ RETURNED TO OWNER _____
    OTHER: _____

18. ARE THERE CO-DEFENDANTS?  YES / NO
    IF YES, GIVE NAMES:  _____
    _____

19. CREDIT CARD LARCENY/FRAUD CASE (IF APPLICABLE) CARD NUMBER, ISSUED TO, ISSUED
    BY, EXPIRATION DATE: _____
    _____

20. CHECK FORGERY/FRAUD CASE (IF APPLICABLE) BANK NAME & LOCATION, ACCOUNT NUMBER,
    ACCOUNT OWNER, MADE PAYABLE TO, DATE, AMOUNT:_____
    _____

21. VEHICLE LARCENY/UNLAWFUL CONVEYANCE CASE (IF APPLICABLE) YEAR, MAKE, MODEL,
    VIN, COLOR, TAG NUMBER, OWNER:_____
    _____

22. BUSINESS VICTIM - LEGAL BUSINESS NAME (IF APPLICABLE)
    NAME:_____
    ADDRESS:_____ CITY/ST._____

23.

24.                                                                 b6
                                                                    b7C

25.

    *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *
    THIS PAPERING FORM HEREBY INCORPORATES THE ABOVE REFERENCED CHARLOTTE-
    MECKLENBURG INTAKE CENTER ARREST REPORT.

    THE UNDERSIGNED LAW ENFORCEMENT OFFICER HEREBY SWEARS/AFFIRMS THAT HE/SHE
    HAS READ THIS FORM, INCLUDING THE ABOVE REFERENCED ARREST REPORT, AND THAT
    THE MATTERS STATED HEREIN ARE TRUE EXCEPT AS TO THOSE MATTERS NECESSARILY
    BASED UPON INFORMATION AND BELIEF, AND AS TO THOSE MATTERS, HE/SHE BELIEVES
    THEM TO BE TRUE.                                                      b6
                                                                          b7C
SWORN AND SUBSCRIBED BEFORE ME:          OFFICER'S NAME:

DATE: 11-12-93

SIGNATURE: WILLIAM E LINE NOTARY          NUMBER: 3065

TITLE: MY COMMISSION EXPIRES JAN 10, 1998   DEPT./AGENCY: Charlotte Police Dept
                                                           PC - 005952

DOJ-FOIA 000423
DOJ-FOIA 000423

SP001-NO ACTION TAKEN
                    CRIMINAL SUPPLEMENTAL INQUIRY        01
                    BARNETTE,AQUILLA                 93CR 076062   CITA:
CHRG OFFN: 2226     FIRST DEGREE BURGLARY                          14-51
ARRN OFFN: 2226                    SPEED:     MPH    ZONE:
MFTI: F TEXT: FIRST DEGREE BURGLARY                        GS: 14-51
TRIAL DATE: 120996             CONT BY:    COURTROOM: 2201 AM/PM/NC: AM
 SERV DATE: 112293             RET UNSERV:             REDEL DATE:
ARREST DT: 112293   COMPLAINT:             CHECK DIGIT: L13562N   RS/RV:    b6
DEF ATTY:                             TYPE: R  ADA: PRO DISTRICT ATTORNEY   b7C
    C&F:                          90DF:                  NON MV FTC:
    OFA:          KEEP OFA?: N    SCO:         OOF:          CASH BF:
        REINSTATEMENT:                PROBATION VIOL DATE:

              FTA 20DF:                      OFFENSE DATE:  110893
   FTA 20DF COMPLIANCE:                      DISPOSED DATE:  121393


                                    ADDL CHARGES:
                              INQUIRY ADDL CHARGES?:
   NEXT #:               PF11=EVNT  12=CNCL

26A-CE-77261-15

SEARCHED _____ INDEXED _____
SERIALIZED _____ FILED _____
DEC 1 7 1996
FBI - Chnr.                    (file)

PC - 005953

DOJ-FOIA 000424
DOJ-FOIA 000424

```
590 MECKLENBURG          ICA INQUIRY 01   93CR 076062     FILM:
DISPOSED                 R  S DOB/AGE      CRS      FILING DATE: 060396
WARRANT                  B  M  070773  DL#:
BARNETTE,AQUILLA                       CITA.#:
3413 WEST BLVD                         TRIAL DATE: 120996  AM   2201
CHARLOTTE        NC               DEF ATTY:                        TYP: b6
CHG/ARRN OFFN: F FIRST DEGREE BURGLARY                                  b7C
COMPLAINANT                    b6          ISSUED: 112293   SERVED: 112293
OFFN DATE: 110893   ARRN DATE:  b7C  MOTIONS DATE:       DISP DATE: 121393
CONT. D: 00 S: 00 C: 02 NR: 00

PLEA VERDICT MOD   FINE    COSTS    REST      JUDGE  MONIES-PD  TO-BE-PAID
            SI  $         $        $
CONV OFFN:
SENT LEN:        -        SENT TYPE:           CONS F/JGMT:
PROB:                     WITHDRAWN:           APPEALED TO SUPERIOR:
AREA CD:   ACCD:   HWY:       V LIC:           TRANS TO SUPERIOR: 121393
CDL: N  CMV: N  HAZ: N   TRP/DIST:    V ST:    V TYP:       APPELLATE:


ARREST DATE: 112293 CHECK DIGIT: L13562N SID:         LID: 181573
NEXT#:                    PF2 - NAME INQUIRY            ADDL CHARGES:
```

PC - 005954

DOJ-FOIA 000425
DOJ-FOIA 000425

```
SP001-NO ACTION TAKEN
              CRIMINAL SUPPLEMENTAL INQUIRY        51
              BARNETTE,AQUILLA                     93CRS076063  CITA:
CHRG OFFN: 1030 00 FELONIOUS RESTRAINT                          14-43.3
ARRN OFFN: 1030 00              SPEED:     MPH    ZONE:
MFTI: F TEXT: FELONIOUS RESTRAINT                       GS: 14-43.3
TRIAL DATE: 120996            CONT BY:    COURTROOM: 2201 AM/PM/NC: AM
 SERV DATE: 112293            RET UNSERV:              REDEL DATE:
ARREST DT: 111293  COMPLAINT: 931109011301   CHECK DIGIT: L13562N  RS/RV:   b6
DEF ATTY:|                    |       TYPE: P  ADA: PRO DISTRICT ATTORNEY   b7C
    C&F:                           90DF:              NON MV FTC:
    OFA:           KEEP OFA?: N  SCO:       OOF:          CASH BF:
       REINSTATEMENT:               PROBATION VIOL DATE:


            FTA 20DF:                  OFFENSE DATE:   110893
  FTA 20DF COMPLIANCE:                DISPOSED DATE:   091294
 PROBABLE CAUSE DATE:                 INDICTMENT DATE: 121393
    ARRAIGNMENT DATE:  012894     MOTION/GJ PENDING DATE:

                                  ADDL CHARGES: Y
                          INQUIRY ADDL CHARGES?:
  NEXT #:                 PF11=EVNT  12=CNCL
```

PC - 005955

DOJ-FOIA 000426
DOJ-FOIA 000426

```
590 MECKLENBURG              ICA INQUIRY 51  93CRS076063     FILM:
DISPOSED                     R  S DOB/AGE     CRS     FILING DATE: 012894
INDICTMENT                   B  M  070773  DL#: 2435715534              GA
BARNETTE,AQUILLA                           CITA.#:
3413 WEST BV                               TRIAL DATE: 120996  AM  2201   b6
CHARLOTTE        NC                DEF ATTY:                    TYP: b7C
CHG/ARRN OFFN: F FELONIOUS RESTRAINT                14-43.3
COMPLAINANT:                          CPD ISSUED: 112293  SERVED: 112293
OFFN DATE: 110893   ARRN DATE: 012894  MOTIONS DATE:      DISP DATE: 091294
CONT. D: 00 S: 00 C: 02 NR: 00


PLEA VERDICT MOD   FINE    COSTS    REST      JUDGE  MONIES-PD  TO-BE-PAID
 NG    GU    JR  $         $        $ 100.00
CONV OFFN: F  FELONIOUS RESTRAINT                    14-43.3
SENT LEN:        -         SENT TYPE:          CONS F/JGMT:
PROB:                     WITHDRAWN:           APPEALED TO SUPERIOR:
AREA CD:   ACCD:   HWY:       V LIC:           TRANS TO SUPERIOR: 121393
CDL: N  CMV: N  HAZ: N   TRP/DIST:    V ST:    V TYP:       APPELLATE:
PROB. WHEN PROB. OFFICER ALLOWS, ABIDE BY CURFEW,
POSESS NO DEADLY WEAPONS, MENTAL HEALTH EVAL.
SUPPORT DEPENDENTS, REST. TO
ARREST DATE: 111293 CHECK DIGIT: L13562N SID: NC0597179A LID: 181573
NEXT#:                  PF2 - NAME INQUIRY            ADDL CHARGES: Y
```

PC - 005956

DOJ-FOIA 000427
DOJ-FOIA 000427

b6
b7C

```
SP001-NO ACTION TAKEN ●          ·  —  .,          ●
                    CRIMINAL SUPPLEMENTAL INQUIRY       52
                    BARNETTE,AQUILLA                93CRS076063   CITA:
CHRG OFFN: 5032      FELONY PROBATION VIOLATION                    15A-1345
ARRN OFFN: 5032                     SPEED:     MPH     ZONE:
MFTI: F TEXT: FELONY PROBATION VIOLATION                    GS: 15A-1345
TRIAL DATE: 120996              CONT BY:     COURTROOM: 2201 AM/PM/NC: AM
 SERV DATE: 112293             RET UNSERV:                  REDEL DATE:
ARREST DT: 111293   COMPLAINT: 931109011301   CHECK DIGIT: L13562N   RS/RV:
DEF ATTY:                            TYPE: P  ADA: PRO DISTRICT ATTORNEY
    C&F:                           90DF:              NON MV FTC:
    OFA:        KEEP OFA?: N   SCO:         OOF:          CASH BF:
       REINSTATEMENT:               PROBATION VIOL DATE:

             FTA 20DF:                    OFFENSE DATE:  110893
   FTA 20DF COMPLIANCE:                   DISPOSED DATE:
   PROBABLE CAUSE DATE:   012894         INDICTMENT DATE:  121393
      ARRAIGNMENT DATE:  012894      MOTION/GJ PENDING DATE:

                                    ADDL CHARGES:
                         INQUIRY ADDL CHARGES?:
   NEXT #:                 PF11=EVNT  12=CNCL
```

PC - 005957

DOJ-FOIA 000428
DOJ-FOIA 000428

```
590 MECKLENBURG              ICA INQUIRY 52   93CRS076063     FILM:
PENDING                      R  S DOB/AGE      CRS     FILING DATE: 012894
INDICTMENT                   B  M  070773  DL#: 2435715534              GA
BARNETTE,AQUILLA                          CITA.#:
3413 WEST BV                              TRIAL DATE: 120996  AM  2201
CHARLOTTE        NC                  DEF ATTY:[                ]     TYP: P
CHG/ARRN OFFN: F FELONY PROBATION VIOLATION        15A-1345
COMPLAINANT:[            ]               CPD ISSUED: 112293   SERVED: 112293
OFFN DATE: 110893    ARRN DATE: 012894  MOTIONS DATE:      DISP DATE: b6
CONT. D: 00 S: 00 C: 02 NR: 00                                        b7C

PLEA VERDICT MOD   FINE    COSTS     REST      JUDGE   MONIES-PD  TO-BE-PAID
                   $        $         $
CONV OFFN:
SENT LEN:        -          SENT TYPE:              CONS F/JGMT:
PROB:                       WITHDRAWN:              APPEALED TO SUPERIOR:
AREA CD:   ACCD:   HWY:        V LIC:               TRANS TO SUPERIOR:
CDL: N  CMV: N  HAZ: N   TRP/DIST:    V ST:    V TYP:       APPELLATE:


ARREST DATE: 111293 CHECK DIGIT: L13562N SID: NC0597179A LID: 181573
NEXT#:                     PF2 - NAME INQUIRY            ADDL CHARGES:
```

PC - 005958

DOJ-FOIA 000429
DOJ-FOIA 000429



93 1109 01/301



*State of North Carolina*
*General Court of Justice*
*Defender District 26*



DISTRICT ATTORNEY'S OFFICE
FILED
JUN 21 1994

SUITE 308
MECKLENBURG COUNTY OFFICE BUILDING
720 EAST FOURTH STREET
CHARLOTTE, N. C. 28202-2894

ISABEL SCOTT DAY
PUBLIC DEFENDER

TEL: 704-347-7870

TO:    ASSISTANT DISTRICT ATTORNEY _____

FROM:  ASSISTANT PUBLIC DEFENDER _____

b6
b7C

RE:    CASE NO(S). ____ 93 CRS 76062, 63 ____

DEFENDANT'S NAME __ AQUILLA BARNETTE __

THREE WEEK TERM COMMENCING __ 6/27/94 __

COURTROOM 3301/3303

DATE: __ 6/21/94 __

*********************************************************************

I represent the above-named defendant on the above-listed charges.

PC - 005959

DOJ-FOIA 000430
DOJ-FOIA 000430

DEC 1 4 1993

789166

Barnette

| | HIT | AO HIT | OTS VRFY | PER/TR |
|---|---|---|---|---|
| NCIC CCH | ( ) | ☑ | ( ) | |
| ___ CHECK | ( ) | ✝ | ( ) | 459 |
| ___ | ( ) | ✝ | ( ) | 547 |
| ALIAS WARRANT CHECK | ( ) | ✝ | ( ) | |
| NCIC/ARREST HISTORY | ( ) | ↓ | ( ) | |
| DCI/NCIC/CCH | ✗ | ( ) | ( ) | |
| NCCJIS ARREST HISTORY | ( ) | ( ) | ( ) | |

```
MBAO-0188 - DCI209        11/12/93 21:28:55 - 11/12/93 21:28:54 6Y1ZAFJJ4WOG
NO DCI WANTED PERSON RECORD
BASED ON NAM/BARNETTE,AQUILLA MARC  SEX/M  RAC/B  DOB/070773
                                                        PAGE  1 OF  1
MBAO-0189 - NCIC1        11/12/93 21:29:00 - 11/12/93 21:28:56 6Y1ZAFJJ4WOG
1L016Y1ZAFJJ4WOG108
NC0601700
NO NCIC WANT DOB/070773 NAM/BARNETTE,AQUILLA MARC SEX/M RAC/B

MBAO-0190 - DCI201        11/12/93 21:29:02 - 11/12/93 21:28:55 6Y1ZAFJJ4WOG
NO DCI CCH RECORD
BASED ON MKE/GHC  NAM/BARNETTE,AQUILLA MARC  RAC/B  SEX/M  DOB/070773  PUR/C
OPR/SAR
ATN/GILCHRIST
                                                        PAGE  1 OF  2
MBAO-0191 - NCIC2        11/12/93 21:29:05 - 11/12/93 21:29:00 6Y1ZAFJJ4WOG
7L016Y1ZAFJJ4WOG1BC
NC0601700
THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON NAM/BARNETTE,AQUILLA MARC SEX/M RAC/B DOB/070773 PUR/C

NAME                           FBI NO.        INQUIRY DATE
BARNETTE,AQUILIA MARCVICCI      950062PA5      11/12/93

SEX  RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR  BIRTH PLACE
M    B     07/07/73    505     130     BRO   BLK   NORTH CAROLINA

FINGERPRINT CLASS
18 DI PI PM 17
20 11 PI PI 13

ALIAS NAMES
BARNETTE,AQUILIA MARCNICCI      BARNETTE,MARC
BARNETTE,AQUILIA MARCIVKCI

SOCIAL SECURITY
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
                                                        PAGE  2 OF  2
MBAO-0191 - NCIC2        11/12/93 21:29:05 - 11/12/93 21:29:00 6Y1ZAFJJ4WOG

IDENTIFICATION DATA UPDATED 05/05/93

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
  GEORGIA        - STATE ID/GA1672066W

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.

END                                                PC - 005960

MBAO-0193 - DCI201        11/12/93 21:29:39 - 11/12/93 21:29:39 6Y1ZAFJJ4WOG
```

DOJ-FOIA 000431
DOJ-FOIA 000431

NO DCI CCH RECORD
BASED ON MKE/QRC  NAM/BARNETTE,AQUILLA  FBI/900082PA0  PUR/C  OFR/SAR
ATN/GILCHRIST
MB.L-0194 - NCIC2     11/12/93 21:30:33 - 11/12/93 21:30:32 721ZAF0J4X81
EL01721ZAF0J4X811C4
NC0601700
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR


                              DEC 1 4 1993


RECORD REQUEST FOR FBI/900082PA0. THE FOLLOWING WILL RESPOND TO YOUR
AGENCY:
 GEORGIA       - STATE ID/GA1872086W

END

MBA0-0193 - NLETS     11/12/93 21:30:47 - 11/12/93 21:30:46 8F04CF0J4X8W
CR.GAIII0000
19:31 11/12/93 08180
19:31 11/12/93 06276 NC0601700
TXT
HDR/2L01721ZAF0J4X811C4                                       b6
ATN/[                    ]                                    b7C
PART  I
THE FOLLOWING RECORD PERTAINS TO SID/GA1872086W

                      GEORGIA CRIMINAL HISTORY


NAME                              STATE IDENT NBR   FBI IDENT NBR   RPT DATE
BARNETTE, AQUILIA MARCVICCI       GA1872086W        900082PA0       11/12/93

SEX    RACE    BIRTH DATE    HEIGHT    WEIGHT    EYES    HAIR   SKIN    BIRTHPLACE
M      B       07/07/73      5-05      128       BRO     BLK            NORTH CAROLIN

SOC SECURITY    FINGERPRINT CLASS    HENRY    SCAR-MARK-TATTOO   MISCELLANEOUS NBR
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     18 DI PI PM 17        27 W
                20 11 PI PI 13        10 U
MBA0-0193 - NLETS     11/12/93 21:30:47 - 11/12/93 21:30:46 8F04CF0J4X8W


ADDITIONAL IDENTIFIERS:
ALIAS NAMES-------------------- *MARC

** INTERSTATE IDENTIFICATION INDEX - SINGLE-STATE OFFENDER **
**********************************************************************

ARREST-01   ARREST DATE-05/07/92-    TRACKING NBR-40977733
    AGENCY-NEWNAN POLICE DEPARTMENT           (GA0380100)
    AGENCY CASE NBR-9205009      NAME USED-
       CHARGE 01-DISCHARGING FIREARMS NEAR PUBLIC HIGHWAY

       CHARGE 02-RECKLESS CONDUCT

       CHARGE 03-POINTING A GUN OR PISTOL AT ANOTHER

       CHARGE 04-BATTERY

JUDICIAL

                                                              PC - 005961

                                                DOJ-FOIA 000432
                                                DOJ-FOIA 000432

old

ADA: CASE FILE WORK-UP FOR TRIAL ORDER

Defendant's Name
Bonnette, Aquilla

Case Numbers
93CR 76062
93CR 76063

Complaint Numbers
93-1109-011301

Charges
1° Burglary
Felonious Restraint

Witnesses:

Officers:

[redacted box] b6 b7C b7D

Set to Georgia Conviction
See attached

Det CSS Photos

Civilians:

[redacted box] b6 b7C

ADA: TCP

PC - 005962

DOJ-FOIA 000433
DOJ-FOIA 000433

```
MCD-3678 - DCI201      11/23/93 11:03:36 - 11/23/93 11:03:35 6Y1HAF66KZHA
NO DCI CCH RECORD
BASED ON MKE/QHC  NAM/BARNETTE,AQUILLA  RAC/B  SEX/M  DOB/070773  PUR/C
OPR/JAH
ATN/DA [        ]
MCD-3679 - DCI209      11/23/93 11:03:48 - 11/23/93 11:03:36 6Y1HAF66KZHA
NO DCI WANTED PERSON RECORD
BASED ON NAM/BARNETTE,AQUILLA  SEX/M  RAC/B  DOB/070773
                                                         PAGE  1 OF   1
MCD-3680 - NCIC1       11/23/93 11:03:51 - 11/23/93 11:03:38 6Y1HAF66KZHA
1L016Y1HAF66KZHA108
NC060015A
NO NCIC WANT DOB/070773 NAM/BARNETTE,AQUILLA SEX/M RAC/B

                                                         PAGE  1 OF   1
MCD-3680 - NCIC1       11/23/93 11:03:51 - 11/23/93 11:03:38 6Y1HAF66KZHA
1L016Y1HAF66KZHA108
NC060015A
NO NCIC WANT DOB/070773 NAM/BARNETTE,AQUILLA SEX/M RAC/B

                                                         PAGE  1 OF   2
MCD-3681 - NCIC2       11/23/93 11:03:53 - 11/23/93 11:03:42 6Y1HAF66KZHA
7L016Y1HAF66KZHA1BC
NC060015A
THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON NAM/BARNETTE,AQUILLA SEX/M RAC/B DOB/070773 PUR/C

NAME                           FBI NO.       INQUIRY DATE
BARNETTE,AQUILIA MARCVICCI     950082PA5     11/23/93                    b6
                                                                        b7C

SEX  RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR  BIRTH PLACE
M    B     07/07/73    505     130     BRO   BLK   NORTH CAROLINA

FINGERPRINT CLASS
18 DI PI PM 17
20 11 PI PI 13

ALIAS NAMES
BARNETTE,AQUILIA MARCNICCI      BARNETTE,MARC
BARNETTE,AQUILIA MARCIVKCI

SOCIAL SECURITY
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




MCD-3682 - DCI201      11/23/93 11:08:47 - 11/23/93 11:08:46 721HAF66L479
NO DCI CCH RECORD
BASED ON MKE/QRC  NAM/BARNETTE,AQUILLA  FBI/950082PA5  PUR/C  OPR/JAH
ATN/DA [        ]
                                                         PAGE  1 OF   1
MCD-3683 - NCIC2       11/23/93 11:09:00 - 11/23/93 11:09:00 721HAF66L479
EL01721HAF66L4791C4
NC060015A
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR FBI/950082PA5. THE FOLLOWING WILL RESPOND TO YOUR
AGENCY:
```

PC 005963

DOJ-FOIA 000434
DOJ-FOIA 000434



MBAO-O19O - NLETS     11/12/93 21:30:56 - 11/12/93 21:30:46 8F04CF0J4XQW
DISP-CONVICTED                           COURT DISP DATE-06/01/92
    OFFENSE-DISCHARGING FIREARMS NEAR PUBLIC HIGHWAY
    COURT-NEWNAN MUNICIPAL COURT          (GA0360210)    COURT NBR-
             TIME SERVED - RELEASED

    DISP-CONVICTED                        COURT DISP DATE-06/01/92

DEC 1 4 1993

    OFFENSE-BATTERY
             TIME SERVED - RELEASED


    DISP-DISMISSED                        COURT DISP DATE-06/01/92
    OFFENSE-RECKLESS CONDUCT
             SRF/47021782                            CIT-
                NEWNAN MUN CRT

    DISP-CONVICTED                        COURT DISP DATE-06/01/92
    OFFENSE-POINTING A GUN OR PISTOL AT ANOTHER
    SENTENCE: CONF-20D
             TIME SERVED - RELEASED

ARREST-02   ARREST DATE-08/12/92-   TRACKING NBR-40866666
MBAO-O19O - NLETS     11/12/93 21:31:00 - 11/12/93 21:30:46 8F04CF0J4XQW
    AGENCY-COWETA CO. SHERIFF'S OFFICE:      (GA0380000)
    AGENCY CASE NBR-012918       NAME USED-
    CHARGE 01-CRIMINAL TRESPASS


    JUDICIAL
      DISP-DISMISSED                      COURT DISP DATE-11/24/92
      OFFENSE-CRIMINAL TRESPASS
      COURT-COWETA COUNTY SUPERIOR COURT   (GA0360100)    COURT NBR-

ARREST-03   ARREST DATE-01/28/93-   TRACKING NBR-30703604
    AGENCY-NEWNAN POLICE DEPARTMENT          (GA0360100)
    AGENCY CASE NBR-12918        NAME USED-
    CHARGE 01-CRUELTY TO CHILDREN
            2CTS

    CHARGE 02-SIMPLE BATTERY


    JUDICIAL
      DISP-CONVICTED                      COURT DISP DATE-03/09/93
MBAO-O19O - NLETS     11/12/93 21:31:05 - 11/12/93 21:30:46 8F04CF0J4XQW
    OFFENSE-CRUELTY TO CHILDREN
            2CTS                                     CIT-
    COURT-GEORGIA ORI UNKNOWN              (GAGB1000Z)    COURT NBR-
    SENTENCE: PROB-6Y FINE-$460
            2CTS CC

    DISP-DISMISSED                        COURT DISP DATE-03/30/93
    OFFENSE-SIMPLE BATTERY
             LACK OF PROS


**********************************************************************

DOJ-FOIA 000435
DOJ-FOIA 000435
PC - 005964

Case 3:12-cv-00327-MOC   Document 71-70   Filed 12/22/14   Page 96 of 100

```
* THIS RECORD IS SOLELY ● OFFICIAL CRIMINAL JUSTIC●SE. *
* USE OF THIS RECORD OR INFORMATION HEREIN FOR ANY OTHER    *
* PURPOSE VIOLATES GEORGIA LAW.                             *
***********************************************************
```

END OF RECORD

DEC 1 4 1993

PC - 005965

DOJ-FOIA 000436
DOJ-FOIA 000436



DEC 1 4 1993

*State of North Carolina*
*General Court of Justice*
*Twenty-sixth Prosecutorial District*

PETER S. GILCHRIST, III
DISTRICT ATTORNEY

CHARLOTTE. N.C. 28202-3106

*Nov. 24, 1993*

b6
b7C

[redacted]

_Public Defender's Office_

Re: State of North Carolina v. *Aquilla Marc Burnett*

Dear [redacted]

Charges on the above defendant have or will be sent to the Grand Jury on
_12 / 13_, 19_93_. The defendant's arraignment will
be:

      _X_ in Superior Court 2201___ on _1/28_, 19_94_;
      _____ approximately two weeks after the order for arrest on
      these charges is served.

Our office policy directs me to attempt to work with the defense to
resolve all possible guilty pleas at arraignment. I will make the
following charge offer and/or sentence recommendation for the defendant:

*Plead as Charged. State to recommend presumptive sentences.*

The above is withdrawn if the case(s) is not resolved at arraignment.
The case(s) will be set on a trial calendar for plea as charged for
trial. The State will be prepared to schedule a trial calendar date at
arraignment if the matter is not resolved.

Enclosed please find voluntarily provided discovery for this defendant.
This material includes, at a minimum, that required by G.S. 15A-903 and

PC - 005966

DOJ-FOIA 000437
DOJ-FOIA 000437

Page Two

may provide more.  The material is notice of our intention to use it.  I request that you provide us with the material set out in G.S. 15A-905. I also request that you provide any other material you have that may assist this office in resolving the charges fairly and quickly or that may influence the charge and/or sentence offer described above.

If you wish to negotiate a specific plea arrangement, please contact me sufficiently in advance of the scheduled arraignment to permit this.

Sincerely,

Assistant District Attorney

/ebj
Enclosure(s)

b6
b7C

DA #44 p.11&12
06-10-93

PC - 005967

DOJ-FOIA 000438
DOJ-FOIA 000438

# STOLEN VEHICLE RECOVERY

| 27. MAKE | 28. MODEL | 29. YEAR | 30. COLOR | 31. BODY | 32. VIN (Serial No.) | | 33. LICENSE NUMBER | 34. STATE | 35. YEAR |
|---|---|---|---|---|---|---|---|---|---|

| 36. REGISTERED OWNER | 37. OWNER'S ADDRESS | ZIP CODE | 38. IF TOWED, NAME LOCATION | 39. TOW-IN NO. | 40. OWNER NOTIFIED ☐ YES ☐ NO | 41. NOTIFIED BY | CODE |
|---|---|---|---|---|---|---|---|

| 42. DATE/TIME NOTIFIED | 43. VEHICLE RELEASED ☐ YES ☐ NO | 44. RELEASED TO | 45. RELEASED BY | CODE | 46. DATE/TIME RELEASED |
|---|---|---|---|---|---|

| 47. CLEARED BY | CODE | 48. DATE/TIME CLEARED | 49. C.S.S. TECHNICIAN | CODE | 50. EVIDENCE OF STRIPPING/TAMPERING |
|---|---|---|---|---|---|

**51. METHOD OF THEFT** (Jump Wires, Ignition Left Open, etc.)

| 52. PERSON ARRESTED | 53. ADDRESS | 54. SEX | 55. RACE | 56. AGE | 57. DOB |
|---|---|---|---|---|---|

**58. CONDITION OF VEHICLE AT RECOVERY**

1 ☐ BATTERY TAKEN    3 ☐ ENGINE TAKEN    5 ☐ WHEELS/TIRES TAKEN    7 ☐ PART/ALL INTERIOR TAKEN    9 VEHICLE DRIVABLE

2 ☐ BURNED    4 ☐ TRANSMISSION TAKEN    6 ☐ WRECKED    8 ☐ RADIO/TAPE EQUIPMENT TAKEN    ☐ YES ☐ NO

LOCATION OF RECOVERY

# PROPERTY INFORMATION SUPPLEMENT

| 60. ITEM NO. | 61. ITEM | 62. QTY. | 63. NCIC CODE | 64. MAKE | 65. MODEL | 66. YEAR | 67. COLOR/ FINISH | 68. SERIAL NUMBER | 69. OTHER I.D. (If firearm, list caliber & action type) | 70. VALUE | 71. VICTIM NO. * | 72. CODE ** | 73. TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

*IDENTIFY BY NUMBER THE VICTIM TO WHOM THE LISTED PROPERTY RELATES.    **CODES: T-TAKEN/STOLEN    D-DAMAGED/DESTROYED    R-RECOVERED

THIRD AND SUBSEQUENT VICTIMS WILL BE LISTED ON ADDITIONAL OFFENSE REPORTS. VICTIM BUSINESS WILL BE IDENTIFIED BY "0".

PC - 005968

DOJ-FOIA 000439
DOJ-FOIA 000439