## OFFENSE PROPERTY INFORMATION

| 87. ITEM NO. | 88. ITEM | 89. QTY. | 90. NCIC CODE | 91. MAKE | 92. MODEL | 93. YEAR | 94. COLOR/FINISH | 95. SERIAL NUMBER | 96. OTHER I.D. (If firearm, list caliber & action type) | 97. VALUE | 98. VICTIM NO. * | 99. CODE ** | 100. TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Door | 1 | | | | | wood | | | 100. | 1 | D | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

* IDENTIFY BY NUMBER THE VICTIM TO WHOM THE LISTED PROPERTY RELATES.
THIRD AND SUBSEQUENT VICTIMS WILL BE LISTED ON ADDITIONAL OFFENSE REPORTS. VICTIM BUSINESS WILL BE IDENTIFIED BY "O".

** CODES: T-TAKEN/STOLEN    D-DAMAGED/DESTROYED    R-RECOVERED

## ADDITIONAL VICTIM PERSON

**115. VICTIM RESIDENT STATUS**
1 [X] Resident
2 [ ] Commuter
3 [ ] Tourist/Visitor
4 [ ] Student Only
5 [ ] Military Only

b6
b7C

**119. INJURY LEVEL**
1 [ ] Death
2 [ ] Permanent Disability
3 [ ] Serious Injury
4 [ ] Minor Injury
5 [ ] Threat Only
6 [X] Neither Threat Nor Injury Reported

**116. RELATIONSHIP TO OFFENDER**
1 [ ] Spouse
2 [ ] Ex-Spouse
3 [ ] Other Family
4 [X] Friend/Acquaintance
5 [ ] Other Relationship
6 [ ] No Relationship
7 [ ] Not Stated/Unknown

**120. TYPE WEAPON THREAT**
1 [ ] Handgun
2 [ ] Rifle
3 [ ] Shotgun
4 [ ] Knife or Cutting Instrument
5 [ ] Bludgeon
6 [ ] Other Dangerous Weapon
7 [ ] Physical Force (Aggravated)
8 [ ] Physical Force (Simple Assault)
9 [X] No Injury nor Threat Reported

**117. VICTIM HANDICAP**
1 [ ] Sight Impaired
2 [ ] Hearing/Speech Impaired
3 [ ] Physical Disability
4 [ ] Mental Handicap
5 [X] None of the above

**121. INJURY TYPE**
1 [ ] Gunshot Wound
2 [ ] Knife Wound
3 [ ] Broken Bones and/or Teeth
4 [ ] Internal Injury
5 [ ] Loss of Consciousness
6 [ ] Bruises and/or Scratches
7 [ ] Other Injury
8 [X] No Injury

**118. VICTIM USING ALCOHOL/DRUGS**
[ ] YES  [X] NO

**122. MEDICAL TREATMENT**
1 [ ] Hospitalized
2 [ ] Treated and Released
3 [ ] Refused Treatment
4 [X] Not Treated

**123. NUMBER OF SEX ASSAULTS**  0

**124. PROPERTY LOSS**
[ ] Yes  [X] No

## M.O./ CRIME ANALYSIS

### PLACE TYPE

**125. RESIDENTIAL**
01 [ ] Single Family Dwelling
02 [X] Private Residence in Multi/Family Dwelling
03 [ ] Private Residence in Public Housing Project
04 [ ] Private Room in Dorm, Boarding House or Institution
05 [ ] Mobile Home or Houseboat
10 [ ] Other Residential
12 [ ] Common Area in Multi/Family Dwelling
13 [ ] Common Area in Public Housing Project
14 [ ] Common Area in Dorm, Boarding House or Institution
15 [ ] Common Enclosed Area of Mobile Home Park or Marina

**126. PUBLIC BUILDING**
21 [ ] Public Utility Building
22 [ ] Government Office Building
23 [ ] Church
24 [ ] School
25 [ ] Other Public Building

**127. COMMERCIAL PLACE**
31 [ ] Financial Institution
32 [ ] Jewelry Store
33 [ ] Liquor Store
34 [ ] Supermarket/Grocery
35 [ ] Convenience Store
36 [ ] Gas Station
37 [ ] Auto Parts/Auto Service Center
38 [ ] Drugstore
39 [ ] Laundry/Dry Cleaner
40 [ ] Department Store
41 [ ] Bar/Tavern/Nightclub
42 [ ] Hotel/Motel
43 [ ] Restaurant/Diner/Coffee Shop
44 [ ] Shopping Mall
45 [ ] Other Retail Location
46 [ ] Real Estate/Insurance Office
47 [ ] Professional Office
48 [ ] Other Business Office
49 [ ] Factory/Plant
50 [ ] Other Business Location

**128. VEHICLE STORAGE**
61 [ ] Attached Private Garage
62 [ ] Detached Private Garage
63 [ ] Enclosed Common Garage for Residence
64 [ ] Shopping Mall Parking Structure
65 [ ] Other Commercial Parking Structure
66 [ ] Business Parking Structure
67 [ ] Public/Government Building Parking Structure
68 [ ] Shopping Mall Parking Lot
69 [ ] Other Parking Lot

**129. OUTSIDE**
81 [ ] Private Property Surrounding Residence
82 [ ] Property Surrounding School
83 [ ] Public Park or Playground
84 [ ] Street, Highway or Alley
85 [ ] Public Transit Vehicle
86 [ ] Construction Site
87 [ ] Other Outside Location

**130. RESIDENTIAL TARGET(S)**
1 [ ] Basement
2 [ ] Bedroom
3 [ ] Den/Family Rm.
4 [ ] Garage/Carport
5 [ ] Living Room
6 [ ] Storage Area
7 [ ] Kitchen
8 [X] Person
9 [ ] Other _____

**131. BUSINESS TARGET(S)**
1 [ ] Cash Reg. Drawer
2 [ ] Owner/Employee
3 [ ] Safe/Box
4 [ ] Vending Machine
5 [ ] Display Items
6 [ ] Storage Area
7 [ ] Customer
8 [ ] Other _____
    n A

**132. METHOD OF ENTRY**
1 [ ] N/A
2 [ ] Attempt Only
3 [ ] No Force
4 [ ] Key/Slip
5 [X] Bodily Force
6 [ ] Saw/Drill/Burn
7 [ ] Hid in Building
8 [ ] Channel Lock
9 [ ] Pipe Wrench
10 [ ] Tire Iron
11 [ ] Brick/Rock
12 [ ] Unk. Pry Bar
13 [ ] Bolt Cutters/Pliers
14 [ ] Punch
15 [ ] Window Smashed
16 [ ] Tape/Wire
17 [ ] Screwdriver
18 [ ] Other _____

**133. POINT OF ENTRY**
1 [ ] N/A
2 [X] Front
3 [ ] Rear
4 [ ] Side
5 [ ] Gr. Level
6 [ ] Up. Level
7 [ ] Unknown
8 [X] Door
9 [ ] Window
10 [ ] Sliding Glass
11 [ ] Duct/Vent
12 [ ] Adj. Building
13 [ ] Roof/Floor/Skylight
14 [ ] Wall
15 [ ] Garage
16 [ ] Basement
17 [ ] Trunk/Hood
18 [ ] Other _____
19 [X] Exit SAME

**134. SECURITY USED**
1 [ ] None (unlocked)
2 [ ] Bars/Grate
3 [ ] Ext. Lights
4 [ ] Camera
5 [ ] Dog
6 [ ] Int. Lights
7 [ ] Neighbor Watch
8 [ ] Operation I.D.
9 [X] Locked
10 [ ] Alarm
11 [ ] Security Fence
12 [ ] Guard
13 [ ] Other _____

PC - 005969

DOJ-FOIA 000440
DOJ-FOIA 000440

b6
b7c

**CHARLOTTE POLICE CRIME LABORATORY**          DEC 1 1993

| CRIME SCENE SUPPLEMENT REPORT (Form 0-8-PD, 8/84) | | (2) COMPLAINT # 931109011301 |
|---|---|---|

| (3) UNIT 952 | (4) LOCATION 2732 WATSON DRIVE APT. 24 | | (5) DISTRICT A-2 | (6) DATE 09 November 93 |
|---|---|---|---|---|
| (7) CRIME B&E / 1st DEGREE KIDNAPPING | (8) TIME REC'D 0405 | (9) TIME ARRIVED 0420 | (10) TIME CLEARED 0645 | (11) WEATHER CLEAR, COLD |

(12) NARRATIVE:

☐ CONTINUATION REPORT PAGE _____

| ITEM | |
|---|---|
| | SCENE: ONE STORY BRICK EXTERIOR DUPLEX STYLE APARTMENTS |
| | |
| | DISPATCHED TO ABOVE ADDRESS WHERE UPON ARRIVAL SGT. |
| | A. VINSON REQUESTED PHOTOGRAPHS OF THE DAMAGE TO THE FRONT |
| | DOOR (WOODEN FRONT DOOR DAMAGED ON LEFT SIDE WITH DEAD BOLT |
| | LOCK WITH KEY ON THE FLOOR), TELEPHONE OFF HOOK AND KNIFE ON THE |
| | BLANKET, WHICH WAS ON THE LIVINGROOM SOFA. |
| | PHOTOGRAPHED THE SCENE. |
| | NOTHING FURTHER REQUESTED. |
| | CLEARED THE SCENE. |

(13) EVIDENCE COLLECTED:

| | STD. | Q. | | STD. | Q. | | STD. | Q. |
|---|---|---|---|---|---|---|---|---|
| A. BLOOD | ☐ | ☐ | I. ARSON | ☐ | ☐ | Q. AMMUNITION & BULLETS | ☐ | ☐ |
| B. PAINT | ☐ | ☐ | J. DRUGS | ☐ | ☐ | R. LIFTS/CASTS | ☐ | ☐ |
| C. RAPE KIT | ☐ | ☐ | K. GLASS | ☐ | ☐ | S. TOOL MARK ITEMS | ☐ | ☐ |
| D. HAIR | ☐ | ☐ | L. B/A KIT | ☐ | ☐ | T. TOOL MARK CASTS | ☐ | ☐ |
| E. F. NAIL SCRAPINGS | ☐ | ☐ | M. STAINS | ☐ | ☐ | U. SHOE/TIRE | ☐ | ☐ |
| F. GSR KIT | ☐ | ☐ | N. EXPLOSIVES | ☐ | ☐ | V. FIBERS | ☐ | ☐ |
| G. CLOTHES | ☐ | ☐ | O. BOTANICAL | ☐ | ☐ | W. OTHER _____ | ☐ | ☐ |
| H. PHYSICAL FIT ITEMS | ☐ | ☐ | P. FIREARMS | ☐ | ☐ | _____ | | |

| (14) LAB SECTION: | |
|---|---|
| A. FINGERPRINTS | ☐ |
| B. MICRO-ANALYSIS | ☐ |
| C. CHEMISTRY | ☐ |
| D. FIREARMS | ☐ |
| E. DOCUMENTS | ☐ |

(15) PHOTOGRAPHS
☐ B/W #        ☐ COLOR # 9

(16) LATENT PRINTS
LIFTS ☐   ITEMS ☐   PHOTOS ☐

(17) PRINT ELIMINATION:
YES ☐   NO ☐   NAME(S)          POST-MORTEM ☐

(18) OTHER EVIDENCE:

(19) MEASUREMENTS TAKEN ☐
DIAGRAM ATTACHED ☐

(20) OFFI____          CODE(S): 1814

| CODE: | (22) ORIGINAL REPORTING OFFICER: | CODE: | (23) PAGE 1 OF 1 | (24) APPROVED BY: |
|---|---|---|---|---|

PC - 005970

DOJ-FOIA 000441
DOJ-FOIA 000441

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
93 CRS 76062; 76063

STATE OF NORTH CAROLINA )
                        )
        VS.             )    MOTION FOR APPOINTMENT OF
                        )    CLINICAL PSYCHOLOGIST
                        )
AQUILLA BARNETTE,       )
        Defendant.      )

COMES NOW the defendant, Aquilla Barnette, by and through counsel, and makes this motion for order of the court authorizing respondent's counsel to retain a clinical psychology to assist him in the evaluation, preparation and, if applicable, presentation of the defense of the respondent, pursuant to Ake v. Oklahoma, 470 U.S. 68, 84 L.Ed.2d 53 (1985), State v. Gambrell, State v. Moore and N.C.G.S. 7A-450(b), 451 and 454. For support of this motion the defendant shows the following:

1. The defendant is an indigent charged with one count of first degree burglary and second degree kidnapping.

2. Based upon discovery and discussion with defendant, a question arises as to whether defendant was competent at the time of the alleged offenses.

3. Counsel has spoken to William Tyson, Ph.D., a clinical psychologist who has expertise in the field, and he indicates that an evaluation by him of defendant would help him determine whether defendant was competent at the time of the offense

4. Defendant's counsel lacks the necessary expertise to determine the existence of any such disorders, which may be crucial to the outcome of defendant's case. Counsel is in need of the assistance of a clinical psychologist to assist him in evaluating the possibility of such psychological conditions and the importance it may have in defending respondent against the charges or in the sentencing of the defendant.

5. Counsel for respondent has inquired of William Tyson, Ph.D., a clinical psychologist practicing in Charlotte, North Carolina, and believes that Dr. Tyson has the ability to evaluate the evidence to assist counsel in defense of defendant and to assist the court in understanding any such evidence.

PC - 005971

DOJ-FOIA 000442
DOJ-FOIA 000442

6. Dr. Tyson's expertise would provide:

Specific evidence (that) is reasonably available and "that there is a reasonable likelihood it will materially assist the defendant in the preparation of his defense or that without such help it is probable defendant will not receive a fair trial. <u>State v. Sandlin</u>, 61 N.C. App. 421 (1983). see also State v. <u>Johnson</u>, <u>State v. Moore</u>.

The Court's failure to grant defendant's motion will violate his constitutional right to meaningful access to justice and a fundamentally fair trial and to effective assistance of counsel as guaranteed by the due process clause of the Sixth and Fourteenth Amendments to the Constitution of the United States (as also set out in <u>Ake v. Oklahoma</u>, resulting in irreparable harm and injury to respondent) and would also be in violation of his statutory right to the assistance of experts under N.C.G.S. 7A-450(b), 451 and 454, <u>State v. Johnson</u>, <u>supra</u> and <u>State v. Moore</u>, <u>supra</u>.

WHEREFORE, counsel respectfully requests the Court to:

A. Grant him the authority to retain, at State expense, William Tyson, Ph.D., Clinical Psychologist, to assist in the evaluation, preparation and, if necessary, presentation of the defendant's defense;

B. For such other and further relief as the Court deems appropriate.

Respectfully submitted, this the ___2 6___ day of January, 1994.

<u>ATTORNEY FOR DEFENDANT</u>

PUBLIC DEFENDER

Assistant Public Defender
720 E. 4th St., Suite 308
Charlotte, NC 28202
Phone: (704) 347-7870

b6
b7C

PC - 005972

DOJ-FOIA 000443
DOJ-FOIA 000443

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served a copy of the foregoing Motion on Mr. Thomas Porter, Assistant District Attorney, Twenty-Sixth Judicial District, by hand delivery, this the _____ day of January, 1994.

b6
b7C

Assistant Public Defender

PC - 005973

DOJ-FOIA 000444
DOJ-FOIA 000444

STATE OF NORTH CAROLINA
COUNTY OF MECKLENBURG

STATE OF NORTH CAROLINA

v.

*Aquilla Barnett*
DEFENDANT.

FILM NO. _____
IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
*93* CRS *76062*
*93* CRS *76063*
____ CRS _____

NOTICE OF INTENTION TO INTRODUCE
EVIDENCE AT TRIAL

NOW COMES the State of North Carolina through the undersigned Assistant/District Attorney, and gives NOTICE that the State of North Carolina intends to introduce the following evidence either in the trial of the above captioned cause or at sentencing:

(✓) Evidence of statements made by the above named defendant, both written or oral.
(✓) Evidence of a prior conviction.
(✓) Evidence obtained as a result of a search without a search warrant.
( ) Evidence obtained as a result of a search with a search warrant when the defendant was not present at the time of the execution of the search warrant.

AND FURTHER CERTIFIES that he has served this Motion upon the defendant/the Attorney for the defendant specified below on the *16* day of _____*June*_____, 19*94*.

_____ b6
_____ b7C

Service was made on each Attorney and/or Defendant listed by:

( ) Delivering a copy of the Motion in person.
( ) Leaving a copy of the Motion at the office of the attorney with an associate or employee.
( ) Depositing a copy of the Motion enclosed in a postpaid, properly addressed envelope in a post office or official depository of the United States Postal Service.

PETER S. GILCHRIST, III, DISTRICT ATTORNEY
TWENTY-SIXTH JUDICIAL DISTRICT

BY: _____

*********************

ACCEPTANCE OF SERVICE
Service of the above Motion is hereby accepted and receipt of a copy thereof is hereby acknowledged, this the ___ day of _____, 19__.

_____
Defendant/Attorney

02/15/91
DA #36

PC - 005974

DOJ-FOIA 000445
DOJ-FOIA 000445

STATE OF NORTH CAROLINA
County of Mecklenburg

The State of North Carolina

vs.

Aquilla Barnette,
Defendant.

File # 93-CRS-076062
Film #

In The General Court of Justice
Superior Court Division

December 13, 1993

FIRST DEGREE BURGLARY
G.S. 14-51

THE JURORS FOR THE STATE UPON THEIR OATH PRESENT that on or about the 8th day of November, 1993, in Mecklenburg County, Aquilla Barnette did unlawfully, wilfully, and feloniously during the nighttime break and enter the dwelling house of [ ] located at 2732 #24 Watson Drive, Charlotte, North Carolina. At the time of the breaking and entering the dwelling house was actually occupied by [ ] The defendant broke and entered with the intent to commit a felony therein, to wit: felonious restraint.

b6
b7C

Assistant District Attorney

*********************************************************************************

WITNESSES:

b6
b7C

*********************************************************************************

The witnesses marked "X" were sworn by the undersigned foreman and examined before the grand jury, and the bill was found to be ___✓___ a true bill by twelve or more grand jurors _____ not a true bill.

I hereby certify that ___15___ members of the grand jury concurred in finding this to be a true bill of indictment.

This ___13th___ day of ___Dec___, 19 __93__.

Gr[ ]

PENDING P/C
Charge Number: 222600

DID: 20898339
PID: 181573

93-1109-011301

TCP

PC - 005975

DOJ-FOIA 000446
DOJ-FOIA 000446

STATE OF NORTH CAROLINA
County of Mecklenburg

File # 93-CRS-076063
Film #

The State of North Carolina

vs.

Aquilla Barnette,
Defendant.

In The General Court of Justice
Superior Court Division

December 13, 1993

FELONIOUS RESTRAINT
G.S. 14-43.3

THE JURORS FOR THE STATE UPON THEIR OATH PRESENT that on or about the 8th day of November, 1993, in Mecklenburg County, Aquilla Barnette did unlawfully, wilfully, and feloniously restrain [ ] a person who had attained the age of sixteen (16) years, and move her from the place of the initial restraint, 2732 #24 Watson Drive, Charlotte, North Carolina, by transporting her in a motor vehicle, a Chevrolet Blazer. This act was done without her consent.

b6
b7C

b6
b7C

Assistant District Attorney

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WITNESSES:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The witnesses marked "X" were sworn by the undersigned foreman and examined before the grand jury, and the bill was found to be __✓__ a true bill by twelve or more grand jurors _____ not a true bill.

I hereby certify that __15__ members of the grand jury concurred in finding this to be a true bill of indictment.

This __13th__ day of __Dec__, 19 __93__.

b6
b7C

Gra

PENDING P/C
Charge Number: 103000

DID: 20898339
PID: 181573

93-1109-011301

TCP

PC - 005976

DOJ-FOIA 000447
DOJ-FOIA 000447



*Fite Room*
*Please put this in the file*

ISABEL SCOTT DAY
PUBLIC DEFENDER

*State of North Carolina*
*General Court of Justice*
*Defender District 26*

SUITE 308
MECKLENBURG COUNTY OFFICE BUILDING
720 EAST FOURTH STREET
CHARLOTTE, N. C. 28202-2894

TEL: 704-347-7870



DISTRICT ATTORNEY'S OFFICE
FILED
FEB 1 1994

January 31, 1994

b6
b7C

Assistant District Attorney
Office of the District Attorney
700 East Trade Street, 2nd Floor
Charlotte, North Carolina  28202

Dear 

    I represent Aquilla Barnette, a young man who was in
courtroom 2201 on January 28, 1994, and waived his case out
of that courtroom.  On January 28, 1994, the judge entered
an order allowing Mr. Barnette to receive a mental health
evaluation through Dr. William Tyson in order to determine
defendant's competency at the time of the offense.  I then
set an appointment for Mr. Barnette with Dr. Tyson on
February 8, 1994, in Dr. Tyson's office.  Hopefully Dr.
Tyson will have a report on my client's status, which, if to
be used at trial, will be forwarded to you.

    This letter is an attempt to inform you of the status
of Mr. Barnette's case and to request that you wait to place
the case on the trial calendar until after we've resolved
the issue presented to Dr. Tyson.  I therefore believe that
a written answer will be presented by Dr. Tyson before
February 15, 1994, but I will contact you on February 9,
1994, with the preliminary results of that interview.  Based
on the above time considerations, I would hope that Mr.
Barnette's case will be kept off any upcoming calendars
until the issue is resolved.

    It may concern you that this evaluation was not
conducted before the January 28, 1994, court date in 2201.
All I can say is that if it had been within my power to do

PC - 005977

DOJ-FOIA 000448
DOJ-FOIA 000448

Page Two
January 31, 1994

b6
b7C

so, I would have sent Mr. Barnette to a psychologist quicker. Be that as it may, I would hope you can accept my request. If you can't, please inform me.

Thank you

Assistant Public Defender

PC - 005978

DOJ-FOIA 000449
DOJ-FOIA 000449

STATE OF NORTH CAROLINA

IN THE GENERAL COURT OF JUSTICE
FILE # 93-CRS-76062, 63

STATE OF NORTH CAROLINA

VS.

**SUBPOENA FOR GRAND JURY**

Aquilla Barnette
93-1109-011301

b6
b7C
b7D

Name of Person Being Subpoenaed:
Address:

Telephone:

YOU ARE HEREBY COMMANDED TO APPEAR AND TESTIFY BEFORE THE GRAND JURY, IN
THE ABOVE-ENTITLED ACTION ON:

b7D

**OFFICERS MUST APPEAR AT SCHEDULED TIME**

PLEASE NOTE:  If for any reason you cannot appear and testify in this matter, please contact the
Court Liaison Officer at 347-7850 by 12 noon on the Friday before you are scheduled to testify.
Otherwise, you will be expected to appear and testify on the above date and time.  There will be NO
SUBSTITUTIONS without the prior approval of the Court Liaison Officer.

Name of Applicant's Attorney:  *
Peter S. Gilchrist, III
District Attorney
700 East Trade Street
Charlotte, North Carolina 28202
704 347-7891

SUBPOENAED BY:
*
*   PETER S. GILCHRIST, III
*
*
*   On this the 8th day of December, 1993.

RETURN OF SERVICE

I certify that this subpoena was received and served as follows:

Date received:_____          Date served:_____

☐ by delivering a copy of the subpoena to the person named above
☐ by telephone communication with the person named above
☐ this subpoena WAS NOT served for the following reasons:

TCP

_____
Signature of Sheriff or Other Officer

PC - 005979

DOJ-FOIA 000450
DOJ-FOIA 000450

# WITNESS SUBPOENA LIST

Page _____ of _____

| Def. No. | DEFENDANT(s) NAME(s) (Last, First, Middle, Jr. Sr. etc.) | J U V. | CHARGES & CR#(s) — COURT PERSONNEL USE ONLY |
|---|---|---|---|
| 1 | Barrett, Aquilla | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

## WITNESSES REQUIRED FOR COURT:
Complete Witness Information Is Responsibility of O-I-C.
Indicate Area Codes Only For Long Distance Numbers.

| Wit. N | OFFICER-IN-CHARGE OF CASE: (Enter in D.I.P.S. As Law Officer Complainant) | | | Not Req'd For #61 |
|---|---|---|---|---|
| | | Type 21 | me Phone | |

**CIVILIAN WITNESSES:** (LIST VICTIM(s) / COMPLAINANT(s) FIRST)

| 2 W: | | Not Req'd For #61 |
|---|---|---|
| | b6 b7C b7D | Type |
| 3 W: | | Not Req'd For #61 |
| W: | | Type |

| 4 | WITNESS NAME (Last, First, Middle, Jr. Sr. etc.) | Person Through Whom Witness May Be Contacted | | Not Req'd For #61 |
|---|---|---|---|---|
| W: | Home, House # / Apt # & Street | Home, House # / Apt # & Street | | |
| W:V | City, State, Zip | Home Phone | City, State, Zip | Home Phone | Type |
| | Employer/Business Name | Business Address | | Bus. Phone | |

| 5 | WITNESS NAME (Last, First, Middle, Jr. Sr. etc.) | Person Through Whom Witness May Be Contacted | | Not Req'd For #61 |
|---|---|---|---|---|
| W: | Home, House # / Apt # & Street | Home, House # / Apt # & Street | | |
| W:V | City, State, Zip | Home Phone | City, State, Zip | Home Phone | Type |
| | Employer/Business Name | Business Address | | Bus. Phone | |

**ADDITIONAL LAW OFFICER WITNESSES:**    Not Req'd For #61

| 6 | OFFICER NAME (Last, First, M.I., Jr. Sr. etc.) | Type | I.D. # | Agency | Team | Bus. Phone | Home Phone |
|---|---|---|---|---|---|---|---|
| 7 | OFFICER NAME (Last, First, M.I., Jr. Sr. etc.) | Type | I.D. # | Agency | Team | Bus. Phone | Home Phone |
| 8 | OFFICER NAME (Last, First, M.I., Jr. Sr. etc.) | Type | I.D. # | Agency | Team | Bus. Phone | Home Phone b6 |

| | Original Witness List | Supple-mental List | | Verified By | Entered By | b7C Date Entered |
|---|---|---|---|---|---|---|

PC - 005980

Form # Wit.-1    Rev. 4/29/79

DOJ-FOIA 000451
DOJ-FOIA 000451

File No. 20898339

Film No. 181573

REPOS DOC#: 93039718

The State of North Carolina
VS.

BARNETTE    AQUILLA
3413 WEST BV
CHARLOTTE    NC

93CR76062

BOND
WARRANT FOR ARREST

BURGLARY - FIRST DEGREE

ISSUED 22 DAY OF NOVEMBER , 1993

WITNESSES

STATE OF NORTH CAROLINA

MECKLENBURG    County

In The General Court of Justice

District Court Division

BARNETTE    AQUILLA    DEFENDANT.  B  M  07-07-73
3413 WEST BV    CHARLOTTE    NC

TO ANY OFFICER WITH AUTHORITY AND TERRITORIAL JURISDICTION
TO EXECUTE A WARRANT FOR ARREST FOR THE OFFENSE CHARGED
BELOW. THE UNDERSIGNED FINDS THAT THERE IS PROBABLE CAUSE
TO BELIEVE THAT ON OR ABOUT THE 08 DAY OF NOVEMBER , 1993
IN THE COUNTY NAMED ABOVE, THE DEFENDANT NAMED ABOVE
DID UNLAWFULLY, WILLFULLY, AND FELONIOUSLY
DURING THE NIGHTTIME, BETWEEN THE HOURS OF 11:00 P.M. NOV.08 AND
01:13 A.M. NOV. 09 , BREAK AND ENTER THE DWELLING HOUSE OF JASPER
CHAMBERS LOCATED AT 2732 W24 WATSON DR., CHARLOTTE  NC . AT THE TIME
OF THE BREAKING AND ENTERING. THE DWELLING HOUSE WAS ACTUALLY
OCCUPIED BY [              ] THE DEFENDANT BROKE AND ENTERED WITH
THE INTENT TO COMMIT A FELONY THEREIN.

*Felonious Restraint*

b6
b7C

11/24/93

b6
b7C

IN VIOLATION OF THE FOLLOWING LAW: GS 014 -051.000(9+-0)+0)
ISSUED THIS 22 DAY OF NOVEMBER , 1993, UPON INFORMATION FURNISHED
UNDER OATH BY THE COMPLAINANT OR COMPLAINANTS NAMED BELOW.
YOU ARE DIRECTED TO ARREST THE DEFENDANT NAMED ABOVE AND
BRING HIM WITHOUT UNNECESSARY DELAY BEFORE A JUDICIAL
OFFICIAL TO ANSWER THE CHARGES SET OUT ABOVE.

b6
b7C

COMPLAINT #   931109011301

☐ Magistrate    ☐ Deputy CSC    PC 005981

DOJ-FOIA 000452
DOJ-FOIA 000452

File No. ___20898339___

Film No. ___181573___

REPOS DOC#: 93039720

STATE OF NORTH CAROLINA

MECKLENBURG    County

In The General Court of Justice

District Court Division

The State of North Carolina
VS.

BARNETTE    AQUILLA    M
3413 WEST BV
CHARLOTTE    NC

93CR76063

BOND
WARRANT FOR ARREST

KIDNAPPING - SECOND DEGREE
felonious restraint ✓

ISSUED 22 DAY OF NOVEMBER , 1993

WITNESSES

BARNETTE    AQUILLA   M , DEFENDANT, B  M  07-07-73
3413 WEST BV          CHARLOTTE   NC

TO ANY OFFICER WITH AUTHORITY AND TERRITORIAL JURISDICTION
TO EXECUTE A WARRANT FOR ARREST FOR THE OFFENSE CHARGED
BELOW: THE UNDERSIGNED FINDS THAT THERE IS PROBABLE CAUSE
TO BELIEVE THAT ON OR ABOUT THE 08 DAY OF NOVEMBER
IN THE COUNTY NAMED ABOVE, THE DEFENDANT NAMED ABOVE restrain
DID UNLAWFULLY, WILLFULLY, AND FELONIOUSLY
_____ , A PERSON WHO HAD OBTAINED THE AGE OF
YEARS , BY UNLAWFULLY transporting HER FROM ONE PLACE TO ANOTHER, in a motor vehicle without
HER CONSENT , FOR THE PURPOSE OF HOLDING HER AGAINST HER WILL

b6
b7C

b6
b7C

$14-43.3$

IN VIOLATION OF THE 1/24/93 LAW: GS 14-44 _____
ISSUED THIS 22 DAY OF NOVEMBER , 1993, UPON INFORMATION FURNISHED
UNDER OATH BY THE COMPLAINANT OR COMPLAINANTS NAMED BELOW:
YOU ARE DIRECTED TO ARREST THE DEFENDANT NAMED ABOVE AND
BRING HIM WITHOUT UNNECESSARY DELAY BEFORE A JUDICIAL
OFFICIAL TO ANSWER THE CHARGES SET OUT ABOVE.

12-7-93. Officer called.
Will try to have vehicle
info to me by 12/10/93.
If not, XP say
OK to send as Chevy
Blazer + will SUPERSEDE
Intn.    985

COMPLAINT # 931109011301

COURT RECORD COPY

☒ Magistrate    ☐ Deputy CSC    ☐ Assistant CSC

PC - 005982

AOC-CR 1100 AS, REV. 5/92

DOJ-FOIA 000453
DOJ-FOIA 000453

| CASE DISPOSITION | DATE: 9/20/94 | COURT: 3303 | JUDGE: Caldwell | ADA: JCf |
|---|---|---|---|---|

_____ Plea As Charged  _____ Negotiate Plea '  ✓ Guilty Verdict  _____ No P/C  _____ No True Bill
_____ Vol. Dismissed  _____ Vol. Dismissed W/Leave  _____ Dismissed by Court  _____ NG Verdict
_____ Deferred Pros.; continued to _____  Rejected:_____ Pre-Warrant  _____ Post Warrant

arge(s): Defendant Pleaded to/Found Guilty of: (M) B/E + felonious restraint

a Negotiations:-Plea to Reduced Charge(s) of: _____
nit Exposure To: _____ yrs.  Consolidate for Judgment: Yes _____ No _____
smiss _____ for plea in _____
NTENCE: 6 M Suspended Supervised Probation + 2 yrs
Suspended w/ Supervised Probation + 20 days at Satellite w/ work release

DTES: _____

| CASE DISPOSITION | DATE: | COURT: | JUDGE: | ADA: |
|---|---|---|---|---|

_____ Plea As Charged  _____ Negotiate Plea  _____ Guilty Verdict  _____ No P/C  _____ No True Bill
_____ Vol. Dismissed  _____ Vol. Dismissed W/Leave  _____ Dismissed by Court  _____ NG Verdict
_____ Deferred Pros.; continued to _____  Rejected:_____ Pre-Warrant  _____ Post Warrant

harge(s): Defendant Pleaded to/Found Guilty of: _____

ea Negotiations:-Plea to Reduced Charge(s) of: _____
mit Exposure To: _____ yrs.  Consolidate for Judgment: Yes _____ No _____
ismiss _____ for plea in _____
ENTENCE: _____

OTES: _____

| 3 | CASE DISPOSITION | DATE: | COURT: | JUDGE: | ADA: |
|---|---|---|---|---|---|

_____ Plea As Charged  _____ Negotiate Plea  _____ Guilty Verdict  _____ No P/C  _____ No True Bill
_____ Vol. Dismissed  _____ Vol. Dismissed W/Leave  _____ Dismissed by Court  _____ NG Verdict
_____ Deferred Pros.; continued to _____  Rejected:_____ Pre-Warrant  _____ Post Warrant

Charge(s): Defendant Pleaded to/Found Guilty of: _____

Plea Negotiations:-Plea to Reduced Charge(s) of: _____
Limit Exposure To: _____ yrs.  Consolidate for Judgment: Yes _____ No _____
Dismiss _____ for plea in _____
SENTENCE: _____

NOTES: _____

| 4 | CASE DISPOSITION | DATE: | COURT: | JUDGE: | ADA: |
|---|---|---|---|---|---|

_____ Plea As Charged  _____ Negotiate Plea  _____ Guilty Verdict  _____ No P/C  _____ No True Bill
_____ Vol. Dismissed  _____ Vol. Dismissed W/Leave  _____ Dismissed by Court  _____ NG Verdict
_____ Deferred Pros.; continued to _____  Rejected:_____ Pre-Warrant  _____ Post Warrant

Charge(s): Defendant Pleaded to/Found Guilty of: _____

PC - 005983

DOJ-FOIA 000454
DOJ-FOIA 000454

```
                    CRIMINAL SUPPLEMENTAL INQUIRY        01
                 BARNETTE,AQUILIA,MARCIVICCI       94CR 019862   CITA:
CHRG OFFN: 1103 01 FIRST DEGREE RAPE                              14-27.2(A)
ARRN OFFN: 1103 01              SPEED:     MPH     ZONE:
MFTI: F TEXT: FIRST DEGREE RAPE                           GS: 14-27.2(A)
TRIAL DATE: 041894              CONT BY:   COURTROOM:      AM/PM/NC: PM
 SERV DATE: 032594              RET UNSERV:               REDEL DATE:
ARREST DT: 032594  COMPLAINT: 940325060200   CHECK DIGIT: L26557X   RS/RV: MR
DEF ATTY: JV                         TYPE: P  ADA: TCP DISTRICT ATTORNEY
    C&F:                        90DF:                  NON MV FTC:
    OFA:          KEEP OFA?: N  SCO:        OOF:         CASH BF:
        REINSTATEMENT:              PROBATION VIOL DATE:


          FTA 20DF:                    OFFENSE DATE:   032594
   FTA 20DF COMPLIANCE:               DISPOSED DATE:   040494



                              ADDL CHARGES:
                       INQUIRY ADDL CHARGES?:
    NEXT #:              PF11=EVNT  12=CNCL
```

26A-CE-77261-16

SEARCHED _____ INDEXED _____
SERIALIZED ____ FILED ____

DEC 1 7 1996

FBI - CHAr...

PC - 005984

DOJ-FOIA 000455
DOJ-FOIA 000455

```
590 MECKLENBURG             ICA INQUIRY 01  94CR 019862    FILM:
DISPOSED                    R  S DOB/AGE    CR      FILING DATE: 032594
MAGISTRATE ORDER            B  M   070773  DL#: 243571534              GA
BARNETTE,AQUILIA,MARCIVICCI              CITA.#:
3413 WEST BV                            TRIAL DATE: 041894  PM
CHARLOTTE      NC  28208    DEF ATTY: JV                    TYP: P
CHG/ARRN OFFN: F FIRST DEGREE RAPE              14-27.2(A)         b6
COMPLAINANT: [                    ]     ISSUED: 032594   SERVED: 03259 b7C
OFFN DATE: 032594    ARRN DATE:     MOTIONS DATE:      DISP DATE: 040494
CONT. D: 00 S: 00 C: 00 NR: 00


PLEA VERDICT MOD   FINE    COSTS    REST      JUDGE  MONIES-PD  TO-BE-PAID
            VD  $          $        $
CONV OFFN:
SENT LEN:        -          SENT TYPE:         CONS F/JGMT:
PROB:                      WITHDRAWN:          APPEALED TO SUPERIOR:
AREA CD:    ACCD:   HWY:        V LIC:          TRANS TO SUPERIOR:
CDL: N  CMV: N  HAZ: N   TRP/DIST:   V ST:    V TYP:     APPELLATE:



ARREST DATE: 032594 CHECK DIGIT: L26557X SID: NC0597179A LID: 181573
NEXT#:                  PF2 - NAME INQUIRY            ADDL CHARGES:
```

PC - 005985

DOJ-FOIA 000456
DOJ-FOIA 000456

```
SP001-NO ACTION TAKEN ●                ●
              CRIMINAL SUPPLEMENTAL INQUIRY        01
              BARNETTE,AQUILIA,MARCIVICCI        94CR 019863  CITA:
CHRG OFFN: 1026 00 FIRST DEGREE KIDNAPPING                     14-39
ARRN OFFN: 1026 00               SPEED:    MPH     ZONE:
MFTI: F TEXT: FIRST DEGREE KIDNAPPING                    GS: 14-39
TRIAL DATE: 041894           CONT BY:    COURTROOM:      AM/PM/NC: PM
 SERV DATE: 032594           RET UNSERV:           REDEL DATE:
ARREST DT: 032594  COMPLAINT: 940325060200   CHECK DIGIT: L26557X   RS/RV: MR
DEF ATTY: JV                    TYPE: P  ADA: TCP DISTRICT ATTORNEY
    C&F:                        90DF:              NON MV FTC:
    OFA:          KEEP OFA?: N  SCO:       OOF:         CASH BF:
        REINSTATEMENT:              PROBATION VIOL DATE:

            FTA 20DF:                   OFFENSE DATE:  032594
  FTA 20DF COMPLIANCE:                  DISPOSED DATE:  040494


                            ADDL CHARGES:
                      INQUIRY ADDL CHARGES?:
     NEXT #:            PF11=EVNT  12=CNCL
```

PC - 005986

DOJ-FOIA 000457
DOJ-FOIA 000457

```
590 MECKLENBURG             ICA INQUIRY 01  94CR 019863     FILM:
DISPOSED                    R  S DOB/AGE     CR      FILING DATE: 032594
MAGISTRATE ORDER            B  M  070773  DL#: 243571534            GA
BARNETTE,AQUILIA,MARCIVICCI          CITA.#:
3413 WEST BV                        TRIAL DATE: 041894  PM
CHARLOTTE      NC  28208    DEF ATTY: JV                    TYP: P
CHG/ARRN OFFN: F FIRST DEGREE KIDNAPPING           14-39         b6
COMPLAINANT:                        ISSUED: 032594   SERVED: 03259 b7C
OFFN DATE: 032594    ARRN DATE:      MOTIONS DATE:    DISP DATE: 040494
CONT. D: 00 S: 00 C: 00 NR: 00


PLEA VERDICT MOD   FINE    COSTS     REST     JUDGE  MONIES-PD  TO-BE-PAID
            VD  $          $         $
CONV OFFN:
SENT LEN:        -          SENT TYPE:            CONS F/JGMT:
PROB:                       WITHDRAWN:           APPEALED TO SUPERIOR:
AREA CD:    ACCD:   HWY:        V LIC:           TRANS TO SUPERIOR:
CDL: N  CMV: N  HAZ: N   TRP/DIST:    V ST:     V TYP:     APPELLATE:


ARREST DATE: 032594 CHECK DIGIT: L26557X SID: NC0597179A LID: 181573
NEXT#:                    PF2 - NAME INQUIRY              ADDL CHARGES:
```

PC - 005987

DOJ-FOIA 000458
DOJ-FOIA 000458

SP001-NO ACTION TAKEN
                    CRIMINAL SUPPLEMENTAL INQUIRY      01
                    BARNETTE,AQUILIA,MARCIVICCI      94CR 019865  CITA:
CHRG OFFN: 1122 01 SECOND DEGREE RAPE                              14-27.3(A)
ARRN OFFN: 1122 01              SPEED:    MPH    ZONE:
MFTI: F TEXT: SECOND DEGREE RAPE                          GS: 14-27.3(A)
TRIAL DATE: 041894            CONT BY:    COURTROOM:    AM/PM/NC: PM
 SERV DATE: 032594           RET UNSERV:              REDEL DATE:
ARREST DT: 032594  COMPLAINT: 940325060200   CHECK DIGIT: L26557X   RS/RV: MR
DEF ATTY: JV                        TYPE: P  ADA: TCP DISTRICT ATTORNEY
    C&F:                       90DF:              NON MV FTC:
    OFA:         KEEP OFA?: N   SCO:        OOF:        CASH BF:
       REINSTATEMENT:              PROBATION VIOL DATE:


         FTA 20DF:                    OFFENSE DATE:  032594
 FTA 20DF COMPLIANCE:                DISPOSED DATE:  040494



                              ADDL CHARGES:
                      INQUIRY ADDL CHARGES?:
 NEXT #:               PF11=EVNT  12=CNCL

PC - 005988

DOJ-FOIA 000459
DOJ-FOIA 000459

```
590 MECKLENBURG                ICA INQUIRY 01   94CR 019865    FILM:
DISPOSED                       R  S DOB/AGE    CR      FILING DATE: 032594
MAGISTRATE ORDER               B  M  070773  DL#: 243571534              GA
BARNETTE,AQUILIA,MARCIVICCI                   CITA.#:
3413 WEST BV                                 TRIAL DATE: 041894  PM
CHARLOTTE        NC  28208     DEF ATTY: JV                       TYP: P
CHG/ARRN OFFN: F SECOND DEGREE RAPE                   14-27.3(A)       b6
COMPLAINANT:                               ISSUED: 032594   SERVED: 03259 b7C
OFFN DATE: 032594    ARRN DATE:      MOTIONS DATE:      DISP DATE: 040494
CONT. D: 00 S: 00 C: 00 NR: 00


PLEA VERDICT MOD   FINE     COSTS     REST       JUDGE   MONIES-PD  TO-BE-PAID
            VD  $         $         $
CONV OFFN:
SENT LEN:        -         SENT TYPE:            CONS F/JGMT:
PROB:                      WITHDRAWN:            APPEALED TO SUPERIOR:
AREA CD:    ACCD:   HWY:       V LIC:            TRANS TO SUPERIOR:
CDL: N  CMV: N  HAZ: N   TRP/DIST:    V ST:    V TYP:      APPELLATE:



ARREST DATE: 032594 CHECK DIGIT: L26557X SID: NC0597179A LID: 181573
NEXT#:                    PF2 - NAME INQUIRY              ADDL CHARGES:
```

PC - 005989

DOJ-FOIA 000460
DOJ-FOIA 000460

```
SP001-NO ACTION TAKEN ●
                    CRIMINAL SUPPLEMENTAL INQUIRY      01
                    BARNETTE,AQUILIA,MARCIVICCI        94CR 019866  CITA:
CHRG OFFN: 1122 01 SECOND DEGREE RAPE                              14-27.3(A)
ARRN OFFN: 1122 01                 SPEED:       MPH    ZONE:
MFTI: F TEXT: SECOND DEGREE RAPE                          GS: 14-27.3(A)
TRIAL DATE: 041894              CONT BY:    COURTROOM:     AM/PM/NC: PM
 SERV DATE: 032594              RET UNSERV:               REDEL DATE:
ARREST DT: 032594   COMPLAINT: 940325060200   CHECK DIGIT: L26557X   RS/RV: MR
DEF ATTY: JV                         TYPE: P  ADA: TCP DISTRICT ATTORNEY
    C&F:                             90DF:              NON MV FTC:
    OFA:          KEEP OFA?: N   SCO:        OOF:          CASH BF:
       REINSTATEMENT:                PROBATION VIOL DATE:

            FTA 20DF:                       OFFENSE DATE:  032594
   FTA 20DF COMPLIANCE:                     DISPOSED DATE:  040494


                              ADDL CHARGES:
                        INQUIRY ADDL CHARGES?:
    NEXT #:               PF11=EVNT  12=CNCL
```

PC - 005990

DOJ-FOIA 000461
DOJ-FOIA 000461

```
590 MECKLENBURG              ICA INQUIRY 01   94CR 019866     FILM:
DISPOSED                     R  S DOB/AGE      CR      FILING DATE: 032594
MAGISTRATE ORDER             B  M  070773  DL#: 243571534              GA
BARNETTE,AQUILIA,MARCIVICCI             CITA.#:
3413 WEST BV                           TRIAL DATE: 041894  PM
CHARLOTTE      NC  28208     DEF ATTY: JV                      TYP: P
CHG/ARRN OFFN: F SECOND DEGREE RAPE              14-27.3(A)          b6
COMPLAINANT:                          ISSUED: 032594   SERVED: 03259 b7C
OFFN DATE: 032594    ARRN DATE:     MOTIONS DATE:      DISP DATE: 040494
CONT. D: 00 S: 00 C: 00 NR: 00


PLEA VERDICT MOD   FINE    COSTS     REST     JUDGE  MONIES-PD  TO-BE-PAID
          VD  $         $         $
CONV OFFN:
SENT LEN:        -           SENT TYPE:            CONS F/JGMT:
PROB:                        WITHDRAWN:            APPEALED TO SUPERIOR:
AREA CD:    ACCD:   HWY:        V LIC:             TRANS TO SUPERIOR:  .
CDL: N  CMV: N  HAZ: N   TRP/DIST:    V ST:    V TYP:       APPELLATE:


ARREST DATE: 032594 CHECK DIGIT: L26557X SID: NC0597179A LID: 181573
NEXT#:                    PF2 - NAME INQUIRY            ADDL CHARGES:
```

PC - 005991

DOJ-FOIA 000462
DOJ-FOIA 000462

b6
b7C
b7D

**VICTIM PERSON INFORMATION**

**37. VICTIM RESIDENT STATUS**
- 0 ☐ Not Stated
- 1 ☒ Resident
- 2 ☐ Commuter
- 3 ☐ Visitor
- 4 ☐ Student Only
- 5 ☐ Military Only

**38. RELATIONSHIP TO OFFENDER**
- 1 ☐ Spouse
- 2 ☐ Ex-Spouse
- 3 ☐ Other Family
- 4 ☒ Friend-Acquaintance
- 5 ☐ Other Relationship
- 6 ☐ No Relationship
- 7 ☐ Unknown
- 8 ☐ Not Stated

**39. VICTIM HANDICAP**
- 0 ☒ None Noted
- 1 ☐ Sight Impaired
- 2 ☐ Hearing/Speech Impaired
- 3 ☐ Physical Disability
- 4 ☐ Mental Handicap
- 5 ☐ Other Handicap

**40. VICTIM USING ALCOHOL/DRUGS**
☐ YES ☒ NO

**41. INJURY LEVEL**
- 1 ☐ Death
- 2 ☐ Permanent Disability
- 3 ☐ Serious Injury
- 4 ☐ Minor Injury
- 5 ☐ Gun Threat
- 6 ☐ Threatened
- 7 ☒ No Injury or Threat
- 8 ☐ Not Reported

**42. TYPE WEAPON THREAT**
- 1 ☐ Handgun
- 2 ☐ Shotgun
- 3 ☐ Rifle
- 4 ☐ Knife/Cutting Instrument
- 5 ☐ Bludgeon
- 6 ☐ Other Weapon
- 7 ☐ Physical Force (Aggravated)
- 8 ☒ Physical Force (Simple Assault)
- 9 ☐ No Weapon Involved
- 0 ☐ Not Indicated

**43. INJURY TYPE**
- 1 ☐ Gunshot Wound
- 2 ☐ Knife Wound
- 3 ☐ Broken Bones/Teeth
- 4 ☐ Internal Injury
- 5 ☐ Loss of Consciousness
- 6 ☐ Bruises/Scratches
- 7 ☐ Other Injury
- 8 ☒ No Injury
- 9 ☐ Not Stated

**44. MEDICAL TREATMENT**
- 1 ☐ Hospitalized
- 2 ☒ Treated and Released
- 3 ☐ Refused Treatment
- 4 ☐ Not Treated
- 5 ☐ Not Stated

**45. NUMBER OF SEX ASSAULTS** 1

**46. PROPERTY LOSS** ☐ YES ☒ NO

**47. OFFENSE** KIDNAPPING / RAPE

**48. CLASSIFICATION**

**49. NARRATIVE**

ITEM NO.

THE VICTIM STATED THAT BETWEEN 24 MAR 94 AT 2330 HRS AND 25 MAR 94 AT 0545 HRS, THE LISTED SUSPECT FORCED HER INTO HIS VEHICLE AT HER RESIDENSE [ ] THE SUSPECT THEN DROVE HER TO 3413 WEST BLVD WHERE HE SEXUALLY ASSAULTED HER.

**63. SOLVABILITY FACTORS**
- 1 ☒ Suspect Can Be Named
- 2 ☒ Suspect Can Be Located
- 3 ☒ Suspect Can Be Identified
- 4 ☒ Suspect Can Be Described
- 5 ☒ Suspect Vehicle Can Be Identified
- 6 ☐ Witness To Offense
- 7 ☐ Stolen Property Traceable
- 8 ☐ Physical Evidence Collected
- 9 ☒ M.O. Present in Narrative
- 10 ☐ N/A

**BEST TIME/PLACE TO CONTACT VICTIM** ANYTIME AT

**STOLEN VEHICLE**

| 50. MAKE | 51. MODEL | 52. YEAR | 53. COLOR | 54. BODY |
|---|---|---|---|---|

| 55. VIN (Serial No.) | 56. LICENSE NO. | 57. STATE | 58. YEAR | 59. VALUE |
|---|---|---|---|---|

| 60. REGISTERED OWNER | 61. REGISTERED OWNER'S ADDRESS | ZIP CODE |
|---|---|---|

**62. OTHER IDENTIFYING CHARACTERISTICS OF VEHICLE**

b6
b7C

**64. OTHER REPORTS**
- ☒ Suspect/Witness
- ☒ Supplement
- ☐ Property Supplement
- ☐ Other

**65. UCR CLEARANCE STATUS**
- ☒ Open
- ☐ By Arrest
- ☐ Exceptional
- ☐ Unfounded

**66. INVESTIGATIVE STATUS**
- ☐ Active
- ☐ Inactive
- ☐ Closed

**70. CASE SCREENING SUPERVISOR** CODE

**71. INVESTIGATOR ASSIGNED** CODE

**72. CASE ASSIGNMENT DATE**

**73. SUPPLEMENT DUE DATE**

RECORDS BUREAU USE

| 79. PMM | 80. FILM | 81. RUN | 82. 20 DAY |
| 83. SC13 | 84. CODE | 85. PRESS | |

68. U.S.S. TECHNICIAN      CODE      DATE

DOJ-FOIA 000463
DOJ-FOIA 000463

# CHARLOTTE POLICE DEPARTMENT SUSPECT/WITNESS SUPPLEMENT

FORM 2.2 (3/84)

VICTIM

b6
b7C

## SUSPECT ONE

| 19. OFFENSE/CHARGE | 20. | 21. FURTHER SUSPECT DESCRIPTION/INFORMATION |
|---|---|---|
| KIDNAPPING / RAPE | SUSPECT 1 OF 1 | |

## SUSPECT TWO

| 22. SUSPECT NAME (Last, First, Middle) | | | 23. NICKNAME (AKA) | | 24. ARREST NO. | 25. ADVISED RIGHTS ☐ YES ☐ NO | DATE/TIME |
|---|---|---|---|---|---|---|---|
| 26. RESIDENCE ADDRESS | | ZIP CODE | 27. HOME PHONE | 28. PLACE OF EMPLOYMENT (School) | | | 29. WORK PHONE |

| 30. RACE | 31. SEX | 32. AGE | 33. DOB | 34. HEIGHT | 35. WEIGHT | 36 HAIR | 37. EYES | 38. BEST TIME/PLACE TO CONTACT SUSPECT |
|---|---|---|---|---|---|---|---|---|

| 39. OFFENSE/CHARGE | 40. SUSPECT ___ OF ___ | 41. FURTHER SUSPECT DESCRIPTION/INFORMATION |
|---|---|---|

## SUSPECT VEHICLE

| 42. MAKE | 43. MODEL | 44. YEAR | 45. COLOR | 46. BODY | 47. VIN |
|---|---|---|---|---|---|
| BUICK | REGAL | | GREY | | |

| 48. LICENSE NO. | 49. STATE | 50. YEAR | 51. REGISTERED OWNER | 52. REGISTERED OWNER'S ADDRESS | ZIP COD |
|---|---|---|---|---|---|
| EPY-7013 | NC | | | | |

| 53. PHONE | 54. IF TOWED, NAME LOCATION | 55. TOW-IN NO. | 56. VEHICLE IMPOUNDED ☐ YES ☐ NO | 57. IMPOUNDING OFFICER | CODE |
|---|---|---|---|---|---|

| 58. DATE/TIME IMPOUNDED | 59. VEHICLE INVENTORIED ☐ YES ☐ NO | 60. INVENTORY OFFICER | CODE | 61. RELEASED TO |
|---|---|---|---|---|

| 62. DATE/TIME RELEASED | 63. RELEASED BY | CODE | 64. ADDITIONAL VEHICLE IDENTIFIERS/INFORMATION |
|---|---|---|---|

## WITNESS ONE

| 65. WITNESS NAME (Last, First, Middle) | 66. RESIDENCE ADDRESS | ZIP CODE | 67. HOME PHONE |
|---|---|---|---|
| 68. WITNESS PLACE OF EMPLOYMENT (School) | 69. BUSINESS ADDRESS | ZIP CODE | 70. WORK PHONE |

| 71. RACE | 72. SEX | 73. AGE | 74. DOB | 75. WITNESS ___ OF ___ | 76. BEST TIME/PLACE TO CONTACT WITNESS |
|---|---|---|---|---|---|

77. SUMMARY OF FACTS TO WHICH WITNESS MAY TESTIFY

## WITNESS TWO

| 78. WITNESS NAME (Last, First, Middle) | 79. RESIDENCE ADDRESS | ZIP CODE | 80. HOME PHONE |
|---|---|---|---|
| 81. WITNESS PLACE OF EMPLOYMENT (School) | 82. BUSINESS ADDRESS | ZIP CODE | 83. WORK PHONE |

| 84. RACE | 85. SEX | 86. AGE | 87. DOB | 88. WITNESS ___ OF ___ | 89. BEST TIME/PLACE TO CONTACT WITNESS |
|---|---|---|---|---|---|

90. SUMMARY OF FACTS TO WHICH WITNESS MAY TESTIFY

b6
b7C

| DATE | 92. REVIEWING SUPERVISOR | CODE | DATE |
|---|---|---|---|
| 25 MAR 94 | | | |

PC - 005993

DOJ-FOIA 000464
DOJ-FOIA 000464

# CHARLOTTE POLICE DEPARTMENT SUPPLEMENT REPORT

Form 2.5 (3/84)

b6
b7C
b7D

| OF | 17. RESIDENCE PHONE | 18. BUSINESS ADDRESS | ZIP CODE | 19 BUSINESS PHONE |
|---|---|---|---|---|
| | | CPD | | |

**20. NARRATIVE** (Page ___1___ of ___1___)

ITEM NO.

IN REF TO THIS CASE, AT APPROX 0602 HOURS ON 25 MAR 94 R/O RESPONDED TO [          ] REF A KIDNAPPING AND POSSIBLE RAPE. UPON ARRIVAL R/O SPOKE WITH THE VICTIM ABOUT THE INCIDENT AND SHE ADVISED THAT SHE HAD BEEN RAPED. R/O THEN TRANSPORED THE VICTIM AND HER MOTHER TO CMC TO DO A RAPE KIT. R/O THEN TOOK A STATEMENT FROM THE VICTIM AND DID THE OFFENSE REPORT AND SUSPECT WITNESS REPORT. R/O WAS THEN RELEAVED AT THE HOSPITAL BY [          ] FROM 1ST SHIFT.

b6
b7C

b6
b7C

**21. U.C.R. CLEARANCE STATUS:**
☒ OPEN
☐ BY ARREST
☐ EXCEPTIONAL
☐ UNFOUNDED

**22. INVESTIGATIVE STATUS**
☐ ACTIVE
☐ INACTIVE
☐ CLOSED
☐ ADMINISTRATIVE

25. CASE REFERRED TO

26. REVIEWING SUPERVISOR

**24.** PROPERTY RECOVERED
☐ SEE REVERSE SIDE

DOJ-FOIA 000465
DOJ-FOIA 000465

# C O N S E N T   T O   S E A R C H

I, [redacted] , hereby give permission to [redacted] of the Charlotte Police Department to search or to cause a search of my residence at [redacted]

(describe the premises, vehicle, or item to be searched).

I am giving my permission voluntarily and because I want to. This the 25 day of March , 19 94 .

_____ / Signature

_____
Witness

_____
Witness

Form A-37PD (12/90)

PC - 005995

DOJ-FOIA 000466
DOJ-FOIA 000466

# C O N S E N T   T O   S E A R C H

I, _Aquilla M. Barnette_, hereby give permission to [ ] of the Charlotte Police Department to search or to cause a search of _19 · A/K Purple in color Vin 4J47A09218707 NC Tag EPV·708 Reg H — and my room within the residence of 3413 West Blvd._ (describe the premises, vehicle, or item to be searched).

I am giving my permission voluntarily and because I want to.

This the _26th_ day of _March_, 19 _94_.

My room far back corner room - on the back side of the house · It is on the right of the house

X _Aji M. Bt_
_____
Signature

X _Aji M. Bt_

[ ]
_____
Witness

_____
Witness

Form A-37PD (12/90)

PC - 005996

DOJ-FOIA 000467
DOJ-FOIA 000467

03/25/94 16:58
** REPRINT **

802731

BARNETTE, AQUILIA MARCIVICCI                M    B    07 07 73    20    940325060200

3413 WEST BV                                     5    5    130    BLK    BRO

CHAR              NC 28208    (704)394-7950      243571534              GA

TACO BELL              CHAR              (704)525-3661    243 57 1534

CASHIER           NC

3413 WEST BV                          CHARLOTTE                    X

PRIVATE DWELLING    03 25 94 0900   1         X                    X

b6
b7C

110301 F RAPE-1ST DEGREE-VICTIM 13 YEARS OR MORE-D.WEAPON
102600 F KIDNAPPING - FIRST DEGREE
112201 F RAPE-2ND DEGREE BY FORCE AGAINST WILL OF VICTIM
112201 F RAPE-2ND DEGREE BY FORCE AGAINST WILL OF VICTIM
570900 M TRESPASS - SECOND DEGREE - NOTIFIED NOT TO ENTER                WAR

CS141/  DEF ARRESTED ON THE ABOVE CHARGES.
ALSO HAVE A WARRANT, RP# 93-42277.

ROMAN, M.D.              C3059    X.        CPD  A1

STITT, J.E.              C1457    X

BRANDON, W.T.            C2404    X         03 25 94   1655

                                           STITT, J.E.              PC 005057

DOJ-FOIA 000468
DOJ-FOIA 000468

```
MA21                                                              03/25/94  07:25:14
DMA20                          ARREST OFFENDER DISPLAY
DR-NUMBER: 588963 - 1                                           13 - 588963 - B - 01
          LAST            FIRST         MIDDLE      TYP
    NAME: BARNETTE        AGUILLA       MARC
    RACE: B    SEX: M  ETHNICITY: N    DOB: 07 07 73    JUVENILE:
          NUMBR   DIR STREET-NAME           TP  TOWN    APT
 ADDRESS: 03413       WEST                  BV   CH
       DRIVERS-LICENSE: GA 5715574      SSN: 243 57 1534      PRINT-ID: 181573
       LAST-ARREST: 93 11 12    ALIASES:            STREET-NAMES: N
   * * * * * * * * * * * *  PF KEY INFORMATION * * * * * * * * * * * * *
PF5=DISPLAY-OFFENSES-AND-CASES                      PF4=EXIT-TO-MENU
PF6=RETURN-OFFENDER-REQUEST   PF9=DISPLAY-NEXT-RECORD   ENTER=DISPLAY-ARRESTS
MA26                                                              03/25/94  07:25:29
DMA25                      OFFENDER ARREST RECORD DISPLAY
588963 - 1                                                     13 - 588963 - B - 01
BARNETTE      AGUILLA       MARC              RAC: B   SEX: M  ETH: N DOB: 070773
03413    WEST                 BV   CH   APT:                   PRINT-ID: 181573
                               ARRESTS
ARST-NBR  J  DATE    UCR   CENS   --------LOCATION---------   OFFICERS   PRINT
0 739166  C  931112  0402  0805   00123 W  EXMORE         ST  7063 2567 181573
 NO MORE RECORDS TO DISPLAY
   * * * * * * * * * * * *  PF KEY INFORMATION * * * * * * * * * * * * *
PF4=EXIT-TO-MENU   PF5=RETURN-TO-OFFENDER-DISPLAY   ENTER=DISPLAY-MORE-ARRESTS
```

PC 000695

DOJ-FOIA 000469
DOJ-FOIA 000469

| Def. No. | DEFENDANT(s) NAME(s) (Last, First, Middle, Jr. Sr. etc.) | J U V. | CHARGES & CR.# (s) — COURT PERSONNEL USE ONLY |
|---|---|---|---|
| 1 | Barnette, Aquilia Marcivicci | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

## WITNESSES REQUIRED FOR COURT:

Complete Witness Information is Responsibility of O-I-C.
Indicate Area Codes Only For Long Distance Numbers.

| Wit. No. | OFFICER-IN-CHARGE OF CASE: (Enter in D.I.P.S. As Law Officer Complainant) | | Not Req'd |
|---|---|---|---|
| 1 | | Agency CMPO   Team F-I8 | |

b6
b7C

**CIVILIAN WITNESSES:** (LIST VICTIM(s) / COMPLAINANT(s) FIRST)

| 2 W:D | | |
|---|---|---|
| 3 W:D | | |
| W:V | | b6 b7C |

| 4 W:D | WITNESS NAME (Last, First, Middle, Jr. Sr. etc.) | Person Through Whom witness May Be Contacted | Not Req'd For#6 |
|---|---|---|---|
| | Home, House # / Apt # & Street | Home, House # / Apt # & Street | |
| W:V | City, State, Zip — Home Phone | City, State, Zip — Home Phone | Type |
| | Employer/Business Name — Business Address | Bus. Phone | |

| 5 W:D | WITNESS NAME (Last, First, Middle, Jr. Sr. etc.) | Person Through Whom Witness May Be Contacted | Not Req'd For#6 |
|---|---|---|---|
| | Home, House # / Apt # & Street | Home, House # / Apt # & Street | |
| W:V | City, State, Zip — Home Phone | City, State, Zip — Home Phone | Type |
| | Employer/Business Name — Business Address | Bus. Phone | |

b6
b7C

**ADDITIONAL LAW OFFICER WITNESSES:**                     Not Req'd For#6

| 6 | |
|---|---|
| 7 | |
| 8 | |

| Complaint # 9403250602000 | Original Witness List ✓ | Supplemental List | | Verified By | Entered By | Date Entered |
|---|---|---|---|---|---|---|

Form # Wit.-1   Rev. 4/29/79

DOJ-FOIA 000470
DOJ-FOIA 000470

## Property and Case Disposition

C.R. Number _____

Complaint Number *940325060200*

Requesting Officer Name, Code #, Assignment _____ *FIB/Rape*

Defendant's Name *Barnette* *Aguilia* *Marcivici* b6 b7C
               (Last)       (First)       (Middle)

Sex *M*      Race *B*    D.O.B. *7-7-73*

Victim's Name _____
         (Last)      (First)     (Middle)

Offense(s) *1st Rape, 1st Kidnapping, 2cts 2nd Rape*

Date of Offense *3-25-94*    Presiding Judge _____

Brief Property Description *Clothing, Rape kit, Finger nail black bra,*

### Case Disposition

- [ ] Case tried, Defendant guilty
- [ ] Case continued for trial
- [ ] Defendant pled guilty to _____
- [ ] Case dismissed because _____
- [ ] Case tried, Defendant not guilty
- [ ] Case tried, hung jury

### Evidence Disposition

- [ ] Confiscate and destroy (Items # _____)
- [ ] Hold for appeal (Items # _____)
- [ ] Release to School Board (Items # _____)
- [ ] Release to _____
      (Last)   (First)   (M.I.)
- [ ] Return to owner (Items # _____)
- [ ] Request analysis (Items # _____)
- [ ] Hold for trial (Items # _____)
      (Items # _____)

- [ ] Other Disposition _____

_____

Judge's Signature _____
                             (Date)

A.D.A. Signature _____
                             (Date)

Form A-73-PD
5/89

PC - 006000

DOJ-FOIA 000471
DOJ-FOIA 000471

# STATE OF NORTH CAROLINA

_Mecklenburg_ County

94-032506 0200

**File No.** 94 CR 19362, 63, 65, 66

In The General Court Of Justice
☒ District ☐ Superior Court Division

## STATE VERSUS

Defendant

_Aquilia M. Barnette_

**DISMISSAL / NOTICE OF REINSTATEMENT**

G.S. 15A-302(e);-931;932;-1009

Offense

1° Rape, 1° Kidnapping, 2d° Rape (2 cts)

## ☒ DISMISSAL.

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ No crime is charged.

☐ There is insufficient evidence to warrant prosecution for the following reasons:

☐ Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☒ Other (specify) _Rejected_

[ Δ is in jail ]

A jury has not been impanelled nor has evidence been introduced. _(If a jury has been impanelled, or if evidence has been introduced, modify this sentence accordingly.)_

---

MECKLENBURG COUNTY
**FILED**
APR 5 1994
AT _____ O'CLOCK _____ M.
CLERK OF SUPERIOR COURT

---

## ☐ DISMISSAL. WITH LEAVE.

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ The defendant failed to appear for a criminal proceeding at which his attendance was required and the prosecutor believes that the defendant can not readily be found.

☐ The defendant has been indicted and cannot readily be found to be served with an Order for Arrest.

☐ The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

---

**NOTE:** _This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court._

---

Date
_4/4/94_

b6
b7C

## ☐ REINSTATEMENT

This case having previously been dismissed with leave because the defendant failed to appear in court as required, is now reinstated for trial.

Date

Signature Of Prosecutor

AOC-CR-307
Rev. 12/85

Original - File

DOJ-FOIA 000472
DOJ-FOIA 000472

b6
b7C

```
MCD-8628 - DCI201      03/28/94 11:18:29 - 03/28/94 11:18:28 721HAFFOLD4X
DCI - RECORD     COMPUTERIZED CRIMINAL HISTORY      PAGE 001
THIS DCI RESPONSE IS THE RESULT OF YOUR INQUIRY ON
MKE/QRC  NAM/BARNETTE,AQUILLA MARC  SID/NC0597179A  PUR/C  OPR/CWP
ATN/DA [          ]

NAM/BARNETTE,AQUILLA MARC            SID/NC0597179A
SEX/M    RACE/B    DATE OF BIRTH/07-07-1973    PLACE OF BIRTH/XX
HEIGHT/5 FEET 05 INCHES    WEIGHT/130    EYE/BRO    HAIR/BLK
PRINTRAK FINGERS:  U12 W05 W07 W08 U10 / N   N   N   N   N  AFIS BLOCK:25W09N
SOCIAL SECURITY:       243571534
ALIAS: BARNETTE,MARC

CYCLE 01 ARREST DATE: 11-12-1993       SID/NC0597179A
  ARREST AGENCY: NC0601700-MECKLENBURG CO POLICE-INTAKE CTR
  ARREST NAME:   BARNETTE,AQUILLA MARC
  AGENCY CASE NO:   0181573        FINGERPRINT CHECK DIGIT NO: L13562N
  OFFENSE CHARG 01-ABDUCTION OF CHILDREN
  OFFENSE CHARG 02-ASSAULT WITH A DEADLY WEAPON-CUTTING-3CTS
COURT:  NC060025J-MECKLENBURG CO DIST COURT
   DISPO DATE: 12-08-1993     COURT DOCKET: 1993CR 073745
( CONT )
MCD-8628 - DCI201      03/28/94 11:18:42 - 03/28/94 11:18:28 721HAFFOLD4X
DCI - RECORD     COMPUTERIZED CRIMINAL HISTORY      PAGE 002
   COURT OFF-001 KIDNAPPING SECOND DEGREE
       DISPOSITION:    DISMISSED

BASED ON SID NUMBER ONLY

THIS RECORD INCLUDES INFORMATION DOCUMENTED IN THE SBI FILES ONLY.

CERTIFIED AS A TRUE COPY OF CRIMINAL HISTORY RECORD INFORMATION ON THE ABOVE
INDIVIDUAL AS SUBSTANTIATED BY FINGERPRINTS AS IT APPEARS IN THE SBI/DCI FILES

STATE/FEDERAL REGULATIONS REQUIRE A ONE YEAR RECORD OF DISSEMINATION.

***CAUTION*** CHANGES TO THIS RECORD MAY OCCUR AT ANY TIME AND A NEW INQUIRY
SHOULD BE MADE FOR SUBSEQUENT USE.  RECORD MUST NOT BE USED AFTER 06-25-1994.
 * END OF RECORD *
```

PC - 006002

DOJ-FOIA 000473
DOJ-FOIA 000473

b6
b7C

MCD-8628 - DCI201      03/28/94 11:18:29 - 03/28/94 11:18:28 721HAFFOLD4X
DCI - RECORD      COMPUTERIZED CRIMINAL HISTORY      PAGE 001
THIS DCI RESPONSE IS THE RESULT OF YOUR INQUIRY ON
MKE/QRC NAM/BARNETTE,AQUILLA MARC  SID/NC0597179A  PUR/C  OPR/CWP
ATN/DA

NAM/BARNETTE,AQUILLA MARC            SID/NC0597179A
SEX/M    RACE/B    DATE OF BIRTH/07-07-1973    PLACE OF BIRTH/XX
HEIGHT/5 FEET 05 INCHES    WEIGHT/130    EYE/BRO    HAIR/BLK
PRINTRAK FINGERS:  U12 W05 W07 W08 U10 / N    N    N    N    N  AFIS BLOCK:25W09N
SOCIAL SECURITY:      243571534
ALIAS: BARNETTE,MARC

CYCLE 01 ARREST DATE: 11-12-1993        SID/NC0597179A
  ARREST AGENCY: NC0601700-MECKLENBURG CO POLICE-INTAKE CTR
  ARREST NAME:    BARNETTE,AQUILLA MARC
  AGENCY CASE NO:    0181573          FINGERPRINT CHECK DIGIT NO: L13562N
  OFFENSE CHARG 01-ABDUCTION OF CHILDREN
  OFFENSE CHARG 02-ASSAULT WITH A DEADLY WEAPON-CUTTING-3CTS
COURT:  NC060025J-MECKLENBURG CO DIST COURT
   DISPO DATE: 12-08-1993    COURT DOCKET: 1993CR 073745
( CONT )
MCD-8628 - DCI201      03/28/94 11:18:42 - 03/28/94 11:18:28 721HAFFOLD4X
DCI - RECORD      COMPUTERIZED CRIMINAL HISTORY      PAGE 002
   COURT OFF-001 KIDNAPPING SECOND DEGREE
       DISPOSITION:    DISMISSED

BASED ON SID NUMBER ONLY

THIS RECORD INCLUDES INFORMATION DOCUMENTED IN THE SBI FILES ONLY.

CERTIFIED AS A TRUE COPY OF CRIMINAL HISTORY RECORD INFORMATION ON THE ABOVE
INDIVIDUAL AS SUBSTANTIATED BY FINGERPRINTS AS IT APPEARS IN THE SBI/DCI FILES

STATE/FEDERAL REGULATIONS REQUIRE A ONE YEAR RECORD OF DISSEMINATION.

***CAUTION*** CHANGES TO THIS RECORD MAY OCCUR AT ANY TIME AND A NEW INQUIRY
SHOULD BE MADE FOR SUBSEQUENT USE.  RECORD MUST NOT BE USED AFTER 06-25-1994.
 * END OF RECORD *

PC 006003

DOJ-FOIA 000474
DOJ-FOIA 000474

#80273

| | HIT | NO HIT | SYS UNAV | OPERATOR |
|---|---|---|---|---|
| POSITIVE ID | () | () | () | |
| WARRANT CHECK | ✓ | () | () | 141 |
| ALIAS | () | ✓ | () | |
| ALIAS WARRANT CHECK | () | ✓ | () | |
| PHNI/ARREST HISTORY | ✓ | () | () | 178 |
| DCI/NCIC/CCH | ✓ | () | () | |
| NCCJIS ARREST HISTORY | () | () | () | |

MA21
DMA20
ARREST OFFENDER DISPLAY                          03/25/94  17:01:39
DR-NUMBER: 588963 - 1                            13 - 588963 - B - 01
          LAST            FIRST     MIDDLE    TYP
   NAME: BARNETTE        AQUILLA    MARC
   RACE: B    SEX: M   ETHNICITY: N   DOB: 07 07 73   JUVENILE:

          NUMBR  DIR STREET-NAME        TP  TOWN  APT
   ADDRESS: 03413      WEST             BV   CH

      DRIVERS-LICENSE: GA 5715534    SSN: 243 57 1534      PRINT-ID: 181573
         LAST-ARREST: 93 11 12   ALIASES:           STREET-NAMES: N


   * * * * * * * * * * * *  PF KEY INFORMATION * * * * * * * * * * * *
PF5=DISPLAY-OFFENSES-AND-CASES                   PF4=EXIT-TO-MENU
PF6=RETURN-OFFENDER-REQUEST   PF8=DISPLAY-NEXT-RECORD   ENTER=DISPLAY-ARRESTS
MA26                                             03/25/94  17:02:42
DMA25                   OFFENDER ARREST RECORD DISPLAY
588963 - 1                                       13 - 588963 - B - 01
BARNETTE      AQUILLA      MARC          RAC: B   SEX: M  ETH: N DOB: 070773
03413    WEST            BV   CH  APT:                   PRINT-ID: 181573

                          ARRESTS
ARST-NBR  J  DATE   UCR   CENS  ---------LOCATION----------  OFFICERS   PRINT
0 789166  C  931112  0402  3805  00123 W  EXMORE        ST  3063 2567 181573


NO MORE RECORDS TO DISPLAY
   * * * * * * * * * * * *  PF KEY INFORMATION * * * * * * * * * * * *
PF4=EXIT-TO-MENU   PF5=RETURN-TO-OFFENDER-DISPLAY   ENTER=DISPLAY-MORE-ARRESTS

                                                 PC - 006004

DOJ-FOIA 000475
DOJ-FOIA 000475



# 80273l

| | HIT | NO HIT | SYS UNAV | OPERATOR |
|---|---|---|---|---|
| POSITIVE ID | () | () | () | |
| WARRANT CHECK | ✓ | () | () | 141 |
| ALIAS | () | ✓ | () | |
| ALIAS WARRANT CHECK | () | ✓ | () | |
| FKNI/ARREST HISTORY | ✓ | () | () | 178 |
| DCI/NC1C/CCH | ✓ | () | () | |
| NCCJIS ARREST HISTORY | () | () | () | |

MA21
DMA20
DR-NUMBER: 588963 - 1                    ARREST OFFENDER DISPLAY          03/25/94  17:01:39
        LAST            FIRST        MIDDLE    TYP          13 - 588963 - B - 01
    NAME: BARNETTE      AQUILLA      MARC
    RACE: B    SEX: M   ETHNICITY: N    DOB: 07 07 73    JUVENILE:

            NUMBR  DIR STREET-NAME           TP   TOWN    APT
    ADDRESS: 03413     WEST                  BV   CH

    DRIVERS-LICENSE: GA 5715534     SSN: 243 57 1534        PRINT-ID: 181573
        LAST-ARREST: 93 11 12    ALIASES:            STREET-NAMES: N


    * * * * * * * * * * * *   PF KEY INFORMATION * * * * * * * * * * * *
PF5=DISPLAY-OFFENSES-AND-CASES                      PF4=EXIT-TO-MENU
PF6=RETURN-OFFENDER-REQUEST    PF8=DISPLAY-NEXT-RECORD    ENTER=DISPLAY-ARRESTS
MA26
DMA25                                                  03/25/94   17:02:42
588963 - 1              OFFENDER ARREST RECORD DISPLAY
BARNETTE        AQUILLA      MARC                      13 - 588963 - B - 01
03413    WEST                       RAC: B   SEX: M  ETH: N DOB: 020773
                             BV   CH   APT:              PRINT-ID: 181573

                            ARRESTS
ARST-NBR  J  DATE   UCR   CENS ----------LOCATION---------- OFFICERS  PRINT
0 789166  C  931112  0402  3805  00123 W  EXMORE      ST  3063 2567 181573


NO MORE RECORDS TO DISPLAY
    * * * * * * * * * * * *   PF KEY INFORMATION * * * * * * * * * * * *
PF4=EXIT-TO-MENU    PF5=RETURN-TO-OFFENDER-DISPLAY   ENTER=DISPLAY-MORE-ARRESTS

                                                        PC. 006005

DOJ-FOIA 000476
DOJ-FOIA 000476

CS-8198 - DCI209      03/25/94 17:00:57 - 03/25/94 17:00:57 6Y1ZAFDTX6PB
) DCI WANTED PERSON RECORD
ASED ON NAM/BARNETTE,AQUILIA  SEX/M  RAC/B  DOB/070773
                                                              PAGE  1 OF  1
CS-8199 - NCIC1      03/25/94 17:01:14 - 03/25/94 17:00:59 6Y1ZAFDTX6PB
_016Y1ZAFDTX6PB1OS
)060013Y
) NCIC WANT DOB/070773 NAM/BARNETTE,AQUILIA SEX/M RAC/B

                                                              PAGE  1 OF  2
CS-8200 - NCIC2      03/25/94 17:01:28 - 03/25/94 17:01:01 6Y1ZAFDTX6PB
_016Y1ZAFDTX6PB1BC
)060013Y
HIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
NQUIRY ON NAM/BARNETTE,AQUILIA SEX/M RAC/B DOB/070773 PUR/C

AME                           FBI NO.         INQUIRY DATE
ARNETTE,AQUILIA MARCVICCI     950082PA5       03/25/94

EX  RACE   BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR  BIRTH PLACE
    B      07/07/73    505     130     BRO   BLK   NORTH CAROLINA

INGERPRINT CLASS
3 DI PI PM 17
O 11 PI PI 13

_IAS NAMES
ARNETTE,AQUILIA MARCNICCI     BARNETTE,MARC
ARNETTE,AQUILIA MARCIVKCI     BARNETTE,AQUILLA MARC

OCIAL SECURITY
43-57-1534
                                                              PAGE  2 OF  2
CS-8200 - NCIC2      03/25/94 17:01:34 - 03/25/94 17:01:01 6Y1ZAFDTX6PB

DENTIFICATION DATA UPDATED 01/03/94

HE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
OLLOWING:
GEORGIA        - STATE ID/GA1872086W
NORTH CAROLINA - STATE ID/NC0597179A

HE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
NDEX BY USING THE APPROPRIATE NCIC TRANSACTION.

ND
                                                              PAGE  1 OF  1
CS-8201 - NCIC2      03/25/94 17:03:08 - 03/25/94 17:03:08 721ZAFDTX8N8
_O1721ZAFDTX8N81C4
)060013Y

DOJ-FOIA 000477
DOJ-FOIA 000477

ECORD REQUEST FOR FBI/950082PA5. INDIVIDUAL'S RECORD WILL BE COMPLETE
HEN ALL RESPONSES ARE RECEI██ED FROM THE FOLLOWING SOUR██S:
GEORGIA          - STATE ID/█ 872086W

N ADDITIONAL RECORD MAY BE OBTAINED FROM FILES WITHIN YOUR STATE.
ND

CS-8204 - DCI209       03/25/94 17:11:20 - 03/25/94 17:11:18 6Y1ZAFDTXH5P

b6
b7C

DOJ-FOIA 000478
DOJ-FOIA 000478

```
03/25/94                MCCJIS ARREST PROCESSING SUBSYSTEM              CJMG19M
17:11          * *   CASE SUMMARY DISPLAY BY POSITIVE ID 181573  * *
X    CASE #           PERSON# PID#          NAME                    NEXT COURT
      STATUS                   ARREST DT
  93-CR-073741-01  20896942 181573 BARNETTE, AQUILLA MARC          2207B 03/25/94
    11 ORIG PROCESS SERVED   11/12/93  COURT NAME:
    M  ASSAULT WITH A DEADLY WEAPON - CUTTING
  93-CR-073742-01  20896942 181573 BARNETTE, AQUILLA MARC          2207B 02/04/93
    11 ORIG PROCESS SERVED   11/12/93  COURT NAME:
    M  ASSAULT WITH A DEADLY WEAPON - CUTTING
  93-CR-073743-01  20896942 181573 BARNETTE, AQUILLA MARC          2207B 02/04/93
    11 ORIG PROCESS SERVED   11/12/93  COURT NAME:
    M  ASSAULT WITH A DEADLY WEAPON - CUTTING
  93-CR-073745-01  20896942 181573 BARNETTE, AQUILLA MARC          1101B 12/08/93
    30 CLOSED-NG VDWL VD D/   11/12/93  COURT NAME:
    F  KIDNAPPING - SECOND DEGREE
--------------------------------------------------------------------------------
PF1=RETURN CASE REQUEST                              PF8=ADDITIONAL CASES
PF4=CANCEL                                           ENTER=START CASE DISPLAYS
03/25/94                MCCJIS ARREST PROCESSING SUBSYSTEM              CJMG19M
17:11          * *   CASE SUMMARY DISPLAY BY POSITIVE ID 181573  * *
X    CASE #           PERSON# PID#          NAME                    NEXT COURT
      STATUS                   ARREST DT
  93-CRS-076062-01 20898339 181573 BARNETTE, AQUILLA              2201  01/28/94
    50 PEND ARRAIGNMENT S/C   11/12/93  COURT NAME:
    F  BURGLARY - FIRST DEGREE
  93-CRS-076063-01 20898339 181573 BARNETTE, AQUILLA              2201  01/28/94
    60 ARRAIGNED S/C          11/12/93  COURT NAME:
    F  FELONIOUS RESTRAINT
```

PC - 006008

DOJ-FOIA 000479
DOJ-FOIA 000479

*MCSD* #10273 141 178

ICS-8198 - DCI209     03/25/94 17:00:57 - 03/25/94 17:00:57 6Y1ZAFDTX6PB
IO DCI WANTED PERSON RECORD
ASED ON NAM/BARNETTE,AQUILIA  SEX/M  RAC/B  DOB/070773
                                                        PAGE  1 OF  1

ICS-8199 - NCIC1     03/25/94 17:01:14 - 03/25/94 17:00:59 6Y1ZAFDTX6PB
LO16Y1ZAFDTX6PB108
IC060013Y
IO NCIC WANT DOB/070773 NAM/BARNETTE,AQUILIA SEX/M RAC/B

                                                        PAGE  1 OF  2

ICS-8200 - NCIC2     03/25/94 17:01:28 - 03/25/94 17:01:01 6Y1ZAFDTX6PB
LO16Y1ZAFDTX6PB1BC
IC060013Y
HIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
NQUIRY ON NAM/BARNETTE,AQUILIA SEX/M RAC/B DOB/070773 PUR/C

IAME                           FBI NO.        INQUIRY DATE
ARNETTE,AQUILIA MARCVICCI      950082PA5      03/25/94

EX   RACE   BIRTH DATE   HEIGHT   WEIGHT   EYES   HAIR   BIRTH PLACE
     B      07/07/73     505      130      BRO    BLK    NORTH CAROLINA

INGERPRINT CLASS
8 DI PI PM 17
0 11 PI PI 13

LIAS NAMES
ARNETTE,AQUILIA MARCNICCI      BARNETTE,MARC
ARNETTE,AQUILIA MARCIVKCI      BARNETTE,AQUILLA MARC

OCIAL SECURITY
43-57-1534
                                                        PAGE  2 OF  2

CS-8200 - NCIC2     03/25/94 17:01:34 - 03/25/94 17:01:01 6Y1ZAFDTX6PB

DENTIFICATION DATA UPDATED 01/03/94

HE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
OLLOWING:
GEORGIA        - STATE ID/GA1872086W
NORTH CAROLINA - STATE ID/NC0597179A

HE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
NDEX BY USING THE APPROPRIATE NCIC TRANSACTION.

ND
                                                        PAGE  1 OF  1

ICS-8201 - NCIC2     03/25/94 17:03:08 - 03/25/94 17:03:08 721ZAFDTX8N8
LO1721ZAFDTX8N81C4
IC060013Y

PC 000001
DOJ-FOIA 000480
DOJ-FOIA 000480

ECORD REQUEST FOR FBI/950082PA5. INDIVIDUAL'S RECORD WILL BE COMPLETE
HEN ALL RESPONSES ARE RECEIVED FROM THE FOLLOWING SOURCES:
GEORGIA           - STATE ID/G███872086W

IN ADDITIONAL RECORD MAY BE OBTAINED FROM FILES WITHIN YOUR STATE.
:ND

:CS-8204 - DCI209        03/25/94 17:11:20 - 03/25/94 17:11:18 6Y1ZAFDTXHSP

b6
b7C

PC - 006010

DOJ-FOIA 000481
DOJ-FOIA 000481

**CRIMINAL COMPLAINT FOR A WARRANT OR SUMMONS** b6 b7C

<u>VICTIM INFORMATION</u>

Name: _____ ce: B Sex: F Date of Birth: _____

Home Address: _____ Home Phone #: _____

Work Address: Name of Company: _____ rk Phone #: _____

City/State

What hours/days does he/she work? 8 a.m. - 5 p.m. M-F

<u>SUSPECT INFORMATION</u> 20896942.

Name: Mark Barnette — Race: B Sex: M Date of Birth: not sure

Home Address: 3413 West Blvd. Home Phone #: (704) 394-7950

Work Address: Name of Company: not sure if he works Work Phone #: ( ) not sure if he works

City/State

What hours/days does he/she work? not sure if he works

<u>QUESTIONS ABOUT THE INCIDENT</u>

1. What did the suspect do? Came to my house when ~~I~~ told to him in front of police not to come back

2. If property damage, give amount. n/a

3. Why did the suspect do this?

4. Where did this happen?

5. When did this happen? Time: between hrs of 10+12 a.m. Date: 12-15-93

6. Who was with the suspect when this happened?
   Name: Address: Phone:
   he was alone

b6
b7C

7. Who was with you?
   Name: Address: Phone:

PG-0006014

DOJ-FOIA 000482
DOJ-FOIA 000482

8. Who else was there?
   Name:                          Address:                          Phone:

   *no one*

9. What do you want the courts to do? [redacted b6 b7C]

   [redacted b6 b7C]

10. Have you ever taken a warrant out on the suspect? If yes, state what charge, when, and what happened in court. *no*

11. Has the suspect ever taken a warrant out on you? If yes, state what charge, when, and what happened in court. *no*

12. What is your relationship to the suspect?

   _____ Husband/Wife          _____ Child/Parent        _____ Employee/Employer
   _____ Ex-spouse             _____ Family Member       _____ Acquaintance
   _____ Girlfriend/Boyfriend  _____ Friend              _____ Stranger
   _____ Ex-girlfriend/Ex-boyfriend  _____ Neighbor      __✓__ Other (Explain)

   [redacted b6 b7C]

13. Did you call the police about this complaint? *yes*

14. Did the police make a report? *not sure* When? *but they did come to my home*

15. Was the victim hospitalized? *no*   Where?

    How long? _____   Did defendant have a weapon? *not sure*

OTHER INFORMATION

[redacted box b6 b7C b7D]

Signature

*12-15-93*

Date

Magistrate's Comments:

DA #58
01/30/89

DOJ-FOIA 000483
DOJ-FOIA 000483

09/14/94                    MCCJIS TRIAL COURT HISTORY SUBSYSTEM                    CJCT36M
14:56                    * *   TRIAL COURT HISTORY DISPLAY   * *
   NAME: BARNETTE, AQUILLA MARC            PERSON #:  20896942   PID #: 181573
ADDRESS: 3413 WEST BV                (H)   RACE:  B   SEX: M   DOB: 07/07/73
        CHAR            NC  28208          ARREST #: 00789166 FILM #:
CHARGE #: 134002 TYPE: ORD   STATUS: 40 DIST COURT JUDGEMENT
CASE #: 93CR 073743-01      CIT/COMP #: 931112161802     DISP DATE: 07/18/94
CHARGE: M ASSAULT WITH A DEADLY WEAPON - CUTTING
ISSUE DATE: 11/12/93   SERVICE DATE: 11/12/93   LAST COURT: 07/18/94 2202 A
  NOT GUILTY/GUILTY
  ACTIVE SENTENCE                          13 DYS
  ACTIVE SENTENCE CRDT   13 DYS

PF1=RETURN TO REQUEST           PF7=REVIEW EVENTS           ENTER=NEXT DISPLAY
PF4=CANCEL                      PF8=MORE EVENTS
NO MORE EVENTS TO DISPLAY

PC - 006013

DOJ-FOIA 000484
DOJ-FOIA 000484

## ADULT WAIVER OF RIGHTS

I, _Aquilla Marcivicci Barnette_ , am _20_ years old. My
address is _3413 West Blueck  Charlotte NC 252_ . I
have finished the _11th_ grade in school and ~~can~~/cannot read. I
have been told by _Officer_ [REDACTED] , who I understand
is a police officer, that ~~he~~/she would like to question me concerning
the crime of _1st Kidnapping/1st Rape_ .This officer has also
explained to me and I understand that:

_AB_ /(1)  I have the right to remain silent.  That means I
(initials)       do not have to say anything or answer any questions.

_AB_ /(2)  Anything I say can be used against me.

_AB_ /(3)  I have the right to talk to a lawyer and to have a
              lawyer here with me now to advise and help me during
              questioning.

_AB_ /(4)  If I want to have a lawyer with me during questioning
              but can not afford to pay a lawyer, one will be
              provided to me at no cost before I am questioned.

_AB_ /(5)  If I decide to answer questions now, without a lawyer
              here, I still have the right to stop answering
              questions whenever I want to.

_AB_ /(6)  I also have the right to stop answering questions until
              I have talked to a lawyer.

I understand my rights as explained by Officer [REDACTED] . I
now state that I DO wish to answer questions at this time and that I
do NOT wish to have a lawyer here during questioning.

My decision to answer questions now, without a lawyer, is made freely
and is my own choice.  No one has threatened me in any way or promised
me special treatment.  To show my decision, I am signing my name in
the space below.

Signed: X _[REDACTED]_          Date: _3  25 94_

                                      Time: _10  10_

[REDACTED]                  [REDACTED]
(witness) _3-25-94_          (witness) _3-25-94_
              _10:19_                        _10:19_

Form A-80-PD 8/82

b6
b7c

b6
b7c

PC - 006014

DOJ-FOIA 000485
DOJ-FOIA 000485

ADULT VOLUNTARY STATEMENT

I, *Aquilia Marcovicci Barnette*        , know and understand my
rights. Having decided to answer questions at this time, I now make
the following statement:

Officer [redacted] is writing this statement

for me on 3-25-94 at 12:44 pm. This interview was conducted

at the CEC/FIB Section.

B.—  Yesterday (3-24-94) morning I called [redacted] at

6:48 am. and [redacted] said she was

asleep. I called back about 7:41 am. and [redacted]

answered the phone, When she answered the phone

I asked her was she coming back to the room,

On Wednesday me and [redacted] got a room at

Motel Six on Clanton Rd, We spent the day together

and had sex through out the day. About 2:00 am.

Wednesday we left. [redacted] went to get her hair

done and I went home and worked on my car,

I Returned to the motel room around 9:00 pm.

I had not heard from [redacted] The next morning

3-24-94 that's when I called at 6:48 am, first,

The second time I called [redacted] answered and

<span style="text-align:right">b6<br>b7C</span>

(If more space is needed, use additional sheets)

The statement above [and continued on attached sheet(s) marked
Attachment Page(s)  2 ] is made of my own free will.  No one has
threatened me in any way or promised me special treatment to cause me
to make this statement.  I am signing my name in the space below to
show that it is my statement and that it is the truth.

Signed: X *A... M. B...*   Date:  3-25-94

b6
b7C

Time:  at 14:49   2:49

(Witness)                                    (Witness)

PC - 006015

DOJ-FOIA 000486
DOJ-FOIA 000486

NAME: Marc Barnette

DATE: 3-25-94

b6
b7C

that's when I asked if she was coming back to the motel room [ ] said "No, she could not leave the house because her mother was home." After talking with [ ] I checked out of the room, I took the bus to Western Auto on Freedom Dr. and bought some parts for my car, I then went back home and worked on my car. I got my car running and I had to move it because it started to rain, I moved it down to the end of the driveway. At 6:00 pm, I borrowed 80¢ from my mother for bus fare, I took the bus back to the Western Auto Store on Freedom Dr. and bought some more parts; I Returned home alittle after 9:00 pm. (Thursday night) and I moved my car again, I went inside my house and called [ ] it was about 9:11 pm, [ ] was at work and she answered the phone and I asked her "what time was she going to get off work and call me," She said she had to close and she would call me. I went back down to my car and started working on the power steering. At 10:00 pm. [ ] had just gotten off the bus and was walking home, I pulled the car down to the end of my driveway and that's when I saw [ ] He asked me where was

PC - 006016

DOJ-FOIA 000487
DOJ-FOIA 000487

b6
b7C

I going, I told him " to the store to get gas
and some power steering fluid. Earlier around
9:00 the twins came over [ ] that's
who I bought the car from, I was telling
[ ] they could not believe I got the car
running. Me and [ ] drove the car to
the Henny Penny store and I bought $3.00
worth of gas and a can of power steering fluid.
We then drove back home and when I parked
the car in our driveway [ ] went in the
house and mom came down and talked to
me before she left for work. After that
I did not move my car anymore that night.
I continued to work on my power steering
for awhile, I never got the fittings to hold fluid, they did not fit.
PS.
About 11:45 pm. I went inside my house,
I entered though the kitchen door and went
to my room. I saw my grandfather sitting
in his chair in the livingroom. When I got in
my room I checked my voice mail and I had
one message. It was [ ] A friend from
work. I hit star 69 to see who called last
hoping it was [ ] But the number came back
to [ ] I didn't call her though.
After that I took off my coat and all

Form A-81-PD 8/82

MB: M. Barnette

PC - 006017

DOJ-FOIA 000488
DOJ-FOIA 000488

NAME: Marri Brevette

DATE: 3-25-94

b6
b7C

my clothes and got in bed. I turned my tape player on and listened to some music while I waited for [ ] to call. She never called me. The next thing I know is my Aunt [ ] is waking me up and telling me someone is looking at my car. I got up and she told me someone called and said the police were looking at my car and asking about a [ ]. I finished dressing and went down to where my car was. And talked with police. A.

A. My Aunt [ ] knows I was home all night long and I did not go anywhere Nor did I move my car after I came in around midnight, 11:45 pm. A.

A. Me and [ ] have been having an on-going relationship. We would meet each other at notels, restaurants and shopping centers.

Q. For the passed week [ ] has been getting pressure from her mother about if she was still seeing me, [ ] has been avoiding being seen by me in public places. A.

A. I don't understand or know why [ ] is saying I raped her when we were just together on Wednesday.

Form A-81-PD 8/82

PC - 006018

DOJ-FOIA 000489
DOJ-FOIA 000489

NAME: _Marc Barnette_

DATE: _3-25-94_

b6
b7C

B/ My car can be easily broke into, I can't lock the passenger side door. The trunk does not have a lock either. — A1

B/ I know for a fact I did not leave my house all night. A3

B/ [____] Knows where everything is in my room and what is in my room. Nothing has changed. Nothing has changed in my house either. A3

B/ [____] left that bra at the motel on Wednesday and I brought it home with me. That was her bra from Wednesday

B/ I have not been to my car since last night so I don't know if it's been tampered with. I can only tell you it has not been moved. A3

A3

I can't figure how she says she got to my property but she never came to my house to let me know anything was wrong. I figure she's in some sort of trouble with her mother an using this as some sort of excuse. As much as I love Alesha I would have no reason to do such a thing, I tell her everything I do and everywhere I go so she knows

NAME: _Marc Bonnette_    b6
                        b7C
DATE: _3-25-94_

That I'll always be there for her. Its been toll to me several times by my freinds AND family to Disolve this relationship but through the fact that [        ] has showed considerable amounts of love towards me, we've been able to maintain a substantale partecship. She comes under great Deals of Pressure when we get caught sneeking around in fear that something would set back to her mother. She continuosly has me over to her house (invited) knowing she's not supposed to. But at times her love grows and at times it shirwks Due to her fluxiation of feelings about people seeing us. We Have had a Good time until we was seen by her brother yptown coming from the Days Inn where we had spent the Day making love (Sat. 9pm) It was afterbeen a fight with her mother about if we were seeing each other. She said the fight they had was to much an she of course had to Deny everything although this was the 3RD time he'd been seen.

DOJ-FOIA 000491
DOJ-FOIA 000491

NAME: _Marc Barnette_

DATE: _3-25-94_     b6
                 b7C

see how she gets herself motive to believe these things. I go along with it to try and protect her but she felt so worried she thought I best "we stop, simply because we would soon get caught but yet (Wed 23rd)" she still continues to be with me in a loving manner to throw caution to the wind. We've been doing this since late fall 93' an all I can figure is [ redacted ] been caught in a lie by her mom and is looking for the easy way out, I hope she is okay and nothing serious happen cause you know I love her and she loves me. When ever we make love its because we both want it and I would never do such a thing. I'm also looking for nothing happen to her here, it was just (Wed 23rd) we spent a wonderful day together, I'm truly puzzled.

Form A-81-PD 8/82       _[signature]_       PC - 006021

DOJ-FOIA 000492
DOJ-FOIA 000492

CHARLOTTE-MECKLENBURG INTAKE CENTER
ARREST AFFIDAVIT

ARREST REPORT MUST
BE ATTACHED

COMPLAINT # 940325060200   ARREST # _____ PID # 181573

NAME: Barnette , Aguilia   Marciviici _____
       LAST      FIRST       MIDDLE      SUFFIX

RACE B   SEX M   DOB 7-7-73   AGE 20

ADDRESS: 3413 West Blvd.   CITY/ST. Charlotte N.C.

1. CHARGES YOU ARE SEEKING: 1st Kidnapping, 1st Rape, 2cts, 2nd Rap

2. DETAILED NARRATIVE - INDICATE WHAT YOU/VICTIMS/WITNESSES CAN TESTIFY TO AND INCLUDE ANY POTENTIAL PROSECUTION PROBLEMS: _____

On 3-24-94 at 2330 hrs. the victim stated the A forced her into his vehicle. A stated he had a gun and that's when the victim got in A's vehicle. A drove the victim to 3413 West Blvd, his residence. The victim said the A forced her to have vaginal intercourse while in his vehicle. The A was choking her with her shirt while in the car. Victim said she told the A if he would stop choking her she would cooperate with him. A Raped her in the car. During a fight the victim broke a fingernail on her right end finger. This finger nail was located in suspect vehicle on the front passenger seat. Victim's work shirt was also located in the front seat. This is the shirt the A used to choke (see attached supplement)

3. IS POLICE INVESTIGATIVE REPORT ATTACHED? (YES / NO)

4. WHEN DID THIS INCIDENT OCCUR? DATE: 3-24-94/2330  TIME: 3-25-94/0515

5. WHERE DID THIS INCIDENT OCCUR? ☒ [          ] Charlotte NC 28205

6. IF LARCENY OR PROPERTY DAMAGE, TOTAL DOLLAR AMOUNT: $ _____ b6
   WAS RESTITUTION MADE?  YES / NO                           b7C

7. WAS VICTIM HOSPITALIZED?  YES / NO
   DESCRIBE INJURIES & CONDITION_____

8. DEFENDANT: SOBER?__/__HAD BEEN DRINKING?____INTOXICATED?____DRUG IMPAIRED?____
9. VICTIM:    SOBER?__/__HAD BEEN DRINKING?____INTOXICATED?____DRUG IMPAIRED?____

10. WHAT IS VICTIM'S RELATIONSHIP TO DEFENDANT?  (BROTHER, SISTER, NEIGHBOR, ETC.)
    X-boyfriend.

11. IS VICTIM WILLING TO PROSECUTE?  YES / NO

12. HAS VICTIM PROSECUTED THIS DEFENDANT BEFORE?  YES / NO
    IF YES, WHAT WERE CHARGES? _____

MCPD-126  1/92         *CONTINUE ON REVERSE SIDE*

                                              PC - 006022

DOJ-FOIA 000493
DOJ-FOIA 000493

13. DEFENDANT'S PRIOR RECORD: NONE: _____ UNKNOWN: ✓ ATTACHED: _____

14. DID DEFENDANT MAKE ANY STATEMENT TO POLICE? YES / NO
    TO WHOM/EXPLAIN: _Invest_

15. MIRANDA WARNINGS? YES / NO   WHEN? _10/19_   BY WHOM? _Brinkley_

16. DESCRIBE PHYSICAL EVIDENCE: _____

17. LOCATION OF EVIDENCE: POLICE PROPERTY ROOM ✓ RETURNED TO OWNER ___ b6 ___
    OTHER: _Rape Kit_ ___ b7C ___

18. ARE THERE CO-DEFENDANTS? YES / NO
    IF YES, GIVE NAMES: _____

19. CREDIT CARD LARCENY/FRAUD CASE (IF APPLICABLE) CARD NUMBER, ISSUED TO, ISSUED
    BY, EXPIRATION DATE: _____

20. CHECK FORGERY/FRAUD CASE (IF APPLICABLE) BANK NAME & LOCATION, ACCOUNT NUMBER,
    ACCOUNT OWNER, MADE PAYABLE TO, DATE, AMOUNT: _____

21. VEHICLE LARCENY/UNLAWFUL CONVEYANCE CASE (IF APPLICABLE) YEAR, MAKE, MODEL,
    VIN, COLOR, TAG NUMBER, OWNER: _____

22. BUSINESS VICTIM - LEGAL BUSINESS NAME (IF APPLICABLE)
    NAME: _____
    ADDRESS: _____ CITY/ST. _____

23. #1 VICTIM/WITNESS/OFFICER (CIRCLE ONE)
    NAME: _____ CODE # _____
    ADDRESS: _____ CITY/ST. _____

24. #2. VICTIM/WITNESS/OFFICER (CIRCLE ONE)
    NAME: _____ CODE # _____
    ADDRESS: _____ CITY/ST. _____

25. #3. VICTIM/WITNESS/OFFICER (CIRCLE ONE)
    NAME: _____ CODE # _____
    ADDRESS: _____ CITY/ST. _____

    *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

    THIS PAPERING FORM HEREBY INCORPORATES THE ABOVE REFERENCED CHARLOTTE-
    MECKLENBURG INTAKE CENTER ARREST REPORT.

    THE UNDERSIGNED LAW ENFORCEMENT OFFICER HEREBY SWEARS/AFFIRMS THAT HE/SHE
    HAS READ THIS FORM, INCLUDING THE ABOVE REFERENCED ARREST REPORT, AND THAT
    THE MATTERS STATED HEREIN ARE TRUE EXCEPT AS TO THOSE MATTERS NECESSARILY
    BASED UPON INFORMATION AND BELIEF, AND AS TO THOSE MATTERS, HE/SHE BELIEVES
    THEM TO BE TRUE.
                                                    TRANSPORTING OFFICER

SWORN AND SUBSCRIBED BEFORE ME: WILLIAM M. WO... OFFICER'S NAME: _____

DATE: _March 25, 94_     SIGNATURE: _____

SIGNATURE _____     CODE NUMBER: _____

TITLE: _Notary_          DEPT./AGENCY: _CMPD PIS_
MY COMMISSION EXPIRES                                PC - 006023
JULY 2, 1998

DOJ-FOIA 000494
DOJ-FOIA 000494

# CHARLOTTE POLICE DEPARTMENT SUPPLEMENT REPORT

Form 2.5 (3/84)

**1. COMPLAINT NUMBER**  940325 060200

**2. VICTIM NAME**

**3. ORIGINAL OFFENSE/CHARGE**

**4. LOCATION OF OFFENSE**  DISTRICT

**5. ARREST NUMBER**

**6. C. R. NUMBER**

**7. ORIGINAL REPORT DATE**

**8. SUPPLEMENT DATE**  3-25-94

**9. CORRECT INCIDENT CLASSIFICATION**

**10. JUVENILE CASE** ☐ YES ☐ NO
**11. MULTIPLE CASE CLEARANCE** ☐ YES ☐ NO IF YES, #CASES___
**12. SUPPLEMENT CONFIDENTIAL** ☐ YES ☐ NO
**13. PURPOSE OF SUPPLEMENT** ☐ FOLLOW-UP INVESTIGATION ☐ CONTINUATION OF OFFENSE REPORT ☐ STOLEN VEHICLE RECOVERY ☐ STATEMENT

**STATEMENT OF:**

**14. NAME (Last, First, Middle)**

**15. AGE**

**16. RESIDENCE ADDRESS**  ZIP CODE

**17. RESIDENCE PHONE**

**18. BUSINESS ADDRESS**  ZIP CODE

**19. BUSINESS PHONE**

**20. NARRATIVE** (Page _____ of _____)

**ITEM NO.**

Continued From Arrest Affidavit:

... the victim with,
The Δ then forced the victim to go to his house (his Room). Δ took her in the side kitchen door, Victim stated she was afraid to yell fearing he would cause more harm to her. In the Δ's Room he forced her to have vaginal intercourse two more times, Victim stated the Δ let her go, she contacted a cab, went home and called the police,
The Kidnapping was from 3-24-94/2330 to 3-25-94 /0515,
Semen present on victim clothing and vaginal swabs, Victim bra was recovered from Δ's bedroom,
Δ stated he has not had vaginal ~~intercourse~~ intercourse with the victim, Victim and Δ were boyfriend/girlfriend,
Suspect ~~that~~ vehicle 79 Buick Regal (Purple)
Vin # 4J47A9H218707  Tag # EPY7018

**21. U.C.R. CLEARANCE STATUS:**
☐ OPEN
☐ BY ARREST
☐ EXCEPTIONAL
☐ UNFOUNDED

**23. REPORTING OFFICER**  CODE  ASSIGNMENT  DATE

**24.** ☐ PROPERTY RECOVERED SEE REVERSE SIDE

b6
b7C

DOJ-FOIA 000495
DOJ-FOIA 000495

590 MECKLENBURG            ADDITIONAL EVENTS     94CR 019867          CRARC2P
                  NO ADDITIONAL EVENTS FOR THIS CASE

PC - 006025

DOJ-FOIA 000496
DOJ-FOIA 000496



File No. 20596942

Film No. 94-019867-01

REPOS DOC#: 93042277

The State of North Carolina

VS.

BARNETTE AQUILLA MARC
3413 WEST BV
CHARLOTTE, NC

WARRANT FOR ARREST

TRESPASS - SECOND DEGREE
NOTIFIED NOT TO ENTER

ISSUED 16 DAY OF DECEMBER, 1993

WITNESSES

STATE OF NORTH CAROLINA

MECKLENBURG County

In The General Court of Justice

District Court Division

BARNETTE AQUILLA MARC DEFENDANT D M 07-07-73
3413 WEST BV CHARLOTTE NC
HARPERS

TO ANY OFFICER WITH AUTHORITY AND TERRITORIAL JURISDICTION
TO EXECUTE A WARRANT FOR ARREST FOR THE OFFENSE CHARGED
BELOW: THE UNDERSIGNED FINDS THAT THERE IS PROBABLE CAUSE
TO BELIEVE THAT ON OR ABOUT THE 15 DAY OF DECEMBER, 1993
IN THE COUNTY NAMED ABOVE. THE DEFENDANT NAMED ABOVE
DID UNLAWFULLY AND WILLFULLY
WITHOUT AUTHORIZATION ENTER AND REMAIN ON THE PREMISES OF
LOCATED AT CHARLOTTE, NC, AFTER THE
HAD BEEN NOTIFIED NOT TO ENTER AND REMAIN THERE BY
LAWFUL OCCUPANT.

b6
b7C
b7D

IN VIOLATION OF THE FOLLOWING LAW: GS 014 -159.130(A)(0)(0)
ISSUED THIS 16 DAY OF DECEMBER, 1993. UPON INFORMATION FURNISHED
UNDER OATH BY THE COMPLAINANT OR COMPLAINANTS NAMED BELOW:
YOU ARE DIRECTED TO ARREST THE DEFENDANT NAMED ABOVE AND
BRING HIM WITHOUT UNNECESSARY DELAY BEFORE A JUDICIAL
OFFICIAL TO ANSWER THE CHARGES SET OUT ABOVE.

b6
b7C

Assistant CSC

AOC-CR 1100 AS, REV. 5/92

ORIGINAL

PC 006026

DOJ-FOIA 000497
DOJ-FOIA 000497

If this Order/Warrant For Arrest is not executed or served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of execution or service noted thereon. The officer must state [...] taken by his department in attempting to execute or serve the Order/Warrant and any information obtained [...] the whereabouts of the defendant.

### RETURN OF SERVICE

I certify that this Order/Warrant was received and executed or served as follows:

| Date Received | Date Executed Or Served | Date Returned |
|---|---|---|
| | 25 MAR 94 | |

☐ By arresting the defendant and bringing him before:

Name [...]                                            b6
                                                     b7C

☐ This Order/Warrant WAS NOT executed or served for the following reason:

Signature Of Officer Making Return

### RETURN FOLLOWING REDELIVERY

I certify that this Order/Warrant was received and executed or served as follows:

| Date Received | Date Executed Or Served | Date Returned |
|---|---|---|
| | | |

☐ By arresting the defendant and bringing him before:

Name Of Judicial Official

☐ This Order/Warrant WAS NOT executed or served for the following reason:

Signature Of Officer Making Return

Department Or Agency Of Officer.

AOC-CR-1100AS, Side Two   NOTE: If defendant is placed on supervised probation [...] should NOT execute judgment on this [...] Rev. 5/92   [...] but on AOC-CR-302. Clerk may use this [...]

Name Of Attorney For Defendant At Time Of Trial Or Plea            ☐ Waived Attorney

PLEA: ☐ guilty                    VERDICT ☐ guilty
                                          ☐ not guilty
☐ no contest                                 [...]

☐ [...] that this case be consolidated for judgment with case number _____

JUDGMENT: The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict it is ORDERED that he: ☐ pay a fine of $_____ and costs.
☐ be imprisoned for a term of _____ in the custody of the
☐ Sheriff.   ☐ N. C. DOC.   ☐ With defendant's consent, execution of the sentence is suspended and he is placed on unsupervised probation for _____ years, subject to the following conditions:
1. commit no criminal offense in any jurisdiction. 2. possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. 3. remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training that will equip him for suitable employment. 4. satisfy child support and family obligations, as required by the Court. 5. pay to the Clerk of Superior Court the costs of court and any additional sums shown below.

| Fine | Restitution | Attorney's Fee | Community Service Fee. | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | |

The name(s) and address(es) and amount(s) due the person(s) to receive this restitution are:

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-475.1(b).
☐ 7. surrender his driver's license to the Clerk of Superior Court for transmittal to the Division of Motor Vehicles and not operate a motor vehicle for a period of _____ or until relicensed by the Division [...] as may be permitted in a limited driving privilege.
☐ 8. not be found in or [...] located at _____
☐ 9. not assault, [...] in the presence of _____
☐ 10. this sentence [...] case number _____     b6
☐ 11. Other                                            b7C

☐ The [...] in open court, gives notice of appeal to the Superior Court.

PROBABLE CAUSE: ☐ Probable cause is found as to all Counts except _____ of this Order/Warrant, and the defendant is bound over to Superior Court for action by the grand jury.
☐ No probable cause is found as to Count(s) _____ of this Order/Warrant, and the Count(s) is dismissed

| Date | Signature Of District Court Judge Or Magistrate |
|---|---|
| | |

WAIVER OF PROBABLE CAUSE HEARING: The undersigned defendant, with the consent of his attorney, waives his right to a probable cause hearing.

| Date Waived | Signature Of Defendant | Signature Of Attorney |
|---|---|---|
| | | |

PC - 006027

DOJ-FOIA 000498
DOJ-FOIA 000498

**File No.** 94-CR-019867-01

**SUBPOENA**

The State of North Carolina

VS.

BARNETTE, AQUILLA MARC
3413 WEST BV
CHAR.        NC  28208
TRESPASS - SECOND DEGREE - NOT
IFIED NOT TO ENTER

TO:

b3

# STATE OF NORTH CAROLINA

MECKLENBURG County

YOU ARE HEREBY COMMANDED TO APPEAR BEFORE COURT 2202
AT CHARLOTTE, N.C. ON THE  9TH DAY OF MAY, 1994 AT
1:30 O'CLOCK P.M., TO TESTIFY IN THE ABOVE ENTITLED ACTION.
THIS SUBPOENA IS ISSUED UPON APPLICATION OF THE STATE.

0049 '95 MAY 29 A7:38
ISSUED THIS 29TH DAY OF APRIL, 1994

MECKLENBURG COUNTY
SHERIFF'S DEPARTMENT

## In the General Court of Justice

DISTRICT COURT DIVISION
800 E. FOURTH ST.

**Applicant's Attorney**
PETER S. GILCHRIST, III

**Clerk of Superior Court**
MARTHA H. CURRAN

**Signature of Deputy Clerk**
C. M. CREECH

RETURN OF SERVICE

Date Received by Sheriff's
Department or Other Agency.

05-09-94 22028  94 019867 01  W3525553

CERTIFY THAT THIS SUBPOENA WAS RECEIVED AND SERVED AS FOLLOWS:

SERVED  **DATE** 4-28-94

P ☐ BY DELIVERING A COPY OF THE SUBPOENA TO THE PERSON NAMED ABOVE.

T ☑ BY TELEPHONE COMMUNICATION WITH THE PERSON NAMED ABOVE.

M ☐ BY REGISTERED OR CERTIFIED MAIL, RETURN RECEIPT REQUESTED AND
ATTACHED, TO THE PERSON NAMED ABOVE.

☑ NOT SERVED FOR THE FOLLOWING REASON:

Agency  MCSD

Signature

Service Fee  By

$

b6
b7C

ORIGINAL

DC-CR-201AS, Rev. 6/92

PC - 006028

DOJ-FOIA 000499
DOJ-FOIA 000499

# CAROLINA
Justice
DISTRICT Division
MECKLENBURG County

94-CR-019867-01
DID No. 20896942
PID NO. 181573

## STATE VERSUS

Name And Address Of Defendant

BARNETTE, AQUILLA MARC
3413 WEST BV
CHAR          NC
28208                              Amount Of Bond
                                        $300

Location  CRIMINAL COURTS BUILDING
          700 EAST FOURTH STREET
          CHARLOTTE, N.C.    28202

## RELEASE ORDER

03/25/94    17:57   G.S. 15A-521; 531-34; 543

Offense

TRESPASS - SECOND DEGREE -
NOTIFIED NOT TO ENTER

Court   ROOM  1101  A   Date And Time
                          03-28-94
                          9:00 AM

### To The Defendant Named Above:

You are Ordered to appear before the Court as provided above and at all subsequent continued dates. If you fail to appear, you will be arrested and may be imprisoned for as many as three years and fined as much as $3,000.00.

Your release is    AUTHORIZED UPON EXECUTION OF YOUR:
..SECURED BOND IN THE AMOUNT SHOWN ABOVE

THE DEFENDANT HAS BEEN ADVISED OF THE CHARGE(S) AGAINST HIM AND HAS THE
RIGHT TO COMMUNICATE WITH COUNSEL, FAMILY AND FRIENDS

b6
b7C

| Date | Signature, Name And Title Of Judicial Official | |
|---|---|---|
| 03-25-94 | | MAGISTRATE |

### ORDER OF COMMITMENT

**To The Custodian Of The Detention Facility Named Below:**
You are Ordered to receive in your custody the defendant named above who may be released if authorized above. If the defendant is not sooner released, you are Ordered:  TO PRODUCE HIM IN DISTRICT COURT AS PROVIDED BELOW:
     COURT ROOM 1101 A    ON 03-28-94   AT 9:00 AM

| Name Of Detention Facility | Date | Signature Of Judicial Official |
|---|---|---|
| MECKLENBURG COUNTY JAIL | 03-25-94 | |

### APPEARANCE BOND

☐ UNSECURED BOND – I, the undersigned, acknowledge that I and my personal representative are bound to the State of North Carolina in the amount listed below.

☐ CASH BOND – I, the undersigned defendant, acknowledge that I am bound to the State of North Carolina in the amount listed below and hereby deposit that amount as security with the understanding that the deposit will be returned upon the Court's determination that the conditions of the release have been performed.

The conditions of this bond are that the undersigned defendant shall appear as required and at all times render himself amenable to the orders and processes of the Court. It is agreed and understood that this bond is effective and binding upon the obligors throughout all stages of the proceedings in the trial divisions of the General Court of Justice until the entry of judgment in the District Court from which no appeal is taken or until the entry of judgment in the Superior Court. If the defendant appears as ordered and otherwise obeys and performs the conditions of this bond, then this bond is to be void, but if the defendant fails to obey any of these conditions, the Court will enter an Order declaring the bond forfeited.

| Amount Of Bond | Date | Signature Of Person Posting Cash Bond |
|---|---|---|
| $ | | |

| Signature Of Defendant | | Address Of Person Posting Cash Bond |
|---|---|---|
| | | |

### WRITTEN PROMISE TO APPEAR OR CUSTODY RELEASE

I, the undersigned, promise to appear at all hearings, trials or otherwise as the Court may require and to abide by any restrictions set out above. I understand and agree that this promise is effective until the entry of judgment in the District Court from which no appeal is taken or until the entry of judgment in Superior Court. If I am released to the custody of another person, I agree to be placed in that person's custody, and that person agrees by his signature to supervise me.

| Date | Signature Of Person Agreeing To Supervise Defendant |
|---|---|
| | |

| Signature Of Defendant | Address Of Person Agreeing To Supervise Defendant |
|---|---|
| | |

PC - 006029

AOC-CR-200 AS, Rev. 7/93          COURT RECORD COPY

DOJ-FOIA 000500
DOJ-FOIA 000500

_____Meck_____ County

STATE VERSUS

**Name And Address Of Defendant**

Aquilla Barnette

**Amount Of Bond**
$ 300

**Offense(s)**

Trespass

## APPEARANCE BOND
## FOR PRETRIAL RELEASE

G.S.15A-534

☐ **Unsecured Appearance Bond -** I, the undersigned defendant, acknowledge that my personal representatives and I are bound to pay the State of North Carolina the sum shown above.

☐ **Cash Appearance Bond -** I, the undersigned defendant, acknowledge that I am bound to pay the State of North Carolina the sum shown above; and hereby deposit this sum as security with the understanding that the deposit will be returned upon the Court's determination that the conditions of release have been performed.

☑ **Surety Appearance Bond -** We, the undersigned, jointly and severally acknowledge that we and our personal representatives are bound to pay the State of North Carolina the sum shown above.

| I. CONDITIONS | II. JUSTIFICATION OF SURETY FOR PROPERTY BOND (OTHER THAN PROFESSIONAL BONDSMAN) |
|---|---|
| The conditions of this Bond are that the above named defendant shall appear in the above entitled action whenever required and will at all times render himself amenable to the orders and processes of the Court. It is agreed and understood that this Bond is effective and binding upon the obligors throughout all stages of the proceedings in the trial divisions of the General Court of Justice until the entry of judgment in the district court from which no appeal is taken or until the entry of judgment in the superior court. <br><br> If the defendant appears as ordered and otherwise performs the foregoing conditions of this Bond, then the Bond is to be void, but if the defendant fails to obey any of these conditions, the Court will enter an order declaring the Bond forfeited. | *(If property bond, check box)* <br><br> ☐ Each surety below, being first duly sworn, says he is a resident and freeholder of the State of North Carolina and is worth the amount of bond over and above all liabilities, homesteads, and all other exemptions allowed by law, and I understand that if I sign this bond without sufficient property, I am guilty of a crime. <br><br> **NOTE:** *Sureties for a property bond must sign and be sworn below. All other sureties, including professional bondsmen, must sign below but do not need to be sworn.* |

**Date Of Execution Of Bond**
4-21-94

**Signature Of Defendant (Principal)**

**Signature Of Surety 1**

**Name And Address Of Surety 1 (Type Or Print)**
Alonzo Mackins
By: Willie Mackins
Power of Attorney
207 N. Myers St.
Charlotte, N.C.

SWORN AND SUBSCRIBED TO BEFORE ME

| Date | Signature |
|---|---|
| ☐ Magistrate ☐ Deputy CSC ☐ Assistant CSC ☐ CSC <br> ☐ Custodian Of Detention Facility (G.S. 15A-537(c)) | |

**Signature Of Surety 2**

**Name And Address Of Surety 2 (Type Or Print)**

SWORN AND SUBSCRIBED TO BEFORE ME:

| Date | Signature |
|---|---|
| ☐ Magistrate ☐ Deputy CSC ☐ Assistant CSC ☐ CSC <br> ☐ Custodian Of Detention Facility (G.S. 15A-537(c)) | |

**COMPLETE IF CASH BOND POSTED**

| Name Of Person Posting Cash Bond | Signature Of Official Accepting Cash Bond |
|---|---|
| **Receipt No.** | **Soc. Sec. No. Of Person Posting Cash Bond** | **Name Of Official Accepting Cash Bond (Type Or Print)** |

AOC-CR-201 (see CR-238 if release after
Rev. 9/93   judgment in superior court)

Original—File
(Over)

PC - 006030

DOJ-FOIA 000501
DOJ-FOIA 000501

b6
b7C

## SUPPLEMENTAL RELEASE ORDER

The Release Order above is modified as follows:

| Modification | Date | Signature Of Judicial Official |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## SUPPLEMENTAL ORDERS FOR COMMITMENT

The defendant is next Ordered produced in Court as follows:

| Date | Time | Place | Purpose | Signature Of Judicial Official |
|---|---|---|---|---|
| 3-31 | | 61B | | XP |
| 4-18 | | | | |
| 5-9 | | 2202B | XP | |

## DEFENDANT RECEIVED BY DETENTION FACILITY

| Date | Time | Signature Of Jailer |
|---|---|---|
| 3-25-94 | 1806 | |
| | | |
| | | |
| | | |
| | | |
| | | |

## DEFENDANT RELEASED FOR COURT APPEARANCE

| Date | Time | Signature Of Jailer |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## DEFENDANT RELEASED ON BAIL

| Date | Time | Signature Of Jailer |
|---|---|---|
| | | |

AOC-CR-200 AS, Side Two
Rev. 7/93

PC - 006031

DOJ-FOIA 000502
DOJ-FOIA 000502

```
                      CRIMINAL SUPPLEMENTAL INQUIRY        01
                 BARNETTE,AQUILIA,MARCIVICCI        96CR 033121   CITA:
 CHRG OFFN: 9901     EXTRADITION/FUGITIVE OTH STATE            15A-727;733;734
 ARRN OFFN: 9901              SPEED:     MPH    ZONE:
 MFTI: F TEXT: EXTRADITION/FUGITIVE OTH STATE            GS: 15A-727;733;734
 TRIAL DATE: 070196          CONT BY:   COURTROOM:       AM/PM/NC: AM
  SERV DATE: 062896          RET UNSERV:               REDEL DATE:
 ARREST DT: 062896  COMPLAINT:           CHECK DIGIT: N02360W   RS/RV:
 DEF ATTY:                     TYPE: R  ADA:
   C&F:                        90DF:               NON MV FTC:
   OFA:        KEEP OFA?: N   SCO:        OOF:        CASH BF:
      REINSTATEMENT:              PROBATION VIOL DATE:


         FTA 20DF:                    OFFENSE DATE:  062596
  FTA 20DF COMPLIANCE:               DISPOSED DATE:  070196



                              ADDL CHARGES:
                        INQUIRY ADDL CHARGES?:
   NEXT #:              PF11=EVNT  12=CNCL
```

26A-CE-77261-18

SEARCHED _____ INDEXED _____
SERIAL 750 _____ FILED _____

DEC 1 7 1996

FBI - CHA....

b6
b7C

PC - 006032

DOJ-FOIA 000503
DOJ-FOIA 000503

```
590   MECKLENBURG
                CRIMINAL DISPOSITION INQUIRY      96CR 033121  OFFN DATE: 062596
                    BARNETTE,AQUILIA,MARCIVICCI    OFFENSE  01   CITA:
ARRN OFFN: 9901     SP:      ZONE:                         D.L.:
MFTI: F TEXT: EXTRADITION/FUGITIVE OTH STATE              GS: 15A-727;733;734
CONV OFFN:        SP:      ZONE:      CLASS:     PRIOR REC PTS:
MFTI:    TEXT:                                            GS:
PLEA:     VER:     MOD: WE  DISP DATE: 070196  CONS F/JGMT:
COST:      FINE:       REST:          MONIES PAID:     TO BE PAID:
ATTY TYPE: R  JUDGE:      ADA:      90DF:        C&F:       CASH BF:
              FTA 20DF:       COMPL:        FTC 20DF:        COMPL:
DL SUSP LEN:     YMD:  ACK.DT:        LIC.STAT:  ISS.DT:        LTD PRV: N
SENT LEN MIN:     YMDLX:    MAX:      YMD:     SENT TYPE:  LDP EFF.DT:
PROB LEN:       YMD:   SUPERVISED?:    SPEC PROB LEN:      MD:     CUST OF:
COMM SVC:      HRS IN:      DAYS  ASSMT:                TRIAL DATE: 070196
SPECIAL COND: WAIVE EXT TO VA.



   APPEAL TO SUPERIOR:                          TRANS TO SUPERIOR:
                                            ADDL CHARGES:      ADDL JGMT:
 MICROFILM #:                               ADDL CHARGES?:     ADDL JGMT?:
NEXT #:                                     PF11-EVENTS
```

PC - 006033

DOJ-FOIA 000504
DOJ-FOIA 000504

```
590  MECKLENBURG
              CRIMINAL DISPOSITION INQUIRY      96CR 033121  OFFN DATE: 062596
                    BARNETTE,AQUILIA,MARCIVICCI    OFFENSE  01   CITA:
ARRN OFFN: 9901      SP:      ZONE:                        D.L.:
MFTI: F TEXT: EXTRADITION/FUGITIVE OTH STATE             GS: 15A-727;733;734
CONV OFFN:        SP:      ZONE:      CLASS:      PRIOR REC PTS:
MFTI:   TEXT:                                             GS:
PLEA:    VER:    MOD: WE  DISP DATE: 070196  CONS F/JGMT:
COST:      FINE:      REST:          MONIES PAID:      TO BE PAID:
ATTY TYPE: R  JUDGE:      ADA:      90DF:        C&F:        CASH BF:
             FTA 20DF:      COMPL:        FTC 20DF:        COMPL:
DL SUSP LEN:      YMD:   ACK.DT:        LIC.STAT:   ISS.DT:        LTD PRV: N
SENT LEN MIN:      YMDLX:    MAX:      YMD:    SENT TYPE:   LDP EFF.DT:
PROB LEN:      YMD:   SUPERVISED?:    SPEC PROB LEN:      MD:    CUST OF:
COMM SVC:      HRS IN:      DAYS  ASSMT:              TRIAL DATE: 070196
SPECIAL COND: WAIVE EXT TO VA.


   APPEAL TO SUPERIOR:                     TRANS TO SUPERIOR:
                                     ADDL CHARGES:      ADDL JGMT:
 MICROFILM #:                        ADDL CHARGES?:     ADDL JGMT?:
NEXT #:                              PF11-EVENTS
```

PC - 006034

DOJ-FOIA 000505
DOJ-FOIA 000505

b6
b7C

```
590 MECKLENBURG          ICA INQUIRY 01   96CR 033121      FILM:
DISPOSED                 R  S DOB/AGE      CR       FILING DATE: 070196
MAGISTRATE ORDER         B  M  070773  DL#:
BARNETTE,AQUILIA,MARCIVICCI             CITA.#:
3413 WEST BV                           TRIAL DATE: 070196  AM
CHARLOTTE        NC             DEF ATTY:                       TYP: R
CHG/ARRN OFFN: F EXTRADITION/FUGITIVE OTH STATE        15A-727;733;734
COMPLAINANT:                           CPD ISSUED: 062896   SERVED: 062896
OFFN DATE: 062596    ARRN DATE:       MOTIONS DATE:      DISP DATE: 070196
CONT. D: 00 S: 00 C: 00 NR: 00


PLEA VERDICT MOD   FINE    COSTS    REST      JUDGE  MONIES-PD  TO-BE-PAID
             WE  $         $        $
CONV OFFN:
SENT LEN:         -        SENT TYPE:            CONS F/JGMT:
PROB:                      WITHDRAWN:            APPEALED TO SUPERIOR:
AREA CD:   ACCD:   HWY:        V LIC:            TRANS TO SUPERIOR:
CDL: N  CMV: N  HAZ: N   TRP/DIST:    V ST:     V TYP:      APPELLATE:
WAIVE EXT TO VA.


ARREST DATE: 062896 CHECK DIGIT: N02360W SID:          LID: 181573
NEXT#:                   PF2 - NAME INQUIRY              ADDL CHARGES:
```

PC - 006035

DOJ-FOIA 000506
DOJ-FOIA 000506

```
590 MECKLENBURG              ARCHIVAL NAME INQUIRY              092496

    DEFENDANT NAME      R S              OFFENSE              CT   FILE NUMBER
BARNETTE,AQUILLA,M      B M ASSAULT WITH A DEADLY WEAPON      01   93CR 073741
BARNETTE,AQUILLA,M      B M ASSAULT WITH A DEADLY WEAPON      01   93CR 073742
BARNETTE,AQUILLA,M      B M ASSAULT WITH A DEADLY WEAPON      01   93CR 073743

BARNETTE,AQUILLA,M      B M SECOND DEGREE TRESPASS            01   94CR 019867
BARNETTE,AUDREY,GA      W F VOLIATION OF REGISTRATION PROVISI 01   85CR 003961
BARNETTE,AUDREY,RO      W M INSPECTION VIOLATION              01   85CR 015736

BARNETTE,AUDREY,RO      W M VIOLATION OF REGISTRATION PROVISI 01   87CR 071642
BARNETTE,AUDREY,RO      W M VIOLATION OF REGISTRATION PROVISI 01   88CR 089338
BARNETTE,BARBARA,B      W F VIOLATION OF REGISTRATION PROVISI 01   90CR 058495

BARNETTE,BARBARA,B      W F FAIL STOP STOPSIGN/FLSH RED LT    01   90CR 092066
BARNETTE,BARBARA,B      W F EXPIRED REGISTRATION CARD/TAG     02   90CR 092066
BARNETTE,BARBARA,B      W F SPEEDING       MPH   44-25        01   91CR 040308

BARNETTE,BENJAMIN,      B M CON MTBV/U-WN PREM NO PERMIT      01   92CR 060335
BARNETTE,BERNARD,W      W M VIOLATION OF REGISTRATION PROVISI 01   88CR 047824
BARNETTE,BERTRAM,A      W M SPEEDING       MPH   45-35        01   85CR 049991

MORE    PF1-ARCHIVAL ICA INQUIRY    NEXT NAME:
```

PC - 006036

DOJ-FOIA 000507
DOJ-FOIA 000507

```
590 MECKLENBURG          ARCHIVAL ICA INQUIRY   94CR 019867      CRARC1P
 092496                      R  S  DOB/AGE          CR        FILM:
BARNETTE,AQUILLA,MARC        B  M   070773
3413 WEST BV                                    DL#: GA243571534        GA
CHAR          NC                                CITA. #:

OFFN #: 01
CHRG OFFN: M SECOND DEGREE TRESPASS                14-159.13
AGENCY:                          ISSUED:              DISP DATE:  061394

PLEA  VERDICT  MOD    FINE         COSTS        REST        MONIES PAID
              VD   $            $            $

CONV OFFN:
SENT. LENGTH:                                      FTA COMP:
PROB. LENGTH:                                      FTC COMP:

LID: 181573          COMPLAINT:              ARREST NUMBER: 00802731


   NEXT#:            PF2-NAME INQ   P4-ADDITIONAL EVENTS   ADDL CHARGES:
```

PC - 006037

DOJ-FOIA 000508
DOJ-FOIA 000508

```
                    INMATE INQUIRY: SUMMARY                        CJJI03O
                                                                   CJJI21M
POSITIVE ID 181573 INMATE ID 96180058 ARREST # 886101
NAME BARNETTE, AQUILIA MARCIVICCI      USMARSHALL 129
ALIAS BARNETTE, MARC                   ALIAS
ADDRESS 3413 WEST BV           CITY CHARLOTTE    STATE NC  ZIP 00000
SEX M  RACE B  AGE 23  HEIGHT  0505  WEIGHT 145  HAIR BRO    EYES BLK
COMPLEX          DOB 07-07-73                    SSN 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
P TYPE S   TRUSTEE N  HSNG NHM0316    CUSTODY OF:
        CHARGE  FUGITIVE
    CRT DATE  07-01-96 BOND  WAIVER          CRT  1101A CASE  9603312101
        CHARGE PROBATION VIOLATION  (OFA)
    CRT DATE  09-09-96 BOND  10,000.00 SEC.  CRT  2201  CASE  9307606301
        CHARGE PROBATION VIOLATION  (OFA)
    CRT DATE  09-09-96 BOND  10,000.00 SEC.  CRT  2201  CASE  9307606201
        CHARGE MURDER
    CRT DATE  07-22-96 BOND  NO BOND         CRT  1101B CASE  9603312201
        CHARGE MORE THAN 5 CHARGES
    CRT DATE         ·  BOND  NO BOND        CRT        CASE
                                            LAST UPDATE BY SC
COMMITTED BY MSD              DATE 06-28-96 TIME 1547   C.O. ASRH
NO MORE RECORDS TO BE DISPLAYED
PF3:RETURN         PF5:HISTORY
PF4:CANCEL                                       ENTER:NEXT
```

PC - 006038

DOJ-FOIA 000509
DOJ-FOIA 000509

```
                    INMATE INQUIRY: ADDL CHRGES                    CJJI03O
                                                                   CJJI22M
          CHARGE ROBBERY WITH A DANGEROUS WEAPON   INDIVIDUAL FELONY
     CRT DATE  07-22-96 BOND  50,000.00 SEC.       CRT  1101B CASE  9603312310
          CHARGE
     CRT DATE           BOND                        CRT        CASE
          CHARGE
     CRT DATE           BOND                        CRT        CASE
          CHARGE
     CRT DATE           BOND                        CRT        CASE
          CHARGE
     CRT DATE           BOND                        CRT        CASE

PF3:RETURN           PF5:HISTORY                         PF10:PREV
PF4:CANCEL                                               ENTER:NEXT
```

PC - 006039

DOJ-FOIA 000510
DOJ-FOIA 000510

INMATE INQUIRY: COMMENTS                                        CJJI03O
                                                               CJJI27M

        COMMENTS -    SUICIDAL-WATCH CLOSELY
                      PER MEDICAL

PC - 006040

DOJ-FOIA 000511
DOJ-FOIA 000511

```
              INMATE INQUIRY: SUMMARY                        CJJI03O
                                                             CJJI21M
POSITIVE ID 181573 INMATE ID 96178003 ARREST # 886101
NAME BARNETTE, AQUILIA MARCIVICCI       USMARSHALL 129
ALIAS *DAFO* SUICIDAL                   ALIAS
ADDRESS 3413 WEST BV          CITY CHARLOTTE    STATE NC   ZIP 00000
SEX M  RACE B  AGE 22  HEIGHT  0505  WEIGHT 145  HAIR BRO    EYES BLK
COMPLEX        DOB 07-07-73                   SSN 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
P TYPE F   TRUSTEE N  HSNG IH1  00     CUSTODY OF:
        CHARGE  FEDERAL PRISONER (UNLAWFUL FLIGHT FOR MURDER)
    CRT DATE          BOND  NONE              CRT        CASE
        CHARGE DON'T RELEASE PER LT. COBB-FELONY WARRANTS PENDING AT REPOSI
    CRT DATE          BOND  TORY- NO BOND     CRT        CASE
        CHARGE
    CRT DATE          BOND                    CRT        CASE
        CHARGE
    CRT DATE          BOND                    CRT        CASE
        CHARGE
    CRT DATE          BOND                    CRT        CASE
        INMATE HAS BEEN RELEASED              LAST UPDATE BY RE
COMMITTED BY MSD                  DATE 06-25-96 TIME 2140   C.O. DHTL

PF3:RETURN          PF5:HISTORY
PF4:CANCEL                           PF8:NEXT INMATE       ENTER:NEXT
```

PC - 006041

DOJ-FOIA 000512
DOJ-FOIA 000512

```
                        INMATE INQUIRY: SUMMARY                      CJJI03O
  .      .                                                           CJJI21M
POSITIVE ID 181573 INMATE ID 94301078 ARREST # 00802731
NAME BARNETTE, AQUILLA MARC            USMARSHALL 129
ALIAS                                  ALIAS
ADDRESS 3413 WEST BV         CITY CHAR        STATE NC   ZIP 28208
SEX M  RACE B  AGE 21  HEIGHT  505   WEIGHT 130  HAIR BLK    EYES BRO
COMPLEX         DOB 07-07-73                     SSN 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
P TYPE S    TRUSTEE N  HSNG SSB  00    CUSTODY OF:
        CHARGE  MISDEMANOR B&E
    CRT DATE              BOND   29 DAYS           CRT  3302  CASE 9307606201
        CHARGE
    CRT DATE              BOND                     CRT       CASE
        CHARGE
    CRT DATE              BOND                     CRT       CASE
        CHARGE
    CRT DATE              BOND                     CRT       CASE
        CHARGE
    CRT DATE              BOND                     CRT       CASE
        INMATE HAS BEEN RELEASED              LAST UPDATE BY VW
COMMITTED BY MCSD                 DATE 10-28-94 TIME 1825   C.O. SSJF

PF3:RETURN          PF5:HISTORY        PF7:PREV INMATE
PF4:CANCEL                             PF8:NEXT INMATE       ENTER:NEXT
```

PC - 006042

DOJ-FOIA 000513
DOJ-FOIA 000513

```
                    INMATE INQUIRY: SUMMARY                          CJJI03O
                                                                     CJJI21M
POSITIVE ID 181573 INMATE ID 94084092 ARREST # 00802731
NAME BARNETTE, AQUILLA MARC           USMARSHALL 129
ALIAS MAXIMUM                         ALIAS
ADDRESS 3413 WEST BV         CITY CHAR        STATE NC  ZIP 28208
SEX M  RACE B  AGE 20  HEIGHT  505   WEIGHT 130  HAIR BLK    EYES BRO
COMPLEX          DOB 07-07-73                    SSN 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
P TYPE O    TRUSTEE N  HSNG R2        CUSTODY OF:
       CHARGE   TRESPASS - SECOND DEGREE - NOTIFIED NOT TO ENTER
    CRT DATE  05-09-94 BOND  300.00            CRT  2202B CASE  9401986701
       CHARGE KIDNAPPING - FIRST DEGREE
    CRT DATE         BOND  VD                  CRT        CASE  9401986301
       CHARGE RAPE-1ST DEGREE-VICTIM 13 YEARS OR MORE-D. WEAPON
    CRT DATE         BOND  VD                  CRT        CASE  9401986201
       CHARGE RAPE-2ND DEGREE BY FORCE AGAINST WILL OF VICTIM
    CRT DATE         BOND  VD                  CRT        CASE  9401986501
       CHARGE RAPE-2ND DEGREE BY FORCE AGAINST WILL OF VICTIM
    CRT DATE         BOND  VD                  CRT        CASE  9401986601
        INMATE HAS BEEN RELEASED              LAST UPDATE BY RH
COMMITTED BY CPD               DATE 03-25-94 TIME 1806   C.O. AHLM

PF3:RETURN          PF5:HISTORY        PF7:PREV INMATE
PF4:CANCEL                             PF8:NEXT INMATE        ENTER:NEXT
```

PC - 006043

DOJ-FOIA 000514
DOJ-FOIA 000514

```
                    INMATE INQUIRY: SUMMARY                              CJJI030
                                                                        CJJI21M
POSITIVE ID 181573 INMATE ID 93317001 ARREST # 00789166
NAME BARNETTE, AQUILLA MARC              USMARSHALL 129
ALIAS MAXIMUM                            ALIAS
ADDRESS 3413 WEST BV          CITY CHARLOTTE     STATE NC   ZIP 00000
SEX M  RACE B  AGE 20  HEIGHT  505   WEIGHT 130  HAIR BLK    EYES BRO
COMPLEX          DOB 07-07-73                    SSN 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
P TYPE O    TRUSTEE N  HSNG A4B  00      CUSTODY OF:
        CHARGE  ASSAULT WITH A DEADLY WEAPON - CUTTING
    CRT DATE  12-08-93 BOND  1,000.00 SEC.        CRT  1101B CASE  9307374101
        CHARGE ASSAULT WITH A DEADLY WEAPON - CUTTING
    CRT DATE  12-08-93 BOND  1,000.00 SEC.        CRT  1101B CASE  9307374201
        CHARGE ASSAULT WITH A DEADLY WEAPON - CUTTING
    CRT DATE  12-08-93 BOND  1,000.00 SEC.        CRT  1101B CASE  9307374301
        CHARGE KIDNAPPING - SECOND DEGREE
    CRT DATE  12-08-93 BOND  20,000.00 SEC.       CRT  1101B CASE  9307374501
        CHARGE BURGLARY-FIRST DEGREE
    CRT DATE  11-30-93 BOND  10,000.00 SEC.       CRT  1101B CASE  9307606201
        INMATE HAS BEEN RELEASED             LAST UPDATE BY RH
COMMITTED BY CPD                    DATE 11-12-93 TIME 2244   C.O. JSJC
NO MORE RECORDS TO BE DISPLAYED
PF3:RETURN          PF5:HISTORY          PF7:PREV INMATE
PF4:CANCEL                                            ENTER:NEXT
```

PC - 006044

DOJ-FOIA 000515
DOJ-FOIA 000515

```
                    INMATE INQUIRY: ADDL CHRGES              CJJI03O
                                                             CJJI22M
            CHARGE KIDNAPPING
    CRT DATE  11-30-93 BOND  10,000.00 SEC.      CRT  1101B CASE  9307606301
            CHARGE
    CRT DATE          BOND                        CRT        CASE
            CHARGE
    CRT DATE          BOND                        CRT        CASE
            CHARGE
    CRT DATE          BOND                        CRT        CASE
            CHARGE
    CRT DATE          BOND                        CRT        CASE

PF3:RETURN          PF5:HISTORY         PF7:PREV INMATE        PF10:PREV
PF4:CANCEL                                                     ENTER:NEXT
```

PC - 006045

DOJ-FOIA 000516
DOJ-FOIA 000516

```
                      INMATE INQUIRY: SUMMARY                        CJJI03O
                                                                    CJJI21M
POSITIVE ID 181573 INMATE ID 96180058 ARREST # 886101
NAME BARNETTE, AQUILIA MARCIVICCI        USMARSHALL 129
ALIAS BARNETTE, MARC                     ALIAS
ADDRESS 3413 WEST BV          CITY CHARLOTTE    STATE NC   ZIP 00000
SEX M  RACE B  AGE 23   HEIGHT  0505   WEIGHT 145  HAIR BRO    EYES BLK
COMPLEX        DOB 07-07-73                    SSN 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
P TYPE S    TRUSTEE N   HSNG NHM0316    CUSTODY OF:
         CHARGE  FUGITIVE
    CRT DATE  07-01-96 BOND  WAIVER         CRT  1101A CASE  9603312101
         CHARGE PROBATION VIOLATION  (OFA)
    CRT DATE  09-09-96 BOND  10,000.00 SEC.   CRT  2201  CASE  9307606301
         CHARGE PROBATION VIOLATION  (OFA)
    CRT DATE  09-09-96 BOND  10,000.00 SEC.   CRT  2201  CASE  9307606201
         CHARGE MURDER
    CRT DATE  07-22-96 BOND  NO BOND          CRT  1101B CASE  9603312201
         CHARGE MORE THAN 5 CHARGES
    CRT DATE          BOND  NO BOND           CRT        CASE
                                         LAST UPDATE BY SC
COMMITTED BY MSD                DATE 06-28-96 TIME 1547   C.O. ASRH
NO MORE RECORDS TO BE DISPLAYED
PF3:RETURN         PF5:HISTORY
PF4:CANCEL                                     ENTER:NEXT
```

PC - 006046

DOJ-FOIA 000517
DOJ-FOIA 000517

```
               INMATE INQUIRY: ADDL CHRGES                    CJJI03O
                                                             CJJI22M
      CHARGE ROBBERY WITH A DANGEROUS WEAPON   INDIVIDUAL FELONY
  CRT DATE  07-22-96 BOND  50,000.00 SEC.       CRT  1101B CASE  9603312310
      CHARGE
  CRT DATE          BOND                        CRT       CASE
      CHARGE
  CRT DATE          BOND                        CRT       CASE
      CHARGE
  CRT DATE          BOND                        CRT       CASE
      CHARGE
  CRT DATE          BOND                        CRT       CASE

PF3:RETURN          PF5:HISTORY                       PF10:PREV
PF4:CANCEL                                            ENTER:NEXT
```

PC - 006047

DOJ-FOIA 000518
DOJ-FOIA 000518

```
09/23/96.       ARREST PROCESSING SUBSYSTEM: ARREST SUBJECT DISPLAY      CJIN22M
AUTO N                                                    JAIL: NHM
ARREST# 802731  CLOSED              COMPLAINT#  940325060200      PID# 181573
NAME      LAST BARNETTE       FIRST AQUILIA    MIDDLE MARCIVICCI  SUFFIX
          AKA
DEMO      SSN 243 57 1534 DLICENSE GA 243571534        RACE B SEX M AGE 23
          DOB 07 07 73 HEIGHT 5 05 WGT 130 HAIR BLK EYES BRO POB NC
HOME      BLOCK 003413 DIR    STREET WEST             TYPE BV APT#
          CITY CHAR               STATE NC ZIP 28208     PHONE 704 394 7950
BUSINESS  NAME TACO BELL                      OCCUP CASHIER
          BLOCK       DIR    STREET SOUTH            TYPE BV APT#
          CITY CHAR               STATE NC ZIP            PHONE 704 525 3661
OTHER     DESCRIPTION
          BLOCK       DIR    STREET                  TYPE   APT#
          CITY                    STATE    ZIP            PHONE
ARREST    DATE 03 25 94 TIME 0900 IMPAIRED N ARREST TYPE V RPT     TRK    TOW
LOCATION APROX N BLK 003413 DIR    STREET WEST             TYP BV APT
          CITY CHARLOTTE          STATE NC TYPE PREMISES PRIVATE DWELLING
OFFICERS ARREST C3059    C/CW/W/N C  OD Y   C1457    C/CW/W/N N   OD Y
          ASSIST C2404   W/N W OD Y        W/N   OD          W/N    OD
          BOOKED BY:       SEARCHED BY: C1457    TRANSPORTED BY: C1457
PF1=INQUIRY REQUEST     PF10=CHARGES         PF11=WITNESSES    PF12=NARRATIVE
PF4=MAIN MENU  PF6=ARREST/SUBJ FOR NEXT ARREST  PF7=CHARGE LIST FOR NEXT ARREST
```

PC - 006048

DOJ-FOIA 000519
DOJ-FOIA 000519

```
09/23/96              ARREST PROCESSING SUBSYSTEM: CHARGE LIST          CJIN23M
ARREST#: 802731  CL ARREST DATE: 03/25/94  TIME:  09:00       PID#: 181573
BARNETTE, AQUILIA MARCIVICCI    R/S: BM  DOB: 07/07/73  3413 WEST BV
AKA:                                          JAIL: IN JAIL  (NHM)
SUPPL#                        CHARGE                          COMPLAINT #
_ 00 RAPE-1ST DEGREE-VICTIM 13 YEARS OR MORE-D.WEAPON           940325060200
_ 00 KIDNAPPING - FIRST DEGREE                                  940325060200
_ 00 RAPE-2ND DEGREE BY FORCE AGAINST WILL OF VICTIM            940325060200
_ 00 RAPE-2ND DEGREE BY FORCE AGAINST WILL OF VICTIM            940325060200
_ 00 TRESPASS - SECOND DEGREE - NOTIFIED NOT TO ENTER
_
_
_
_
_
_
_
_
_

 PF1=INQUIRY REQ PF9=ARREST/SUBJ  PF11=WITNESSES  PF12=NARRATIVE PF8=MORE CHRGS
PF4=MAIN MENU  PF6=ARREST/SUBJ FOR NEXT ARREST  PF7=CHARGE LIST FOR NEXT ARREST
ENTER=DISPLAY CHARGES
```

PC - 006049

DOJ-FOIA 000520
DOJ-FOIA 000520

09/23/96.      ARREST PROCESSING.SUBSYSTEM: NARRATIVE ⬤SPLAY        CJIN27M
ARREST# 886101 CL BARNETTE, AQUILIA MARCIVICCI            R/S BM DOB 07/07/73
CS179 DEF WAS BROUGHT IN AS A FEDERAL PRISONER
CS125/ SUPPL/ 062896/ ADDED WARRANTS AND OFAS FOR MURDER, ROBBERY
W/DANGEROUS WEAPON, B & E AND FELONIOUS RESTRAINT.
REPOS # 96020389, 96020391, 96017789, 96017975
ADDED FUGITIVE CHARGE FROM VIRGINIA.




PF1=INQUIRY REQ   PF9=ARREST/SUBJ DATA     PF10=CHARGE LIST      PF11=WITNESSES
PF4=MAIN MENU  PF6=ARREST/SUBJ FOR NEXT ARREST  PF7=CHARGE LIST FOR NEXT ARREST

PC - 006050

DOJ-FOIA 000521
DOJ-FOIA 000521

```
 09/23/96           ARREST PROCESSING SUBSYSTEM: CHARGE LIST          CJIN23M
 ARREST#: 789166  CL ARREST DATE: 11/12/93  TIME:  16:18         PID#: 181573
 BARNETTE, AQUILLA MARC              R/S: BM  DOB: 07/07/73  3413 WEST BV
 AKA:                                           JAIL: IN JAIL  (NHM)
 SUPPL#                     CHARGE                          COMPLAINT #
 x 00 ASSAULT WITH A DEADLY WEAPON - CUTTING                931112161802
 x 00 ASSAULT WITH A DEADLY WEAPON - CUTTING                931112161802
 x 00 ASSAULT WITH A DEADLY WEAPON - CUTTING                931112161802
 x 00 KIDNAPPING - FIRST DEGREE                             931112161802
 x 02 BURGLARY - FIRST DEGREE                               931109011301
 x 02 KIDNAPPING - SECOND DEGREE                            931109011301
   _
   _
   _
   _
   _
   _
   _
   _
   PF1=INQUIRY REQ PF9=ARREST/SUBJ  PF11=WITNESSES  PF12=NARRATIVE PF8=MORE CHRGS
 PF4=MAIN MENU  PF6=ARREST/SUBJ FOR NEXT ARREST  PF7=CHARGE LIST FOR NEXT ARREST
 ENTER=DISPLAY CHARGES
```

PC - 006051

DOJ-FOIA 000522
DOJ-FOIA 000522



26A-CE-77261-19

SEARCHED _____ INDEXED _____
SERIAL 17ED _____ FILED _____

DEC 1 7 1996

FBI - Cincr.

(filed)

PC - 006052

DOJ-FOIA 000523
DOJ-FOIA 000523

# ROANOKE CITY POLICE DEPARTMENT
## CRIME SCENE SEARCH AND EVIDENCE TECHNICIAN'S REPORT

| OFFENSE NUMBER | TYPE OF OFFENSE | ORIGINAL DATE & TIME | DATE & TIME DISPATCHED | ARRIVAL TIME | CLEARED TIME |
|---|---|---|---|---|---|
| 96-22933 | Arson | 04/30/96-0404 | 04/30/96-0412 | 0424 | 0540 |

| CLASS NUMBER | LOCATION OF OFFENSE | | TYPE OF SCENE |
|---|---|---|---|
| | 1616 Keswick Cir. NE. | | upper apt. in small duplex |

| NAME: LAST | FIRST | MIDDLE | RACE | SEX | AGE | DOB | RES. PHONE |
|---|---|---|---|---|---|---|---|
| Williams, Robin A. | | | B | F | | | |

| ADDRESS | APT. NO. | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| 1616 Keswick Cir. NE. | | Roanoke, Va. | |

| EVIDENCE TECHNICIAN AND ASSISTANT | FIRST OFFICER ON SCENE | SUPERVISOR ON SCENE | WEATHER | LIGHTING |
|---|---|---|---|---|
| | | | rain | dark |

| SKETCH | ELIMINATION PRINTS | VICTIM PERK | SUSPECT PERK | GSR | OTHER EXAM |
|---|---|---|---|---|---|
| | | | | | b6 b7C |

### PHYSICAL EVIDENCE AT SCENE

| | |
|---|---|
| 1 | interior of house burnt. Photos taken. |
| 2 | exterior of car burnt and windows broken out. Photos taken.(96-22939) |
| 3 | |
| 4 | |

| ITEMS CHECKED FOR LATENT PRINTS | RESULTS POS | NEG |
|---|---|---|
| nothing to process. | | |
| | | |
| | | |
| | | |

| PHOTOGRAPHS TAKEN BY: | tlo | 35MM | X | POLAROID | COLOR | X | B&W | DATE & TIME TAKEN: | 043096-0430 |
|---|---|---|---|---|---|---|---|---|---|

| SUSPECTS NAME AND ADDRESS | RACE | SEX | AGE |
|---|---|---|---|
| Aquilia M. Barnett     lives in N. Carolina | B | M | |
| | | | |
| | | | |

| TYPE OF VEHICLE | MAKE | MODEL | YEAR | COLOR | VIN | LICENSE |
|---|---|---|---|---|---|---|
| (96-22939) | | | | | | |
| | | | | | | |

| COPIES SENT TO: | RECORDS | X | CIB | X | ID | X | OTHER | APPROVED BY SUPERVISOR: | SGT. J. E. DAY |
|---|---|---|---|---|---|---|---|---|---|
| CLEARED BY ARREST | | EXCEPTIONALLY CLEARED | | | UNFOUNDED | | | INACTIVE | |

PC - 006053

DOJ-FOIA 000524
DOJ-FOIA 000524

Revised 3/96

**OFFENSE NUMBER:** 96-22933

BODY DIAGRAM: LOCATE AND BRIEFLY DESCRIBE INJURY

1... Victim burned on front of her body,

various areas.

| | FIREARMS INFORMATION | | | | |
|---|---|---|---|---|---|
| TYPE | MFG. | MODEL | SERIAL # | CAL./GAUGE | FINISH |
| | | | | | |
| | | | | | |
| | | | | | |

b6
b7C
b7D

**NARRATIVE**

Narrative to include point of entry and exit, damage, items stolen, etc.

PC - 006054

DOJ-FOIA 000525
DOJ-FOIA 000525

## ROANOKE CITY POLICE DEPARTMENT
### SUPPLEMENTAL OFFENSE REPORT

| OFFENSE NO. | TYPE OFFENSE | DATE AND TIME ORIGINALLY REPORTED | |
|---|---|---|---|
| 96-22933 | Arson | 043096 | 040496 |

| CLASSIF. NO | LOCATION OF OFFENSE | SUPPLEMENTAL DATE | TIME DISPATCHED | CLEARED |
|---|---|---|---|---|
| | 1616 Keswick St. N.E. | 050196 | 1551 | 1621 |

| VICTIM NAME (LAST) (FIRST) (MIDDLE) | RACE | SEX | Age | DOB | RES. PHONE |
|---|---|---|---|---|---|
| Williams    Robin | | F | | | |

| ADDRESS | CITY & STATE |
|---|---|
| 1616 Keswick St. N.E. | Roanoke    VA |

| INVESTIGATING OFFICER | APPROVED BY | |
|---|---|---|
| | | b6<br>b7C<br>b7D |

| CLEARED BY ARREST | EXCEPTIONALLY CLEARED | UNFOUNDED | INACTIVE |
|---|---|---|---|

PC - 006055

DOJ-FOIA 000526
DOJ-FOIA 000526

# ROANOKE CITY POLICE DEPARTMENT
## CRIME SCENE SEARCH AND EVIDENCE TECHNICIAN'S REPORT

b6
b7C

| OFFENSE NUMBER | TYPE OF OFFENSE | ORIGINAL DATE & TIME | DATE & TIME DISPATCHED | ARRIVAL TIME | CLEARED TIME |
|---|---|---|---|---|---|
| 96-22939 | Arson | 04/30/96-0404 | 04/30/96-0412 | 0422 | 0545 |

| CLASS. NUMBER | LOCATION OF OFFENSE | | TYPE OF SCENE |
|---|---|---|---|
| | 1616 Keswick Cir. NE. | | car parked in drive way |

| NAME: LAST | FIRST | MIDDLE | RACE | SEX | AGE | DOB | RES. PHONE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

b6
b7C
b7D

| | ADDRESS | APT. NO. | CITY AND STATE | ZIP CODE |
|---|---|---|---|---|
| | | | Roanoke, Va. | |

| EVIDENCE TECHNICIAN AND ASSISTANT | FIRST OFFICER ON SCENE | SUPERVISOR ON SCENE | WEATHER | LIGHTING |
|---|---|---|---|---|
| | | | rain | dark |

| SKETCH | ELIMINATION PRINTS | VICTIM PERK | SUSPECT PERK | GSR | OTHER EXAM |
|---|---|---|---|---|---|

### PHYSICAL EVIDENCE AT SCENE

| | |
|---|---|
| 1 | car with windows broken out and fire damage to hood. Photos taken of damage. |
| 2 | burnt ATF container near where car had been parked. Collected by fire marshall. |
| 3 | |
| 4 | |

| ITEMS CHECKED FOR LATENT PRINTS | | RESULTS | |
|---|---|---|---|
| | | POS | NEG |
| | | | |
| | | | |
| | | | |
| | | | |

| PHOTOGRAPHS TAKEN BY: | tlo | 35MM | X | POLAROID | COLOR | X | B&W | DATE & TIME TAKEN: | 043096-0430 |
|---|---|---|---|---|---|---|---|---|---|

| SUSPECTS NAME AND ADDRESS | RACE | SEX | AGE |
|---|---|---|---|
| Aquilia M. Barnett | | | |
| | | | |
| | | | |

| TYPE OF VEHICLE | MAKE | MODEL | YEAR | COLOR | VIN | LICENSE |
|---|---|---|---|---|---|---|
| car | Honda | 2dr | 93 | | | RECGNZE |
| | | | | | | |

| COPIES SENT TO: | RECORDS | X | CIB | X | ID | X | OTHER | APPROVED BY SUPERVISOR: | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | SGT. J. E. DAY | |
| CLEARED BY ARREST | | EXCEPTIONALLY CLEARED | | | UNFOUNDED | | | INACTIVE | |

PC - 006056

DOJ-FOIA 000527
DOJ-FOIA 000527

Revised 3/96

**OFFENSE NUMBER:** 96-22939

BODY DIAGRAM: LOCATE AND BRIEFLY DESCRIBE INJURY

| | | | FIREARMS INFORMATION | | | |
|---|---|---|---|---|---|
| TYPE | MFG. | MODEL | SERIAL # | CAL./GAUGE | FINISH |
| | | | | | |
| | | | | | |
| | | | | | |

NARRATIVE

Narrative to include point of entry and exit, damage, items stolen, etc.

b6
b7C
b7D

PC - 006057

DOJ-FOIA 000528
DOJ-FOIA 000528

Case 3:12-cv-00327-MOC    Document 77-12    Bates No. 114063    Filed 12/22/14    Page 89 of 100

**CITY OF ROANOKE FIRE DEPARTMENT**
**TECHNICAL SERVICES DIVISION**
**FIRE/ARSON INVESTIGATION REPORT**

1. INCIDENT NUMBER: __962377__
2. DATE/TIME OCCURRED: __4-29-96__ / __404__
3. SHIFT: __A__
4. LOCATION OF ALARM: __1616 KESWICK ST. NE__
5. APARTMENT/ROOM NUMBER: _____
6. TYPE OF ALARM: __911__
7. ALARM/FIRE DISCOVERED BY: __ROBIN WILLIAMS__
8. ADDRESS: __1616 KESWICK ST. NE__
9. TELEPHONE NUMBER: (HOME) __343-3638__ (BUSINESS) _____
10. ALARM/FIRE REPORTED BY: _____
11. TELEPHONE NUMBER: (HOME) _____ (BUSINESS) _____
12. DATE/TIME OF INVESTIGATION: __4-29-96__ / __430__
13. FILE NUMBER: __1009__
14. WEATHER: __RAIN/MILD__
15. WIND DIRECTION: _____
16. COMPANIES RESPONDING: __E 14, E2, L2__
17. OFFICER IN CHARGE: _____
18. PROPERTY STATUS: OCCUPIED: __X__ VACANT: _____
19. OWNER: __HALL & ASSOC. INC.__ b6 b7C
20. ADDRESS: __1007 FIRST UNION BLDG.__
21. APARTMENT/ROOM NUMBER: _____
22. TELEPHONE NUMBER: (HOME) _____ (BUSINESS) _____
23. OCCUPANT: __ROBIN WILLIAMS__
24. ADDRESS: __1616 KESWICK ST. NE__
25. TELEPHONE NUMBER: (HOME) __343-3638__ (BUSINESS) _____
26. INJURIES/FATALITIES: (Attach a copy of Fire Prevention Form #12/8)
27. TYPE OF CONSTRUCTION: Heavy Timber _____ Non-combustible _____
    Ordinary _____ Wood Frame __X__
28. NUMBER OF FLOORS: __2__
29. TYPE OF VEHICLE: _____ 30. YEAR: _____
31. MAKE: _____ 32. MODEL: _____
33. LICENSE NUMBER: _____
34. PROPERTY STATUS: ACCESSIBLE _____ INACCESSIBLE: __X__
35. FIRE DEPARTMENT FORCIBLE ENTRY: YES __X__ NO _____
36. LOCATION/AREA OF FIRE DEPARTMENT FORCIBLE ENTRY: __FRONT DOOR__
37. AREA OF FIRE ORIGIN: __LIVING ROOM__
38. POINT OF ORIGIN: __COUCH__ 39. LEVEL OF ORIGIN: __GRADE__
40. TERMINATION STAGE: __OPEN FLAME__
41. EQUIPMENT INVOLVED IN IGNITION: __NONE__

PC - 006058

DOJ-FOIA 000529
DOJ-FOIA 000529

```
42.  FORM OF HEAT OF IGNITION: ___MATCH OR LIGHTER_____
43.  TYPE OF MATERIAL IGNITED: ___CLOTH AND_____
44.  FORM OF MATERIAL IGNITED: ___COUCH_____
45.  IGNITION FACTOR: _____INCENDIARY_____
46.  WITNESS(ES): _____
47.  NAME/ADDRESS: _____
48.  TELEPHONE NUMBER: (HOME) _____ (BUSINESS) _____
49.  SUSPECTS : LIST SEPARATELY
50.  TYPE OF EVIDENCE COLLECTED: ONE CAN FIRE DEBRIS;ONE CAN CONTAINER WITH LIQ
51.  PHOTOS BY: _____  TIME: _435___ DATE: _4-29-96_____
52.  ESTIMATED VALUE OF BUILDING: 150,000 _____/VEHICLE: _____  b6
53.  ESTIMATED BUILDING LOSS: ___15,000_____/VEHICLE LOSS: _____  b7C
54.  AMOUNT INSURANCE ON BUILDING: _____/VEHICLE: _____
55.  INSURANCE COMPANY: _____ AGENT: _____
56.  ESTIMATED VALUE OF CONTENTS: _____
57.  ESTIMATED CONTENT LOSS: _____
58.  INSURANCE ON CONTENTS: _____
59.  INSURANCE COMPANY: _____ AGENT: _____
60.  INVESTIGATIVE REMARKS/NOTES:
     SEE ATTACHMENT
```

61.  INVESTIGATOR(S): _____  _____
                                                              b6
                                                              b7C
APPROVED BY SUPERVISOR: _____

CC:  POLICE DEPARTMENT/ARSON INVESTIGATION DIVISION

PC - 006059

DOJ-FOIA 000530
DOJ-FOIA 000530

# Request For Laboratory Examination

**DEPARTMENT OF GENERAL SERVICES**
**DIVISION OF FORENSIC SCIENCE**

Do not write in Block
FS LAB #

b6
b7C

**INVESTIGATING OFFICER:** ASST. FIRE MARSHAL **DATE** 4-30-96

**AGENCY AND ADDRESS:** ROANOKE FIRE-EMS
541 LUCK AVE, SUITE 120
ROANOKE, VA 24016

**AGENCY CASE #:** 962377

**TELEPHONE #: (  )** 540) 981-2327

**NAME OF VICTIM(S):** ROBIN WILLIAMS

**AGE _____ RACE _____ SEX _____**

**NAME OF SUSPECT(S):**

**AGE _____ RACE _____ SEX _____**

**DATE AND TYPE OF OFFENSE:** 4-30-96 ARSON

**BRIEF STATEMENT OF FACT AND EXAMINATIONS REQUESTED:**

A FIRE HAS OCCURRED AT 1616 KESWICK ST.

PLEASE EXAMINE FOR HYDROCARBONS AND/OR PETROLEUM BASED
PRODUCTS.

**COURT DATE _____**

**JURISDICTION OF OFFENSE:**
_____

This evidence is being submitted in connection with a criminal investigation and has not been examined by another laboratory
If a previous submission to us in this case has been made please give our FS lab # _____
Specify manner of return of evidence: _____ Mail _____ Personal Pick-up

**EVIDENCE SUBMITTED: (Itemize and describe)**

1 - CONTAINER WITH LIQUID
2 - FIRE DEBRIS

## FOR LABORATORY USE ONLY

| Relinquished by (Print) | | | |
|---|---|---|---|
| (Sign.) | Date: | Relinquished by (Sign.) _____ | Date: _____ |
| Received by (Sign.) | Date: | Received by (Sign.) _____ | Date: _____ |
| Relinquished by (Sign.) _____ | Date: _____ | Relinquished by (Sign.) _____ | Date: _____ |
| Received by (Sign.) _____ | Date: _____ | Received by (Sign.) _____ | Date: _____ |

DGS-70-001 (Rev. 6-90)  (Use additional page if necessary)

PC - 006060

DOJ-FOIA 000531
DOJ-FOIA 000531

# DEPARTMENT OF FIRE PROGRAMS
# FIRE INCIDENT REPORTING SYST[E]

## FIRE INCIDENT REPORT

VFIRS (03/92R)

PLEASE PRINT IN YOUR OWN WORDS BOTH A WRITTEN AND CODED RESPONSE WHEN APPLICABLE.
MARK BOXES WITH AN "X" AND CODE CHOICES.
LEAVE NO ITEMS BLANK.

ROANOKE CITY E-14 Fire Department

of VFIRS participants. Estimations and evaluations made herein represent "most likely" and "most probable" cause and effect. Any representation as to the validity or accuracy of reported conditions outside VFIRS is neither intended nor implied.

1 ☐ DELETE
2 ☐ CHANGE

**A** — FOID: `0 7 7 0 3 2` | INCIDENT NO.: `6 0 2 3 7 7` | EXP. NO.: `0 0` | MO.: `0 4` | DAY: `2 9` | YR.: `9 6` | DAY OF WEEK: `2` | ALARM TIME: `0 4:0 4` | ARRIVAL TIME: `0 4:0 8` | TIME IN SERVICE: `0 5:4 4`

**B — TYPE OF SITUATION FOUND (pg. 17)**
11 ☒ structure fire ... TYPE OF ACTION TAKEN: 1 ☒ extinguishment ... Code: `1/1`

**TYPE OF ACTION TAKEN** — 1 ☒ extinguishment | MUTUAL AID: 1 ☐ received, 2 ☐ given — none (no code is necessary). Code: `1`

**C — FIXED PROPERTY USE (pg. 22)**
411 ☒ 1-family, year-round ... IGNITION FACTOR (pg. 44): 21 ☒ suspicious/not during civil disturbances ... Code: `1/1 1 11`

COMPLETE ON ALL INCIDENTS

**D — CORRECT ADDRESS** b6 b7C

**G — 13** — ☐ telephone direct ... INSPECTION DISTRICT: `7` | Code: `0 3 2` | SHIFT: `A` | NO. ALARMS: `1`

**H** — NO. FIRE SERVICE PERSONNEL RESPONDED: `0 1 3` | NO. ENGINES RESPONDED: `0 0 2` | NO. AERIAL APPARATUS RESPONDED: `0 0 1` | NO. OTHER VEHICLES RESPONDED: `CC-2` `0 0 1`

**I — 20** — NO. INCIDENT-RELATED INJURIES (COMPLETE VFIRS 3) FIRE SERVICE: `0 0 0` (COMPLETE VFIRS 2) OTHERS: `0 0 1` | NO. INCIDENT-RELATED FATALITIES (COMPLETE VFIRS 3) FIRE SERVICE: | (COMPLETE VFIRS 2) OTHERS:

COMPLETE IF CASUALTY OR FIRE

**J — COMPLEX (pg. 61)** — 42 ☒ apartment ... Code: `4 2` | MOBILE PROPERTY TYPE (pg. 63): `0 8`

**K — AREA OF FIRE ORIGIN (pg. 66)** — 14 ☒ lounge area ... Code: `1 4` | EQUIPMENT INVOLVED IN IGNITION: `0 0`

**L — FORM OF HEAT OF IGNITION (pg. 74)** — 16 ☒ heat from solid fuel ... Code: `1 6` | TYPE OF MATERIAL IGNITED: `3 4` | FORM OF MATERIAL IGNITED (pg. 80): `2 1`

**M — METHOD OF EXTINGUISHMENT** — 5 ☒ pre-connect hose/tank ... Code: `5` | LEVEL OF FIRE ORIGIN: 1 ☒ grade level to 9 ft. Code: `5` | ESTIMATED TOTAL DOLLAR LOSS: `1 0 0 0.0 1 5.0 0 0` $15,000

COMPLETE FOR ALL FIRES

**N — NUMBER OF STORIES** — 1 ☒ 1 story ... Code: `1` | CONSTRUCTION TYPE: 7 ☒ protected wood frame ... Code: `7`

**O — EXTENT OF DAMAGE** — Flame: confined to object of origin 1 ☒ | Smoke: confined to room of origin 3 ☒ ... Code: Flame `1` Smoke `3`

**P — DETECTOR PERFORMANCE** — 1 ☒ det. in room or space of fire origin - oper. ... Code: `1` | SPRINKLER PERFORMANCE: 8 ☒ no equipment present (N/A). Code: `8`

**Q — IF SMOKE SPREAD BEYOND ROOM OF ORIGINAL - OTHERWISE USE CODE "N/A"** — TYPE OF MATERIAL GENERATING MOST SMOKE (pg. 102): 83 ☒ sawn wood ... Code: `6 3` | AVENUE OF SMOKE TRAVEL: 5 ☒ opening in construction ... Code: `5`

**R — FORM OF MATERIAL GENERATING MOST SMOKE** — 21 ☒ upholstered chair, sofa ... Code: `2 1`

COMPLETE IF STRUCTURE FIRE

**S — 30 — IF MOBILE PROPERTY** — YEAR | MAKE | MODEL | SERIAL NO. | LICENSE NO. (IF ANY)

**T — 40 — IF EQUIPMENT INVOLVED IN IGNITION** — YEAR | MAKE | MODEL | SERIAL NO. b6 b7C

**V — 60 — ESTIMATED PROPERTY VALUE** — `0 0 0.0 1 5 0.0 0 0`

**U** — (Assignment): `E--14` | Date: `4/29/96`

ALL INCIDENTS

White Copy to the Department of Fire Programs on a MONTHLY basis.
150,000

DSSS 5

DOJ-FOIA 000532
DOJ-FOIA 000532

PC - 006061



**Mail Address**
P.O. Box 158
Waynesboro, VA 22980


**Claim Representative**
**Property Department**
(540) 943-3353

**The Travelers Indemnity Company**
**The Aetna Casualty and Surety Company**
Members of *TravelersGroup*

May 1, 1996

Roanoke Fire Marshall's Office
541 Luck St., Suite 120
Roanoke, VA 24016

b6
b7C

Dear

Re: File No.: W 53 BPB RG
    Insured:
    D/L: 4-30-96

This letter is a follow up to our telephone conversation earlier today regarding a fire at our insured's property at 1616 Keswick Ave., NE.

Our insured is presenting us with a claim under his property coverage for the damages to his building. We will be looking to the responsible party for the amount we pay in connection with this loss. If we can be of any help to you in the investigation of this fire, please give me a call.

When an arrest is made, I will appreciate your also letting me know.

Sincerely,

Claim Representative
FARMINGTON CASUALTY COMPANY

b6
b7C

PC - 006062

DOJ-FOIA 000533
DOJ-FOIA 000533


ROANOKE
VIRGINIA, CHARTERED 1882

September 18, 1996

26A-CE-72261-20

SEARCHED ___ INDEXED ___
SERIALIZED ___ FILED ___

DEC 1 7 1996

FBI - CHARLOTTE

Federal Bureau of Investigation
400 S. Tryon Street
Suite 900
Charlotte, NC  28285

b6
b7C

Attn:  Special Agent [ ]

Re:  Aquilia M. Barnett

Dear Special Agent [ ]

Enclosed are copies of the documents that your office requested concerning Aquilia M. Barnett.  Please be advised that Detective [ ] spoke to [ ] of Camelot Music the afternoon of September 16  and she stated that a copy of Barnett's employment application would be mailed directly to the U. S. Attorney's Office in Charlotte as Camelot Music received a subpoena for his complete file.

b6
b7C

If  we can be of further assistance please contact [ ].

Yours truly,

Major of Detectives

Chief of Police

b6
b7C

[ ]: le

Enclosure

**POLICE DEPARTMENT, 309 THIRD STREET, S.W., ROANOKE, VIRGINIA 24011**

DOJ-FOIA 000534
DOJ-FOIA 000534



DRIVER'S LICENSE
CUST № 242 1534
ISS DATE 07 CLASS NONE
EXP DATE 07-31-9 RESTR 0
DOB 07-07 END NONE
SEX M HGT COURT CODE
ORGAN DONOR N

BARNETTE, AQUILIA M
1616 KESWICK AVENUE NE
ROANOKE, VA 24012

PC - 006064

DOJ-FOIA 000535
DOJ-FOIA 000535

# BONDING AND PERSONAL DATA FORM
## SALES REPRESENTATIVE

**ELECTROLUX**

2300 Windy Ridge Parkway • Suite 900
Marietta, Georgia 30067

RECRUITER NAME _____  RECRUITER SS# _____

BRANCH # **O6/3**  BRANCH SALES OFFICE **Roanoke**  STATE CODE **VA**

### ASSIGNED TO:

| SALES MANAGER | SATELLITE MANAGER | FIELD TRAINER |
|---|---|---|
| NAME | NAME | NAME  b6 b7C |
| SS# | SS# | SS# |

*ANSWER EACH QUESTION FULLY AND ACCURATELY. PRINT NEATLY IN INK.*

| SOCIAL SECURITY NUMBER | NAME - FIRST | MIDDLE | LAST |
|---|---|---|---|
| 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 | Aquilia | Marcivici | Barnette |

| PRESENT ADDRESS - STREET | CITY | STATE | ZIP CODE | TELEPHONE NUMBER |
|---|---|---|---|---|
| 1610 Keswick Ave NE | Roanoke, VA. | VA | 24012 | 344-3638 |

DATE OF BIRTH: 07 07 73   SEX: ☑ MALE ☐ FEMALE
ARE YOU A U.S. CITIZEN? ☑ YES ☐ NO
IF NOT, ARE YOU AUTHORIZED TO WORK IN THE UNITED STATES? ☐ YES ☐ NO

DO ANY RELATIVES REPRESENT ELECTROLUX? ☐ YES ☑ NO   IF YES, GIVE DETAILS | RELATIONSHIP | POSITION | BRANCH SALES OFFICE

HAVE YOU EVER BEEN CONVICTED OF A CRIME? ☐ YES ☑ NO   IF YES, EXPLAIN

DID YOU PREVIOUSLY REPRESENT ELECTROLUX? ☐ YES ☑ NO   DATE FROM (MO/YR) | DATE TO (MO/YR) | OFFICE

IN CASE OF EMERGENCY, NAME OF PERSON TO NOTIFY: Robin Williams   ADDRESS: 1610 Keswick Ave NE Roanoke VA.   TELEPHONE NUMBER: 344 3638

### FAMILY INFORMATION

| | RELATIVE'S NAME | ADDRESS | TELEPHONE |
|---|---|---|---|
| FATHER | Derrick Barnette | 2 Buise Ln. Clinton, MD. | N/A |
| MOTHER | Sonia Barnette | 5413 West Blvd. Charlotte, NC. | 399-5479 |
| BROTHER | Mario Barnette | " | " |
| SISTER | N/A | | |
| FATHER-IN-LAW | N/A | | |
| MOTHER-IN-LAW | N/A | | |

### REFERENCES - MUST LIST THREE (3) *

| NAME | ADDRESS | TELEPHONE | RELATIONSHIP |
|---|---|---|---|
| Greg Austin | Woodbridge Rd. Rke, VA. | 562-0073 | Friend |
| Bertha Williams | 911 Louden Ave Rke, VA. | 342-4605 | Friend |
| Steve Austin | Fenncliff Ln. Charlotte, NC. | 704/552-9595 | Friend |

* SHOULD INCLUDE PREVIOUS EMPLOYER, SUPERVISORS, PROFESSIONAL ASSOCIATIONS, EXCLUSIVE OF RELATIVES.
Brian Ard   2401 Valley Vic Blvd Rke, VA   366-2510   Supervisor

I affirm that I have not knowingly withheld from this form any requested factual information. As a representative for Electrolux, I agree to comply with all of its rules and observe its policies and I agree to indemnify and save harmless Electrolux from and against all loss, damage, fees, costs and expenses at any time hereafter incurred by it on my account. I further agree that anyone, including, without limitation, my references and employers may disclose to Electrolux information they possess with regard to my character, habits, ability, financial responsibility or the reason for terminating my employment and that neither they nor Electrolux shall be responsible for any loss or damage that I may suffer in consequence thereof, the provisions of any law to the contrary being expressly waived by me.

Signed and date this _Thursday_ day of _February_ 19 _96_

**X** _____  DAY _____  **X** _____  b6 b7C

BRANCH SALES MANAGER'S SIGNATURE   BRANCH SALES OFFICE NO.   SIGNATURE OF REPRESENTATIVE

**IF ALTERED OR NOT SIGNED THIS FORM WILL NOT BE ACCEPTED.**

PC - 006065

DOJ-FOIA 000536
DOJ-FOIA 000536

## BONDING INFORMATION

| | IF YES, EXPLAIN | REASON |
|---|---|---|
| HAVE YOU EVER BEEN DISCHARGED OR REQUESTED TO RESIGN? ☐ YES ☑ NO | | |
| HAVE YOU EVER BEEN SHORT IN YOUR ACCOUNTS? ☐ YES ☑ NO | IF YES, EXPLAIN | |

| HAVE YOU EVER BEEN BONDED? ☐ YES ☑ NO | NAME OF SURETY | EMPLOYER | DATE |
|---|---|---|---|
| HAVE YOU EVER BEEN REFUSED A FIDELITY BOND, HAD A BOND CANCELLED OR BEEN REQUIRED TO FURNISH SEPARATE SECURITY TO OBTAIN A BOND? ☐ YES ☑ NO | IF YES, EXPLAIN | | |

## EMPLOYMENT HISTORY

FURNISH BELOW YOUR EMPLOYMENT RECORD INCLUDING SELF-EMPLOYMENT FOR THE PAST FIVE (5) YEARS. LIST LATEST EMPLOYMENT FIRST. IF UNEMPLOYED SHOW DATES AS IF EMPLOYED AND GIVE NAMES AND ADDRESSES OF UNRELATED PERSONS AWARE OF SUCH INACTIVITY. IF NOT EMPLOYED UNDER ABOVE NAME, INDICATE SUCH OTHER NAME.

| DATES EMPLOYED (MONTH/YEAR) | EMPLOYER | POSITION | ENDING SALARY | REASON FOR LEAVING * |
|---|---|---|---|---|
| FROM 5/95 TO 1/96 | NAME Cassidy Music ADDRESS 2401 Valley View Blvd TELEPHONE 366-2580 Roanoke VA 24012 | Ast. Mgr. | 300/wk | to make more money |
| RESPONSIBILITIES: Ass Cust M. Serv | | | | |
| FROM 6/94 TO 3/95 | NAME Courtyard Marriott ADDRESS 6401 Arrowood Dr. TELEPHONE 527 5055 | Night Auditor | 8 6/hr | Moved to NC |
| RESPONSIBILITIES: Night Audit Issue NA for guests | | | | |
| FROM 8/92 TO 12/93 | NAME Blockbuster Video ADDRESS 118 building Dr. TELEPHONE N/A | CSR | 5.50/hr | Moved to Charlotte |
| RESPONSIBILITIES: Customer Service stock | | | | |

MAY WE CONTACT YOUR PRESENT EMPLOYER? ☑ YES ☐ NO

\* PLEASE INDICATE WHETHER YOU HAVE EVER BEEN DISCHARGED OR REQUESTED TO RESIGN.

## SUCCESS KIT AGREEMENT

The Electrolux "Success Kit" has proven to be a very valuable teaching tool for new Representatives to learn a professional dirt digging demonstration. As a new Sales Representative, you are required to purchase a "Success Kit" and you have two options for the purchase of the "Success Kit".

### ☐ OPTION A

N/A

This is to acknowledge that I have received the Electrolux "Success Kit" or that a "Success Kit" has been ordered for me and will be shipped from Bristol, VA to the Branch as soon as possible, and I have enclosed my payment of $99.00 in the form of a check or credit card.

### ☐ OPTION B

N/A

This is to acknowledge that I have received Electrolux "Success Kit" or that a "Success Kit" has been ordered for me and will be shipped from Bristol, VA to the Branch as soon as possible, and I agree to have 4% of gross commission deducted from sales of vacuum equipment until a total of $99.00 has been collected.

I understand that Electrolux will retain complete ownership of the Kit until $99.00 is collected in full. In the event I leave Electrolux prior to completing payment, I understand that no refund of deductions will be made and that the Kit must be returned to Electrolux.

X _A. Barnette_        _2/15/96_
SIGNATURE                       DATE

## COLLEGE PROGRAM INFORMATION - All College Students must fill out the following:

| NAME OF COLLEGE: | CITY | STATE | ZIP |
|---|---|---|---|
| | | | |

☐ FULL TIME STUDENT    ☐ PART TIME STUDENT    WERE YOU ENROLLED IN THE LAST ELECTROLUX COLLEGE PROGRAM? ( ) YES ( ) NO

PC - 006066

RH 555 / 68565 page 2 of 6    Rev. 7-93

DOJ-FOIA 000537
DOJ-FOIA 000537

Aquilia M. Barnette
3413 West Blvd.
Charlotte, N.C. 28208

704-399-5479

PC - 006067

DOJ-FOIA 000538
DOJ-FOIA 000538

*final pay*

# ELECTROLUX CORPORATION

| PAYROLL SETTLEMENT RECORD |
| FOR PERIOD ENDING 4/27/96 |

WIN THE CONVENTION, VIP CLUB & EXCITING PRIZES. SHARE THE OPPORTUNITY WITH A FRIEND.

0613 ROANOKE VA    AQUILIA    BARNETTE    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

| CONT NUM. | CUSTOMER NAME | SALE DATE | SALE TYPE | CUST PAID | ITEM DESCRIPTION | MACH UNIT | T.D.V. | % | GROSS COMMISSION | OTHER | COLLECTION PAYOUT | TOTAL PAYABLE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 623742 | | 4/08 | CORE | CASH | PARTS | | 16.90 | 30% | 5.08 | | | 5.08 |
| | | | | | *TOTAL* | | 16.90 | | 5.08 | | | 5.08 |

| | -- MONTH TO DATE -- | | --- YEAR TO DATE --- | | | | |
| | SALES | T.D.V. | SALES | T.D.V. | CAREER SALES | SALES QTD-EARNINGS | OWED COMMISSION BALANCE |
|---|---|---|---|---|---|---|---|
| CORE | 2 | 947.75 | 5 | 3,528.60 | | | |
| COMMERCIAL | | | | | | | |
| TOTAL | 2 | 947.75 | 5 | 3,528.60 | 5 | 183.24 | |

MAKE SURE YOU ATTEND THE MORNING MEETING AT YOUR BRANCH TO
SEE THE EXCITING DIRT REVEALER AND HEAR OF CONTEST, PRICE
CHANGES AND OTHER PROMOTIONS BEING OFFERED.

PC - 006068

DOJ-FOIA 000539
DOJ-FOIA 000539