Name: Bernette Aguilin ___  Reg. Number: 12599-058  DOB: 03/07/73

Psychiatrist: Vance mo Phro ___

**INSTRUCTIONS:** Complete Examination Procedure (reverse side) before making ratings. Movement ratings: Rate highest severity observed. Rate movements that occur upon activation one **less** than those observed spontaneously.

CODE: 0 - None   1 = Minimal, may be extreme normal  2 = Mild  3 = Moderate  4 = Severe

| OBSERVATIONS | 0 | 30 | 60 | 90 | 180 | 360 |
|---|---|---|---|---|---|---|
| **Facial and Oral movements:** Muscles of facial expression: movement of forehead eyebrows, periorbital area, cheek; include frowning, blinking, smiling, grimacing. | 0 | | | | | |
| Lips and perioral area: puckering, pouting, smacking. | | | | | | |
| Jaw: biting, clenching, chewing, mouth opening, lateral movements. | | | | | | |
| Tongue-Rate only increase in movement both in and out of mouth, NOT inability to sustain movement. | | | | | | |
| **Extremity Movements:** Upper (arms, wrists, hands, fingers): include choreic movements: rapid; objectively purposeless; irregular; spontaneous; athetoid movements: slow, irregular, complex, serpentine; DO NOT include tremor: repetitive regular, rhythmic. | | | | | | |
| Lower (legs, knees, ankles, toes): Lateral knee movement, foot tapping, heel dropping, foot squirming, inversion and eversion of foot. | | | | | | |
| **Trunk Movements:** Neck, shoulders, hips: rocking, twisting, squirming, pelvic gyrations. | | | | | | |
| **Global Judgements:** Severity of abnormal movements. | | | | | | |
| Incapacitation due to abnormal movements. | | | | | | |
| Patient's awareness of abnormal movements. Rate ONLY PATIENT'S report. 0=No awareness 1=Aware/no distress 2=Aware/mild distress 3=Aware/moderate distress 4=Aware/severe distress | | | | | | |
| **Dental Status:** Current problems with teeth and/or dentures. 0=No 1=Yes | | | | | | |
| Does patient usually wear dentures? 0=No 1=Yes | | | | | | |
| Evidence of Tardive Dyskinesia. 0=No 1=Yes | | | | | | |
| Current Antipsychotic | | | | | | |
| Current Dose | | | | | | |
| Rater's Signature | | | | | | |
| Date | 11/18/97 | | | | | |

Pharmacy Services
FCI BUTNER, NC 27509                919-575-4341

RX800057070          S. SIELICKI          11/17/97
BARNETTE,AQUILIA                          12599-058
PPD SKIN TEST 0.1 ML INTRADERMALLY

Completed

TUBERCULIN, PURIFIED PROTEIN DERIVATI #1
NRW          0 REFILLS          EXPIRES 12/17/97

stop:

Rx Label

stop:

Rx Label

| Date: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOON | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Date: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOON | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Date: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOON | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973

ALLERGIES          FCI BUTNER          FCI BUTNER MENTAL HEALTH
BUTNER, NC

Bates No. 14276

Case 3:12-cv-00327-MOC    Document 74-577    Filed 12/22/14    Page 3 of 100

Pharmacy Services
FCI BUTNER, NC 27509            919-575-4541

RX800058023          C. FULLWOOD      12/15/97
BARNETTE,AQUILIA                      12599-058
APPLY TO AFFECTED AREA , LEAVE ON FOR 15 TO 20
MINUTES THEN RINSE OFF. USE FOR 2 WEEKS. X10 days.
*Selenum Shampoo: Apply at night and
remove in AM (me)
SELENIUM SULFIDE 2.5% LOTION, 120 ML    #1BT
NRW        0 REFILLS        EXPIRES 12/25/97

| Date: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OFF/AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOON | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ON/HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Rx Label

| Date: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOON | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Rx Label

| Date: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOON | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NAME:

Barnette, Aquila

# 12599-058          ALLERGIES          FCI-BUTNER MENTAL HEALTH

FCI BUTNER

FMC B-000076



**Pharmacy Services**
FCI BUTNER, NC 27509          919-575-4541

RX800058041          C. VANCE          12/16/97
BARNETTE,AQUILIA                    12599-058
TAKE 1 TABLET BY MOUTH 3 TIMES A DAY WITH FOOD
AS NEEDED FOR PAIN .

*Motrin 800*          prn

IBUPROFEN 800 MG TABLET          #90
VN          0 REFILLS          EXPIRES 01/15/98

**Pharmacy Services**
FCI BUTNER, NC 27509          919-575-4541

RX800058042          C. VANCE          12/16/97
BARNETTE,AQUILIA                    12599-058
VISTARIL 25 MG BY MOUTH 4 TIMES A DAY AS NEEDED
ANXIETY/STRESS

prn

HYDROXYZINE HCL 25 MG TABLET          #120
VN          0 REFILLS          EXPIRES 01/15/98

**Pharmacy Services**
FCI BUTNER, NC 27509          919-575-4541

RX800058043          C. VANCE          12/16/97
BARNETTE,AQUILIA                    12599-058
TYLENOL - TAKE 2 TABLETS BY MOUTH 4 TIMES A DAY
AS NEEDED FOR PAIN OR FEVER.

*(650mg)*          prn

ACETAMINOPHEN 325 MG TABLET          #240
VN          0 REFILLS          EXPIRES 01/15/98

*Barnette, Aquilia*          *12599-058*

ALLERGIES          FCI-BUTNER MENTAL HEALTH

FMC B-000017

F.C.I. BUTNER

stop:

Pharmacy Services
FCI BUTNER, NC 27509          919-575-4541

RX800057584     C. VANG          12/02/97
BARNETTE,AQUILIA                 12599-058
MOTRIN 400 MG BY MOUTH 3 TIMES A DAY AS NEEDED
BACK PAIN

DIC N.O. DOSE
12-16-97
vm prn

IBUPROFEN 400 MG TABLET          #30
CAB          0 REFILLS          EXPIRES 01/01/98

| Date: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AM | | | | | | | | | | | | Q | | | | | | | | | | | | | | | | | | | |
| NOON | | | | | | | | | | | | M | | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HS | MO | | | | | | | N/D/W | | | N/D/W | M/R/W | | | | | | | | | | | | | | | | | | | |

stop:

Pharmacy Services
FCI BUTNER, NC 27509          919-575-4541

RX800057657     S. SIELICKI      12/02/97
BARNETTE,AQUILIA                 12599-058
ANTIACID TABLETS 2 BY MOUTH NOW X 1 DOSE

DONE
12-2-97
MO

FOMICON                          #1
MSO          0 REFILLS          EXPIRES 12/03/97

| Date: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOON | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HS | | MO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

stop:

Pharmacy Services
FCI BUTNER, NC 27509          919-575-4541

RX800057724     P. LIBERO        12/04/97
BARNETTE,AQUILIA                 12599-058
MOTRIN 800 MG. BY MOUTH 3 TIMES A DAY WITH FOOD

IBUPROFEN 800 MG TABLET          #4
SSH          0 REFILLS          EXPIRES 12/05/97

| Date: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOON | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HS | | BH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NAME: Barnette, Aquilia

#12599-058          ALLERGIES

FCI BUTNER          FCI-BUTNER MENTAL HEALTH

# FCI-BUTNER
## MENTAL HEALTH DIVISION

## PSYCHIATRIC NURSING
## ASSESSMENT FORM

| | | Forensic: | Charge: Carjack/Kidnap/homicide |
|---|---|---|---|
| Date: 11/7/97 | Language: English | | |
| FCI Butner | Religion: Baptiste | D&O: | Commitment Status: study |
| Ward: MD Seclusion | D.O.B.: 7/7/73 | MHTU: | Admission Diagnosis: |
| From: Marshalls Ⓧ weight from Charlotte | Sentenced: ☐ Yes ☑ No | Other: | |

**REASON FOR REFERRAL** (Patient's words) _"I'm here for an evaluation"_

## MENTAL STATUS ASSESSMENT

**SENSORIUM & INTELLECTUAL FUNCTIONS:**

Oriented to: ☑ Person ☑ Place ☑ Time
Describe any disorientation: _none_

Knows why he/she is in the hospital: ☑ Yes ☐ No
Able to plan realistically: ☑ Yes ☐ No
Insight: ☑ Yes ☐ No (describe) _____
Judgment: _very good_
Concentration/Attention: _good_
Memory:
  Recent: ☑ Intact ☐ Impaired
  Past: ☑ Intact ☐ Impaired
Intellectual Functioning:
  ☐ Above Average ☑ Average ☐ Below Average
Level of Consciousness:
  ☑ Alert   ☐ Confused
  ☐ Somnolent   ☐ Unconscious
Comment: _____

**Grooming and General Appearance**
_neat_
_good hygiene, well groomed_
Facial Expression: (describe) _normal_
Psychomotor Behavior: _normal movement_

Patient's Attitude Toward Hospitalization: _indifferent_
Patient's Goal for Hospitalization: _Prove competent and go home_

Flow of Thought & Speech:   ☑ Normal ☐ Slow
☐ Rambling   ☐ Flight of ideas
☐ Word Salad   ☐ Pressure of speech
☐ Tangential   ☐ Loose Association
☐ Mute   ☐ Echolalia

Mood/Affect:
☐ Sad   ☑ Appropriate
☐ Affable   ☐ Euphoric
☐ Bland   ☐ Flat
☐ Angry   ☐ Watchful
☐ Hostile   ☐ Labile

**Nursing Needs/Patient Risks Identified**
☐ Sensory/Perceptual Alter
☐ Memory, Impairment
☐ Thought Process, Alter in
☐ Noncompliance
☐ Anxiety
☐ Self-care Deficit
☐ Adjustment, Impaired
☐ Fear
☐ Hopelessness
☐ Self-Esteem Disturbance
☐ Social Isolation
☐ Coping Ineffective
☐ Spiritual Distress
☐ Injury
☐ Violent Behavior or Potential For
  ☐ Self-Directed
  ☐ Toward Others

**Hallucinations:** ☑ None reported or apparent.
☐ Auditory _____
☐ Visual _____
☐ Other: ☐ Smell ☐ Touch ☐ Taste

**Mental Content:**
Yes No
☐ ☑ Delusions (describe) _____
☐ ☑ Ideas of persecution _____
☐ ☑ Grandiose delusions _____
☐ ☑ Other (describe) _____
☐ ☑ Self-depreciatory ideas _____
☐ ☑ Ideas of worthlessness _____
☐ ☑ Ideas of sinfulness or guilt _____
☐ ☑ Phobias (describe) _____
☐ ☑ Obsessions _____

**Other Depressive Content:**
Yes No
☐ ☑ Suicidal ideas or preoccupation
☐ ☑ Has definite plan: Method _____
☐ ☑ Has access to means: _____
☑ ☐ Patient has attempted in past: Method _pills, carbon monox. poison X2_
☐ ☑ Homicidal ideas or preoccupation: Target _____
☑ ☐ Has made past attempts: Method _gun_
☐ ☑ Has definite plan: Method _____
☐ ☑ Has access to means: _____
☐ ☑ Positive family history of suicide _____
☐ ☑ Preoccupation with death and dying
☐ ☑ Thoughts of self-mutilation
☐ ☑ Morbid thought
☐ ☑ Derealization
☑ ☐ Helplessness _all the time due to situation_
☐ ☑ Depersonalization
☐ ☑ Hopelessness

Comments Regarding Mental Status/Ideation: _States that he still feels positive and has his faith in his situation._

| Patient Stamp |
|---|
| Barnette, Aquilia Marcivic |
| Reg# 12599-058 |
| DOB: 07-07-1973 |
| FCI Butner MHD   FMC B-000019 |

Marital Status: _single_ Number of years: _34_
Age of Spouse: _N/A_ Occupation of Spouse: _N/A_
Number of Children: _2_ Ages: _7,5_

Education:
Years Completed: _11th_ Special education or skills: _____
_computer skills, WP_

...od of Handling Stress *(How do you act under pressure?)*
_Drink a lot; try to relax,_
_take a walk, smoked_

Hobbies, Social Participation: _Homebody, Car models,_
_draw/sketch, music_

Drug Use:
☒ Alcohol _use to drink everyday wine/beer_
☒ OTC Drugs _sleeping pills_
☐ Street Drugs _Ø_
☐ Misuse of prescription medications _Ø_
☒ Caffeine: Amount/Daily _coffee daily 2 cups/sodas 1 day_
☒ Tobacco: Amount/Daily _1/2 pack, Newports daily — hasn't_
Comments: _Smoked X 15 months_

...al Nursing Needs Identified

1. _____
2. ____ See tx plan ____
3. _____

Initial Nursing Interventions/Plans
1. _____
2. ____ See tx plan ____
3. _____

Relevant Information from prior medical records, other staff members, etc.

_Nadine Wilson RN_ _1/17/97_ _1700_
Nurse Signature                Date          Time

Interpersonal Problems:
☐ Manipulativeness          ☐ Uncooperativeness
☐ Attention Seeking          ☐ Passive – dependence

Conflicts with:

| | Yes | No | | Yes | No | | Yes | No | |
|---|---|---|---|---|---|---|---|---|---|
| | ☒ | ☐ | Parents | ☐ | ☒ | Spouse/S.O. | ☐ | ☒ | Authority Fig. |
| | ☐ | ☒ | Siblings | ☐ | ☒ | Children | ☐ | ☒ | Colleagues |

Comments Regarding any Situational Stress:
Confinement. Move. Illness. Death. Divorce. Separation. Financial. Legal:
_Worried about family and_
_how it affects them_

Education Needs Identified
☐ Medication
☐ Treatment
☐ Self-Care/Hygiene
☒ Improve Coping Skills
☐ Diet
☐ Orientation to Unit Routine
☐
☐
☐

Discharge Planning Factors:
*Patient will most likely:*
☐ Return to court after study
☐ Be admitted to MHU for treatment
☐ Be returned to another BOP institution
☐ Be released to civilian authorities
☐ Be released from prison
☐ Be released to halfway house

Anticipated Discharge Needs Identified:
1. _____
2. _____

Family/Significant Other
Per Institution/BOP policy, all contact with family members will be done by t.
patient's Case Manager.

**Patient Stamp**

Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

_Reviewed_ _3. Johnson_ PAGE 2
_1/18/97_

FMC B-000020 SPG - 8-
OCTOBER

| ....CTS OF CARE — INDICATE Yes, No, or N/A | DATE → SHIFT → | 11-17-97 M | D | E | 11-18-97 M | D | E | 11-19-97 M | D | E |
|---|---|---|---|---|---|---|---|---|---|---|
| **RESTRAINTS –** Type | | | | | NA | NA | NA | Na | NA | NA |
| Record Time Checked | | | | | | | | | | |
| Q 2 Hours Each Shift | | | | | | | | | | |
| Circ, Motion, Sensation Checks | | | | | | ↓ | ↓ | | | ↓ |
| **HYGIENE –** Shower | | | | | NA | N | NA | Na | Y | NA |
| Shave | | | | | | N | | | Y | |
| Shampoo | | | | | | N | ↓ | | Y | ↓ |
| Clean Clothing | | | | | Y | Y | Y | Y | Y | Y |
| – Clean Room | | | | | Y | Y | Y | Y | Y | Y |
| **MEDICATIONS**-Taken As Prescribed | | | – | | NA | Na | NA | Na | NA | NA |
| Side Effects | | | | | seclusion | | | | | |
| PRN Given For Side Effects | | | | | | | | | | |
| Other PRN Given | | | | | | | | | | |
| PRN For Agitation | | | | | | ↓ | ↓ | | | ↓ |
| **MENTAL STATUS –** Hallucinations Audio Visual Tactile | | | | | — asleep | N | N | Asleep | N | N |
| Delusions | | | | | MHD | N | N | | N | N |
| Suicide-Homicide-Ideation-Gesture | | | | | to | N | N | | N | N |
| Affect- Appropriate-Inappropriate | | | | | on | A | A | | A | A |
| Loud Banging Calm Silent | | | · | | Admission | C | C | | C | C |
| Insight/Judgement-Good Fair Poor | | | | | | P | P | | P | P |
| **ACTIVITY**-Sleeping Most of Shift | | | · | | New | Y | N | Y | N | N |
| Pass – Rec 1/2 day Full Day | | | | | | NA | – | Na | – | N |
| Other – Watch, etc. | | | | | | – | | | – | N |
| **NUTRITION –** Hunger Strike Only | | | | | New | NA | N | | NA | NA |
| Monitoring I & O | | | | | | | | | | |
| Supplements Given | | | | | | | | | | |
| *****See Flow Chart ***** | | | | | ↓ | ↓ | | | | ↓ |
| Time of Report | | | | 2100 | 0830 | 1000 | 2200 | 0100 | 1130 | 1800 |
| Nurses Initials | | | | NEW | CS | AT | MO | SD | VM | de |

**Y = YES    N = NO    R = REFUSED    N/A = NOT APPLICABLE**

CB BEASLEY, C.  SD BROWN,S  ____BUMPASS,G  ____DERRY,J  de EDDINGER,D
____EDDINGER,M  ____GANAWAY,M  ____HORA,S  ____HOWELL,R  ____JACKSON,L
____LYONS,P  VM McLAURIN,V  MO ORSINI,M  ____PEREZ,S  ____PERRY,D
____SHEARIN,T  ____SMITH,L  ____THARRINGTON  ____WILKINS,A  Wilson,N  NEW

**NAME** Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

9-22-96-96

FMC B-000021

| ASPECTS OF CARE DATE<br>INDICATE Yes, No, or N/A   SHIFT | 11-23-97 | | | 11-24-97 | | | 11-25-97 | | |
|---|---|---|---|---|---|---|---|---|---|
| | M | D | E | M | D | E | M | D | E |
| RESTRAINTS -   Type | NA | N | n/A | NA | NA | NA | NA | NA | NA |
| Record Time Checked | | | | | | | | | |
| Q 2 Hours Each Shift | | | | | | | | | |
| Circ, Motion, Sensation Checks | | | | | | ✓ | | | ✓ |
| HYGIENE -   Shower | NA | N | n/A | NA | y | NA | NA | NA | NA |
| Shave | | | | | | | | | |
| Shampoo | | | | | | | | | |
| Clean Clothing | Y | Y | Y | Y | | Y | | | Y |
| Clean Room | Y | Y | Y | Y | | Y | | | Y |
| MEDICATIONS-Taken As Prescribed | NA | NA | n/A | NA | NA | NA | NA | NA | NA |
| Side Effects | | | | | | | | | |
| PRN Given For Side Effects | | | | | | | | | |
| Other PRN Given | | | | | | | | | |
| PRN For Agitation | | | | | | ✓ | | | ✓ |
| MENTAL STATUS - Hallucinations<br>Audio   Visual   Tactile | asleep | N | n | asleep | N | N | slept | N | N |
| Delusions | | N | n | | N | N | | N | N |
| Suicide-Homicide-Ideation-Gesture | | N | n | | N | N | | N | N |
| Affect- Appropriate-Inappropriate | | A | A | | A | A | | A | A |
| Loud   Banging   Calm   Silent | | S | S | | C | C | | C | C |
| Insight/Judgement-Good Fair Poor | | P | P | | P | P | | P | P |
| ACTIVITY-Sleeping Most of Shift | Y | N | Y | N | N | N | Y | N | Y |
| Pass - Rec   1/2 day   Full Day | N | — | — | NA | N | | — | N | N |
| Other - Watch, etc. | N | — | — | | N | | — | N | N |
| NUTRITION - Hunger Strike Only | NA | NA | n/A | | NA | N | NA | NA | NA |
| Monitoring I & O | | | | | | | | | |
| Supplements Given | | | | | | | | | |
| *****See Flow Chart   ***** | | | | | | | | | ✓ |
| Time of Report | 0825 | 1100 | 2100 | 0830 | 1130 | 1700 | 0400 | 1020 | 2300 |
| Nurses Initials | US | CAM | AW | US | HB | MD | mc | RP | fc |

Y = YES     N = NO     R = REFUSED     N/A = NOT APPLICABLE

| | | | | |
|---|---|---|---|---|
| BEASLEY, C. | BROWN,S | BUMPASS,G | DERRY,J | EDDINGER,D |
| EDDINGER,M | GANAWAY,M | HORA,S | HOWELL,R | JACKSON,L |
| LYONS,P | McLAURIN,G | ORSINI,M | PEREZ,S | |
| SHEARIN,T | SMITH,L | THARRINGTON | WILKINS,A | |

NAME _____

Barnette, Aquilia Marcivic<br>Reg# 12599-058<br>DOB: 07-07-1970   DC B-000022<br>FCI Butner MHD

Bates No. 14283

| MEDICAL RECORD | | | NURSING NOTES (Sign all notes) |
|---|---|---|---|
| DATE | HOUR A.M. | P.M. | OBSERVATIONS Include medication and treatment when indicated |
| 11/17/97 | | 1700 | S/o 26 yr. old black male admitted for study. Cooperative, A+O× 4. Good historian. Denies AH, VH, and denies SI/HI. Understands why he is at Butner and understands questions when asked. |
| | | | A- Stable. |
| | | | P- Counseling on HIV and Butner routine gone over. Pt. informed that he will see a Dr. in A.M. and encouraged to voice any questions to any available staff.      Nadine Wilson RN/ Nadine Wilson RN |

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

| | REGISTER NO. | WARD NO. |
|---|---|---|

Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

NURSING NOTES

Medical Record
FMC B-000023
STANDARD FORM 510 (REV. 7–91)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201–9.202–1

Bates No. 14284

# 24 HOUR DAILY NURSES SECLUSION NOTES

P.C.I. BUTNER, N.C.

| ASPECTS OF CARE INDICATE Yes, No, or N/A | DATE | 11-29-97 | | | 11-30-97 | | | 12-1-97 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | SHIFT | M | D | E | M | D | E | M | D | E |
| **RESTRAINTS** – Type | | MA | | NA | Na | NA | NA | NA | NA | NA |
| Record Time Checked | | | | | | | | | | |
| Q 2 Hours Each Shift | | | | | | | | | | |
| Circ, Motion, Sensation Checks | | | | ↓ | | | ↓ | | | ↓ |
| **HYGIENE** – Shower | | MA | N | NA | Na | NA | N | NA | Y | NA |
| Shave | | | N | | | | N | | | |
| Shampoo | | | N | | | | N | | | ↓ |
| Clean Clothing | | | Y | | Y | Y | Y | | | Y |
| Clean Room | | | Y | ↓ | Y | Y | Y | | | Y |
| **MEDICATIONS**–Taken As Prescribed | | NA | N/+ | NA | Na | NA | N/ | NA | NA | N/A |
| Side Effects | | | | | | | | | | N |
| PRN Given For Side Effects | | | | | | | | | | N |
| Other PRN Given | | | | | | | | | | Y |
| PRN For Agitation | | | | ↓ | | | | | | N |
| **MENTAL STATUS** – Hallucinations Audio Visual Tactile | | asleep | N | N | asleep | N | N | Asleep | N | N |
| Delusions | | | N | N | | N | N | | N | N |
| Suicide-Homicide-Ideation-Gesture | | | N | N | | N | N | | N | N |
| Affect- Appropriate-Inappropriate | | | A | A | | A | A | | A | A |
| Loud Banging Calm Silent | | | C | C | | C | C | | C | C |
| Insight/Judgement-Good Fair Poor | | | F | F | | F | F | | F | F |
| **ACTIVITY**-Sleeping Most of Shift | | Y | no | Y | Y | @ Intervals N | N | Y | N | N |
| Pass – Rec 1/2 day Full Day | | – | – | – | Na | NA | – | – | N | |
| Other – Watch, etc. | | – | – | – | | – | – | – | N | |
| **NUTRITION** – Hunger Strike Only | | MA | N/+ | NA | | NA | N/ | NA | NA | N/A |
| Monitoring I & O | | | | | | | | | | |
| Supplements Given | | | | | | | | | | |
| *****See Flow Chart ***** | | | | ↓ | | | | | | ↓ |
| Time of Report | | 0400 | 1000 | 2234 | 0530 | 1200 | 2000 | 0430 | 1110 | 1900 |
| Nurses Initials | | me | D | SH | SB | Vm | T | New | HH | MO |

Y = YES    N = NO    R = REFUSED    N/A = NOT APPLICABLE

| | | | | |
|---|---|---|---|---|
| ____ BEASLEY, C. | SB BROWN,S | ____ BUMPASS,G | GD DERRY,J | Le EDDINGER,D |
| me EDDINGER,M | ____ GANAWAY,M | SH HORA,S | ____ HOWELL,R | ____ JACKSON,L |
| ____ LYONS,P | VM McLAURIN,C | No ORSINI,M | ____ PEREZ,S | ____ PERRY,D |
| T SHEARIN,T | ____ SMITH,L | ____ THARRINGTON | ____ WILKINS,A | New wilson,N |

NAME: Barnette, Aquilia

\# 12579-058

FMC B-000024

| ASPECTS OF CARE<br>INDICATE Yes, No, or N/A | DATE<br>SHIFT | 12 - 5 - 97 | | | - - | | | - - | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | M | D | E | M | D | E | M | D | E |
| RESTRAINTS -    Type | | NA | | | | | | | | |
| Record Time Checked | | | | | | | | | | |
| Q 2 Hours Each Shift | | | | | | | | | | |
| Circ, Motion, Sensation Checks | | | | | | | | | | |
| HYGIENE -    Shower | | NA | | | | | | | | |
| Shave | | | | | | | | | | |
| Shampoo | | | | | | | | | | |
| Clean Clothing | | | | | | | | | | |
| Clean Room | | | | | | | | | | |
| MEDICATIONS-Taken As Prescribed | | NA | | | | | | | | |
| Side Effects | | | | | | | | | | |
| PRN Given For Side Effects | | | | | | | | | | |
| Other PRN Given | | | | | | | | | | |
| PRN For Agitation | | | | | | | | | | |
| MENTAL STATUS - Hallucinations<br>Audio   Visual   Tactile | | asleep | | | | | | | | |
| Delusions | | | | | | | | | | |
| Suicide-Homicide-Ideation-Gesture | | | | | | | | | | |
| Affect- Appropriate-Inappropriate | | | | | | | | | | |
| Loud   Banging   Calm   Silent | | | | | | | | | | |
| Insight/Judgement-Good Fair Poor | | | | | | | | | | |
| ACTIVITY-Sleeping Most of Shift | | Y | | | | | | | | |
| Pass - Rec   1/2 day   Full Day | | — | | | | | | | | |
| Other - Watch, etc. | | — | | | | | | | | |
| NUTRITION - Hunger Strike Only | | NA | | | | | | | | |
| Monitoring I & O | | | | | | | | | | |
| Supplements Given | | | | | | | | | | |
| *****See Flow Chart ***** | | | | | | | | | | |
| Time of Report | | 0400 | | | | | | | | |
| Nurses Initials | | me | | | | | | | | |

Y = YES      N = NO      R = REFUSED      N/A = NOT APPLICABLE

____BEASLEY, C. ____BROWN,S ____BUMPASS,G ____DERRY,J ____EDDINGER,D
me EDDINGER,M ____GANAWAY,M ____HORA,S ____HOWELL,R ____JACKSON,L
____LYONS,P ____McLAURIN,G____ORSINI,M ____PEREZ,S ____PERRY,D
____SHEARIN,T ____SMITH,L ____THARRINGTON____WILKINS,A

**NAME** *Barnette, Aguilea*      # 12599058      9-27-96-94

FMC B-000025

| MEDICAL RECORD | | | NURSING NOTES (Sign all notes) |
|---|---|---|---|
| | **HOUR** | | **OBSERVATIONS** |
| **DATE** | **A.M.** | **P.M.** | Include medication and treatment when indicated |
| 12-2-97 | | | S: "Since I've been in here I've been eating greasy food." c/o pain on middle of chest, non irradiating, NO SOB, came when is laying down on bed & has some relieve when sits down" In the past Tagamet made it worst. O: Alert & oriented x3, NO SOB, no perspiration, relieved is observed after pte. sits down. V/S BP 130/80, P 60 bpm regular/ strong. A: Indigestion P: Dr. Sielicki notified. Antacid tablets ǐǐ PO now x̄ī nose. M—r ___ |

(Continue on reverse side)

'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

REGISTER NO.

WARD NO.

NURSING NOTES

Medical Record

STANDARD FORM 510 (REV. 7-91)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

EMC B 000026

| MEDICAL RECORD | | | NURSING NOTES (Sign all notes) |
|---|---|---|---|

| DATE | HOUR | | OBSERVATIONS |
| | A.M. | P.M. | Include medication and treatment when indicated |
|---|---|---|---|
| 12/11/97 | | 2/25 | Primary Nursing note for the month of: December |
| | | | Oriented to Person, Place, Time, Disoriented (describe)_____ |
| | | | Judgement: Good, Fair, Poor. Concentration: Good, Fair, Poor. |
| | | | Memory: Recent Intact, Impaired. Past Intact, Impaired. (describe)_____ |
| | | | Level of consciousness: Alert, Confused, Somnolent, Unconscious. |
| | | | Hallucinations: Audible (describe) none Visual (describe) none |
| | | | Delusion: (describe) none |
| | | | Ideas of reference: (describe) none |
| | | | Psychomotor Behavior: (describe) normal |
| | | | Speech: Normal, Rambling, Word salad, Loose association, Pressured, Other (describe)_____ |
| | | | Mood: Appropriate, Flat, Angry, Hostile, Other (describe)_____ |
| | | | Ideation: Suicidal (describe) none , Homicidal (describe) none |
| | | | Feelings: Hopelessness, Helplessness. Hygiene: Good, Fair, Poor. Room cleanliness Good, Fair, Poor. |
| | | | Medical Concerns of the inmate: Pt.'s ® arm swollen after lifting weights |
| | | | GI: Dry mouth, Difficulty swallowing, Constipation, Diarrhea, N/A, Other (describe)_____ |
| | | | GU: Difficulty in urination, N/A, Other (describe)_____ |
| | | | CV: Heart rate= Regular, Irregular, Strong, Weak, Bounding. |
| | | | Resp: Rate= Even, Uneven, Unlabored, Labored. (Continue on reverse side) |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name-last, first, middle; grade; rank; rate; hospital or medical facility)

| REGISTER NO. | WARD NO. |
|---|---|

Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

NURSING NOTES

Medical Record

STANDARD FORM 510 (REV. 7-91)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

(This form may be replicated via WP)

FMC B-000027

# LABORATORY REPORT DISPLAY

**TEST(S)**

| SPECIMEN TAKEN | | | |
|---|---|---|---|
| DATE 11-18-97 | TIME 11 40 | A.M. | P.M. |
| RESULTS | REQUESTED | | (X) |
| | ROUTINE | | |
| Ant-cldy | COLOR | | |
| 1.030 | SPECIFIC GRAVITY | | |
| norm | UROBILINOGEN | | |
| — | OCCULT BLOOD | | |
| — | BILE | | |
| — | KETONES | | |
| — | GLUCOSE | | |
| — | PROTEIN | | |
| 5.0 | pH | | |
| | MICROSCOPIC | | |
| — | WBC | | |
| | RBC | | |
| | EPITH CELLS | | |
| | WBC | |
| | RBC | |
| | HYALINE | CASTS |
| | GRANULAR | |
| | BACTERIA | |
| | CRYSTALS | |
| | MUCUS | |
| — | NITRITE | |
| | BENCE-JONES PROTEIN | |
| | HEMOSIDERIN | |
| | HCG | |

REMARKS: New admission to MHD

Srelski, S.

For Butner, NC

Barnette, Aquilia M. MH
12599-058
DOB 7/7/73

CHARLES VANCE, MD, PhD.
Psychiatric Fellow

URINALYSIS
Standard Form 550 (Rev. 4–77)
General Services Administration and Interagency
Committee on Medical Records FIRMR (41 CFR) 201–45.505

URINALYSIS
URGENCY: ☒ ROUTINE ☐ TODAY ☐ PRE-OP
PATIENT STATUS: ☐ NP ☐ BED ☐ OUTPA ☐ AMB ☐ DOM
SPECIMEN SOURCE: ☐ ROUTINE ☐ TIMED

LAB. ID NO. 0 97

PATIENTS MED. RECORD

ENTER IN SPACE BELOW: PATIENT IDENTIFICATION—TREATING FACILITY—WARD NO.—DATE

Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

PRESSURE MUST BE APPLIED TO ATTACH LABORATORY REPOR

**INSTRUCTIONS:** This form may be used to display laboratory reports as a flow sheet to be read as a progressive table. If so, a separate sheet should be used for each type of report form. When assorted report forms are mounted on the display sheet, both test names and results should always be visible.

| FORMS DISPLAYED ON THIS SHEET ARE ( Check one ) | |
|---|---|
| MOUNTED ON STRIPS 1 THROUGH 7 | MOUNTED ON STRIPS 1, 3, 5, AND 7 |
| ☐ CHEMISTRY I (SF 546) | ☐ PARASITOLOGY (SF 552) |
| ☐ CHEMISTRY II (SF 547) | ☐ IMMUNOHEMATOLOGY (SF 556) |
| ☐ CHEMISTRY III (SF 548) | ☐ ASSORTED FORMS |
| | ☐ OTHER ( Specify ) |
| ☐ HEMATOLOGY (SF 549) | MOUNTED ON STRIPS 1, 4, AND 7 |
| ☐ URINALYSIS (SF 550) | ☐ MICROBIOLOGY I (SF 553) |
| | ☐ MICROBIOLOGY II (SF 554) |
| ☐ SEROLOGY (SF 551) | ☐ MISCELLANEOUS (SF 557) |
| ☐ SPINAL FLUID (SF 555) | ☐ ASSORTED FORMS |

PRESCRIBE BY GSA/ICMR
FIRMR (41-CFR) 201–45, 505

LABORATORY REPORT DISPLAY

FMC B-000028

RM 10-1338 WORK COPY

DURHAM CLINICAL LABORATORY REPORT

..NETTE,AQUILIA MARCIVIC                                    11/20/97 12:23
  SSN: B12-59-9058    SEX: M    AGE: 24    LOC: BUTNER

ovider : VANCE,CHARLES R.
Specimen: BLOOD.                HE 1119 234
                               11/19/97 08:30

| Test name | Result | units | Ref. | range |
|---|---|---|---|---|
| HGB | 14.3 | g/dL | 14 - | 17 |
| HCT | 43.8 | % | 36 - | 50 |
| MCV | 81.1 L | fL | 83 - | 95 |
| MCHC | 32.6 L | g/dL | 34 - | 36 |
| WBC | 3.5 L | K/cmm | 4 - | 11 |
| PLT | 158 | K/cmm | 125 - | 400 |
| RBC | 5.4 | M/cmm | 4.5 - | 5.5 |
| MCH | 26.5 L | uug | 28 - | 32 |
| RDW | 13.1 | % | 11 - | 15 |
| MPV | 9.2 | mu3 | 7 - | 11 |
| LYMPHS% | 36.3 | % | 15 - | 45 |
| MONO % | 8.4 | % | 6 - | 15 |
| NEUTRO % | 51.7 | % | 40 - | 80 |
| EOS % | 2.6 | % | 0 - | 7 |
| BASO % | 1 | % | 0 - | 2 |
| LYMPH ABSOLUTE CT. | 1.3 | K/cmm | .9 - | 3.3 |
| MONO ABSOLUTE CT. | .3 | K/cmm | .3 - | 1.1 |
| NEUTRO ABSOLUTE CT. | 1.8 | K/cmm | 1.5 - | 7.1 |
| EOS ABSOLUTE CT. | .1 | K/cmm | 0 - | .7 |
| BASO ABSOLUTE CT. | 0 | K/cmm | 0 - | .2 |

==============================================================================
   KEY: "L"=Abnormal low, "H"=Abnormal high, "*"=Critical value

ovider : VANCE,CHARLES R.
Specimen: SERUM.                SE 1119 35
                               11/19/97 08:30

| Test name | Result | units | Ref. | range |
|---|---|---|---|---|
| MHA-TP | canc | | | |
| VDRL | NR | DILS | | |

==============================================================================
   KEY: "L"=Abnormal low, "H"=Abnormal high, "*"=Critical value

11/24/97
CR✓

CHARLES VANCE, MD, PhD.
Psychiatric Fellow

RK COPY - DO NOT FILE  BARNETTE,AQUILIA MARCIVIC  B12-59-9058  11/20/97

FMC B-000029

10-1338 WORK COPY

DURHAM CLINICAL LABORATORY REPORT

TTE,AQUILIA MARCIVIC                                          11/20/97 12:23
SSN: B12-59-9058    SEX: M    AGE: 24    LOC: BUTNER

.der : VANCE,CHARLES R.
:cimen: SERUM.              CH 1119 529
                           11/19/97 08:30

| Test name | Result | units | Ref. | range |
|---|---|---|---|---|
| T-4 | 6.5 | ug/dL | 4.5 - | 12 |
| T-3 UPTAKE | 35.9 H | % uptake | 25 - | 35 |
| TSH | 0.5 | uIU/mL | .38 - | 6.15 |

   Eval: Effective 12/19/91 Reference ranges for TSH are 0.38 - 6.15 uIU/mL
   Eval: Ranges prior to 12/19/91 were 0.5 - 7.0 uIU/mL

| Test name | Result | units | Ref. | range |
|---|---|---|---|---|
| FREE THYROXIN INDEX | 8.2 | | 5 - | 12 |
| ALKALINE PHOSPHATASE | 61. | IU/L | 35 - | 140 |
| AST | 23. | IU/L | 5 - | 50 |
| ALT | 24. | IU/L | 5 - | 50 |
| ALB/GLOB RATIO | 1.4 | RATIO | 1 - | 2 |
| GLOBULIN-CALCULATED | 2.7 | g/dL | 2.1 - | 3.6 |
| SODIUM | 140 | mmol/L | 136 - | 148 |
| POTASSIUM | 4.0 | mmol/L | 3.5 - | 5.5 |
| CHLORIDE | 105 | mmol/L | 101 - | 111 |
| CO2 | 27.0 | mmol/L | 22 - | 35 |
| UREA NITROGEN | 10 | mg/dL | 6 - | 23 |
| GLUCOSE | 63 L | mg/dL | 65 - | 110 |
| PROTEIN,TOTAL | 6.6 | g/dL | 6.4 - | 8.4 |
| ALBUMIN | 3.9 | gm/dL | 3.9 - | 5 |
| CALCIUM | 9.7 | mg/dL | 8.9 - | 10.7 |
| URIC ACID | 4.2 | mg/dL | 2.5 - | 8.4 |
| CREATININE | 1.1 | mg/dL | .6 - | 1.6 |
| TOT. BILIRUBIN | 0.4 | mg/dL | 0 - | 1.4 |
| CHOLESTEROL | 132 | mg/dL | 100 - | 199 |

   Eval: Optimally < 200 mg/dL

| | | | | |
|---|---|---|---|---|
| MAGNESIUM | 1.8 | mg/dL | 1.6 - | 2.3 |

nent: NON FASTING SPECIMEN
===========================================================================
   KEY: "L"=Abnormal low, "H"=Abnormal high, "*"=Critical value

W/24/99
cR

CHARLES VANCE, MD, PhD.
Psychiatric Fellow

RK COPY - DO NOT FILE  BARNETTE,AQUILIA MARCIVIC  B12-59-9058  11/20/97

FMC B-000030

## HIV COUNSELING DOCUMENTATION

**Directions:** Use the following criteria to counsel the patient who is tested for the HIV antibody. Check off each item as they are discussed. Write N/A beside any item that is inappropriate to the situation. Secure this form until pre and post test counseling is completed, then file this form in the patient's health record, documenting in **progress notes** that counseling was completed as provided on forms BP-490(61), BP-491(61), and BP-492(61), as appropriate.

### PRE TEST:

1. Explain purpose of session.
2. Explain confidentiality.
3. Explain HIV antibody test.

    a. What AIDS is;
    b. What the test is;
    c. Test Procedure;
    d. Meaning of test results;
    e. Inability of detect early infections (false negatives);
    f. Possibility of false positive;
    g. Possible need for additional testing;
    h. Complications and consequence of a positive test.

4. List risk factors.
5. Explain prevention recommendations for persons with possible exposure.
6. Obtain informed consent (when applicable).
7. Risk Reduction Behaviors, educational material provided.
8. Patient reactions/comments.

> Barnette, Aquilia Marcivic
> Reg# 12599-058
> DOB: 07-07-1973
> FCI Butner MHD

Inmate Name (pri_____ , Register Number:_____

I understand the above information about the HIV Test.

Inmate Signature:_____

Signature of Staff Counselor/Printed Name and Title: _Nadine Wilson RN_____

Date:___11/17/97_____

**\*\*ENSURE THE BACK OF THIS FORM IS COMPLETED PRIOR TO FILING IN SECTION VI OF THE HEALTH RECORD AND THAT A PROGRESS NOTE IS MADE DOCUMENTING THIS PROCESS.**

FCI Butner
Mental Health Dept.
FMC B-000031

## HIV COUNSELING DOCUMENTATION

**POST TEST:** _Seronegative_

| | | |
|---|---|---|
| _____ | 1. | Explain purpose of session. |
| _____ | 2. | Explain confidentiality. |
| _____ | 3. | Test information: |

    _____ a. Inform patient of negative test result;

    _____ b. Explain purpose of test;

    _____ c. Identify remaining risks;

    _____ d. Explain inability of test to detect early infections (false negatives).

| | | |
|---|---|---|
| _____ | 4. | Explain risk reduction behaviors (high risk). |
| _____ | 5. | Discussed follow-up testing (high risk). |
| _____ | 6. | Give additional education material if requested. |
| _____ | 7. | Patient's reactions/level of understanding/comments. |

I understand the above information.

Inmate Signature:_____

Signature of Staff Counselor/Printed Name and Title:_____

Date:_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Seropositive Post Test Counseling:**

| | | |
|---|---|---|
| _____ | 1. | Confidentiality review. |
| _____ | 2. | Patient informed of results of test by physician. |
| _____ | 3. | Patient referred to the Psychology Department for follow-up counseling. |

Inmate Signature:_____

Signature of Staff Counselor/Printed Name and Title:_____

Date:_____

**\*\*UPON COMPLETION AND DOCUMENTATION ON A PROGRESS NOTE, FILE IN SECTION VI OF THE PATIENT'S HEALTH RECORD.**

FMC B-000032

_Dr. Med. H1 raised question of hypernatremia_

□ **Allergies**   ☑ *No Allergies*
□ **Drug Allergies** *(describe)* ___none___

□ **Other Allergies** *(describe)* ___NKA___

**History: disease, illness, surgery, or hospitalization, including psychiatric**
☑ Surgery _R hand, R leg rod placed_
□ Diabetes _____
□ Cancer _____
□ Emotional _____
□ Mental Illness _Ø_
□ Psychiatric Treatment _Ø_

**Respiratory**
Problems   □ Yes   ☑ No
Respiration/Min. _24_
History of:   □ COPD   □ Dyspnea   □ Cough
              □ Wheeze   □ Asthma   _none_
Skin Color:   □ Pale   ☑ Pink   □ Cyanotic
Other observations or patient comments _good skin turgor_

**Circulatory**
Temperature: _98'_
Pulse: Radial _58_   Apical *(if indicated)* _____
Blood Pressure _132/78_ Arm ⓛ R
History Of:   □ Cardiovascular Disease   □ Stroke
              □ Chest Pain   □ Hypertension
              □ Syncope   □ Palpitations
Other observations or patient comments: _none_

**Nutrition/Hydration/Elimination**
Weight: _147 lbs_   Height: _5'5"_
recent weight gain or □ loss: *(describe)* _no_
n normally eaten: _Regular_

Excessive Thirst       □ Dry Mouth
Difficulty Swallowing  □ Nausea
Vomiting               □ Urinary retention
Frequency              □ Burning
Incontinence of bowel or □ bladder
Urgency of bowel or    □ bladder
Constipation           □ Diarrhea
History of Ulcer
Other observations or patient comments: _none / denies any of the above problems_

**Comfort/Rest**
Pain: *(describe)* _lower back chronic_
None
z hrs/night _1-2 hrs._   □ No problem
Insomnia:   □ Initial   □ Mid   □ Terminal
Hypersomnia   ☑ Fatigue

---

**Sensory/Neuro**
Vision:   ☑ No problems
□ Glaucoma      □ Blurred Vision
□ Glasses       □ Contacts
□ Prosthesis *(describe)* _____
Pupils:      ☑ Equal   ☑ React equally to light
             □ Dilated   □ Constricted
Hearing:     ☑ No problems
□ Reported difficulty   □ Drainage   □ Tinnitus
□ Apparent difficulty   □ Prosthesis

Other:       □ Dizziness
□ History of Seizures   Last Seizure: _____
☑ No History of Seizures
Other observations or patient comments _____

**Skin Integrity**
General Appearance:
☑ Warm   □ Cool   ☑ Dry   □ Moist   □ Clammy
□ Intact   □ No problems
Comments: *(Lesions, Bruises, Rash, Bleeding, Discharge/Infections)* _____

**Medication Therapy**

| | Name | Dose/Frequency | Last Dose |
|---|---|---|---|
| □ | | | |
| □ | none | | |
| □ | | | |
| □ | | | |
| □ | | | |

**Nursing Needs/Patient Risks Identified**
□ Respiratory Dysfunction        □ Sensory/Perceptual Alter.
□ Gas Exchange, Impaired         ☑ Comfort, Alteration In.
□ Airway Clearance Ineffect      □ Nutrition, Alteration In.
□ Infection, Potential For       □ Communication, Impaired
□ Cardiac Output, Alter. In.     □ Oral mucous membrane Alt.
□ Tissue perfusion, Alter. In.   □ Swallowing Impaired
□ Fluid Volume, Alter. In.       □ Breathing Pattern Ineffect
□ Bowel Elim. Alter.             □ Skin Integrity, Alter.
□ Urinary Elim., Alter.          □ Potential Falls

Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

FMC B-000033

SF_510 (Back)

## NURSING NOTES
### (Sign all notes)

| DATE | HOUR | | OBSERVATIONS |
|------|------|--|-------------|
| | A.M / P.M. | 2125 pm | Include medication and treatment when indicated |

12/11/97

For F/U to complaints of medical concerns: Inmate sent to sick call, Seen in HSU today.

For F/U of psycniatric concerns: Inmate sent to see Dr., Seen By Dr., Nurse to F/U with Dr.

Teaching Plan: Discussed medication schedule + side effects.

Treatment Plan: Continue plan, Continue to meet with pt. monthly.

Incident Reports: ∅

Medication: List medications:      Compliant: (Yes) No.

Motrin 400 mg po tid prn back pain

Comments: Pt. seems to have made several friends in GP and on the hill and by talking with them he seems to be coping better and be in a more positive mood. Instructed to take motrin as ordered for arm soreness and apply heat

Plan for next meeting: Inmate to see Treatment team PRN.    as needed.

Nadine Wilson /
Nadine Wilson RN

FMC B-000034
STANDARD FORM 510 (REV. 7-91) BACK

| ASPECTS OF CARE INDICATE Yes, No, or N/A | DATE SHIFT | M | D | E | M | D | E | M | D | E |
|---|---|---|---|---|---|---|---|---|---|---|
| RESTRAINTS - Type | | | | | | | | | | |
| Record Time Checked | | | | | | | | | | |
| Q 2 Hours Each Shift | | | | | | | | | | |
| Circ, Motion, Sensation Checks | | | | | | | | | | |
| HYGIENE - Shower | | | | | | | | | | |
| Shave | | | | | | | | | | |
| Shampoo | | | | | | | | | | |
| Clean Clothing | | | | | | | | | | |
| Clean Room | | | | | | | | | | |
| MEDICATIONS-Taken As Prescribed | | | | | | | | | | |
| Side Effects | | | | | | | | | | |
| PRN Given For Side Effects | | | | | | | | | | |
| Other PRN Given | | | | | | | | | | |
| PRN For Agitation | | | | | | | | | | |
| MENTAL STATUS - Hallucinations Audio Visual Tactile | | | | | | | | | | |
| Delusions | | | | | | | | | | |
| Suicide-Homicide-Ideation-Gesture | | | | | | | | | | |
| Affect- Appropriate-Inappropriate | | | | | | | | | | |
| Loud Banging Calm Silent | | | | | | | | | | |
| Insight/Judgement-Good Fair Poor | | | | | | | | | | |
| ACTIVITY-Sleeping Most of Shift | | | | | | | | | | |
| Pass - Rec 1/2 day Full Day | | | | | | | | | | |
| Other - Watch, etc. | | | | | | | | | | |
| NUTRITION - Hunger Strike Only | | | | | | | | | | |
| Monitoring I & O | | | | | | | | | | |
| Supplements Given | | | | | | | | | | |
| *****See Flow Chart ***** | | | | | | | | | | |
| Time of Report | | | | | | | | | | |
| Nurses Initials | | | | | | | | | | |

Y = YES        N = NO        R = REFUSED        N/A = NOT APPLICABLE

____BEASLEY, C.  ____BROWN,S  ____BUMPASS,G  ____DERRY,J  ____EDDINGER,D
____EDDINGER,M  ____GANAWAY,M  ____HORA,S  ____HOWELL,R  ____JACKSON,L
____LYONS,P  ____McLAURIN,G  ____ORSINI,M  ____PEREZ,S  ____PERRY,D
____SHEARIN,T  ____SMITH,L  ____THARRINGTON  ____WILKINS,A

F.C.I. BUTNER

FMC B-000035

NAME_____  #_____  9-22-96-96

# 24 HOUR DAILY NURSES SECLUSION NOTES
F.C.I. BUTNER, N.C.

| ASPECTS OF CARE INDICATE Yes, No, or N/A | DATE SHIFT | 12-2-97 | | | 12-3-97 | | | 12-4-97 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | M | D | E | M | D | E | M | D | E |
| **RESTRAINTS -** Type | | NA | NA | N/A | NA | Na | NA | NA | NA | NA |
| Record Time Checked | | | | | | | | | | |
| Q 2 Hours Each Shift | | | | | | | | | | |
| Circ, Motion, Sensation Checks | | | | ↓ | | ↓ | ↓ | | | ↓ |
| **HYGIENE -** Shower | | NA | NA | N/A | NA | Y | NA | NA | Y | NA |
| Shave | | | | | | N | | | N | |
| Shampoo | | | | ↓ | | N | ↓ | | Y | ↓ |
| Clean Clothing | | ↓ | | Y | Y | Y | Y | | Y | Y |
| Clean Room | | ↓ | | Y | Y | Y | Y | | Y | Y |
| **MEDICATIONS-** Taken As Prescribed | | NA | Y | N/A | NA | Y | NA | M | Y | N |
| Side Effects | | | N | N | | N | | | N | N |
| PRN Given For Side Effects | | | N | N | | N | | | N | N |
| Other PRN Given | | | Y | Y | | Y | | | Y | Y |
| PRN For Agitation | | | N | N | | N | ↓ | | N | N |
| **MENTAL STATUS -** Hallucinations Audio Visual Tactile | | asleep | N | N | asleep | N | N | asleep | N | N |
| Delusions | | | N | N | | N | N | | N | N |
| Suicide-Homicide-Ideation-Gesture | | | N | N | | N | N | | N | N |
| Affect- Appropriate-Inappropriate | | | A | A | | A | A | | A | A |
| Loud Banging Calm Silent | | | C | C | | C | C | | C | C |
| Insight/Judgement-Good Fair Poor | | | F | F | | F | F | | F | F |
| **ACTIVITY-** Sleeping Most of Shift | | Y | N | N | Y | N | N | Y | N | N |
| Pass - Rec 1/2 day Full Day | | NA | N | | NA | - | - | - | Rec | - |
| Other - Watch, etc. | | NA | N | | | - | - | - | - | - |
| **NUTRITION -** Hunger Strike Only | | NA | NA | N | | Na | NA | M | NA | NA |
| Monitoring I & O | | | | | | | | | | |
| Supplements Given | | | | | | | | | | |
| *****See Flow Chart ***** | | | | | | ↓ | ↓ | | | ↓ |
| Time of Report | | 0340 | 1012 | 1625 | 0505 | 1000 | 2207 | 0500 | 1220 | 2151 |
| Nurses Initials | | ω | PP | MO | ω | AT | SH | me | New | SH |

Y = YES    N = NO    R = REFUSED    N/A = NOT APPLICABLE

____BEASLEY, C.    ____BROWN,S    ____BUMPASS,G    ____DERRY,J    ____EDDINGER,D    New Wilson,N
me EDDINGER,M    ____GANAWAY,M    ST THORA,S    ____HOWELL,R    ____JACKSON,L
____LYONS,P    ____McLAURIN,G    MO ORSINI,M    ____PEREZ,S    ____PERRY,D    F.C.I. BUT
____SHEARIN,T    ____SMITH,L    ____THARRINGTON    ____WILKINS,A    PP RAY PITCAIRN

NAME Barnette, Aquilia    # 12579-058    9-22-96-96

FMC B-000036
Case 3:12-cv-00327-MOC    Document 77-15    Filed 12/22/14    Page 23 of 100
Bates No. 14297

| ASPECTS OF CARE INDICATE Yes, No, or N/A | DATE SHIFT | 11-26-97 | | | 11-27-97 | | | 11-28-97 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | M | D | E | M | D | E | M | D | E |
| RESTRAINTS - Type | | NA | NA | N/A | Na | N | Y/A | M | NA | M |
| Record Time Checked | | | | | | | | | | |
| Q 2 Hours Each Shift | | | | | | | | | | |
| Circ, Motion, Sensation Checks | | | | ✓ | ✓ | | ✓ | | | ✓ |
| HYGIENE - Shower | | M | Y | N/A | N | N | N/Y | M | Y | NA |
| Shave | | | N | | | | | | | NA |
| Shampoo | | | Y | N | ✓ | | ✓ | | | NA |
| Clean Clothing | | | | Y | Y | Y | Y | | | Y |
| Clean Room | | | | Y | Y | Y | Y | | | Y |
| MEDICATIONS-Taken As Prescribed | | NA | NO | N/A | Na | NA | Y/A | M | NA | NA |
| Side Effects | | | | | | | | | | N |
| PRN Given For Side Effects | | | | | | | | | | |
| Other PRN Given | | | | | | | | | | |
| PRN For Agitation | | | | ✓ | ✓ | | ✓ | | | ✓ |
| MENTAL STATUS - Hallucinations Audio Visual Tactile | | asleep | N | N | asleep | N | N | asleep | N | N |
| Delusions | | | N | N | | N | N | | N | N |
| Suicide-Homicide-Ideation-Gesture | | | N | N | | N | N | | N | N |
| Affect- Appropriate-Inappropriate | | | A | A | | A | A | | A | A |
| Loud Banging Calm Silent | | | C | C | | C | C | | C | C |
| Insight/Judgement-Good Fair Poor | | | F | F | ✓ | F | F | | F | P |
| ACTIVITY-Sleeping Most of Shift | | Y | N | N | Y | N | N | Y | N | N |
| Pass - Rec 1/2 day Full Day | | — | — | | — | — | | — | N | N |
| Other - Watch, etc. | | — | — | | — | — | | — | N | N |
| NUTRITION - Hunger Strike Only | | M | NA | N | N | NA | N | M | NA | NA |
| Monitoring I & O | | | | | | | | | | |
| Supplements Given | | | | | | | | | | |
| *****See Flow Chart ***** | | | | | | | | | | ✓ |
| Time of Report | | 0400 | 1330 | 1700 | 0430 | 1150 | 1700 | 0200 | 1001 | 1900 |
| Nurses Initials | | me | New | MO | DL | | MO | me | | de |

Y = YES      N = NO      R = REFUSED      N/A = NOT APPLICABLE

___ BEASLEY, C.   ___ BROWN,S   ___ BUMPASS,G   ___ DERRY,J   ___ EDDINGER,D
me EDDINGER,M   ___ GANAWAY,M   ___ HORA,S   ___ HOWELL,R   ___ JACKSON,L
PL LYONS,P   ___ McLAURIN,G   MO ORSINI,M   ___ PEREZ,S   ___ PERRY,D
___ SHEARIN,T   ___ SMITH,L   ___ THARRINGTON   ___ WILKINS,A   New Wilson,N.

F.C.I. BUTNER.

FMC B-000037

NAME _Barnette, Aquilia_      # 12599058      9-22-96-96

Bates No. 14298

| INDICATE Yes, No, or N/A | DATE SHIFT | 11-20-97 | | | 11-21-97 | | | 11-22-97 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | M | D | E | M | D | E | M | D | E |
| RESTRAINTS - Type | | NA | Na | NA | Na | NA | NA | Na | | N/A |
| Record Time Checked | | | | | | | | | | |
| Q 2 Hours Each Shift | | | | | | | | | | |
| Circ, Motion, Sensation Checks | | | | | | | | | | |
| HYGIENE - Shower | | NA | Na | NA | Na | N | NA | Na | ✓ | N |
| Shave | | | | | | | | | N | N |
| Shampoo | | | ↓ | ↓ | | | ↓ | | N | N |
| Clean Clothing | | y | y | y | y | y | y | y | y | y |
| Clean Room | | y | y | y | y | y | y | y | y | ✓ |
| MEDICATIONS-Taken As Prescribed | | NA | Na | NA | Na | NA | NA | Na | N/A | N/A |
| Side Effects | | | | N | | | N | | | |
| PRN Given For Side Effects | | | | | | | | | | |
| Other PRN Given | | | | | | | | | | |
| PRN For Agitation | | | ↓ | ↓ | | | ↓ | | | |
| MENTAL STATUS - Hallucinations Audio Visual Tactile | | Asleep | N | N | Asleep | N | N | Asleep | N | N |
| Delusions | | | N | N | | N | N | | N | N |
| Suicide-Homicide-Ideation-Gesture | | | N | N | | N | N | | N | N |
| Affect- Appropriate-Inappropriate | | | A | A | | A | A | | A | A |
| Loud Banging Calm Silent | | | C | C | | C | C | | C | C |
| Insight/Judgement-Good Fair Poor | | | P | P | | P | P | | P | P |
| ACTIVITY-Sleeping Most of Shift | | y | N | N | y | N | N | y | N | N |
| Pass - Rec 1/2 day Full Day | | NA | - | N | Na | N | N | Na | ✓ | - |
| Other - Watch, etc. | | | - | N | | N | N | | ✓ | - |
| NUTRITION - Hunger Strike Only | | | Na | NA | | NA | | | N/A | N/A |
| Monitoring I & O | | | | | | | | | | |
| Supplements Given | | | | | | | | | | |
| *****See Flow Chart ***** | | | | ✓ | | | | | | |
| Time of Report | | 0800 | 1030 | 1900 | 0830 | 1020 | 1900 | 0300 | 1100 | 2015 |
| Nurses Initials | | CB | AT | de | SB | HH | de | SS | a | JS |

Y = YES    N = NO    R = REFUSED    N/A = NOT APPLICABLE

CB BEASLEY, C. SB BROWN,S ___BUMPASS,G Ø DERRY,J de EDDINGER,D
___EDDINGER,M ___GANAWAY,M ___HORA,S ___HOWELL,R ___JACKSON,L
___LYONS,P ___McLAURIN,G ___ORSINI,M ___PEREZ,S ___PERRY,D
D SHEARIN,T ___SMITH,L ___THARRINGTON ___WILKINS,A

NAME Barnette, Aquilia                         # 12599-058    9-22-96-96

FMC B-000038

# MEDICAL RECORD

## VITAL SIGNS RECORD

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **HOSPITAL DAY** | | 11/7/97 | | | | | | | | | | | |
| | **DAY** | | 14/11/97 | | | | | | | | | | |
| EAR | DAY | | | | | | | | | | | | |
| 19 | HOUR | | | | | | | | | | | | |

| PULSE (O) | TEMP. F (°) | | | | | | | | | | | | | | | | TEMP. C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 105° | | | | | | | | | | | | | | | | 40.6° |
| 180 | 104° | | | | | | | | | | | | | | | | 40.0° |
| 170 | 103° | | | | | | | | | | | | | | | | 39.4° |
| 160 | 102° | | | | | | | | | | | | | | | | 38.9° |
| 150 | 101° | | | | | | | | | | | | | | | | 38.3° |
| 140 | 100° | | | | | | | | | | | | | | | | 37.8° |
| 130 | 99° | 018 | | | | | | | | | | | | | | | 37.2° |
| | 98.6° | | | | | | | | | | | | | | | | 37.0° |
| 120 | 98° | | | | | | | | | | | | | | | | 36.7° |
| 110 | 97° | | | | | | | | | | | | | | | | 36.1° |
| 100 | 96° | | | | | | | | | | | | | | | | 35.6° |
| 90 | 95° | | | | | | | | | | | | | | | | 35.0° |
| 80 | | | | | | | | | | | | | | | | | |
| 70 | | | .64 | | | | | | | | | | | | | | |
| 60 | | O 58 | | | | | | | | | | | | | | | |
| 50 | | | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | | | |

(Centigrade Equivalents, for Reference only)

| RESPIRATION RECORD | | | 20 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| BLOOD PRESSURE | | 132/78 | 140/88 | | | | | | |
| HEIGHT: 5'5"  WEIGHT → | | 142 lbs | 152 lbs | | | | | | |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

REGISTER NO.

WARD NO.

Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

VITAL SIGNS RECORDS
Medical Record

STANDARD FORM 511 (REV. 7-91)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

# MEDICAL RECORD | VITAL SIGNS RECORD

| | | |
|---|---|---|
| HOSPITAL DAY | | |
| | DAY | |
| EAR | DAY | |
| 19 | HOUR | |

| PULSE (O) | TEMP. F (°) | | TEMP. C |
|---|---|---|---|
| | 105° | | 40.6° |
| 180 | 104° | | 40.0° |
| 170 | 103° | | 39.4° |
| 160 | 102° | | 38.9° |
| 150 | 101° | | 38.3° |
| 140 | 100° | | 37.8° |
| 130 | 99° 98.6° | | 37.2° 37.0° |
| 120 | 98° | | 36.7° |
| 110 | 97° | | 36.1° |
| 100 | 96° | | 35.6° |
| 90 | 95° | | 35.0° |
| 80 | | | |
| 70 | | | |
| 60 | | | |
| 50 | | | |
| 40 | | | |

(Centigrade Equivalents, for Reference only)

SPIRATION RECORD

Record special data only when so ordered

| BLOOD PRESSURE | | |
|---|---|---|

| HEIGHT: | WEIGHT ⟶ | |
|---|---|---|

ENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility) | REGISTER NO. | WARD NO.

VITAL SIGNS RECORDS
Medical Record

STANDARD FORM 511 (REV. 8-90)0040
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

made in block letters

## VACCINATION AGAINST SMALLPOX (Number of previous vaccination scars)

| | DATE | ORIGIN | BATCH NUMBER | REACTION | STATION | PHYSICIAN'S NAME |
|---|------|--------|--------------|----------|---------|------------------|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |

## YELLOW FEVER VACCINE

| | DATE | ORIGIN | BATCH NUMBER | STATION | PHYSICIAN'S NAME |
|---|------|--------|--------------|---------|------------------|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |

## TYPHOID VACCINE

| | DATE | DOSE | PHYSICIAN'S NAME | | DATE | DOSE | PHYSICIAN'S NAME |
|---|------|------|------------------|---|------|------|------------------|
| | | | | 4 | | | |
| | | | | 5 | | | |
| | | | | 6 | | | |

## TETANUS-DIPHTHERIA TOXOIDS

| | DATE | DOSE | PHYSICIAN'S NAME | | DATE | DOSE | PHYSICIAN'S NAME |
|---|------|------|------------------|---|------|------|------------------|
| 1 | 11/17/97 | Recewed Jetanus in 1995 per pt report | | 4 | | | |
| 2 | | | | 5 | | | |
| 3 | | | | 6 | | | |

## CHOLERA VACCINE

| | DATE | PHYSICIAN'S NAME | | DATE | PHYSICIAN'S NAME | | DATE | PHYSICIAN'S NAME |
|---|------|------------------|---|------|------------------|---|------|------------------|
| 1 | | | 4 | | | 7 | | |
| 2 | | | 5 | | | 8 | | |
| 3 | | | 6 | | | 9 | | |

**PATIENT'S IDENTIFICATION** (Mechanically Imprint, Type or Print):

Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

◄ Patient's Name—last, first, middle initial; Sex; Age or Year of Birth; Relationship to Sponsor; Component/Status; Department/Service.

◄ Sponsor's Name—last, first, middle initial; Rank/Grade; SSN or Identification Number; Organization.

**IMMUNIZATION RECORD**

Standard Form 601—October 1975 (Rev.)
General Services Administration & Interagency
Committee on Medical Records
FIRMR (41 CFR) 201-45.505

FMC B-000041

## ORAL POLIOVIRUS VACCINE

| | DATE | DOSE | PHYSICIAN'S NAME | | DATE | DOSE | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|---|
| | | | | 3 | | | |
| 2 | | | | 4 | | | |

## INFLUENZA VACCINE

| | DATE | DOSE | PHYSICIAN'S NAME | | DATE | DOSE | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|---|
| 1 | | | | 3 | | | |
| 2 | | | | 4 | | | |

## OTHER IMMUNIZATIONS

| | DATE | TYPE | DOSE | PHYSICIAN'S NAME | | DATE | TYPE | DOSE | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | 5 | | | | |
| 2 | | | | | 6 | | | | |
| 3 | | | | | 7 | | | | |
| 4 | | | | | 8 | | | | |

## SENSITIVITY TESTS (Tuberculin, etc.)

| | DATE | TYPE | DOSE | ROUTE | RESULTS | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|
| 1 | 11-18-97 | PPD | 0.1 cc | ID in Ⓛ forearm V. McLaurin RN | 11/20/97 Ømm | 11/21/97 Ømm |
| 2 | | | | | | |
| | | | | | | |
| | | | | | | |
| 5 | | | | | | |

**REMARKS:**

THIS RECORD IS ISSUED IN ACCORDANCE WITH ARTICLE 99, WHO SANITARY REGULATION NO. 2.

*U.S. Government Printing Office: 1992 — 312-071/50113

FMC B-000042

## MEDICAL RECORD
## HISTORY-Part 2

## PAST HISTORY

**INSTRUCTIONS**-Include (1) OCCUPATION (Civilian and military), (2) MILITARY HISTORY (Include geographic locations and dates),
(3) HABITS (Alcohol, tobacco, and drugs), (4) FAMILY HISTORY, (5) CHILDHOOD ILLNESS, (6) ADULT ILLNESSES, (7) OPERATIONS,
(8) INJURIES, and (9) DRUG SENSITIVITIES AND ALLERGIC REACTIONS.

Occupation: Civilian *Unempl.*
     Military *None*

Habits: Smoking *1/2 pack/day*
   Alcohol *15 mo off*
   Oral Drugs *none*
   I.V. Drugs *none*

Family History ( Circle Positive. Cross Negative )
Diabetes
T.B.    *None*
Cancer
CVD

Childhood Illnesses: *Chicken pox, Measles*

Adult Illness : RF,   DM   TB   VD   HEPATITIS   *none*

SURGERY HISTORY: *In 1995 GSW to R hand and R leg*

Major Injuries and dates:

ALLERGIES: *Heparin ?*

'ATIENT'S
st, |I
)
acility)!

Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

or written entries give: Name-last,
|WARD NO.
ade; rank; rate; hospital or medical
|

FMC B-000043

# HISTORY—Part 3

## SYSTEM REVIEW

INSTRUCTIONS.—*Include (1) GENERAL, (2) HEAD [Including (3) EYE, (4) EAR, (5) NOSE and (6) THROAT], (7) NECK, (8) RESPIRATORY, (9) CARDIOVASCULAR, (10) GASTROINTESTINAL, (11) GENITO-URINARY [and (12) GYNECOLOGICAL], (13) HEMOPOIETIC, (14) LYMPHATIC, (15) MUSCULO-SKELETAL and (16) NEURO-PSYCHIATRIC SYSTEMS.*

General
1 0 Weight Loss
2 0 Fever, Chills
3 0 Anorexia
4 0 Lumps/Bump
5 0 Sores

Skin
6 0 Raynaud's Phenomenon
7 X Rashes  *Treated tree on both hands and chest*
8 0 Pruritis

Muscle
9 0 Weakness (R) *hand 2° CTSW.*
10 0 Myalgia

Joints
11 X Arthralgia (R) *hand*
12 X Arthritis (R) *hip, 2° knee 2° CTSW.*

Blood
3 0 Anemia
4 0 Bleeding Diathesis

Endocrine
5 0 Diabetes Mellitus
6 0 Polyuria
7 0 Heat/Cold Intolerance

Nose
26 0 Epitaxis

Mouth/Throat
27 0 Cold Sores
28 0 Pharyngitis

Lung
29 0 Dyspnea
30 0 Hemoptysis
31 0 Night Sweats
32 0 Cough
33 0 Tuberculosis
34 0 Wheezing, Asthma
35 0 Pulmonary Emboli
36 X Anticoagulant Use *Heparin*

Cardiac
37 0 Chest Pain
38 0 Myocardial Infarct
39 0 Murmur
40 0 Hypertension
41 0 Anti-HTN meds
42 0 PND
43 0 Pedal Edema
44 0 CHF
45 0 Nocturia
46 0 Orthopnea
47 0 Weight Gain
48 0 Rheumatic Fever
49 0 Scarlet Fever

Digestive
50 0 Abd/Pain
51 0 Nausea/Vomiting
52 0 Dysphagia
53 0 Heartburn
54 0 Rectal Bleed
55 0 Peptic Ulcer
56 0 Hemmorhoid
57 0 Melena
58 0 Hemochezia
59 0 Constipation
60 0 Chg/Bo/HT
61 0 Chg/ST/CL
62 0 Jaundice
63 0 Gallstone

Urogenital
64 0 Hematuria
65 0 Impotence
66 0 Dysuria
67 0 Pr/Ur/St
68 0 Drib/Incon
69 0 GC/syph/hp
70 0 Hesistancy

Neural
71 X L/(R) Hand *2° CTSW.*
72 0 Seizures
73 0 Seiz/Med
74 0 Syncope
75 0 Aphas/TIA
76 0 Paralysis
77 0 Stroke
78 X Back Pain
79 0 Incont.

SIGNATURE OF PHYSICIAN  S. Sielicki p.f.    DATE  11-17-97

U.S. Government Printing Office: FMC B-000044

Case 3:12-cv-00327-MOC   Document 77-15   Filed 12/22/14   Page 31 of 100

Bates No. 143305

506-106
NSN 7540-00-634-4119

| CLINICAL RECORD | | PHYSICAL EXAMINATION | | | |
|---|---|---|---|---|---|

| .E OF EXAM | HEIGHT | WEIGHT | | | TEMPERATURE | PULSE | BLOOD PRESSURE |
|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | PRESENT | | | |
| 11/17/47 | 5'5" | 145 | 153 | | 97.8 | 62 | 122/78 |

INSTRUCTIONS. — Describe (1) General Appearance and Mental Status; (2) Head and Neck (General); (3) Eyes; (4) Ears; (5) Nose; (6) Mouth; (7) Throat; (8) Teeth; (9) Chest (General); (10) Breast; (11) Lungs; (12) Cardiovascular; (13) Abdomen; (14) Hernia; (15) Genitalia; (16) Pelvic; (17) Rectal; (18) Prostate; (19) Back; (20) Extremities; (21) Neurological; (22) Skin; (23) Lymphatics.

-1 Pt. is alert and cooperative, oriented x3

2. Head & Neck: Normocephalic
   Trachea midline

3. Eyes: PERRLA. Conjunctiva intact
   OS - 20/20   OD - 20/20

4. Ear: TM intact bilateral

5. Nose: Mucousa pink and moist. No septal deviation

6. Mouth: Uvula p midline
   Gums intact.

7. Throat: no erythema or exudate

8. Teeth: intact

9. Chest: Good motion

10. Breast: NA

11. Lungs: CTA.

12 CVS: S₁ Se RRR. no murmur or gallops noted

13. Abd: Soft, no mass or tender. Active bowel sound

14. Hernia - none

(Continue on reverse side)

| 'TIENTS IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility) | REGISTER NO. | WARD NO. |
|---|---|---|

Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

PHYSICAL EXAMINATION
STANDARD FORM 506 (REV. 3-89)
General Services Administration
Interagency Committee on Medical Records
FIRMR (41 CFR) 201-45.505

**F.C.I. BUTNER**

15. Genitalia: normal male genitalia

16. Pelvic - NA

17. Rectal. Pt refused to be checked
18. Prostate.

19. Back: full ROM, No deformities Chronic LBP

20. Extremities: Pulses equal and adequate. No swelling noted. R 2nd and 3rd finger limited motion c numbness 2° old injury GSW.

21. Neurological stable DTR's equal and adequate CN$_{II-XII}$ grossly intact. R 2nd and 3rd finger c numbness 2° old GSW. and calf injury

22 Skin intact. Hx of Healed Tinea corporis

ITIAL IMPRESSION 2) No lymphadenopathy.
— Hx of Suicide
— R 2nd & 3rd finger c limited motion
NATURE OF PHYSICIAN and numbness 2° injury
Sielichi' PA _____ 11/17/__

CHARLES VANCE, M.D. PHD.
Psychiatric

Standard Form 504

# CLINICAL RECORD

# HISTORY—Part I

NATURE AND DURATION OF COMPLAINTS (*Include circumstance of admission*)

*No c/o*

### HISTORY OF PRESENT ILLNESSES

*(Continue on reverse side)*

| TIENT'S IDENTIFICATION (*For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility*) | REGISTER NO. | WARD NO. |
|---|---|---|
| | | |

HISTORY—Part 1
Standard Form 504
General Services Administration and
Interagency Committee on Medical Records
FIRMR (41 CFR) 201-45.505
October 1975                           504-108
*U.S. GPO: 1988-201-760/60296

**F.C.I. BUTNER**

Bates No. 143308



PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

REGISTER NO.

WARD NO.

ANATOMICAL FIGURE
STANDARD FORM 531 (Rev. 11-77)
Prescribed by GSA/ICMR. FPMR (41 CFR) 201-45.505
531-107

FMC B-000048

F.C.I. BUTNER



☆ GPO : 1986 O – 491-248 (20613)     **STANDARD FORM 531 BACK** (Rev. 11–77)

FMC B-000049

# MEDICAL DUTY STATUS (MDS) ASSIGNMENTS

| SENTRY ASGNMT | DESCRIPTION |
|---|---|
| ALLRG/WOOL | ALLERGIC TO WOOL |
| ART LIMB | ARTIFICIAL ARM OR LEG |
| ATH RESTR | NO SPORTS/NO WEIGHT LIFTING |
| COLD/WIND | NO EXCESS COLD/WIND |
| DISF-ACC N | DISFIGUREMNT/ARCHIT ACCESS,N |
| DISF-ACC P | DISFIGUREMNT/ARCHIT ACCESS,P |
| DISF-ACC U | DISFIGUREMNT/ARCHIT ACCESS,U |
| DISF-NO AC | DISFIGUREMNT/NO ACCOM REQD |
| DISF-PGM N | DISFIGUREMNT/PROGRAM DISAB,N |
| DISF-PGM P | DISFIGUREMNT/PROGRAM DISAB,P |
| DISF-PGM U | DISFIGUREMNT/PROGRAM DISAB,U |
| DRIV RESTR | GLASSES REQD FOR DRIVING |
| EXTR-ACC N | MISS EXTREM/ARCHIT ACCESS,N |
| EXTR-ACC P | MISS EXTREM/ARCHIT ACCESS,P |
| EXTR-ACC U | MISS EXTREM/ARCHIT ACCESS,U |
| EXTR-NO. AC | MISS EXTREM/NO ACCOM REQD |
| EXTR-PGM N | MISS EXTREM/PROGRAM DISAB,N |
| EXTR-PGM P | MISS EXTREM/PROGRAM DISAB,P |
| EXTR-PGM U | MISS EXTREM/PROGRAM DISAB,U |
| HEAR RESTR | NO WORK IN HIGH NOISE AREAS |
| HEAR-ARF N | HEARING DIS/ARCHIT FUNCTION,N |
| HEAR-ARF P | HEARING DIS/ARCHIT FUNCTION,P |
| HEAR-ARF U | HEARING DIS/ARCHIT FUNCTION,U |
| HEAR-NO AC | HEARING DIS/NO ACCOM REQD |
| HEAR-PGM N | HEARING DIS/PROGRAM DISAB,N |
| HEAR-PGM P | HEARING DIS/PROGRAM DISAB,P |
| HEAR-PGM U | HEARING DIS/PROGRAM DISAB,U |
| HGT RESTR | NO LADDERS/NO UPPER BUNK |
| HUNGR STRK | HUNGER STRIKE |
| LD-NO AC | LEARNING DIS/NO ACCOM REQD |
| LD-PGM N | LEARNING DIS/PROGRAM DISAB,N |
| LD-PGM P | LEARNING DIS/PROGRAM DISAB,P |
| LD-PGM U | LEARNING DIS/PROGRAM DISAB,U |
| LIMIT SUN | NO EXCESS SUN |
| LOWER BUNK | LOWER BUNK REQD |
| MNTL-NO AC | MENTALLY ILL/NO ACCOM REQD |
| MNTL-PGM N | MENTALLY ILL/PROGRAM DISAB,N |
| MNTL-PGM P | MENTALLY ILL/PROGRAM DISAB,P |
| MNTL-PGM U | MENTALLY ILL/PROGRAM DISAB,U |
| NO DRIVING | NO DRIVING-MEDICAL CONDITION |
| NO DUTY | NO DUTY DUE TO MEDICAL COND |
| NO F/S | NO FOOD SERVICE WORK |
| NO POLLUT | ASSIGN TO POLLUTION FREE AREA |
| NOT MED CL | NOT MEDICALLY CLEARED |
| ORTH SHOES | ORTHOPEDIC SHOES |
| ORTH-ACC N | ORTHO DIS/ARCHIT ACCESS,N |
| ORTH-ACC P | ORTHO DIS/ARCHIT ACCESS,P |
| ORTH-ACC U | ORTHO DIS/ARCHIT ACCESS,U |
| ORTH-NO AC | ORTHO DIS/NO ACCOM REQD |
| ORTH-PGM N | ORTHO DIS/PROGRAM DISAB,N |
| ORTH-PGM P | ORTHO DIS/PROGRAM DISAB,P |
| ORTH-PGM U | ORTHO DIS/PROGRAM DISAB,U |
| OTHER | OTHER MEDICAL RESTRICTION |
| PHYS-ACC N | OTHER PHY DIS/ARCHIT ACCESS,N |
| PHYS-ACC P | OTHER PHY DIS/ARCHIT ACCESS,P |
| PHYS-ACC U | OTHER PHY DIS/ARCHIT ACCESS,U |
| PHYS-NO AC | OTHER PHY DIS/NO ACCOM REQD |
| PHYS-PGM N | OTHER PHY DIS/PROGRAM DISAB,N |
| PHYS-PGM P | OTHER PHY DIS/PROGRAM DISAB,P |
| PHYS-PGM U | OTHER PHY DIS/PROGRAM DISAB,U |
| PHYS-WCH N | OTHER PHY DIS/WHEELCHAIR,N |
| PHYS-WCH P | OTHER PHY DIS/WHEELCHAIR,P |
| PHYS-WCH U | OTHER PHY DIS/WHEELCHAIR,U |
| PPAR-ACC N | PART PARALYS/ARCHIT ACCESS,N |
| PPAR-ACC P | PART PARALYS/ARCHIT ACCESS,P |
| PPAR-ACC U | PART PARALYS/ARCHIT ACCESS,U |
| PPAR-NO AC | PART PARALYS/NO ACCOM REQD |
| PPAR-PGM N | PART PARALYS/PROGRAM DISAB,N |
| PPAR-PGM P | PART PARALYS/PROGRAM DISAB,P |
| PPAR-PGM U | PART PARALYS/PROGRAM DISAB,U |
| PRE-NATAL | PRE-NATAL |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY |
| REG DUTY W | REGULAR DUTY W/MED RESTRICT |
| REPAT MEN | REPATRIATION MENTAL |

| SENTRY ASGNMT | DESCRIPTION |
|---|---|
| REPAT PHY | REPATRIATION PHYSICAL |
| REPAT SUM | REPATRIATION SUMMARY REPORT |
| RETD-NO AC | RETARDATION/NO ACCOM REQD |
| RETD-PGM N | RETARDATION/PROGRAM DISAB,N |
| RETD-PGM P | RETARDATION/PROGRAM DISAB,P |
| RETD-PGM U | RETARDATION/PROGRAM DISAB,U |
| SMOKE FREE | ASSIGN TO SMOKE FREE WK/QTRS |
| SOFT SHOES | SOFT SHOES ONLY |
| SPCH-COM N | SPEECH DIS/COMMUNICATION,N |
| SPCH-COM P | SPEECH DIS/COMMUNICATION,P |
| SPCH-COM U | SPEECH DIS/COMMUNICATION,U |
| SPCH-NO AC | SPEECH DIS/NO ACCOM REQD |
| SPCH-PGM N | SPEECH DIS/PROGRAM DISAB,N |
| SPCH-PGM P | SPEECH DIS/PROGRAM DISAB,P |
| SPCH-PGM U | SPEECH DIS/PROGRAM DISAB,U |
| SPEC DIET | SPECIAL DIET - MEDICAL COND |
| STAND RSTR | NO PROLONGED STANDING |
| SUIC WATCH | SUICIDE WATCH |
| TPAR-ACC N | TOTL PARALYS/ARCHIT ACCESS,N |
| TPAR-ACC P | TOTL PARALYS/ARCHIT ACCESS,P |
| TPAR-ACC U | TOTL PARALYS/ARCHIT ACCESS,U |
| TPAR-NO AC | TOTL PARALYS/NO ACCOM REQD |
| TPAR-PGM N | TOTL PARALYS/PROGRAM DISAB,N |
| TPAR-PGM P | TOTL PARALYS/PROGRAM DISAB,P |
| TPAR-PGM U | TOTL PARALYS/PROGRAM DISAB,U |
| VISN-COM N | VISION DISAB/COMMUNICATION,N |
| VISN-COM P | VISION DISAB/COMMUNICATION,P |
| VISN-COM U | VISION DISAB/COMMUNICATION,U |
| VISN-NO AC | VISION DISAB/NO ACCOM REQD |
| VISN-PGM N | VISION DISAB/PROGRAM DISAB,N |
| VISN-PGM P | VISION DISAB/PROGRAM DISAB,P |
| VISN-PGM U | VISION DISAB/PROGRAM DISAB,U |
| WGT 15 LB | WEIGHT-NO LIFTING OVER 15 LBS |
| WGT 20 LB | WEIGHT-NO LIFTING OVER 20 LBS |
| WGT 25 LB | WEIGHT-NO LIFTING OVER 25 LBS |
| WIRED JAW | WIRED JAW - POST DENTAL |
| YES F/S | CLEARED FOR FOOD SERVICE |

## INMATE LABEL:

Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

N = requires addition of accommodation to satisfy inmate's needs

P = inmate's needs satisfied by pre-existing accommodations

U = unsatisfied needs for accommodations based on inmate's needs

Repatriation IS NOT APPLICABLE HERE

**File Miscellaneous Section Yellow Health Records (on top)
Physical Exam Section of Inpatient Records

**F.C.I. BUTNER**

FMC B-000050

# MEDICAL HISTORY REPORT

```
NETTE
AQUILIA MARCIVI12599-058
6/M/O/07-07-1973
HT/505WT/140HR/BKEY/BN
CUSTODY/IN
```

11-17-97

| | AEDICALLY CONFIDENTIAL USE ONLY (UNAUTHORIZED PERSONS) |
|---|---|
| ON | 2. REGISTER NUMBER |
| | 5. EXAMINING FACILITY  *FCI Butner* |

:RENTLY USED *(Follow by description of past history, if complaint arises)*

*None*

| . HAVE YOU EVER *(Please check each item)* | | | 8. DO YOU *(Please check each item)* | | |
|---|---|---|---|---|---|
| ES | NO | *(Check each item)* | YES | NO | *(Check each item)* |
| | ✓ | Lived with anyone who had tuberculosis | | ✓ | Wear glasses or contact lenses |
| | ✓ | Coughed up blood | ✓ | | Have vision in both eyes |
| ✓ | | Bled excessively after injury or tooth extraction | | ✓ | Wear a hearing aid |
| ✓ | | Attempted suicide | | ✓ | Stutter or stammer habitually |
| ✓ | | Been a sleepwalker | | ✓ | Wear a brace or back support |

| . HAVE YOU EVER HAD OR HAVE YOU NOW *(Please check at left of each item)* | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ES | NO | DON'T KNOW | *(Check each item)* | YES | NO | DON'T KNOW | *(Check each item)* | YES | NO | DON'T KNOW | *(Check each item)* |
| ✓ | | | Scarlet fever | ✓ | | | Adverse reaction to serum drug | | ✓ | | Epilepsy or fits |
| ✓ | | | Rheumatic fever | | | | or medicine | | ✓ | | Car, train, sea or air sickness |
| | ✓ | | Swollen or painful joints | ✓ | | | Broken bones | ✓ | | | Frequent trouble sleeping |
| | ✓ | | Frequent or severe headache | | ✓ | | Tumor, growth, cyst, cancer | ✓ | | | Depression or excessive worry |
| | ✓ | | Dizziness or fainting spells | | | ✓ | Rupture/hernia | ✓ | | | Loss of memory or amnesia |
| ✓ | | | Eye trouble | | ✓ | | Piles or rectal disease | ✓ | | | Nervous trouble of any sort |
| ✓ | | | Ear, nose, or throat trouble | | ✓ | | Frequent or painful urination | | ✓ | | Periods of unconsciousness |
| ✓ | | | Hearing loss | | ✓ | | Bed wetting since age 12 | | | | Have you ever had |
| ✓ | | | Chronic or frequent colds | | ✓ | | Kidney stone or blood in urine | | ✓ | | homosexual contact? |
| ✓ | | | Severe tooth or gum trouble | | ✓ | | Sugar or albumin in urine | | ✓ | | Been exposed to AIDS |
| ✓ | | | Sinusitis | | ✓ | | VD—Syphilis, gonorrhea, etc. | ✓ | | | Alcohol Use (Excessive) |
| ✓ | | | Hay Fever | | ✓ | | Recent gain or loss of weight | | ✓ | | Drug Use/Addiction |
| ✓ | | | Head injury | | ✓ | | Arthritis, Rheumatism, or Bursitis | | ✓ | | Marijuana |
| ✓ | | | Skin diseases | | ✓ | | Bone, joint or other deformity | | ✓ | | Cocaine |
| ✓ | | | Thyroid trouble | | ✓ | | Lameness | | ✓ | | Heroin |
| ✓ | | | Tuberculosis | | ✓ | | Loss of finger or toe | | ✓ | | L.S.D. |
| ✓ | | | Asthma | | ✓ | | Painful or "Trick" shoulder or elbow | | ✓ | | Amphetamines |
| ✓ | | | Shortness of breath | ✓ | | | Recurrent back pain | | | | Others: (Specify) |
| ✓ | | | Pain or pressure in chest | | ✓ | | "Trick" or locked knee | | | | |
| ✓ | | | Chronic cough | | ✓ | | Foot trouble | | | ✓ | Alcohol or drug |
| ✓ | | | Palpitation or pounding heart | | ✓ | | Neuritis | | ✓ | | Withdrawal Problems |
| ✓ | | | Heart trouble | | ✓ | | Paralysis (include infantile) | | | | |
| ✓ | | | High or low blood pressure | | | | | | | | |
| ✓ | | | Cramps in your legs | | | | | 10. FEMALES ONLY HAVE YOU EVER | | | |
| ✓ | | | Frequent indigestion | | | | | | | | Been treated for a female disorder |
| ✓ | | | Stomach, liver, or intestinal trouble | | | | | | | | Had a change in menstrual pattern |
| | ✓ | | Gall bladder trouble or gallstones | | | | | | | | ARE YOU PREGNANT |
| | ✓ | | Jaundice or hepatitis | | | | | | | | SUSPECT YOU ARE PREGNANT |

1. WHAT IS YOUR USUAL OCCUPATION?

12. ARE YOU *(Check one)*
☑ Right handed  ☐ Left handed

FMC B-000051

CHECK EACH ITEM YES OR NO EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE BELOW

| ES | NO | | YES | NO | |
|----|----|---|-----|----|---|
| | ✓ | 13. Have you been refused employment or been unable to hold a job or stay in school because of:<br>A. Sensitivity to chemicals, dust, sunlight, etc. | | ✓ | 18. Have you ever had any illness or injury other than those already noted? *(If yes, specify when, where, and give details.)* |
| | ✓ | B. Inability to perform certain motions. | ✓ | | 19. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? *(If yes, give complete address of doctor, hospital, clinic, and details.)* |
| ✓ | | C. Inability to assume certain positions. | | | |
| ✓ | | D. Other medical reasons *(If yes, give reasons.)* | ✓ | | 20. Have you ever been rejected for military service because of physical, mental, or other reason? *(If yes, give date, and reason, for rejections.)* |
| ✓ | | 14. Have you, ever been treated for a mental condition? *(If yes, specify when, where, and give details).* | | | |
| ✓ | | 15. Have you ever been denied life insurance? *(If yes, state reason and give details.)* | ✓ | | 21. Have you ever been discharged from military service because of physical, mental, or other reasons? *(If yes, give date, reason, and type of discharge whether honorable, other than honorable, for un-fitness or unsuitability.)* |
| ✓ | | 16. Have you had, or have you been advised to have, any operations? *(If yes, describe and give age at which occured.)* | | | |
| ✓ | | 17. Have you ever been a patient in any type of hospital? *(If yes, specify when, where, why, and name of doctor and complete address of hospital.)* | ✓ | | 22. Have you ever received, is there pending, or have you applied for pension, or compensation for existing disability? *(If yes, specify what kind, granted by whom, and what amount, when, why.)* |

EXPLANATION: (#13-22 ABOVE) *16 - 17 - Had Surgery on my leg and finger for Gunshit wound. 1990 - Had an attack of Appendisitis. 1993 - had been Jaylors from fight. 1995 - Had surgery on finger from cut.*

certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge. I authorize any of the octors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record.

YPED OR PRINTED NAME OF EXAMINEE *Aquilla M. Barnette*

SIGNATURE

NTAKE SCREENING:

NMATE RECEIVED FROM: COURT ✓ TRANSFER ____ P.V. _____

)THER _____

AEDICAL STAFF'S COMMENTS AND OBSERVATIONS: PLEASE )IRECT YOUR ANSWERS TO MENTAL STATUS, POTENTIAL SUICIDE, APPEARANCE, CONDUCT, STATE OR CONSCIOUSNESS, RASHES, AUNDICE, BRUISES AND/OR MARKS, SWEATING, BODY DEFORM-TIES, ETC. NOTE OBSERVATIONS IN BLOCK 23 BELOW.

F DRUGS HAVE BEEN USED, NOTE TYPE, HOW LONG, HOW MUCH, IOW OFTEN, HOW USED. WHEN WERE THEY LAST USED: HAVE

THERE BEEN ANY PROBLEMS SINCE STOPPING THE USE OF DRUGS OR ALCOHOL? *none*

DOES PATIENT NEED TO BE SEEN IMMEDIATELY BY THE MEDICAL STAFF YES ____ NO ✓

WHAT ARRANGEMENTS HAVE BEEN MADE? _____

DUTY STATUS: TEMPORARY WORK ____ RESTRICTED _____
GENERAL POPULATION ____ YES ✓ NO *See limitation*
TYPE AND EXTENT OF LIMITATION _____

3. Physician's summary and elaboration of all pertinent data *(Physician shall comment on all positive answers in item 6 through 22. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)*

*Hx of allergic to Heparin?*
*Hx of GSW (R) hand and (R) leg*

YPED OR PRINTED NAME OF PHYSICIAN OR XAMINER *S. Sielicki PA*

DATE *11-17-97*

SIGNATURE

NUMBER *BP000052* ATTACHED SHEETS

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

## INTAKE SCREENING *(MEDICAL)*

*(Medical staff shall complete this screening form on all arrivals to the institution)*

| INSTITUTION | DATE OF ARRIVAL | TIME OF ARRIVAL |
|---|---|---|
| FCI Butner | 11-17-97 | 1400 |

| INMATE'S NAME | REGISTER NUMBER |
|---|---|
| Barnette Aquilia M | 12599-058 |

### MEDICAL CLEARANCE

[1] BP-149(60) REVIEWED? ☐ YES ☒ NO *(Explain):*

not available

[2] General Population Housing Approved? ☒ YES ☐ NO *(Specify limitation or need):*

[3] Approved for Temporary Work Assignment? ☐ YES ☒ NO *(Specify limitations or exclusions):*

pending CoB

[4] For Holdovers: OK for Continued Transport? ☒ YES ☐ NO *(Explain):*

[5] Remarks:

- hx of Suicidal in 1989

| MEDICAL STAFF SIGNATURE | DATE |
|---|---|
| | 11-17-97 |

| MEDICAL STAFF TITLE | TIME |
|---|---|
| PA | 1500 |

ORIGINAL – INMATE CENTRAL FILE
CANARY – FILE

USP LVN

Previous editions not usable

FMC B-000053BP-354(60)
APRIL 1990

# FORENSIC SOCIAL ASSESSMENT
## Mental Health Division
## Federal Correctional Institution-Butner, NC

**IDENTIFYING INFORMATION:**
Patient name: _Taurus Barnette_
Reg.#: _12599-058_ SSN: _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_ Date of Adm.: _11/25/97_
Residence prior to FCI Butner: _3513 West Blvd Charotte NC 28208_
Home address (city, state): _____
Type of evaluation: _✓_ Pre-trial, ___ Pre-sentence
Current charge(s): _Murder_
Race/ Ethnicity: White__, Black _✓_, Indian__, Asian__, Hispanic__
Marital Status: S _✓_, M___, Sep.___, D ___, W___
Date of Birth: _7-7-73_ Age: _24_
Emergency contact person (name & phone number): _____
_Sonia Barnette - mother - 704-399-5479_

**DATA COLLECTION SOURCES:**
_✓_ Interview with Patient, _✓_ Medical Record, _✓_ Central File
___ Family member (specify name) _____
_✓_ Other: _limited collateral available - assessment is self report_

**INTERVIEW SUMMARY:**
___ Not applicable

Patient was: cooperative _✓_
Patient was oriented to: person _✓_, place _✓_, time _✓_, legal
  situation _✓_
Patient's overall mood: _stable_ affect: _appropriate_
Pt's thought content/processes: _____
_clear organized_
Patient's behavior and eye-contact: appropriate _✓_, other
  (specify) _____
Patient's overall insight: good _✓_, fair ___, poor ___
Patient's overall judgement: good _✓_, fair ___, poor ___
Type of historian: reliable _✓_, unreliable ___, marginal ___

**BACKGROUND SUMMARY:**
Place of birth: _Charlotte NC_
Information regarding patient's family of origin:
Pt reports he is one of two children born to the
union of Derrick + Sonia Barnette. Pt reports
that parents divorced when pt was twelve
years old. Pt does not know what caused divorce
and says his parents get along well now and
still friends. Pt describes mother as having
alcohol problem and says he saw her drunk on
many occasions. Pt reports father has remarried
and mother has been in relationship for long
time. Pt maintains contact with family
and feels supported by them.

FMC B-000054

Case 3:12-cv-00327-MOC   Document 77-15   Filed 12/22/14   Page 41 of 100

Bates No. 143315

**Childhood memories:**
Overall rating of childhood: positive ✓, negative___, neutral__
Consistent home environment? yes ✓, no ___
Typical rules enforced: _Clean room, yard work_
Typical discipline imposed: _threats, physical abuse_
Did the patient receive adequate nurturance? yes ___, no ✓
Regular household chores? yes ✓, no ___
Did pt. have ample time to play? yes ✓, no ___
Did the family spend "quality time" together? yes ✓, no ___
Family financial situation: adequate food, clothing and shelter?
  yes ✓, no ___. Occupation of primary care provider(s):
_mother - Insurance Industry, temp work_
Did the patient incur/witness any verbal, physical, sexual abuse?
  yes ✓, no ___. If "yes", briefly describe: _Pt reports being beat with a belt by his father_

Describe any major family stressors/"family secrets": ___
_divorce, mother drinking_
Age, reason when patient left the family home: ___
_17 y/o - pt moved out with girlfriend_
Additional comments: _Pt reports he was able to get away_
_with more after parents divorce._

**Family history:**
  Criminal involvement: _Several cousins have been_
_in trouble w/ law_
  Substance abuse: _mother - alcohol user + experimented_
_with drugs_
  Mental health treatment: ___
_pt denies_


**EDUCATIONAL HISTORY:**
Highest grade completed by patient: _11th_
General school information:
  **Primary/secondary school information:** ___
_Pt dropped out during 11th grade to work and_
_take care of his two children_

  **College/Trade school:** _N/a_


Pt's ability to read and write: good ✓, average ___, poor ___
Patient's educational goals: _Pt would like to_
_get GED_
Additional comments: _O_


**FORENSIC SOCIAL ASSESSMENT**
Name: _Aquilia Barnette_   Reg.#: _12539-058_   Page 2

FMCB-000055

## OCCUPATIONAL HISTORY/MILITARY HISTORY:
Last place of employment, position, date/reason it ended: _____
_____ *Electrolux Salesman* _____

Overall work history: sporadic___ stable _ meaningful ___
Types of previous positions: *many jobs but usually*
*worked* _____

Typical reason jobs end: *more money* _____

Longest length of time pt. has held a position: *1 yr.* _____
Does pt. receive monetary benefits? yes ___, no *X*. If "yes"
   briefly name source and $ amount: _____
Pt.'s occupational goals? *Pt wants to return to school*
Additional comments: *0*_____

## Military history:
_✓_ Not applicable
Branch served: _____
Dates: _____
Duty stations: _____
_____
Job specialty: _____
Served in combat? yes ___, no ___
Disciplinary problems: _____
Awards, honors: _____
Rank upon discharge: _____
Type of discharge: _____
Eligible for veteran's benefits: yes___, no___, unknown ___
Additional comments: _____


## MARITAL HISTORY:
Sexual orientation: heterosexual _✓_, homosexual ___, bisexual __
Marital history/ significant relationships/ children:
   *Pt has two children from our relationship.*
   *Pt has two female + 5 female children*
   *Pt has not been children since 54. Pt*
   *has from cruelty to children charge*

Identified problems with relationships:
Does patient have a history of abusiveness toward paramours/
   spouse/ children? yes _✓_, no ___, unknown ___
Does the patient have a history of sexual deviance? yes ___,
   no _✓_, unknown _✓_
Does the patient have a history of infidelity while in a
   significant relationship? yes ___, no _✓_, unknown ___
Relationship goals: *none @ this time* _____

Additional comments: *0*_____


## FORENSIC SOCIAL ASSESSMENT
Name: *Aguilar Barrette* Reg.#: *12599-058* Page 3

FMC B-000056

**CRIMINAL HISTORY:**
Received charges as a juvenile? yes ___, no ✓, unknown ___
Received prior charges as an adult? yes ✓, no ___, unknown ___
  If "yes", describe the types of prior charges: _____
  _Simple battery, pointing a gun @ another,_
  _Cult Cruelty to Children_
Previous incarcerations in State/County facilities? yes ✓, no ___,
  unknown ___
Previous incarcerations in Federal facilities? yes ___, no ✓,
  unknown ___
Approximate total amount of time pt. has served in his lifetime:
  _3 months_
Does the patient have a history of violence? yes ✓, no ___,
  unknown ___
Additional comments: ∅ _____

The reader is referred to his Central File for a comprehensive
criminal history.


**SUBSTANCE USE HISTORY:**
Past consumption of alcohol or illicit drugs? yes ✓, no ___,
  unknown ___. If "yes", list the types, and indicate if "E"=
  experimentation, "P"=periodic use, "R" = regular use, or "A"=
  abuse: _____
  _A = alcohol_
  _E - marijuana_
  _____

History of treatment programs? yes ___ no ✓, unknown ___. If
  "yes", briefly describe: _____

Does pt. identify himself as an alcoholic or addict? yes ✓
  no ___
Pt's perception of the impact drugs/alcohol has had on his social
  functioning: _"Messed me up"_
Patient's goals regarding this section of data: _____
  _Pt wants to remain sober_
Additional comments: ∅ _____


**PHYSICAL HEALTH HISTORY/HEALTH MAINTENANCE CONCERNS:**
Does the patient exercise regularly? yes ✓ no ___.
Describe any current significant physical health concerns: ___
  _None_
Pt's perception regarding the impact past and/or current physical
  health problems has had on his social functioning: _____
  _None_

FORENSIC SOCIAL ASSESSMENT
Name: _Aquilia Barnette_   Reg.#: _12599-058_   Page 4
FMC B-000057

Patient's goals regarding his physical health: _____
_____ *maintain health* _____
Additional comments: *O* _____

The reader is referred to his Medical Record for comprehensive
medical history, and the results of his physical examination.


**MENTAL HEALTH HISTORY:**
Has the pt. received previous mental health services? yes ✓,
  no ___. If "yes", inpatient? yes ___, no ✓; outpatient?
  yes ___, no ✓. Briefly describe: *Pt has been psychiatrically evaluated while incarcerated but denies receiving treatment.*

Does pt. have a history of self-mutilation and/or suicide attempts?
  yes ✓, no ___, unknown ___. If "yes", briefly describe:
*Pt reports trying to overdose in 1989 due to relationship problems*
Does pt. have a history of psychiatric symptoms? yes ___, no ✓
  If "yes", briefly describe: _____

Pt's typical coping skills: *talk to family, drink*
Pt's goals regarding his mental health: *pt wants to feel better*
Additional comments: *O* _____

The reader is referred to the patient's medical record for
collateral data, as well as his current mental health status.


**ASSETS/CAPABILITIES:**
Patient's perception: *"My personality"*

Others, as perceived by interviewer: *Pt open to help, personable, feels bad about situation."*

**LIABILITIES/DEFICIENCIES:**
Patient's perception: *Lack of education, dealing with my emotions in extreme situations."*
Others, as perceived by interviewer: *seriousness of charges*

**PT.'S OVERALL ADJUSTMENT TO FCI-BUTNER SINCE ADMISSION:**
*Pt has adjusted well - has been compliant + cooperative*


FORENSIC SOCIAL ASSESSMENT
Name: *Aquilia Barrett* Reg.#: *12599-058* Page 5

FMC B-000058

**INTERVIEWER'S ANALYSIS/PATIENT'S NEEDS:**

*Pt (according to pt) appears to have problems controlling his anger and emotions. Appears to have suffered serious relationship problems. Pt would benefit from therapy.*

**TREATMENT RECOMMENDATIONS AT THIS TIME:**
I have reviewed the available rehabilitation programs with this patient (these include services offered by social work, art therapy, recreation therapy, vocational rehabilitation, and education). I also advised him that during his regularly scheduled team meetings, programs will continue to be suggested and he will be encouraged to participate. Referrals will be made accordingly.

In consideration of the patient's strengths, weaknesses, and interests, while he is being evaluated at this facility he should be encouraged to:

- ✓ Comply with prescribed medications
- ✓ Participate in various rehabilitation programs which have "open enrollment"
- ___ Participate in the Competency Restoration Group
- ___ Participate in Religious Programs-specify religious affiliation: _____
- ✓ Attend Alcoholics and/or Narcotics Anonymous meetings
- ✓ Work (optional)
- ✓ Remain in contact with his outside social support systems
- ___ Other (specify) _____

**DISCHARGE PLANNING:**
Pending the completion of his evaluation, the patient will return to court for final disposition of his legal issues.

PREPARED BY:
NAME *Julie Reith MSW*
TITLE *Clinical Social Worker*
DATE *12/2/97 0900*
*Julie Reith
Social Worker*

REVIEWED BY:
_____
_____
_____
_____

**FORENSIC SOCIAL ASSESSMENT**
Name: *Aguilar Burnette*   Reg.#: *12599-058*   Page

FMC B-000059

## PROBLEM LIST

| NO. | ACTIVE PROBLEMS | DATE NOTED | INACTIVE/RESOLVED PROBLEMS | DATE IF RESOLVE |
|---|---|---|---|---|
| 1 | Admit to FCI Butner for 4241(a) / 4242 | 11/6/07 | | |
| 2 | R/o P.D NOS | 11/8/07 | | |
| 3 | R/o EtOH ab-se | 11/18/07 | | |
| 4 | Possible allergy to heparin | 11/8/07 | | |
| 5 | low back pain | 11/8/07 | | |

Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

BIRTH DATE

SS/REG. NO.

HSA-126 (Formerly HSM-320)
3-74

PROBLEM LIST

**F.C.I. BUTNER**

Case 3:12-cv-00327-MOC   Document 77-15   Filed 12/22/14   Page 47 of 100
Bates No. 143521

Barnette, Aquilla Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

Inpatient Psychiatric Hospital
FCI Butner, North Carolina

# INDIVIDUAL EVALUATION/TREATMENT/MANAGEMENT PLAN
## FACE SHEET

Name: _Barnette, Aquila_     Register #: _12599-058_     Date of Plan Initiated: _11/18/99_

Type of Admission: _4241/4242_     Security Level: _Low/..._     Expected Discharge Date:

## SIGNATURES OF TREATMENT STAFF

| Primary Therapist _Vance no Php_ | Secondary Therapist |
|---|---|
| Nurse _Nadine R. Wilson, rn_ | Social Worker |
| Unit Management | |

DSM-IV WORKING DIAGNOSES:

AXIS I: _EtoH abx_

AXIS II: _PD NOS_
AXIS III: _↓ LBP_

NURSING DIAGNOSIS:

| PATIENT WEAKNESSES: | PATIENT STRENGTHS: |
|---|---|
| Lacks insight into illness | Good Personal Hygiene |
| Chronic psychotic illness | Good Physical Health |
| Chronic mood instability | Respectful Toward Staff/Peers |
| Substance abuse history | Good Working History |
| Recurrent depressive disorder | Good Education |
| Recent/recurrent suicide attempts | Supportive Family |
| Poor or no working history | Good Institutional Record |
| Many incident reports | Past Compliance With Treatment |
| Past non-compliance with treatment | Low Security Level |
| Socially withdrawn | Good Reality contact |
| Lacks interpersonal social skills | Good Insight Concerning Illness |
| Significant history of violence | Socializes Well |
| Chronic feelings of hopelessness/helplessness | Good Intellectual Functioning |
| Previous label of malingering | No Substance Abuse History |
| Low self-esteem | Positive Disposition |
| Physically abusive towards others | Exercises Regularly |

DESCRIPTION OF PATIENT'S PARTICIPATION IN PLANNING

_Pt refused to sign_

FCI BUTNER
BUTNER, NC

FMC B-000061

Patient Signature and Date

## PROBLEM: 4241/4242
## COURT ORDERED MENTAL HEALTH EVALUATION

NO: ____1____

| DATE INITIATED | SHORT TERM GOALS: | TARGET DATE | DATE COMP'D |
|---|---|---|---|
| 11/18/97 | 1) Patient will demonstrate a rational and factual understanding of criminal courtroom procedures and the ability to work with his defense attorney. | 12/1/97 | |
| | 2) Patient will cooperate with staff recommendations for mental health treatment in order to restore his competency to stand trial. | | |
| 11/18/97 | 3) Patient will cooperate with interviews and in obtaining collateral information to address the question of whether he suffered from a mental disease or defect such that he was unable to appreciate the nature, quality and wrongfulness of his actions at the time of the alleged offense. | 12/1/97 | |
| | 4) Patient will cooperate with interviews and in obtaining collateral information to address the question of whether he poses a risk of dangerousness to others or the property of others as the result of a mental disease or defect. | | |
| | 5) Patient will cooperate with interviews and in obtaining collateral information to address the question of whether he requires mental health treatment in a suitable facility. | | |
| | 6) Patient will participate in recommended group therapies/programs offered by the Rehabilitation Services Department. | | |
| | 7) | | |
| | 8) | | |
| | 9) | | |
| | 10) | | |
| | 11) | | |
| | 12) | | |
| | **LONG-TERM GOALS:** | | |
| 11/18/97 | 1) Patient will return to Court for resolution of his legal situation. | 12/3/97 | |
| | 2) | | |
| | 3) | | |
| | 4) | | |
| | 5) | | |

INMATE NAME: _____Bennette Aguila_____

INMATE REGISTER NUMBER: _____12599-058_____

FEDERAL CORRECTIONAL INSTITUTION, MENTAL HEALTH DIVISION
BUTNER, NORTH CAROLINA

FMC B-000062

8

**INTERVENTIONS:**

**Psychiatrist** - Initial and ongoing assessment of patient; Brief supportive 1:1 contact or therapy; Prescribe psychotropic medications and monitor for therapeutic effects as well as side effects (AIMS and laboratory tests as appropriate); Write assigned section of forensic evaluation in collaboration with psychologist

**Psychologist** - Initial and ongoing assessment of patient; Brief supportive 1:1 contact or therapy; Administer psychological testing and interpret results; Write assigned section of forensic evaluation in collaboration with psychiatrist

**Nursing** - Initial and ongoing assessment of patient; Brief supportive 1:1 counselling; Administer medications while monitoring for compliance, therapeutic effect and side effects; Patient education on medical issues, medication, diet, hygiene and unit activities as indicated

**Social Worker** - Psychosocial assessment. Screen referrals and facilitate individual and group therapies. Attend regularly scheduled team reviews to educate patient on available programs, assess current involvement and progress, and make referrals to the other rehabilitation disciplines.

**Recreation Therapist** - Recreation assessment. Screen referrals and facilitate individual and group recreation therapies.

**Vocational Rehabilitation Therapist** - Vocational assessment on sentenced and indefinitely committed patients. Screen referrals and facilitate individual and group vocational therapies.

**Art Therapist** - Screen referrals and facilitate individual and group art therapies.

**Education Specialist** - Education assessment on sentenced and indefinitely committed patients. Refer for appropriate educational programs.

**Case Manager** - 1:1 contact; Initial Classification; Unit A&O: Obtain collateral information; 90 Day Program Review; Competency Restoration Group; Forensic Team Review; Marshall Notification

**Correctional Counselor** - Orientation to unit, rules and regulations; 1:1 correctional counselling; Family contact and visitation/phone lists; Conflict resolution; Assist patient in maintaining sanitation; Work detail assignment; Referrals to other staff; Distribute legal mail;

**Health Services Staff** - Initial physical exam and laboratory studies; Sick call visits for illness or injury; Chronic care clinic if needed

**Treatment Team** - Review and update treatment plan at regular intervals; refer for vocational, educational and rehabilitative activities

**All Staff** - Reassurance and reality based conversation; Monitor for bizarre, aggressive or self-destructive behavior

FMC B-000063

NO: _2_      PROBLEM: ___TbH abuse___

## SUBSTANCE ABUSE AND DEPENDENCE

| DATE INITIATED | SHORT TERM GOALS: | TARGET DATE | DATE COMP'D |
|---|---|---|---|
| 11/18/97 | 1) Patient will not use drugs or alcohol. | 12/1/97 | |
| | 2) Patient will discuss with staff his impulses to use drugs or alcohol. | | |
| 11/18/97 | 3) Patient will cooperate with random drug and alcohol screens. | 12/1/97 | |
| | 4) Patient will attend AA and/or NA meetings at least once a week. | | |
| | 5) Patient will complete the 40 hour Drug Education Program. | | |
| | 6) Patient will express a willingness to enter a residential Drug Abuse Treatment Program in a general population correctional facility. | | |
| 11/18/97 | 7) Patient will verbalize the connection between drug and alcohol use and his conflicts with the law. | 12/1/97 | |
| | 8) Patient will verbalize the connection between drug and alcohol use and serious health problems. | | |
| | 9) Patient will verbalize an understanding of the connection between drug or alcohol abuse and exacerbation of other mental disorders. | | |
| | 10) Patient will identify his pattern of relapse into substance abuse and verbalize a relapse prevention program. | | |
| | 11) | | |
| | 12) | | |
| | 13) | | |
| | 14) | | |
| | 15) | | |
| | 16) | | |

| DATE INITIATED | LONG-TERM GOALS: | TARGET DATE | DATE COMP'D |
|---|---|---|---|
| 11/18/97 | 1) Patient will remain drug and alcohol free. | 12/31/97 | |
| | 2) Patient will assist in preparing a realistic outpatient plan for preventing future substance abuse in the community. | | |
| | 3) Patient will prepare a realistic outpatient plan for preventing future substance abuse in a general population correctional setting. | | |
| | 4) | | |
| | 5) | | |

INMATE NAME: _Bennett, Aguila_

INMATE REGISTER NUMBER: _12799-058_

FEDERAL CORRECTIONAL INSTITUTION, MENTAL HEALTH DIVISION
BUTNER, NORTH CAROLINA

FMC B-000054

Case 3:12-cv-00327-MOC    Document 77-15    Filed 12/22/14    Page 51 of 100

Bates No. 14325

## INTERVENTIONS:

**Social Worker** - 40 Hour Drug Education Program

**Unit Staff** - Encourage and monitor AA and NA meetings

**Nursing** - Assist patient to recognize/develop appropriate effective coping skills; Assist patient to identify/communicate sources of anxiety and areas of concern.

**Psychologist** - Brief supportive 1:1 contact or therapy

**Psychiatrist** - Individual counseling

FMC B-000065

Bates No. 14326

FORENSIC CASE DATA COLLECTION FORM
Mental Health Division
FCI Butner, NC (Revised 01/20/96)

te Patient Label Here:

Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

Date of Admission: 11/17/97

## BACKGROUND INFORMATION:

Place of Birth: Charlotte, NC          Date: 07/07/73

| Mother, Stepmother, etc. | | Father, Stepfather, etc. |
|---|---|---|
| Senia Barnette | Name | Derrick Barnette |
| Yes | Living? | Yes |
| | Pt age when deceased | — |
| personal placmnt -assistnt for Acc-Staff | Type of Work | Computer analyst for Post Office |
| Ø | Health History | Ø |
| Ø | Psych History | Ø |
| Ø | Criminal History | Ø |
| Ø | Alcohol/Drug Hx | Ø |

### Describe Relationships with Patient

everything fine ē bar ē lot of discipline things
ē my Dd — it was pretty hard

### Parents' Marital Relationship

argued a lot around 8,9 years old
? Ⓕ my have been abusive to Ⓜ — I barely remember

### Parents' Marital Status

Married=1   Divorced=2   Separated=3   Never Married=4   Unknown=9
PATIENT AGE AT SEPARATION OR DIVORCE: 11   (98=Unknown  99=N/A)

CHARLES VANCE, MD, PhD.
Psychiatric Fellow

FMC B-000066

Bates No. 14327

FORENSIC CASE DATA COLLECTION FORM

Siblings (Include half and step siblings; names, appx ages:    Total: _2_

_Marie_ 20 (full sib)

_John_ 4 (M's side)

Patient's Position (1 = Oldest): __1__   Was patient adopted? _no_   Abused/Neglected: _possibly by (F)_

(M) distant p divorce

## HISTORY OF SIBLINGS

Criminal: _∅_

Psych: _∅_

Alcohol/Drug: _∅_

Any family history of: Criminal _cousin and uncle ← DUI_   Psych _∅_   Alcohol _∅_   Drugs _∅_

SEXUAL HISTORY (Age at 1st encounter, orientation, problems, deviance):

_12 yo heterosexual, ∅_

## PATIENT'S MARITAL STATUS

#of Marriages: _∅_   #of Separations: _____   #of Divorces: _____   Widowed: _____
Status at time of current offense: (1=Single)  2=Married  3=Separated/Divorced  4=Widowed  9=Unknown

Current Status:   (1=Single)  2=Married  3=Separated/Divorced  4=Widowed  9=Unknown

Is patient spouse abuser: _∅_   Abusive to paramour _yes — fights c girlfriend over issues of infidelity ≈99% of the time — never any court orders_ (§3-4)

Number of Children from marriage(s): _99_
98 = Unknown   99 = N/A

Names/Ages of Children: _∅_

# Children outside of marriage _2_   98 = Unknown   99 = N/A

Names/Ages of Children: _Angelina Heard 7 yo_
_Aquilin Heard 5 yo_   } live c their (M)

Is patient child abuser: _yes_   Child Molester/Pedophile: _∅_

§3  convicted for Cruelty to Children charge — gave girlfriends children c whipping c a court hanger b/c they were playing c her kids

§13
§5

FORENSIC CASE DATA COLLECTION FORM

With whom was patient living at time of offense: _live c̄ ⓞ younk(F) brother_
1 = Alone   2 = Parents   3 = Spouse   4 = Cohabiting   5 = Institution   6 = Transient   7 = Roommate   8 = Other
9 = Unknown

| Military History (include dates) | Served In | Combat Experience |
|---|---|---|
| 0 = None ⟵ | 0 = None | 0 = None |
| 1 = Active Duty | 1 = Army | 1 = Vietnam |
| 2 = Honorable Discharge | 2 = Navy | 2 = WW II |
| 3-Dishonorable Discharge | 3 = Air Force | 3 = Korea |
| 4 = General Discharge | 4 = Marines | |
| 8 = Other | 8 = Other | 8 = Other |
| 9 = Unknown | 9 = Unknown | 9 = Unknown |

Religious Affiliation/Activities: _Baptist / active in Church activities_

---

## CRIMINAL HISTORY

Juvenile (any charges filed):   1 = Yes   2 = No   9 = Unknown
Report of training School:   1 = Yes   2 = No   9 = Unknown

Describe Juvenile Charges: _Ø_

---

Adult Charges:   1 = Yes   2 = No   9 = Unknown

List Adult Charges(begin with earliest)   Date   Outcome   _all misdemeanor_
'92   _shot my messy c̄ girlfriend p̄ being assaulted — Pointing Gun, Battery, Discharging Firearm, lost_   _28 dys ~ jail they released on time served_
'93   _Cruelty to Children — 6 yr probation_
'94   _B/E felony, Restraint of girlfriend — 3 yr probation_

---

Previous Federal Incarceration:   1 = Yes   2 = No   9 = Unknown

Describe: _Ø_

---

Previous State Incarceration:   1 = Yes   2 = No   9 = Unknown

Describe: _____

Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD          FMC B-000068

11th grade

public schools

Bs, Cs, Ds - average    ∅ Special Ed

moved from NYC to GA in 10th grade,
and at (M) for more —stayed a lot in new (GF)

skipped school at end of 10th grade
occas fights        ∅ marking off

---

Intermittently employed
unemployed at time of alleged offenses
approx $14000 yr before offenses
salesman for Electrolux last job (only had it a few months)
"I've had jobs for up to a year"

restaurant jobs, temp jobs, warehouse, customer service for Blockbuster
↳ lower level management        front desk at Courtyard - Marriott

---

∅ disability

FMC B-000069

Bates No. 14330

Aggressive/Assaultive Behavior: Self-Report ___ Yes ___ Records _____

Describe/include dates: ___ Fights & w/ girlfriend or people they're seeing ___

_____

Pretrial evaluations on past charges: 1 = Yes  2 = No  9 = Unknown

Describe/include dates: _____

___ 93 eval for federal restraint - done in Charlotte by Dr. Tyson ___

Pretrial evaluations on this charge: 1 = Yes  2 = No  9 = Unknown

Describe/include dates: _____

## MENTAL HEALTH HISTORY

Any history of treatment prior to offense: 1 = Yes  2 = No  9 = Unknown

Inpatient  #Voluntary Admissions: ___ Ø ___  #Commitments: ___ Ø ___

Outpatient? ___ Ø ___  Alcohol/Drug: ___ Ø ___

Describe (give dates, treatment, locations): _____

_____

_____

_____

_____

Date of last contact prior to current offense: ___ Ø ___  0/0 = None  99/99 = Unknown

Previous DSM IV Diagnoses (any source) include codes:

1. (Primary) _____

2. _____

3. _____

4. _____

Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

Suicide attempt(s)/gesture(s) history (give dates and methods, etc.)

___ - OD'd - pills while on HS prompted by (GF) problems, not hospitalized ___
___ - attempted CO poisoning in 96 b/c of stress related to current charges ___

# Suicide Attempts: ___ 2 ___  Date of last attempt: ___ 96 ___

Method of last attempt: 0 = N/A  9 = Unknown

1 = Cut  2 = Hang  3 = OD  4 = Fire/Electric  5 = Shoot  6 = Poison  8 = Other

CO

FMC B-000070

## Psychotropic meds and treatments (give names, dosages)

| | PAST | TIME OF OFFENSE |
|---|---|---|
| Antipsychotic | | |
| Antidepressants | | |
| Lithium | | |
| Anxiolytic | | |
| Sleep | Ativan, Trazadone _____ | |
| Side-Effect | _____ incarcerated | |
| ECT | | |
| Anticonvulse | | |
| Other | | |

## Substance Abuse History

History of Alcohol Use (Abuser: 1=Yes 2=No 9=Unknown)
Describe: _____ drink 1-2 12 oz beers per day

_____ h/o arguments while intoxicated

Alcohol at time of offense (within 24 hours prior) 1=Yes 2=No 9=Unknown
Amount: _____ drinking all day _____ (estimate ounce pure alcohol)
> 12 pack beer

} break-up breakup
over relationship
→ job problems

## Nonprescription Drug Use

| | Any Time in Past | Time of Offense |
|---|---|---|
| Opiates | | |
| Amphetamines | | |
| Phencyclidine(PCP) | | |
| LSD, MDS, Hallucinog. | | |
| Cocaine | | |
| Marijuana | | |
| Barbiturates | | |
| Narcotics | | |
| Benzodiazepines | | |
| Other(Name) | | |

Describe: _____

Is Patient a Drug Abuser? 1=Yes 2=No 9=Unknown

FMC B-000071

## ACCOUNT OF OFFENSE(S)

Patient's Account (note factors relevant to criminal responsibility)

refuses to discuss on advice of his attorney

Collateral Account (identify sources, if none in record must get verbal from AUSA)

Was Crime: Bizarre?_____ Planned?_____ Any Codefedants?_____

$1 = Yes \quad 2 = No \quad 3 = Unclear$

### Symptom Picture/Mental Status at Time of Offense(s)

Symptom (1 = Present or Positive, 2 = Absent or Negative, 3 = Unclear) Source

Perceived as crazy_____

Mood_____

Thought process/content_____

Behavior abnormality_____

Orientation_____

Sleep and appetite/problems?_____

Organic problem_____

Suicidal_____

Homicidal_____

Intoxicated (drugs or alcohol)_____

Amnestic_____

FMC B-000072

## DESCRIPTIVE MENTAL STATUS

Appearance:_____

Unusual Movement:_____

Thought Processes:_____

Thought Content:_____

Nature of Hallucinations:_____

Type of Disorientation:_____

Insight + Judgement:_____

Mood:_____

Sleep + appetite:_____

Notes:_____

_____

_____

## INITIAL IMPRESSIONS
### Date Completed:_____
### DSM IV DIAGNOSES (INDICATE PRIMARY DIAGNOSIS)

Axis I: _____    Code_____
        _____    Code_____
        _____    Code_____
        _____    Code_____

Axis II: _____    Code_____
        _____    Code_____
        _____    Code_____
        _____    Code_____

Axis III: _____
        _____
        _____
        _____

FMC B-000073

## COURSE IN INSTITUTION

Brief Medical History (Patient's self-report from Medical History Questionnaire, and our physical examination, medications at time of admission, allergies):

_____

_____

_____

_____

_____

List of Laboratory Studies and results (if +PPD list medications and date started)

_____

_____

_____

_____

_____

History of Head Trauma?         (1=Yes    2=No    9=Unknown)
Describe:_____

History Seizure Disorder?        (1=Yes    2=No    9=Unknown)
Describe:_____

Neuro Consult Ordered? (1=pos  2=neg  3=Unclear  0=N/A)  Date:_____  Results:_____

EEG Ordered? (1=pos  2=neg  3=Unclear  0=N/A)  Date:_____  Results:_____

CT/NMR Ordered? (1=pos  2=neg  3=Unclear  0=N/A)  Date:_____  Results:_____

FMC B-000074

Skull Films Ordered? (1=pos 2=neg 3=Unclear 0=N/A) Date:_____ Results:_____

_____

Neuropsych Testing? (1=pos 2=neg 3=Unclear 0=N/A) Date:_____ Results:_____

_____

Other Specialty Medical Consultants Ordered? (1=Yes 2=No)
Describe/include results:_____

_____

_____

_____

## SUMMARY OF INSTITUTIONAL ADJUSTMENT

# Admissions to Seclusion (Include 1st):_____

Total # Days in Seclusion (Include 1st):_____

# Incident Reports - Found Competent and Responsible (list each incident report, date, disposition)

_____

_____

_____

Were restraints used at any time? (1=Yes 2=No)

Did patient volunteer for work? (whether given work 1=Yes 2=No)
If worked, list job assignment and performance:_____

With whom did the patient interact:_____

_____

Style of interactions:_____

Primary activities:_____

_____

Unusual behavior(s):_____

FMC B-000075

General compliance with rules/regulations, appointments, include any problems:_____

_____

_____

Did patient refuse or decline any recommended treatment? (1=Yes  2=No  3=N/A)
Describe:_____

_____

_____

FMC B-000076

| MEDICAL RECORD | PROGRESS NOTES |
|---|---|

| DATE | |
|---|---|
| 11/18/97 | Psychiatry |
| 10.15 | S/O: Pt interviewed, chart reviewed, forensic warning issued. Pt is 24 y/o SBM sent to FCI Butner on 4241/4242 ē charges of Carjacking, Kidnapping and Murder. Pt has prior convictions for Pointing a Gun at Another, Battery, Discharging a Firearm, Breaking and Entering, Felonious Restraint, Cruelty to Children. Pt admits to having temper problems but says that 99% of his prior acts of violence were directed at girlfriends who were cheating on him or the guys they were seeing. Denies any prior Ψ hx but did have state Ψ eval for charge of felonious Restraint — does not know results. Has never had inpt or outpt Ψ rx. Drinks 1-2 12-oz beers per day ē occas more on weekends. Denies any drug use. Will not discuss instant offenses ē me, reportedly on advice of his attorney. Does mention that during the preceding 24° he had been drinking heavily, >12 pack beer. Says he was "brooding" over relationship and job problems. Had just moved out of apartment he shared ē girlfriend in Virginia b/c he found out she was cheating on him. Moved back in ē his (M) in Charlotte. Left good job in VA and had none here. Depressed over this turn of events. Collateral info lacking at this point to indicate what allegedly happened next. Pt cooperative, polite, calm ē interview. Hygiene good. Ψ motor nl. Affect appropriate. |

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

| REGISTER NO. | WARD NO. |
|---|---|

PROGRESS NOTES
STANDARD FORM 509 (Rev. 11-77)
Prescribed by GSA/ICMR.
FIRMR (41 CFR) 201-45.505
509-FMIC B-000077

# PROGRESS NOTES

| DATE | |
|---|---|
| | Speech w/ R/T/v. Ø LOA/FOI. Ø AH/VH/SI/PI. Insight fair Judgment deficient by history. A&O x 3 Cognition intact |
| | A/P: Tentative dxs: |
| | Axis I: ~~Alc~~ EtOH abuse |
| | Axis II: PD NOS |
| | Axis III: LBP |
| | Will collect collateral info. Obtain Ψ testing. Continue assessment |

Vance no Pro

CHARLES VANCE, MD, PhD.
Psychiatric Fellow

| 11/18/97 1315 | S̄ Seen on rounds in seclusion. Responded quickly to request to talk. Oriented to situation. Alert. Able to describe purpose of evaluation. Denies medical complaints or psychiatric distress. Aware charges may restrict his access to population. On no meds. Clarified I would be working with Dr. Vance, Dr. Schaefer to complete evaluation. Attorneys have been assigned. Chart reviewed. A/p Ō no obvious distress. Vocabulary suggest average intelligence. Will interview at greater length. Later today or on 11/19. Continue seclusion. S. Johnson md |

S. JOHNSON md

Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

.S. GPO : 1987 O - 173-489

STANDARD FORM 509 BACK (Rev. 11-77)
FMC B-000078

| MEDICAL RECORD | | PROGRESS NOTES |
|---|---|---|

**DATE**

11/19/97 — Seclusion

10:15 — S: Pt ē complaint. Denies any problems

O: Polite, cooperative. Knowledge nl. Good eye contact. Affect appropriate. Speech nl R/T/V. Thinking linear and goal directed. Denies AH/VH/PI/SI/HI. Current insight and judgment reasonably intact. Cognition intact

A: Stable. provisional dx P.D NOS

**No contraindications to seclusion**
**No less restrictive alternative available**

P: Seclusion × 24°. Review available collateral data. Continue ongoing assessment. As pt voices Ø Ψ complaints and shows Ø evidence of ongoing clinical depression anxiety, psychosis, mania or other Ψ condition warranting medication treatment, I see Ø need for considering meds at this time.

Vance MD PhD

**CHARLES VANCE, MD, PhD.**
**Psychiatric Fellow**

11/20/97 — Seen in counselor's office with Dr. Schaefer
0:915 — and Dr. Vance. Moved (handcuffs from back to front via martin chain) to make him more comfortable. Attorneys: George Laughrim + Paul Williams. (Charlotte) / Court assigned. Mr. Williams assigned at state level (~9/96) Mr. Laughrim assigned at Fed level (2/97) Offenses alleged to have happened 5/10 + 2/9c + 6/22/96. In custody since 6/25/96 Dr. Micklenberg (Charlotte) reviewed some history

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

REGISTER NO.      WARD NO.

**PROGRESS NOTES**
STANDARD FORM 509 (Rev. 11-77)
Prescribed by GSA/ICMR.
FIRMR (41 CFR) 201-45.505
509-111

FMC B-000079

## PROGRESS NOTES

| DATE | |
|------|---|
| | in overview form. Detailed note to follow). A. Tolerating situation well. Had more freedom in jail. No current suicidal ideation. P. Cont. Eval'n. C.C. Hargrove to assist with attorney call today. |

S. Phroon M.D.
/S. Phoscon M.D.

11/21/97  Seclusion

12:00 — S/O: Pt's complaint. Denies any problems. No undue stresses from being in seclusion. Had a phone call c̄ his attorney yesterday. Says his attorney told him not to discuss specifics of the instant offenses but he can discuss his mental status leading up to the time of the offenses. Affect relatively bright. Speech n̄l R/T/V, motor n̄l. ∅ evidence of hallucinations. Denies SI/HI. A&O x3.

A/P: Pt appears stable — coping c̄ stresses of Seclusion in an adaptive manner. No evidence of severe ongoing Axis I pathology. Pt has given consent for us to contact his mother, friend Steve Austen, Dr. Tyson (wrote + forensic eval on pt in late '93) and Mecklenberg Co. Jail. Will f/u on these contacts. Awaiting collateral info from the Court. Continue clinical interviews.

No Contraindications to Seclusion
No Less Restrictive Alternative Available

Vance MD PhD

CHARLES VANCE, MD, PhD.
Psychiatric Fellow

Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

**DATE**

11/21/97
1530
S: Seen briefly. Talked with attorney Paul Williams on 11/20. Patient talked to both attorneys on that date. Is scheduled to see Dr. Seymour Halleck on 1/24. at 1:00 PM. Patient verbalizes that attorney is contacting evaluation and he has been instructed not to discuss details of offenses or do psychological testing. Attorney did share with me that Defense does not question his CTST or his mental state (at time of crime).

Pt. tidied up room. Is reading. Is in good spirits. Informed art therapist will be by to see him. States he enjoys artwork. (-) Suicidal ideation. Oriented. Alert. No evidence of psychotic symptoms. A/P Cont. evaluation on 11/24.

S. JOHNSON M.D.
AWHS

*(Continue on reverse side)*

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

REGISTER NO.

WARD NO.

**PROGRESS NOTES**
STANDARD FORM 509 (Rev. 11-77)
Prescribed by GSA/ICMR.
FIRMR (41 CFR) 201-45.505
509-111

FMC B-000081

## PROGRESS NOTES

| DATE | |
|---|---|
| 1/22/97 | Seclusion Note - On-Call |
| 330 | (S) Nodded indicating he was doing fine. Stated "ok" |
| | (O) Denied medical or psychiatric symptoms. Denied suicidal/homicidal ideations. Was laying in bed with head raised. |
| | (A) **No contraindications to seclusion** No less restrictive alternative available |
| | (P) Continued seclusion x 24 hrs. Antne Schnyen, MS    Christine Schnyder, MS Psychology Intern    Psychology Intern |

Rhett Landis III, Ph.D.
Psychologist

1/23/97   See Note:
10:08   (S) "I'm ok"
(O) Pt. gives normal appropriate answers to indicate he has no medical or psychiatric complaints. Respectfully denies SI, HI, A/V hall.
(A) **No contraindications to seclusion** No less restrictive alternative available
(P) Seclusion x 24 hr.

Rhett Landis III, Ph.D.
Psychologist

Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

. GPO : 1987-O - 173-489    STANDARD FORM 509 BACK (Rev. 11-77)    FMC B-000082

**DATE**

11/24/97
10:20 AM

S: Seen in seclusion/counselor's office for individual interview. Cuffed in front via martin chain. Clarified. He could do psychological testing. and talk up to crime itself. Perceived risk of harm to others if in population. Was in jail w/ any fights / altercations or incident reports. Believes things are going slow in his case because District has not has Federal death penalty case before — for attorneys / Judge — did first. Everyone wants to go slowly + carefully + that's OK with him.

Copes by trying to be calm with situation. for himself + his family. Hardest thing is loss of ex girlfriend.

Not Robin Williams though. Friends in Virginia in 1994 — Broke up. 4/9/96 or (4/8th). Was his idea 1st to break up — her idea 2nd. Finality was her idea. He said he was leaving — got huffy + puffy — thought there might be someone else in rel + relationship. She had an 1 o c (Continue on reverse side) n past

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

REGISTER NO.　　WARD NO

Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

**PROGRESS NOTES**
STANDARD FORM 509 (Rev. 11-77)
Prescribed by GSA/ICMR.
FIRMR (41 CFR) 201-45.505
509-111

FMC B-000083

DATE

was seeing someone else. Moved in together
~3/13/95. Fall of '95 she thought he was seeing
someone else. He began to suspect her in
9/95 of seeing someone else. Really thought she
was. He was working retail in the mall —
he just let concerns go — always led to
arguments. "If you keep putting something
away — it comes back worse the next time."
Finally came to head — fight — he left —
talked on phone. She said get your stuff —
he did + returned to Charlotte. Didn't
see her but talked to her a couple times
prior to TOC. Had a little inkling of
hope of getting back together — she still had his
cat. He had apologized to her for his
suspicions.
        Was incident up there that happened.
— someone had firebombed her apt.
He read it in paper. Was guy's name in
paper — was guy he thought she was
cheating with.
        He was sulking "in a funk" from
not getting a job he wanted. "I sunk
to a low — ground zero."
        Didn't get job. 1st — day or 2 later
saw            Thought "I was right

Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

GPO : 1987 O - 173-489        STANDARD FORM 509 BACK

**DATE** 11/24/97 "all along — started to flow with memories." She Cont'd knew him as friend since school — he had never met him. Benjamin Green — lived there in Roanoke — like an invisible man — only a week + 1/2 since he'd left. He didn't waste any time. Made him think she really wanted him to leave —

Paper said her male friend was spending the night. Someone sent him the. The article from the paper from Roanoke. Didn't call her.

She + guy she was with + authorities all said it had something to do with him. Was suspect but not taken into custody. That was at end of April or 5/1 or 5/2/96 — charged with. Falsely getting gun 5/21/96 — altering it. And then on 6/22/97 carjacking & 2 murders.

No conversation with Robin. after April, '96.

In paper described how she got hurt — didn't say anything happened to him. For her to get hurt [Continue on reverse side] She chose him over

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

REGISTER NO. | WARD NO.

**PROGRESS NOTES**
STANDARD FORM 509 (Rev. 11-77)
Prescribed by GSA/ICMR.
FIRMR (41 CFR) 201-45.505
509-111

FMC B-000085

## PROGRESS NOTES

**DATE**

me - how did he not get hurt - he was using her.
Still cared a great deal for her.

He + best friend Steve went to Virginia
in '94 - Went out with Steve + Greg +
to club - met Robin - danced - talked outside -
Next day she picked him up - spent mothers
day together (5/94). Fell in love that day -
- just clicked. Accepted he loved him,
He was going through some stuff with
previous girlfriend - didn't expect it.
A week later I got busy up. They went
back + forth. He was 20. She 21.
She worked at Roanoke Community Hosp.
- Med. Sec. 9th. Floor. She had been there 3 y.
- stayed with job.

Legal problems from previous relationship
with Alicia Chambers! - kept popping up.
Trial - Nov. 94 - (Nov. '93 Burglary charge,
Kidnapping Assault w. deadly weapon charges)
- got in fight near her job. He was
down about charges. He had got in
trouble - was out on bond.) - Felt
like world was coming to an end - how
could he be so naive + stupid. He +

Bamette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

DATE

11/24/97 lawyer saw what was going on - he was being
(cont) manipulated. He had been in Court - friend
called - and he (Mr. Bamette) was depressed. Friend took him to Virg.
to get tires on friends car.
He had 2 other - girlfriends then. Was
working at Taco Bell.
After met Robin tossed idea around of living
together after Nov. trial. Was convicted on
lesser charges. 28 days on Wk release + Probation
(Robin was there for him). He mentioned her
to Judge. Talked of her moving to Charlotte.
But she' didn't want to leave Virginia. He
wasn't eager to go to Virginia but eventually
changed her mind.

A/P Cooperative with interviews. Cont
evaluation.

S. Johnson MD
S. Johnson MD
AWHS

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

Bamette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

REGISTER NO.     WARD NO.

**PROGRESS NOTES**
STANDARD FORM 509 (Rev. 11-77)
Prescribed by GSA/ICMR.
FIRMR (41 CFR) 201-45.505
509-115

FMC B-000087

# PROGRESS NOTES

**11/25/99** — Seclusion Team

**12:05 pm** — S/O: Pt seen in weekly Seclusion Team meeting. Present also were Dr. Barbarick and Mr. Sprchll. Pt denies any problems. Voices Ø complaints. Says he is holding up fairly well. Currently s̄ a cellmate. [Awaiting] Rec. Says Dr. Johnson said she would contact SIS to see if he could get clearance. Has Ø requests for us. Appears calm and behaviorally appropriate. Affect appropriate. ↑ motor nl. Speech nl. R/T/V. Ø ev. [evidence] of psychosis. Ø SI/HI. Insight/judgment intact. A&O×3. Cognition intact.

A/P: Stable s̄ evidence of organic significant psychopathology. As pt not cleared for release will keep on Seclusion × 24°. ~~No Contraindications to Seclusion~~ Continue current evaluation.

Vance MD, PhD

No Contraindications to Seclusion

**CHARLES VANCE, MD, PhD.**
Psychiatric Fellow

**11/25/99** — Seclusion

**10:15 —** S/O: Pt s̄ complaint. Denies any problems. Discussed his prior relationships to establish time line:

age 15: Sheila Sullivan — while [pt] living s̄ mother in Georgia

age 16-18: Tasha Heard — in Georgia; initially living s̄ his (M) then moved in s̄ Tasha — Tasha is (M) of pt's 2 children

age 18-19: Crystal Dennis — in Georgia; initially living s̄ Tasha Heard then by himself then moved in s̄ Crystal — Crystal is (M) of 2 children involved in Cruelty to Children conviction

age 19-20: Aleshi Chambers — living s̄ (M) in Charlotte

( cont )

Vance MD, PhD

Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

**CHARLES VANCE, MD, PhD.**

Bates No. 143349

**DATE**

11/25/97 — Seclusion (cont)

10.15 — ege 20-22: Robin Williams — initially lived c ♀ in Charlotte — then moved in c Robin in Roanoke — Robin is victim in alleged instant offense

Pt also discussed his EtoH hx. Said his ♀ was an occasional drinker. ♀ tended to drink "when the guys came around" on weekends to watch football. Pt has Ø memories of ♀ being drunk. Said his seen his ♀ drunk "plenty of times". Said she started drinking heavy ē the divorce, when pt was approx 12 yo. ♀ would party c her friends a couple of times a week. Also did some drinking alone. When ♀ was intoxicated, she was somewhat louder than usual ad tended to be "funny, silly". ♀'s drinking pattern has persisted to present day in "ups ad downs". Pt says he has argued c ♀ several times about her drinking — notes she has entered into poor relation- ships ad lost time at work b/c of EtoH. Pt also notes he had 2 uncles who had drinking problems, one of whom has been in AA in the past — pt said he did not have extensive contact c these uncles growing up. Remembers his own 1st contact c EtoH from when he was 12 yo. Was hanging out c a friend. Friend got a bunch of beer. Pt stayed out late drinking c friend — got "plastered — it was fun". Did not get into any trouble from this. Drank only occasionally for next several years. While 18 or 19 yo ad living in Georgia by himself or c a girlfriend (Crystal Dennis)

*(Continue on reverse side)*

PATIENT'S IDENTIFICATION *(For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital; or medical facility)*

Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

REGISTER NO.     WARD NO

**PROGRESS NOTES**
STANDARD FORM 509 (Rev. 11-77)
Prescribed by GSA/ICMR.
FIRMR (41 CFR) 201-45.505
509-111

FMC B-000089

## PROGRESS NOTES

DATE

got into habit of getting drunk on "hard stuff" – vodka, gin, brandy" one to two times a month. Often did this drinking alone. Said that when intoxicated he "didn't give a fuck" – not seeking trouble but "anything could happen". Pt moved back to Charlotte in '93 when he was 19 yo. Noted at that time he had no girlfriend, Ø bills, was living ē his ⓜ and was working at a job (Pizza Hut) he viewed as "just something to get me some pocket money". Said during this period "I could drink anytime I wanted to." ⓜ always had beer around the house and even bought EtOH for pt and his friends – she also told him "if you're going to party, stay in the house." EtOH use during day was light: occas had a beer, and a few times snuck a beer while at work. At nights and on weekends would hang out ē friend Steve Austin and party. Only drank heavily while partying. Estimated he got drunk 3 nights a week. On weekend, would start drinking around 3 pm. Denies getting into any problems/trouble b/c of his EtOH use. In 1994 met Robin Williams. Says EtOH integral component of their relationship. Would often party ē her. After they moved in together (June 995) says that a typical evening might consist of them watching ē taped movie, having popcorn and drinking. Says he might drink 1-2 22 oz beers qd – and would get drunk only once every few months. In 1996 pt began to encounter more stresses: lost job, talent show he was organizing fell through, Robin may have started seeing another man, EtOH use ↑. Pt drinking brandy. Intoxicated qd. Drinking in the middle of the day. Drank to relieve stress – "it was like taking Tylenol." Says when he
(cont)

Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

Vance MD PhD

STANDARD FORM 509 BACKING. B1000090
CHARLES VANCE, MD, PhD.
Psychiatric Fellow

. GPO : 1987 O - 173-489

| MEDICAL RECORD | | PROGRESS NOTES |
|---|---|---|

STANDARD FORM 509 (Rev. 11-77)

**DATE**

11/15/97  Seclusion (cont)

10:15 — was drunk he was mean — had "less tolerance for shit". Does not _ have been physically violent but get into arguments c Robin. After returning to to live c (R) in Charlotte, pt says that he did not drink much for first week. Then p failing to get job, learning he was a suspect in firebombing and reading that Robin had been staying c another man, began drinking qd "from when I woke up to when I went to sleep. Kept a cooler of beer and bottle of liquor in his bedroom. Drank only by himself — Ø partying. Estimates he drank at least a 6-pack per day. Always had a beer c him and when "I felt it [the buzz] go away I'd get another. Said he felt depressed and then mad — "I was back where I did not want to be" — "I had lost everything in life" — "Everything was taken away by her" — "Nobody cared about me, I had lost, nobody gave a shit." Excluding consideration of alleged instant offenses, pt says he did not get into any trouble at this time. Pt denies any h/o EtOH-related health problems Ø h/o szs, blackouts, DTs, or hallucinosis.

A/P: Pt gives hx that sounds c/w hx of EtOH abuse — do not see clear evidence to suggest EtOH dependence. Currently pt appears stable in Seclusion. **No contraindications to seclusion. No less restrictive alternative available** Will maintain in Seclusion x 24°. Continue ongoing study.

Vance MD, PhD

*(Continue on reverse side)*

PATIENT'S IDENTIFICATION *(For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)*

Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

REGISTER NO. CHARLES VANCE, MD, PhD.
Psychiatric Fellow

PROGRESS NOTES

STANDARD FORM 509 (Rev. 11-77)
Prescribed by GSA/ICMR FMC B-000091
FIRMR (41 CFR) 201-45.505
509-111

# PROGRESS NOTES

| DATE | |
|------|--|
| 11/27/97 | Seclusion |
| 10.40~ | S: Pt c̄ complaint. Denies any problems |
| | O: Lying in bed reading. Affect appropriate. Calm. In NAD |
| | A: stable |
| | P: Seclusion x 24°. Continue study |
| | Vance MD, PhD |

No contraindications to seclusion
No less restrictive alternative available

CHARLES VANCE, MD, PhD.
Psychiatric Fellow

| 11/26/97 | Seclusion |
|------|--|
| 9.50~ | S: Pt c̄ complaint. "I'm doing okay" |
| | O: Lying in bed reading. Calm and cooperative. No motor |
| | A: stable |
| | P: Seclusion x 24° |
| | Vance MD, PhD |

No contraindications to seclusion
No less restrictive alternative available

CHARLES VANCE, MD, PhD.
Psychiatric Fellow

| 11-26-97 | Art Therapy |
|------|--|
| 1:00 | S/O Met Pt. for the first time - He did a pencil drawing of a face. I left paper for him to use in my absence. A/P. Pt. enjoyed the activity, but preferred to work on his own on a long-term project. Cont. Art Tx |
| | Sue Etheridge m/a tx |

Sue Etheridge
Art Therapist

Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

| MEDICAL RECORD | | PROGRESS NOTES |
|---|---|---|

| DATE | | |
|---|---|---|
| 11/29/97 | Seclusion | |
| 12.10pm | S: Pt ē complaint. Denies any problems. Says he would like to go out on compound. | |
| | O: Standing at sink washing hands. Calm, polite. Speech at R/T/V. Ø LOA /FOI. | |
| | A: stable | No contraindications to seclusion No less restrictive alternative available |
| | P: Seclusion x 24° . | |
| | | Vance MD, PhD |
| 11/30/97 | Seclusion | **CHARLES VANCE, MD, PhD.** Psychiatric Fellow |
| 1.50pm | S: Pt ē complaint. Denies any problems. Says he has been working on a drawing | |
| | O: lying in bed working on pencil drawing of complex robot. Affect appropriate. Pleasant ol. I NAD | |
| | A: Stable | No contraindications to seclusion No less restrictive alternative available |
| | P: Seclusion x 24° | |
| | | Vance MD, PhD |
| 12/1/97 | Seclusion | **CHARLES VANCE, MD, PhD.** Psychiatric Fellow |
| 10.40am | S: Pt ē complaint. Denies any problems | |
| | O: Standing by cell door. Has drawing he made yesterday propped on unused bed in cell. Euthymic. I NAD | |
| | A: Stable | No contraindications to seclusion No less restrictive alternative available |
| | P: Seeking SIS clearance in order to release to compound. Pending that Cont. Seclusion x 24° | Vance MD, PhD |

*(Continue on reverse side)*

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade: rank; rate; hospital or medical facility)

Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

REGISTER NO.  WARD NO

**CHARLES VANCE, MD, PhD.**
Psychiatric Fellow

PROGRESS NOTES
STANDARD FORM 509 (Rev. 11–77)
Prescribed by GSA/ICMR.
FIRMR (41 CFR) 201–45.505
509-111
FMC B-000093

## PROGRESS NOTES

| DATE | |
|---|---|
| 12/1/97 1420 1600. | S. Seen in counselor's office with Dr. Vance. Talked about day to day routine - 1st Art Therapy visit! No physical complaints except mild backache. — |

Focused on arrest. Mother at home am of 6/25/96 — he came home in afternoon — her brother (little), GF all conversed about events that occurred. She had heard from FBI — he was fugitive. He told her to tell them he was there & would go with them. Agent gave them a few hours — they showed up at 3:15. Talked & took his goodbyes and left. Was handcuffed — taken to Charlotte. "I would have gone to their headquarters & turned myself in." Showered, shaved, put dress clothes on. Feeling "exhausted." Was step I needed to take. I knew it had to be done." Was upset. Tears shed between family — "I was more upset looking at Mom, Aunt, brother." Was ultimately taken to county jail. "Then it was all stuff I got in trouble for. — so my attorney say — I didn't know better." I was in total disbelief of events — in shock for a couple of days."

Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

Case 3:12-cv-00327-MOC    Document 77-15    Filed 12/22/14    Page 81 of 100
Bates No. 143355

DATE

I was going to go as far as needed to.
Thought of killing Robin - scared him -
talked to Mom - that he was losing it -
So offered hospitalization or therapist.
Didn't know if he could deal with it. Grew up
in church. - Knew 10 commandments -
When thought crossed his mind - passing
through - Scary. He drank. When first
back home - drinking at home - when started
brooding - drinking picked up. "I need something
to take me away - relax me - an old friend -
Drank Brandy, gin, vodka, beer. - mostly
beer. Felt more sad, cried a lot easier -
Was at home - brooding after left Virginia.
All before he heard about firebombing -
After heard - "Same but worse - but then pissed
off not just sad."
"Despite drinking - still had the rage inside of
me - just so angry I had never felt like
that." "I felt I could do this - there's
nothing holding me back." Had drunk about
a six pack.
4 days from time he left to time he turned
himself in.
Feelings of rage gone before the 25th.

Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

DATE
12/1

Cont'd 1. It wasn't me when it all happened but it was me that came to my senses - needed to do the right.

There was a lot of conflict earlier - knowing what is right + wanting to do something revenge - in and out of brooding, upset, hurt, thinking of all that happened in past.

In past had been upset but not to that magnitude - felt that what happened represented everything that ever had been done wrong. To me, - wanted to get back at just everything that ever hurt me.

Looking at other murder - before he met that victim rage - could have been anybody that tried to keep me from getting that goal. I was just so wound up that night - makes me shake - I was something else - evil - I was not going to be taken lightly anymore - not kicked any more - no one cared + family - I was on my end road - I was going to get to her (Robin) - I was going to make my point - she had cut me open - I wasn't going to [Continue on reverse side] cared at anymore,

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle: grade; rank; rate; hospital or medical facility)

Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

REGISTER NO.                WARD NO.

PROGRESS NOTES
STANDARD FORM 509 (Rev. 11-77)
Prescribed by GSA/ICMR,
FIRMR (41 CFR) 201-45.505
509-111

EMC B-000096

| MEDICAL RECORD | | PROGRESS NOTES |
|---|---|---|

12/1/97 Break up was just "So embarrassing" for me — totally. We had our problems but for me to get as far as I had gotten — to be back to square zero. 10x worse when found out there had been somebody else. Felt like a fool. It had happened before but not like this. Everything was gone. The biggest thing was when I went + got my stuff the 10th — She berated me in front of her family/my family — made me seem like I was a squatter. The way she treated me in front of everyone. We had made a pact — We both had made strong commitments. In the end she treated me like a dog when she kicked me out — I did my fair share — She treated me like I was just nothing — it made me hurt — she made statement like next week she'd have someone else in there — Had had resumé redone. — Electrolux had been willing to transfer him — didn't want that — had interview with Saturn. It didn't work out. One day door shut in my face. I knew how I could handle it now + would have known then.

Had not seen therapist before but thought he was to _____ mind — When I

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade: rank; rate; hospital or medical facility)

Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

REGISTER NO.     WARD NO

PROGRESS NOTES
STANDARD FORM 509 (Rev. 11-77)
Prescribed by GSA/ICMR.
FIRMR (41 CFR) 201-45.505
509-111

FMC B-000097

DATE

thought of killing someone..." At one point right in middle – felt he just couldn't do it. Something takes over your body, stuffs you in corners, fights it – then stronger force just takes over; Told himself 'you know better'. New feeling feels so alien to me – it's like looking at a tape. After events – Oh my God! – after the 2nd incident, feels of coldness "abandoned" him after the events. It's like a nightmare scenario – 'I'm dealing with reality & responsibility – it was me."

No sense it could happen again – "it's weird."

Looked at study – it's part of whole thing – everyday – I just have to prepare for worst – in this situation you have to prepare for worst, I have hurt a lot of people + how can I let them know I understand how they feel – and I'm sorry. I have 2 kids – I put myself in their position – I would be a maniac! How are they going to believe me – I'm hurting from my loss + my actions for Don Allen – I didn't know him – his family will hurt forever and for my loss – of Robin.

Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

GPO : 1987 O – 173–489

STANDARD FORM 509 BACK HMC/B-000098

**DATE**

12/1/97 (cont'd) ...am hope that they spare my life). AUSA turned down plea for life sentence. "They want my blood." "I'm kinda of dissociated from myself." "Mom has said "If you die I die too." "There's been enough tragedy. Completing the triangle does no good. (Tearing up)

"Has been through trial before. "Family will be there for him — character witnesses in 2nd part of trial."

Feels attorneys never have enough time to talk — say they come see him but haven't. Last saw in person before came here.

A/P Tolerating evaluation process. No suicidal ideation.

Attempt some passes tomorrow.

Sally Johnson m.d.
Sally Johnson m.d.
AWHS.

12/2/97  Sadness — Team

7.25 am  S/O: Pt seen c Mr. Sprinkle, Dr. Fink, Mr. Pageler, Mrs. Reich and myself. Denies any problems. Does desire phone call to his attorney. 7w p complaints. Has not been drawing lately. Looks a bit down cast. Pleasant al. Speech wl R/T/V.

*(Continue on reverse side)*

PATIENT'S IDENTIFICATION (For types of entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

REGISTER NO.                    WARD NO

**PROGRESS NOTES**
STANDARD FORM 509 (Rev. 11-77)
Prescribed by GSA/ICMR.
FIRMR (41 CFR) 201-45.505
509-111

FMC B-000099

## PROGRESS NOTES

| DATE | |
|---|---|

A- stable

No contraindications to seclusion
No less restrictive alternative available

P: Team has decided to transition pt out of Seclusion more slowly. Participate clearances will start on Rec Passes. For now continue Seclusion x 24°

CHARLES VANCE, MD, PhD.
Psychiatric Fellow

Vance no PhD

2/2/97 S/ Seen individually. Patient appeared
1430 upset - wants to call Mom at work. Feels out of touch with attorneys. Frustrated with housing. Feels he's w/in month of trial and not getting enough contact with attorney. Study may not even be used. Denies any intent to escape - frustrated with lack of access to compound. Awaiting CM clearance. Doesn't believe he's any big monster or threat.
Wonders about $ Mom should have sent by now. Sent her message through attorney, but suspects she never got it.

704 ~~503-3100~~ Sonya Barnette. (Mother.)
704 370-6800. Morehead office.
Work #
704 399-5479. (Home)
Home #? Have arranged to talk with her about 900PM one week day night.
Allowed Mr. Barnette to speak with

Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

GPO : 1987 O - 173-489

STANDARD FORM 509 BACK (Rev. 11-77)
FMC B-000100

Bates No. 143361

| MEDICAL RECORD | | PROGRESS NOTES |
|---|---|---|

**DATE**

12/2/97 Cont'd/ her briefly as he has had no calls to date. Yo family. He discussed how to send a money order to him and asked about interactions with attorney. Explained to her how lack of funds has impacted on commissary purchases. Also gave mother visiting hours.

DOB 7/7/73 Charlotte / Memorial Hosp. (Carolina Med Center).

Sonya Cooper Barnette — Derick Barnette.

Not remarried. Computer Analyst. Postal Division US Govt.

Temp. Agency job. Places people. Since '89

Remarried ~ 3 yr. later – Still married to Marietta.

They divorced ~ '86 (he was. Pa.) Separated at 11. Parents involved in verbal bantering.

Married 9 yr. / Separated / he filed for divorce.

Aquila – oldest

Mario – 20 nov.

John McAllister 4 Barnette.

Derick Barnette Jr. ~ 10. + 2 Step Brothers ~ 21 Marcus Sifford. ~ 25 Allen Sifford.

Mom's Mom named him (old Italian Actress) Place in Italy. as kid. He goes by "Rick" or Mar.

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

REGISTER NO.

WARD NO

**PROGRESS NOTES**
STANDARD FORM 509 (Rev. 11-77)
Prescribed by GSA/ICMR.
FIRMR (41 CFR) 201-45.505
509-111 FMC B-000101

## PROGRESS NOTES

DATE

Mom. worked at State Farm.

He had key as kid to come home – w/i ~ 1 hr parent would return.

Kindergarden – Beverly Woods – Charlotte

K-3 " / "

4th Barringer Elementary

to 5th Grade/ Our Lady of Consolation (Dad went Catholic School. there as kid)

Moved/Parents Separated Grades went up. Couldn't

6th Grade – Cotswald.

2 High 7th. – Randolph Middle School,

8th. " " " Moved in w/ relatives.

9th – Smith Jr. High. – Charlotte

Moved to Atlanta.

10th. Lithonia HS

11th.

11th East. Cowida (Noonan)

In 10th Grade started hanging out w. friends Skipping school – having a ball – "hung out" When Jr/yr. started – had credits to make up – met Tasha – (mother of kids) Dropped from school 2 or 3×'s. Due to lack of attendance Next yr. went back – In. April quit going all together.

Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

GPO : 1987 O – 173-489

STANDARD FORM 509 BACK (Rev. 11-77
FMC B-000102

| MEDICAL RECORD | PROGRESS NOTES |

**DATE 12/2/97** **Cont'd.** Went to work for Mom. Decided to work to take care of kids.

Angelia b. 1990 Marc. 1991.

Broke up with Tasha 1992. Moved to Newnan '91 or '92

Judgment May. 28 days (against him)

1994 enrolled in Central Piedmont College — into Adult H.S. Diploma class — didn't finish. Was working as night orderly at Courtyard Marriott.

"Having kids messed him up" as far as education goes.

Work Hx. — 11th Grade @ Brickhouse Pizza Lithonia x 1 mo.

② A-1 Service Personnel — temp jobs

③ Fast food — Arby's (Newnan Ga).

④ '92 — Blockbuster Video (Part time)

⑤ '93 (Charlotte) — Pizza Hut (Part time — waiting tables)

⑥ Temp World. (Sell Thr. — car broke down)

⑦ Harper's restaurant — waited tables

⑧ Bojangles (1 week)        '93

⑨ Taco Bell

⑩ Hot + Now

⑪ Courtyard Marriott (continue on reverse side) '94

PATIENT'S IDENTIFICATION (For typed or written entries give Name—last, first, middle:)

Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

FCI BUTNER
BUTNER.

REGISTER NO.            WARD NO.

**PROGRESS NOTES**
STANDARD FORM 509 (Rev. 11-77)
Prescribed by GSA/ICMR.
FIRMR (41 CFR) 201-45.505    FMC B-000703
509-111

## PROGRESS NOTES

| DATE | |
|---|---|
| | '94 -95 |
| | Moved to Virginia '95 |
| | Hotel Best Western Inn at Valleyview |
| *favorite job | Camelot Music - Assistant Manager |
| | 96 - Electrolux Trainee |
| | (last job) |
| | Never on unemployment. |
| | |
| | * incident w. 9 employee - she claimed sexual harassment. |
| | He bowed out. |
| | A/p Continue Evaluation. |
| | |
| | S. Johnson MD |
| | S. Johnso MD |
| | |
| 12/3/97 | 9/o Pt c/o Lower Back pain has h/o chronic |
| 0630 | back pain Motrin 400 not enough, denies stomach problems |
| | A: chronic Lower Back pain by history |
| | P. ↑ Motrin 800 mg ĪPO TID X 3d PRN |
| | Stacy L Parker PAC |
| | Stacy L Parker |

FMC B-000104

S. Government Printing Office: 1989-241-175/90001

STANDARD FORM 509 BACK (Rev. 11-77)

**DATE**

12/3/97 — Seclusion

9.50 am — S: Pt's complaint

O: Lying in bed sleeping. Minimally conversant. In NAD
ț stable
No Contraindications to Seclusion
No Less Restrictive Alternative Available

P: Seclusion x 24° on Rec Passes

CHARLES VANCE, MD, PhD.
Psychiatric Fellow
Vance MD Ro

12/3/97 S: Patient had rec pass without problems
850 yesterday. Was oriented to the compound.
by Mr. Baylor. Will start on Full Day Pass
today, & see on unit.
A/P: Cooperative with evaluation. Continue
interviews.

S. JOHNSON M.D.
AWHS.

12/3/97 S: Seen in office. Of all worked liked
09/15 Music store job best. Still aware of lack of
education & wanted to get into management
after return to Charlotte — uncle talked to him
about car sales as career. Describes himself
as customer service oriented person. He never
told employers about criminal record. (laughes.)

(Continue on reverse side)

PATIENT'S IDE:
Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

FCI BUTNER
BUTNER.

REGISTER NO.

WARD NO.

PROGRESS NOTES
STANDARD FORM 509 (Rev. 11-77)
Prescribed by GSA/ICMR.
FIRMR (41 CFR) 201-45.505
FMC B-000105
509-111

Uncle said they found more qualified person.

Drug use/

At 12 or 13 experimented with marijuana. Denies trying cocaine, opiates, LSD

At 12 first got plastered with EtOH. Was at home, went with friends to Projects - someone's cousin got beer (about 6 of them.) - hung out and drank - walked home - Mom was up waiting for him. Passed out on bed.

In HS. in Atlanta - occasional use. Started drinking more when family problems developed. '93 - Continued in '93 hanging out with his friend. "Things were good." Drinking every weekend to point of intoxication - some during week.

Drinking picked up when started dating Robin - was social thing. Post 21 he bought on - mostly beer. In '95 at age 22 always brought something home (wine, beer). Drinking q.6.day. - to point of buzz. No hangovers from beer. Didn't view drinking as part of relationship problems. No blackouts. When returned to Charlotte - when job fizzled out - drank more - daily. Drinking couple beers a day during time of changes.

EMC B-000106

12/8/97 (cont.) Weapons experience - Since a kid. At age 8 or 9 Dad taught him weapon safety - guns were family protection - not toys - Dad had a couple guns. In SC - family camped / target practice - they had air rifles - He was 10 when shot Dad's guns 1st - Dad had permits / licenses.

After Dad left - 1990 he found a gun on way to prenatal appointment (22 mgm handgun - cleaned it up, kept it in house. (he 17 Tasha 15 - 2 kids - on their own.) That was gun he ended up shooting the guy with - in fight. He lost that gun - he tossed it after incident. Always had guns (since 1993) in house - belonged to GF (1 shotgun - stolen by cousin, 1 antique shotgun - not working) Mr. Barnette did shoot some snakes, rats, killed 1 snake with a machette).

He, Tasha + kids in apt. - he never home - problems existed. He hung out with Anthony + Vic next door. Anthony introduced him to Crystal Dennis (Anthony's half sister). They became friends. Anthony took up with Tasha behind his back. (Continued on reverse) Mr. Barnette told Tasha

PATIENT'S IDENTIFICATION (For typed or written entries give Name—last, first, middle)    REGISTER NO.    WARD NO.

Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

FCI BUTNER
BUTNER, N

PROGRESS NOTES
STANDARD FORM 509 (Rev. 11-77)
Prescribed by GSA/ICMR.
FIRMR (41 CFR) 201-45.505   FMC B-000107
509-111

They needed time apart. They agreed she'd go back to Atlanta (w. kids) for ~ 1week. He visited Crystal. Anthony here, tried to egg him outside. He had gun with him. Left late to walk home. Anthony Vic & 8 guys followed him. Standoff with Anthony. "I know you have your little gun with you." (Suspected Tasha told him) Anthony pushed him. Pulled gun + shot 3 times. Hit him 1 time. Was scared - had been jumped on by 2 guys in H.S. Didn't try to kill him. His friend took off. He left! A week went by. Tasha came home - got stuff. Police arrested him at Tasha's sister's house. To jail - several misdemeanor charges. In jail - On 28th day to Court w/ lawyer. Rodney Riggs, detective, talked to him about Judge letting him go with guilty plea. Crystal visited him at jail - Tasha came to see him - acted crazy - he told deputy she had key & was trashing apt. - she resisted - got arrested. He didn't press charges - Eventually got police to evict her. She had pawned his thing but never paid a bill. He had bright red (VW) Beetle.

1 mo. later Crystal & her 2 kids moved in with him. He was 18. Stayed together with her until March '93.

FMC B-000108

S. Government Printing Office: 1989-241-175/90001

STANDARD FORM 509 BACK (Rev. 11-77)

DATE 12/8/97
Cont'd: Relationship happened too fast. Couldn't replace Tasha + kids. He began another affair while living with Crystal, switched job. He helped move Crystal out. + but kept seeing her. New relationship was with Kwana Dozier). "We had the best relationship." Eventually moved back in with Crystal. Tasha knew whole thing — was rivalry between Tasha + Crystal. Tasha had him arrested for trespassing on 1 occasion. Crystal stood by him. He last talked to her in '94. Eventually Crystal started seeing other guys. — they started arguing. "I can dish it but not take it." He was babysitting Crystal's kids — had whipped them before — not hard + kids Nicky, Mario 4 + 3, That night whipped kids with coathanger switch. He told her kids weren't good + what he'd done. He apologized + let it pass. ~ 1 week later kids went to Sylvia's (Grandmothers) — she saw welt marks — she threatened to call police + DSS. + take kids away from Crystal. Mr. Barnett left in Crystal's car — to his mom's house. Returned to get Crystal — got in big argument — got physical. Crystal took out warrant for fight they got in to. (Continued on progress note) arrested by cop. He

PATIENT'S
Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

FCI BUTNER
BUTNER, N

REGISTER NO.                    WARD NO.

PROGRESS NOTES
STANDARD FORM 509 (Rev. 11-77)
Prescribed by GSA/ICMR.
FIRMR (41 CFR) 201-45.505   FMC B-000109
509-111

knew — Sat in jail 1½ mo. Crystal still wanted him. Brought kids to gate by jail — he talked to them on phone. Took plea. His Mom hired him a lawyer — Got 2-12 yr. Sent. cut in half — suspended + put on probation. Charge of simple battery against her. — Crystal bailed him out + they kept relationship "on the hush." While in jail was told by Crystal's younger sister that Crystal was involved with someone else. "cheating on me." He confronted Crystal — he also talked to other guy who agreed to bow out. Family found out about him being there. Too much going on. Anthony, Crystal's kids 2 fathers, Crystal uncle's + others all looking for him. He left town with Kwane's help. GF sent him money to get to Charlotte. — He left everything except a bag of clothes. Later retrieved some of his things.

Began relationship with Alicia Chambers once returned to Charlotte. ('93).

Last saw his kids in '94 when they stayed with him + his mom. for ~ 6 mo. Tasha just dropped them off there. He had just gone through trial with Alicia Chambers thing (Fall '94). Kids didn't enjoy their stay.

*[left margin notes:]* had 1 episode in '92 w DSS w/ his kids from Tasha due to w/ curling iron on Angelica. had for a week. Tasha & got them b.

Case 3:12-cv-00327-MOC    Document 77-15    Filed 12/22/14    Page 97 of 100

Bates No. 14371

**12/4/97**
Cont'd — Kept phone contact with Tasha. When Christmas came around.—went back to Tasha + He hasn't seen them since.

A/P — Patient enjoys talking in detail. Some pattern apparent within relationships. Cont. Interviews.

S. Johnson M.D.
ACOHS

**12/5/97**
Seclusion Note:

**0915** — S/o/ Pt calm & talkative. Reported the passes were going well. Denied any concerns about being released to the open population. Agreed to contact staff should he have any difficulties. Denied S/I.

A) Behaviorly Calm

P) Release from Seclusion to any unit

M. Schaefer Ph.D

MICHAEL SCHAEFER, PH.D.
PSYCHOLOGIST

(Continue on reverse side)

Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

REGISTER NO.

WARD NO.

FCI BUTNER
BUTNER, N

**PROGRESS NOTES**
STANDARD FORM 509 (Rev. 11-77)
Prescribed by GSA/ICMR.
FIRMR (41 CFR) 201-45.505
509-111

FMC B-000111

# PROGRESS NOTES

| DATE | |
|---|---|
| 12/11/97 | Psychiatry |
| 2:00pm | S: Pt č complaint. Denies any problems |
| | O: Affect appropriate. ↓ motor nl. In NAD |
| | A: Stable |
| | P: Continue current study |
| | Vance MD, PhD |

**CHARLES VANCE, MD, PhD.**
**Psychiatric Fellow**

| 12/12/97 | Psychiatry |
|---|---|
| 3:50pm | S/O: Pt told defense psychologist would be coming in to test him. Session set up for 12/15 from 7:30 am to 3:30 pm. Pt made somewhat cryptic statement that said testing may not be needed. Pt indicated that he felt talking about his situation has been helpful to him. Encouraged him to consider psychotherapy to help him sift through issues once his trial was concluded. (Made it clear however that our current role was not for psychotherapy but to conduct study.) Pt calm and cooperative. Affect appropriate. Speech n R/T/v. |
| | A: stable |
| | P: Continue current study. |
| | Vance MD, PhD |

**CHARLES VANCE, MD, PhD.**
**Psychiatric Fellow**

FMC B-000112

S. Government Printing Office: 1989-241-175/90001

STANDARD FORM 509 BACK (Rev. 11-77)

| MEDICAL RECORD | PROGRESS NOTES |
|---|---|

DG45 DATE
12-15-97

S. triage C/o Rash on chest, back + arms, itching.
States that prior RX-c a cream has helped

O. macular Lesion (macular) through-out chest some
on back & arms.

A. Tinea Versicola

P. Trial g Selinium Sulfide . Wt diet .
    pt education          RT c/PRN

*Fullwood* — CLINT FULLWOOD
PHYSICIAN ASSISTANT

12/16/97   Psychiatry

10:00am   S/O: Pt seen yesterday afternoon (chart ~ HSU → that time).
C/o ↑ stress. At times having problems c ↓ memory and ↓
concentration. Also having frequent HAs which he describes as
being like a tight band around his head. Has had such HAs
before when stressed, but not this severe. Sleep, appetite, energy
good. Has in the past derived strength from religion, but now
finds he can't concentrate enough on Bible to read it — can't
motivate himself to go to Chapel. During conversation pt appeared
mildly anxious. Mood n. Speech n. R/S/V.

A/P: Pt showing ↑ sxs of stress, including tension HAs possibly
    in response to his realizing/recognizing what he's having in
    upcoming trial and what the stakes are. Pt educated re al

*(Continue on reverse side)*

PATIENT'S IDENTIFICATION (For typed or written entries give Name—last, first, middle)

Barnette, Aquilia Marcivic
Reg# 12599-058
DOB: 07-07-1973
FCI Butner MHD

| REGISTER NO. | WARD NO. |
|---|---|

FCI BUTNER
BUTNER, N

PROGRESS NOTES
STANDARD FORM 509 (Rev. 11-77)
Prescribed by GSA/ICMR.
FIRMR (41 CFR) 201-45.505   FMC B-000113
509-111