# STATE OF NORTH CAROLINA

_Mecklenburg_ County

In The General Court Of Justice
District Court Division-Small Claims

File No. _89CVM39467_

Film No. _90-1-2264_

Judgment Docket Book & Page No. _335-340_

**Name And Address Of Plaintiff**

The Highlands Apts.
639 Archdale Dr
Char. NC 28217

BY _____

**VERSUS**

**Name And Address Of First Defendant**

Jefferson Nero
651-H Archdale Dr.
Char. NC 28217

## JUDGMENT IN ACTION FOR SUMMARY EJECTMENT

G.S. 7A-210(2),-224; 42-30

**Name And Address Of Second Defendant**

This action was tried before the undersigned on the cause stated in the complaint. The record shows that the defendant was given proper notice of the nature of the action and the place, date and time of trial.

**The Court Finds:**

☑ that the plaintiff has proved his case by the greater weight of the evidence.

☐ that the plaintiff has failed to prove his case by the greater weight of the evidence.

☐ other findings:

**It Is ORDERED That:**

☑ the defendant(s) be removed from and the plaintiff be put in possession of the premises described in the complaint.

☐ this action be dismissed with prejudice.

☐ this action be dismissed with prejudice because the defendant tendered the rent due and the court costs of this action.

☑ the plaintiff recover rent of the defendant(s) at the rate listed below, plus damages in the amount indicated. The plaintiff is also entitled to interest on the total principal sum from this date until the judgment is paid.

☑ Costs of this action are taxed to the ☐ plaintiff ☑ defendant.

| Rate Of Rent | | Amount Of Rent Owed |
|---|---|---|
| $ 476.00 per ☑ Month ☐ Week | | $ 100.00 |
| Amount Of Other Damages | $ | |
| Total Principal Sum | $ | 100.00 |

Date _1-4-90_

Signature Of Magistrate

## ENTRY OF APPEAL

| Name Of Party Appealing | ☐ Given In Open Court | ☐ Given In Writing |
|---|---|---|
| Date Appeal Given | | |
| | ☐ Jury Trial Not Requested | ☐ Jury Trial Requested |
| Date Court Costs Paid | Amount Court Costs Paid $ | |

AOC-CVM-401
Rev. 9/87

PC - 004258

# STATE OF NORTH CAROLINA

File No. 89-CVM 39467

MECKLENBURG County

In The General Court Of Justice
District Court Division-Small Claims

Plaintiff

HIGHLANDS APARTMENTS

FILED DEC 19 1989
ROBERT M. BLACKBURN
CLERK SUPERIOR COURT
MECKLENBURG COUNTY, N.

## MAGISTRATE SUMMONS

☐ Alias and Pluries Summons. The summons originally issued against you was returned not served. (Disregard this section unless the block is checked.)

**VERSUS**

Defendant(s)

JEFFERSON NERO

G.S. 7A-217, 232; 1A-1, Rule 4

Date Last Summons Issued

| TO: | TO: |
|---|---|
| Name And Address Of First Defendant | Name And Address Of Second Defendant |
| JEFFERSON NERO 651 H ARCHDALE DRIVE CHARLOTTE, NC 28217 | 5-125 |

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court 800 East Fourth St. Rm. 13 | Date Of Trial 1-4-90 | Time Of Trial 9:00 ☒ AM ☐ PM |
|---|---|---|
| Name And Address Of Plaintiff Or Plaintiff's Attorney THE HIGHLANDS APARTMENTS 639 ARCHDALE DRIVE CHARLOTTE, NC 28217 | Date Issued 12-19-89 | |
| | Signature ☐ Deputy CSC ☒ Assistant CSC ☐ Clerk Of Superior Court | |

COPY MAILED
DEC 21 1989
MECKLENBURG COUNTY
SHERIFF'S DEPT.

AOC-CVM-100
Rev. 6/87

(Over)

355 3503

Case 3:12-cv-00327-MOC   Document 78-1   Filed 12/22/14   Page 2 of 100
Bates No. 14149

# STATE OF NORTH CAROLINA

File No. 39467

MECKLENBURG _____ County

In the General Court of Justice
District Court Division-Small Claims

**Plaintiff Name & Address (Include County)**
THE HIGHLANDS APARTMENTS
639 ARCHDALE DRIVE
CHARLOTTE, NC, MECKLENBURG
28217

## COMPLAINT
## IN SUMMARY EJECTMENT

DAPPEAL
MECKLENBURG COUNTY        CLERK OF COURT

GS 7A-216; 232; Ch 42 Art 3

**VERSUS**

**Name & Address of First Defendant (Include County)**
JEFFERSON NERO
651 H ARCHDALE DRIVE
CHARLOTTE, NC, MECKLENBURG
28217

**Name & Address of Second Defendant (Include County)**

CASE NUMBER
89 CVM 39467

PAYOR NAME
HIGHLAND APTS.                US 3 CASES

PAYEE NAME
89CVM39467-39469

1. Defendant is a resident of the county listed above.

2. Defendant entered into possession of premises described below as a lessee of plaintiff.

SPEC FEES              60.00
0271 220 FAC FEES - COUNTY     15.00
APARTMENT FEES-UNIT ARCHDALE DR.
TOTAL AMOU                      87.00
AMOUNT TENDERED                87.00
CHANGE                          .00
OPERATOR JACKIE FURR
12-12-89

**Description of Premises (include location)** 3 BEDROOM APARTMENT

| Amount of Rent | Date Rent Due | Date Lease Ended | Type of Lease |
|---|---|---|---|
| $476.00 ☒ Mo. ☐ Wk. | 12-1-89 | 10-31-89 | ☐ Oral ☒ Written |

3. ☐ Defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint

☐ The lease period ended on the above date and the defendant is holding over after the end of the lease period.

☒ The defendant breached the condition of the lease described below for which re-entry is specified.

**Description of Breach**
LATE RENTAL PAYMENT

The plaintiff has demanded possession of the premises of the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

4. Defendant owes the plaintiff for the following:

**Description of any property damage**

| Amount of Damage | Amount of Rent Past Due | Total Amount |
|---|---|---|
| $ | $ 476.00 | $ 491.00 |

The plaintiff demands judgment against the defendant, that he be put in possession of the premises and that he recover the total amount listed above plus interest and reimbursement for court costs.

| Address of Attorney or Agent | Date |
|---|---|
| 639 ARCHDALE DRIVE CHARLOTTE, NC 28217 | 12-14-89 |
| | Signature of Plaintiff/Attorney/Agent Lynn Rice |

### Certification When Complaint Signed by Agent of Plaintiff

I certify that I am an agent of the plaintiff, duly authorized to sign this complaint in his behalf, and have actual knowledge of the facts alleged in the complaint.

Date 12-14-89
Signature Lynn Rice

AOC-CVM-201
Rev. 9-85                    (See instructions on back)

PC - 004260

Case 3:12-cv-00327-MOC    Document 78-1    Filed 12/22/14    Page 3 of 100
Bates No. 24450

# STATE OF NORTH CAROLINA

_Mecklenburg_ County
In The General Court Of Justice
District Court Division-Small Claims

File No. _89CVM 39467_
Film No. _90-1-2264_
Judgment Docket Book & Page No. _335-340_

**Name And Address Of Plaintiff**

The Highlands Apts.
639 Archdale Dr
Char. NC 28217

BY_____

**VERSUS**

**Name And Address Of First Defendant**

Jefferson Nero
651-H Archdale Dr.
Char. NC 28217

**JUDGMENT IN ACTION**
**FOR**
**SUMMARY EJECTMENT**

G.S. 7A-210(2),-224; 42-30

**Name And Address Of Second Defendant**

This action was tried before the undersigned on the cause stated in the complaint. The record shows that the defendant was given proper notice of the nature of the action and the place, date and time of trial.

**The Court Finds:**

☑ that the plaintiff has proved his case by the greater weight of the evidence.

☐ that the plaintiff has failed to prove his case by the greater weight of the evidence.

☐ other findings:

**It Is ORDERED That:**

☑ the defendant(s) be removed from and the plaintiff be put in possession of the premises described in the complaint.

☐ this action be dismissed with prejudice.

☐ this action be dismissed with prejudice because the defendant tendered the rent due and the court costs of this action.

☑ the plaintiff recover rent of the defendant(s) at the rate listed below, plus damages in the amount indicated. The plaintiff is also entitled to interest on the total principal sum from this date until the judgment is paid.

☑ Costs of this action are taxed to the ☐ plaintiff ☑ defendant.

| Rate Of Rent | Amount Of Rent Owed | |
|---|---|---|
| $ 476.00 per ☑ Month ☐ Week | $ 100.00 | |
| Amount Of Other Damages $ | **Date** 1-4-90 | |
| Total Principal Sum ▶ $ 100.00 | **Signature Of Magistrate** | |

**ENTRY OF APPEAL**

| Name Of Party Appealing | |
|---|---|
| | ☐ Given In Open Court   ☐ Given In Writing |
| Date Appeal Given | |
| | ☐ Jury Trial Not Requested   ☐ Jury Trial Requested |
| Date Court Costs Paid | Amount Court Costs Paid $ |

AOC-CVM-401
Rev. 9/87

PC - 004258

Case 3:12-cv-00327-MOC   Document 78-1   Filed 12/22/14   Page 4 of 100

Bates No. 244151

# STATE OF NORTH CAROLINA

File No. 89-CVM 39467

MECKLENBURG County

FILED

In The General Court Of Justice
District Court Division-Small Claims

**Plaintiff**

HIGHLANDS APARTMENTS

DEC 19 1989

ROBERT M. BLACKBURN
CLERK SUPERIOR COURT
MECKLENBURG COUNTY, N

## MAGISTRATE SUMMONS

☐ Alias and Pluries Summons. The summons originally issued against you was returned not served.
(Disregard this section unless the block is checked.)

G.S. 7A-217, 232; 1A-1, Rule 4

**VERSUS**

**Defendant(s)**

JEFFERSON NERO

Date Last Summons Issued

| TO: | TO: |
|---|---|
| Name And Address Of First Defendant | Name And Address Of Second Defendant |
| JEFFERSON NERO<br>651 H ARCHDALE DRIVE<br>CHARLOTTE, NC<br>28217 | 5-125 |

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court<br>800 East Fourth St. Rm. 13 | Date Of Trial<br>1-4-90 | Time Of Trial<br>9:00 ☒ AM ☐ PM |
|---|---|---|
| Name And Address Of Plaintiff Or Plaintiff's Attorney<br>THE HIGHLANDS APARTMENTS<br>639 ARCHDALE DRIVE<br>CHARLOTTE, NC<br>28217 | Date Issued<br>12-19-89 | |
| | Signature | |
| | ☐ Deputy CSC ☒ Assistant CSC ☐ Clerk Of Superior Court | |

COPY MAILED
DEC 21 1989
MECKLENBURG COUNTY
SHERIFF'S DEPT.

AOC-CVM-100
Rev. 6/87

(Over)

353503

Case 3:12-cv-00327-MOC    Document 78-1    Filed 12/22/14    Page 5 of 100
Bates No. 14152

# STATE OF NORTH CAROLINA

File No. 39467

MECKLENBURG _____ County

In the General Court of Justice
District Court Division-Small Claims

**Plaintiff Name & Address (Include County)**
THE HIGHLANDS APARTMENTS
639 ARCHDALE DRIVE
CHARLOTTE, NC, MECKLENBURG
28217

## COMPLAINT IN SUMMARY EJECTMENT

GS 7A-216; 232; Ch 42 Art 3

**VERSUS**

**Name & Address of First Defendant (Include County)**
JEFFERSON NERO
651 H ARCHDALE DRIVE
CHARLOTTE, NC, MECKLENBURG
28217

**Name & Address of Second Defendant (Include County)**

CASE NUMBER
89 CVM 39467

PAYOR NAME
HIGHLAND APTS.          US 3 CASES

PAYEE NAME
89CVM39467-39469

1. Defendant is a resident of the county listed above.

2. Defendant entered into possession of premises described below as a lessee of plaintiff.

Description of Premises (include location) 3 BEDROOM APARTMENT 651-H ARCHDALE DR.

| Amount of Rent | Date Rent Due | Date Lease Ended | Type of Lease |
|---|---|---|---|
| $476.00 ☒ Mo. ☐ Wk. | 12-1-89 | 10-31-89 | ☐ Oral ☒ Written |

3. ☐ Defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint

☐ The lease period ended on the above date and the defendant is holding over after the end of the lease period.

☒ The defendant breached the condition of the lease described below for which re-entry is specified.

**Description of Breach**
LATE RENTAL PAYMENT

The plaintiff has demanded possession of the premises of the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

4. Defendant owes the plaintiff for the following:

**Description of any property damage**

| Amount of Damage | Amount of Rent Past Due | Total Amount |
|---|---|---|
| $ | $ 476.00 | $ 491.00 |

The plaintiff demands judgment against the defendant, that he be put in possession of the premises and that he recover the total amount listed above plus interest and reimbursement for court costs.

| Address of Attorney or Agent | Date |
|---|---|
| 639 ARCHDALE DRIVE CHARLOTTE, NC 28217 | 12-14-89 |
| | Signature of Plaintiff/Attorney/Agent _Lynn Rice_ |

### Certification When Complaint Signed by Agent of Plaintiff

I certify that I am an agent of the plaintiff, duly authorized to sign this complaint in his behalf, and have actual knowledge of the facts alleged in the complaint.

Date 12-14-89
Signature _Lynn Rice_

AOC-CVM-201
Rev. 9-85          (See instructions on back)

PC - 004260

| File No. 90CVM 24123 |
| Film No. 90-146- 1477 |

Judgment Docket Book And Page No.

## JUDGMENT IN ACTION FOR SUMMARY EJECTMENT

G.S. 7A-210(2), 7A-224; 42-30

Name And Address Of Plaintiff

The Highlands Apts.
639 Archdale Dr.
Charlotte, N.C. 28217

| County Meck. | Telephone No. 525-0184 |

### VERSUS

Name And Address Of First Defendant

Jefferson Nero
651-H Archdale Dr.
Charlotte, N.C. 28217

| County | Telephone No. |

Name And Address Of Second Defendant

| County | Telephone No. |

Name And Address Of Plaintiff's Attorney

## STATE OF NORTH CAROLINA

Meck. _____ County

In The General Court Of Justice
District Court Division-Small Claims

This action was tried before the undersigned on the cause stated in the complaint. The record shows that the defendant was given proper notice of the nature of the action and the date, time and location of trial.

### FINDINGS

The Court finds that:

☑ the plaintiff has proved his case by the greater weight of the evidence.
☐ the plaintiff has failed to prove his case by the greater weight of the evidence.
☐ Other:

### ORDER

It is ORDERED that:

☑ the defendant(s) be removed from and the plaintiff be put in possession of the premises described in the complaint.
☐ this action be dismissed with prejudice.
☐ this action be dismissed with prejudice because the defendant tendered the rent due and the court costs of this action.
☐ the plaintiff recover rent of the defendant(s) at the rate listed below, plus damages in the amount indicated. The plaintiff is also entitled to interest on the total principal sum from this date until the judgment is paid.
☐ Other: (specify)

☑ Costs of this action are taxed to the ☑ plaintiff. ☐ defendant.

| Rate Of Rent $ 489.00 per ☑ Month ☐ Week | Amount Of Rent Owed To Date $ | |
| Amount Of Other Damages $ | Date 9/4/90 |
| Total Amount ▶ $ | Signature Of Magistrate |

### ENTRY OF APPEAL

| Name Of Appealing Party | ☐ Given In Open Court | ☐ Jury Trial Not Requested |
| | ☐ Given In Writing | ☐ Jury Trial Requested |
| Date Appeal Given | Date Court Costs Paid | Amount Court Costs Paid $ |

AOC-CVM-401
Rev. 4/90

PC - 004261

File No. 2427

# STATE OF NORTH CAROLINA

MECKLENBURG ——————— County

In The General Court Of Justice
District Court Division-Small Claims

## COMPLAINT
## IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232; Ch. 42, Art. 3

**Name And Address Of Plaintiff**

THE HIGHLANDS APARTMENTS
639 ARCHDALE DRIVE
CHARLOTTE, NC 28217

| County | Telephone No. |
|---|---|
| MECKLENBURG | 525-0184 |

**VERSUS**

**Name And Address Of First Defendant**

JEFFERSON NERO
651 H ARCHDALE DRIVE
CHARLOTTE, NC 28217

| County | Telephone No. |
|---|---|
| MECKLENBURG | 525-4056 |

**Name And Address Of Second Defendant**

| County | Telephone No. |
|---|---|

**Name And Address Of Plaintiff's Attorney Or Agent**

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

**Description Of Premises (Include Location)**
651 H ARCHDALE DRIVE 3 BEDROOM APARTMENT

| Rate Of Rent | | Date Rent Due | Date Lease Ended | Type Of Lease |
|---|---|---|---|---|
| $489.00 per ☒ Month ☐ Week | | 8-1-90 | 10-31-89 | ☐ Oral ☒ Written |

3. ☐ The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint.

☐ The lease period ended on the above date and the defendant is holding over after the end of the lease period.

☒ The defendant breached the condition of the lease described below for which re-entry is specified.

**Description Of Breach**
CONTINUOUS LATE RENTAL PAYMENTS

The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

4. The defendant owes the plaintiff for the following:

**Description Of Any Property Damage**

| Amount Of Damage | Amount Of Rent Past Due | Total Amount |
|---|---|---|
| $ | $489.00 | $504.00 |

I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgment plus interest and reimbursement for court costs.

| Date | Signature Of Plaintiff/Attorney/Agent |
|---|---|
| 8-17-90 | |

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint.

| Date | Signature |
|---|---|
| 8-17-90 | |

AOC-CVM-201
Rev. 4/90

(Over)

PC - 004262

| RETURN OF SERVICE |
|---|

I certify that this Summons and a copy of the complaint were received and served as follows:

**DEFENDANT 1**

| Date Served | Name Of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason :

**DEFENDANT 2**

| Date Served | Name Of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason :

| FOR USE IN SUMMARY EJECTMENT CASES ONLY |
|---|

☑ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| 8/3/90 | Sharon More |

| Address Of Premises Where Posted |
|---|
| 651 H Archdale |

| Service Fee Paid $ | Date Received 3/21/90 | Name Of Sheriff |
|---|---|---|
| By | Date Of Return 3/31/90 | County Meck |
| | | Deputy Sheriff Making Return |

AOC-CVM-100, Side Two
Rev. 6/87

PC - 004263

Case 3:12-cv-00327-MOC    Document 78-1   Filed 12/22/14    Page 9 of 100

Bates No. 14456

| | |
|---|---|
| File No. 90CVM 24123 | |

Film No. 90-146· 1477

Judgment Docket Book And Page No.

# JUDGMENT
# IN ACTION FOR
# SUMMARY EJECTMENT

G.S. 7A-210(2), 7A-224; 42-30

**Name And Address Of Plaintiff**
The Highlands Apts.
639 Archdale Dr.
Charlotte, N.C. 28217

| County Meck. | Telephone No. 525-0184 |
|---|---|

**VERSUS**

**Name And Address Of First Defendant**
Jefferson Nero
651-H Archdale Dr.
Charlotte, N.C. 28217

| County | Telephone No. |
|---|---|

**Name And Address Of Second Defendant**

| County | Telephone No. |
|---|---|

**Name And Address Of Plaintiff's Attorney**

## STATE OF NORTH CAROLINA

Meck. _____ County

In The General Court Of Justice
District Court Division-Small Claims

This action was tried before the undersigned on the cause stated in the complaint. The record shows that the defendant was given proper notice of the nature of the action and the date, time and location of trial.

### FINDINGS

The Court finds that:

☑ the plaintiff has proved his case by the greater weight of the evidence.
☐ the plaintiff has failed to prove his case by the greater weight of the evidence.
☐ Other:

### ORDER

It is ORDERED that:

☑ the defendant(s) be removed from and the plaintiff be put in possession of the premises described in the complaint.
☐ this action be dismissed with prejudice.
☐ this action be dismissed with prejudice because the defendant tendered the rent due and the court costs of this action.
☐ the plaintiff recover rent of the defendant(s) at the rate listed below, plus damages in the amount indicated. The plaintiff is also entitled to interest on the total principal sum from this date until the judgment is paid.
☐ Other: (specify)

☑ Costs of this action are taxed to the ☑ plaintiff. ☐ defendant.

| Rate Of Rent $ 489.00 per ☑ Month ☐ Week | Amount Of Rent Owed To Date $ | |
|---|---|---|
| Amount Of Other Damages $ | Date 9/4/90 | |
| Total Amount ▶ $ | Signature Of Magistrate | |

### ENTRY OF APPEAL

| Name Of Appealing Party | ☐ Given In Open Court ☐ Given In Writing | ☐ Jury Trial Not Requested ☐ Jury Trial Requested |
|---|---|---|
| Date Appeal Given | Date Court Costs Paid | Amount Court Costs Paid $ |

AOC-CVM-401
Rev. 4/90

PC - 004261

# STATE OF NORTH CAROLINA

MECKLENBURG ———— County

In The General Court Of Justice
District Court Division-Small Claims

## COMPLAINT

## IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232; Ch. 42, Art. 3

**Name And Address Of Plaintiff**

THE HIGHLANDS APARTMENTS
639 ARCHDALE DRIVE
CHARLOTTE, NC 28217

| County | Telephone No. |
|---|---|
| MECKLENBURG | 525-0184 |

### VERSUS

**Name And Address Of First Defendant**

JEFFERSON NERO
651 H ARCHDALE DRIVE
CHARLOTTE, NC 28217

| County | Telephone No. |
|---|---|
| MECKLENBURG | 525-4056 |

**Name And Address Of Second Defendant**

| County | Telephone No. |
|---|---|
| | |

**Name And Address Of Plaintiff's Attorney Or Agent**

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

**Description Of Premises (Include Location)**
651 H ARCHDALE DRIVE 3 BEDROOM APARTMENT

| Rate Of Rent | | Date Rent Due | Date Lease Ended | Type Of Lease |
|---|---|---|---|---|
| $489.00 per | ☒ Month ☐ Week | 8-1-90 | 10-31-89 | ☐ Oral ☒ Written |

3. ☐ The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint.

☐ The lease period ended on the above date and the defendant is holding over after the end of the lease period.

☒ The defendant breached the condition of the lease described below for which re-entry is specified.

**Description Of Breach**
CONTINUOUS LATE RENTAL PAYMENTS

The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

4. The defendant owes the plaintiff for the following:

**Description Of Any Property Damage**

| Amount Of Damage | Amount Of Rent Past Due | Total Amount |
|---|---|---|
| $ | $489.00 | $504.00 |

I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgment plus interest and reimbursement for court costs.

| Date | Signature Of Plaintiff/Attorney/Agent |
|---|---|
| 8-17-90 | |

### CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint.

| Date | Signature |
|---|---|
| 8-17-90 | |

AOC-CVM-201
Rev. 4/90

(Over)

PC - 004262

Bates No. 14458

| RETURN OF SERVICE | | |
|---|---|---|

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

| FOR USE IN SUMMARY EJECTMENT CASES ONLY | |
|---|---|

☑ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served 8/31/90 | Name(s) Of The Defendant(s) Served By Posting _Shawon More_ |
|---|---|
| Address Of Premises Where Posted 651 H Archdale | |
| Service Fee Paid $ | Date Received 8/21/90 | Name Of Sheriff _Culp_ |
| By | Date Of Return 8/31/90 | County Mech |
| AOC-CVM-100, Side Two Rev. 6/87 | Deputy Sheriff Making Return _Kenny_ |

PO - 004263

Case 3:12-cv-00327-MOC    Document 78-1    Filed 12/22/14    Page 12 of 100
Bates No. 14455

**File No.** 91CVM8270

**Film No.** 91-70-837

**Judgment Docket Book And Page No.**

# JUDGMENT
# IN ACTION FOR
# SUMMARY EJECTMENT

G.S. 7A-210(2), 7A-224; 42-30

**Name And Address Of Plaintiff**

The Highlands Apts.
639 Archdale Dr.
Charlotte, NC 28217

**County** | **Telephone No.**

## VERSUS

**Name And Address Of First Defendant**

Jefferson Nero +ocup
651-H Archdale Dr.
Charlotte, NC 28217

**County** | **Telephone No.**

**Name And Address Of Second Defendant**

**County** | **Telephone No.**

**Name And Address Of Plaintiff's Attorney**

AOC-CVM-401
Rev. 4/90

---

## STATE OF NORTH CAROLINA

_Mechlenburg_ County

In The General Court Of Justice
District Court Division-Small Claims

This action was tried before the undersigned on the cause stated in the complaint. The record shows that the defendant was given proper notice of the nature of the action and the date, time and location of trial.

### FINDINGS

The Court finds that:

☑ the plaintiff has proved his case by the greater weight of the evidence.
☐ the plaintiff has failed to prove his case by the greater weight of the evidence.
☐ Other:

### ORDER

It is ORDERED that:

☑ the defendant(s) be removed from and the plaintiff be put in possession of the premises described in the complaint.
☐ this action be dismissed with prejudice.
☐ this action be dismissed with prejudice because the defendant tendered the rent due and the court costs of this action.
☑ the plaintiff recover rent of the defendant(s) at the rate listed below, plus damages in the amount indicated. The plaintiff is also entitled to interest on the total principal sum from this date until the judgment is paid.
☐ Other: *(specify)*

☑ Costs of this action are taxed to the ☐ plaintiff. ☑ defendant.

| Rate Of Rent | ☑ Month ☐ Week | Amount Of Rent Owed To Date |
|---|---|---|
| $ 499.00 per | | $ 514.00 |

| Amount Of Other Damages | $ | Date 4-3-91 |
|---|---|---|
| Total Amount | ▶ $ 514.00 | Signature Of Magistrate |

### ENTRY OF APPEAL

| Name Of Appealing Party | ☐ Given In Open Court | ☐ Jury Trial Not Requested |
|---|---|---|
| | ☐ Given In Writing | ☐ Jury Trial Requested |
| Date Appeal Given | Date Court Costs Paid | Amount Court Costs Paid $ |

PC - 004264

Case 3:12-cv-00327-MOC    Document 78-1    Filed 12/22/14    Page 13 of 100
Bates No. 14460

| File No. | |
|---|---|
| *8270* | |

## COMPLAINT
## IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232; Ch. 42, Art. 3

**STATE OF NORTH CAROLINA**

Mecklenburg _____ County

In The General Court Of Justice
District Court Division-Small Claims

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

Description Of Premises (Include Location)
3 Bedroom Apartment at 651 H Archdale Drive

| Name And Address Of Plaintiff | Rate Of Rent | Date Rent Due | Date Lease Ended | Type Of Lease |
|---|---|---|---|---|
| The Highlands Apartments 639 Archdale Drive Charlotte, NC 28217 | $ 499.00 per ☒Month ☐Week | 03/01/91 | 10/31/89 | ☐Oral ☒Written |

3. ☐ The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint.

☐ The lease period ended on the above date and the defendant is holding over after the end of the lease period.

☒ The defendant breached the condition of the lease described below for which re-entry is specified.

Description Of Breach
Continuous Late Rental Payments

| County | Telephone No. |
|---|---|
| Mecklenburg | 525-0184 |

**VERSUS**

| Name And Address Of First Defendant |
|---|
| Jefferson Nero & All Occupants 651 H Archdale Drive Charlotte, NC 28217 |

The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

4. The defendant owes the plaintiff for the following:

Description Of Any Property Damage

| County | Telephone No. |
|---|---|
| Mecklenburg | Unknown |

Name And Address Of Second Defendant

| Amount Of Damage | Amount Of Rent Past Due | Total Amount |
|---|---|---|
| $ | $ 499.00 | $ 514.00 |

I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgment plus interest and reimbursement for court costs.

| County | Telephone No. |
|---|---|

| Date | Signature Of Plaintiff/Attorney/Agent |
|---|---|
| 03/18/91 | |

Name And Address Of Plaintiff's Attorney Or Agent

### CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint.

| Date | Signature |
|---|---|
| 03/18/91 | |

AOC-CVM-201
Rev. 4/90

(Over)

PC - 004265

STATE OF NORTH CAROLINA FILED

File No. *97 CVM*

___Mecklenburg___ County 91 MAR 19 AM 9: 04

MECKLENBURG CO., C.S.C.

In The General Court Of Justice
District Court Division-Small Claims

Plaintiff

**The Highlands Apartments**

BY

VERSUS

Defendant(s)

**Jefferson Nero & All Occupants**

## MAGISTRATE SUMMONS

☐ **Alias and Pluries Summons.** The summons originally issued against you was returned not served.
*(Disregard this section unless the block is checked.)*

G.S. 7A-217, 232; 1A-1, Rule 4

Date Last Summons Issued

| TO: | TO: |
|---|---|
| Name And Address Of First Defendant | Name And Address Of Second Defendant |
| Jefferson Nero & All Occupants<br>651 H Archdale Drive<br>Charlotte, NC 28217 | |

### A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

Location Of Court *700 E. Trade St. Room 200*

Name And Address Of Plaintiff Or Plaintiff's Attorney
**The Highlands Apartments**
**639 Archdale Drive**
**Charlotte, NC 28217**

Date Of Trial *3-3-91*

Time Of Trial *9:00* ☑ AM ☐ PM

Date Issued *3-19-91*

Signature *H.S.W.*

☐ Deputy CSC ☑ Assistant CSC ☐ Clerk Of Superior Court

AOC-CVM-100

(Over)

PC_ 004266

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|
| 3-8-91 | Jefferone Jefferson Nero |

☒ By delivering to the defendant named above a copy of the summons and complaint.

☒ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

Tessie Nero 651 H- Archdale Dr

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|
|  |  |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

☐ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
|  |  |

Address Of Premises Where Posted

| Service Fee Paid $ | Date Received 3-15-91 | Name Of Sheriff CW KIDD JR |
|---|---|---|
| By | Date Of Return 3-25-91 | County Meck |

AOC-CVM-100, Side Two
Rev. 6/87

Deputy Sheriff Making Return

PC - 004267

File No. 91CVM8270
Film No. 91-70-837

Judgment Docket Book And Page No.

# JUDGMENT
# IN ACTION FOR
# SUMMARY EJECTMENT

G.S. 7A-210(2), 7A-224; 42-30

**Name And Address Of Plaintiff**
The Highlands Apts.
639 Archdale Ln.
Charlotte, NC 28217

County | Telephone No.

**VERSUS**

**Name And Address Of First Defendant**
Jefferson Nero + occup
651-H Archdale Ln.
Charlotte, NC 28217

County | Telephone No.

**Name And Address Of Second Defendant**

County | Telephone No.

**Name And Address Of Plaintiff's Attorney**

AOC-CVM-401
Rev. 4/90

---

## STATE OF NORTH CAROLINA
Mechlenburg County

In The General Court Of Justice
District Court Division-Small Claims

This action was tried before the undersigned on the cause stated in the complaint. The record shows that the defendant was given proper notice of the nature of the action and the date, time and location of trial.

### FINDINGS

The Court finds that:

☑ the plaintiff has proved his case by the greater weight of the evidence.
☐ the plaintiff has failed to prove his case by the greater weight of the evidence.
☐ Other:

### ORDER

It is ORDERED that:

☑ the defendant(s) be removed from and the plaintiff be put in possession of the premises described in the complaint.
☐ this action be dismissed with prejudice.
☐ this action be dismissed with prejudice because the defendant tendered the rent due and the court costs of this action.
☑ the plaintiff recover rent of the defendant(s) at the rate listed below, plus damages in the amount indicated. The plaintiff is also entitled to interest on the total principal sum from this date until the judgment is paid.
☐ Other: *(specify)*

☑ Costs of this action are taxed to the ☐ plaintiff. ☑ defendant.

| Rate Of Rent | ☑ Month ☐ Week | Amount Of Rent Owed To Date |
|---|---|---|
| $ 499.00 per | | $ 514.00 |

| Amount Of Other Damages | $ | Date 4-3-91 |
|---|---|---|
| Total Amount | ▶ $ 514.00 | Signature Of Magistrate |

### ENTRY OF APPEAL

| Name Of Appealing Party | ☐ Given In Open Court | ☐ Jury Trial Not Requested |
|---|---|---|
| | ☐ Given In Writing | ☐ Jury Trial Requested |
| Date Appeal Given | Date Court Costs Paid | Amount Court Costs Paid $ |

PC - 004264

| File No. | | |
|---|---|---|
| $8270 | | |

**COMPLAINT**

**IN SUMMARY EJECTMENT**

G.S. 7A-216, 7A-232; Ch. 42, Art. 3

**STATE OF NORTH CAROLINA**

Mecklenburg — County

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

Description Of Premises (Include Location)
3 Bedroom Apartment at 651 H Archdale Drive

**Name And Address Of Plaintiff**
The Highlands Apartments
639 Archdale Drive
Charlotte, NC 28217

| Rate Of Rent | ☒ Month | Date Rent Due | Date Lease Ended | Type Of Lease |
|---|---|---|---|---|
| $ 499.00 per ☐ Week | | 03/01/91 | 10/31/89 | ☐ Oral ☒ Written |

3. ☐ The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint.

☐ The lease period ended on the above date and the defendant is holding over after the end of the lease period.

☒ The defendant breached the condition of the lease described below for which re-entry is specified.

| County | Telephone No. |
|---|---|
| Mecklenburg | 525-0184 |

**VERSUS**

Description Of Breach
Continuous Late Rental Payments

The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

**Name And Address Of First Defendant**
Jefferson Nero & All Occupants
651 H Archdale Drive
Charlotte, NC 28217

4. The defendant owes the plaintiff for the following:

Description Of Any Property Damage

| County | Telephone No. |
|---|---|
| Mecklenburg | Unknown |

**Name And Address Of Second Defendant**

| Amount Of Damage | Amount Of Rent Past Due | Total Amount |
|---|---|---|
| $ | $ 499.00 | $ 514.00 |

I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgment plus interest and reimbursement for court costs.

| County | Telephone No. |
|---|---|
| | |

| Date | Signature Of Plaintiff/Attorney/Agent |
|---|---|
| 03/18/91 | |

**Name And Address Of Plaintiff's Attorney Or Agent**

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint.

| Date | Signature |
|---|---|
| 03/18/91 | |

AOC-CVM-201
Rev. 4/90

(Over)

PC - 004265

Bates No. 14465

PC_ 004266

# STATE OF NORTH CAROLINA FILED

File No. 91CVM

**Mecklenburg** County 91 MAR 19 AM 9: 04

MECKLENBURG CO., CSC.

In The General Court Of Justice
District Court Division-Small Claims

Plaintiff

**The Highlands Apartments**

BY ————

## MAGISTRATE SUMMONS

☐ **Alias and Pluries Summons.** The summons originally issued against you was returned not served.
*(Disregard this section unless the block is checked.)*

G.S. 7A-217, 232; 1A-1, Rule 4

VERSUS

Defendant(s)

**Jefferson Nero & All Occupants**

*Date Last Summons Issued*

TO:
*Name And Address Of First Defendant*

**Jefferson Nero & All Occupants**
**651 H Archdale Drive**
**Charlotte, NC 28217**

TO:
*Name And Address Of Second Defendant*

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

*Location Of Court* 700 E. Trade H. Room 200

*Date Of Trial* 4-3-91

*Time Of Trial* 9:00 ☑ AM ☐ PM

*Name And Address Of Plaintiff Or Plaintiff's Attorney*
**The Highlands Apeartments**
**639 Archdale Drive**
**Charlotte, NC 28217**

*Date Issued* 3-19-91

*Signature* H.S.W.

☐ Deputy CSC ☑ Assistant CSC ☐ Clerk Of Superior Court

AOC-CVM-100

*(Over)*

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|
| 3-25-91 | Jeffery De Jefferson Mens |

☒ By delivering to the defendant named above a copy of the summons and complaint.

☒ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

Tessie Nero   651 H- Archdale Dr

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

☐ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| | |

Address Of Premises Where Posted

| Service Fee Paid $ | Date Received 3-15-91 | Name Of Sheriff CW KIDD JE |
|---|---|---|
| By | Date Of Return 3-25-91 | County Meck |

AOC-CVM-100, Side Two
Rev. 6/87

Deputy Sheriff Making Return

PC - 004267

Bates No. 14467

Case 3:12-cv-00327-MOC   Document 78-1   Filed 12/22/14   Page 21 of 100

**File No.**
91 CVM 20694

**Film No.**
91-198-131

*Judgment Docket Book And Page No.*

# JUDGMENT
## IN ACTION TO RECOVER MONEY OR PERSONAL PROPERTY

G.S. 7A-210(2), 7A-224

*Name And Address Of Plaintiff*
Ricky Baxter
902 Saluda
Rock Hill, SC 29730

| County | Telephone No. |
| --- | --- |
|  |  |

**VERSUS**

*Name And Address Of First Defendant*
Jefferson Luther Nero
641-H Archdale Dr.
Charlotte, NC 28217

| County | Telephone No. |
| --- | --- |
|  |  |

*Name And Address Of Second Defendant*

| County | Telephone No. |
| --- | --- |
|  |  |

*Name And Address Of Plaintiff's Attorney*

DC-004268

AOC-CVM-400
Rev. 4/90

## STATE OF NORTH CAROLINA

Mecklenburg _____ County

In The General Court Of Justice
District Court Division-Small Claims

This action was tried before the undersigned on the cause stated in the complaint. The record shows that the defendant was given proper notice of the nature of the action and the date, time and location of trial.

**FINDINGS**

The Court finds:
☑ that the plaintiff has proved his case by the greater weight of the evidence.
☐ that the plaintiff has failed to prove his case by the greater weight of the evidence.
☐ Other:

**ORDER**

It is ORDERED that:
☐ the plaintiff recover possession of the personal property described in the complaint.
☐ the plaintiff recover possession of the personal property listed below:

☐ the plaintiff recover nothing of the defendant(s) and that this action be dismissed with prejudice.
☑ *(for breach of contract cases only)* the plaintiff recover of the defendant(s) the following principal sum and interest accrued to the date of the judgment, plus interest at the legal rate on the principal sum from this day until judgment is satisfied.
☐ *(for non-contract cases)* the plaintiff recover of the defendant(s) the following principal sum, plus interest at the legal rate from the date the action was instituted until judgment is satisfied.
☐ Other: *(specify)*

☑ Costs of this action are taxed to the ☐ plaintiff. ☑ defendant.

| | | |
| --- | --- | --- |
| Principal Sum Of Judgment | $ | 1800.20 |
| Amount Of Interest Not Included In Principal | $ | |
| Attorney's Fees Or Other Damages *(when appropriate)* | $ | |
| Total Amount | ▶ $ | 1800.20 |

Name Of Judgment Debtor(s) From Which Amt. Recovered
Jefferson Luther Nero

Date
9-9-91

Signature Of Magistrate
C-Ander

**ENTRY OF APPEAL**

| Name Of Appealing Party | ☐ Given In Open Court | ☐ Jury Trial Not Requested |
| --- | --- | --- |
| | ☐ Given In Writing | ☐ Jury Trial Requested |

| Date Appeal Given | Date Court Costs Paid | Amount Court Costs Paid $ |
| --- | --- | --- |
| | | |

Case 3:12-cv-00327-MOC   Document 78-1   Filed 12/22/14   Page 22 of 100

File No.
91-CVM- ~~20694~~

FILED
1991 JUL 18 PM 3: 25

MECKLENBURG CTY, C.S.C.

BY _____

**COMPLAINT**
**FOR MONEY OWED**

G.S. 7A-216, 7A-232

**STATE OF NORTH CAROLINA**

MECKLENBURG _____ County

In The General Court Of Justice
District Court Division-Small Claims

1. The defendant is a resident of the county named above.

2. The defendant owes me the amount listed for the following reason:

| | | |
|---|---|---|
| Principal Amount Owed | $ | 1,800.20 |
| Interest Owed (if any) | $ | |
| Total Amount Owed | $ | 1,800.20 |

*Name And Address Of Plaintiff*
Ricky Baxter
902 Saluda
Rock Hill, SC   29730

(check one below)

| *County* | *Telephone No.* |
|---|---|
| | |

**VERSUS**

*Name And Address Of First Defendant*

Jefferson Luther Nero
641-H Archdale Drive
Charlotte, NC   28217

| *County* | *Telephone No.* |
|---|---|
| Mecklenburg | 536-5530 |

*Name And Address Of Second Defendant*

| *County* | *Telephone No.* |
|---|---|
| | |

*Name And Address Of Plaintiff's Attorney*

Jeffrey D. Penley
Hedrick, Eatman, Gardner &
   Kincheloe
P.O. Box 30397
Charlotte, NC   28230

AOC-CVM-200
Rev. 4/90

| | Date From Which Interest Due | | Interest Rate |
|---|---|---|---|
| ☐ On an Account (attach a copy of the account) ➡ | | | |

| | Beginning Date | Ending Date | Interest Rate |
|---|---|---|---|
| ☐ For Goods Sold and Delivered Between ➡ | | | |

| | Date From Which Interest Due | | Interest Rate |
|---|---|---|---|
| ☐ For Money Lent ➡ | | | |

| | Date Of Note | Date From Which Interest Due | Interest Rate |
|---|---|---|---|
| ☐ On a Promissory Note (attach copy) ➡ | | | |

☐ For a Worthless Check (attach a copy of the check)

☐ For Conversion (describe property)

☒ Other: (specify)
Property damage arising out of automobile accident occurring
on September 14, 1989 (Accident occurred on Archdale Drive,
Charlotte, NC)

I demand to recover the total amount listed above, plus interest and reimbursement for court costs.

Date July 17, 1991

Signature Of Plaintiff Or Attorney
Jeffrey D. Penley
(Attorney for Plaintiff)

(Over)

PC-004269

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served 3 1/ 91 | Name Of Defendant Jefferson C Pero |
|---|---|

☑ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

☐ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|

Address Of Premises Where Posted

| Service Fee Paid $ | Date Received 3 15 91 | Name Of Sheriff |
|---|---|---|
| By | Date Of Return 8 29 | County |
| AOC-CVM-100, Side Two Rev. 6/87 | | Deputy Sheriff Making Return |

PC - 004270

# STATE OF NORTH CAROLINA

MECKLENBURG _____ County   FILED

File No.
91-CVM-

In The General Court Of Justice
District Court Division-Small Claims

Plaintiff
Ricky Baxter
902 Saluda
Rock Hill, SC   29730

ISSI JUL 18  FH 3:25

## MAGISTRATE SUMMONS

☐ **Alias and Pluries Summons.** The summons originally issued against you was returned not served.
_(Disregard this section unless the block is checked.)_

**VERSUS**

Defendant(s)
Jefferson Luther Nero

G.S. 7A-217, 232; 1A-1, Rule 4

Date Last Summons Issued

---

**TO:** Jefferson Luther Nero

Name And Address Of First Defendant
Jefferson Luther Nero
641-H Archdale Drive
Charlotte, NC   28217
**OR ALTERNATE ADDRESS**
Saturn of Charlotte
7036 E. Independence Blvd.
Charlotte, NC   28227

**TO:**

Name And Address Of Second Defendant

MAILED

AUG 19 1991

---

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

Location Of Court

Name And Address Of Plaintiff Or Plaintiff's Attorney
Jeffrey D. Penley
Hedrick, Eatman, Gardner & Kincheloe
P.O. Box 30397
Charlotte, NC   28230

Date Of Trial

Time Of Trial   ☐ AM   ☐ PM

Date Issued

Signature

☐ Deputy CSC   ☒ Assistant CSC   ☐ Clerk Of Superior Court

AOC-CVM-100
Rev. 6/87

(Over)

Bates No. 11471

Case 3:12-cv-00327-MOC   Document 78-147   Filed 12/22/14   Page 25 of 100

**File No.**
91CVM 20694

**Film No.**
91-198-131

Judgment Docket Book And Page No.

## JUDGMENT
## IN ACTION TO RECOVER
## MONEY OR
## PERSONAL PROPERTY

G.S. 7A-210(2), 7A-224

Name And Address Of Plaintiff

Ricky Baxter
902 Saluda
Rock Hill, SC 29730

| County | Telephone No. |
|--------|---------------|

### VERSUS

Name And Address Of First Defendant
Jefferson Luther Nero
641-H Archdale Dr.
Charlotte, NC 28217

| County | Telephone No. |
|--------|---------------|

Name And Address Of Second Defendant

| County | Telephone No. |
|--------|---------------|

Name And Address Of Plaintiff's Attorney

AOC-CVM-400
Rev. 4/90

## STATE OF NORTH CAROLINA

Mecklenburg ____ County

In The General Court Of Justice
District Court Division-Small Claims

This action was tried before the undersigned on the cause stated in the complaint. The record shows that the defendant was given proper notice of the nature of the action and the date, time and location of trial.

### FINDINGS

The Court finds:
- ☑ that the plaintiff has proved his case by the greater weight of the evidence.
- ☐ that the plaintiff has failed to prove his case by the greater weight of the evidence.
- ☐ Other:

### ORDER

It is ORDERED that:
- ☐ the plaintiff recover possession of the personal property described in the complaint.
- ☐ the plaintiff recover possession of the personal property listed below:

- ☐ the plaintiff recover nothing of the defendant(s) and that this action be dismissed with prejudice.
- ☑ (for breach of contract cases only) the plaintiff recover of the defendant(s) the following principal sum and interest accrued to the date of the judgment, plus interest at the legal rate on the principal sum from this day until judgment is satisfied.
- ☐ (for non-contract cases) the plaintiff recover of the defendant(s) the following principal sum, plus interest at the legal rate from the date the action was instituted until judgment is satisfied.
- ☐ Other: (specify)

☑ Costs of this action are taxed to the ☐ plaintiff. ☑ defendant.

| | | Name Of Judgment Debtor(s) From Which Amt. Recovered |
|---|---|---|
| Principal Sum Of Judgment | $ 1800.20 | Jefferson Luther Nero |
| Amount Of Interest Not Included In Principal | $ | |
| Attorney's Fees Or Other Damages (when appropriate) | $ | Date 9-9-91 |
| Total Amount | ▶ $ 1800.20 | Signature Of Magistrate |

### ENTRY OF APPEAL

| Name Of Appealing Party | | ☐ Given In Open Court    ☐ Jury Trial Not Requested |
|---|---|---|
| | | ☐ Given In Writing    ☐ Jury Trial Requested |
| Date Appeal Given | Date Court Costs Paid | Amount Court Costs Paid $ |

Case 3:12-cv-00327-MOC Document 78-4 Filed 12/22/14 Page 26 of 100

File No.
91-CVM- 20694

**COMPLAINT FOR MONEY OWED**

FILED
1991 JUL 18 PM 3: 25
MECKLENBURG CTY, C.S.C.
BY _____

G.S. 7A-216, 7A-232

*Name And Address Of Plaintiff*
Ricky Baxter
902 Saluda
Rock Hill, SC 29730

| County | Telephone No. |
|---|---|
| | |

**VERSUS**

*Name And Address Of First Defendant*
Jefferson Luther Nero
641-H Archdale Drive
Charlotte, NC 28217

| County | Telephone No. |
|---|---|
| Mecklenburg | 536-5530 |

*Name And Address Of Second Defendant*

| County | Telephone No. |
|---|---|
| | |

*Name And Address Of Plaintiff's Attorney*
Jeffrey D. Penley
Hedrick, Eatman, Gardner & Kincheloe
P.O. Box 30397
Charlotte, NC 28230

AOC-CVM-200
Rev. 4/90

---

**STATE OF NORTH CAROLINA**

MECKLENBURG _____ County

In The General Court Of Justice
District Court Division-Small Claims

1. The defendant is a resident of the county named above.

2. The defendant owes me the amount listed for the following reason:

| | |
|---|---|
| Principal Amount Owed | $ 1,800.20 |
| Interest Owed (if any) | $ |
| Total Amount Owed | $ 1,800.20 |

*(check one below)*

| | Date From Which Interest Due | | Interest Rate |
|---|---|---|---|
| ☐ On an Account (attach a copy of the account) ➡ | | | |

| | Beginning Date | Ending Date | Interest Rate |
|---|---|---|---|
| ☐ For Goods Sold and Delivered Between ➡ | | | |

| | Date From Which Interest Due | | Interest Rate |
|---|---|---|---|
| ☐ For Money Lent ➡ | | | |

| | Date Of Note | Date From Which Interest Due | Interest Rate |
|---|---|---|---|
| ☐ On a Promissory Note (attach copy) ➡ | | | |

☐ For a Worthless Check (attach a copy of the check)

☐ For Conversion (describe property)

☒ Other: (specify)
Property damage arising out of automobile accident occurring on September 14, 1989 (Accident occurred on Archdale Drive, Charlotte, NC)

I demand to recover the total amount listed above, plus interest and reimbursement for court costs.

| Date | Signature Of Plaintiff Or Attorney |
|---|---|
| July 17, 1991 | Jeffrey D. Penley (Attorney for Plaintiff) |

(Over)

| RETURN OF SERVICE | |
|---|---|

I certify that this Summons and a copy of the complaint were received and served as follows:

**DEFENDANT 1**

Date Served _3 14 91_   Name Of Defendant _Jefferson C Pero_

☑ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

**DEFENDANT 2**

Date Served   Name Of Defendant

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

| FOR USE IN SUMMARY EJECTMENT CASES ONLY | |
|---|---|

☐ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

Date Served   Name(s) Of The Defendant(s) Served By Posting

Address Of Premises Where Posted

| Service Fee Paid $ | Date Received 3 15 91 | Name Of Sheriff |
|---|---|---|
| By | Date Of Return 3 19 91 | County |
| AOC-CVM-100, Side Two Rev. 6/87 | | Deputy Sheriff Making Return |

PC - 004270

# STATE OF NORTH CAROLINA

File No.
91-CVM-

MECKLENBURG _____ County   FILED

In The General Court Of Justice
District Court Division-Small Claims

1991 JUL 18 PM 3:25
MECKLENBURG CTY. C.S.C.
BY_____

**Plaintiff**
Ricky Baxter
902 Saluda
Rock Hill, SC   29730

**VERSUS**

**Defendant(s)**
Jefferson Luther Nero

## MAGISTRATE SUMMONS

☐ **Alias and Pluries Summons.** The summons originally issued against you was returned not served.
(Disregard this section unless the block is checked.)

G.S. 7A-217, 232; 1A-1, Rule 4

Date Last Summons Issued

**TO:** Jefferson Luther Nero

Name And Address Of First Defendant
Jefferson Luther Nero
641-H Archdale Drive
Charlotte, NC   28217
**OR ALTERNATE ADDRESS**
Saturn of Charlotte
7036 E. Independence Blvd.
Charlotte, NC   28227

**TO:**

Name And Address Of Second Defendant

MAILED

AUG 19 1991

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court | Date Of Trial | Time Of Trial ☐ AM ☐ PM |
|---|---|---|

Name And Address Of Plaintiff Or Plaintiff's Attorney
Jeffrey D. Penley
Hedrick, Eatman, Gardner & Kincheloe
P.O. Box 30397
Charlotte, NC   28230

Date Issued

Signature

☐ Deputy CSC   ☑ Assistant CSC   ☐ Clerk Of Superior Court

AOC-CVM-100
Rev. 6/87

(Over)

PC 004271

# STATE OF NORTH CAROLINA

**MECKLENBURG** ———————————— COUNTY

☒ DISTRICT COURT DIVISION ☐ SUPERIOR COURT DIVISION

CASES CONSOLIDATED

| JURY TRIAL? |
| :YES |

FILE NO.

**93 CVD 11097**

FILM NO.

**95-17-12**

## CIVIL DOCKET

| FILING DATE | FILING CODE |
| 9 17 93 | 4    4 |

| DISPOSITION DATE | DISPOSITION CODE |
| 1-13-95 | 3 |

NAME OF PLAINTIFF(S)

AMERICAN GENERAL FINANCE INC.

NAME OF DEFENDANT(S)

JEFFERSON L NERO

**REGINALD L YATES** ATTY FOR PLTF.

NAME AND ADDRESS OF PLAINTIFF'S ATTORNEY (OR PRO SE PLAINTIFF)

NAME AND ADDRESS OF DEFENDANT'S ATTORNEYS (OR PRO SE DEFENDANT)

DATE COMPLAINT FILED

DATE 3RD PARTY COMPLAINT FILED

| INS # | DATE AND HOUR SUMMONS ISSUED | DATE SUMMONS RETURNED | SVD? | DATE ANSWER FILED | COUNTER-CLAIMS | | DISPOSITIONS | |
| | | | | | FILE DATE | REPLY DATE | DATE | DESCRIPTION |
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |

CROSS-CLAIM FILED BY DEFENDANT

CROSS-CLAIM ANSWERED

DATE AMENDED COMPLAINT FILED

DATE SUMMONS SERVED

DATE ANSWER FILED

| **MOTIONS** | | | **OTHER ACTIVITY** | |
| FILED BY | DATE | TYPE | DATE | DESCRIPTION |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

AOC-CV-700
Rev. 3/91

(See Post Disposition Activity on reverse)

PC - 004272

Bates No. 11476

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

IN THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION

93 CVD 11097

)

AMERICAN GENERAL FINANCE, INC.,

    Plaintiff        )

    VS.

JEFFERSON L. NERO,

    Defendant/s    )

\*    \*    \*    \*    \*

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that the plaintiff, pursuant to Rule 41(a) of the Rules of Civil Procedure, does hereby dismiss the above entitled action, without prejudice.

This the 13th day of January, 1995.

Reginald L. Yates
Attorney for Plaintiff
1815 East 7th Street
Charlotte, North Carolina 28204
Telephone: 704/332-5131

PC - 004273

STATE OF NORTH CAROLINA     IN THE GENERAL COURT OF JUSTICE
                              DISTRICT COURT DIVISION
COUNTY OF MECKLENBURG       93 CVD 933

                              )

AMERICAN GENERAL FINANCE, INC.,

     Plaintiff

     vs.                          )         COMPLAINT

JEFFERSON L. NERO,

     Defendant

                              )

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The plaintiff, complaining of defendant, says:

1.      Plaintiff is a corporation organized and existing pursuant to law and is a successor in interest to Manufacturers Hanover Consumer Services of America, Inc., Credithrift of America, Inc., and American General Finance of America, Inc.

2.      Defendant is, upon information and belief, a citizen and resident of Mecklenburg County, North Carolina, and is not a minor or incompetent and is under no legal disability known to plaintiff.

3.      Plaintiff is the owner and holder of the annexed written instrument and is entitled to all amounts due thereunder.

4.      Defendant has defaulted in the terms and conditions of the annexed written instrument in that defendant has failed and refused to make the agreed upon payments and plaintiff has declared the entire remaining balance immediately due and payable.

5.      Defendant owes plaintiff the sum of $2643.40, together with interest thereon at the contract rate of 22.25% per annum from and after May 26, 1988 and has upon demand failed and refused to pay the same.

WHEREFORE, plaintiff demands judgment against the defendant in the amount of $2643.40, with interest thereon at the contract rate of 22.25% per annum from and after May 26, 1988, reasonable attorney's fees (if applicable), and the costs of this action.

                                 _____

Reginald L. Yates
Attorney for Plaintiff
1815 East 7th Street
Charlotte, North Carolina 28204
Telephone: 704/332-5131

PC - 004274

Bates No. 1447

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

IN THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION

93 CVD 11097

)

AMERICAN GENERAL FINANCE, INC.,

    Plaintiff              )

    VS.

JEFFERSON L. NERO,

    Defendant/s       )

\*   \*   \*   \*   \*

NOTICE OF DISMISSAL

    PLEASE TAKE NOTICE that the plaintiff, pursuant to Rule 41(a) of the Rules of Civil Procedure, does hereby dismiss the above entitled action, without prejudice.

    This the 13th day of January, 1995.

Reginald L. Yates
Attorney for Plaintiff
1815 East 7th Street
Charlotte, North Carolina 28204
Telephone: 704/332-5131

PC - 004275

## STATE OF NORTH CAROLINA

**MECKLENBURG** —————— COUNTY

☒ DISTRICT COURT DIVISION  ☐ SUPERIOR COURT DIVISION

FILE NO.
**93 CVD 11097**

FILM NO.
**95-11-12**

## CIVIL DOCKET

| CASES CONSOLIDATED | | JURY TRIAL? ☐ YES |
|---|---|---|

| FILING DATE | FILING CODE | DISPOSITION DATE | DISPOSITION CODE |
|---|---|---|---|
| 9-17-93 | 4 | 1-13-95 | 3 |

NAME OF PLAINTIFF(S)

**AMERICAN GENERAL FINANCE INC.**

NAME OF DEFENDANT(S)

**JEFFERSON L NERO**

**REGINALD L YATES**  ATTY FOR PLTF.

NAME AND ADDRESS OF PLAINTIFF'S ATTORNEY (OR PRO SE PLAINTIFF)

NAME AND ADDRESS OF DEFENDANT'S ATTORNEYS (OR PRO SE DEFENDANT)

| DATE COMPLAINT FILED | ▶ | | DATE 3RD PARTY COMPLAINT FILED | ▶ |
|---|---|---|---|---|

| DEF # | DATE AND HOUR SUMMONS ISS. | DATE SUMMONS RETURNED | SVD? | DATE ANSWER FILED | COUNTER-CLAIMS FILE DATE | COUNTER-CLAIMS REPLY DATE | DISPOSITIONS DATE | DISPOSITIONS DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |

| CROSS-CLAIM FILED BY DEFENDANT | CROSS-CLAIM ANSWERED |
|---|---|

| DATE AMENDED COMPLAINT FILED | ▶ | DATE SUMMONS SERVED | DATE ANSWER FILED |
|---|---|---|---|

| MOTIONS | | | OTHER ACTIVITY | |
|---|---|---|---|---|
| FILED BY | DATE | TYPE | DATE | DESCRIPTION |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

AOC-CV-700
Rev. 3/91

(See Post Disposition Activity on reverse)

PC - 004272

Bates No. 1448C

STATE OF NORTH CAROLINA     IN THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION

COUNTY OF MECKLENBURG

93 CVD 11097

)

AMERICAN GENERAL FINANCE, INC.,

     Plaintiff         )

     VS.

JEFFERSON L. NERO,

     Defendant/s       )

\*    \*    \*    \*    \*

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that the plaintiff, pursuant to Rule 41(a) of the Rules of Civil Procedure, does hereby dismiss the above entitled action, without prejudice.

This the 13th day of January, 1995.

Reginald L. Yates
Attorney for Plaintiff
1815 East 7th Street
Charlotte, North Carolina 28204
Telephone: 704/332-5131

PC - 004273

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

IN THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION
93 CVD 933

AMERICAN GENERAL FINANCE, INC.,

    Plaintiff

vs.

JEFFERSON L. NERO,

    Defendant

)

)

)

COMPLAINT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The plaintiff, complaining of defendant, says:

1.     Plaintiff is a corporation organized and existing pursuant to law and is a successor in interest to Manufacturers Hanover Consumer Services of America, Inc., Credithrift of America, Inc., and American General Finance of America, Inc.

2.     Defendant is, upon information and belief, a citizen and resident of Mecklenburg County, North Carolina, and is not a minor or incompetent and is under no legal disability known to plaintiff.

3.     Plaintiff is the owner and holder of the annexed written instrument and is entitled to all amounts due thereunder.

4.     Defendant has defaulted in the terms and conditions of the annexed written instrument in that defendant has failed and refused to make the agreed upon payments and plaintiff has declared the entire remaining balance immediately due and payable.

5.     Defendant owes plaintiff the sum of $2643.40, together with interest thereon at the contract rate of 22.25% per annum from and after May 26, 1988 and has upon demand failed and refused to pay the same.

    WHEREFORE, plaintiff demands judgment against the defendant in the amount of $2643.40, with interest thereon at the contract rate of 22.25% per annum from and after May 26, 1988, reasonable attorney's fees (if applicable), and the costs of this action.

Reginald L. Yates
Attorney for Plaintiff
1815 East 7th Street
Charlotte, North Carolina 28204
Telephone: 704/332-5131

PC - 004274

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

IN THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION

93 CVD 11097

)

AMERICAN GENERAL FINANCE, INC.,

    Plaintiff            )

    VS.

JEFFERSON L. NERO,

    Defendant/s       )

\*    \*    \*    \*    \*

## NOTICE OF DISMISSAL

    PLEASE TAKE NOTICE that the plaintiff, pursuant to Rule 41(a) of the Rules of Civil Procedure, does hereby dismiss the above entitled action, without prejudice.

    This the 13th day of January, 1995.

Reginald L. Yates
Attorney for Plaintiff
1815 East 7th Street
Charlotte, North Carolina 28204
Telephone: 704/332-5131

PC - 004275

# STATE OF NORTH CAROLINA

File No. 96CVM31562

Film No. 96-247-98

Meck _____ County

In The General Court Of Justice

Name Of Plaintiff/Petitioner

Focht Properties Inc.

**VERSUS**

Name Of Defendant/Respondent

Jefferson Nero
Tessio Nero

**ORDER**

☑ **DISMISSAL**      ☑ With Prejudice      ☐ Without Prejudice

This action is dismissed for the following reason:

☐ The plaintiff elected not to prosecute this action and has moved for dismissal.

☐ Neither the plaintiff, nor the defendant appeared on the scheduled trial date.

☑ The plaintiff failed to appear on the scheduled trial date; the defendant did appear on that date and has moved to dismiss this action.

☐ Other:

☐ **DISCONTINUANCE [G.S. 1A-1, Rule 4(e)]**

The defendant has never been served in this action, and more than ninety (90) days have elapsed since the last summons was issued.

☐ **CONTINUANCE**

The trial of this action is continued to the following date and time on motion of the

☐ Plaintiff

☐ Defendant

☐ Judge or Magistrate

☐ Other: (specify)

| Date Of New Trial | Time Of New Trial | ☐ AM ☐ PM | Date 12-17-96 |
|---|---|---|---|
| Location Of New Trial | | | Signature |

☐ Judge    ☑ Magistrate
☐ Assistant CSC    ☐ Clerk Of Superior Court

AOC-G-108
Rev. 7/95

PC - 004276

File No. 31562

## COMPLAINT IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232; Ch. 42, Art. 3 and 7

# STATE OF NORTH CAROLINA

MECKLENBURG County

In The General Court Of Justice
District Court Division-Small Claims

**Name And Address Of Plaintiff**
FOCHT PROPERTIES, INC
P.O. BOX 10405
CHARLOTTE, N.C. 28219

**Social Security No./Taxpayer ID No.**
56 1931134

| County | Telephone No. |
|---|---|
| MECK | 366-2807 |

**VERSUS**

**Name And Address Of First Defendant**
JEFFERSON NERO
1638 VILLAGE LAKE DRIVE
CHARLOTTE, N.C. 28212

| County | Telephone No. |
|---|---|
| MECK | 357-2043 |

**Name And Address Of Second Defendant**
TESSIE NERO
1632 VILLAGE LAKE DRIVE
CHARLOTTE, N.C. 28212

| County | Telephone No. |
|---|---|
| MECK | 357-2043 |

**Name And Address Of Plaintiff's Attorney Or Agent**

1. The defendant is a resident of the county named above.
2. The defendant entered into possession of premises described below as a lessee of plaintiff.

**Description Of Premises (Include Locality):** C.S.C.
1632 VILLAGE LAKE DRIVE CHARLOTTE, NC 28212

☑ Conventional
☐ Public Housing
☐ Section 8

| Rate Of Rent | | Date Rent Due | Date Lease Ended | Type Of Lease |
|---|---|---|---|---|
| $ 545 per ☑ Month ☐ Week | | 11-1-96 | | ☐ Oral ☑ Written |

3. ☑ The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint.

☐ The lease period ended on the above date and the defendant is holding over after the end of the lease period.

☐ The defendant breached the condition of the lease described below for which re-entry is specified.

☐ Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below.

**Description Of Breach/Criminal Activity (give names, dates, places and illegal activity)**
FAILURE TO PAY RENT

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

5. The defendant owes the plaintiff the following:

**Description Of Any Property Damage**

| Amount Of Damage (If Known) | Amount Of Rent Past Due | Total Amount Due |
|---|---|---|
| $ | $ 572.25 | $ 572.25 |

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgment plus interest and reimbursement for court costs.

| Date | Signature Of Plaintiff/Attorney/Agent |
|---|---|
| 11-27-96 | |

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint.

| Date | Signature |
|---|---|
| | |

Case 3:12-cv-00327-MOC   Document 78-1485   Filed 12/22/14   Page 38 of 100
Bates No. 14485

# STATE OF NORTH CAROLINA

_MECKLENBURG_ County

CVM 31562

In The General Court Of Justice
District Court Division-Small Claims

Plaintiff
POINT PROPERTIES, INC
PO BOX 1045
CHARLOTTE NC 28212

**VERSUS**

Defendant(s) JEFFERSON NERO
TESSIE NERO, AO

## MAGISTRATE SUMMONS

☐ Alias and Pluries Summons. The summons originally issued against you was returned not served. (Disregard this section unless the block is checked.)

G.S. 7A-217, 232; 1A-1, Rule 4

Date Last Summons Issued

TO:
Name And Address Of First Defendant
JEFFERSON N.
1612 VILLAGE LAKE DRIVE
CHARLOTTE NC 28212

TO:
Name And Address Of Second Defendant
TESSIE NERO
1612 VILLAGE LAKE DRIVE
CHARLOTTE, NC 28212

### A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

Location Of Court 700 E. Trade St.

Date Of Trial 96

Time Of Trial 00 ☐ AM ☐ PM

Name And Address Of Plaintiff Or Plaintiff's Attorney
RM103

Date Issued 96

Signature

☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

COPY MAILED
DEC 9 1996
MECKLENBURG COUNTY
SHERIFF'S DEPT.

AOC-CVM-100
Rev. 6/87

(Over)

PC - 004278

Bates No. 14486

I certify that this summons and a copy of the complaint were received and served as follows.

## DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

## DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

## | FOR USE IN SUMMARY EJECTMENT CASES ONLY |

☐ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| 12/12/96 | Jefferson Main Justice num |

Address Of Premises Where Posted

1632 Village Lake Dr.

| Service Fee Paid | Date Received 12/6/96 | Name Of Sheriff Jim Pendergraph |
|---|---|---|
| | Date Of Return 12/12/96 | County Meck. |
| | | Deputy Sheriff Making Return Baker |

AOC-CVM-100, Side Two
Rev. 6-87

PC - 004279

# STATE OF NORTH CAROLINA

Meck _____ County

File No. 96CVM 31562

Film No. 96-247-98

In The General Court Of Justice

Name Of Plaintiff/Petitioner

Focht Properties Inc.

**VERSUS**

Name Of Defendant/Respondent

Jefferson Nero
Tessio Nero

**ORDER**

☑ **DISMISSAL**     ☑ With Prejudice     ☐ Without Prejudice

This action is dismissed for the following reason:

☐ The plaintiff elected not to prosecute this action and has moved for dismissal.

☐ Neither the plaintiff, nor the defendant appeared on the scheduled trial date.

☑ The plaintiff failed to appear on the scheduled trial date; the defendant did appear on that date and has moved to dismiss this action.

☐ Other:

☐ **DISCONTINUANCE [G.S. 1A-1, Rule 4(e)]**

The defendant has never been served in this action, and more than ninety (90) days have elapsed since the last summons was issued.

☐ **CONTINUANCE**

The trial of this action is continued to the following date and time on motion of the

☐ Plaintiff

☐ Defendant

☐ Judge or Magistrate

☐ Other: (specify)

| Date Of New Trial | Time Of New Trial ☐ AM ☐ PM | Date 12-17-96 |
|---|---|---|
| Location Of New Trial | | Signature _Taylor_ <br> ☐ Judge ☑ Magistrate <br> ☐ Assistant CSC ☐ Clerk Of Superior Court |

AOC-G-108
Rev. 7/95

PC - 004276

**File No.** 31562

## COMPLAINT IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232; Ch. 42, Art. 3 and 7

MECKLENBURG County

In The General Court Of Justice
District Court Division-Small Claims

**Name And Address Of Plaintiff**
FOCHT PROPERTIES, INC
P.O. BOX 10405
CHARLOTTE, N.C. 28219

1. The defendant is a resident of the county named above.
2. The defendant entered into possession of premises described below as a lessee of plaintiff.

**Description Of Premises (Include Location)** C.S.C.
1632 VILLAGE LAKE DRIVE    CHARLOTTE, NC    28212

| Rate Of Rent | Date Rent Due | Date Lease Ended | Type Of Lease |
|---|---|---|---|
| $ 545 per ☒ Month ☐ Week | 11-1-96 | | ☐ Oral ☒ Written |

☒ Conventional
☐ Public Housing
☐ Section 8

**Social Security No./Taxpayer ID No.**
56 1931134

| County MECK | Telephone No. 366-2807 |
|---|---|

3. ☒ The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint.

☐ The lease period ended on the above date and the defendant is holding over after the end of the lease period.

☐ The defendant breached the condition of the lease described below for which re-entry is specified.

☐ Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below.

**Description Of Breach/Criminal Activity (give names, dates, places and illegal activity)**
FAILURE TO PAY RENT

### VERSUS

**Name And Address Of First Defendant**
JEFFERSON NERO
1632 VILLAGE LAKE DRIVE
CHARLOTTE, N.C. 28212

| County MECK | Telephone No. 357-2043 |
|---|---|

**Name And Address Of Second Defendant**
TESSIE NERO
1632 VILLAGE LAKE DRIVE
CHARLOTTE, N.C. 28212

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

5. The defendant owes the plaintiff the following:

**Description Of Any Property Damage**

| Amount Of Damage (If Known) $ | Amount Of Rent Past Due $ 572.25 | Total Amount Due $ 572.25 |
|---|---|---|

| County MECK | Telephone No. 357-2043 |
|---|---|

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgment plus interest and reimbursement for court costs.

**Name And Address Of Plaintiff's Attorney Or Agent**

| Date 11-27-96 | Signature Of Plaintiff/Attorney/Agent |
|---|---|

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint.

| Date | Signature |
|---|---|

AOC-CVM-201
Rev. 10/95

(Over)

PC - 004277

# STATE OF NORTH CAROLINA

ᴺᵉᴺCVM 31562

_____ MECKLENBURG _____ County

Plaintiff
POINT PROPERTIES, INC
PO BOX 1045
CHARLOTTE NC 28212

## MAGISTRATE SUMMONS

☐ **Alias and Pluries Summons.** The summons originally issued against you was returned not served. (Disregard this section unless the block is checked.)

G.S. 7A-217, 232; 1A-1, Rule 4

### VERSUS

Defendant(s) JEFFERSON NERO
TESSIE NERO, AO

Date Last Summons Issued _____

**TO:**

Name And Address Of First Defendant
JEFFERSON N.?
1612 VILLAGE LAKE DRIVE
CHARLOTTE NC 28212

**TO:**

Name And Address Of Second Defendant
TESSIE NERO
1632 VILLAGE LAKE DRIVE
CHARLOTTE, NC 28212

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

Location Of Court: 700 E. Trade St.

Date Of Trial 96

Time Of Trial 00 ☐ AM ☐ PM

Name And Address Of Plaintiff Or Plaintiff's Attorney
RM103

Date Issued 11-96

Signature

☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

COPY MAILED
DEC 9 1996
MECKLENBURG COUNTY
SHERIFF'S DEPT.

AOC-CVM-100
Rev. 6/87

(Over)

PC - 004278

## RETURN OF SERVICE

I certify that this summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

☒ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| 12/12/96 | Jefferson Nin Julie num |

Address Of Premises Where Posted
1632 Village Lake Dr.

| Service Fee Paid | Date Received 12/6/96 | Name Of Sheriff Jim Pendergraph |
|---|---|---|
| | Date Of Return 12/12/96 | County Meck. |
| | | Deputy Sheriff Making Return Baker |

AOC-CVM-100, Side Two
Rev. 6/97

PC - 004279

# STATE OF NORTH CAROLINA

Mecklenburg _____ County

File No. 97CVM 13746
Form No. 97 —144-110

In The General Court Of Justice

Name Of Plaintiff/Petitioner

Focht Properties, Inc.

**VERSUS**

Name Of Defendant/Respondent

Jefferson New/ Tessie New

## ORDER

☑ **DISMISSAL**              ☑ With Prejudice              ☐ Without Prejudice

This action is dismissed for the following reason:

☐ The plaintiff elected not to prosecute this action and has moved for dismissal

☐ Neither the plaintiff, nor the defendant appeared on the scheduled trial date.

☑ The plaintiff failed to appear on the scheduled trial date; the defendant did appear on that date and has moved to dismiss this action

☐ Other:

---

☐ DISCONTINUANCE [G.S. 1A-1, Rule 4(e)]

The defendant has never been served in this action, and more than ninety (90) days have elapsed since the last summons was issued.

---

☐ CONTINUANCE

The trial of this action is continued to the following date and time on motion of the

☐ Plaintiff

☐ Defendant

☐ Judge or Magistrate

☐ Other: *(specify)*

---

| Date Of New Trial | Time Of New Trial ☐ AM ☐ PM | Date 4/16/97 |
|---|---|---|
| Location Of New Trial | | Signature |
| | | ☑ Judge      ☐ Magistrate |
| | | ☐ Assistant CSC      ☐ Clerk Of Superior Court |

AOC-G-108
Rev 7/95

PC - 004280

File No. 13740

## COMPLAINT
## IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232, Ch. 42, Art. 3 and 7

**MECKLENBURG** County

In The General Court Of Justice
District Court Division-Small Claims

**Name And Address Of Plaintiff**

FOCHT PROPERTIES, INC
P.O. BOX 10402
CHARLOTTE, NC 28212

**Social Security No./Taxpayer ID No.**

**County** MECK   **Telephone No.** 643-4057

### VERSUS

**Name And Address Of First Defendant**

JEFFERSON NERO
1632 VILLAGE LAKE DRIVE
CHARLOTTE, NC 28212

**County** MECK   **Telephone No.** 357-2043 / 643-4057

**Name And Address Of Second Defendant**

TESSIE NERO
1632 VILLAGE LAKE DR.
CHARLOTTE, NC 28212

**County** MECK   **Telephone No.** 357-2045

**Name And Address Of Plaintiff's Attorney Or Agent**

---

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

**Description Of Premises (Include Location)**   APARTMENT

☒ Conventional
☐ Public Housing
☐ Section 8

| Rate Of Rent | Date Rent Due | Date Lease Ended | Type Of Lease |
|---|---|---|---|
| $ 545 per ☒ Month ☐ Week | APRIL 1, 1997 | | ☐ Oral ☒ Written |

3. ☒ The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint.

☐ The lease period ended on the above date and the defendant is holding over after the end of the lease period.

☐ The defendant breached the condition of the lease described below for which re-entry is specified.

☐ Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below.

**Description Of Breach/Criminal Activity (give names, dates, places and illegal activity)**

FAILURE TO PAY RENT

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

5. The defendant owes the plaintiff the following:

**Description Of Any Property Damage**

| Amount Of Damage (If Known) | Amount Of Rent Past Due | Total Amount Due |
|---|---|---|
| $ | $ 1144.50 | $ 1144.50 |

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgment plus interest and reimbursement for court costs.

| Date | Signature Of Plaintiff/Attorney/Agent |
|---|---|
| MAY 29, 1997 | |

### CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint.

| Date | Signature |
|---|---|
| | |

AOC-CVM-201
Rev. 10/95

(Over)

PC - 004281

# STATE OF NORTH CAROLINA

_____ County

**VERSUS**

Plaintiff _FOUNT A. BOOKS, INC_
_P.O. BOX 10415_
_____ NC 28212

Defendant(s) _JEFFERSON NERO_
_TESSIE NERO_

File No. _97CVM_

## MAGISTRATE SUMMONS

☐ **Alias and Pluries Summons.** The summons originally issued against you was returned not served.
(Disregard this section unless the block is checked.)

G.S. 7A-217, 232; 1A-1, Rule 4

Date Last Summons Issued

---

**TO:**

Name And Address Of Defendant

_JEFFERSON V NERO_
_1632 VILLAGE LANE DRIVE_
_CHARLOTTE, NC 28212_

**TO:**

Name And Address Of Second Defendant

_TESSIE NERO_
_1632 VILLAGE LANE DRIVE_
_CHARLOTTE NC 28212_

---

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

---

| Location Of Court | Date Of Trial | Time Of Trial |
|---|---|---|
| Name _100 E. Rm. 103_ Name And Address Of Plaintiff/Plaintiff's Attorney | Date Issued _6-16-97_ | _9:00_ ☐ AM ☐ PM |
| | Signature _5-30-97_ _Sue Roberts_ | |
| | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

A3A

AOC-CVM-100
Rev. 6/87

(Over)

PC - 004282

Case 3:12-cv-00327-MOC    Document 78-1    Filed 12/22/14    Page 47 of 100
Bates No. 14494

# STATE OF NORTH CAROLINA

*13740*

MECKLENBURG County

File No.

In The General Court of Justice
District Court Division-Small Claims

Plaintiff
FOGHT MORTGAGE INC
PO BOX 10405
CHARLOTTE NC 28212

**VERSUS**

Defendant(s)
TERRELL NERO
TESSIE NERO

## MAGISTRATE SUMMONS

☐ Alias and Pluries Summons. The summons originally issued against you was returned not served.
(Disregard this section unless the block is checked.)

G.S. 7A-217, 232; 1A-1, Rule 4

Date Last Summons Issued

| TO: | TO: |
|---|---|
| Name And Address Of First Defendant | Name And Address Of Second Defendant  N-427 |
| TERRELL NERO 1652 VILLAGE OAK DRIVE CHARLOTTE, NC 28212 | TESSIE NERO 1652 VILLAGE OAK DR CHARLOTTE NC 28212 |

### A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court | Date Of Trial | Time Of Trial |
|---|---|---|
| Name And Address | 6-16-97 | 9:00  ☐ AM ☐ PM  X |
| 700 E. Trade St. Rm. 103 | Date Issued 5-30-97 | |
| | Signature  Sue Roberts | |
| | ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | |

A3A

COPY MAILED

AOC-CVM-100
Rev. 6/87

(Over)

154128

PC - 004283

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

☑ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served 6/5/97 | 1225 | Name(s) Of The Defendant(s) Served By Posting |
|---|---|---|

Address Of Premises Where Posted 1632 Village Lake Dr.

| Service Fee Paid $ | Date Received 5/36/97 | Name Of Sheriff |
|---|---|---|
| By | Date Of Return 6/5/97 | County M |
| | | Deputy Sheriff Making Return |

AOC-CVM-100, Side Two
Rev. 6/87

PC - 004284

# STATE OF NORTH CAROLINA

Mecklenburg _____ County

File No. 97CVM 13746
Form No. 97 —/44-110

In The General Court Of Justice

Name Of Plaintiff/Petitioner

Focht Properties, Inc.

### VERSUS

Name Of Defendant/Respondent

Jefferson New/ Tessie New

## ORDER

☑ DISMISSAL      ☑ With Prejudice      ☐ Without Prejudice

This action is dismissed for the following reason:

☐ The plaintiff elected not to prosecute this action and has moved for dismissal

☐ Neither the plaintiff, nor the defendant appeared on the scheduled trial date.

☑ The plaintiff failed to appear on the scheduled trial date; the defendant did appear on that date and has moved to dismiss this action

☐ Other:

---

☐ DISCONTINUANCE [G.S. 1A-1, Rule 4(e)]

The defendant has never been served in this action, and more than ninety (90) days have elapsed since the last summons was issued.

---

☐ CONTINUANCE

The trial of this action is continued to the following date and time on motion of the

☐ Plaintiff

☐ Defendant

☐ Judge or Magistrate

☐ Other: *(specify)*

| Date Of New Trial | Time Of New Trial | ☐ AM ☐ PM | Date 6/16/97 |
|---|---|---|---|
| Location Of New Trial | | | Signature |
| | | | ☑ Judge   ☐ Magistrate |
| | | | ☐ Assistant CSC   ☐ Clerk Of Superior Court |

AOC-G-108
Rev 7/95

PC - 004280

Bates No. 14497

File No. 13740

## COMPLAINT IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232, Ch. 42, Art. 3 and 7

**STATE OF NORTH CAROLINA**

MECKLENBURG County

In The General Court Of Justice
District Court Division-Small Claims

**Name And Address Of Plaintiff**
FOCUS PROPERTIES, INC
P.O. BOX 10402
CHARLOTTE, NC 28212

**Social Security No./Taxpayer ID No.**

**County** MECK **Telephone No.** 643-4057

**VERSUS**

**Name And Address Of First Defendant**
JEFFERSON NEAO
1632 VILLAGE LAKE DRIVE
CHARLOTTE, NC 28212

**County** MECK **Telephone No.** 357-2043 643-4057

**Name And Address Of Second Defendant**
TESSIE NEAO
1632 VILLAGE LAKE DR.
CHARLOTTE, NC 28212

**County** MECK **Telephone No.** 357-204

**Name And Address Of Plaintiff's Attorney Or Agent**

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

**Description Of Premises (Include Location)** APARTMENT

☒ Conventional ☐ Public Housing ☐ Section 8

**Rate Of Rent** $ 545 per ☒ Month ☐ Week **Date Rent Due** APRIL 1, 1997 **Date Lease Ended** **Type Of Lease** ☐ Oral ☒ Written

3. ☒ The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint.

☐ The lease period ended on the above date and the defendant is holding over after the end of the lease period.

☐ The defendant breached the condition of the lease described below for which re-entry is specified.

☐ Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below.

**Description Of Breach/Criminal Activity (give names, dates, places and illegal activity)**
FAILURE TO PAY RENT

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

5. The defendant owes the plaintiff the following.

**Description Of Any Property Damage**

**Amount Of Damage (If Known)** $ **Amount Of Rent Past Due** $ 1144.50 **Total Amount Due** $ 1144.50

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgment plus interest and reimbursement for court costs.

**Date** MAY 29, 1997 **Signature Of Plaintiff/Attorney/Agent**

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint.

**Date** **Signature**

AOC-CVM-201
Rev. 10/95

(Over)

PC - 004281

# STATE OF NORTH CAROLINA

_____ County

VERSUS

File No.

In The General Court *Justice*
District Court Division-Small Claims

## MAGISTRATE SUMMONS

☐ **Alias and Pluries Summons.** The summons originally issued against you was returned not served.
*(Disregard this section unless the block is checked.)*

G.S. 7A-217, 232; 1A-1, Rule 4

**Date Last Summons Issued**

**Plaintiff**

FOUNT A. *SECURO, INC*
*P.O. Box 10405*
*_____ NC 25212*

**Defendant(s)**

JEFFER ON NERO
TESSIE NERO

**TO:**

Name And Address Of *First* Defendant

JEFFER V NERO
1632 VILLAGE *LANE DRIVE*
CHARLOTTE, NC 28212

**TO:**

Name And Address Of Second Defendant

TESSIE NERO
1632 VILLAGE *LANE DRIVE*
CHARLOTTE NC 28212

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

**Location Of Court**

Name And Address Of *Plaintiff's Attorney* Rm. 103

100 E. *Fourth St.* Rm. 103

**Date Of Trial** 6-16-97

**Time Of Trial** 9:00  ☐ AM ☐ PM

**Date Issued** 5-30-97

**Signature** *Sue Roberts*

☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court

A3A

AOC-CVM-100
Rev. 6/87

(Over)

PC - 004282

# STATE OF NORTH CAROLINA

_MECKLENBURG_ County

Plaintiff
FOCHT MORTGAGE INC
PO BOX 10405
CHARLOTTE NC 28221

**VERSUS**

Defendant(s)
JEFFERSON NERO
TESSIE NERO

File No. _13740_

In The General Court of Justice
District Court Division-Small Claims

## MAGISTRATE SUMMONS

☐ **Alias and Pluries Summons.** The summons originally issued against you was returned not served.
_(Disregard this section unless the block is checked.)_

G.S. 7A-217, 232; 1A-1, Rule 4

Date Last Summons Issued

**TO:**
Name And Address Of First Defendant
JEFFERSON NERO
1652 VILLAGE OAK DRIVE
CHARLOTTE, NC 28212

**TO:**
Name And Address Of Second Defendant  N-427
TESSIE NERO
1652 VILLAGE OAK DRIVE
CHARLOTTE NC 28212

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court | Date Of Trial | Time Of Trial |
|---|---|---|
| Name And Address 100 E. Trade St. Plaintiffs Attorney Rm. 103 | Date Issued 6-16-97 | 9:00 ☐ AM ☐ PM  X |
| | Signature 5-30-97 Sue Roberts | |
| | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

A3A

AOC-CVM-100
Rev. 6/87

(Over)  154128

PC - 004283

Case 3:12-cv-00327-MOC   Document 78-1   Filed 12/22/14   Page 53 of 100
Bates No. 14500

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

☑ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served 6/5/97 | 12 25 | Name(s) Of The Defendant(s) Served By Posting |
|---|---|---|

Address Of Premises Where Posted
1632 Village Lake Dr.

| Service Fee Paid $ | Date Received 5/36/97 | Name Of Sheriff |
|---|---|---|
| By | Date Of Return 6/5/97 | County M |
| | | Deputy Sheriff Making Return |

AOC-CVM-100, Side Two
Rev. 6/87

PC - 004284

File No.
**97CUM** 15093

Film No.
**99-158-251**

Judgment Docket Book And Page No.

# JUDGMENT
# IN ACTION FOR
# SUMMARY EJECTMENT

G.S. 7A-210(2), 7A-224; 42-30

Name And Address Of Plaintiff
FOXIM PROPERTIES, INC.
PO BOX 10905
CHARLOTTE, NC 28212

Social Security No./Taxpayer ID No.

County
MECKLENBURG

Telephone No.
366-2807

**VERSUS**

Name And Address Of First Defendant
JEFFERSON NERO
1652 VILLAGE LAKE DRIVE
CHARLOTTE, NC 28212

County
MECKLENBURG

Telephone No.

Name And Address Of Second Defendant
JESSIE NERO
1652 VILLAGE LAKE DRIVE
CHARLOTTE, NC 28212

County
MECKLENBURG

Telephone No.

Name And Address Of Plaintiff's Attorney

AOC CVM-401
Rev. 12/96

## STATE OF NORTH CAROLINA

MECKLENBURG ———— County

In The General Court Of Justice
District Court Division-Small Claims

This action was tried before the undersigned on the cause stated in the complaint. The record shows that the defendant was given proper notice of the nature of the action and the date, time and location of trial.

### FINDINGS

The Court finds that:

☑ the plaintiff has proved the case by the greater weight of the evidence.
☐ the plaintiff has failed to prove the case by the greater weight of the evidence.
the defendant(s) ☐ was ☑ was not present at trial.
☐ Other:

### ORDER

It is ORDERED that:

☑ the defendant(s) be removed from and the plaintiff be put in possession of the premises described in the complaint.
☐ this action be dismissed with prejudice.
☐ this action be dismissed with prejudice because the defendant tendered the rent due and the court costs of this action.
☐ the plaintiff recover rent of the defendant(s) at the rate listed below, plus damages in the amount indicated. The plaintiff is also entitled to interest on the total principal sum from this date until the judgment is paid.
☐ Other: (specify)

☐ Costs of this action are taxed to the ☑ plaintiff. ☐ defendant.

| Rate Of Rent | | Amount Of Rent Owed To Date | |
|---|---|---|---|
| $ 545 per ☑ Mo. ☐ Wk. | | $ | ☑ Judgment Announced And Signed In Open Court |

| | | Date 7/7/97 | Signature Of Magistrate |
|---|---|---|---|
| Amount Of Other Damages | $ | | |
| TOTAL AMOUNT ▶ | $ | Name Of Party Announcing Appeal In Open Court | |

### CERTIFICATION

(NOTE: To be used when magistrate does not announce and sign this Judgment in open court at the conclusion of the trial.)

I certify that this Judgment has been served on each party named by depositing a copy in a post paid properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal service.

| Date | Signature Of Magistrate |
|---|---|
| | |

PC - 004285

Case 3:12-cv-00327-MOC Document 78-1 Filed 12/22/14 Page 55 of 100
Bates No. 14502

File No. 15693

# STATE OF NORTH CAROLINA

MECKLENBURG _____ County

In The General Court Of Justice
District Court Division-Small Claims

## COMPLAINT
## IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232; Ch. 42, Art. 3 and 7

The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

**Name And Address Of Plaintiff**

FOUNT PROPERTIES, INC
P.O. BOX 10405
CHARLOTTE, NC 28212

Description Of Premises (Include Location)

1632 VILLAGE LAKE DRIVE (APARTMENT)

☒ Conventional
☐ Public Housing
☐ Section 8

Rate Of Rent $ 545 per ☒ Month ☐ Week | Date Rent Due 1ST OF MONTH | Date Lease Ended 2/28/93

Type Of Lease
☐ Oral ☒ Written

**Social Security No./Taxpayer ID No.**
56-1931134

3. ☒ The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint.

**County** MECK | **Telephone No.** 643-4057

☐ The lease period ended on the above date and the defendant is holding over after the end of the lease period.

## VERSUS

**Name And Address Of First Defendant**

JEFFERSON NERO
1632 VILLAGE LAKE DR.
CHARLOTTE, NC 28212

☐ The defendant breached the condition of the lease described below for which re-entry is specified.

☐ Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below.

Description Of Breach/Criminal Activity (give names, dates, places and illegal activity)

FAILURE TO PAY RENT

**County** MECK | **Telephone No.** 357-2043

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

**Name And Address Of Second Defendant**

TESSIE NERO
1632 VILLAGE LAKE DR.
CHARLOTTE, NC 28212

5. The defendant owes the plaintiff the following:

Description Of Any Property Damage

Amount Of Damage (If Known) $ | Amount Of Rent Past Due $ 935.00 | Total Amount Due $ 935.00

**County** MECK | **Telephone No.** 357-2043

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgment plus interest and reimbursement for court costs.

Date JUNE 18, 1997 | Signature Of Plaintiff/Attorney/Agent

**Name And Address Of Plaintiff's Attorney Or Agent**

### CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint

Date | Signature

AOC-CVM-201
Rev. 1995

PC - 004286

Bates No. 14503

# STATE OF NORTH CAROLINA

_____ County

Plaintiff _____

**VERSUS**

Defendant(s) _____

File No. 97 CVM

In The General Court Of Justice
District Court Division-Small Claims

## MAGISTRATE SUMMONS

☐ **Alias and Pluries Summons.** The summons originally
issued against you was returned not served.
*(Disregard this section unless the block is checked.)*

G.S. 7A-217, 232; 1A-1, Rule 4

Date Last Summons Issued

**TO:**
Name And Address Of First Defendant

**TO:**
Name And Address Of Second Defendant

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

Location Of Court _____ E. Trade St. Rm 103

Name And Address Of Plaintiff Or Plaintiff's Attorney

Date Of Trial 7-7-97

Time Of Trial 9:00 ☑ AM ☐ PM

Date Issued 6-17-97

Signature _Sue Roberts_

☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

A3A

AOC-CVM-100
Rev. 6/87

(Over)

PC - 004287

# STATE OF NORTH CAROLINA

_Mecklenbug_ County

File No. _97CVM152_

In The General Court Of Justice
District Court Division-Small Claims

**Plaintiff**
FOGHT PROPERTIES, INC
PO Box 1040
CHARLOTTE, NC 28212

**VERSUS**

**Defendant(s)**
JEFFERSON NERO
TESSIE NERO

## MAGISTRATE SUMMONS

☐ Alias and Pluries Summons. The summons originally issued against you was returned not served. (Disregard this section unless the block is checked.)

G.S. 7A-217, 232; 1A-1, Rule 4

**Date Last Summons Issued**

**TO:**
Name And Address Of First Defendant

JEFFERSON NERO
1632 VILLAGE LAKE CIRCLE
CHARLOTTE, NC 28212

N-427

**TO:**
Name And Address Of Second Defendant

TESSIE NERO
1632 VILLAGE LAKE CIRCLE
CHARLOTTE, NC
28212

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court | Date Of Trial | Time Of Trial | |
|---|---|---|---|
| 700 E. Trade St. Rm 103 | 7-7-97 | 9-00 | ☑ AM ☐ PM |

Name And Address Of Plaintiff Or Plaintiff's Attorney

Date Issued 6-19-97

Signature _Sue Roberts_

☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

A3A

COPY MAILED

JUN 24 1997

MECKLENBURG COUNTY
SHERIFF'S DEPT.

AOC-CVM-100
Rev 6/87

(Over)

PC - 004288

175155

| RETURN OF SERVICE |
|---|

I certify that this Summons and a copy of the complaint were received and served as follows

## DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

## DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

| FOR USE IN SUMMARY EJECTMENT CASES ONLY |
|---|

☒ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served 6/26/97 | Name(s) Of The Defendant(s) Served By Posting |
|---|---|

Address Of Premises Where Posted
1632 Village Lake DR

| Service Fee Paid $ | Date Received 6/23/97 | Name Of Sheriff |
|---|---|---|
| By | Date Of Return 6/26/97 | County |
| | | Deputy Sheriff Making Return |

AOC-CVM-100, Side Two
Rev. 6/87

PC - 004289

Bates No. 14506

**File No.** 97CVM 15093

**Film No.** 97-158-251

Judgment Docket Book And Page No.

## JUDGMENT IN ACTION FOR SUMMARY EJECTMENT

G.S. 7A-210(2), 7A-224; 42-30

Name And Address Of Plaintiff

FORD MORTIES, INC.
PO BOX 10905
CHARLOTTE, NC 28212

Social Security No./Taxpayer ID No.

| County | Telephone No. |
|---|---|
| MECKLENBURG | 366-2807 |

**VERSUS**

Name And Address Of First Defendant

JEFFERSON NERO
1652 VILLAGE LAKE DRIVE
CHARLOTTE, NC 28212

| County | Telephone No. |
|---|---|
| MECKLENBURG | |

Name And Address Of Second Defendant

JESSIE NERO
1652 VILLAGE LAKE DRIVE
CHARLOTTE, NC 28212

| County | Telephone No. |
|---|---|
| MECKLENBURG | |

Name And Address Of Plaintiff's Attorney

AOC-CVM-201
Rev. 12/95

# STATE OF NORTH CAROLINA

MECKLENBURG _____ County

In The General Court Of Justice
District Court Division-Small Claims

This action was tried before the undersigned on the cause stated in the complaint. The record shows that the defendant was given proper notice of the nature of the action and the date, time and location of trial.

## FINDINGS

The Court finds that:

☑ the plaintiff has proved the case by the greater weight of the evidence.
☐ the plaintiff has failed to prove the case by the greater weight of the evidence.
the defendant(s) ☐ was ☑ was not present at trial.
☐ Other:

## ORDER

It is ORDERED that:

☑ the defendant(s) be removed from and the plaintiff be put in possession of the premises described in the complaint.
☐ this action be dismissed with prejudice.
☐ this action be dismissed with prejudice because the defendant tendered the rent due and the court costs of this action.
☐ the plaintiff recover rent of the defendant(s) at the rate listed below, plus damages in the amount indicated. The plaintiff is also entitled to interest on the total principal sum from this date until the judgment is paid.
☐ Other: *(specify)*

☐ Costs of this action are taxed to the ☑ plaintiff. ☐ defendant.

| Rate Of Rent | | Amount Of Rent Owed To Date |
|---|---|---|
| $ 545 per ☑ Mo. ☐ Wk. | | $ |

Amount Of Other Damages $

TOTAL AMOUNT ▶ $

☑ Judgment Announced And Signed In Open Court

| Date | Signature Of Magistrate |
|---|---|
| 7/7/97 | |

Name Of Party Announcing Appeal In Open Court

## CERTIFICATION

(NOTE: To be used when magistrate does not announce and sign this Judgment in open court at the conclusion of the trial.)

I certify that this Judgment has been served on each party named by depositing a copy in a post paid properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal service.

| Date | Signature Of Magistrate |
|---|---|
| | |

PC - 004285

File No. **15693**

## COMPLAINT
## IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232; Ch. 42, Art. 3 and 7

**Name And Address Of Plaintiff**

FOCNT PROPERTIES, INC
P.O. Box 10405
CHARLOTTE, NC 28212

Social Security No./Taxpayer ID No.
56-1931134

| County | Telephone No. |
|---|---|
| MECK | 643-4057 |

### VERSUS

**Name And Address Of First Defendant**

JEFFERSON NELD
1632 VILLAGE LAKE DR.
CHARLOTTE, NC 28212

| County | Telephone No. |
|---|---|
| MECK | 357-2043 |

**Name And Address Of Second Defendant**

TESSIE NELD
1632 VILLAGE LAKE DR.
CHARLOTTE, NC 28212

| County | Telephone No. |
|---|---|
| MECK | 357-2043 |

**Name And Address Of Plaintiff's Attorney Or Agent**

### STATE OF NORTH CAROLINA

MECKLENBURG County

In The General Court Of Justice
District Court Division-Small Claims

The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

Description Of Premises (Include Location)

1632 VILLAGE LAKE DRIVE (APARTMENT)

☒ Conventional
☐ Public Housing
☐ Section 8

| Rate Of Rent | | Date Rent Due | Date Lease Ended | Type Of Lease |
|---|---|---|---|---|
| $ 545 per ☒ Month ☐ Week | | 1ST OF MONTH | 2/28/93 | ☐ Oral ☒ Written |

3. ☒ The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint.

☐ The lease period ended on the above date and the defendant is holding over after the end of the lease period.

☐ The defendant breached the condition of the lease described below for which re-entry is specified.

☐ Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below.

Description Of Breach/Criminal Activity (give names, dates, places and illegal activity)

FAILURE TO PAY RENT

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

5. The defendant owes the plaintiff the following:

Description Of Any Property Damage

| Amount Of Damage (If Known) | Amount Of Rent Past Due | Total Amount Due |
|---|---|---|
| $ | $ 935.00 | $ 935.00 |

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgment plus interest and reimbursement for court costs.

| Date | Signature Of Plaintiff/Attorney/Agent |
|---|---|
| JUNE 18, 1997 | |

### CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint

| Date | Signature |
|---|---|
| | |

PC - 004286

Case 3:12-cv-00327-MOC    Document 78-1    Filed 12/22/14    Page 61 of 100    Bates No. 14508

# STATE OF NORTH CAROLINA

_____ County

File No. 97CVM

In The General Court Of Justice
District Court Division-Small Claims

## Plaintiff

_(handwritten, illegible)_

VERSUS

## Defendant(s)

_(handwritten, illegible)_

## MAGISTRATE SUMMONS

☐ **Alias and Pluries Summons.** The summons originally issued against you was returned not served. *(Disregard this section unless the block is checked.)*

G.S. 7A-217, 232; 1A-1, Rule 4

Date Last Summons Issued

**TO:**
Name And Address Of First Defendant

_(handwritten, illegible)_

**TO:**
Name And Address Of Second Defendant

_(handwritten, illegible)_

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court | Date Of Trial | Time Of Trial | |
|---|---|---|---|
| _E. Trade St. Rm 103_ | _7-7-97_ | _9:00_ ☑ AM ☐ PM | |

Name And Address Of Plaintiff Or Plaintiff's Attorney

Date Issued _6-19-97_

Signature _Sue Roberts_

☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

_A3A_

AOC-CVM-100
Rev 6/97

(Over)

PC - 004287

# STATE OF NORTH CAROLINA

_Mecklenburg_ County

In The General Court Of Justice
District Court Division-Small Claims

File No. _97 CVM 15213_

**Plaintiff**
FOCHT PROPERTIES, INC.
PO Box 1040
CHARLOTTE, NC 28212

**VERSUS**

**Defendant(s)**
JEFFERSON NERO
TESSIE NERO

## MAGISTRATE SUMMONS

☐ Alias and Pluries Summons. The summons originally issued against you was returned not served. (Disregard this section unless the block is checked.)

G.S. 7A-217, 232; 1A-1, Rule 4

Date Last Summons Issued

**TO:**
Name And Address Of First Defendant

JEFFERSON NERO
1632 VILLAGE LAKE CIRCLE
CHARLOTTE, NC 28212

N-427

**TO:**
Name And Address Of Second Defendant

TESSIE NERO
1632 VILLAGE LAKE CIRCLE
CHARLOTTE, NC
28212

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

Location Of Court
700 E. Trade St. Rm 103

Name And Address Of Plaintiff Or Plaintiff's Attorney

Date Of Trial 7-7-97

Time Of Trial 9:00 ☑ AM ☐ PM

Date Issued 6-17-97

Signature _Sue Roberts_

☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

A3A

COPY MAILED

JUN 24 1997

MECKLENBURG COUNTY
SHERIFF'S DEPT.

PC - 004288
175155

AOC-CVM-100
Rev 6/87

(Over)

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

☒ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s), and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| 6/26/97   1:30 | Jefferson Park — John Doe |

Address Of Premises Where Posted
1632 Village Lake DR

| Service Fee Paid | Date Received | Name Of Sheriff |
|---|---|---|
| $ | 6/23/97 | Jim Pendergraph |
| By | Date Of Return 6/26/97 | County Mecklenburg |
|  |  | Deputy Sheriff Making Return |

AOC-CVM-100, Side Two
Rev 6/87

PC - 004289

# STATE OF NORTH CAROLINA

_Mecklenburg_ County

WENDOVER PLACE APARTMENTS

**Plaintiff** GUARDIAN MANAGEMENT, INC
920 N. Wendover Rd.
Charlotte, N.C. 28211

### VERSUS

**Defendant** Jefferson Yere
Oliver Yere

File No. 99Cvm 375b

Film No. 99-56-80

In the General Court of Justice
☐ Small Claims  ☐ District  ☐ Superior Court Division

## NOTICE OF
## VOLUNTARY DISMISSAL

GS 1A-1, Rule 41

☑ The plaintiff gives notice of voluntary dismissal in this case as to all of the defendants.

☐ The plaintiff gives notice of voluntary dismissal in this case only as to the defendants named below:

This case remains open as to defendants not listed above.

Date 2/23/99

Plaintiff or Attorney

PC - 004299

Case 3:12-cv-00327-MOC Document 78-4 Filed 12/22/14 Page 66 of 100

File No. 3756

## COMPLAINT
## IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232; Ch. 42, Art. 3 and 7

**STATE OF NORTH CAROLINA**

Mecklenburg County

In The General Court Of Justice
District Court Division-Small Claims

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

**Name And Address Of Plaintiff**
Wendover Place Apts.
Guardian Management
920 N. Wendover Rd.
Charlotte, NC 28211

**Social Security No./Taxpayer ID No.**
56-1129567

**County** Meck
**Telephone No.** 364-8655

**VERSUS**

**Name And Address Of First Defendant**
Jefferson Dero
1054-B N. Wendover Rd.
Charlotte, NC 28211

**County** Meck
**Telephone No.**

**Name And Address Of Second Defendant**
Jessie Dero
1054-B N. Wendover Rd.
Charlotte, NC 28211

**County** Meck
**Telephone No.**

**Name And Address Of Plaintiff's Attorney Or Agent**
Wendover Place Apts.
Guardian Management
920 N. Wendover Rd.
Charlotte, NC 28211

**Description Of Premises (Include Location)**
2BR located at 1054-B N. Wendover Rd, Chlt., NC 28211

☒ Conventional
☐ Public Housing
☐ Section 8

**Rate Of Rent** $677.00 per ☒ Month ☐ Week
**Date Rent Due** 1st
**Date Lease Ended**

**Type Of Lease** ☐ Oral ☒ Written

3. ☐ The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint.

☐ The lease period ended on the above date and the defendant is holding over after the end of the lease period.

☒ The defendant breached the condition of the lease described below for which re-entry is specified.

☐ Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below.

**Description Of Breach/Criminal Activity (give names, dates, places and illegal activity)**

failed to pay rent when due

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

5. The defendant owes the plaintiff the following:

**Description Of Any Property Damage**

late fee

**Amount Of Damage (If Known)** $30.00
**Amount Of Rent Past Due** $677.00
**Total Amount Due** $707.00

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgment plus interest and reimbursement for court costs.

**Date** 2/11/99
**Signature Of Plaintiff ... Agent**

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint.

**Date** 2/11/99
**Signature**

AOC-CVM-201, Rev. 1/98
© 1998 Administrative Office of the Courts

(Over)

# STATE OF NORTH CAROLINA

_Mecklenburg_ County

File No. **99 Cvm**

In The General Court Of Justice
District Court Division-Small Claims

**Plaintiff(s)**
Wendover Place Apts.
Guardian Management
720 N. Wendover Rd.
Charlotte NC 28211

**VERSUS**

**Defendant(s)**
Jefferson Nero
Jessie Nero

## MAGISTRATE SUMMONS

☐ ALIAS AND PLURIES SUMMONS

G.S. 7A-217, -232; 1A-1, Rule 4

_Date Last Summons Issued_

**TO:**

Name And Address Of Defendant 1
Jefferson Nero
1054-B N. Wendover Rd.
Charlotte, NC 28211

**TO:**

Name And Address Of Defendant 2
Jessie Nero
1054-B N. Wendover Rd.
Charlotte, NC 28211

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified date, time and location of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court at any time before the time set for trial. Whether or not you file an answer, the plaintiff must prove the claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Date Of Trial 2-24-99 | Time 9:00 ☒ AM ☐ PM | Location Of Court 700 E. Trade St Room 102 |

Name And Address Of Plaintiff Or Plaintiff's Attorney

Date Issued 2-11-99

Signature Joanne J. Brown

☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court

A2A

# STATE OF NORTH CAROLINA

Mecklenburg County

Plaintiff(s)
Wendover Place Apts.
Guardian Management
920 N. Wendover Rd.
Charlotte, NC 28211

VERSUS

Defendant(s)
Jefferson Nero
Jessie Nero

No. 99 Cvm 3756

In The General Court Of Justice
District Court Division-Small Claims

## MAGISTRATE SUMMONS

☐ ALIAS AND PLURIES SUMMONS

G.S. 7A-217, -232; 1A-1, Rule 4

Date Last Summons Issued

TO:

Name And Address Of Defendant 1
Jefferson Nero
1054-B N. Wendover Rd.
Charlotte, NC 28211

TO:

Name And Address Of Defendant 2
Jessie Nero
1054-B N. Wendover Rd.
Charlotte, NC 28211

### A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified date, time and location of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court at any time before the time set for trial. Whether or not you file an answer, the plaintiff must prove the claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Date of Trial 2-24-99 | Time Of Trial 9:00 ☒ AM ☐ PM | Location Of Court 700 E. Trade St Room 102 |
|---|---|---|

Name And Address Of Plaintiff Or Plaintiff's Attorney
Wendover Place Apts.
Guardian Management
920 N. Wendover Rd.
Charlotte, NC 28211

A2A

Date Issued  2-11-99

Signature  Joanne J. Parux

☒ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court

PC - 004302

AOC-CVM-100, Rev. 3,98
© 1998 Administrative Office of the Courts

(Over)

Case 3:12-cv-00327-MOC   Document 78-1   Filed 12/22/14   Page 68 of 100
Bates No. 14515

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)

☐ Other manner of service: (specify).

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)

☐ Other manner of service: (specify).

☐ Defendant WAS NOT served for the following reason:

## FOR USE IN SUMMARY EJECTMENT CASES ONLY

☒ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | | Name(s) Of The Defendant(s) Served By Posting |
|---|---|---|
| 2-17-99 | 1402 | Jefferson & Tessie Nero |

Address Of Premises Where Posted
1054 B N. Wendover

| Service Fee | Date Received | Name Of Sheriff |
|---|---|---|
| $10.00 | 2-15-99 | JAMES PENDERGRAPH |
| By | Date Of Return 2-17-99 | County MECKLENBURG COUNTY |
| | | Deputy Sheriff Making Return |

AOC-CVM-100, Rev. 3/98
© 1998 Administrative Office of the Courts

PC-004363

# STATE OF NORTH CAROLINA

Mecklenburg County

WENDOVER PLACE APARTMENTS

**Plaintiff** GUARDIAN MANAGEMENT, INC
920 N. Wendover Rd.
Charlotte, N.C. 28211

VERSUS

**Defendant** Jefferson Nere
Olivia Nere

File No 99 Cvm 375b

Film No 99-56-80

In the General Court of Justice
☐ Small Claims  ☐ District  ☐ Superior Court Division

# NOTICE OF
# VOLUNTARY DISMISSAL

GS 1A-1, Rule 41

☐ The plaintiff gives notice of voluntary dismissal in this case as to all of the defendants.

☐ The plaintiff gives notice of voluntary dismissal in this case only as to the defendants named below.

This case remains open as to defendants not listed above.

Date 2/23/99

Plaintiff or Attorney

PC - 004299

Case 3:12-cv-00327-MOC   Document 78-4   Filed 12/22/14   Page 71 of 100

File No. 3756

**COMPLAINT
IN SUMMARY EJECTMENT**

G.S. 7A-216, 7A-232; Ch. 42, Art. 3 and 7

**STATE OF NORTH CAROLINA**

Mecklenburg County

In The General Court Of Justice
District Court Division-Small Claims

Name And Address Of Plaintiff

Wendover Place Apts.
Guardian Management
920 N. Wendover Rd.
Charlotte, NC 28211

Social Security No./Taxpayer ID No.

56-1129567

| County | Telephone No. |
|---|---|
| Meck | 364-8655 |

**VERSUS**

Name And Address Of First Defendant

Jefferson Dero
1054-B N. Wendover Rd.
Charlotte, NC 28211

| County | Telephone No. |
|---|---|
| Meck | |

Name And Address Of Second Defendant

Jessie Dero
1054-B N. Wendover Rd
Charlotte, NC 28211

| County | Telephone No. |
|---|---|
| Meck | |

Name And Address Of Plaintiff's Attorney Or Agent

Wendover Place Apts.
Guardian Management
920 N. Wendover Rd.
Charlotte, NC 28211

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

Description Of Premises (Include Location)

2BR located at 1054-B N. Wendover Rd., Chlt., NC 28211

☒ Conventional
☐ Public Housing
☐ Section 8

| Rate Of Rent | | Date Rent Due | Date Lease Ended | Type Of Lease |
|---|---|---|---|---|
| $677.00 per ☒ Month ☐ Week | | 1st | | ☐ Oral ☒ Written |

3. ☐ The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint.

☐ The lease period ended on the above date and the defendant is holding over after the end of the lease period.

☒ The defendant breached the condition of the lease described below for which re-entry is specified.

☐ Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below.

Description Of Breach/Criminal Activity (give names, dates, places and illegal activity)

failed to pay rent when due

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

5. The defendant owes the plaintiff the following:

Description Of Any Property Damage

late fee

| Amount Of Damage (If Known) | Amount Of Rent Past Due | Total Amount Due |
|---|---|---|
| $ 30.00 | $ 677.00 | $ 707.00 |

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgment plus interest and reimbursement for court costs.

| Date | Signature Of Plaintiff/Agent |
|---|---|
| 2/11/99 | M Will |

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint.

| Date | Signature |
|---|---|
| 2/11/99 | m will |

AOC-CVM-201, Rev. 1/98
© 1998 Administrative Office of the Courts

(Over)

# STATE OF NORTH CAROLINA

_Mecklenburg_ County

File No. _99 Cvm_

In The General Court Of Justice
District Court Division-Small Claims

Plaintiff(s):
Wendover Place Apts.
Guardian Management
100 N. Wendover Rd.
Charlotte, NC 28211

VERSUS

Defendant(s):
Jefferson Nero
Jessie Nero

## MAGISTRATE SUMMONS

☐ ALIAS AND PLURIES SUMMONS

G.S. 7A-217, -232; 1A-1, Rule 4

Date Last Summons Issued

**TO:**
Name And Address Of Defendant 1

Jefferson Nero
1054-B N. Wendover Rd.
Charlotte, NC 28211

**TO:**
Name And Address Of Defendant 2

Jessie Nero
1054-B N. Wendover Rd.
Charlotte, NC 28211

### A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified date, time and location of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court at any time before the time set for trial. Whether or not you file an answer, the plaintiff must prove the claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

Date Of Trial: 2-24-99    Time: 9:00 ☒ AM ☐ PM    Location Of Court: 700 E. Trade St. Room 102

Name And Address Of Plaintiff Or Plaintiff's Attorney

Date Issued: 2-11-99

Signature: Joanne G. Prouse

☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court

A2A

PC - 004301

Case 3:12-cv-00327-MOC   Document 78-1   Filed 12/22/14   Page 72 of 100
Bates No. 14519

# STATE OF NORTH CAROLINA

Mecklenburg County

Plaintiff(s)
Wendover Place Apts.
Guardian Management
920 N. Wendover Rd.
Charlotte, NC 28211

VERSUS

Defendant(s)
Jefferson Nero
Jessie Nero

No 99 CVM 3756

In The General Court Of Justice
District Court Division-Small Claims

## MAGISTRATE SUMMONS

☐ ALIAS AND PLURIES SUMMONS

G.S. 7A-217, -232; 1A-1, Rule 4

Date Last Summons Issued

TO:

Name And Address Of Defendant 1
Jefferson Nero
1054-B N. Wendover Rd.
Charlotte, NC 28211

TO:

Name And Address Of Defendant 2
Jessie Nero
1054-B N. Wendover Rd.
Charlotte, NC 28211

### A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified date, time and location of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court at any time before the time set for trial. Whether or not you file an answer, the plaintiff must prove the claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Date of Trial | Time Of Trial | | Location Of Court |
|---|---|---|---|
| 2-24-99 | 9:00 | X AM ☐ PM | 700 E. Trade St Room 102 |

Name And Address Of Plaintiff Or Plaintiff's Attorney
Wendover Place Apts.
Guardian Management
920 N. Wendover Rd.
Charlotte, NC 28211

A2A

Date Issued
2-11-99

Signature
Joanne J. Parue

☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court

PC - 004302

AOC-CVM-100, Rev. 3.98
© 1998 Administrative Office of the Courts

(Over)

RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

Date Served | Name Of Defendant

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)

☐ Other manner of service: (specify)

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

Date Served | Name Of Defendant

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)

☐ Other manner of service: (specify)

☐ Defendant WAS NOT served for the following reason:

## FOR USE IN SUMMARY EJECTMENT CASES ONLY

☒ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | | Name(s) Of The Defendant(s) Served By Posting |
|---|---|---|
| 2-17-99 | 1402 | Jefferson & Tessie Nero |

Address Of Premises Where Posted
1054 B N. Wendover

| Sheriff Fee | Date Received | Name Of Sheriff |
|---|---|---|
| $10.00 | 2-15-99 | JAMES PENDERGRAPH |
| By | Date Of Return | County |
| | 2-17-99 | MECKLENBURG COUNTY |
| | | Deputy Sheriff Making Return |

AOC-CVM-100, Rev. 3/98
© 1998 Administrative Office of the Courts

PC-004303

File No. 99-190-158
99cvm 17294

## COMPLAINT
## IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232; Ch. 42, Art. 3 and 7

Name And Address Of Plaintiff

WENDOVER PLACE APARTMENTS
GUARDIAN MANAGEMENT, INC.
920 N. Wendover Rd.
Charlotte, N.C. 28211

Social Security No./Taxpayer ID No.
56-1129567

County Meck | Telephone No. 364-8655

### VERSUS

Name And Address Of First Defendant

Jefferson Yero
1054-B N Wendover Rd
Charlotte, NC 28211

County Meck | Telephone No.

Name And Address Of Second Defendant

Jessie Yero
1054-B N Wendover Rd
Charlotte, NC 28211

County Meck | Telephone No.

Name And Address Of Plaintiff's Attorney Or Agent

(illegible)

AOC-CVM-201, Rev. 1/98
© 1998 Administrative Office of the Courts

---

## STATE OF NORTH CAROLINA
Meck _____ County

In The General Court Of Justice
District Court Division-Small Claims

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

Description Of Premises (Include Location)
2 BR at 1054-B N Wendover Rd

☒ Conventional
☐ Public Housing
☐ Section 8

Rate Of Rent $677.00 per ☒ Month ☐ Week | Date Rent Due 1st | Date Lease Ended | Type Of Lease ☐ Oral ☒ Written

3. ☐ The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint.

☐ The lease period ended on the above date and the defendant is holding over after the end of the lease period.

☒ The defendant breached the condition of the lease described below for which re-entry is specified.

☐ Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below.

Description Of Breach/Criminal Activity (give names, dates, places and illegal activity)

Failed to pay as agreed

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

5. The defendant owes the plaintiff the following:

Description Of Any Property Damage
late fee, NSF fee

Amount Of Damage (If Known) $50.00 | Amount Of Rent Past Due $677.00 | Total Amount Due $727.00

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgment plus interest and reimbursement for court costs.

Date 7/16/99 | Signature Of Plaintiff/Attorney/Agent

### CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint.

Date 7/16/99 | Signature

NEITHER PARTY APPEARED
DISMISSED WITHOUT PREJUDICE

PC - 004290

Case 3:12-cv-00327-MOC    Document 78-1    Filed 12/22/14    Page 75 of 100
Bates No. 14522

# STATE OF NORTH CAROLINA

Meck _____ County

File No

In The General Court of Justice
District Court Division-Small Claims

**Plaintiff:**
WENDOVER PLACE APARTMENTS
GUARDIAN MANAGEMENT, INC.
920 N. Wendover Rd.
Charlotte, NC 28211

**Defendant:**
Jefferson Yero
Jessie Yero

## MAGISTRATE SUMMONS

☐ ALIAS AND PLURIES SUMMONS

G.S. 7A-217, -232; 1A-1, Rule 4

Date Last Summons Issued

**TO:**

Name And Address Of Defendant 1:
Jefferson Yero
1054-B N Wendover Rd
Charlotte, NC 28211

Name And Address Of Defendant 2:
Jessie Yero
1054-B N Wendover Rd
Charlotte, NC 28211

### A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified date, time and location of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court at any time before the time set for trial. Whether or not you file an answer, the plaintiff must prove the claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Date Of Trial | Time Of Trial | | Location Of Court |
|---|---|---|---|
| 8-8-99 | 9:00 ☒ AM ☐ PM | | 700 E. Trade St Room 101 |

Name And Address Of Plaintiff Or Plaintiff's Attorney
WENDOVER PLACE APARTMENTS
GUARDIAN MANAGEMENT, INC.
920 N. Wendover Rd.
Charlotte, N.C. 28211

Date Issued
7-19-99

Signature
Joanne J. Brown

☒ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court

RIA

Case 3:12-cv-00327-MOC    Document 78-1    Filed 12/22/14    Page 76 of 100
Bates No. 14523

**File No.** 99cvm 1724 / 99-196-159

## COMPLAINT
## IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232; Ch. 42, Art. 3 and 7

**Name And Address Of Plaintiff**
P/V Development
Homes of Simplicity
338 S. Sharon Amity # 231
Charlotte NC 28211

**Social Security No./Taxpayer ID No.**
56-2128327

**County** MECK
**Telephone No.** 704-520-9058

### VERSUS

**Name And Address Of First Defendant**
Milton Wilson
2606 Mayfair AVE #3-4
Charlotte NC, 28208

**County** MECK
**Telephone No.** ___

**Name And Address Of Second Defendant**

**County**
**Telephone No.**

**Name And Address Of Plaintiff's Attorney Or Agent**

## STATE OF NORTH CAROLINA

MECK _____ County

In The General Court Of Justice
District Court Division-Small Claims

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

**Description Of Premises (Include Location)**
2606 Mayfair AVE Apt B-4 Charlotte NC 28208

☐ Conventional
☒ Public Housing
☐ Section 8

**Rate Of Rent** $350.00 per ☒ Month ☐ Week
**Date Rent Due** 1st of Month
**Date Lease Ended** 10/30/96
**Type Of Lease** ☐ Oral ☐ Written

3. ☐ The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint.

☐ The lease period ended on the above date and the defendant is holding over after the end of the lease period.

☐ The defendant breached the condition of the lease described below for which re-entry is specified.

☐ Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below.

**Description Of Breach/Criminal Activity (give names, dates, places and illegal activity)** — Tenants has crowds of people hanging around and in his apartment. Disturbing other Neighbors. Has warned several times. Known Drug Dealer and Neighbors have complained.

4. The plaintiff has demanded possession of the premises from the defendant who has refused to surrender it, and the plaintiff is entitled to immediate possession.

5. The defendant owes the plaintiff the following:

**Description Of Any Property Damage**

**Amount Of Damage (if Known)** $
**Amount Of Rent Past Due** $ —0—
**Total Amount Due** $

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgment plus interest and reimbursement for court costs.

**Date** 7/15/99
**Signature Of Plaintiff/Attorney/Agent**

### CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint.

**Date** 7/15/99
**Signature**

AOC-CVM-201, Rev. 1/98
© 1998 Administrative Office of the Courts

Case 3:12-cv-00327-MOC    Document 78-1    Filed 12/22/14    Page 77 of 100
Bates No. 14524

**COMPLAINT IN SUMMARY EJECTMENT**

G.S. 7A-216, 7A-232; Ch. 42, Art. 3 and 7

**File No.**

**Name And Address Of Plaintiff**

P/V _____

33 S. _____

Char _____

**Social Security No./Taxpayer ID No.**

_____

**County** | **Telephone No.**

**VERSUS**

**Name And Address Of First Defendant**

**County** | **Telephone No.**

**Name And Address Of Second Defendant**

**County** | **Telephone No.**

**Name And Address Of Plaintiff's Attorney Or Agent**

AOC-CVM-201, Rev. 1/98
© 1998 Administrative Office of the Courts

---

## STATE OF NORTH CAROLINA

_____ County

In The General Court Of Justice
District Court Division-Small Claims

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

**Description Of Premises (Include Location)**

☐ Conventional
☐ Public Housing
☐ Section 8

| Rate Of Rent | | Date Rent Due | Date Lease Ended | Type Of Lease |
|---|---|---|---|---|
| $ ____ | ☑ Month ☐ Week | | 10/__/__ | ☐ Oral ☐ Written |

3. ☐ The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint.

☐ The lease period ended on the above date and the defendant is holding over after the end of the lease period.

☐ The defendant breached the condition of the lease described below for which re-entry is specified.

☐ Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below.

**Description Of Breach/Criminal Activity (give names, dates, places and illegal activity)**

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

5. The defendant owes the plaintiff the following:

**Description Of Any Property Damage**

| Amount Of Damage (If Known) | Amount Of Rent Due | Total Amount Due |
|---|---|---|
| $ | $ | $ |

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgment plus interest and reimbursement for court costs.

**Date**

**Signature Of Plaintiff/Attorney/Agent**

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint.

PC - 004293

# STATE OF NORTH CAROLINA

Meck _____ County

File No
99 CVM

In The General Court of Justice
District Court Division-Small Claims

Plaintiff(s)
P/V Development
Homes of simplicity

**VERSUS**

Defendant(s)
Milton Wilson

## MAGISTRATE SUMMONS

☐ ALIAS AND PLURIES SUMMONS

G.S. 7A-217, -232; 1A-1, Rule 4

Date Last Summons Issued

**TO:**

Name And Address Of Defendant 1

Milton Wilson
3606 May air Ave Apt B-4
Charlotte NC, 28208

**TO**

Name And Address Of Defendant 2

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified date, time and location of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court at any time before the time set for trial. Whether or not you file an answer, the plaintiff must prove the claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Date Of Trial | Time Of Trial | | Location Of Court |
|---|---|---|---|
| 8-2-99 | 9:00  X ☐ AM ☐ PM | | 700 E Trade St Room 101 |

Name And Address Of Plaintiff Or Plaintiff's Attorney

P/V Development
Homes of Simplicity
338 S. Sharon Amity # 231
Charlotte NC, 28211

Date Issued 7-19-99

Signature

☒ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court

AIA

# STATE OF NORTH CAROLINA

Meck _____ County

File No 12294
99 CVM
In The General Court of Justice
District Court Division-Small Claims

**Plaintiff:**

WENDOVER PLACE APARTMENTS
GUARDIAN MANAGEMENT, INC.
920 N. Wendover Rd.
Charlotte, N.C. 28211

VERSUS

**Defendants:**
Jefferson Nero
Jessie Nero

## MAGISTRATE SUMMONS

☐ ALIAS AND PLURIES SUMMONS

G.S. 7A-217, 232; 1A-1, Rule 4

Date Last Summons Issued

TO:

Name And Address Of Defendant 1

Jefferson Nero
1054-B N Wendover Rd
Charlotte, NC 28211

TO:

Name And Address Of Defendant 2

Jessie Nero
1054-B N Wendover Rd
Charlotte, NC 28211

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified date, time and location of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court at any time before the time set for trial. Whether or not you file an answer, the plaintiff must prove the claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Date Of Trial | Time Of Trial | | Location Of Court |
|---|---|---|---|
| 8-3-99 | 9:00 | X AM ☐ PM | 700 E Trade St Room 101 |

Name And Address Of Plaintiff Or Plaintiff's Attorney

WENDOVER PLACE APARTMENTS

Date Issued

7-19-99

Signature

☑ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court

AIA 10

AOC-CVM-100 Rev. 3/98
1998 Administrative Office of the Courts

(Over)

PC - 004295

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

Date Served _____ Name Of Defendant _____

By delivering to the defendant named above a copy of the summons and complaint.

By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)

Other manner of service (specify)

Defendant WAS NOT served for the following reason:

### DEFENDANT 2

Date Served _____ Name Of Defendant _____

By delivering to the defendant named above a copy of the summons and complaint.

By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein

As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below

Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)

Other manner of service (specify)

Defendant WAS NOT served for the following reason.

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

7-22-99    1057    Names(s) Of The Defendant(s) Served By Posting: Jefferson, & Tesse Nero

Address Of Premises Where Posted: 1054 B N, Wendover

Service Fee
$

Date Received  7-22-99    Name Of Sheriff:  JAMES PENDERGRAPH

Date Of Return  7-27-99    County  MECKLENBURG COUNTY

Deputy Sheriff Making Return

AOC CVM 100 Rev 3.98
1998 Administrative Office of the Courts

PC - 004295

File No.

## COMPLAINT
## IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232; Ch. 42, Art. 3 and 7

**Name And Address Of Plaintiff**

WENDOVER PLACE APARTMENTS
GUARDIAN MANAGEMENT, INC
920 N. Wendover Rd
Charlotte, N.C. 28211

**Social Security No./Taxpayer ID No.**
56-1129567

**County** Meck **Telephone No.** 364-8655

### VERSUS

**Name And Address Of First Defendant**

Jefferson Aero
1054-B N Wendover Rd
Charlotte, NC 28211

**County** Meck **Telephone No.**

**Name And Address Of Second Defendant**

Jessie Aero
1054-B N Wendover Rd
Charlotte, NC 28211

**County** Meck **Telephone No.**

**Name And Address Of Plaintiff's Attorney Or Agent**

WENDOVER PLACE APTS
GUARDIAN MANAGEMENT
920 N. Wendover Rd
Charlotte, N.C. 28211

## STATE OF NORTH CAROLINA

Meck _____ County

In The General Court Of Justice
District Court Division-Small Claims

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

**Description Of Premises (Include Location)**
2 BR at 1054-B N Wendover Rd

☒ Conventional
☐ Public Housing
☐ Section 8

**Rate Of Rent** $677.00 per ☒ Month ☐ Week

**Date Rent Due** 1st

**Date Lease Ended**

**Type Of Lease**
☐ Oral ☒ Written

3. ☐ The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint.

☐ The lease period ended on the above date and the defendant is holding over after the end of the lease period.

☒ The defendant breached the condition of the lease described below for which re-entry is specified.

☐ Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below.

**Description Of Breach/Criminal Activity (give names, dates, places and illegal activity)**

failed to pay as agreed

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

5. The defendant owes the plaintiff the following:

**Description Of Any Property Damage**

late fee, NSF fee

**Amount Of Damage (If Known)** $50.00

**Amount Of Rent Past Due** $677.00

**Total Amount Due** $727.00

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgment plus interest and reimbursement for court costs.

**Date** 7/16/99 **Signature Of Plaintiff/Attorney/Agent**

### CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint.

**Date** 7/16/99 **Signature**

(Over)

NEITHER PARTY APPEARED
DISMISSED WITHOUT PREJUDICE

# STATE OF NORTH CAROLINA

Meck _____ County

File No

99 CVM

In The General Court Of Justice
District Court Division Small Claims

**Plaintiff**
WENDOVER PLACE APARTMENTS
GUARDIAN MANAGEMENT, INC.
920 N. Wendover Rd.
Charlotte, NC 28211

VERSUS

**Defendant**
Jefferson Nero
Jessie Nero

**MAGISTRATE SUMMONS**

☐ ALIAS AND PLURIES SUMMONS

G.S. 7A 217, 232, 1A 1 Rule 4

Date Last Summons Issued

---

**TO:**

Name And Address Of Defendant 1
Jefferson Nero
1054-B N Wendover Rd
Charlotte, NC 28211

**TO:**

Name And Address Of Defendant 2
Jessie Nero
1054-B N Wendover Rd
Charlotte, NC 28211

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified date, time and location of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court at any time before the time set for trial. Whether or not you file an answer, the plaintiff must prove the claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Date Of Trial | Time Of Trial | | Location Of Court: |
|---|---|---|---|
| 8-3-99 | 9:00 | ☒ AM ☐ PM | 700 E. Trade St Room 101 |

Name And Address Of Plaintiff Or Plaintiff's Attorney
Wendover Place A...
Guardian ...
920 N. ...
Charlotte ...

Date Issued
7-19-99

Signature
Jessie J. Brown

☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

AIA

PC - 004298

AOC-CVM-100 Rev. 3-98

(Over)

Case 3:12-cv-00327-MOC   Document 78-4   Filed 12/22/14   Page 83 of 100

Bates No. 14530

File No. 99-190-158

99cvm 17294

## COMPLAINT
## IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232; Ch. 42, Art. 3 and 7

**Name And Address Of Plaintiff**

WENDOVER PLACE APARTMENTS
GUARDIAN MANAGEMENT, INC.
920 N. Wendover Rd.
Charlotte, N.C. 28211

Social Security No./Taxpayer ID No. 56-1129567

County Meck | Telephone No. 364-8655

**VERSUS**

**Name And Address Of First Defendant**

Jefferson Yero
1054-B N Wendover Rd
Charlotte, NC 28211

County Meck | Telephone No.

**Name And Address Of Second Defendant**

Jessie Yero
1054-B N Wendover Rd
Charlotte, NC 28211

County Meck | Telephone No.

**Name And Address Of Plaintiff's Attorney Or Agent**

Wendover Place Apts.
Guardian Mgmt
920 N. Wendover Rd
Charlotte, N.C. 28211

### STATE OF NORTH CAROLINA

Meck _____ County

In The General Court Of Justice
District Court Division-Small Claims

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

Description Of Premises (Include Location)
2 BR at 1054-B N Wendover Rd

☒ Conventional
☐ Public Housing
☐ Section 8

Rate Of Rent $677.00 per ☒ Month ☐ Week | Date Rent Due 1st | Date Lease Ended | Type Of Lease ☐ Oral ☒ Written

3. ☐ The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint.

☐ The lease period ended on the above date and the defendant is holding over after the end of the lease period.

☒ The defendant breached the condition of the lease described below for which re-entry is specified.

☐ Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below.

Description Of Breach/Criminal Activity (give names, dates, places and illegal activity)

Failed to pay as agreed

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

5. The defendant owes the plaintiff the following:

Description Of Any Property Damage
late fee, NSF fee

Amount Of Damage (If Known) $50.00 | Amount Of Rent Past Due $677.00 | Total Amount Due $727.00

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgment plus interest and reimbursement for court costs.

Date 7/16/99 | Signature Of Plaintiff/Attorney/Agent

### CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint.

Date 7/16/99 | Signature

AOC-CVM-201, Rev. 1/98
© 1998 Administrative Office of the Courts

(Over)

NEITHER PARTY APPEARED 2/3/
DISMISSED WITHOUT PREJUDICE

PC - 004290

# STATE OF NORTH CAROLINA

*Meck* County

**WENDOVER PLACE APARTMENTS**
**GUARDIAN MANAGEMENT, INC.**
**920 N. Wendover Rd.**
**Charlotte, NC 28211**

*Jefferson Yero*
*Jessie Yero*

File No

99 *CVM*

In The General Court Of Justice
District Court Division-Small Claims

## MAGISTRATE SUMMONS

☐ ALIAS AND PLURIES SUMMONS

G.S. 7A-217, -232; 1A-1, Rule 4

Date Last Summons Issued

**TO:**

Name And Address Of Defendant 1
*Jefferson Yero*
*1054-B N Wendover Rd*
*Charlotte, NC 28211*

Name And Address Of Defendant 2
*Jessie Yero*
*1054-B N Wendover Rd*
*Charlotte, NC 28211*

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified date, time and location of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court at any time before the time set for trial. Whether or not you file an answer, the plaintiff must prove the claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Date Of Trial | Time Of Trial | | Location Of Court |
|---|---|---|---|
| **8-8-99** | **9:00** ☒ AM ☐ PM | | *700 E. Trade St Room 101* |

Name And Address Of Plaintiff Or Plaintiff's Attorney
WENDOVER PLACE APARTMENTS
GUARDIAN MANAGEMENT, INC.
920 N. Wendover Rd.
Charlotte, N.C. 28211

Date Issued
*7-19-99*

Signature
*Jessie J. Brown*

☒ Deputy CSC    ☐ Assistant CSC    ☐ Clerk Of Superior Court

RIA

Bates No. 14532

File No. 99cvm 1 72 99

99-198-159

**COMPLAINT**
**IN SUMMARY EJECTMENT**

G.S. 7A-216, 7A-232; Ch. 42, Art. 3 and 7

**Name And Address Of Plaintiff**
P/V Development
Homes of Simplicity
338 S. Sharon Amity # 231
Charlotte NC 28211

**Social Security No./Taxpayer ID No.**
56-2128327

**County**
MECK

**Telephone No.**
704-530-9058

**VERSUS**

**Name And Address Of First Defendant**
Milton Wilson
2606 Mayfair AVE # 3-4
Charlotte NC, 28208

**County**
MECK

**Telephone No.**

**Name And Address Of Second Defendant**

**County**

**Telephone No.**

**Name And Address Of Plaintiff's Attorney Or Agent**

**STATE OF NORTH CAROLINA**

MECK _____ County

In The General Court Of Justice
District Court Division-Small Claims

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

**Description Of Premises (Include Location)**
2606 Mayfair AVE Apt B-4 Charlotte NC 28208

☐ Conventional
☒ Public Housing
☐ Section 8

**Rate Of Rent**
$ 350.00 per ☒ Month ☐ Week

**Date Rent Due**
1st of Month

**Date Lease Ended**
10/30/96

**Type Of Lease**
☐ Oral ☐ Written

3. ☐ The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint.

☐ The lease period ended on the above date and the defendant is holding over after the end of the lease period.

☐ The defendant breached the condition of the lease described below for which re-entry is specified.

☐ Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below.

**Description Of Breach/Criminal Activity (give names, dates, places and illegal activity)** Tenants has crowds of Known Drug Dealer and Neighbor houd people hanging around and in his apartment. Disturbing other Neighbors. Has warned several times.

4. The plaintiff has demanded possession of the premises from the defendant who has refused to surrender it, and the plaintiff is entitled to immediate possession.

5. The defendant owes the plaintiff the following:

**Description Of Any Property Damage**

**Amount Of Damage (if Known)**
$

**Amount Of Rent Past Due**
$ —0—

**Total Amount Due**
$

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgment plus interest and reimbursement for court costs.

**Date** 7/15/99 **Signature Of Plaintiff/Attorney/Agent**

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint.

**Date** 7/15/99 **Signature**

AOC-CVM-201, Rev. 1/98
© 1998 Administrative Office of the Courts

Bates No. 14533

PC - 004293

**COMPLAINT IN SUMMARY EJECTMENT**

G.S. 7A-216, 7A-232, Ch. 42, Art. 3 and 7

**STATE OF NORTH CAROLINA**

_____ County

In The General Court Of Justice
District Court Division-Small Claims

**Name And Address Of Plaintiff**

**Social Security No./Taxpayer ID No.**

**County**      **Telephone No.**

**VERSUS**

**Name And Address Of First Defendant**

**County**      **Telephone No.**

**Name And Address Of Second Defendant**

**County**      **Telephone No.**

**Name And Address Of Plaintiff's Attorney Or Agent**

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

**Description Of Premises (include Location)**

☐ Conventional
☐ Public Housing
☐ Section 8

**Rate Of Rent**   $_____   per ☐ Month ☐ Week   **Date Rent Due**   **Date Lease Ended**   **Type Of Lease** ☐ Oral ☐ Written

3. ☐ The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint.

☐ The lease period ended on the above date and the defendant is holding over after the end of the lease period.

☐ The defendant breached the condition of the lease described below for which re-entry is specified.

☐ Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below.

**Description Of Breach/Criminal Activity (give names, dates, places and illegal activity)**

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

5. The defendant owes the plaintiff the following:

**Description Of Any Property Damage**

**Amount Of Damage (If Known)** $_____   **Amount Of Rent Due** $_____   **Total Amount Due** $_____

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgment plus interest and reimbursement for court costs.

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint.

AOC-CVM-201, Rev. 1/99
© 1999 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

Meck _____ County

File No

99 CVM

In The General Court Of Justice
District Court Division-Small Claims

Plaintiff(s): P/V Development
Homes of simplicity

**VERSUS**

Defendant(s): Milton Wilson

# MAGISTRATE SUMMONS

☐ ALIAS AND PLURIES SUMMONS

G.S. 7A-217, -232; 1A-1, Rule 4

Date Last Summons Issued

**TO:**

Name And Address Of Defendant 1

Milton Wilson
3606 Mayair Ave Apt B-4
Charlotte NC, 28208

TO

Name And Address Of Defendant 2

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified date, time and location of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court at any time before the time set for trial. Whether or not you file an answer, the plaintiff must prove the claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Date Of Trial | Time Of Trial | | Location Of Court |
|---|---|---|---|
| 8-2-99 | 9:00 ☐ AM ☐ PM X | | 700 E Trade St Room 101 |

Name And Address Of Plaintiff Or Plaintiff's Attorney

P/V Development
Homes of Simplicity
338 S. Sharon Amity # 231
Charlotte NC, 28211

Date Issued 7-19-99

Signature

☒ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court

AIA

AOC CVM-100, Rev. 3/98
© 1988 Administrative Office of the Courts

(Over)

PC - 004294

# STATE OF NORTH CAROLINA

Meck _____ County

File No. 12294
99 CVM

In The General Court Of Justice
District Court Division-Small Claims

**Plaintiffs**

WENDOVER PLACE APARTMENTS
GUARDIAN MANAGEMENT, INC.
920 N. Wendover Rd.
Charlotte, N.C. 28211

VERSUS

**Defendants**
Jefferson Nero
Jessie Nero

## MAGISTRATE SUMMONS

☐ ALIAS AND PLURIES SUMMONS

G.S. 7A-217, 232, 1A-1, Rule 4

Date Last Summons Issued

TO: | TO:

*Name And Address Of Defendant 1*
Jefferson Nero
1054-B N Wendover Rd
Charlotte, NC 28211

*Name And Address Of Defendant 2*
Jessie Nero
1054-B N Wendover Rd
Charlotte, NC 28211

### A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified date, time and location of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court at any time before the time set for trial. Whether or not you file an answer, the plaintiff must prove the claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

*Date Of Trial* 8-3-99  *Time Of Trial* 9:00 ☒ AM ☐ PM  *Location Of Court* 700 E Trade St Room 101

*Name And Address Of Plaintiff Or Plaintiff's Attorney*
WENDOVER PLACE APARTMENTS

*Date Issued* 7-19-99

*Signature* Joanne J. Brown

☒ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court

AIA 10

AOC-CVM-100 Rev. 3/98
1998 Administrative Office of the Courts

(Over)

PC - 004295

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

Date Received | Name Of Defendant

___ By delivering to the defendant named above a copy of the summons and complaint.

___ By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

___ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)

___ Other manner of service (specify)

___ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

Date Received | Name Of Defendant

___ By delivering to the defendant named above a copy of the summons and complaint.

___ By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

___ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)

___ Other manner of service (specify)

___ Defendant WAS NOT served for the following reason.

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| | | |
|---|---|---|
| Address Of Premises Where Posted | 7-27-99    1057 | Name(s) Of The Defendant(s) Served By Posting: Jefferson & Tessie Nero 1054B N. Wendover |
| Service Fee $ | Date Received 7-22-99 | Name Of Sheriff JAMES PENDERGRAPH |
| | Date Of Return 7-27-99 | County MECKLENBURG COUNTY |
| | | Deputy Sheriff Making Return |

AOC-CVM-100, Rev. 3/98
© 1998 Administrative Office of the Courts

PC-004296

Bates No. 14537

Bates No. 14538

File No. 99cvm 177294

## COMPLAINT
## IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232; Ch. 42, Art. 3 and 7

**Name And Address Of Plaintiff**

WENDOVER PLACE APARTMENTS
GUARDIAN MANAGEMENT, INC
920 N. Wendover Rd
Charlotte, N.C. 28211

**Social Security No./Taxpayer ID No.**
56-1129567

**County** Meck  **Telephone No.** 364-8655

### VERSUS

**Name And Address Of First Defendant**

Jefferson Aero
1054-B N Wendover Rd
Charlotte, NC 28211

**County** Meck  **Telephone No.**

**Name And Address Of Second Defendant**

Jessie Aero
1054-B N Wendover Rd
Charlotte, NC 28211

**County** Meck  **Telephone No.**

**Name And Address Of Plaintiff's Attorney Or Agent**

Wendover Place Apts.
Guardian Management
920 N. Wendover Rd
Charlotte, N.C. 28211

AOC-CVM-201, Rev. 1/98
© 1998 Administrative Office of the Courts

## STATE OF NORTH CAROLINA

Meck County

In The General Court Of Justice
District Court Division-Small Claims

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

**Description Of Premises (Include Location)**
2 BR at 1054-B N Wendover Rd

☒ Conventional
☐ Public Housing
☐ Section 8

**Rate Of Rent**
$677.00 per ☒ Month ☐ Week

**Date Rent Due** 1st

**Date Lease Ended**

**Type Of Lease**
☐ Oral ☒ Written

3. ☐ The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint.

☐ The lease period ended on the above date and the defendant is holding over after the end of the lease period.

☒ The defendant breached the condition of the lease described below for which re-entry is specified.

☐ Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below.

**Description Of Breach/Criminal Activity (give names, dates, places and illegal activity)**

failed to pay as agreed

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

5. The defendant owes the plaintiff the following:

**Description Of Any Property Damage**
late fee, NSF fee

**Amount Of Damage (If Known)** $50.00

**Amount Of Rent Past Due** $677.00

**Total Amount Due** $727.00

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgment plus interest and reimbursement for court costs.

**Date** 7/16/99  **Signature Of Plaintiff/Attorney/Agent**

### CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint.

**Date** 7/16/99  **Signature**

(Over)

NEITHER PARTY APPEARED
DISMISSED WITHOUT PREJUDICE

# STATE OF NORTH CAROLINA

*Meck* County

File No.

**99 CvM**

In The General Court Of Justice
District Court Division Small Claims

---

WENDOVER PLACE APARTMENTS
GUARDIAN MANAGEMENT, INC.
920 N. Wendover Rd.
Charlotte, NC 28211

*VERSUS*

Jefferson Nero
Jessie Nero

## MAGISTRATE SUMMONS

☐ ALIAS AND PLURIES SUMMONS

G.S. 7A 217, 232, 1A 1 Rule 4

Date Last Summons Issued

---

TO:

Jefferson Nero
1054-B N Wendover Rd
Charlotte, NC 28211

TO:

Jessie Nero
1054-B N Wendover Rd
Charlotte, NC 28211

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified date, time and location of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court at any time before the time set for trial. Whether or not you file an answer, the plaintiff must prove the claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

Date Of Trial: 8-3-99     Time Of Trial: 9:00 ☒ AM ☐ PM     Location Of Court: 700 E. Trade St. Room 101

Name And Address Of Plaintiff Or Plaintiff's Attorney

WENDOVER PL...

Date Issued: 7-19-99

Signature: *Jessie J. Brown*

☒ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court

AIA

PC - 004298

AOC CVM 100 Rev. 3-98

(Over)

Bates No. 14539

File No. C3Cm 29227

Fin No 93-235-909

Judgmen Docket Book And Page No

## JUDGMENT IN ACTION FOR SUMMARY EJECTMENT

GS. 7A-210(2), 7A-224; 42-30

Name And Address Of Plaintiff

Winslow Place
72(?) Winslow Rd
Charlotte N.C. 28211

| County | Telephone No. |
| Mecklenburg | |

### VERSUS

Name And Address Of First Defendant

Brenda Nero
912(?) N Winslow Rd
Charlotte, N.C. 28211

| County | Telephone No. |
| Mecklenburg | |

Name And Address Of Second Defendant

| County | Telephone No. |

Name And Address Of Plaintiff's Attorney

AOC-CVM-401
Rev 4/9)

## STATE OF NORTH CAROLINA

Mecklenburg ———— County

In The General Court Of Justice
District Court Division-Small Claims

This action was tried before the undersigned on the cause stated in the complaint. The record shows that the defendant was given proper notice of the nature of the action and the date, time and location of trial.

### FINDINGS

The Court finds that.

☑ the plaintiff has proved his case by the greater weight of the evidence.
☐ the plaintiff has failed to prove his case by the greater weight of the evidence.
☐ Other:

### ORDER

It is ORDERED that:

☑ the defendant(s) be removed from and the plaintiff be put in possession of the premises described in the complaint.
☐ this action be dismissed with prejudice.
☐ this action be dismissed with prejudice because the defendant tendered the rent due and the court costs of this action.
☐ the plaintiff recover rent of the defendant(s) at the rate listed below, plus damages in the amount indicated. The plaintiff is also entitled to interest on the total principal sum from this date until the judgment is paid.
☐ Other: (specify)

☑ Costs of this action are taxed to the ☐ plaintiff. ☐ defendant.

| Rate Of Rent | ☐ Month | Amount Of Rent Owed To Date |
| $ 395 00 per ☐ Week | $ . |

| Amount Of Other Damages | $ |

| Total Amount | ▶ $ |

| Date 12/8/93 |
| Signature Of Magistrate |

### ENTRY OF APPEAL

| Name Of Appealing Party | ☐ Given In Open Court | ☐ Jury Trial Not Requested |
| | ☐ Given In Writing | ☐ Jury Trial Requested |

| Date Appeal Given | Date Court Costs Paid | Amount Court Costs Paid $ |

PC - 004322

PC - 004323

# COMPLAINT
# IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232; Ch. 42, Art. 3

**File No.**

**STATE OF NORTH CAROLINA**

Mecklenburg County

In The General Court Of Justice
District Court Division-Small Claims

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

**Description Of Premises (Include Location)**
2 Bedroom 1½ Bath 912-G N. Wendover Rd Charlotte NC 28211

| Rate Of Rent | | Date Rent Due | Date Lease Ended | Type Of Lease |
|---|---|---|---|---|
| $399.00 per ☐ Month ☐ Week | | 11-1-93 | 11-30-93 | ☐ Oral ☒ Written |

3. ☐ The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint.

☐ The lease period ended on the above date and the defendant is holding over after the end of the lease period.

☒ The defendant breached the condition of the lease described below for which re-entry is specified.

**Description Of Breach**
failure to pay November Rent

The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

4. The defendant owes the plaintiff for the following:

**Description Of Any Property Damage**

| Amount Of Damage | Amount Of Rent Past Due | Total Amount |
|---|---|---|
| $20.00 late fee | $399 00 | $419 00 |

I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgment plus interest and reimbursement for court costs.

| Date | Signature Of Plaintiff/Attorney/Agent |
|---|---|
| 11-17-93 | Deborah O Crawley |

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint.

| Date | Signature |
|---|---|
| 11-17-93 | Deborah O Crawley |

**Name And Address Of Plaintiff**
WENDOVER PLACE APARTMENTS
920 N. Wendover Rd.
Charlotte, N.C. 28211

56-1058061

| County | Telephone No. |
|---|---|
| Mecklenburg | 704-364-8655 |

**VERSUS**

**Name And Address Of First Defendant**
Shawnda Nero
912-G N. Wendover Rd
Charlotte, N.C. 28211

| County | Telephone No. |
|---|---|
| Mecklenburg | |

**Name And Address Of Second Defendant**

| County | Telephone No. |
|---|---|
| | |

**Name And Address Of Plaintiff's Attorney Or Agent**
WENDOVER PLACE APARTMENTS
920 N. Wendover Rd.
Charlotte, N.C. 28211

AOC-CVM-201
Rev. 4/90

(Over)

# STATE OF NORTH CAROLINA

*Mecklenburg* _____ County

29227

File No. **93CVM**

In The General Court Of Justice
District Court Division-Small Claims

**Plaintiff**

WENDOVER PLACE APARTMENTS
920 N. Wendover Rd.
Charlotte, N.C. 28211

FILED
56-10580764

## MAGISTRATE SUMMONS

☐ **Alias and Pluries Summons.** The summons originally issued against you was returned not served. *(Disregard this section unless the block is checked.)*

G.S. 7A-217, 232; 1A-1, Rule 4

**Defendant(s)** *Shonda Nero*
912-G N. Wendover Rd.
Charlotte, N.C. 28211

93 NOV 23 AM D: 28

MECKLENBURG CO., CSC

Date Last Summons Issued

**TO:** *Shonda Nero*

BY

**TO:**

Name And Address Of First Defendant

*Shonda Nero
912-G N. Wendover Rd
Charlotte, N.C. 28211*

Name And Address Of Second Defendant

*D-149*

---

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court *700 E Trade Street* *Courtroom 101* | Date Of Trial *12-8-93* | Time Of Trial *2:00* ☐ AM ☒ PM |
|---|---|---|
| Name And Address Of Plaintiff Or Plaintiff's Attorney | Date Issued *November 29, 1993* | |
| WENDOVER PLACE APARTMENTS 920 N. Wendover Rd. Charlotte, N.C. 28211 | Signature *Jodi Nance* ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

*A2F*

COPY MAILED
NOV 23 1993
____ COUNTY
SHERIFF'S DEPT.

330376

AOC-CVM-100
Rev. 6/87

(Over)

PC - 004324

Bates No. 14542

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

☑ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| 12/6/53 | Shonda Nero |

Address Of Premises Where Posted

912 N Wendover Rd

| Service Fee Paid | Date Received 11/23/53 | Name Of Sheriff   Jim King |
|---|---|---|
|  | Date Of Return 12/6/53 | County   Meck |

AOC-CVM-100, Side Two
Rev. 6/97

Deputy Sheriff Making Return

PC - 004325

**STATE OF NORTH CAROLINA**

MECKLENBURG                    COUNTY

94 CVD 00705

95 - 89 - 36

**CIVIL DOCKET**

94CV 00705

FILING DATE
JAN. 19, 1994          FILING CODE  4

DISPOSITION DATE
5-10-95

DISPOSITION NUMBER
1

NAME OF PLAINTIFF
ANTEVIUS J GRIER

NAME OF DEFENDANT
SHONDA L NERO

NAME AND ADDRESS OF PLAINTIFF'S ATTORNEYS (OR PRO SE PLAINTIFF)
WM BENJAMIN SMITH
DAVID B CROSLAND III

HOLD REVIEW

JUDGMENTS

| DFD # | DATE/HOUR SUMMONS ISS | DATE SUMMONS RETURNED | SVD? | DATE ANSWER FILED | COUNTER CLAIMS | | DISPOSITIONS | |
|---|---|---|---|---|---|---|---|---|
| | | | | | FILE DATE | REPLY DATE | DATE | DESCRIPTION |
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |

CROSS CLAIM FILED BY DEFENDANT

CROSS CLAIM ANSWERED

DATE AMENDED COMPLAINT FILED

| **MOTIONS** | | | **OTHER ACTIVITY** | |
|---|---|---|---|---|
| FILED BY | DATE | TYPE | DATE | DESCRIPTION |

AOC-CV-700
Rev 3 91

(See Post Disposition Activity on reverse)

PC - 004326

Bates No. 14544

STATE OF NORTH CAROLINA
COUNTY OF MECKLENBURG

IN THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION
94 CVD 705

ANTEVIUS J. GRIER,                 )
                                    )
              Plaintiff,            )
                                    )
v.                                  )          JUDGMENT
                                    )
SHONDA L. NERO,                     )
                                    )
              Defendant.            )
_____     )

MECKLENBURG COUNTY
FILED #39
MAY 10 1995
AT ___ O'CLOCK ___ M.
CLERK OF SUPERIOR COURT

THIS CAUSE, coming on to be heard during the May 1, 1995, two-week civil term of the District Court of Mecklenburg County, North Carolina, and the jury having been impaneled, evidence presented, arguments of counsel made, instructions given to the jury and the "Issues", having been submitted to the jury, and the jury having answered the Issues as follows:

    1.    Was the Plaintiff injured as a result of the negligence of the Defendant?

        ANSWER: _____ NO _____

    2.    Did the Plaintiff by and through his own negligence contribute to his injuries or damages?

        ANSWER: _____

    3.    What amount is the Plaintiff entitled to recover of the Defendant for his personal injuries and damages?

        ANSWER: $_____

    IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Plaintiff have and recover nothing of the Defendant and that the costs of this action be taxed against the plaintiff.

    This the _____10th_____ day of May, 1995.

_____
Honorable Marilyn R. Bissell
Judge Presiding

PC - 004327

STATE OF NORTH CAROLINA       IN THE GENERAL COURT OF JUSTICE
                                        DISTRICT COURT DIVISION

COUNTY OF MECKLENBURG               94-CVD-705

ANTEVIUS J. GRIER,     )
                       )
         Plaintiff,    )
                       )
v.                       )
                       )
SHONDA L. NERO,       )
                       )
         Defendant.    )
_____)

I S S U E S

MECKLENBURG COUNTY
FILED #39
MAY 3 1995
AT _____ O'CLOCK ___ M.
BY _____
CLERK OF SUPERIOR COURT

1)    Was the Plaintiff injured as a result of the negligence of the Defendant?

      ANSWER: _____ *NO* _____ .
      (If "Yes" go to number 2, if "No" stop.)

2)    Did the Plaintiff by and through his own negligence contribute to his injuries or damages?

      ANSWER: _____ .
      (If "No" go to number 3, if "Yes" stop.)

3)    What amount is the Plaintiff entitled to recover of the Defendant for his personal injuries and damages?

      ANSWER: $_____ .

This ___7___ day of ____May____ , 1995.

_____
Foreperson

PC - 004328

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

ANTEVIUS J. GRIER,
    Plaintiff,

v.

SHONDA L. NERO,
    Defendant.

IN THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION
94 CVD 705

)
)
)
)
)
)
)
)

**DEFENDANT'S
PRETRIAL MEMORANDUM**

Pursuant to Rule 7.3 of the Calendaring Rules for the 26th Judicial District, the following Pretrial Memorandum is hereby submitted on behalf of the defendant:

1.    This action arises out of an automobile accident which occurred on September 30, 1993, on South Tryon St., Charlotte, NC. The plaintiff contends that he sustained personal injury as a result of the accident and has further suffered lost wages. The defendant denies that the accident was her fault and, in the alternative, alleges that the plaintiff was contributorily negligent.

2.    The defendant may call the following witnesses to testify at trial:

    a.    The defendant.

    b.    Officer J. F. Morrison, Charlotte Police Department.

3.    The defendant expects to present the following evidence at trial:

    a.    All pleadings in this case.

    b.    All discovery responses of the parties in this case.

    c.    Traffic Accident Report prepared by Officer J. F. Morrison.

    d.    Plaintiff's medical records.

    e.    Photographs of the vehicles involved in the accident and the accident scene.

PC - 004329