4. The defendant believes that the issues to be decided by the jury are as follows:

a. Was the plaintiff Antevius J. Grier injured or damaged by the negligence of the defendant?

b. If so, did the plaintiff by his own negligence contribute to his own injuries and damages?

c. What amount, if any, is the plaintiff entitled to recover of the defendant?

This the 8th day of September, 1994.

W. Lewis Smith, Jr.
Attorney for Defendant
1014 Cameron Brown Bldg.
301 S. McDowell St.
Charlotte, NC 28204

## CERTIFICATE OF SERVICE

I certify that I have served by first class mail a copy of this pleading upon counsel of record for the plaintiff this the 8th day of September, 1994.

W. Lewis Smith, Jr.
Attorney for Defendant

PC - 004330

Bates No. 14648

FILED

STATE OF NORTH CAROLINA      IN THE GENERAL COURT OF JUSTICE
                                DISTRICT COURT DIVISION

COUNTY OF MECKLENBURG            94-CVD-705

| | |
|---|---|
| ANTEVIUS J. GRIER ) | |
|         ) | |
|       Plaintiff, ) | |
|         ) | |
| v.            ) | PRETRIAL MEMORANDUM |
|         ) | |
| SHONDA L. NERO ) | |
|         ) | |
|       Defendant. ) | |
| _____ ) | |

      The Plaintiff, by and through his attorney of record, pursuant to the local Rules hereby submits the following Pre-Trial Memorandum:

    I.    Witnesses who may be called at trial:

        a)    All parties to this action;

        b)    Carlton Gustavus Anthony;

        c)    Orlando Elrod Herron;

        d)    Fletcher G. Keith, D.C.;

        d)    Officer J. F. Morrison #C3051 of the Charlotte City Police Department.

    II.    Exhibits which may be offered by the Plaintiff;

        a)    Officer Morrison's police report;

        b)    Plaintiff, Antevvius J. Grier's, medical reports and bills;

        c)    Driving and/or criminal record of Defendant;

        e)    All defendant's exhibits;

PC - 004331

Bates No. 14549

III. Issues: SEE ATTACHED

This __7th__ day of ___September_____, 1994.


_____
Wm. Benjamin Smith
Counsel for Plaintiff


OF COUNSEL:
PRICE, SMITH, BEDNARIK and CROSLAND
1430 Elizabeth Avenue
Charlotte, North Carolina 28204
(704) 372-2160


-2-

PC - 004332

## STATE OF NORTH CAROLINA

**MECKLENBURG** County

In the General Court of Justice
☐ District Court Division   ☐ Superior Court Division

**Plaintiff Name**
ANTEVIUS J. GRIER

**Address**

**City State Zip**

VERSUS

**Defendant**
SHONDA L. NERO

## CIVIL SUMMONS

GS 1A-1, Rules 3, 4

* ☒ Alias and Pluries Summons

The summons originally issued against you was returned not served

Date Last Summons Issued
**01/28/94**

● Disregard this section
unless the block is checked

**TO   SHONDA L. NERO**

TO:

**Name & Address of First Defendant**
Shonda L. Nero
6425 #2 Monroe Road
Charlotte, NC   28212

**Name & Address of Second Defendant**

### A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows.

1. Serve a copy of your written answer to the complaint upon the plaintiff or his attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to him or by mailing it to him at his last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint the plaintiff will apply to the Court for the relief demanded in the complaint.

**Name and Address of Plaintiff's Attorney**
**If none Address of Plaintiff**
Wm. Benjamin Smith/David B. Crosland, III
Price, Smith, Bednarik and Crosland
1430 Elizabeth Avenue
Charlotte, NC   28204   704-372-2160

**Date Issued** 6-24-94

**Time Issued** 9:47 ☒ AM ☐ PM

**Signature**

☐ Deputy CSC   ☒ Assistant CSC   ☐ Clerk of Superior Court

☐ **ENDORSEMENT**
This summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this summons must be served is extended thirty (30) days.

| Date of Endorsement | Time |
| --- | --- |
| | ☐ AM ☐ PM |
| Signature | |
| ☐ Deputy CSC   ☐ Assistant CSC | ☐ Clerk of Superior Court |

PC 004383 0063

AOC-CV-100

## RETURN OF SERVICE
I certify that this summons and a copy of the complaint were received and served as follows:

### Defendant 1.

| Date served | Name of defendant |
|---|---|
| 11.9.7~ | ✓ /l. . I d. ✗ /· . ( |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name and address of person with whom copies left if corporation give title of person copies left with

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason

### Defendant 2.

| Date served | Name of defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below

Name and address of person with whom copies left if corporation give title of person copies left with

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason

| Service Fee Paid | Date Received | Name of Sheriff |
|---|---|---|
| $ | | |
| By | Date of Return | County |
| | | Deputy Sheriff Making Return |

AOC-CV-100, side two
Rev 3/83

PC - 004334

Case 3:12-cv-00327-MOC   Document 78-2   Filed 12/22/14   Page 5 of 100
Bates No. 14552

STATE OF NORTH CAROLINA
COUNTY OF MECKLENBURG

IN THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION
94 CVD 705

ANTEVIUS J. GRIER,
        Plaintiff,
      v.
SHONDA L. NERO,
        Defendant.

)
)
)
)
)

**APPLICATION FOR TIME TO ANSWER
TO ANSWER INTERROGATORIES**

The defendant, **SHONDA L. NERO**, pursuant to Rule 6 of the North Carolina Rules of Civil Procedure, petitions the Court for an extension of time in which to answer or otherwise respond to Interrogatories served upon the defendant in the above entitled action on the following grounds:

**INSUFFICIENT TIME TO COMPLETE INVESTIGATION AND PREPARE ANSWER FOR INTERROGATORIES.**

The undersigned states that she has examined the Interrogatories and is making a diligent effort to obtain the information requested, but requires an additional thirty (30) days in which to answer or otherwise respond to the Interrogatories. The time for answering or otherwise responding has not run, and this application is made in good faith and not for the purpose of delay.

WHEREFORE, the petitioner prays the Court that it grant an extension of thirty (30) days in addition to the time allowed by law in which to answer or otherwise respond to the Interrogatories and Request for Production of documents served upon the defendant.

This the 6th day of April, 1994.

BY: _____
Shonda L. Nero

*******************************************************************************

**ORDER GRANTING AN EXTENSION OF TIME IN WHICH TO ANSWER
INTERROGATORIES**

THIS CAUSE, coming on to be heard and being heard upon the filing of the above application for an extension of time in which to answer or otherwise respond to Interrogatories served upon the defendant and the Court is of the opinion that said extension should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the defendant named in the above application be and hereby is allowed through the 1st of June, 1994, in which to serve answer or otherwise respond to the Interrogatories and Request for Production of Documents served upon the defendant filed in the above entitled action.

This the ____ day of April, 1994.

_____
Assistant Clerk of Superior Court

PC - 004335

Bates No. 14653

STATE OF NORTH CAROLINA FILED

COUNTY OF MECKLENBURG

IN THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION
94 CVD 705

ANTEVIUS J. GRIER,

   Plaintiff,

v.

SHONDA L. NERO,

   Defendant.

)
)
)
)
)
)
)
)
)
)

**ANSWER**

Unisun Insurance Company, the plaintiff's uninsured motorist insurer and an unnamed party to this lawsuit by virtue of N.C.G.S.§20-279.21 and defending this lawsuit in the name of the defendant, Shonda L. Nero, answers the plaintiff's Complaint as follows:

## FIRST DEFENSE

1. The allegations of Paragraphs 1 through 4 of the Complaint are admitted upon information and belief.

2. It is admitted that contact occurred between the vehicle operated by the defendant and the vehicle operated by the plaintiff. Except as expressly admitted, the allegations of Paragraph 5 of the Complaint are denied.

3. The allegations of Paragraphs 6 through 8 of the Complaint are denied for lack of information and knowledge.

4. The allegations of Paragraph 9 and 10 of the Complaint, including subparagraphs, are denied.

## SECOND DEFENSE

1. It is averred upon information and belief that a proximate cause of the accident complained of and any injuries or damages claimed by the plaintiff was the negligence of the plaintiff himself in the operation of his 1985 Jeep automobile in that:

(a) He failed to keep a proper lookout in the direction of his travel;

(b) He failed to maintain the 1985 Jeep automobile under proper control;

(c) He failed to operate his vehicle as nearly as practicable entirely within a single lane and moved his said vehicle from such lane without first ascertaining that such movement could be made in safety, in violation of N.C.G.S.§20-146(d);

PC - 004336

Case 3:12-cv-00327-MOC Document 78-2 Filed 12/22/14 Page 7 of 100

Bates No. 14554

(d) He turned his said vehicle from a direct line without first signaling his intent to do so and without first ascertaining that such movement could be made in safety, in violation of N.C.G.S. §20-154(a);

(e) He attempted to turn left at an intersection from the extreme right hand lane and without approaching the intersection in the extreme left hand lane lawfully available to traffic moving in his direction, in violation of N.C.G.S. §20-153(b); and

(f) He operated his said 1985 Jeep automobile upon a public highway or in a public vehicular area carelessly and heedlessly in willful or wanton disregard of the rights and safety of others, and without due caution and circumspection and at a speed or in a manner so as to endanger or be likely to endanger any person or property in violation of N.C.G.S. §20-140.

2. If the defendant as negligent on the occasion in question, which has been and is again expressly denied, then it is averred that the above referenced negligence on the part of the plaintiff constitutes contributory negligence which is hereby pleaded in bar of the right of the plaintiff to maintain this action or recover herein.


### THIRD DEFENSE

1. It is averred upon information and belief that, prior to the accident complained of, the defendant was operating he. 1983 Nissan automobile in a safe and lawful manner in the inside lane of northbound South Tryon Street when the plaintiff suddenly and without warning turned his vehicle from the outside northbound lane of South Tryon Street and directly into the path of the defendant's vehicle at such a time and in such a manner that a sudden emergency was created as to the defendant who attempted to brake her car but was unable to avoid colliding with the plaintiff's vehicle, which accident was, as to the defendant, unavoidable.


WHEREFORE, having fully answered, Unisun Insurance Company defending in the name of Shonda Nero prays the Court as follows:

1. That the plaintiff have and recover nothing of the defendant;

2. That all issues of fact be tried by a jury;

3. That the costs of this action be taxed against the plaintiff; and

4. For such other and further relief as the Court deems just and proper.

PC - 004337

This the 4th day of March, 1994.

W. Lewis Smith, Jr.
Attorney for Unisun Insurance Company,
Defending in the Name of the Defendant, Shonda Nero
750 BB&T Center, 200 S. Tryon Street
Charlotte, NC 28202-3214
(704) 374-1550

OF COUNSEL:

CRAIGHILL, RENDLEMAN,
INGLE & BLYTHE, P.A.

## CERTIFICATE OF SERVICE

I certify that the foregoing document was duly served on the other parties to the above entitled action by mailing a copy of such pleading or document, enclosed in a postpaid wrapper properly addressed to the attorneys of record for such other parties at the business address of such attorneys as indicated below, in an official depository under the exclusive care and custody of the United States Post Office Department, on the 4th day of March, 1994.

W. Lewis Smith, Jr., Attorney

SERVED ON:

Wm. Benjamin Smith
David B. Crosland
Price, Smith, Bednarik & Crosland
1430 Elizabeth Avenue
Charlotte, NC 28204

PC - 004338

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

IN THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION
94-CVD-

ANTEVIUS J. GRIER,

        Plaintiff,

        v.

SHONDA L. NERO,

        Defendant.

)
)
)
)
)
)
)
)
)
)

COMPLAINT
JURY TRIAL DEMANDED

The Plaintiff, complaining of the Defendant, says and alleges that:

1. The Plaintiff is a citizen and resident of Mecklenburg County, North Carolina.

2. The Defendant is a citizen and resident of Mecklenburg County, North Carolina.

3. On or about September 30, 1993, at approximately 2:16 a.m., the Plaintiff was the owner and operator of a 1985 Jeep automobile, and he was operating the said 1985 Jeep automobile in a general northerly direction in the outside northbound lane of South Tryon Street, near the intersection of South Tryon Street and Orchard Circle, in Charlotte, Mecklenburg County, North Carolina.

4. At the same time and place, the Defendant was the owner and operator of a 1983 Nissan automobile, and she was operating the said 1983 Nissan automobile in a general northerly direction in the inside northbound lane of South Tryon Street,

PC - 004339

near the intersection of South Tryon Street and Orchard Circle, and to the rear of the Plaintiff's vehicle, in Charlotte, Mecklenburg County, North Carolina.

5. At the aforementioned time and place, the Defendant suddenly and without warning, carelessly and negligently drove the 1983 Nissan automobile into the rear of the 1985 Jeep automobile, causing a collision of great force and violence.

6. As the result of the aforesaid collision, the Plaintiff was thrown about within the interior of the 1985 Jeep automobile and sustained severe and painful injuries to his person, including, but not limited to, the following: injuries to his head, injuries to his neck, injuries to his shoulders, injuries to his back, and damage to his nerves and nervous system; and the Plaintiff's aforesaid injuries and damages have caused him to suffer great physical pain and mental anguish to the present time.

7. As a result of the aforesaid collision, the Plaintiff has become obligated for the payment of large sums of money for doctor bills and other medical attention and treatment.

8. The Plaintiff was gainfully employed at the time of the collision referred to herein, and as a result of his injuries, he was unable to work for a period of time, resulting in a large loss of earnings and earning capacity.

9. All of the Plaintiff's aforesaid injuries and damages were directly and proximately caused by the careless, negligent, and unlawful conduct of the Defendant, on the occasion in

2

PC - 004340

question, and her negligence consisted of the following acts and omissions:

(a)  She failed to keep a proper lookout in the direction of her travel.

(b)  She failed to maintain the 1983 Nissan automobile under proper control and failed to apply her brakes in time to avoid the collision.

(c)  She failed to decrease the speed of the 1983 Nissan automobile to the extent necessary to avoid colliding with any person, vehicle or other conveyance on the highway, and to avoid injury to any person or property, in violation of Section 20-141(m) of the General Statutes of North Carolina.

(d)  She operated the 1983 Nissan automobile upon a public highway or in a public vehicular area at a speed that was greater than was reasonable and prudent under the conditions then existing, in violation of Section 20-141 of the General Statutes of North Carolina.

(e)  She operated the 1983 Nissan automobile upon a public highway or in a public vehicular area carelessly and heedlessly in willful or wanton disregard of the rights and safety of others, and without due caution and circumspection and at a speed or in a manner so as to endanger or be likely to endanger any person or property, in violation of Section 20-140 of the General Statutes of North Carolina.

(f)  She failed to yield the right of way to the 1985 Jeep automobile, in violation of the General Statutes of North Carolina.

(g)  She was following the 1985 Jeep automobile at a distance more closely than was reasonable and prudent, with due regard to the speed of the vehicles and the traffic upon and the condition of the highway, in violation of Section 20-152 of the General Statutes of North Carolina.

3

PC - 004341

Bates No. 14559

10. As the direct and proximate result of the aforesaid negligence of the Defendant, the Plaintiff has sustained injuries and damages to his person in the sum of Ten Thousand Dollars ($10,000.00).

WHEREFORE, THE PLAINTIFF DEMANDS JUDGMENT AGAINST THE DEFENDANT AS FOLLOWS:

A. That he have and recover of the Defendant the sum of Ten Thousand Dollars ($10,000.00), for his personal injuries and damages.

B. That all issues of fact be tried by a jury.

C. That the costs of this action be taxed against the Defendant, including a reasonable award of attorney fees, pursuant to Section 6-21.1 of the General Statutes of North Carolina.

D. For such other, further, and different relief to which the Plaintiff may be entitled.

This ___19___ day of _____January_____, 1994.


_____
Wm. Benjamin Smith,
Attorney for Plaintiff


OF COUNSEL:
PRICE, SMITH, BEDNARIK
& CROSLAND
1430 Elizabeth Avenue
Charlotte, NC 28204
(704) 372-2160
dap:brs

_____
David B. Crosland, III
Attorney for Plaintiff

PC - 004342

# STATE OF NORTH CAROLINA

MECKLENBURG                    COUNTY

94 CVD 00705

95-87-36

## CIVIL DOCKET

FILING DATE
JAN. 19, 1994        FILING CODE   4

DISPOSITION DATE
5-10-95

DISPOSITION NUMBER
1

94CV00705

HOLD REVIEW

JUDGMENTS

NAME OF PLAINTIFF
ANTEVIUS J GRIER

NAME OF DEFENDANT
SHONDA L NERO

NAME AND ADDRESS OF PLAINTIFF'S ATTORNEY (OR PRO SE PLAINTIFF)

WM BENJAMIN SMITH
DAVID B CROSLAND III

NAME AND ADDRESS OF DEFENDANT'S ATTORNEY (OR PRO SE DEFENDANT)

| DFD # | DATE/HOUR SUMMONS ISS | DATE SUMMONS RETURNED | SVD ? | DATE ANSWER FILED | COUNTER CLAIMS | | DISPOSITIONS | |
|---|---|---|---|---|---|---|---|---|
| | | | | | FILE DATE | REPLY DATE | DATE | DESCRIPTION |
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |

CROSS CLAIM FILED BY DEFENDANT

CROSS CLAIM ANSWERED

DATE AMENDED COMPLAINT FILED

DATE SUMMONS SERVED

DATE ANSWER FILED

| MOTIONS | | | OTHER ACTIVITY | |
|---|---|---|---|---|
| FILED BY | DATE | TYPE | DATE | DESCRIPTION |
| | | | | |

AOC-CV-700
Rev 3 91

(See Post Disposition Activity on reverse)

PC - 004326

Bates No. 14561

STATE OF NORTH CAROLINA
COUNTY OF MECKLENBURG

IN THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION
94 CVD 705

ANTEVIUS J. GRIER,              )
                                )
            Plaintiff,          )
                                )
v.                              )
                                )
SHONDA L. NERO,                 )
                                )
            Defendant.          )
_____)

MECKLENBURG COUNTY
FILED #39
MAY 10 1995
AT _____ O'CLOCK ___ M.
CLERK OF SUPERIOR COURT

4/1

JUDGMENT

THIS CAUSE, coming on to be heard during the May 1, 1995, two-week civil term of the District Court of Mecklenburg County, North Carolina, and the jury having been impaneled, evidence presented, arguments of counsel made, instructions given to the jury and the "Issues", having been submitted to the jury, and the jury having answered the Issues as follows:

1.    Was the Plaintiff injured as a result of the negligence of the Defendant?

      ANSWER: _____ NO _____

2.    Did the Plaintiff by and through his own negligence contribute to his injuries or damages?

      ANSWER: _____

3.    What amount is the Plaintiff entitled to recover of the Defendant for his personal injuries and damages?

      ANSWER: $_____

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Plaintiff have and recover nothing of the Defendant and that the costs of this action be taxed against the plaintiff.

This the _10th_ day of May, 1995.

_____
Honorable Marilyn R. Bissell
Judge Presiding

PC - 004327

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

IN THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION
94-CVD-705

ANTEVIUS J. GRIER, )
                             )
              Plaintiff, )
                             )
v. )
                             )
SHONDA L. NERO, )
                             )
              Defendant. )
_____ )

I S S U E S

MECKLENBURG COUNTY
FILED #39
MAY 3 1995
AT _____ O'CLOCK ____ M.
BY _____
CLERK OF SUPERIOR COURT

1) Was the Plaintiff injured as a result of the negligence of the Defendant?

    ANSWER: _____ *NO* _____.
    (If "Yes" go to number 2, if "No" stop.)

2) Did the Plaintiff by and through his own negligence contribute to his injuries or damages?

    ANSWER: _____.
    (If "No" go to number 3, if "Yes" stop.)

3) What amount is the Plaintiff entitled to recover of the Defendant for his personal injuries and damages?

    ANSWER: $_____.

This ___7___ day of ____May____, 1995.

_____
Foreperson

PC - 004328

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

ANTEVIUS J. GRIER,
     Plaintiff,

v.

SHONDA L. NERO,
     Defendant.

IN THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION
94 CVD 705

)
)
)
)
)
)
)
)

DEFENDANT'S
PRETRIAL MEMORANDUM

---

Pursuant to Rule 7.3 of the Calendaring Rules for the 26th Judicial District, the following Pretrial Memorandum is hereby submitted on behalf of the defendant:

1.     This action arises out of an automobile accident which occurred on September 30, 1993, on South Tryon St., Charlotte, NC. The plaintiff contends that he sustained personal injury as a result of the accident and has further suffered lost wages. The defendant denies that the accident was her fault and, in the alternative, alleges that the plaintiff was contributorily negligent.

2.     The defendant may call the following witnesses to testify at trial:

     a.     The defendant.

     b.     Officer J. F. Morrison, Charlotte Police Department.

3.     The defendant expects to present the following evidence at trial:

     a.     All pleadings in this case.

     b.     All discovery responses of the parties in this case.

     c.     Traffic Accident Report prepared by Officer J. F. Morrison.

     d.     Plaintiff's medical records.

     e.     Photographs of the vehicles involved in the accident and the accident scene.

PC - 004329

4. The defendant believes that the issues to be decided by the jury are as follows:

      a. Was the plaintiff Antevius J. Grier injured or damaged by the negligence of the defendant?

      b. If so. did the plaintiff by his own negligence contribute to his own injuries and damages?

      c. What amount, if any, is the plaintiff entitled to recover of the defendant?

This the 8th day of September, 1994.

W. Lewis Smith, Jr.
Attorney for Defendant
1014 Cameron Brown Bldg.
301 S. McDowell St.
Charlotte, NC 28204

## CERTIFICATE OF SERVICE

I certify that I have served by first class mail a copy of this pleading upon counsel of record for the plaintiff this the 8th day of September, 1994.

W. Lewis Smith, Jr.
Attorney for Defendant

PC - 004330

FILED

STATE OF NORTH CAROLINA          IN THE GENERAL COURT OF JUSTICE
                                     DISTRICT COURT DIVISION
COUNTY OF MECKLENBURG                     94-CVD-705


ANTEVIUS J. GRIER              )
                              )
            Plaintiff,         )
                              )
v.                            )          PRETRIAL MEMORANDUM
                              )
SHONDA L. NERO                )
                              )
            Defendant.         )
_____)


        The Plaintiff, by and through his attorney of record,
pursuant to the local Rules hereby submits the following Pre-
Trial Memorandum:

    I.   Witnesses who may be called at trial:

        a)   All parties to this action;

        b)   Carlton Gustavus Anthony;

        c)   Orlando Elrod Herron;

        d)   Fletcher G. Keith, D.C.;

        d)   Officer J. F. Morrison #C3051 of the Charlotte City
             Police Department.

    II.  Exhibits which may be offered by the Plaintiff;

        a)   Officer Morrison's police report;

        b)   Plaintiff, Antevvius J. Grier's, medical reports
             and bills;

        c)   Driving and/or criminal record of Defendant;

        e)   All defendant's exhibits;


PC - 004331

III. Issues: SEE ATTACHED

This ___7th___ day of ___September_____, 1994.


_____
Wm. Benjamin Smith
Counsel for Plaintiff


OF COUNSEL:
PRICE, SMITH, BEDNARIK and CROSLAND
1430 Elizabeth Avenue
Charlotte, North Carolina 28204
(704) 372-2160


-2-

PC - 004332

Bates No. 14567

File No
94-CVD-705

Film No

# STATE OF NORTH CAROLINA

___MECKLENBURG___ County   FILED

In the General Court of Justice

☐ District Court Division  ☐ Superior Court Division

**Plaintiff Name**

ANTEVIUS J. GRIER

**Address**

**City State Zip**

## CIVIL SUMMONS

GS 1A-1, Rules 3, 4

VERSUS

**Defendant**

SHONDA L. NERO

☒ Alias and Pluries Summons

The summons originally issued against you was returned not served

| Date Last Summons Issued | ●Disregard this section unless the block is checked |
|---|---|
| 01/28/94 | |

**TO**   SHONDA L. NERO

**TO:**

| Name & Address of First Defendant | Name & Address of Second Defendant |
|---|---|
| Shonda L. Nero<br>6425 #2 Monroe Road<br>Charlotte, NC  28212 | |

### A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows.

1. Serve a copy of your written answer to the complaint upon the plaintiff or his attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to him or by mailing it to him at his last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name and Address of Plaintiff's Attorney If none Address of Plaintiff | Date Issued | Time Issued |
|---|---|---|
| Wm. Benjamin Smith/David B. Crosland, III<br>Price, Smith, Bednarik and Crosland<br>1430 Elizabeth Avenue<br>Charlotte, NC  28204  704-372-2160 | 6-24-94 | 9:47  ☒ AM ☐ PM |
| | Signature | |
| | ☒ Deputy CSC  ☒ Assistant CSC  ☐ Clerk of Superior Court | |

---

☐ **ENDORSEMENT**

This summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this summons must be served is extended thirty (30) days.

| Date of Endorsement | Time |
|---|---|
| | ☐ AM ☐ PM |
| Signature | |
| ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk of Superior Court | |

PC  00433**180063**

AOC-CV-100

## RETURN OF SERVICE
### I certify that this summons and a copy of the complaint were received and served as follows:

---

*Defendant 1.*

| Date served | Name of defendant |
|---|---|
| 11.9.19~ | ~~~~~~~ |

☒ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name and address of person with whom copies left if corporation give title of person copies left with:

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason

---

*Defendant 2.*

| Date served | Name of defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below

Name and address of person with whom copies left if corporation give title of person copies left with:

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason

---

| Service Fee Paid | Date Received | Name of Sheriff |
|---|---|---|
| $ | | |
| By | Date of Return | County |
| | | Deputy Sheriff Making Return |

AOC-CV-100, side two
Rev 3/83

PC - 004334

Bates No. 14569

STATE OF NORTH CAROLINA         IN THE GENERAL COURT OF JUSTICE
COUNTY OF MECKLENBURG          DISTRICT COURT DIVISION
                                       94 CVD 705

ANTEVIUS J. GRIER,         )
      Plaintiff,         )   **APPLICATION FOR TIME TO ANSWER**
  v.                 )   **TO ANSWER INTERROGATORIES**
SHONDA L. NERO,          )
      Defendant.      )

The defendant, **SHONDA L. NERO**, pursuant to Rule 6 of the North Carolina Rules of Civil Procedure, petitions the Court for an extension of time in which to answer or otherwise respond to Interrogatories served upon the defendant in the above entitled action on the following grounds:

**INSUFFICIENT TIME TO COMPLETE INVESTIGATION AND PREPARE ANSWER FOR INTERROGATORIES.**

The undersigned states that she has examined the Interrogatories and is making a diligent effort to obtain the information requested, but requires an additional thirty (30) days in which to answer or otherwise respond to the Interrogatories. The time for answering or otherwise responding has not run, and this application is made in good faith and not for the purpose of delay.

WHEREFORE, the petitioner prays the Court that it grant an extension of thirty (30) days in addition to the time allowed by law in which to answer or otherwise respond to the Interrogatories and Request for Production of documents served upon the defendant.

This the 6th day of April, 1994.

BY: _____
               Shonda L. Nero

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER GRANTING AN EXTENSION OF TIME IN WHICH TO ANSWER
INTERROGATORIES**

THIS CAUSE, coming on to be heard and being heard upon the filing of the above application for an extension of time in which to answer or otherwise respond to Interrogatories served upon the defendant and the Court is of the opinion that said extension should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the defendant named in the above application be and hereby is allowed through the 1st of June, 1994, in which to serve answer or otherwise respond to the Interrogatories and Request for Production of Documents served upon the defendant filed in the above entitled action.

This the ___ day of April, 1994.

_____
Assistant Clerk of Superior Court

PC - 004335

STATE OF NORTH CAROLINA FILED    IN THE GENERAL COURT OF JUSTICE
                                                DISTRICT COURT DIVISION
COUNTY OF MECKLENBURG 10 PM 3 25         94 CVD 705

ANTEVIUS J. GRIER,                 )
                                   )
            Plaintiff,             )
                                   )
      v.                           )                **ANSWER**
                                   )
SHONDA L. NERO,                    )
                                   )
            Defendant.             )

        Unisun Insurance Company, the plaintiff's uninsured motorist insurer and an unnamed party to this lawsuit by virtue of N.C.G.S.§20-279.21 and defending this lawsuit in the name of the defendant, Shonda L. Nero, answers the plaintiff's Complaint as follows:

## FIRST DEFENSE

        1.   The allegations of Paragraphs 1 through 4 of the Complaint are admitted upon information and belief.

        2.   It is admitted that contact occurred between the vehicle operated by the defendant and the vehicle operated by the plaintiff.  Except as expressly admitted, the allegations of Paragraph 5 of the Complaint are denied.

        3.   The allegations of Paragraphs 6 through 8 of the Complaint are denied for lack of information and knowledge.

        4.   The allegations of Paragraph 9 and 10 of the Complaint, including subparagraphs, are denied.

## SECOND DEFENSE

        1.   It is averred upon information and belief that a proximate cause of the accident complained of and any injuries or damages claimed by the plaintiff was the negligence of the plaintiff himself in the operation of his 1985 Jeep automobile in that:

        (a)  He failed to keep a proper lookout in the direction of his travel;

        (b)  He failed to maintain the 1985 Jeep automobile under proper control;

        (c)  He failed to operate his vehicle as nearly as practicable entirely within a single lane and moved his said vehicle from such lane without first ascertaining that such movement could be made in safety, in violation of N.C.G.S.§20-146(d);

PC - 004336

Bates No. 14571

(d) He turned his said vehicle from a direct line without first signaling his intent to do so and without first ascertaining that such movement could be made in safety, in violation of N.C.G.S. §20-154(a);

(e) He attempted to turn left at an intersection from the extreme right hand lane and without approaching the intersection in the extreme left hand lane lawfully available to traffic moving in his direction, in violation of N.C.G.S. §20-153(b); and

(f) He operated his said 1985 Jeep automobile upon a public highway or in a public vehicular area carelessly and heedlessly in willful or wanton disregard of the rights and safety of others, and without due caution and circumspection and at a speed or in a manner so as to endanger or be likely to endanger any person or property in violation of N.C.G.S. §20-140.

2. If the defendant as negligent on the occasion in question, which has been and is again expressly denied, then it is averred that the above referenced negligence on the part of the plaintiff constitutes contributory negligence which is hereby pleaded in bar of the right of the plaintiff to maintain this action or recover herein.

### THIRD DEFENSE

1. It is averred upon information and belief that, prior to the accident complained of, the defendant was operating he 1983 Nissan automobile in a safe and lawful manner in the inside lane of northbound South Tryon Street when the plaintiff suddenly and without warning turned his vehicle from the outside northbound lane of South Tryon Street and directly into the path of the defendant's vehicle at such a time and in such a manner that a sudden emergency was created as to the defendant who attempted to brake her car but was unable to avoid colliding with the plaintiff's vehicle, which accident was, as to the defendant, unavoidable.

WHEREFORE, having fully answered, Unisun Insurance Company defending in the name of Shonda Nero prays the Court as follows:

1. That the plaintiff have and recover nothing of the defendant;

2. That all issues of fact be tried by a jury;

3. That the costs of this action be taxed against the plaintiff; and

4. For such other and further relief as the Court deems just and proper.

PC - 004337

Bates No. 14572

This the 4th day of March. 1994.


W. Lewis Smith. Jr.
Attorney for Unisun Insurance Company.
Defending in the Name of the Defendant. Shonda Nero
750 BB&T Center. 200 S. Tryon Street
Charlotte. NC 28202-3214
(704) 374-1550

OF COUNSEL:

CRAIGHILL. RENDLEMAN.
INGLE & BLYTHE. P.A.


## CERTIFICATE OF SERVICE


I certify that the foregoing document was duly served on the other parties to the above entitled action by mailing a copy of such pleading or document. enclosed in a postpaid wrapper properly addressed to the attorneys of record for such other parties at the business address of such attorneys as indicated below. in an official depository under the exclusive care and custody of the United States Post Office Department. on the 4th day of March. 1994.


W. Lewis Smith. Jr.. Attorney

SERVED ON:

Wm Benjamin Smith
David B Crosland
Price. Smith. Bednarik & Crosland
1430 Elizabeth Avenue
Charlotte. NC 28204

PC - 004338

STATE OF NORTH CAROLINA          IN THE GENERAL COURT OF JUSTICE
                                 DISTRICT COURT DIVISION
COUNTY OF MECKLENBURG             94-CVD-

ANTEVIUS J. GRIER,          )
                            )
            Plaintiff,      )
                            )
      v.                    )              COMPLAINT
                            )         JURY TRIAL DEMANDED
SHONDA L. NERO,             )
                            )
            Defendant.      )
_____)

The Plaintiff, complaining of the Defendant, says and alleges that:

1.   The Plaintiff is a citizen and resident of Mecklenburg County, North Carolina.

2.   The Defendant is a citizen and resident of Mecklenburg County, North Carolina.

3.   On or about September 30, 1993, at approximately 2:16 a.m., the Plaintiff was the owner and operator of a 1985 Jeep automobile, and he was operating the said 1985 Jeep automobile in a general northerly direction in the outside northbound lane of South Tryon Street, near the intersection of South Tryon Street and Orchard Circle, in Charlotte, Mecklenburg County, North Carolina.

4.   At the same time and place, the Defendant was the owner and operator of a 1983 Nissan automobile, and she was operating the said 1983 Nissan automobile in a general northerly direction in the inside northbound lane of South Tryon Street,

PC - 004339

near the intersection of South Tryon Street and Orchard Circle, and to the rear of the Plaintiff's vehicle, in Charlotte, Mecklenburg County, North Carolina.

5. At the aforementioned time and place, the Defendant suddenly and without warning, carelessly and negligently drove the 1983 Nissan automobile into the rear of the 1985 Jeep automobile, causing a collision of great force and violence.

6. As the result of the aforesaid collision, the Plaintiff was thrown about within the interior of the 1985 Jeep automobile and sustained severe and painful injuries to his person, including, but not limited to, the following: injuries to his head, injuries to his neck, injuries to his shoulders, injuries to his back, and damage to his nerves and nervous system; and the Plaintiff's aforesaid injuries and damages have caused him to suffer great physical pain and mental anguish to the present time.

7. As a result of the aforesaid collision, the Plaintiff has become obligated for the payment of large sums of money for doctor bills and other medical attention and treatment.

8. The Plaintiff was gainfully employed at the time of the collision referred to herein, and as a result of his injuries, he was unable to work for a period of time, resulting in a large loss of earnings and earning capacity.

9. All of the Plaintiff's aforesaid injuries and damages were directly and proximately caused by the careless, negligent, and unlawful conduct of the Defendant, on the occasion in

2

PC - 004340

question, and her negligence consisted of the following acts and omissions:

(a) She failed to keep a proper lookout in the direction of her travel.

(b) She failed to maintain the 1983 Nissan automobile under proper control and failed to apply her brakes in time to avoid the collision.

(c) She failed to decrease the speed of the 1983 Nissan automobile to the extent necessary to avoid colliding with any person, vehicle or other conveyance on the highway, and to avoid injury to any person or property, in violation of Section 20-141(m) of the General Statutes of North Carolina.

(d) She operated the 1983 Nissan automobile upon a public highway or in a public vehicular area at a speed that was greater than was reasonable and prudent under the conditions then existing, in violation of Section 20-141 of the General Statutes of North Carolina.

(e) She operated the 1983 Nissan automobile upon a public highway or in a public vehicular area carelessly and heedlessly in willful or wanton disregard of the rights and safety of others, and without due caution and circumspection and at a speed or in a manner so as to endanger or be likely to endanger any person or property, in violation of Section 20-140 of the General Statutes of North Carolina.

(f) She failed to yield the right of way to the 1985 Jeep automobile, in violation of the General Statutes of North Carolina.

(g) She was following the 1985 Jeep automobile at a distance more closely than was reasonable and prudent, with due regard to the speed of the vehicles and the traffic upon and the condition of the highway, in violation of Section 20-152 of the General Statutes of North Carolina.

3

PC - 004341

Bates No. 14576

10. As the direct and proximate result of the aforesaid negligence of the Defendant, the Plaintiff has sustained injuries and damages to his person in the sum of Ten Thousand Dollars ($10,000.00).

WHEREFORE, THE PLAINTIFF DEMANDS JUDGMENT AGAINST THE DEFENDANT AS FOLLOWS:

A.   That he have and recover of the Defendant the sum of Ten Thousand Dollars ($10,000.00), for his personal injuries and damages.

B.   That all issues of fact be tried by a jury.

C.   That the costs of this action be taxed against the Defendant, including a reasonable award of attorney fees, pursuant to Section 6-21.1 of the General Statutes of North Carolina.

D.   For such other, further, and different relief to which the Plaintiff may be entitled.

This ___19___ day of _____January_____, 1994.


_____
Wm. Benjamin Smith,
Attorney for Plaintiff


OF COUNSEL:
PRICE, SMITH, BEDNARIK
& CROSLAND
1430 Elizabeth Avenue
Charlotte, NC 28204
(704) 372-2160
dap:brs

_____
David B. Crosland, III
Attorney for Plaintiff

PC - 004342

**STATE OF NORTH CAROLINA**

Mecklenburg _____ County

File No. 95CVM 29/72

Film No. 95-224-232

In the General Court of Justice

☐ Small Claims ☐ District ☐ Superior Court Division

| Plaintiff | |
|---|---|
| Goode Development Castlewood Apartments | |
| **VERSUS** | **NOTICE OF VOLUNTARY DISMISSAL** |
| Defendant | |
| Shonda L. Nero | |

GS 1A-1, Rule

☒ The plaintiff gives notice of voluntary dismissal in this case as to all of the defendants.

☐ The plaintiff gives notice of voluntary dismissal in this case only as to the defendants named below:

This case remains open as to defendants not listed above.

| Date |
|---|
| 11-27-95 |
| Plaintiff or Attorney |
| Goode Development/ Castlewood Apts |
| _Melissa Jones_ |

PC - 004343

File No. 29172

# COMPLAINT
# IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232; Ch. 42, Art. 3

**Name And Address Of Plaintiff**
Goode Development

Castlewood Apartments
6417-1 Monroe Rd.
Charlotte, NC 28212

**Social Security No./Taxpayer ID No.**
ID# 56-1769609

**County** Mecklenburg   **Telephone No.**

## VERSUS

**Name And Address Of First Defendant**

Shonda L. Nero
6425-2 Monroe Road
Charlotte, NC 28212

**County** Mecklenburg   **Telephone No.**

**Name And Address Of Second Defendant**

**County** Mecklenburg   **Telephone No.**

**Name And Address Of Plaintiff's Attorney Or Agent**
Goode Development
Castlewood Apartments
6417-1 Monroe Rd.
Charlotte, NC 28212

AOC-CVM-201
Rev. 10/93

# STATE OF NORTH CAROLINA

Mecklenburg ———— County

In The General Court Of Justice
District Court Division-Small Claims

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

**Description Of Premises (Include Location)**
2 BR Townhouse: 6425-2 Monroe Road Charlotte, NC 28212

| Rate Of Rent | | Date Rent Due | Date Lease Ended | Type Of Lease |
|---|---|---|---|---|
| $ 510.00  per ☒ Month ☐ Week | | 1st of month | 9-30-95 | ☐ Oral  ☒ Written |

3. ☐ The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint.

☐ The lease period ended on the above date and the defendant is holding over after the end of the lease period.

☒ The defendant breached the condition of the lease described below for which re-entry is specified.

**Description Of Breach**

The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

4. The defendant owes the plaintiff for the following:

**Description Of Any Property Damage**

Late Fee $15.00   PLUS Court Cost $39.00

| Amount Of Damage | Amount Of Rent Past Due | Total Amount |
|---|---|---|
| $  54.00 | $  510.00 | $  564.00 |

I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgment plus interest and reimbursement for court costs.

| Date 11-13-95 | Signature Of Plaintiff/Attorney/Agent *Melissa Jones* |
|---|---|

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint.

| Date 11-13-95 | Signature *Melissa Jones* |
|---|---|

(Over)

PC - 004344

# STATE OF NORTH CAROLINA

___Mecklenburg___ County

File No. 95 CVM 29172

In The General Court Of Justice
District Court Division-Small Claims

Plaintiff

Goode Development
Castlewood Apartments

### VERSUS

Defendant(s)

Shonda L. Nero

## MAGISTRATE SUMMONS

☐ **Alias and Pluries Summons.** The summons originally issued against you was returned not served. *(Disregard this section unless the block is checked.)*

G.S. 7A-217, 232; 1A-1, Rule 4

*Date Last Summons Issued*

RECEIVED

**TO:**
*Name And Address Of First Defendant*

0104

Shonda L. Nero
6425-2 Monroe Road
Charlotte, NC 28212

MECKL
SHERIF

**TO:**
*Name And Address Of Second Defendant*

D630

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

*Location Of Court* 700 E. Trade St. Room 104

*Date Of Trial* 11-27-95

*Time Of Trial* 11:00 ☐ AM ☐ PM

*Name And Address Of Plaintiff Or Plaintiff's Attorney*

Goode Development
Castlewood Apartments
6417-1 Monroe Rd.
Charlotte, NC 28212

*Date Issued* 11-13-95

*Signature*

☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

COPY MAILED
NOV 16 1995
MECKLENBURG COUNTY
SHERIFF'S DEPT.

A40

320163

PC - 004345

AOC-CVM-100
Rev. 6/87

(Over)

Bates No. 14580

## RETURN OF SERVICE

I certify that this summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|
| 11-21-95 | Sandra L New |

☒ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

☐ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| | |

Address Of Premises Where Posted

| Service Fee Paid | Date Received | Name Of Sheriff |
|---|---|---|
| $ | 11-15-95 | Jim Pendergraph |
| | Date Of Return | County |
| | 11-21-95 | Meck |
| AOC-CVS-100, Side Two Rev. 6/87 | | Deputy Sheriff Making Return |

PC - 004346

# STATE OF NORTH CAROLINA

Mecklenburg _____ County

File No. 95CVM29/72

Film No. 95-224-232

In the General Court of Justice
☐ Small Claims   ☐ District   ☐ Superior Court Division

**Plaintiff**
Goode Development
Castlewood Apartments

**VERSUS**

**Defendant**
Shonda L. Nero

## NOTICE OF
## VOLUNTARY DISMISSAL

GS 1A-1, Rule

☒ The plaintiff gives notice of voluntary dismissal in this case as to all of the defendants.

☐ The plaintiff gives notice of voluntary dismissal in this case only as to the defendants named below:

This case remains open as to defendants not listed above.

| Date |
|------|
| 11-27-95 |

Plaintiff or Attorney

Goode Development/ Castlewood Apts

Melissa Jones

PC - 004343

# COMPLAINT
# IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232; Ch. 42, Art. 3

**STATE OF NORTH CAROLINA**

Mecklenburg ———— County

In The General Court Of Justice
District Court Division-Small Claims

| Name And Address Of Plaintiff |
|---|
| Goode Development |
| Castlewood Apartments |
| 6417-1 Monroe Rd. |
| Charlotte, NC 28212 |

| Social Security No./Taxpayer ID No. |
|---|
| ID# 56-1769609 |

| County | Telephone No. |
|---|---|
| Mecklenburg | |

**VERSUS**

| Name And Address Of First Defendant |
|---|
| Shonda L. Nero |
| 6425-2 Monroe Road |
| Charlotte, NC 28212 |

| County | Telephone No. |
|---|---|
| Mecklenburg | |

| Name And Address Of Second Defendant |
|---|

| County | Telephone No. |
|---|---|
| Mecklenburg | |

| Name And Address Of Plaintiff's Attorney Or Agent |
|---|
| Goode Development |
| Castlewood Apartments |
| 6417-1 Monroe Rd. |
| Charlotte, NC 28212 |

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

| Description Of Premises (Include Location) |
|---|
| 2 BR Townhouse: 6425-2 Monroe Road Charlotte, NC 28212 |

| Rate Of Rent | | Date Rent Due | Date Lease Ended | Type Of Lease |
|---|---|---|---|---|
| $ 510.00 per ☒ Month ☐ Week | | 1st of month | 9-30-95 | ☐ Oral ☒ Written |

3. ☐ The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint.

☐ The lease period ended on the above date and the defendant is holding over after the end of the lease period.

☒ The defendant breached the condition of the lease described below for which re-entry is specified.

**Description Of Breach**

The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

4. The defendant owes the plaintiff for the following:

**Description Of Any Property Damage**

Late Fee $15.00   PLUS Court Cost $39.00

| Amount Of Damage | Amount Of Rent Past Due | Total Amount |
|---|---|---|
| $ 54.00 | $ 510.00 | $ 564.00 |

I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgment plus interest and reimbursement for court costs.

| Date | Signature Of Plaintiff/Attorney/Agent |
|---|---|
| 11-13-95 | Melissa Jones |

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint.

| Date | Signature |
|---|---|
| 11-13-95 | Melissa Jones |

AOC-CVM-201
Rev. 10/93

(Over)

PC - 004344

File No. 95 CVM 29172

_____Mecklenburg_____ County

In The General Court Of Justice
District Court Division-Small Claims

**Plaintiff**
Goode Development
Castlewood Apartments

**VERSUS**

**Defendant(s)**
Shonda L. Nero

# MAGISTRATE SUMMONS

☐ **Alias and Pluries Summons.** The summons originally issued against you was returned not served. *(Disregard this section unless the block is checked.)*

G.S. 7A-217, 232; 1A-1, Rule 4

*Date Last Summons Issued*

RECEIVED

**TO:**
*Name And Address Of First Defendant*

0104

Shonda L. Nero
6425-2 Monroe Road
Charlotte, NC 28212

MECKL
SHERIF

**TO:**
*Name And Address Of Second Defendant*

D630

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

*Location Of Court* 700 E. Trade St. Room 104

*Date Of Trial* 11-27-95   *Time Of Trial* 11:00   ☐ AM ☐ PM

*Name And Address Of Plaintiff Or Plaintiff's Attorney*
Goode Development
Castlewood Apartments
6417-1 Monroe Rd.
Charlotte, NC 28212

*Date Issued* 11-13-95

*Signature* [signature]

☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court

COPY MAILED
NOV 16 1995
MECKLENBURG COUNTY
SHERIFF'S DEPT.

A40

320163

PC - 004345

AOC-CVM-100
Rev. 8/87

(Over)

## RETURN OF SERVICE

I certify that the summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|
| 11-21-95 | Sandra L New |

☒ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

☐ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| | |

Address Of Premises Where Posted

| Service Fee Paid | Date Received | Name Of Sheriff |
|---|---|---|
| | 11-15-95 | Jim Pendergraph |
| | Date Of Return | County |
| | 11-21-95 | Meck |
| AOC-CVM-100, Side Two Rev. 6/87 | | Deputy Sheriff Making Return |

PC-- 004346

Case 3:12-cv-00327-MOC   Document 78-2   Filed 12/22/14   Page 38 of 100

Bates No. 14585

STATE OF NORTH CAROLINA

**STATE OF NORTH CAROLINA**

Mecklenburg _____ County

File No
96cvm/19

Film No
96-29-607

In the General Court of Justice
☑ Small Claims   ☐ District   ☐ Superior Court Division

Plaintiff
Goode Development
Castlewood Apartments

**VERSUS**

Defendant
Shonda Nero

# NOTICE OF
# VOLUNTARY DISMISSAL

GS 1A-1, Rule 41

☒  The plaintiff gives notice of voluntary dismissal in this case as to all of the defendants

☐  The plaintiff gives notice of voluntary dismissal in this case only as to the defendants named below:

This case remains open as to defendants not listed above.

Date
1-30-96

Plaintiff or Attorney
William Jones

PC - 004347

AOC-CV-405

| | |
|---|---|
| File No. | **STATE OF NORTH CAROLINA** |

<table>
<tr><td rowspan="3">

**COMPLAINT**

**IN SUMMARY EJECTMENT**

G.S. 7A-216, 7A-232; Ch. 42, Art. 3
</td><td>

**Mecklenburg** _____ County

In The General Court Of Justice
District Court Division-Small Claims
</td></tr>
<tr><td>

1. The defendant is a resident of the county named above.
</td></tr>
<tr><td>

2. The defendant entered into possession of premises described below as a lessee of plaintiff.
</td></tr>
</table>

**Name And Address Of Plaintiff**

Goode Development

C....... .............

**Description Of Premises (Include Location)**
2 BR Townhouse: 6425-2 Monroe Road  Charlotte, NC 28212

| Rate Of Rent | | Date Rent Due | Date Lease Ended | Type Of Lease |
|---|---|---|---|---|
| $ 510.00 per | ☒ Month<br>☐ Week | 1st of month | 3-31-96 | ☐ Oral ☒ Written |

3. ☐ The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint.

☐ The lease period ended on the above date and the defendant is holding over after the end of the lease period.

☒ The defendant breached the condition of the lease described below for which re-entry is specified.

**Social Security No./Taxpayer ID No.**
ID# 56-1769609

**Description Of Breach**
Default in payment of monthly rent

| County | Telephone No. |
|---|---|
| Mecklenburg | |

**VERSUS**

The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

**Name And Address Of First Defendant**
Shonda L. Nero
6425-2 Monroe Road
Charlotte, NC 28212

4. The defendant owes the plaintiff for the following:

**Description Of Any Property Damage**

Late Fee $15.00    PLUS   Court Cost  $39.00

| County | Telephone No. |
|---|---|
| | |

**Name And Address Of Second Defendant**

| Amount Of Damage | Amount Of Rent Past Due | Total Amount |
|---|---|---|
| $ 54.00 | $ 549.00 | $ 603.00 |

I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgment plus interest and reimbursement for court costs.

| County | Telephone No. |
|---|---|
| Mecklenburg | |

| Date 1-11-96 | Signature Of Plaintiff/Attorney/Agent  *Melissa* |
|---|---|

**Name And Address Of Plaintiff's Attorney Or Agent**

Goode Development

Ge...........

....

Cha......

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint.

| Date 1-11-96 | Signature  *Melissa* | PC-004348 |
|---|---|---|

AOC-CVM-201

(Over)

Bates No. 14587

119

# STATE OF NORTH CAROLINA

Mecklenburg _____ County

In The General Court Of Justice
District Court Division-Small Claims

File No
91CVM

MECKLENBURG COUNTY
FILED # 69
CLERK OF SUPERIOR COURT

Plaintiff
Goode Development
Castlewood Apartments

## VERSUS

Defendant(s)
Shonda L. Nero

## MAGISTRATE SUMMONS

☐ Alias and Pluries Summons. The summons originally issued against you was returned not served. (Disregard this section unless the block is checked.)

AT _____ O'CLOCK _____ M.

Date Last Summons Issued

G.S. 7A-217, 232; 1A-1, Rule 4

**TO:**

Name And Address Of First Defendant

Shonda L. Nero
6425-2 Monroe Road
Charlotte, NC 28212

**TO:**

Name And Address Of Second Defendant

A 630

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court | Date Of Trial | Time Of Trial |
|---|---|---|
| 700 E Trade St Room 101 | 1-30-96 | 10:00 ☒ AM ☐ PM |

Name And Address Of Plaintiff/Attorney
Goode Development
Castlewood Apartments
Monroe Rd
Charlotte NC 28212

Date Issued
1-11-96

Signature

☐ Deputy CSC ☒ Assistant CSC ☐ Clerk Of Superior Court

A13

COPY MAILED
JAN 10 1996
MECKLENBURG COUNTY
SHERIFF'S DEPT.

AOC-CVM-100
Rev. 6/87

(Over)

016075
PC - 004349

| RETURN OF SERVICE |
|---|

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|
|  | SHONDA NERO |

☒ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|
|  |  |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

| FOR USE IN SUMMARY EJECTMENT CASES ONLY |
|---|

☐ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
|  |  |

Address Of Premises Where Posted

| Service Fee Paid $ | Date Received 11-2-96 | Name Of Sheriff |
|---|---|---|
| By | Date Of Return 11/5/96 | County Meck. |
| AOC-CVM-100, Side Two Rev. 6/87 | | Deputy Sheriff Making Return |

PC - 004350

## STATE OF NORTH CAROLINA

Mecklenburg _____ County

File No
96cvm/19

Film No
96-29-607

In the General Court of Justice
☑ Small Claims ☐ District ☐ Superior Court Division

| Plaintiff | |
| --- | --- |
| Goode Development Castlewood Apartments | **NOTICE OF VOLUNTARY DISMISSAL** |
| VERSUS | |
| Defendant Shonda Nero | GS 1A-1, Rule 41 |

☑ The plaintiff gives notice of voluntary dismissal in this case as to all of the defendants

☐ The plaintiff gives notice of voluntary dismissal in this case only as to the defendants named below:

This case remains open as to defendants not listed above.

Date
1-30-96

Plaintiff or Attorney
William Jones

PC - 004347

AOC-CV-405

Case 3:12-cv-00327-MOC    Document 78-2    Filed 12/22/14    Page 43 of 100
Bates No. 14590

┼ 19

# COMPLAINT
# IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232; Ch. 42, Art. 3

**STATE OF NORTH CAROLINA**

_____Mecklenburg_____ County

In The General Court Of Justice
District Court Division-Small Claims

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

| Name And Address Of Plaintiff | |
|---|---|

Goode Development

Camero Apartments

| Social Security No./Taxpayer ID No. |
|---|
| ID# 56-1769609 |

| County | Telephone No. |
|---|---|
| Mecklenburg | |

**VERSUS**

| Name And Address Of First Defendant |
|---|
| Shonda L. Nero |
| 6425-2 Monroe Road |
| Charlotte, NC 28212 |

| County | Telephone No. |
|---|---|

| Name And Address Of Second Defendant |
|---|

| County | Telephone No. |
|---|---|
| Mecklenburg | |

| Name And Address Of Plaintiff's Attorney Or Agent |
|---|
| Goode Development |
| Ge... |

AOC-CVM-201

**Description Of Premises (Include Location)**
2 BR Townhouse:  6425-2 Monroe Road  Charlotte, NC 28212

| Rate Of Rent | | ☒ Month ☐ Week | Date Rent Due | Date Lease Ended | Type Of Lease |
|---|---|---|---|---|---|
| $ 510.00 | per | | 1st of month | 3-31-96 | ☐ Oral ☒ Written |

3. ☐ The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint.

☐ The lease period ended on the above date and the defendant is holding over after the end of the lease period.

☒ The defendant breached the condition of the lease described below for which re-entry is specified.

**Description Of Breach**
Default in payment of monthly rent

The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

4. The defendant owes the plaintiff for the following:

**Description Of Any Property Damage**

Late Fee $15.00    PLUS   Court Cost  $39.00

| Amount Of Damage | Amount Of Rent Past Due | Total Amount |
|---|---|---|
| $ 54.00 | $ 549.00 | $ 603.00 |

I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgment plus interest and reimbursement for court costs.

| Date | Signature Of Plaintiff/Attorney/Agent |
|---|---|
| 1-11-96 | Melissa |

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint.

| Date | Signature | |
|---|---|---|
| 1-11-96 | Melissa | PC-004348 |

(Over)

Bates No. 14591

# STATE OF NORTH CAROLINA

Mecklenburg County

In The General Court Of Justice
District Court Division-Small Claims

File No.

91CVM

Plaintiff
Goode Development
Castlewood Apartments

**MAGISTRATE SUMMONS**

☐ Alias and Pluries Summons. The summons originally issued against you was returned not served. (Disregard this section unless the block is checked)

AT _____ O'CLOCK _____ M.

Date Last Summons Issued

CLERK OF SUPERIOR COURT

G.S. 7A-217, 232; 1A-1, Rule 4

**VERSUS**

Defendant(s)
Shonda L. Nero

| TO: | TO: |
|---|---|
| Name And Address Of First Defendant | Name And Address Of Second Defendant |
| Shonda L. Nero 6425-2 Monroe Road Charlotte, NC 28212 | A-630 |

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court | Date Of Trial | Time Of Trial |
|---|---|---|
| 832 E. Trade St. Room 101 | 1-30-96 | 10:00 ☒ AM ☐ PM |
| Name And Address Of Plaintiff/Attorney Goode Development Castlewood Apartments 6425 Monroe Rd Charlotte NC 28212 | Date Issued 1-11-96 | Signature _____ ☐ Deputy CSC ☒ Assistant CSC ☐ Clerk Of Superior Court |

A1B

COPY MAILED
JAN 10 1996
MECKLENBURG COUNTY
SHERIFF'S DEPT.

016025

AOC-CVM-100
Rev. 6/87

(Over)

PC - 004349

| RETURN OF SERVICE |
|---|

I certify that this Summons and a copy of the complaint were received and served as follows:

**DEFENDANT 1**

| Date Served | Name Of Defendant |
|---|---|
| | SHONDA NEXT |

☒ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

**DEFENDANT 2**

| Date Served | Name Of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

| FOR USE IN SUMMARY EJECTMENT CASES ONLY |
|---|

☐ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| | |

Address Of Premises Where Posted

| Service Fee Paid $ | Date Received | Name Of Sheriff |
|---|---|---|
| By | Date Of Return | County |
| AOC-CVM-100, Side Two Rev. 6/87 | | Deputy Sheriff Making Return |

PC - 004350

Case 3:12-cv-00327-MOC    Document 78-2    Filed 12/22/14    Page 46 of 100

Bates No. 14593

**STATE OF NORTH CAROLINA**

__Mecklenburg__ County

File No. 96CVM12087

Film No. 96-109-118

In the General Court of Justice
☐ Small Claims  ☐ District  ☐ Superior Court Division

Plaintiff
Goode Development
Castlewood Apartments

VERSUS

Defendant
Shonda Nero

# NOTICE OF
# VOLUNTARY DISMISSAL

GS 1A-1, Rule 41

☒ The plaintiff gives notice of voluntary dismissal in this case as to all of the defendants.

☐ The plaintiff gives notice of voluntary dismissal in this case only as to the defendants named below:

This case remains open as to defendants not listed above.

| Date | 5-29-96 |
| --- | --- |

Plaintiff or Attorney
_Melissa Jones_

AOC-CV-405
Rev 1/93

Original File   Copy-Each Def.   Copy-Atty/Plt.

PC - 004351

| File No. | STATE OF NORTH CAROLINA | |
|---|---|---|

<table>
<tr><td rowspan="3">File No.<br><br>**COMPLAINT**<br><br>**IN SUMMARY EJECTMENT**<br><br>G.S. 7A-216, 7A-232; Ch. 42, Art. 3</td><td colspan="2">**STATE OF NORTH CAROLINA**</td></tr>
</table>

**STATE OF NORTH CAROLINA**

Mecklenburg ———— County

In The General Court Of Justice
District Court Division-Small Claims

**COMPLAINT**

**IN SUMMARY EJECTMENT**

G.S. 7A-216, 7A-232; Ch. 42, Art. 3

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

**Name And Address Of Plaintiff**
Goode Development
Castlewood Apartments
6417-1 monroe Road
charlotte, NC 28212

**Description Of Premises (Include Location)**
2 BR Townhome: 6425-2 Monroe Road  Charlotte, NC 28212

| Rate Of Rent | | Date Rent Due | Date Lease Ended | Type Of Lease |
|---|---|---|---|---|
| $ 550.00  per | ☒ Month ☐ Week | 1st of month | 9-30-96 | ☐ Oral ☒ Written |

3. ☐ The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint.

☐ The lease period ended on the above date and the defendant is holding over after the end of the lease period.

**Social Security No./Taxpayer ID No.**
ID# 56-1769609

☒ The defendant breached the condition of the lease described below for which re-entry is specified.

**County** Mecklenburg   **Telephone No.**

**Description Of Breach**
Default in payment of monthly rent

**VERSUS**

**Name And Address Of First Defendant**
Shonda Nero
6425-2 Monroe Road
Charlotte, NC 28212

The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

4. The defendant owes the plaintiff for the following:

**Description Of Any Property Damage**

Late Fee:  $15.00

**County**    **Telephone No.**

**Name And Address Of Second Defendant**

| Amount Of Damage | Amount Of Rent Past Due | Total Amount |
|---|---|---|
| $ 15.00 | $ 540.00 | $ 555.00 |

I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgment plus interest and reimbursement for court costs.

**County** Mecklenburg   **Telephone No.**

| Date  5-13-96 | Signature Of Plaintiff/Attorney/Agent |
|---|---|

**Name And Address Of Plaintiff's Attorney Or Agent**
Goode Development
Castlewood Apartments
6417-1 Monroe Road
Charlotte, NC 28212

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint.

| Date  5-13-96 | Signature |
|---|---|

AOC-CVM-201
Rev. 10/93

(Over)

PC - 004352

# STATE OF NORTH CAROLINA

Mecklenburg _____ County

File No. 96 CvM

In The General Court Of Justice
District Court Division-Small Claims

**Plaintiff**
Goode Development
Castlewood Apartments

MECKLENBURG COUNTY
FILED # 69
MAY 13

AT_____ O'CLOCK ___M.
BY_____
CLERK OF SUPERIOR COURT

## MAGISTRATE SUMMONS

☐ Alias and Pluries Summons. The summons originally issued against you was returned not served. (Disregard this section unless the block is checked.)

G.S. 7A-217, 232, 1A-1, Rule 4

Date Last Summons Issued

**VERSUS**

**Defendant(s)**
Shonda Nero

**TO:**

TO: 96

Name And Address Of First Defendant

Shonda Nero
6425-3 Monroe Road
Charlotte, NC 28212

DW30

Name And Address Of Second Defendant

---

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court | 700 E. Trade St. Courtroom 104 | Date Of Trial 5-29-96 | Time Of Trial 9:00 ☑ AM ☐ PM |
|---|---|---|---|

Name And Address Of Plaintiff Or Plaintiff's Attorney

Goode Development
Castlewood Apartments
6417-1 Monroe Road
Charlotte, NC 28212

Date Issued 5-13-96

Signature

☐ Deputy CSC ☑ Assistant CSC ☐ Clerk Of Superior Court

A4A

COPY MAILED
MAY 16 1996
MECKLENBURG COUNTY
SHERIFFS DEPT.

AOC-CVM-100
Rev. 6/87

(Over)

PC - 00433

Case 3:12-cv-00327-MOC    Document 78-2    Filed 12/22/14    Page 49 of 100
Bates No. 14596

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below

Name And address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

☒ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| 5-21-96   0721 | Shomda Nero |

Address Of Premises Where Posted

6425 - 2 Monroe Rd.

| Service Fee Paid $ | Date Received 5-16-96 | Name Of Sheriff JAMES PENDERGRAPH |
|---|---|---|
| By | Date Of Return 5-21-96 | County MECKLENBURG COUNTY |
| AOC-CVM-100, Side Two Rev. 6/87 | | Deputy Sheriff Making Return |

PC - 004354

| File No. | ... |

| | |
|---|---|
| **File No.** 15 CVM 1463 | **STATE OF NORTH CAROLINA** |
| **Film No.** 96-141-99 | Mecklenburg ——— County |
| **Judgment Docket Book And Page No.** 488-117 | |

**In The General Court Of Justice**
**District Court Division-Small Claims**

## JUDGMENT IN ACTION FOR SUMMARY EJECTMENT

G.S. 7A-210(2), 7A-224; 42-30

**Name And Address Of Plaintiff**
Goode Development
Castlewood Apartments
6417-1 Monroe Road
Charlotte, NC 28212

**Social Security No./Taxpayer ID No.**
ID# 56-1769609

**County**
Mecklenburg

**Telephone No.**

### VERSUS

**Name And Address Of First Defendant**
Shonda Nero
6425-1 Mornoe Road
charlotte, NC 28212

**County** Mecklenburg | **Telephone No.**

**Name And Address Of Second Defendant**

**County** Mecklenburg | **Telephone No.**

**Name And Address Of Plaintiff's Attorney**
Goode Development
Castlewood Apartments
6417-1 Monroe Road
Charlotte, NC 28212

AOC-CVM-401
Rev 12/94

---

This action was tried before the undersigned on the cause stated in the complaint. The record shows that the defendant was given proper notice of the nature of the action and the date, time and location of trial.

### FINDINGS

The Court finds that:
- ☑ the plaintiff has proved the case by the greater weight of the evidence.
- ☐ the plaintiff has failed to prove the case by the greater weight of the evidence.
- the defendant(s) ☐ was ☑ was not present at trial.
- ☐ Other:

### ORDER

It is ORDERED that:
- ☑ the defendant(s) be removed from and the plaintiff be put in possession of the premises described in the complaint.
- ☐ this action be dismissed with prejudice.
- ☐ this action be dismissed with prejudice because the defendant tendered the rent due and the court costs of this action.
- ☑ the plaintiff recover rent of the defendant(s) at the rate listed below, plus damages in the amount indicated. The plaintiff is also entitled to interest on the total principal sum from this date until the judgment is paid.
- ☐ Other: (specify)

☐ Costs of this action are taxed to the ☐ plaintiff. ☑ defendant.

| Rate Of Rent ☑ Mo. ☐ Wk | Amount Of Rent Owed To Date | |
|---|---|---|
| $ 550.00 per | $ 579 | ☐ Judgment Announced And Signed In Open Court |
| Amount Of Other Damages | $ 15 | **Date** 7/3/96 |
| **TOTAL AMOUNT** ▶ | $ 594 | **Signature Of Magistrate** |

**Name Of Party Announcing Appeal In Open Court**

### CERTIFICATION

(NOTE: To be used when magistrate does not announce and sign this Judgment in open court at the conclusion of the trial)

I certify that this Judgment has been served on each party named by depositing a copy in a post-paid properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal Service.

**Date** 7-3-96 | **Signature Of Magistrate**

PC - 004355

## COMPLAINT IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232, Ch. 42, Art. 3 and 7

File No. 14663

### STATE OF NORTH CAROLINA

MECKLENBURG County

In The General Court Of Justice
District Court Division-Small Claims

Name And Address Of Plaintiff

GOODE DEVELOPMENT
CASTLEWOOD APARTMENTS
XX 6417-1 Monroe Road
Charlotte, NC 28212

Social Security No./Taxpayer ID No.
ID#56-1769609

County
Mecklenburg

Telephone No

### VERSUS

Name And Address Of First Defendant

Shonda L. Nero
6425-1 Monroe Road
Charlotte, NC 28212

County
Mecklenburg

Telephone No

Name And Address Of Second Defendant

Telephone No

Name And Address Of Plaintiff's Attorney Or Agent

GOODE DEVELOPMENT
CASTLEWOOD APARTMENTS
6417-1 Monroe Road
Charlotte, NC 28212

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

Description Of Premises (Include Location)
2BR Townhouse: 6425-2 Monroe Road, Charlotte, NC 28212

[X] Conventional
[ ] Public Housing
[ ] Section 8

| Rate Of Rent | Date Rent Due | Date Lease Ended | Type Of Lease |
|---|---|---|---|
| $550.00 per [X] Month [ ] Week | 1st of month | 9-30-96 | [ ] Oral [X] Written |

3. [ ] The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint.

[ ] The lease period ended on the above date and the defendant is holding over after the end of the lease period.

[X] The defendant breached the condition of the lease described below for which re-entry is specified.

[ ] Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below.

Description Of Breach/Criminal Activity (give names, dates, places and illegal activity)

DEFAULT IN PAYMENT OF MONTHLY RENT

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

5. The defendant owes the plaintiff the following:

Description Of Any Property Damage
Late fee: $15.00

| Amount Of Damage (If Known) | Amount Of Rent Past Due | Total Amount Due |
|---|---|---|
| $15.00 | $579.00 | $594.00 |

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgment plus interest and reimbursement for court costs.

| Date | Signature Of Plaintiff/Attorney/Agent |
|---|---|
| 6-11-96 | Melissa Jones |

### CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint

| Date | Signature |
|---|---|
| 6-11-96 | Melissa Jones |

PC - 004356

AOC-CVM-201
Rev. 10/95

# STATE OF NORTH CAROLINA

_____ County

In The General Court Of Justice
District Court Division-Small Claims

Plaintiff

VERSUS

Defendant(s)

## MAGISTRATE SUMMONS

☐ **Alias and Pluries Summons.** The summons originally issued against you was returned not served (Disregard this section unless the block is checked.)

G.S. 7A-217, 232, 1A-1, Rule 4

Date Last Summons Issued

**TO:**
Name And Address Of First Defendant

Xshonda L. Neal
6425-2 Monroe Road
Charlotte, NC 28212

**TO:**
Name And Address Of Second Defendant

700 E. Trade St. #104

### A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court | Date Of Trial | Time Of Trial |
|---|---|---|
| 700 E. Trade St. 104 | 7-3-96 | 9:00 ☒ AM ☐ PM |

Name And Address Of Plaintiff Or Plaintiff's Attorney

6425-2 Monroe
Charlotte, NC 28212

Date Issued: 6-12-96

Signature: Anette Hackett

☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

JUN 12 1996

FILED #96
MECKLENBURG COUNTY
CLERK OF SUPERIOR COURT

AOC-CVM-100
Rev 6/87

(Over)

PC - 004357

Case 3:12-cv-00327-MOC   Document 78-2   Filed 12/22/14   Page 53 of 100
Bates No. 14600

# STATE OF NORTH CAROLINA

MECKLENBURG County

**Plaintiff**

GOODE DEVELOPMENT
CASTLEWOOD APARTMENTS

**VERSUS**

**Defendant(s)**

Shonda

In The General Court Of Justice
District Court Division-Small Claims

## MAGISTRATE SUMMONS

☐ **Alias and Pluries Summons.** The summons originally issued against you was returned not served. (Disregard this section unless the block is checked.)

G.S. 7A-217, 232, 1A-1, Rule 4

Date Last Summons Issued

**TO:**

Name And Address Of First Defendant

X Shonda L. N.
6425-2 Monroe Road
Charlotte, NC 28212

**TO:**

Name And Address Of Second Defendant

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

Location Of Court
700 E. Trade St. 104

Date Of Trial
7-3-96

Time Of Trial
9:00 ☑ AM ☐ PM

Name And Address Of Plaintiff Or Plaintiff's Attorney

GOODE DEVELOPMENT
CASTLEWOOD MANAGEMENT
6417-1 Monroe Road
Charlotte, NC 28212

Date Issued
6-12-96

Signature
Juliette Hackett

☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

COPY MAILED
JUN 14 1996
MECKLENBURG COUNTY
SHERIFF'S DEPT.

AOC-CVM-100
Rev. 6/87

(Over)

PC - 004358

| RETURN OF SERVICE |
| --- |

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served 6.19.96 0705 | Name Of Defendant Shunta Nere |
| --- | --- |

☒ By delivering to the defendant named above a copy of the summons and complaint

☒ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

Scott PLcH 6425 2 muncie Rd

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### DEFENDANT 2

| Date Served | Name Of Defendant |
| --- | --- |

☐ By delivering to the defendant named above a copy of the summons and complaint

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

| FOR USE IN SUMMARY EJECTMENT CASES ONLY |
| --- |

☐ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
| --- | --- |

Address Of Premises Where Posted

| Service Fee Paid $ | Date Received 6-14-96 | Name Of Sheriff JAMES PENDERGRAPH |
| --- | --- | --- |
| By | Date Of Return 6-20-96 | County MECKLENBURG COUNTY |
| CVM-100, Side Two | | Deputy Sheriff Making Return |

PE-004359

# STATE OF NORTH CAROLINA

Mecklenburg _____ County

File No
97cvm20602

File No
99-210-196

In the General Court of Justice
[x] Small Claims [ ] District [ ] Superior Court Division

Plaintiff

**Goode Development
Castlewood Apartments**

## VERSUS

Defendant(s)

**Shonda Nero**

# NOTICE OF
# VOLUNTARY DISMISSAL

GS 1A-1, Rule 41

[x] The plaintiff gives notice of voluntary dismissal in this case as to all of the defendants.

[ ] The plaintiff gives notice of voluntary dismissal in this case only as to the defendants named below:

This case remains open as to defendants not listed above.

| Date |
|------|
| August 25, 1997 |
| Plaintiff or Attorney |

AOC-CV-405
Rev. 2/82   Eviction Manager - Tsoft Software, Inc.     Original File   Copy - Each Def.   Copy - Atty/Plf

PC - 004360

Case 3:12-cv-00327-MOC   Document 78-4   Filed 12/22/14   Page 57 of 100

**COMPLAINT**

**IN SUMMARY EJECTMENT**

G.S. 7A-216, 7A-232, Ch 42. Art 3 and

PC - 004361

**STATE OF NORTH CAROLINA**

Mecklenburg _____ County

In The General Court Of Justice
District Court Division-Small Claims

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

| Description of Premises (include Location) | | |
|---|---|---|
| Apartment 6425-02, 6425-02 Monroe Road, Charlotte, NC 28212 | | [x] Conventional<br>[ ] Public Housing<br>[ ] Section 8 |

*Name And Address of Plaintiff*

**Goode Development**
**Castlewood Apartments**
6417-1 Monroe Road
Charlotte, NC 28212

*Social Security No./Taxpayer ID No.*
ID# 56-1769609

| County | Telephone No. |
|---|---|
| Mecklenburg | 7045371958 |

| Rate of Rent | [x] Month | Date Rent Due | Date Lease Ended | Type of Lease |
|---|---|---|---|---|
| $ 600.00 per [ ] Week | | | | [ ] Oral [x] Written |

3. [ ] The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing complaint.

[ ] The lease period ended on the above date and the defendant is holding over after the end of the lease period

[x] The defendant breached the condition of the lease described below for which re-entry is specified.

[ ] Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below

*Description of Breach/Criminal Activity (give names, dates, places and illegal activity)*
Failure to pay rent on 8-1-97

**VERSUS**

*Name And Address of First Defendant*

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

| County | Telephone No. |
|---|---|
| Mecklenburg | |

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

5. The defendant owes the plaintiff for the following:

*Description of Any Property Damage*
Late Charge $30.00

*Name And Address of Second Defendant*

| Amount Of Damage | Amount Of Rent Past Due | Total Amount |
|---|---|---|
| $ 30.00 | $ 600.00 | $ 630.00 |

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgement plus interest and reimbursement for court costs.

| County | Telephone No. |
|---|---|

| Date | Signature Of Plaintiff/Attorney/Agent |
|---|---|
| August 11, 1997 | |

*Name And Address Of Plaintiff's Attorney Or Agent*

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint

**Castlewood Apartments**
6417-01 Monroe Road
Charlotte, NC 28277

| Date | Signature |
|---|---|
| August 11, 1997 | |

AOC-CVM-201
Rev. 10/95          Eviction Manager - Tsoft Software, Inc.          (Over)

# STATE OF NORTH CAROLINA

Mecklenburg _____ County

File No. 97CVM

In The General Court Of Justice
District Court Division-Small Claims

| Plaintiff | |
|---|---|
| Goode Development<br>Castlewood Apartments | **MAGISTRATE SUMMONS** |

**VERSUS**

☐ **Alias and Pluries Summons.** The Summons originally issued against you was returned not served. (Disregard this se___ on unless the block is checked.)

G.S. 7A-217.232; 1A-1, Rule 4

| Defendant(s) | |
|---|---|
| Shonda Nero | Date Last Summons Issued |

**TO:**

Name And Address Of First Defendant

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

**TO:**

Name And Ad____ Of Second Defendant

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court: 708 E. Trade St. Rm 101 | Date Of Trial 8-29-97 | Time Of Trial 9:00 ☐ AM ☐ PM |
|---|---|---|
| Name And Address Of Plaintiff Or Plaintiff's Attorney<br><br>Castlewood Apartments<br>6417-01 Monroe Road<br>Charlotte, NC 28277 | Date Issued 8-13-97 | |
| | Signature Due Robert | |
| | ☑ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

AIA

AOC-CVM-100
Rev. 6/87     Eviction Manager - Tsoft Software, Inc.          (Over)

PC - 004362

File No. 20602
97CVM

# STATE OF NORTH CAROLINA

Mecklenburg _____ County

In The General Court Of Justice
District Court Division-Small Claims

| Plaintiff | **MAGISTRATE SUMMONS** |
|---|---|
| Goode Development<br>Castlewood Apartments | ☐ **Alias and Pluries Summons.** The Summons originally issued against you was returned not served.<br>(Disregard this section unless the block is checked.) |
| **VERSUS** | G.S. 7A-217,232; 1A-1, Rule 4 |
| Defendant(s)<br>Shonda Nero | Date Last Summons Issued |

| TO: | TO: |
|---|---|
| Name And Address Of First Defendant<br><br>Shonda Nero<br>6425-02 Monroe Road<br>Charlotte, NC 28212 | Name And Address Of Second Defendant |

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court: 708 E. Trade St. Rm 101 | Date Of Trial 8-29-97 | Time Of Trial 9:80 ☒ AM ☐ PM |
|---|---|---|
| Name And Address Of Plaintiff Or Plaintiff's Attorney<br><br>Castlewood Apartments<br>6417-01 Monroe Road<br>Charlotte, NC 28277 | Date Issued 8-13-97 | |
| | Signature _Dee Robert_ | |
| | ☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

5 AIA

COPY MAILED

AUG 18 1997

MECKLENBURG COUNTY
SHERIFF'S OFFICE

AOC-CVM-100
Rev. 6/87     Eviction Manager - Tsoft Software, Inc.          (Over)

PC - 004363
Z30198

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows

### DEFENDANT 1

| Date Served | Name of Defendant |
|---|---|
| | Shonda Nero |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And address Of Person With Whom Copies Left (If corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason

### DEFENDANT 2

| Date Served | Name of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And address Of Person With Whom Copies Left (If corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

### FOR USE IN SUMMARY EJECTION CASES ONLY

☒ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | | Name(s) Of The Defendant(s) Served By Posting |
|---|---|---|
| 8/25/97   1250 | | Shonda Nero |

Address Of Premises Where Posted: 6425-02 Monroe Rd.

| Service Fee Paid | Date Received | Name of Sheriff |
|---|---|---|
| $ | 8/15/97 | Jim Pendergra— |
| By | Date of Return 8/25/97 | County Mec. |
| | | Deputy Sheriff Mailing Return  X. Baker 427 |

AOC-CVM-100, Side Two
Rev. 6/87          Eviction Manager - Tsoft Software, Inc.

PC - 004364

**STATE OF NORTH CAROLINA**

Mecklenburg County

In the General Court of Justice
☒ Small Claims ☐ District ☐ Superior Court Division

| Plaintiff | |
|---|---|
| Goode Development Castlewood Apartments | **NOTICE OF VOLUNTARY DISMISSAL** |
| VERSUS | |
| Defendant Shonda Nero | GS 1A-1, Rule 41 |

☐ The plaintiff gives notice of voluntary dismissal in this case as to all of the defendants.

☐ The plaintiff gives notice of voluntary dismissal in this case only as to the defendants named below:

This case remains open as to defendants not listed above.

| Date | 10-30-97 |
|---|---|
| Plaintiff or Attorney | |

AOC-CV-405
Rev 2/02

Original File    Copy-Each Def.    Copy-Atty/Plf.

PC - 004365

PC-004369

Case 3:12-cv-00327-MOC    Document 78-4609    Filed 12/22/14    Page 62 of 100

**STATE OF NORTH CAROLINA**

_____ Mecklenburg _____ County

In The General Court Of Justice
District Court Division-Small Claims

## COMPLAINT
## IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232, Ch. 42, Art. 3 and 7

**Name And Address Of Plaintiff**

Goode Development
Castlewood Apartments
6417-01 Monroe Road
Charlotte, NC 28212

**Social Security No./Taxpayer ID No.**
ID# 56-1769609

| County | Telephone No |
|---|---|
| Meck | 537-1958 |

**VERSUS**

**Name And Address Of First Defendant**

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

| County | Telephone No. |
|---|---|
| Meck | |

**Name And Address Of Second Defendant**

| County | Telephone No |
|---|---|
| | |

**Name And Address Of Plaintiff's Attorney Or Agent**

Goode Development
Castlewood Apartments
6417-01 Monroe Road
Charlotte, NC 28212

AOC-CVM-201
Rev. 10/95

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

**Description Of Premises (Include Location)**
6425-02 Monroe Road Charlotte, NC 28212

[X] Conventional
[ ] Public Housing
[ ] Section 8

| Rate Of Rent | | Date Rent Due | Date Lease Ended | Type Of Lease |
|---|---|---|---|---|
| $600.00 | [X] Month per [ ] Week | 10-01-97 | | [ ] Oral [X] Written |

3. [ ] The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint.

[ ] The lease period ended on the above date and the defendant is holding over after the end of the lease period.

[X] The defendant breached the condition of the lease described below for which re-entry is specified.

[ ] Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below.

**Description Of Breach/Criminal Activity (give names, dates, places and illegal activity)**

Failure to pay rent

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

5. The defendant owes the plaintiff the following:

**Description Of Any Property Damage**

Late Charge

| Amount Of Damage (If Known) | Amount Of Rent Past Due | Total Amount Due |
|---|---|---|
| $30.00 | $605.00 | $635.00 |

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgment plus interest and reimbursement for court costs.

| Date | Signature Of Plaintiff/Attorney/Agent |
|---|---|
| 10-13-97 | _____ |

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint.

| Date | Signature |
|---|---|
| 10-13-97 | _____ |

(Over)

# STATE OF NORTH CAROLINA

File No. 97CVM

___Mecklenburg___ County

In The General Court Of Justice
District Court Division-Small Claims

| | |
|---|---|
| **Plaintiff**<br>Goode Development<br>Castlewood Apartments | **MAGISTRATE SUMMONS** |

VERSUS

☐ **Alias and Pluries Summons. The summons originally issued against you was returned not served.**
(Disregard this section unless the block is checked.)

G.S. 7A-217, 232; 1A-1, Rule 4

**Defendant(s)**

Shonda Nero

Date Last Summons Issued

| TO: | TO: |
|---|---|
| Name And Address Of First Defendant<br>Shonda Nero<br>6425-02 Monroe Road<br>Charlotte, NC 28212 | Name And Address Of Second Defendant |

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court<br>700 E. Trade St. Rm 104 | Date Of Trial<br>10-30-97 | Time Of Trial<br>9:00 ☒ AM ☐ PM |
|---|---|---|
| Name And Address Of Plaintiff Or Plaintiff's Attorney<br>Goode Development<br>castlewood Apartments<br>6417-01 Monroe Road<br>Charlotte, NC 28212 | Date Issued<br>10-14-97<br>Signature<br>Sue Roberts<br>☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

AYA

AOC-CVM-100
Rev. 6/87

(Over)

PC - 004367

Case 3:12-cv-00327-MOC   Document 78-2   Filed 12/22/14   Page 63 of 100
Bates No. 14610

# STATE OF NORTH CAROLINA

File No. 97CVM

Mecklenburg _____ County

**Plaintiff**
Goode Development
Castlewood Apartments

VERSUS

**Defendant(s)**
Shonda Nero

## MAGISTRATE SUMMONS

☐ **Alias and Pluries Summons.** The Summons originally issued against you was returned not served.
*(Disregard this section unless the block is checked.)*

G.S. 7A-217,232; 1A-1, Rule 4

**Date Last Summons Issued**

| TO: | TO: |
|---|---|
| Name And Address Of First Defendant | Name And Address Of Second Defendant |
| Shonda Nero<br>6425-02 Monroe Road<br>Charlotte, NC 28212  N-427 | |

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court | Date Of Trial | Time Of Trial |
|---|---|---|
| Name And Address Of Plaintiff Or Plaintiff's Attorney 104 | 10-30-97 | 9:00 ☒ AM ☐ PM |
| Castlewood Apartments<br>6417-01 Monroe Road<br>Charlotte, NC 28277 | Date Issued 10-14-97<br>Signature  *Sue Roberts*<br>☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

A4A

COPY MAILED
OCT 21
MECKLENBURG COUNTY
SHERIFF'S DEPT.

AOC-CVM-100
Rev. 6/87    Eviction Manager - Tsoft Software, Inc.    (Over)    PC - 004368

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| Date Served | Name Of Defendant |
| --- | --- |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

## DEFENDANT 2

| Date Served | Name Of Defendant |
| --- | --- |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

## | FOR USE IN SUMMARY EJECTMENT CASES ONLY |

☒ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
| --- | --- |
| N2  10/24/97   1255 | Brenda New |

Address Of Premises Where Posted

625-12 Morrow Rd.

| Service Fee Paid $ | Date Received 10/16/97 | Name Of Sheriff Jim Pendergrass |
| --- | --- | --- |
| By | Date Of Return 10/24/97 | County Mecklen |
| | | Deputy Sheriff Making Return R. J. Little |

AOC-CVM-100, Side Two
Rev. 6/87

PC - 004369

**STATE OF NORTH CAROLINA**

Mecklenburg ____ County

File No. 98CVM 603

Film No. 98-52-180

In the General Court of Justice

[X] Small Claims [ ] District [ ] Superior Court Division

Plaintiff
Goode Development
Castlewood Apartments

**VERSUS**

Defendant Shonda Nero

**NOTICE OF
VOLUNTARY DISMISSAL**

GS 1A-1, Rule 41

[X] The plaintiff gives notice of voluntary dismissal in this case as to all of the defendants.

[ ] The plaintiff gives notice of voluntary dismissal in this case only as to the defendants named below:

MECKLENBURG COUNTY
FILED #8
CLERK OF SUPERIOR COURT
FEB 9 1998

This case remains open as to defendants not listed above.

Date 1-30-98

Plaintiff or Attorney

AOC-CV-405
Rev 2/82

Original File   Copy-Each Def   Copy-Atty/Pif

PC - 004370

Case 3:12-cv-00327-MOC   Document No.78-4614   Filed 12/22/14   Page 67 of 100

**COMPLAINT**

**IN SUMMARY EJECTMENT**

G.S. 7A-216, 7A-232, Ch 42, Art 3 and

Name And Address of Plaintiff

Goode Development
Castlewood Apartments
6417-1 Monroe Road
Charlotte, NC 28212

Social Security No./Taxpayer ID No.
ID# 56-1769609

| County | Telephone No. |
|---|---|
| Mecklenburg | 7045371958 |

**VERSUS**

Name And Address of First Defendant

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

| County | Telephone No. |
|---|---|
| Mecklenburg | |

Name And Address of Second Defendant

| County | Telephone No. |
|---|---|
| | |

Name And Address Of Plaintiff's Attorney Or Agent

Castlewood Apartments
6417-01 Monroe Road
Charlotte, NC 28212

AOC-CVM-201
Rev. 10/95        Eviction Manager - Tsoft Software, Inc.

**STATE OF NORTH CAROLINA**

Mecklenburg                County

In The General Court Of Justice
District Court Division-Small Claims

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

Description of Premises (Include Location)

Apartment 6425-02, 6425-02 Monroe Road, Charlotte, NC 28212

- [x] Conventional
- [ ] Public Housing
- [ ] Section 8

| Rate of Rent | [x] Month [ ] Week | Date Rent Due | Date Lease Ended | Type of Lease |
|---|---|---|---|---|
| $ 600.00 per | | 1st of month | | [ ] Oral [x] Written |

3. [ ] The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing complaint.

[ ] The lease period ended on the above date and the defendant is holding over after the end of the lease period

[x] The defendant breached the condition of the lease described below for which re-entry is specified.

[ ] Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below

Description of Breach/Criminal Activity (give names, dates, places and illegal activity)
failure to pay rent

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.
5. The defendant owes the plaintiff for the following:

Description of Any Property Damage
Late charge

| Amount Of Damage | Amount Of Rent Past Due | Total Amount |
|---|---|---|
| $ 30.00 | $ 600.00 | $ 630.00 |

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgement plus interest and reimbursement for court costs.

| Date | Signature Of Plaintiff/Attorney/Agent |
|---|---|
| January 10, 1998 | |

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint

| Date | Signature |
|---|---|
| January 10, 1998 | |

(Over)

PC - 004371

# STATE OF NORTH CAROLINA

File No. 98CVM

Mecklenburg _____ County

In The General Court Of Justice
District Court Division-Small Claims

Plaintiff
**Goode Development**
**Castlewood Apartments**

## VERSUS

Defendant(s)
**Shonda Nero**

## MAGISTRATE SUMMONS

☐ Alias and Pluries Summons. The Summons originally issued against you was returned not served. (Disregard this section unless the block is checked.)

G.S. 7A-217,232; 1A-1, Rule 4

Date Last Summons Issued

**TO:**

Name And Address Of First Defendant

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

**TO:**

Name And Address Of Second Defendant

### A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

Location Of Court: 100 E. Trade St. Room .01

Date Of Trial: 9-30-98

Time Of Trial: 9:00 ☒ AM ☐ PM

Name And Address Of Plaintiff Or Plaintiff's Attorney

Castlewood Apartments
6417-01 Monroe Road
Charlotte, NC 28212

Date Issued: 9-13-98

Signature: Jennifer J. Hammer

☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

AIA

AOC-CVM-100
Rev. 6/87    Eviction Manager - Tsoft Software, Inc.    (Over)

PC - 004372

# STATE OF NORTH CAROLINA

File No. 98CVM 603

Mecklenburg County

In The General Court Of Justice
District Court Division-Small Claims

**Plaintiff**

Goode Development
Castlewood Apartments

FILED #69

JAN 23 1998

AT _____ O'CLOCK ___

BY _____

CLERK OF SUPERIOR COURT

**VERSUS**

**Defendant(s)**

Shonda Nero

## MAGISTRATE SUMMONS

☐ Alias and Pluries Summons. The Summons originally issued against you was returned not served (Disregard this section unless the block is checked )

G.S. 7A-217,232, 1A-1, Rule 4

Date Last Summons Issued

| TO: | TO: |
|---|---|
| Name And Address Of First Defendant | Name And Address Of Second Defendant |
| Shonda Nero<br>6425-02 Monroe Road<br>Charlotte, NC 28212 | N-427 |

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered. the magistrate may enter a judgment against you.

| Location Of Court 700 E. Shade St. Room 101 | Date Of Trial 9-30-98 | Time Of Trial 9:00 ☒ AM ☐ PM |
|---|---|---|
| Name And Address Of Plaintiff Or Plaintiff's Attorney<br><br>Castlewood Apartments<br>6417-01 Monroe Road<br>Charlotte, NC 28212 | Date Issued 9-13-98 | |
| | Signature Jennifer J. Hammer | |
| | ☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

S

AIA

AOC-CVM-100
Rev. 6/87    Eviction Manager - Tsoft Software, Inc.    (Over)

PIC - 004373

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

☒ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| 1/22/98 | Shinada Nunn |

Address Of Premises Where Posted
6435-3 Monroe Rd.

| Service Fee Paid $ | Date Received 1/14/98 | Name Of Sheriff  Jim Tenderfape |
|---|---|---|
| By | Date Of Return 1/22/98 | County  Mecklen |
| | | Deputy Sheriff Making Return  Dala. 42? |

AOC-CVM-100, Side Two
Rev. 6/87

1997 Administrative Office of the Courts

PC - 004374

Case 3:12-cv-00327-MOC    Document 78-2    Filed 12/22/14    Page 70 of 100
Bates No. 14617

PC - 004375

File No. 98CVM 6704

Film No. CV-91 207

Judgment Docket Book And Page No.

## JUDGMENT IN ACTION FOR SUMMARY EJECTMENT

G.S. 7A-210(2), 7A-224; 42-30

Name And Address Of Plaintiff

Glenwood Apartments
6425 Monroe Rd

Social Security No./Taxpayer ID No.
ID# 56-1769609

| County | Telephone No. |
|--------|---------------|
| Meck | 537-1958 |

**VERSUS**

Name And Address Of First Defendant
Shonda Nero
6425-02 Mon e Road
Charlotte, NC 28212

| County | Telephone No. |
|--------|---------------|
| Meck | |

Name And Address Of Second Defendant

| County | Telephone No |
|--------|---------------|
| | |

Name And Address Of Plaintiff's Attorney
Goode Development

### STATE OF NORTH CAROLINA

Mecklenburg ——— County

In The General Court Of Justice
District Court Division-Small Claims

This action was tried before the undersigned on the cause stated in the complaint. The record shows that the defendant was given proper notice of the nature of the action and the date, time and location of trial.

| FINDINGS |
|----------|

The Court finds that:

☑ the plaintiff has proved the case by the greater weight of the evidence.
☐ the plaintiff has failed to prove the case by the greater weight of the evidence.
the defendant(s) ☐ was ☑ was not present at trial.
☐ Other:

| ORDER |
|-------|

It is ORDERED that:

☑ the defendant(s) be removed from and the plaintiff be put in possession of the premises described in the complaint.
☐ this action be dismissed with prejudice.
☐ this action be dismissed with prejudice because the defendant tendered the rent due and the court costs of this action.
☐ the plaintiff recover rent of the defendant(s) at the rate listed below, plus damages in the amount indicated. The plaintiff is also entitled to interest on the total principal sum from this date until the judgment is paid.
☐ Other: (specify)

☑ Costs of this action are taxed to the ☑ plaintiff. ☐ defendant.

| Rate Of Rent | | Amount Of Rent Owed To Date | |
|--------------|--|------------------------------|--|
| $ 600.00 per ☑ Mo. ☐ Wk. | | $ | ☐ Judgment Announced And Signed In Open Court |
| Amount Of Other Damages $ | | Date 04-01-98 | Signature Of Magistrate |
| TOTAL AMOUNT ▶ $ | | Name Of Party Announcing Appeal In Open Court | |

| CERTIFICATION |
|---------------|

(NOTE: To be used when magistrate does not announce and sign this Judgment in open court at the conclusion of the trial.)

I certify that this Judgment has been served on each party named by depositing a copy in a post paid property addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal service.

| Date | Signature Of Magistrate |
|------|-------------------------|
| | |

Case 3:12-cv-00327-MOC Document 78-26 Filed 12/22/14 Page 72 of 100

PC - 004376

File No. 6 704

## COMPLAINT
## IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232, Ch.42, Art 3 and

**Name And Address of Plaintiff**

Goode Development
Castlewood Apartments
6417-1 Monroe Road
Charlotte, NC 28212

**Social Security No./Taxpayer ID No.**

ID# 56-1769609

| County | Telephone No |
|---|---|
| Mecklenburg | 7045371958 |

### VERSUS

**Name And Address of First Defendant**

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

| County | Telephone No |
|---|---|
| Mecklenburg | |

**Name And Address of Second Defendant**

| County | Telephone No |
|---|---|
| | |

**Name And Address Of Plaintiff's Attorney Or Agent**

Castlewood Apartments
6417-01 Monroe Road
Charlotte, NC 28212

### STATE OF NORTH CAROLINA

Mecklenburg          County

In The General Court Of Justice
District Court Division-Small Claims

1. The defendant is a resident of the county named above.
2. The defendant entered into possession of premises described below as a lessee of plaintiff.

**Description of Premises (Include Location)**

Apartment 6425-02, 6425-02 Monroe Road, Charlotte, NC 28212

[x] Conventional
[ ] Public Housing
[ ] Section 8

| Rate of Rent | | Date Rent Due | Date Lease Ended | Type of Lease |
|---|---|---|---|---|
| $ 600.00 | [x] Month [ ] per Week | 1st of month | | [ ] Oral [x] Written |

3. [ ] The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing complaint.

[ ] The lease period ended on the above date and the defendant is holding over after the end of the lease period

[x] The defendant breached the condition of the lease described below for which re-entry is specified.

[ ] Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below

**Description of Breach/Criminal Activity (give names, dates, places and illegal activity)**

Failure to pay rent

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.
5. The defendant owes the plaintiff for the following:

**Description of Any Property Damage**

Late Charge

| Amount Of Damage | Amount Of Rent Past Due | Total Amount |
|---|---|---|
| $ 31.00 | $ 620.00 | $ 651.00 |

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgement plus interest and reimbursement for court costs.

| Date | Signature Of Plaintiff/Attorney/Agent |
|---|---|
| March 11 1998 | |

### CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint

| Date | Signature |
|---|---|
| March 11 1998 | |

(Over)

# STATE OF NORTH CAROLINA

Mecklenburg _____ County

File No. 98CVM

In The General Court Of Justice
District Court Division-Small Claims

**Plaintiff**

Goode Development
Castlewood Apartments

### VERSUS

**Defendant(s)**

Rhonda Nero

## MAGISTRATE SUMMONS

☐ Alias and Pluries Summons. The Summons originally
issued against you was returned not served.
*(Disregard this section unless the block is checked.)*

G.S. 7A-217,232; 1A-1, Rule 4

Date Last Summons Issued

---

**TO:** _____

Name And Address Of First Defendant

Rhonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

**TO:** _____

Name And Address Of Second Defendant

---

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

---

Location Of Court: 700 E. Trade St. Room 104

Date Of Trial: 4-01-98

Time Of Trial: 9:00  ☒ AM  ☐ PM

Name And Address Of Plaintiff Or Plaintiff's Attorney

Castlewood Apartments
6417-01 Monroe Road
Charlotte, NC 28212

Date Issued: 3-13-98

Signature: *Jennifer J. Hammer*

☒ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court

A4A

AOC-CVM-100
Rev. 8/97    Eviction Manager - Tsoft Software, Inc.    (Over)

PC - 004377

Bates No. 14620

# STATE OF NORTH CAROLINA

Mecklenburg     County

98CVM 21014

In The General Court Of Justice
District Court Division-Small Claims

| | |
|---|---|
| **Plaintiff**<br>Goode Development<br>Castlewood Apartments | **MAGISTRATE SUMMONS**<br><br>☐ Alias and Pluries Summons. The Summons originally issued against you was returned not served<br>(Disregard this section unless the block is checked.)<br><br>G S 7A-217 232 1A-1 Rule 4 |
| **VERSUS** | |
| **Defendant(s)**<br>Shonda Nero | Date Last Summons Issued |

| TO: | TO: |
|---|---|
| Name And Address Of First Defendant<br><br>Shonda Nero<br>6425-02 Monroe Road<br>Charlotte, NC 28212 | Name And Address Of Second Defendant |

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court<br>700 E. Trade St. Room 104 | Date Of Trial 4-01-98 | Time Of Trial 9:00 ☒ AM ☐ PM |
|---|---|---|
| Name And Address Of Plaintiff Or Plaintiff's Attorney<br><br>Castlewood Apartments<br>6417-01 Monroe Road<br>Charlotte, NC 28212 | Date Issued<br>3-13-98 | |
| | Signature<br>*Jennifer J. Hammer* | |
| | ☒ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court | |

A4A

AOC-CVM-100
Rev 6/97     Eviction Manager - Tsoft Software, Inc.     (Over)

PC - 004378

## | RETURN OF SERVICE |

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

## | FOR USE IN SUMMARY EJECTMENT CASES ONLY |

☒ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| 3 LoG8 (1358) | Shonta no. |

Address Of Premises Where Posted

6425 manor Rd. #2

| Service Fee Paid | Date Received 3-17-98 | Name Of Sheriff Jim Pendergra... |
|---|---|---|
| By | Date Of Return 3.26.98 | County mek |
| AOC-CVM-100 Side Two Rev. 6-97 | | Deputy Sheriff Making Return m.7/kide wh |

Administrative Office of the Court: )

PC - 004379

| | |
|---|---|
| **File No**<br>98cvm15147<br>**Film No**<br>98-216-39<br>**Judgment Docket Book And Page No**<br>526-348<br><br>### JUDGMENT IN ACTION FOR SUMMARY EJECTMENT<br><br>G.S. 7A-210(2), 7A-224, 42-30 | **STATE OF NORTH CAROLINA**<br><br>Mecklenburg _____ County<br><br>In The General Court Of Justice<br>District Court Division-Small Claims |

This action was tried before the undersigned on the cause stated in the complaint. The record shows that the defendant was given proper notice of the nature of the action and the date, time and location of trial.

| | |
|---|---|
| **Name And Address of Plaintiff**<br><br>Goode Development<br>Castlewood Apartments<br>6417-1 Monroe Road<br>Charlotte, NC 28212 | **FINDINGS**<br><br>The Court finds that:<br>☑ the plaintiff has proved his case by the greater weight of the evidence.<br>☐ the plaintiff has failed to prove his case by the greater weight of the evidence<br>☐ the defendant(s) ☑ was ☐ was not present at trial.<br>☐ Other |

| **County**<br>Mecklenburg | **Telephone No**<br>7045371958 |
|---|---|

| **VERSUS** |
|---|

| | |
|---|---|
| **Name And Address of First Defendant**<br><br>Shonda Nero<br>6425-02 Monroe Road<br>Charlotte, NC 28212 | **ORDER**<br><br>It is ORDERED that:<br>☐ the defendant(s) be removed from and the plaintiff be put in possession of the premises described in the complaint<br>☐ this action be dismissed with prejudice<br>☐ this action be dismissed with prejudice because the defendant tendered the rent due and the court costs of this action<br>☑ the plaintiff recover rent of the defendant(s) at the rate listed below, plus damages in the amount indicated. The plaintiff is also entitled to interest on the total principal sum from this date until the judgment is paid<br>☐ Other (Specify) |

| **County**<br>Mecklenburg | **Telephone No** |
|---|---|

| **Name And Address of Second Defendant** | |
|---|---|

☑ Costs of this action are taxed to the ☐ plaintiff ☑ defendant

| Rate Of Rent | ☒ Month | Amount of Rent Owed to Date | |
|---|---|---|---|
| $~~600.00~~ 610.00 per ☐ Week | | $ 609.00 | ☑ Judgement Announced And Signed in Open Court |
| Amount Of Other Damages | $ 30.50 | **Date** 7-29-98 | **Signature of Magistrate** |
| TOTAL AMOUNT | ▶ $ 639.50 | Name Of Party Announcing Appeal in Open Court | |

| **County** | **Telephone No** |
|---|---|

| **Name And Address Of Plaintiff's Attorney Or Agent**<br><br>Castlewood Apartments<br>6417-01 Monroe Road<br>Charlotte, NC 28212 | **CERTIFICATION**<br>(NOTE: To be used when magistrate does not announce and sign this Judgement in open court at the conclusion of the trial.)<br><br>I certify that this Judgement has been served on each party named by depositing a copy in a post-paid properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal service |

| **Date** | **Signature Of Magistrate** |
|---|---|

PC - 004380

AOC-CVM-401<br>Rev 12/94         Eviction Manager - Tsoft Software Inc.

## COMPLAINT
## IN SUMMARY EJECTMENT

G S 7A-216 7A-232 Ch 42 Art 3 and

**Name And Address of Plaintiff**

Goode Development
Castlewood Apartments
6417-1 Monroe Road
Charlotte, NC  28212

Social Security No /Taxpayer ID No

ID# 56-1769609

| County | Telephone No |
|---|---|
| Mecklenburg | 7045371958 |

### VERSUS

Name And Address of First Defendant

Shonda Nero
6425-02 Monroe Road
Charlotte, NC  28212

| County | Telephone No |
|---|---|
| Mecklenburg | |

Name And Address of Second Defendant

| County | Telephone No |
|---|---|
| | |

Name And Address Of Plaintiff's Attorney Or Agent

Castlewood Apartments
6417-01 Monroe Road
Charlotte, NC 28212

AOC-CVM-201
Rev 10/95       Eviction Manager  Tsoft Software  Inc

---

### STATE OF NORTH CAROLINA

In The General Court Of Justice
District Court Division-Small Claims

Mecklenburg _____ County

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff

| Description of Premises (Include Location) | | | Conventional ☒ |
|---|---|---|---|
| Apartment 6425-02, 6425-02  Monroe Road  Charlotte, NC  28212 | | | Public Housing ☐ |
| | | | Section 8 ☐ |

| Rate of Rent | ☒ Month | Date Rent Due | Date Lease Ended | Type of Lease |
|---|---|---|---|---|
| $ 600 00 per ☐ Week | | | | Oral ☐  Written ☒ |

3. ☐ The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing complaint.

☐ The lease period ended on the above date and the defendant is holding over after the end of the lease period

☒ The defendant breached the condition of the lease described below for which re-entry is specified

☐ Criminal activity or other activity has occurred in violation of G.S 42-63 as specified below

Description of Breach/Criminal Activity (give names  dates  places and illegal activity)
Failure to pay rent

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.
5. The defendant owes the plaintiff for the following:

Description of Any Property Damage
Late Charge $30 50

| Amount Of Damage | Amount Of Rent Past Due | Total Amount |
|---|---|---|
| $  30 50 | $  609.00 | $  639.50 |

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgement plus interest and reimbursement for court costs

| Date | Signature Of Plaintiff/Attorney/Agent |
|---|---|
| July 11, 1998 | |

### CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint

| Date | Signature |
|---|---|
| July 11, 1998 | |

PC- 004381

(Over)

# STATE OF NORTH CAROLINA

Mecklenburg _____ County

File No. 98 CVM

In The General Court Of Justice
District Court Division-Small Claims

| Plaintiff | |
|---|---|
| Goode Development Castlewood Apartments | |

## VERSUS

Defendant(s)

Shonda Nero

## MAGISTRATE SUMMONS

☐ **Alias and Pluries Summons.** The Summons originally issued against you was returned not served *(Disregard this section unless the block is checked.)*

G.S. 7A-217,232, 1A-1, Rule 4

*Date Last Summons Issued*

**TO:**

Name And Address Of First Defendant

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

**TO:**

Name And Address Of Second Defendant

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court 700 East Trade St Room 100 | Date Of Trial 7-29-98 | Time Of Trial 9:00 ☒ AM ☐ PM |
|---|---|---|
| Name And Address Of Plaintiff Or Plaintiff's Attorney Castlewood Apartments 6417-01 Monroe Road Charlotte, NC 28212 | Date Issued 7-15-98 | |
| | Signature Jeanne J. Thoma ☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

ASA

AOC-CVM-100
Rev 6/87    Eviction Manager - Tsoft Software, Inc    (Over)

PC - 004382

# STATE OF NORTH CAROLINA

File No. 98 CVM 18147

Mecklenburg _____ County

In The General Court Of Justice
District Court Division-Small Claims

| Plaintiff |
| --- |
| Goode Development |
| Castlewood Apartments |

## VERSUS

| Defendant(s) |
| --- |
| Shonda Nero |

# MAGISTRATE SUMMONS

☐ **Alias and Pluries Summons.** The Summons originally issued against you was returned not served
*(Disregard this section unless the block is checked )*

G.S. 7A-217,232, 1A-1, Rule 4

Date Last Summons Issued

---

**TO:**

Name And Address Of First Defendant

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

**TO:**

Name And Address Of Second Defendant

---

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court 700 EASY TRADE St Room 102 | Date Of Trial 7-29-98 | Time Of Trial 9.00 ☒ AM ☐ PM |
| --- | --- | --- |
| Name And Address Of Plaintiff Or Plaintiff's Attorney | Date Issued 7-15-98 | |
| Castlewood Apartments 6417-01 Monroe Road Charlotte, NC 28212 | Signature _Jeanne J. Brown_ | |
| | ☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

A2A

AOC-CvM-100
Rev 6/87          Eviction Manager - Tsoft Software, Inc          (Over)

PC - 004383

Case 3:12-cv-00327-MOC     Document 78-2     Filed 12/22/14     Page 79 of 100
Bates No. 14626

| RETURN OF SERVICE |
|---|

I certify that this Summons and a copy of the complaint were received and served as follows.

## DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

## DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

| FOR USE IN SUMMARY EJECTMENT CASES ONLY |
|---|

☒ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| 7·22·78 | Sharon Nено |

Address Of Premises Where Posted
6425 A2 Monroe Rd

| Service Fee Paid | Date Received | Name Of Sheriff |
|---|---|---|
| $ | 7-20-78 | Jim Pendergast H |
| By | Date Of Return | County |
| | 7-22-78   10:27 | Mecklk |

AOC-CVM-100, Side Two
Rev. 6/97
1997 Administrative Office of the Courts

Deputy Sheriff Making Return

PC/- 004384

# STATE OF NORTH CAROLINA

Mecklenburg _____ County

99 cvm 4126

File No 99-72-295

Plaintiff

Goode Development
Castlewood Apartments

**VERSUS**

Defendant(s)

Shonda Nero

## NOTICE OF
## VOLUNTARY DISMISSAL

GS 1A 1 Rule 41

[x] The plaintiff gives notice of voluntary dismissal in this case as to all of the defendants

[ ] The plaintiff gives notice of voluntary dismissal in this case only as to the defendants named below

This case remains open as to defendants not listed above.

| Date | |
|------|---|
| March 1, 1999 | |
| Plaintiff or Attorney | |

AOC-CV-405
Rev 2/82  Eviction Manager  Tsoft Software Inc     Original File  Copy - Each Def  Copy - Atty/Plf

PC - 004385

# STATE OF NORTH CAROLINA

Mecklenburg _____ County

File No. 99 Cvm 4126

In The General Court Of Justice
District Court Division-Small Claims

| Plaintiff | |
|---|---|
| Goode Development<br>Castlewood Apartments | ## MAGISTRATE SUMMONS<br><br>☐ Alias and Pluries Summons. The Summons originally<br>issued against you was returned not served.<br>(Disregard this section unless the block is checked.)<br><br>G.S. 7A-217,222; 1A-1, Rule 4 |
| **VERSUS** | |
| Defendant(s)<br>Shonda Nero | Date Last Summons Issued |

| **TO:** | **TO:** |
|---|---|
| Name And Address Of First Defendant<br><br>Shonda Nero<br>6425-02 Monroe Road<br>Charlotte, NC 28212 | Name And Address Of Second Defendant |

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you

| Location Of Court<br>300 E. Trade St. Room 101 | Date Of Trial<br>3-4-99 | Time Of Trial<br>9:00  ☒ AM  ☐ PM |
|---|---|---|
| Name And Address Of Plaintiff Of Plaintiff's Attorney<br><br>Castlewood Apartments<br>6417-01 Monroe Road<br>Charlotte, NC 28212 | Date Issued<br>2-16-99 | |
| | Signature<br>*Joanne J. Proure* | |
| | ☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

FIA

AOC-CVM-100<br>Rev. 6/87     Eviction Manager - Tsoft Software, inc.     (Over)

PC - 004386

RETURN OF SERVICE

**RETURN OF SERVICE**

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)

☐ Other manner of service: (specify).

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)

☐ Other manner of service: (specify).

☐ Defendant WAS NOT served for the following reason:

## FOR USE IN SUMMARY EJECTMENT CASES ONLY

☒ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| 2-13-9- (143.) | Shonda New |

Address Of Premises Where Posted: 6425-02 Monroe Rd

| Service Fee | Date Received | Name Of Sheriff |
|---|---|---|
| $ | 2-13-9- | Jim Pendergrast |
| By | Date Of Return | County |
| | 2-13-9- | Meck |
| | | Deputy Sheriff Making Return |
| | | M. Feld____ |

AOC-CVM-100, Rev. 3/98
● 1998 Administrative Office of the Courts

PC - 004387

**File No** 426

## COMPLAINT
## IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232, Ch. 42, Art. 3 and

**Name And Address of Plaintiff**

Goode Development
Castlewood Apartments
6417-1 Monroe Road
Charlotte, NC 28212

**Social Security No./Taxpayer ID No**
ID# 56-1769609

| County | Telephone No. |
|---|---|
| Mecklenburg | 7045371958 |

### VERSUS

**Name And Address of First Defendant**

Chonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

| County | Telephone No. |
|---|---|
| Mecklenburg | |

**Name And Address of Second Defendant**

| County | Telephone No. |
|---|---|
| | |

**Name And Address Of Plaintiff's Attorney Or Agent**

Castlewood Apartments
6417-01 Monroe Road
Charlotte, NC 28212

OC-CVM-201
Rev 10/95    Eviction Manager - 1soft Software Inc    (Over)

## STATE OF NORTH CAROLINA

**Mecklenburg** County

In The General Court Of Justice
District Court Division-Small Claims

1. The defendant is a resident of the county named above.
2. The defendant entered into possession of premises described below as a lessee of plaintiff.

**Description of Premises (Include Location)**
Apartment 6425-02, 6425-02 Monroe Road, Charlotte, NC 28212

[x] Conventional
[ ] Public Housing
[ ] Section 8

| Rate of Rent | Date Rent Due | Date Lease Ended | Type of Lease |
|---|---|---|---|
| $ 600.00 [x] Month [ ] Week | 1st of Month | | [ ] Oral [x] Written |

3. [ ] The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing complaint.

[ ] The lease period ended on the above date and the defendant is holding over after the end of the lease period

[x] The defendant breached the condition of the lease described below for which re-entry is specified.

[ ] Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below

**Description of Breach/Criminal Activity (give names, dates, places and illegal activity)**
Failure to pay rent

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.
5. The defendant owes the plaintiff for the following:

**Description of Any Property Damage**
Late Charge $ 30.50

| Amount Of Damage | Amount Of Rent Past Due | Total Amount |
|---|---|---|
| $ 30.50 | $ 609.50 | $ 609.50  690.00 |

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgement plus interest and reimbursement for court costs

| Date | Signature Of Plaintiff/Attorney/Agent |
|---|---|
| February 9, 1999 | |

### CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint

| Date | Signature |
|---|---|
| February 9, 1999 | |

PC - 004388

Case 3:12-cv-00327-MOC    Document 78-2    Filed 12/22/14    Page 84 of 100
Bates No. 14631

## STATE OF NORTH CAROLINA

Mecklenburg _____ County

File No. _____

In The General Court Of Justice
District Court Division-Small Claims

| Plaintiff | |
|---|---|
| Goode Development Castlewood Apartments | **MAGISTRATE SUMMONS** |
| **VERSUS** | ☐ **Alias and Pluries Summons.** The Summons originally issued against you was returned not served. (Disregard this section unless the block is checked.) |
| Defendant(s) Shonda Nero | G.S. 7A-217,232; 1A-1 **Rule 4** |
| | Date Last Summons Issued |

**TO:**

*Name And Address Of First Defendant*

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

**TO:**

*Name And Address Of Second Defendant*

### A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court | Date Of Trial 3-4-99 | Time Of Trial 9:00 ☒ AM ☐ PM |
|---|---|---|
| Name And Address Of Plaintiff Or Plaintiff's Attorney 101 Castlewood Apartments 6417-01 Monroe Road Charlotte, NC 28212 | Date Issued 2-16-99 Signature ☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

AOC-CVM-100
Rev 6/87    Eviction Manager - Tsoft Software, Inc.    (Over)

PC - 004389

# STATE OF NORTH CAROLINA

_____ Meeb _____ County

File No
00 Cum 1470

File No
2002-138-167

In The General Court Of Jus...

| Name Of Plaintiff/Petitioner | |
| --- | --- |
| Castlewood Apts | **ORDER** |

**VERSUS**

Name Of Defendant/Respondent

Shonda Nerd

---

☐ **DISMISSAL**          ☐ With Prejudice          ☐ Without Prejudice

This action is dismissed for the following reason:

☐ The plaintiff elected not to prosecute this action and has moved for dismissal.

☐ Neither the plaintiff, nor the defendant appeared on the scheduled trial date.

☐ The plaintiff failed to appear on the scheduled trial date; the defendant did appear on that date and has moved ' dismiss this action.

☐ Other:

---

☒ **DISCONTINUANCE [G.S. 1A-1, Rule 4(e)]**

The defendant has never been served in this action, and more than ninety (90) days have elapsed since the last summons was issued.

---

☐ **CONTINUANCE**

The trial of this action is continued to the following date and time on motion of the

☐ Plaintiff

☐ Defendant

☐ Judge or Magistrate

☐ Other: (specify)

---

| Date Of New Trial | Time Of New Trial ☐ AM ☐ PM | Date 1-11-02 |
| --- | --- | --- |
| Location Of New Trial | | Signature Lindsay L Wea den<br>☐ Judge   ☒ Magistrate<br>☐ Assistant CSC   ☐ Clerk Of Superior Court |

PC - 004390

AOC-G-105
Rev 7/05

| Case Number | Caption | Filed | Case Number | Caption | Filed |
|---|---|---|---|---|---|
| •99CVM00[illegible] | FAIRFIELD APTS V. WALKER,[illegible] | 11/1[illegible]/99 | 99CVM00[illegible] | JACKSON MGT CO V. GILLESPIE,R... | 11/[illegible] |
| [illegible]99CVM00[illegible] | HENDLEES ASSOC V. BETTS,[illegible] | 11/[illegible]/99 | 99CVM00[illegible] | DOUBLE OAKS V. CLOUD,SONAIFAR | 11/[illegible] |
| 99CVM00[illegible] | TILLMAN,SANDY,C V. BLACK,[illegible] | 11/26/99 | 99CVM00[illegible] | [illegible],DAREN V. ARCHIE,ANDREA | 12/0[illegible] |
| •99CVM00[illegible] | BRANDON,ADDISON V. MAYFIELD... | 12/13/99 | •99CVM0[illegible] | JORDAN,GARY,L V. GREEN,PAMELA | 12/1[illegible] |
| 99CVM00[illegible] | EASTHAVEN DEVELOPMENT CORP V.... | 12/15/99 | 99CVM00[illegible] | EASTHAVEN DEVELOPMENT CORP V.... | 12/1[illegible] |
| •99CVM00[illegible] | EASTHAVEN DEVELOPMENT CORP V.... | 12/15/99 | 99CVM00[illegible] | EASTHAVEN DEVELOPMENT CORP V.... | 12/1[illegible] |
| •99CVM00[illegible] | LINDEN,MARILYN V. THOMPSON,CE... | 12/1[illegible]/99 | 99CVM024[illegible] | WATERFORD CREEK APTS V. ATCHI... | 12/3[illegible] |
| •99CVM024[illegible] | EDWARDS ELECTRIC INC V. J ALT... | 12/30/99 | •99CVM024[illegible] | EDWARDS ELECTRIC INC V. J ALT... | 12/30 |
| 00CVM0[illegible] | NORTH POINTE APTS V. CARER,NA... | 01/1[illegible]/00 | 00CVM001[illegible] | LEARY,EDDY V. WALLACE,IRELINE | 01/14 |
| 00CVM00[illegible] | WEST OF NC LLC V. GAUSE,GENE... | 01/14/00 | 00CVM001470 | CASTLEWOOD APTS V. NERD,RHONDA | 01/14 |
| •00CVM001470 | GREENBRIAR HOUSE V. HILL,ANGELA | 02/14/00 | 00CVM002[illegible] | WARD,DANIEL,P V. CALIFORNIA S... | 02/2[illegible] |
| •00CVM00[illegible] | STONEY POINTE APTS V. MORRIS... | 01/26/00 | 00CVM00[illegible] | ASSOC FINANCIAL V. NEGRON,DORIS | 02/0[illegible] |
| 00CVM00[illegible] | UNIVERSITY GARDENS ASSOC V. J... | 02/15/00 | 00CVM00[illegible] | SEVERS,CHARLES,E V. EDDY,JIM | 02/0[illegible] |
| 00CVM00[illegible] | NORTH STATE ACCEPTANCE V. DAV... | 02/23/00 | 00CVM006[illegible] | RICE,SUSANNE V. ABERNATHY,RON | 02/29 |
| 00CVM00[illegible] | ASSOC FINANCIAL V. FERGUSON,V... | 03/03/00 | 00CVM006[illegible] | GRAND OAKS APTS V. AVINGER,MARK | 03/0[illegible] |
| 00CVM006[illegible] | GRAND OAKS APTS V. HERNANDEZ,... | 03/03/00 | •00CVM006[illegible] | STARK,DOUGLAS,A V. FULL CIRCL... | 03/0[illegible] |
| 00CVM006[illegible] | MCCULLOUGH,HENRY MC V. EDDY,J... | 03/06/00 | 00CVM006[illegible] | MARTIN CO OF CHARLOTTE LLC TH... | 03/0[illegible] |
| 00CVM006[illegible] | BLAZER FINANCE V. ADKINS,MICHAEL | 03/06/00 | 00CVM00[illegible] | NORWEST FINANCIAL V. THOMPSON... | 03/1[illegible] |
| •00CVM00[illegible] | CAMPS,TISA V. BAYLOR,MARTA | 03/23/00 | •00CVM006[illegible] | TR LARING REALTY INC V. REEVE... | 03/24 |
| •00CVM00[illegible] | HERNANDEZ,PETER,ROB V. LOTUTA... | 03/24/00 | •00CVM00[illegible] | ALLEN,PHILIP,THOMAS V. WASHIN... | 03/27 |
| •00CVM00[illegible] | MAXWELL,BARBARA V. UNITED PAR... | 04/05/00 | •00CVM00[illegible] | CHARLOTTE-MECKLENBURG HOSPITA... | 04/06 |
| •00CVM00[illegible] | HANEY,PATRICK,D V. ENGLISH HI... | 04/07/00 | •00CVM00[illegible] | MCCLURE LUMBER CO V. ANTOINE,... | 04/07 |
| •00CVM00[illegible] | BENTON,PAMELA V. AUTO STYLE | 04/13/00 | •00CVM00[illegible] | CHARLOTTE-MECKLENBURG HOSPITA... | 04/11 |
| •00CVM00[illegible] | JOHN H BENNER CO V. PHIPPS,PAUL | 04/14/00 | •00CVM00[illegible] | PAVLIN,ANDREW,RICHARD V. JIFF... | 04/1[illegible] |
| 00CVM00[illegible] | CASTLEWOOD APTS V. HOUSTON,TA... | 04/13/00 | •00CVM00[illegible] | AHC,JEAN,CLAUDE V. ROBINSON,J... | 04/1[illegible] |
| •00CVM009941 | WHITE,ROBERT,P V. JIMISON,BEN | 04/14/00 | 00CVM010[illegible] | MATES,NANCY,L V. CURRIE,JODY... | 04/14 |
| •00CVM010[illegible] | RENT-A-CENTER V. MCNEIL,SHATACH | 04/14/00 | •00CVM010[illegible] | COTTER,BRENDA,D V. CANT,CALMO... | 04/14 |
| •00CVM010[illegible] | CHIMNEYS APTS THE V. MILLER,TINA | 04/14/00 | •00CVM010[illegible] | CHIMNEYS APTS THE V. BENNETT,... | 04/14 |
| •00CVM010[illegible] | CHIMNEYS APTS THE V. BARCCLE,... | 04/14/00 | •00CVM010[illegible] | CHIMNEYS APTS THE V. GILES,BR... | 04/14 |
| •00CVM010[illegible] | CHIMNEYS APTS THE V. HILL,ANN... | 04/14/00 | •00CVM010[illegible] | CHIMNEYS APTS THE V. ARJIBU,L... | 04/14 |
| •00CVM010[illegible] | CHIMNEYS APTS THE V. BERGER,V... | 04/14/00 | 00CVM010[illegible] | SONOMA BUILDERS INC V. PLAYER... | 04/14 |
| 00CVM010[illegible] | GLEN HOLLOW V. MILLER,DEBORAH | 04/15/00 | 00CVM010446 | SHAMROCK GARDEN APTS V. MCLE... | 04/1[illegible] |
| •00CVM010470 | BANK OF AMERICA NA V. NATL CC... | 04/17/00 | 00CVM0[illegible] | ALLIANCE RESIDENTIAL MGT LLC... | 04/1[illegible] |
| 00CVM010[illegible] | DOUBLE OAKS APTS V. SPELL,TIM... | 04/13/00 | 00CVM010[illegible] | BRAXTON,CHARLES,E V. EMPLOYER... | 04/1[illegible] |
| 00CVM010[illegible] | CHARLOTTE RENTAL & SALES CO V... | 04/24/00 | •00CVM010[illegible] | ROBIN INC V. BECKER,MICHOLAS... | 05/0[illegible] |
| 00CVM0[illegible] | BROOKHILL VILLAGE INC V. CUT... | 05/02/00 | •00CVM010[illegible] | FLING IRRIGATION INC V. STERA... | 05/03 |
| •00CVM010[illegible] | SWEAT,ZACHARY,J V. SPEIGHT,SC... | 05/[illegible]/00 | 00CVM0132[illegible] | QUEEN OIL CO V. CELLERS,STEVE... | 05/0[illegible] |
| •00CVM010[illegible] | SUMMERS,WILLIAM V. SWITT,GERALD | 05/05/00 | •00CVM010[illegible] | WEBB,DEBORAH,SPEAR V. CREAM,C... | 05/0[illegible] |
| 00CVM010[illegible] | LAKEWOOD MANOR V. WELDEN,KEISHA | 05/05/00 | •00CVM010470 | MARTIN CO OF CHARLOTTE LLC TH... | 05/1[illegible] |
| •00CVM010[illegible] | TR LARING REALTY INC V. HILL... | 05/16/00 | 00CVM013[illegible] | GLISH RESIDENTIAL PROPERTIES... | 05/1[illegible] |
| •00CVM010[illegible] | REYES,ERNESTO V. DUNN,SCHMIDT... | 05/18/00 | 00CVM013460 | LUCAS,PAUL V. ROVE,URSULA | 05/1[illegible] |



File No. 00 CVM 1470

# LEAD DOCUMENT FOR
# MICROFILMING

### MICROFILM AUDIT TRAIL

| Date Filmed | Description | Film No. |
|---|---|---|
| 4/3/03 | 2003-101-95 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

AOC-G-113, Rev. 7/99
© 1999 Administrative Office of the Courts

PC - 004392

Bates No. 14635

# STATE OF NORTH CAROLINA

__Mecklenburg__ County

File No. __00 cvm 1470__

Film No.

In The General Court Of Justice

MECKLENBURG COUNTY
FILED #7

MAR 31 2003

AT ____ O'CLOCK ____
BY ____
CLERK OF SUPERIOR COURT

Name Of Plaintiff/Petitioner

__Goode Dev Castlewood Apts__

**VERSUS**

Name Of Defendant/Respondent

__Shonda Nero__

## ORDER

---

☐ **DISMISSAL**     ☐ With Prejudice     ☐ Without Prejudice

This action is dismissed for the following reason:

☐ The plaintiff elected not to prosecute this action and has moved for dismissal.

☐ Neither the plaintiff, nor the defendant appeared on the scheduled trial date.

☐ The plaintiff failed to appear on the scheduled trial date; the defendant did appear on that date and has moved to dismiss this action.

☒ Other:     DISCONTINUED BECAUSE CASE INACTIVE FOR MORE THAN ONE YEAR

---

☐ **DISCONTINUANCE [G.S. 1A-1, Rule 4(e)]**

The defendant has never been served in this action, and more than ninety (90) days have elapsed since the last summons was issued.

---

☐ **CONTINUANCE**

The trial of this action is continued to the following date and time on motion of the

☐ Plaintiff

☐ Defendant

☐ Judge or Magistrate

☐ Other: (specify)

---

| Date Of New Trial | Time Of New Trial | | Date __3-31-03__ |
|---|---|---|---|
| | ☐ AM ☐ PM | | |
| Location Of New Trial | | Signature __Lindsay Worden__ | |
| | | ☐ Judge ☒ Magistrate | |
| | | ☐ Assistant CSC ☐ Clerk Of Superior Court | |

PC - 004393

| Case Number | Caption | Filed | Case Number | Caption | Filed |
|---|---|---|---|---|---|
| 98CVM06632 | MARTIN,DAMAREO,R V. SECURITY ... | 03/12/98 | 98CVM22296 | HARRIS TEETER V. DAY,EULUS | 08/28/98 |
| 99CVM018886 | SIGN UP CO V. TYPER CREEK PUB CO | 07/27/99 | 99CVM022116 | MCCORMICK,GREGG,J MR V. HANSO... | 08/25/99 |
| 99CVM022333 | THOMPSON,LYNDELL,D V. WILLIAM... | 09/07/99 | 99CVM023285 | HABERSHAM POINTE V. TRAMUEL,W... | 09/15/99 |
| 00CVM001100 | LEARY,EDDY V. WALLACE,IRELENE | 01/14/00 | 00CVM001470 | CASTLEWOOD APTS V. NERO,SHONDA | 01/14/00 |
| 00CVM001472 | GREENBRIAR HOUSE V. HILL,ANGELIA | 01/14/00 | 00CVM002818 | WARD,DANIEL,B V. CALIFORNIA S... | 01/26/00 |
| 00CVM002954 | STONEY POINTE APTS V. MORRISO... | 01/26/00 | 00CVM003511 | ASSOC FINANCIAL V. NEGRON,DORIS | 02/02/00 |
| 00CVM005299 | SEVERS,CHARLES,F V. EDDY,JIM | 02/21/00 | 00CVM006322 | ASSOC FINANCIAL V. FERGUSON,V... | 03/03/00 |
| 00CVM006365 | STARK,DOUGLAS,A V. FULL CIRCL... | 03/06/00 | 00CVM006379 | MCCULLOUGH,WENDY MS V. EDDY,J... | 03/06/00 |
| 00CVM006573 | BLAZER FINANCE V. ADKINS,MICHAEL | 03/09/00 | 00CVM007435 | NORWEST FINANCIAL V. THOMPSON... | 03/17/00 |
| 00CVM008229 | CAMPS,TIGA V. PAYLOR,MARIA | 03/22/00 | 00CVM008360 | TR LAWING REALTY INC V. REEVE... | 03/24/00 |
| 00CVM008524 | HERNANDEZ,PETER,ROB V. LOTUTA... | 03/24/00 | 00CVM008684 | ALLEN,PHILIP,THOMAS V. WASHIN... | 03/27/00 |
| 00CVM009153 | MAXWELL,BARBARA V. UNITED PAR... | 04/05/00 | 00CVM009231 | CHARLOTTE-MECKLENBURG HOSPITA... | 04/06/00 |
| 00CVM009259 | HANEY,PATRICK,D V. ENGLISH HI... | 04/07/00 | 00CVM009302 | MCCLURE LUMBER CO V. ANTOINE,... | 04/07/00 |
| 00CVM009358 | BENTON,PAMELA V. AUTO STYLE | 04/12/00 | 00CVM009436 | CHARLOTTE-MECKLENBURG HOSPITA... | 04/11/00 |
| 00CVM009499 | PAVLIN,ANDREW,RICHARD V. JIFF... | 04/12/00 | 00CVM009690 | AHO,JEAN,CLAUDE V. ROBINSON,D... | 04/12/00 |
| 00CVM009941 | WHITE,ROBERT,R V. JIMISON,BEN | 04/14/00 | 00CVM010185 | RENT-A-CENTER V. MCNEIL,SHATACH | 04/14/00 |
| 00CVM010186 | COTTER,BRENDA,S V. SAMI,SALMO... | 04/14/00 | 00CVM010277 | CHIMNEYS APTS THE V. MILLER,TINA | 04/14/00 |
| 00CVM010278 | CHIMNEYS APTS THE V. BENNETT,... | 04/14/00 | 00CVM010279 | CHIMNEYS APTS THE V. PANCQUE,... | 04/14/00 |
| 00CVM010281 | CHIMNEYS APTS THE V. GILES,BE... | 04/14/00 | 00CVM010282 | CHIMNEYS APTS THE V. HILL,ANN... | 04/14/00 |
| 00CVM010283 | CHIMNEYS APTS THE V. NDJIBU,L... | 04/14/00 | 00CVM010284 | CHIMNEYS APTS THE V. BERGER,V... | 04/14/00 |
| 00CVM010360 | SONOMA BUILDERS INC V. PLAYER... | 04/14/00 | 00CVM010478 | BANK OF AMERICA NA V. NATL CO... | 04/17/00 |
| 00CVM010899 | BRAXTON,CHARLES,R V. EMPLOYEE... | 04/24/00 | 00CVM012004 | KOBIN INC V. BECKER,NICHOLAS,... | 05/01/00 |
| 00CVM012153 | FLING IRRIGATION INC V. SEEMA... | 05/03/00 | 00CVM012275 | SUMMERS,WILLIAM V. SWETT,GERALD | 05/08/00 |
| 00CVM012282 | WEBB,DEBORAH,SPEAR V. CREAM,B... | 05/08/00 | 00CVM012471 | MARION CO OF CHARLOTTE LLC TH... | 05/10/00 |
| 00CVM012565 | TR LAWING REALTY INC V. HILL,... | 05/16/00 | 00CVM013258 | REYES,ERNESTO V. DUNN,SCHMOHN | 05/18/00 |
| 00CVM014077 | TAYLOR,JOSEPH,T V. JENNI,STAC... | 06/01/00 | 00CVM014297 | ACEUES,BERTHA V. CANELA,JULIA | 06/01/00 |
| 00CVM014298 | PENDER & PETTUS INSULATING IN... | 06/01/00 | 00CVM014610 | 3922 GREENSBORO STREET WAREHO... | 05/24/00 |
| 00CVM014759 | STONEY POINTE APTS V. PRICE,KIM | 05/24/00 | 00CVM015024 | MERCURY FINANCE CO V. HARRIS | 05/30/00 |
| 00CVM015182 | WALKER,CYNTHIA V. PARKS,MELVIN | 06/27/00 | 00CVM015293 | YORKSHIRE HOA V. BUSHMAN,GAIL | 06/02/00 |
| 00CVM015323 | AM-EIREAN GROUP INC V. CRONE,... | 06/02/00 | 00CVM015324 | AM-EIREAN GROUP INC V. CRONE,... | 06/02/00 |
| 00CVM015394 | HIGHWOODS REALTY LTD PTNSHP V... | 06/06/00 | 00CVM015396 | BEST BUY AUTO SALES V. GRANT,... | 06/06/00 |
| 00CVM015397 | BEST BUY AUTO SALES V. REYNOL... | 06/06/00 | 00CVM015562 | SIZEMORE,LYNNE V. PETTUS,ELMORE | 06/07/00 |
| 00CVM016298 | SILVERIC,TERRI,L V. LITTLEJOH... | 06/14/00 | 00CVM016616 | STATE EMPLOYEES' CEDIT UNION ... | 06/15/00 |
| 00CVM016739 | PINEVILLE TIRE & SERVICE CENT... | 06/16/00 | 00CVM018227 | RADBOURNE HOA V. BUTTS,MARCUS,D | 06/27/00 |
| 00CVM021891 | ABBEY ROSE FLORIST V. ROSE,NANCY | 08/01/00 | 00CVM021922 | MARKETING ASSOC INC V. WESTMO... | 07/31/00 |
| 00CVM022069 | BIRCHCROFT APTS V. EMORY,GARY | 08/03/00 | 00CVM022315 | CITIFINANCIAL V. GOE,REED | 08/08/00 |
| 00CVM022332 | BVD PROPERTIES INC V. KAKAVIT... | 08/08/00 | 00CVM022505 | WINDGATE PLACE APTS V. JAMES,... | 08/11/00 |
| 00CVM022506 | WINDGATE PLACE APTS V. SMITH,... | 08/11/00 | 00CVM022507 | WINDGATE PLACE APTS V. ARCHUL... | 08/11/00 |
| 00CVM022508 | WINDGATE PLACE APTS V. WOODAR... | 08/11/00 | 00CVM022510 | WINDGATE PLACE APTS V. PATTER... | 08/11/00 |
| 00CVM022511 | WINDGATE PLACE APTS V. KACYAN... | 08/11/00 | 00CVM022670 | BYRD,MARY,E V. LITZ,DEBRA,S | 08/11/00 |
| 00CVM023448 | CARDINAL,MICHAEL V. SETZER,JA... | 08/16/00 | 00CVM024573 | PRESBYTERIAN HOSPITAL THE V. ... | 08/22/00 |

# STATE OF NORTH CAROLINA

_____ Meck _____ County

File No
DO CUM 1470

File No.
2002-13P-167

In The General Court Of Jusi

**Name Of Plaintiff/Petitioner**

Castlewood Apts

**VERSUS**

**Name Of Defendant/Respondent**

Shonda Nero

## ORDER

---

☐ **DISMISSAL**          ☐ With Prejudice          ☐ Without Prejudice

This action is dismissed for the following reason:

☐ The plaintiff elected not to prosecute this action and has moved for dismissal.

☐ Neither the plaintiff, nor the defendant appeared on the scheduled trial date.

☐ The plaintiff failed to appear on the scheduled trial date; the defendant did appear on that date and has moved ᵗ dismiss this action.

☐ Other:

---

☒ **DISCONTINUANCE [G.S. 1A-1, Rule 4(e)]**

The defendant has never been served in this action, and more than ninety (90) days have elapsed since the last summons was issued.

---

☐ **CONTINUANCE**

The trial of this action is continued to the following date and time on motion of the

☐ Plaintiff

☐ Defendant

☐ Judge or Magistrate

☐ Other: (specify)

---

| Date Of New Trial | Time Of New Trial ☐ AM ☐ PM | Date  1-11-02 |
|---|---|---|
| Location Of New Trial | | Signature  Lindsay L. Werdon  ☐ Judge  ☐ Assistant CSC  ☐ Magistrate  ☐ Clerk Of Superior Court |

PC - 004390

AOC-G-109
Rev 7/05

Case 3:12-cv-00327-MOC   Document 78-2639 Filed 12/22/14   Page 92 of 100

| Case Number | Caption | Filed | Case Number | Caption | Filed |
|---|---|---|---|---|---|
| 00CVM00311 | FAIRFIELD APTS V. WALKER, MARY | 11/15/99 | 00CVM00966 | JACOBS MGT CO V. GILLESPIE, R... | 11/15 |
| 00CVM00048 | HENDLEES ASSOC V. BETTS, ANN | 11/15/99 | 00CVM00060 | DOUBLE OAKS V. CLOUD, SONADFAR | 11/23 |
| 00CVM01233 | TILLMAN, CANDY, S V. BLACK, MICHELE | 11/26/99 | 00CVM01237 | FAIRFIELD, PARK V. ARCHIE, ANDREA | 12/02 |
| 00CVM00114 | BRANDON, MORRISON V. MAYFIELD,... | 10/13/99 | 00CVM02180 | GORDON, GARY, L V. GREEN, PAMELA | 12/13 |
| 00CVM02535 | EASTHAVEN DEVELOPMENT CORP V.... | 12/15/99 | 00CVM02536 | EASTHAVEN DEVELOPMENT CORP V.... | 12/15 |
| 00CVM02536 | EASTHAVEN DEVELOPMENT CORP V.... | 12/15/99 | 00CVM02535 | EASTHAVEN DEVELOPMENT CORP V.... | 12/15 |
| 00CVM02751 | LINTON, MARILYN V. THOMPSON, CE... | 12/15/99 | 00CVM24629 | WATERFORD CREEK APTS V. ATCHI... | 12/30 |
| 00CVM04706 | EDWARDS ELECTRIC INC V. J ALT... | 12/30/99 | 00CVM04706 | EDWARDS ELECTRIC INC V. J ALT... | 12/30 |
| 00CVM01221 | NORTH POINTE APTS V. FARES, KA... | 01/11/00 | 00CVM01300 | LEARY, EDDY V. WALLACE, IRELINE | 01/14 |
| 00CVM01307 | HDST OF NC LLC V. GAUSE, CONIE... | 01/14/00 | 00CVM01470 | CASTLEWOOD APTS V. NTRO, CHONDA | 01/14 |
| 00CVM01470 | GREENBRIAR HOUSE V. HILL, ANGELA | 01/14/00 | 00CVM02919 | WARD, DANIEL, P V. CALIFORNIA S... | 01/26 |
| 00CVM02954 | STONEY POINTE APTS V. MORRIS... | 01/26/00 | 00CVM03011 | ASSOC FINANCIAL V. NEGRON, DORIS | 02/03 |
| 00CVM03364 | UNIVERSITY GARDENS ASSOC V. J... | 02/15/00 | 00CVM03503 | SEVER, CHARLES, F V. EDDY, JIM | 02/03 |
| 00CVM01603 | NORTH STATE ACCEPTANCE V. DAV... | 02/23/00 | 00CVM06161 | RICE, SUSANNE V. ABERNATHY, RON | 02/29 |
| 00CVM05203 | ASSOC FINANCIAL V. FERGUSON, V... | 03/03/00 | 00CVM06362 | GRAND OAKS APTS V. AVINGER, MARK | 03/03 |
| 00CVM06363 | GRAND OAKS APTS V. HERNANDEZ,... | 03/03/00 | 00CVM06365 | STARK, DOUGLAS, A V. FULL CIRCL... | 03/03 |
| 00CVM06375 | MCCULLOUGH, HENRY MC V. EDDY, J... | 03/06/00 | 00CVM06403 | MARION CO OF CHARLOTTE LLC TH... | 03/20 |
| 00CVM06573 | PLAZER FINANCE V. ADKINS, MICHAEL | 03/06/00 | 00CVM07435 | NORWEST FINANCIAL V. THOMPSON,... | 03/17 |
| 00CVM05005 | CAMPS, TISA V. BAYLOR, MARTA | 03/23/00 | 00CVM06260 | TR LAKING REALTY INC V. REEVE... | 03/24 |
| 00CVM05514 | HERNANDEZ, PETER, RCE V. LETLTA... | 03/24/00 | 00CVM09604 | ALLEN, PHILIP, THOMAS V. WASHIN... | 03/27 |
| 00CVM05152 | MAXWELL, BARBARA V. UNITED PAR... | 04/05/00 | 00CVM05021 | CHARLOTTE-MECKLENBURG HOSPITA... | 04/06 |
| 00CVM05259 | HANEY, PATRICK, D V. ENGLISH HI... | 04/07/00 | 00CVM05302 | MCCLURE LUMBER CO V. ANTOINE,... | 04/07 |
| 00CVM05355 | BENTON, PAMELA V. AUTO STYLE | 04/12/00 | 00CVM05426 | CHARLOTTE-MECKLENBURG HOSPITA... | 04/11 |
| 00CVM05445 | JOHN F BENNER CO V. PHIPPS, PAUL | 04/14/00 | 00CVM05499 | PAVLIN, ANDREW, RICHARD V. JIF... | 04/12 |
| 00CVM05530 | CASTLEWOOD APTS V. HOUSTON, TA... | 04/12/00 | 00CVM05650 | AHO, JEAN, CLAUDE V. ROBINSON, L... | 04/14 |
| 00CVM05941 | WHITE, ROBERT, P V. JIMISON, BEN | 04/14/00 | 00CVM10071 | MATOS, NANCY, L V. BURRIS, JODY... | 04/14 |
| 00CVM10185 | RENT-A-CENTER V. MCNEIL, SHATACH | 04/14/00 | 00CVM10186 | COTTER, BRENDA, C V. SAMI, SALMO... | 04/14 |
| 00CVM10277 | CHIMNEYS APTS THE V. MILLER, TINA | 04/14/00 | 00CVM10278 | CHIMNEYS APTS THE V. BENNETT,... | 04/14 |
| 00CVM10279 | CHIMNEYS APTS THE V. RANDOLF,... | 04/14/00 | 00CVM10281 | CHIMNEYS APTS THE V. GILES, RE... | 04/14 |
| 00CVM10282 | CHIMNEYS APTS THE V. HILL, ANN... | 04/14/00 | 00CVM10283 | CHIMNEYS APTS THE V. ARJIRU, L... | 04/14 |
| 00CVM10284 | CHIMNEYS APTS THE V. BERGER, V... | 04/14/00 | 00CVM10285 | SONOMA BUILDERS INC V. PLAYER... | 04/14 |
| 00CVM10364 | GLEN HOLLOW V. MILLER, DEBORAH | 04/15/00 | 00CVM10446 | SHAMROCK GARDEN APTS V. MILES... | 04/18 |
| 00CVM10470 | BANK OF AMERICA NA V. NATL CC... | 04/17/00 | 00CVM10527 | ALLIANCE RESIDENTIAL MGT LLC... | 04/18 |
| 00CVM10728 | DOUBLE OAKS APTS V. SPELL, TIM... | 04/18/00 | 00CVM10855 | BRAXTON, CHARLES, P V. EMPLOYEE... | 04/24 |
| 00CVM11574 | CHARLOTTE RENTAL & SALES CO V... | 04/24/00 | 00CVM11004 | ROBIN INC V. BECKER, MICHOLAS... | 05/03 |
| 00CVM12198 | BROOKHILL VILLAGE INC V. FUL... | 05/02/00 | 00CVM12153 | ELING IRRIGATION INC V. STRNA... | 05/03 |
| 00CVM12204 | SWEAT, ZACHARY, J V. SPEIGHT, SC... | 05/__/00 | 00CVM13200 | DURSO OIL CO V. SELLERS, STEVE... | 05/03 |
| 00CVM12075 | SUMMERS, WILLIAM V. SWIFT, GERALD | 05/05/00 | 00CVM13055 | WEBB, DEBORAH, SPEAR V. CREAM, I... | 05/05 |
| 00CVM13515 | LAKELAND MANOR V. WELDON, KEISHA | 05/05/00 | 00CVM16473 | MARION CO OF CHARLOTTE LLC TH... | 05/05 |
| 00CVM12565 | TR LAKING REALTY INC V. HILL... | 05/16/00 | 00CVM13075 | POLICY RESIDENTIAL PROPERTIES... | 05/05 |
| 00CVM12550 | REYES, ERNESTO V. DUNN, SCHMIDN | 05/19/00 | 00CVM13460 | LUCAS, PAUL V. BOYD, URSULA | 05/19 |

File No. **OO CVM 1470**

## LEAD DOCUMENT FOR MICROFILMING

### MICROFILM AUDIT TRAIL

| Date Filmed | Description | Film No. |
|---|---|---|
| 4/3/03 | 2003-101-95 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

AOC-G-113, Rev. 7/99
© 1999 Administrative Office of the Courts

PC - 004392

# STATE OF NORTH CAROLINA

_Mecklenburg_ County

MECKLENBURG COUNTY
FILED #7

MAR 31 2003

AT _____ O'CLOCK _____
BY _____
CLERK OF SUPERIOR COURT

File No. `00 cvm 1470`

Film No.

In The General Court Of Justice

Name Of Plaintiff/Petitioner

Goode Dev
Castlewood Apts

**VERSUS**

Name Of Defendant/Respondent

Shonda Nero

**ORDER**

---

☐ **DISMISSAL**    ☐ With Prejudice    ☐ Without Prejudice

This action is dismissed for the following reason:

☐ The plaintiff elected not to prosecute this action and has moved for dismissal.

☐ Neither the plaintiff, nor the defendant appeared on the scheduled trial date.

☐ The plaintiff failed to appear on the scheduled trial date; the defendant did appear on that date and has moved to dismiss this action.

☒ Other:    DISCONTINUED BECAUSE CASE INACTIVE FOR MORE THAN ONE YEAR

---

☐ **DISCONTINUANCE [G.S. 1A-1, Rule 4(e)]**

The defendant has never been served in this action, and more than ninety (90) days have elapsed since the last summons was issued.

---

☐ **CONTINUANCE**

The trial of this action is continued to the following date and time on motion of the

☐ Plaintiff

☐ Defendant

☐ Judge or Magistrate

☐ Other: (specify)

---

| Date Of New Trial | Time Of New Trial | Date |
|---|---|---|
|  | ☐ AM  ☐ PM | 3-31-03 |
| Location Of New Trial |  | Signature _Lindsay Wisten_ |
|  |  | ☐ Judge  ☒ Magistrate |
|  |  | ☐ Assistant CSC  ☐ Clerk Of Superior Court |

PC - 004393

| CASE NUMBER | CAPTION | FILED | CASE NUMBER | CAPTION | FILED |
|---|---|---|---|---|---|
| 98CVM06632 | MARTIN,DAMAREO,R V. SECURITY ... | 03/12/98 | 98CVM022296 | HARRIS TEETER V. DAY,EULUS | 08/28/98 |
| 99CVM018886 | SIGN UP CO V. TYPER CREEK PUB CO | 07/27/99 | 99CVM022116 | MCCORMICK,GREGG,J MR V. HANSO... | 08/25/99 |
| 99CVM022333 | THOMPSON,LYNDELL,D V. WILLIAM... | 09/07/99 | 99CVM023285 | HABERSHAM POINTE V. TRAMUEL,W... | 09/15/99 |
| 00CVM01100 | LEARY,EDDY V. WALLACE,IRELENE | 01/14/00 | 00CVM001470 | CASTLEWOOD APTS V. NERO,SHONDA | 01/14/00 |
| 00CVM001472 | GREENBRIAR HOUSE V. HILL,ANGELIA | 01/14/00 | 00CVM002818 | WARD,DANIEL,B V. CALIFORNIA S... | 01/26/00 |
| 00CVM002954 | STONEY POINTE APTS V. MORRISO... | 01/26/00 | 00CVM003511 | ASSOC FINANCIAL V. NEGRON,DORIS | 02/02/00 |
| 00CVM005299 | SEVERS,CHARLES,F V. EDDY,JIM | 02/21/00 | 00CVM006322 | ASSOC FINANCIAL V. FERGUSON,V... | 03/03/00 |
| 00CVM006365 | STARK,DOUGLAS,A V. FULL CIRCL... | 03/06/00 | 00CVM006379 | MCCULLOUGH,WENDY MS V. EDDY,J... | 03/06/00 |
| 00CVM006573 | BLAZER FINANCE V. ADKINS,MICHAEL | 03/09/00 | 00CVM007435 | NORWEST FINANCIAL V. THOMPSON... | 03/17/00 |
| 00CVM008229 | CAMPS,TIGA V. PAYLOR,MARIA | 03/22/00 | 00CVM008360 | TR LAWING REALTY INC V. REEVE... | 03/24/00 |
| 00CVM008524 | HERNANDEZ,PETER,ROB V. LOTUTA... | 03/24/00 | 00CVM008684 | ALLEN,PHILIP,THOMAS V. WASHIN... | 03/27/00 |
| 00CVM009153 | MAXWELL,BARBARA V. UNITED PAR... | 04/05/00 | 00CVM009231 | CHARLOTTE-MECKLENBURG HOSPITA... | 04/06/00 |
| 00CVM009259 | HANEY,PATRICK,D V. ENGLISH HI... | 04/07/00 | 00CVM009302 | MCCLURE LUMBER CO V. ANTOINE,... | 04/07/00 |
| 00CVM009358 | BENTON,PAMELA V. AUTO STYLE | 04/12/00 | 00CVM009436 | CHARLOTTE-MECKLENBURG HOSPITA... | 04/11/00 |
| 00CVM009499 | PAVLIN,ANDREW,RICHARD V. JIFF... | 04/12/00 | 00CVM009690 | AHO,JEAN,CLAUDE V. ROBINSON,D... | 04/12/00 |
| 00CVM009941 | WHITE,ROBERT,R V. JIMISON,BEN | 04/14/00 | 00CVM010185 | RENT-A-CENTER V. MCNEIL,SHATACH | 04/14/00 |
| 00CVM010186 | COTTER,BRENDA,S V. SAMI,SALMO... | 04/14/00 | 00CVM010277 | CHIMNEYS APTS THE V. MILLER,TINA | 04/14/00 |
| 00CVM010278 | CHIMNEYS APTS THE V. BENNETT,... | 04/14/00 | 00CVM010279 | CHIMNEYS APTS THE V. PANCQUE,... | 04/14/00 |
| 00CVM010281 | CHIMNEYS APTS THE V. GILES,BE... | 04/14/00 | 00CVM010282 | CHIMNEYS APTS THE V. HILL,ANN... | 04/14/00 |
| 00CVM010283 | CHIMNEYS APTS THE V. NDJIBU,L... | 04/14/00 | 00CVM010284 | CHIMNEYS APTS THE V. BERGER,V... | 04/14/00 |
| 00CVM010360 | SONOMA BUILDERS INC V. PLAYER... | 04/14/00 | 00CVM010478 | BANK OF AMERICA NA V. NATL CO... | 04/17/00 |
| 00CVM010899 | BRAXTON,CHARLES,R V. EMPLOYEE... | 04/24/00 | 00CVM012004 | KOBIN INC V. BECKER,NICHOLAS,... | 05/01/00 |
| 00CVM012153 | FLING IRRIGATION INC V. SEEMA... | 05/03/00 | 00CVM012275 | SUMMERS,WILLIAM V. SWETT,GERALD | 05/08/00 |
| 00CVM012282 | WEBB,DEBORAH,SPEAR V. CREAM,B... | 05/08/00 | 00CVM012471 | MARION CO OF CHARLOTTE LLC TH... | 05/10/00 |
| 00CVM012565 | TR LAWING REALTY INC V. HILL,... | 05/16/00 | 00CVM013258 | REYES,ERNESTO V. DUNN,SCHMOHN | 05/18/00 |
| 00CVM014077 | TAYLOR,JOSEPH,T V. JENNI,STAC... | 06/01/00 | 00CVM014297 | ACEUES,BERTHA V. CANELA,JULIA | 06/01/00 |
| 00CVM014298 | PENDER & PETTUS INSULATING IN... | 06/01/00 | 00CVM014610 | 3922 GREENSBORO STREET WAREHO... | 05/24/00 |
| 00CVM014759 | STONEY POINTE APTS V. PRICE,KIM | 05/24/00 | 00CVM015024 | MERCURY FINANCE CO V. HARRIS,... | 05/30/00 |
| 00CVM015182 | WALKER,CYNTHIA V. PARKS,MELVIN | 06/27/00 | 00CVM015293 | YORKSHIRE HOA V. BUSHMAN,GAIL | 06/02/00 |
| 00CVM015323 | AM-EIREAN GROUP INC V. CRONE,... | 06/02/00 | 00CVM015324 | AM-EIREAN GROUP INC V. CRONE,... | 06/02/00 |
| 00CVM015394 | HIGHWOODS REALTY LTD PTNSHP V... | 06/06/00 | 00CVM015396 | BEST BUY AUTO SALES V. GRANT,... | 06/06/00 |
| 00CVM015397 | BEST BUY AUTO SALES V. REYNOL... | 06/06/00 | 00CVM015562 | SIZEMORE,LYNNE V. PETTUS,ELMORE | 06/07/00 |
| 00CVM016298 | SILVERIC,TERRI,L V. LITTLEJOH... | 06/14/00 | 00CVM016616 | STATE EMPLOYEES' CEDIT UNION ... | 06/15/00 |
| 00CVM016739 | PINEVILLE TIRE & SERVICE CENT... | 06/16/00 | 00CVM018227 | RADBOURNE HOA V. BUTTS,MARCUS,D | 06/27/00 |
| 00CVM021891 | ABBEY ROSE FLORIST V. ROSE,NANCY | 08/01/00 | 00CVM021922 | MARKETING ASSOC INC V. WESTMO... | 07/31/00 |
| 00CVM022069 | BIRCHCROFT APTS V. EMORY,GARY | 08/03/00 | 00CVM022315 | CITIFINANCIAL V. GOE,REED | 08/08/00 |
| 00CVM022332 | BVD PROPERTIES INC V. KAKAVIT... | 08/08/00 | 00CVM022505 | WINDGATE PLACE APTS V. JAMES,... | 08/11/00 |
| 00CVM022506 | WINDGATE PLACE APTS V. SMITH,... | 08/11/00 | 00CVM022507 | WINDGATE PLACE APTS V. ARCHUL... | 08/11/00 |
| 00CVM022508 | WINDGATE PLACE APTS V. WOODAR... | 08/11/00 | 00CVM022510 | WINDGATE PLACE APTS V. PATTER... | 08/11/00 |
| 00CVM022511 | WINDGATE PLACE APTS V. KACYAN... | 08/11/00 | 00CVM022670 | BYRD,MARY,E V. LITZ,DEBRA,S | 08/11/00 |
| 00CVM023448 | CARDINAL,MICHAEL V. SETZER,JA... | 08/16/00 | 00CVM024573 | PRESBYTERIAN HOSPITAL THE V. ... | 08/22/00 |

# STATE OF NORTH CAROLINA

Mecklenburg_____ County

File No.
00 CVM 12067
3000-183-49

In the General Court of Justice
[x] Small Claims  ☐ District  ☐ Superior Court Division

**Plaintiff**

Goode Development
Castlewood Apartments

**VERSUS**

**Defendant(s)**

Shonda Nero

# NOTICE OF
# VOLUNTARY DISMISSAL

GS 1A-1, Rule 41

[x] The plaintiff gives notice of voluntary dismissal in this case as to all of the defendants.

☐ The plaintiff gives notice of voluntary dismissal in this case only as to the defendants named below:

This case remains open as to defendants not listed above.

| Date | |
|---|---|
| May 25,2000 | |

**Plaintiff or Attorney**

*Jeanne Harris*

FILED #76
MECKLENBURG COUNTY
MAY 25 2000
O'CLOCK
CLERK OF SUPERIOR COURT

AOC-CV-405
Rev 2/82   Eviction Manager - Tsoft Software, Inc.   Original File  Copy - Each Def.  Copy - Atty/Plf

PC - 004395

File No. 12667

# COMPLAINT
# IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232, Ch 42, Art 3 an

## STATE OF NORTH CAROLINA

Mecklenburg County

In The General Court Of Justice
District Court Division-Small Claims

**Name And Address of Plaintiff**

Goode Development
Castlewood Apartments
6417-1 Monroe Road
Charlotte, NC  28212

**Social Security No./Taxpayer ID No**

ID# 56-1769609

| County | Telephone No. |
|---|---|
| Mecklenburg | 7045371958 |

**VERSUS**

**Name And Address of First Defendant**

Shonda Nero
6425-02  Monroe Road
Charlotte, NC  28212

| County | Telephone No. |
|---|---|
| Mecklenburg | |

**Name And Address of Second Defendant**

| County | Telephone No |
|---|---|
| | |

**Name And Address Of Plaintiff's Attorney Or Agent**

Castlewood Apartments
6417-01 Monroe Road
Charlotte, NC 28212

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

**Description of Premises (Include Location)**
Apartment 6425-02, 6425-02 Monroe Road, Charlotte, NC  28212

[x] Conventional
[ ] Public Housing
[ ] Section 8

| Rate of Rent | | Date Rent Due | Date Lease Ended | Type of Lease |
|---|---|---|---|---|
| $  675.00 per [x] Month [ ] Week | 1st of Month | | | [ ] Oral [x] Written |

3. [ ] The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing complaint

[ ] The lease period ended on the above date and the defendant is holding over after the end of the lease period

[x] The defendant breached the condition of the lease described below for which re-entry is specified

[ ] Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below

**Description of Breach/Criminal Activity (give names, dates, places and illegal activity)**
failure to pay monthly rent

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession

5. The defendant owes the plaintiff for the following:

**Description of Any Property Damage**
Late Fee: $ 33.75

| Amount Of Damage | Amount Of Rent Past Due | Total Amount |
|---|---|---|
| $  33.75 | $  675.00 | $  708.75 |

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgement plus interest and reimbursement for court costs

| Date | Signature Of Plaintiff/Attorney/Agent |
|---|---|
| May 10 2000 | |

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint

| Date | Signature |
|---|---|
| May 10 2000 | |

AOC-CVM-201
Rev. 10/95          Eviction Manager - Tsoft Software, Inc.          (Over)

PC - 004396

# STATE OF NORTH CAROLINA

Mecklenburg       County

File No

*Ao Cvm*

In The General Court Of Justice
District Court Division-Small Claims

| Plaintiff | |
|---|---|
| Goode Development Castlewood Apartments | |

## **VERSUS**

Defendant(s)

Shonda Nero

## **MAGISTRATE SUMMONS**

☐ **Alias and Pluries Summons.** The Summons originally issued against you was returned not served. (Disregard this section unless the block is checked.)

G.S. 7A-217,232, 1A-1, **Rule 4**

Date Last Summons Issued

---

**TO:**

Name And Address Of First Defendant

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

**TO:**

Name And Address Of Second Defendant

---

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

---

| Location Of Court 700 E. Trade St Room 101 | Date Of Trial 5-25-00 | Time Of Trial 9:00 ☑ AM ☐ PM |
|---|---|---|
| Name And Address Of Plaintiff Or Plaintiff's Attorney | Date Issued 5-11-00 | |
| Castlewood Apartments 6417-01 Monroe Road Charlotte, NC 28212 | Signature | |
| | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

AIA

PC - 004397

AOC-CVM-100
Rev. 6/87     Eviction Manager - Tsoft Software, Inc.     (Over)

# STATE OF NORTH CAROLINA

Mecklenburg        County

File No _____ 00 cvm 6266r

In The General Court Of Justice
District Court Division-Small Claims

| Plaintiff | |
|---|---|
| Goode Development<br>Castlewood Apartments | **MAGISTRATE SUMMONS** |

### VERSUS

☐ **Alias and Pluries Summons.** The Summons originally issued against you was returned not served (Disregard this section unless the block is checked.)

Defendant(s)

Shonda Nero

G.S. 7A-217, 232, 1A-1, Rule 4

Date Last Summons Issued

---

**TO:**                        **TO:**

Name And Address Of First Defendant        Name And Address Of Second Defendant

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court | Date Of Trial | Time Of Trial |
|---|---|---|
| 700 E. Trade St Room 101 | 5-25-00 | 9:00 ☐ AM ☐ PM |
| Name And Address Of Plaintiff Or Plaintiff's Attorney | Date Issued | |
| Castlewood Apartments<br>6417-01 Monroe Road<br>Charlotte, NC 28212 | 5-11-00 | |
| | Signature | |
| | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

MECKLENBURG COUNTY
SHERIFF'S OFFICE

AOC-CVM-100
Rev. 6/87     Eviction Manager - Tsoft Software, Inc.     (Over)

PC - 004398

| RETURN OF SERVICE | | |
|---|---|---|

I certify that this Summons and a copy of the complaint were received and served as follows:

**DEFENDANT 1**

| Date Served | Name of Defendant |
|---|---|
| | Shonda Nero |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And address Of Person With Whom Copies Left (If corporation, give title of person copies left with)

☐ Other manner of service (specify)

☒ Defendant WAS NOT served for the following reason:

**DEFENDANT 2**

| Date Served | Name of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And address Of Person With Whom Copies Left (If corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason

| FOR USE IN SUMMARY EJECTION CASES ONLY | |
|---|---|

☒ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| 5/16/w @1648 | SHONDA NERO |

Address Of Premises Where Posted
6425 MONROE Rd. 02

| Service Fee Paid | Date Received | Name of Sheriff |
|---|---|---|
| $ | 5/12/w | JIM PENDERGRAPH |
| By | Date of Return | County |
| | 5/22/w | Meck. |

| | Deputy Sheriff Making Return |
|---|---|
| AOC-CVM-100 Side Two Rev. 6/87  Eviction Manager - Tsoft Software, Inc | A. GILE #815 |

PC - 004399

Case 3:12-cv-00327-MOC   Document 78-2   Filed 12/22/14   Page 100 of 100

Bates No. 14647