# STATE OF NORTH CAROLINA

Mecklenburg _____ County

File No.
DOCUMEN[...]
3000-183-49

In the General Court of Justice
[x] Small Claims  [ ] District  [ ] Superior Court Division

**Plaintiff**

Goode Development
Castlewood Apartments

**VERSUS**

**Defendant(s)**

Shonda Nero

## NOTICE OF VOLUNTARY DISMISSAL

GS 1A-1, Rule 41

[x] The plaintiff gives notice of voluntary dismissal in this case as to all of the defendants.

[ ] The plaintiff gives notice of voluntary dismissal in this case only as to the defendants named below:

This case remains open as to defendants not listed above.

**Date**
May 25,2000

**Plaintiff or Attorney**
_Jeanne Harris_

FILED #76
MECKLENBURG COUNTY
MAY 25 2000
O'CLOCK
CLERK OF SUPERIOR COURT

AOC-CV-405
Rev 2/82  Eviction Manager - Tsoft Software, Inc.     Original File  Copy - Each Def.  Copy - Atty/Plf

PC - 004395

| File No | |
|---|---|
| | 12667 |

## COMPLAINT
## IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232, Ch 42, Art 3 an

**STATE OF NORTH CAROLINA**

Mecklenburg _____ County

In The General Court Of Justice
District Court Division-Small Claims

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

**Name And Address of Plaintiff**

Goode Development
Castlewood Apartments
6417-1 Monroe Road
Charlotte, NC 28212

| Description of Premises (Include Location) | | | [x] Conventional |
|---|---|---|---|
| Apartment 6425-02, 6425-02 Monroe Road, Charlotte, NC 28212 | | | [ ] Public Housing |
| | | | [ ] Section 8 |

| Rate of Rent | [x] Month | Date Rent Due | Date Lease Ended | Type of Lease |
|---|---|---|---|---|
| $ 675.00 per [ ] Week | | 1st of Month | | [ ] Oral [x] Written |

**Social Security No./Taxpayer ID No**

ID# 56-1769609

| County | Telephone No. |
|---|---|
| Mecklenburg | 7045371958 |

**VERSUS**

3. [ ] The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing complaint

[ ] The lease period ended on the above date and the defendant is holding over after the end of the lease period

[x] The defendant breached the condition of the lease described below for which re-entry is specified

[ ] Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below

**Name And Address of First Defendant**

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

| County | Telephone No. |
|---|---|
| Mecklenburg | |

Description of Breach/Criminal Activity (give names, dates, places and illegal activity)
failure to pay monthly rent

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession

5. The defendant owes the plaintiff for the following:

**Name And Address of Second Defendant**

Description of Any Property Damage
Late Fee: $ 33.75

| Amount Of Damage | Amount Of Rent Past Due | Total Amount |
|---|---|---|
| $ 33.75 | $ 675.00 | $ 708.75 |

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgement plus interest and reimbursement for court costs

| County | Telephone No |
|---|---|
| | |

| Date | Signature Of Plaintiff/Attorney/Agent |
|---|---|
| May 10, 2000 | |

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

**Name And Address Of Plaintiff's Attorney Or Agent**

Castlewood Apartments
6417-01 Monroe Road
Charlotte, NC 28212

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint

| Date | Signature |
|---|---|
| May 10, 2000 | |

AOC-CVM-201
Rev. 10/95     Eviction Manager - Tsoft Software, Inc.     (Over)

PC - 004396

Bates No. 14549

# STATE OF NORTH CAROLINA

Mecklenburg                County

File No
*to cvm*
In The General Court Of Justice
District Court Division-Small Claims

| | |
|---|---|
| Plaintiff<br><br>Goode Development<br>Castlewood Apartments | ## MAGISTRATE SUMMONS |
| **VERSUS** | ☐ **Alias and Pluries Summons.** The Summons originally issued against you was returned not served. (Disregard this section unless the block is checked.) |
| Defendant(s)<br><br>Shonda Nero | G.S. 7A-217,232, 1A-1, **Rule 4**<br>*Date Last Summons Issued* |

**TO:**

*Name And Address Of First Defendant*

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

**TO:**

*Name And Address Of Second Defendant*

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court<br>700 E. Trade St Room 101 | Date Of Trial<br>5-25-00 | Time Of Trial<br>9:00 x ☑ AM ☐ PM |
|---|---|---|
| Name And Address Of Plaintiff Or Plaintiff's Attorney<br><br>Castlewood Apartments<br>6417-01 Monroe Road<br>Charlotte, NC 28212 | Date Issued<br>5-11-00<br><br>Signature<br>*[signature]*<br>☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

AIA

PC - 004397

AOC-CVM-100
Rev. 6/87          Eviction Manager - Tsoft Software, Inc.          (Over)

# STATE OF NORTH CAROLINA

Mecklenburg County

File No

In The General Court Of Justice
District Court Division-Small Claims

| Plaintiff | |
| --- | --- |
| Goode Development | |
| Castlewood Apartments | |

## **VERSUS**

Defendant(s)

Shonda Nero

## **MAGISTRATE SUMMONS**

☐ **Alias and Pluries Summons.** The Summons originally issued against you was returned not served (Disregard this section unless the block is checked.)

G.S. 7A-217 232, 1A-1, Rule 4

Date Last Summons Issued

## TO:

Name And Address Of First Defendant

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

## TO:

Name And Address Of Second Defendant

### A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court | Date Of Trial | Time Of Trial |
| --- | --- | --- |
| 700 E. Trade St Room 101 | 5-25-00 | 9:00 x ☐ AM ☐ PM |
| Name And Address Of Plaintiff Or Plaintiff's Attorney | Date Issued | |
| Castlewood Apartments | 5-11-00 | |
| 6417-01 Monroe Road | Signature | |
| Charlotte, NC 28212 | x ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

MECKLENBURG COUNTY
SHERIFF'S OFFICE

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name of Defendant |
|---|---|
| | Shonda Nero |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And address Of Person With Whom Copies Left (If corporation, give title of person copies left with)

☐ Other manner of service (specify)

☑ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Name of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And address Of Person With Whom Copies Left (If corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason

### FOR USE IN SUMMARY EJECTION CASES ONLY

☑ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| 5/16/w @1648 | SHONDA NERO |

Address Of Premises Where Posted
6425 MONROE RD. 02

| Service Fee Paid | Date Received | Name of Sheriff |
|---|---|---|
| $ | 5/12/w | JIM PENDERGRAPH |
| By | Date of Return | County |
| | 5/22/w | MECK. |

Deputy Sheriff Making Return
A. GILE #815

AOC-CVM-100 Side Two
Rev. 6/87     Eviction Manager - Tsoft Software, Inc

PC - 004399

Case 3:12-cv-00327-MOC    Document 78-3    Filed 12/22/14    Page 5 of 100
Bates No. 134552

# STATE OF NORTH CAROLINA

File No. OCCVM22843
3000-250-69

Mecklenburg _____ County

In the General Court of Justice
[x] Small Claims  [ ] District  [ ] Superior Court Division

Plaintiff

Goode Development
Castlewood Apartments

**VERSUS**

Defendant(s)

Shonda Nero

## NOTICE OF
## VOLUNTARY DISMISSAL

GS 1A-1, Rule 41

[X] The plaintiff gives notice of voluntary dismissal in this case as to all of the defendants.

[ ] The plaintiff gives notice of voluntary dismissal in this case only as to the defendants named below:

This case remains open as to defendants not listed above.

Date

August 21, 2000

Plaintiff/or Attorney  _Bill Peace_

FILED #76
MECKLENBURG COUNTY
AUG 21 2000
O'CLOCK
CLERK OF SUPERIOR COURT

AOC-CV-405
Rev. 2/82  Eviction Manager - Tsoft Software, Inc.    Original File  Copy - Each Def.  Copy - Atty/Pif

PC - 004400

# COMPLAINT
## IN SUMMARY EJECTMENT

G.S. 7A-218, 7A-232, Ch.42, Art.3 an

**Name And Address of Plaintiff**

Goode Development
Castlewood Apartments
6417-1 Monroe Road
Charlotte, NC 28212

**Social Security No./Taxpayer ID No.**

ID# 56-1769609

| County | Telephone No. |
|---|---|
| Mecklenburg | 7045371958 |

### VERSUS

**Name And Address of First Defendant**

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

| County | Telephone No. |
|---|---|
| Mecklenburg | |

**Name And Address of Second Defendant**

| County | Telephone No. |
|---|---|
| | |

**Name And Address Of Plaintiff's Attorney Or Agent**

Castlewood Apartments
6417-01 Monroe Road
Charlotte, NC 28212

AOC-CVM-201
Rev. 10/95          Eviction Manager - Tsoft Software, Inc.

---

## STATE OF NORTH CAROLINA

Mecklenburg            County

In The General Court Of Justice
District Court Division-Small Claims

FILED #42

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff

**Description of Premises (Include Location)**
Apartment 6425-02, 6425-02 Monroe Road, Charlotte, NC 28212

[x] Conventional
[ ] Public Housing

| Rate of Rent | | Date Rent Due | Date Lease Ended | Type |
|---|---|---|---|---|
| $ 675.00 | [x] Month [ ] Week per | | | [ ] Oral [x] Written |

3. [ ] The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing complaint.

[ ] The lease period ended on the above date and the defendant is holding over after the end of the lease period

[x] The defendant breached the condition of the lease described below for which re-entry is specified.

[ ] Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below

**Description of Breach/Criminal Activity (give names, dates, places and illegal activity)**
Failure to pay rent

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

5. The defendant owes the plaintiff for the following:

**Description of Any Property Damage**
Late Fee $33.75

| Amount Of Damage | Amount Of Rent Past Due | Total Amount |
|---|---|---|
| $ 33.75 | $ 675.00 | $ 708.75 |

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgement plus interest and reimbursement for court costs.

| Date | Signature Of Plaintiff/Attorney/Agent |
|---|---|
| August 11,2000 | |

### CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint

| Date | Signature |
|---|---|
| August 11,2000 | |

(Over)

PC - 004401

Bates No. 14554

# STATE OF NORTH CAROLINA

Mecklenburg _____ County

In The General Court Of Justice
District Court Division-Small Claims

File No.

| Plaintiff | |
|---|---|
| Goode Development<br>Castlewood Apartments | **MAGISTRATE SUMMONS** |

## VERSUS

☐ **Alias and Pluries Summons.** The Summons originally issued against you was returned not served.
*(Disregard this section unless the block is checked.)*

| Defendant(s) | |
|---|---|
| Shonda Nero | G.S. 7A-217,232; 1A-1, Rule 4 |

Date Last Summons Issued

**TO:**

Name And Address Of First Defendant

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

**TO:**

Name And Address Of Second Defendant

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

**COPY MAILED**

Location Of Court
100 E. Trade St. Room 101

Name And Address Of Plaintiff Or Plaintiff's Attorney

Castlewood Apartments
6417-01 Monroe Road
Charlotte, NC 28212

Date Of Trial    8-21-00    Time Of Trial    9:30    ☑ AM    ☐ PM

Date Issued    8-11-00

Signature MECKLENBURG COUNTY

☐ Deputy CSC   ☑ Assistant CSC   ☐ Clerk Of Superior Court

AOC-CVM-100
Rev. 6/87    Eviction Manager - Tsoft Software, Inc.    (Over)    PC - 004402

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

☑ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| 8/17/~ @ 1845 | SHONDA NERO |

Address Of Premises Where Posted

6425 MONROE RD 13

| Service Fee Paid | Date Received | Name Of Sheriff |
|---|---|---|
| $ | 8/16/~ | JIM PENDERGRAPH |
| By | Date Of Return 8/17/~ | County MECKLENBURG |

AOC-CVM-100, Side Two
Rev. 6/87

Deputy Sheriff Making Return

© 1997 Administrative Office of the Court.

Bates No. 784556

## STATE OF NORTH CAROLINA

Mecklenburg _____ County

File No.
OCCVM22843
3000-250-69

In the General Court of Justice
[x] Small Claims ☐ District ☐ Superior Court Division

Plaintiff

Goode Development
Castlewood Apartments

**VERSUS**

Defendant(s)

Shonda Nero

# NOTICE OF
# VOLUNTARY DISMISSAL

GS 1A-1, Rule 41

[X] The plaintiff gives notice of voluntary dismissal in this case as to all of the defendants.

☐ The plaintiff gives notice of voluntary dismissal in this case only as to the defendants named below:

This case remains open as to defendants not listed above.

Date
August 21, 2000

Plaintiff/Attorney
_Bill Peace_

MECKLENBURG COUNTY
FILED #76
AUG 21 2000
AT _____ O'CLOCK ___ M
CLERK OF SUPERIOR COURT

AOC-CV-405
Rev. 2/82  Eviction Manager - Tsoft Software, Inc.    Original File  Copy - Each Def.   Copy - Atty/Pif

PC - 004400

Bates No. 14657

PC - 004401

# COMPLAINT
# IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232, Ch.42, Art.3 an

**STATE OF NORTH CAROLINA**

Mecklenburg _____ County

In The General Court Of Justice
District Court Division-Small Claims

FILED #42

**Name And Address of Plaintiff**

Goode Development
Castlewood Apartments
6417-1 Monroe Road
Charlotte, NC 28212

**Social Security No./Taxpayer ID No.**
ID# 56-1769609

| County | Telephone No. |
|---|---|
| Mecklenburg | 7045371958 |

**VERSUS**

**Name And Address of First Defendant**

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

| County | Telephone No. |
|---|---|
| Mecklenburg | |

**Name And Address of Second Defendant**

| County | Telephone No. |
|---|---|
| | |

**Name And Address Of Plaintiff's Attorney Or Agent**

Castlewood Apartments
6417-01 Monroe Road
Charlotte, NC 28212

AOC-CVM-201
Rev. 10/95        Eviction Manager - Tsoft Software, Inc.

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

**Description of Premises (Include Location)**
Apartment 6425-02, 6425-02 Monroe Road, Charlotte, NC 28212

[x] Conventional
[ ] Public Housing

| Rate of Rent | | Date Rent Due | Date Lease Ended | |
|---|---|---|---|---|
| $ 675.00 | [x] Month per [ ] Week | | | [ ] Oral [x] Written |

3. [ ] The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing complaint.

[ ] The lease period ended on the above date and the defendant is holding over after the end of the lease period

[x] The defendant breached the condition of the lease described below for which re-entry is specified.

[ ] Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below

**Description of Breach/Criminal Activity (give names, dates, places and illegal activity)**
Failure to pay rent

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.
5. The defendant owes the plaintiff for the following:

**Description of Any Property Damage**
Late Fee $33.75

| Amount Of Damage | Amount Of Rent Past Due | Total Amount |
|---|---|---|
| $ 33.75 | $ 675.00 | $ 708.75 |

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgement plus interest and reimbursement for court costs.

| Date | Signature Of Plaintiff/Attorney/Agent |
|---|---|
| August 11, 2000 | |

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint

| Date | Signature |
|---|---|
| August 11, 2000 | |

(Over)

# STATE OF NORTH CAROLINA

Mecklenburg _____ County

File No.

In The General Court Of Justice
District Court Division-Small Claims

**Plaintiff**

Goode Development
Castlewood Apartments

**VERSUS**

**Defendant(s)**

Shonda Nero

## MAGISTRATE SUMMONS

☐ Alias and Pluries Summons. The Summons originally issued against you was returned not served.
*(Disregard this section unless the block is checked.)*

G.S. 7A-217,232; 1A-1, Rule 4

Date Last Summons Issued

**TO:**

Name And Address Of First Defendant

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

**TO:**

Name And Address Of Second Defendant

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

COPY MAILED

Location Of Court

100 E. Trade St Room 101

Name And Address Of Plaintiff Or Plaintiff's Attorney

Castlewood Apartments
6417-01 Monroe Road
Charlotte, NC 28212

Date Of Trial

8-21 2000

Date Issued

8-11-00

Signature MECKLENBURG COUNTY

Time Of Trial

9:30   ☐ AM  ☐ PM

☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court

AOC-CVM-100
Rev. 6/87    Eviction Manager - Tsoft Software, Inc.    (Over)    PC - 004402

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

☑ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| 8/17/~ @ 1845 | SHONDA NERO |

Address Of Premises Where Posted
6425 MONROE RD 13

| Service Fee Paid | Date Received | Name Of Sheriff |
|---|---|---|
| $ | 8/16/~ | JIM PENDERGRAPH |
| By | Date Of Return 8/17/~ | County MECKLENBURG |
| AOC-CVM-100, Side Two Rev. 6/87 | | Deputy Sheriff Making Return A-|

© 1997 Administrative Office of the Court.

# STATE OF NORTH CAROLINA

**Mecklenburg** _____ County

File No.
**00CVM 29732**

Film No.

In the General Court of Justice
[x] Small Claims [ ] District [ ] Superior Court Division

Plaintiff

Goode Development
Castlewood Apartments

**VERSUS**

Defendant(s)

Shonda Nero

# NOTICE OF
# VOLUNTARY DISMISSAL

GS 1A-1, Rule 41

[x] The plaintiff gives notice of voluntary dismissal in this case as to all of the defendants.

[ ] The plaintiff gives notice of voluntary dismissal in this case only as to the defendants named below:

This case remains open as to defendants not listed above.

| Date |
|---|
| October 24, 2000 |

Plaintiff or Attorney _Beth Thompson - Peace_

AOC-CV-405
Rev. 2/82   Eviction Manager - Tsoft Software, Inc.   Original File  Copy - Each Def.  Copy - Atty/Pif

Case 3:12-cv-00327-MOC    Document 78-3661 Filed 12/22/14    Page 14 of 100

Bates No. 14661

29732

## COMPLAINT
## IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232, Ch.42, Art.3 an

**STATE OF NORTH CAROLINA**

Mecklenburg County

In The General Court Of Justice
District Court Division-Small Claims

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

| Name And Address of Plaintiff | Description of Premises (Include Location) | | |
|---|---|---|---|
| Goode Development<br>Castlewood Apartments<br>6417-1 Monroe Road<br>Charlotte, NC 28212 | Apartment 6425-02, 6425-02 Monroe Road, Charlotte, NC 28212 | | [x] Conventional<br>[ ] Public Housing<br>[ ] Section 8 |

| Rate of Rent | | Date Rent Due | Date Lease Ended | Type of Lease |
|---|---|---|---|---|
| $ 675.00 | [x] Month per [ ] Week | | | [ ] Oral [x] Written |

**Social Security No./Taxpayer ID No.**
ID# 56-1769609

| County | Telephone No. |
|---|---|
| Mecklenburg | 7045371958 |

**VERSUS**

**Name And Address of First Defendant**

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

| County | Telephone No. |
|---|---|
| Mecklenburg | |

**Name And Address of Second Defendant**

| County | Telephone No. |
|---|---|
| | |

**Name And Address Of Plaintiff's Attorney Or Agent**

Castlewood Apartments
6417-01 Monroe Road
Charlotte, NC 28212

3. [ ] The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing complaint.

[ ] The lease period ended on the above date and the defendant is holding over after the end of the lease period

[x] The defendant breached the condition of the lease described below for which re-entry is specified.

[ ] Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below

Description of Breach/Criminal Activity (give names, dates, places and illegal activity)
Failure to pay rent

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.
5. The defendant owes the plaintiff for the following:

Description of Any Property Damage
Late Fee $31.00

| Amount Of Damage | Amount Of Rent Past Due | Total Amount |
|---|---|---|
| $ 31.00 | $ 675.25 | $ 706.25 |

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgement plus interest and reimbursement for court costs.

| Date | Signature Of Plaintiff/Attorney/Agent |
|---|---|
| October 11, 2000 | |

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint

| Date | Signature |
|---|---|
| October 11, 2000 | |

AOC-CVM-201
Rev. 10/95          Eviction Manager - Tsoft Software, Inc.          (Over)          PC - 004405

# STATE OF NORTH CAROLINA

File No. *29732*

Mecklenburg _____ County

In The General Court Of Justice
District Court Division-Small Claims

*Plaintiff*

Goode Development
Castlewood Apartments

**V E R S U S**

*Defendant(s)*

Shonda Nero

## MAGISTRATE SUMMONS

☐ **Alias and Pluries Summons. The Summons** originally issued against you was returned not served.
*(Disregard this section unless the block is checked.)*

G.S. 7A-217,232; 1A-1, Rule 4

*Date Last Summons Issued*

**TO:**

*Name And Address Of First Defendant*

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

**TO:**

*Name And Address Of Second Defendant*

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

700 E. TRADE St Room 104

*Location Of Court*

10-24-00

*Date Of Trial*

9:00 X

*Time Of Trial*

☐ AM   ☐ PM

*Name And Address Of Plaintiff Or Plaintiff's Attorney*

**Castlewood Apartments**
6417-01 Monroe Road
Charlotte, NC 28212

10-11-00
*Date Issued*

*Signature*  J. Brown

☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court

COPY MAILED

OCT 6 1 100

MECKLENBURG COUNTY
SHERIFF'S OFFICE

PC - 004406

**AOC-CVM-100**
**Rev. 6/37**   Eviction Manager - Tsoft Software, Inc.    (Over)

| RETURN OF SERVICE |
|---|

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

## DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

| FOR USE IN SUMMARY EJECTMENT CASES ONLY |
|---|

☑ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| 10/23/00 @ 1630 | Cementine Hills |

Address Of Premises Where Posted
8433 Providence Rd. 13

| Service Fee Paid | Date Received | Name Of Sheriff |
|---|---|---|
| $ | 10/20/00 | |
| By | Date Of Return | Cou. ; |
| | 10/23/00 | |

JIM PENDERGRAPH
MECKLE

Deputy Sheriff Making Return
A. GORE

AOC-CVM-100, Side Two
Rev. 6/87

PC - 004407

2000-307-104

# STATE OF NORTH CAROLINA

File No. __00CVM 29732__

Film No.

__Mecklenburg_____ County

In the General Court of Justice
[x] Small Claims [ ] District [ ] Superior Court Division

Plaintiff

**Goode Development**
**Castlewood Apartments**

**VERSUS**

Defendant(s)

**Shonda Nero**

# NOTICE OF
# VOLUNTARY DISMISSAL

GS 1A-1, Rule 41

[x] The plaintiff gives notice of voluntary dismissal in this case as to all of the defendants.

[ ] The plaintiff gives notice of voluntary dismissal in this case only as to the defendants named below:

This case remains open as to defendants not listed above.

Date
October 24,2000

Plaintiff or Attorney _Beth Thompson - Peace_

AOC-CV-405
Rev. 2/82  Eviction Manager - Tsoft Software, Inc.    Original File  Copy - Each Def.  Copy - Atty/Pif

PC - 004404

| COMPLAINT IN SUMMARY EJECTMENT | STATE OF NORTH CAROLINA |
|---|---|

**STATE OF NORTH CAROLINA**

Mecklenburg County

In The General Court Of Justice
District Court Division-Small Claims

## COMPLAINT

## IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232, Ch.42, Art.3 an

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

*Name And Address of Plaintiff*

Goode Development
Castlewood Apartments
6417-1 Monroe Road
Charlotte, NC 28212

*Description of Premises (Include Location)*
Apartment 6425-02, 6425-02 Monroe Road, Charlotte, NC 28212

[x] Conventional
[ ] Public Housing
[ ] Section 8

| Rate of Rent | [x] Month [ ] Week | Date Rent Due | Date Lease Ended | Type of Lease |
|---|---|---|---|---|
| $ 675.00 per | | | | [ ] Oral [x] Written |

*Social Security No./Taxpayer ID No.*

ID# 56-1769609

| County | Telephone No. |
|---|---|
| Mecklenburg | 7045371958 |

**VERSUS**

*Name And Address of First Defendant*

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

| County | Telephone No. |
|---|---|
| Mecklenburg | |

*Name And Address of Second Defendant*

3. [ ] The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing complaint.

[ ] The lease period ended on the above date and the defendant is holding over after the end of the lease period

[x] The defendant breached the condition of the lease described below for which re-entry is specified.

[ ] Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below

*Description of Breach/Criminal Activity (give names, dates, places and illegal activity)*
Failure to pay rent

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.
5. The defendant owes the plaintiff for the following:

*Description of Any Property Damage*
Late Fee $31.00

| Amount Of Damage | Amount Of Rent Past Due | Total Amount |
|---|---|---|
| $ 31.00 | $ 675.25 | $ 706.25 |

| County | Telephone No. |
|---|---|
| | |

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgement plus interest and reimbursement for court costs.

*Name And Address Of Plaintiff's Attorney Or Agent*

Castlewood Apartments
6417-01 Monroe Road
Charlotte, NC 28212

| Date | Signature Of Plaintiff/Attorney/Agent |
|---|---|
| October 11,2000 | |

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint

| Date | Signature |
|---|---|
| October 11,2000 | |

AOC-CVM-201
Rev. 10/95      Eviction Manager - Tsoft Software, Inc.          (Over)

PC - 004405

*OO CVM*

# STATE OF NORTH CAROLINA

Mecklenburg _____ County

File No.
*29732*

In The General Court Of Justice
District Court Division-Small Claims

**Plaintiff**

Goode Development
Castlewood Apartments

**VERSUS**

**Defendant(s)**

Shonda Nero

## MAGISTRATE SUMMONS

☐ **Alias and Pluries Summons. The Summons originally** issued against you was returned not served.
*(Disregard this section unless the block is checked.)*

G.S. 7A-217,232; 1A-1, Rule 4

*Date Last Summons Issued*

---

**TO:**

*Name And Address Of First Defendant*

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

**TO:**

*Name And Address Of Second Defendant*

---

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

700 E. TRADE St Room 104

*Location Of Court*

10-24-00

*Date Of Trial*

9:00 X

*Time Of Trial*

10-11-00

☐ AM ☐ PM

*Name And Address Of Plaintiff Or Plaintiff's Attorney*

**Castlewood Apartments**
6417-01 Monroe Road
Charlotte, NC 28212

*Date Issued*

*Signature*

☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

COPY MAILED

OCT 6 1 100

MECKLENBURG COUNTY
SHERIFF'S OFFICE

PC - 004406

**AOC-CVM-100**
**Rev. 6/97**    Eviction Manager - Tsoft Software, Inc.    (Over)

Bates No. 14667

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

☑ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| 10/23/00 @ 1630 | Cementine Hills |

Address Of Premises Where Posted

8433 Providence Rd. 13

| Service Fee Paid | Date Received | Name Of Sheriff |
|---|---|---|
| $ | 10/20/00 | JIM PENDERGRAPH |
| By | Date Of Return | Cou. , MECKLE |
| | 10/23/00 | Deputy Sheriff Making Return  A. GORE |

AOC-CVM-100, Side Two
Rev. 6/87

PC - 004407

Case 3:12-cv-00327-MOC    Document 78-3    Filed 12/22/14    Page 21 of 100

Bates No. 14668

File No. 00CVM 33073

Film No. 2000-332-233

Judgment Docket Book And Page No

## JUDGMENT
## IN ACTION FOR
## SUMMARY EJECTMENT

G.S. 7A-210(2), 7A-224; 42-30

Name And Address Of Plaintiff

Goode Development
Castlewood Apartments
6417-1 Monroe Road
Charlotte, NC 28212

Social Security No./Taxpayer ID No.

56-1769609

| County | Telephone No. |
|---|---|
| Mecklenburg | 7045371958 |

### VERSUS

Name And Address Of Defendant 1

Shonda Nero
6425-02 Monroe Rd.
Charlotte. NC 28212

County
Mecklenburg

Name And Address Of Defendant 2

| County | Telephone No. |
|---|---|

Name And Address Of Plaintiff's Attorney

AOC-CVM-401, Rev. 10/98
©1998 Administrative Office of the Courts

## STATE OF NORTH CAROLINA

Mecklenburg _____ County

In The General Court Of Justice
District Court Division-Small Claims

This action was tried before the undersigned on the cause stated in the complaint. The record shows that the defendant was given proper notice of the nature of the action and the date, time and location of trial.

### FINDINGS

The Court finds that:

1. ☐ a. the plaintiff has proved the case by the greater weight of the evidence.
   ☐ b. the plaintiff has failed to prove the case by the greater weight of the evidence.
2. the defendant(s) ☐ was ☑ was not present at trial.
3. ☑ a. there is no dispute as to the amount of rent in arrears, and the amount is $ 607.50
   ☐ b. there is an actual dispute as to the amount of rent in arrears. The defendant(s) claims the amount of rent in arrears is $ _____, and this amount is the undisputed amount of rent in arrears.
4. Other:

### ORDER

It is ORDERED that:

☑ 1. the defendant(s) be removed from and the plaintiff be put in possession of the premises described in the complaint.
☐ 2. this action be dismissed with prejudice.
☐ 3. this action be dismissed with prejudice because the defendant tendered the rent due and the court costs of this action.
☐ 4. the plaintiff recover rent of the defendant(s) at the rate listed below, plus damages in the amount indicated. The plaintiff is also entitled to interest on the total principal sum from this date until the judgment is paid.
☐ 5. Other: (specify)

☐ 6. Costs of this action are taxed to the ☐ plaintiff. ☑ defendant.

| Rate Of Rent $ 675.00 per ☑ Mo. ☐ Wk. | Amt. Of Rent In Arrears (Owed To Date) $ |
|---|---|

☐ Judgment Announced And Signed In Open Court

| Amount Of Other Damages $ | Date 11-27 00 | Signature Of Magistrate |
|---|---|---|

| TOTAL AMOUNT ▶ $ | Name Of Party Announcing Appeal In Open Court |
|---|---|

### CERTIFICATION

(NOTE: To be used when magistrate does not announce and sign this Judgment in open court at the conclusion of the trial.)
I certify that this Judgment has been served on each party named by depositing a copy in a post-paid properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal Service.

| Date | Signature Of Magistrate |
|---|---|

PC - 004408

<table>
<tr><td colspan="2">

*File No*

**00 CVM 330 75**

## COMPLAINT
## IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232; Ch 42, Art.3 an

</td><td colspan="2">

### STATE OF NORTH CAROLINA

Meckienburg      County

In The General Court Of Justice<br>District Court Division-Small Claims

</td></tr>
</table>

| | |
|---|---|
| *Name And Address of Plaintiff*<br><br>Goode Development<br>Castlewood Apartments<br>6417-1 Monroe Road<br>Charlotte, NC 28212 | 1. The defendant is a resident of the county named above. |

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

| *Description of Premises (Include Location)*<br>Apartment 6425-02, 6425-02 Monroe Road, Charlotte, NC 28212 | [x] Conventional<br>[ ] Public Housing<br>[ ] Section 8 |
|---|---|

| *Rate of Rent* [x] Month [ ] Week<br>$ 675.00 per | *Date Rent Due* | *Date Lease Ended* | *Type of Lease*<br>[ ] Oral [x] Written |
|---|---|---|---|

| | |
|---|---|
| *Social Security No./Taxpayer ID No.*<br>ID# 56-1769609 | |

| *County*<br>Mecklenburg | *Telephone No.*<br>7045371958 |
|---|---|

VERSUS

| |
|---|
| *Name And Address of First Defendant*<br><br>Shonda Nero<br>6425-02 Monroe Road<br>Charlotte, NC 28212 |

| *County*<br>Mecklenburg | *Telephone No.* |
|---|---|

| |
|---|
| *Name And Address of Second Defendant* |

3. [ ] The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing complaint.

[ ] The lease period ended on the above date and the defendant is holding over after the end of the lease period

[x] The defendant breached the condition of the lease described below for which re-entry is specified.

[ ] Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below

MECKLENBURG COUNTY
**FILED # 69**
NOV 13 2000
O'CLOCK M.
BY
CLERK OF SUPERIOR COURT

| *Description of Breach/Criminal Activity (give names, dates, places and illegal activity)*<br>Failure to pay rent |
|---|

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.
5. The defendant owes the plaintiff for the following:

| *Description of Any Property Damage*<br>Late fee $33.75 |
|---|

| *Amount Of Damage*<br>$ 33.75 | *Amount Of Rent Past Due*<br>$ 675.00 | ▶ *Total Amount*<br>$ 708.75 |
|---|---|---|

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgement plus interest and reimbursement for court costs.

| *Date*<br>November 13, 2000 | *Signature Of Plaintiff/Attorney/Agent* |
|---|---|

| *County* | *Telephone No.* |
|---|---|

| |
|---|
| *Name And Address Of Plaintiff's Attorney Or Agent*<br><br>Castlewood Apartments<br>6417-01 Monroe Road<br>Charlotte, NC 28212 |

### CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint

| *Date*<br>November 13, 2000 | *Signature* |
|---|---|

AOC-CVM-201
Rev. 10/95     Eviction Manager - Tsoft Software, Inc.     (Over)     PC - 004409

# STATE OF NORTH CAROLINA

Mecklenburg       County

File No.
00-CVM-33023

In The General Court Of Justice
District Court Division-Small Claims

| | |
|---|---|
| Plaintiff<br>Goode Development<br>Castlewood Apartments | **MAGISTRATE SUMMONS** |
| **VERSUS** | ☐ **Alias and Pluries Summons.** The Summons originally issued against you was returned not served.<br>*(Disregard this section unless the block is checked.)* |
| Defendant(s)<br>Shonda Nero | G.S. 7A-217,232; 1A-1, Rule 4 |
| | Date Last Summons Issued |

| **TO:** | **TO:** |
|---|---|
| Name And Address Of First Defendant<br><br>Shonda Nero<br>6425-02 Monroe Road<br>Charlotte, NC 28212 | Name And Address Of Second Defendant |

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court<br>100 E. Trade St Room 104 | Date Of Trial<br>11-27-00 | Time Of Trial<br>10:00 ☒ AM ☐ PM |
|---|---|---|
| Name And Address Of Plaintiff Or Plaintiff's Attorney<br><br>Castlewood Apartments<br>6417-01 Monroe Road<br>Charlotte, NC 28212 | Date Issued<br>11-13-00 | |
| | Signature<br>Jeanne J. Brown<br>☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

A4A
5

692000    000269

COPY MAILED

MECKLENBURG COUNTY
SHERIFF'S OFFICE

FILED #776
NOV 20 2000
PC-004410

AOC-CVM-100
Rev. 6/87    Eviction Manager - Tsoft Software, Inc.       (Over)

| RETURN OF SERVICE |

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|
|  |  |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|
|  |  |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### FOR USE I. SUMMARY EJECTMENT CASES ONLY

☑ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| 11/17/~ @1940 | SHONDA NERD |

Address Of Premises Where Posted

6425 MONROE RD 02

| Service Fee Paid $ | Date Received 11/15/~ | Name Of Sheriff | **JIM PENDERGRAPH** **MECKLENBURG** A. Gené #315 |
|---|---|---|---|
| By | Date Of Return 11/17/~ | Cou. ; |  |
| AOC-CVM-100, Side Two Rev. 6/87 |  | Deputy Sheriff Making Return | PC - 004411 |

1997 Administrative Office of the Court



File No. OO CVM 33073

# LEAD DOCUMENT FOR
# MICROFILMING

### MICROFILM AUDIT TRAIL

| Date Filmed | Description | Film No. |
|---|---|---|
| 4/15/03 | 2603- | 112-204 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

AOC-G-113, Rev. 7/99
© 1999 Administrative Office of the Courts

PC - 004412

# STATE OF NORTH CAROLINA

_Mecklenburg_ County

MECKLENBURG COUNTY
FILED #7

MAR 81 2003

AT _____ O'CLOCK _____
BY _____
CLERK OF SUPERIOR COURT

File No. _____
_00 CVM 3307__

Film No. _____

In The General Court Of Justice

Name Of Plaintiff/Petitioner

_Goode Development_

VERSUS

Name Of Defendant/Respondent

_Shonda Nero_

**ORDER**

☐ **DISMISSAL**

☐ With Prejudice                    ☐ Without Prejudice

This action is dismissed for the following reason:

☐ The plaintiff elected not to prosecute this action and has moved for dismissal.

☐ Neither the plaintiff, nor the defendant appeared on the scheduled trial date.

☐ The plaintiff failed to appear on the scheduled trial date; the defendant did appear on that date and has moved to dismiss this action.

☒ Other:    DISCONTINUED BECAUSE CASE INACTIVE FOR MORE THAN ONE YEAR

☐ **DISCONTINUANCE [G.S. 1A-1, Rule 4(e)]**

The defendant has never been served in this action, and more than ninety (90) days have elapsed since the last summons was issued.

☐ **CONTINUANCE**

The trial of this action is continued to the following date and time on motion of the

☐ Plaintiff

☐ Defendant

☐ Judge or Magistrate

☐ Other: (specify)

| Date Of New Trial | Time Of New Trial | | |
|---|---|---|---|
| | | ☐ AM  ☐ PM | Date  3-31-03 |
| Location Of New Trial | | | Signature _Lindsay Worden_ |
| | | | ☐ Judge   ☒ Magistrate |
| | | | ☐ Assistant CSC   ☐ Clerk Of Superior Court |

PC - 004413

| CASE NUMBER | CAPTION | FILED | CASE NUMBER | CAPTION | FILED |
|---|---|---|---|---|---|
| 00CVM024575 | PRESBYTERIAN HOSPITAL THE V. ... | 08/22/00 | 00CVM024920 | CALVIN'S CARPET SERVICE V. KI... | 08/23/00 |
| 00CVM024990 | MCSWAIN,IRIS,S TRUS V. SIMPSO... | 08/24/00 | 00CVM025044 | COTTON SECURITY SYSTEMS INC V... | 08/28/00 |
| 00CVM025079 | WASHINGTON MUTUAL FINANCE INC... | 08/28/00 | 00CVM025084 | WASHINGTON MUTUAL FINANCE INC... | 08/28/00 |
| 00CVM025246 | PINNERO,EMILY,R V. DUFFIELD,H... | 08/28/00 | 00CVM025565 | LAWARY,MARVIN,E V. JEFF LOTFI... | 08/24/00 |
| 00CVM025618 | HATLEY,SUSAN,T V. MAACO AUTO ... | 09/06/00 | 00CVM026095 | METROINA CREDIT CO OF CHARLOT... | 09/12/00 |
| 00CVM026654 | WHITE,SHIRLEY,A V. GEICO INS CO | 09/13/00 | 00CVM026713 | PRESBYTERIAN MEDICAL CARECORP... | 09/13/00 |
| 00CVM026753 | RENTWAY INC V. FISHER,DOROTHY | 09/14/00 | 00CVM027139 | MERRILL,TAMERA V. BALDWIN,DON... | 09/18/00 |
| 00CVM027209 | HOMES & LAND OF METRO CHARLOT... | 09/18/00 | 00CVM027677 | AMERICAN GENERAL FINANCE V. H... | 09/19/00 |
| 00CVM027812 | GREAT ATLANTIC PROPERTIES V. ... | 09/21/00 | 00CVM027898 | AUSEON,COLLETHA,L V. REED,VAL... | 09/21/00 |
| 00CVM028601 | HORNE ELECTRIC CO INC V. MONT... | 09/27/00 | 00CVM028902 | HANOVER LANDING APTS V. CADWA... | 10/03/00 |
| 00CVM029383 | FERGUSON,CHARLES,E V. ROBINSO... | 10/10/00 | 00CVM029784 | MARK III REALTY INC V. BENTON... | 10/11/00 |
| 00CVM029809 | TICO CREDIT CO V. BURDEN,LUCAS | 10/12/00 | 00CVM029950 | CHELSEA REALTY V. THOMAS,NAOMI | 10/12/00 |
| 00CVM029986 | CREEKSIDE APTS V. SUMROW,APRIL | 10/12/00 | 00CVM030631 | BESTWAY RENTALS INC V. SANDER... | 10/17/00 |
| 00CVM030879 | BROWN & GLENN REALTY V. FLORE... | 10/17/00 | 00CVM031246 | FOUR SEASONS PROPERTIES MGT I... | 10/19/00 |
| 00CVM031689 | KEITH,LINDSAY,D V. PHARR,SYLVIA | 10/24/00 | 00CVM031697 | FAULK,GREGORY,S V. LETS GO RACIN | 10/24/00 |
| 00CVM031817 | DOUBLE OAKS APTS V. CUTHBERTS... | 10/24/00 | 00CVM031832 | DOUBLE OAKS APTS V. BROWN,JESSE | 10/24/00 |
| 00CVM032069 | CHAR-MECK HOSPITAL AUTHORITY ... | 10/26/00 | 00CVM032482 | LAKESHORE MARKET PLACE V. SEI... | 11/03/00 |
| 00CVM032538 | PRESBYTERIAN HOSPITAL THE V. ... | 11/06/00 | 00CVM032548 | PRESBYTERIAN HOSPITAL THE V. ... | 11/06/00 |
| 00CVM032591 | TRYON REALTY CORP V. DE BERNA... | 11/06/00 | 00CVM032619 | BELTON,RHONDA,F V. AJ AUTO IM... | 11/07/00 |
| 00CVM032657 | CITIFINANCIAL V. MCNEELY,SANDRA | 11/08/00 | 00CVM032667 | BESTWAY RENT TO OWN V. DAVIS,LEE | 11/08/00 |
| 00CVM032838 | PROFESSIONAL BUSINESS SYSTEMS... | 11/09/00 | 00CVM032843 | PRIMARY RESOURCES INC V. BAIL... | 11/09/00 |
| 00CVM032988 | RENT-A-CENTER V. GALLMAN,CHAR... | 11/13/00 | 00CVM033073 | CASTLEWOOD APTS V. NERO,SHONDA | 11/13/00 |
| 00CVM033168 | AUSTIN CREEK APTS V. PUGH,CAS... | 11/13/00 | 00CVM033189 | BOZYK,FRANCES,M V. CHAMPION W... | 11/13/00 |
| 00CVM033331 | ROBINSON REALTY INC V. MCCONN... | 11/13/00 | 00CVM033407 | ECKMAN,SANDRA,LEE V. GARRETT,... | 11/14/00 |
| 00CVM033630 | CHAR-MECK HOSPITAL AUTHORITY ... | 11/14/00 | 00CVM033857 | PRESBYTERIAN HOSPITAL THE V. ... | 11/14/00 |
| 00CVM034740 | KENDALL,MARY,B REV V. HAUSSMA... | 11/20/00 | 00CVM035464 | WASHINGTON MUTUAL FINANCE V. ... | 11/28/00 |
| 00CVM035513 | STURDIVANT,IVAN,RAY V. LAYTON... | 11/28/00 | 00CVM035572 | DONALDSON,JOHN,E V. AAMCO TRA... | 11/29/00 |
| 00CVM035724 | ASSOC ONE V. BELL,EMERY | 12/04/00 | 00CVM035824 | WASHINGTON MUTUAL FINANCE V. ... | 12/05/00 |
| 00CVM035866 | PHILLIP E JANSEN PROPERTY INS... | 12/06/00 | 00CVM035910 | MARTIN,REGINALD V. BLASI MR | 12/07/00 |
| 00CVM035919 | NATL FINANCE CO INC V. MOORE,... | 12/07/00 | 00CVM035968 | PRESBYTERIAN HOSPITAL THE V. ... | 11/24/00 |
| 00CVM036571 | GEORGIA CARPET WHOLESALE INC ... | 12/27/00 | 00CVM037323 | MCLENDON,STEVE V. SCHRAM,DEBRA | 12/15/00 |
| 00CVM037363 | DAN KING PLUMBING V. NELSON,ROY | 12/18/00 | 00CVM037749 | BASKARON,IMIL V. CANAC CABINETS | 12/21/00 |
| 00CVM038205 | NEAL PROPERTIES V. HOLDEN,GLORIA | 12/22/00 | 00CVM038517 | BENNINGTON WOODS HOA V. POLK,... | 12/29/00 |
| 00CVM038587 | WEST,JEFFREY,F DR DSS PA V. H... | 12/29/00 | 00CVM038588 | WEST,JEFFREY,F DR DSS PA V. L... | 12/29/00 |
| 00CVM038613 | SINGLETON,BYRON V. STERLING,D... | 12/29/00 | 01CVM000141 | CHAR-MECK HOSPITAL AUTHORITY ... | 01/04/01 |
| 01CVM000177 | CHAPMAN,WILFRED,T V. NIVENS,A... | 01/04/01 | 01CVM000299 | LEWIS,MEREDITH,H V. BYRD,JERRY | 01/05/01 |
| 01CVM001812 | CHARLOTTE RENTAL & SALES CO V... | 01/16/01 | 01CVM001885 | FIRST UNITED REALTY & MGT V. ... | 01/17/01 |
| 01CVM002144 | WILLIAMSBURG TOWNHOMES V. GIB... | 01/17/01 | 01CVM002504 | SADEK,LENA,P V. HUNTER,WILLIA... | 01/19/01 |
| 01CVM003256 | CHAR-MECK HOSPITAL AUTHORITY ... | 01/24/01 | 01CVM003491 | CAMDEN-PINEHURST V. ANDERSON,... | 01/25/01 |
| 01CVM003612 | PRESBYTERIAN HOSPITAL THE V. ... | 01/26/01 | 01CVM003715 | SUMMIT RIDGE APTS V. GERMANY,... | 01/29/01 |
| 01CVM003745 | FINNICAN,GREG V. PAGE,DWAYNE | 01/30/01 | 01CVM003750 | E-Z LIVING MOBILE HOME PARK V... | 01/30/01 |

File No. 00CVM 33073

Film No. 2000-332-233

Judgment Docket Book And Page No

## JUDGMENT
## IN ACTION FOR
## SUMMARY EJECTMENT

G.S. 7A-210(2), 7A-224; 42-30

Name And Address Of Plaintiff

Goode Development
Castlewood Apartments
6417-1 Monroe Road
Charlotte, NC 28212

Social Security No./Taxpayer ID No.

56-1769609

| County | Telephone No. |
|---|---|
| Mecklenburg | 7045371958 |

### VERSUS

Name And Address Of Defendant 1

Shonda Nero
6425-02 Monroe Rd.
Charlotte, NC 28212

| County | Telephone No. |
|---|---|
| Mecklenburg | |

Name And Address Of Defendant 2

| County | Telephone No. |
|---|---|
| | |

Name And Address Of Plaintiff's Attorney

---

# STATE OF NORTH CAROLINA

__Mecklenburg__ County

In The General Court Of Justice
District Court Division-Small Claims

This action was tried before the undersigned on the cause stated in the complaint. The record shows that the defendant was given proper notice of the nature of the action and the date, time and location of trial.

## FINDINGS

The Court finds that:

1. ☑ a. the plaintiff has proved the case by the greater weight of the evidence.
   ☐ b. the plaintiff has failed to prove the case by the greater weight of the evidence.
2. the defendant(s) ☐ was ☑ was not present at trial.
3. ☑ a. there is no dispute as to the amount of rent in arrears, and the amount is $ 607.50
   ☐ b. there is an actual dispute as to the amount of rent in arrears. The defendant(s) claims the amount of rent in arrears is $ _____ , and this amount is the undisputed amount of rent in arrears.
4. Other:

## ORDER

It is ORDERED that:

☑ 1. the defendant(s) be removed from and the plaintiff be put in possession of the premises described in the complaint.
☐ 2. this action be dismissed with prejudice.
☐ 3. this action be dismissed with prejudice because the defendant tendered the rent due and the court costs of this action.
☐ 4. the plaintiff recover rent of the defendant(s) at the rate listed below, plus damages in the amount indicated. The plaintiff is also entitled to interest on the total principal sum from this date until the judgment is paid.
☐ 5. Other: (specify)

☐ 6. Costs of this action are taxed to the ☐ plaintiff. ☑ defendant.

| Rate Of Rent | Amt. Of Rent In Arrears (Owed To Date) | |
|---|---|---|
| $ 675.00 per ☑ Mo. ☐ Wk. | $ | ☐ Judgment Announced And Signed In Open Court |
| Amount Of Other Damages $ | | Date 11-27 00   Signature Of Magistrate |
| TOTAL AMOUNT ▸ $ | | Name Of Party Announcing Appear In Open Court |

## CERTIFICATION

(NOTE: To be used when magistrate does not announce and sign this Judgment in open court at the conclusion of the trial.)
I certify that this Judgment has been served on each party named by depositing a copy in a post-paid properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal Service.

| Date | Signature Of Magistrate |
|---|---|
| | |

AOC-CVM-401, Rev. 10/98
©1998 Administrative Office of the Courts

PC - 004408

<table>
<tr><td colspan="2">File No.<br>OOCVM 33075</td><td colspan="2">STATE OF NORTH CAROLINA</td><td>In The General Court Of Justice</td></tr>
<tr><td colspan="2" rowspan="2">**COMPLAINT**<br>**IN SUMMARY EJECTMENT**</td><td colspan="2">Mecklenburg    County</td><td>District Court Division-Small Claims</td></tr>
</table>

| | | STATE OF NORTH CAROLINA |
|---|---|---|

**File No**
OOCVM 33075

**COMPLAINT**
**IN SUMMARY EJECTMENT**

G.S. 7A-216, 7A-232; Ch 42, Art.3 an

**STATE OF NORTH CAROLINA**

In The General Court Of Justice
District Court Division-Small Claims

Mecklenburg _____ County

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

*Name And Address of Plantiff*

Goode Development
Castlewood Apartments
6417-1 Monroe Road
Charlotte, NC 28212

*Description of Premises (Include Location)*
Apartment 6425-02, 6425-02 Monroe Road, Charlotte, NC 28212

[x] Conventional
[ ] Public Housing
[ ] Section 8

*Social Security No./Taxpayer ID No.*
ID# 56-1769609

| *Rate of Rent* | [x] Month | *Date Rent Due* | *Date Lease Ended* | *Type of Lease* |
|---|---|---|---|---|
| $ 675.00 per [ ] Week | | | | [ ] Oral [x] Written |

*County*
Mecklenburg

*Telephone No.*
7045371958

**VERSUS**

*Name And Address of First Defendant*

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

3. [ ] The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing complaint.

[ ] The lease period ended on the above date and the defendant is holding over after the end of the lease period

[x] The defendant breached the condition of the lease described below for which re-entry is specified.

[ ] Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below

MECKLENBURG COUNTY
FILED # 69
NOV 13
O'CLOCK M.
BY
CLERK OF SUPERIOR COURT

*Description of Breach/Criminal Activity (give names, dates, places and illegal activity)*
Failure to pay rent

*County*
Mecklenburg

*Telephone No.*

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

*Name And Address of Second Defendant*

5. The defendant owes the plaintiff for the following:

*Description of Any Property Damage*
Late fee $33.75

| *Amount Of Damage* | *Amount Of Rent Past Due* | *Total Amount* |
|---|---|---|
| $ 33.75 | $ 675.00 | $ 708.75 |

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgement plus interest and reimbursement for court costs.

*County*

*Telephone No.*

| *Date* November 13, 2000 | *Signature Of Plaintiff/Attorney/Agent* |
|---|---|

*Name And Address Of Plaintiff's Attorney Or Agent*

Castlewood Apartments
6417-01 Monroe Road
Charlotte, NC 28212

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint

| *Date* November 13, 2000 | *Signature* |
|---|---|

AOC-CVM-201
Rev. 10/95    Eviction Manager - Tsoft Software, Inc.    (Over)    PC - 004409

# STATE OF NORTH CAROLINA

Mecklenburg        County

File No.
00 CVM 33073

In The General Court Of Justice
District Court Division-Small Claims

| Plaintiff | |
|---|---|
| Goode Development<br>Castlewood Apartments | **MAGISTRATE SUMMONS** |

## VERSUS

☐ **Alias and Pluries Summons.** The Summons originally issued against you was returned not served.
*(Disregard this section unless the block is checked.)*

Defendant(s)

Shonda Nero

G.S. 7A-217,232; 1A-1, Rule 4

*Date Last Summons Issued*

**TO:**

*Name And Address Of First Defendant*

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

**TO:**

*Name And Address Of Second Defendant*

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

Location Of Court
100 E. Trade St Room 104

Name And Address Of Plaintiff Or Plaintiff's Attorney

Castlewood Apartments
6417-01 Monroe Road
Charlotte, NC 28212

Date Of Trial
11-27-00

Time Of Trial
10:00   X☐ AM   ☐ PM

Date Issued
11-13-00

Signature

☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

A4A
5

692000    0002569

COPY MAILED

MECKLENBURG COUNTY
SHERIFF'S OFFICE

FILED NO 476
MECKLENBURG COUNTY
NOV 20 2000
PC-004410

AOC-CVM-100
Rev. 6/87    Eviction Manager - Tsoft Software, Inc.    (Over)

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

## FOR USE IN SUMMARY EJECTMENT CASES ONLY

☑ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| 11/17/~ @1940 | SHONDA NERD |

Address Of Premises Where Posted

6475 MONROE RD 02

| Service Fee Paid | Date Received | Name Of Sheriff |
|---|---|---|
| $ | 11/15/~ | JIM PENDERGRAPH |
| By | Date Of Return 11/17/~ | County MECKLENBURG |
| | | Deputy Sheriff Making Return A. Gore #315 |

AOC-CVM-100, Side Two
Rev. 6/87

1997 Administrative Office of the Court

PC - 004411



File No. 00 CVM 33073

## LEAD DOCUMENT FOR
## MICROFILMING

### MICROFILM AUDIT TRAIL

| Date Filmed | Description | Film No. |
|---|---|---|
| 4/15/03 | 2603- | 112-204 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

AOC-G-113, Rev. 7/99
© 1999 Administrative Office of the Courts

PC - 004412

Bates No. 14680

# STATE OF NORTH CAROLINA

_Mecklenburg_ County

MECKLENBURG COUNTY
FILED #7

**MAR 81 2003**

AT _____ O'CLOCK _____
BY _____
CLERK OF SUPERIOR COURT

File No. _00 CVM 3307?_

Film No. _____

In The General Court Of Justice

Name Of Plaintiff/Petitioner

_Goode Development_

VERSUS

Name Of Defendant/Respondent

_Shanda Nero_

## ORDER

☐ **DISMISSAL**          ☐ With Prejudice          ☐ Without Prejudice

This action is dismissed for the following reason:

☐ The plaintiff elected not to prosecute this action and has moved for dismissal.

☐ Neither the plaintiff, nor the defendant appeared on the scheduled trial date.

☐ The plaintiff failed to appear on the scheduled trial date; the defendant did appear on that date and has moved to dismiss this action.

☒ Other: DISCONTINUED BECAUSE CASE INACTIVE FOR MORE THAN ONE YEAR

☐ **DISCONTINUANCE [G.S. 1A-1, Rule 4(e)]**

The defendant has never been served in this action, and more than ninety (90) days have elapsed since the last summons was issued.

☐ **CONTINUANCE**

The trial of this action is continued to the following date and time on motion of the

☐ Plaintiff

☐ Defendant

☐ Judge or Magistrate

☐ Other: (specify)

| Date Of New Trial | Time Of New Trial | | Date |
|---|---|---|---|
| | | ☐ AM ☐ PM | 3-31-03 |
| Duration Of New Trial | | | Signature _Lindsay Worden_ |
| | | | ☐ Judge ☒ Magistrate |
| | | | ☐ Assistant CSC ☐ Clerk Of Superior Court |

PC - 004413

| CASE NUMBER | CAPTION | FILED | CASE NUMBER | CAPTION | FILED |
|---|---|---|---|---|---|
| 00CVM024575 | PRESBYTERIAN HOSPITAL THE V. ... | 08/22/00 | 00CVM024920 | CALVIN'S CARPET SERVICE V. KI... | 08/23/00 |
| 00CVM024910 | MCSWAIN,IRIS,S TRUS V. SIMPSO... | 08/24/00 | 00CVM025044 | COTTON SECURITY SYSTEMS INC V... | 08/28/00 |
| 00CVM025079 | WASHINGTON MUTUAL FINANCE INC... | 08/28/00 | 00CVM025084 | WASHINGTON MUTUAL FINANCE INC... | 08/28/00 |
| 00CVM025246 | PINNERO,EMILY,R V. DUFFIELD,H... | 08/28/00 | 00CVM025565 | LAWARY,MARVIN,E V. JEFF LOTFI... | 08/24/00 |
| 00CVM025618 | HATLEY,SUSAH,T V. MAACO AUTO ... | 09/06/00 | 00CVM026095 | METROINA CREDIT CO OF CHARLOT... | 09/12/00 |
| 00CVM026654 | WHITE,SHIRLEY,A V. GEICO INS CO | 09/13/00 | 00CVM026713 | PRESBYTERIAN MEDICAL CARECORP... | 09/13/00 |
| 00CVM026753 | RENTWAY INC V. FISHER,DOROTHY | 09/14/00 | 00CVM027139 | MERRILL,TAMERA V. BALDWIN,DON... | 09/18/00 |
| 00CVM027209 | HOMES & LAND OF METRO CHARLOT... | 09/18/00 | 00CVM027677 | AMERICAN GENERAL FINANCE V. H... | 09/19/00 |
| 00CVM027812 | GREAT ATLANTIC PROPERTIES V. ... | 09/21/00 | 00CVM027898 | AUSEON,COLLETHA,L V. REED,VAL... | 09/21/00 |
| 00CVM028601 | HORNE ELECTRIC CO INC V. MONT... | 09/27/00 | 00CVM028902 | HANOVER LANDING APTS V. CADWA... | 10/03/00 |
| 00CVM029383 | FERGUSON,CHARLES,E V. ROBINSO... | 10/10/00 | 00CVM029784 | MARK III REALTY INC V. BENTON... | 10/11/00 |
| 00CVM029809 | TICO CREDIT CO V. BURDEN,LUCAS | 10/12/00 | 00CVM029950 | CHELSEA REALTY V. THOMAS,NAOMI | 10/12/00 |
| 00CVM029986 | CREEKSIDE APTS V. SUMROW,APRIL | 10/12/00 | 00CVM030631 | BESTWAY RENTALS INC V. SANDER... | 10/17/00 |
| 00CVM030879 | BROWN & GLENN REALTY V. FLORE... | 10/17/00 | 00CVM031246 | FOUR SEASONS PROPERTIES MGT I... | 10/19/00 |
| 00CVM031689 | KEITH,LINDSAY,D V. PHARR,SYLVIA | 10/24/00 | 00CVM031697 | FAULK,GREGORY,S V. LETS GO RACIN | 10/24/00 |
| 00CVM031817 | DOUBLE OAKS APTS V. CUTHBERTS... | 10/24/00 | 00CVM031832 | DOUBLE OAKS APTS V. BROWN,JESSE | 10/24/00 |
| 00CVM032069 | CHAR-MECK HOSPITAL AUTHORITY ... | 10/26/00 | 00CVM032482 | LAKESHORE MARKET PLACE V. SEI... | 11/03/00 |
| 00CVM032538 | PRESBYTERIAN HOSPITAL THE V. ... | 11/06/00 | 00CVM032548 | PRESBYTERIAN HOSPITAL THE V. ... | 11/06/00 |
| 00CVM032591 | TRYON REALTY CORP V. DE BERNA... | 11/06/00 | 00CVM032619 | BELTON,RHONDA,F V. AJ AUTO IM... | 11/07/00 |
| 00CVM032657 | CITIFINANCIAL V. MCNEELY,SANDRA | 11/08/00 | 00CVM032667 | BESTWAY RENT TO OWN V. DAVIS,LEE | 11/08/00 |
| 00CVM032838 | PROFESSIONAL BUSINESS SYSTEMS... | 11/09/00 | 00CVM032843 | PRIMARY RESOURCES INC V. BAIL... | 11/09/00 |
| 00CVM032988 | RENT-A-CENTER V. GALLMAN,CHAR... | 11/13/00 | 00CVM033073 | CASTLEWOOD APTS V. NERO,SHONDA | 11/13/00 |
| 00CVM033168 | AUSTIN CREEK APTS V. PUGH,CAS... | 11/13/00 | 00CVM033189 | BOZYK,FRANCES,M V. CHAMPION W... | 11/13/00 |
| 00CVM033331 | ROBINSON REALTY INC V. MCCONN... | 11/13/00 | 00CVM033407 | ECKMAN,SANDRA,LEE V. GARRETT,... | 11/14/00 |
| 00CVM033630 | CHAR-MECK HOSPITAL AUTHORITY ... | 11/14/00 | 00CVM033857 | PRESBYTERIAN HOSPITAL THE V. ... | 11/14/00 |
| 00CVM034740 | KENDALL,MARY,B REV V. HAUSSMA... | 11/20/00 | 00CVM035464 | WASHINGTON MUTUAL FINANCE V. ... | 11/28/00 |
| 00CVM035513 | STURDIVANT,IVAN,RAY V. LAYTON... | 11/28/00 | 00CVM035572 | DONALDSON,JOHN,E V. AAMCO TRA... | 11/29/00 |
| 00CVM035724 | ASSOC ONE V. BELL,EMERY | 12/04/00 | 00CVM035824 | WASHINGTON MUTUAL FINANCE V. ... | 12/05/00 |
| 00CVM035866 | PHILLIP E JANSEN PROPERTY INS... | 12/06/00 | 00CVM035910 | MARTIN,REGINALD V. BLASI MR | 12/07/00 |
| 00CVM035919 | NATL FINANCE CO INC V. MOORE,... | 12/07/00 | 00CVM035968 | PRESBYTERIAN HOSPITAL THE V. ... | 11/24/00 |
| 00CVM036571 | GEORGIA CARPET WHOLESALE INC ... | 12/27/00 | 00CVM037323 | MCLENDON,STEVE V. SCHRAM,DEBRA | 12/15/00 |
| 00CVM037363 | DAN KING PLUMBING V. NELSON,ROY | 12/18/00 | 00CVM037749 | BASKARON,IMIL V. CANAC CABINETS | 12/21/00 |
| 00CVM038205 | NEAL PROPERTIES V. HOLDEN,GLORIA | 12/22/00 | 00CVM038517 | BENNINGTON WOODS HOA V. POLK,... | 12/29/00 |
| 00CVM038587 | WEST,JEFFREY,F DR DSS PA V. H... | 12/29/00 | 00CVM038588 | WEST,JEFFREY,F DR DSS PA V. L... | 12/29/00 |
| 00CVM038613 | SINGLETON,BYRON V. STERLING,D... | 12/29/00 | 01CVM000141 | CHAR-MECK HOSPITAL AUTHORITY ... | 01/04/01 |
| 01CVM000177 | CHAPMAN,WILFRED,T V. NIVENS,A... | 01/04/01 | 01CVM000299 | LEWIS,MEREDITH,H V. BYRD,JERRY | 01/05/01 |
| 01CVM001812 | CHARLOTTE RENTAL & SALES CO V... | 01/16/01 | 01CVM001885 | FIRST UNITED REALTY & MGT V. ... | 01/17/01 |
| 01CVM002144 | WILLIAMSBURG TOWNHOMES V. GIB... | 01/17/01 | 01CVM002504 | SADEK,LENA,P V. HUNTER,WILLIA... | 01/19/01 |
| 01CVM003256 | CHAR-MECK HOSPITAL AUTHORITY ... | 01/24/01 | 01CVM003491 | CAMDEN-PINEHURST V. ANDERSON,... | 01/25/01 |
| 01CVM003612 | PRESBYTERIAN HOSPITAL THE V. ... | 01/26/01 | 01CVM003715 | SUMMIT RIDGE APTS V. GERMANY,... | 01/29/01 |
| 01CVM003745 | FINNICAN,GREG V. PAGE,DWAYNE | 01/30/01 | 01CVM003750 | E-Z LIVING MOBILE HOME PARK V... | 01/30/01 |

Case 3:12-cv-00327-MOC   Document 78-3682   Filed 12/22/14   Page 35 of 100

File No. 00CVM36152

2001-10-303

Judgment Docket Book And Page No.

**JUDGMENT
IN ACTION FOR
SUMMARY EJECTMENT**

G.S. 7A-210(2), 7A-224; 42-30

Name And Address Of Plaintiff

Goode Development
Castlewood Apartments
6417-1 Monroe Road
Charlotte, NC 28212

Social Security No./Taxpayer ID No.

56-1769609

| County | Telephone No. |
|---|---|
| Mecklenburg | |

**VERSUS**

Name And Address Of Defendant 1

Shonda Nero
6425-2 Monroe Rd.
Charlotte, NC 28212

| County | Telephone No. |
|---|---|
| Mecklenburg | |

Name And Address Of Defendant 2

| County | Telephone No. |
|---|---|
| Mecklenburg | |

Name And Address Of Plaintiff's Attorney

**STATE OF NORTH CAROLINA**

Mecklenburg _____ County

In The General Court Of Justice
District Court Division-Small Claims

This action was tried before the undersigned on the cause stated in the complaint. The record shows that the defendant was given proper notice of the nature of the action and the date, time and location of trial.

**FINDINGS**

The Court finds that:

1. ☑ a. the plaintiff has proved the case by the greater weight of the evidence.
   ☐ b. the plaintiff has failed to prove the case by the greater weight of the evidence.
2. the defendant(s) ☐ was ☑ was not present at trial.
3. ☑ a. there is no dispute as to the amount of rent in arrears, and the amount is $ 411.35
   ☐ b. there is an actual dispute as to the amount of rent in arrears. The defendant(s) claims the amount of rent in arrears is $ _____ , and this amount is the undisputed amount of rent in arrears.
4. Other:

**ORDER**

It is ORDERED that:

☑ 1. the defendant(s) be removed from and the plaintiff be put in possession of the premises described in the complaint.
☐ 2. this action be dismissed with prejudice.
☐ 3. this action be dismissed with prejudice because the defendant tendered the rent due and the court costs of this action.
☐ 4. the plaintiff recover rent of the defendant(s) at the rate listed below, plus damages in the amount indicated. The plaintiff is also entitled to interest on the total principal sum from this date until the judgment is paid.
☐ 5. Other: (specify)

☐ 6. Costs of this action are taxed to the ☑ plaintiff. ☐ defendant.

| Rate Of Rent $ 675.00 per ☑ Mo. ☐ Wk. | Amt. Of Rent In Arrears (Owed To Date) $ | ☑ Judgment Announced And Signed In Open Court |
|---|---|---|
| Amount Of Other Damages $ | | Date 12-19-00 | Signature Of Magistrate |
| **TOTAL AMOUNT** ▶ $ | | Name Of Party Announcing Appeal In Open Court |

**CERTIFICATION**

(NOTE: To be used when magistrate does not announce and sign this Judgment in open court at the conclusion of the trial.)
I certify that this Judgment has been served on each party named by depositing a copy in a post-paid properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal Service.

| Date | Signature Of Magistrate |
|---|---|

PC - 004415

AOC-CVM-401, Rev. 10/98
©1998 Administrative Office of the Courts

# COMPLAINT
# IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232; Ch.42, Art.3 an

**Name And Address of Plaintiff**

Goode Development
Castlewood Apartments
6417-1 Monroe Road
Charlotte, NC 28212

**Social Security No./Taxpayer ID No.**

ID# 56-1769609

| County | Telephone No. |
|---|---|
| Mecklenburg | 7045371958 |

### VERSUS

**Name And Address of First Defendant**

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

| County | Telephone No. |
|---|---|
| Mecklenburg | |

**Name And Address of Second Defendant**

| County | Telephone No. |
|---|---|
| | |

**Name And Address Of Plaintiff's Attorney Or Agent**

Castlewood Apartments
6417-01 Monroe Road
Charlotte, NC 28212

AOC-CVM-201
Rev. 10/95          Eviction Manager - Tsoft Software, Inc.

---

## STATE OF NORTH CAROLINA

Mecklenburg          County

In The General Court Of Justice
District Court Division-Small Claims

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

**Description of Premises (Include Location)**
Apartment 6425-02, 6425-02 Monroe Road, Charlotte, NC 28212

- [x] Conventional
- [ ] Public Housing
- [ ] Section 8

| Rate of Rent | | Month | Date Rent Due | Date Lease Ended | Type of Lease |
|---|---|---|---|---|---|
| $ 675.00 per | [x] | Week | 12-1-00 | | [ ] Oral [x] Written |

3. [ ] The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing complaint.

[ ] The lease period ended on the above date and the defendant is holding over after the end of the lease period

[x] The defendant breached the condition of the lease described below for which re-entry is specified.

[ ] Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below

**Description of Breach/Criminal Activity (give names, dates, places and illegal activity)**
Failure to pay rent

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.
5. The defendant owes the plaintiff for the following:

**Description of Any Property Damage**
Late Fee $33.75

| Amount Of Damage | Amount Of Rent Past Due | Total Amount |
|---|---|---|
| $ 33.75 | $ 671.25 | $ 705.00 |

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgement plus interest and reimbursement for court costs.

| Date | Signature Of Plaintiff/Attorney/Agent |
|---|---|
| December 11, 2000 | |

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint

| Date | Signature |
|---|---|
| December 11, 2000 | |

(Over)          PC - 004416

# STATE OF NORTH CAROLINA

Mecklenburg _____ County

File No. _00 CVM___

In The General Court Of Justice
District Court Division-Small Claims

**Plaintiff**

Goode Development
Castlewood Apartments

**VERSUS**

**Defendant(s)**

Shonda Nero

## MAGISTRATE SUMMONS

☐ Alias and Pluries Summons. The Summons originally
issued against you was returned not served.
(Disregard this section unless the block is checked.)

G.S. 7A-217,232; 1A-1, Rule 4

*Date Last Summons Issued*

**TO:**

*Name And Address Of First Defendant*

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

**TO:**

*Name And Address Of Second Defendant*

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial
listed below. You will have the opportunity at the trial to defend yourself against the claim stated
in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of
Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff
must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a
judgment against you.

| *Location Of Court* | *Date Of Trial* | *Time Of Trial* |
|---|---|---|
| 700 E. Trade St Room 101 | 12-19-00 | 9:00  ☐ AM  ☐ PM |

*Name And Address Of Plaintiff Or Plaintiff's Attorney*

Castlewood Apartments
6417-01 Monroe Road
Charlotte, NC 28212

*Date Issued*

12-11-00

*Signature*

X ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court

AOC-CVM-100
Rev. 6/87     Eviction Manager - Tsoft Software, Inc.          (Over)

PC - 004417

Case 3:12-cv-00327-MOC     Document 78-3     Filed 12/22/14     Page 38 of 100
Bates No. 14685

# STATE OF NORTH CAROLINA

File No. *00 CVM 36162*

Mecklenburg County

In The General Court Of Justice
District Court Division-Small Claims

| Plaintiff | |
|---|---|
| Goode Development Castlewood Apartments | **MAGISTRATE SUMMONS** |

**VERSUS**

☐ **Alias and Pluries Summons.** The Summons originally issued against you was returned not served. *(Disregard this section unless the block is checked.)*

| Defendant(s) | |
|---|---|
| Shonda Nero | G.S. 7A-217.232; 1A-1, Rule 4 |

Date Last Summons Issued

**TO:**

Name And Address Of First Defendant

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

**TO:**

Name And Address Of Second Defendant

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court 100 E. Trade St. Room 101 | Date Of Trial 12-19-00 | Time Of Trial 7:00 ☐ AM ☐ PM |
|---|---|---|
| Name And Address Of Plaintiff Or Plaintiff's Attorney Castlewood Apartments 6417-01 Monroe Road Charlotte, NC 28212 | Date Issued 12-11-00 | |
| | Signature | |
| | X ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

COPY MAILED

MECKLENBURG COUNTY
SHERIFF'S OFFICE

AOC-CVM-100
Rev. 6/87 Eviction Manager - Tsoft Software, Inc. (Over)

PC - 004418

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

☑ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| 12-15-09 @ 0930 | SHONDA NERI |

Address Of Premises Where Posted
6475 MONROE RD 2

| Service Fee Paid $ | Date Received 12-12-09 | Name Of Sheriff JIM PENDERGRAPH |
|---|---|---|
| By | Date Of Return 12-15-09 | Cou...y MECKLENBURG |

AOC-CVM-100, Side Two
Rev. 5/87

Deputy Sheriff Making Return
A. GORE   PC - 004419

© 1987 Administrative Office of the Court

Case 3:12-cv-00327-MOC   Document 78-3   Filed 12/22/14   Page 40 of 100
Bates No. 14687

2001-10-303

Judgment Docket Book And Page No.

**JUDGMENT
IN ACTION FOR
SUMMARY EJECTMENT**

G.S. 7A-210(2), 7A-224; 42-30

Name And Address Of Plaintiff

Goode Development
Castlewood Apartments
6417-1 Monroe Road
Charlotte, NC 28212

Social Security No./Taxpayer ID No.
56-1769609

| County | Telephone No. |
|---|---|
| Mecklenburg | |

**VERSUS**

Name And Address Of Defendant 1

Shonda Nero
6425-2 Monroe Rd.
Charlotte, NC 28212

| County | Telephone No. |
|---|---|
| Mecklenburg | |

Name And Address Of Defendant 2

| County | Telephone No. |
|---|---|
| Mecklenburg | |

Name And Address Of Plaintiff's Attorney

**STATE OF NORTH CAROLINA**

Mecklenburg _____ County

In The General Court Of Justice
District Court Division-Small Claims

This action was tried before the undersigned on the cause stated in the complaint. The record shows that the defendant was given proper notice of the nature of the action and the date, time and location of trial.

**FINDINGS**

The Court finds that:

1. ☑ a. the plaintiff has proved the case by the greater weight of the evidence.
   ☐ b. the plaintiff has failed to prove the case by the greater weight of the evidence.
2. the defendant(s) ☐ was ☑ was not present at trial.
3. ☑ a. there is no dispute as to the amount of rent in arrears, and the amount is $ 411.35
   ☐ b. there is an actual dispute as to the amount of rent in arrears. The defendant(s) claims the
       amount of rent in arrears is $ _____ , and this amount is the undisputed
       amount of rent in arrears.
4. Other:

**ORDER**

It is ORDERED that:

☑ 1. the defendant(s) be removed from and the plaintiff be put in possession of the premises described
     in the complaint.
☐ 2. this action be dismissed with prejudice.
☐ 3. this action be dismissed with prejudice because the defendant tendered the rent due and the court
     costs of this action.
☐ 4. the plaintiff recover rent of the defendant(s) at the rate listed below, plus damages in the amount
     indicated. The plaintiff is also entitled to interest on the total principal sum from this date until
     the judgment is paid.
☐ 5. Other: (specify)

☐ 6. Costs of this action are taxed to the ☑ plaintiff. ☐ defendant.

| Rate Of Rent $ 675.00 per ☑ Mo. ☐ Wk. | Amt. Of Rent In Arrears (Owed To Date) $ | ☑ Judgment Announced And Signed In Open Court |
|---|---|---|
| Amount Of Other Damages $ | | Date 12-19-00    Signature Of Magistrate |
| **TOTAL AMOUNT** ▶ $ | | Name Of Party Announcing Appeal In Open Court |

**CERTIFICATION**

(NOTE: To be used when magistrate does not announce and sign this Judgment in open court at the conclusion of the trial.)
I certify that this Judgment has been served on each party named by depositing a copy in a post-paid properly addressed envelope
in a post office or official depository under the exclusive care and custody of the United States Postal Service.

| Date | Signature Of Magistrate |
|---|---|
| | |

PC - 004415

AOC-CVM-401, Rev. 10/98
©1998 Administrative Office of the Courts

Alma 36/52

## COMPLAINT
## IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232; Ch.42, Art.3 an

**Name And Address of Plaintiff**

Goode Development
Castlewood Apartments
6417-1 Monroe Road
Charlotte, NC  28212

**Social Security No./Taxpayer ID No.**
ID# 56-1769609

| County | Telephone No. |
|---|---|
| Mecklenburg | 7045371958 |

### VERSUS

**Name And Address of First Defendant**

Shonda Nero
6425-02  Monroe Road
Charlotte, NC  28212

| County | Telephone No. |
|---|---|
| Mecklenburg | |

**Name And Address of Second Defendant**

| County | Telephone No. |
|---|---|
| | |

**Name And Address Of Plaintiff's Attorney Or Agent**

Castlewood Apartments
6417-01 Monroe Road
Charlotte, NC 28212

AOC-CVM-201
Rev. 10/95        Eviction Manager - Tsoft Software, Inc.

## STATE OF NORTH CAROLINA

Mecklenburg          County

In The General Court Of Justice
District Court Division-Small Claims

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

**Description of Premises (Include Location)**
Apartment 6425-02, 6425-02  Monroe Road, Charlotte, NC  28212

- [x] Conventional
- [ ] Public Housing
- [ ] Section 8

| Rate of Rent | | Month | Date Rent Due | Date Lease Ended | Type of Lease |
|---|---|---|---|---|---|
| $  675.00 | per | [x] Month [ ] Week | 12·1·00 | | [ ] Oral [x] Written |

3. 
- [ ] The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing complaint.
- [ ] The lease period ended on the above date and the defendant is holding over after the end of the lease period
- [x] The defendant breached the condition of the lease described below for which re-entry is specified.
- [ ] Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below

**Description of Breach/Criminal Activity (give names, dates, places and illegal activity)**
Failure to pay rent

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

5. The defendant owes the plaintiff for the following:

**Description of Any Property Damage**
Late Fee $33.75

| Amount Of Damage | Amount Of Rent Past Due | Total Amount |
|---|---|---|
| $   33.75 | $   671.25 | $   705.00 |

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgement plus interest and reimbursement for court costs.

| Date | Signature Of Plaintiff/Attorney/Agent |
|---|---|
| December 11, 2000 | |

### CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint

| Date | Signature |
|---|---|
| December 11, 2000 | |

(Over)

PC - 004416

# STATE OF NORTH CAROLINA

File No. 00 cvm

Mecklenburg County

In The General Court Of Justice
District Court Division-Small Claims

**Plaintiff**

Goode Development
Castlewood Apartments

**VERSUS**

**Defendant(s)**

Shonda Nero

## MAGISTRATE SUMMONS

☐ Alias and Pluries Summons. The Summons originally
issued against you was returned not served.
(Disregard this section unless the block is checked.)

G.S. 7A-217,232; 1A-1, Rule 4

Date Last Summons Issued

**TO:**

Name And Address Of First Defendant

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

**TO:**

Name And Address Of Second Defendant

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court 700 E. Trade St. Room 101 | Date Of Trial 12-19-00 | Time Of Trial 9:00 ☐ AM ☐ PM |
|---|---|---|

Name And Address Of Plaintiff Or Plaintiff's Attorney

Castlewood Apartments
6417-01 Monroe Road
Charlotte, NC 28212

Date Issued 12-11-00

Signature _Joann J. Power_

X ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

PC - 004417

AOC-CVM-100
Rev. 6/87    Eviction Manager - Tsoft Software, Inc.    (Over)

# STATE OF NORTH CAROLINA

Mecklenburg _____ County

File No. *00 CVM 36162*

In The General Court Of Justice
District Court Division-Small Claims

| Plaintiff |
|---|
| Goode Development<br>Castlewood Apartments |

**VERSUS**

| Defendant(s) |
|---|
| Shonda Nero |

## MAGISTRATE SUMMONS

☐ **Alias and Pluries Summons. The Summons originally issued against you was returned not served.**
*(Disregard this section unless the block is checked.)*

G.S. 7A-217.232; 1A-1, Rule 4

Date Last Summons Issued

---

**TO:**

*Name And Address Of First Defendant*

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

**TO:**

*Name And Address Of Second Defendant*

---

### A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court 700 E. Trade St. Room 101 | Date Of Trial 12-19-00 | Time Of Trial 9:00 ☐ AM ☐ PM |
|---|---|---|
| *Name And Address Of Plaintiff Or Plaintiff's Attorney*<br><br>Castlewood Apartments<br>6417-01 Monroe Road<br>Charlotte, NC 28212 | Date Issued 12-11-00 | |
| | Signature | |
| | X ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

COPY MAILED

MECKLENBURG COUNTY
SHERIFF'S OFFICE

AOC-CVM-100
Rev. 6/87   Eviction Manager - Tsoft Software, Inc.   (Over)

PC - 004418

Bates No. 14691

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### | FOR USE IN SUMMARY EJECTMENT CASES ONLY |

☑ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| 12-15-0~ @0930 | SHONDA NEDI |

Address Of Premises Where Posted
6475 MONRIE RD 2

| Service Fee Paid $ | Date Received 12-12-~ | Name Of Sheriff JIM PENDERGRAPH |
|---|---|---|
| By | Date Of Return 12-15-~ | County MECKLENBURG |

| AOC-CVM-100, Side Two Rev. 6/87 | Deputy Sheriff Making Return A. GORE |
|---|---|

1987 Administrative Office of the Court

PC- 004419

File No. 01 CVM 773

Film No. 2001-24-117

Judgment Docket Book And Page No.

## JUDGMENT
## IN ACTION FOR
## SUMMARY EJECTMENT

G.S. 7A-210(2), 7A-224; 42-30

**Name And Address of Plaintiff**

Goode Development
Castlewood Apartments
6417-1 Monroe Road
Charlotte, NC 28212

| County | Telephone No. |
|---|---|
| Mecklenburg | 7045371958 |

**VERSUS**

**Name And Address of First Defendant**

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

| County | Telephone No. |
|---|---|
| Mecklenburg | |

**Name And Address of Second Defendant**

| County | Telephone No. |
|---|---|
| | |

**Name And Address Of Plaintiff's Attorney Or Agent**

Castlewood Apartments
6417-01 Monroe Road
Charlotte, NC 28212

AOC-CVM-401
Rev. 12/94        Eviction Manager - Tioft Software, Inc.

# STATE OF NORTH CAROLINA

Mecklenburg County

In The General Court Of Justice
District Court Division-Small Claims

This action was tried before the undersigned on the cause stated in the complaint. The record shows that the defendant was given proper notice of the nature of the action and the date, time and location of trial.

**FINDINGS**

The Court finds that:

☑ the plaintiff has proved his case by the greater weight of the evidence.
☐ the plaintiff has failed to prove his case by the greater weight of the evidence.
the defendant(s) ☐ was ☑ was not present at trial.
☐ Other:

**ORDER**

It is ORDERED that:

☑ the defendant(s) be removed from and the plaintiff be put in possession of the premises described in the complaint.
☐ this action be dismissed with prejudice
☐ this action be dismissed with prejudice because the defendant tendered the rent due and the court costs of this action
☐ the plaintiff recover rent of the defendant(s) at the rate listed below, plus damages in the amount indicated. The plaintiff is also entitled to interest on the total principal sum from this date until the judgment is paid.
☐ Other (Specify)

☐ Costs of this action are taxed to the ☐ plaintiff. ☐ defendant.

| Rate Of Rent | ☒ Month | Amount of Rent Owed to Date |
|---|---|---|
| $ 675.00 per ☐ Week | | $ 478-94 |

| Amount Of Other Damages | $ - |
|---|---|

| TOTAL AMOUNT | ▶ $ 5 | 91 |

☐ Judgement Announced And Signed In Open Court

| Date | Signature of Magistrate |
|---|---|
| 1-22-01 | B. S. Thele |

Name Of Party Announcing Appeal In Open Court

**CERTIFICATION**

(NOTE: To be used when magistrate does not announce and sign this Judgement in open court at the conclusion of the trial.)

I certify that this Judgement has been served on each party named by depositing a copy in a post-paid properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal service.

| Date | Signature Of Magistrate |
|---|---|
| | |

PC - 004420

Bates No. 14693

# STATE OF NORTH CAROLINA

**Mecklenburg** County

In The General Court Of Justice
District Court Division-Small Claims

## COMPLAINT
## IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232; Ch.42, Art.3 an

**Name And Address of Plaintiff**

Goode Development
Castlewood Apartments
6417-1 Monroe Road
Charlotte, NC 28212

**Social Security No./Taxpayer ID No.**

ID# 56-1769609

| County | Telephone No. |
|---|---|
| Mecklenburg | 7045371958 |

### VERSUS

**Name And Address of First Defendant**

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

| County | Telephone No. |
|---|---|
| Mecklenburg | |

**Name And Address of Second Defendant**

| County | Telephone No. |
|---|---|
| | |

**Name And Address Of Plaintiff's Attorney Or Agent**

Castlewood Apartments
6417-01 Monroe Road
Charlotte, NC 28212

AOC-CVM-201
Rev. 10/95       Eviction Manager - Tsoft Software, Inc.

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

| Description of Premises (Include Location) | | |
|---|---|---|
| Apartment 6425-02, 6425-02 Monroe Road, Charlotte, NC 28212 | | [x] Conventional / [ ] Public Housing / [ ] Section 8 |

| Rate of Rent | | Date Rent Due | Date Lease Ended | Type of Lease |
|---|---|---|---|---|
| $ 675.00 [x] Month per [ ] Week | | 1·01·01 | | [ ] Oral [x] Written |

3. [ ] The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing complaint.

[ ] The lease period ended on the above date and the defendant is holding over after the end of the lease period

[x] The defendant breached the condition of the lease described below for which re-entry is specified.

[ ] Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below

*Description of Breach/Criminal Activity (give names, dates, places and illegal activity)*
Failure to pay rent

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.
5. The defendant owes the plaintiff for the following:

*Description of Any Property Damage*
Late Fee $31.00

| Amount Of Damage | Amount Of Rent Past Due | Total Amount |
|---|---|---|
| $ 31.00 | $ 674.75 | $ 705.75 |

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgement plus interest and reimbursement for court costs.

| Date | Signature Of Plaintiff/Attorney/Agent |
|---|---|
| January 10,2001 | *[signature]* |

### CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint

| Date | Signature |
|---|---|
| January 10,2001 | *[signature]* |

(Over)

PC - 004421

# STATE OF NORTH CAROLINA

Mecklenburg                                   County

*File No.* 01 CVM

In The General Court Of Justice
District Court Division-Small Claims

*Plaintiff*

Goode Development
Castlewood Apartments

### VERSUS

*Defendant(s)*

Shonda Nero

## MAGISTRATE SUMMONS

☐ **Alias and Pluries Summons. The Summons originally issued against you was returned not served.** (Disregard this section unless the block is checked.)

G.S. 7A-217,232; 1A-1, Rule 4

*Date Last Summons Issued*

**TO:**

*Name And Address Of First Defendant*

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

**TO:**

*Name And Address Of Second Defendant*

### A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| *Location Of Court* 100 E. TRADE St Room 101 | *Date Of Trial* 1-22-01 | *Time Of Trial* 10:00 ☒ AM ☐ PM |
|---|---|---|
| *Name And Address Of Plaintiff Or Plaintiff's Attorney* Castlewood Apartments 6417-01 Monroe Road Charlotte, NC 28212 | *Date Issued* 1-11-01 *Signature* Joanne G. Brown ☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

AIA

AOC-CVM-100
Rev. 6/97     Eviction Manager - Tsoft Software, Inc.        (Over)

PC - 004422

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

## FOR USE IN SUMMARY EJECTMENT CASES ONLY

☐ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|

Address Of Premises Where Posted

| Service Fee Paid $ | Date Received | Name Of Sheriff |
|---|---|---|
| By | Date Of Return | County |

AOC-CVM-100, Side Two
S-2 6/97

Deputy Sheriff Making Return

PC - 004423

1997 Administrative Office of the Court

# STATE OF NORTH CAROLINA

File No.

Macklenburg _____ County

In The General Court Of Justice
District Court Division-Small Claims

**Plaintiff**

Goode Development
Castlewood Apartments

## VERSUS

**Defendant(s)**

Shonda Nero

## MAGISTRATE SUMMONS

☐ Alias and Pluries Summons. The Summons originally
issued against you was returned not served.
(Disregard this section unless the block is checked.)

G.S. 7A-217.232; 1A-1, Rule 4

*Date Last Summons Issued*

**TO:**

*Name And Address Of First Defendant*

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

**TO:**

*Name And Address Of Second Defendant*

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| *Location Of Trial* 100 E. TRADE St Room 101 | *Date Of Trial* 02-01 | *Time Of Trial* 10:00 ☐ AM ☐ PM |

*Name And Address Of Plaintiff Or Plaintiff's Attorney*

Castlewood Apartments
6417-01 Monroe Road
Charlotte, NC 28212

*Date Issued* 1-11-01

*Signature*

☑ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

**COPY MAILED**

JAN 19 2001

MECKLENBURG COUNTY
SHERIFF'S OFFICE

AOC-CVM-100
Rev. 6/87    Eviction Manager - Tsoft Software, Inc.

PC - 004424

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

☑ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| 1-19-01 @ 1630 | SHONDA NERO |

Address Of Premises Where Posted

6425 MONROE RD 2

| Service Fee Paid | Date Received | Name Of Sheriff |
|---|---|---|
| 5 | 1-18-01 | JIM PENDERGRAPH |
| By | Date Of Return 1-19-01 | County MECKLENBURG |
| | | Deputy Sheriff Making Return  A. Gra... 015 |

AOC-CVM-100, Side Two
No. 6/97

1997 Administrative Office of the Courts

PC - 004425

File No.
OI CVM 5000

Film No.
2001-Sp-106

Judgment Docket Book And Page No.

## JUDGMENT
## IN ACTION FOR
## SUMMARY EJECTMENT

G.S. 7A 210(2), 7A-224; 42-30

Name And Address Of Plaintiff
Boode Development
Castlewood Apartments
6417-1 Monroe Road
Charlotte, NC 28212

Social Security No./Taxpayer ID No.
56-1769609

County          Telephone No.
Mecklenburg 704-537-1958

VERSUS

Name And Address Of Defendant 1
Shonda Nero
6425-2 Monroe Road
Charlotte, NC 28212

County          Telephone No.
Mecklenburg

Name And Address Of Defendant 2

County          Telephone No.

Name And Address Of Plaintiff's Attorney

STATE OF NORTH CAROLINA

Mecklenburg _____ County

In The General Court Of Justice
District Court Division-Small Claims

This action was tried before the undersigned on the cause stated in the complaint. The record shows that the defendant was given proper notice of the nature of the action and the date, time and location of trial.

FINDINGS

The Court finds that:
1. ☑ a. the plaintiff has proved the case by the greater weight of the evidence.
   ☐ b. the plaintiff has failed to prove the case by the greater weight of the evidence.
2. the defendant(s) ☐ was ☑ was not present at trial.
3. ☐ a. there is no dispute as to the amount of rent in arrears, and the amount is $ 554.30
   ☐ b. there is an actual dispute as to the amount of rent in arrears. The defendant(s) claims the amount of rent in arrears is $ _____, and this amount is the undisputed amount of rent in arrears.
4. Other:

ORDER

It is ORDERED that:
☑ 1. the defendant(s) be removed from and the plaintiff be put in possession of the premises described in the complaint.
☐ 2. this action be dismissed with prejudice.
☐ 3. this action be dismissed with prejudice because the defendant tendered the rent due and the court costs of this action.
☐ 4. the plaintiff recover rent of the defendant(s) at the rate listed below, plus damages in the amount indicated. The plaintiff is also entitled to interest on the total principal sum from this date until the judgment is paid.
☐ 5. Other: (specify)

☑ 6. Costs of this action are taxed to the ☑ plaintiff. ☐ defendant.

| Rate Of Rent | | Amt. Of Rent In Arrears (Owed To Date) | |
|---|---|---|---|
| $ 675.00 per ☒ Mo ☐ Wk. | | $ | |
| Amount Of Other Damages | | $ | |
| TOTAL AMOUNT ▶ | | $ | |

☐ Judgment Announced And Signed In Open Court

Date          Signature Of Magistrate
2/23/01

Name Of Party Announcing Appear In Open Court

CERTIFICATION

(NOTE: To be used when magistrate does not announce and sign this Judgment in open court at the conclusion of the trial.)
I certify that this Judgment has been served on each party named by depositing a copy in a post-paid properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal Service.

Date          Signature Of Magistrate

AOC-CVM-401, Rev. 10/98
©1998 Administrative Office of the Courts

PC - 004426

# COMPLAINT
# IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232, Ch.42, Art.3 an

**Name And Address of Plaintiff**

Goode Development
Castlewood Apartments
6417-1 Monroe Road
Charlotte, NC 28212

**Social Security No./Taxpayer ID No**

ID# 56-1769609

| County | Telephone No |
|---|---|
| Mecklenburg | 7045371958 |

## VERSUS

**Name And Address of First Defendant**

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

| County | Telephone No |
|---|---|
| Mecklenburg | |

**Name And Address of Second Defendant**

| County | Telephone No |
|---|---|

**Name And Address Of Plaintiff's Attorney Or Agent**

Castlewood Apartments
6417-01 Monroe Road
Charlotte, NC 28212

AOC-CVM-201
Rev. 10/95      Eviction Manager - Tsoft Software, Inc.

## STATE OF NORTH CAROLINA

In The General Court Of Justice
District Court Division-Small Claims

Mecklenburg          County

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

**Description of Premises (Include Location)**
Apartment 6425-02, 6425-02 Monroe Road, Charlotte, NC 28212

- [x] Conventional
- [ ] Public Housing
- [ ] Section 8

| Rate of Rent | [x] Month [ ] Week | Date Rent Due | Date Lease Ended | Type of Lease |
|---|---|---|---|---|
| $ 675.00 per | | 2/1/2001 | | [ ] Oral [x] Written |

3.
- [ ] The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing complaint.
- [ ] The lease period ended on the above date and the defendant is holding over after the end of the lease period
- [x] The defendant breached the condition of the lease described below for which re-entry is specified.
- [ ] Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below

**Description of Breach/Criminal Activity (give names, dates, places and illegal activity)**
failure to pay monthly rent

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.
5. The defendant owes the plaintiff for the following:

**Description of Any Property Damage**
late fee $31.00

| Amount Of Damage | Amount Of Rent Past Due | Total Amount |
|---|---|---|
| $ 31.00 | $ 678.50 | $ 709.50 |

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgement plus interest and reimbursement for court costs.

| Date | Signature Of Plaintiff/Attorney/Agent |
|---|---|
| February 12, 2001 | |

### CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint

| Date | Signature |
|---|---|
| February 12, 2001 | |

(Over)

PC - 004427

# STATE OF NORTH CAROLINA

<span>▶</span> *File No.* `01 CVM`

Mecklenburg _____ County

In The General Court Of Justice
District Court Division-Small Claims

| Plaintiff | |
|---|---|
| Goode Development<br>Castlewood Apartments | **MAGISTRATE SUMMONS** |

**VERSUS**

☐ **Alias and Pluries Summons.** The Summons originally issued against you was returned not served *(Disregard this section unless the block is checked.)*

| Defendant(s) | |
|---|---|
| Shonda Nero | G.S. 7A-217,232; 1A-1, Rule 4 |

*Date Last Summons Issued*

**TO:**

**TO:**

*Name And Address Of First Defendant*

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

*Name And Address Of Second Defendant*

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

700 *Location* PRADE St Room 102

*Date Of Trial* 2-25-01

*Time Of Trial* 10:00 ☐ AM ☐ PM

*Name And Address Of Plaintiff Or Plaintiff's Attorney*

Castlewood Apartments
6417-01 Monroe Road
Charlotte, NC 28212

*Date Issued* 2-13-01

*Signature*  Deanne J. Brown

☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

ADA

Case 3:12-cv-00327-MOC   Document 78-3   Filed 12/22/14   Page 54 of 100
Bates No. 14701

STATE OF NORTH CAROLINA

# STATE OF NORTH CAROLINA

File No. CVM 5000

Mecklenburg　　　　　　County

**In The General Court Of Justice**
**District Court Division-Small Claims**

| Plaintiff | |
|---|---|
| Goode Development<br>Castlewood Apartments | |

**VERSUS**

**MAGISTRATE SUMMONS**

☐ **Alias and Pluries Summons.** The Summons originally issued against you was returned not served. *(Disregard this section unless the block is checked.)*

G.S. 7A-217,232; 1A-1, Rule 4

Date Last Summons Issued

Defendant(s)

Shonda Nero

**TO:**
Name And Address Of First Defendant

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

**TO:**
Name And Address Of Second Defendant

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

Location Of Trial 700 E. Trade St Room 102

Date Of Trial 2-26-01

Time Of Trial ☐ AM ☐ PM

Name And Address Of Plaintiff Or Plaintiff's Attorney

Castlewood Apartments
6417-01 Monroe Road
Charlotte, NC 28212

Date Issued 2-13-01

Signature

☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

A2A

COPY MAILED
FEB 16
MECKLENBURG COUNTY

PC - 004429

AOC-CVM-100
Rev. 6/87　　Eviction Manager - Tsoft Software, Inc.　　　(Over)

Case 3:12-cv-00327-MOC　　Document 78-3　Filed 12/22/14　　Page 55 of 100
Bates No. 14702

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|

[ ] By delivering to the defendant named above a copy of the summons and complaint.

[ ] By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

[ ] As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)

[ ] Other manner of service: (specify).

[ ] Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|

[ ] By delivering to the defendant named above a copy of the summons and complaint.

[ ] By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

[ ] As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)

[ ] Other manner of service: (specify).

[ ] Defendant WAS NOT served for the following reason:

## FOR USE IN SUMMARY EJECTMENT CASES ONLY

[✓] Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| 2-15-01 1727 | SHONDA NERO |

Address Of Premises Where Posted: 6425 MONROE RD APT 2

| Service Fee | Date Received | Name Of Sheriff |
|---|---|---|
| | FEB 15 2001 | Jim Pendergraph |
| | Date Of Return FEB 20 2001 | County Mecklenburg |

Deputy Sheriff Making Return: M.L. JOHNSON   XC132430

AOC-CVM-100, Rev. 3/98
© 1998 Administrative Office of the Co

STATE OF NORTH CAROLINA    2001-200- 413

Mecklenburg _____ County

File No. 01CVM17408
Film No.

In the General Court of Justice
[x] Small Claims  [ ] District  [ ] Superior Court Division

Plaintiff

**Goode Development
Castlewood Apartments**

**VERSUS**

Defendant(s)

**Shonda Nero**

# NOTICE OF
# VOLUNTARY DISMISSAL

GS 1A-1, Rule 41

[x] The plaintiff gives notice of voluntary dismissal in this case as to all of the defendants.

[ ] The plaintiff gives notice of voluntary dismissal in this case only as to the defendants named below:

This case remains open as to defendants not listed above.

Date
June 27, 2001
Plaintiff or Attorney

AOC-CV-406
Rev 2/82  Eviction Manager - Tsoft Software, Inc.      Original File  Copy - Each Def.  Copy - Atty/Pif

PC - 004431

File No

COMPLAINT
IN SUMMARY EJECTMENT

G S 7A-216, 7A-232; Ch 42, Art 3 an

Name And Address of Plaintiff

Goode Development
Castlewood Apartments
6417-1 Monroe Road
Charlotte, NC 28212

Social Security No./Taxpayer ID No

ID# 56-1769609

| County | Telephone No |
|---|---|
| Mecklenburg | 7045371958 |

**VERSUS**

Name And Address of First Defendant

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

| County | Telephone No |
|---|---|
| Mecklenburg | |

Name And Address of Second Defendant

| County | Telephone No |
|---|---|
| | |

Name And Address Of Plaintiff's Attorney Or Agent

Castlewood Apartments
6417-01 Monroe Road
Charlotte, NC 28212

AOC-CVM-201
Rev 10/95    Eviction Manager - Tsoft Software, Inc    (Over)

# STATE OF NORTH CAROLINA

Mecklenburg _____ County

In The General Court Of Justice
District Court Division-Small Claims

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

Description of Premises (Include Location)
Apartment 6425-02, 6425-02 Monroe Road, Charlotte, NC 28212

[x] Conventional
[ ] Public Housing
[ ] Section 8

| Rate of Rent | | Month | Date Rent Due | Date Lease Ended | Type of Lease |
|---|---|---|---|---|---|
| $ 675 00 | per [x] [ ] Week | | 06-01-01 | | [ ] Oral [x] Written |

3. [ ] The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing complaint.

[ ] The lease period ended on the above date and the defendant is holding over after the end of the lease period

[x] The defendant breached the condition of the lease described below for which re-entry is specified.

[ ] Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below

Description of Breach/Criminal Activity (give names, dates, places and illegal activity)
Failure to pay monthly rent

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.
5. The defendant owes the plaintiff for the following.

Description of Any Property Damage
Late Fee $33.75

| Amount Of Damage | Amount Of Rent Past Due | Total Amount |
|---|---|---|
| $ 33.75 | $ 675 00 | $ 708 75 |

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgement plus interest and reimbursement for court costs

| Date | Signature Of Plaintiff/Attorney/Agent |
|---|---|
| June 11 2001 | |

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint

| Date | Signature |
|---|---|
| June 11 2001 | |

PC - 004432

# STATE OF NORTH CAROLINA

Mecklenburg        County

File No   01   CvM

In The General Court Of Justice
District Court Division-Small Claims

**Plaintiff**

Goode Development
Castlewood Apartments

## VERSUS

**Defendant(s)**

Shonda Nero

## MAGISTRATE SUMMONS

☐ **Alias and Pluries Summons.** The Summons originally issued against you was returned not served.
*(Disregard this section unless the block is checked.)*

G.S. 7A-217,232; 1A-1, Rule 4

Date Last Summons Issued

---

**TO:**

Name And Address Of First Defendant

Shonda Nero
6425-02 Monroe Road
Charlotte NC 28212

**TO:**

Name And Address Of Second Defendant

---

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

Location Of Court   100 E. TRADE St Room 101

Name And Address Of Plaintiff Or Plaintiff's Attorney

Castlewood Apartments
6417-01 Monroe Road
Charlotte, NC 28212

Date Of Trial   6-29-01

Time Of Trial   11:00 ☒ AM ☐ PM

Date Issued   6-19-01

Signature

☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

A1A

AOC-CVM-100
Rev 8/87    Eviction Manager - Tsoft Software, Inc.     (Over)

PC - 004433

Case 3:12-cv-00327-MOC     Document 78-3   Filed 12/22/14    Page 59 of 100

Bates No. 14706

**STATE OF NORTH CAROLINA** ~~2001-200-413~~

File No. ~~01CVM17408~~

Film No.

Mecklenburg_____ County

In the General Court of Justice

[x] Small Claims ☐ District ☐ Superior Court Division

Plaintiff

Goode Development
Castlewood Apartments

**VERSUS**

Defendant(s)

Shonda Nero

**NOTICE OF
VOLUNTARY DISMISSAL**

GS 1A-1, Rule 41

[x] The plaintiff gives notice of voluntary dismissal in this case as to all of the defendants.

☐ The plaintiff gives notice of voluntary dismissal in this case only as to the defendants named below:

This case remains open as to defendants not listed above.

Date

June 27, 2001

Plaintiff or Attorney

AOC-CV-406
Rev 2/82  Eviction Manager - Tsoft Software, Inc.    Original File  Copy - Each Def.  Copy - Atty/Pif

PC - 004431

Case 3:12-cv-00327-MOC    Document 78-3    Filed 12/22/14    Page 60 of 100
Bates No. 14707

**File No** 17608

# COMPLAINT
# IN SUMMARY EJECTMENT

G S 7A-216, 7A-232; Ch 42, Art 3 an

**Name And Address of Plaintiff**

Goode Development
Castlewood Apartments
6417-1 Monroe Road
Charlotte, NC 28212

**Social Security No./Taxpayer ID No**

ID# 56-1769609

| County | Telephone No |
|---|---|
| Mecklenburg | 7045371958 |

**VERSUS**

**Name And Address of First Defendant**

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

| County | Telephone No |
|---|---|
| Mecklenburg | |

**Name And Address of Second Defendant**

| County | Telephone No |
|---|---|
| | |

**Name And Address Of Plaintiff's Attorney Or Agent**

Castlewood Apartments
6417-01 Monroe Road
Charlotte, NC 28212

AOC-CVM-201
Rev 10/95    Eviction Manager - Tsoft Software, Inc    (Over)

---

## STATE OF NORTH CAROLINA

Mecklenburg _____ County

In The General Court Of Justice
District Court Division-Small Claims

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

**Description of Premises (Include Location)**
Apartment 6425-02, 6425-02 Monroe Road, Charlotte, NC 28212

[X] Conventional
[ ] Public Housing
[ ] Section 8

| Rate of Rent | [X] Month [ ] Week | Date Rent Due | Date Lease Ended | Type of Lease |
|---|---|---|---|---|
| $ 675 00 per | | 06-01-01 | | [ ] Oral [X] Written |

3. [ ] The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing complaint.

[ ] The lease period ended on the above date and the defendant is holding over after the end of the lease period

[X] The defendant breached the condition of the lease described below for which re-entry is specified.

[ ] Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below

**Description of Breach/Criminal Activity (give names, dates, places and illegal activity)**
Failure to pay monthly rent

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.
5. The defendant owes the plaintiff for the following.

**Description of Any Property Damage**
Late Fee $33.75

| Amount Of Damage | Amount Of Rent Past Due | Total Amount |
|---|---|---|
| $ 33.75 | $ 675 00 | $ 708 75 |

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgement plus interest and reimbursement for court costs

| Date | Signature Of Plaintiff/Attorney/Agent |
|---|---|
| June 11 2001 | |

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint

| Date | Signature |
|---|---|
| June 11 2001 | |

PC - 004432

# STATE OF NORTH CAROLINA

File No   01 Cvm

Mecklenburg      County

In The General Court Of Justice
District Court Division-Small Claims

**Plaintiff**

Goode Development
Castlewood Apartments

### VERSUS

**Defendant(s)**

Shonda Nero

## MAGISTRATE SUMMONS

☐ **Alias and Pluries Summons.** The Summons originally
issued against you was returned not served.
*(Disregard this section unless the block is checked.)*

G.S. 7A-217,232; 1A-1, Rule 4

Date Last Summons Issued

| TO: | TO: |
|---|---|
| Name And Address Of First Defendant | Name And Address Of Second Defendant |
| Shonda Nero<br>6425-02 Monroe Road<br>Charlotte NC 28212 | |

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial
listed below. You will have the opportunity at the trial to defend yourself against the claim stated
in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of
Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff
must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a
judgment against you.

Location Of Court   100 E. TRADe St Room 101

Name And Address Of Plaintiff Or Plaintiff's Attorney

Castlewood Apartments
6417-01 Monroe Road
Charlotte, NC 28212

| Date Of Trial 6-29-01 | Time Of Trial 11:00 ☒ AM ☐ PM |
|---|---|
| Date Issued 6-19-01 | |
| Signature | |
| ☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

A1A

Case 3:12-cv-00327-MOC    Document 78-3   Filed 12/22/14    Page 62 of 100

Bates No. 14709

Case 3:12-cv-00327-MOC Document 78-8710 Filed 12/22/14 Page 63 of 100

2001-317-144

**File No**
01CVM 21080

**Film No.**

**Judgment Docket Book And Page No.**

## JUDGMENT IN ACTION FOR SUMMARY EJECTMENT

G.S. 7A-210(2), 7A 224; 42-30

**Name And Address Of Plaintiff**
Castlewood Apartments
Goode Development
6417-1 Monroe Road
Charlotte, NC 28212

**Social Security No. Taxpayer ID No.**
56-1769609

**County**
Mecklenburg **Telephone No.** 704-537-1958

**VERSUS**

**Name And Address Of Defendant 1**
Shonda Vero
6425-2 Monroe Road
Charlotte, NC 28212

**County**
Mecklenburg **Telephone No.**

**Name And Address Of Defendant 2**

**County** **Telephone No.**

**Name And Address Of Plaintiff's Attorney**

NC - 004434

---

## STATE OF NORTH CAROLINA

Mecklenburg County

In The General Court Of Justice
District Court Division-Small Claims

This action was tried before the undersigned on the cause stated in the complaint. The record shows that the defendant was given proper notice of the nature of the action and the date, time and location of trial.

### FINDINGS

The Court finds that:
1. [X] a. the plaintiff has proved the case by the greater weight of the evidence.
   [ ] b. the plaintiff has failed to prove the case by the greater weight of the evidence.
2. the defendant(s) [ ] was [X] was not present at trial.
3. [X] a. there is no dispute as to the amount of rent in arrears, and the amount is $500.71.
   [ ] b. there is an actual dispute as to the amount of rent in arrears. The defendant(s) claims the amount of rent in arrears is $_____, and this amount is the undisputed amount of rent in arrears.
4. Other:

### ORDER

It is ORDERED that:
[X] 1. the defendant(s) be removed from and the plaintiff be put in possession of the premises described in the complaint.
[ ] 2. this action be dismissed with prejudice.
[ ] 3. this action be dismissed with prejudice because the defendant tendered the rent due and the court costs of this action.
[ ] 4. the plaintiff recover rent of the defendant(s) at the rate listed below, plus damages in the amount indicated. The plaintiff is also entitled to interest on the total principal sum from this date until the judgment is paid.
[ ] 5. Other: (specify)

[X] 6. Costs of this action are taxed to the [X] plaintiff. [ ] defendant.

| Rate Of Rent | | Amt. Of Rent In Arrears (Owed To Date) | |
|---|---|---|---|
| $675 | [X] Mo / [ ] per Wk | $ | [X] Judgment Announced And Signed In Open Court |
| Amount Of Other Damages | $ | | **Date** 7/23/01 **Signature Of Magistrate** |
| **TOTAL AMOUNT** ▶ $ | | | **Name Of Party Announcing Appeal In Open Court** |

### CERTIFICATION

(NOTE: To be used when magistrate does not announce and sign this Judgment in open court at the conclusion of the trial.)
I certify that this Judgment has been served on each party named by depositing a copy in a post-paid properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal Service.

**Date** **Signature Of Magistrate**

---

AOC-CVM-401, Rev. 10/98
©1998 Administrative Office of the Courts

Case 3:12-cv-00327-MOC Document 78-871 Filed 12/22/14 Page 64 of 100

File No. *01 CVM 2108O*

**COMPLAINT**

**IN SUMMARY EJECTMENT**

G.S. 7A-216, 7A-232; Ch.42, Art.3 an

**STATE OF NORTH CAROLINA**

Mecklenburg County

In The General Court Of Justice
District Court Division-Small Claims

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

Name And Address of Plaintiff

Goode Development
Castlewood Apartments
6417-1 Monroe Road
Charlotte, NC 28212

Social Security No./Taxpayer ID No.
ID# 56-1769609

| County | Telephone No. |
|---|---|
| Mecklenburg | 7045371958 |

**VERSUS**

Name And Address of First Defendant

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

| County | Telephone No. |
|---|---|
| Mecklenburg | |

Name And Address of Second Defendant

| County | Telephone No. |
|---|---|
| | |

Name And Address Of Plaintiff's Attorney Or Agent

Castlewood Apartments
6417-01 Monroe Road
Charlotte, NC 28212

AOC-CVM-201
Rev. 10/95       Eviction Manager - Tsoft Software, Inc.       (Over)

Description of Premises (Include Location)
Apartment 6425-02, 6425-02 Monroe Road, Charlotte, NC 28212

[x] Conventional
[ ] Public Housing
[ ] Section 8

| Rate of Rent | [x] Month [ ] Week | Date Rent Due | Date Lease Ended | Type of Lease |
|---|---|---|---|---|
| $ 675.00 per | | *7-1-01* | | [ ] Oral [x] Written |

3. [ ] The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing complaint.

[ ] The lease period ended on the above date and the defendant is holding over after the end of the lease period

[x] The defendant breached the condition of the lease described below for which re-entry is specified.

[ ] Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below

Description of Breach/Criminal Activity (give names, dates, places and illegal activity)
Failure to pay July rent.

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

5. The defendant owes the plaintiff for the following:

Description of Any Property Damage
Late fee $ 31.00

FILED
JUL 11 2001
AT _____ O'CLOCK __ M.
CLERK OF SUPERIOR COURT

| Amount Of Damage | Amount Of Rent Past Due | Total Amount |
|---|---|---|
| $ 31.00 | $ 675.00 | $ 706.00 |

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgement plus interest and reimbursement for court costs.

| Date | Signature Of Plaintiff/Attorney/Agent |
|---|---|
| July 11, 2001 | |

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint

| Date | Signature |
|---|---|
| July 11, 2001 | |

# INSTRUCTIONS TO PLAINTIFF OR DEFENDANT

1. The PLAINTIFF must file a small claim action in the county where at least one of the defendants resides.

2. The PLAINTIFF cannot sue in small claims court for more than $3,000.00 excluding interest and costs.

3. The PLAINTIFF must show the complete name and address of the defendant to ensure service on the defendant. If there are two defendants and they reside at different addresses, the plaintiff must include both addresses. The plaintiff must determine if the defendant is a corporation and sue in the complete corporate name. If the business is not a corporation, the plaintiff must determine the owner's name and sue the owner.

4. The PLAINTIFF may serve the defendant(s) by mailing a copy of the summons and complaint by registered or certified mail, return receipt requested, addressed to the party to be served or by paying the costs to have the sheriff serve the summons and complaint. If certified or registered mail is used, the plaintiff must prepare and file a sworn statement with the Clerk of Superior Court proving service by certified mail and must attach to that statement the postal receipt showing that the letter was accepted.

5. In filling out number 3 in the complaint, if the landlord is seeking to remove the tenant for failure to pay rent when there is no written lease, the first block should be checked. (Defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the ten (10) day grace period before filing the complaint.) If the landlord is seeking to remove the tenant for failure to pay rent when there is a written lease with an automatic forfeiture clause, the third block should be checked. (The defendant breached the condition of the lease described below for which re-entry is specified.) And "failure to pay rent" should be placed in the space for description of the breach. If the landlord is seeking to evict tenant for violating some other condition in the lease, the third block should also be checked. If the landlord is claiming that the term of the lease has ended and the tenant refuses to leave, the second block should be checked. If the landlord is claiming that criminal activity occurred, the fourth block should be checked and the conduct must be described in space provided.

6. The PLAINTIFF must pay advance court costs at the time of filing this Complaint. In the event that judgment is rendered in favor of the plaintiff, court costs may be charged against the defendant.

7. The PLAINTIFF must appear before the magistrate to prove his/her claim.

8. The DEFENDANT may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court. This answer should be accompanied by a copy for the plaintiff and be filed no later than the time set for trial. The filing of the answer DOES NOT relieve the defendant of the need to appear before the magistrate to assert the defendant's defense.

9. The PLAINTIFF or the DEFENDANT may appeal the magistrate's decision in this case. To appeal, notice must be given in open court when the judgment is rendered, or notice may be given in writing to the Clerk of Superior Court within ten (10) days after the judgment is rendered. If notice is given in writing, the appealing party must also serve written notice of appeal on all other parties. The appealing party must PAY to the Clerk of Superior Court the costs of court for appeal within twenty (20) days after the judgment is rendered.

10. This form is supplied in order to expedite the handling of small claims. It is designed to cover the most common claims.

11. **The Clerk or magistrate cannot advise you about your case or assist you in completing this form. If you have any questions, you should consult an attorney.**

AOC-CVM-201, Side Two, Rev. 1/98
© 1998 Administrative Office of the Courts



PC - 004436

# STATE OF NORTH CAROLINA

Mecklenburg _____ County

File No.

*DI Cun*

In The General Court Of Justice
District Court Division-Small Claims

| Plaintiff | **MAGISTRATE SUMMONS** |
|---|---|
| Goode Development<br>Castlewood Apartments | ☐ **Alias and Pluries Summons.** The Summons originally<br>issued against you was returned not served.<br>*(Disregard this section unless the block is checked.)* |
| **VERSUS** | G.S. 7A-217,232; 1A-1, Rule 4 |
| Defendant(s)<br>Shonda Nero | *Date Last Summons Issued* |

**TO:**

Name And Address Of First Defendant

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

**TO:**

Name And Address Of Second Defendant

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court 100 E. Trade St Room 101 | Date Of Trial<br>7-23-01 | Time Of Trial<br>11:00 ☒ AM ☐ PM |
|---|---|---|
| Name And Address Of Plaintiff Or Plaintiff's Attorney<br><br>Castlewood Apartments<br>6417-01 Monroe Road<br>Charlotte, NC 28212 | Date Issued<br>7-11-01<br>Signature<br>*Joanne G. Brown*<br>☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court |

AIR

| | RETURN OF SERVICE | |
|---|---|---|

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)

☐ Other manner of service: (specify).

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)

☐ Other manner of service: (specify).

☐ Defendant WAS NOT served for the following reason:

| | FOR USE IN SUMMARY EJECTMENT CASES ONLY | |
|---|---|---|

☐ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| | |

Address Of Premises Where Posted

| Service Fee | Date Received | Name Of Sheriff |
|---|---|---|
| $ | | |

| By | Date Of Return | County |
|---|---|---|
| | | |

| | | Deputy Sheriff Making Return |
|---|---|---|

AOC-CVM-100, Rev. 3/98
© 1998 Administrative Office of the Courts

PC - 004438

Case 3:12-cv-00327-MOC    Document 78-3    Filed 12/22/14    Page 67 of 100

Bates No. 14714

# STATE OF NORTH CAROLINA

Mecklenburg County

File No. 01 CVM 21080

In The General Court Of Justice
District Court Division-Small Claims

**Plaintiff**

Goode Development
Castlewood Apartments

**VERSUS**

**Defendant(s)**

Shonda Nero

## MAGISTRATE SUMMONS

☐ **Alias and Pluries Summons.** The Summons originally
issued against you was returned not served.
*(Disregard this section unless the block is checked.)*

G.S. 7A-217,232; 1A-1, Rule 4

Date Last Summons Issued

**TO:**

Name And Address Of First Defendant

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

**TO:**

Name And Address Of Second Defendant

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial
listed below. You will have the opportunity at the trial to defend yourself against the claim stated
in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of
Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff
must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a
judgment against you.

| Location Of Court TRADE St Room 101 | Date Of Trial 7-23-01 | Time Of Trial 11:00 ☒ AM ☐ PM |
|---|---|---|

Name And Address Of Plaintiff Or Plaintiff's Attorney

Castlewood Apartments
6417-01 Monroe Road
Charlotte, NC 28212

Date Issued 7-11-01

Signature

☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

PC - 004439

Case 3:12-cv-00327-MOC    Document 78-3    Filed 12/22/14    Page 68 of 100
Bates No. 14715

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|
| | SHONDA NERO |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)*

☐ Other manner of service: *(specify).*

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)*

☐ Other manner of service: *(specify).*

☐ Defendant WAS NOT served for the following reason:

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

☒ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served 7·18·01 | Name(s) Of The Defendant(s) Served By Posting SHONDA NERO |
|---|---|

| Address Of Premises Where Posted 6925 MONROE RD 2 | | |
|---|---|---|
| Service Fee $ | Date Received 7·17·01 | Name Of Sheriff F— Pendergr |
| By | Date Of Return 7·18·01 9:00 | County MECK |
| | | Deputy Sheriff Making Return A·ECOBB X1144 |

AOC-CVM-100, Rev. 3/98
© 1998 Administrative Office of the Courts

PC # 004440

Bates No. 14716

2001-317-144

Case 3:12-cv-00327-MOC Document 78-871 Filed 12/22/14 Page 70 of 100

**File No**
01CVM 21080

**Film No.**

**Judgment Docket Book And Page No.**

## JUDGMENT IN ACTION FOR SUMMARY EJECTMENT

G.S. 7A-210(2), 7A 224; 42-30

**Name And Address Of Plaintiff**
Castlewood Apartments
Goode Development
6417-1 Monroe Road
Charlotte, NC 28212

**Social Security No. Taxpayer ID No.**
56-1769609

**County** Mecklenburg     **Telephone No.** 704-537-1958

**VERSUS**

**Name And Address Of Defendant 1**
Shonda Vero
6425-2 Monroe Road
Charlotte, NC 28212

**County** Mecklenburg     **Telephone No.**

**Name And Address Of Defendant 2**

**County**     **Telephone No.**

**Name And Address Of Plaintiff's Attorney**

NC-004434

---

## STATE OF NORTH CAROLINA

Mecklenburg     County

In The General Court Of Justice
District Court Division-Small Claims

This action was tried before the undersigned on the cause stated in the complaint. The record shows that the defendant was given proper notice of the nature of the action and the date, time and location of trial.

### FINDINGS

The Court finds that:
1. [X] a. the plaintiff has proved the case by the greater weight of the evidence.
   [ ] b. the plaintiff has failed to prove the case by the greater weight of the evidence.
2. the defendant(s) [ ] was [X] was not present at trial.
3. [X] a. there is no dispute as to the amount of rent in arrears, and the amount is $500.71.
   [ ] b. there is an actual dispute as to the amount of rent in arrears. The defendant(s) claims the amount of rent in arrears is $_____, and this amount is the undisputed amount of rent in arrears.
4. Other:

### ORDER

It is ORDERED that:
[X] 1. the defendant(s) be removed from and the plaintiff be put in possession of the premises described in the complaint.
[ ] 2. this action be dismissed with prejudice.
[ ] 3. this action be dismissed with prejudice because the defendant tendered the rent due and the court costs of this action.
[ ] 4. the plaintiff recover rent of the defendant(s) at the rate listed below, plus damages in the amount indicated. The plaintiff is also entitled to interest on the total principal sum from this date until the judgment is paid.
[ ] 5. Other: (specify)

[X] 6. Costs of this action are taxed to the [X] plaintiff. [ ] defendant.

**Rate Of Rent** $675 [X] Mo [ ] per [ ] Wk     **Amt Of Rent In Arrears (Owed To Date)** $

[X] Judgment Announced And Signed In Open Court

**Amount Of Other Damages** $

**TOTAL AMOUNT** ▶ $

**Date** 7/23/01     **Signature Of Magistrate**

**Name Of Party Announcing Appeal In Open Court**

### CERTIFICATION

(**NOTE:** To be used when magistrate does not announce and sign this Judgment in open court at the conclusion of the trial.)
I certify that this Judgment has been served on each party named by depositing a copy in a post-paid properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal Service.

**Date**     **Signature Of Magistrate**

AOC-CVM-401, Rev. 10/98
©1998 Administrative Office of the Courts

Case 3:12-cv-00327-MOC   Document 78-8   Filed 12/22/14   Page 71 of 100

| File No. *01 CVM 21090* | **STATE OF NORTH CAROLINA** | | In The General Court Of Justice |
|---|---|---|---|
| **COMPLAINT**<br>**IN SUMMARY EJECTMENT** | Mecklenburg | County | District Court Division-Small Claims |

G.S. 7A-216, 7A-232; Ch.42, Art.3 an

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

**Name And Address of Plantiff**

Goode Development
Castlewood Apartments
6417-1 Monroe Road
Charlotte, NC 28212

| Description of Premises (include Location) | | Conventional [x] |
|---|---|---|
| Apartment 6425-02, 6425-02 Monroe Road, Charlotte, NC 28212 | | Public Housing [ ] |
| | | Section 8 [ ] |

| Rate of Rent | Month [x] | Date Rent Due | Date Lease Ended | Type of Lease |
|---|---|---|---|---|
| $ 675.00 per | Week [ ] | *7-1-01* | | Oral [ ]  Written [x] |

**Social Security No./Taxpayer ID No.**

ID# 56-1769609

| County | Telephone No. |
|---|---|
| Mecklenburg | 7045371958 |

**VERSUS**

**Name And Address of First Defendant**

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

| County | Telephone No. |
|---|---|
| Mecklenburg | |

**Name And Address of Second Defendant**

| County | Telephone No. |
|---|---|
| | |

**Name And Address Of Plaintiff's Attorney Or Agent**

Castlewood Apartments
6417-01 Monroe Road
Charlotte, NC 28212

3. [ ] The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing complaint.

[ ] The lease period ended on the above date and the defendant is holding over after the end of the lease period

[x] The defendant breached the condition of the lease described below for which re-entry is specified.

[ ] Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below

Description of Breach/Criminal Activity (give names, dates, places and illegal activity)
Failure to pay July rent.

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.
5. The defendant owes the plaintiff for the following:

Description of Any Property Damage
Late fee $ 31.00

FILED
JUL 11 2001
AT _____ O'CLOCK ___M.
CLERK OF SUPERIOR COURT

| Amount Of Damage | Amount Of Rent Past Due | Total Amount |
|---|---|---|
| $ 31.00 | $ 675.00 | $ 706.00 |

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgement plus interest and reimbursement for court costs.

| Date | Signature Of Plaintiff/Attorney/Agent |
|---|---|
| July 11, 2001 | |

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint

| Date | Signature |
|---|---|
| July 11, 2001 | |

AOC-CVM-201
Rev. 10/95        Eviction Manager - Tsoft Software, Inc.                    (Over)

# INSTRUCTIONS TO PLAINTIFF OR DEFENDANT

1. The PLAINTIFF must file a small claim action in the county where at least one of the defendants resides.

2. The PLAINTIFF cannot sue in small claims court for more than $3,000.00 excluding interest and costs.

3. The PLAINTIFF must show the complete name and address of the defendant to ensure service on the defendant. If there are two defendants and they reside at different addresses, the plaintiff must include both addresses. The plaintiff must determine if the defendant is a corporation and sue in the complete corporate name. If the business is not a corporation, the plaintiff must determine the owner's name and sue the owner.

4. The PLAINTIFF may serve the defendant(s) by mailing a copy of the summons and complaint by registered or certified mail, return receipt requested, addressed to the party to be served or by paying the costs to have the sheriff serve the summons and complaint. If certified or registered mail is used, the plaintiff must prepare and file a sworn statement with the Clerk of Superior Court proving service by certified mail and must attach to that statement the postal receipt showing that the letter was accepted.

5. In filling out number 3 in the complaint, if the landlord is seeking to remove the tenant for failure to pay rent when there is no written lease, the first block should be checked. (Defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the ten (10) day grace period before filing the complaint.) If the landlord is seeking to remove the tenant for failure to pay rent when there is a written lease with an automatic forfeiture clause, the third block should be checked. (The defendant breached the condition of the lease described below for which re-entry is specified.) And "failure to pay rent" should be placed in the space for description of the breach. If the landlord is seeking to evict tenant for violating some other condition in the lease, the third block should also be checked. If the landlord is claiming that the term of the lease has ended and the tenant refuses to leave, the second block should be checked. If the landlord is claiming that criminal activity occurred, the fourth block should be checked and the conduct must be described in space provided.

6. The PLAINTIFF must pay advance court costs at the time of filing this Complaint. In the event that judgment is rendered in favor of the plaintiff, court costs may be charged against the defendant.

7. The PLAINTIFF must appear before the magistrate to prove his/her claim.

8. The DEFENDANT may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court. This answer should be accompanied by a copy for the plaintiff and be filed no later than the time set for trial. The filing of the answer DOES NOT relieve the defendant of the need to appear before the magistrate to assert the defendant's defense.

9. The PLAINTIFF or the DEFENDANT may appeal the magistrate's decision in this case. To appeal, notice must be given in open court when the judgment is rendered, or notice may be given in writing to the Clerk of Superior Court within ten (10) days after the judgment is rendered. If notice is given in writing, the appealing party must also serve written notice of appeal on all other parties. The appealing party must PAY to the Clerk of Superior Court the costs of court for appeal within twenty (20) days after the judgment is rendered.

10. This form is supplied in order to expedite the handling of small claims. It is designed to cover the most common claims.

11. **The Clerk or magistrate cannot advise you about your case or assist you in completing this form. If you have any questions, you should consult an attorney.**

AOC-CVM-201, Side Two, Rev. 1/98
© 1998 Administrative Office of the Courts



PC - 004436

# STATE OF NORTH CAROLINA

Mecklenburg _____ County

File No.
_DI Cum_

In The General Court Of Justice
District Court Division-Small Claims

| Plaintiff | MAGISTRATE SUMMONS |
|---|---|
| Goode Development<br>Castlewood Apartments | ☐ **Alias and Pluries Summons.** The Summons originally issued against you was returned not served. *(Disregard this section unless the block is checked.)* |
| **VERSUS** | G.S. 7A-217,232; 1A-1, Rule 4 |
| Defendant(s)<br>Shonda Nero | Date Last Summons Issued |

**TO:**

Name And Address Of First Defendant

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

**TO:**

Name And Address Of Second Defendant

---

### A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court 100 E. Trade St Room 101 | Date Of Trial 7-23-01 | Time Of Trial 11:00 ☒ AM ☐ PM |
|---|---|---|
| Name And Address Of Plaintiff Or Plaintiff's Attorney<br><br>Castlewood Apartments<br>6417-01 Monroe Road<br>Charlotte, NC 28212 | Date Issued 7-11-01<br>Signature _Joanne J. Prour_<br>☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court |

AIR

PC - 004437

AOC-CVM-100
Rev. 6/87    Eviction Manager - Tsoft Software, Inc.        (Over)

Case 3:12-cv-00327-MOC    Document 78-3  Filed 12/22/14    Page 73 of 100
Bates No. 14720

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)

☐ Other manner of service: (specify).

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)

☐ Other manner of service: (specify).

☐ Defendant WAS NOT served for the following reason:

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

☐ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|

Address Of Premises Where Posted

| Service Fee | Date Received | Name Of Sheriff |
|---|---|---|
| $ | | |
| By | Date Of Return | County |
| | | Deputy Sheriff Making Return |

AOC-CVM-100, Rev. 3/98
© 1998 Administrative Office of the Courts

PC - 004438

Bates No. 14721

# STATE OF NORTH CAROLINA

File No. 01 CVM 21080

Mecklenburg County

In The General Court Of Justice
District Court Division-Small Claims

**Plaintiff**

Goode Development
Castlewood Apartments

**VERSUS**

**Defendant(s)**

Shonda Nero

## MAGISTRATE SUMMONS

☐ **Alias and Pluries Summons.** The Summons originally
issued against you was returned not served.
*(Disregard this section unless the block is checked.)*

G.S. 7A-217,232; 1A-1, Rule 4

Date Last Summons Issued

**TO:**

*Name And Address Of First Defendant*

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

**TO:**

*Name And Address Of Second Defendant*

### A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial
listed below. You will have the opportunity at the trial to defend yourself against the claim stated
in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of
Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff
must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a
judgment against you.

| Location Of Court 700 E. Trade St Room 101 | Date Of Trial 7-23-01 | Time Of Trial 11:00 ☑ AM ☐ PM |
|---|---|---|

*Name And Address Of Plaintiff Or Plaintiff's Attorney*

Castlewood Apartments
6417-01 Monroe Road
Charlotte, NC 28212

Date Issued 7-11-01

Signature

☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

AIA 1 h 1 000

PC - 004439

AOC-CVM-100
Rev. 6/87    Eviction Manager - Tsoft Software, Inc.    (Over)

Bates No. 14722

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|
| | SHONDA NERO |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)*

☐ Other manner of service: *(specify)*.

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)*

☐ Other manner of service: *(specify)*.

☐ Defendant WAS NOT served for the following reason:

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

☒ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served 7·18·01 | Name(s) Of The Defendant(s) Served By Posting SHONDA NERO |
|---|---|

Address Of Premises Where Posted
6975 MONROE RD 2

| Service Fee $ | Date Received 7·17·01 | Name Of Sheriff Jim Pendergrass |
|---|---|---|
| By | Date Of Return 7·18·01 9:00 | County MECK |
| | | Deputy Sheriff Making Return A E COBB #1144 |

AOC-CVM-100, Rev. 3/98
© 1998 Administrative Office of the Courts

PC #004440

Case 3:12-cv-00327-MOC Document 78-3724 Filed 12/22/14 Page 77 of 100

2001-272-179

**File No.**
01CVM24934

**Film No.**

**Judgment Docket Book And Page No.**

## JUDGMENT IN ACTION FOR SUMMARY EJECTMENT

G.S. 7A-210(2), 7A-224; 42-30

**Name And Address Of Plaintiff**

Goode Development
Castlewood Apartments
6417-1 Monroe Road
Charlotte, NC 28212

**Social Security No./Taxpayer ID No.**
56-1769609

| County | Telephone No. |
|---|---|
| Mecklenburg | (704)537-1958 |

**VERSUS**

**Name And Address Of Defendant 1**

Shonda Nero
6425-2 Monroe Road
Charlotte, NC 28212

| County | Telephone No. |
|---|---|
| ecklenburg | |

**Name And Address Of Defendant 2**

| County | Telephone No. |
|---|---|
| | |

**Name And Address Of Plaintiff's Attorney**

AOC-CVM-401 Rev. 10/98
©1998 Administrative Office of the Courts

---

## STATE OF NORTH CAROLINA

**Mecklenburg** County

In The General Court Of Justice
District Court Division-Small Claims

This action was tried before the undersigned on the cause stated in the complaint. The record shows that the defendant was given proper notice of the nature of the action and the date, time and location of trial.

### FINDINGS

The Court finds that:

1. ☒ a. the plaintiff has proved the case by the greater weight of the evidence.
   ☐ b. the plaintiff has failed to prove the case by the greater weight of the evidence.
2. the defendant(s) ☐ was ☒ was not present at trial.
3. ☒ a. there is no dispute as to the amount of rent in arrears, and the amount is $ 408.75
   ☐ b. there is an actual dispute as to the amount of rent in arrears. The defendant(s) claims the amount of rent in arrears is $ _____, and this amount is the undisputed amount of rent in arrears.
4. Other:

### ORDER

It is ORDERED that:

☒ 1. the defendant(s) be removed from and the plaintiff be put in possession of the premises described in the complaint.
☐ 2. this action be dismissed with prejudice.
☐ 3. this action be dismissed with prejudice because the defendant tendered the rent due and the court costs of this action.
☐ 4. the plaintiff recover rent of the defendant(s) at the rate listed below, plus damages in the amount indicated. The plaintiff is also entitled to interest on the total principal sum from this date until the judgment is paid.
☐ 5. Other: (specify)

☒ 6. Costs of this action are taxed to the ☒ plaintiff. ☐ defendant.

| Rate Of Rent | ☒ Mo. ☐ Wk. | Amt. Of Rent In Arrears (Owed To Date) |
|---|---|---|
| $ 675.00 per | | $ |
| Amount Of Other Damages | $ | |
| **TOTAL AMOUNT** ▶ | $ | |

☒ Judgment Announced And Signed In Open Court

| Date | Signature Of Magistrate |
|---|---|
| 8/27/01 | |

Name Of Party Announcing Appeal In Open Court

### CERTIFICATION

(NOTE: To be used when magistrate does not announce and sign this Judgment in open court at the conclusion of the trial.)
I certify that this Judgment has been served on each party named by depositing a copy in a post-paid properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal Service.

| Date | Signature Of Magistrate |
|---|---|
| | |

Case 3:12-cv-00327-MOC   Document 78-3725 Filed 12/22/14   Page 78 of 100

File No. 24/43x

## COMPLAINT
## IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232; Ch.42, Art.3 an

**Name And Address of Plaintiff**

Goode Development
Castlewood Apartments
6417-1 Monroe Road
Charlotte, NC 28212

**Social Security No./Taxpayer ID No.**
ID# 56-1769609

| County | Telephone No. |
|---|---|
| Mecklenburg | 7045371958 |

**VERSUS**

**Name And Address of First Defendant**

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

| County | Telephone No. |
|---|---|
| Mecklenburg | |

**Name And Address of Second Defendant**

| County | Telephone No. |
|---|---|
| | |

**Name And Address Of Plaintiff's Attorney Or Agent**

PC
Castlewood Apartments
6417-01 Monroe Road
Charlotte, NC 28212

AOC-CVM-201
Rev. 10/95          Eviction Manager - Tsoft Software, Inc.

## STATE OF NORTH CAROLINA

Mecklenburg          County

In The General Court Of Justice
District Court Division-Small Claims

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

**Description of Premises (Include Location)**
Apartment 6425-02, 6425-02 Monroe Road, Charlotte, NC 28212

[x] Conventional
[ ] Public Housing
[ ] Section 8

| Rate of Rent | | Data Rent Due | Date Lease Ended | Type of Lease |
|---|---|---|---|---|
| $ 675.00 | [x] Month [ ] per Week | 8/1/01 | | [ ] Oral [x] Written |

3. [ ] The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing complaint.

[ ] The lease period ended on the above date and the defendant is holding over after the end of the lease period

[x] The defendant breached the condition of the lease described below for which re-entry is specified.

[ ] Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below

**Description of Breach/Criminal Activity (give names, dates, places and illegal activity)**
Failure to pay monthly rent

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.
5. The defendant owes the plaintiff for the following:

**Description of Any Property Damage**
$35.00

| Amount Of Damage | Amount Of Rent Past Due | Total Amount |
|---|---|---|
| $ 35.00 | $ 783.16 | $ 818.16 |

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgement plus interest and reimbursement for court costs.

| Date | Signature Of Plaintiff/Attorney/Agent |
|---|---|
| August 13, 2001 | Beth Peace |

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint

| Date | Signature |
|---|---|
| August 13, 2001 | Beth Peace |

(Over)

# STATE OF NORTH CAROLINA

Mecklenburg _____ County

**File No** 01-CVM 24934

In The General Court Of Justice
District Court Division-Small Claims

**Plaintiff**

Goode Development
Castlewood Apartments

**VERSUS**

# MAGISTRATE SUMMONS

☐ Alias and Pluries Summons. The Summons originally issued against you was returned not served.
*(Disregard this section unless the block is checked.)*

**Defendant(s)**

Shonda Nero

G.S. 7A-217,232; 1A-1, Rule 4

*Date Last Summons Issued*

| TO: | TO: |
|---|---|
| *Name And Address Of First Defendant* | *Name And Address Of Second Defendant* |
| Shonda Nero<br>6425-02 Monroe Road<br>Charlotte, NC 28212 | |

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court | Date Of Trial | Time Of Trial |
|---|---|---|
| *Name And Address Of Plaintiff Or Plaintiff Attorney*<br>Castlewood Apartments<br>6417-01 Monroe Road<br>Charlotte, NC 28212 | Date 8-27-01<br>Date Issued 7-01 | 10:00 ☐ AM ☐ PM |
| | Signature 8-14-01<br>☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

PC - 004443

AOC-CVM-100
Rev. 6/87    Eviction Manager - Tsoft Software, Inc.    (Over)

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)

☐ Other manner of service: (specify)

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)

☐ Other manner of service: (specify)

☐ Defendant WAS NOT served for the following reason:

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

☑ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| 5/17/11 @ 1831 | SHUNDA NEILO |

Address Of Premises Where Posted
6425 MUNILVE RD 2

| Service Fee | Date Received | Name Of Sheriff |
|---|---|---|
| $ | 8/16/11 | JIM PENDERGRAPH |
| By | Date Of Return 5/17/11 | County MECKLENBURG |
| | | Deputy Sheriff Making Return A. GYORE .8615 |

AOC-CVM-100, Rev. 3/98
© 1998 Administrative Office of the Courts

PC - 004474

Case 3:12-cv-00327-MOC   Document 78-3728   Filed 12/22/14   Page 81 of 100

File No.
**01CVM24934**

2001-272-179

Film No.

Judgment Docket Book And Page No.

## STATE OF NORTH CAROLINA

**Mecklenburg** County

In The General Court Of Justice
District Court Division-Small Claims

This action was tried before the undersigned on the cause stated in the complaint. The record shows that the defendant was given proper notice of the nature of the action and the date, time and location of trial.

### FINDINGS

The Court finds that:

1. ☒ a. the plaintiff has proved the case by the greater weight of the evidence.
   ☐ b. the plaintiff has failed to prove the case by the greater weight of the evidence.
2. the defendant(s) ☐ was ☒ was not present at trial.
3. ☒ a. there is no dispute as to the amount of rent in arrears, and the amount is $ **408.75**
   ☐ b. there is an actual dispute as to the amount of rent in arrears. The defendant(s) claims the amount of rent in arrears is $ _____, and this amount is the undisputed amount of rent in arrears.
4. Other:

## JUDGMENT
## IN ACTION FOR
## SUMMARY EJECTMENT

G.S. 7A-210(2), 7A-224; 42-30

Name And Address Of Plaintiff

Goode Development
Castlewood Apartments
6417-1 Monroe Road
Charlotte, NC 28212

Social Security No./Taxpayer ID No.
56-1769609

| County | Telephone No. |
|---|---|
| Mecklenburg | (704)537-1958 |

### VERSUS

Name And Address Of Defendant 1

Shonda Nero
6425-2 Monroe Road
Charlotte, NC 28212

| County | Telephone No. |
|---|---|
| Mecklenburg | |

Name And Address Of Defendant 2

### ORDER

It is ORDERED that:

☒ 1. the defendant(s) be removed from and the plaintiff be put in possession of the premises described in the complaint.
☐ 2. this action be dismissed with prejudice.
☐ 3. this action be dismissed with prejudice because the defendant tendered the rent due and the court costs of this action.
☐ 4. the plaintiff recover rent of the defendant(s) at the rate listed below, plus damages in the amount indicated. The plaintiff is also entitled to interest on the total principal sum from this date until the judgment is paid.
☐ 5. Other: (specify)

☒ 6. Costs of this action are taxed to the ☒ plaintiff. ☐ defendant.

| Rate Of Rent | ☒ Mo. ☐ Wk. | Amt Of Rent In Arrears (Owed To Date) |
|---|---|---|
| $675.00 per | | $ |

☒ Judgment Announced And Signed In Open Court

| Amount Of Other Damages | $ |
|---|---|

| Date | Signature Of Magistrate |
|---|---|
| 8/27/01 | [signature] |

| County | Telephone No. |
|---|---|
| | |

Name And Address Of Plaintiff's Attorney

| TOTAL AMOUNT ▶ | $ |
|---|---|

Name Of Party Announcing Appeal In Open Court

### CERTIFICATION

(NOTE: To be used when magistrate does not announce and sign this Judgment in open court at the conclusion of the trial.)
I certify that this Judgment has been served on each party named by depositing a copy in a post-paid properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal Service.

| Date | Signature Of Magistrate |
|---|---|
| | |

AOC-CVM-401 Rev. 10/98
©1998 Administrative Office of the Courts

PC 004441

Case 3:12-cv-00327-MOC   Document 78-87 Filed 12/22/14   Page 82 of 100

| File No. | |
|---|---|

24434

## COMPLAINT
## IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232, Ch.42, Art.3 an

**Name And Address of Plaintiff**

Goode Development
Castlewood Apartments
6417-1 Monroe Road
Charlotte, NC 28212

**Social Security No./Taxpayer ID No.**

ID# 56-1769609

| County | Telephone No. |
|---|---|
| Mecklenburg | 7045371958 |

## VERSUS

**Name And Address of First Defendant**

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

| County | Telephone No. |
|---|---|
| Mecklenburg | |

**Name And Address of Second Defendant**

| County | Telephone No. |
|---|---|
| | |

**Name And Address Of Plaintiff's Attorney Or Agent**

PC
Castlewood Apartments
6417-01 Monroe Road
Charlotte. NC 28212

AOC-CVM-201
Rev. 10/95          Eviction Manager - Tsoft Software, Inc.          (Over)

---

## STATE OF NORTH CAROLINA

Mecklenburg          County

In The General Court Of Justice
District Court Division-Small Claims

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

**Description of Premises (Include Location)**
Apartment 6425-02, 6425-02 Monroe Road, Charlotte, NC 28212

[x] Conventional
[ ] Public Housing
[ ] Section 8

| Rate of Rent | | Data Rent Due | Date Lease Ended | Type of Lease |
|---|---|---|---|---|
| $ 675.00 | [x] Month per [ ] Week | 8/1/01 | | [ ] Oral [x] Written |

3. [ ] The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing complaint.

[ ] The lease period ended on the above date and the defendant is holding over after the end of the lease period

[x] The defendant breached the condition of the lease described below for which re-entry is specified.

[ ] Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below

**Description of Breach/Criminal Activity (give names, dates, places and illegal activity)**
Failure to pay monthly rent

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.
5. The defendant owes the plaintiff for the following:

**Description of Any Property Damage**
$35.00

| Amount Of Damage | Amount Of Rent Past Due | Total Amount |
|---|---|---|
| $ 35.00 | $ 783.16 | $ 818.16 |

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgement plus interest and reimbursement for court costs.

| Date | Signature Of Plaintiff/Attorney/Agent |
|---|---|
| August 13, 2001 | |

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint

| Date | Signature |
|---|---|
| August 13, 2001 | |

# STATE OF NORTH CAROLINA

Mecklenburg _____ County

**File No** 01-CVM 24934

MECKT

General Court Of Justice
District Court Division-Small Claims

**Plaintiff**

Goode Development
Castlewood Apartments

AT _____ OCLOCK
CLERK OF SUPERIOR COURT
AUG 20 2001

## MAGISTRATE SUMMONS

**VERSUS**

Alias and Pluries Summons. The Summons originally
issued against you was returned not served.
*(Disregard this section unless the block is checked.)*

**Defendant(s)**

Shonda Nero

G.S. 7A-217,232; 1A-1, Rule 4

*Date Last Summons Issued*

## TO:

*Name And Address Of First Defendant*

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

## TO:

*Name And Address Of Second Defendant*

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial
listed below. You will have the opportunity at the trial to defend yourself against the claim stated
in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of
Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff
must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a
judgment against you.

**Location Of Court**

*Name And Address Of Plaintiff Or Plaintiff's Attorney* / 01

Castlewood Apartments
6417-01 Monroe Road
Charlotte, NC 28212

**Date Of Trial** 8-27-01

**Time Of Trial** 10:00 ☐ AM ☒ PM

**Date Issued** 7-01

**Signature** 8-14-01

*Lucinda B Herbert*

☐ Deputy CSC ☒ Assistant CSC ☐ Clerk Of Superior Court

b ħ ħ 0 0 0

AOC-CVM-100
Rev. 6/87    Eviction Manager - Tsoft Software, Inc.    (Over)

PC - 004443

Case 3:12-cv-00327-MOC    Document 78-3    Filed 12/22/14    Page 83 of 100
Bates No. 14730

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)*

☐ Other manner of service: *(specify)*

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)*

☐ Other manner of service: *(specify)*

☐ Defendant WAS NOT served for the following reason:

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

☑ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | | Name(s) Of The Defendant(s) Served By Posting |
|---|---|---|
| 5/17/11 @ 1831 | | SHUNDA NEILO |

| Address Of Premises Where Posted | | |
|---|---|---|
| 6415 MUNILLE RD 2 | | |

| Service Fee $ | Date Received 8/16/11 | Name Of Sheriff **JIM PENDERGRAPH** **MECKLENBURG** |
|---|---|---|
| By | Date Of Return 5/17/11 | County |
| | | Deputy Sheriff Making Return A. GTORE .8615 |

AOC-CVM-100, Rev. 3/98
© 1998 Administrative Office of the Courts

PC - 004474

Case 3:12-cv-00327-MOC Document 78-8732 Filed 12/22/14 Page 85 of 100

2001-298-282

**File No** OCUM 28133

**STATE OF NORTH CAROLINA**

In The General Court Of Justice

Mecklerburg County

District Court Division-Small Claims

**Firm No**

**Judgment Docket Book And Page No**

This action was tried before the undersigned on the cause stated in the complaint. The record shows that the defendant was given proper notice of the nature of the action and the date, time and location of trial.

**FINDINGS**

## JUDGMENT IN ACTION FOR SUMMARY EJECTMENT

G.S. 7A 210(2), 7A-224, 42-30

The Court finds that:

1. [X] a. the plaintiff has proved the case by the greater weight of the evidence.
   [ ] b. the plaintiff has failed to prove the case by the greater weight of the evidence.
2. the defendant(s) [ ] was [X] was not present at trial.
3. [X] a. there is no dispute as to the amount of rent in arrears, and the amount is $ 472.50
   [ ] b. there is an actual dispute as to the amount of rent in arrears. The defendant(s) claims the amount of rent in arrears is $ _____, and this amount is the undisputed amount of rent in arrears.
4. Other:

**Name And Address Of Plaintiff**

Goode Development
Castlewood Apartments
6417-1 Monroe Road
Charlotte, NC 28212

**ORDER**

It is ORDERED that:

[X] 1. the defendant(s) be removed from and the plaintiff be put in possession of the premises described in the complaint.

**Social Security No. Taxpayer ID No.**
56-1769609

[ ] 2. this action be dismissed with prejudice.

[ ] 3. this action be dismissed with prejudice because the defendant tendered the rent due and the court costs of this action.

**County** Mecklenburg **Telephone No.** (704)537-1958

[ ] 4. the plaintiff recover rent of the defendant(s) at the rate listed below, plus damages in the amount indicated. The plaintiff is also entitled to interest on the total principal sum from this date until the judgment is paid.

**VERSUS**

**Name And Address Of Defendant 1**

Brenda Nero
6435-2 Monroe Road
Charlotte, NC 28212

[ ] 5. Other: (specify)

**County** Mecklenburg **Telephone No.**

[X] 6. Costs of this action are taxed to the [X] plaintiff. [ ] defendant.

**Name And Address Of Defendant 2**

| Rate Of Rent | | Amt Of rent in Arrears (Owed To Date) |
|---|---|---|
| $675.00 per [X] Mo. [ ] Wk | | $ |

[X] Judgment Announced And Signed In Open Court

Amount Of Other Damages $

**Date** 9-21-01 **Signature Of Magistrate** Lindy Wheeler

**TOTAL AMOUNT** ▶ $

**Name Of Party Announcing Appeal In Open Court**

**County** **Telephone No.**

**Name And Address Of Plaintiff's Attorney**

**CERTIFICATION**

(NOTE: To be used when magistrate does not announce and sign this Judgment in open court at the conclusion of the trial.)
I certify that this Judgment has been served on each party named by depositing a copy in a post-paid properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal Service.

**Date** **Signature Of Magistrate**

AOC-CVM-401 Rev. 10/98
©1998 Administrative Office of the Courts

Case 3:12-cv-00327-MOC   Document 78-8733   Filed 12/22/14   Page 86 of 100

**File No** 28133

## COMPLAINT
## IN SUMMARY EJECTMENT

G S 7A-216, 7A-232; Ch.42, Art.3 ar

### STATE OF NORTH CAROLINA

Mecklenburg _____ County

In The General Court Of Justice
District Court Division-Small Claims

| Name And Address of Plantiff | |
|---|---|
| Goode Development<br>Castlewood Apartments<br>6417-1 Monroe Road<br>Charlotte, NC 28212 | |

| Social Security No./Taxpayer ID No | |
|---|---|
| ID# 56-1769609 | |

| County | Telephone No |
|---|---|
| Mecklenburg | 7045371958 |

### VERSUS

| Name And Address of First Defendant | |
|---|---|
| Shonda Nero<br>6425-02  Monroe Road<br>Charlotte, NC 28212 | |

| County | Telephone No |
|---|---|
| Mecklenburg | |

| Name And Address of Second Defendant | |
|---|---|
| | |

| County | Telephone No |
|---|---|
| | |

| Name And Address Of Plaintiff's Attorney Or Agen | |
|---|---|
| Castlewood Apartments<br>6417-01 Monroe Road<br>Charlotte, NC 28212 | |

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

| Description of Premises (Include Location) | Type |
|---|---|
| Apartment 6425-02, 6425-02  Monroe Road, Charlotte, NC  28212 | [x] Conventional<br>[ ] Public Housing<br>[ ] Section 8 |

| Rate of Rent | | Date Rent Due | Date Lease Ended | Type of Lease |
|---|---|---|---|---|
| $ 675.00  per [x] Month [ ] Week | | 9-1-01 | | [ ] Oral  [x] Written |

3. [ ] The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing complaint.

[ ] The lease period ended on the above date and the defendant is holding over after the end of the lease period

[x] The defendant breached the condition of the lease described below for which re-entry is specified.

[ ] Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below

Description of Breach/Criminal Activity (give names, dates, places and illegal activ)
Failure to pay monthly rent

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

5. The defendant owes the plaintiff for the following:

Description of Any Property Damage
Late fee $33.75

| Amount Of Damage | Amount Of Rent Past Due | Total Amount |
|---|---|---|
| $  33.75 | $  675.00 | $  708.75 |

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgement plus interest and reimbursement for court costs.

| Date | Signature Of Plaintiff/Attorney/Agent |
|---|---|
| September 12, 2001 | |

### CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint

| Date | Signature |
|---|---|
| September 12, 2001 | |

AOC-CVM-201
Rev. 10/95          Eviction Manager - Tsoft Software, Inc.          (Over)

# STATE OF NORTH CAROLINA

File No. 01 cvm

Mecklenburg _____ County

In The General Court Of Justice
District Court Division-Small Claims

**Plaintiff**

Goode Development
Castlewood Apartments

### VERSUS

**Defendant(s)**

Shonda Nero

## MAGISTRATE SUMMONS

☐ **Alias and Pluries Summons.** The Summons originally
issued against you was returned not served.
*(Disregard this section unless the block is checked.)*

G.S. 7A-217,232; 1A-1, Rule 4

*Date Last Summons Issued*

**TO:**

*Name And Address Of First Defendant*

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

**TO:**

*Name And Address Of Second Defendant*

### A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial
listed below. You will have the opportunity at the trial to defend yourself against the claim stated
in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of
Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff
must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a
judgment against you.

| Location Of Court 700 E. TRADE ST. Room 101 | Date Of Trial 21-01 | Time Of Trial 9:00 ☒ AM ☐ PM |
|---|---|---|
| *Name And Address Of Plaintiff Or Plaintiff's Attorney* | *Date Issued* 9-12-01 | |
| Castlewood Apartments 6417-01 Monroe Road Charlotte, NC 28212 | *Signature* Juwanda B Rutledge | |
| | ☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

A/A

AOC-CVM-100
Rev. 6/87     Eviction Manager - Tsoft Software, Inc.     (Over)     PC - 004447

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name of Defendant |
| --- | --- |
| | Shonda Nero |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And address Of Person With Whom Copies Left (If corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Name of Defendant |
| --- | --- |
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And address Of Person With Whom Copies Left (If corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

## FOR USE IN SUMMARY EJECTION CASES ONLY

☐ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
| --- | --- |
| | |

Address Of Premises Where Posted

| Service Fee Paid | Date Received | Name of Sheriff |
| --- | --- | --- |
| $ | | |
| By | Date of Return | County |
| | | Deputy Sheriff Making Return |

AOC-CVM-100, Side Two
Rev. 6/87      Eviction Manager - Tsoft Software, Inc.

PC - 004448

Bates No. 14735

# STATE OF NORTH CAROLINA

Mecklenburg _____ County

File No. CVM 28193

In The General Court Of Justice
District Court Division-Small Claims

| Plaintiff | |
|---|---|
| Goode Development Castlewood Apartments | **MAGISTRATE SUMMONS** |

## VERSUS

☐ **Alias and Pluries Summons.** The Summons originally issued against you was returned not served.
(Disregard this section unless the block is checked.)

G.S. 7A-217,232; 1A-1, Rule 4

Defendant(s)

Shonda Nero

Date Last Summons Issued

**TO:**

Name And Address Of First Defendant

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

**TO:**

Name And Address Of Second Defendant

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

Location Of Court 700 E. TRADE ST. Room 101

Date Of Trial 21-01   Time Of Trial 9:00 ☒ AM ☐ PM

Name And Address Of Plaintiff Or Plaintiff's Attorney

Castlewood Apartments
6417-01 Monroe Road
Charlotte, NC 28212

Date Issued 9-12-01

Signature _____

☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court

A/A
O

AOC-CVM-100
Rev. 6/87   Eviction Manager - Tsoft Software, Inc.   (Over)

PC - 004449

COPY MAILED

MECKLENBURG COUNTY OFFICE

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| Date Served | Name of Defendant |
|---|---|
| | Shonda Nero |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| Date Served | Name of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And address Of Person With Whom Copies Left (If corporation, give title of person copies left with)*

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

## FOR USE IN SUMMARY EJECTION CASES ONLY

☑ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| 9/15/2001 @ 0622 | Shonda Nero |

**Address Of Premises Where Posted**
6425 Monroe Rd. 02

| Service Fee Paid | Date Received | Name of Sheriff |
|---|---|---|
| $ | 9/13/01 | |
| By | Date of Return 9/15/01 | County **JIM PENDERGRAPH MECKLENBURG** |

Deputy Sheriff Making Return 315
A. Gore

AOC-CVM-100, Side Two
Rev 6/87        Eviction Manager - Tsoft Software, Inc.

PC - 004450



Case 3:12-cv-00327-MOC Document 78-8738 Filed 12/22/14 Page 91 of 100

2001-298-282

| | |
|---|---|
| *File No* ORCUM 28133 | |
| *Firm No* | |
| *Judgment Docket Book And Page No* | |

## STATE OF NORTH CAROLINA

Mecklerburg ........ County

**In The General Court Of Justice**
District Court Division-Small Claims

This action was tried before the undersigned on the cause stated in the complaint. The record shows that the defendant was given proper notice of the nature of the action and the date, time and location of trial.

### FINDINGS

The Court finds that:

1. ☒ a. the plaintiff has proved the case by the greater weight of the evidence.
   ☐ b. the plaintiff has failed to prove the case by the greater weight of the evidence.
2. the defendant(s) ☐ was ☒ was not present at trial.
3. ☒ a. there is no dispute as to the amount of rent in arrears, and the amount is $ 472.50 .
   ☐ b. there is an actual dispute as to the amount of rent in arrears. The defendant(s) claims the amount of rent in arrears is $ _____ , and this amount is the undisputed amount of rent in arrears.
4. Other:

## JUDGMENT IN ACTION FOR SUMMARY EJECTMENT

G.S. 7A-210(2), 7A-224, 42-30

*Name And Address Of Plaintiff*

Goode Development
Castlewood Apartments
6417-1 Monroe Road
Charlotte, NC 28212

*Social Security No. Taxpayer ID No.*
56-1769609

| *County* | *Telephone No.* |
|---|---|
| Mecklenburg | (704)537-1958 |

### VERSUS

*Name And Address Of Defendant 1*

Brinda Nero
6435-2 Monroe Road
Charlotte, NC 28212

| *County* | *Telephone No.* |
|---|---|
| Mecklenburg | |

*Name And Address Of Defendant 2*

| *County* | *Telephone No.* |
|---|---|

*Name And Address Of Plaintiff's Attorney*

### ORDER

It is ORDERED that:

☒ 1. the defendant(s) be removed from and the plaintiff be put in possession of the premises described in the complaint.
☐ 2. this action be dismissed with prejudice.
☐ 3. this action be dismissed with prejudice because the defendant tendered the rent due and the court costs of this action.
☐ 4. the plaintiff recover rent of the defendant(s) at the rate listed below, plus damages in the amount indicated. The plaintiff is also entitled to interest on the total principal sum from this date until the judgment is paid.
☐ 5. Other: *(specify)*

☒ 6. Costs of this action are taxed to the ☒ plaintiff. ☐ defendant.

| Rate Of Rent | X Mo. | Amt Of Rent In Arrears (Owed To Date) |
|---|---|---|
| $675.00 per | Wk | $ |

Amount Of Other Damages $

**TOTAL AMOUNT** ▶ $

☒ Judgment Announced And Signed In Open Court

| *Date* | *Signature Of Magistrate* |
|---|---|
| 9-21-01 | Judy Wexler |

*Name Of Party Announcing Appeal In Open Court*

### CERTIFICATION

(NOTE: *To be used when magistrate does not announce and sign this Judgment in open court at the conclusion of the trial.*)
I certify that this Judgment has been served on each party named by depositing a copy in a post-paid properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal Service.

| *Date* | *Signature Of Magistrate* |
|---|---|

AOC-CVM-401 Rev. 10/98
©1998 Administrative Office of the Courts

Case 3:12-cv-00327-MOC   Document 78-8   Filed 12/22/14   Page 92 of 100

| File No | STATE OF NORTH CAROLINA | In The General Court Of Justice |
|---|---|---|
| 28133 | | District Court Division-Small Claims |

**COMPLAINT**

**IN SUMMARY EJECTMENT**

G.S. 7A-216, 7A-232; Ch.42, Art.3 ar

Mecklenburg County

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

| Name And Address of Plantiff | Description of Premises (Include Location) | |
|---|---|---|
| Goode Development<br>Castlewood Apartments<br>6417-1 Monroe Road<br>Charlotte, NC 28212 | Apartment 6425-02, 6425-02 Monroe Road, Charlotte, NC 28212 | [x] Conventional<br>[ ] Public Housing<br>[ ] Section 8 |

| Rate of Rent | | Date Rent Due | Date Lease Ended | Type of Lease |
|---|---|---|---|---|
| $ 675.00 per | [x] Month<br>[ ] Week | 9-1-01 | | [ ] Oral [x] Written |

| Social Security No./Taxpayer ID No |
|---|
| ID# 56-1769609 |

3. [ ] The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing complaint.

[ ] The lease period ended on the above date and the defendant is holding over after the end of the lease period

| County | Telephone No |
|---|---|
| Mecklenburg | 7045371958 |

[x] The defendant breached the condition of the lease described below for which re-entry is specified.

**VERSUS**

[ ] Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below

| Name And Address of First Defendant |
|---|
| Shonda Nero<br>6425-02 Monroe Road<br>Charlotte, NC 28212 |

Description of Breach/Criminal Activity (give names, dates, places and illegal activ
Failure to pay monthly rent

| County | Telephone No |
|---|---|
| Mecklenburg | |

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

5. The defendant owes the plaintiff for the following:

| Name And Address of Second Defendant |
|---|

Description of Any Property Damage
Late fee $33.75

| Amount Of Damage | Amount Of Rent Past Due | Total Amount |
|---|---|---|
| $ 33.75 | $ 675.00 | $ 708.75 |

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgement plus interest and reimbursement for court costs.

| County | Telephone No | Date | Signature Of Plaintiff/Attorney/Agent |
|---|---|---|---|
| | | September 12, 2001 | |

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

Name And Address Of Plaintiff's Attorney Or Agen

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint

| Castlewood Apartments<br>6417-01 Monroe Road<br>Charlotte, NC 28212 | Date<br>September 12, 2001 | Signature |
|---|---|---|

AOC-CVM-201
Rev. 10/95          Eviction Manager - Tsoft Software, Inc.          (Over)

# STATE OF NORTH CAROLINA

Mecklenburg _____ County

File No. *8rcvm*

In The General Court Of Justice
District Court Division-Small Claims

Plaintiff

Goode Development
Castlewood Apartments

### VERSUS

Defendant(s)

Shonda Nero

## MAGISTRATE SUMMONS

☐ **Alias and Pluries Summons.** The Summons originally issued against you was returned not served.
*(Disregard this section unless the block is checked.)*

G.S. 7A-217,232; 1A-1, Rule 4

Date Last Summons Issued

| TO: | TO: |
|---|---|
| Name And Address Of First Defendant | Name And Address Of Second Defendant |
| Shonda Nero<br>6425-02 Monroe Road<br>Charlotte, NC 28212 | |

### A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

Location Of Court *700 E. TRADE ST. Room 101*

Date Of Trial *1-01*

Time Of Trial *9:00* ☒ AM ☐ PM

Name And Address Of Plaintiff Or Plaintiff's Attorney

Castlewood Apartments
6417-01 Monroe Road
Charlotte, NC 28212

Date Issued *9-12-01*

Signature *[signature]*

☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

*A/A*

AOC-CVM-100
Rev. 6/87     Eviction Manager - Tsoft Software, Inc.     (Over)     PC - 004447

Case 3:12-cv-00327-MOC     Document 78-3740 Filed 12/22/14     Page 93 of 100
Bates No. 14740

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name of Defendant |
|---|---|
| | Shonda Nero |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And address Of Person With Whom Copies Left (If corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Name of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And address Of Person With Whom Copies Left (If corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

## FOR USE IN SUMMARY EJECTION CASES ONLY

☐ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| | |

Address Of Premises Where Posted

| Service Fee Paid | Date Received | Name of Sheriff |
|---|---|---|
| $ | | |
| By | Date of Return | County |
| | | Deputy Sheriff Making Return |

AOC-CVM-100, Side Two
Rev 6/87          Eviction Manager - Tsoft Software, Inc.

PC - 004448

# STATE OF NORTH CAROLINA

Mecklenburg _____ County

File No. **cvm 28133**

In The General Court Of Justice
District Court Division-Small Claims

**Plaintiff**

Goode Development
Castlewood Apartments

### VERSUS

**Defendant(s)**

Shonda Nero

## MAGISTRATE SUMMONS

☐ **Alias and Pluries Summons.** The Summons originally issued against you was returned not served.
(Disregard this section unless the block is checked.)

G.S. 7A-217,232; 1A-1, Rule 4

Date Last Summons Issued

**TO:**

Name And Address Of First Defendant

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

**TO:**

Name And Address Of Second Defendant

---

### A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

Location Of Court **TRADE ST. Room 101**

Name And Address Of Plaintiff Or Plaintiff's Attorney

Castlewood Apartments
6417-01 Monroe Road
Charlotte, NC 28212

Date Of Trial **1-01**    Time Of Trial **9:00**  ☐ AM ☐ PM

Date Issued **9-12-01**

Signature _____

☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court

A/A

AOC-CVM-100
Rev. 6/87    Eviction Manager - Tsoft Software, Inc.    (Over)    PC - 004449

Case 3:12-cv-00327-MOC    Document 78-3    Filed 12/22/14    Page 95 of 100

Bates No. 14742

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name of Defendant |
|---|---|
|  | Shonda Nero |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Name of Defendant |
|---|---|
|  |  |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And address Of Person With Whom Copies Left (If corporation, give title of person copies left with)*

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

### FOR USE IN SUMMARY EJECTION CASES ONLY

☑ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| 9/15/2001 @ 0622 | Shonda Nero |

Address Of Premises Where Posted
6425 Monroe Rd. 02

| Service Fee Paid | Date Received | Name of Sheriff |
|---|---|---|
| $ | 9/13/01 | |
| By | Date of Return 9/15/01 | County |

JIM PENDERGRAPH
MECKLENBURG

Deputy Sheriff Making Return
A. Gore     1315

AOC-CVM-100, Side Two
Rev 6/87     Eviction Manager - Tsoft Software, Inc.

PC - 004450



2001-328-172

Case 3:12-cv-00327-MOC  Document 78-3744 Filed 12/22/14  Page 97 of 100

| File No. | |
|---|---|
| ORUM 31395 | |

Film No.

Judgment Docket Book And Page No

## JUDGMENT
## IN ACTION FOR
## SUMMARY EJECTMENT

G.S. 7A-210(2), 7A-224; 42-30

**Name And Address Of Plaintiff**

Goode Development
Castlewood Apartments
6417-1 Monroe Road
Charlotte, NC 28212

| Social Security No./Taxpayer ID No. | |
|---|---|
| 56-1769609 | |

| County | Telephone No. |
|---|---|
| Mecklenburg | (704)537-1958 |

### VERSUS

**Name And Address Of Defendant 1**

Shonda Nero
10425-2 Monroe Road
Charlotte, NC 28212

| County | Telephone No. |
|---|---|
| Mecklenburg | |

**Name And Address Of Defendant 2**

| County | Telephone No. |
|---|---|

**Name And Address Of Plaintiff's Attorney**

---

## STATE OF NORTH CAROLINA

Mecklenburg _____ County

In The General Court Of Justice
District Court Division-Small Claims

This action was tried before the undersigned on the cause stated in the complaint. The record shows that the defendant was given proper notice of the nature of the action and the date, time and location of trial.

### FINDINGS

The Court finds that:

1. ☒ a. the plaintiff has proved the case by the greater weight of the evidence.
   ☐ b. the plaintiff has failed to prove the case by the greater weight of the evidence.
2. the defendant(s) ☐ was ☒ was not present at trial.
3. ☐ a. there is no dispute as to the amount of rent in arrears, and the amount is $478.94
   ☐ b. there is an actual dispute as to the amount of rent in arrears. The defendant(s) claims the amount of rent in arrears is $ _____ , and this amount is the undisputed amount of rent in arrears.
4. Other:

### ORDER

It is ORDERED that:

☒ 1. the defendant(s) be removed from and the plaintiff be put in possession of the premises described in the complaint.
☐ 2. this action be dismissed with prejudice.
☐ 3. this action be dismissed with prejudice because the defendant tendered the rent due and the court costs of this action.
☐ 4. the plaintiff recover rent of the defendant(s) at the rate listed below, plus damages in the amount indicated. The plaintiff is also entitled to interest on the total principal sum from this date until the judgment is paid.
☐ 5. Other: (specify)

☐ 6. Costs of this action are taxed to the ☒ plaintiff. ☐ defendant.

| Rate Of Rent | Amt. Of Rent In Arrears (Owed To Date) |
|---|---|
| $1075.00 per ☒ Mo. ☐ Wk. | $ |
| Amount Of Other Damages $ | |
| **TOTAL AMOUNT** ▶ $ | |

☐ Judgment Announced And Signed In Open Court

| Date | Signature Of Magistrate |
|---|---|
| 10/22/01 | |

Name Of Party Announcing Appeal In Open Court

### CERTIFICATION

(NOTE: To be used when magistrate does not announce and sign this Judgment in open court at the conclusion of the trial.)
I certify that this Judgment has been served on each party named by depositing a copy in a post-paid properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal Service.

| Date | Signature Of Magistrate |
|---|---|

AOC-CVM-401, Rev. 10/98
© 1998 Administrative Office of the Courts

Case 3:12-cv-00327-MOC Document 78-3745 Filed 12/22/14 Page 98 of 100

## COMPLAINT FILED

## IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232; Ch.42, Art.3 ar

File No. 01 CVM 31398

2001 OCT 11 AM 9:28

### STATE OF NORTH CAROLINA

In The General Court Of Justice

Mecklenburg County

District Court Division-Small Claims

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

| Name And Address of Plaintiff | Description of Premises (Include Location) | |
|---|---|---|
| Goode Development<br>Castlewood Apartments<br>6417-1 Monroe Road<br>Charlotte, NC 28212 | Apartment 6425-02, 6425-02 Monroe Road, Charlotte, NC 28212 | [x] Conventional<br>[ ] Public Housing<br>[ ] Section 8 |

| Rate of Rent | Month | Date Rent Due | Date Lease Ended | Type of Lease |
|---|---|---|---|---|
| $ 675.00 per | [x] [ ] Week | 10-1-01 | | [ ] Oral [x] Written |

| Social Security No./Taxpayer ID No. |
|---|
| ID# 56-1769609 |

| County | Telephone No. |
|---|---|
| Mecklenburg | 7045371958 |

### VERSUS

| Name And Address of First Defendant |
|---|
| Shonda Nero<br>6425-02 Monroe Road<br>Charlotte, NC 28212 |

| County | Telephone No. |
|---|---|
| Mecklenburg | |

| Name And Address of Second Defendant |
|---|
| |

3. [ ] The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing complaint.

[ ] The lease period ended on the above date and the defendant is holding over after the end of the lease period

[x] The defendant breached the condition of the lease described below for which re-entry is specified.

[ ] Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below

Description of Breach/Criminal Activity (give names, dates, places and illegal activity)
Failure to pay monthly rent.

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

5. The defendant owes the plaintiff for the following:

Description of Any Property Damage
Late fee $33.75

| Amount Of Damage | Amount Of Rent Past Due | Total Amount |
|---|---|---|
| $ 33.75 | $ 1,225.00 | $ 1,258.75 |

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgement plus interest and reimbursement for court costs.

| Date | Signature Of Plaintiff/Attorney/Agent |
|---|---|
| October 10,2001 | |

| County | Telephone No. |
|---|---|
| | |

| Name And Address Of Plaintiff's Attorney Or Agent |
|---|
| Castlewood Apartments<br>6417-01 Monroe Road<br>Charlotte, NC 28212 |

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint

| Date | Signature |
|---|---|
| October 10,2001 | |

AOC-CVM-201
Rev. 10/95

Eviction Manager - Tsoft Software, Inc.

(Over)

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name of Defendant |
|---|---|
| | Shonda Nero |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And address Of Person With Whom Copies Left (If corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Name of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And address Of Person With Whom Copies Left (If corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

## FOR USE IN SUMMARY EJECTION CASES ONLY

☐ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | | Name(s) Of The Defendant(s) Served By Posting |
|---|---|---|
| Address Of Premises Where Posted | | |
| Service Fee Paid $ | Date Received | Name of Sheriff |
| By | Date of Return | County |
| | | Deputy Sheriff Making Return |

AOC-CVM-100, Side Two
Rev. 6/87      Eviction Manager - Tsoft Software, Inc.

PC - 004453

MECKLENBURG COUNTY CLERK OF COURT

# STATE OF NORTH CAROLINA

Mecklenburg _____ County

In The General Court Of Justice
District Court Division-Small Claims

**Plaintiff**

Goode Development
Castlewood Apartments

## VERSUS

**Defendant(s)**

Shonda Nero

## MAGISTRATE SUMMONS

☐ **Alias and Pluries Summons.** The Summons originally
issued against you was returned not served.
*(Disregard this section unless the block is checked.)*

G.S. 7A-217,232; 1A-1, Rule 4

*Date Last Summons Issued*

**TO:**

*Name And Address Of First Defendant*

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

**TO:**

*Name And Address Of Second Defendant*

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial
listed below. You will have the opportunity at the trial to defend yourself against the claim stated
in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of
Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff
must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a
judgment against you.

*Location Of Court* 700 E. TRADE ST. Room 101

*Name And Address Of Plaintiff Or Plaintiff's Attorney*

Castlewood Apartments
6417-01 Monroe Road
Charlotte, NC 28212

*Date Of Trial* 2-01   *Time Of Trial*  ☐ AM  ☐ PM

*Date Issued* 10-11-01

*Signature*

☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court

A/A

AOC-CVM-100
Rev. 6/87   Eviction Manager - Tsoft Software, Inc.   (Over)

PC - 004454

Case 3:12-cv-00327-MOC   Document 78-3   Filed 12/22/14   Page 100 of 100
Bates No. 14747