▶ Dy N CVM 31395

# STATE OF NORTH CAROLINA

Mecklenburg _____ County

In The General Court Of Justice
District Court Division-Small Claims

## MAGISTRATE SUMMONS

**Plaintiff**

Goode Development
Castlewood Apartments

### VERSUS

**Defendant(s)**

Shonda Nero

☐ **Alias and Piuries Summons.** The Summons originally issued against you was returned not served.
*(Disregard this section unless the block is checked.)*

G.S. 7A-217,232; 1A-1, Rule 4

*Date Last Summons Issued*

**TO:**

*Name And Address Of First Defendant*

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

**TO:**

*Name And Address Of Second Defendant*

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

*Location Of Court* 700 E. TRADE ST. Room 101

*Date Of Trial* 2-01

*Time Of Trial* 9:00 Y ☐ AM ☐ PM

*Name And Address Of Plaintiff Or Plaintiff's Attorney*

Castlewood Apartments
6417-01 Monroe Road
Charlotte, NC 28212

*Date Issued* 10-11-01

*Signature* Jeanna B Parkwright

X
☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

A/A

AOC-CVM-100
Rev. 6/87    Eviction Manager - Tsoft Software, Inc.    (Over)

PC - 004455

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name of Defendant |
|---|---|
| | Sandra ~~Perkins~~ Nero |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And address Of Person With Whom Copies Left (If corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Name of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And address Of Person With Whom Copies Left (If corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

### FOR USE IN SUMMARY EJECTION CASES ONLY

☑ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| 10·17·01 | Sandra Perkins Nero |

Address Of Premises Where Posted

6425 Monroe Rd. 2

| Service Fee Paid | Date Received | Name of Sheriff |
|---|---|---|
| $ | 10·15·01 | Jim Pendergraph |
| By | Date of Return | County |
| | 10·17·01  10:00 | Mecklenburg |
| | | Deputy Sheriff Making Return |
| | | A E Cobb 1144 |

AOC-CVM-100, Side Two
Rev. 6/87        Eviction Manager - Tsoft Software, Inc.

PC - 004456

Case 3:12-cv-00327-MOC     Document 78-4 49 Filed 12/22/14     Page 2 of 87
Bates No. 14749

Case 3:12-cv-00327-MOC   Document 78-450   Filed 12/22/14   Page 3 of 87

2001-328-172

**File No.**
ORUM 31395

**Film No.**

**Judgment Docket Book And Page No**

## JUDGMENT
## IN ACTION FOR
## SUMMARY EJECTMENT

G.S. 7A-210(2), 7A-224; 42-30

**Name And Address Of Plaintiff**

Goode Development
Castlewood Apartments
6417-1 Monroe Road
Charlotte, NC 28212

**Social Security No./Taxpayer ID No.**
56-1769609

| County | Telephone No. |
|---|---|
| Mecklenburg | (704)537-1958 |

**VERSUS**

**Name And Address Of Defendant 1**

Shonda Nero
10425-2 Monroe Road
Charlotte, NC 28212

| County | Telephone No. |
|---|---|
| Mecklenburg | |

**Name And Address Of Defendant 2**

| County | Telephone No. |
|---|---|

**Name And Address Of Plaintiff's Attorney**

---

STATE OF NORTH CAROLINA

Mecklenburg County

In The General Court Of Justice
District Court Division-Small Claims

This action was tried before the undersigned on the cause stated in the complaint. The record shows that the defendant was given proper notice of the nature of the action and the date, time and location of trial.

**FINDINGS**

The Court finds that:

1. ☒ a. the plaintiff has proved the case by the greater weight of the evidence.
   ☐ b. the plaintiff has failed to prove the case by the greater weight of the evidence.
2. the defendant(s) ☐ was ☒ was not present at trial.
3. ☐ a. there is no dispute as to the amount of rent in arrears, and the amount is $ 478.94
   ☐ b. there is an actual dispute as to the amount of rent in arrears. The defendant(s) claims the amount of rent in arrears is $ _____, and this amount is the undisputed amount of rent in arrears.
4. Other:

**ORDER**

It is ORDERED that:

☒ 1. the defendant(s) be removed from and the plaintiff be put in possession of the premises described in the complaint.
☐ 2. this action be dismissed with prejudice.
☐ 3. this action be dismissed with prejudice because the defendant tendered the rent due and the court costs of this action.
☐ 4. the plaintiff recover rent of the defendant(s) at the rate listed below, plus damages in the amount indicated. The plaintiff is also entitled to interest on the total principal sum from this date until the judgment is paid.
☐ 5. Other (specify):

☐ 6. Costs of this action are taxed to the ☒ plaintiff. ☐ defendant.

| Rate Of Rent $1075.00 per ☒ Mo. ☐ Wk. | Amt. Of Rent In Arrears (Owed To Date) $ | ☐ Judgment Announced And Signed In Open Court |
|---|---|---|
| Amount Of Other Damages $ | | Date 10/22/01   Signature Of Magistrate |
| TOTAL AMOUNT ▶ $ | | Name Of Party Announcing Appeal In Open Court |

**CERTIFICATION**

(NOTE: To be used when magistrate does not announce and sign this Judgment in open court at the conclusion of the trial.)
I certify that this Judgment has been served on each party named by depositing a copy in a post-paid properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal Service.

| Date | Signature Of Magistrate |
|---|---|

AOC-CVM-401, Rev. 10/98
© 1998 Administrative Office of the Courts

Case 3:12-cv-00327-MOC   Document 18-151   Filed 12/22/14   Page 4 of 87

**COMPLAINT** FILED

**IN SUMMARY EJECTMENT**

2001 OCT 11 AM 9: 28

G.S. 7A-216, 7A-232; Ch.42, Art.3 ar

**STATE OF NORTH CAROLINA**

Mecklenburg _____ County

In The General Court Of Justice
District Court Division-Small Claims

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

| Name And Address of Plaintiff | Description of Premises (Include Location) | | |
|---|---|---|---|
| Goode Development | Apartment 6425-02, 6425-02 Monroe Road, Charlotte, NC 28212 | | [x] Conventional |
| Castlewood Apartments | | | [ ] Public Housing |
| 6417-1 Monroe Road | | | [ ] Section 8 |
| Charlotte, NC 28212 | | | |

| Rate of Rent | | Month | Date Rent Due | Date Lease Ended | Type of Lease |
|---|---|---|---|---|---|
| $ 675.00 | per | [x] Month [ ] Week | 10-1-0 | | [ ] Oral [x] Written |

**Social Security No./Taxpayer ID No.**

ID# 56-1769609

| County | Telephone No. |
|---|---|
| Mecklenburg | 7045371958 |

**VERSUS**

**Name And Address of First Defendant**

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

| County | Telephone No. |
|---|---|
| Mecklenburg | |

**Name And Address of Second Defendant**

| County | Telephone No. |
|---|---|
| | |

**Name And Address Of Plaintiff's Attorney Or Agen**

Castlewood Apartments
6417-01 Monroe Road
Charlotte, NC 28212

3. [ ] The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing complaint.

[ ] The lease period ended on the above date and the defendant is holding over after the end of the lease period

[x] The defendant breached the condition of the lease described below for which re-entry is specified.

[ ] Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below

**Description of Breach/Criminal Activity (give names, dates, places and illegal activi**
Failure to pay monthly rent.

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.
5. The defendant owes the plaintiff for the following:

**Description of Any Property Damage**
Late fee $33.75

| Amount Of Damage | Amount Of Rent Past Due | Total Amount |
|---|---|---|
| $ 33.75 | $ 1,225.00 | $ 1,258.75 |

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgement plus interest and reimbursement for court costs.

| Date | Signature Of Plaintiff/Attorney/Agent |
|---|---|
| October 10, 2001 | |

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint

| Date | Signature |
|---|---|
| October 10, 2001 | |

AOC-CVM-201
Rev. 10/95          Eviction Manager - Tsoft Software, Inc.          (Over)

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name of Defendant |
|---|---|
| | Shonda Nero |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And address Of Person With Whom Copies Left (If corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Name of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And address Of Person With Whom Copies Left (If corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

## FOR USE IN SUMMARY EJECTION CASES ONLY

☐ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | | Name(s) Of The Defendant(s) Served By Posting |
|---|---|---|
| Address Of Premises Where Posted | | |
| Service Fee Paid $ | Date Received | Name of Sheriff |
| By | Date of Return | County |
| | | Deputy Sheriff Making Return |

AOC-CVM-100, Side Two
Rev. 6/87        Eviction Manager - Tsoft Software, Inc.

PC - 004453

# STATE OF NORTH CAROLINA

Mecklenburg _____ County

In The General Court Of Justice
District Court Division-Small Claims

**Plaintiff**

Goode Development
Castlewood Apartments

### VERSUS

**Defendant(s)**

Shonda Nero

## MAGISTRATE SUMMONS

☐ **Alias and Pluries Summons.** The Summons originally
issued against you was returned not served.
*(Disregard this section unless the block is checked.)*

G.S. 7A-217,232; 1A-1, Rule 4

*Date Last Summons Issued*

**TO:**

*Name And Address Of First Defendant*

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

**TO:**

*Name And Address Of Second Defendant*

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial
listed below. You will have the opportunity at the trial to defend yourself against the claim stated
in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of
Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff
must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a
judgment against you.

*Location Of Court* 700 E. TRADE ST. Room 101

*Date Of Trial* 11-22-01   *Time Of Trial* 9:00 ☐ AM ☐ PM

*Name And Address Of Plaintiff Or Plaintiff's Attorney*

Castlewood Apartments
6417-01 Monroe Road
Charlotte, NC 28212

*Date Issued* 10-11-01

*Signature*

☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

A/A

Case 3:12-cv-00327-MOC     Document 78-4     Filed 12/22/14     Page 6 of 87
Bates No. 14753

# STATE OF NORTH CAROLINA

Mecklenburg _____ County

DrNoVM **31395**

In The General Court Of Justice
District Court Division-Small Claims

**Plaintiff**

Goode Development
Castlewood Apartments

## VERSUS

**Defendant(s)**

Shonda Nero

## MAGISTRATE SUMMONS

☐ **Alias and Piuries Summons.** The Summons originally issued against you was returned not served.
(Disregard this section unless the block is checked.)

G.S. 7A-217,232; 1A-1, Rule 4

*Date Last Summons Issued*

**TO:**

*Name And Address Of First Defendant*

Shonda Nero
6425-02 Monroe Road
Charlotte, NC 28212

**TO:**

*Name And Address Of Second Defendant*

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

*Location Of Court* 700 E. TRADE ST. Room 101

*Date Of Trial* 2-01

*Time Of Trial* 9:00 AM ☐ AM ☐ PM

*Name And Address Of Plaintiff Or Plaintiff's Attorney*

Castlewood Apartments
6417-01 Monroe Road
Charlotte, NC 28212

*Date Issued* 10-11-01

*Signature* _____

X _____
☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

*A/A*

AOC-CVM-100
Rev. 6/87    Eviction Manager - Tsoft Software, Inc.    (Over)

PC - 004455

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Name of Defendant |
|---|---|
| | Sandra ~~Perkins~~ Nevo |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And address Of Person With Whom Copies Left (If corporation, give title of person copies left with)*

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Name of Defendant |
|---|---|
| | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And address Of Person With Whom Copies Left (If corporation, give title of person copies left with)*

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

## FOR USE IN SUMMARY EJECTION CASES ONLY

☑ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| 10·17·01 | Sandra ~~Perkins~~ Nevo |

*Address Of Premises Where Posted*

6425 Monroe Rd. 2

| Service Fee Paid | Date Received | Name of Sheriff |
|---|---|---|
| $ | 10·15·01 | Jm Pendergraph |

| By | Date of Return | County |
|---|---|---|
| | 10·17·01   10:00 | Mecklenburg |

Deputy Sheriff Making Return

A E Cobb 1144

AOC-CVM-100, Side Two
Rev. 6/87     Eviction Manager - Tsoft Software, Inc.

PC - 004456

STATE OF NORTH CAROLINA

_Meck._ County

File No. _9/ (VM 6574_

Film No _91-1 -_

In The General Court of Justice

Plaintiff/Petitioner

Dr. S. J. Randall

VERSUS

Defendant/Respondent

T. Nero

ORDER

☑ DISMISSAL                    ☐ With Prejudice          ☑ Without Prejudice

    This action is dismissed for the following reason:

☐ The plaintiff elected not to prosecute this action and has moved for dismissal.

☑ Neither the plaintiff, nor the defendant appeared on the scheduled trial date.

☐ The plaintiff failed to appear on the scheduled trial date; the defendant did appear on that date and has moved to dismiss this action
☐ Other.

☐ DISCONTINUANCE [G.S. 1A-1, Rule 4 (e)]

    The defendant has never been served in this action, and more than ninety (90) days have elapsed since the last summons was issued.

☐ Continuance

    The trial of this action is continued to the following date and time on motion of the

☐ Plaintiff

☐ Defendant

☐ Judge or Magistrate

☐ Other (Specify)

| Date of New Trial | Time of New Trial ☐ AM ☐ PM |
|---|---|

| | Date   4.3.91 |
| | Signature   _Ranson_ |
| | ☐ Judge   ☑ Magistrate |
| | ☐ Assistant CSC   ☐ Clerk of Superior Court |

ACX-G 108
Rev. 2-83

PG- 004481

**File No.** (handwritten)

# COMPLAINT
# FOR MONEY OWED

G.S. 7A-216, 7A-232

**Name And Address Of Plaintiff**

Dr. S.J. Randall III
1012 Kings Dr.
Charlotte, N.C. 28283

| County | Telephone No. |
|--------|---------------|

## VERSUS

**Name And Address Of First Defendant**

Tessie Nero
651-H Archdale Dr.
Charlotte, N.C. 28217

| County | Telephone No. |
|--------|---------------|

**Name And Address Of Second Defendant**

Woek Fiter Indust. INC.
5th Parkway Plaza Blvd
Charlotte, N.C. 28217

| County | Telephone No. |
|--------|---------------|

**Name And Address Of Plaintiff's Attorney**

Dr. S.J. Randall III
1012 Kings Dr
Charlotte., N.C. 28283

AOC-CVM-200
Rev. 4/90

---

## STATE OF NORTH CAROLINA

Mecklenburg County

In The General Court Of Justice
District Court Division-Small Claims

1. The defendant is a resident of the county named above.

2. The defendant owes me the amount listed for the following reason:

| | |
|---|---|
| Principal Amount Owed ▶ | $ |
| Interest Owed (if any) ▶ | $ |
| Total Amount Owed ▶ | $ 195.75 |

*(check one below)*

| | Date From Which Interest Due | Interest Rate |
|---|---|---|
| ☐ On an Account (attach a copy of the account) ➡ | | |

| | Beginning Date | Ending Date | Interest Rate |
|---|---|---|---|
| ☐ For Goods Sold and Delivered Between ➡ | | | |

| | Date From Which Interest Due | Interest Rate |
|---|---|---|
| ☐ For Money Lent ➡ | | |

| | Date Of Note | Date From Which Interest Due | Interest Rate |
|---|---|---|---|
| ☐ On a Promissory Note (attach copy) ➡ | | | |

☐ For a Worthless Check (attach a copy of the check)

☐ For Conversion (describe property)

may be Mr. Nero's work

☐ Other: (specify)

I demand to recover the total amount listed above, plus interest and reimbursement for court costs.

| Date | Signature Of Plaintiff Or Attorney |
|------|-----------------------------------|

PC - 004482

(Over)

Bates No. 14757

# STATE OF NORTH CAROLINA

_Mecklenburg_ County

In The General Court Of Justice
District Court, Division-Small Claims.

Plaintiff _Dr. S.J. Randall III_
_1012 Kings Dr._
_Charlotte, N.C. 28283_

**VERSUS**

Defendant(s) _Tessie C. Nero_
_651-H Archdale Dr._
_Charlotte, N.C. 28217_

## MAGISTRATE SUMMONS

☐ **Alias and Pluries Summons.** The summons originally
issued against you was returned not served.
_(Disregard this section unless the block is checked.)_

G.S. 7A-217, 232; 1A-1, Rule 4

Date Last Summons Issued

**MAILED**

**MAR 2 2 1991**

---

**TO:**

Name And Address Of First Defendant

_Tessie C. Nero_
_651-H Archdale Dr._
_Charlotte, N.C. 28217_

**TO:**

Name And Address Of Second Defendant

work
_Fiter Indust., Inc._
_5146 Park Way Plaza_
_Charlotte, N.C. 28217_

_Maybe Mr. Nero's work_

---

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgement against you.

Location Of Court _100 E. Trade St. Room 221_     Date Of Trial _4-3-91_     Time Of Trial _9:00_  ☒ AM  ☐ PM

Name And Address Of Plaintiff Or Plaintiff's Attorney

_Dr. S.J. Randall III_
_1012 Kings Dr._
_Charlotte, N.C. 28283_

Date Issued _3-5-91_

Signature

☐ Deputy CSC   ☒ Assistant CSC   ☐ Clerk Of Superior Court

---

AOC-CVM-100
Rev. 6/87

(Over)

PC - 004483

Case 3:12-cv-00327-MOC    Document 78-4    Filed 12/22/14    Page 11 of 87
Bates No. 14158

## RETURN OF SERVICE

I certify that the Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served 3-21-91 | Name Of Defendant Tesfu Nevo |
|---|---|

☒ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

☐ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|

Address Of Premises Where Posted

| Service Fee Paid $ | Date Received 3-5-91 | Name Of Sheriff CWKroo Jr |
|---|---|---|
| By | Date Of Return 3-2-191 | County Meck |
| AOC-CVM-100, Side Two Rev. 6/87 | | Deputy Sheriff Making Return |

PC - 004484

Bates No. 14759

# STATE OF NORTH CAROLINA

Mecklenburg _____ County

97 CVM 13740
97 — 144-110

In The General Court Of Justice

Name Of Plaintiff/Petitioner

Focht Properties, Inc.

**VERSUS**

Name Of Defendant/Respondent

Jefferson New / Tessie New

## ORDER

☑ DISMISSAL ☑ With Prejudice ☐ Without Prejudice

This action is dismissed for the following reason:

☐ The plaintiff elected not to prosecute this action and has moved for dismissal

☐ Neither the plaintiff, nor the defendant appeared on the scheduled trial date

☑ The plaintiff failed to appear on the scheduled trial date; the defendant did appear on that date and has moved to dismiss this action

☐ Other:

## DISCONTINUANCE [G.S. 1A-1, Rule 4(e)]

The defendant has never been served in this action, and more than ninety (90) days have elapsed since the last summons was issued.

## CONTINUANCE

The trial of this action is continued to the following date and time on motion of the

☐ Plaintiff

☐ Defendant

☐ Judge or Magistrate

☐ Other (specify)

| Date Of New Trial | Time Of New Trial ☐ AM ☐ PM | Date 6/16/97 |
| --- | --- | --- |
| | | Signature |
| | | ☐ Judge  ☐ Magistrate |
| | | ☐ Assistant CSC  ☐ Clerk Of Superior Court |

PC - 004485

AOC-G-108

| File No | |
|---|---|
| **COMPLAINT IN SUMMARY EJECTMENT** | |

13740

G.S 7A-216, 7A-232, Ch 42 Art 3 and 7

**Name And Address Of Plaintiff**
FOUR PROPERTIES, INC
P.O. BOX 10405
CHARLOTTE, NC 28212

Social Security No /Taxpayer ID No

| County | Telephone No. |
|---|---|
| MECK | 643-4057 |

**VERSUS**

**Name And Address Of First Defendant**
JEFFERSON NERO
1632 VILLAGE LAKE DRIVE
CHARLOTTE, NC 28212

| County | Telephone No |
|---|---|
| MECK | 357-2045 / 643-4057 |

**Name And Address Of Second Defendant**
TESSIE NERO
1632 VILLAGE LAKE DR.
CHARLOTTE, NC 28212

| County | Telephone No |
|---|---|
| MECK | 357-2045 |

Name And Address Of Plaintiff's Attorney Or Agent

# STATE OF NORTH CAROLINA

MECKLENBURG _____ County

In The General Court Of Justice
District Court Division-Small Claims

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

| Description Of Premises (Include Location) | | |
|---|---|---|
| APARTMENT | | ☒ Conventional / ☐ Public Housing / ☐ Section 8 |

| Rate Of Rent | ☒ Month ☐ Week | Date Rent Due | Date Lease Ended | Type Of Lease |
|---|---|---|---|---|
| $ 545 per | | APRIL 1, 1997 | | ☐ Oral ☒ Written |

3. ☒ The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint.

☐ The lease period ended on the above date and the defendant is holding over after the end of the lease period.

☐ The defendant breached the condition of the lease described below for which re-entry is specified.

☐ Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below.

Description Of Breach/Criminal Activity (give names, dates, places and illegal activity)
FAILURE TO PAY RENT

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

5. The defendant owes the plaintiff the following:

Description Of Any Property Damage

| Amount Of Damage (If Known) | Amount Of Rent Past Due | Total Amount Due |
|---|---|---|
| $ | $ 1144.50 | $ 1144.50 |

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgment plus interest and reimbursement for court costs

| Date | Signature Of Plaintiff/Attorney/Agent |
|---|---|
| MAY 29, 1997 | |

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint

| Date | Signature |
|---|---|
| | |

AOC-CVM-201
Rev 10/95

PC - 004486

Case 3:12-cv-00327-MOC    Document 78-4    Filed 12/22/14    Page 14 of 87
Bates No. 14761

# STATE OF NORTH CAROLINA

_____ County

File No.

97CVM

In The General Court Of Justice
District Court Division-Small Claims

**Plaintiff**

Four Peaks, Inc

VERSUS

**Defendant(s)**

JEFFERSON NERO
TESSIE NERO

## MAGISTRATE SUMMONS

☐ **Alias and Pluries Summons.** The summons originally
issued against you was returned not served.
_(Disregard this section unless the block is checked.)_

G.S. 7A-217, 232; 1A-1, Rule 4

Date Last Summons Issued

**TO:**

Name And Address Of First Defendant

JEFFERSON NERO
1632 VILLAGE LAKE DRIVE
CHARLOTTE, NC 28212

**TO:**

Name And Address Of Second Defendant

TESSIE NERO
1632 VILLAGE LAKE DRIVE
CHARLOTTE, NC 28212

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial
listed below. You will have the opportunity at the trial to defend yourself against the claim stated
in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of
Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff
must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment
against you.

| Location Of Court | Date Of Trial | Time Of Trial |
|---|---|---|
| 700 E. Trade St. Rm. 103 | 6-16-97 | 9:00 ☐ AM ☐ PM |
| Name And Address Of Plaintiff's Attorney | Date Issued 5-30-97 | |
| | Signature _Sue Roberts_ | |
| | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

A3A

AOC-CVM-100
Rev 6/87

(Over)

PC - 004487

13740

# STATE OF NORTH CAROLINA

MECKLENBURG _____ County

File No.

In The General Court of Justice
District Court Division-Small Claims

Plaintiff
FOGHT PROPERTIES, INC
PO BOX 10405
CHARLOTTE NC 28202

VERSUS

Defendant(s)
JEFFERSON NERO
TESSIE NERO

## MAGISTRATE SUMMONS

☐ Alias and Pluries Summons. The summons originally issued against you was returned not served.
(Disregard this section unless the block is checked.)

G.S. 7A-217, 232; 1A-1, Rule 4

Date Last Summons Issued

**TO:**
Name And Address Of First Defendant
JEFFERSON NERO
1632 VILLAGE LAKE DRIVE
CHARLOTTE, NC 28212

**TO:**
Name And Address Of Second Defendant
N-927
TESSIE NERO
1632 VILLAGE LAKE DR
CHARLOTTE, NC 28212

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court | Date Of Trial | Time Of Trial |
|---|---|---|
| 700 E. Trade St. Pl. Rm. 103 | 6-16-97 | 9:00 ☐ AM ☐ PM |
| Name And Address Of Plaintiff Or Plaintiff's Attorney | Date Issued 5-30-97 | |
| | Signature _Sue Roberts_ | |
| | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

A3A

10

AOC-CVM-100
Rev. 6/87

(Over)     154128     PC - 004488

I certify that this Summons and a copy of the complaint were received and served as follows

**DEFENDANT 1**

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

**DEFENDANT 2**

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

**FOR USE IN SUMMARY EJECTMENT CASES ONLY**

☑ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises

| Date Served 6/5/97 | 1225 | Name(s) Of The Defendant(s) Served By Posting |
|---|---|---|

Address Of Premises Where Posted 1132 Village Lake Dr.

| Service Fee Paid $ | Date Received 5/31/97 | Name Of Sheriff |
|---|---|---|
| By | Date Of Return 6/5/97 | County |
| | | Deputy Sheriff Making Return |

AOC-CVM-100, Side Two
Rev. 6/87

PG 004189

| File No.<br>**97CUM 15693** | **STATE OF NORTH CAROLINA** | |
|---|---|---|
| Film No.<br>**99-158-251** | _MECKLENBURG_ ——— County | In The General Court Of Justice<br>· District Court Division-Small Claims |

Judgment Docket Book And Page No.

This action was tried before the undersigned on the cause stated in the complaint. The record shows that the defendant was given proper notice of the nature of the action and the date, time and location of trial.

<table>
<tr><td rowspan="11">

# JUDGMENT
# IN ACTION FOR
# SUMMARY EJECTMENT

G.S. 7A-210(2), 7A-224; 42-30

Name And Address Of Plaintiff

_FOUR AMENITIES, INC._
_P.O. BOX 10405_
_CHARLOTTE, NC 28212_

Social Security No./Taxpayer ID No.

| County<br>_MECKLENBURG_ | Telephone No.<br>_366-2807_ |
|---|---|

**VERSUS**

Name And Address Of First Defendant

_JEFFERSON NERO_
_1632 VILLAGE LAKE DRIVE_
_CHARLOTTE, NC 28212_

| County<br>_MECKLENBURG_ | Telephone No. |
|---|---|

Name And Address Of Second Defendant

_JESSIE NERO_
_1632 VILLAGE LAKE DRIVE_
_CHARLOTTE, N.C. 28212_

| County<br>_MECKLENBURG_ | Telephone No. |
|---|---|

Name And Address Of Plaintiff's Attorney

</td><td colspan="3">

| FINDINGS |
|---|

The Court finds that:

☑ the plaintiff has proved the case by the greater weight of the evidence.
☐ the plaintiff has failed to prove the case by the greater weight of the evidence.
  the defendant(s)  ☐ was  ☑ was not  present at trial.
☐ Other:

| ORDER |
|---|

It is ORDERED that:

☑ the defendant(s) be removed from and the plaintiff be put in possession of the premises described in the complaint.
☐ this action be dismissed with prejudice.
☐ this action be dismissed with prejudice because the defendant tendered the rent due and the court costs of this action.
☐ the plaintiff recover rent of the defendant(s) at the rate listed below, plus damages in the amount indicated. The plaintiff is also entitled to interest on the total principal sum from this date until the judgment is paid.
☐ Other: *(specify)*

☐ Costs of this action are taxed to the ☑ plaintiff. ☐ defendant.

</td></tr>
<tr><td>

| Rate Of Rent<br>$ _545_ per ☑ Mo. ☐ Wk. | Amount Of Rent Owed To Date<br>$ |
|---|---|

Amount Of Other Damages  $

**TOTAL AMOUNT** ▶ $

</td><td colspan="2">

☑ Judgment Announced And Signed In Open Court

| Date<br>_7/7/97_ | Signature Of Magistrate |
|---|---|

Name Of Party Announcing Against In Open Court

</td></tr>
<tr><td colspan="3">

| CERTIFICATION |
|---|

(NOTE: To be used when magistrate does not announce and sign this Judgment in open court at the conclusion of the trial.)

I certify that this Judgment has been served on each party named by depositing a copy in a post paid properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal service.

| Date | Signature Of Magistrate |
|---|---|

</td></tr>
</table>

PC - 004490

AOC-CVM-404
Rev. 12/95

Case 3:12-cv-00327-MOC    Document 784-4   Filed 12/22/14    Page 18 of 87<br>Bates No. 14765

File No.

15693

## COMPLAINT
## IN SUMMARY EJECTMENT

G.S. 7A-216, 7A-232, Ch. 42, Art. 3 and 7

Name And Address Of Plaintiff

FOCHT PROPERTIES, INC
P.O. BOX 10405
CHARLOTTE, NC 28212

Social Security No./Taxpayer ID No.

56-1931134

| County | Telephone No. |
|--------|---------------|
| MECK | 643-4057 |

### VERSUS

Name And Address Of First Defendant

JEFFERSON NERO
1652 VILLAGE LAKE DR.
CHARLOTTE, NC 28212

| County | Telephone No. |
|--------|---------------|
| MECK | 357-2043 |

Name And Address Of Second Defendant

TESSIE NERO
1652 VILLAGE LAKE DR.
CHARLOTTE, NC 28212

| County | Telephone No. |
|--------|---------------|
| MECK | 357-2043 |

Name And Address Of Plaintiff's Attorney Or Agent

## STATE OF NORTH CAROLINA

MECKLENBURG _____ County

In The General Court Of Justice
District Court Division-Small Claims

1. The defendant is a resident of the county named above.

2. The defendant entered into possession of premises described below as a lessee of plaintiff.

Description Of Premises (Include Location)

1652 VILLAGE LAKE DRIVE (APARTMENT)

☒ Conventional
☐ Public Housing Section 8

| Rate Of Rent | | Date Rent Due | Date Lease Ended | Type Of Lease |
|---|---|---|---|---|
| $ 545 per ☒ Month ☐ Week | | 1 ST OF MONTH | 2/28/93 | ☐ Oral ☒ Written |

3. ☒ The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint.

☐ The lease period ended on the above date and the defendant is holding over after the end of the lease period.

☐ The defendant breached the condition of the lease described below for which re-entry is specified.

☐ Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below.

Description Of Breach/Criminal Activity (give names, dates, places and illegal activity)

FAILURE TO PAY RENT

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.

5. The defendant owes the plaintiff the following:

Description Of Any Property Damage

| Amount Of Damage (If Known) | Amount Of Rent Past Due | Total Amount Due |
|---|---|---|
| $ | $ 935.00 | $ 935.00 |

6. I demand to be put in possession of the premises and to recover the total amount listed above and daily rental until entry of judgment plus interest and reimbursement for court costs.

| Date | Signature Of Plaintiff/Attorney/Agent |
|---|---|
| June 18, 1993 | |

### CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint.

| Date | Signature |
|---|---|
| | |

PC - 004491

AOC-CVM-201
Rev. 10/95

# STATE OF NORTH CAROLINA

_____ County

**Plaintiff**

VERSUS

**Defendant(s)**

File No. 97 CVM

In The General Court Of Justice
District Court Division-Small Claims

## MAGISTRATE SUMMONS

☐ **Alias and Pluries Summons.** The summons originally issued against you was returned not served.
_(Disregard this section unless the block is checked.)_

G.S. 7A-217, 232: 1A-1, Rule 4

Date Last Summons Issued

| **TO:** | **TO:** |
|---|---|
| Name And Address Of First Defendant | Name And Address Of Second Defendant |

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Location Of Court 905 E. Trade St. Rm 103 | Date Of Trial 7-7-97 | Time Of Trial 9:00 ☑ AM ☐ PM |
|---|---|---|
| Name And Address Of Plaintiff Or Plaintiff's Attorney | Date Issued 6-15-97 | |
| | Signature Sue Robert | |
| | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

A3A

AOC-CVM-100
Rev. 6/97

(Over)

PC - 004492

# STATE OF NORTH CAROLINA

File No. _____

MECKLENBURG County

In The General Court Of Justice
District Court Division-Small Claims

**Plaintiff**
FOCHT PROPERTIES, INC.
P.O. BOX 10405
CHARLOTTE, NC 28212

## MAGISTRATE SUMMONS

☐ Alias and Pluries Summons. This summons originally
issued against you was returned not served.
(Disregard this section unless the block is checked.)

G.S. 7A-217, 232, 1A-1, Rule 4

**VERSUS**

**Defendant(s)** JEFFERSON NERO
TESSIE NERO

Date Last Summons Issued

**TO:**
Name And Address Of First Defendant

JEFFERSON NERO
1632 VILLAGE LAKE COURT
CHARLOTTE, NC 28212
N-427

**TO:**
Name And Address Of Second Defendant

TESSIE NERO
1632 VILLAGE LAKE DRIVE
CHARLOTTE, NC
28212

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified place, date and time of trial
listed below. You will have the opportunity at the trial to defend yourself against the claim stated
in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of
Superior Court not later than the time set for trial. Whether or not you file an answer, the plaintiff
must prove his claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment
against you.

Location Of Court 700 E. Trade St. Rm 103

Date Of Trial 7-7-97

Time Of Trial 9:30 ☑ AM ☐ PM

Name And Address Of Plaintiff Or Plaintiff's Attorney

Date Issued 6-17-97

Signature _Sue Robert_

☑ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

A3A

COPY MAILED

JUN 24 1997

MECKLENBURG COUNTY
SHERIFF'S DEPT

AOC-CVM-100
Rev. 6/87

(Over)

| RETURN OF SERVICE |
|---|
| I certify that this Summons and a copy of the complaint were received and served as follows |

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason :

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

☒ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| 6/26/97 | |

| Address Of Premises Where Posted |
|---|
| 1632 Village Lake DR |

| Service Fee Paid $ | Date Received 6/23/97 | Name Of Sheriff |
|---|---|---|
| By | Date Of Return 6/26/97 | County |
| | | Deputy Sheriff Making Return |

AOC-CVM-100, Side Two
Rev. 6/87

PC - 004494

# UNIVERSITY PSYCHOLOGICAL ASSOCIATES, P.A.

8430 University Executive Park, Suite 690
Charlotte, North Carolina 28262
(704)547-1483/Fax (704)547-0052

Faye E. Sultan, Ph.D., Director

**Practicing Psychologists**
Julie A. Pruitt, Ph.D.
Faye E. Sultan, Ph.D.
Barbara J. Tarkin, Ph.D.
Judith Thorne, Psy. D.

**Psychological Associates**
Ruth E. Kappius, M.A.
Gene Haas, M.A.
**Psychiatrist**
Hal Elliott, M.D

**Clinical Social Worker**
Laura B. Hall, CCSW

**Office Manager**
Pattie Rudar

January 2, 1998

Interim Summary of Psychological Evaluation and
Preliminary Diagnostic Impressions
Date of Summary:  December 31, 1997
Client:  Aquilia Marcivicci Barnette
Date of Birth:  7-7-73

Re:  United States v. Aquilia Marcivicci Barnette
3:97CR23-P

At the request of attorneys, Mr. Paul J. Williams and Mr. George V. Laughrun, II, a psychological evaluation of this client was initiated in June, 1997. Formal psychological testing of Mr. Barnette was conducted on 6/20/97. Clinical interviews with Mr. Barnette were conducted on 7/3/97, 7/11/97, 9/3/97, 9/7/97 and 12/28/97, totally approximately 14 hours of contact with this client to date. The following additional sources of data were reviewed and serve as additional clinical bases for all professional opinions offered here: Psychological testing and evaluation results from William M. Tyson, Ph.D. and John Warren, Ph.D., both of whom conducted previous examinations of Mr. Barnette; autobiographical information provided by Mr. Barnette; Mr. Barnette's school records, employment records, criminal records and medical records; and biographical and background material prepared by Mitigation Expert, Cynthia Neagle Maxwell. All observations and opinions offered here are to be considered preliminary and subject to later modification.

The environment in which Mr. Barnette spent his early formative years was characterized by inconsistent and punitive parenting, frequent and disruptive changes in

MC-0002243

housing and schools, and extreme interpersonal chaos. Mr. Barnette was exposed, throughout his childhood, to a world in which the adults around him committed frequent violent acts, physically and psychologically abusing one another under the guise of "relationship." Mr. Barnette was the victim of physical and emotional brutality perpetrated by his father. Violent and aggressive, verbal and physical, acts were the frequently demonstrated response to anger among the adults in Mr. Barnette's childhood life. Conflict resolution skills were never taught to or developed by Mr. Barnette, and a high level of violence characterized every intimate, on-going male-female relationship which Mr. Barnette was familiar.

While other aspects of Mr. Barnette's childhood are certainly important in assessing his overall cognitive and emotional development, it is this constant and consistent exposure to violence which most clearly defines his later social behavior. It is the very personality destruction which results from childhood abuse, coupled with the consistent presence of violence in male-female relationships which ultimately produces the acts of violence and aggression involved in the offenses alleged here.

Clinical interviews, formal psychological testing and other data sources confirm that Mr. Barnette developed significant perceptual and cognitive distortions resulting from this early exposure to violence. These perceptual inaccuracies have bred behavior grossly inappropriate to social situations. The distortions in perception and judgement appears to be prompted by anger. They have taken both the forms of self-mutilating (suicidal) behavior and "other directed" assaultive behavior. In Mr. Barnette's case, a lifelong pattern of pathological attachment to woman has developed. In this attachment "scenario", Mr. Barnette initially conceptualizes himself to be the "rescuer" of the female, investing vast emotional and financial resources into the relationship. The girls/women involved <u>inevitably</u> "do not appreciate" him, "disappoint" him, "fail" him, and, therefore, become the focus for extreme eventual rage, conflict and aggression. Mr. Barnette has a significant history of multiple suicide attempts (dating back to age 8) and multiple violent assaults on girls/women with whom he has established relationships.

MC-0002244

Many symptoms of affective (mood) disorder are evident during the clinical interviews, with the formal psychological testing, and throughout the documents reviewed. Mr. Barnette has experienced periods of moodiness and sucidiality and periods in which he has had "too much" energy, required little sleep, been hyperactive, expansive, and irritable. While Mr. Barnette's symptoms do not fit precisely into any of the diagnostic categories offered by the Diagnostic and Statistical Manual of Mental Disorders - Fourth Edition (DSM-IV), many symptoms of severe mental illness are evident. At the time of the offense in question here, Mr. Barnette met the diagnostic criteria for Major Depression Episode. The diagnosis of Substance Abuse Disorder is also appropriate for the time of the alleged offenses. There is also considerable indication that a diagnosis of Bipolar Disorder II should be considered for Mr. Barnette given his history of hypomanic behavior and evidence of previous depressive episodes.

Respectfully submitted,

Faye E. Sultan, Ph.D.

MC-0002245

# BLUE RIDGE BEHAVIOR SYSTEMS

Madalyn E. Tyson, Ph.D.                    William M. Tyson, Ph.D.
10025 Katelyn Dr.          Charlotte  NC    28269-8105
(704) 549-4395

June 19, 1994

Joe VonKallist
Mecklenburg County Office of the Public Defender
720 East Fourth St., #308
Charlotte, NC  28202

RE:  Aquilia Marcivicci Barnette
     File #:  93 CrS 76062, 76063

Dear Mr. VonKallist:

Aquilia Marcivicci Barnette is a twenty year old single black male who was seen for psychological examination subsequent to charges entered in the Superior Court for Mecklenburg County.  The defendant was seen for clinical interview on 2/08/94 and 2/26/94.  He was administered a battery of psychological testing including the Minnesota Multiphasic Personality Inventory (MMPI); Incomplete Sentences Blank (ISB); Adult Survivor of Dysfunctional Families Checklist (ASDF) (2/8/94) and the Wechsler Adult Intelligence Scale - Revised (WAIS-R); Bender Gestalt Test of Visual Motor Performance (Bender); and Rorschach Ink Blot Technique (Rorschach) on 2/26/94.  You provided background information and investigative material as to the charges, circumstances, and history.  The opinions stated here are based on these data.

This defendant was informed that I was not functioning as an agent for the defense, that findings could be entered into the court record without his agreement, that he had a right to refuse the psychological examination without prejudice to his case, and that usual privilege to "psychologist - patient" communication would not apply to the findings of this interview.  He consented to the examination.

It is my opinion that he is capable of proceeding to trial and that he was competent at the time of the alleged offense.  This examination does not yield evidence sufficient to question capacity to proceed to trial or competence at the time of the alleged offense.  The defendant appears able to appreciate the charges against him, appears able to appreciate the consequences if convicted, and appears reasonably able to cooperate with his attorney in preparing a defense.  Further, no evidence has emerged on which to question his ability to appreciate the wrongfulness of his acts or differentiate right from wrong at the time of the alleged offenses.

My examination does reveal the existence of psychological and behavioral problems that might be of use as mitigating factors in sentencing.  There are a variety of deficiencies in his psychological functioning that might shed light on his behavior.  However, he is relatively unwilling to accept psychological interpretations of his behavior and motives.  He is not likely to accept assistance that is based on such assessment, particularly as these apply to deficiencies that he believes do not exist.

I do not have any concerns about his ability to understand and competently enter into plea negotiations.  He may be difficult to represent due to the

FS-000374

Bates No. 14473

obstinacy of his defensiveness. He may insist on following a course of action that will appear self-defeating to others. He rigidly adheres to thinking patterns that center around justification of his actions. This does not allow him to accept that his actions will be seen as problematic.

Thank you for your attention. Please let me know if I may be of further assistance to you or the Court.

Respectfully,

William M. Tyson, Ph.D.
Licensed Psychologist

FS-000375

Bates No. 24774

B V S Form 15-44

# North Carolina State Board of Health
## BUREAU OF VITAL STATISTICS

# CERTIFICATE OF BIRTH

i51

| | |
|---|---|
| **1 PLACE OF BIRTH** | Registration District No 60-95    Certificate No 4647 |
| (a) County _ _ **MECKLENBURG** _ _ | **2 HOME (USUAL RESIDENCE) OF MOTHER** |
| (b) Township _ _ _ _ _ _ _ _ | (a) State _ _ N. C. _ _ (b) County _ _ 'TCK. |
| (c) City or town _ CHARLOTTE _ | (b) City or town _ _ CHARLOTTE _ |
| (d) Street, Hospital or Institution _ _ GOOD SAM. | (d) Street and No or RFD _ ROUTE 4, BOX 235 _ |
| (e) Is place of birth within town limits? _ YES_ | (e) Is place of residence within town limits? _ NO _ |

UNOFFICIAL COPY

**3 FULL NAME OF CHILD** ERNEST _ MIRY BARBER, JR. - Deceased    { If child is not yet named, make supplemental report

| 4 Sex MALE | 5 Twin or triplet | If so—born 1st, 2nd, or 3rd | 6 Month of pregnancy 9th | 7 Is mother married? YES | 8 Date of birth SEPT. 11, _ _, 19 47   month, day   year |
|---|---|---|---|---|---|

| **FATHER OF CHILD** | **MOTHER OF CHILD** |
|---|---|
| 9 Full name _ ERNEST L. BARBER _ _ | 15. Full Maiden Name DORIS COOPER _ _ |
| 10 Color or race COL.    11 Age at time of this birth 26 yrs | 16 Color or race COL.    17 Age at time of this birth 16 yrs |
| 12 Birthplace _ _ _ _ C.   (City, town or county) (State or foreign country) | 18 Birthplace CHARLOTTE, N. C.   (City, town or county) (State or foreign country) |
| 13 Usual occupation LABORER _ | 19 Usual occupation HOUSEWIFE _ _ |
| 14 Industry or business _ _ _ _ _ | 20 Industry or business _ _ _ _ |

| 21 Children born to this mother | 22 Mother's mailing address for registration notice |
|---|---|
| (a) How many other children of this mother are now living?   0) | |
| (b) How many other children were born alive but are now dead?   0 | _ AS ABOVE _ _ _ |
| (c) How many children were born dead? _   0 | |

23 I hereby certify that I attended the birth of this child who was born alive at the hour of 7:49 a. M on the date above stated and that the information given was furnished by _ _ _ _ _ _ _ _ _ _ _ , related to the child as _ _ _ _ _

| | |
|---|---|
| 24 Date on which given name added_ _ _ _ _ _ _ , 19 _ | Attendant's own signature   J. A. PE HEL _ _ _ _ |
| By _ _ _ _ _ _ _ Registrar | M D, midwife, or other _ _ _ Date signed 10-18 , 19 47 |
| | Address _ _ _ |
| 25   10-21- 19 47   M. B. BETHEL   Filed   Registrar's own signature | Witness to signature _ _ _ _ _ _ _ _ _ When signed by mark |

PC - 005245

## NORTH CAROLINA STATE BOARD OF HEALTH
### BUREAU OF VITAL STATISTICS

# CERTIFICATE OF LIVE BIRTH

# BIRTH No. 132–

REGISTRATION DISTRICT NO. 60-00 REGISTRAR'S CERTIFICATE NO. 2690

*UNOFFICIAL*

| 1. PLACE OF BIRTH | b. TOWNSHIP | 2. USUAL RESIDENCE OF MOTHER (Where does mother live?) | |
|---|---|---|---|
| a. COUNTY MECKLENBURG | | a STATE N. C. | b COUNTY MECKLENBURG |
| c CITY OR TOWN CHARLOTTE | Is Place of Birth Within City Limits? YES ☐ NO ☐ | c CITY OR TOWN CHARLOTTE | Is Place of Res. Within City Limits? YES ☐ NO ☒ |
| d FULL NAME OF HOSPITAL OR INSTITUTION (If NOT in hospital or institution, give street address or location) R# 4. BOX 10 | | d STREET ADDRESS or R F D NO. R# 4. BOX 106 | |

| 3. CHILD'S NAME (Type or Print) | a. (First) JEAN | b (Middle) OLIVIA | c (Last) BARBER |
|---|---|---|---|

| 4 SEX FEMALE | 5a. THIS BIRTH SINGLE ☒ TWIN ☐ TRIPLET ☐ | 5b. IF TWIN OR TRIPLET (This child born) 1st ☐ 2nd ☐ 3rd ☐ | 6 DATE OF BIRTH (Month) (Day) (Year) MAY 29, 1955 |
|---|---|---|---|

### FATHER OF CHILD

| 7. FULL NAME | a. (First) ISAAC | b. (Middle) ODOM | c. (Last) BARBER | 8. COLOR OR RACE COL. |
|---|---|---|---|---|
| 9 AGE (At time of this birth) 25 YEARS | 10 BIRTHPLACE (State or foreign country) MECKLENBURG CO. N. C. | 11a. USUAL OCCUPATION NURSE AID | | 11b. KIND OF BUSINESS OR INDUSTRY |

### MOTHER OF CHILD

| 12. FULL MAIDEN NAME | a. (First) DOROTHY | b. (Middle) COOFET | c. (Last) BARBER | 13. COLOR OR RACE NOL. |
|---|---|---|---|---|
| 14 AGE (At time of this birth) 24 YEARS | 15 BIRTHPLACE (State or foreign country) KERSHAW S. C. | 16 CHILDREN PREVIOUSLY BORN TO THIS MOTHER (Do NOT include this child) | | |
| 17 INFORMANT'S NAME AND RELATION TO CHILD MOTHER | | a How many OTHER children are now living? ONE | b How many OTHER children were born alive but are now dead? ONE | c How many children were stillborn (born dead after works pregnancy)? 0 |

| I hereby certify that this child was born alive on the date stated above. at ____ A.M ____ P.M. | 18a. SIGNATURE E. F. TYSON M. D. 18c ADDRESS CHARLOTTE N. C. | 18b. ATTENDANT AT BIRTH M D ☐ MIDWIFE ☐ OTHER (Specify) 18d DATE SIGNED MAY 31, 1955 |
|---|---|---|

| 19. DATE REC'D BY LOCAL REG. JUNE 6, 1955 | 20 REGISTRAR'S SIGNATURE M. B. BETHEL M D. | 21 |
|---|---|---|

### FOR MEDICAL AND HEALTH USE
(This section MUST be filled out)

PC - 005246

NORTH CAROLINA STATE BOARD OF HEALTH
OFFICE OF VITAL STATISTICS

## CERTIFICATE OF LIVE BIRTH

68-041227

JUN 2 1968

60-S5 LOCAL NO 3008   BIRTH NO - 132   UNOFFICIAL COPY

| | | |
|---|---|---|
| CHILD | FIRST _Le Don_ MIDDLE _Du Bois_ | LAST _Batcher_ | SEX 2 _male_ |

IF SINGLE TWIN TRIPLET ETC SPECIFY _Single_  3b IF NO, SINGLE BIRTH BORN FIRST SECOND THIRD ETC (SPECIFY)

DATE OF BIRTH 4a MONTH _June_ DAY _16_ YEAR _1968_   HOUR OF BIRTH 4b _2:30 A M_

BIRTH _Mecklenburg_

USUAL RESIDENCE OF MOTHER
STATE 6a _N. C._   COUNTY 6b _Mecklenburg_

OF HOSPITAL _Charlotte_   CITY OR TOWN 6c _Charlotte_

OF HOSPITAL IF NOT IN HOSPITAL GIVE STREET AND NUMBER _Memorial_   INSIDE CITY LIMITS 5d _yes_   STREET ADDRESS OR RFD NO 6d _Route 4 Box 106 West Blvd_   INSIDE CITY LIMITS 6e _no_

OF FATHER FIRST   MIDDLE   LAST   AGE (AT TIME OF THIS BIRTH) 7b YEARS   STATE OF BIRTH IF NOT IN U S A NAME COUNTRY 7c

NAME OF MOTHER FIRST _Patricia_ MIDDLE _Anne_ LAST _Barber_   AGE (AT TIME OF THIS BIRTH) 8b _18_ YEARS   STATE OF BIRTH IF NOT IN U S A NAME COUNTRY 8c _N. C._

ITS NAME _Patricia Barber_   RELATION TO CHILD 11 _mother_   HAS MOTHER RECEIVED CERTIFICATE FOR ACCEPTANCE 11 _no_

URE _Richard_   ATTENDANT M D MIDWIFE OTHER (SPECIFY) 12b _M D_   DATE SIGNED 12c _6/17/68_

ATTENDANT S NAME _RICHARD D. HILL_   ADDRESS 12c _2301 Kener Ave Charlotte_

BY LOCAL REG _20 1968_  14 SIGNATURE OF REGISTRAR _RB_   DATE NAME ADDED 15 _8-11-70_   DATE AMENDED 16

#### FOR MEDICAL AND HEALTH USE ONLY

COLOR OR RACE IF NEGRO AMERICAN INDIAN ETC

HAIR OR RACE

_negro_

DATE LAST NORMAL MENSES

PC - 005247

## NORTH CAROLINA STATE BOARD OF HEALTH
### BUREAU OF VITAL STATISTICS

# CERTIFICATE OF LIVE BIRTH

REGISTRATION DISTRICT No. **60-95**

BIRTH No **132**

**4154**

UNOFFICIAL COPY

| 1 PLACE OF BIRTH a COUNTY **MECKLENBURG** | 2 USUAL RESIDENCE OF MOTHER (Where does mother live?) a STATE **N. C.** b COUNTY **MECK.** |
|---|---|
| b CITY (If outside corporate limits, write RURAL and give township) OR TOWN **CHARLOTTE** c TOWNSHIP | c CITY (If outside corporate limits, write RURAL and give township) TOWN **CHARLOTTE** |
| d FULL NAME OF HOSPITAL OR INSTITUTION (If NOT in hospital or institution, give street address or location) **GOOD SAMARITAN** | d STREET ADDRESS (If rural, give location) **ROUTE 4, BOX 230-A** |

| 3 CHILD'S NAME (Type or Print) | a (First) **PATRICIA** | b (Middle) **ANNE** | c (Last) **BARBER** |
|---|---|---|---|

| 4 SEX **FEMALE** | 5a THIS BIRTH SINGLE **[X]** TWIN [ ] TRIPLET [ ] | 5b IF TWIN OR TRIPLET (This child born) 1ST [ ] 2ND [ ] 3RD [ ] | 6 DATE OF BIRTH (Month) (Day) (Year) **AUGUST 10, 1949** |
|---|---|---|---|

## FATHER OF CHILD

| 7 FULL NAME | a (First) **ERNEST** | b (Middle) **HENRY** | c (Last) **BARBER** | 8 COLOR OR RACE **COL.** |
|---|---|---|---|---|
| 9 AGE (At time of this birth) **28** YEARS | 10 BIRTHPLACE (State or foreign country) **N. C.** | 11a USUAL OCCUPATION **JANITOR** | | 11b KIND OF BUSINESS OR INDUSTRY |

## MOTHER OF CHILD

| 12 FULL MAIDEN NAME a (First) **DOROTHY** | b (Middle) | c (Last) **COOPER** | 13 COLOR OR RACE **COL.** |
|---|---|---|---|

| 14 AGE (At time of this birth) **18** YEARS | 15 BIRTHPLACE (State or foreign country) **S. C.** | 16 CHILDREN PREVIOUSLY BORN TO THIS MOTHER (Do NOT include this child) | | |
|---|---|---|---|---|
| | | a How many OTHER children are now living? | b How many OTHER children were born alive but are now dead? | c How many children were stillborn (born dead after 20 weeks pregnancy)? |
| 17 INFORMANT'S NAME AND RELATION TO CHILD **MOTHER** | | **0** | **1** | **0** |

| I hereby certify that this child was born alive on the date stated above at **9:48** A M P M | 18a SIGNATURE **J. A. PETHEL** | 18b ATTENDANT AT BIRTH M D **[X]** MIDWIFE [ ] OTHER (Specify) |
|---|---|---|
| | 18c ADDRESS **CHARLOTTE, N. C.** | 18d DATE SIGNED **9-10-49** |
| 19 DATE REC'D BY LOCAL REG **9-27-49** | 20 REGISTRAR'S SIGNATURE **M. B. BETHEL, M. D.** | 21 DATE ON WHICH GIVEN NAME ADDED BY |

PC - 005248

# CERTIFICATE OF LIVE BIRTH

## BIRTH No. 132—

REGISTRATION DISTRICT NO **60-95**  REGISTRAR'S CERTIFICATE NO _4859_

| 1 PLACE OF BIRTH | | 2 USUAL RESIDENCE OF MOTHER (Where does mother live?) | |
|---|---|---|---|
| a. COUNTY Mecklenburg | b TOWNSHIP Charlotte | a STATE N.C. | b COUNTY Mecklenburg |
| c CITY OR TOWN Charlotte | Is Place of Birth Within City Limits? YES ☒ NO ☐ | c CITY OR TOWN Charlotte | Is Place of Residence In City Limits? YES ☒ NO ☐  On a Farm? YES ☐ NO ☐ |
| d FULL NAME OF (If NOT in hospital or institution give street address or location) HOSPITAL OR INSTITUTION Mercy Hospital | | d STREET ADDRESS or R F D NO  2642 Northfolk Ave. | |

**CHILD**

| 3 FULL NAME (Type or Print) | First Derrick | Middle Lamarr | Last Barnette | | |
|---|---|---|---|---|---|
| 4 SEX Male | 5a THIS BIRTH SINGLE ☒ TWIN ☐ TRIPLET ☐ | 5b IF TWIN OR TRIPLET was child born 1ST ☐ 2ND ☐ 3RD ☐ | | 6. DATE OF BIRTH | Month August  Day 27  Year 1956 |

**FATHER**

| 7 FULL NAME | First John | Middle Thomas | Last Barnette | 8 COLOR OR RACE Colored |
|---|---|---|---|---|
| 9 AGE (At time of this birth) 25 YEARS | 10 BIRTHPLACE (State or foreign country) Charlotte,N.C. | 11a USUAL OCCUPATION | 11b KIND OF BUSINESS OR INDUSTRY A.B.C. Board | |

**MOTHER**

| 12 FULL MAIDEN NAME | First Carrie | Middle Mae | Last Fleming | 13 COLOR OR RACE Colored |
|---|---|---|---|---|
| 14 AGE (At time of this birth) 23 YEARS | 15 BIRTHPLACE (State or foreign country) Ridgeway,S.C. | 16 PREVIOUS DELIVERIES TO MOTHER (Do NOT include this birth) | | |

| 16 a How many OTHER children are now living? 0 | b How many OTHER children were born alive but are now dead? 0 | c How many fetal deaths (fetuses born dead at ANY time after conception)? 0 |
|---|---|---|

| 17 INFORMANT'S NAME AND RELATION TO CHILD  Mrs.J.T.Barnette......Mother | | |
|---|---|---|

18 MOTHER'S MAILING ADDRESS (If different from usual residence)

| I hereby certify that this child was born alive on the date stated above  6:30 A M ☐ P M ☐ | 19a ATTENDANT'S SIGNATURE  19b ADDRESS Charlotte, N.C. | M D ☐ MIDWIFE ☒ OTHER (Specify) ☐  19c DATE SIGNED 8-27-56 |
|---|---|---|
| 20 DATE REC'D BY LOCAL REG  AUG 30 1956 | 21 REGISTRAR'S SIGNATURE | 22 HAS MOTHER INSPECTED CERTIFICATE FOR ACCURACY OF INFORMATION? YES ☒ NO ☐ |
| 23 DATE NAME ADDED BY STATE REGISTRAR | 24 DATE AMENDED | |

PC - 005249

R. V. S.—Form 15

**672**

North Carolina State Board of Health
BUREAU OF VITAL STATISTICS

## STANDARD CERTIFICATE OF BIRTH

605805

State File No. _____

Registered No. __6__

1. PLACE OF BIRTH—

County _Mecklenburg_    State _____

Township _Stut Creek_    or Village _____

City _____ No. _____ (If birth occurred in a hospital or institution, give its name instead of street and number) M. _____ Ward _____ (If child is not yet named, make supplemental report, as directed)

2. FULL NAME OF CHILD _John Thomas Bundte_

| 3. Sex _M_ | If plural births | 4. Twin, triplet, or other _____ | 6. Premature _____ | 7. Legitimate? _Yes_ | 8. Date of Birth _Feb 20_ | 19 _20_ |
| | | 5. Number, in order of birth _____ | Full term _____ | | (Month, day, year) | |

| 9. Full name FATHER _Collie Bundte_ | 18. Full maiden name MOTHER _Mary Lou Withers_ |
| 10. Residence (usual place of abode) (If non-resident, give place and State) _Pineville NC_ | 19. Residence (usual place of abode) (If non-resident, give place and State) _Pineville NC_ |
| 11. Color or race _B_ | 12. Age at last birthday _44_ (Years) | 20. Color or race _B_ | 21. Age at last birthday _37_ (Years) |
| 13. Birthplace (city or place) _SC_ (State or country) | 22. Birthplace (city or place) _NC_ (State or country) |
| 14. Trade, profession, or particular kind of work done, as spinner, sawyer, bookkeeper, etc. _Farmer_ | 23. Trade, profession, or particular kind of work done, as housekeeper, typist, nurse, clerk, etc. _Housewife_ |
| 15. Industry or business in which work was done, as silk mill, sawmill, bank, etc. | 24. Industry or business in which work was done, as own home, lawyer's office, silk mill, etc. |
| 16. Date (month and year) last engaged in this work 19 __ | 17. Total time (years) spent in this work _4/1_ | 25. Date (month and year) last engaged in this work 19 __ | 26. Total time (years) spent in this work _14_ |

27. Number of children of this mother (At time of this birth and including this child)    (a) Born alive and now living _10_    (b) Born alive but now dead _1_    (c) Stillborn _0_

28. If stillborn, period of gestation _____ months or weeks    29. Cause of stillbirth _____    Before labor _____    During labor _____

## CERTIFICATE OF ATTENDING PHYSICIAN OR MIDWIFE

I hereby certify that I attended the birth of this child, who was _alive_ at _12_ _morning_ M. on the date above stated.
(Born alive or stillborn)

WHEN THERE WAS NO ATTENDING PHYSICIAN OR MIDWIFE, THEN THE FATHER, HOUSEHOLDER, ETC., SHOULD MAKE THIS RETURN.

(Signed) _R. Z. Query_ _____ M. D. _____ Midwife

of _____

Address _Charlotte NC R-3_

Given name added from a supplemental report _____
(Date of)

_____ REGISTRAR

Filed _Mar 6_ 1930 _J. Z. Millwer_ _____ REGISTRAR.

PC - 005250

## NORTH CAROLINA STATE BOARD OF HEALTH
### OFFICE OF VITAL STATISTICS
# CERTIFICATE OF LIVE BIRTH

REGISTRATION DISTRICT NO **60-95** — LOCAL NO **4870**

BIRTH NO – 132

NAME OF CHILD — *John Thomas Barnette II*

SEX — *male*

THIS BIRTH—SINGLE, TWIN, TRIPLET (SPECIFY) — *Single*

DATE OF BIRTH — *August 23, 1971*

HOUR OF BIRTH — *10 P.M.*

PLACE OF BIRTH — COUNTY: *Mecklenburg*

USUAL RESIDENCE OF MOTHER — STATE: *N.C.* — COUNTY: *Mecklenburg*

CITY OR TOWN — *Charlotte*

CITY OR TOWN — *Charlotte*

NAME OF HOSPITAL — *Memorial* — INSIDE CITY LIMITS: *yes*

STREET ADDRESS OR R.F.D. NO — *2006-A McAllister Dr* — INSIDE CITY LIMITS: *yes*

NAME OF FATHER — *John Thomas Barnette* — AGE: *31* YEARS — STATE OF BIRTH: *N.C.*

MAIDEN NAME OF MOTHER — *Alberta Williams* — AGE: *30* YEARS — STATE OF BIRTH: *S.C.*

INFORMANT'S NAME — *Alberta Barnette* — RELATION TO CHILD: *Mother*

HAS MOTHER INSPECTED CERTIFICATE FOR ACCURACY: *yes*

SIGNATURE — *Robert W. Meldrum* — ATTENDANT—M.D. — *M.O.* — DATE SIGNED: *25 Aug 71*

ATTENDANT'S NAME (TYPE OR PRINT) — *Robert W. Meldrum* — ADDRESS: *C.M.H.*

DATE REC'D BY LOCAL REG — *AUG 26 1971*

SIGNATURE OF REGISTRAR — *Maurice Kemp MD*

DATE NAME ADDED

DATE AMENDED

### FOR MEDICAL AND HEALTH USE ONLY

COLOR OR RACE (SPECIFY: WHITE, NEGRO, AMERICAN INDIAN, ETC.) — *negro*

COLOR OR RACE (SPECIFY: WHITE, NEGRO, AMERICAN INDIAN, ETC.) — *negro*

DATE LAST NORMAL MENSES BEGAN

PC - 005251

NORTH CAROLINA STATE BOARD OF HEALTH
OFFICE OF VITAL STATISTICS

# CERTIFICATE OF LIVE BIRTH    MECKLENBURG COUNTY

REGISTRATION DISTRICT NO CO-05 LOCAL NO 4570

BIRTH NO – 132

PRINT IN PERMANENT INK

| | | | | |
|---|---|---|---|---|
| NAME OF CHILD | FIRST Eric | MIDDLE Demetrius | LAST Cooper | SEX male |

| THIS BIRTH—SINGLE, TWIN, TRIPLET ETC (SPECIFY) 3a. Single | IF NOT SINGLE BIRTH— BORN FIRST SECOND THIRD ETC (SPECIFY) 3b | DATE OF BIRTH 4a. UN... August 29, 1972 | HOUR OF BIRTH 4b 8:47 A M |

| PLACE OF BIRTH | | USUAL RESIDENCE OF MOTHER | |
| COUNTY 5a Mecklenburg | | STATE 6a N.C. | COUNTY 6b Mecklenburg |
| CITY OR TOWN 5b Charlotte | | CITY OR TOWN 6c Charlotte | |
| NAME OF HOSPITAL (IF NOT IN HOSPITAL, GIVE STREET AND NUMBER) 5c memorial | INSIDE CITY LIMITS (SPECIFY YES OR NO) 5d yes | STREET ADDRESS OR RFD 6d 8901 Windsong Trail | INSIDE CITY LIMITS no |

| NAME OF FATHER 7a | FIRST Robert | MIDDLE | LAST Cooper | AGE (AT TIME OF THIS BIRTH) 7b 25 YEARS | STATE OF BIRTH (IF NOT IN U.S.A. NAME COUNTRY) 7c N.C. |
| MAIDEN NAME OF MOTHER 8a | FIRST Bessie | MIDDLE Lee | LAST Collins | AGE (AT TIME OF THIS BIRTH) 8b 26 YEARS | STATE OF BIRTH (IF NOT IN U.S.A. NAME COUNTRY) 8c S.C. |

| INFORMANT'S NAME 9 Bessie Cooper | RELATION TO CHILD 10 mother | HAS MOTHER INSPECTED CERTIFICATE FOR ACCURACY? (SPECIFY YES OR NO) 11 yes |

| I CERTIFY THAT THE ABOVE NAMED CHILD WAS BORN ALIVE AT THE PLACE AND TIME AND ON THE DATE STATED ABOVE SIGNATURE 12a Donald K. Lewis | ATTENDANT—M.D. MIDWIFE, OTHER (SPECIFY) 12b M.D. | DATE SIGNED 12c 9/5/72 |
| ATTENDANT'S NAME (TYPE OR PRINT) 12d DONALD K. LEWIS | ADDRESS 12e C.M.H. | |

| DATE REC'D BY LOCAL REG 13 | SIGNATURE OF REGISTRAR 14 | DATE NAME ADDED 15 | DATE AMENDED 16 |

---

## FOR MEDICAL AND HEALTH USE ONLY

| COLOR OR RACE (SPECIFY WHITE NEGRO AMERICAN INDIAN ETC) 17 Negro |
| COLOR OR RACE (SPECIFY WHITE NEGRO AMERICAN INDIAN ETC) 20 Negro |
DATE LAST NORMAL MENSES BEGAN

PC - 005252

BVS Form 15-46

# North Carolina State Board of Health
## BUREAU OF VITAL STATISTICS

# CERTIFICATE OF BIRTH

63

| | | |
|---|---|---|
| 1 PLACE OF BIRTH | Registration District No 60-95 | Certificate No 1285 |

UNOFFICIAL COPY

1 PLACE OF BIRTH MECKLENBURG
(a) County
(b) Township — CHARLOTTE
(c) City or town — GOOD SAMARITAN
(d) Street, Hospital or Institution
(e) Is place of birth within town limits? YES

2 HOME (USUAL RESIDENCE) OF MOTHER
(a) State N. C., (b) County MECK.
(c) City or town CHARLOTTE
(d) Street and No or RFD R# 4 BOX 235 A.,
(e) Is place of residence within town limits? NO

3 FULL NAME OF CHILD ROBERT COOPER

{ If child is not yet named, make supplemental report

| 4 Sex MALE | 5 Twin or triplet | If so—born 1st, 2nd, or 3rd | 6 Month of pregnancy 9th | 7 Is mother married? YES | 8 Date of birth 1/31/47 month day year |
|---|---|---|---|---|---|

### FATHER OF CHILD
9. Full name HENRY COOPER
10. Color or race COL
11. Age at time of this birth 21 yrs
12. Birthplace N. C., (City, town or county) (State or foreign country)
13. Usual occupation Laborer
14. Industry or business

### MOTHER OF CHILD
15. Full Maiden Name Freddie Burns
16. Color or race col.
17. Age at time of this birth 22 yrs
18. Birthplace N. C., (City, town or county) (State or foreign country)
19. Usual occupation Domestic
20. Industry or business

21 Children born to this mother
(a) How many other children of this mother are now living? 1
(b) How many other children were born alive but are now dead? 0
(c) How many children were born dead? 0

22 Mother's mailing address for registration notice
Above

23 I hereby certify that I attended the birth of this child who was born alive at the hour of 12:50 A., M on the date above stated and that the information given was furnished by Freddie Cooper , related to the child as Mother

24 Date on which given name added , 19
By Registrar

Attendant's own signature h. M Wyche M. D., 3/13/47
M. D., midwife, or other Date signed , 19
Address Charlotte N. C.,

3/22/47 Louise Y. Workman

25 Filed , 19 Registrar's own signature

Witness to signature When signed by mark

PC - 005253

Bates No. 14783

NORTH CAROLINA STATE BOARD OF HEALTH
OFFICE OF VITAL STATISTICS
## CERTIFICATE OF LIVE BIRTH

REGISTRATION
DISTRICT NO          LOCAL NO    4722          BIRTH NO  -  132

TYPE OR PRINT IN
PERMANENT
BLACK INK

NAME OF CHILD          Robert    Frederick          Cooper          SEX    2  male

THIS BIRTH  SINGLE TWIN TRIPLET ETC (SPECIFY)    IF NOT SINGLE BIRTH  BORN FIRST SECOND THIRD ETC (SPECIFY)    MONTH  DAY  YEAR    HOUR OF BIRTH
3a  Single          3b          4a  Aug  26, 1971    4b  9  P  M

PLACE OF BIRTH

COUNTY    5a    Mecklenburg          USUAL RESIDENCE OF MOTHER  STATE  6a  N. C.          COUNTY  6b  Mecklenburg

CITY OR TOWN  3b  Charlotte          CITY OR TOWN  6c  Charlotte

NAME OF HOSPITAL  (IF NOT IN HOSPITAL GIVE STREET AND NUMBER)    INSIDE CITY LIMITS (SPECIFY YES OR NO)    STREET ADDRESS OR R F D  NO    INSIDE CITY LIMITS (SPECIFY YES OR NO)
5c  Memorial    5d  yes    6d  1135 Spruce St    6e  yes

NAME OF FATHER  FIRST  MIDDLE  LAST    AGE AT TIME OF THIS BIRTH    STATE OF BIRTH  IF NOT IN USA NAME COUNTRY
7a  Robert    Cooper          7b  23 YEARS    7c  N. C.

MAIDEN NAME OF MOTHER  FIRST  MIDDLE  LAST    AGE AT TIME OF THIS BIRTH    STATE OF BIRTH  IF NOT IN USA NAME COUNTRY
8a  Bessie Lee Collins          8b  24 YEARS    8c  S. C.

INFORMANT'S NAME  9  Bessie Cooper          RELATION TO CHILD  10  Mother          HAS MOTHER INSPECTED CERTIFICATE FOR ACCURACY?  (SPECIFY YES OR NO)  11  yes

I CERTIFY THAT THE ABOVE NAMED CHILD WAS BORN ALIVE AT THE PLACE AND TIME AND ON THE DATE STATED ABOVE
SIGNATURE  12a          ATTENDANT—MD MIDWIFE OTHER (SPECIFY)  12b          DATE SIGNED  12c

ATTENDANT'S NAME  12d  (TYPE OR PRINT)  J. G. WINGERT          ADDRESS  12e  Charlotte, N. C.

DATE REC'D BY LOCAL REG  13  SEP 1 1971          SIGNATURE OF REGISTRAR  14          DATE NAME ADDED  15          DATE AMENDED  16

---

FOR MEDICAL AND HEALTH USE ONLY

FATHER
COLOR OR RACE  (SPECIFY  WHITE  NEGRO  AMERICAN INDIAN  ETC)
17  Negro

MOTHER
COLOR OR RACE  (SPECIFY  WHITE  NEGRO  AMERICAN INDIAN  ETC)
20  Negro
DATE LAST NORMAL MENSES BEGAN

PC - 005254

Case 3:12-cv-00327-MOC    Document 78-4    Filed 12/22/14    Page 37 of 87
Bates No. 14784

B. V. S.—Form 16

**North Carolina State Board of Health**
BUREAU OF VITAL STATISTICS

**CERTIFICATE OF BIRTH**

21

1 PLACE OF BIRTH

County Mecklenburg

Township Lemleys

Town Davidson R.F.D. Registration District No. 6-D-5 797

Certificate No. 21

or
City .......... (No. .......... St.) .......... (Ward)
(If birth occurred in a hospital, or other institution, give name of same instead of street number)

2 FULL NAME OF CHILD Mabel Johnson

| 3 Boy Girl: **Girl** | 4 Twin, triplet, or other (To be answered only in event of plural births) | 5 Number in order of birth | | 6 Parents married **yes** | 7 Date of Birth (Name of Month) **June** (Day) **19** (Year) **19** |

| **FATHER** | | **MOTHER** |
| 8 FULL NAME Emry Johnson | 14 MAIDEN NAME BEFORE MARRIAGE Lacy Connor |
| 9 POSTOFFICE ADDRESS Davidson N.C. R.F.D. | 15 POSTOFFICE ADDRESS Davidson N.C. R.F.D |
| 10 COLOR Black | 11 AGE AT LAST BIRTHDAY 25 (Years) | 16 COLOR Black | 17 AGE AT LAST BIRTHDAY 24 (Years) |
| 12 BIRTHPLACE N.C. | 18 BIRTHPLACE N.C. |
| 13 OCCUPATION Farmer | 19 OCCUPATION Housework |

20 Number of children born to this mother, including present birth. 4

21 Number of children of this mother now living. 2

**CERTIFICATE OF ATTENDING PHYSICIAN OR MIDWIFE**

22 I hereby certify that I attended the birth of this child, who was Born alive (Born alive or stillborn) at 6:30 P.M. (Hour, a. m. or p. m.) on the date above stated.

23 (Signature) G. H. Withers Physician (State whether physician or midwife)

24 P.O. Davidson N.C.

Given name added from supplemental report

25 Witness (Signature of witness necessary only when 23 is signed by mark)

26 .......... 16 ..........
(Registrar)

27 Filed 6/22 19 .... G. E. Washams
Local Registrar

P.O. Cornelius N.C.

*When there was no attending physician or midwife, then the father, householder, etc., should make this return. If a child breathes even once, it must be reported as stillborn. No report is desired of stillbirths before the fifth month of pregnancy.

PC - 005255

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTER FOR HEALTH STATISTICS - NC VITAL RECORDS

## CERTIFICATE OF LIVE BIRTH

Registration
District No. **060-95**  Local No.  2003044418

BIRTH NO. – 132

**CHILD**

| 1. CHILD'S NAME *(First, Middle, Last)* | | 2. DATE OF BIRTH *(Month, Day, Year)* | 3. TIME OF |
|---|---|---|---|
| Cherish   Jesseca-Alesys   Nero | | April 16, 2003 | 5:37 P |

| 4. SEX | 5. CITY, TOWN, OR LOCATION OF BIRTH | 6. COUNTY OF BIRTH |
|---|---|---|
| Female | Charlotte | Mecklenburg |

| 7. PLACE OF BIRTH | 8. FACILITY NAME *(If not institution, give street and number)* |
|---|---|
| Hospital | Carolinas Medical Center |

**PARENTS**

| 9. FATHER'S NAME *(First, Middle, Last)* | 10. DATE OF BIRTH *(Month, Day, Year)* | 11. BIRTHPLACE *(State or foreig* |
|---|---|---|
| | | |

| 12a. MOTHER'S MAIDEN NAME *(First, Middle, Maiden)* | | 12b. MOTHER'S SURNAME | 13. DATE OF BIRTH *(Month, D* |
|---|---|---|---|
| Cortney   Alexanderia   Nero | | Nero | July 12,198 |

| 14. BIRTHPLACE *(State or foreign country)* | 15a. USUAL RESIDENCE (STATE) | 15b. COUNTY | 15c. CITY, TOWN, OR LOCATION |
|---|---|---|---|
| North Carolina | North Carolina | Mecklenburg | Charlotte |

| 15d. STREET AND NUMBER | 15e. ZIP CODE | 15f. INSIDE CITY LIMITS *(Yes or No)* | 16. MOTHER'S MAILING ADDRESS *(If same as residence, enter* |
|---|---|---|---|
| 5020 Coronado Dr | 28212 | Yes | SAME |

**STATE COPY**

| 17a. MOTHER'S SIGNATURE: *I certify that I have inspected this certificate.* | 17b. RELATION TO CHILD IF MOTHER CANNOT SIGN | 17c. SOCIAL SECURITY NUMBER REC *(Yes or No)* |
|---|---|---|
| *Cortney Nero* | | Yes |

| 18a. I certify that this child was born alive at the place and time and on the date stated. *Signature* | 18b. DATE SIGNED *(Month, Day, Year)* | 19. ATTENDANT'S NAME AND TITLE *(If other than certifier) (Type/Print)* |
|---|---|---|
| *Nero Calaway* | 4-17-03 | Navin Bhojwani M.D. |

**CERTIFIER**

| 20. CERTIFIER'S NAME & TITLE *(Type/Print)* | 21. ATTENDANT'S MAILING ADDRESS *(Street & Number or Rural Route & Number, City, Town, Zip* |
|---|---|
| Jame Calaway, Statistician | CMC Charlotte,NC 28232 |

| 22a. DATE REC'D BY LOCAL REG | 22b. SIGNATURE OF REGISTRAR | 23. DATE NAME ADDED | 24. DATE AMENDED |
|---|---|---|---|
| APR 21 2003 | *Peter E. Safir SuG* | | |

**RACE**

| 25a. COLOR OR RACE OF FATHER *(Specify White, Black, American Indian, etc.)* | 25b. COLOR OR RACE OF MOTHER *(Specify White, Black, American Indian, etc.)* |
|---|---|
| | Black |

PC - 005256

1906

NORTH CAROLINA DEPARTMENT OF HUMAN RESOURCES
DIVISION OF HEALTH SERVICES - VITAL RECORDS BRANCH

## CERTIFICATE OF LIVE BIRTH

REGISTRATION DISTRICT NO. 060-95 LOCAL NO. 6294

BIRTH NO. - 132

TYPE OR PRINT IN PERMANENT BLACK INK

**CHILD**

| NAME OF CHILD | FIRST | MIDDLE | LAST | SEX |
|---|---|---|---|---|
| 1. | Cortney | Alexandria | Nero | 2. Female |

| THIS BIRTH - SINGLE, TWIN, TRIPLET, ETC (SPECIFY) | IF NOT SINGLE BIRTH – BORN FIRST, SECOND, THIRD, ETC (SPECIFY) | DATE OF BIRTH MONTH | DAY | YEAR | HOUR OF BIRTH |
|---|---|---|---|---|---|
| 3a. single | 3b. | 4a. July | 12 | 1987 | 4b. 3:03 A. M. |

| PLACE OF BIRTH COUNTY: | CITY OR TOWN | NAME OF HOSPITAL (IF NOT IN HOSPITAL, GIVE STREET AND NUMBER) | INSIDE CITY LIMIT (SPECIFY YES OR N) |
|---|---|---|---|
| 5a. Mecklenburg | 5b. Charlotte | 5c. Charlotte Memorial | 5d. yes |

**PARENTS**

| NAME OF FATHER FIRST | MIDDLE | LAST | AGE (AT TIME OF THIS BIRTH) | STATE OF BIRTH (IF NOT IN U.S.A. NAME COUNTRY?) | COUNTY (IF BORN IN N C.) |
|---|---|---|---|---|---|
| 6a. | | | 6b. YEARS | 6c. | 6d. |

| MAIDEN NAME OF MOTHER | | | AGE (AT TIME OF THIS BIRTH) | STATE OF BIRTH (IF NOT IN U.S.A. NAME COUNTRY?) | COUNTY (IF BORN IN N. C.) |
|---|---|---|---|---|---|
| 7a. Shonda | Latecia | Nero | 7b. 16 YEARS | 7c. Georgia | 7d. |

| USUAL RESIDENCE OF MOTHER STATE | COUNTY | CITY, TOWN OR LOCATION | STREET AND NUMBER OF RESIDENCE | INSIDE CITY LIMIT (SPECIFY YES OR N) |
|---|---|---|---|---|
| 8a. N.C. | 8b. Mecklenburg | 8c. Charlotte | 8d. 4811 Farm Pond Lane | 8e. yes |

MOTHER'S SIGNATURE I CERTIFY THAT I HAVE INSPECTED THIS CERTIFICATE FOR ACCURACY

9. Shonda Latecia Nero

RELATION TO CHILD (IF MOTHER CANNOT SIGN) 10.

**CERTIFIER**

Sign with Permanent Black Ink

I CERTIFY THAT THE ABOVE NAMED CHILD WAS BORN ALIVE AT THE PLACE AND TIME AND ON THE DATE STATED ABOVE

11a. SIGNATURE

11b. DATE SIGNED (Mo., Day, Yr) 7 | 7 | 87

11c.

NAME AND TITLE OF ATTENDANT AT BIRTH IF OTHER THA CERTIFIER — MD, Nurse-Midwife, Midwife, Other (Specify)

| 11d. CERTIFIER—NAME AND TITLE (Type or Print) | 11e. MAILING ADDRESS (Street or R.F.D. No., City or Town, State, Zip) |
|---|---|
| J.D. Gaskins, M.D. | P.O. Box 32861 Charlotte, N.C. 28232 |

| 12. DATE REC'D BY LOCAL REG. JUL 14 1987 | 13. SIGNATURE OF REGISTRAR | 14. DATE NAME ADDED | 15. DATE AMENDED |
|---|---|---|---|

PC - 005257

NORTH CAROLINA DEPARTMENT OF HUMAN RESOURCES
DIVISION OF HEALTH SERVICES · VITAL RECORDS BRANCH

## CERTIFICATE OF LIVE BIRTH

1906

REGISTRATION DISTRICT NO. 060-95 LOCAL NO. 6294        BIRTH NO. · 132

TYPE OR PRINT IN PERMANENT BLACK INK

**CHILD**

| NAME OF CHILD | FIRST | MIDDLE | LAST | SEX |
|---|---|---|---|---|
| 1. | Cortney | Alexandria | Nero | 2. Female |

| THIS BIRTH - SINGLE, TWIN, TRIPLET, ETC (SPECIFY) | IF NOT SINGLE BIRTH – BORN FIRST, SECOND, THIRD, ETC (SPECIFY) | DATE OF BIRTH | MONTH | DAY | YEAR | HOUR OF BIRTH |
|---|---|---|---|---|---|---|
| 3a. single | 3b. | 4a. July | 12 | 1987 | 4b. 3:03 A. M. |

| PLACE OF BIRTH COUNTY: | CITY OR TOWN | NAME OF HOSPITAL (IF NOT IN HOSPITAL, GIVE STREET AND NUMBER) | INSIDE CITY LIMIT (SPECIFY YES OR N |
|---|---|---|---|
| 5a. Mecklenburg | 5b. Charlotte | 5c. Charlotte Memorial | 5d. yes |

**PARENTS**

| NAME OF FATHER | FIRST | MIDDLE | LAST | AGE (AT TIME OF THIS BIRTH) | STATE OF BIRTH (IF NOT IN U.S.A. NAME COUNTRY) | COUNTY (IF BORN IN N.C.) |
|---|---|---|---|---|---|---|
| 6a. | | | | 6b. YEARS 6c. | 6d. |

| MAIDEN NAME OF MOTHER | | | | AGE (AT TIME OF THIS BIRTH) | STATE OF BIRTH (IF NOT IN U.S.A. NAME COUNTRY) | COUNTY (IF BORN IN N.C.) |
|---|---|---|---|---|---|---|
| 7a. | Shonda | Latecia | Nero | 7b. 16 YEARS 7c. Georgia | 7d. |

| USUAL RESIDENCE OF MOTHER STATE | COUNTY | CITY, TOWN OR LOCATION | STREET AND NUMBER OF RESIDENCE | INSIDE CITY LIMIT (SPECIFY YES OR N |
|---|---|---|---|---|
| 8a. N.C. | 8b. Mecklenburg | 8c. Charlotte | 8d. 4811 Farm Pond Lane | 8e. yes |

| MOTHER'S SIGNATURE I CERTIFY THAT I HAVE INSPECTED THIS CERTIFICATE FOR ACCURACY | RELATION TO CHILD (IF MOTHER CANNOT SIGN |
|---|---|
| 9. Shonda Latecia Nero | 10. |

**CERTIFIER**

Sign with Permanent Black Ink

| I CERTIFY THAT THE ABOVE NAMED CHILD WAS BORN ALIVE AT THE PLACE AND TIME AND ON THE DATE STATED ABOVE | DATE SIGNED (Mo., Day, Yr) | NAME AND TITLE OF ATTENDANT AT BIRTH IF OTHER THA CERTIFIER – MD, Nurse-Midwife, Midwife, Other (Specify) |
|---|---|---|
| SIGNATURE 11a. | 11b. 7 12 87 | 11c. |

| CERTIFIER–NAME AND TITLE (Type or Print) | MAILING ADDRESS (Street or R.F.D. No., City or Town, State, Zip) |
|---|---|
| 11d. J.D. Gaskins, M.D. | 11e. P.O. Box 32861 Charlotte, N.C. 28232 |

| DATE REC'D BY LOCAL REG. | SIGNATURE OF REGISTRAR | DATE NAME ADDED | DATE AMENDED |
|---|---|---|---|
| 12. JUL 14 1987 | 13. Bant J. Sill | 14. | 15. |

PC - 005258

## NORTH CAROLINA STATE BOARD OF HEALTH
### OFFICE OF VITAL STATISTICS

# CERTIFICATE OF LIVE BIRTH

REGISTRATION DISTRICT No. 60-95   REGISTRAR'S CERTIFICATE No. UA025 (UNOFFICIAL COPY)

| | | |
|---|---|---|
| **1 PLACE OF BIRTH** a. COUNTY Mecklenburg | b. TOWNSHIP | **2 USUAL RESIDENCE OF MOTHER** (Where does mother live?) a. STATE N. C.   b. COUNTY Mecklenburg |
| c. CITY OR TOWN Charlotte | Is Place of Birth Within City Limits? YES [X] NO [ ] | CITY OR TOWN Charlotte — Is Place of Residence In City Limits? YES [X] NO [ ]  On a Farm? YES [ ] NO [ ] |
| d. FULL NAME OF (If NOT in hospital or institution, give street address or location) HOSPITAL OR INSTITUTION Presbyterian Hospital | | d. STREET ADDRESS or R F D NO 205 Judson Avenue |

**CHILD**

| **3 FULL NAME** (Type or Print) | First Regena | Middle Arlease | Last Nero |
|---|---|---|---|

| **4 SEX** Female | **5a THIS BIRTH** SINGLE [X] TWIN [ ] TRIPLET [ ] | **5b IF TWIN OR TRIPLET** was child born 1st [ ] 2nd [ ] 3rd [ ] | **6 DATE OF BIRTH** Month November  Day 21,  Year 1967 |
|---|---|---|---|

**FATHER**

| **7 FULL NAME** | First Jefferson | Middle L. | Last Nero | **8 COLOR OR RACE** Negro |
|---|---|---|---|---|
| **9 AGE** (At time of this birth) 19 YEARS | **10 BIRTHPLACE** (State or foreign country) N. C. | **11a USUAL OCCUPATION** | **11b KIND OF BUSINESS OR INDUSTRY** | |

**MOTHER**

| **12 FULL MAIDEN NAME** | First Tessie | Middle Mae | Last Cooper | **13 COLOR OR RACE** Negro |
|---|---|---|---|---|
| **14 AGE** (At time of this birth) 16 YEARS | **15 BIRTHPLACE** (State or foreign country) N. C. | **16 PREVIOUS DELIVERIES TO MOTHER** (Do NOT include this birth) a. How many OTHER children are now living? 0 | b. How many OTHER children were born alive but are now dead? 0 | c. How many fetal deaths (fetuses born dead at ANY time after conception)? 0 |

| **17 INFORMANT'S NAME AND RELATION TO CHILD** mother |
|---|

| **18 MOTHER'S MAILING ADDRESS** (If different from USUAL RESIDENCE) |
|---|

| | | |
|---|---|---|
| I hereby certify that this child was born alive on the date stated above at 8:39 A M __ P M | **19a ATTENDANT'S SIGNATURE** A J. Lewis, Jr. | M D [X]  MIDWIFE [ ]  OTHER (Specify) [ ] |
| | **19b ADDRESS** Charlotte, N.C. | **19c DATE SIGNED** 11-21-1967 |
| **20 DATE REC'D BY LOCAL REG** 12-4-1967 | **21 REGISTRAR'S SIGNATURE** Maurice Kamp, M.D. | **22 HAS MOTHER INSPECTED CERTIFICATE FOR ACCURACY OF INFORMATION?** YES [X] NO [ ] |
| **23 DATE NAME ADDED BY STATE REGISTRAR** | **24 DATE AMENDED** | |

PC - 005259

*In the margin:* TYPE OR WRITE PLAINLY WITH INK—THIS IS A PERMANENT RECORD — N B—In case of twins or triplets use a separate blank for each child and number each in the order of birth

STATE BOARD OF HEALTH
OFFICE OF VITAL STATISTICS

# CERTIFICATE OF LIVE BIRTH

## BIRTH No. 132

REGISTRATION DISTRICT No **60-95**  REGISTRAR'S CERTIFICATE No *800*

**1 PLACE OF BIRTH**

a. COUNTY *Mecklenburg*   b. TOWNSHIP *Charlotte*

c. CITY OR TOWN *Charlotte*   In Place of Birth (city) Limits?

d. FULL NAME OF (If NOT in hospital or institution give street address or location) HOSPITAL OR INSTITUTION *Good Samaritan*

**2 USUAL RESIDENCE OF MOTHER** (Where does mother live?)

a. STATE *North Carolina*   b. COUNTY *Mecklenburg*

c. CITY OR TOWN *Charlotte*   In City Limits? In Place of Residence: On a Farm? YES / NO

STREET ADDRESS OR R.F.D. NO. *220 Bassett St*

### CHILD

**3 FULL NAME** (Type or Print)  First *Larry*  Middle *Eugene*  Last *Weight*

**4 SEX** *Male*   **5a THIS BIRTH** SINGLE ☒ TWIN ☐ TRIPLET ☐   **5b** IF TWIN OR TRIPLET was child born 1st ☐ 2nd ☐ 3rd ☐   **6 DATE OF BIRTH** Month *Feb.* Day *18* Year *1958*

### FATHER

**7 FULL NAME**  First *Cole*  Middle  Last *Weight*   **8 COLOR OR RACE** *Negro*

**9 AGE** (At time of this birth) *39* YEARS   **10 BIRTHPLACE** (State or foreign country) *South Carolina*   **11a USUAL OCCUPATION** *Labor*   **11b KIND OF BUSINESS OR INDUSTRY**

### MOTHER

**12 FULL MAIDEN NAME**  First *Elizabeth*  Middle  Last *Holden*   **13 COLOR OR RACE** *Negro*

**14 AGE** (At time of this birth) *27* YEARS   **15 BIRTHPLACE** (State or foreign country) *South Carolina*

**16 PREVIOUS DELIVERIES TO MOTHER** (Do NOT include this birth)
a. How many OTHER children are now living? *5*   b. How many OTHER children were born alive but are now dead? *0*   c. How many fetal deaths (fetuses born dead at ANY time after conception)? *0*

**17 INFORMANT'S NAME AND RELATION TO CHILD**  *Elizabeth Weight (mother)*

**18 MOTHER'S MAILING ADDRESS** (If different from usual residence)

**19a ATTENDANT'S SIGNATURE** *Richard D Hill*   M.D. ☒ MIDWIFE ☐ OTHER (Specify) ☐

I hereby certify that this child was born alive on the date stated above at *3.29* A M P M

**19b ADDRESS** *Charlotte, N C*

**19c DATE SIGNED** *2/18/58*

**20 DATE REC'D BY LOCAL REG.** *FEB 25 1958*   **21 REGISTRAR'S SIGNATURE** *M B Beatie*

**22 HAS MOTHER INSPECTED CERTIFICATE FOR ACCURACY OF INFORMATION?** YES ☒ NO ☐

**23 DATE NAME ADDED BY STATE REGISTRAR**   **24 DATE AMENDED**

### FOR MEDICAL AND HEALTH USE
(This section MUST be filled out)

PC - 005260

Bates No. 14790

**CERTIFICATE OF DEATH**

Registration District No. 060-95   Local No. 1153

| DECEDENT'S NAME (First, Middle, Last) | | SEX | DATE OF DEATH (Month, Day, Year) |
|---|---|---|---|
| 1. Hattie Barnett Adams | | Female | March 31, 1990 |

| SOCIAL SECURITY NUMBER | AGE — Last Birthday (Years) | UNDER 1 YEAR Months / Days | UNDER 1 DAY Hours / Minutes | DATE OF BIRTH (Month, Day, Year) | BIRTHPLACE (City and State or Foreign Country) NC |
|---|---|---|---|---|---|
| 4. 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 | 83 | | | Oct. 23, 1906 | Mecklenburg County, |

WAS DECEDENT EVER IN U.S. ARMED FORCES (Yes or No)  No

PLACE OF DEATH (Check only one, see instructions on other side)
HOSPITAL: ☒ Inpatient  ☐ ER/Outpatient  ☐ DOA   OTHER: ☐ Nursing Home  ☐ Residence  ☐ Other (Specify)

| FACILITY NAME (If not institution, give street and number) | CITY, TOWN, OR LOCATION OF DEATH | INSIDE CITY LIMITS? (Yes or No) | COUNTY OF DEATH |
|---|---|---|---|
| Mercy Hospital | Charlotte | Yes | Mecklenburg |

| MARITAL STATUS—Married, Never Married, Widowed, Divorced (Specify) | SURVIVING SPOUSE (If wife, give maiden name) | DECEDENT'S USUAL OCCUPATION (Give kind of work done during most of working life. Do not use retired.) | KIND OF BUSINESS/INDUSTRY |
|---|---|---|---|
| Widowed | | Homemaker | Own Home |

| RESIDENCE — STATE | COUNTY | CITY, TOWN, OR LOCATION | STREET AND NUMBER |
|---|---|---|---|
| NC | Mecklenburg | Charlotte | 1918 Salome Church Road |

| INSIDE CITY LIMITS (Yes or No) | ZIP CODE | Was Decedent of Hispanic Origin? (Specify Yes or No—If yes, specify Cuban, Mexican, Puerto Rican, etc.) ☐ Yes ☒ No (Specify) | RACE — American Indian, Black, White, etc. (Specify) | DECEDENT'S EDUCATION (Specify only highest grade completed) Elementary/Secondary (0-12) College (13-17+) |
|---|---|---|---|---|
| yes | 28213 | | Black | 7th |

| FATHER'S NAME (First, Middle, Last) | MOTHER'S NAME (First, Middle, Maiden Surname) |
|---|---|
| 17. Collie Barnett | Mary L. Weathers |

| INFORMANT'S NAME (Type/Print) | MAILING ADDRESS (Street and Number or Rural Route Number, City or Town, State, Zip Code) |
|---|---|
| 19a. Mable B. Johnson (Sister) | Route 10, Charlotte, N.C. 28213 |

PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock or heart failure. List only one cause on each line.

| | | Approximate Interval Between Onset and Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. Respiratory Failure – Massive Pulmonary Embolies | |
| | DUE TO (OR AS A CONSEQUENCE OF): | |
| Sequentially list conditions if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST. | b. Adena Ca Breast w. th Hepatic Metastasis | |
| | DUE TO (OR AS A CONSEQUENCE OF): | |
| | c. | |
| | DUE TO (OR AS A CONSEQUENCE OF): | |
| | d. | |

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.  Mal nu trites

| AUTOPSY? (Yes or No)  No | If yes, were findings considered in determining cause of death? | Was case referred to Medical Examiner? (Yes or No)  No | TIME OF DEATH  9:40 Pm M. |
|---|---|---|---|

NOTICE: STATE LAW REQUIRES THAT ALL DEATHS DUE TO TRAUMA, ACCIDENT, HOMICIDE, SUICIDE OR UNDER SUSPICIOUS, UNUSUAL, OR UNNATURAL CIRCUMSTANCES BE REPORTED TO, AND CERTIFIED BY A MEDICAL EXAMINER ON A MEDICAL EXAMINER'S CERTIFICATE OF DEATH. ANY DEATHS FALLING INTO THESE CATEGORIES IS WITHIN THE MEDICAL EXAMINER'S JURISDICTION REGARDLESS OF THE LENGTH OF SURVIVAL FOLLOWING THE UNDERLYING INJURY.

| SIGNATURE AND TITLE OF CERTIFIER | DATE SIGNED (Month, Day, Year) 05/04/90 |
|---|---|

NAME AND ADDRESS OF CERTIFIER  CHARLES B. JAMES, M. D.   PLACE OF DEATH (ITEM 20) (Type or Print)
700 E. STONEWALL ST. #130   CHARLOTTE, N.C. 28202

| METHOD OF DISPOSITION ☒ Burial ☐ Cremation ☐ Removal ☐ Donation ☐ Other | PLACE OF DISPOSITION (Name of cemetery, crematory, or other) O'Zion AME Zion Church | LOCATION — City or Town, State, Zip Code Charlotte, NC (4-4-90) |
|---|---|---|

| NAME AND ADDRESS OF FUNERAL HOME | SIGNATURE OF FUNERAL DIRECTOR | LICENSE NUMBER |
|---|---|---|
| Grier Funeral Service  Charlotte, NC | | 1195 |

| REGISTRAR'S SIGNATURE  Betty S. Sims | DATE FILED (Month, Day, Year)  APR 0 5 1990 | SIGNATURE OF EMBALMER | LICENSE NUMBER |
|---|---|---|---|

3 1673 revised 2/86  'AL RECORDS

Uncertified Copy

PC - 005261

NORTH CAROLINA DEPARTMENT OF HUMAN RESOURCES
DIVISION OF HEALTH SERVICES — VITAL RECORDS BRANCH

**CERTIFICATE OF DEATH**

Registration District No. 060-95  Local No. 1153

| | | |
|---|---|---|
| DECEDENT'S NAME (First, Middle, Last) | SEX | DATE OF DEATH (Month, Day, Year) |
| 1. Hattie Barnett Adams | Female | March 31, 1990 |

| SOCIAL SECURITY NUMBER | AGE — Last Birthday (Years) | UNDER 1 YEAR — Months / Days | UNDER 1 DAY — Hours / Minutes | DATE OF BIRTH (Month, Day, Year) | BIRTHPLACE (City and State or Foreign Country) |
|---|---|---|---|---|---|
| 4. 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 | 83 | | | Oct. 23, 1906 | Mecklenburg County, NC |

WAS DECEDENT EVER IN U.S. ARMED FORCES (Yes or No)  No

PLACE OF DEATH (Check only one. see instructions on other side)
HOSPITAL: ☒ Inpatient ☐ ER/Outpatient ☐ DOA   OTHER: ☐ Nursing Home ☐ Residence ☐ Other (Specify)

| FACILITY NAME (If not institution, give street and number) | CITY, TOWN, OR LOCATION OF DEATH | INSIDE CITY LIMITS? (Yes or No) | COUNTY OF DEATH |
|---|---|---|---|
| Mercy Hospital | Charlotte | Yes | Mecklenburg |

| MARITAL STATUS | SURVIVING SPOUSE (If wife, give maiden name) | DECEDENT'S USUAL OCCUPATION | KIND OF BUSINESS/INDUSTRY |
|---|---|---|---|
| Widowed | | Homemaker | Own Home |

| RESIDENCE — STATE | COUNTY | CITY, TOWN, OR LOCATION | STREET AND NUMBER |
|---|---|---|---|
| NC | Mecklenburg | Charlotte | 1918 Salome Church Road |

| INSIDE CITY LIMITS (Yes or No) | ZIP CODE | Was Decedent of Hispanic Origin? | RACE — American Indian, Black, White, etc. | DECEDENT'S EDUCATION |
|---|---|---|---|---|
| yes | 28213 | ☐ Yes ☒ No | Black | 7th |

| FATHER'S NAME (First, Middle, Last) | MOTHER'S NAME (First, Middle, Maiden Surname) |
|---|---|
| Collie Barnett | Mary L. Weathers |

| INFORMANT'S NAME (Type/Print) | MAILING ADDRESS |
|---|---|
| Mable B. Johnson  (Sister) | Route 10,  Charlotte, N.C.  28213 |

PART I. Enter the diseases, injuries, or complications that caused the death.

IMMEDIATE CAUSE: a. Respiratory Failure — Massive Pulmonary Embolus
DUE TO (OR AS A CONSEQUENCE OF): b. Adena Ca Breast w, th hepatic metastasis
DUE TO (OR AS A CONSEQUENCE OF): c.
DUE TO (OR AS A CONSEQUENCE OF): d.

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.  Mal nutrition

| AUTOPSY? (Yes or No) | If yes, were findings considered in determining cause of death | Was case referred to Medical Examiner? (Yes or No) | TIME OF DEATH |
|---|---|---|---|
| No | | No | 9:02 PM |

NOTICE: STATE LAW REQUIRES THAT ALL DEATHS DUE TO TRAUMA, ACCIDENT, HOMICIDE, SUICIDE, UNDER SUSPICIOUS, UNUSUAL, OR UNNATURAL CIRCUMSTANCES BE REPORTED TO, AND CERTIFIED BY A MEDICAL EXAMINER ON A MEDICAL EXAMINER'S CERTIFICATE OF DEATH. ANY DEATHS FALLING INTO THESE CATEGORIES IS WITHIN THE MEDICAL EXAMINER'S JURISDICTION REGARDLESS OF THE LENGTH OF SURVIVAL FOLLOWING THE UNDERLYING INJURY.

SIGNATURE AND TITLE OF CERTIFIER    DATE SIGNED (Month, Day, Year)  05/04/90

NAME AND ADDRESS OF CERTIFIER  CHARLES G. JAMES, M.D.
700 E. STONEWALL ST. #130  CHARLOTTE, N.C. 28202

PLACE OF DEATH (ITEM 20) (Type or Print)

| METHOD OF DISPOSITION | PLACE OF DISPOSITION (Name of cemetery, crematory, or other) | LOCATION — City or Town, State, Zip Code |
|---|---|---|
| ☒ Burial ☐ Cremation ☐ Removal ☐ Donation ☐ Other | O'Zion AME Zion Church | Charlotte, NC  (4-4-90) |

| NAME AND ADDRESS OF FUNERAL HOME | SIGNATURE OF FUNERAL DIRECTOR | LICENSE NUMBER |
|---|---|---|
| Grier Funeral Service  Charlotte, NC | | 1195 |

| REGISTRAR'S SIGNATURE | DATE FILED (Month, Day, Year) | SIGNATURE OF EMBALMER | LICENSE NUMBER |
|---|---|---|---|
| Betty S. Sims | APR 0 5 1990 | Jerry Wallace | |

Uncertified Copy
Not valid
PC - 005262

6100

# NORTH CAROLINA DEPARTMENT OF HUMAN RESOURCES
## DIVISION OF HEALTH SERVICES - VITAL RECORDS BRANCH
## CERTIFICATE OF DEATH

REGISTRATION DISTRICT NO. 060-95    LOCAL NO. 2520

TYPE, OR PRINT IN PERMANENT BLACK INK

**NAME OF DECEASED** (FIRST) Thomas (MIDDLE) Sinclair (LAST) Anderson

**DATE OF DEATH** (MONTH, DAY, YEAR) Oct. 6, 1977

**SEX** Male **COLOR OR RACE** White **STATE OF BIRTH** N. C. **DATE OF BIRTH** Aug. 13, 1884 **AGE (IN YEARS LAST BIRTHDAY)** 93

**PLACE OF DEATH**

**COUNTY** Mecklenburg **CITY OR TOWN** Charlotte

**USUAL RESIDENCE** **STATE** N. C. **COUNTY** Mecklenburg

**NAME OF HOSPITAL OR INSTITUTION** Wesley Nursing Center **INSIDE CITY LIMITS** yes **CITY OR TOWN** Charlotte

**MARRIED, NEVER MARRIED, WIDOWED, DIVORCED (SPECIFY)** Widowed **SURVIVING SPOUSE (IF WIFE, GIVE MAIDEN NAME)**

**STREET ADDRESS OR R.F.D. No.** 730 Oakdale Road **INSIDE CITY LIMITS** no

**CITIZEN OF WHAT COUNTRY?** U. S. A. **SOCIAL SECURITY NUMBER** 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A **USUAL OCCUPATION** Retired **KIND OF BUSINESS OR INDUSTRY** Charlotte News

**FATHER'S NAME** Albert Anderson **MOTHER'S MAIDEN NAME** Emmaline Keziah

**INFORMANT'S NAME AND ADDRESS** Mrs. Doris A. King 7000 Pleasant Oak Circle Charlotte, N. C.

**PART I. DEATH CAUSED BY:** (ENTER ONLY ONE CAUSE PER LINE FOR (a), (b), (c))

(a) IMMEDIATE CAUSE *pulmonary*

DUE TO, OR AS A CONSEQUENCE OF *severe generalized atherosclerosis*

DUE TO, OR AS A CONSEQUENCE OF *aging*

**PART II. OTHER SIGNIFICANT CONDITIONS** *diabetes mellitus*

**AUTOPSY?** no

**ACCIDENT, SUICIDE, HOMICIDE, OR UNDETERMINED**

State law requires that all deaths due to trauma, accident, homicide, suicide, or under suspicious, unusual or unnatural circumstance be reported to, and certified by, a local medical examiner on a Medical Examiner's Certificate of Death.

**CERTIFICATION—PHYSICIAN** I ATTENDED THE DECEASED FROM January 19 68 TO October 19 77 AND LAST SAW HIM ALIVE ON Sept. 18 19 77

DEATH OCCURRED AT 9:50 P.M. ON THE DATE STATED ABOVE AND IN MY OPINION, FROM THE CAUSES STATED

**SIGNATURE OF CERTIFIER** **DEGREE OR TITLE** M.D. **DATE SIGNED** 10-10-77 **ADDRESS** 353 Randolph Road Charlotte, N.C. 28211

**BURIAL, CREMATION, OTHER** Burial **DATE** 10-8-77 **NAME OF CEMETERY OR CREMATORY** Cooks Memorial Pres. Ch. **LOCATION** Charlotte, N. C.

**FUNERAL HOME** McEwen Charlotte, N. C. **SIGNATURE OF FUNERAL DIRECTOR** William E. Byrd **LICENSE NO.** 133

**DATE REC'D BY LOCAL REG.** OCT 12 1977 **SIGNATURE OF** M.D. **SIGNATURE OF EMBALMER** Dennis Henson **LICENSE NO.** 298

DHS 1872

PC - 005263

Uncertified Copy

VITAL RECORDS COPY

REGISTRATION DISTRICT NO. 060-95   LOCAL NO. 366

3802

TYPE, OR PRINT IN PERMANENT BLACK INK

**DECEASED**

NAME OF DECEASED: CARRIE MAE FLEMING BARNETTE

DATE OF DEATH (MONTH, DAY, YEAR): February 6, 1977

SEX: Female | COLOR OR RACE: Negro | STATE OF BIRTH (IF NOT IN U.S.A. NAME COUNTRY): S. C. | DATE OF BIRTH: Oct. 8, 1932 | AGE (IN YEARS LAST BIRTHDAY): 44

PLACE OF DEATH — COUNTY: Mecklenburg | CITY OR TOWN: Charlotte

USUAL RESIDENCE — STATE: N. C. | COUNTY: Mecklenburg

NAME OF HOSPITAL OR INSTITUTION: Mercy Hospital | INSIDE CITY LIMITS: Yes

CITY OR TOWN: Charlotte

MARRIED, NEVER MARRIED, WIDOWED, DIVORCED (SPECIFY): Divorced | SURVIVING SPOUSE (IF WIFE, GIVE MAIDEN NAME):

STREET ADDRESS OR R.F.D. No.: 1137 Comstock Drive | INSIDE CITY LIMITS: Yes

CITIZEN OF WHAT COUNTRY?: USA | SOCIAL SECURITY NUMBER: 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 | USUAL OCCUPATION: Teacher | KIND OF BUSINESS OR INDUSTRY: Gaston Co. Schools

**PARENTS**

FATHER'S NAME: Willie K. Fleming | MOTHER'S MAIDEN NAME: Helen LaMarr

INFORMANT'S NAME AND ADDRESS: Willie K. Fleming, 2649 Norfolk Ave., Charlotte, N. C. (Father)

Uncertified Copy

**CAUSE**

PART I. DEATH CAUSED BY: Massive Intracerebral Hemorrhage producing unconscious state

APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH: Headache began 2.3

CONDITIONS, IF ANY, WHICH GAVE RISE TO IMMEDIATE CAUSE(s), STATING THE UNDERLYING CAUSE LAST

PART II. OTHER SIGNIFICANT CONDITIONS

AUTOPSY? (YES OR NO): no

ACCIDENT, SUICIDE, HOMICIDE, OR UNDETERMINED (SPECIFY):

TIME OF INJURY — MONTH | DAY | YEAR | HOUR | INJURY AT WORK | PLACE OF INJURY | CITY OR R.F.D. | COUNTY | STATE

**CERTIFIER**

CERTIFICATION—PHYSICIAN: I ATTENDED THE DECEASED FROM 7-24 19 50 TO 2-6 19 77 AND LAST SAW HIM HER ALIVE ON 2-6 19 77 DEATH

State law requires that all deaths due to trauma, accident, homicide, suicide, or under suspicious, unusual or unnatural circumstance be reported to, and certified by a local medical examiner on a Medical Examiner's Certificate of Death.

21. OCCURRED AT 7 P M ON THE DATE STATED ABOVE, AND IN MY OPINION, FROM THE CAUSES STATED.

SIGNATURE OF CERTIFIER: Jean T. Kennedy m D | DEGREE OR TITLE: m D | DATE SIGNED: 2-11-77 | ADDRESS: Charlotte N C

**BURIAL**

BURIAL, CREMATION, OTHER (SPECIFY): Burial | DATE: 2-9-77 | NAME OF CEMETERY OR CREMATORY: Beatties Ford Memorial Gardens | LOCATION (CITY, TOWN, OR COUNTY): Mecklenburg Co., N. C.

FUNERAL HOME — NAME: Alexander, Charlotte, N. C. | SIGNATURE OF FUNERAL DIRECTOR | LICENSE NO.: FSL 56

DATE REC'D BY LOCAL REG.: FEB 15 1977 | SIGNATURE OF REGISTRAR: M.D. | SIGNATURE OF EMBALMER | LICENSE NO.

DHS 1872

PC - 005264

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
STATE CENTER FOR HEALTH STATISTICS — N. C. VITAL RECORDS
**CERTIFICATE OF DEATH**

Registration District No. _060-95_  Local No. _2001000956_

| DECEDENT'S NAME (First, Middle, Last) | | | | SEX | DATE OF DEATH (Month, Day, Year) |
|---|---|---|---|---|---|
| 1. John Thomas Barnette | | | | 2. Male | 3. March 3, 2001 |

| SOCIAL SECURITY NUMBER | AGE—Last Birthday | UNDER 1 YEAR | | UNDER 1 DAY | | DATE OF BIRTH (Month, Day, Year) | BIRTHPLACE (County and State or Foreign Country) |
|---|---|---|---|---|---|---|---|
| | (Years) | Months | Days | Hours | Minutes | | |
| 4. 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 | 5. 71 | 5b. | | 5c. | | 6. Feb. 25,1930 | 7. Mecklenburg, NC |

**DECEDENT**

| WAS DECEDENT EVER IN U.S. ARMED FORCES? (Yes or No) | 9a. PLACE OF DEATH (Check only one) | | | |
|---|---|---|---|---|
| 8. Yes | HOSPITAL XX Inpatient ☐ ER/Outpatient ☐ DOA | OTHER: ☐ Nursing Home ☐ Residence ☐ Other (Specify) | | |

| FACILITY NAME (If not institution, give street and number) | CITY, TOWN, OR LOCATION OF DEATH | INSIDE CITY LIMITS? (Yes or No) | COUNTY OF DEATH |
|---|---|---|---|
| 9b. University Hospital | 9c. Charlotte | 9d. Yes | 9e. Mecklenburg |

| MARITAL STATUS—Married, Never Married, Widowed, Divorced (Specify) | SURVIVING SPOUSE (If wife, give maiden name) | DECEDENT'S USUAL OCCUPATION (Give kind of work done during most of working life. Do not use retired.) | KIND OF BUSINESS/INDUSTRY |
|---|---|---|---|
| 10. Widowed | 11. | 12a. Manitenance | 12b. Drug Company |

| RESIDENCE—STATE | COUNTY | CITY, TOWN, OR LOCATION | STREET AND NUMBER |
|---|---|---|---|
| 13a. NC | 13b. Mecklenburg | 13c. Charlotte | 13d. 1918 Salome Church Road |

| INSIDE CITY LIMITS? (Yes or No) | ZIP CODE | Was Decedent of Hispanic Origin? (Specify Yes or No—If yes, specify Cuban, Mexican, Puerto Rican, etc.) ☐ Yes ☒ No (Specify) | RACE—American Indian, Black, White, Etc. (Specify) | DECEDENT'S EDUCATION (Specify only highest grade completed) Elementary/Secondary (0-12) College (13-17+) |
|---|---|---|---|---|
| 13e. Yes | 13f. 28262 | 14. | 15. Black | 16. 12 |

**PARENTS**

| FATHER'S NAME (First, Middle, Last) | MOTHER'S NAME (First, Middle, Maiden Surname) |
|---|---|
| 17. Collie Barnette | 18. Mary L. Weathers |

**INFORMANT**

| INFORMANT'S NAME (Type/Print) | MAILING ADDRESS (Street and Number or Rural Route Number, City or Town, State, Zip Code) | DATE AMENDED |
|---|---|---|
| 19a. Derrick Barnette | 19b. 6807 Louise Ln. Clinton, Md. 20735 | 19c. |

**CAUSE OF DEATH**

Part I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock or heart failure. If appropriate, enter tobacco, alcohol, or drug use. List only one cause on each line. (PRINT or TYPE)

| | | Approximate Interval Between Onset and Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease condition resulting in death) | a. Acute Cerebrovascular Infarct  DUE TO (OR AS A CONSEQUENCE OF): | < 1 Day |
| Sequentially list conditions if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST. | b. DUE TO (OR AS A CONSEQUENCE OF): | |
| | c. DUE TO (OR AS A CONSEQUENCE OF): | |
| 20a. | d. | |

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I, such as tobacco, alcohol, or drug use; diabetes, etc.

20b.

| AUTOPSY? (Yes or No) | If yes, were findings considered in determining cause of death? | Was case referred to Medical Examiner? (Yes or No) | TIME OF DEATH |
|---|---|---|---|
| 21a. No | 21b. | No | 22. M. |

NOTICE: STATE LAW REQUIRES THAT ALL DEATHS DUE TO TRAUMA, ACCIDENT, HOMICIDE, SUICIDE, OR UNDER SUSPICIOUS, UNUSUAL, OR UNNATURAL CIRCUMSTANCES BE REPORTED TO, AND CERTIFIED BY A MEDICAL EXAMINER ON A MEDICAL EXAMINER'S CERTIFICATE OF DEATH. ANY DEATH FALLING INTO THESE CATEGORIES IS WITHIN THE MEDICAL EXAMINER'S JURISDICTION REGARDLESS OF THE LENGTH OF SURVIVAL FOLLOWING THE UNDERLYING INJURY.

**CERTIFIER**

| SIGNATURE AND TITLE OF CERTIFIER | DATE SIGNED (Month, Day, Year) |
|---|---|
| 23a. Ted Cluntz MD | 23b. 3/3/01 |

| NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH (ITEM 20) (Type or Print) |
|---|
| 24. TED CLUNTZ, MD    200 HAWTHORNE LN  CHARLOTTE NC  28204 |

**DISPOSITION**

| METHOD OF DISPOSITION | PLACE OF DISPOSITION (Name of cemetery, crematory, or other place) | LOCATION — City or Town, State, Zip Code |
|---|---|---|
| ☒ Burial ☐ Cremation ☐ Removal  25a. ☐ Donation ☐ Other | 25b. O'Zion AME Zion Ch. Cemetery | 25c. Charlotte, NC |

| NAME AND ADDRESS OF FUNERAL HOME | NAME OF FUNERAL DIRECTOR | LICENSE NUMBER |
|---|---|---|
| 26a. Grier Funeral Service    Charlotte, NC. | 26b. John A. McCarroll | 26c. 1195 |

| REGISTRAR'S SIGNATURE | DATE FILED (Month, Day, Year) | NAME OF EMBALMER | LICENSE NUMBER |
|---|---|---|---|
| 27. Peter E. Safrit | 28. MAR 09 2001 | 26d. William Byrd | 26e. 752 |

DHHS 1872
(Revised 2/00
Review 2/02)
VITAL RECORDS

Uncertified Copy

PC - 005265

NORTH CAROLINA DEPARTMENT OF ENVIRONMENT, HEALTH, AND NATURAL RESOURCES
STATE CENTER FOR HEALTH AND ENVIRONMENTAL STATISTICS — VITAL RECORDS SECTION
## CERTIFICATE OF DEATH

Registration District No. 060-95  Local No. 29 37

| DECEDENT'S NAME (First, Middle, Last) | | | | | | | SEX | DATE OF DEATH (Month, Day, Year) |
|---|---|---|---|---|---|---|---|---|
| 1. Freddie B. Cooper | | | | | | | 2. F | 3. 7-23-97 |

| SOCIAL SECURITY NUMBER | AGE—Last Birthday (Years) | UNDER 1 YEAR | | UNDER 1 DAY | | DATE OF BIRTH (Month, Day, Year) | BIRTHPLACE (County and State or Foreign Country) |
|---|---|---|---|---|---|---|---|
| | | Months | Days | Hours | Minutes | | |
| 4. 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 | 5. 74 | 5b. | | 5c. | | 6. 4-23-23 | 7. Bladen/NC |

WAS DECEDENT EVER IN U.S. ARMED FORCES? (Yes or No)
8. no

8a. PLACE OF DEATH (Check only one)
HOSPITAL: ☐ Inpatient ☐ ER/Outpatient ☐ DOA  OTHER: ☐ Nursing Home ☒ Residence ☐ Other (Specify)

| FACILITY NAME (If not institution, give street and number) | CITY, TOWN, OR LOCATION OF DEATH | INSIDE CITY LIMITS? (Yes or No) | COUNTY OF DEATH |
|---|---|---|---|
| 9b. 3201 Barfield Drive | 9c. Charlotte, NC | 9d. yes | 9e. Mecklenburg |

| MARITAL STATUS—Married, Never Married, Widowed, Divorced (Specify) | SURVIVING SPOUSE (If wife, give maiden name) | DECEDENT'S USUAL OCCUPATION (Give kind of work done during most of working life. Do not use retired.) | KIND OF BUSINESS/INDUSTRY |
|---|---|---|---|
| 10. Widowed | 11. | 12a. Retired CNA | 12b. Medical |

| RESIDENCE—STATE | COUNTY | CITY, TOWN, OR LOCATION | STREET AND NUMBER |
|---|---|---|---|
| 13a. NC | 13b. Mecklenburg | 13c. Charlotte, NC | 13d. 3201 Barfield Drive |

| INSIDE CITY LIMITS? (Yes or No) | ZIP CODE | Was Decedent of Hispanic Origin? (Specify Yes or No—If yes, specify Cuban, Mexican, Puerto Rican, etc.) ☐ Yes ☒ No (Specify) | RACE—American Indian, Black, White, Etc. (Specify) | DECEDENT'S EDUCATION (Specify only highest grade completed) Elementary/Secondary (0-12) College (13-17+) |
|---|---|---|---|---|
| 13e. yes | 13f. 28217 | 14. | 15. Black | 16. 14 |

| FATHER'S NAME (First, Middle, Last) | MOTHER'S NAME (First, Middle, Maiden Surname) |
|---|---|
| 17. Fred Burns | 18. Mary Ann Cagdell |

| INFORMANT'S NAME (Type/Print) | MAILING ADDRESS (Street and Number or Rural Route Number, City or Town, State, Zip Code) | DATE AMENDED |
|---|---|---|
| 19a. Elaine Cooper | 19b. 3201 Barfield Dr., Charlotte, NC  28217 | 19c. |

Part I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock or heart failure. If appropriate, enter tobacco, alcohol, or drug use. List only one cause on each line. (PRINT or TYPE)

Approximate Interval Between Onset and Death

IMMEDIATE CAUSE (Final disease or condition resulting in death)
a. Colon Cancer - Metastatic     3 months
DUE TO (OR AS A CONSEQUENCE OF):

Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST.
b. 
DUE TO (OR AS A CONSEQUENCE OF):

c. 
DUE TO (OR AS A CONSEQUENCE OF):

20a.
d.

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I, such as tobacco, alcohol, or drug use; diabetes, etc.
20b.

| AUTOPSY? (Yes or No) | If yes, were findings considered in determining cause of death? | Was case referred to Medical Examiner? (Yes or No) | TIME OF DEATH |
|---|---|---|---|
| 21a. | 21b. | | 22. M. |

NOTICE: STATE LAW REQUIRES THAT ALL DEATHS DUE TO TRAUMA, ACCIDENT, HOMICIDE, SUICIDE, OR UNDER SUSPICIOUS, UNUSUAL, OR UNNATURAL CIRCUMSTANCE BE REPORTED TO, AND CERTIFIED BY A MEDICAL EXAMINER ON A MEDICAL EXAMINER'S CERTIFICATE OF DEATH. ANY DEATH FALLING INTO THESE CATEGORIES IS WITHIN THE MEDICAL EXAMINER'S JURISDICTION REGARDLESS OF THE LENGTH OF SURVIVAL FOLLOWING THE UNDERLYING INJURY.

| SIGNATURE AND TITLE OF CERTIFIER | DATE SIGNED (Month, Day, Year) |
|---|---|
| 23a. William R. Mitch | 23b. 7/28/97 |

NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH (ITEM 20) (Type or Print)
24. William R. Mitchell, MD  101 W. T. Harris Blvd., Charlotte, NC 28262

| METHOD OF DISPOSITION ☒ Burial ☐ Cremation ☐ Removal 25a. ☐ Donation ☐ Other | PLACE OF DISPOSITION (Name of cemetery, crematory, or other place) 25b. Moores Sanctuary AME Zion Church | LOCATION—City or Town, State, Zip Code 25c. Charlotte, NC |
|---|---|---|

| NAME AND ADDRESS OF FUNERAL HOME | SIGNATURE OF FUNERAL DIRECTOR | LICENSE NUMBER |
|---|---|---|
| 26a. Grier Funeral Service 115 N. Cloudman St., Charlotte, NC 28216 | 26b. John A. McCarroll - ct | 26c. 1195 |

| REGISTRAR'S SIGNATURE | DATE FILED (Month, Day, Year) | SIGNATURE OF EMBALMER | LICENSE NUMBER |
|---|---|---|---|
| 27. Marie A. Shook | 28. 7-29-97 | 26d. William Byrd - ct | 26e. 752 |

DEHNR 1872 (Revised 9/94 Review 2/97) VITAL RECORDS

Uncertified Copy

PC - 005266

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
STATE CENTER FOR HEALTH STATISTICS -- N.C. VITAL RECORDS

**CERTIFICATE OF DEATH**

000607

Registration District No. **044-95** Local No.

| DECEDENT'S NAME (First, Middle, Last) | | | | | | | | SEX | DATE OF DEATH (Month, Day, Year) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Jesse Cooper | | | | | | | | 2. M | 3. Dec 26, 2002 |

| SOCIAL SECURITY NUMBER | AGE—Last Birthday (Years) | UNDER 1 YEAR | | UNDER 1 DAY | | DATE OF BIRTH (Month, Day, Year) | BIRTHPLACE (County and State or Foreign Country) |
|---|---|---|---|---|---|---|---|
| | | Months | Days | Hours | Minutes | | |
| 4. 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 | 5. 73 | 5b. | | 5c. | | 6. May 4, 1929 | 7. Kershaw, SC |

| WAS DECEDENT EVER IN U.S. ARMED FORCES? (Yes or No) | 9a. PLACE OF DEATH (Check only one) | | |
|---|---|---|---|
| 8. Yes | HOSPITAL: ☒ Inpatient ☐ ER/Outpatient ☐ DOA | OTHER: ☐ Nursing Home ☐ Residence ☐ Other (Specify) | |

| FACILITY NAME (If not institution, give street and number) | CITY, TOWN, OR LOCATION OF DEATH | INSIDE CITY LIMITS? (Yes or No) | COUNTY OF DEATH |
|---|---|---|---|
| 9b. Kindred Hospital | 9c. Greensboro | 9d. Yes | 9e. Guilford |

| MARITAL STATUS—Married, Never Married, Widowed, Divorced (Specify) | SURVIVING SPOUSE (If wife, give maiden name) | DECEDENT'S USUAL OCCUPATION (Give kind of work done during most of working life. Do not use retired.) | KIND OF BUSINESS/INDUSTRY |
|---|---|---|---|
| 10. Divorced | 11. | 12a. Custodian | 12b. Schools Charlotte-Mec |

| RESIDENCE—STATE | COUNTY | CITY, TOWN, OR LOCATION | STREET AND NUMBER |
|---|---|---|---|
| 13a. NC | 13b. Mecklenburg | 13c. Charlotte | 13d. 3515 West Boulevard |

| INSIDE CITY LIMITS? (Yes or No) | ZIP CODE | Was Decedent of Hispanic Origin? (Specify Yes or No—If yes, specify Cuban, Mexican, Puerto Rican, etc.) ☐ Yes ☒ No (Specify) | RACE—American Indian, Black, White, Etc. (Specify) | DECEDENT'S EDUCATION (Specify only highest grade completed) Elementary/Secondary (0-12) College (13-17+) |
|---|---|---|---|---|
| 13e. Yes | 13f. 28208 | 14. | 15. Black | 16. |

| FATHER'S NAME (First, Middle, Last) | MOTHER'S NAME (First, Middle, Maiden Surname) |
|---|---|
| 17. Henry Cooper | 18. Lillie Mack |

| INFORMANT'S NAME (Type/Print) | MAILING ADDRESS (Street and Number or Rural Route Number, City or Town, State, Zip Code) 3513 West Boulevard | DATE AMENDED |
|---|---|---|
| 19a. Sonia Barnett | 19b. Charlotte, NC 28208 | 19c. / / |

PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock or heart failure. If appropriate, enter tobacco, alcohol, or drug use. List only one cause on each line. (PRINT or TYPE)

| | | Approximate Interval Between Onset and Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. Resp Failure | |
| | DUE TO (OR AS A CONSEQUENCE OF): | |
| Sequentially list conditions if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST. | b. Septicemia | |
| | DUE TO (OR AS A CONSEQUENCE OF): | |
| | c. Pancreatic Carcinoma | |
| | DUE TO (OR AS A CONSEQUENCE OF): | |
| 20a. | d. | |

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I, such as tobacco, alcohol, or drug use; diabetes, etc.

20b.

| AUTOPSY? (Yes or No) | If yes, were findings considered in determining cause of death? | Was case referred to Medical Examiner? (Yes or No) | TIME OF DEATH |
|---|---|---|---|
| 21a. No | 21b. | 21c. No | 22. 12:02 am |

NOTICE: STATE LAW REQUIRES THAT ALL DEATHS DUE TO TRAUMA, ACCIDENT, HOMICIDE, SUICIDE, OR UNDER SUSPICIOUS, UNUSUAL, OR UNNATURAL CIRCUMSTANCES BE REPORTED TO, AND CERTIFIED BY A MEDICAL EXAMINER ON A MEDICAL EXAMINER'S CERTIFICATE OF DEATH. ANY DEATH FALLING INTO THESE CATEGORIES IS WITHIN THE MEDICAL EXAMINER'S JURISDICTION REGARDLESS OF THE LENGTH OF SURVIVAL FOLLOWING THE UNDERLYING INJURY.

| SIGNATURE AND TITLE OF CERTIFIER | DATE SIGNED (Month, Day, Year) |
|---|---|
| 23a. | 23b. 1/13/03 |

| NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH (ITEM 20) (Type or Print) |
|---|
| 24. Saadat Khan 2401 Southside Blvd. Greensboro, NC 27406 |

| METHOD OF DISPOSITION | PLACE OF DISPOSITION (Name of cemetery, crematory, or other place) | LOCATION—City or Town, State, Zip Code |
|---|---|---|
| 25a. ☒ Burial ☐ Cremation ☐ Removal ☐ Donation ☐ Other | 25b. Moore's Santuary AME Zion | 25c. Charlotte, NC - |

| NAME AND ADDRESS OF FUNERAL HOME | NAME OF FUNERAL DIRECTOR | LICENSE NUMBER |
|---|---|---|
| 26a. Grier Funeral Service 115 N. Cloudman Street Charlotte, NC | 26b. John A. McCarroll | 26c. 1195 |

| REGISTRAR'S SIGNATURE | DATE FILED (Month, Day, Year) | NAME OF EMBALMER | LICENSE NUMBER |
|---|---|---|---|
| 27. Harold D. Habell | 28. 1-15-03 | 26d. William Byrd | 26e. 752 |

Substitute for DHHS 1972 (Revised 3/96) Review 2/99) VITAL RECORDS QCC Form NC1

PC - 005267

NORTH CAROLINA STATE BOARD OF HEALTH
OFFICE OF VITAL STATISTICS — RALEIGH
MEDICAL EXAMINER'S
CERTIFICATE OF DEATH

REGISTRATION 60-95 LOCAL NO. 1303

| NAME OF DECEASED | FIRST | MIDDLE | LAST | DATE OF DEATH (MONTH, DAY, YEAR) |
|---|---|---|---|---|
| 1. | Pearl | A. | Cooper | 2. May 19, 1974 |

| SEX | COLOR or RACE | STATE OF BIRTH (IF NOT IN U.S.A. NAME COUNTRY) | DATE OF BIRTH | AGE (IN YEARS LAST BIRTHDAY) | IF UNDER 1 YEAR MONTHS DAYS | IF UNDER 24 HOURS HOURS MIN. |
|---|---|---|---|---|---|---|
| 3. Female | 4. Black | 5. North Carolina | 6. Nov. 3, 1935 | 7. 38X | | |

| PLACE OF DEATH COUNTY | CITY OR TOWN | USUAL RESIDENCE (WHERE DECEASED LIVED, IF INSTITUTION, RESIDENCE BEFORE ADMISSION) STATE | COUNTY |
|---|---|---|---|
| 8a. Mecklenburg | 8b. Charlotte | 9a. North Carolina | 9b. Mecklenburg |

| NAME OF HOSPITAL OR INSTITUTION (IF NOT IN EITHER, GIVE STREET AND NUMBER) | INSIDE CITY LIMITS SPECIFY YES OR NO | CITY OR TOWN |
|---|---|---|
| 8c. DOA Memorial Hospital | 8d. yes | 9c. Charlotte |

| MARRIED, NEVER MARRIED, WIDOWED, DIVORCED (SPECIFY) | SURVIVING SPOUSE (IF WIFE, GIVE MAIDEN NAME) | STREET ADDRESS OR R.F.D.NO. | INSIDE CITY LIMITS (SPECIFY YES OR NO) |
|---|---|---|---|
| 10. Married | 11. Jesse Cooper | 9d. 2508 Danforth Lane | 9e. yes |

| CITIZEN OF WHAT COUNTRY? | SOCIAL SECURITY NUMBER | USUAL OCCUPATION KIND OF WORK DONE DURING MOST OF WORKING LIFE, EVEN IF RETIRED) | KIND OF BUSINESS OR INDUSTRY |
|---|---|---|---|
| 12. U.S.A. | 13. 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 | 14a. Nurse | 14b. Mercy Hospital |

| FATHER'S NAME | MOTHER'S MAIDEN NAME |
|---|---|
| 15. John Burris | 16. Ernestine Anderson |

| INFORMANT'S NAME AND ADDRESS | RELATION TO DECEASED |
|---|---|
| 17a. Mrs. Tessie Nero 2508 Danforth Lane Charlotte, N. C. | 17b. Daughter |

PART I. DEATH CAUSED BY: ENTER ONLY ONE CAUSE PER LINE FOR (A), (B), (C) | APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH

(a) IMMEDIATE CAUSE: Gunshot wound of head

CONDITIONS, IF ANY, WHICH GAVE RISE TO IMMEDIATE CAUSE(a), STATING THE UNDERLYING CAUSE LAST

18. (b) DUE TO, OR AS A CONSEQUENCE OF:

(c) DUE TO, OR AS A CONSEQUENCE OF:

| PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I (a) | | AUTOPSY (SPECIFY) YES OR NO | M.E. OR OTHER | IF YES WERE FINDINGS CONSIDERED IN DETERMINING CAUSE OF DEATH |
|---|---|---|---|---|
| 19. | | 20a. Yes | 20b. M.E. | 20c. Yes |

| ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED, NATURAL CAUSES, OR PENDING (SPECIFY) | DESCRIBE HOW INJURY OCCURRED (ENTER NATURE OF INJURY IN PART I OR PART II, ITEM 18) |
|---|---|
| 21a. homicide | 21b. shot during family argument |

| TIME OF INJURY | MONTH | DAY | YEAR around | INJURY AT WORK (SPECIFY YES OR NO) | PLACE OF INJURY AT HOME, FARM, STREET, FACTORY, OFFICE BLDG., ETC. (SPECIFY) | CITY OR R.F.D. | COUNTY | STATE |
|---|---|---|---|---|---|---|---|---|
| 21c. | 5 | 19 | 74 2:30 A.M. | No | 21d. Home | 21e. Charlotte, Mecklenburg | | N.C. |

MEDICAL EXAMINER CERTIFICATION: ON THE BASIS OF THE EXAMINATION OF THE BODY AND/OR THE INVESTIGATION, IN MY OPINION, DEATH OCCURRED ON THE DATE AND DUE TO THE CAUSE(S) STATED.

| DEATH OCCURRED (HOUR) | THE DECEDENT WAS PRONOUNCED DEAD MONTH DAY YEAR | HOUR | DATE SIGNED (MONTH, DAY, YEAR) |
|---|---|---|---|
| 22a. M. | 22b. 5 19 1974 | 5:08 A.M. | 22d. 5-30-74 |

| SIGNATURE | ADDRESS | MEDICAL EXAMINER OF (SPECIFY COUNTY) |
|---|---|---|
| 23a. Robert R. Wood M.D. | 23b. 923 East Blvd., Charlotte, N. C. | 23c. Mecklenburg |

| BURIAL, CREMATION, OTHER (SPECIFY) | DATE | NAME OF CEMETERY OR CREMATORY | LOCATION CITY, TOWN, OR COUNTY (STATE) |
|---|---|---|---|
| 24a. Burial | 24b. 5-20-74 | 24c. York Memorial Park | 24d. Mecklenburg Cty., N. C. |

| FUNERAL HOME NAME | ADDRESS | SIGNATURE OF FUNERAL DIRECTOR | LICENSE NO. |
|---|---|---|---|
| 25. Grier Funeral Ser. Charlotte, N. C. | | 26. A. Eugene Grier | 2473 |

| DATE REC'D BY LOCAL REG. | SIGNATURE OF REGISTRAR | SIGNATURE OF EMBALMER (IF EMBALMED) | LICENSE NO. |
|---|---|---|---|
| MAY 31 1974 | 28. Maurice Camp M.D. | 29. William Byrd | 75-2 |

Uncertified Copy

Certified Copy

PC - 005268

NORTH CAROLINA DEPARTMENT OF HUMAN RESOURCES
DIVISION OF HEALTH SERVICES - VITAL RECORDS BRANCH

REGISTRATION 060-99 DISTRICT NO. LOCAL NO. 2011

MEDICAL EXAMINER'S CERTIFICATE OF DEATH

| NAME OF DECEASED 1. | FIRST MARK | MIDDLE CLIFFORD | LAST RAGIN | SEX 2. M | DATE OF DEATH (MONTH DAY YEAR) 3. 6-20-87 |
|---|---|---|---|---|---|

| COLOR OR RACE 4. Black | STATE OF BIRTH (if not in USA name country) 5a. N. J. | COUNTY OF BIRTH 5b. Englewood | DATE OF BIRTH (Month, Day, Year) 6. Oct. 16, 1961 | AGE IN YEARS LAST BIRTHDAY 7. 25 | IF UNDER 1 YEAR MONTHS DAYS | IF UNDER 24 HOURS HOURS MIN |

| PLACE OF DEATH COUNTY 8a. MECK | CITY OR TOWN 8b. CHARLOTTE | NAME OF HOSPITAL OR INSTITUTION 8c. CHAR MEM HOSP | IF NOT IN EITHER GIVE STREET AND NUMBER | IF HOSP OR INST (Specify DOA, Emer Rm, Inpatient/O.P 8d. ER | INSIDE CITY LIMITS (SPECIFY YES OR NO) 8e. YES |

| RESIDENCE—STATE 9a. N. C. | COUNTY 9b. Mecklenburg | CITY OR TOWN 9c. Charlotte | STREET AND NUMBER OR RFD NO. 9d. 1523 Pondella Drive | | INSIDE CITY LIMITS (Specify Yes or No) 9e. yes |

| CITIZEN OF WHAT COUNTRY? 10. USA | MARRIED, NEVER MARRIED, WIDOWED, DIVORCED (SPECIFY) 11. Divorced | SURVIVING SPOUSE (IF WIFE GIVE MAIDEN NAME) 12. |

| SOCIAL SECURITY NUMBER 13. 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 | USUAL OCCUPATION (KIND OF WORK DONE DURING MOST OF WORKING LIFE EVEN IF RETIRED) 14a. Self employed | KIND OF BUSINESS OR INDUSTRY 14b. Private Club | WAS DECEDENT EVER IN U S ARMED FORCES? (Specify Yes or No) 15. No |

| FATHER'S NAME 16. Hubert Ragan | MOTHER'S MAIDEN NAME 17. Levolue Richardson |

| INFORMANT'S NAME AND ADDRESS 16a. Hubert Ragin 1523 Pondella Drive Charlotte N.C. | 6 Avon Road Yarmouth Port, Mass. | RELATION TO DECEASED 18b. Father |

**PART 1.** DEATH CAUSED BY: ENTER ONLY ONE CAUSE PER LINE FOR (A) (B) (C) | APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH

(a) IMMEDIATE CAUSE GUNSHOT WOUND TO ABDOMEN

CONDITIONS, IF ANY WHICH GAVE RISE TO IMMEDIATE CAUSE (a), STATING THE UNDERLYING CAUSE LAST. (b) DUE TO, OR AS A CONSEQUENCE OF:

19 (c) DUE TO, OR AS A CONSEQUENCE OF:

PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I
20a. | 20b. AUTOPSY (SPECIFY) YES OR NO M.E. OR OTHER | 20c. IF YES WERE FINDINGS CONSIDERED IN DETERMINING CAUSE OF DEATH yes

| ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED, NATURAL CAUSES, OR PENDING (SPECIFY) 21a. HOMICIDE | DESCRIBE HOW INJURY OCCURRED 21b. GUNSHOT WOUND | (ENTER NATURE OF INJURY IN PART I OR PART II) |

| TIME OF INJURY 21c. MONTH 6 DAY 20 YEAR 87 HOUR 2104 | INJURY AT WORK (SPECIFY YES OR NO) 21d. NO | PLACE OF INJURY AT HOME, FARM, STREET FACTORY, OFFICE BLDG., ETC (SPECIFY) 21e. HOUSE | CITY OR RFD 21f. CHARLOTTE | COUNTY MECK | STATE NC |

MEDICAL EXAMINER CERTIFICATION: ON THE BASIS OF THE EXAMINATION OF THE BODY AND/OR THE INVESTIGATION MY OPINION DEATH OCCURRED ON THE DATE AND DUE TO THE CAUSE(S) STATED

| DEATH OCCURRED 22a. (HOUR) 2104 | 22b. THE DECEDENT WAS PRONOUNCED DEAD MONTH 6 DAY 28 YEAR 87 HOUR 2104 | DATE SIGNED (MONTH DAY YEAR) 6-22-87 |

| SIGNATURE 23b. M. Sullivan M.D. | ADDRESS 23c. 618 N College St. | MEDICAL EXAMINER OF (SPECIFY COUNTY) 23d. MECK |

| BURIAL, CREMATION, OTHER (SPECIFY) 24a. Burial | DATE 24b. 6-25-87 | NAME OF CEMETERY OR CREMATORY 24c. Beatties Ford Garden | LOCATION (CITY TOWN OR COUNTY) 24d. Charlotte, N. C. (STATE) |

| FUNERAL HOME 25. Grier Funeral Service | NAME ADDRESS Charlotte, N.C. | SIGNATURE OF FUNERAL DIRECTOR | LICENSE NO 8452 |

| DATE REC'D BY LOCAL REG 26. JUN 25 1987 | SIGNATURE OF REGISTRAR Ban L J. Sells | SIGNATURE OF EMBALMER | LICENSE NO 8452 |

UnCertified Copy

PC - 005269

IS FORM 2164
RV. 1/78

COPY 1
OR STATE
TAL RECORDS
302

director when body is released, and route copy 2 to Chief Medical Examiner. If cause of death is pending, file Supplemental Report of Cause of Death (Form VS 8A) when the additional information has been obtained.
FUNERAL DIRECTOR: Copy 1 must be completed and filed with the Local Registrar within 5 days after Death. Copy 3, when signed by the medical examiner is your authorization for final disposition.

NORTH CAROLINA DEPARTMENT OF HUMAN RESOURCES
DIVISION OF HEALTH SERVICES - VITAL RECORDS BRANCH

# MEDICAL EXAMINER'S CERTIFICATE OF DEATH

REGISTRATION DISTRICT NO. 060-99  LOCAL NO. 2011

**DECEASED**

| NAME OF DECEASED | FIRST | MIDDLE | LAST | SEX | DATE OF DEATH (MONTH DAY YEAR) |
|---|---|---|---|---|---|
| 1. | MARK | CLIFFORD | RAGIN | 2. M | 3. 6-20-87 |

| COLOR OR RACE | STATE OF BIRTH (if not in USA, name country) | COUNTY OF BIRTH | DATE OF BIRTH (Month, Day, Year) | AGE IN YEARS LAST BIRTHDAY | IF UNDER 1 YEAR MONTHS / DAYS | IF UNDER 24 HOURS HOURS / MIN |
|---|---|---|---|---|---|---|
| 4. Black | 5a. N. J. | 5b. Englewood | 6. Oct. 16, 1961 | 7. 25 | | |

| PLACE OF DEATH COUNTY | CITY OR TOWN | NAME OF HOSPITAL OR INSTITUTION (IF NOT IN EITHER GIVE STREET AND NUMBER) | IF HOSP OR INST (Specify DOA, Emer Rm, Inpatient/O.P | INSIDE CITY LIMITS (SPECIFY YES OR NO) |
|---|---|---|---|---|
| 8a. MECK | 8b. CHARLOTTE | 8c. CHAR MEM HOSP | 8d. ER | 8e. YES |

| RESIDENCE—STATE | COUNTY | CITY OR TOWN | STREET AND NUMBER OR RFD NO. | INSIDE CITY LIMITS (Specify Yes or No) |
|---|---|---|---|---|
| 9a. N. C. | 9b. Mecklenburg | 9c. Charlotte | 9d. 1523 Pondella Drive | 9e. yes |

| CITIZEN OF WHAT COUNTRY? | MARRIED, NEVER MARRIED, WIDOWED, DIVORCED (SPECIFY) | SURVIVING SPOUSE (IF WIFE GIVE MAIDEN NAME) |
|---|---|---|
| 10. USA | 11. Divorced | 12. |

| SOCIAL SECURITY NUMBER | USUAL OCCUPATION (KIND OF WORK DONE DURING MOST OF WORKING LIFE EVEN IF RETIRED) | KIND OF BUSINESS OR INDUSTRY | WAS DECEDENT EVER IN U S ARMED FORCES? (Specify Yes or No) |
|---|---|---|---|
| 13. 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 | 14a. Self employed | 14b. Private Club | 15. No |

| FATHER'S NAME | MOTHER'S MAIDEN NAME |
|---|---|
| 16. Hubert Ragan | 17. Levolue Richardson |

| INFORMANT'S NAME AND ADDRESS | RELATION TO DECEASED |
|---|---|
| 16a. Hubert Ragin 1523 Pondella Drive 6 Avon Road Yarmouth Port, Mass. Charlotte, N. C. | 18b. Father |

**CAUSE**

PART 1. DEATH CAUSED BY: (ENTER ONLY ONE CAUSE PER LINE FOR (A) (B), (C))

| | | APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH |
|---|---|---|
| (a) IMMEDIATE CAUSE | GUNSHOT WOUND TO ABDOMEN | |
| CONDITIONS, IF ANY WHICH GAVE RISE TO IMMEDIATE CAUSE (a), STATING THE UNDERLYING CAUSE LAST. (b) DUE TO, OR AS A CONSEQUENCE OF: | | |
| 19 (c) DUE TO, OR AS A CONSEQUENCE OF: | | |

| PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I | AUTOPSY (SPECIFY) YES OR NO / M.E. OR OTHER | IF YES WERE FINDINGS CONSIDERED IN DETERMINING CAUSE OF DEATH |
|---|---|---|
| 20a. | 20b. | 20c. Yes |

| ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED, NATURAL CAUSES, OR PENDING (SPECIFY) | DESCRIBE HOW INJURY OCCURRED (ENTER NATURE OF INJURY IN PART I OR PART II) |
|---|---|
| 21a. HOMICIDE | 21b. GUNSHOT WOUND |

| TIME OF INJURY | MONTH | DAY | YEAR | HOUR | INJURY AT WORK (SPECIFY YES OR NO) | PLACE OF INJURY AT HOME FARM, STREET, FACTORY, OFFICE BLDG, ET (SPECIFY) | CITY OR RFD. | COUNTY | STATE |
|---|---|---|---|---|---|---|---|---|---|
| 21c. | 6 | 20 | 87 | 2104 | 21d. NO | 21e. HOUSE | 21f. CHARLOTTE | MECK | NC |

**CERTIFIER**

MEDICAL EXAMINER CERTIFICATION: ON THE BASIS OF THE EXAMINATION OF THE BODY AND/OR THE INVESTIGATION, IN MY OPINION DEATH OCCURRED ON THE DATE AND DUE TO THE CAUSE(S) STATED

| DEATH OCCURRED (HOUR) | THE DECEDENT WAS PRONOUNCED DEAD MONTH / DAY / YEAR / HOUR | DATE SIGNED (MONTH DAY YEAR) |
|---|---|---|
| 22a. 2104 | 22b. 6 / 20 / 87 / 2104 | 6-22-87 |

| SIGNATURE | ADDRESS | MEDICAL EXAMINER OF (SPECIFY COUNTY) |
|---|---|---|
| 23b. JM Sullivan MD | 23c. 618 N College St. | 23d. MECK |

**BURIAL**

| BURIAL, CREMATION, OTHER (SPECIFY) | DATE | NAME OF CEMETERY OR CREMATORY | LOCATION (CITY TOWN OR COUNTY) (STATE) |
|---|---|---|---|
| 24a. Burial | 24b. 6-25-87 | 24c. Beatties Ford Garden | 24d. Charlotte, N. C. |

| FUNERAL HOME NAME | ADDRESS | SIGNATURE OF FUNERAL DIRECTOR | LICENSE NO. |
|---|---|---|---|
| 25. Grier Funeral Service | Charlotte, N.C. | Arthur E Grier | 875L |

| DATE REC'D BY LOCAL REG | SIGNATURE OF REGISTRAR | SIGNATURE OF EMBALMER | LICENSE NO. |
|---|---|---|---|
| 26. JUN 25 1987 | Bank J. Sell | Arthur E Grier | 875L |

NS FORM 2164
REV. 1/78

PC - 005269

Uncertified Copy

# MEMO TO FILE

### RE: Aquilia Marcivicca Barnett
### DOB: 7/7/73

### Date of Memo: 7/12/96

## Referral Information

Mr. Barnett was referred by his attorney, Susan Weigand, for an evaluation of psychological functioning in the charges of first degree murder and armed robbery.

## Acute Problems

Mr. Barnett said that at the present time he has a metal rod in his leg that is irritating his knee and his hip. He said he is also having bad dreams and headaches along with backaches and muscle spasms. He stated these began when he was shot in 1995 and they have increased in severity since this last incident. He said the causes of these problems are due to "gunshot injuries and breaking up with his sweetie and taking her life." Mr. Barnett went on to say that this has been a five-year buildup where he has been having trouble remembering things and he has thought that he is losing his mind. He stated he needed some kind of help emotionally, but he could not talk it out with Robin. He said he did not know how to handle stress and that he had many family worries, financial worries, and many nights he would get up in the middle of the night and just take a drive because he was unable to sleep. He said "I let everything get to me." He went on to state that as he was filling out the FICA, many of the questions he had never been asked before and as he filled them out it brought back bad memories which he said has been very upsetting to him as well.

## Significant Others

Mr. Barnett list two people that know him best as Robin Williams, his ex-fiance, who is deceased, and Sonja Barnett, his mother, who can be contacted at (704) 399-5479.

## Previous Residences

From 1987 through 1988 Mr. Barnett lived in Charlotte with his mother. From 1988 through 1990 he lived in Atlanta with his mother. He left there so he could be near his children. From 1990 through 1992 he lived with his girlfriend. The reason he left there was because they were not getting along. From 1992 to 1995 he was back in Charlotte with his mother. The reason he left once again was because of trouble with his girlfriend. In 1995 and 1995 he lived in Roanoke with his girlfriend, Robin. He left there when they broke up. In 1996 until present he has been in Charlotte and was living with his mother until he was arrested and put in detention at the North Charlotte Jail in Mecklenburg County, North Carolina.

FS-000848

Bates No. 14801

## Educational History

Mr. Barnett states he can read, write, add and subtract. The highest grade completed was eleventh. He said his reason for dropping out was when he got into a fight and didn't want to return. He stated he also had kids to take care of. He has never failed any grades and never taken any special education or learning disability classes. He states that he did not enjoy going to school. He attended Beverly Woods Elementary School, as well as Barringer Elementary, and Our Lady of Conotelation. He went to junior high school at Randolph Junior High, as well as Smith Junior High and attended high school at Lithonia High School in Georgia.

## Employment History

In 1991 Mr. Barnett worked at Arby's as a co-leader and the reason he left there was because he moved. In 1991 he also worked at Blockbuster Video as a cashier. From there he moved. In 1991 he worked at A-1 Servia Personnel, which is a temporary service. The reason he left was because he moved. In 1992 he worked at Pizza Hut as a waiter. He left there for more money. In 1993 he worked at Harper's on Woodlawn as a waiter. From there he was jailed. In 1993 through March of 1995 he worked at Arrawood Courtyard as an auditor. There he moved. March of 1995 through January of 1996 he worked at Camelot Music as an assistant manager. He left there for more money. From January of 1996 through April of 1996 he worked for Electrolux in sales and from there he moved. During the past five years he has not been unemployed. His longest period of employment with any one company was 1½ years at Courtyard Marriott. He doesn't remember what his longest period of unemployment would be. On a scale from one to six (one being poor, six being very good) he rates his adjustment to work at a six. He said "I adjust easily to my surroundings and just try to blend in."

## Family of Origin/Childhood Development

Mr. Barnett's primary caretakers before the age of six were his mother and father who he says he loves. His mother and father were also his primary caretakers until the age of 11 and then his mother took over and took care of him until he was 17 years of age. Her name is Sonja Barnett, age 37, and he said the quality of their relationship is a love-hate off-and-on relationship. He said they did things like go shopping, went to car shows and movies, when he was growing up. His mother did spend a lot of time playing with him when he was very small. His father's name is Derek Barnett (unsure of age). He said he hardly ever sees his father and will talk to him "once in a blue moon." He said when he was growing up they washed cars, went on trips, shot guns, listened to music, went to movies, and cooked dinner together. He said when he was very young his father spent time playing with him a lot outside. His parents did divorce when he was 11 years old and he lived with his mother afterwards. His father remarried and his mother has had a couple of live-in boyfriends. He did see his parents fight and yell all the time. He said he can remember them having physical fights, as well as yelling matches. He said the only person he was afraid of as a child was his father. He said "he was strict as hell." He stated that his parents did use drugs. He said "they used to drink beer and smoke weed and listen to jazz with their friends."

Mr. Barnett was disciplined as a child by being beat with a belt by his father. As a teenager he said he would get kicked out of the house sometimes or just leave. He said there were problems with discipline. He said they would revolve around his school grades and him getting

FS-000849

into trouble around the house. He said that his father beat him too much and it used to leave welts and bruises on him. Mr. Barnett was healthy as a child with no long periods of sickness or injury. His parents would often argue and scream about them cheating on each other. He said he thinks he was physically abused by his father. He describes this as being beat much too hard for his wrongdoings. He states he was never sexually abused. He does not remember if he had any trouble with bed-wetting, but he has had problems with starting fires, as well as being cruel and mean to pets or other animals. His best childhood memory was his first sexual experience at age 7. His worst childhood memory was his dad punching him in the face, choking him, and chasing him into the street with his belt. His best friend as a child was Steve Austin. He liked him because he said he felt safe at his house and had all the toys in the world. He said for fun they used to play with toy cars and play hide-and-seek, as well as other childhood games. His closest friend as a teenager was himself. He describes his closest relationship as being with his ex-fiance, Robin. She was his best friend, a friend for life, but they didn't talk much. He said as a teenager he spent most of his time by himself, but he did date. He states he got his girlfriend pregnant twice.

Mr. Barnett has two brothers, Mario Barnett, age 18, who lives with his mother; and John Barnett, age 2, who also lives with his mother.

## Sexual History

Mr. Barnett's first sexual memory was playing with his cousin under the covers on sleepovers. The first time he was sexual with another person was on a sleepover with a female cousin and him putting his fingers in her. His first experience with sexual intercourse was on a sleepover putting himself inside her while kissing. His sex life right now is nonexistent since he is incarcerated. Previously it was great with his ex-fiance. He said "Robin and I made the best love that we both can experience." He said the only unusual sexual experiences he has had would be with devices, ropes and cuffs, making love in public places, and outside in the woods. He said he has had a legal problem because of sexual behavior when he was fired from a job for harassment. He has never had any homosexual experiences and he said he has had relationships threatened because of affairs. He said "I've been cheated on in every relationship I've ever had." He states he used to watch X-Rated videos once a week or every two weeks. He does look at X-Rated magazines. He states he does not currently have a sexually transmitted disease, but has had them in the past.

## Marital Status

His girlfriend has had two of his children and their names are ███████ Barnett, female, born ███/90, and the other parent's name is Netoshia; and ███████ Barnett, II, born ███ 1/91, and the other parent's name is Atard. He is currently not married, nor has he ever been married.

## Legal History

Mr. Barnett has been in trouble with the law. He said that alcohol did play a part in this trouble. He said "I've been drunk and made bad decisions." He said he has learned from his legal problems that people don't care about him. He has been sued in the past for not paying medical bills in Virginia where his ex-fiance pulled a knife on him and cut his finger almost

FS-000850

completely off. When asked what his plans are following release from jail he said "I don't have any."

## Military History

Mr. Barnett has never served in the military.

## Religious History

During his growing up years, Mr. Barnett states religion was very important. He said his parents always sent him to church with his grandparents. He attends church now. When I asked what his thoughts were about God he said "I love Him and He has saved my life."

## Financial Status

On a scale from one to six (one being very poor, six being very rich) growing up he rates his financial status at a three, five years ago a two, and right now a one.

## Leisure Activities

He said he spends most of his spare time doing nothing but praying at the present since he is incarcerated. He states that his quality of sleep is poor and that he is a very high-stressed person. He has constant pain in his neck and back.

## Medical History

Mr. Barnett states that currently he is having a hard time with his right hand. He states that it is "crippled" (which does not appear to be the case when this interview took place, he was able to write, although his index finger remained stiff, he seemed to be able to function with that hand). He has a history of accidents and surgeries. He presently is not taking any medication. He does not know if he is allergic to any medication. He does not have a family doctor, does not remember when his last physical was. He said in his blood relatives there is a positive history of alcohol abuse. He has been knocked unconscious, although he does not remember for how long. This was in 1993 when he was hit in the head with a stick and had a hematoma form on the right portion of his head behind his right ear.

## Mental Health History

Mr. Barnett has not seen a professional for counseling for substance abuse or any other problems. He states he has attempted suicide and he has thought about it.

FS-000851

## Substance Abuse History

Mr. Barnett said he has been told that he drinks too much and has experienced pass outs, blackouts, tremors and hangovers. His main substance abuse would be alcohol that he uses several times weekly and his first use or intoxication was at age 11. His secondary drug would be marijuana that he has not used during the past month. His first use was at age 12.

## Miscellaneous

If he could be granted any three wishes he would wish 1) to go back in time and change what happened, 2) for money, and 3) for happiness. If he was going on a long journey he would take Robin because she was everything he ever wanted and liked to travel. He does not have any tattoos. He has shoplifted in the past. He does not enjoy gambling. He is angry with himself. He has been told that he has a problem controlling his temper. When he does get angry he throws things, curses, spits, argues, fights, and cries. His anger has got him into trouble with the law, as well as at school.

## MENTAL STATUS EXAMINATION

Mr. Barnett is a slender, black man appearing his stated age. His reaction to the examiner was cooperative. He is oriented x four. His mood is variable. His affect is appropriate to his situation. His speech was very loquacious. Psychomotor activity is within normal limits. Organization of thinking is clear. Concentration and attention seemed clear. There is no evidence of hallucinations or delusions. His memory is grossly intact. His intellectual functions are estimated Average. When asked what is the thing to do while in the movies if you are the first person to see smoke and fire, his response was "holler fire."

FS-000852



**File No.** 01 CVD 10966

# LEAD DOCUMENT FOR
# MICROFILMING

### MICROFILM AUDIT TRAIL

| Date Filmed | Description | Film No. |
|---|---|---|
| 5/21/03 | | 2003-157-264 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | PC - 004598 |

AOC-G-113, Rev. 7/99
© 1999 Administrative Office of the Courts



STATE OF NORTH CAROLINA
COUNTY OF MECKLENBURG

THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION

DOCKET # 01CVD010966
IV·D # 0003905106

State Of North Carolina
on behalf of

RACHAEL COLLINS

        Plaintiff

      vs.

JOHN H WEST JR

    Defendant

)
)
)
)
)
)
)
)
)
)
)

**FILED #40**

**ORDER CONFIRMING REGISTRATION OF FOREIGN SUPPORT ORDER**

MAY 14 2001

CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY N.C.

This matter coming on to be heard and being heard, the Court finds the following facts :

    1. That on the 23RD day of DECEMBER , 1994 , an Order of Child Support was entered in the State of GEORGIA by the COBB COUNTY which requires JOHN H WEST JR to pay the sum of $312.00 per MONTH for the support of dependent child(ren) and $0.00 per to arrears.

        GABRIEL T WEST

    2. That on the 6TH day of JUNE , 2001 , said court order was registered with the MECKLENBURG County Clerk of Superior Court.

    3. That the Notice of Registration of Foreign Support Order was served on the Obligor by first class, certified or registered mail or by any means of personal service authorized by the law of this state on the 16TH day of JUNE , 2001 notifying the Obligor that the order had been registered by the Clerk of Court of MECKLENBURG County and that he/she had twenty days in which to petition the Court to vacate the Order or for other relief.

    4. That the Obligor filed a notice to contest registration on

    5. That the alleged arrears are $0.00 as of .

The Court therefore concludes as a matter of law that:

    1. This Court has personal and subject matter jurisidiction over the parties.

    2. The registration of the foreign support order registered with the MECKLENBURG County Clerk of Superior Court is confirmed.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

    1. The Child Support Order Registration is hereby confirmed in the State of North Carolina.

Cont'd...

PC - 004599



2. The Obligor is ordered to pay into the NC Child Support Centralized Collections the sum of $312.00 per MONTH beginning the 1ST day of NOVEMBER ,2001. All payments are to be made in cash, by money order or official bank check, and made payable to the:

NC CHILD SUPPORT CENTRALIZED COLLECTIONS
PO BOX 900006
RALEIGH, NC 27675-9006

3. The arrears owed under the Order are $0.00 as of .

4. The Obligor is subject to immediate income withholding proceedings to secure the ordered payments pursuant to N.C.G.S.110-136-3.

5. The Obligor must keep the Child Support Enforcement Agency informed of his/her current resident and mailing address and cooperate with the agency in the verification of his/her disposable income.

6. The Child Support Enforcement Agency can report this obligation to the appropriate credit reporting agency in accordance with 42 USC 651 et seq and its implementing regulations.

7. A copy of this order shall be mailed to the obligor at his/her last known address.

Entered this the _29_ day of _Dec_, 2001.

_____
District Court Judge

DSS-4530 10/00
CSE/ACTS

PC - 004600

Bates No. 14808

STATE OF NORTH CAROLINA
COUNTY OF MECKLENBURG

MECKLENBURG COUNTY
FILED #35
NOV 5 2001

THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION

DOCKET # 01CVD010966
IV-D   # 0003905106

State Of North Carolina
on behalf of

RACHAEL COLLINS
          Plaintiff

          vs.

JOHN H WEST JR
          Defendant

)
)
)
)
)
)
)
)
)
)
)
)

**ORDER CONFIRMING REGISTRATION
OF FOREIGN SUPPORT ORDER**

This matter coming on to be heard and being heard, the Court finds the following facts :

1. That on the 23RD day of DECEMBER  , 1994 , an Order of Child Support was entered in the State of GEORGIA                    by the COBB COUNTY                which requires JOHN H WEST JR to pay the sum of        $312.00 per MONTH                for the support of dependant child(ren) and        $0.00 per                to arrears.

        GABRIEL T WEST

2. That on the 6TH  day of JUNE      , 2001 , said court order was registered with the MECKLENBURG    County Clerk of Superior Court.

3. That the Notice of Registration of Foreign Support Order was served on the Obligor by first class, certified or registered mail or by any means of personal service authorized by the law of this state on the 16TH day of JUNE      , 2001 notifying the Obligor that the order had been registered by the Clerk of Court of MECKLENBURG    County and that he/she had twenty days in which to petition the Court to vacate the Order or for other relief.

4. That the Obligor filed a notice to contest registration on

5. That the alleged arrears are      $0.00 as of            .

The Court therefore concludes as a matter of law that:

1. This Court has personal and subject matter jurisidiction over the parties.

2. The registration of the foreign support order registered with the MECKLENBURG    County Clerk of Superior Court is confirmed.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Child Support Order Registration is hereby confirmed in the State of North Carolina.

Cont'd...

PC - 004601

2. The Obligor is ordered to pay into the NC Child Support Centralized Collections the sum of $312.00 per MONTH beginning the 1ST day of NOVEMBER ,2001. All payments are to be made in cash, by money order or official bank check, and made payable to the:

NC CHILD SUPPORT CENTRALIZED COLLECTIONS
PO BOX 900006
RALEIGH, NC 27675-9006

3. The arrears owed under the Order are $0.00 as of .

4. The Obligor is subject to immediate income withholding proceedings to secure the ordered payments pursuant to N.C.G.S.110-136-3.

5. The Obligor must keep the Child Support Enforcement Agency informed of his/her current resident and mailing address and cooperate with the agency in the verification of his/her disposable income.

6. The Child Support Enforcement Agency can report this obligation to the appropriate credit reporting agency in accordance with 42 USC 651 et seq and its implementing regulations.

7. A copy of this order shall be mailed to the obligor at his/her last known address.

Entered this the 29 day of _October_, 2001.

_____
District Court Judge

DSS-4530 10/00
CSE/ACTS

PC - 004602

STATE OF NORTH CAROLINA
COUNTY OF MECKLENBURG

IN THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION



DOCKET #
1V-D # 0003905106
UIFSA #

| Plaintiff | |
|---|---|
| RACHAEL COLLINS | **NOTICE OF REGISTRATION** |
| VERSUS | |
| | **OF FOREIGN SUPPORT ORDER** |
| Defendant | |
| JOHN H WEST JR    MPI#0003905098 | G.S. 52C-6-605, 52C-6-607, 52C-6-611 |

| State in Which Foreign Support Order Entered | Date on Which Foreign Support Order Entered |
|---|---|
| GEORGIA | 12/23/1994 |

| Name & Address Of Non Registering Party | Name & Address Of Recipient Of Support |
|---|---|
| JOHN H WEST JR<br>3413 WEST BVLD<br><br>CHARLOTTE             NC 28208-0000 | RACHAEL COLLINS<br>11831B ACADEMY RD<br><br>PHILA                    PA 19154-2601 |

**TO THE NON-REGISTERING PARTY NAMED ABOVE:**

Take notice that the Foreign Support Order referenced above, a copy of which is attached, has been registered

      (X) For Enforcement Only
      ( ) For Modification
      ( ) For Enforcement and Modification

in the office of the Clerk of Superior Court of the above named county. The Foreign Support Order is enforceable as of the date of registration in the same manner as an order issued by a court of this state.

If you want to contest the validity or enforcement of the registered Foreign Support Order, you **must** file a written request for hearing asking the Court to vacate registration of the order. Your request for hearing must be filed with the Clerk of Superior Court within twenty (20) days after the date of mailing or personal service of this notice. Failure to contest the validity or enforcement of the registered Foreign Support Order in a timely manner will result in confirmation of the order and the alleged arrears, and precludes further contest of the order with respect to any matter that could have been asserted. If multiple support orders exist, the court may make a controlling order determination to decide which order is entitled to enforcement and/or modification.

| Date Of Registration | Total Amount Of Support In Arrears Certified By Foreign Court |
|---|---|
| 06/06/2001 | $0.00  (As Of          ) |

NOTE: Additional arrears may have accrued since the date that arrears were certified by the Foreign Court.

| Date Next Payment Due | Frequency ( ) Weekly   (X) Monthly<br>( ) Bi-Weekly ( ) Other |
|---|---|
| **Additional Payment Information** | Amount Ordered On Support Obligation<br>$312.00 |
| | Amount Ordered On Arrears<br>$0.00 |
| | Total Amount Ordered<br>$312.00 |

| Address Of The Clerk Of Superior Court | Date  (6-0-0) |
|---|---|
| CLERK OF SUPERIOR COURT | Signature |
| MECKLENBURG CO, CIVIL COURTS BLDG RM 2 | |
| 600 EAST FOURTH STREET | |
| CHARLOTTE          NC 28202-2601 | ( ) Deputy CSC  (X Assistant CSC ( ) Clerk Of Superior Court |

Cont'd...

PC - 004603

Case 3:12-cv-00327-MOC    Document 78-4    Filed 12/22/14    Page 64 of 87



## CERTIFICATE OF SERVICE

I certify this date, that a copy of this Notice of Registration and a copy of the Foreign Support Order were sent by ( ) first class ( ) certified ( ) registered mail to the supporting party at the address shown above.

| Date Mailed | Signature |
|---|---|
| 6-6-01 | ( ) Deputy CSC ( ) Assistant CSC ( ) Clerk Of Superior Court |

**NOTE TO SUPPORTING PARTY:**

All payments under the attached Order should be in the form of money order, official bank check, or personal check, made payable to NC Child Support. The MPI number and your name must be included on all payments and correspondence.
Mail payments to:
NC CHILD SUPPORT CENTRALIZED COLLECTIONS
PO BOX 900006
RALEIGH, NC 27675-9006

DSS-4528 05/00
CSE/ACTS

PC - 004604

Case 3:12-cv-00327-MOC    Document 78-4    Filed 12/22/14    Page 65 of 87
Bates No. 14812

# CHILD SUPPORT ENFORCEMENT TRANSMITTAL #1 - INITIAL REQUEST

Petitioner
RACHAEL PHILLIPS

- (X) IV-D Non Public Assistance
- ( ) IV-D Non PA Medicaid
  - ( ) Full Services
  - ( ) Medical Services Only
- ( ) IV-D Public Assistance
- ( ) IV-E Foster Care (IV-D Case)
- ( ) Non-IV-D
- ( ) IFSA/23 Pa CS 8101 et seq

Respondent
JOHN H WEST JR

To:

From: (full name, agency, address, phone, fax, internet)
DOMESTIC RELATIONS DIVISION
FAMILY COURT OF PHILADELPHIA
DOMESTIC RELATIONS DIV
FAMILY COURT BLDG
34 SOUTH 11TH ST
PHILADELPHIA PA 19107
KAREN SCHWARTZBERG

Send Payments to: (Name and address if different)

Initiating Jurisdiction ( ) URESA (X) UIFSA

JUN 20

NATIONAL UNIT

File Stamp

| | |
|---|---|
| Responding FIPS Code | State |
| Responding IV-D Case No. | |
| Responding Docket No. | |
| Initiating FIPS Code | 4210151 | State PA |
| Initiating IV-D Case No. | 709101787 |
| Initiating Docket No. | 99-31096 |
| Payment FIPS Code | 4200000 | State PA |
| Bank Account | | Routing Code |

State with Continuing Exclusive Jurisdiction (CEJ) GA

## I. Action. The Responding Jurisdiction Should Provide All Appropriate Services Including:

1. ( ) Establishment of Paternity
2. ( ) Establishment of Order for:
   - A ( ) Child Support    D (X) Medical Coverage
   - B ( ) Spousal Support   E ( ) Other Costs (Use Sec. VII)
   - C ( ) Support for a Prior Period
3. ( ) Enforcement of Responding Tribunal Order
4. ( ) Modification of Responding Tribunal Order
5. ( ) Change of Payee/Redirection of Payment

Please Return the Acknowledgment Attached (3 of 3)

6. (X) Registration of Foreign Support Order:
   - A. (X) For Enforcement Only   C. ( ) For Modification
   - B. ( ) For Modification and Enforcement
   Requested by: ( ) Obligor (X) Obligee ( ) State Agency
   (Requires Sworn Statement of Arrears)
7. (X) Collection of Arrears
8. (X) Income Withholding
9. ( ) Administrative Review for Federal Tax Offset
10. ( ) Other

## II. Case Summary (Background of this Matter: Court/Administrative Actions)

| Date of Support Order | State & County Issuing Order | Tribunal Case No. |
|---|---|---|
| 11 2004 | GA COBB COUNTY | 9417513-28 |

| Support Amount/Frequency | Date of Last Payment | Amount of Arrears | Period of Computation |
|---|---|---|---|
| $ 412.65 per MONTH | | $0.00 | to |
| ( ) Presumed Controlling Order | (X) Determined Controlling Order | | Date / Date |

| Date of Support Order | State & County Issuing Order | Tribunal Case No. |
|---|---|---|
| | | |

| Support Amount/Frequency | Date of Last Payment | Amount of Arrears | Period of Computation |
|---|---|---|---|
| $ per | | $0.00 | to |
| ( ) Presumed Controlling Order | ( ) Determined Controlling Order | | Date / Date |

| Date of Support Order | State & County Issuing Order | Tribunal Case No. |
|---|---|---|
| | | |

| Support Amount/Frequency | Date of Last Payment | Amount of Arrears | Period of Computation |
|---|---|---|---|
| $ per | | $0.00 | to |
| ( ) Presumed Controlling Order | ( ) Determined Controlling Order | | Date / Date |

Service Type: M

PC - 004605
Form IF-003
Worker ID 51608

Case 3:12-cv-00327-MOC   Document 78-4   Filed 12/22/14   Page 66 of 87
Bates No. 14813

**III. Mother Information**    ◯ Obligor    ☒ Obligee

Full Name and Aliases
First Middle Last

RACHAEL N COLLINS

| | |
|---|---|
| Address (Street, City, State, Zip) | Employer/Address (Name, Street, City, State, Zip) |

Home Phone    215 476-3866
Work Phone    215 218-2999

☒ Address Confirmed    12/07/99    ☒ Employer Confirmed
                                    Date                        Date

Date/Place of Birth    03/06/59    NEW YORK    Social Security No. 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
                       Date                        Place

**IV. Father Information**    ☒ Obligor    ◯ Obligee

Full Name and Aliases
First Middle Last

OWEN M WEST JR

| | |
|---|---|
| Address (Street, City, State, Zip)<br>4511 WEST BLVD<br>CHARLOTTE NC 28208-4113 | Employer/Address (Name, Street, City, State, Zip)<br>UNKNOWN |

Home Phone
Work Phone

☒ Address Confirmed    12/07/99    ◯ Employer Confirmed
                                    Date                        Date

Date/Place of Birth    06/29/58    Social Security No. 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
                       Date                        Place

**V. Caretaker (If Not a Parent)** Relationship to Child(ren) _____

Full Name and Aliases
First Middle Last

| | |
|---|---|
| Address (Street, City, State, Zip) | Employer/Address (Name, Street, City, State, Zip) |

Home Phone
Work Phone

◯ Address Confirmed _____    ◯ Employer Confirmed _____
                      Date                        Date

Date/Place of Birth _____    Sex ___    Social Security No. _____

**VI. Dependent Children Information**

| Full Name First Middle Last | Date of Birth | Sex | Social Security No. | State of Residence for last 6 months |
|---|---|---|---|---|
| GABRIEL T WEST | 09/30/87 | MALE | | PA |

**VII. Additional Case Information**

THREE CERTIFIED COPIES OF COURT ORDERS ENCLOSED AS REQUESTED.
THE COUNTY IN GEORGIA WOULD NOT SEND MS. COLLINS CERTIFIED COPIES
OF THE ARREARS. SHE TRIED ON NUMEROUS OCCASIONS TO SECURE THEM TO NO AVAIL
SHE SPOKE WITH JERRY DANE IN COBBS COUNTY WHO TOLD HER CLIENT
WOULD HAVE TO FIGURE THE ARREARS AMOUNT HERSELF.    ◯ Nondisclosure Finding Attached

**VIII. Attachments (Supporting Documentation)**

◯ Arrears Statement/Payment History    ☒ Support Order(s)
◯ Uniform Support Petition (3 Copies)    ◯ Divorce Decree
◯ General Testimony/Affidavit    ◯ Assignment of Rights
◯ Affidavit in Support of Establishing    ◯ Description of Real/Personal Property
◯ Acknowledgment of Parentage    ◯ Photograph of Respondent
◯ Other Documents Relating to Paternity    ◯ Other Attachments

JUN 27 2000

_6/20/00_    _Sara Schwartz Esq_    _215-684-9123_    Fax Number
Date    Initiating Contact Person (Print or Type)    Telephone Number & Extension

Form IF-003
Worker ID

PC-004606

Case 3:12-cv-00327-MOC    Document 78-4    Filed 12/22/14    Page 67 of 87
Bates No. 14814

# UNIFORM SUPPORT PETITION

☒ IV-D Non Public Assistance
◉ IV-D Non PA Medicaid
○ Full Services
○ Medical Services Only
○ IV-D Public Assistance
○ IV-E Foster Care (IV-D Case)
○ Non-IV-D
○ IFSA/23 Pa CS 8101 et.seq

COLLINS

**Respondent**
JOHN N WEST JR

FEB 2 2 04

File Stamp

Responding IV-D Case No. _____

Initiating IV-D Case No. 709101787

Responding Docket No. _____

Initiating Docket No. 99-31096

## I. Action

The Respondent and/or the Respondent's property is subject to the jurisdiction of the responding tribunal.
The Respondent owes a duty of support to the following children:

| Full Name (First, Middle, Last) | Date of Birth | Social Security No. |
|---|---|---|
| GABRIEL T. WEST | 09/30/87 | |

The Petitioner files this Petition to request:

○ Establishment of a Paternity

○ Establishment of Order for:

    ☒ Child Support      ☒ Medical Coverage

    ○ Spousal Support      ○ Reasonable Attorney Fees, Other Fees and Costs

    ○ Support for a Prior Period; From: _____ To: _____

    ○ Paternity Testing Costs in the Amount of $ 0.00 _____

○ Modification of a Support Order

○ Other Remedy Sought: _____

## II. Grounds Supporting the Remedy Sought in Section I (when applicable)

☒ Respondent is the noncustodial parent of the children named in this Petition.

○ A modification is appropriate due to a change in circumstances.

☒ Grounds for other remedy sought: DEFT. HAS NOT PAID SUPPORT SINCE 1995.

_____

Service Type a

Form UF-001
PC-004607 51608

Case 3:12-cv-00327-MOC     Document 78-4     Filed 12/22/14     Page 68 of 87

Bates No. 14815

## III. Additional Supporting Information

The following documents are attached to, and incorporated in, this Petition. These documents contain the required additional information.

- (X) Petitioner's General Testimony
- ( ) Acknowledgment of Paternity
- (X) Other: SUPPORT ORDERS

- ( ) Affidavit in Support of Establishing Paternity
- (X) Birth Certificate of the Child

## IV. Verification

( ) Under penalties of perjury, all information and facts stated in this Petition are true to the best of my knowledge and belief.

2/22/01
Date

[ ] Signature of Petitioner    [ ] IV-D Representative/Title

2/22/01
Date

Theresa Mc Brogan

Sworn and Signed Before
Me This Date, County/State

Notary Public, Court/Agency Official and Title

Notarial Seal
Theresa McBrogan, Notary Public
Philadelphia, Philadelphia County
My Commission Expires March 2, 2002

Date

Signature of Petitioner's Attorney / Bar Number (if applicable)

PC - 004608    Form UF-001
Worker ID 51608

Case 3:12-cv-00327-MOC    Document 78-4    Filed 12/22/14    Page 69 of 87

Bates No. 14816

# GENERAL TESTIMONY

Petitioner

RAFAEL ELLIS

Respondent

JOHN M SMITH SR

- (X) IV-D Non Public Assistance
- ( ) IV-D Non PA Medicaid
  - ( ) Full Services
  - ( ) Medical Services Only
- ( ) IV-D Public Assistance
- ( ) IV-E Foster Care (IV-D Case)
- ( ) Non-IV-D
- ( ) IFSA/23 Pa CS 8101 et seq

File Stamp

Responding IV-D Case No.

Responding Docket No.

Initiating IV-D Case No. 709101787

Initiating Docket No. 99-31036

| Petitioner is: | (X) Obligee | ( ) Caretaker Other than Parent |
| | ( ) Obligor | ( ) Foster Care |
| Respondent is: | ( ) Obligee | ( ) Caretaker Other than Parent |
| | (X) Obligor | ( ) Foster Care |

RAFAEL ELLIS _____ being duly sworn, under penalties of perjury, testifies as follows:
First Middle Last

## I. Personal Information About Child(ren)'s Mother ( ) See Section X

| | |
|---|---|
| A.1 Mother is (X) Obligee ( ) Obligor | 2. ( ) Nondisclosure Finding Attached |
| 3. Full Name (incl first, middle, nickname, alias) <br> RAFAEL ELLIS | AKA |
| 4. Home Address ( ) moved 12/07/99 (date) | 5. Social Security Number <br> 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 | 6. Date of Birth <br> 03/06/52 |
| | 7. Home Phone <br> (215) 632-3866 | 8. Work Phone <br> (215) 516-7898 |
| 9. (X) married (date) | 10(a). Occupation, Trade or Profession |
| | 10(b). Highest Level Of Education Attained |
| 11. Estimated Gross Monthly Earnings <br> $ 1,200 00 | 12. Other Monthly Income (& source) <br> $ 0 |
| 13. Real or Personal Property (type & location) | |

B. Physical Description of Children's Mother (Optional: Attach photo if available.)

| 1. Race | 2. Height | 3. Weight 000 | 4. Hair Color BR | 5. Eye Color BR |
|---|---|---|---|---|

C. Present Marital Status of Children's Mother

| 1. (X) Married | 2. ( ) Single | 3. ( ) Living with Non-Marital Partner |
| 4. ( ) Divorced | 5. ( ) Legally Separated | 6. ( ) Separated | 7. ( ) Unknown |

PC - 004609

Form UF-501
Worker ID 51608

Case 3:12-cv-00327-MOC Document 78-4 Filed 12/22/14 Page 70 of 87
Bates No. 14817

Initial IV-D Case No. 709101787

D. Information about Current Spouse or Partner of Child(ren)'s Mother

| 1. Name of New Spouse or Non-Marital Partner (First, Mid, Last) | 2. Is Current Spouse/Partner Employed? |
|---|---|
| | ○ Yes ○ No ○ Unknown |
| 3. Name and Address of Spouse's/Partner's Employer | 4. Spouse's/Partner's Estimated Gross Monthly Earnings $ |

E. Is the child(ren)'s mother responsible for dependents other than those listed in Section V (pages 4 & 5)?

○ Yes ⊗ No ○ Unknown  (If yes, provide information below.)

| a. Full Name of Mother | b. Date of Birth |
|---|---|
| c. Relationship | d. Living With: |
| e. Source of Support/Income | f. Monthly Amount: Gross: ___ Net: ___ |

| a. Full Name of Mother | b. Date of Birth |
|---|---|
| c. Relationship | d. Living With: |
| e. Source of Support/Income | f. Monthly Amount: Gross: ___ Net: ___ |

| a. Full Name of Mother | b. Date of Birth |
|---|---|
| c. Relationship | d. Living With: |
| e. Source of Support/Income | f. Monthly Amount: Gross: ___ Net: ___ |

## II. Personal Information About Child(ren)'s Father  ○ See Section X

| A. 1. Father is ○ Obligee ⊗ Obligor | 2. ○ Nondisclosure Finding Attached |
|---|---|
| 3. Full Name (First, Mid, Last; or also known as) | AKA |
| 4. Home Address ○ Current 12/07/99 (date) | 5. Social Security Number 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 | 6. Date of Birth 06/29/58 |
| CHARLOTTE NC | 7. Home Phone | 8. Work Phone |
| 9. Employer Name & Address ○ Current (date) | 10(a). Occupation, Trade or Profession |
| | 10(b). Highest Level Of Education Attained |
| 11. Estimated Gross Monthly Earnings $ | 12. Other Monthly Income (& source) $0 |
| 13. Real or Personal Property (type & location) | |

B. Physical Description of Child(ren)'s Father (Optional: Attach photo if available.)

| 1. Race | 2. Height 5'00" | 3. Weight 000 | 4. Hair Color BR | 5. Eye Color HZ |
|---|---|---|---|---|

PC - 004610

Form UF-501

Worker ID 51608

Bates No. 14818

C. Present Marital Status of Child(ren)'s Father

1. ⊘ Married   2. ◯ Single     3. ◯ Living with Non-Marital Partner

4. ◯ Divorced   5. ◯ Legally Separated   6. ◯ Separated   7. ◯ Unknown

D. Information about Current Spouse or Partner of Child(ren)'s Father

| 1. Name of New Spouse or Non-Marital Partner (First, Mid, Last) | 2. Is Current Spouse/Partner Employed? ◯ Yes   ◯ No   ◯ Unknown |
|---|---|
| 3. Name and Address of Spouse's/Partner's Employer | 4. Spouse's/Partner's Estimated Gross Monthly Earnings   $0 |

E. Is the child(ren)'s father responsible for dependents other than those listed in Section V (pages 4 & 5)?

◯ Yes   ◯ No   ⊗ Unknown   (If yes, provide information below.)

**1.**

| a. Full Name (First, Mid, Last) | b. Date of Birth |
|---|---|
| c. Relationship | d. Living With: |
| e. Source of Support/Income | f. Monthly Amount; Gross: 0    Net: 0 |

**2.**

| a. Full Name (First, Mid, Last) | b. Date of Birth |
|---|---|
| c. Relationship | d. Living With: |
| e. Source of Support/Income | f. Monthly Amount; Gross: 0    Net: 0 |

**3.**

| a. Full Name (First, Mid, Last) | b. Date of Birth |
|---|---|
| c. Relationship | d. Living With: |
| e. Source of Support/Income | f. Monthly Amount; Gross: 0    Net: 0 |

## III. Personal Information About Caretaker Other than Parent ◯ See Section X

| 1. Caretaker's Relation to Child is: | 2. ◯ Nondisclosure Finding Attached | | |
|---|---|---|---|
| 3. Full Name (First, Mid, Last, or state nickname, alias) | AKA | | |
| 4. Home Address ◯ Confirmed ___(date) | 5. Social Security Number | 6. Date of Birth | 7. Sex |
| | 8. Home Phone | 9. Work Phone | |
| 10. Employer Name & Address ◯ Confirmed ___(date) | 11(a). Occupation, Trade or Profession | | |
| | 11(b). Highest Level Of Education Attained | | |
| 12. Estimated Gross Monthly Earnings   $0 | 13. Other Monthly Income (& source)   $0 | | |
| 14. Date Child(ren) Began Residing With Caretaker: | | | |

PC - 004611
Form UF-501
Worker ID 51608

Case 3:12-cv-00327-MOC    Document 78-4    Filed 12/22/14    Page 72 of 87    Bates No. 14819

## IV. Legal Relationship of Parents ◯ See Section X

1. ◯ Never married to each other

2. ⊗ Married on 07/13/87 in _____ NEW YORK
   _Date_ _County/State_

3. ◯ Married by common law for the period _____ to _____ in _____
   _Dates_ _County/State_

4. ⊗ Separated on /99/

5. ◯ Divorced on _____ in _____
   _Date_ _County/State_

6. ◯ Legally separated on _____ in _____
   _Date_ _County/State_

7. ◯ Divorce pending in _____
   _County/State_

8. ◯ Support Order Entered on _____
   _Date_

9. ◯ No support order

10. ◯ Other _____

11. Tribunal & Location (Divorce, Legal Separation, Support Order):

## V. Dependent Child(ren) in this Action ◯ See Section X

A. List obligor's (named on page 1 of this form) child(ren) only.    ◯ Nondisclosure Finding Attached

**1.**

| a. Full Name (First, Mid, Last) GABRIEL T. WEST | f. Paternity Established? ⊗ Yes ◯ No |
|---|---|
| b. Address 11431 B ACADEMY ROAD PHILA., PENNA. 19154 | g. Support Order Established? ⊗ Yes ◯ No |
| c. Social Security Number | h. Living with Petitioner? ⊗ Yes ◯ No |
| d. Sex F   e. Date of Birth 09/30/87 | |

**2.**

| a. Full Name (First, Mid, Last) | f. Paternity Established? ◯ Yes ◯ No |
|---|---|
| b. Address | g. Support Order Established? ◯ Yes ◯ No |
| c. Social Security Number | h. Living with Petitioner? ◯ Yes ◯ No |
| d. Sex   e. Date of Birth | |

**3.**

| a. Full Name (First, Mid, Last) | f. Paternity Established? ◯ Yes ◯ No |
|---|---|
| b. Address | g. Support Order Established? ◯ Yes ◯ No |
| c. Social Security Number | h. Living with Petitioner? ◯ Yes ◯ No |
| d. Sex   e. Date of Birth | |

PC - 004612
Form UF-501
Worker ID 51608

Case 3:12-cv-00327-MOC   Document 78-4   Filed 12/22/14   Page 73 of 87

Bates No. 34820

| | | f. Paternity Established? |
|---|---|---|
| a. Full Name (First, Mid, Last) | | ○ Yes    ○ No |
| b. Address | | g. Support Order Established? |
| | | ○ Yes    ○ No |
| c. Social Security Number | | h. Living with Petitioner? |
| d. Sex | e. Date of Birth | ○ Yes    ○ No |

**8.** The child(ren) began residing in _____ on _____
State    Month/Year

# VI. Medical Insurance  ○ See Section X

**1.** Is obligor required by a child support order to provide medical insurance for the child(ren)?  ⊗ Yes  ○ No

**2.** Is obligor required by a child support order to provide medical insurance for the obligee?  ○ Yes  ⊗ No

**3.** Medical coverage for dependent child(ren) listed in Section V and/or the obligee is provided by:

| | For dependent child(ren) | For obligee | |
|---|---|---|---|
| Obligee | ○ | ○ | Obligee's Insurance Company: |
| Obligor | ○ | ○ | KEYSTONE MERCY |
| State Medicaid | ⊗ | ○ | Policy Number: |
| Obligee's Employer | ○ | ○ | Obligor's Insurance Company: |
| Obligor's Employer | ○ | ○ | Policy Number: |
| Other | ○ | ○ | Other Insurance Company: |
| Unknown | ○ | ○ | |
| No Coverage | ○ | ○ | Policy Number: |

**4.** The monthly cost paid by the obligee for medical insurance for the obligor's child(ren) only is:  $ _____ .00
(If medical insurance is provided by the obligee or obligee's employer, skip to number 6).

**5.** Obligee can purchase needed medical insurance at a monthly cost of:  $ _____ .00

**6.** Were the children ever covered by medical insurance provided by the obligor/obligee, or his/her employer?  ○ Yes  ⊗ No  ○ Unknown

**7.** Do any of the obligor's children have special needs or extraordinary medical expenses not covered by insurance?  ○ Yes  ⊗ No
(If "Yes", please indicate the child involved and the type of special needs/extraordinary medical expenses and the related costs. Attach proof.)

Form UF-501
PC - 0046 Worker ID 51608

Bates No. 14321

## VII. Support Order and Payment Information  ○ See Section X

1. Does a support order exist? (If "No", skip to page 7.)  (x) Yes ○ No

2. Did child(ren) reside with the obligor at anytime during the period for which support is sought, except during periods of visitation specified by a tribunal's order?  ○ Yes (x) No  If "Yes", Identify Period of Residency:

From _____ thru _____

3. If a modification is being requested, indicate the basis for the request below:
   ○ The earnings of the obligor have substantially increased or decreased.
   ○ The earnings of the obligee have substantially increased or decreased.
   ○ The needs of a party or of the child(ren) have substantially increased or decreased.
   ○ Other, Explain

4. Describe all current support orders (include all pertinent orders and modifications). NOTE: if more than three (3) orders exist, attach complete description as below for each.

| Date of Order | Current Amount | Per Month/Week/etc. | | Toward Arrears | Per Month/Week/etc. |
|---|---|---|---|---|---|
| 12/15/99 | $ 712.00 | MONTH | | $ 50.00 | MONTH |
| Unpaid Interest $ .00 as of | | (date) | Total Arrears $0.00 as of | | (date) |
| Tribunal's Name & Address | | | | | |

| Date of Order | Current Amount | Per Month/Week/etc. | | Toward Arrears | Per Month/Week/etc. |
|---|---|---|---|---|---|
| | $ .00 | | | $ .00 | |
| Unpaid Interest $ .00 as of | | (date) | Total Arrears $0.00 as of | | (date) |
| Tribunal's Name & Address | | | | | |

| Date of Order | Current Amount | Per Month/Week/etc. | | Toward Arrears | Per Month/Week/etc. |
|---|---|---|---|---|---|
| | $ .00 | | | $ .00 | |
| Unpaid Interest $ .00 as of | | (date) | Total Arrears $0.00 as of | | (date) |
| Tribunal's Name & Address | | | | | |

5. Unpaid Medical Cost (attach documentation)  $ .00  as of _____ Date

6. Other Unpaid Costs and Fees  $ .00  as of _____ Date

Explain

7. Direct Payments to Obligee: ○ Affidavit from Obligee Attached (x) No Direct Payments Received

8. Obligor's support payment history:
   ○ (requesting jurisdiction agent's payment records or other best ... skip to page 7). ○ Payment history provided on page 6a. ○ N.A.: responding State does not require. (skip to page 7).

| From (Year) to (Year) | Agency Which Prepared Audit/Payment History: |
|---|---|
| | PHILADELPHIA |

PC - 004614

Case 3:12-cv-00327-MOC    Document 784-22    Filed 12/22/14    Page 75 of 87
Bates No. 24322

Obligor's Payment History     Adjudicated Arrears $ 0.00 _____ as of _____

Date of Order

Year: ____

| | Amount Due | Amount Paid | Balance |
|---|---|---|---|
| Jan | | .00 | .00 |
| Feb | | .00 | .00 |
| Mar | | .00 | .00 |
| Apr | | .00 | .00 |
| May | | .00 | .00 |
| Jun | .00 | .00 | .00 |
| Jul | .00 | .00 | .00 |
| Aug | .00 | .00 | .00 |
| Sep | .00 | .00 | .00 |
| Oct | .00 | .00 | .00 |
| Nov | .00 | .00 | .00 |
| Dec | .00 | .00 | .00 |
| Total | .00 | .00 | .00 |

Year: 0000

| | Amount Due | Amount Paid | Balance |
|---|---|---|---|
| Jan | .00 | .00 | .00 |
| Feb | .00 | .00 | .00 |
| Mar | .00 | .00 | .00 |
| Apr | .00 | .00 | .00 |
| May | .00 | .00 | .00 |
| Jun | .00 | .00 | .00 |
| Jul | .00 | .00 | .00 |
| Aug | .00 | .00 | .00 |
| Sep | .00 | .00 | .00 |
| Oct | .00 | .00 | .00 |
| Nov | .00 | .00 | .00 |
| Dec | .00 | .00 | .00 |
| Total | .00 | .00 | .00 |

Year: 0000

| | Amount Due | Amount Paid | Balance |
|---|---|---|---|
| Jan | .00 | .00 | .00 |
| Feb | .00 | .00 | .00 |
| Mar | .00 | .00 | .00 |
| Apr | .00 | .00 | .00 |
| May | .00 | .00 | .00 |
| Jun | .00 | .00 | .00 |
| Jul | .00 | .00 | .00 |
| Aug | .00 | .00 | .00 |
| Sep | .00 | .00 | .00 |
| Oct | .00 | .00 | .00 |
| Nov | .00 | .00 | .00 |
| Dec | .00 | .00 | .00 |
| Total | .00 | .00 | .00 |

Year: 0000

| | Amount Due | Amount Paid | Balance |
|---|---|---|---|
| Jan | .00 | .00 | .00 |
| Feb | .00 | .00 | .00 |
| Mar | .00 | .00 | .00 |
| Apr | .00 | .00 | .00 |
| May | .00 | .00 | .00 |
| Jun | .00 | .00 | .00 |
| Jul | .00 | .00 | .00 |
| Aug | .00 | .00 | .00 |
| Sep | .00 | .00 | .00 |
| Oct | .00 | .00 | .00 |
| Nov | .00 | .00 | .00 |
| Dec | .00 | .00 | .00 |
| Total | .00 | .00 | .00 |

Total of Adjudicated and Accrued Arrears $ 0.00 _____ as of _____

Date

_____    Date      _____ Name/Title, Agency or Tribunal      _____ Signature

Sworn to and signed before me
this Date, County, State

Notary Public, Tribunal/Agency
Official and Title

Commission Expires

PC - 004615

Form UF-501
Worker ID 51608

Case 3:12-cv-00327-MOC    Document 784-23 Filed 12/22/14    Page 76 of 87

Bates No. 14323

## VIII.  Obligee's Public Assistance Status  ◯ See Section X

**[If no public assistance was paid, skip to Section IX.]**

1. Period during which public assistance was paid:

From: _____ / 0000   To: _____ / 0000   by: _____
Last month    year        Last month    year        State

2. Total amount of public assistance paid: $ .00 _____ as of _____
Date

3. Medical assistance related to prenatal, postnatal, or general expenses was paid in the amount of $ .00 _____ by:

_____
Agency or Person

## IX.  Financial Information  ◯ See Section X

Information required varies based on responding State's guidelines.  Updates may be required.

### A.  Monthly Income from All Sources:

1. Is the petitioner employed?  ⦰Yes; occupation: _____   ◯ No; income source: _____

| 2. Gross Monthly Income Amounts: | Petitioner | Current Spouse/Partner | Obligor's Dependent(s) |
|---|---|---|---|
| a) Public Assistance | | | |
| i) SSI | $ .00 | $ .00 | $ .00 |
| ii) Family Assistance | $ .00 | $ .00 | $ .00 |
| iii) Other | $ .00 | $ .00 | $ .00 |
| b) Base pay salary, wages | $ .00 | $ .00 | $ .00 |
| c) Overtime, commissions, tips, bonuses, parttime | $ .00 | $ .00 | $ .00 |
| d) Unemployment compensation | $ .00 | $ .00 | $ .00 |
| e) Worker's compensation | $ .00 | $ .00 | $ .00 |
| f) Social Security Disability | $ .00 | $ .00 | $ .00 |
| g) Social Security Retirement | $ .00 | $ .00 | $ .00 |
| h) Dividends and interest | $ .00 | $ .00 | $ .00 |
| i) Trust/Annuity Income | $ .00 | $ .00 | $ .00 |
| j) Pensions, retirement | $ 2/ .00 | $ .00 | $ .00 |
| k) Child support | $ .00 | $ .00 | $ .00 |
| l) Spousal support/alimony | $ .00 | $ .00 | $ .00 |
| m) All other sources | $ .00 | $ .00 | $ .00 |

Explain "other sources": _____

| 3. Total Gross Monthly (lines "2a" through "2m") | $ 4,2 /0 .00 | $ .00 | $ .00 |
|---|---|---|---|

| 4. Deductions From Gross | | | |
|---|---|---|---|
| a) Federal Income Tax | $ 727.00 | $ .00 | $ .00 |
| b) State Income Tax | $ 60.00 | $ .00 | $ .00 |
| c) Local Tax | $ 100.00 | $ .00 | $ .00 |
| d) FICA | $ 133.00 | $ .00 | $ .00 |

PC - 004616 JP-501
Worker ID 51608

Case 3:12-cv-00327-MOC    Document 784-24   Filed 12/22/14    Page 77 of 87
Bates No. 14324

|  | Petitioner | Current Spouse/Partner | Obligor's Dependent(s) |
|---|---|---|---|
| 5. Adjusted Net Monthly (line "5" minus lines "4a through "4d") | $ 1,300.00 | $ .00 | $ .00 |
| 6. Other Deductions | | | |
| a) Savings | $ .00 | $ .00 | $ .00 |
| b) Loan Repayment | $ .00 | $ .00 | $ .00 |
| c) Mandatory Retirement | $ .00 | $ .00 | $ .00 |
| d) Non-mandatory Retirement | $ .00 | $ .00 | $ .00 |
| e) Medical Insurance | $ .00 | $ .00 | $ .00 |
| f) Union Dues | $ 19.00 | $ .00 | $ .00 |
| g) Other (specify) | $ .00 | $ .00 | $ .00 |
| 7. Net Monthly Income (line "5" minus lines "6a through "6g") | $ 1,310.00 | $ .00 | $ .00 |
| 8. Gross Income Prior Year | $ .00 | $ .00 | $ .00 |

Attach three most recent paystubs from each current employer for all parties shown

| 8. Monthly Expenses: | Petitioner | Obligor's Dependent(s) |
|---|---|---|
| 1) Rent/Mortgage | $ 750.00 | $ .00 |
| 2) Homeowners/Renters Insurance | $ .00 | $ .00 |
| 3) Home Maintenance & Repair | $ .00 | $ .00 |
| 4) Heat | $ .00 | $ .00 |
| 5) Electricity/Gas | $ 65.00 | $ .00 |
| 6) Telephone | $ 65.00 | $ .00 |
| 7) Water/Sewer | $ .00 | $ .00 |
| 8) Food | $ 300.00 | $ .00 |
| 9) Laundry/Cleaning | $ 20.00 | $ .00 |
| 10) Clothing | $ .00 | $ 200.00 |
| 11) Life Insurance | $ 8.00 | $ .00 |
| 12) Medical Insurance | $ .00 | $ .00 |
| 13) Uninsured Extraordinary Medical (attach documentation) | $ .00 | $ .00 |
| 14) Other Uninsured Health-Related Expenses | $ .00 | $ .00 |
| 15) Auto Payment | $ 100.00 | $ .00 |
| 16) Auto Insurance | $ 60.00 | $ .00 |
| 17) Auto Expenses | $ .00 | $ .00 |
| 18) Other Transportation | $ .00 | $ .00 |
| 19) Child Care | $ .00 | $ .00 |
|     Provider: | | |
|     Frequency: | | |
| 20) Support Payments, actual amount paid | $ .00 | $ .00 |
| 21) Other; Explain: Past Medical Expenses | $ 134.00 | $ .00 |
| Total Monthly Expenses (lines 1 through 21) | $ 1,368.00   1,502.00 | $ 200.00 |

PC - 004697   Form UF-501   Worker ID 51608

Case 3:12-cv-00327-MOC    Document 784-25    Filed 12/22/14    Page 78 of 87    Bates No. 14325

## C. Assets

**1) Real Estate** NO

_____
Address

_____
Owner(s)

_____
Title

$ _____ .00    minus    $ _____ .00    =    $ _____ .00
Assessed Value                 Mortgage(s)

**2) IRA, Keogh, Pension, Profit Sharing, Other Retirement Plans**

NO _____ $ _____ .00
Institution or Plan Name and Account No.

NO _____ $ _____ .00
Institution or Plan Name and Account No.

**3) Tax Deferred Annuity Plan(s)**                         $ _____ .00
**4) Life Insurance: Present Cash Value**             $ _____ .00
**5) Savings & Checking Accounts, Money Market Accounts, & CDs**

NO _____ $ _____ .00
Institution Name and Account Number

NO _____ $ _____ .00
Institution Name and Account Number

**6) Automobiles/Vehicles**

NO _____ $ _____ .00 minus $ _____ .00 = $ _____ .00
Make     Model     Year    Estimated Value     Loan Balance

NO _____ $ _____ .00 minus $ _____ .00 = $ _____ .00
Make     Model     Year    Estimated Value     Loan Balance

_____ $ _____ .00 minus $ _____ .00 = $ _____ .00
Make     Model     Year    Estimated Value     Loan Balance

**7) Other (e.g., Personal Property, Securities, etc). Describe:**

NO _____ $ _____ .00

_____ $ _____ .00

**Total Assets** (lines 1 through 7)             $ _____ .00

PC - 004618 UF-501
Worker ID 51608

Case 3:12-cv-00327-MOC     Document 78-4    Filed 12/22/14     Page 79 of 87
Bates No. 14326

## X. Other Pertinent Information　(Attach additional sheets if necessary).

CLIENT WISHES HER HOME AND EMPLOYMENT ADDRESSES CONFIDENTIAL

## XI. Verification

○ Attached are the required number of copies of all support orders for the case.

Also attached and incorporated by reference are:

◉ Copy of the certified child support payment records.
◉ Copies of three most recent paystubs from current employer.
○ Copies of bills for prenatal, postnatal and general health care of mother and child.
○ Assignment or subrogation of support rights.
○ "Affidavit in Support of Establishing Paternity" for each child whose paternity is at issue.
◉ Copy of child(ren)'s birth certificate(s).
○ Acknowledgment of parentage.
◉ Other: _Support Orders_

All of the information and facts contained in this General Testimony are true and correct to my/our best knowledge and belief.

2/22/10
Date

2/22/10
Date

2/22/10
Date

Petitioner (Name/Title)　　　　　　　Signature

Agency Representative (Name/Title)　　　Signature

Theresa McGrogan

Notary Public, Tribunal/Agency
Official and Title

Notarial Seal
Theresa McGrogan, Notary Public
Philadelphia, Philadelphia County
My Commission Expires March 2, 2002
Commission Expires

PC - 004619　Form UF-501
Worker ID 51608

Case 3:12-cv-00327-MOC　Document 78-4　Filed 12/22/14　Page 80 of 87
Bates No. 34827

PRINT IN PERMANENT BLACK INK.

COLLINS RACHAEL

STATE FILE NUMBER

51154

SR27

## NEW YORK STATE
## DEPARTMENT OF HEALTH
## CERTIFICATE OF LIVE BIRTH

| FIRST | MIDDLE | LAST |
|---|---|---|
| GABRIEL | THOMAS | WEST |

3B. IF NOT SINGLE BIRTH: FIRST ☐ SECOND ☐ OTHER (Specify)

4A. DATE OF BIRTH MONTH SEPT DAY 30 YEAR 1987 — 4B. HOUR 2:15 ☒ AM ☐ PM

Suffolk ☐ CITY OF ☐ TOWN OF ☒ VILLAGE OF Islip

5C. HOSPITAL (IF NOT IN HOSPITAL GIVE ADDRESS) Southside Hospital Bay Shore

| FIRST | MIDDLE | LAST | 6B AGE | 6C. STATE OF BIRTH (COUNTRY IF NOT USA) | 6D. SOCIAL SECURITY NO. |
|---|---|---|---|---|---|
| Rachael | N. | Collins | 28 | New York | 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 |

7C. LOCALITY (CHECK ONE AND SPECIFY) ☐ CITY OF ☐ TOWN OF ☒ VILLAGE OF Amityville

New York Suffolk

7D. IF CITY OR VILLAGE, IS RESIDENCE WITHIN CITY OR VILLAGE LIMITS? YES ☒ NO ☐ IF NO, SPECIFY TOWN

52 Washington Avenue, Amityville, New York — ZIP CODE 11701

ZIP CODE

| FIRST | MIDDLE | LAST | 9B. AGE | 9C. STATE OF BIRTH (COUNTRY IF NOT USA) | 9D. SOCIAL SECURITY NO. |
|---|---|---|---|---|---|

| FIRST | MIDDLE | LAST | | | 10B. RELATION TO INFANT |
|---|---|---|---|---|---|
| Rachael | N. | Collins | | | mother |

| FIRST | MIDDLE | LAST | 11B. TITLE MD ☒ DO ☐ CNM ☐ MIDWIFE ☐ OTHER ☐ (Specify) |
|---|---|---|---|
| Giang | | Nguyen | |

1117 Deer Park Avenue, North Babylon, New York — ZIP CODE 11703

13B. DATE SIGNED MONTH 9 DAY 30 YEAR 87

14. NAME OF ATTENDANT IF OTHER THAN CERTIFIER — TITLE

William R. [signature]

13B. DATE FILED MONTH DAY YEAR 9 87

15C. INFORMATION ADDED OR AMENDED BY — REASON

15D. DATE MONTH DAY YEAR

CONFIDENTIAL INFORMATION FOR MEDICAL AND HEALTH USE ONLY (COMPLETE ALL ITEMS)

PC - 004620

IN THE SUPERIOR COURT FOR THE COUNTY OF COBB **DP**

STATE OF GEORGIA

~~RM RECIPROC~~ ~~~CEMENT OF SUPPORT PROCEEDINGS

STATE ~~~ ~~~ ~~IA~~
~~ex rel.~~

RACHAEL MERISA COLLINS (WEST)
    PETITIONER

vs

JOHN HENRY WEST, JR
    RESPONDENT

OUR CASE NO 9417513-28
PETITION INITIATED IN THE
DISTRICT COURT
FREDERICK COUNTY
STATE OF MARYLAND

*consent* 70

ORDER FOR SUPPORT

It being made to appear to the Court that the Petitioner has regularly and properly initiated in the State of her residence a proper petition seeking to require of Respondent support for his minor child(ren), and,

It further appearing that the Respondent is within the jurisdiction of this Court and that the initiating State has adopted a Statue substantially similar to the Uniform Reciprocal Act of Georgia, and that this Court has jurisdiction of the subject matter and of the person of the Respondent, and,

It being further shown by the exemplified copy of said petition, the certificate of the referring Court, and all of the proceedings heretofore had, and (~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~) (upon consent of the parties), it is, therefore, ORDERED AS FOLLOWS:

The Respondent is hereby ORDERED AND DIRECTED to pay to the CHILD SUPPORT RECEIVER, 10 E. Park Square, Suite 330, Marietta, Georgia 30090-9619, beginning on DECEMBER 30, 1994 and MONTH thereafter, the sum of 312.00 per MONTH for the minor child(ren) to wit:
GABRIEL THOMAS WEST                         9-30-87

Plus an additional $50.00 per MONTH to liquidate an arrearage of $12,917.00 beginning DECEMBER 30, 1994 until the arrearage is paid in full.

RESPONDENT TO ALSO PAY $2.00 RECEIVER FEE, FOR TOTAL MONTHLY PAYMENT OF $364.00.

Said support shall continue until the child(ren) marries, dies, becomes emancipated, becomes self supporting or reaches the age of 18 years, but if any child is in high school beyond that child's 18th birthday, then until that child completes high school or reaches the age of 20 years, whichever event shall first occur.

MICROFILMED
PC - 004621

That income deduction, in accordance with O.C.G.A. §19-6-29 et seq. shall be used to enforce the current child support, child support arrearage and accident and sickness insurance provisions of this order in accordance with ~ provisions of O.C G.A. §19-6-29 et seq. An Income Deduction Order ~ executed in ~tion with this Order, and its shall be ~ by refer~ ~rein, and made a part hereof.

Default in any one payment on the above mentioned debt shall automatically result in the entire balance becoming due and payable.

Respondent shall maintain accident and sickness insurance for the minor child(ren) whenever and so long as the same is maintained by Respondent, or is available through the Respondent's employer or otherwise. Respondent shall send a copy of the insurance policy and or insurance card to the Child Support Recovery Unit within 10 days of this date, or within 10 days of Respondent's obtaining said insurance.

It is further Ordered that the Child Support Receiver, upon receipt of said payments, shall transmit the same to the agency named in said petition to receive said sums to be remitted by said agency to said dependents.

IT IS FURTHER ORDERED that the child support obligation as set forth herein shall be governed by the following:
A. The making of direct payments to the child's custodian, the giving of gifts, the purchasing of food, clothing and the like, or the payment of bills shall not satisfy the aforesaid child support obligation,

B. Child support shall be paid on the on the day(s) of each month as it becomes due; and it shall be the responsibility of a person with seasonal employment to budget income so that the full payments are made throughout the year as ordered herein;

C. The payment of child support shall take priority over payment of debts and other obligations;

D. A party who assumes additional obligations of support shall do so with full knowledge of the prior support obligation set forth herein.

This ___ 2nd ___ day of ___ ~~NOVEMBER~~ December ___, 19 94

_____
presiding JUDGE
COBB SUPERIOR COURT

Consented to:
_____
RESPONDENT OR RESPONDENT'S ATTORNEY

Presented by:
_____
Special Rep./District Attorney
Cobb Judicial Circuit
CHARLES E. CLARK

PC - 004622

Case 3:12-cv-00327-MOC   Document 78-4   Filed 12/22/14   Page 83 of 87
Bates No. 24830

IN THE SUPERIOR COURT OF COBB COUNTY, GEORGIA

STATE OF GEORGIA
ex rel.
RACHAEL NERISA COLLINS (WEST)
Petitioner/Plaintiff

vs.

JOHN HENRY WEST, JR
Respondent

RECEIVED

93 NOV -9 PN 2:08

PRO MONEY

NO 9417513-28

## CONSENT INCOME DEDUCTION ORDER

The parties to the above styled action have reached an agreement as to the issues raised in the Plaintiff's Complaint and wish to settle this matter by the Court's entry of a Consent Income Deduction Order, IT IS HEREBY ORDERED AND ADJUDGED:

1. **INCOME DEDUCTION:** The respondent's employer, future employer, or any other person, private entity, Federal or State government, or any unit of local government providing or administering income due the respondent as wages, salary, bonus, commission, compensation as an independent contractor, workers compensation, unemployment compensation, disability benefits, annuity and retirement benefits, pensions, dividends, interest royalties, trust or any other payments shall deduct from all monies due and payable to the respondent the following amounts:

A. Current Support. Current support in the amount of *$312.00 per MONTH to be deducted in approximate equal amounts each and every pay period during the MONTH.

B. Unpaid Support/Reimbursement. Payment of previously ordered support is behind in the amount of $12,917.00 AS OF 11-18-94. The amount of $50.00 shall be withheld each MONTH, to be deducted in approximate equal amounts each pay period until the amount of unpaid support is paid in full. The arrearage stated in this Order is the amount due as of this date. The Office of Child Support Recovery shall have the right to any arrearage which may accrue through the date of the Notice to the Payor.

C. Accident and Sickness Coverage. Accident and sickness insurance coverage of the minor child(ren) must be provided, if available. An additional amount sufficient to obtain and maintain accident and sickness coverage of the minor child(ren) shall be regularly deducted, whenever and so long as same is available to the Obligor. The employer shall send proof of accident and sickness coverage of the minor children to the Child Support Unit within ten (10) days of receiving this order or within ten days of the issuance of such coverage. The Employer shall notify the Child Support Unit immediately if the accident and sickness insurance coverage on the minor children is cancelled or lapses, and the reason therefore.

D. Amount of Deduction. The total amount to be withheld each and every MONTH is $362.00. After all unpaid support is paid in full, the amount of the income deduction shall be reduced to $312.00 per MONTH. *$312.00 plus $50.00 plus $2.00 receiver fee for a total of $364.00 beginning December 15, 1994.

PC - 004623

. The employer is required to deduct the amount necessary to obtain and maintain accident and sickness insurance coverage on the minor children of the obligor, if available, to the obligor.

2. **PLACE OF PAYMENT.** The employer shall make the amounts deducted payable to and forward them within two business days after each payment date to: CHILD SUPPORT RECEIVER, 10 E. Park Square, Suite 330, Marietta, Georgia 30090-9619.
except that payments on the accident and sickness insurance shall be payable to and forwarded to the accident and insurance carrier within two business days after it is deducted.

3. **CONSUMER CREDIT PROTECTION ACT.** The maximum amount to be deducted shall not exceed the amounts allowed under s.303 (b) of the Consumer Credit Protection Act, 15 U.S.C. 1673(b) as amended.

4.A. **EFFECTIVE DATE OF THIS ORDER** (Current support and arrears)
___XXXX___ Immediately or

_____ Upon a delinquency equal to one month's support. This Court finds that good cause was shown to delay the effective date of this Order. The Obligee or the IV-D agency may enforce this Order by serving a Notice of Delinquency on the Obligor as provided in O.C.G.A. §19-6-32(c).

B. **EFFECTIVE DATE OF THIS ORDER** (Accident and Sickness Insurance)
___XXXX___ Immediately

_____ Immediately upon accident and sickness insurance becoming available to the Respondent.

5. **DURATION** This Income Deduction Order supercedes any Income Deduction Order which may have been previously entered in this case. This Income Deduction shall remain in full force and effect until modified, suspended or terminated by further Order of this Court.

6. This Order and all further papers required to be served pursuant to OCGA 19-6-30 et seq shall be served upon the Respondent by regular mail in accordance with the alternative service provisions of OCGA 9-11-4 (i).

SO ORDERED this ___23rd 15___ day of ___~~NOVEMBER~~ December___ ,1994.

_____
JUDGE, SUPERIOR COURT
COBB JUDICIAL CIRCUIT

Consented to:

_____
Respondent or Respondent's Attorney
Prepared by:

_____
Assistant District Attorney/Special Representative
Cobb Judicial Circuit
CHARLES K. CLARK

PC - 004624

PC - 004625

INTERNAL REVENUE SERVICE

| | | | | | | | | | | | | | 19154 2601 | | FORM AD-334 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY NO. | | | MO | DA | YR | PERIOD BAL | CR | P/P | T&A CONTACT POINT | ACCT | ORGANIZATIONAL STRUCTURE | | SUFFIX | PAY PLAN | GR STEP | USDA (REV. 10/97) |
| 073 28 4988 | | | 12 | 19 | 99 | 01 | 01 | 00 | 28 | 93 42 6540 67 03 | 8002 | 93 06 76 8900 | 3326 | GS | 05 01 | |
| SALARY RATE | | TYPE EMPL. | SALARY T-RATE | | ART. APPOINTMENT THIS APPOINTMENT | | | | STATEMENT OF EARNINGS AND LEAVE | | | | | | | |
| 28 267 00 | PA | F/T | 07 14 96 | | 360 16 | | | | | | | | | | | |

### EARNINGS AND DEDUCTIONS

| CODE | ITEM DESCRIPTION | HOURS P/P | HOURS YR. TO DATE | AMOUNT P/P | AMOUNT YR TO DATE |
|---|---|---|---|---|---|
| 01 | REGULAR TIME | 40 00 | 40 00 | 427 20 | 427 20 |
| 00 | RELIGIOUS OBSERVANCE | 16 00 | 16 00 | 170 88 | 170 88 |
| 61 | ANNUAL LEAVE | 8 00 | 8 00 | 85 44 | 85 44 |
| 68 | OTHER LEAVE | 16 00 | 16 00 | 170 88 | 170 88 |
| ***** | ***** PAY PERIOD HOURS & GROSS PAY ***** | 80 00 | | 854 40 | 854 40 |
| 7603 | RETIREMENT | | | 8 97 | 8 97 |
| 76 | SOCIAL SECURITY (OASDI) | | | 52 97 | 52 97 |
| 77 | FEDERAL TAX EXEMPTS S02 | | | 80 56 | 80 56 |
| | FORMULA CHANGE | | | | |
| 78 | ST TAX PA EXEMPTS 000 | | | 23 92 | 23 92 |
| 79 | CITY TAX EXEMPTS | | | 39 42 | 39 42 |
| | PHILADELPHIA, PA | | | | |
| 81 | FEGLI- COVERAGE $25000 | | | 3 88 | 3 88 |
| 83 | FEHBA - ENROLL COD ED1 | | | 22 59 | 22 59 |
| 67 | UNION/ASSOCIATION DUES 10 0071 | | | 8 91 | 8 91 |
| 67 | MEDICARE TAX WITHHELD | | | 12 39 | 12 39 |
| 97 | LWOP-FEHBA | | | 67 04 | 67 04 |
| **** | ********** TOTAL DEDUCTIONS ********** | | | 320 65 | 320 65 |
| **** | ************ NET PAY ************ | | | 533 75 | 533 75 |
| **** | DD/EFT ROUTING NO. 254074785 | | | | |

### BOND ACCOUNT

| AUTH NO | SERIAL IZATION | DEDUC TION | BALANCE AVAIL. | NO. ISSUED | ISSUE DATE |
|---|---|---|---|---|---|
| | | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|
| ANN | 158.00 | 140.00 | 33.00 | | | 24000 |
| SICK | 104.00 | 254.00 | 130.00- | | | LEAVE CATEG |
| COMP | .50 | .50 | | | | 6 |

REMARKS

* THIS IS YOUR LAST CHANCE. TSP OPEN SEASON
ENDS JANUARY 31. BRIGHTEN YOUR FINANCIAL
FUTURE BY JOINING TODAY. YOU WON'T BE SORRY.
*SECURITY IS ONLY A HASSLE WHEN IT ISN'T A HABIT.
PROTECT AND CONTROL FEDERAL AUTOMATED INFORMATION
SYSTEMS FROM UNAUTHORIZED ACCESS AND DISCLOSURE.

OFFICIAL PAY DATE 01/13/2000

T-0088 02221 93 3326
RACHAEL N COLLINS
11231B ACADEMY RD
PHILADELPHIA, PA 19154-2601

INTERNAL REVENUE SERVICE

**STATEMENT OF EARNINGS AND LEAVE** — FORM AD-334

| SECURITY NO. | MO | PAY CENTER | YR | P/P | Y&A CONTACT POINT | APPT | ORGANIZATIONAL | 19154 2801 | BUREAU | PAY GR. STEP |
|---|---|---|---|---|---|---|---|---|---|---|
| 70 88 4899 | 01 16 00 | 01 29 00 | 02 | 93 42 6540 57 03 | 6002 | 93 06 78 8900 | 3326 | GS 05 01 |

| 911 00 | PA | F/T | 07 14 98 | | 381 70 | | | |

## EARNINGS AND DEDUCTIONS

| ITEM | DESCRIPTION | HOURS P/P | HOURS YR TO DATE | AMOUNT P/P | AMOUNT YR TO DATE |
|---|---|---|---|---|---|
| 01 | REGULAR TIME | 40 00 | 160 00 | 448 79 | 1 773 50 |
| 31 | HOLIDAY WORKED | 5 00 | 5 00 | 56 10 | 56 10 |
| 44 | CASH AWARD | | | | 100 00 |
| 03 | RELIGIOUS OBSERVANCE | 8 00 | 24 00 | 89 76 | 260 84 |
| 07 | ANNUAL LEAVE | 16 00 | 24 00 | 179 52 | 264 96 |
| 0F | OTHER LEAVE | 16 00 | 32 00 | 179 52 | 350 40 |
| 21 | OVERTIME - PREMIUM RATE | 7 00 | 7 00 | 117 82 | 117 82 |
| 24 | FLSA | 4 50 | 4 50 | 2 83 | 2 83 |
| **** | ***** PAY PERIOD HOURS & GROSS PAY ***** | 96 50 | | 1 074 34 | 2 926 34 |
| 7992 | RETIREMENT | | | 10 77 | 30 51 |
| 75 | SOCIAL SECURITY (OASDI) | | | 66 51 | 181 43 |
| 77 | FEDERAL TAX EXEMPTS S02 | | | 113 55 | 309 15 |
| 78 | ST TAX PA EXEMPTS 000 | | | 30 08 | 81 93 |
| 79 | CITY TAX EXEMPTS | | | 49 56 | 135 00 |
| | PHILADELPHIA, PA | | | | |
| 81 | FEGLI - COVERAGE $20000 | | | 4 03 | 11 84 |
| 83 | FEHBA - ENROLL COD ED1 | | | 23 29 | 69 17 |
| 87 | UNION/ASSOCIATION DUES 10 0071 | | | 9 31 | 27 53 |
| 97 | MEDICARE TAX WITHHELD | | | 15 58 | 42 44 |
| 98 | LWOP-FEHBA | | | 67 04 | 201 12 |
| **** | ********** TOTAL DEDUCTIONS ********** | | | 389 82 | 1 090 22 |
| **** | ************* NET PAY ************* | | | 684 52 | 1 836 12 |
| **** | DD/EFT ROUTING NO. 254074785 | | | | |

### BOND ACCOUNT

| SER NO | DEDUCTION | BALANCE AVAIL. | NO. ISSUED | ISSUE DATE |
|---|---|---|---|---|
| | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|
| ANN | 12.00 | 16.00 | 29.00 | | | 240 00 |
| SICK | 8.00 | | 122.00- | | | LEAVE CATEG |
| COMP | | | | | | 6 |

REMARKS

IT'S TIME TO "KICK THE HABIT"! JOIN THE NATIONAL SMOKING CESSATION PROGRAM - RECEIVE FOUR WEEKS OF NICOTINE REPLACEMENT THERAPY AND AN INDIVIDUALIZED QUITTING PLAN. CONTACT THE NEAREST IRS OR FEDERAL OCCUPATIONAL HEALTH CENTER, OR YOUR LOCAL HEALTH SERVICES COORDINATOR FOR DETAILS.

OFFICIAL PAY DATE 02/10/2000

7-0474 03834 93 3326
RACHAEL N COLLINS
116918 ACADEMY RD
PHILADELPHIA, PA 19154-2801

PC - 004626