

PC - 009267

Bates No. 14335



PC - 009268

Bates No. 14836



Dates No. 14837






PC - 009260



PG - 009261

Bates No. 14839







PC - 009262

Bates No. 14840







PC F 009263

Bates No. 14841







PC - 009264

Bates No. 14342








PC - 009265

Bates No. 14843






PC - 009266

Bates No. 24344