# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO.: 3:12-CV-327-RLV

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **vs.** | **<u>DEATH</u> <u>PENALTY</u> <u>§ 2255</u>** |
| **AQUILIA MARCIVICCI BARNETTE** | |

### PETITIONER AQUILIA MARCIVICCI BARNETTE'S
### MOTION TO FILE CERTAIN EXHIBITS
### CONVENTIONALLY AND UNDER SEAL

NOW COMES Aquilia Marcivicci "Marc" Barnette, through undersigned counsel, pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure, LCrR 55.1, Rule 5.2 of the Federal Rules of Civil Procedure, and LCvR 6.1, and LCvR 5.2.1, and respectfully moves this Court for permission to file a handful of exhibits <u>conventionally</u> and <u>under seal</u>. In support of this motion, undersigned counsel shows the following:

Mr. Barnette, through counsel, previously filed a Motion to Seal certain exhibits to his brief in support of his motion for an evidentiary hearing. [ECF Doc. 73] Among the documents that undersigned counsel wish to seal are very voluminous sets of records:

- Federal Bureau of Prisons Records of Petitioner [over 100,000 KB]
- Military and VA Records of Jesse Cooper [over 86,000 KB]
- Medical Records of Jesse Cooper [over 425,000 KB]

The maximum file size for an individual exhibit filed electronically is approximately 5 MB. For sake of ease and navigability, undersigned counsel submits that a conventional filing of the above-referenced exhibits, under seal, would be much more practicable for the Court and the parties.

WHEREFORE Mr. Barnette, through undersigned counsel, seeks permission from the Court to file the above-referenced exhibits conventionally (on diskette) and under seal (as requested in a separate filing).

Dated: December 22, 2014

/s/ Mark E. Olive
N.C. State Bar No. 10615
LAW OFFICES OF MARK OLIVE
320 W. Jefferson Street
Tallahassee, FL 32301
850-224-0004 (tel)
850-224-3331 (fax)
meolive@aol.com

/s/ Jacob H. Sussman
N.C. Bar No. 31821
TIN FULTON WALKER & OWEN PLLC
301 East Park Avenue
Charlotte, NC 28203
704-338-1220 (tel)
704-338-1312 (fax)
jsussman@tinfulton.com

/s/ Ross Richardson
Ross Richardson
FEDERAL DEFENDERS OF WESTERN
  NORTH CAROLINA, INC.
129 West Trade Street, Suite 300
Charlotte, NC 28202
704-374-0720 (tel)
704-374-0722 (fax)
ross_richardson@fd.org

## <u>CERTIFICATE OF SERVICE</u>

   The undersigned hereby certifies that he has served the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

     William M. Miller
     William.Miller@usdoj.gov

   Dated: December 22, 2014

          /s/ Jacob H. Sussman
          Counsel for Mr. Barnette