IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:12CV327-RLV

AQUILIA MARCIVICCI BARNETTE  )
                             )
            Petitioner,      )
                             )
      vs.                    )
                             )
UNITED STATES OF AMERICA,    )
                             )
            Respondent.      )
_____)

## **GOVERNMENT'S MOTION FOR EXTENSION OF TIME**

The United States of America moves the Court for a ninety-day extension of time to file its response to Petitioner Aquilia Marcivicci Barnette's Motion for Evidentiary Hearing, (Doc. 73). In support, the Government shows the following:

1. On December 22, 2014, Petitioner filed a motion for an evidentiary hearing, contending that he is entitled to a hearing in connection with all eight of his claims for relief. In support of the motion, Petitioner also filed a 108-page brief and nearly 100 exhibits, containing more than 14,000 total pages and including dozens of post-conviction affidavits. Consistent with the scheduling order entered by this Court, the government's response to Petitioner's motion is currently due February 20, 2015.

2. To allow time to review Petitioner's extensive filings and to prepare a response, the government respectfully requests a 90-day extension of time. Moreover, in addition to responding to Petitioner's motion, undersigned counsel has

obligations in several cases pending before this Court, as well as the United States Court of Appeals for the Fourth Circuit.

3.    Counsel for Petitioner consents to the requested extension.

NOW THEREFORE, in light of the foregoing, the United States moves the Court for an additional ninety days within which to file its response to Petitioner's motion.

RESPECTFULLY SUBMITTED, this the 10th day of February, 2015.

<div style="margin-left:40%">

ANNE M. TOMPKINS
UNITED STATES ATTORNEY

/s/William M. Miller
Assistant United States Attorney
NC Bar No. 36946
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
(704) 344-6222 (phone)
(704) 344-6629 (fax)
William.Miller@usdoj.gov

</div>

2

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing *Motion for Extension* was served on counsel for Petitioner via electronic case filing.

This the 10th day of February, 2015.

<div align="right">

s/ William M. Miller
Assistant United States Attorney

</div>

3