UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| AQUILA MARCIVICCI BARNETTE | ) | DOCKET NO.: 3:12CV327 |
| | ) | |
| v. | ) | **NOTICE OF ATTORNEY APPEARANCE** |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |

**NOW COMES** the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, and gives notice to this Honorable Court of the appearance of the undersigned Assistant United States Attorney for the government in the above-referenced action.

**RESPECTFULLY SUBMITTED**, this the 12th day of February**,** 2015**.**

**ANNE M. TOMPKINS**
United States Attorney

s/ANTHONY J. ENRIGHT
NY Bar Number: 4485140
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, North Carolina 28202
Telephone:   (704) 344-6222
Fax:   (704) 344-6629
E-mail:   Anthony.Enright@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 12th day of February, 2015, the foregoing Notice of Attorney Appearance was duly served upon counsel for the Petition by electronic notification from the Court.

s/ANTHONY J. ENRIGHT
Assistant United States Attorney