**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:12cv327-V**
**(3:97cr23)**

| | |
|---|---|
| **AQUILIA MARCIVICCI BARNETTE,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| **vs.** ) | |
| ) | **ORDER** |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Respondent.** ) | |
| _____ ) | |

**THIS MATTE**R is before the Court upon Respondent motion for an extension of time to respond to Aquilia Marcivicci Barnette's Motion for Evidentiary Hearing.  ECF No. 91. Respondent seeks an additional thirty (30) days to file a response.  Counsel for Petitioner has consented to the requested extension of time.

Upon Respondent's Motion and for good cause shown, **IT IS HEREBY ORDERED** that Respondent's motion (ECF No. 91) is **GRANTED**.  The time within which Respondent may respond to Petitioner's Motion for Evidentiary Hearing is extended by thirty (30) days, up to and including June 22, 2015.

Signed: June 18, 2015

Richard L. Voorhees
United States District Judge