IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12cv327-V
(3:97cr23)

| | |
|---|---|
| AQUILIA MARCIVICCI BARNETTE, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>) **ORDER**<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>_____) | |

**THIS MATTER** is before the Court upon its own motion in order to correct the date by which Respondent may file a response to Petitioner's Motion for Evidentiary Hearing.

**IT IS HEREBY ORDERED** that the Court's June 18, 2015 Order (Doc. No. 92) is **AMENDED** to state the following: Respondent's motion (ECF No. 91) is **GRANTED**. The time within which Respondent may respond to Petitioner's Motion for Evidentiary Hearing is extended by thirty (30) days, up to and including July 22, 2015.

Signed: June 22, 2015

Richard L. Voorhees
United States District Judge