IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:12CV327-RLV

AQUILIA MARCIVICCI BARNETTE )
                             )
        Petitioner,          )
                             )
    vs.                      )
                             )
UNITED STATES OF AMERICA,    )
                             )
        Respondent.          )
_____  )

## MOTION FOR EXTENSION OF TIME

The United States of America moves this Court for a thirty-day extension

of time to file its response to Aquilia Marcivicci Barnette's Motion for an

Evidentiary Hearing (Dkt. No. 73). In support, the United States says the

following:

1.    On December 22, 2014, Barnette moved for an evidentiary hearing

in connection with eight claims for relief on a motion under 28 U.S.C. § 2255. In

support of his motion for an evidentiary hearing, Barnette filed a 108-page brief

and nearly 100 exhibits. This Court has granted the United States three

extensions of time to file its response, which is currently due on July 22, 2015.

2.    Barnette's motion and supporting exhibits and the record relevant to

the matters that it raises are unusually extensive. The response of the United

States to Barnette's motion for an evidentiary hearing will benefit from additional

1

time for counsel to address all of those matters.

3. Counsel for Barnette consents to the requested extension.

NOW THEREFORE, to permit counsel additional time to address matters raised in Barnette's motion for an evidentiary hearing, the Government respectfully requests a 30-day extension of time to file its response.

RESPECTFULLY SUBMITTED, this 17th day of July, 2015.

JILL WESTMORELAND ROSE
ACTING UNITED STATES ATTORNEY

/s/Anthony J. Enright
Assistant United States Attorney
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
(704) 344-6222 (phone)
(704) 344-6629 (fax)
anthony.enright@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this 17th day of July, 2015, I caused to be served a copy of the foregoing motion to be served on counsel for Barnette via electronic case filing

s/ANTHONY J. ENRIGHT
Assistant United States Attorney

3