**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:12cv327-V**
**(3:97cr23)**

| | |
|---|---|
| **AQUILIA MARCIVICCI BARNETTE,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **vs.** | ) |
| | )  **ORDER** |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Respondent.** | ) |
| ——————————————— | ) |

      **THIS MATTE**R is before the Court upon Respondent's Motion for Extension of Time, filed July 17, 2015.  (Doc. 94).  Respondent seeks additional time to file a response to Petitioner's Motion for Evidentiary Hearing and represents that Petitioner's counsel consents to the same.

      **IT IS HEREBY ORDERED** that the Respondent's Motion for Extension of Time is **GRANTED**.  (Doc. 94).  The time within which Respondent may respond to Petitioner's Motion for Evidentiary Hearing is extended by thirty (30) days, up to and including August 24, 2015.

Signed: July 21, 2015

Richard L. Voorhees
United States District Judge