IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:12CV327-RLV

AQUILIA MARCIVICCI BARNETTE )
                                               )

        Petitioner, )

                                               )

    vs. )

                                               )

UNITED STATES OF AMERICA, )

                                             )

        Respondent. )
_____ )

## <u>MOTION FOR EXTENSION OF TIME</u>

The United States of America moves this Court for a thirty-day extension of time to file its response to Aquilia Marcivicci Barnette's Motion for an Evidentiary Hearing (Dkt. No. 73). In support, the United States says the following:

1. On December 22, 2014, Barnette moved for an evidentiary hearing in connection with eight claims for relief on a motion under 28 U.S.C. § 2255. In support of his motion for an evidentiary hearing, Barnette filed a 108-page brief and nearly 100 exhibits. This Court has granted the United States four extensions of time to file its response, which is currently due on August 24, 2015.

2. Barnette's motion and supporting exhibits and the record relevant to the matters that it raises are unusually extensive. The response of the United States to Barnette's motion for an evidentiary hearing will benefit from additional

1

time for counsel to address all of those matters.

3. Counsel for Barnette consents to the requested extension.

NOW THEREFORE, to permit counsel additional time to address matters raised in Barnette's motion for an evidentiary hearing, the Government respectfully requests a 30-day extension of time to file its response.

RESPECTFULLY SUBMITTED, this 20th day of August, 2015.

JILL WESTMORELAND ROSE
ACTING UNITED STATES ATTORNEY

/s/Anthony J. Enright
Assistant United States Attorney
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
(704) 344-6222 (phone)
(704) 344-6629 (fax)
anthony.enright@usdoj.gov

2

## CERTIFICATE OF SERVICE

I certify that on this 20th day of August, 2015, I caused to be served a copy of the foregoing motion to be served on counsel for Barnette via electronic case filing

s/ANTHONY J. ENRIGHT
Assistant United States Attorney

3