# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL NO. 3:12CV327-RLV

| | |
|---|---|
| AQUILIA MARCIVICCI BARNETTE, ) | |
| ) | |
| Petitioner, ) | |
| ) | [PROPOSED] |
| vs. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

THIS MATTER is before the Court upon Respondent's motion for an extension of time to respond to Aquilia Marcivicci Barnette's Motion for an Evidentiary Hearing, ECF No. 94. Respondent seeks an additional thirty days to file a response. Counsel for Petitioner has consented to the requested extension of time.

Upon Respondent's Motion and for good cause shown, IT IS HEREBY ORDERED that Respondent's motion (ECF No. 91) is GRANTED. The time within which Respondent may respond to Petitioner's Motion for an Evidentiary Hearing is extended by thirty days, up to and including September 24, 2015.

Signed: August ___, 2015

_____
Hon. Richard L. Voorhees
United States District Judge