**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12cv327-V
(3:97cr23)**

| | |
|---|---|
| AQUILIA MARCIVICCI BARNETTE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) |
| | )    **ORDER** |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |
| | ) |

THIS MATTER is before the Court upon Respondent's Motion for Extension of Time, filed August 20, 2015. (Doc. 96). Respondent seeks additional time to file a response to Petitioner's Motion for Evidentiary Hearing and represents that Petitioner's counsel consents to the same. While this Motion shall be granted, the Court will not grant further extensions.

IT IS HEREBY ORDERED that Respondent's Motion for Extension of Time is GRANTED. (Doc. 96). The time within which Respondent may respond to Petitioner's Motion for Evidentiary Hearing is extended by thirty (30) days, up to and including September 24, 2015.

Signed: August 25, 2015

Richard L. Voorhees
United States District Judge