# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO.: 3:12-CV-327-RLV

**UNITED STATES OF AMERICA**

**vs.**

**DEATH PENALTY § 2255**

**AQUILIA MARCIVICCI BARNETTE**

### PETITIONER AQUILIA MARCIVICCI BARNETTE'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLY

NOW COMES Petitioner Aquilia Marcivicci Barnette, through undersigned counsel, and respectfully moves this Court to extend the deadline for him to file his reply brief concerning his pending motion for an evidentiary hearing. In support, Mr. Barnette, through undersigned counsel, shows the following:

1. On December 22, 2014, Mr. Barnette moved for an evidentiary hearing in connection with his motion under 28 U.S.C. § 2255. [Doc. 73]

2. Pursuant to an earlier Court order, dated September 2, 2014 [Doc. 67], the government would have sixty (60) days to respond and Mr. Barnette would have forty-five (45) days to reply.

3. On September 23, 2015, after five (5) unopposed extensions of time, the government filed is responsive brief, which consisted of 114 pages and over 2150 pages of exhibits.

4. The current deadline for Mr. Barnette to file his reply is November 7, 2015. As the Court is aware, the pleadings and supporting exhibits and record in this matter are unusually extensive. Because of the size of the record, as well as other professional obligations, undersigned counsel respectfully request a 45-day extension to file a reply.

5. Counsel for the government consents to the requested extension.

1

For the reasons stated above, undersigned counsel respectfully request that the Court grant Petitioner's motion and extend the deadline for his reply brief to December 22, 2015.

Dated: October 23, 2015

/s/ Mark E. Olive
N.C. State Bar No. 10615
LAW OFFICES OF MARK OLIVE
320 W. Jefferson Street
Tallahassee, FL 32301
850-224-0004 (tel)
850-224-3331 (fax)
meolive@aol.com

/s/ Jacob H. Sussman
N.C. Bar No. 31821
TIN FULTON WALKER & OWEN PLLC
301 East Park Avenue
Charlotte, NC 28203
704-338-1220 (tel)
704-338-1312 (fax)
jsussman@tinfulton.com

/s/ Ross Richardson
Ross Richardson
FEDERAL DEFENDERS OF WESTERN
 NORTH CAROLINA, INC.
129 West Trade Street, Suite 300
Charlotte, NC 28202
704-374-0720 (tel)
704-374-0722 (fax)
ross_richardson@fd.org

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has served the foregoing motion with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

Anthony J. Enright
anthony.enright@usdoj.gov

Dated: October 23, 2015

/s/ Jacob H. Sussman
Counsel for Mr. Barnette

3