# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:12cv327-V
### (3:97cr23)

| | |
|---|---|
| AQUILIA MARCIVICCI BARNETTE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) |
| | ) **ORDER** |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |
| | ) |

**THIS MATTER** is before the Court upon Petitioner's motion for an extension of time to file a reply to the Government's Response to Petitioner's Motion for Evidentiary Hearing. ECF No. 109. Petitioner's reply currently is due on November 7, 2015. ECF. No. 67. Petitioner seeks an additional forty-five (45) days, up to and including December 22, 2015, to file a reply. Counsel for Respondent does not oppose the requested extension of time.

For good cause shown, **IT IS HEREBY ORDERED** that Petitioner's motion (ECF No. 109) is **GRANTED**. Petitioner shall have an additional forty-five (45) days, up to and including December 22, 2015, to reply to the Government's Response to the Motion for Evidentiary Hearing.

Signed: November 5, 2015

Richard L. Voorhees
United States District Judge