# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO.: 3:12-CV-327-RLV

UNITED STATES OF AMERICA

vs.

AQUILIA MARCIVICCI BARNETTE

DEATH PENALTY § 2255

## PETITIONER AQUILIA MARCIVICCI BARNETTE'S SECOND UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLY

NOW COMES Petitioner Aquilia Marcivicci Barnette, through undersigned counsel, and respectfully moves this Court to extend the deadline for him to file his reply brief concerning his pending motion for an evidentiary hearing. In support, Mr. Barnette, through undersigned counsel, shows the following:

1. On December 22, 2014, Mr. Barnette moved for an evidentiary hearing in connection with his motion under 28 U.S.C. § 2255. [Doc. 73]

2. Pursuant to an earlier Court order, dated September 2, 2014 [Doc. 67], the government would have sixty (60) days to respond and Mr. Barnette would have forty-five (45) days to reply.

3. On September 23, 2015, after five (5) unopposed extensions of time, the government filed is responsive brief, which consisted of 114 pages and over 2150 pages of exhibits.

4. On November 5, 2015, the Court granted Petitioner's unopposed motion to extend the deadline for the filing of his reply. The new deadline was moved to December 22, 2015. [Doc. 110]

5. Because of the size of the record, concurrent professional obligations, holiday schedules, and scheduling issues concerning other professional involved (*e.g.*, experts), undersigned counsel

1

respectfully request an additional 45-day extension to file a reply.

6. Counsel for the government consents to the requested extension.

For the reasons stated above, undersigned counsel respectfully request that the Court grant Petitioner's motion and extend the deadline for his reply brief to February 5, 2016.

Dated: December 10, 2015

/s/ Mark E. Olive
N.C. State Bar No. 10615
LAW OFFICES OF MARK OLIVE
320 W. Jefferson Street
Tallahassee, FL 32301
850-224-0004 (tel)
850-224-3331 (fax)
meolive@aol.com

/s/ Jacob H. Sussman
N.C. Bar No. 31821
TIN FULTON WALKER & OWEN PLLC
301 East Park Avenue
Charlotte, NC 28203
704-338-1220 (tel)
704-338-1312 (fax)
jsussman@tinfulton.com

/s/ Ross Richardson
Ross Richardson
FEDERAL DEFENDERS OF WESTERN
 NORTH CAROLINA, INC.
129 West Trade Street, Suite 300
Charlotte, NC 28202
704-374-0720 (tel)
704-374-0722 (fax)
ross_richardson@fd.org

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has served the foregoing motion with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

Anthony J. Enright
anthony.enright@usdoj.gov

Dated: December 10, 2015

/s/ Jacob H. Sussman
Counsel for Mr. Barnette

3