IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:12CV327-RLV

AQUILIA MARCIVICCI BARNETTE )
)
        Petitioner,        )
)
    vs.        )
)
UNITED STATES OF AMERICA,    )
)
        Respondent.     )
_____ )

**EXHIBITS TO THE UNITED STATES' RESPONSE
TO BARNETTE'S MOTION UNDER 28 U.S.C. § 2255
<u>AND MOTION FOR AN EVIDENTIARY HEARING</u>**

| NO. | ITEM |
|-----|------|
| 1 | Joint Appendix, *United States v. Barnette*, No. 02-20 (4th Cir. June 12, 2003) |

RESPECTFULLY SUBMITTED, this 15th day of December, 2015.

JILL WESTMORELAND ROSE
UNITED STATES ATTORNEY

<u>/s/Anthony J. Enright</u>
Assistant United States Attorney
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
(704) 344-6222 (phone)
(704) 344-6629 (fax)
anthony.enright@usdoj.gov

1

# CERTIFICATE OF SERVICE

I certify that on this 15th day of December, 2015, I caused to be served a copy of the foregoing exhibit list on counsel for Barnette via electronic case filing

s/ANTHONY J. ENRIGHT
Assistant United States Attorney