# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:12cv327-V
### (3:97cr23)

AQUILIA MARCIVICCI BARNETTE,  )
             )
   Petitioner,     )
             )
vs.          )
             )  **ORDER**
UNITED STATES OF AMERICA,  )
             )
   Respondent.    )
_____)

**THIS MATTER** is before the Court upon Petitioner's second motion for an extension of time to file a reply to the Government's Response to Petitioner's Motion for Evidentiary Hearing. Doc. No. 111. Petitioner's reply is due on December 22, 2015. Doc. No. 110. Petitioner seeks an additional forty-five (45) days, up to and including February 6, 2016, to file his reply. Counsel for Respondent does not oppose the requested extension of time.

Petitioner's need for additional time to file a reply should be circumscribed by the nature of the pleading itself. Although the record in this case is indeed voluminous, and the Government did receive five unopposed extensions of time to file a Response to Petitioner's Motion for Evidentiary Hearing, Petitioner filed almost 15,000 pages of exhibits, including affidavits and documents that were not part of the existing record, in support of his hearing motion. Doc. Nos. 74 through 78-5, 80 through 82-15. The Government, on the other hand, filed only the Joint Appendix from United States v. Barnette, No. 02-20 (4th Cir. filed June 12, 2003) (Doc. No. 60), as an exhibit to its Response. Doc. Nos. 99-108. Furthermore, the first forty-eight (48) pages of the Government's pleading cover factual and procedural background. Doc. No. 98. Thereafter, the Government addresses the arguments raised, and evidence cited, in

1

the Motion for Evidentiary Hearing.

In short, there is nothing in the Government's Response that should be new or unfamiliar to Petitioner. Therefore, while this Motion shall be granted, Petitioner should not assume that the Court will grant further extensions

**IT IS HEREBY ORDERED** that Petitioner's motion (Doc No. 111) is **GRANTED**. Petitioner shall have an additional forty-five (45) days, up to and including February 6, 2016, to reply to the Government's Response to the Motion for Evidentiary Hearing.

Signed: December 22, 2015

Richard L. Voorhees
United States District Judge

2