**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:12-CV-327-RLV**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**vs.**<br><br>**AQUILIA MARCIVICCI BARNETTE** | **<u>DEATH</u> <u>PENALTY</u> <u>§ 2255</u>** |

**PETITIONER AQUILIA MARCIVICCI BARNETTE'S THIRD UNOPPOSED
AND FINAL MOTION TO EXTEND DEADLINE TO FILE REPLY**

NOW COMES Petitioner Aquilia Marcivicci Barnette, through undersigned counsel, and respectfully moves this Court to extend the deadline for him to file his reply brief concerning his pending motion for an evidentiary hearing. In support, Mr. Barnette, through undersigned counsel, shows the following:

1. On December 22, 2014, Mr. Barnette moved for an evidentiary hearing in connection with his motion under 28 U.S.C. § 2255. [Doc. 73]

2. Pursuant to an earlier Court order, dated September 2, 2014 [Doc. 67], the government would have sixty (60) days to respond and Mr. Barnette would have forty-five (45) days to reply.

3. On September 23, 2015, after five (5) unopposed extensions of time, the government filed is responsive brief, which consisted of 114 pages and over 2150 pages of exhibits.

4. On two occasions – November 5, 2015 and December 22, 2015 – this Court has granted Mr. Barnette's unopposed motions for extensions of his reply filing deadline.

5. The current deadline for Mr. Barnette to file his reply is February 5, 2016.

6. Undersigned counsel is acutely aware of the Court's most recent Order that made clear that further extensions "should not be assume[d]" in this matter, and readily acknowledges the Court's points concerning the amount of information previously put into the post-conviction record.

1

7. Thus, undersigned counsel respectfully make this **final request for an extension** with a clear understanding of the need to litigate this matter as efficiently and expeditiously as possible, while also giving due consideration and care to Mr. Barnette's constitutional rights.

8. Specifically, and in addition to the size of the record and number of arguments raised by the government in its response, undersigned counsel inform the Court that consultation and communication with a number of professional witnesses (experts and attorneys) has been challenging due to the schedules of said professionals, as well as the need to seek and receive funding for them through the Federal Defender. These communications and consultations with these professionals are critically important given the substance of what the government argued in its response brief. Further, attorney Mark Olive filed a cert petition on January 25, 2016 in a Florida capital post-conviction case out of the 11th Circuit, is filing a brief today in the Florida Supreme Court, is scheduled for oral argument in the Florida Supreme Court on February 3, 2016, and was traveling out of state during the week of January 19. Attorney Jake Sussman is about to file an extensive post-conviction pleading in a state capital case, is working against a February 3, 2016 statute of limitations for a complaint on behalf of a child victim in a sex abuse case, and was appearing steadily in state and federal court during the month of January on other matters.

9. Counsel for the government consents to the requested extension.

For the reasons stated above, undersigned counsel respectfully request that the Court grant Petitioner's final motion for an extension of time and extend the deadline forty-five (45) days so that his reply brief is due by March 21, 2016.

2

Dated: January 26, 2016

/s/ Mark E. Olive
N.C. State Bar No. 10615
LAW OFFICES OF MARK OLIVE
320 W. Jefferson Street
Tallahassee, FL 32301
850-224-0004 (tel)
850-224-3331 (fax)
meolive@aol.com

/s/ Jacob H. Sussman
N.C. Bar No. 31821
TIN FULTON WALKER & OWEN PLLC
301 East Park Avenue
Charlotte, NC 28203
704-338-1220 (tel)
704-338-1312 (fax)
jsussman@tinfulton.com

/s/ Ross Richardson
Ross Richardson
FEDERAL DEFENDERS OF WESTERN
 NORTH CAROLINA, INC.
129 West Trade Street, Suite 300
Charlotte, NC 28202
704-374-0720 (tel)
704-374-0722 (fax)
ross_richardson@fd.org

3

# <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that he has served the foregoing motion with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

Anthony J. Enright
anthony.enright@usdoj.gov

Dated: January 26, 2016

/s/ Jacob H. Sussman
Counsel for Mr. Barnette

4