# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:12cv327-V
### (3:97cr23)

AQUILIA MARCIVICCI BARNETTE, )
)
     Petitioner, )
)
vs. )          **ORDER**
)
UNITED STATES OF AMERICA, )
)
     Respondent. )
_____ )

**THIS MATTER** is before the Court upon Petitioner's third motion for an extension of time to file a reply to the Government's Response to Petitioner's Motion for Evidentiary Hearing. Doc. No. 114. Petitioner's reply is due on February 6, 2016. Doc. No. 113. Petitioner seeks an additional forty-five (45) days, up to and including March 21, 2016, to file his reply. Petitioner states that Respondent does not oppose the requested extension of time.

As indicated in its Order granting Petitioner's most recent extension of time (Doc. No. 113), the Court does not find the size of the post-conviction record or the number of arguments presented in the Government's Response convincing reasons to extend Petitioner additional time to file a reply. Petitioner cites a number of filing deadlines his attorneys have had to meet in other capital cases in the past two months, however, as well as similar obligations during the first week of February, 2016. Doc. No. 114 ¶8. Additionally, Petitioner states that consultation and communication with defense experts and former attorneys has been challenging due to their schedules and the need to seek and receive funding for them through the Federal Defender. Doc. No. 114, supra. Petitioner asserts that consultation with these experts and attorneys is critically important given the substance of what the Government argued in its Response brief.

1

Finally, Petitioner assures the Court that this will be his last request for an extension of time to file his reply. Doc. No. 114 ¶7. In light of counsels' scheduling conflicts and the assurance that additional extensions of time will not be sought, the Motion shall be granted.

**IT IS HEREBY ORDERED** that Petitioner's motion (Doc No. 114) is **GRANTED**. Petitioner shall have an additional forty-five (45) days, up to and including March 21, 2016, to reply to the Government's Response to the Motion for Evidentiary Hearing.

Signed: February 3, 2015

Richard L. Voorhees
United States District Judge