# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO.: 3:12-CV-327-RLV

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **vs.** | **DEATH PENALTY § 2255** |
| **AQUILIA MARCIVICCI BARNETTE** | |

### PETITIONER AQUILIA MARCIVICCI BARNETTE'S FOURTH UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLY

NOW COMES Petitioner Aquilia Marcivicci Barnette, through undersigned counsel, and respectfully moves this Court to extend the deadline for him to file his reply brief concerning his pending motion for an evidentiary hearing. In support, Mr. Barnette, through undersigned counsel, shows the following:

1. The current deadline for Mr. Barnette to file his reply is March 21, 2016.

2. On March 14, 2016, undersigned counsel Jake Sussman was advised by his doctor that he needed to undergo back surgery. Surgery has been scheduled for March 18, 2016.

3. The need for back surgery was unknown to undersigned counsel at the time they last sought an extension of time and when the Court filed its last scheduling Order.

4. Undersigned counsel have been working diligently to prepare and file Mr. Barnette's reply brief by March 21, 2016. Important steps in that process remain, however, and the unexpected need for and scheduling of back surgery for Mr. Sussman has created a significant impediment.

5. Doctors have advised that full recovery from the scheduled surgery is 10-12 weeks. Sitting and driving are not permitted for approximately 7-10 days, during which time convalescence should occur at home.

6. Counsel for the government has no objection to the requested extension.

1

For the reasons stated above, undersigned counsel respectfully request that the Court grant

Petitioner's motion for an extension of time and extend the deadline until April 4, 2016.

Dated: March 15, 2016

/s/ Mark E. Olive
N.C. State Bar No. 10615
LAW OFFICES OF MARK OLIVE
320 W. Jefferson Street
Tallahassee, FL 32301
850-224-0004 (tel)
850-224-3331 (fax)
meolive@aol.com

/s/ Jacob H. Sussman
N.C. Bar No. 31821
TIN FULTON WALKER & OWEN PLLC
301 East Park Avenue
Charlotte, NC 28203
704-338-1220 (tel)
704-338-1312 (fax)
jsussman@tinfulton.com

/s/ Ross Richardson
Ross Richardson
FEDERAL DEFENDERS OF WESTERN
 NORTH CAROLINA, INC.
129 West Trade Street, Suite 300
Charlotte, NC 28202
704-374-0720 (tel)
704-374-0722 (fax)
ross_richardson@fd.org

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that he has served the foregoing motion with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

Anthony J. Enright
anthony.enright@usdoj.gov

Dated: March 15, 2016

/s/ Jacob H. Sussman
Counsel for Mr. Barnette

3