# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### 3:12cv327-V
#### (3:97cr23)

AQUILIA MARCIVICCI BARNETTE,     )
            )
     Petitioner,           )
            )
vs.                            )            **ORDER**
            )
UNITED STATES OF AMERICA,       )
            )
     Respondent.          )
_____ )

**THIS MATTER** is before the Court upon habeas counsel's motion for an extension of time to file a reply to the Government's Response to Petitioner's Motion for Evidentiary Hearing. Doc. No. 116. Petitioner's reply is due on March 21, 2016. Doc. No. 115. Counsel seek an additional fourteen (14) days, up to and including April 4, 2016, to file the reply. According to the motion, counsel for Respondent does not oppose the requested extension of time.

Counsel seek the additional time on compassionate grounds. On March 14, 2016, habeas counsel Jake Sussman was advised by his doctor that he needed back surgery. Such a possibility was unknown when counsel last sought an extension. The surgery is scheduled for March 18, 2016. Sussman has been advised by his surgeon that full recovery from the procedure is 10-12 weeks. Counsel, nevertheless, anticipate needing no more than two additional weeks to file Petitioner's reply. Doc. No. 116, ¶¶ 2-5.

For the foregoing reasons, **IT IS HEREBY ORDERED** that the motion (Doc No. 116) is **GRANTED**. Petitioner shall have an additional fourteen (14) days, up to and including April 4, 2016, to reply to the Government's Response to the Motion for Evidentiary Hearing.

1

**SO ORDERED.**

Signed: March 16, 2016

Richard L. Voorhees
United States District Judge

2