**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:12-CV-327-RLV**

**UNITED STATES OF AMERICA**

**vs.**

**AQUILIA MARCIVICCI BARNETTE**

**DEATH PENALTY § 2255**

**INDEX OF EXHIBITS**

| Bates No. | Description |
|---|---|
| 14845-14860 | Post-Conviction Affidavit: Dr. Mark Cunningham |
| 14861 | Post-Conviction Affidavit: Jean Lawson |
| 14862 | Post-Conviction Affidavit: Chad Diamond |
| 14863-14864 | Post-Conviction Affidavit: Zachary Rowles |