# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:12cv327-V
### (3:97cr23)

| | |
|---|---|
| AQUILIA MARCIVICCI BARNETTE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) |
| | ) **ORDER** |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |
| | ) |

**THIS MATTE**R is before the Court upon Petitioner's Supplemental Motion to Vacate. ECF No. 119. Petitioner raises claims pursuant to Johnson v. United States, 135 S. Ct. 2551 (2015) and Welch v. United States, 136 S. Ct. 1257 (2016).

Pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings for District Courts, the Court has conducted an initial review of the Supplemental Motion. It does not plainly appear from the motion and the record of prior proceedings that Petitioner is not entitled to relief. See id. at Rule 4(b). Therefore, Respondent shall be ordered to file an answer or response. See id.

**IT IS HEREBY ORDERED** that Respondent shall file an answer or response to the Supplemental Motion to Vacate within 30 days of the filing of this Order.

Signed: August 24, 2016

Richard L. Voorhees
United States District Judge