**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:12-CV-327-RLV**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> **vs.** <br><br> **AQUILIA MARCIVICCI BARNETTE** | **DEATH PENALTY § 2255** |

**PETITIONER AQUILIA MARCIVICCI BARNETTE'S
UNOPPOSED MOTION TO STAY**

Aquilia Marcivicci Barnette, through undersigned counsel, hereby files an unopposed motion to stay the entire § 2255 litigation in this matter should the Court grant the government's pending motion to stay Barnette's supplemental motion to vacate. In support of this motion, Barnette, through undersigned counsel, shows the following:

On September 20, 2016, the government filed an unopposed motion to stay Barnette's supplemental motion to vacate [Doc. 119] pending the outcome of appeals addressing the effect of *Johnson v. United States*, 135 S. Ct. 2551 (2015), on sections 924(c) or 16(b). This motion is pending before the Court.

If the Court grants the government's unopposed motion, Barnette respectfully moves the Court to also to stay the balance of the § 2255 litigation—Barnette's motion to vacate under § 2255 [Doc. 48] and his motion for an evidentiary hearing [Doc. 73]— because Barnette's supplemental motion to vacate [Doc. 119] is potentially dispositive and, if granted, would obviate the need for litigation on Barnette's other claims.

The government does not oppose Barnette's motion.

Dated: September 23, 2016

/s/ Mark E. Olive
N.C. State Bar No. 10615
LAW OFFICES OF MARK OLIVE
320 W. Jefferson Street
Tallahassee, FL 32301
850-224-0004 (tel)
850-224-3331 (fax)
meolive@aol.com

/s/ Jacob H. Sussman
N.C. Bar No. 31821
TIN FULTON WALKER & OWEN PLLC
301 East Park Avenue
Charlotte, NC 28203
704-338-1220 (tel)
704-338-1312 (fax)
jsussman@tinfulton.com

/s/ Ross Richardson
Ross Richardson
FEDERAL DEFENDERS OF WESTERN
 NORTH CAROLINA, INC.
129 West Trade Street, Suite 300
Charlotte, NC 28202
704-374-0720 (tel)
704-374-0722 (fax)
ross_richardson@fd.org

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that he has served the foregoing motion with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

Anthony J. Enright
anthony.enright@usdoj.gov

Dated: September 23, 2016

/s/ Jacob H. Sussman
Counsel for Mr. Barnette