IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL NO. 3:12-CV-327
(3:97-CR-23)

AQUILIA MARCIVICCI BARNETTE, )
)
)
)
vs. )
)
UNITED STATES OF AMERICA. )
)
)
_____ )

## MOTION TO STAY
## PROCEEDINGS ON MOTION UNDER 28 U.S.C. § 2255

The United States respectfully requests that this Court continue to stay

proceedings on the motion under 28 U.S.C. § 2255 filed by Aquilia Marcivcci

Barnette under 28 U.S.C. § 2255 until the United States Supreme Court decides

*United States v. Davis*, No. 18-431 (pet. granted Jan. 4, 2019). This Court

previously placed this action in abeyance and, on November 9, 2018, granted the

United States 60 days to respond to Barnette's supplemental motion to vacate after

the Fourth Circuit's decision in *United States v. Simms*, No. 15-4640, "becomes final

after en banc review." The Supreme Court granted a petition for a writ of certiorari

in *Davis* on the same question considered by *Simms* — whether the residual clause

of the definition of "crime of violence" in 18 U.S.C. § 924(c)(3)(B) — is

unconstitutionally vague. And the Fourth Circuit stayed its mandate in *Simms*

pending the Supreme Court's decision in *Davis*. *Order, United States v. Simms*, No. 15-4640 (Feb. 4, 2019) (Doc. No. 92).

The United States requests that this Court continue to stay proceedings in this action until the Supreme Court issues its decision in *Davis*. Counsel for Barnette does not object to the requested stay. The United States requests 60 days after the Supreme Court issues its decision to respond to Barnette's supplemental 2255 motion.

RESPECTFULLY SUBMITTED this 21st day of March, 2019.

R. ANDREW MURRAY
UNITED STATES ATTORNEY

s/Anthony J. Enright
Anthony J. Enright
Assistant United States Attorney
227 West Trade Street, Suite 1650
Charlotte, NC 28202
Telephone:  704-344-6222
Fax:        704-344-6229
Email: anthony.enright@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that I have this day served a copy of the above upon Movant herein by serving his attorney of record through electronic case filing.

This 21st day of March, 2019.

s/ Anthony J. Enright
Assistant United States Attorney
USAO Charlotte, NC

3