IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL NO. 3:12CV327
(1:00-CR-74)

AQUILIA MARCIVICCI BARNETTE, )
 )
 )
 )
 vs. )
 )
UNITED STATES OF AMERICA. )
 )
 )
_____ )

## MOTION FOR EXTENSION OF TIME

The United States respectfully requests a forty-five day extension of time to file its response to Aquilia Marcivicci Barnette's supplemental motion under 28 U.S.C. § 2255, which is currently due August 23, 2019. Three of the eleven counts of which Barnette was convicted involved conduct during or in furtherance of a "crime of violence" under 18 U.S.C. § 924(c). (Supp. Mot. 3.) Two additional counts involved the commission of a "crime of violence" under 18 U.S.C. § 2261. (*Id.*) Barnette contends that his convictions for these offenses and one other are invalid because the residual clause of the definition of crime of violence is unconstitutionally vague. This Court held Barnette's motion in abeyance until the Supreme Court on June 24 decided *United States v. Davis* and held that the residual clause of section 924(c) is unconstitutionally vague. 139 S. Ct. 2319, 2336 (2019). The United States' response would benefit from additional time, for two reasons.

First, Barnette's motion raises a number of issues that implicate the limits on 2255 motions, the proper interpretation of components of section 924(c) and other statutes that are not vague, and the proper interpretation of several predicate offenses. Counsel only recently received formal guidance from the Department of Justice governing the United States' approach to recurring issues in the wake of *Davis*. The issues Barnette's motion presents are potentially complex, and an appropriate response will accordingly benefit from additional time.

Second, the week that the response of the United States is due, counsel faces deadlines in this Court for responses in more than a dozen additional proceedings under 28 U.S.C. § 2255 raising *Davis* issues. Although the United States will likely request extensions of time in some of those proceedings, they will require a considerable amount of counsel's time.

The United States' response to Barnette's motion would, therefore, benefit from additional time. Counsel for Barnette has informed the United States that he does not object to the requested extension.

Wherefore, to permit counsel additional time to prepare its response in the light of the issues presented and other deadlines, the United States respectfully requests a forty-five-day extension of time to file its response.

RESPECTFULLY SUBMITTED this 19th day of August, 2019.

R. ANDREW MURRAY
UNITED STATES ATTORNEY

s/Anthony J. Enright
Anthony J. Enright
Assistant United States Attorney

2

227 West Trade Street, Suite 1650
Charlotte, NC 28202
Telephone: 704-344-6222
Fax: 704-344-6229
Email: anthony.enright@usdoj.gov

3

# CERTIFICATE OF SERVICE

I certify that I have this day caused to be served a copy of the above response upon the Movant through this Court's electronic filing system.

This 19th day of August, 2019.

s/ Anthony J. Enright
Assistant United States Attorney
USAO Charlotte, NC

4