# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:12-cv-00327-MOC
## (3:97-cr-00023-MOC-1)

| | |
|---|---|
| AQUILIA MARCIVICCI BARNETTE,     ) | |
|     ) | |
|     **Petitioner,**     ) | |
|     ) | |
| **vs.**     ) | |
|     ) | **ORDER** |
| UNITED STATES OF AMERICA,     ) | |
|     ) | |
|     **Respondent.**     ) | |
|     ) | |

**THIS MATTE**R is before the Court upon Respondent's Motion for Extension of Time to respond to Petitioner's Supplemental Motion to Vacate (Doc. No. 119). (Doc. No. 128.) Petitioner does not oppose the Motion.

This civil action has been in abeyance pending the United States Supreme Court's decision in United States v. Davis, No. 18-431. (Doc. No. 127.) The Supreme Court decided Davis on June 24, 2019. United States v. Davis, 139 S. Ct. 2319, 2336 (2019). Respondent had 60 days thereafter to respond to Petitioner's Supplemental Motion to Vacate.

Respondent seeks an additional forty-five days to file its response. Given the possible impact of the Davis decision on Petitioner's death sentences, the Court concludes it would benefit from thorough briefing by both parties and will grant the Motion.

**IT IS, THEREFORE, ORDERED** that Respondent's Motion for Extension of Time (Doc. No. 128) to respond to Petitioner's Supplemental Motion to Vacate is **GRANTED** *nunc pro tunc*. Respondent shall have an additional 45 days, up to and including October 7, 2019, to responds to the Supplemental Motion to Vacate.

1

**SO ORDERED.**

Signed: September 16, 2019

Max O. Cogburn Jr.
United States District Judge

Case 3:12-cv-00327-MOC    Document 129    Filed 09/16/19    Page 2 of 2