**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:12-cv-00327-MOC**
**(3:97-cr-00023-MOC-1)**

| | | |
|---|---|---|
| **AQUILIA MARCIVICCI BARNETTE,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |

**THIS MATTER** is before the Court upon Respondent's second motion for extension of time to respond to Petitioner's Supplemental Motion to Vacate, see Doc. No. 119.  (Doc. No. 130.)  The response currently is due on October 7, 2019.

Respondent seeks an additional 45 days to respond to the Supplemental Motion to Vacate.  Petitioner does not oppose the Motion.

For the reasons stated in the Motion and for good cause shown, **IT IS HEREBY ORDERED** that Respondent's second motion for extension of time (Doc. No. 130) to respond to the Supplemental Motion to Vacate is **GRANTED**.

**IT IS FURTHER ORDERED** that Respondent shall have an additional 45 days, up to and including November 21, 2019, to respond to the Supplemental Motion to Vacate.

Signed: October 8, 2019

Max O. Cogburn Jr
United States District Judge