UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| AQUILA MARCIVICCI BARNETTE | ) | DOCKET NO.: 3:12-cv-327 |
| | ) | |
| v. | ) | **NOTICE OF TERMINATION** |
| | ) | **OF COUNSEL** |
| UNITED STATES OF AMERICA | ) | |
| | ) | |

**NOW COMES** the United States of America, by and through R. Andrew Murray, United

States Attorney for the Western District of North Carolina, and gives notice to this Honorable Court

to terminate the undersigned Assistant United States Attorney as co-counsel for the government in

the above-referenced action.

**RESPECTFULLY SUBMITTED**, on this day November 21, 2019.

**R. ANDREW MURRAY**
United States Attorney

/s/William M. Miller
Assistant United States Attorney
NC Bar No. 36946
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
(704) 704-344-6222 (phone)
(704) 344-6629 (fax)
william.miller@usdoj.gov