# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO.: 3:12-CV-327-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **vs.** | **DEATH PENALTY § 2255** |
| **AQUILIA MARCIVICCI BARNETTE** | |

## PETITIONER AQUILIA MARCIVICCI BARNETTE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A REPLY BRIEF

Aquilia Marcivicci Barnette, through undersigned counsel, respectfully requests an extension of time to file his reply to the government's response [Doc. 132] to Mr. Barnette's Supplemental Motion to Vacate [Doc. 119]. Pursuant to the Local Civil Rule 7.1(e), Mr. Barnette's reply is due within seven (7) days of the date that the response is served, or November 21, 2019. Under the circumstances here, Mr. Barnette, through undersigned counsel, respectfully requests an extension of time until February 22, 2020 (or ninety days from today). The government has been consulted and does not object to this request.

As the Court is aware, Mr. Barnette's Supplemental Motion to Vacate was originally filed on June 24, 2016. The motion challenges the validity of a majority of the counts in Mr. Barnette's indictment. The Court held Mr. Barnett's motion in abeyance until the U.S. Supreme Court decided *United States v. Davis* on June 24, 2019. In *Davis*, the Court held that the residual clause of section 924(c) is unconstitutionally vague. 139 S. Ct. 2319, 2336 (2019).

Subsequent to the U.S. Supreme Court's ruling in *Davis*, the government requested multiple extensions of time to file its response, in large measure due to the issues presented here and the fact that similar legal challenges are being litigated simultaneously across the country.

The issues in Mr. Barnette's motion are complex and massively significant given Mr. Barnette's convictions and death sentences. As noted, the federal courts, including the U.S. Supreme Court, have been actively wrestling with these issues concerning the proper interpretation of the several federal statutes and predicate offenses involved. Undersigned counsel also respectively face deadlines and carry significant professional responsibilities in other matters that further justify additional time to prepare a reply on behalf of Mr. Barnette.

In light of the issues presented and circumstances detailed above, Mr. Barnette, through undersigned counsel, respectfully request an extension of time to file a reply brief until February 22, 2020.

Dated: November 22, 2019

/s/ Mark E. Olive
N.C. State Bar No. 10615
LAW OFFICES OF MARK OLIVE
320 W. Jefferson Street
Tallahassee, FL 32301
850-224-0004 (tel)
850-224-3331 (fax)
meolive@aol.com

/s/ Jacob H. Sussman
N.C. Bar No. 31821
P.O. Box 79225
Waverly, MA 02479
704-277-3962 (tel)
jakesussmanlaw@gmail.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that he has served the foregoing motion with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

Anthony J. Enright
anthony.enright@usdoj.gov

Dated: November 22, 2019

/s/ Jacob H. Sussman
Counsel for Mr. Barnette