**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:12-CV-327-MOC**

| | |
|---|---|
| AQUILIA MARCIVICCI BARNETTE | |
| vs. | **ORDER** |
| UNITED STATES | |

**THIS MATTER** is before the Court upon Petitioner's unopposed motion for extension of time to respond to Respondent's response (Doc. No. 132) to Petitioner's Motion to Vacate (Doc. No. 119). The reply currently is due on November 28, 2019.

Petitioner seeks an extension to file a reply until February 22, 2020. Respondent does not oppose the Motion.

For the reasons stated in the Motion and for good cause shown, **IT IS HEREBY ORDERED** that Petitioner's first motion for extension of time (Doc. No. 133) to reply to Respondent's response (Doc. No. 132) is **GRANTED**.

**IT IS FURTHER ORDERED** that Petitioner shall have up to and including February 22, 2020, to file a reply.

Signed:

_____
Max O. Cogburn, Jr.
United States District Judge