**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:12-cv-00327-MOC**
**(3:97-cr-00023-MOC-1)**

| | |
|---|---|
| **AQUILIA MARCIVICCI BARNETTE,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| **vs.** ) | **ORDER** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Respondent.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon Petitioner's unopposed motion for extension of time to file a reply to the Government's Response to Petitioner's Supplemental Motion to Vacate, Doc. No. 132. (Doc. No. 134.) Petitioner's reply is due on November 29, 2019. Petitioner seeks an extension of time up to and including February 22, 2020, to file his reply.

Given that federal courts have been wrestling with issues concerning application of the Supreme Court's holding in United States v. Davis, 139 S. Ct. 2319, 2336 (2019), to federal statutes beyond 18 U.S.C. § 924(c), the Court concludes it would benefit from thorough briefing by both parties. Petitioner states that the Government does not oppose the extension of time.

**IT IS HEREBY ORDERED** that Petitioner's motion (Doc No. 134) is **GRANTED**. Petitioner shall have up to and including February 22, 2020, to reply to the Government's Response to Petitioner's Supplemental Motion to Vacate.

Signed: December 2, 2019

Max O. Cogburn Jr.
United States District Judge