# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Aquilia Marcivicci Barnette,** ) | JUDGMENT IN CASE | |
| ) | | |
| Petitioner(s), ) | 3:12-cv-00327-MOC | |
| ) | 3:97-cr-00023-MOC | |
| vs. ) | | |
| ) | | |
| **USA,** ) | | |
| Respondent(s). ) | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 12, 2021 Order.

March 12, 2021

Frank G. Johns, Clerk
United States District Court