# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### (3:97-cr-23)

**AQUILIA MARCIVICCI BARNETTE,**

    **Petitioner,**

    **vs.**

**UNITED STATES OF AMERICA,**

    **Respondent.**

**DOCKET NO. 3:12-cv-327**

**THIS IS A CAPITAL CASE**

## NOTICE OF APPEARANCE

Gerald Wesley King, Jr., hereby enters his notice of appearance as counsel for the petitioner, Aquilia Marcivicci Barnette.  Mr. King is Chief of the newly-created Capital Habeas for the Fourth Circuit and an Assistant Federal Public Defender for the Western District of North Carolina.  While not yet admitted to the North Carolina bar[1], Mr. King is authorized to appear and be heard in this action, in which the Office of the Federal Public Defender has been appointed, pursuant to this Court's standing order *In the Matter of Special Admission of Attorneys Employed by the Office of the Federal Public Defender For The Western District Of North Carolina*, Misc. 3:18MC32 (Jan 30, 2019) (Attachment A).  Mr. King has more than sixteen years of experience in federal capital habeas proceedings and appeals and is a member in good standing of every court in which he is admitted to practice. He has read and agrees to abide by the Local Rules of this Court and the Rules of Professional Conduct of the North Carolina State Bar, and he will accept the discipline of this Court in the same manner as an attorney regularly admitted to its Bar.

---

[1]Mr. King is preparing his comity application to the North Carolina College of Bar Examiners.

Respectfully submitted,

/s/Gerald W. King, Jr.
Gerald W. King, Jr.
Chief, Fourth Circuit Capital Habeas Unit
Federal Public Defender
Western North Carolina, Inc.
129 W. Trade Street, Suite 300
Charlotte, NC 28202
Telephone: (704) 374-0720
Fax: (704) 374-0722
E-mail: gerald_king@fd.org

*Attorney for Aquilia Marcivicci Barnette*

DATE: March 24, 2021

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the attached **NOTICE OF APPEARANCE**

with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

Anthony J. Enright

anthony.enright@usdoj.gov

Respectfully submitted:

*/s/Gerald W. King, Jr.*
Gerald W. King, Jr.
Chief, Fourth Circuit Capital Habeas Unit
Federal Public Defender
Western North Carolina, Inc.
129 W. Trade Street, Suite 300
Charlotte, NC 28202
Telephone: (704) 374-0720
Fax: (704) 374-0722
E-mail: gerald_king@fd.org

*Attorney for Aquilia Marcivicci Barnette*

DATE: March 24, 2021