# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:12-cv-327
### (3:97-cr-23)

AQUILIA MARCIVICCI BARNETTE,  )
                                )
              Petitioner,   )
                                )
     v.                  )          NOTICE OF APPEAL
                                )
UNITED STATES OF AMERICA,    )
                                )
             Respondent.  )
_____)

       Notice is hereby given that Petitioner, Aquilia Marivicci Barnette, through counsel, hereby appeals to the United States Court of Appeals for the Fourth Circuit from: the order (D.137) and the clerk's judgment (D.138) of March 12, 2021, denying his motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct sentence, denying his motion to supplement, and denying him an evidentiary hearing; and its order (D.141) of December 6, 2023, denying his motion to alter or amend that judgment.

                                  Respectfully submitted,

                                  */s/Gerald W. King, Jr.*
                                  Gerald W. King, Jr.
                                  N.C. State Bar No. 59129
                                  Chief, Capital Habeas Unit for the Fourth Circuit
                                  Federal Public Defender for the
                                  Western District of North Carolina
                                  129 W. Trade Street, Suite 300
                                  Charlotte, NC 28202
                                  Telephone: (704) 374-0720
                                  Fax: (704) 374-0722
                                  E-mail: gerald_king@fd.org

                                  */s/ Mark E. Olive*
                                  N.C. State Bar No. 10615
                                  LAW OFFICES OF MARK OLIVE
                                  320 W. Jefferson Street

Tallahassee, FL 32301
Telephone: 850-224-0004
Fax: 850-224-3331
E-mail: meolive@aol.com

*/s/ Jacob H. Sussman*
N.C. State Bar No. 31821
P.O. Box 12718
Charlotte, NC 28220
Telephone: 704-277-3962
E-mail: jakesussmanlaw@gmail.com


*Attorneys for Aquilia Marcivicci Barnette*


This the 5th day of February 2024.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2024, I electronically filed the forgoing Notice of Appeal with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

Anthony J. Enright
anthony.enright@usdoj.gov

*/s/Gerald W. King, Jr.*
Gerald W. King, Jr.
N.C. State Bar No. 59129
Chief, Capital Habeas Unit for the Fourth Circuit
Federal Public Defender for the
Western District of North Carolina
129 W. Trade Street, Suite 300
Charlotte, NC 28202
Telephone: (704) 374-0720
Fax: (704) 374-0722
E-mail: gerald_king@fd.org

*Attorney for Aquilia Marcivicci Barnette*

February 5, 2024