# APPEAL TRANSMITTAL SHEET (Death Penalty)

| | | |
|---|---|---|
| **Transmittal to 4CCA of notice of appeal filed:** _____<br><br>___ First NOA in Case<br><br>___ Subsequent NOA-same party<br><br>___ Subsequent NOA-new party<br><br>___ Subsequent NOA-cross appeal<br><br>___ Paper ROA ___ Paper Supp.<br><br>Vols: _____<br><br>Other: _____ | **District:**<br><br>**Division:**<br><br><br>**Caption:** | **District Case No.:**<br><br><br>**4CCA No(s). for any prior NOA:**<br><br>**4CCA Case Manager: <u>Emily Borneisen</u>**<br><br>Direct notification of capital appeal also sent by:<br><br>**___ phone call to 804-916-2746 or**<br><br>**___ email to Emily_Borneisen@ca4.uscourts.gov** |

| | |
|---|---|
| **Capital Appeal Type:**<br><br>___ § 2254 appeal<br><br>___ Direct appeal from conviction<br><br>___ § 2255 appeal<br><br>___ Pretrial appeal in federal case | **Fee Status:**<br><br>___ No fee required (USA appeal) ___ Appeal fees paid in full ___ Fee not paid<br><br>**Criminal Cases:**<br><br>___ District court granted & did not revoke CJA status (continues on appeal)<br><br>___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)<br><br>___ District court never granted CJA status (must pay fee or apply to 4CCA)<br><br>**Civil, Habeas & 2255 Cases:**<br><br>___ Court granted & did not revoke IFP status (continues on appeal)<br><br>___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)<br><br>___ Court never granted IFP status (must pay fee or apply to 4CCA)<br><br>**PLRA Cases:**<br><br>___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)<br><br>___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |
| **District Judge:** | |
| **Court Reporter** (list all):<br><br><br><br><br>**Coordinator:** | **Sealed Status** (check all that apply)**:**<br><br>_____ Portions of record under seal<br><br>_____ Entire record under seal<br><br>_____ Party names under seal<br><br>_____ Docket under seal |

| | |
|---|---|
| **Record Status for Pro Se Appeals** (check any applicable)**:**<br><br>___ Assembled electronic record transmitted if requested<br><br>___ Additional sealed record emailed to 4cca-filing<br><br>___ Paper record or supplement shipped to 4CCA<br><br>___ No in-court hearings held<br><br>___ In-court hearings held – all transcript on file<br><br>___ In-court hearings held – all transcript not on file<br><br>___ Other: | **Record Status for Counseled Appeals** (check any applicable)**:**<br><br>___ Assembled electronic record available if requested<br><br>___ Additional sealed record available if requested<br><br>___ Paper record or supplement available if requested<br><br>___ No in-court hearings held<br><br>___ In-court hearings held – all transcript on file<br><br>___ In-court hearings held – all transcript not on file<br><br>___ Other: |

Deputy Clerk: _____ Phone:_____ Date:_____

10/2022