FILED: April 17, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1
(3:97-cr-00023-MOC-1)
(3:12-cv-00327-MOC)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

AQUILIA MARCIVICCI BARNETTE

Defendant - Appellant

_____

RULE 42(b) MANDATE
_____

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes

effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*